# EXHIBIT A

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 65-600
TX (TXU)

EFFECTIVE DATE OF REGISTRATION
APR 8 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK:
WESTLAW (Basic Data Base File)

If a periodical or serial give: Vol. ...... No. ...... Issue Date ......

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ...... Vol. ...... No. ...... Date ...... Pages ......

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X ... No ......

DATES OF BIRTH AND DEATH: Born ...... (Year) Died ...... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of U. S. A. (Name of Country) or Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No X
Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH: Born ...... (Year) Died ...... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) or Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH: Born ...... (Year) Died ...... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...... (Name of Country) or Domiciled in ...... (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ...... (Month) (Day) (Year)
Nation ...... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
West Publishing Co.
P. O. Box 3526
50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

*Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
*Follow detailed instructions attached • Sign the form at line 10*

DO NOT WRITE HERE

TXu 65-600

| EXAMINED BY: DL<br>CHECKED BY: | APPLICATION RECEIVED:<br>APR 8 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CORRESPONDENCE:<br>☑ Yes | DEPOSIT RECEIVED:<br>APR 8 1981 | |
| DEPOSIT ACCOUNT FUNDS USED:<br>☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No X.....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............ Year of Registration ............

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables & index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box Box 3526, 50 W. Kellogg Blvd.<br>St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA 021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: West Publishing Co.
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1 April 1981

**11 Address For Return of Certificate**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P. O. Box 3526, 50 W. Kellogg Blvd.
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1979 281-421/4 Mar. 1979-200,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu 67-629

TX TXU

EFFECTIVE DATE OF REGISTRATION

APRIL 24 1981
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

## 1 Title

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 4/10/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

## 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No.....

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X. Pseudonymous? Yes...... No X.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

## 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date .......... (Month) (Day) (Year)

Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

## 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 67-629

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☐
APPLICATION RECEIVED: 24. APR. 1981
DEPOSIT RECEIVED: 24. APR. 1981
REMITTANCE NUMBER AND DATE:
FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No.....X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............ Year of Registration ............

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class., tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name:
Address: P.O. Box 3526, 50 W. Kellogg Blvd (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom    Date: 4/21/81

**11 Address For Return of Certificate**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 67-630
TX TXU

EFFECTIVE DATE OF REGISTRATION
APRIL 24 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:**
WESTLAW
If a periodical or serial give: Vol....... No....... Issue Date.... 4/3/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: ........ Vol...... No...... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes...X. No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ....U.S.A..... (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No..X..
Pseudonymous? Yes...... No..X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.....1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 67-630

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ✓
APPLICATION RECEIVED: 24 APR 1981
DEPOSIT RECEIVED: 24 APR 1981
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No ...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ............ Year of Registration ............

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class., tables and index digest with revisions & additions. Also included is training and descriptive information, and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name:
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom Date: 4/21/81

**11 Address For Return of Certificate**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 80-245
TX TXU

EFFECTIVE DATE OF REGISTRATION
JUL 21 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:**
WESTLAW (Basic Data Base File)

If a periodical or serial give: Vol....... No....... Issue Date........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Company
Was this author's contribution to the work a "work made for hire"? Yes...X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No..X..
Pseudonymous? Yes...... No..X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year.... 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Company
P.O. Box 3526
50 W. Kellogg Boulevard, St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 80-245

EXAMINED BY: ...
CHECKED BY: ...
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: JUL 21 1981
DEPOSIT RECEIVED: JUL 21 1981
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.

See TX/CON

If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training & descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Company | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA 021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co.
Address: P.O. Box 3526, 50W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Applicant must be signed)**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Company
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom   Date: July 21, 1981

**11 Address For Return of Certificate**

West Publishing Company
(Name)
P.O. Box 3526, 50 W. Kellogg Blvd.
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# CONTINUATION SHEET FOR FORM TX

**FORM TX/CON**

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, leave it attached to Form TX. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

REGISTRATION NUMBER
TXu 80-245
TX TXU

EFFECTIVE DATE OF REGISTRATION
JUL 21 1981
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
JUL 21 1981

Page 2 of 3 pages

DO NOT WRITE ABOVE THIS LINE: FOR COPYRIGHT OFFICE USE ONLY

**(A) Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.)
  WESTLAW (Basic Data Base File)
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.) West Publishing Co., P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165

**(B) Continuation of Space 2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(C) Continuation of Other Spaces**

**CONTINUATION OF** (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☐ Space 7 X Space 5

(previously registered)
Supplement to WESTLAW Basic Data File. Supplementary deposit consists of; New Jersey Tax Court Reporter data file - 25 cases, U.S. Code Annotated data file - 50 sections, Written Determinations data file - 50 items, Tax Administrative Materials data file - 50 items. and U.S. Tax Court data file - 50 cases.

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 80-374
TX TXU

EFFECTIVE DATE OF REGISTRATION
JUL 21 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. ...... No. ...... Issue Date 4-24-81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol. ...... No. ...... Date ........ Pages ........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No ......

**DATES OF BIRTH AND DEATH:** Born ........ (Year) Died ........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ...... No X Pseudonymous? Yes ...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**DATES OF BIRTH AND DEATH:** Born ........ (Year) Died ........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**DATES OF BIRTH AND DEATH:** Born ........ (Year) Died ........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date ........ (Month) (Day) (Year)

Nation ........ (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached* • *Sign the form at line 10*

DO NOT WRITE HERE

TXu 80-374

EXAMINED BY: ........
CHECKED BY: ..........
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: JUL 21 1981
DEPOSIT RECEIVED: JUL 21 1981
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .............................. Year of Registration ..............................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinion synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]

Typed or printed name: Rufus K Griscom  Date 7/21/81

**MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) (11) Address For Return of Certificate

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 80-377
TX TXU

EFFECTIVE DATE OF REGISTRATION
JUL 21 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 4/10/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date ........ (Month) (Day) (Year)

Nation ........ (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ..... pages

TXu 80-377

EXAMINED BY:
CHECKED BY:
APPLICATION RECEIVED: JUL 21 1981

CORRESPONDENCE: ☐ Yes
DEPOSIT RECEIVED: JUL 21 1981

DEPOSIT ACCOUNT FUNDS USED: ☑
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.

See Tx/Con

- If your answer is "Yes," give: Previous Registration Number ... Year of Registration ...

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a U.S. government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of: West Publishing Company
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom Date 7/21/81

(10) Certification (Application must be signed)

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM TX

# FORM TX/CON

UNITED STATES COPYRIGHT OFFICE

- If at all possible, try to fit the information called for into the spaces provided on Form TX.
- If you do not have space enough for all of the information you need to give on Form TX, use this continuation sheet and submit it with Form TX.
- If you submit this continuation sheet, leave it attached to Form TX. Or, if it becomes detached, clip (do not tape or staple) and fold the two together before submitting them.
- **PART A** of this sheet is intended to identify the basic application. **PART B** is a continuation of Space 2. **PART C** is for the continuation of Spaces 1, 4, 6, or 7. The other spaces on Form TX call for specific items of information, and should not need continuation.

REGISTRATION NUMBER TXu 80-377

TX TXU

EFFECTIVE DATE OF REGISTRATION JUL 21 1981
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED JUL 21 1981

Page 2 of 3 pages

DO NOT WRITE ABOVE THIS LINE: FOR COPYRIGHT OFFICE USE ONLY

**(A) Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on Form TX, submitted for the following work:

- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of Form TX.) WESTLAW
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of Form TX.) West Publishing Company, P.O. Box 3526, 50 W.Kellogg Blvd., St. Paul, Minnesota 55165

**(B) Continuation of Space 2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died ......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died ......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died ......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**(C) Continuation of Other Spaces**

**CONTINUATION OF** (Check which): ☐ Space 1 ☐ Space 4 ☐ Space 6 ☐ Space 7 XSpace 5

Supplement to previous filing to include deposit for:
United States Code
Tax Administrative Material
United States Tax Court

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 80-378
TX TXU

EFFECTIVE DATE OF REGISTRATION
JUL 21 1981
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date 4-17-81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol. ...... No. ...... Date ........ Pages ........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1.
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No ......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ...... No X Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2.
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ...... No ......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3.
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes ...... No ......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date ........ (Month) (Day) (Year)
Nation ........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 80-378

EXAMINED BY: ..... | APPLICATION RECEIVED: JUL 21 1981
CHECKED BY: ..........
CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: JUL 21 1981
DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

(5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No ..X.....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .............................. Year of Registration ..............................

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

(6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

(7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

(8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA 021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: West Publishing Co., Attn. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom  Date 7/21/81

(10) Certification (Application must be signed)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

**(Certificate will be mailed in window envelope)**

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-411
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 11/13/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ............ Vol....... No....... Date ............ Pages............

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-411

| EXAMINED BY: DL | APPLICATION RECEIVED: 13 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .......... Year of Registration ..........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, (City) Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date: 1/14/82

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, (City) Minnesota (State) 55165 (ZIP code)

(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-412
TX - TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 5-1-81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No.....

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-412

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 13 JAN 1982
DEPOSIT RECEIVED: 13 JAN 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**(5) Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No ...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**(6) Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class., tables and index digest with revisions & additions. Also included is training and descriptive information and annotate citations

**(7) Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**(8) License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**(9) Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**(10) Certification (Application must be signed)**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom Date 1/14/82

**(11) Address For Return of Certificate**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

[signature]

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-413
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:**
WESTLAW
If a periodical or serial give: Vol....... No....... Issue Date .... 5-8-81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached* • *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-413

EXAMINED BY: [initials]
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18 JAN 1982
DEPOSIT RECEIVED: 18 JAN 1982
REMITTANCE NUMBER AND DATE:
FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ....................

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name.... Rufus K. Griscom ............ Date 1/14/82

**11 Address For Return of Certificate**

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-414
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 5-15-81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF PUBLICATION:**

Date........ (Month) (Day) (Year)

Nation........ (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached* • *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-414

EXAMINED BY:
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18 JAN 1982
DEPOSIT RECEIVED: 18 JAN 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes....... No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class., tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: West Publishing Co., Attn Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom Date 1/14/82

**11 Address For Return of Certificate**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

[signature]
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-415
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 5-22-81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Company
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Company
P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-415

| EXAMINED BY: | APPLICATION RECEIVED: 13 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the work prepared by a United States Government officer or employee as part of that persons's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with ~~revisions and additions. Also included is training and descriptive information and annot~~ citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Company | P.O. Box 3526, 50 W. KelloggBlvd. St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Company
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co.- Attn: Keith Hobbie
Address: P.O. Box 3526- 50 W. Kellogg Blvd. (Apt.)
St. Paul Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Company
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name Rufus K. Griscom Date 1/14/82

(10) Certification (Application must be signed)

West Publishing Company
(Name)
P.O. Box 3526, 50 W. KelloggBlvd.
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-416
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:**
WESTLAW
If a periodical or serial give: Vol....... No....... Issue Date ...... 5-29-81 ..........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work: .................... Vol....... No....... Date .................. Pages..............

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes ..X.. No......

**DATES OF BIRTH AND DEATH:** Born .......... Died ..........
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..U.S.A.......... (Name of Country) or Domiciled in .......................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No ..X..
Pseudonymous? Yes...... No ..X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... Died ..........
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......................... (Name of Country) or Domiciled in .......................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... Died ..........
(Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......................... (Name of Country) or Domiciled in .......................... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year..1981..
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......................................... (Month) (Day) (Year)
Nation .......................................... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-416

| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes....... No....X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Attn: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd (Apt.)
St. Paul (City), Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom   Date: 1/14/82

(11) Address For Return of Certificate

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, Minnesota 55165 (City) (State) (ZIP code)

MAIL CERTIFICATE TO (Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-417
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date....... 6/5/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached* • *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-417

| EXAMINED BY: DL | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No ..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Attn:K. Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165 (City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom   Date 1/14/82

**MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) (11) Address For Return of Certificate

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, Minnesota 55165 (City) (State) (ZIP code)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-418
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 6/12/18

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-418

| | |
|---|---|
| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 |
| CHECKED BY: | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No ..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .............................. Year of Registration ..............................

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W.Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1/14/82

**11 Address For Return of Certificate**

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-419
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK: WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 6/19/81

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol...... No...... Date ........ Pages........

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
DATES OF BIRTH AND DEATH: Born.......... (Year) Died.......... (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2. NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH: Born.......... (Year) Died.......... (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

3. NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH: Born.......... (Year) Died.......... (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-419

EXAMINED BY: ...
CHECKED BY: ...
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18 JAN 1982
DEPOSIT RECEIVED: 18 JAN 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: K. Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom   Date: 1/14/82

**11 Address For Return of Certificate**

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-420
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 6/26/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X. No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No. X
Pseudonymous? Yes...... No. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached* • *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

| | | | |
|---|---|---|---|
| TXu 90-420 | EXAMINED BY: DW<br>CHECKED BY: | APPLICATION RECEIVED:<br>18 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>18 JAN 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ✓ | REMITTANCE NUMBER AND DATE: | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** — 5 Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ....... No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) — 6 Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) — 7 Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard<br>St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) — 8 License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) — 9 Fee and Correspondence
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, (City) Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) — 10 Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom  Date 1/14/82

**MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) — 11 Address For Return of Certificate

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, (City) Minnesota (State) 55165 (ZIP code)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-421
TX - TXU

EFFECTIVE DATE OF REGISTRATION
JAN (Month) 18 (Day) 1982 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 7/3/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:** Date .......... (Month) (Day) (Year) Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-421

EXAMINED BY: [initials]
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ✓
APPLICATION RECEIVED: 13 JAN 1982
DEPOSIT RECEIVED: 13 JAN 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ........ No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt)
St. Paul, (City) Minnesota (State) 55165 (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom  Date: 1/14/82

(10) Certification (Application must be signed)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-422
TX TXU

EFFECTIVE DATE OF REGISTRATION
Jan 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol...... No...... Issue Date...12/11/81......

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol...... No...... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ....U.S.A.... (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No..X.. Pseudonymous? Yes...... No..X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year..1981...
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ..2.. pages

TXu 90-422

EXAMINED BY: DL
CHECKED BY:

APPLICATION RECEIVED: 18 JAN 1982

CORRESPONDENCE: ☐ Yes

DEPOSIT RECEIVED: 18 JAN 1982

DEPOSIT ACCOUNT FUNDS USED: ☑

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

5 Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

6 Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

7 Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

8 License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

9 Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom  Date: 1/14/82

10 Certification (Application must be signed)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

11 Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-423
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW *

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 12/4/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

* Added by C.O. from copy.

TXu 90-423

EXAMINED BY: ... CHECKED BY: ...

CORRESPONDENCE: ☐ Yes

DEPOSIT ACCOUNT FUNDS USED: ☑

APPLICATION RECEIVED: 18 JAN 1982

DEPOSIT RECEIVED: 18 JAN 1982

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No ..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.) (9) Fee and Correspondence

Name: West Publishing Co.

Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: West Publishing Co., Att: Keith Hobbie

Address: P.O. Box 3526, 50 W. Kellogg Blvd (Apt.)

St. Paul, Minnesota 55165 (City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom Date 1/14/82

MAIL CERTIFICATE TO (11) Address For Return of Certificate

West Publishing Co. (Name)

P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)

St. Paul, Minnesota 55165 (City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980: 341-278/1  Nov. 1980 — 50K

COPYRIGHT
OFFICE

Sent original of this letter, xerox of the new app. + the old original app. to Keith Hobbie
JC 6/2

June 9, 1982

West Publishing Company
P. O. Box 3526
50 West Kellogg Boulevard
St. Paul, Minnesota 55165

ATTN: Keith Hobbie
RE: WESTLAW 12/4/81

Dear Mr. Hobbie:

We registered a claim to copyright in this work and mailed you certificate numbered TXu 90-423.

LIBRARY
OF
CONGRESS

Unfortunately, in registering this claim we failed to notice that the title "WESTLAW" was missing from space one of the application.

In this case, we were able to correct the application by adding the appropriate information from the copy of the work. We are enclosing a new, correct certificate which includes this information. Please accept our apology for the initial oversight and for any inconvenience it may have caused.

Washington
D.C.
20559

It is important that the certificate you hold be an exact duplicate of the application on record in the Copyright Office. Therefore, please either return or destroy the original incorrect certificate. A self-addressed postage-free envelope is enclosed for your convenience.

In your reply, please enclose a separate note referring to our U.B. FILE (W).

Sincerely yours,

David Levy
Attorney Adviser
Literary Section
Examining Division

Enclosures:
New Certificate
Postage-free envelope

PS You may wish to let ... know ... DL

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-424
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 12/25/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ........ pages

TXu 90-424

| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul (City), Minnesota (State) 55165 (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s)) of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1/14/82

(10) Certification (Application must be signed)

**MAIL CERTIFICATE TO**

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul (City), Minnesota (State) 55165 (ZIP code)

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu 90-425

TX TXU

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 1-1-82

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X. Pseudonymous? Yes...... No X.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date .......... (Month) (Day) (Year)

Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-425

| EXAMINED BY: DL | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| CORRESPONDENCE: ☐ Yes | | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .......... Year of Registration ..........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 West Kellogg Boulevard St. Paul, Minneapolis 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Attn. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul (City), Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date: 1/14/82

(11) Address For Return of Certificate

MAIL CERTIFICATE TO (Certificate will be mailed in window envelope)

West Publishing Co. (Name)
P.O. Box 3526, 50 West Kellogg Blvd. (Number, Street and Apartment Number)
St. Paul, Minnesota (City) (State) 55165 (ZIP code)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu 90-426

TX TXU

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 1/8/82

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................. Vol....... No....... Date .................. Pages..............

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No.....

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes..... No.....

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes..... No.....

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1982

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 West Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18 JAN 1982
DEPOSIT RECEIVED: 18 JAN 1982
REMITTANCE NUMBER AND DATE:
FOR COPYRIGHT OFFICE USE ONLY

TXu 90-426

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Attn. Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom   Date: 1/14/82

(10) Certification (Application must be signed)

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-427
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol...... No....... Issue Date.... 10/9/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-427

| EXAMINED BY: | APPLICATION RECEIVED: 18. JUN. 1992 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JUN. 1992 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes....... No..X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, (City) Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..................
Typed or printed name Rufus K. Griscom Date ..................

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, (City) Minnesota (State) 55165 (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-428
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN (Month) 18 (Day) 1982 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 11/6/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No.....

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-428

| EXAMINED BY: | APPLICATION RECEIVED: 18 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes....... No X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1/14/82

(10) Certification (Application must be signed)

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-429
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

## 1 Title

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 8/7/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

## 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No.....

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

## 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

## 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-429

EXAMINED BY: [signature]
CHECKED BY:
APPLICATION RECEIVED: 18. JAN. 1982
CORRESPONDENCE: ☐ Yes
DEPOSIT RECEIVED: 18. JAN. 1982
DEPOSIT ACCOUNT FUNDS USED ☑
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]
Typed or printed name: Rufus K. Griscom    Date: 1/14/82

(10) Certification (Application must be signed)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

MAIL CERTIFICATE TO
(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-430
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol. ...... No. ...... Issue Date 8/14/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol. ...... No. ...... Date ........ Pages ........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No ......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No X
Pseudonymous? Yes ...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

**DATES OF BIRTH AND DEATH:** Born .......... (Year) Died .......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ...... No ......
Pseudonymous? Yes ...... No ......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-430

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 13. JAN. 1982
DEPOSIT RECEIVED: 13. JAN. 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes....... No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

(5) Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

(6) Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

(7) Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

(8) License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name Rufus K. Griscom   Date 1/14/82

(10) Certification (Application must be signed)

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-431
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 7/24/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol...... No...... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) } or { Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-431

| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**5 Previous Registration**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**6 Compilation or Derivative Work**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation or previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**7 Manufacturing**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**8 License For Handicapped**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**9 Fee and Correspondence**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, (City) Minnesota (State) 55165 (ZIP)

**10 Certification (Application must be signed)**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date: 1/14/82

**11 Address For Return of Certificate**

**MAIL CERTIFICATE TO**

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, Minnesota 55165 (City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-432
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 7/31/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...X Pseudonymous? Yes...... No...X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date........ (Month) (Day) (Year)

Nation........ (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-432

| EXAMINED BY: | APPLICATION RECEIVED: 13 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5 Previous Registration)

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes....... No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6 Compilation or Derivative Work)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7 Manufacturing)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8 License For Handicapped)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9 Fee and Correspondence)
Name: West Publishing Co. Att: K. Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10 Certification (Application must be signed))
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom  Date: 1/14/82

**MAIL CERTIFICATE TO** (11 Address For Return of Certificate)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

[signature]

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-433
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK: WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 7/17/81

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
DATES OF BIRTH AND DEATH: Born.......... Died.......... (Year) (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2. NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH: Born.......... Died.......... (Year) (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

3. NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes...... No......
DATES OF BIRTH AND DEATH: Born.......... Died.......... (Year) (Year)
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date.......... (Month) (Day) (Year)
Nation.......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-433

EXAMINED BY: DL
CHECKED BY:
APPLICATION RECEIVED: 13 JAN 1982
CORRESPONDENCE: ☐ Yes
DEPOSIT RECEIVED: 13 JAN 1982
DEPOSIT ACCOUNT FUNDS USED: ☑
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:**

(5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No ..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ....................

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

(6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

(7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

(8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

(9) Fee and Correspondence

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt)
St. Paul, (City) Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

(10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]
Typed or printed name Rufus K. Griscom  Date 1/14/82

(11) Address For Return of Certificate

MAIL CERTIFICATE TO

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, (City) Minnesota (State) 55165 (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-434
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 7/10/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No.....

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X. Pseudonymous? Yes...... No X.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date .......... (Month) (Day) (Year)

Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

| | | | |
|---|---|---|---|
| TXu 90-434 | EXAMINED BY: [initials] CHECKED BY: | APPLICATION RECEIVED: 13 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 13 JAN 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.) Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.) Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt)
St. Paul, (City) Minnesota (State) 55165 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date 1/14/82

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, (City) Minnesota (State) 55165 (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

[signature]

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER
TXu 90-435
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 8/28/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No X
Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-435

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18. JAN. 1982
DEPOSIT RECEIVED: 18. JAN. 1982
REMITTANCE NUMBER AND DATE:
FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard |
| | St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date: 1/14/82

(10) Certification (Application must be signed)

**MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(11) Address For Return of Certificate

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

TXu 90-436 TX TXU

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 9/11/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date .......... (Month) (Day) (Year)

Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-436

| EXAMINED BY: DL | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name Rufus K. Griscom  Date 1/14/82

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# FORM TX

UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David Ladd

REGISTER OF COPYRIGHTS
~~United States of America~~

REGISTRATION NUMBER
TXu 90-437
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date.....10/23/81........

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes..X. No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ..U.S.A.......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No.X.. Pseudonymous? Yes...... No.X..
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year...1981...
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ...2... pages

TXu 90-437

EXAMINED BY: [illegible]
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18. JAN. 1982
DEPOSIT RECEIVED: 18. JAN. 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No .X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government official or employee as part of that person's official duty.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key numbers class, tables and index digest with revisions and additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att. Keith Hobbie
Address: P.O. Box 3526, 50. W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]
Typed or printed name: Rufus K. Griscom  Date: 1/14/82

(10) Certification (Application must be signed)

MAIL CERTIFICATE TO

West Publishing Co.
(Name)
P.O. Box 3526, 50. W. Kellogg Blvd.
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

FORM TX
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER
TXu TX 90-438
EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**① Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 10/30/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol...... No....... Date ........ Pages........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-438

| EXAMINED BY: | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ....................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions and additions. Also included is training and descriptive information and annotated citations

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Blvd. St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd.
St. Paul, Minnesota 55165 (City) (State) (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom    Date: 1/14/82

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, Minnesota 55165 (City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-439
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date 8/21/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes...X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No..X.. Pseudonymous? Yes...... No..X..

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date .......... (Month) (Day) (Year)

Nation .......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-439

| EXAMINED BY: DL CHECKED BY: | APPLICATION RECEIVED: 18 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class. tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date: 1/14/82

(11) Address For Return of Certificate

**MAIL CERTIFICATE TO**

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# FORM TX

UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

[signature]

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

TXu 90-440

TX TXU

EFFECTIVE DATE OF REGISTRATION

JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol...... No...... Issue Date...... 9/4/81

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol...... No...... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes... X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No... X Pseudonymous? Yes...... No... X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) } or { Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.......... (Month) (Day) (Year)

Nation.......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-440

EXAMINED BY: ... CHECKED BY: ...

CORRESPONDENCE: ☐ Yes

DEPOSIT ACCOUNT FUNDS USED: ☑

APPLICATION RECEIVED: 18. JAN. 1982

DEPOSIT RECEIVED: 18. JAN. 1982

REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

(5) Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

(6) Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

(7) Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

(8) License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul (City) Minnesota (State) 55165 (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co. (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name: Rufus K. Griscom Date 1/14/82

(10) Certification (Application must be signed)

West Publishing Co. (Name)
P.O. Box 3526, 50 W. Kellogg Boulevard (Number, Street and Apartment Number)
St. Paul, (City) Minnesota (State) 55165 (ZIP code)

MAIL CERTIFICATE TO
(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER
TXu 90-441
TX - TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol...... No....... Issue Date 10/2/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1.
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2.
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3.
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date.......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ...2... pages

TXu 90-441

EXAMINED BY: DL
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18 JAN 1982
DEPOSIT RECEIVED: 18. JAN. 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index, digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1/14/82

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER
TXu 90-442
TX (TXU)

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 10/16/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1.
**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

2.
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

3.
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date........ (Month) (Day) (Year)
Nation........ (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ✓ pages

| | EXAMINED BY: DL | APPLICATION RECEIVED: 18 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TXu 90-442 | CHECKED BY: | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 JAN 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X..
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ................ Year of Registration ................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name: Rufus K. Griscom Date: 1/14/82

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate
West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)
(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

[signature]

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-443
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 11/27/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.
Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Compilation, revisions, additions, etc.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X. Pseudonymous? Yes...... No X.
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**

**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... Died.......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date .......... (Month) (Day) (Year)
Nation .......... (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ...... pages

TXu 90-443

| EXAMINED BY: DL | APPLICATION RECEIVED: 18. JAN. 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18. JAN. 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No..X....
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ....................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published case reports including but not limited to opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: West Publishing Co., Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1/14/82

**MAIL CERTIFICATE TO** (11) Address For Return of Certificate

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# FORM TX

UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER
TXu 90-444
TX (TXU)

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 9/25/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X; Pseudonymous? Yes...... No X

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born .......... Died .......... (Year) (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No......; Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date........ (Month) (Day) (Year)

Nation........ (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 90-444

EXAMINED BY: [illegible]
CHECKED BY:
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☑
APPLICATION RECEIVED: 18 JAN 1982
DEPOSIT RECEIVED: 18 JAN 1982
REMITTANCE NUMBER AND DATE:

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No X
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ........ Year of Registration ........

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including, but not limited to opinions, synopses, syllabi or case law paragraphs, key number class tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom
Typed or printed name Rufus K. Griscom Date 1/14/82

(11) Address For Return of Certificate

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

**(Certificate will be mailed in window envelope)**

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 90-673
TX TXU

EFFECTIVE DATE OF REGISTRATION
JAN 18 1982
(Month) (Day) (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**1 Title**

**TITLE OF THIS WORK:** WESTLAW

If a periodical or serial give: Vol....... No....... Issue Date 9/18/81

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** West Publishing Co.

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A. (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X. Pseudonymous? Yes...... No X.

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Compilation, revisions, additions, etc.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1981

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.......... (Month) (Day) (Year)

Nation.......... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

West Publishing Co.
P.O. Box 3526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55165

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TXu 90-673

| EXAMINED BY: D.L. | APPLICATION RECEIVED: 18 JAN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 JAN 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☑ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Prev. Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........ No...X...
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number .................. Year of Registration ..................

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Copyright is not claimed as to any part of the original work prepared by a United States Government officer or employee as part of that person's official duties.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Compilation of previously published case reports, including, but not limited to, opinions, synopses, syllabi or case law paragraphs, key number class, tables and index digest with revisions & additions. Also included is training and descriptive information and annotated citations.

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| West Publishing Co. | P.O. Box 3526, 50 W. Kellogg Boulevard St. Paul, Minnesota 55165 |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: West Publishing Co.
Account Number: DA021970

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: West Publishing Co. Att: Keith Hobbie
Address: P.O. Box 3526, 50 W. Kellogg Blvd. (Apt.)
St. Paul, Minnesota 55165
(City) (State) (ZIP)

(9) Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of West Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Rufus K. Griscom

Typed or printed name Rufus K. Griscom Date 1/14/82

(10) Certification (Application must be signed)

West Publishing Co.
(Name)
P.O. Box 3526, 50 W. Kellogg Boulevard
(Number, Street and Apartment Number)
St. Paul, Minnesota 55165
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

(11) Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 391-001
TX TXU

EFFECTIVE DATE OF REGISTRATION
SEP 29 1989
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

WESTLAW

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a West Publishing Co.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Compilation and original text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*02941620*

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1989 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED SEP 29 1989
ONE DEPOSIT RECEIVED SEP 29 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM

TXu 391-001

☑ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TX 90-426 **Year of Registration ▼** 1982

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised and updated text; revised compilation.

See instructions before completing this space.

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed **must** be given. See instructions for details. **7**

**Names of Manufacturers ▼** West Publishing Co.

**Places of Manufacture ▼** P.O. Box 64526, 50 W. Kellogg Boulevard, St. Paul, Minnesota 55164-0526

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both. **8**

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**

**Name ▼** West Publishing Co. **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **10**

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Donna M. Bergsgaard **date ▶** 9/29/89

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**MAIL CERTIFICATE TO** **11**

**Certificate will be mailed in window envelope**

Name ▼ Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼ P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

**Have you:**

- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

★ U.S. GOVERNMENT PRINTING OFFICE: 1984: 461-584/10,017

December 1984 — 100,000



This covers material in
intervening years. See
Musulek memo. DHS files



This covers material in intervening years. See Musilek memo. DHB's files

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TXu 410 151

TX TXU

EFFECTIVE DATE OF REGISTRATION
1 / 11 / 90
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1989 to December 31, 1989

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is October 2, 1989; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a West Publishing Company

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*030992836*

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1989 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED JAN. 11. 1990
ONE DEPOSIT RECEIVED JAN. 11. 1990 4/19/90
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of 1 pages

*Amended by C.O. via authority of correspondence from Donna Bergsgaard dated 4/6/90 in UB file.

TXu 410 151

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TXu-391-001 **Year of Registration ▼** 1989

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and some new and original text.

See instructions before completing this space

## —space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼** West Publishing Company **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Company - Area 8C
P.O. Box 64526, 50 West Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard **date ▶** 1/5/90

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼ Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼ P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1989—300,000 U.S. GOVERNMENT PRINTING OFFICE: 1989:241-428/00,0

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 411 441

TX TXU

EFFECTIVE DATE OF REGISTRATION

APR 25 1990
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1990 to March 31, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is March 1, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NOTE**
Under the law, the "author" of a "work made for ...ly

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*031219884*

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1990 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
**Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED APR. 25. 1990
ONE DEPOSIT RECEIVED APR. 25. 1990
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

**DO NOT WRITE HERE**

Page 1 of 2 pages

TXu 411 441

EXAMINED BY Vq

CHECKED BY

☑ CORRESPONDENCE Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TXu-391-001 **Year of Registration ▼** 1989

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Revised compilation updated daily and some new and original text.

See instructions before completing this space

## 7

**—space deleted—**

## 8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

## 9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Company

Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

## 10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard date ▶ 4/20/90

**Handwritten signature (X) ▼** Donna M. Bergsgaard

## 11

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1989—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1989:241-428 00.004

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 430 774

TX TXU

EFFECTIVE DATE OF REGISTRATION

JUL 12 1990
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1990 to June 30, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is April 18, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼**
West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NOTE**
Under the law, th...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

03455224S

*03455224S*

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1990 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUL 12 1990
ONE DEPOSIT RECEIVED JUL 12 1990
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

TXu 430 774

EXAMINED BY VG

CHECKED BY

☑ CORRESPONDENCE Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼** TXu 411 441 **Year of Registration ▼** 1990

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Company
Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of West Publishing Company
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard date ▶ 7/2/90

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Company
Number/Street/Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 439-122

TX TXU

EFFECTIVE DATE OF REGISTRATION
OCT 17 1990
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1990 to September 30, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is September 6, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

NOTE
Under the law

**NAME OF AUTHOR ▼**
a West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*03884264*
03884264

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED OCT 17 1990
ONE DEPOSIT RECEIVED OCT 17 1990
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

**FORM TX**

TXu 439-122

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TXu-411 441 **Year of Registration ▼** 1990

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Company

Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard date ▶ 10/9/90

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼ Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1989—300,000 U.S. GOVERNMENT PRINTING OFFICE

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 439-243
TX TXU

EFFECTIVE DATE OF REGISTRATION
10 (Month) 17 (Day) 90 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1990 to September 30, 1990.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is September 6, 1990; Updated Daily

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NOTE**
Under the law,

a NAME OF AUTHOR ▼
West Publishing Company
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
revised compilation; revised and updated text

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED **This information must be given in all cases.**
1990 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK **Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED OCT. 17 1990
ONE DEPOSIT RECEIVED OCT. 17 1990
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM TX

TXu 439-243

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ TXu-411 441 **Year of Registration** ▼ 1990

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Revised compilation updated daily and some new and original text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ West Publishing Company **Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard date ▶ 10/9/90

**Handwritten signature (X)** ▼ Donna M. Bergsgaard

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Donna M. Bergsgaard - Area 8C
West Publishing Co.
Number/Street/Apartment Number ▼ P.O. Box 64526, 50 W. Kellogg Boulevard
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1989—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1989-241-428/60,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 454 308

TX TXU

EFFECTIVE DATE OF REGISTRATION

JAN 07 1991
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1990 to December 31, 1990.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative Creation Date is November 14, 1990; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**

West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: U.S.A.
OR { Citizen of ▶ / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*03891405 3*

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.** 1990 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O.Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED JAN 07 1991

ONE DEPOSIT RECEIVED JAN 07 1991

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

TXu 454 308

EXAMINED BY Vg

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TXu 411-441 **Year of Registration ▼** 1990

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilations

See instructions before completing this space

7

**—space deleted—**

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼** West Publishing Co. **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard **date ▶** 1/3/90

**Handwritten signature (X) ▼** Donna M. Bergsgaard

11

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 469 557

TX TXU

EFFECTIVE DATE OF REGISTRATION
APR 08 1991
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1991 to March 31, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is March 6, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country U.S.A.
OR { Citizen of ▶ / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see in-

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1991 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED APR 08 1991
ONE DEPOSIT RECEIVED APR 08 1991
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

TXu 469 557

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 454-308 **Year of Registration** ▼ 1991

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilations.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Co. Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard date ▶ 4-2-91

Handwritten signature (X) ▼ Donna M. Bergsgaard

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number/Street/Apartment Number ▼ P.O. Box 64526, 50 W. Kellogg Boulevard

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement...

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 484 744

TX TXU

EFFECTIVE DATE OF REGISTRATION

JUL 18 1991
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1991 to June 30, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is June 4, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NOTE**

a **NAME OF AUTHOR ▼** West Publishing Company
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

b **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*04487641 4*

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1991 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED JUL 18 1991
ONE DEPOSIT RECEIVED JUL 18 1991
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. DO NOT WRITE HERE

TXu 484 744

EXAMINED BY Vg

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 469-557 **Year of Registration** ▼ 1991

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Co. Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard date ▶ 7-9-91

Handwritten signature (X) ▼ Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number Street Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City State ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 492 289

TX TXU

EFFECTIVE DATE OF REGISTRATION

OCT 10 1991
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1991 to September 30, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative Creation Date is August 14, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**NOTE** Under the law,

**a** **NAME OF AUTHOR ▼**

West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*04631464 0463141640

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1991 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED OCT. 10.1991
ONE DEPOSIT RECEIVED OCT. 10.1991
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

TXu 492 289

EXAMINED BY V.G.

CHECKED BY

☐ CORRESPONDENCE Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TXu 469-557 **Year of Registration ▼** 1991

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Co. Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard date ▶ 10/1/91

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number Street Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City State ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 502 897

TX TXU

EFFECTIVE DATE OF REGISTRATION
1 7 92
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1991 to December 31, 1991.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is December 4, 1991; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼**
West Publishing Company
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation.

**NOTE**

b **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*04736848
0473684860

c **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1991 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Co.
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

APPLICATION RECEIVED JAN 07 1992
ONE DEPOSIT RECEIVED JAN 07 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

**DO NOT WRITE HERE**

Page 1 of ____ pages

TXu 502 897

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give. **Previous Registration Number** ▼ TXu 492-289 **Year of Registration** ▼ 1991

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

## —space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ West Publishing Co. **Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - Area 8C
P.O. Box 64526, 50 W. Kellogg Boulevard
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 228-2643

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard **date** ▶ Jan. 2, 1992

**Handwritten signature (X)** ▼ Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - Area 8C
West Publishing Co.

Number Street Apartment Number ▼
P.O. Box 64526, 50 W. Kellogg Boulevard

City State ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 514 737

TX TXU

EFFECTIVE DATE OF REGISTRATION

APR 16 1992
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1992 to March 31, 1992.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative Creation Date is March 16, 1992; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NOTE**

**a** **NAME OF AUTHOR ▼** West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ U.S.A. / Domiciled in ▶ Eagan, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country: OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1992 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED APR. 16. 1992

ONE DEPOSIT RECEIVED APR. 16. 1992

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY Vg

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

TXu 514 737

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼** TXu 502-897 **Year of Registration ▼** 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Co. Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶ (612) 687-5788

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard date ▶ 4-10-92

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ust 1989—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1989 241-428 00,004

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 531 179

TX TXU

EFFECTIVE DATE OF REGISTRATION

JUL 17 1992

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

Group registration for automated database titled "WESTLAW"; unpublished udates from April 1, 1992 to June 30, 1992.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative Creation Date is May 12, 1992; Updated Daily

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

NOTE

a NAME OF AUTHOR ▼ West Publishing Company

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country U.S.A. OR { Citizen of ▶ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*0516411691*

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

and death blank

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED **This information must be given in all cases.** 1992 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED JUL 17 1992

ONE DEPOSIT RECEIVED JUL 17 1992

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

FORM TX

TXu 531 179

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼** TXu 514-737 **Year of Registration ▼** 1992

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

See instructions before completing this space

7

**—space deleted—**

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼** West Publishing Co. **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶ (612) 687-5788

Be sure to give your daytime phone ◀ number

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna M. Bergsgaard
Donna M. Bergsgaard **date ▶** 7/13/92

**Handwritten signature (X) ▼**
Donna M. Bergsgaard

11

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Co.
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ugust 1989—300,000

U.S. GOVERNMENT PRINTING OFFICE: 1989:241-428/00,004

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 548 360

TX TXU

EFFECTIVE DATE OF REGISTRATION

OCT 20 1992
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1992 to September 30, 1992.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is September 8, 1992; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**NOTE**

**a** **NAME OF AUTHOR ▼**
West Publishing Company

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country U.S.A.
OR { Citizen of ▶ / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

... and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1992 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Company
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED OCT. 20 1992
ONE DEPOSIT RECEIVED OCT. 20 1992
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

TXu 548 360

EXAMINED BY VG

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 531-179 **Year of Registration** ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ West Publishing Company **Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Company - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 687-5788

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of West Publishing Company

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard **date** ▶ 10/14/92

Donna M. Bergsgaard

**Handwritten signature (X)** ▼

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Company

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

September 1991—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/40,006

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 554 394

TX TXU

EFFECTIVE DATE OF REGISTRATION

JAN 13 1993
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1992 to December 31, 1992.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative Creation Date is December 15, 1992; Updated Daily

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼**
West Publishing Co.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

NOTE

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*055323654*

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
1992 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.** Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED JAN 13 1993

ONE DEPOSIT RECEIVED JAN. 13 1993

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

EXAMINED BY VG

CHECKED BY

**FORM TX**

TXu 554 394

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 531-179 **Year of Registration** ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Co. **Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 687-5788

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of West Publishing Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard date ▶ 1-7-93

**Handwritten signature (X)** ▼ Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

September 1991—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/40,006

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 567 379
TX TXU
EFFECTIVE DATE OF REGISTRATION
APR 23 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1993 to March 31, 1993.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative Creation Date is March 11, 1993; Updated Daily

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼

West Publishing Co.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country U.S.A. OR { Citizen of ▶ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

Original and revised text and compilation

**NOTE** Under the law, the "author" of a "work made

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

*0574323377*
0574323377

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

again blank.

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 1993 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED APR 23 1993

ONE DEPOSIT RECEIVED APR 23 1993

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

TXu 567 379

EXAMINED BY VG

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼** TXu 531-179 **Year of Registration ▼** 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☐ Copies and Phonorecords **b** ☐ Copies Only **c** ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼** West Publishing Co. **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donna M. Bergsgaard/West Publishing Co. - D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code and Telephone Number ▶ (612) 687-5788

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna M. Bergsgaard date ▶ 4/14/93

**Handwritten signature (X) ▼** Donna M. Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name ▼
Donna M. Bergsgaard - D3-40
West Publishing Co.

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—100,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-581/60,504

# West Publishing

## FAX COVER SHEET

610 OPPERMAN DRIVE ■ EAGAN, MN ■ 55123 ■ (612) 687-7000

DATE March 4, 1994

TO:

NAME Sandra Sedo

PHONE 339-6900

DEPT.

COMPANY Heins, Schatz + Paquin

RE: WESTLAW Copyright

FAX # 339-0981

FROM:

NAME Becky Matzek

DEPT. Copyrights

PHONE 687-8810

FAX # 687-7551

NUMBER OF PAGES INCLUDING COVER 3

COMMENTS I'll also send a copy by courier.

Item #888
S2031b

3-9713-2/7-93



WESTLAW
Copyright Registration
Photocopy
339-0981 fax
Mail Carrier
Sandra Sedo?
Sandra Sedo



WESTLAW
Copyright
Registration
Photocopy
339-0981
fax
Mail Carrier
Sandra Sedo

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 581 411

TX TXU

EFFECTIVE DATE OF REGISTRATION
Month AUG Day 2 Year 1993

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1993 to June 30, 1993.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is June 9, 1993; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

NAME OF AUTHOR ▼
West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country U.S.A.
OR { Citizen of ▶ ______ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

*0602531 4*

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1993 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED AUG 02 1993
ONE DEPOSIT RECEIVED AUG 02 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

Office to adjust ... changes ... Price ... adjust ... 1996 ... contact the Office after ... to determine ... fee schedule. ... connection

2-581/60,504

BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

TXu 581 411

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 531-179 **Year of Registration** ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ West Publishing Co. **Account Number** ▼ DA 061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Co. D3-40
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code and Telephone Number ▶ (612) 687-7870

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies date ▶ 7/27/93

**Handwritten signature (X)** ▼

**MAIL CERTIFICATE TO**

Name ▼ Donna Gies - Area D3-40
West Publishing Co.

Number/Street/Apartment Number ▼ P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

**Certificate will be mailed in window envelope**

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

February 1993—100,000

☆U.S. GOVERNMENT PRINTING OFFICE

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer
ACTING REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 600 924

TX TXU

EFFECTIVE DATE OF REGISTRATION

| OCT | 21 | 1993 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1993 to September 30, 1993.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is August 11, 1993; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NOTE**

**a** **NAME OF AUTHOR** ▼
West Publishing Co.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*0016316091*

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED OCT 21 1993
ONE DEPOSIT RECEIVED OCT 21 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

FORM TX

CHECKED BY

TXu 600 924

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** TXu 548-360 **Year of Registration** 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**— space deleted —**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publising Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 687-7870

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date ▶ 10/13/93

Handwritten signature (X) ▼

**11**

**MAIL CERTIFICATE TO**

Name: Donna Gies - Area D3-40
West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer

ACTING REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX TXU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1993 to December 31, 1993.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is November 9, 1993; Updated Daily

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** NAME OF AUTHOR ▼ West Publishing Co.
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? X Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes X No; Pseudonymous? ☐ Yes X No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

0601552339

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1993 ◀ Year. This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

TXu 614 913

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 554-394 Year of Registration: 1993

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**— space deleted —**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number: (612) 687-7870

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one:
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date. If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies date 1/11/94

Handwritten signature (X)

MAIL CERTIFICATE TO

Name: Donna Gies - Area D3-40
West Publishing Co.

Number/Street/Apartment Number: P.O. Box 64526

City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

**YOU MUST**
- Complete all necessary spaces
- Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager



# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 635-973

EFFECTIVE DATE OF REGISTRATION

MAY 16 1994
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1994 to March 31, 1994.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is March 1, 1994; Updated Daily.

If published in a periodical or serial give: Volume Number Issue Date On Pages

**2**

**a NAME OF AUTHOR**
West Publishing Co.

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of U.S.A. / Domiciled in St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" ... [partially obscured]

**b NAME OF AUTHOR**

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

0662921111

**c NAME OF AUTHOR**

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month Day Year
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED MAY 16, 1994
ONE DEPOSIT RECEIVED MAY 16, 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY VG

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 567-379 Year of Registration: 1993

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation. updated daily

See instructions before completing this space.

7

— space deleted —

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Ellen Gillespie/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number (612) 687-5888

Be sure to give your daytime phone number.

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ellen Gillespie date 5/10/94

Handwritten signature (X) Ellen Gillespie

11

MAIL CERTIFICATE TO

Name: Ellen Gillespie - Area D3-20, West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX
**For a Literary Work**
**UNITED STATES COPYRIGHT OFFICE**

REGISTRATION NUMBER

TXu 652-131

EFFECTIVE DATE OF REGISTRATION

AUG 08 1994
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1994 to June 30, 1994.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is May 2, 1994; Updated Daily.

If published in a periodical or serial give: Volume Number Issue Date On Pages

**2**

**a** **NAME OF AUTHOR**
West Publishing Co.
DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of U.S.A. Domiciled in St. Paul, MN
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [X] No Pseudonymous? [ ] Yes [X] No — If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**b** **NAME OF AUTHOR**
DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

*063371834*

**NAME OF AUTHOR**
DATES OF BIRTH AND DEATH Year Born Year Died

and death blank.

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month Day Year Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED AUG 08 1994
ONE DEPOSIT RECEIVED AUG 08 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number TXu 581-411 Year of Registration 1993

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name West Publishing Co. Account Number DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Donna Bergsgaard/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-5788

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Bergsgaard date 7/29/94

Handwritten signature (X) Donna Bergsgaard

**11**

**MAIL CERTIFICATE TO**

Name
Donna Bergsgaard - Area D3-40
West Publishing Co.

Number/Street/Apartment Number
P.O. Box 64526

City/State/ZIP
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 659-350

EFFECTIVE DATE OF REGISTRATION

NOV 07 1994
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1994 to September 30, 1994.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is August 25, 1994; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
West Publishing Co.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

*0701496871*

0701496871

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
1994 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
NOV 07 1994
ONE DEPOSIT RECEIVED
NOV 07 1994
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

**FORM TX**

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number TXu 600-924 Year of Registration 1993

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**— space deleted —**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶ (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date ▶ 10/31/94

Handwritten signature (X)

**11**

**MAIL CERTIFICATE TO**

Name
Donna Gies - Area D3-40
West Publishing Co.
Number/Street/Apartment Number
P.O. Box 64526
City/State/ZIP
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 664-886

EFFECTIVE DATE OF REGISTRATION

JAN 26 1995
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**

Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1994 to December 31, 1994.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work

Representative Creation Date is December 13, 1994; Updated Daily.

If published in a periodical or serial give: Volume Number Issue Date On Pages

**2**

a **NAME OF AUTHOR** West Publishing Co.

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR Citizen of U.S.A. / Domiciled in St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

Original and revised text and compilation

b **NAME OF AUTHOR**

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

07181 9650

c **NAME OF AUTHOR**

DATES OF BIRTH AND DEATH Year Born Year Died

... space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1994 Year. This information must be given in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month Day Year Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.

West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED JAN 26 1995

ONE DEPOSIT RECEIVED JAN 26 1995

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • *Sign the form at line 10.*

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 614-913 Year of Registration: 1994

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number: (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date. If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date: 1/20/95

Handwritten signature (X)

**11**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name: Donna Gies - Area D3-40
West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 644-839

EFFECTIVE DATE OF REGISTRATION

5 19 95
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1995 to March 31, 1995.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is March 7, 1995; Updated Daily.

If published in a periodical or serial give: Volume Number Issue Date On Pages

**2**

**a** **NAME OF AUTHOR** West Publishing Co.
DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of U.S.A. / Domiciled in St. Paul, MN
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [X] No Pseudonymous? [ ] Yes [X] No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see in-

**b** **NAME OF AUTHOR**
DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of / Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR**
DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of / Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

*0561834926*

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1995 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month Day Year Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAY 03 1995
ONE DEPOSIT RECEIVED MAY 03 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
FUNDS RECEIVED MAY 19 1995

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY [handwritten initials]

CHECKED BY [handwritten initials]

CORRESPONDENCE
☐ Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 635-973   Year of Registration: 1994

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

— space deleted —

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co.   Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number: (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies   date 4/27/95

Handwritten signature (X) [signature]

**11**

MAIL CERTIFICATE TO

Name: Donna Gies - Area D3-40
West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION
AUG 04 1995
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1995 to June 30, 1995.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is May 25, 1995; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼
West Publishing Co.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1995 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED AUG 04 1995
ONE DEPOSIT RECEIVED AUG 04 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number TXu 652-131 Year of Registration 1994

6

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

7

— space deleted —

8

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

9

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name West Publishing Co. Account Number DA061018

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

10

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date 7-26-95

Handwritten signature (X)

11

MAIL CERTIFICATE TO

Name
Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number
P.O. Box 64526
City/State/ZIP
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu 713-197

EFFECTIVE DATE OF REGISTRATION

OCT 25 1995
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1995 to September 30, 1995.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is September 12, 1995; Updated Daily.

If published in a periodical or serial give: Volume | Number | Issue Date | On Pages

## 2

**a NAME OF AUTHOR**
West Publishing Co.

**DATES OF BIRTH AND DEATH** Year Born | Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of U.S.A. / Domiciled in St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a "work made for hire" ...

**b NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born | Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

*077289403*

**c NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born | Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ______ Day ______ Year ______
______ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED OCT. 25, 1995
ONE DEPOSIT RECEIVED OCT 25 1995
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • *Sign the form at line 10.*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number TXu 659-350 Year of Registration 1994

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

— space deleted —

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date 10/20/95

Handwritten signature (X) [signature]

**11**

MAIL CERTIFICATE TO

Name: Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

FEB 21 1996
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1995 to December 31, 1995.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is December 5, 1995; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NOTE**
Under the law,

a **NAME OF AUTHOR** ▼
West Publishing Co.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

b **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

07843113 5

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED: FEB 29 1996
ONE DEPOSIT RECEIVED: FEB 29 1996
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.*
• Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY VG

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number TXu 664-886 Year of Registration 1995

5

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space.

6

—space deleted—

7

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

8

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name West Publishing Co. Account Number DA061018

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

9

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies date 1-23-96

Handwritten signature (X)

10

MAIL CERTIFICATE TO

Name
Donna Gies - Area D4-40
West Publishing Co.

Number/Street/Apartment Number
P.O. Box 64526

City/State/ZIP
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

11

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 738-854

EFFECTIVE DATE OF REGISTRATION

Month MAY Day 17 Year 1996

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1996 to March 31, 1996.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is March 6, 1996; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

07913180

**2 a** NAME OF AUTHOR ▼
West Publishing Co.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ St. Paul, MN

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NOTE: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1996 ◀Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶ ◀Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
APR 17 1996
ONE DEPOSIT RECEIVED
APR. 17 1996
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
FUNDS RECEIVED MAY 17 1996

MORE ON BACK
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number TXu 644-839 Year of Registration 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

— space deleted —

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co.
Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/ West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date 4-16-96

Handwritten signature (X)

**11**

MAIL CERTIFICATE TO

Name: Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

**FORM TX**
**For a Literary Work**
**UNITED STATES COPYRIGHT OFFICE**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

JULY 18 1996
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1996 to June 30, 1996.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is June 26, 1996; Updated Daily.

If published in a periodical or serial give: Volume Number Issue Date On Pages

**2**

**a** **NAME OF AUTHOR**
West Publishing Co.

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of U.S.A.
Domiciled in St. Paul, MN

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a

**b** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of
Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month Day Year
Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JUL 18 1996

ONE DEPOSIT RECEIVED
JUL 18 1996

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. **DO NOT WRITE HERE**

EXAMINED BY Vg

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 670-956 Year of Registration: 1995

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

7

**— space deleted —**

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Co. Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number: (612) 687-7870

Be sure to give your daytime phone number.

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date 7-18-96

Handwritten signature (X)

11

MAIL CERTIFICATE TO

Name: Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 771-547

EFFECTIVE DATE OF REGISTRATION

NOV 05 1996
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1996 to September 30, 1996.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is September 18, 1996; Updated Daily.

If published in a periodical or serial give: Volume Number Issue Date On Pages

**2**

a **NAME OF AUTHOR** West Publishing Co.
**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? [X] Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of U.S.A. / Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes [X] No; Pseudonymous? ☐ Yes [X] No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

b **NAME OF AUTHOR**
**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of / Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

c **NAME OF AUTHOR**
**DATES OF BIRTH AND DEATH** Year Born Year Died

leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of / Domiciled in
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1996 Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month Day Year
U.S.A. Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 05 1996
ONE DEPOSIT RECEIVED NOV 05 1996
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.*
• *Sign the form at line 10.*

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number▼ TXu 713-197 Year of Registration▼ 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.▼
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**— space deleted —**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name▼ West Publishing Co. Account Number▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP▼
Donna Gies/West Publishing Co.
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (612) 687-7870

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Co.
Name of author or other copyright claimant, or owner of exclusive right(s)▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date ▶ 10/30/96

Handwritten signature (X)▼

**11**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name▼
Donna Gies - Area D4-40
West Publishing Co.
Number/Street/Apartment Number▼
P.O. Box 64526
City/State/ZIP▼
St. Paul, Minnesota 55164-0526

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

FORM TX
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 782-469

TX TXU

EFFECTIVE DATE OF REGISTRATION

2 10 97
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1996 to December 31, 1996.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is December 11, 1996; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼
West Publishing Corporation

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ U.S.A. / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

0E6h7900 •

as "Author" of that part, and leave the space for dates of birth and death blank.

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED — This information must be given in all cases.
1996 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED FEB. 10. 1997

ONE DEPOSIT RECEIVED FEB. 10. 1997

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

MORE ON BACK

EXAMINED BY

FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number TXu 732-093 Year of Registration 1996

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

— space deleted —

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name West Publishing Corporation Account Number DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Corporation
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date 2/4/97

Handwritten signature (X)

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name
Donna Gies - Area D4-40
West Publishing Corporation
Number/Street/Apartment Number
P.O. Box 64526
City/State/ZIP
St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 801-038

EFFECTIVE DATE OF REGISTRATION

MAY 2 1997
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1997 to March 31, 1997.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is March 20, 1997; Updated Daily.

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a

**a** **NAME OF AUTHOR** ▼
West Publishing Corporation

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*0784453222*

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED MAY 02 1997

ONE DEPOSIT RECEIVED MAY 02 1997

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.*
• Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY JC

FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number TXu 738-854 Year of Registration 1996

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

7

**— space deleted —**

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: West Publishing Corporation
Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Donna Gies/West Publishing Corporation
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Publishing Corporation
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies date 4/29/97

Handwritten signature (X) [signature]

11

**MAIL CERTIFICATE TO**

Name: Donna Gies - Area D4-40
West Publishing Corporation

Number/Street/Apartment Number: P.O. Box 64526

City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 797-478

EFFECTIVE DATE OF REGISTRATION

9 24 97
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1997 to June 30, 1997.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is May 3, 1997; Updated Daily.

If published in a periodical or serial give: Volume | Number | Issue Date | On Pages

**2**

**a NAME OF AUTHOR**
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH — Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of U.S.A. / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☒ No — Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**
Under the law, the "author" of a "work made for hire" is generally ...

**b NAME OF AUTHOR**

DATES OF BIRTH AND DEATH — Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**c NAME OF AUTHOR**

DATES OF BIRTH AND DEATH — Year Born — Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of / Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month Day Year
U.S.A. Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2.
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED SEP 24 1997
ONE DEPOSIT RECEIVED SEP 24 1997
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.* • *Sign the form at line 10.*

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY VG

FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 753-832 Year of Registration: 1996

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space

## —space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: West Publishing Corporation/dba West Group Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies date 7/30/97

Handwritten signature (X)

**MAIL CERTIFICATE TO**

Name: Donna Gies - Area D4-40
West Publishing Corporation/dba West Group

Number/Street/Apartment Number: P.O. Box 64526

City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5 year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 828-887

TX TXU

EFFECTIVE DATE OF REGISTRATION

Oct 29 1997
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK**
Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1997 to September 30, 1997.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work
Representative Creation Date is September 17, 1997

If published in a periodical or serial give: Volume Number Issue Date On Pages

**NAME OF AUTHOR**
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: Citizen of U.S.A. OR Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [X] No; Pseudonymous? [ ] Yes [X] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NAME OF AUTHOR**

DATES OF BIRTH AND DEATH Year Born Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: Citizen of OR Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR**

DATES OF BIRTH AND DEATH Year Born Year Died

Leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: Citizen of OR Domiciled in

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month Day Year Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED OCT. 29. 1997
ONE DEPOSIT RECEIVED OCT. 29. 1997
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.*
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

X Yes  No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. This is the first published edition of a work previously registered in unpublished form.

b. This is the first application submitted by this author as copyright claimant.

c. X This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** TXu 771-547  **Year of Registration** 1996

5

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space.

6

— space deleted —

7

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

See instructions.

8

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: West Publishing Corporation/dba West Group  Account Number: DA061018

9

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies  date 10/23/97

Handwritten signature (X)

10

MAIL CERTIFICATE TO

Name: Donna Gies - Area D3-20
West Publishing Corporation/dba West Group

Number/Street/Apartment Number: P.O. Box 64526

City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

11

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

TX TXU

EFFECTIVE DATE OF REGISTRATION

FEB 03 1998
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1997 to December 31, 1997.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative Creation Date is November 21, 1997

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NAME OF AUTHOR** ▼
West's Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [X] Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes [X] No
Pseudonymous? ☐ Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR** ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

EE8949960

**NAME OF AUTHOR** ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED FEB 03 1998
ONE DEPOSIT RECEIVED FEB 03 1998
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
[ ] Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
X Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. [ ] This is the first published edition of a work previously registered in unpublished form.
b. [ ] This is the first application submitted by this author as copyright claimant.
c. X This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number: TXu 782-469 Year of Registration: 1997

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [ ] Copies and Phonorecords b [ ] Copies Only c [ ] Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Corporation/dba West Group Account Number: DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number (612) 687-7870

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check only one)
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
X authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies date 1/29/98

Handwritten signature (X)

**11**

MAIL CERTIFICATE TO

Name: Donna Gies - Area D3-20
West Publishing Corporation/dba West Group
Number/Street/Apartment Number: P.O. Box 64526
City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms' Forms Manager

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

JUL 31 1998
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates from April 1, 1998 to June 30, 1998.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is ~~June 30, 1998~~ MAY 15, 1998

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR▼**

a West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? [ ] Yes [X] No; Pseudonymous? [ ] Yes [X] No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NAME OF AUTHOR▼**

c

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1998 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ ~~U.S.A.~~ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED JUL 31 1998

ONE DEPOSIT RECEIVED JUL 31 1998

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • *Sign the form at line 10.*

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM TX

* Amended by C.O. Authority of Rebecca Matzek of West Publishing Corporation in telephone call on March 12, 1999.

CORRESPONDENCE
[ ] Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[X] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [X] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TXu 835-887 Year of Registration ▼ 1998

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space.

7

**---space deleted---**

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [ ] Copies and Phonorecords b [ ] Copies Only c [ ] Phonorecords Only

See instructions.

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Corporation/dba West Group Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-7870

Be sure to give your daytime phone ◀ number.

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[X] authorized agent of West Pub. Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies date ▶ 7-27-98

Handwritten signature (X) ▼

11

MAIL CERTIFICATE TO

Name ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

EFFECTIVE DATE OF REGISTRATION

Nov 02 1998
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates from July 1, 1998 toSeptember 30, 1998.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is July 2, 1998

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**c** **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED NOV 02 1998
ONE DEPOSIT RECEIVED NOV 02 1998
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- *See detailed instructions.*
- *Sign the form at line 10.*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[X] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [X] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TXu 835-887 **Year of Registration** ▼ 1998

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [ ] Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ West Publishing Corporation/dba West Group **Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-7870

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies **date** ▶ 10-26-98

**Handwritten signature (X)** ▼

**11**

**MAIL CERTIFICATE TO**

Name ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group

Number/Street/Apartment Number ▼
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 884-312

EFFECTIVE DATE OF REGISTRATION

Feb 24 1999
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates fromOctober 1, 1998 to December 31, 1998.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is November 20, 1998

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR Citizen of ▶ U.S.A. Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR Citizen of ▶ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR Citizen of ▶ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1998 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶

U.S.A. ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED FEB. 24. 1999

ONE DEPOSIT RECEIVED FEB. 24. 1999

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • *Sign the form at line 10.*

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY
CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[X] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [X] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TXu 835-887 Year of Registration: 1998

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

---space deleted---

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [ ] Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Corporation/dba West Group Account Number: DA061018

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Anne S. Barnard for Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-6378

Be sure to give your daytime phone number.

**10**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard date ▶ 2-5-99

Handwritten signature (X) ▼ Anne S. Barnard

**11**

MAIL CERTIFICATE TO

Name ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

REG
TXu 912-588
TX (TXU)

EFFECTIVE DATE OF REGISTRATION
Apr 26 1999
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates from January 1, 1999 to March 31, 1999.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative creation date is January 29, 1999

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

APPLICATION RECEIVED APR. 26. 1999
ONE DEPOSIT RECEIVED APR 26. 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**MORE ON BACK**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.*
• *Sign the form at line 10.*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY WMD/TRB

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," **Previous Registration Number ▼** TXu 835-887 **Year of Registration ▼** 1998

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼
Previously registered unpublished database.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼** West Publishing Corporation/dba West Group **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Anne S. Barnard for Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-6378

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard date ▶ 4-20-99

**Handwritten signature (X) ▼** Anne S Barnard

**11**

**MAIL CERTIFICATE TO**

Name ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Literary Work**
UNITED STATES COPYRIGHT OFFICE

RE

EFFECTIVE DATE OF REGISTRATION

July 27 1999
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates from April 1, 1999 to June 30, 1999.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is April 7, 1999

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

Original and revised text and compilation

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ ______ Day ▶ ______ Year ▶ ______
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED JUL. 27. 1999

ONE DEPOSIT RECEIVED JUL. 27. 1999

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**MORE ON BACK**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- *See detailed instructions.*
- Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY WMD/1BG

CHECKED BY

**FORM TX**

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," **Previous Registration Number ▼** TXu 873-327 **Year of Registration ▼** 1998

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates▼
Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼
Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Corporation/dba West Group
**Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Anne S. Barnard for Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-6378

◀ Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard date ▶ 7-22-99

**Handwritten signature (X) ▼** Anne S. Barnard

**11**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼ Donna Gies - Area D3-20
West Publishing Corporation/dba West Group
Number/Street/Apartment Number ▼
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# FORM TX

For a Literary Work
UNITED STATES COPYRIGHT OFFICE

## CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TXu 924-205

NOV - 5 1999
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK**

Group registration for automated database titled "Westlaw"; unpublished updates from July 1, 1999 to September 30, 1999.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work**

Representative creation date is July 29, 1999

If published in a periodical or serial give: **Volume** **Number** **Issue Date** **On Pages**

**2**

**NAME OF AUTHOR**
a West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of U.S.A. / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR**
b

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR**
c

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of / Domiciled in

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month Day Year
U.S.A. Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
NOV 05 1999
ONE DEPOSIT RECEIVED
NOV 05 1999
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** TXu 873-327 **Year of Registration** 1998

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

See instructions before completing this space.

## 7

**---space deleted---**

## 8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

## 9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** West Publishing Corporation/dba West Group **Account Number** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Anne S. Barnard/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number (651) 687-6378

Be sure to give your daytime phone number.

## 10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Anne S. Barnard **date** 10-25-99

**Handwritten signature (X)** Anne S Barnard

## 11

**MAIL CERTIFICATE TO**

Name: Rebecca Matzek - Area D3-20
West Publishing Corporation/dba West Group

Number/Street/Apartment Number: P.O. Box 64526

City/State/ZIP: St. Paul, Minnesota 55164-0526

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.



# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatice Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 998-476

EFFECTIVE DATE OF REGISTRATION

JAN 28 2000
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK▼**
Group registration for automated database titled "Westlaw"; unpublished updates October 1, 1999 to December 31, 1999.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is November 4, 1999

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JAN 28 2000
ONE DEPOSIT RECEIVED
JAN 28 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE

EXAMINED BY
IMB
CHECKED BY

**FORM TX**

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[X] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. [ ] This is the first published edition of a work previously registered in unpublished form.
b. [ ] This is the first application submitted by this author as copyright claimant.
c. [X] This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶ TXu884-312 **Year of Registration** ▶ 1999

5

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

6

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ West Publishing Corporation/dba West Group
**Account Number** ▼ DA061018

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Anne S. Barnard/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-6387
Fax Number ▶ (651) 687-7551
Email ▶ Anne.Barnard@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[X] authorized agent of West Publishing Corporation/dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

8

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Anne S. Barnard **Date** ▶ 1-18-2000

**Handwritten signature (X)** ▼
X Anne S Barnard

**Certificate will be mailed in window envelope to this address:**
Name ▼ Anne S. Barnard
Number/Street/Apt ▼ West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

9

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatice Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 954-565

*TXu000954565*

EFFECTIVE DATE OF REGISTRATION

5 24 2000
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2000 to March 31, 2000.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is February 9, 2000.

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NAME OF AUTHOR▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
2000 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAY 24 2000
ONE DEPOSIT RECEIVED
MAY 24 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• *See detailed instructions.* • *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**REVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
] Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ▼)
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
'your answer is "Yes," give **Previous Registration Number** ▶ TXu 873-327 **Year of Registration** ▶ 1998

6

**ERIVATIVE WORK OR COMPILATION**
**reexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ a
Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ b
Daily updates of original and revised text and compilation.

7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. a
**Name** ▼ **Account Number** ▼
West Publishing Corporation/dba West Group DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ b
Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526
Area Code & Telephone Number ▶ (651) 687-7870 Fax Number ▶ (651) 687-7551
Email ▶ Donna.Gies@westgroup.com

8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies **Date** ▶ 5-5-2000

**Handwritten signature (X)** ▼
X

9

**Certificate will be mailed in window envelope to this address:**
Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

FORM TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
United States of America

TXu 963-262

EFFECTIVE DATE OF REGISTRATION
Month 8 Day 1 Year 00

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2000 - June 30, 2000.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is May 10, 2000

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED AUG 01 2000
ONE DEPOSIT RECEIVED AUG 01 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**REVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
- This is the first published edition of a work previously registered in unpublished form.
- This is the first application submitted by this author as copyright claimant.
- ☒ This is a changed version of the work, as shown by space 6 on this application.

your answer is "Yes," give **Previous Registration Number** ▶ TXu 884-312 **Year of Registration** ▶ 1999

**ERIVATIVE WORK OR COMPILATION**

**reexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

See instructions before completing this space

**aterial Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

**EPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**ame** ▼ West Publishing Corporation/dba West Group **Account Number** ▼ DA061018

**ORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

ea Code & Telephone Number ▶ (651) 687-7870 Fax Number ▶ (651) 687-7551
mail ▶ Donna.Gies@westgroup.com

**ERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
- author
- other copyright claimant
- owner of exclusive right(s)
- ☒ authorized agent of West Pub Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

f the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**yped or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Donna Gies **Date** ▶ 7-21-2000

**Handwritten signature (X)** ▼
X [signature] 7/21/00

**Certificate will be mailed in window envelope to this address:**

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 991-424

EFFECTIVE DATE OF REGISTRATION

Nov 13 2000
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2000 - September 30, 2000.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is August 24, 2000

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

## NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
NOV 13 2000
ONE DEPOSIT RECEIVED
NOV 13 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- See detailed instructions
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

**FORM TX**

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ TXu 884-312 **Year of Registration** ▶ 1999

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ West Publishing Corporation/dba West Group

**Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donna Gies/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-7870 Fax Number ▶ (651) 687-7551

Email ▶ Donna.Gies@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donna Gies **Date** ▶ 9-30-2000

**Handwritten signature (X)** ▼

X [signature]

Certificate will be mailed in window envelope to this address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 993-709

EFFECTIVE DATE OF REGISTRATION

2 23 2001
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2000 - December 31, 2000.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is December 5, 2000

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
FEB 23 2001
ONE DEPOSIT RECEIVED
FEB 23 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY [handwritten initials] FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

6

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ a
Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ b
Daily updates of original and revised text and compilation.

7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. a
**Name** ▼ **Account Number** ▼
West Publishing Corporation/dba West Group DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ b
Rebecca Matzek/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551
Email ▶ Becky.Matzek@westgroup.com

8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek **Date** ▶ 2-15-2001

**Handwritten signature (X)** ▼
x [signature: Rebecca Matzek]

9

**Certificate will be mailed in window envelope to this address:**

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatice Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

MAY 17, 2001
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2001 - March 31, 2001.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is February 27, 2001

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
a West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
a 2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAY 17 2001
ONE DEPOSIT RECEIVED
MAY 17 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE

EXAMINED BY JRP

CHECKED BY

FORM TX

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. This is the first published edition of a work previously registered in unpublished form.
b. This is the first application submitted by this author as copyright claimant.
c. This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: West Publishing Corporation/dba West Group
Account Number: DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Rebecca Matzek/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810
Fax Number ▶ (651) 687-7551
Email ▶ Becky.Matzek@westgroup.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
- author
- other copyright claimant
- owner of exclusive right(s)
- authorized agent of West Pub Corp./dba West Group
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek Date ▶ 5-10-2001

Handwritten signature (X) ▼
x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Rebecca Matzek - Area D3-20
Number/Street/Apt ▼ West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatice Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

AUGUST 13, 2001
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2001 - June 30, 2001.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is June 5, 2001

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
**Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
AUG 13 2001
ONE DEPOSIT RECEIVED
AUG 13 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE

EXAMINED BY JRP

FORM TX

CHECKED BY

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. This is the first published edition of a work previously registered in unpublished form.

b. This is the first application submitted by this author as copyright claimant.

c. This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

5

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

6

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ **Account Number** ▼

West Publishing Corporation/dba West Group DA061018

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551

Email ▶ Becky.Matzek@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
- author
- other copyright claimant
- owner of exclusive right(s)
- authorized agent of West Pub. Corp /dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

8

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek **Date** ▶ 8-6-2001

**Handwritten signature (X)** ▼

x Rebecca Matzek

Certificate will be mailed in window envelope to this address:

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

9

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

NOVEMBER 30, 2001
Month Day Year

...LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2001 - September 30, 2001.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is September 4, 2001

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**NAME OF AUTHOR ▼**

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Original and revised text and compilation

## NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED NOV 30, 2001
ONE DEPOSIT RECEIVED NOV 30, 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE

EXAMINED BY JRP

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

5

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
Previously registered unpublished database.

a

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Daily updates of original and revised text and compilation.

b

6

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ **Account Number** ▼
West Publishing Corporation/dba West Group DA061018

a

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

b

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551
Email ▶ Becky.Matzek@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

8

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek **Date** ▶ 11-21-2001

**Handwritten signature (X)** ▼
x Rebecca Matzek

**Certificate will be mailed in window envelope to this address:**

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

9

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

## FORM TX

**For a Nondramatice Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

FEBRUARY 22, 2002
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

1

**TITLE OF THIS WORK▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2001 - December 31, 2001.

**PREVIOUS OR ALTERNATIVE TITLES▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is December 5, 2001

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

2

a **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

c **NAME OF AUTHOR▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** **This information must be given in all cases.**
2001 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** **Complete this information ONLY if this work has been published.**
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
Feb 22 2001
ONE DEPOSIT RECEIVED
Feb 22 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY JRP

FORM TX

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Daily updates of original and revised text and compilation.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ West Publishing Corporation/dba West Group

**Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ Becky.Matzek@westgroup.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub. Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek

**Date** ▶ 2-18-2002

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001073495
Search Results: Displaying 1 of 1 entries

Labeled View

***Westlaw : daily updates from January 1, 2002 to March 31, 2002.***

**Type of Work:** Text
**Registration Number / Date:** TXu001073495 / 2002-08-16
**Title:** Westlaw : daily updates from January 1, 2002 to March 31, 2002.
**Description:** Sheets.
**Copyright Claimant:** West Publishing Corporation d.b.a. West Group
**Date of Creation:** 2002
**Basis of Claim:** New Matter: updating, additions, revisions & compilation.
**Variant title:** Westlaw : daily updates from January 1, 2002 to March 31, 2002.
**Names:** West Publishing Corporation
West Group

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ▼ | Format for Print/Save |
| Enter your email address: | | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

4/8/2020

Copyright
United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001073494
Search Results: Displaying 1 of 1 entries

previous
next

Labeled View

***Westlaw : daily updates from April 1, 2002 to June 30, 2002.***

**Type of Work:** Text
**Registration Number / Date:** TXu001073494 / 2002-08-30
**Title:** Westlaw : daily updates from April 1, 2002 to June 30, 2002.
**Description:** Sheets.
**Copyright Claimant:** West Publishing Corporation d.b.a. West Group
**Date of Creation:** 2002
**Basis of Claim:** New Matter: updating, additions, revisions & compilation.
**Variant title:** Westlaw : daily updates from April 1, 2002 to June 30, 2002.
**Names:** West Publishing Corporation
West Group

previous
next

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▼ Format for Print/Save |
| Enter your email address: | Email |

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=TXu001073494&Search_Code=REGS&PID=8Q5lX9_k0_LZjmShFCmbo_AHmg&SEQ=2020... 1/1

194

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 1-077-181

EFFECTIVE DATE OF REGISTRATION
Dec. 20 2002
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2002 - September 30, 2002.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Representative creation date is September 18, 2002

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2002 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
DEC 20 2002
ONE DEPOSIT RECEIVED
DEC 20 2002
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY HLM

FORM TX

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼ **a**

Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼ **b**

Daily updates of original and revised text and compilation.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a**

**Name** ▼ West Publishing Corporation/dba West Group

**Account Number** ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**

Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ Becky.Matzek@westgroup.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West Pub. Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek **Date** ▶ 12-11-2002

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Rebecca Matzek - Area D3-20

Number/Street/Apt ▼ West Publishing Corporation/dba West Group P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

**YOU MUST:**

- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**

Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS

United States of America

## FORM TX

For a Nondramatice Literary Work
UNITED STATES COPYRIGHT OFFICE

REGI[illegible]

TXu 1-109-194

EFFECTIVE DATE OF REGISTRATION

Month 2 Day 26 Year 03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK** ▼

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2002 - Decemeber 31, 2002.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

Representative creation date is December 6, 2002

If published in a periodical or serial give: **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**NAME OF AUTHOR** ▼

West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR { Citizen of ▶ U.S.A. / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

Original and revised text and compilation

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2002 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶

U.S.A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED FEB 2 8 2003

ONE DEPOSIT RECEIVED FEB 2 8 20[illegible]

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
Yes No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼
a. This is the first published edition of a work previously registered in unpublished form.
b. This is the first application submitted by this author as copyright claimant.
c. This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼ **Account Number** ▼
West Publishing Corporation/dba West Group DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551
Email ▶ Becky.Matzek@westgroup.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
- author
- other copyright claimant
- owner of exclusive right(s)
- authorized agent of West Pub. Corp /dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek **Date** ▶ 2-10-2003

**Handwritten signature (X)** ▼
x Rebecca Matzek

Certificate will be mailed in window envelope to this address:

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1-112-431

EFFECTIVE DATE OF REGISTRATION

JUN 19 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "Westlaw" unpublished updates January 1 2003 to March 31 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼
Representative creation date is March 3, 2003

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
West Publishing Corporation/dba West Group
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ USA / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
2003 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published
Month ▶ Day ▶ Year ▶
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul Minnesota 55164 0526

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUN 19 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUN 19 2003
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page DO NOT WRITE HERE

EXAMINED BY [signature]

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account.

**Name ▼** West Publishing Corporation/dba West Group

**Account Number ▼** DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul Minnesota 55164 0526

Area Code & Telephone Number ▶ (651) 687 8810

Fax Number ▶ (651) 687 7551

Email ▶ Becky Matzek@thomson com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West Pub Corp /dba West Group

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date ▼** If this application gives a date of publication in space 3 do not sign and submit it before that date

Rebecca Matzek **Date ▶** 6 12 2003

**Handwritten signature (X) ▼**

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address**

Name ▼ Rebecca Matzek Area D3 20

Number/Street/Apt ▼ West Publishing Corporation/dba West Group P O Box 64526

City/State/ZIP ▼ St Paul, Minnesota 55164 0526

YOU MUST

Complete all necessary spaces
Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:

Library of Congress
Copyright Office
Register of Copyrights
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE

TXu 1-105-240

TXU 1105240

EFFECTIVE DATE OF REGISTRATION

9 - 19 - 03
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "Westlaw", unpublished updates April 1, 2003 to June 30, 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative creation date is June 12, 2003

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
West Publishing Corporation/dba West Group

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
SEP 19 2003

ONE DEPOSIT RECEIVED
SEP 19 2003

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY dh

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Previously registered unpublished database

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼
Daily updates of original and revised text and compilation

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ West Publishing Corporation/dba West Group
Account Number ▼ DA061018

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West Publishing Corporation/dba West Group
P O Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810
Fax Number ▶ (651) 687-7551
Email ▶ Becky Matzek@thomson com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West Pub Corp./dba West Group
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Rebecca Matzek Date ▶ 9-8-2003

Handwritten signature (X) ▼
x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Rebecca Matzek - Area D3-20
Number/Street/Apt ▼ West Publishing Corporation/dba West Group
P O Box 64526
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

TXu 1-157-555

EFFECTIVE DATE OF REGISTRATION

3 (Month) 9 (Day) 2004 (Year)

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK** ▼

Group registration for automated database titled Westlaw" unpublished updates July 1 2003 to September 30 2003

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work** ▼

Representative creation date is September 16, 2003

If published in a periodical or serial give **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**a** **NAME OF AUTHOR** ▼ West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ? ☐ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases: 2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published: Month ▶ Day ▶ Year ▶ USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

West Publishing Corporation/dba West Group
P O Box 64526
St Paul Minnesota 55164 0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED MAR 09 2004

ONE DEPOSIT RECEIVED MAR 09 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY slm

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**Name** ▼ West Publishing Corporation/dba West Group

**Account Number** ▼ DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul Minnesota 55164 0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687 7551

Email ▶ Becky Matzek@thomson com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West Pub Corp /dba West Group

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Rebecca Matzek **Date** ▶ 2 16 2004

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address**

Name ▼ Rebecca Matzek Area D3 20

Number/Street/Apt ▼ West Publishing Corporation/dba West Group P O Box 64526

City/State/ZIP ▼ St Paul, Minnesota 55164-0526

YOU MUST:

Complete all necessary spaces

Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1 Application form

2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

3 Deposit material

MAIL TO

Library of Congress
Copyright Office
Register of Copyrights
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 1-172-030

EFFECTIVE DATE OF REGISTRATION
3 (Month) 26 (Day) 2004 (Year)

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK** ▼
Group registration for automated database titled "Westlaw", unpublished updates October 1, 2003 to December 31, 2003

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work** ▼
Representative creation date is December 19, 2003

If published in a periodical or serial give **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**a** **NAME OF AUTHOR** ▼ West Publishing Corporation/dba West Group
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ USA / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR** ▼
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR** ▼
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases: 2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published: Month ▶ Day ▶ Year ▶ USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 26 2004
ONE DEPOSIT RECEIVED MAR 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page    DO NOT WRITE HERE

EXAMINED BY — FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give Previous Registration Number ▶ Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation

See instructions before completing this space

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ West Publishing Corporation/dba West Group

Account Number ▼ DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551

Email ▶ becky matzek@thomson com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West Pub Corp /dba West Group

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Rebecca Matzek Date ▶ 3-19-2004

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Rebecca Matzek - Area D3-20 |
| Number/Street/Apt ▼ | West Publishing Corporation/dba West Group<br>P O Box 64526 |
| City/State/ZIP ▼ | St Paul, Minnesota 55164-0526 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D C 20559-6000

*As of July 1, 1999, the filing fee for Form TX is $30*

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TXu 1-151-817**

*TXU001151817*

EFFECTIVE DATE OF REGISTRATION

6 6 04
Month Day Year

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw", unpublished updates January 1, 2004 to* March 31 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

Representative creation date is March 9, 2004

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ Day ▶ Year ▶
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
West Publishing Corporation/dba West Group
P O Box 64526
St Paul Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED JUN - 6 2004
ONE DEPOSIT RECEIVED JUN - 6 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5 9) on the reverse side of this page

DO NOT WRITE HERE

*On copy March 31, 2004

EXAMINED BY [signature]

FORM TX

CHECKED BY

☑ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is 'Yes, why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is 'Yes' give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Daily updates of original and revised text and compilation

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**Name** ▼ West Publishing Corporation/dba West Group

**Account Number** ▼ DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ becky matzek@thomson com

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West Pub Corp /dba West Group

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Rebecca Matzek **Date** ▶ 5-21-2004

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Rebecca Matzek - Area D3-20

Number/Street/Apt ▼ West Publishing Corporation/dba West Group P O Box 64526

City/State/ZIP ▼ St Paul, Minnesota 55164-0526

**YOU MUST:**

Complete all necessary spaces

Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**

1 Application form

2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

3 Deposit material

**MAIL TO:**

Library of Congress
Copyright Office
Register of Copyrights
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1-215-013

*TXU001215013*

EFFECTIVE DATE OF REGISTRATION

NOV 19 2004

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK**

Group registration for automated database titled "Westlaw", unpublished updates July 1, 2004 through September 30, 2004

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work**

Representative creation date is August 4, 2004

If published in a periodical or serial give **Volume** **Number** **Issue Date** **On Pages**

**2**

**a** **NAME OF AUTHOR**
West Publishing Corporation/dba West Group

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed
Original and revised text and compilation

**b** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ Day ▶ Year ▶
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2
West Publishing Corporation/dba West Group
P O Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED NOV 19 2004

ONE DEPOSIT RECEIVED NOV 19 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

## 6

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously registered unpublished database

See instructions before completing this space

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Daily updates of original and revised text and compilation

## 7

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

**Name** ▼ West Publishing Corporation/dba West Group

**Account Number** ▼ DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P O Box 64526

St Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ becky matzek@thomson com

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West Pub Corp /dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

Rebecca Matzek **Date** ▶ 11-11-2004

**Handwritten signature (X)** ▼

x Rebecca Matzek

## 9

Certificate will be mailed in window envelope to this address

Name ▼ Rebecca Matzek - Area D3-20

Number/Street/Apt ▼ West Publishing Corporation/dba West Group P O. Box 64526

City/State/ZIP ▼ St Paul, Minnesota 55164-0526

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D C 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30

*17 U S C § 506(e) *Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500*

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1-232-332

EFFECTIVE DATE OF REGISTRATION

JAN. 28, 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2004 through December 31, 2004.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼
Representative creation date is December 15, 2004

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ West Publishing Corporation/dba West Group
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ U.S.A. Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases. 2004 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
West Publishing Corporation/dba West Group
P.O. Box 64526
St. Paul, Minnesota 55164-0526

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JAN 28 2005
ONE DEPOSIT RECEIVED JAN 28 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. DO NOT WRITE HERE

EXAMINED BY MS

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼

Previously registered unpublished database.

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Daily updates of original and revised text and compilation.

See instructions before completing this space.

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name▼ West Publishing Corporation/dba West Group

Account Number▼ DA061018

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP▼

Rebecca Matzek/West Publishing Corporation/dba West Group

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☒ authorized agent of West Pub. Corp./dba West Group

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek **Date** ▶ 2-16-2005

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Rebecca Matzek - Area D3-20

Number/Street/Apt ▼ West Publishing Corporation/dba West Group P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM CA**
**For Supplementary Registration**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-428-097

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

DEC 29 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## A

**Title of Work** ▼
Group registration for automated database titled "Westlaw" unpublished updates January 1 2005 through March 31 2005

**Registration Number of the Basic Registration** ▼
TXu 1 248-137

**Year of Basic Registration** ▼
2005

**Name(s) of Author(s)** ▼
Thomson Global Resources AG

**Name(s) of Copyright Claimant(s)** ▼
Thomson Global Resources AG
Zurcherstrasse 59
8800 Thalwil Switzerland

## B

**Location and Nature of Incorrect Information in Basic Registration** ▼

Line Number 2a & 4 Line Heading or Description Name of Author & Transfer Statement

**Incorrect Information as It Appears in Basic Registration** ▼
Thomson Global Resources AG

Space 4 Transfer Statement - blank

**Corrected Information** ▼
West Services Inc operating as West a Thomson business *should have been named as author
*By assignment - transfer statement

**Explanation of Correction** ▼
Author listed incorrectiv

Ownership transfer by assignment

## C

**Location and Nature of Information in Basic Registration to be Amplified** ▼

Line Number ______ Line Heading or Description ______

**Amplified Information and Explanation of Information** ▼

MORE ON BACK ▸ Complete all applicable spaces (D-G) on the reverse side of this page.

DO NOT WRITE HERE

*Amended by C O from phone call to Rebecca Matzek of West, a Thomson business on May 10, 2006

FORM CA RECEIVED DEC 29 2005

FORM CA

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE ☐

FOR COPYRIGHT OFFICE USE ONLY

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**Continuation of** ☐ Part B *or* ☐ Part C

D

**Correspondence** Give name and address to which correspondence about this application should be sent

Rebecca Matzek West a Thomson business

E

Phone ( 651 )687 8810 Fax ( 651 )687 7551 Email becky matzek@thomson com

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give the name and number of Account

Name West a Thomson business

Account Number DA061018

**Certification*** I the undersigned hereby certify that I am the (Check only one)

☐ author ☐ owner of exclusive right(s)

☐ other copyright claimant ☒ duly authorized agent of West & Thomson Global Res

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

F

Typed or printed name ▼ Rebecca Matzek Date ▼ 12 15-2005

Handwritten signature (X) ▼ Rebecca Matzek

**Certificate will be mailed in window envelope to this address**

Name ▼ Rebecca Matzek

Number/Street/Apt ▼ West a Thomson business

City/State/Zip ▼ St Paul Minnesota 55164 0526

Complete all necessary spaces
Sign your application in space F

1 Application Form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington D C 20559-6000

G

As of July 1 1999 the f e for filing Form CA is $65

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

TXu 1-320-310

*TXU001320310*

EFFECTIVE DATE OF REGISTRATION

8 (Month) 24 (Day) 2006 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK** ▼

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2005 through June 30, 2005.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

Representative creation date is June 6, 2005

If published in a periodical or serial give: **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

## 2

**a** **NAME OF AUTHOR** ▼ Thomson Global Resources

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED AUG 24 2005

ONE DEPOSIT RECEIVED AUG 24 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY Su

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼ **a**

Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼ **b**

Daily updates of original and revised text and compilation.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a**

Name▼ West, a Thomson business

Account Number▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP▼ **b**

Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Thomson Global Resources

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek **Date** ▶ 8-18-2005

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West, a Thomson business
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

TXu 1-282-273

EFFECTIVE DATE OF REGISTRATION

JAN 13 2006
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK** ▼

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2005 through June 30, 2005.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

Representative creation date is June 6, 2005

If published in a periodical or serial give: **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

## 2

**a NAME OF AUTHOR** ▼
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
Assignment

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED JAN 13 2006
ONE DEPOSIT RECEIVED JAN 13 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY **FORM TX**

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously registered unpublished database.

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Daily updates of original and revised text and compilation.

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼** West, a Thomson business

**Account Number ▼** DA061018

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West and Thomson Global Resources

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek **Date ▶** 8-18-2005

**Handwritten signature (X) ▼**

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Rebecca Matzek - Area D3-20

Number/Street/Apt ▼ West, a Thomson business P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

**YOU MUST**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
**For a Nondramatic Literary Work**
UNITED STATES COPYRIGHT OFFICE

TXu 1-321-715

EFFECTIVE DATE OF REGISTRATION

12 2 05
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK** ▼ *daily

Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2005 through September 30, 2005.

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work** ▼

Representative creation date is September 9, 2005

If published in a periodical or serial give: **Volume** ▼ **Number** ▼ **Issue Date** ▼ **On Pages** ▼

**2**

**a NAME OF AUTHOR** ▼ West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**b NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 2005 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED DEC 0 2 2005
ONE DEPOSIT RECEIVED DEC 0 2 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK** ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM TX

*Added by C.O. from copy.

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ **Year of Registration** ▶

6

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼

Previously registered unpublished database.

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Daily updates of original and revised text and compilation.

7

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**▼ West, a Thomson business

**Account Number**▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP▼

Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West and Thomson Global Resources
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek **Date** ▶ 11-22-2005

**Handwritten signature (X)** ▼

x Rebecca Matzek

9

**Certificate will be mailed in window envelope to this address:**

Name ▼
Rebecca Matzek - Area D3-20

Number/Street/Apt ▼
West, a Thomson business
P.O. Box 64526

City/State/ZIP ▼
St. Paul, Minnesota 55164-0526

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 1-338-511

EFFECTIVE DATE OF REGISTRATION

2 13 06
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2005 through December 31, 2005.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

Representative creation date is December 8, 2005

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED 2/13/06
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED 2/13/06
FUNDS RECEIVED

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼

Previously registered unpublished database.

See instructions before completing this space.

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Daily updates of original and revised text and compilation.

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name▼ West, a Thomson business

Account Number▼ DA061018

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP▼

Rebecca Matzek/West, a Thomson business

P.O. Box 64526

St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810

Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of West and Thomson Global Resources

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Rebecca Matzek Date ▶ 2-9-2006

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Rebecca Matzek - Area D3-20

Number/Street/Apt ▼ West, a Thomson business
P.O. Box 64526

City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM TX

For a Nondramatice Literary Work

UNITED STATES COPYRIGHT OFFICE

REGIS TXu 1-314-965

TXu001314965

TXU

EFFECTIVE DATE OF REGISTRATION

August 14 2006
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK**

Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2006 through March 31, 2006.

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work**

Representative creation date is March 8, 2006

If published in a periodical or serial give: **Volume** **Number** **Issue Date** **On Pages**

**2**

**a** **NAME OF AUTHOR**
West Services Inc. operating as West, a Thomson business

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**c** **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

Assignment

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED AUG 14 2006

ONE DEPOSIT RECEIVED AUG 14 2006

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY SLM

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▶** **Year of Registration ▶**

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.▼
Previously registered unpublished database.

See instructions before completing this space.

**b** **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼
Daily updates of original and revised text and compilation.

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name▼** West, a Thomson business **Account Number▼** DA061018

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West, a Thomson business
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810 Fax Number ▶ (651) 687-7551

Email ▶ becky.matzek@thomson.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West and Thomson Global Resources
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek **Date ▶** 5-5-2006

**Handwritten signature (X) ▼**
x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼ Rebecca Matzek - Area D3-20
Number/Street/Apt ▼ West, a Thomson business
P.O. Box 64526
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TXu 1-295-591

TX TXU

EFFECTIVE DATE OF REGISTRATION

Month Aug Day 18 Year 2006

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK**
Group registration for automated database titled "Westlaw", unpublished updates April 1, 2006 through June 30, 2006

**PREVIOUS OR ALTERNATIVE TITLES**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work**

Representative creation date is June 6, 2006

If published in a periodical or serial give **Volume** **Number** **Issue Date** **On Pages**

**2**

a **NAME OF AUTHOR**
West Services Inc operating as West, a Thomson business

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed
Original and revised text and compilation

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed

c **NAME OF AUTHOR**

**DATES OF BIRTH AND DEATH** Year Born Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases
2006 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ Day ▶ Year ▶
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright
Assignment

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED AUG 18 2006
ONE DEPOSIT RECEIVED AUG 18 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ▼)
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶ Year of Registration ▶

5

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Previously registered unpublished database

6

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Daily updates of original and revised text and compilation

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼ West, a Thomson business
Account Number ▼ DA061018

7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West, a Thomson business
P O Box 64526
St Paul, Minnesota 55164-0526

Area Code & Telephone Number ▶ (651) 687-8810
Fax Number ▶ (651) 687-7551
Email ▶ becky matzek@thomson com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of West and Thomson Global Resources
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

8

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date
Rebecca Matzek Date ▶ 8-10-2006

**Handwritten signature (X) ▼**
x Rebecca Matzek

**Certificate will be mailed in window envelope to this address**

Name ▼
Rebecca Matzek - Area D3-20
Number/Street/Apt ▼
West, a Thomson business
P O Box 64526
City/State/ZIP ▼
St Paul, Minnesota 55164-0526

9

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
Register of Copyrights
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu 1-328-716

EFFECTIVE DATE OF REGISTRATION
Month NOV Day 14 Year 06

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK**▼
Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2006 through September 30, 2006.

**PREVIOUS OR ALTERNATIVE TITLES**▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work**▼
Representative creation date is September 7, 2006

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR**▼
West Services Inc. operating as West, a Thomson business

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of ▶ U.S.A. / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼
Original and revised text and compilation

**b NAME OF AUTHOR**▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed▼

**c NAME OF AUTHOR**▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Assignment

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 14 2006
ONE DEPOSIT RECEIVED NOV 14 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXAMINED BY
CHECKED BY
CORRESPONDENCE Yes

**FORM TX**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box ▼)
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶ **Year of Registration ▶**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼
Previously registered unpublished database

See instructions before completing this space

**Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Daily updates of original and revised text and compilation

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
**Name ▼** West a Thomson business **Account Number ▼** DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼
Rebecca Matzek/West a Thomson business
P O Box 64526
St Paul Minnesota 55164 0526

Area Code & Telephone Number ▶ (651) 687 8810 Fax Number ▶ (651) 687 7551
Email ▶ becky matzek@thomson com

**CERTIFICATION** I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of West and Thomson Global Resources
Name of author or other copyright claimant or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date ▼** If this application gives a date of publication in space 3 do not sign and submit it before that date
Rebecca Matzek **Date ▶** 11 8 2006

**Handwritten signature (X) ▼**
x Rebecca Matzek

**Certificate will be mailed in window envelope to this address**
Name ▼
Rebecca Matzek Area D3-20
Number/Street/Apt ▼
West a Thomson business
P O Box 64526
City/State/ZIP ▼
St Paul Minnesota 55164 0526

YOU MUST:
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
Register of Copyrights
Washington D C 20559 6000

As of July 1 1999 the filing fee for Form TX is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms Inc

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS TXu 1-338-092

EFFECTIVE DATE OF REGISTRATION
2 5 07
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Group registration for automated database titled "Westlaw unpublished updates October 1 2006 through December 31 2006

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**
Representative creation date is December 5 2006

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼**
West Services Inc operating as Thomson West

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U S A / Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is Yes see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the author of a work made for hire is generally the employer not the employee (see instructions). For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a work made for hire? ☐ Yes ☐ No

**AUTHOR S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Thomson Global Resources
Landis+Gyr Strasse 3
6300 Zug
Switzerland

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED FEB 05 2007
ONE DEPOSIT RECEIVED FEB 05 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY MW

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes, why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes, give **Previous Registration Number** ▶ **Year of Registration** ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼ **a**

Previously registered unpublished database

See instructions before completing this space

**Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼ **b**

Daily updates of original and revised text and compilation

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account **a**

Name ▼ Thomson West

Account Number ▼ DA061018

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/Zip ▼ **b**

Rebecca Matzek West, a Thomson business
P O Box 64526
St Paul Minnesota 55164-0526

Area code and daytime telephone number ▶ (651) 687 8810

Fax number ▶ (651) 687 7551

Email ▶ becky matzek@thomson com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of West and Thomson Global Resources

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Rebecca Matzek Date ▶ 1/31/07

**Handwritten signature (X)** ▼

x Rebecca Matzek

**9**

**Certificate will be mailed in window envelope to this address**

Name ▼ Rebecca Matzek Area D3 20
Thomson West

Number/Street/Apt ▼ P O Box 64526

City/State/ZIP ▼ St Paul Minnesota 55164 0526

Complete all necessary spaces
Sign your application in space 8

1 Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form TX Rev 07/2006 Print 07/2006—30 000 Printed on recycled paper

U.S. Government Printing Office 2004-320-958/60 123

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE
1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
TXu 1-361-927
EFFECTIVE DATE OF
6 12 2007
Month Day Year

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
Group registration for automated database titled Westlaw unpublished updates January 1 2007 through March 31 2007

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼
Representative creation date is March 6 2007

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
West Services Inc operating as Thomson West

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ U S A / Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Original and revised text and compilation

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2007 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ Day ▶ Year ▶ ~~2007~~
~~U S A~~ ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Thomson Global Resources
Landis+Gyr Strasse 3
6300 Zug
Switzerland

See instructions before completing this space

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUN 12 2007
ONE DEPOSIT RECEIVED JUN 12 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Assignment

MORE ON BACK ▶ Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

Amended by C O from space 1 of application

EXAMINED BY SM

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☐ This is a changed version of the work as shown by space 6 on this application
If your answer is Yes, give Previous Registration Number ▶ Year of Registration ▶

**6**

DERIVATIVE WORK OR COMPILATION

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
Previously registered unpublished database

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼
Daily updates of original and revised text and compilation

**7**

a DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼ Thomson West
Account Number ▼ DA061018

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/Zip ▼
Rebecca Matzek West, a Thomson business
P O Box 64526
St Paul Minnesota 55164 0526

Area code and daytime telephone number ▶ (651) 687 8810
Fax number ▶ (651) 687 7551
Email ▶ becky matzek@thomson com

**8**

CERTIFICATION* I the undersigned hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of West and Thomson Global Resources
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Rebecca Matzek Date ▶ 5/31/07

Handwritten signature (X) ▼
x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Rebecca Matzek Area D3 20
Thomson West
Number/Street/Apt ▼ P O Box 64526
City/State/ZIP ▼ St Paul Minnesota 55164 0526

Complete all necessary spaces
Sign your application in space 8
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6222

*17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form TX Rev 07/2006 Print 07/2006 -- 30 000 Printed on recycled paper

U.S. Government Printing Office 2004-320-958/60 123

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TXu 1-372-661

EFFECTIVE DATE OF REGISTRATION

8 13 07
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2007 through June 30, 2007.

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Representative creation date is June 4, 2007

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼ West Services Inc. operating as Thomson West

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ U.S.A. / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ Original and revised text and compilation

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2007 ◀ Year — This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ Day ▶ Year ▶ 2007 — U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Thomson Global Resources
Landis+Gyr-Strasse 3
6300 Zug
Switzerland

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Assignment

DO NOT WRITE HERE — OFFICE USE ONLY: APPLICATION RECEIVED / ONE DEPOSIT RECEIVED / TWO DEPOSITS RECEIVED / FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

*Amended by C.O., authority of Rebecca Matzek per phone call on 10/17/08.

EXAMINED BY
CHECKED BY
FORM TX

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶

**6**

DERIVATIVE WORK OR COMPILATION
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previously registered unpublished database.

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Daily updates of original and revised text and compilation.

**7**

a. DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Thomson West
Account Number ▼ DA061018

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Rebecca Matzek - West, a Thomson business
P.O. Box 64526
St. Paul, Minnesota 55164-0526

Area code and daytime telephone number ▶ (651) 687-8810
Fax number ▶ (651) 687-7551
Email ▶ becky.matzek@thomson.com

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of West and Thomson Global Resources
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Rebecca Matzek Date ▶ 8/6/07

Handwritten signature (X) ▼
x Rebecca Matzek

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Rebecca Matzek - Area D3-20, Thomson West
Number/Street/Apt ▼ P.O. Box 64526
City/State/ZIP ▼ St. Paul, Minnesota 55164-0526

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX Rev: [illegible] Printed on recycled paper U.S. Government Printing Office: [illegible]

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

TXu 1-578-792

**Effective date of registration:**

November 13, 2007

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2007 through September 30, 2007.

## Completion/ Publication

**Year of Completion:** 2007

## Author

- **Author:** West Services Inc. operating as Thomson West

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** November 6, 2007

**Copyright Office notes:** Regarding deposit: Application states that ID material (database records) from representative creation date: 9/4/2007

Copyright
United States Copyright Office
Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TXu001756554
Search Results: Displaying 1 of 1 entries

previous
next

Labeled View

***Westlaw, Unpublished updates October 1, 2007 through December 31, 2007. ...***

**Type of Work:** Computer File
**Registration Number / Date:** TXu001756554 / 2009-02-03
**Application Title:** Group registration for an automated database titled Westlaw, Unpublished updates October 1, 2007 through December 31, 2007. Representative creation date: December 4, 2007.
**Title:** Westlaw, Unpublished updates October 1, 2007 through December 31, 2007. Representative creation date: December 4, 2007.
**Description:** Computer code.
**Copyright Claimant:** Thomson Global Resources, Transfer: Assignment. Address: Landis+Gyr-Strasse 3, 6300 Zug, Switzerland.
**Date of Creation:** 2007
**Authorship on Application:** West Services, Inc., operating as Thomson West, employer for hire; Citizenship: United States. Authorship: Original and revised text and compilation.
**Pre-existing Material:** some text dated 2008.
**Copyright Note:** C.O. correspondence.
**Names:** West Services, Inc.
Thomson Global Resources
Thomson West

previous
next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

Help Search History Titles Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**
TXu 1-685-446

**Effective date of registration:**
June 16, 2008

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2008 through March 31, 2008; Representative creation date is March 4, 2008.

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** May 16, 2008

**Correspondence:** Yes



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

TXu 1-603-546

**Effective date of registration:**

January 5, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw", unpublished updates April 1, 2008 through June 30, 2008; Representative creation date is June 10, 2008

## Completion/ Publication

**Year of Completion:** 2008

## Author

- **Author:** West Services Inc operating as West, a Thomson Reuters business

**Author Created:** original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** August 22, 2008

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Acting Register of Copyrights, United States of America

**Registration Number**

TXu 1-702-750

**Effective date of registration:**

February 26, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw": unpublished updates October 1, 2008 through December 31, 2008; representative creation date is 12/9/2008

## Completion/Publication

**Year of Completion:** 2008

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug Switzerland

**Transfer Statement:** Assignment

## Certification

**Name:** Rebecca Matzek

**Date:** February 23, 2009

**Correspondence:** Yes

**Registration #:**   TXU001702750

**Service Request #:**   1-174760047



Rebecca Matzek
P.O. Box 64526
St. Paul, MN 55164

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-749-453

**Effective date of registration:**
June 4, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2009 through March 31, 2009. Representative creation date is March 10, 2009; updated daily

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** June 1, 2009

---

**Correspondence:** Yes

**Registration #:** TXU001749453
**Service Request #:** 1-226932399



West, a Thomson Reuters Business
Rebecca Matzek - Area D3-20
PO Box 64526
St Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TXu 1-629-435

**Effective date of registration:**

September 25, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2009 through June 30, 2009; Representative creation date is June 12, 2009.

## Completion/ Publication

**Year of Completion:** 2009

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, Zug, 6300, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** September 22, 2009

Page 1 of 1

**Registration #:**   TXU001629435

**Service Request #:**   1-262266124

Rebecca Matzek - West, a Thomson Reuters business
P.O. Box 64526
St. Paul, Minnesota 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TXu 1-695-762

**Effective date of registration:**

November 6, 2009

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2009 through September 30, 2009; Representative creation date is September 10, 2009

## Completion/Publication

**Year of Completion:** 2009

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** October 29, 2009

**Registration #:**   TXU001695762

**Service Request #:**   1-285637504



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
P.O. Box 64526
St. Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TXu 1-680-768

**Effective date of registration:**

February 24, 2010

## Title

**Title of Work:** Group registration for automated database titled "Westlaw". unpublished updates October 1, 2009 through December 31, 2009; Representation creation date is December 8, 2009

## Completion/Publication

**Year of Completion:** 2009

**Nation of 1st Publication:** United States

## Author

- **Author:** West Services Inc operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** February 17, 2010



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-747-091

**Effective date of registration:**
May 18, 2010

## Title

**Title of Work:** Group registration for automated database titled Westlaw, unpublished updates from January 1, 2010 to March 31, 2010; Representative creation date 03/09/2010; updated dailv

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Landis+Gyr-Strasse 3, 6300 Zug, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** May 21, 2010

---

**Correspondence:** Yes

**Registration #:**  TXU001747091
**Service Request #:**  1-440861911



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
P.O. Box 64526
St. Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number**

TXu 1-689-317

**Effective date of registration:**

August 23, 2010

## Title

**Title of Work:** Group registration for automated database titled "Westlaw";unpublished updates April 1, 2010 through June 30, 2010.

**Previous or Alternative Title:** Representative creation date is June 10, 2010

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, 6340 Baar, Switzerland

**Transfer Statement:** assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database

**New material included in claim:** Daily updates of original and revised text and compilation

## Certification

**Name:** Rebecca Matzek

**Date:** August 16, 2010

Page 1 of 1

**Registration #:**   TXU001689317

**Service Request #:**   1-480466842



West, a Thomson Reuters business
Rebecca Matzek Area D3-20
PO Box 64526
St Paul, Minnesota 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-771-631

**Effective date of registration:**
December 24, 2010

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2010 through September 30, 2010; Representative creation date is September 13, 2010

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** December 8, 2010

**Registration #:**  TXU001771631
**Service Request #:**  1-636426465



West, a Thomson Reuters business
Rebecca Matzek
P.O. Box 64526
Area D3-20
St. Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

TXu 1-794-633

**Effective date of registration:**

April 14, 2011

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2010 through December 31, 2010; Representative creation date is December 9, 2010; updated daily

## Completion/Publication

**Year of Completion:** 2010

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** April 7, 2011

---

**Copyright Office notes:** Regarding title information: Frequency statement added by C.O. from copy.

**Registration #:**   TXU001794633
**Service Request #:**   1-706578789



West, a Thomson Reuters business
Rebecca Matzek
P.O, Box 64526
Area D3-20
St. Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-770-903

**Effective date of registration:**
August 24, 2011

## Title

**Title of Work:** Group registration for automated database titled "Westlaw," unpublished updates January 1, 2011 through March 31, 2011; Representative creation date, 3/7/2011

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neubofstrasse 1, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation

## Certification

**Name:** Rebecca Matzek

**Date:** May 25, 2011

**Registration #:**   TXU001770903

**Service Request #:**   1-670112039



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
PO Box 64526
St Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TXu 1-770-837

**Effective date of registration:**
August 24, 2011

## Title

**Title of Work:** Group registration for automated database titled "Westlaw" unpublished updates April 1, 2011 through June 30, 2011; Representative creation date, June 8, 2011

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** West Services Inc operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** August 16, 2011

**Registration #:**  TXU001770837
**Service Request #:**  1-670112245



West, a Thomson Reuters business
Rebecca Matzek - Area D3-20
P.O. Box 64526
St Paul, MN 55164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-124-474**

**Effective Date of Registration:**
November 29, 2011

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2011 through September 30, 2011. Representative creation date is September 15, 2011

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse I, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek
**Date:** December 20, 2011

**Correspondence:**   Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-813-737

**Effective date of registration:**
April 27, 2012

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates October 1, 201 1 through December 3 2011.

## Completion/Publication

**Year of Completion:** 2011

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and cornpilation

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse I, 6340 Baar, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek

**Date:** March 7, 2012

**Registration #:**   TXU001813737
**Service Request #:**   1-764263808



West, a Thomson Reuters business
Rebecca Matzek
P.O. Box 64526
St. Paul, Minnesota 55 164-0526

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

TXu 1-817-478

**Effective date of registration:**

June 14, 2012

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2012 through March 31, 2012. (Representative creation date is March 8, 2012)

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** June 6, 2012

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TXu 1-837-301

**Effective date of registration:**
October 31, 2012

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2012 through June 30, 2012; representative creation date, June 4, 2012.

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Domiciled in:** United States
- **Author:** Thomson Reuters
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Domiciled in:** United States
- **Author:** West
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** October 22, 2012

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-844-770

**Effective date of registration:**
February 12, 2013

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2012 through September 30, 2012. (Representative creation date is September 13, 2012)

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** January 24, 2013

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

TXu 1-859-588

**Effective date of registration:**

June 25, 2013

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2012 through December 31, 2012. (Representative creation date is December 18, 2012)

## Completion/Publication

**Year of Completion:** 2012

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** June 17, 2013

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TXu 1-859-461

**Effective date of registration:**
July 8, 2013

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2013 through March 31, 2013. (Representative creation date is March 7, 2013)

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomson.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** July 1, 2013

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-869-664

**Effective date of registration:**
September 19, 2013

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2013 through June 30, 2013. (Representative creation date is June 4, 2013)

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** August 30, 2013

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-885-840

**Effective date of registration:**
January 23, 2014

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2013 through September 30, 2013. (Representative creation date is September 5, 2013)

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** January 14, 2014

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Register of Copyrights, United States of America

**Registration Number**
TXu 1-897-778

**Effective date of registration:**
February 3, 2014

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2013 through December 31, 2013. (Representative creation date is December 11, 2013)

## Completion/Publication

**Year of Completion:** 2013

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com **Telephone:** 651-687-6387

**Address:** Copyright Services
610 Oppermand Drive
Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** January 30, 2014

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TXu 1-907-617

**Effective date of registration:**
May 2, 2014

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2014 through March 31, 2014. (Representative creation date is March 5, 2014): daily updates

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business

**Author Created:** Original and revised text and compilation

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Thomson Reuters Global Resources

Neuhofstrasse 1, Baar, 6340, Switzerland

**Transfer Statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.

**New material included in claim:** Daily updates of original and revised text and compilation.

## Rights and Permissions

**Organization Name:** West, a Thomson Reuters business

**Email:** copyright.west@thomsonreuters.com **Telephone:** 651-687-6387

**Address:** Copyright Services

610 Oppermand Drive

Eagan, MN 55123 United States

## Certification

**Name:** Rebecca Matzek

**Date:** April 22, 2014

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-127-122**
**Effective Date of Registration:**
August 07, 2014

## Title

**Title of Work:** Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2014 through June 30, 2014; Representative creation date is June 3, 2014

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, Baar, 6340, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek
**Date:** July 18, 2014

Page 1 of 1



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-127-181**

**Effective Date of Registration:**
December 01, 2014

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2014 through September 30, 2014; Representative creation date is July 9, 2014

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse I, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation

## Certification

**Name:** Rebecca Matzek
**Date:** November 17, 2014



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-127-225**
**Effective Date of Registration:**
May 12, 2015

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2014 through December 31, 2014; Representative creation date is December 11, 2014

## Completion/Publication

**Year of Completion:** 2014

## Author

- **Author:** West Services Inc. operating as West, a Thomson Reuters business
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek
**Date:** May 05, 2015



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-127-250**
**Effective Date of Registration:**
July 10, 2015

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2015 through March 31, 2015; Representative creation date is March 3, 2015.

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse I, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation.

## Certification

**Name:** Rebecca Matzek
**Date:** June 24, 2015



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-127-634**
**Effective Date of Registration:**
November 02, 2015

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2015 through June 30, 2015; Representative creation date is June 3, 2015

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** October 16, 2015

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-128-241**
**Effective Date of Registration:**
February 23, 2016

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2015 through September 30, 2015; Representative creation date is September 7, 2015.

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** February 18, 2016



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-128-330**
**Effective Date of Registration:**
June 16, 2016

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2015 through December 31, 2015; Representative creation date is December 9, 2015.

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar Switzerland

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** June 13, 2016

Page 1 of 1



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-128-765**
**Effective Date of Registration:**
August 30, 2016

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2016 through March 31, 2016; Representative creation date: March, 8, 2016

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** August 25, 2016

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-128-822**
**Effective Date of Registration:**
November 02, 2016

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2016 through June 30, 2016; Representative creation date is June 6, 2016.

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** October 13, 2016



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-128-854**
**Effective Date of Registration:**
February 15, 2017

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2016 through September 30, 2016; Representative creation date is September 6, 2016

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** January 27, 2017



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-129-829**
**Effective Date of Registration:**
July 13, 2017

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2016 through December 31, 2016; Representative creation date is December 7, 2016

## Completion/Publication

**Year of Completion:** 2016

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** July 10, 2017



Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-132-581**
**Effective Date of Registration:**
November 06, 2017

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2017 through March 31, 2017; Representative creation date is March 13, 2017

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek
**Date:** October 24, 2017

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-135-190**

**Effective Date of Registration:**
February 13, 2018

## Title

**Title of Work:** Group registration for an automated database titled "WestlawNext"; unpublished updates from April 1, 2017 through June 30, 2017; Representative publication date: June 9, 2017; updated daily.

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** February 02, 2018

Page 2 of 2

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-135-192**

**Effective Date of Registration:**
April 11, 2018

## Title

**Title of Work:** Group registration for an automated database titled "WestlawNext"; unpublished updates July 1, 2017 through September 30, 2017; Representative creation date: September 7, 2017; updated daily

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek
**Date:** February 16, 2018

---

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-135-404**

**Effective Date of Registration:**
May 18, 2018

## Title

**Title of Work:** Group registration for an automated database titled "WestlawNext"; unpublished updates from October 1, 2017 to December 31, 2017; Representative creation date: December 13, 2017; updated daily.

## Completion/Publication

**Year of Completion:** 2017

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek
**Date:** May 15, 2018

**Copyright Office notes:** Regarding material excluded: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-135-399**
**Effective Date of Registration:**
May 29, 2018

## Title

**Title of Work:** Group registration for an automated database titled "WestlawNext"; unpublished updates from: January 1, 2018 through March 31, 2018; Representative creation date: March 6, 2018; updated daily.

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** No

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** May 23, 2018

---

Copyright
United States Copyright Office
Library buildings are closed to the public through March 31, but the U.S. Copyright Office Catalog is available. More.
Help
Search
History
Titles
Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = +group +registration +westlawnext +2018
Search Results: Displaying 5 of 7 entries

previous
next

Labeled View

***WestlawNext; unpublished updates April 1, 2018 through June 30, 2018;...***

**Relevance:** ▮
**Type of Work:** Computer File
**Registration Number / Date:** TXu002135181 / 2018-08-29
**Application Title:** Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2018 through June 30, 2018; representative creation date June 8, 2018; updated daily.
**Title:** WestlawNext; unpublished updates April 1, 2018 through June 30, 2018; representative creation date June 8, 2018; updated daily.
**Description:** Print material.
**Copyright Claimant:** Thomson Reuters Global Resources, Transfer: Assignment. Address: Neuhofstrasse 1 6340 Baar, Switzerland.
**Date of Creation:** 2018
**Authorship on Application:** West Publishing Corporation, employer for hire; Citizenship: United States. Authorship: Original and revised text and compilation of legal material.
**Pre-existing Material:** Previously registered unpublished database.
**Basis of Claim:** Daily updates of original and revised text and compilation of legal material.
**Names:** West Publishing Corporation
Thomson Reuters Global Resources

previous next

Save, Print and Email (Help Page)
Select Download Format
Full Record
Format for Print/Save
Enter your email address:
Email

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director

**Registration Number**

**TXu 2-176-696**

**Effective Date of Registration:**
February 28, 2019

**Registration Decision Date:**
January 23, 2020

## Title

**Title of Work:** Group registration for automated database titled "WestLawNext", unpublished updates from July 1, 2018 through September 30, 2018; representative creation date: September 6, 2018; updated daily.

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** By assignment

## Limitation of copyright claim

**Material excluded from this claim:** previously registered unpublished database
**Previously registered:** Yes

**New material included in claim:** Daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek
**Date:** February 25, 2019

---

**Correspondence:** Yes

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-178-575**
**Effective Date of Registration:**
May 03, 2019
**Registration Decision Date:**
February 04, 2020

## Title

**Title of Work:** Group registration for automated database titled "WestlawNext"; unpublished updates from October 1, 2018 through December 31, 2018; representative creation date: December 6, 2018; updated daily.

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** By assignment

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database
**Previously registered:** Yes
**Previous registration and year:** TXu002176696, 2019
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek
**Date:** April 15, 2019

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding previous registration: Information added by CO from paper application and CO records.

Regarding limitation of claim: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-179-671**
**Effective Date of Registration:**
June 24, 2019
**Registration Decision Date:**
February 12, 2020

## Title

**Title of Work:** Group registration for automated database titled "Westlaw Next," unpublished updates from January 1, 2019 through March 31, 2019; representative creation date: March 7, 2019; updated daily.

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** West Publishing Corporation
  **Author Created:** Original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** By assignment

**Copyright Claimant:** Thomson Reuters Global Resources

## Limitation of copyright claim

**Material excluded from this claim:** Previously registered unpublished database.
**Previously registered:** Yes
**Previous registration and year:** TXu002178575, 2019
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Daily updates of original and revised text and compilation of legal material.

## Certification

**Name:** Rebecca Matzek, Thomson Reuters
**Date:** May 17, 2019

**Copyright Office notes:** Regarding previous registration: Registration number added from CO records.

Regarding limitation of claim: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**TXu 2-178-620**
**Effective Date of Registration:**
August 08, 2019
**Registration Decision Date:**
February 04, 2020

## Title

**Title of Work:** Group Registration for automated database titled "WestlawNext", unpublished updates from April 1, 2019 through June 30, 2019; representative creation date: June 5, 2019; updated daily.

## Completion/Publication

**Year of Completion:** 2019

## Author

- **Author:** West Publishing Corporation
  **Author Created:** original and revised text and compilation of legal material
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No
  **Pseudonymous:** No

## Copyright Claimant

**Copyright Claimant:** Thomson Reuters Global Resources
Neuhofstrasse 1, 6340 Baar, Switzerland
**Transfer statement:** By assignment

## Limitation of copyright claim

**Material excluded from this claim:** previously registered unpublished database
**Previously registered:** Yes
**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** daily updates of original and revised text and compilation of legal material

## Certification

**Name:** Rebecca Matzek

**Date:** August 05, 2019

---

**Copyright Office notes:** Regarding limitation of claim: Registration does not extend to U.S. government works or government edicts that have been issued by any state, local, or territorial government, including legislative enactments, judicial decisions, administrative rulings, public ordinances, or similar types of official legal materials that have the force of law. 17 U.S.C. 105; Compendium 313.6(C)(2).

Regarding previous registration: Information added by CO from information provided by applicant.