AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | | COURT NAME AND LOCATION<br>United States District Court for the District of Delaware<br>844 North King Street<br>Wilmington, DE  19801 |
|---|---|---|
| DOCKET NO. | DATE FILED<br>5/6/2020 | |
| PLAINTIFF<br>THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION | | DEFENDANT<br>ROSS INTELLIGENCE INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached List | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## AO 121 - REPORT ON THE FILING OF AN ACTION REGARDING A COPYRIGHT

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 65-600 | Westlaw (Basic Data Base File) | West Publishing Co. |
| TXu 67-629 | Westlaw | West Publishing Co. |
| TXu 67-630 | Westlaw | West Publishing Co. |
| TXu 80-245 | Westlaw (Basic Data Base File) | West Publishing Company |
| TXu 80-374 | Westlaw | West Publishing Co. |
| TXu 80-377 | Westlaw | West Publishing Co. |
| TXu 80-378 | Westlaw | West Publishing Co. |
| TXu 90-411 | Westlaw | West Publishing Co. |
| TXu 90-412 | Westlaw | West Publishing Co. |
| TXu 90-413 | Westlaw | West Publishing Co. |
| TXu 90-414 | Westlaw | West Publishing Co. |
| TXu 90-415 | Westlaw | West Publishing Company |
| TXu 90-416 | Westlaw | West Publishing Co. |
| TXu 90-417 | Westlaw | West Publishing Co. |
| TXu 90-418 | Westlaw | West Publishing Co. |
| TXu 90-419 | Westlaw | West Publishing Co. |
| TXu 90-420 | Westlaw | West Publishing Co. |
| TXu 90-421 | Westlaw | West Publishing Co. |
| TXu 90-422 | Westlaw | West Publishing Co. |
| TXu 90-423 | Westlaw | West Publishing Co. |
| TXu 90-424 | Westlaw | West Publishing Co. |
| TXu 90-425 | Westlaw | West Publishing Co. |
| TXu 90-426 | Westlaw | West Publishing Co. |
| TXu 90-427 | Westlaw | West Publishing Co. |
| TXu 90-428 | Westlaw | West Publishing Co. |
| TXu 90-429 | Westlaw | West Publishing Co. |
| TXu 90-430 | Westlaw | West Publishing Co. |
| TXu 90-431 | Westlaw | West Publishing Co. |
| TXu 90-432 | Westlaw | West Publishing Co. |
| TXu 90-433 | Westlaw | West Publishing Co. |
| TXu 90-434 | Westlaw | West Publishing Co. |
| TXu 90-435 | Westlaw | West Publishing Co. |
| TXu 90-436 | Westlaw | West Publishing Co. |
| TXu 90-437 | Westlaw | West Publishing Co. |
| TXu 90-438 | Westlaw | West Publishing Co. |
| TXu 90-439 | Westlaw | West Publishing Co. |
| TXu 90-440 | Westlaw | West Publishing Co. |
| TXu 90-441 | Westlaw | West Publishing Co. |
| TXu 90-442 | Westlaw | West Publishing Co. |
| TXu 90-443 | Westlaw | West Publishing Co. |
| TXu 90-444 | Westlaw | West Publishing Co. |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 90-673 | Westlaw | West Publishing Co. |
| TXu 391-001 | Westlaw | West Publishing Co. |
| TXu 410-151 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1989 to December 31, 1989 | West Publishing Company |
| TXu 411-441 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1990 to March 31, 1990 | West Publishing Company |
| TXu 439-122 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1990 to September 30, 1990 | West Publishing Company |
| TXu 439-243 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1990 to September 30, 1990 | West Publishing Company |
| TXu 454-308 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1990 to December 31, 1990 | West Publishing Company |
| TXu 469-557 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1991 to March 31, 1991 | West Publishing Company |
| TXu 484-744 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1991 to June 30, 1991 | West Publishing Company |
| TXu 492-289 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1991 to September 30, 1991 | West Publishing Company |
| TXu 502-897 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1991 to December 31, 1991 | West Publishing Company |
| TXu 514-737 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1992 to March 31, 1992 | West Publishing Company |
| TXu 531-179 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1992 to June 30, 1992 | West Publishing Company |
| TXu 548-360 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1992 to September 30, 1992 | West Publishing Company |
| TXu 554-394 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1992 to December 31, 1992 | West Publishing Co. |
| TXu 567-379 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1993 to March 31, 1993 | West Publishing Co. |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 581-411 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1993 to June 30, 1993 | West Publishing Co. |
| TXu 600-924 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1993 to September 30, 1993 | West Publishing Co. |
| TXu 614-913 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1993 to December 31, 1993 | West Publishing Co. |
| TXu 635-973 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1994 to March 31, 1994 | West Publishing Co. |
| TXu 652-131 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1 1994 to June 30, 1994 | West Publishing Co. |
| TXu 659-350 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1994 to September 30, 1994 | West Publishing Co. |
| TXu 664-886 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1994 to December 31, 1994 | West Publishing Co. |
| TXu 644-839 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1995 to March 31, 1995 | West Publishing Co. |
| TXu 670-956 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1995 to June 30, 1995 | West Publishing Co. |
| TXu 713-197 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1995 to September 30, 1995 | West Publishing Co. |
| TXu 732-093 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1995 to December 31, 1995 | West Publishing Co. |
| TXu 738-854 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1996 to March 31, 1996 | West Publishing Co. |
| TXu 753-832 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1996 to June 30, 1996 | West Publishing Co. |
| TXu 771-547 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1996 to September 30, 1996 | West Publishing Co. |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 782-469 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1996 to December 31, 1996 | West Publishing Corporation |
| TXu 801-038 | Group registration for automated database titled "WESTLAW"; unpublished updates from January 1, 1997 to March 31, 1997 | West Publishing Corporation |
| TXu 797-478 | Group registration for automated database titled "WESTLAW"; unpublished updates from April 1, 1997 to June 30, 1997 | West Publishing Corporation /dba West Group |
| TXu 828-887 | Group registration for automated database titled "WESTLAW"; unpublished updates from July 1, 1997 to September 30, 1997 | West's Publishing Corporation /dba West Group |
| TXu 835-887 | Group registration for automated database titled "WESTLAW"; unpublished updates from October 1, 1997 to December 31, 1997 | West Publishing Corporation /dba West Group |
| TXu 873-327 | Group registration for automated database titled "Westlaw"; unpublished updates from April 1, 1998 to June 30, 1998 | West Publishing Corporation /dba West Group |
| TXu 884-313 | Group registration for automated database titled "Westlaw"; unpublished updates from July 1, 1998 to September 30, 1998 | West Publishing Corporation /dba West Group |
| TXu 884-312 | Group registration for automated database titled "Westlaw"; unpublished updates from October 1, 1998 to December 31, 1998 | West Publishing Corporation /dba West Group |
| TXu 912-588 | Group registration for automated database titled "Westlaw"; unpublished updates from January 1, 1999 to March 31, 1999 | West Publishing Corporation /dba West Group |
| TXu 912-587 | Group registration for automated database titled "Westlaw"; unpublished updates from April 1, 1999 to June 30, 1999 | West Publishing Corporation /dba West Group |
| TXu 924-205 | Group registration for automated database titled "Westlaw"; unpublished updates from July 1 1999 to September 30, 1999 | West Publishing Corporation /dba West Group |
| TXu 998-476 | Group registration for automated database titled "Westlaw"; unpublished updates from October 1, 1999 to December 31, 1999 | West Publishing Corporation /dba West Group |
| TXu 954-565 | Group registration for automated database titled "Westlaw"; unpublished updates from January 1, 2000 to March 31, 2000 | West Publishing Corporation /dba West Group |
| TXu 963-262 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2000 - June 30, 2000 | West Publishing Corporation /dba West Group |

| **Copyright Reg. No.** | **Title of Work** | **Author of Work** |
|---|---|---|
| TXu 991-424 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2000 - September 30, 2000 | West Publishing Corporation /dba West Group |
| TXu 993-709 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2000 - December 31, 2000 | West Publishing Corporation /dba West Group |
| TXu 1-055-865 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2001 - March 31, 2001 | West Publishing Corporation /dba West Group |
| TXu 1-055-864 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2001 - June 30, 2001 | West Publishing Corporation /dba West Group |
| TXu 1-055-866 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2001 - September 30, 2001 | West Publishing Corporation /dba West Group |
| TXu 1-060-193 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2001 - December 31, 2001 | West Publishing Corporation /dba West Group |
| TXu 1-073-495 | Westlaw: daily updates from January 1, 2002 to March 31, 2002 | West Publishing Corporation d.b.a. West Group |
| TXu 1-073-494 | Westlaw: daily updates from April 1, 2002 to June 30, 2002 | West Publishing Corporation d.b.a. West Group |
| TXu 1-077-181 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2002 - September 30, 2002 | West Publishing Corporation /dba West Group |
| TXu 1-109-194 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2002 - December 31, 2002 | West Publishing Corporation /dba West Group |
| TXu 1-112-431 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2003 to March 31, 2003 | West Publishing Corporation /dba West Group |
| TXu 1-105-240 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2003 to June 30, 2003 | West Publishing Corporation /dba West Group |
| TXu 1-157-555 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2003 to September 30, 2003 | West Publishing Corporation /dba West Group |
| TXu 1-172-030 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2003 to December 31, 2003 | West Publishing Corporation /dba West Group |

| **Copyright Reg. No.** | **Title of Work** | **Author of Work** |
|---|---|---|
| TXu 1-151-817 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2004 to March 31, 2004 | West Publishing Corporation /dba West Group |
| TXu 1-215-013 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2004 through September 30, 2004 | West Publishing Corporation /dba West Group |
| TXu 1-232-332 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2004 through December 31, 2004 | West Publishing Corporation /dba West Group |
| TX 6-428-097 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2005 through March 31, 2005 | Thomson Global Resources AG |
| TXu 1-320-310 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2005 through June 30, 2005 | Thomson Global Resources |
| TXu 1-282-273 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2005 through June 30, 2005 | West Services Inc. operating as West, A Thomson business |
| TXu 1-321-715 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2005 through September 30, 2005 | West Services Inc. operating as West, a Thomson business |
| TXu 1-338-511 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2005 through December 31. 2005 | West Services Inc. operating as West, a Thomson business |
| TXu 1-314-965 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2006 through March 31, 2006 | West Services Inc. operating as West, a Thomson business |
| TXu 1-295-591 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2006 through June 30, 2006 | West Services Inc. operating as West, a Thomson business |
| TXu 1-328-716 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2006 through September 30, 2006 | West Services Inc. operating as West, a Thomson business |
| TXu 1-338-092 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2006 through December 31, 2006 | West Services Inc. operating as Thomson West |
| TXu 1-361-927 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2007 through March 31, 2007 | West Services Inc. operating as Thomson West |
| TXu 1-372-661 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2007 through June 30, 2007 | West Services Inc. operating as Thomson West |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 1-578-792 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2007 through September 30, 2007 | West Services Inc. operating as Thomson West |
| TXu 1-756-554 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2007 through December 31, 2007 | West Services Inc. operating as Thomson West |
| TXu 1-685-446 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2008 through March 31, 2008 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-603-546 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2008 through June 30, 2008 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-702-750 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2008 through December 31, 2008 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-749-453 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2009 through March 31, 2009 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-629-435 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2009 through June 30, 2009 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-695-762 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2009 through September 30, 2009 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-680-768 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2009 through December 31, 2009 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-747-091 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2010 through March 31, 2010 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-689-317 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2010 through June 30, 2010 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-771-631 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2010 through September 30, 2010 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-794-633 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2010 through December 31, 2010 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-770-903 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2011 through March 31, 2011 | West Services Inc. operating as West, a Thomson Reuters business |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 1-770-837 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2011 through June 30, 2011 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 2-124-474 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2011 through September 30, 2011 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-813-737 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2011 through December 3, 2011 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-817-478 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2012 through March 31, 2012 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-837-301 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2012 through June 30, 2012 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-844-770 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2012 through September 30, 2012 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-859-588 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2012 through December 31, 2012 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-859-461 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2013 through March 31, 2013 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-869-664 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2013 through June 30, 2013 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-885-840 | Group registration for automated database titled "Westlaw"; unpublished updates July 1, 2013 through September 30, 2013 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-897-778 | Group registration for automated database titled "Westlaw"; unpublished updates October 1, 2013 through December 31, 2013 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 1-907-617 | Group registration for automated database titled "Westlaw"; unpublished updates January 1, 2014 through March 31, 2014 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 2-127-122 | Group registration for automated database titled "Westlaw"; unpublished updates April 1, 2014 through June 30, 2014 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 2-127-181 | Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2014 through September 30, 2014 | West Services Inc. operating as West, a Thomson Reuters business |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 2-127-225 | Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2014 through December 31, 2014 | West Services Inc. operating as West, a Thomson Reuters business |
| TXu 2-127-250 | Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2015 through March 31, 2015 | West Publishing Corporation |
| TXu 2-127-634 | Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2015 through June 30, 2015 | West Publishing Corporation |
| TXu 2-128-241 | Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2015 through September 30, 2015 | West Publishing Corporation |
| TXu 2-128-330 | Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2015 through December 31, 2015 | West Publishing Corporation |
| TXu 2-128-765 | Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2016 through March 31, 2016 | West Publishing Corporation |
| TXu 2-128-822 | Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2016 through June 30, 2016 | West Publishing Corporation |
| TXu 2-128-854 | Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2016 through September 30, 2016 | West Publishing Corporation |
| TXu 2-129-829 | Group registration for automated database titled "WestlawNext"; unpublished updates October 1, 2016 through December 31, 2016 | West Publishing Corporation |
| TXu 2-132-581 | Group registration for automated database titled "WestlawNext"; unpublished updates January 1, 2017 through March 31, 2017 | West Publishing Corporation |
| TXu 2-135-190 | Group registration for automated database titled "WestlawNext"; unpublished updates from April 1, 2017 through June 30, 2017 | West Publishing Corporation |
| TXu 2-135-192 | Group registration for automated database titled "WestlawNext"; unpublished updates July 1, 2017 through September 30, 2017 | West Publishing Corporation |
| TXu 2-135-404 | Group registration for automated database titled "WestlawNext"; unpublished updates from October 1, 2017 through December 31, 2017 | West Publishing Corporation |
| TXu 2-135-399 | Group registration for automated database titled "WestlawNext"; unpublished updates from January 1, 2018 through March 31, 2018 | West Publishing Corporation |

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| TXu 2-135-181 | Group registration for automated database titled "WestlawNext"; unpublished updates April 1, 2018 through June 30, 2018 | West Publishing Corporation |
| TXu 2-176-696 | Group registration for automated database titled "WestlawNext"; unpublished updates from July 1, 2018 through September 30, 2018 | West Publishing Corporation |
| TXu 2-178-575 | Group registration for automated database titled "WestlawNext"; unpublished updates from October 1, 2018 through December 31, 2018 | West Publishing Corporation |
| TXu 2-179-671 | Group registration for automated database titled "WestlawNext"; unpublished updates from January 1, 2019 through March 31, 2019 | West Publishing Corporation |
| TXu 2-178-620 | Group registration for automated database titled "WestlawNext"; unpublished updates from April 1, 2019 through June 30, 2019 | West Publishing Corporation |