IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendant. | C.A. No. _____ |

**PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West"), by and through their undersigned counsel, hereby submit the following corporate disclosure statement:

- Thomson Reuters is a wholly-owned subsidiary of Thomson Reuters Corporation. No other publicly held corporation owns ten percent or more of Thomson Reuters; and

- West is a wholly-owned subsidiary of Thomson Reuters Corporation. No other publicly held corporation owns ten percent or more of West.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Jack B. Blumenfeld* |
|  | ──────────────────────────── |
|  | Jack B. Blumenfeld (#1014) |
|  | Michael J. Flynn (#5333) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899 |
|  | (302) 658-9200 |
| Dale M. Cendali | jblumenfeld@mnat.com |
| Joshua L. Simmons | mflynn@mnat.com |
| Eric A. Loverro |  |
| KIRKLAND & ELLIS LLP | *Attorneys for Plaintiffs Thomson Reuters* |
| 601 Lexington Avenue | *Enterprise Center GmbH and West Publishing* |
| New York, NY  10022 | *Corporation* |
| (212) 446-4800 |  |
|  |  |
| May 6, 2020 |  |