### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-613-LPS |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation and ROSS Intelligence Inc. ("Defendant"), subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action shall be extended to July 13, 2020.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Defendant ROSS Intelligence Inc.*

IT IS SO ORDERED this ___ day of _____, 2020.

_____
U.S.D.J.

6739198 / 50241