# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROSS INTELLIGENCE INC.,<br><br>　　　　Defendants. | )<br>)<br>)　C.A. No. 20-613-LPS<br>)<br>)　**JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Joshua M. Rychlinski and Mark A. Klapow of Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004 and Gabriel M. Ramsey and Kayvan M. Ghaffari of Crowell & Moring LLP, 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111 to represent Defendant ROSS Intelligence Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Stephanie E. O'Byrne
　　David E. Moore (#3983)
　　Stephanie E. O'Byrne (#4446)
　　Tracey E. Timlin (#6469)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE 19801
　　Tel: (302) 984-6000
　　dmoore@potteranderson.com
　　sobyrne@potteranderson.com
　　ttimlin@potteranderson.com

*Attorneys for Defendant ROSS Intelligence Inc..*

Dated: May 29, 2020
6744750 / 50241

2

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                    _____
                                                                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: May 29, 2020        Signed:  */s/ Joshua M. Rychlinski*
                                  Joshua M. Rychlinski
                                  Crowell & Moring LLP
                                  1001 Pennsylvania Avenue NW
                                  Washington, DC 20004
                                  Tel: (202) 624-2500
                                  jrychlinski@crowell.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the States of New York and Connecticut and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion


Date: May 29, 2020    Signed:  */s/ Mark A. Klapow*
                              Mark A. Klapow
                              Crowell & Moring LLP
                              1001 Pennsylvania Avenue NW
                              Washington, DC 20004
                              Tel: (202) 624-2500
                              mklapow@crowell.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion


Date:  May 29, 2020         Signed:   */s/ Gabriel M. Ramsey*
                                      Gabriel M. Ramsey
                                      Crowell & Moring LLP
                                      3 Embarcadero Center
                                      26th Floor
                                      San Francisco, CA 94111
                                      Tel: (415) 986-2800
                                      gramsey@crowell.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 29, 2020          Signed:   */s/ Kayvan M. Ghaffari*
                                      Kayvan M. Ghaffari
                                      Crowell & Moring LLP
                                      3 Embarcadero Center
                                      26th Floor
                                      San Francisco, CA 94111
                                      Tel: (415) 986-2800
                                      kghaffari@crowell.com