**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) |
| | ) C.A. No. 20-613-LPS |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants. | ) ) |

**DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant ROSS Intelligence, Inc. ("ROSS") hereby moves to dismiss with prejudice Plaintiffs Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation's Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in ROSS's Opening Brief, which is submitted herewith.

Respectfully submitted,

OF COUNSEL:

Gabriel M. Ramsey
Kayvan M. Ghaffari
Crowell & Moring LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Joshua M. Rychlinski
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: July 13, 2020
6798176/50241

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Defendant*
*ROSS Intelligence, Inc.*