# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) |
| | ) C.A. No. 20-613-LPS |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having considered Defendant ROSS Intelligence, Inc.'s Motion to Dismiss Plaintiff's Complaint;

IT IS HEREBY ORDERED this _____ day of _____, 2020 that the Motion is GRANTED, and the Complaint is dismissed with prejudice.

_____
United States District Judge

6798178/50241