# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) ) |
| Defendants. | ) |

C.A. No. 20-613-LPS

## DEFENDANT'S 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant ROSS Intelligence, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | David E. Moore (#3983) |
| Gabriel M. Ramsey | Stephanie E. O'Byrne (#4446) |
| Kayvan M. Ghaffari | Tracey E. Timlin (#6469) |
| CROWELL & MORING LLP | Hercules Plaza, 6th Floor |
| 3 Embarcadero Center, 26th Floor | 1313 N. Market Street |
| San Francisco, CA 94111 | Wilmington, DE 19801 |
| Tel: (415) 986-2800 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | sobyrne@potteranderson.com |
| Mark A. Klapow | ttimlin@potteranderson.com |
| Joshua M. Rychlinski |  |
| CROWELL & MORING LLP | *Attorneys for Defendant ROSS Intelligence,* |
| 1001 Pennsylvania Avenue, NW | *Inc.* |
| Washington, DC 20004 |  |
| Tel: (202) 624-2500 |  |

Dated: July 13, 2020
6798164 / 50241