IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | C.A. No. 20-613 (LPS) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendant. | ) ) |

**DECLARATION OF DALE M. CENDALI IN SUPPORT OF PLAINTIFFS'
ANSWERING BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Jack B. Blumenfeld (#1014) |
|  | Michael J. Flynn (#5333) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
| OF COUNSEL: | Wilmington, DE  19899 |
|  | (302) 658-9200 |
| Dale M. Cendali | jblumenfeld@mnat.com |
| Joshua L. Simmons | mflynn@mnat.com |
| Eric A. Loverro |  |
| KIRKLAND & ELLIS LLP | *Attorneys for Plaintiffs Thomson Reuters* |
| 601 Lexington Avenue | *Enterprise Center GmbH and West Publishing* |
| New York, NY  10022 | *Corporation* |
| (212) 446-4800 |  |

August 10, 2020

I, Dale M. Cendali, declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP, counsel of record for Plaintiffs Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs"). I am licensed in the State of New York and admitted *pro hac vice* before this Court. I submit this declaration in opposition to Defendant ROSS Intelligence Inc.'s motion to dismiss. The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Service Agreements entered into between West and LegalEase Solutions, LLC ("LegalEase").

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of August, 2020.

_____
Dale M. Cendali

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Stephanie E. O'Byrne, Esquire<br>Tracey E. Timlin, Esquire<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Joshua M. Rychlinski, Esquire<br>Mark A. Klapow, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |
| Gabriel M. Ramsey, Esquire<br>Kayvan M. Ghaffari, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | VIA ELECTRONIC MAIL |

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)