# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**MICHAEL J. FLYNN**
(302) 351-9661
(302) 498-6217 FAX
mflynn@mnat.com

August 25, 2020

The Honorable Leonard P. Stark  *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

Re: *Thomson Reuters Enterprise Centre GmbH v. ROSS Intelligence Inc.*,
C.A. No. 20-613-LPS

Dear Chief Judge Stark:

Pursuant to D. Del. LR 7.1.4, Plaintiffs Thomson Reuters and West Publishing respectfully request oral argument on Defendant Ross Intelligence's motion to dismiss (D.I. 11). Briefing on the motion is now complete.

Respectfully,

Michael Flynn (# 5333)

cc: Clerk of Court
All counsel of record