### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) C.A. No. 20-613-LPS |
| Plaintiffs, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants. | ) ) |

### PARTIAL WITHDRAWAL OF MOTION TO DISMISS (D.I. 11)

PLEASE TAKE NOTICE that Defendant ROSS Intelligence Inc. ("ROSS") hereby partially withdraws its Motion to Dismiss as to Plaintiffs Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation ("Plaintiffs"), only as it pertains to the second cause of action in its Complaint (D.I. 1) for tortious interference with contract filed on July 13, 2020 (D.I. 11). ROSS does not withdraw its motion to dismiss Plaintiffs' copyright infringement claim, which remains ripe for disposition by the Court.

- 2 -

OF COUNSEL:

Gabriel M. Ramsey
Kayvan M. Ghaffari
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Joshua M. Rychlinski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel: (202) 624-2500

Dated:  December 13, 2020
6967318 / 50241

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Defendant ROSS Intelligence, Inc.*