# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendants. | )<br>)<br>) C.A. No. 20-613-LPS<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Lisa Kimmel of CROWELL & MORING LLP, 1001 Pennsylvania Avenue, NW, Washington, DC 20004 and Jacob Canter of CROWELL & MORING LLP, 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111 to represent Defendant ROSS Intelligence, Inc. in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant ROSS Intelligence, Inc.*

Dated: January 25, 2021
70112331 / 50241

2

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                              _____
                                                             United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and of District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐  has been paid to the Clerk of the Court

☒  will be submitted to the Clerk's Office upon the filing of this motion

Dated:  January 25, 2021                Signed: */s/ Lisa Kimmel*
                                        Lisa Kimmel
                                        CROWELL & MORING LLP
                                        1001 Pennsylvania Avenue, NW
                                        Washington, DC 20004
                                        Tel:  (202) 624-2500
                                        lkimmel@crowell.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and of District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated: January 25, 2021        Signed: */s/ Jacob Canter*
                               Jacob Canter
                               CROWELL & MORING LLP
                               3 Embarcadero Center, 26th Floor
                               San Francisco, CA 94111
                               Tel: (415) 986-2800
                               jcanter@crowell.com