IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 20-613 (LPS) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation to respond to Defendant's Amended Partial Answer and Amended Counterclaims (D.I. 24) is extended through and including March 25, 2021.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Stephanie E. O'Byrne* |
| Jack B. Blumenfeld (#1014) <br> Michael J. Flynn (#5333) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> mflynn@mnat.com | David E. Moore (#3983) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, DE  19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> sobyrne@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this____day of _____, 2021.

_____
Chief, United States District Court Judge