IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 20-613 (LPS) ) ) ) ) ) |

**PLAINTIFFS' MOTION TO DISMISS**
**DEFENDANT'S ANTITRUST AND STATE LAW COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiffs Thomson Reuters Enterprise Centre GmBH and West Publishing Corporation respectfully move the Court to dismiss with prejudice Defendant ROSS Intelligence Inc.'s Sherman Act and state law unfair competition counterclaims. D.I. 24 (Counts 6-9). The grounds for this motion are set forth more fully in the accompanying brief.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

March 25, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 20-613 (LPS) ) ) ) ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS
DEFENDANT'S ANTITRUST AND STATE LAW COUNTERCLAIMS**

The Court, having reviewed and considered Plaintiffs' Motion to Dismiss and the responsive filings, finds that the Motion should be granted.  Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED** and Defendant's Sherman Act and state law counterclaims (Counts VI through IX) are **DISMISSED WITH PREJUDICE**.


Dated: _____          _____
                                       United States District Judge
                                       District of Delaware

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 25, 2021, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Joshua M. Rychlinski, Esquire<br>Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Kayvan M. Ghaffari, Esquire<br>Jacob Canter, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)