# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) C.A. No. 20-613-LPS |
| Plaintiffs, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs Thomson Reuters Enterprise Centre GmH and West Publishing Corporation, and ROSS Intelligence Inc. ("Defendant"), subject to the approval of the Court, that (1) Defendant's time to respond to Plaintiff's Motion to Dismiss Defendant's Antitrust Counterclaims (D.I. 27) shall be extended to and including April 22, 2021 and (2) Plaintiffs' time to serve and file their reply brief shall be extended to and including May 13, 2021.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Jack B. Blumenfeld* <br> Jack B. Blumenfeld (#1014) <br> Michael J. Flynn (#5333) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Tel: (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> mflynn@morrisnichols.com | By: */s/ Stephanie E. O'Byrne* <br> David E. Moore (#3983) <br> Stephanie E. O'Byrne (#4446) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> sobyrne@potteranderson.com |
| *Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* | *Attorneys for Defendant ROSS Intelligence Inc.* |

2

IT IS SO ORDERED this ___ day of _____, 2021.

_____
Chief United States District Judge

7137763 / 50241