## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Thomson Reuters Enterprise Centre GmbH and West Publishing Corp., <br><br> Plaintiffs, <br><br> v. <br><br> ROSS Intelligence Inc., <br><br> Defendant. | C.A. No. 20-613-LPS |

## ORDER

At Wilmington this **29th** day of **March, 2021**:

For the reasons set forth in the Memorandum Opinion issued this date, **IT IS HEREBY ORDERED** that ROSS Intelligence Inc.'s ("ROSS") Rule 12(b)(6) motion to dismiss (D.I. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and, not later than **April 5, 2021**, submit a joint status report to the Court, including their proposal(s) for how this case should now proceed.

_____
UNITED STATES DISTRICT JUDGE