# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>)  C.A. No. 20-613-LPS<br>) |
| Plaintiffs, | )  **JURY TRIAL DEMANDED**<br>) |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Warrington Parker of CROWELL & MORING LLP, 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111 to represent Defendant ROSS Intelligence, Inc. in this action.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ Stephanie E. O'Byrne*
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant ROSS Intelligence, Inc.*

Dated:  March 30, 2021
7137745 / 50241

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                              _____
                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Dated:   March 30, 2021            Signed: */s/ Warrington Parker*
                                   Warrington Parker
                                   CROWELL & MORING LLP
                                   3 Embarcadero Center
                                   26th Floor
                                   San Francisco, CA  94111
                                   Tel:  (415) 986-2800
                                   wparker@crowell.com