# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

April 19, 2021

*VIA ELECTRONIC FILING*

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

    Re:   *Thomson Reuters Enterprise Centre GmbH v. ROSS Intelligence Inc.*,
             C.A. No. 20-613-LPS

Dear Chief Judge Stark:

    The parties have conferred and submit the attached proposed Scheduling Order. Where the parties have been unable to reach agreement on terms, the parties' respective proposals and positions are set forth therein.

    Counsel for the parties are available at the Court's convenience to discuss the proposed Scheduling Order.

                                                               Respectfully,

                                                              Michael Flynn (# 5333)

cc:    All counsel of record

Attachment