IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-613 (LPS)<br>)<br>)<br>)<br>)  |

**PLAINTIFFS' RENEWED MOTION TO DISMISS
DEFENDANT'S ANTITRUST AND STATE LAW COUNTERCLAIMS**

On January 25, 2021, Defendant ROSS Intelligence Inc. filed amended counterclaims. D.I. 24. On March 25, 2021, Plaintiffs Thomson Reuters Centre GmBH and West Publishing Corporation moved to dismiss with prejudice Defendant's Sherman Act and state law unfair competition counterclaims. D.I. 27 & 28. Defendant responded to Plaintiffs' motion to dismiss on April 22, 2021. D.I. 38. Plaintiffs will file their reply brief in support of their motion on May 13, 2021.

In the interim, on April 12, 2021, Defendant filed an Amended Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial. D.I. 36. Defendant's amended counterclaims, D.I. 36, are identical to its original amended counterclaims, D.I. 24.

To the extent necessary, and to avoid duplicative briefing, Plaintiffs renew their motion to dismiss Defendant's Sherman Act and state law unfair competition counterclaims, D.I. 27, and incorporate the related briefs by reference, D.I. 28.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com |
| Dale M. Cendali<br>Joshua L. Simmons<br>Eric A. Loverro<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800 | |
| | *Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* |
| Daniel E. Laytin<br>Christa C. Cottrell<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 | |

April 26, 2021

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on April 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Joshua M. Rychlinski, Esquire<br>Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Kayvan M. Ghaffari, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

                                  */s/ Michael J. Flynn*

                                  Michael J. Flynn (#5333)