# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs/Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendants/Counterclaimant. | C.A. No. 20-613-LPS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on May 12, 2021, upon the following attorneys of record as indicated below:

    DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-8)

    DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-103)

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Jack B. Blumenfeld<br>Michael J. Flynn<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>mflynn@mnat.com | Dale Cendali, P.C.<br>Joshua L. Simmons<br>Eric Loverro<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>dale.cendali@kirkland.com<br>joshua.simmons@kirkland.com<br>eric.loverro@kirkland.com |

| | |
|---|---|
| Daniel E. Laytin<br>Christa C. Cottrell<br>Cameron Ginder<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>cameron.ginder@kirkland.com | Megan L. McKeown<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>megan.mckeown@kirkland.com |

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Lisa Kimmel
Joshua M. Rychlinski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  May 12, 2021
7196565 / 50241

POTTER ANDERSON & CORROON LLP

By:  /s/ Stephanie E. O'Byrne
    David E. Moore (#3983)
    Stephanie E. O'Byrne (#4446)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    sobyrne@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*