# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) C.A. No. 20-613-LPS |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| ROSS INTELLIGENCE INC., | ) |
| Defendant/Counterclaimant. | ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendant/Counterclaimant ROSS Intelligence, Inc., by its counsel, respectfully requests oral argument on Plaintiffs' pending Motion to Dismiss Defendant's Antitrust and State Law Counterclaims (D.I. 27, renewed and incorporating prior papers by reference, D.I. 39). Briefing on this motion is complete.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |
| Gabriel M. Ramsey<br>Warrington Parker<br>Kayvan M. Ghaffari<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br><br>Mark A. Klapow<br>Lisa Kimmel<br>Joshua M. Rychlinski<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br><br>Dated: May 19, 2021<br>7205067 / 50241 | By: */s/ Stephanie E. O'Byrne*<br>    David E. Moore (#3983)<br>    Stephanie E. O'Byrne (#4446)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    sobyrne@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant*<br>*ROSS Intelligence, Inc.* |