# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

June 7, 2021

*VIA ELECTRONIC FILING*

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

      Re:    *Thomson Reuters Enterprise Centre GmbH v. ROSS Intelligence Inc.*,
            C.A. No. 20-613-LPS

Dear Chief Judge Stark:

      The Court has set Oral Argument on Plaintiffs' pending Motion to Dismiss Defendant's Antitrust and State Law Counterclaims (D.I. 27) for August 3, 2021 at 10:00 am. *See* D.I. 52. Unfortunately, counsel for Plaintiffs have several conflicts on that date and are unavailable that week. The parties have conferred and called Your Honor's Chambers to check the Court's availability for the week of August 23, and respectfully request that oral argument be rescheduled for August 25, 26, or 27, or at the Court's convenience.

      Counsel for the parties are available should Your Honor wish to discuss this request.

                                                Respectfully,

                                                Michael Flynn (# 5333)

cc:    All counsel of record