## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )   C.A. No. 20-613-LPS
)
       Plaintiffs/Counterdefendants, )   **JURY TRIAL DEMANDED**
)
   v. )
)
ROSS INTELLIGENCE, INC., )
)
       Defendants/Counterclaimant. )

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Crinesha B. Berry of CROWELL & MORING LLP, 1001 Pennsylvania Avenue,

NW Washington, DC 20004 to represent Defendant/Counterclaimant ROSS Intelligence, Inc.in

this matter.

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Lisa Kimmel
Joshua M. Rychlinski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: June 8, 2021
7220700 / 50241

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
   David E. Moore (#3983)
   Stephanie E. O'Byrne (#4446)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   dmoore@potteranderson.com
   sobyrne@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*ROSS Intelligence, Inc.*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____

                                                      United States District Judge

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and Michigan and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00

☐      has been paid to the Clerk of the Court

☒      will be submitted to the Clerk's Office upon the filing of this motion

Date:   June 8, 2021                          Signed:  _/s/ Crinesha B. Berry_____
                                                               Crinesha B. Berry
                                                               CROWELL & MORING LLP
                                                               1001 Pennsylvania Avenue, NW
                                                               Washington, DC  20004
                                                               Tel: (202) 688-3435
                                                               cberry@crowell.com