# Morris, Nichols, Arsht & Tunnell LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200

**MICHAEL J. FLYNN**
(302) 351-9661
mflynn@morrisnichols.com

August 26, 2021

*VIA ELECTRONIC FILING*

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 King Street, Unit 26, Room 6124
Wilmington, DE 19801-3556

Re: *Thomson Reuters Enterprise Centre GmbH v. ROSS Intelligence Inc.*,
C.A. No. 20-613-LPS

Dear Judge Stark:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on August 25, 2021.

- Delaware Counsel for Plaintiffs: Michael Flynn

- Lead Counsel for Plaintiffs: Joshua Simmons, Megan McKeown

- Delaware Counsel for Defendant: David Moore

- Lead Counsel for Defendant: Kayvan Ghaffari, Crinesha Berry

The dispute requiring judicial attention is as follows:

On July 9, 2021, pursuant to Paragraph 7.5(a)(1) of the Protective Order in this case (D.I. 48), Plaintiffs designated Carolyn Blankenship, General Counsel Innovation & Product for Thomson Reuters, as an in-house attorney to whom they would like to disclose information that Defendant has designated as Highly Confidential - Attorneys' Eyes Only. Defendant objects to Ms. Blankenship receiving such information.

Respectfully,

Michael Flynn (# 5333)

cc: All counsel of record