IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 20-613-LPS |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND DEADLINES

WHEREAS Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing

Corporation ("Plaintiffs") and Defendant ROSS Intelligence Inc. ("Defendant") (collectively, the

"Parties") have exchanged document requests and responses and continue to produce documents

in the regular course of fact discovery;

WHEREAS the Parties have been working diligently to complete fact discovery and

agree that an extension of the schedule is necessary to complete document productions and

depositions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the

undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that the

Scheduling Order (D.I. 41) is hereby amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial Completion of Document Productions | December 17, 2021 | February 4, 2022 |
| End of fact discovery | January 21, 2022 | April 21, 2022 |
| Opening Expert Reports | February 18, 2022 | May 19, 2022 |
| Rebuttal Expert Reports | March 16, 2022 | June 16, 2022 |
| Reply Expert Reports | April 20, 2022 | July 14, 2022 |

| Close of expert discovery | May 20, 2022 | August 11, 2022 |
|---|---|---|
| Opening Summary Judgment Briefs | June 10, 2022 | September 8, 2022 |
| Summary Judgment Opposition Briefs | July 11, 2022 | October 6, 2022 |
| Summary Judgment Reply Briefs | August 10, 2022 | November 3, 2022 |

IT IS FURTHER STIPULATED AND AGREED that, although fact discovery will close on April 21, 2022, Defendant will endeavor to make Defendant's CEO and Co-Founder Andrew Arruda and its 30(b)(6) witness(es) available for deposition on or before April 1, 2022.

This stipulation does not affect any other case deadlines.  In particular, Plaintiffs' motion to dismiss Defendant's antitrust and unfair competition counterclaims (D.I. 27) has been fully briefed and argued but remains pending before the Court.  Consistent with the Court's May 3, 2021 Order (D.I. 41, at 4), all aspects of the case schedule will be subject to reevaluation after the Court resolves Plaintiffs' pending motion to dismiss.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP           POTTER ANDERSON & CORROON LLP

 /s/ Michael J. Flynn                                              /s/ Stephanie E. O'Byrne
Jack B. Blumenfeld (#1014)                          David E. Moore (#3983)
Michael J. Flynn (#5333)                              Stephanie E. O'Byrne (#4446)
1201 North Market Street                            Hercules Plaza, 6th Floor
P.O. Box 1347                                              1313 N. Market Street
Wilmington, DE 19899                                Wilmington, DE  19801
(302) 658-9200                                             (302) 984-6000
jblumenfeld@morrisnichols.com                  dmoore@potteranderson.com
mflynn@morrisnichols.com                          sobyrne@potteranderson.com

*Attorneys for Plaintiffs*                               *Attorneys for Defendant*

November 10, 2021

        **IT IS SO ORDERED** this ___ day of November, 2021.

                                                    _____
                                                    United States District Judge

2