IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>)  C.A. No. 20-613-LPS<br>) |
| Plaintiffs/Counterdefendants, | )  **JURY TRIAL DEMANDED**<br>) |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 12, 2021, upon the following attorneys of record as indicated below:

DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S
SECOND SET OF REQUESTS FOR PRODUCTION (NOS. 104-141)

## VIA ELECTRONIC MAIL

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mflynn@mnat.com

Dale Cendali, P.C.
Joshua L. Simmons
Eric Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
eric.loverro@kirkland.com

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

Megan L. McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
megan.mckeown@kirkland.com

cameron.ginder@kirkland.com
alyssa.kalisky@kirkland.com

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Lisa Kimmel
Joshua M. Rychlinski
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel:  (202) 624-2500

Dated:  November 12, 2021
7491125 / 50241

POTTER ANDERSON & CORROON LLP

By:  */s/ Stephanie E. O'Byrne*
David E. Moore (#3983)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*