IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs and Counterdefendants,<br><br> v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-613 (LPS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Set of Interrogatories to Defendant ROSS Intelligence Inc.* and (2) *Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Set of Requests for Production to Defendant ROSS Intelligence Inc.* were caused to be served on November 30, 2021, upon the following in the manner indicated:

David E. Moore, Esquire                             *VIA ELECTRONIC MAIL*
Stephanie E. O'Byrne, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendant and Counterclaimant*

Joshua M. Rychlinski, Esquire  *VIA ELECTRONIC MAIL*
Mark A. Klapow, Esquire
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire  *VIA ELECTRONIC MAIL*
Kayvan M. Ghaffari, Esquire
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Michael J. Flynn* |
| Dale M. Cendali | Jack B. Blumenfeld (#1014) |
| Joshua L. Simmons | Michael J. Flynn (#5333) |
| Eric A. Loverro | 1201 North Market Street |
| KIRKLAND & ELLIS LLP | P.O. Box 1347 |
| 601 Lexington Avenue | Wilmington, DE  19899 |
| New York, NY  10022 | (302) 658-9200 |
| (212) 446-4800 | jblumenfeld@morrisnichols.com |
|  | mflynn@morrisnichols.com |
| Daniel E. Laytin |  |
| Christa C. Cottrell | *Attorneys for Plaintiffs and Counterdefendants* |
| Cameron Ginder | *Thomson Reuters Enterprise Center GmbH* |
| Alyssa C. Kalisky | *and West Publishing Corporation* |
| KIRKLAND & ELLIS LLP |  |
| 300 North LaSalle |  |
| Chicago, IL  60654 |  |
| (312) 862-2000 |  |

Megan McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX  77002
(713) 836-3600

November 30, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 30, 2021, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Joshua M. Rychlinski, Esquire<br>Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Kayvan M. Ghaffari, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

                                                      */s/ Michael J. Flynn*
                                                      Michael J. Flynn (#5333)