

313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

January 3, 2022

**VIA CM/ECF**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
              Case No. 1:20-cv-00613 (D. Del.)

Dear Judge Stark:

      I am writing regarding the parties' earlier letter request for a discovery dispute conference (D.I. 83). Specifically, the parties have agreed, subject to the Court's approval, to extend the proposed date for Plaintiffs' responsive letter brief from 1/10/22 to 1/18/22. The proposed date for Defendant's opening letter brief, 1/5/22, remains unchanged.

                                                Respectfully,

                                                 */s/ David E. Moore*

                                                 David E. Moore

DEM:nmt/7543059/50241

cc:  Counsel of record (via electronic mail)