## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) C.A. No. 20-613-LPS |
| Plaintiffs/Counterdefendants, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Stephanie E. O'Byrne, formerly of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, DE 19801, hereby withdraws her appearance as counsel for Defendant/Counterclaimant ROSS Intelligence, Inc. All other counsel of record for Defendant remain in this case.

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: January 7, 2022
7547930 / 50241

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*