# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) |
|  | ) C.A. No. 20-613-LPS |
| Plaintiffs/Counterdefendants, | )<br>) **JURY TRIAL DEMANDED** |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | )<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on January 11, 2022, upon the following attorneys of record as indicated below:

> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION
>
> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S RESPONSE AND OBJECTION TO PLAINTIFFS' SECOND SET OF INTERROGATORIES **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Jack B. Blumenfeld | Dale Cendali, P.C. |
| Michael J. Flynn | Joshua L. Simmons |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Eric Loverro |
| 1201 North Market Street | KIRKLAND & ELLIS LLP |
| P.O. Box 1347 | 601 Lexington Avenue |
| Wilmington, DE 19899 | New York, NY 10022 |
| jblumenfeld@mnat.com | dale.cendali@kirkland.com |
| mflynn@mnat.com | joshua.simmons@kirkland.com |

| | |
|---|---|
| Daniel E. Laytin<br>Christa C. Cottrell<br>Cameron Ginder<br>Alyssa C. Kalisky<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>cameron.ginder@kirkland.com<br>alyssa.kalisky@kirkland.com<br><br>Miranda D. Means<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>miranda.means@kirkland.com | eric.loverro@kirkland.com<br><br>Megan L. McKeown<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>megan.mckeown@kirkland.com |
| OF COUNSEL:<br><br>Gabriel M. Ramsey<br>Warrington Parker<br>Kayvan M. Ghaffari<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel:  (415) 986-2800<br><br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Tel:  (202) 624-2500<br><br>Dated:  January 11, 2022<br>7553359 / 50241 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant<br>ROSS Intelligence, Inc.* |