IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (LPS) |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Set of Requests for Admissions to Defendant ROSS Intelligence Inc.* were caused to be served on January 21, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                          *VIA ELECTRONIC MAIL*
Stephanie E. O'Byrne, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Joshua M. Rychlinski, Esquire                                  *VIA ELECTRONIC MAIL*
Mark A. Klapow, Esquire
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                          *VIA ELECTRONIC MAIL*
Kayvan M. Ghaffari, Esquire
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*


                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                                         */s/ Michael J. Flynn*

Dale M. Cendali                                     _____
Joshua L. Simmons                                   Jack B. Blumenfeld (#1014)
Eric A. Loverro                                     Michael J. Flynn (#5333)
KIRKLAND & ELLIS LLP                                1201 North Market Street
601 Lexington Avenue                                P.O. Box 1347
New York, NY  10022                                 Wilmington, DE  19899
(212) 446-4800                                      (302) 658-9200
                                                    jblumenfeld@morrisnichols.com
Daniel E. Laytin                                    mflynn@morrisnichols.com
Christa C. Cottrell
Cameron Ginder                                      *Attorneys for Plaintiffs and Counterdefendants*
Alyssa C. Kalisky                                   *Thomson Reuters Enterprise Center GmbH*
KIRKLAND & ELLIS LLP                                *and West Publishing Corporation*
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

January 21, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 21, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                                            *VIA ELECTRONIC MAIL*
Stephanie E. O'Byrne, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Joshua M. Rychlinski, Esquire                                              *VIA ELECTRONIC MAIL*
Mark A. Klapow, Esquire
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                                  *VIA ELECTRONIC MAIL*
Kayvan M. Ghaffari, Esquire
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

*/s/ Michael J. Flynn*

_____
Michael J. Flynn (#5333)