IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) ) | C.A. No. 20-613 (LPS) |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**PLAINTIFFS AND COUNTERDEFENDANTS'
NOTICE OF DEPOSITION TO PARGLES DALL'OGLIO**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs") will take the deposition upon oral examination of Pargles Dall'Oglio.

The deposition will begin on **March 9, 2022**, at the offices of Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104, at 9:00 a.m. PT, and will be held before a notary public or other person authorized to administer oaths in this action. The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition may be recorded by stenographic, audio, audiovisual, video and/or real-time computer means. The deposition will be taken for purposes of discovery, use at trial or hearings, and for any other purpose permitted under the orders of the presiding Court, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Michael J. Flynn* |
|  | _____ |
|  | Jack B. Blumenfeld (#1014) |
|  | Michael J. Flynn (#5333) |
| OF COUNSEL: | 1201 North Market Street |
|  | P.O. Box 1347 |
| Dale M. Cendali | Wilmington, DE  19899 |
| Joshua L. Simmons | (302) 658-9200 |
| Eric A. Loverro | jblumenfeld@morrisnichols.com |
| KIRKLAND & ELLIS LLP | mflynn@morrisnichols.com |
| 601 Lexington Avenue |  |
| New York, NY  10022 | *Attorneys for Plaintiffs and Counterdefendants* |
| (212) 446-4800 | *Thomson Reuters Enterprise Center GmbH* |
|  | *and West Publishing Corporation* |
| Daniel E. Laytin |  |
| Christa C. Cottrell |  |
| Cameron Ginder |  |
| Alyssa C. Kalisky |  |
| KIRKLAND & ELLIS LLP |  |
| 300 North LaSalle |  |
| Chicago, IL  60654 |  |
| (312) 862-2000 |  |
|  |  |
| Miranda D. Means |  |
| KIRKLAND & ELLIS LLP |  |
| 200 Clarendon Street |  |
| Boston, MA 02116 |  |
| (617) 385-7500 |  |

February 9, 2022

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 9, 2022, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Joshua M. Rychlinski, Esquire<br>Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Kayvan M. Ghaffari, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Flynn*
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Flynn (#5333)