## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) C.A. No. 20-613-LPS<br>) |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| ROSS INTELLIGENCE INC., | ) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Joshua M. Rychlinski of Crowell & Moring LLP, 1001 Pennsylvania Avenue NW, Washington, DC 20004, hereby withdraws his appearance as counsel for Defendant/Counterclaimant ROSS Intelligence, Inc. All other attorneys involved in the case from Crowell & Moring LLP and Potter Anderson & Corroon LLP will continue to represent Defendant/Counterclaimant ROSS Intelligence, Inc.

| | |
|---|---|
| OF COUNSEL:<br>Gabriel M. Ramsey<br>Warrington Parker<br>Kayvan M. Ghaffari<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br><br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br><br>Dated: February 11, 2022 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Carson R. Bartlett (#6750)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>cbartlett@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |

10025394 / 50241