# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) C.A. No. 20-613-LPS ) |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED** ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on February 22, 2022, upon the following attorneys of record as indicated below:

> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S RESPONSE TO PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT ROSS INTELLIGENCE, INC.
>
> HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SET OF INTERROGATORIES (SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 11 ONLY)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Dale Cendali, P.C. |
| Michael J. Flynn | Joshua L. Simmons |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Eric Loverro |
| 1201 North Market Street | KIRKLAND & ELLIS LLP |
| P.O. Box 1347 | 601 Lexington Avenue |
| Wilmington, DE 19899 | New York, NY 10022 |
| jblumenfeld@mnat.com | dale.cendali@kirkland.com |
| mflynn@mnat.com | joshua.simmons@kirkland.com |
| | eric.loverro@kirkland.com |

| | |
|---|---|
| Daniel E. Laytin<br>Christa C. Cottrell<br>Cameron Ginder<br>Alyssa C. Kalisky<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>cameron.ginder@kirkland.com<br>alyssa.kalisky@kirkland.com | Miranda D. Means<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>miranda.means@kirkland.com |

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  February 22, 2022
10050207 / 50241

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*