# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMPSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs and Counter-Defendants, | ) ) |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendant and Counter-Claimant. | ) |

C.A. No. 20-613 (LPS)

## NOTICE OF SERVICE

The undersigned hereby certifies that, on February 28, 2022, **NON-PARTY FASTCASE, INC.'S RESPONSES AND OBJECTIONS TO DEFENDANT'S DOCUMENT SUBPOENA** was served upon the below-named counsel of record at the address and in the manner indicated:

David E. Moore, Esq.  VIA ELECTRONIC MAIL & U.S. MAIL
Bindu A. Palapura, Esq.
Carson R. Bartlett, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
cbartlett@potteranderson.com

Gabriel M. Ramsey  VIA ELECTRONIC MAIL
Warrington Parker
Kayvan M. Ghaffari
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
gramsey@crowell.com
wparker@crowell.com

kghaffari@crowell.com
jsteinberg@crowell.com
jcanter@crowell.com

Crinesha B. Berry
CROWELL &MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
cberry@crowell.com

                ASHBY & GEDDES

                */s/ Catherine A. Gaul*
                Catherine A. Gaul (#4310)
                Andrew C. Mayo (#5207)
                500 Delaware Avenue, 8th Floor
                P.O. Box 1150
                Wilmington, DE 19899
                (302) 654-1888
                cgaul@ashbygeddes.com
                amayo@ashbygeddes.com

                *Attorneys for Non-Party Fastcase, Inc.*

Dated: February 28, 2022