# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| | C.A. No. 20-613-LPS |
| Plaintiffs/Counterdefendants, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on March 7, 2022, upon the following attorneys of record as indicated below:

> DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-129) **[CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

> DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S FOURTH SET OF REQUESTS FOR PRODUCTION (NO. 143-173)

> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF INTERROGATORIES **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Dale Cendali, P.C. |
| Michael J. Flynn | Joshua L. Simmons |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Eric Loverro |
| 1201 North Market Street | KIRKLAND & ELLIS LLP |
| P.O. Box 1347 | 601 Lexington Avenue |
| Wilmington, DE 19899 | New York, NY 10022 |
| jblumenfeld@mnat.com | dale.cendali@kirkland.com |
| mflynn@mnat.com | joshua.simmons@kirkland.com |
| | eric.loverro@kirkland.com |

<table>
<tr><td>

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
cameron.ginder@kirkland.com
alyssa.kalisky@kirkland.com

</td><td>

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
miranda.means@kirkland.com

</td></tr>
</table>

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: March 8, 2022
10067598 / 50241

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*