# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) C.A. No. 20-613-LPS<br>) |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED**<br>) |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on March 22, 2022 upon the following attorneys of record at the following addresses as indicated:

> DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S
> SECOND SET OF REQUESTS FOR ADMISSION (NOS. 130-135)
> **[CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**
>
> DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S
> FOURTH SET OF REQUESTS FOR PRODUCTION (NOS. 174-181)

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Jack B. Blumenfeld<br>Michael J. Flynn<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>mflynn@mnat.com | Dale Cendali, P.C.<br>Joshua L. Simmons<br>Eric Loverro<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>dale.cendali@kirkland.com<br>joshua.simmons@kirkland.com<br>eric.loverro@kirkland.com |

| | |
|---|---|
| Daniel E. Laytin<br>Christa C. Cottrell<br>Cameron Ginder<br>Alyssa C. Kalisky<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br>cameron.ginder@kirkland.com<br>alyssa.kalisky@kirkland.com | Miranda D. Means<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>miranda.means@kirkland.com |
| OF COUNSEL:<br><br>Gabriel M. Ramsey<br>Warrington Parker<br>Kayvan M. Ghaffari<br>Joachim B. Steinberg<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel:  (415) 986-2800<br><br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Tel:  (202) 624-2500<br><br>Dated:  March 22, 2022<br>10079943 / 50241 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Carson R. Bartlett (#6750)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    cbartlett@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |