

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

April 5, 2022

<u>**VIA CM/ECF**</u>

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

   Re: *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
      C.A. No. 20-613-LPS

Dear Judge Stark:

  The parties in the above-referenced matter write to request a briefing schedule and discovery teleconference.

  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on March 31, 2022.

    Delaware Counsel for Plaintiffs: Michael Flynn

    Lead Counsel for Plaintiffs: Joshua Simmons, Eric Loverro

    Delaware Counsel for Defendant: Brandon Harper

    Lead Counsel for Defendant: Gabriel Ramsey, Joachim B. Steinberg, Crinesha B. Berry

  The dispute requiring judicial attention is as follows:

- Plaintiffs' second supplemental response to ROSS's Contention Interrogatory No. 1 ("IDENTIFY the specific portions of the WESTLAW CONTENT that you claim is subject to copyright that ROSS INFRINGES.")

            Respectfully,

            */s/ David E. Moore*

            David E. Moore

DEM:nmt/10092180/50241
cc: Counsel of record (via electronic mail)