IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (LPS) |
| v. | ) ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's First Supplemental Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Interrogatory No. 21,* (2) *Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Second Set of Requests for Admission (Nos. 130–135)*, and (3) *Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence Inc.'s Fifth Set of Requests for Production (Nos. 174–181)* were caused to be served on April 21, 2022, upon the following in the manner indicated:

David E. Moore, Esquire  VIA ELECTRONIC MAIL
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire  VIA ELECTRONIC MAIL
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
*Attorneys for Defendant and Counterclaimant*

Kayvan M. Ghaffari, Esquire  VIA ELECTRONIC MAIL
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
*Attorneys for Defendant and Counterclaimant*

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Michael J. Flynn* |
|  |  |
| Dale M. Cendali | Jack B. Blumenfeld (#1014) |
| Joshua L. Simmons | Michael J. Flynn (#5333) |
| Eric A. Loverro | 1201 North Market Street |
| KIRKLAND & ELLIS LLP | P.O. Box 1347 |
| 601 Lexington Avenue | Wilmington, DE 19899 |
| New York, NY 10022 | (302) 658-9200 |
| (212) 446-4800 | jblumenfeld@morrisnichols.com |
|  | mflynn@morrisnichols.com |
| Miranda D. Means |  |
| KIRKLAND & ELLIS LLP | *Attorneys for Plaintiffs and Counterdefendants* |
| 200 Clarendon Street | *Thomson Reuters Enterprise Center GmbH* |
| Boston, MA 02116 | *and West Publishing Corporation* |
| (617) 385-7500 |  |

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

April 21, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Kayvan M. Ghaffari, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)