# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendant. | C.A. No. 20-613-LPS |

## ORDER

At Wilmington, this **26th** day of **April, 2022**, consistent with and for the reasons stated in the Memorandum Opinion issued this same date,

**IT IS HEREBY ORDERED** that Plaintiffs' renewed motion to dismiss (D.I. 39) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that any amended counterclaims must be filed no later than **May 20, 2022**.

_____
UNITED STATES DISTRICT COURT