IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS
ENTERPRISE CENTRE GMBH,
WEST PUBLISHING
CORPORATION,

  *Plaintiffs / Counter-Defendants*,

      v.

ROSS INTELLIGENCE INC.,

  *Defendant / Counter-Plaintiff.*

No. 20-cv-00613-SB

# ORDER

This action was recently reassigned to Judge Stephanos Bibas, who sits by designation in this court.

I **ORDER** the parties to confer and file a brief joint status report within fourteen days of this order. The status report shall include the following:

1. <u>Pending motions.</u> Identify by date and electronic filing number all pending motions, whether they are ripe, and whether any pending motions have been rendered moot.

2. <u>Discovery.</u> Explain the status of discovery, including any unresolved discovery disputes only if the dispute had already been brought to the court's attention. Any potential new discovery disputes shall not be brought to the court's attention until the procedures set forth in the local rules have been followed. The

1

parties should not present argument about any discovery disputes. Plus, if discovery has not started, explain why.

3. <u>Settlement or mediation.</u> Explain whether the parties have engaged in or are interested in engaging in a settlement and/or mediation conference, either through the court's alternative dispute resolution process or through a private mediator. The parties shall also advise whether any portion of their claims have been settled or whether claims against any party or parties have been settled. If there has been a settlement in principle, the parties shall advise when the stipulated notice of dismissal was filed or when they intend to file one.

4. <u>Conferences.</u> Identify the date and time of any upcoming conferences with the court set by the previous District Judge assigned to the matter.

5. <u>Other matters.</u> Raise any other matters that the parties agree should be brought to the court's attention. But the joint status report is not an appropriate vehicle to raise issues and arguments better addressed in a motion.

All prior orders in this action shall remain in effect unless superseded by later orders.

**IT IS SO ORDERED.**

Date: April 29, 2022

_____

UNITED STATES CIRCUIT JUDGE