IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>      Plaintiffs,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 20-613-SB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER TO EXTEND DEADLINE

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Plaintiffs") and Defendant ROSS Intelligence Inc. ("ROSS") (collectively, the "Parties"), subject to the approval of the Court, that Plaintiffs shall have until June 22, 2022, to respond to Defendant's Amended Counterclaims (D.I. 24) or any amendment thereto filed on or before May 20, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Bindu A. Palapura* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@morrisnichols.com | dmoore@potteranderson.com |
| mflynn@morrisnichols.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

May 6, 2022

2

**IT IS SO ORDERED** this \_\_\_ day of May, 2022

_____
United States District Judge

2