IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>ROSS INTELLIGENCE INC., )<br><br>Defendant. ) | C.A. No. 20-613-SB |

## STIPULATION AND ORDER TO EXTEND DEADLINES

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Plaintiffs") and Defendant ROSS Intelligence Inc. ("ROSS") (collectively, the "Parties"), subject to the approval of the Court, that the deadlines for expert discovery related to Plaintiffs' claims are extended as follows:

| **Event** | **Current Deadline** | **Extended Deadline** |
|---|---|---|
| Opening Expert Reports | May 19, 2022 | July 5, 2022 |
| Rebuttal Expert Reports | June 16, 2022 | August 1, 2022 |
| Reply Expert Reports | July 14, 2022 | August 29, 2022 |
| Close of Expert Discovery | August 11, 2022 | September 26, 2022 |
| Summary Judgment Briefs | September 8, 2022 | October 24, 2022 |
| Summary Judgment Opposition Briefs | October 6, 2022 | November 21, 2022 |
| Summary Judgment Reply Briefs | November 3, 2022 | December 19, 2022 |

The Parties will continue discussions regarding an amended case schedule that includes Defendant's antitrust and California Unfair Competition Law counterclaims.

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@morrisnichols.com | dmoore@potteranderson.com |
| mflynn@morrisnichols.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

May 13, 2022

**IT IS SO ORDERED** this ___ day of May, 2022

_____
United States District Judge