

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

June 9, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
              C.A. No. 20-613-SB

Dear Judge Bibas:

      Defendant ROSS Intelligence Inc. ("Defendant") respectfully requests a discovery teleconference and entry of a briefing schedule on the discovery dispute currently pending between the parties ("Discovery Dispute").  Prior to this matter's reassignment to Your Honor, the Parties submitted a joint letter on April 5, 2022 (D.I. 161) requesting a briefing schedule and teleconference for the Discovery Dispute.  The Discovery Dispute relates to Plaintiffs' second supplemental response to ROSS's Contention Interrogatory No. 1 ("IDENTIFY the specific portions of the WESTLAW CONTENT that you claim is subject to copyright that ROSS INFRINGES.").  The Discovery Dispute was also discussed in the May 12, 2022 Joint Status Report.  D.I. 180.  In the interests of efficiency and prompt resolution of pending matters, Defendant respectfully requests entry of a briefing schedule and scheduling of a teleconference at the Court's earliest convenience.

      Counsel is available to discuss at the convenience of the Court.

                              Respectfully,

                              */s/ David E. Moore*

                              David E. Moore

DEM:nmt/10171880/20516.00001

cc:     Counsel of Record (via electronic mail)