IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

## STIPULATION AND ORDER TO EXTEND DEADLINES

WHEREAS Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Plaintiffs") and Defendant ROSS Intelligence Inc. ("Defendant") (collectively, the "Parties") have exchanged document requests and responses and produced documents;

WHEREAS the Parties have been working diligently with their respective experts and agree that an extension of the schedule is necessary in order to complete expert discovery on Plaintiffs' copyright claims; and

WHEREAS the Parties agree that Plaintiffs' copyright claims and Defendant's antitrust and California Unfair Competition Law counterclaims should proceed on separate tracks as contemplated by the Court's order in the original Scheduling Order (D.I. 41);

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the deadlines for expert discovery related to Plaintiffs' claims are extended as follows:

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Opening Expert Reports | July 5, 2022 | July 18, 2022 |
| Rebuttal Expert Reports | August 1, 2022 | September 6, 2022 |
| Reply Expert Reports | August 29, 2022 | October 10, 2022 |

| | | |
|---|---|---|
| Close of Expert Discovery | September 26, 2022 | November 4, 2022 |
| Opening Summary Judgment Briefs | October 24, 2022 | December 22, 2022 |
| Summary Judgment Opposition Briefs | November 21, 2022 | January 30, 2023 |
| Summary Judgment Reply Briefs | December 19, 2022 | March 1, 2023 |

IT IS FURTHER STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the deadlines related to Defendant's antitrust and California Unfair Competition Law counterclaims are as follows:

| **Event** | **Deadline** |
|---|---|
| Substantial Completion of Document Productions | January 12, 2023 |
| End of Fact Discovery | March 30, 2023 |
| Expert Reports | April 27, 2023 |
| Rebuttal Expert Reports | May 25, 2023 |
| Reply Expert Reports | June 22, 2023 |
| Close of Expert Discovery | July 13, 2023 |
| Opening Summary Judgment Briefs | August 17, 2023 |
| Summary Judgment Opposition Briefs | September 14, 2023 |
| Summary Judgment Reply Briefs | October 12, 2023 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs*

POTTER ANDERSON & CORROON LLP

*/s/ Brandon R. Harper*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Brandon R. Harper (#6418)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
bharper@potteranderson.com

*Attorneys for Defendant*

June 21, 2022

**IT IS SO ORDERED** this _____ day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE

2