

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

June 27, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

  Re: *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
     C.A. No. 20-613-SB

Dear Judge Bibas:

  The parties in the above-referenced matter write to request a briefing schedule and discovery teleconference.[1]

  The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on June 24, 2022.

    Delaware Counsel for Plaintiffs: Michael Flynn

    Lead Counsel for Plaintiffs: Joshua Simmons & Eric Loverro

    Delaware Counsel for Defendant: Brandon Harper

    Lead Counsel for Defendant: Warrington S. Parker III, Joachim B. Steinberg, & Anna Z. Saber

  The dispute requiring judicial attention is as follows:

- ROSS RFP Nos. 67 and 68 (Plaintiffs' source code);

- ROSS RFP Nos. 87 and 88 (Plaintiffs' licensing strategy documents); and

- ROSS RFP Nos. 100-102, 123-126, and 141 (documents showing the financial value of Westlaw content)

---

[1] The parties have a prior request for a briefing schedule and discovery teleconference pending. *See* D.I. 161.

The Honorable Stephanos Bibas
June 27, 2022
Page 2

                                                Respectfully,

                                                */s/ David E. Moore*

                                                David E. Moore

DEM:nmt/10205585/50241
cc:  Counsel of record (via electronic mail)