

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

June 27, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
             C.A. No. 20-613-SB

Dear Judge Bibas:

The parties in the above-referenced matter write to request a briefing schedule and discovery teleconference.[1]

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on June 13, 2022.

        Delaware Counsel for Plaintiffs: Michael Flynn

        Lead Counsel for Plaintiffs: Joshua Simmons, Eric Loverro, & Miranda Means

        Delaware Counsel for Defendant: Brandon Harper

        Lead Counsel for Defendant: Warrington S. Parker III, Joachim B. Steinberg, & Anna Saber

The dispute requiring judicial attention is as follows:

- RFP Nos. 111-115 (cease and desist correspondence/DMCA notices)

- RFP Nos. 132-135 (search & functionality value documents)

                                          Respectfully,

                                          */s/ David E. Moore*

                                          David E. Moore

---

[1] The parties have a prior request for a briefing schedule and discovery teleconference pending. *See* D.I. 161.

The Honorable Stephanos Bibas
June 27, 2022
Page 2

DEM:nmt/10205597/50241
cc:  Counsel of record (via electronic mail)