

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

July 1, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
            C.A. No. 20-613-SB

Dear Judge Bibas:

      The parties in the above-referenced matter write that consistent with the Court's direction that the parties should address "all pending discovery disputes" in a single discovery motion (D.I. 188), the parties have agreed to include the remaining topics set forth below in the briefing schedule set by the Court.

      The parties agree to include the topics as follows:

- RFP Nos. 118, 143-149 (audit trails)
- RFP Nos. 128, 129, 131 (judicial opinion sourcing documents)
- RFP Nos. 136 (usage statistics)

                                            Respectfully,

                                            */s/ David E. Moore*

                                            David E. Moore

DEM:nmt/10214269/50241
cc:  Counsel of record (via electronic mail)