IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) ) | C.A. No. 20-613 (SB) |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

## STIPULATION AND ORDER TO EXTEND DEADLINES

WHEREAS the Parties have been working diligently with their respective experts and agree that an extension of the schedule is necessary in order to complete expert discovery on Plaintiffs' copyright claims; and

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that certain deadlines for expert discovery related to Plaintiffs' claims are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | July 18, 2022 | August 1, 2022 |
| Rebuttal Expert Reports (except for damages) | September 6, 2022 | September 6, 2022 |
| ROSS Rebuttal Damages Expert Report | September 6, 2022 | September 20, 2022 |
| Reply Expert Reports (except for damages) | October 10, 2022 | October 10, 2022 |
| Plaintiffs' Reply Damages Expert Report | - | October 18, 2022 |
| Close of Expert Discovery (except Plaintiffs' damages expert) | November 4, 2022 | November 4, 2022 |
| Close of Expert Discovery (Plaintiffs' damages expert) | - | November 11, 2022 |

1

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Brandon R. Harper (#6418)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>bharper@potteranderson.com<br><br>*Attorneys for Defendant* |

July 5, 2022

**IT IS SO ORDERED** this ____ day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE