# EXHIBIT 24

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 25

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 26

**Saber, Anna**

| | |
|---|---|
| **From:** | Means, Miranda  <miranda.means@kirkland.com> |
| **Sent:** | Monday, March 7, 2022 1:34 PM |
| **To:** | Steinberg, Joachim; #Thomson-Ross; jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com |
| **Cc:** | ROSS Lit Team; *dmoore@Potteranderson.com1; *bpalapura@potteranderson.com |
| **Subject:** | RE: Thomson Reuters et al. v. ROSS Intelligence |

External Email

Dear Joachim,

We would direct your attention to TR-0908414-TR-908442 and TR-0908413, which are documents sufficient to show Thomson Reuters' overall licensing strategy.  Per the agreement of the parties, our production of these documents should resolve this dispute.

Best regards,
Miranda

**Miranda Means**
She/Her/Hers

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
**T**  +1 617 385 7419
**M** +1 617 320 9248

miranda.means@kirkland.com

**From:** Steinberg, Joachim <JSteinberg@crowell.com>
**Sent:** Thursday, March 3, 2022 5:27 PM
**To:** Means, Miranda <miranda.means@kirkland.com>; #Thomson-Ross <thomson-ross@kirkland.com>; jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>; *bpalapura@potteranderson.com <bpalapura@potteranderson.com>
**Subject:** RE: Thomson Reuters et al. v. ROSS Intelligence

Miranda,

Can Thompson Reuters identify the documents it believes are responsive to these requests?

Kind regards,
Joachim

**Joachim B. Steinberg**
Pronouns: he/him/his
Crowell & Moring LLP
jsteinberg@crowell.com
+1.415.365.7461 direct  |  +1.917.575.6244 mobile

**From:** Means, Miranda <miranda.means@kirkland.com>
**Sent:** Friday, February 25, 2022 8:32 AM
**To:** Steinberg, Joachim <JSteinberg@crowell.com>; #Thomson-Ross <thomson-ross@kirkland.com>;

1

jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>;
*bpalapura@potteranderson.com <bpalapura@potteranderson.com>
**Subject:** RE: Thomson Reuters et al. v. ROSS Intelligence

External Email

Dear Joachim,

We were perplexed by your letter of February 24, 2022, as this issue was resolved already.  During the February 7, 2022 meet and confer with your colleagues, Mr. Ghaffari, Mr. Parker, and Ms. Berry, Thomson Reuters agreed to produce documents sufficient to show Thomson Reuters' overall licensing strategy, and ROSS agreed to that.  Thomson Reuters has produced these documents.

Best regards,
Miranda

**Miranda Means**
She/Her/Hers

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
**T** +1 617 385 7419
**M** +1 617 320 9248

miranda.means@kirkland.com

**From:** Steinberg, Joachim <JSteinberg@crowell.com>
**Sent:** Thursday, February 24, 2022 3:19 PM
**To:** Means, Miranda <miranda.means@kirkland.com>; #Thomson-Ross <thomson-ross@kirkland.com>;
jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>;
*bpalapura@potteranderson.com <bpalapura@potteranderson.com>
**Subject:** Thomson Reuters et al. v. ROSS Intelligence

Counsel,

Please see the attached correspondence.

Best regards,
Joachim

**Joachim B. Steinberg**
Pronouns: he/him/his
jsteinberg@crowell.com
+1.415.365.7461 direct   |   +1.917.575.6244 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell

### Collaboration Powers Success

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# EXHIBIT 27

**Saber, Anna**

| | |
|---|---|
| **From:** | Loverro, Eric <eric.loverro@kirkland.com> |
| **Sent:** | Tuesday, April 26, 2022 5:02 AM |
| **To:** | Steinberg, Joachim; Means, Miranda |
| **Cc:** | ROSS Lit Team; #Thomson-Ross; Flynn, Michael J.; jblumenfeld@morrisnichols.com; *dmoore@Potteranderson.com1; *bpalapura@potteranderson.com |
| **Subject:** | RE: Thomson Reuters v. ROSS |

External Email

Joachim,

Plaintiffs strongly disagree with the characterization of Plaintiffs' production in ROSS's April 14, 2022 email and April 18, 2022 letter. In particular, with regard to ROSS's April 14 email, Plaintiffs only agreed to produce documents sufficient to show Plaintiffs' licensing strategy, and they have done so. Transfer pricing documentation or documents related to actual expenditures have nothing to do with Plaintiffs' overall licensing strategy, and are far afield from what Plaintiffs agreed to produce. In the interest of compromise, last week, Plaintiffs produced additional documents showing their licensing strategy. Though it is doubtful that a discounting policy would fall under what Plaintiffs agreed to produce in response to this request, Plaintiffs can confirm that there is no written discounting policy to produce. We trust Plaintiffs additional production of documents and investigation into the existence of a discounting policy resolves this dispute.

Plaintiffs will respond to ROSS's April 18 letter under separate cover.

Best,
Eric

**Eric Loverro**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4243
**M** +1 646 884 2971
**F** +1 212 446 4900

eric.loverro@kirkland.com

**From:** Steinberg, Joachim <JSteinberg@crowell.com>
**Sent:** Monday, April 25, 2022 2:06 PM
**To:** Means, Miranda <miranda.means@kirkland.com>
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; #Thomson-Ross <thomson-ross@kirkland.com>; Flynn, Michael J. <mflynn@morrisnichols.com>; jblumenfeld@morrisnichols.com; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>; *bpalapura@potteranderson.com <bpalapura@potteranderson.com>
**Subject:** Thomson Reuters v. ROSS

Miranda,

ROSS asked Plaintiffs to either produce documents related to its licensing strategy or provide a time for a final meet-and-confer on that issue on April 14, 20221. *See* J. Steinberg Email to M. Means, Apr. 14, 2022. ROSS made the same request regarding Plaintiffs' production of documents in response to RFPs Nos. 100, 101, 102, 123, 124, 125, 126, and 141. *See* J. Steinberg Letter to M. Means, Apr. 18, 2022. We have not heard back from you on either. Please provide your availability for a final meet-and-confer on both of these issues on Friday, April 29.

Kind regards,
Joachim

**Joachim B. Steinberg**
Pronouns: he/him/his
jsteinberg@crowell.com
+1.415.365.7461 direct  |  +1.917.575.6244 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# EXHIBIT 28

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 29



**Joachim B. Steinberg**
jsteinberg@crowell.com
(415) 365-7461  direct

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111
+1.415.986.2800  main
+1.415.986.2827  fax

June 9, 2022

**VIA E-MAIL**

Miranda Means
Kirkland & Ellis LLP
200 Clarendon St.
Boston, MA 02116
Miranda.means@kirkland.com

Re:     *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence, Inc.*, Case No. 20-613-LPS, Plaintiffs' Deficient Document Production (Licensing Documents)

Dear Miranda:

        We write on behalf of ROSS Intelligence, Inc. ("ROSS") in response to Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation's (collectively "Plaintiffs") production of licensing strategy documents.

        ROSS first raised this issue in August 2021 in connection with Plaintiffs' discovery responses served in July 2021.  *See* K. Ghaffari Ltr. To J. Simmons, Aug. 3, 2021.  After protracted meet and confer efforts spanning through late February 2022, Plaintiffs still had not produced responsive documents despite conceding that these documents are discoverable and having agreed to produce them.  In February 2022, ROSS requested that Plaintiffs immediately search for and produce documents responsive to Request Nos. 87 and 87 or make themselves available for a meet and confer.  J. Steinberg Ltr. To M. Means, Feb. 24, 2022.  In response, Plaintiffs claimed to have produced documents sufficient to show Plaintiffs' licensing strategy and identified two documents as responsive: TR-0908413 and TR-0908414.  Email from M. Means, Feb. 25, 2022, 8:32 AM; *see also* Email from M. Means, Mar. 7, 2022, 4:34 PM ("Plaintiffs March 7 Email").  ROSS requested a meet and confer to discuss the two identified documents on April 14 and enumerated categories of documents that would likely respond to these requests.  Email from J. Steinberg, Apr. 14, 2022, 6:00 PM.  Plaintiffs continued to refuse to produce any other responsive documents, and once again claimed that it had already produced documents sufficient to show licensing strategy.  Email from E. Loverro, Apr. 26, 2022, 5:02 AM.  ROSS requested a final meet and confer, Email from J. Steinberg, Apr. 27, 2022, 2:25 PM, but Plaintiffs insisted that a final meet and confer was "premature." Email from E. Loverro, Apr. 29, 2022, 9:54 AM. The parties met and conferred telephonically on May 16, 2022.

        Plaintiffs previously identified TR-0908414-TR-908442 and TR-0908413 as sufficient to show Thompson Reuter's licensing strategy.  *See* Plaintiffs March 7 Email.  These documents do not show Plaintiffs' licensing strategy.  TR-0908413 is a one-page graphic that describes

**Crowell**

"vetting" certain customers.  The document does not say if Plaintiffs license the Westlaw Content at issue in this litigation to each of the listed categories of customer, how Plaintiffs license the Westlaw Content at issue in this litigation to those categories of customers, or the license fees paid by each of these customers.   TR-0908414 is a document titled "Thomson Reuters Legal 2021 General Policies Addendum."  This document relates to the policies governing Plaintiffs' Sales Professionals, such as policies about commission payment, unprofessional conduct, travel expenses, bonuses, performance metrics, terms of employment. These policies do not show Plaintiffs' licensing strategy, *i.e.*, how Plaintiffs decided what to license, to whom it is licensed, and at what license fee.  Moreover, the date of the document post-dates any of the activities at issue in this case.  Certainly, ROSS is entitled to a document that pertains to the dates at issue in this case—2015 to 2020.

Plaintiffs later produced another set of documents in connection with Plaintiffs' April 26 email, but this document, TR-0908708 still does not satisfy Plaintiffs' production obligations. TR-0908708 is a 2019 Sales Policies and Procedures document ███████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████ It does not describe or discuss the licensing strategy for the Westlaw Content at issue in this litigation or otherwise show why Plaintiffs license the Westlaw Content at certain prices, how Plaintiffs determine the licensing value, what costs related to the Westlaw Content are considered to determine licensing value, and thus is not responsive to these requests.

During a telephonic meet and confer on May 16, 2022, Plaintiffs attempted to shift the burden to ROSS to identify documents missing from Plaintiffs' production.  It is not ROSS's burden to guess at the type of documents that Plaintiffs have in their possession and ROSS cannot accurately guess what particular licensing strategy documents Plaintiffs have within their possession, custody, or control.  But ROSS suspects that Plaintiffs have documents in the following categories that would respond to Requests 87 or 88:

- Documents showing decisions by Plaintiffs to license the Westlaw Content at issue in this litigation;

- Documents showing decisions by Plaintiffs determining what Westlaw Content at issue in this litigation to license;

- Documents showing pricing decisions by Plaintiffs for the Westlaw Content at issue in this litigation

- Documents showing why Plaintiffs license  the Westlaw Content at issue in this litigation at different prices;

- Documents showing how Plaintiffs determine the licensing value for the Westlaw Content at issue in this litigation;

- Documents showing what costs related to the Westlaw Content at issue in this litigation do Plaintiffs consider to determine licensing;

**Crowell**

- Documents showing decisions by Plaintiffs to license or not license the Westlaw Content at issue in this litigation to certain categories of customers;

- Documents showing Plaintiffs' decision to offer or employ a discounting policy for the Westlaw Content at issue in this litigation;

- Documents showing the discounting policy █████████████████████ ███████████████████████████████████████████ ████████████

- The transfer pricing documentation for prepared annually for each of the Westlaw Content at issue in this litigation as referenced in TR-0358927

- Documents showing the actual expenditures in 2018 and 2019 for "Westlaw US" initiatives including "Westlaw EDGE," "WLN General Enhancements," "Global Intellectual Property," and "JWB-Judicial Workbench." As identified in TR-0908447;

- Documents showing how costs affect Plaintiffs licensing strategy for the Westlaw Content at issue in this litigation

- Documents identifying the factors that Plaintiffs consider when determining the licensing numbers for the Westlaw Content at issue in this litigation;

- Documents showing the costs associated with producing each of the Westlaw Content at issue in this litigation; and

- Documents showing the effect that the costs associated with producing each of the Westlaw Content at issue in this litigation has on the licensing prices for such content.

All of the above categories of documents would respond to at least one of the document requests raised in this letter. Please confirm by June 13, 2022 whether Plaintiffs will be producing such documents and provide your availability for a final meet and confer the week of June 13, 2022.

ROSS reserves all rights and waives none.

Very truly yours,

*Joachim B. Steinberg*

Joachim B. Steinberg

# EXHIBIT 30

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 31

# WestlawNext®

# Searching with Topic and Key Numbers
Retrieving Cases on WestlawNext

Each legal issue in a case published by Thomson Reuters is identified, summarized in a headnote, and assigned a topic and key number in the West Key Number System®. If you are fortunate enough to find a case on point early in your research, you can use the topic and key numbers in this case to search for other cases discussing the same legal issues. You can also use the West Key Number Digest to search for topic and key numbers and then retrieve headnotes classified under those topic and key numbers.

## Searching with Topic and Key Numbers

If you have already identified a topic and key number associated with a legal issue you are researching, you can retrieve cases or headnotes in the following ways:

- Run a search at the home page using that topic and key number. For example, to search for cases with headnotes classified under topic 115 (Damages) and key number 101 (Expenses), type **115k101** in the search box at the top of the page, change the jurisdiction if necessary, and click **Search**.

- Run a search at the home page using that topic and key number in conjunction with other search terms. For example, to search for cases with headnotes classified under topic 115 and key number 101 that relate to medical expenses, type a search such as **115k101 /p medical** in the search box (Figure 1).

WestlawNext is available on the Web at **next.westlaw.com**.

For assistance using WestlawNext, call **1-800-WESTLAW** (1-800-937-8529).

For free reference materials, visit **store.westlaw.com /westlaw/guides**.

Figure 1. Topic and key number search at the home page

- When you are viewing a headnote in a case, click the topic or keyline above the headnote or click a topic or key number in the classification hierarchy next to the headnote (Figure 2). A list of headnotes classified under that topic or key number—from cases in the same jurisdiction as the case you were viewing—is displayed.

  **Note** If the classification hierarchy is not displayed next to the headnote, click **Change View** at the beginning of the *West Headnotes* section of the opinion (see Figure 2).





Figure 2. Case headnote and West topic and key numbers

## Using the West Key Number Digest

The West Key Number Digest contains the complete topic and key number outline used by our attorney-editors to classify headnotes. The West Key Number Digest helps you identify topic and key numbers related to your issue and to headnotes classified under those topic and key numbers.

To access the West Key Number Digest on WestlawNext, click the **Tools** tab in the *Browse* section of the home page, then click **West Key Number System** (Figure 3). The West Key Number System page, which lists all West topics, is displayed (Figure 4). A list of West topics can be found on pages 5–7 of this guide.



Figure 3. Accessing the West Key Number System

Figure 4. West Key Number System page

Browse the list of topics to find the topic related to your issue. Click the topic, e.g., **Elections**, to display the topic page, which contains the key numbers classified under that topic (Figure 5). If necessary, click the plus (+) symbols to display the key numbers.

TR-0179831



Figure 5. Topic page

**Retrieving Case Headnotes**

At a topic page, you can select key numbers and then retrieve case headnotes classified under those key numbers. Complete these steps to retrieve case headnotes:

1. Select **Specify content to search** if it is not already selected. If necessary, click **Expand All** to display all key numbers classified under that topic. Then select the check box next to each key number for which you want to retrieve case headnotes.

2. Change the jurisdiction at the top of the page if necessary.

3. Click **View Headnotes**. The headnotes are displayed in the right column under the key numbers to which they are classified (Figure 6).

To retrieve headnotes from another jurisdiction, click **Change** next to the current jurisdiction. The Jurisdiction selector is displayed. Make your selections and click **Apply**, then click **Search** at the top of the page.



Figure 6. Case headnotes

To view the full text of a case in the list, click its title. You can also click the KeyCite® status flag, if available, to view the KeyCite result for the case.

**Narrowing Your Result**

You can narrow the list of headnotes to those that contain specific terms. Type a term or a Terms and Connectors search, e.g., **"absentee ballot!"**, in the *Search within results* text box under *Narrow* in the left column and click **Continue** (Figure 7). Click **Apply Filters** to display only those headnotes that contain your terms.



Figure 7. Search within results

## Saving or Printing Case Headnotes

You can save case headnotes in a folder or print, email, or download them.

**Saving Headnotes in Folders**

When you are viewing a list of case headnotes, select the check box next to each headnote you want to save and click the **Save to Folder** icon (📁) on the toolbar. Select the folder in which you want to save the headnotes and click **Save**.

**Printing Headnotes**

When you are viewing a list of case headnotes, select the check box next to each headnote you want to print or deliver. Then click the **Print** (🖨), **Email** (✉), **Download** (⬇), or **Kindle** (📗) icon on the toolbar, or click the arrow next to the delivery icon and choose **Print**, **Email**, **Download**, or **Kindle** from the menu. In the dialog box that is displayed, you can choose to print or deliver the headnotes or the cases that contain the headnotes.

TR-0179833

## West Digest Topics and Their Numerical Designations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Abandoned and Lost Property | 38 | Assignments | 76H | Children Out-of-Wedlock | 116 | Dead Bodies |
| 2 | Abatement and Revival | 40 | Assistance, Writ of | 78 | Civil Rights | 117 | Death |
| 4 | Abortion and Birth Control | 41 | Associations | 79 | Clerks of Courts | 117G | Debt, Action of |
| 5 | Absentees | 42 | Assumpsit, Action of | 80 | Clubs | 117T | Debtor and Creditor |
| 6 | Abstracts of Title | 43 | Asylums and Assisted Living Facilities | 81 | Colleges and Universities | 118A | Declaratory Judgment |
| 7 | Accession | | | 82 | Collision | 119 | Dedication |
| 8 | Accord and Satisfaction | 44 | Attachment | 83 | Commerce | 120 | Deeds |
| 9 | Account | 45 | Attorney and Client | 83H | Commodity Futures Trading Regulation | 122A | Deposits and Escrows |
| 10 | Account, Action on | 46 | Attorney General | | | 123 | Deposits in Court |
| 11 | Account Stated | 47 | Auctions and Auctioneers | 83T | Common Interest Communities | 124 | Descent and Distribution |
| 11A | Accountants | 48 | Audita Querela | 84 | Common Lands | 125 | Detectives and Security Guards |
| 12 | Acknowledgment | 48A | Automobiles | 85 | Common Law | 126 | Detinue |
| 13 | Action | 48B | Aviation | 89 | Compromise and Settlement | 129 | Disorderly Conduct |
| 14 | Action on the Case | 49 | Bail | 90 | Confusion of Goods | 130 | Disorderly House |
| 15 | Adjoining Landowners | 50 | Bailment | 91 | Conspiracy | 131 | District and Prosecuting Attorneys |
| 15A | Administrative Law and Procedure | 51 | Bankruptcy | 92 | Constitutional Law | | |
| | | 52 | Banks and Banking | 92B | Consumer Credit | 132 | District of Columbia |
| 16 | Admiralty | 54 | Beneficial Associations | 93 | Contempt | 133 | Disturbance of Public Assemblage |
| 17 | Adoption | 55 | Bigamy | 95 | Contracts | | |
| 18 | Adulteration | 56 | Bills and Notes | 96 | Contribution | 134 | Divorce |
| 19 | Adultery | 58 | Bonds | 96H | Controlled Substances | 135 | Domicile |
| 20 | Adverse Possession | 59 | Boundaries | 97C | Conversion and Civil Theft | 135H | Double Jeopardy |
| 21 | Affidavits | 60 | Bounties | 98 | Convicts | 136 | Dower and Curtesy |
| 23 | Agriculture | 61 | Breach of Marriage Promise | 99 | Copyrights and Intellectual Property | 141 | Easements |
| 24 | Aliens, Immigration, and Citizenship | 63 | Bribery | | | 142 | Ejectment |
| | | 64 | Bridges | 100 | Coroners | 143 | Election of Remedies |
| 25 | Alteration of Instruments | 65 | Brokers | 101 | Corporations and Business Organizations | 144 | Elections |
| 25T | Alternative Dispute Resolution | 66 | Building and Loan Associations | | | 145 | Electricity |
| | | 67 | Burglary | 102 | Costs | 146 | Embezzlement |
| 26 | Ambassadors and Consuls | 69 | Cancellation of Instruments | 103 | Counterfeiting | 148 | Eminent Domain |
| 27 | Amicus Curiae | | | 104 | Counties | 149 | Entry, Writ of |
| 28 | Animals | 70 | Carriers | 105 | Court Commissioners | 149E | Environmental Law |
| 29 | Annuities | 71 | Cemeteries | 106 | Courts | 149T | Equitable Conversion |
| 29T | Antitrust and Trade Regulation | 72 | Census | 107 | Covenant, Action of | 150 | Equity |
| | | 73 | Certiorari | 108 | Covenants | 151 | Escape |
| 30 | Appeal and Error | 74 | Champerty and Maintenance | 108A | Credit Reporting Agencies | 152 | Escheat |
| 31 | Appearance | 75 | Charities | 110 | Criminal Law | 154 | Estates in Property |
| 34 | Armed Services | 76 | Chattel Mortgages | 111 | Crops | 156 | Estoppel |
| 35 | Arrest | 76A | Chemical Dependents | 113 | Customs and Usages | 157 | Evidence |
| 36 | Arson | 76D | Child Custody | 114 | Customs Duties | 158 | Exceptions, Bill of |
| 37 | Assault and Battery | 76E | Child Support | 115 | Damages | 159 | Exchange of Property |

TR-0179834

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 160 | Exchanges | 203 | Homicide | 250 | Mandamus | 302 | Pleading |
| 161 | Execution | 205 | Husband and Wife | 251 | Manufactures | 303 | Pledges |
| 162 | Executors and Administrators | 205H | Implied and Constructive Contracts | 252 | Maritime Liens | 305 | Possessory Warrant |
| 163 | Exemptions | 206 | Improvements | 253 | Marriage | 306 | Postal Service |
| 164 | Explosives | 207 | Incest | 256 | Mayhem | 307 | Powers |
| 165 | Extortion and Threats | 208 | Indemnity | 257 | Mechanics' Liens | 307A | Pretrial Procedure |
| 166 | Extradition and Detainers | 209 | Indians | 257A | Mental Health | 308 | Principal and Agent |
| 167 | Factors | 210 | Indictment and Information | 258A | Military Justice | 309 | Principal and Surety |
| 168 | False Imprisonment | 211 | Infants | 259 | Militia | 310 | Prisons |
| 169 | False Personation | 212 | Injunction | 260 | Mines and Minerals | 311 | Private Roads |
| 170 | False Pretenses | 213 | Innkeepers | 265 | Monopolies | 311H | Privileged Communications and Confidentiality |
| 170A | Federal Civil Procedure | 216 | Inspection | 266 | Mortgages | 313 | Process |
| 170B | Federal Courts | 217 | Insurance | 267 | Motions | 313A | Products Liability |
| 171 | Fences | 218 | Insurrection and Sedition | 268 | Municipal Corporations | 314 | Prohibition |
| 172 | Ferries | 219 | Interest | 269 | Names | 315 | Property |
| 174 | Fines | 220 | Internal Revenue | 271 | Ne Exeat | 315H | Prostitution |
| 175 | Fires | 221 | International Law | 272 | Negligence | 315P | Protection of Endangered Persons |
| 176 | Fish | 222 | Interpleader | 273 | Neutrality Laws | 315T | Public Amusement and Entertainment |
| 177 | Fixtures | 223 | Intoxicating Liquors | 274 | Newspapers | 316E | Public Assistance |
| 178 | Food | 224 | Joint Adventures | 275 | New Trial | 316H | Public Contracts |
| 179 | Forcible Entry and Detainer | 226 | Joint Tenancy | 276 | Notaries | 317 | Public Lands |
| 180 | Forfeitures | 227 | Judges | 277 | Notice | 317A | Public Utilities |
| 181 | Forgery | 228 | Judgment | 278 | Novation | 318 | Quieting Title |
| 183 | Franchises | 229 | Judicial Sales | 279 | Nuisance | 319 | Quo Warranto |
| 184 | Fraud | 230 | Jury | 280 | Oath | 319H | Racketeer Influenced and Corrupt Organizations |
| 185 | Frauds, Statute of | 231 | Justices of the Peace | 281 | Obscenity | 320 | Railroads |
| 186 | Fraudulent Conveyances | 231E | Kidnapping | 282 | Obstructing Justice | 321 | Rape |
| 187 | Game | 231H | Labor and Employment | 283 | Officers and Public Employees | 322 | Real Actions |
| 188 | Gaming | 233 | Landlord and Tenant | 284 | Pardon and Parole | 323 | Receivers |
| 189 | Garnishment | 234 | Larceny | 285 | Parent and Child | 324 | Receiving Stolen Goods |
| 190 | Gas | 237 | Libel and Slander | 286 | Parliamentary Law | 325 | Recognizances |
| 191 | Gifts | 238 | Licenses | 287 | Parties | 326 | Records |
| 192 | Good Will | 239 | Liens | 288 | Partition | 327 | Reference |
| 193 | Grand Jury | 240 | Life Estates | 289 | Partnership | 328 | Reformation of Instruments |
| 195 | Guaranty | 241 | Limitation of Actions | 290 | Party Walls | 330 | Registers of Deeds |
| 196 | Guardian and Ward | 242 | Lis Pendens | 291 | Patents | 331 | Release |
| 197 | Habeas Corpus | 245 | Logs and Logging | 294 | Payment | 332 | Religious Societies |
| 198 | Hawkers and Peddlers | 246 | Lost Instruments | 295 | Penalties | 333 | Remainders |
| 198H | Health | 247 | Lotteries | 296 | Pensions | 334 | Removal of Cases |
| 200 | Highways | 248 | Malicious Mischief | 297 | Perjury | 335 | Replevin |
| 201 | Holidays | 249 | Malicious Prosecution | 298 | Perpetuities | | |
| 202 | Homestead | | | 300 | Pilots | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 336 | Reports | 353 | Sheriffs and Constables | 372 | Telecommunications | 395 | United States Marshals |
| 337 | Rescue | 354 | Shipping | 373 | Tenancy in Common | 396 | Unlawful Assembly |
| 338 | Reversions | 355 | Signatures | 374 | Tender | 396A | Urban Railroads |
| 339 | Review | 356 | Slaves | 375 | Territories | 398 | Usury |
| 340 | Rewards | 356A | Social Security and Public Welfare | 378 | Time | 399 | Vagrancy |
| 341 | Riot | 357 | Sodomy | 379 | Torts | 400 | Vendor and Purchaser |
| 342 | Robbery | 358 | Specific Performance | 380 | Towage | 401 | Venue |
| 343 | Sales | 359 | Spendthrifts | 381 | Towns | 402 | War and National Emergency |
| 344 | Salvage | 360 | States | 382T | Trademarks | 403 | Warehousemen |
| 345 | Schools | 361 | Statutes | 384 | Treason | 404 | Waste |
| 346 | Scire Facias | 362 | Steam | 385 | Treaties | 405 | Water Law |
| 347 | Seals | 363 | Stipulations | 386 | Trespass | 406 | Weapons |
| 348 | Seamen | 365 | Submission of Controversy | 387 | Trespass to Try Title | 407 | Weights and Measures |
| 349 | Searches and Seizures | 366 | Subrogation | 388 | Trial | 408 | Wharves |
| 349A | Secured Transactions | 367 | Subscriptions | 390 | Trusts | 409 | Wills |
| 349B | Securities Regulation | 368 | Suicide | 391 | Turnpikes and Toll Roads | 410 | Witnesses |
| 350 | Seduction | 369 | Sunday | 392 | Undertakings | 411 | Woods and Forests |
| 350H | Sentencing and Punishment | 370 | Supersedeas | 392T | Unemployment Compensation | 413 | Workers' Compensation |
| 351 | Sequestration | 371 | Taxation | 393 | United States | 414 | Zoning and Planning |
| 352 | Set-Off and Counterclaim | | | 394 | United States Magistrates | 450 | Merit Systems Protection |

© 2012 Thomson Reuters. All rights reserved. Published 8/12. L-361255.

The trademarks used herein are the trademarks of their respective owners.
West trademarks are owned by West Publishing Corporation.



**TR-0179837**



Global directory

Product logins   Contact us   Cart (0) 🛒

THOMSON REUTERS | LEGAL

Products ˅   Solutions ˅   Insights ˅   Support center   Try and buy   🔍

ARTICLE

# Free vs. Westlaw : Why you need the West Key Number System

**Maggie Keefe**
Reference Attorney      🕐 4 min

Every legal researcher's goal is to find the best way to zero in on a particular legal issue and quickly find on-point cases. However, with the huge amount of information available on the internet, is it really possible to find the perfect case quickly? Even if you are able to find a relevant case quickly, can you feel confident that there isn't another case out there that is a better fit? Surprisingly, the answer to both of these questions is yes. The best way for an attorney to ensure that they are relying on arguments that reflect the true nature of the law is to use KeyCite on Westlaw and Westlaw Edge.

## About the Key Number System

The Key Number System was the first of its kind when created by West Publishing more than 100 years ago. A master classification system of U.S. law, the Key Number System allows our Attorney Editors to organize cases by corresponding legal issues and topics. Our Key Number Digest books help legal researchers quickly and efficiently find relevant case law among the stacks and shelves in vast law libraries. Few analog tools have made the transition to our digital world better than Key Numbers, and using Key Numbers on Westlaw can make quick work of complicated legal research tasks. Use any of the methods below to take advantage of West's Key Number System, integrated with KeyCite on Westlaw and Westlaw Edge.

---

WESTLAW EDGE · PLANS AND PRICING
**Explore and customize Westlaw Edge plans that meet your firm's unique needs**                                →

---

## Browse comprehensive Key Numbers to pinpoint legal concepts

The first step in utilizing the Key Number System is finding an applicable Key Number. The Westlaw

TR-0179838

homepage link to "Key Numbers" allows you to browse to level of specificity by topic. Alternatively, a link appears under the Content Pages autosuggestion when you start to type Key Numbers in the search bar at the top of the screen. WestSearch Plus on Westlaw Edge provides superior research suggestions right from the search box, then provides the most relevant text for your legal query without the need to dive into a result list.





By clicking these links, you are brought to the West Key Number System content page. Narrowing by topic will ultimately take you to a list of headnotes, the equivalent of a particular Key Number Digest in print. From here, you can **run a search or narrow by jurisdiction** as needed.



TR-0179839

If you navigate back to the main Key Number page, you can see two options: **search headnotes or Key Numbers and topics.** The main search bar at the top of the screen will search across all of the headnotes within the Key Number System. This is helpful to find headnotes related to your issue and then see where they are classified within the Key Number System. The second search bar in the gray box searches only Key Numbers and topics. This option helps to find specific Key Numbers that use the language you have, whereas the search in headnotes provides a broader option to find helpful headnotes or related Key Numbers.



**LOCATE cases discussing similar legal concepts and principles**

Finding one case on point will directly lead you to others through Key Numbers. *Headnotes are summaries of specific points of law addressed in a particular case, drafted by Westlaw Attorney Editors to ensure that topics include relevant cases even where those cases may use atypical language.* Applicable headnotes are always listed at the top of a case, and provide a good alternative entry point into the Key Number System. After reviewing cases and locating a helpful headnote, click into the Key Number System through the classification hierarchy next to the headnote. (You can change the headnote presentation using the view options at the top right of the first headnote.)



After choosing a Key Number, you can **search within** using the box along the left, or you may look in a different jurisdiction by using the **Change link** under the Key Number heading at the top of the page.



TR-0179840



**SEARCH Key Numbers using comprehensive WestSearch**

Finally, you can search Key Numbers across all Westlaw content by running a plain language search from the global search box on the homepage. You will see a link to Key Numbers in the gray bar along the left after running a search.

| Expert Materials | 6,902 |
|---|---|
| Forms | 248 |
| Jury Verdicts & Settlements | 3,212 |
| Key Numbers | 10 |
| Proposed & Adopted Regulations | 803 |
| Proposed & Enacted Legislation | 4,379 |
| Trial Court Documents | 10,000 |

For additional Westlaw tips, visit our training and support page.

Not a Westlaw subscriber? Learn more about Westlaw legal research.

# Related insights



### Use litigation data to gain leverage

See how legal research helps litigators gain valuable insight into judges, courts, and opponents.



### KeyCite Overruling Risk article

KeyCite Overruling Risk on Westlaw Edge goes beyond traditional citation checking. It is capable of detecting when a point of law in a case has been implicitly undermined.



Ready for **Westlaw?**

Take the next step today

Shop plans



Search

**LEGAL PRODUCTS**

Westlaw Edge

Practical Law

CLEAR

Law Books

See all products

**SOLUTIONS**

Legal research

Legal know-how

Management and growth

Litigation

Drafting and contracts

Risk and investigation

**INSIGHTS**

Latest

Case studies

Artificial intelligence

Big Data

Data privacy

FinTech

**SUPPORT**

Support center

Reference attorneys

Legal notices

About us

Contact us

**CONNECT**

Facebook

Twitter

LinkedIn

YouTube

THOMSON REUTERS

Cookie policy     Cookies Settings     Terms of use     Privacy statement     Copyright     For CA: Do not sell my information     Accessibility

TR-0179842

WestlawNext®

# WEST KEY NUMBER SYSTEM ON WESTLAW NEXT

The most widely used classification system for American law on the world's most advanced legal research system



The West Key Number System® is the master classification system of U.S. law and widely regarded as the cornerstone of effective legal research. For over 100 years, West Topic and Key Numbers have offered legal researchers a convenient way to zero in on a particular legal issue and quickly find on-point cases. Now on WestlawNext®, WestSearch® incorporates our proprietary analysis of the law with cutting-edge search technology to deliver the best results even faster.

## Why use the West Key Number System?

- **It is comprehensive and precise.** West attorney-editors index cases into more than 400 topics and 98,000 points of law, enabling you to quickly find other cases that address your exact legal issue – in any jurisdiction.

- **It helps you search for legal concepts.** Legal research is often a hunt for principles or concepts not easily retrieved with literal word searches. The Key Number System identifies and indexes legal concepts so you can find cases stating or applying a legal concept, even if those terms aren't in the opinion.

- **It helps you find what you need faster.** Easily identify on-point Key Numbers by browsing or searching the outline on WestlawNext. Or, click on Key Numbers inside documents to quickly locate cases with the same or similar legal concepts and principles.

- **It is current and accurate.** As the law evolves, so does the West Key Number System. Each year, we make hundreds or even thousands of changes – adding new Key Numbers for emerging topics and reclassifying expanding areas of the law. Plus, it's completely integrated with KeyCite®, so you'll know the cases you rely on are still good law.

**INSIDE:** See how to use the West Key Number System and how the WestSearch algorithm automatically leverages it for you.



**TR-0179843**

WestlawNext®

# FIND SIMILAR CASES ON A LEGAL ISSUE

Each legal issue in a case published by West is identified, summarized in a headnote, and assigned a Topic and Key Number in the West Key Number System. This arrangement of breaking a court opinion into distinct points of law and then classifying each point with a number has made the West Key Number System the de facto classification system for all American law. Finding one case on point leads you directly to others – in your jurisdiction or any other – so you'll be confident that you haven't missed anything.



1. **Find similar cases on a legal issue or point of law** by clicking a Topic or Key Number in the classification hierarchy next to the headnote.

2. **Find similar cases on a broad topic** by clicking the topic above the headnote.

3. **Find cases that cite to your case** for the legal issue or point of law in the headnote by clicking the link below the headnote.

4. **View headnote results** for your Key Number.

5. **View summaries** of the decisions.

6. **Navigate** up or down the topic hierarchy to retrieve additional results.

7. **Change the jurisdiction** of your headnote results at any time.

# FIND RELEVANT CASES USING THE WEST KEY NUMBER DIGEST

The West Key Number Digest contains the complete Topic and Key Number outline used by West attorney-editors to classify headnotes. Use the digest to locate Topic and Key Numbers related to your issue and to retrieve headnotes classified under those Topic and Key Numbers.



1. **Access the West Key Number System** page from the *Tools* tab on the home page.

2. **Add to Favorites** ⭐ for direct access from your home page.

3. **Search Key Number titles** to find an on-point Key Number quickly.

4. **Browse** a hierarchy of legal topics to familiarize yourself with an issue or area of law, or to locate specific Key Numbers.

5. **Search for headnotes** classified under a particular Topic or Key Number. Search however you want – simple descriptive terms or Boolean Terms and Connectors – and specify a jurisdiction (up to three) for your results.

6. **View headnotes** by drilling down and clicking on a specific Key Number. Or select multiple Key Numbers and click **View Headnotes**.

http://info.legalsolutions.thomsonreuters.com/pdf/wln2/l-374484.pdf    3/4

TR-0179845
WestlawNext®

# LET WESTSEARCH TECHNOLOGY AUTOMATE THE PROCESS FOR YOU

The WestSearch algorithm– the world's most advanced legal search engine – automates the research process by emulating the best practices of experience legal researchers. Enter a query in simple descriptive words and WestSearch will automatically use our proprietary research tools – like the West Key Number System, KeyCite, and West's statutory indexes – to deliver the best results faster.

**Here's how the Key Number component works:**

The West Key Number System is the foundation of WestSearch. Because West attorney editors have read, summarized, and classified the law for over 100 years, WestSearch can identify the topics of law best represented by your search terms and return highly relevant documents for those topics – even if the documents don't have the terms you put into the search box! WestSearch automatically searches every case in every jurisdiction to find headnotes that match your search terms. Then, WestSearch analyzes the Key Numbers those headnotes are classified under and utilizes them to help find on-point documents in your selected jurisdiction.

redhibition
Alabama
SEARCH
1. Although the term "redhibition" does not appear in any Alabama cases ...
2. ... WestSearch finds the term in other states and identifies the Key Numbers associated with those headnotes.
Sales Defect in quantity or quality of goods
"Redhibition," under Louisiana law, is the voidance of a sale of a consumer product on the ground that the product has a defect rendering it either useless or so imperfect that the buyer would not have originally purchased it.
NY 13 cases
IN 8 cases
OH 11 cases
AL
LA 2010 cases
3. WestSearch then delivers Alabama cases with those same Key Numbers, giving you the most on-point results.
AL 20 on-point cases
Sales Defect in Quantity or Quality of Goods
Multiple defects including windshield leaks and electrical problems substantially impaired value of van, and thus, buyers were entitled to revoke their acceptance of van. Code 1975, §§ 7-2-608, 7-2-608(1, 2).
WestlawNext
Cases (20)
1. Ex parte Stem
BEST RESULTS
3. Gorman-Gammill Seed & Dairy Supply Co. v. Carlisle
4. Page v. Dobbs Mobile Bay, Inc.

**Visit WestlawNext.com**

**For more information, contact your Westlaw Representative, or call 1-800-328-0109.**

THOMSON REUTERS™

© 2012 Thomson Reuters L-374484/3-12

Global directory

Product logins    Contact us    Cart (0) 🛒

THOMSON REUTERS | LEGAL

Products ▾    Solutions ▾    Insights ▾    Support center    Try and buy    🔍



Online legal research

# Westlaw Classic

Comprehensive legal research for legal professionals

**View plans**    Free trial

## Rely on authoritative content

Access the most comprehensive and up-to-date collection of legal information, conforming to rigorous editorial standards.

‹   1 of 3   ›

## Essential features included in all plans

Authoritative content

### Rigorous editorial process

Rely on the most up-to-date and organized collections of caselaw, statutes, and regulations regularly vetted by a team of expert attorney-editors.

Learn more about authoritative content







West Key Number System

### Case-finding and issue spotting tool

Pinpoint legal issues and quickly find relevant cases. Rely on arguments that reflect the true nature of the law.

Learn more about West Key Number System

TR-0179863



KeyCite

## Complete and accurate citator

Work confidently with the ability to quickly verify whether a case, statute, or other legal authority is still good law.

Learn more about KeyCite



# The sources you need in a single platform

Deepen your research with primary law and analytical titles created by expert authors

**Primary law**

### Foundational resources

Access material such as cases, statutes, regulations, legislative materials, and more to gain a better understanding of your legal issue.

**Secondary sources**

### Premier analytical titles

Get up to speed in new areas of the law or revisit familiar ones with encyclopedias, journals, law reviews, and more.

View all product features



TR-0179864

What's New

# Westlaw Edge

**Discover a new standard for thorough and quality legal research**

Westlaw Edge combines a legacy of quality and accuracy with the latest AI technology, making it possible to more easily and efficiently complete complex and time-consuming research tasks.

Learn more about Westlaw Edge

## Explore plans for law firms, companies, and government agencies

| Small law firms | Midsize & large law firms | General counsel | Government |

Get the plan you need for fast, effective legal research.

View law firm pricing

**Basic plan**

### Westlaw Single State Primary

Small Law primary law subscription that includes updated single state-level cases, statutes, regulations, and administrative decisions along with Westlaw's powerful citator, advanced search, and organizational tools.

**Expanded plan**

### Westlaw All States Primary

With primary law resources from all 50 states, you can quickly identify the information to solve your client's needs and reference precedent in other jurisdictional areas.

**Premium plan**

### Westlaw All States & Federal Primary

The comprehensive set of primary law resources with access to content from all 50 states, circuit courts, and federal jurisdictions.

## Related products

### Westlaw Edge

Complete time-consuming and complex research tasks faster with the most accurate and comprehensive AI-enhanced research platform.

Learn more about Westlaw Edge

### Practical Law

Deliver your best work faster with expert how-to guidance, clear explanations of current law, and time-saving tools and templates that give you a better starting point.

Learn more about Practical Law

TR-0179865



TR-0179866





TR-0179867

| | | |
|---|:---:|:---:|
| **Litigation Materials**<br>Get fully integrated briefs, pleadings, motions, and memoranda, and dockets. | ✓ | ✓ |
| **KeyCite**<br>Rely on the industry's most complete and accurate citator to ensure you rely on good law. | ✓ | ✓ |
| **Key Number System**<br>Use the most comprehensive and widely used indexing system for caselaw. | ✓ | ✓ |
| **Headnotes**<br>View concise summaries of the points of law discussed in a case. | ✓ | ✓ |
| **Intelligent document analysis**<br>Find highly relevant authority that traditional research may have missed with Quick Check. | ✕ | ✓ |
| **Data-driven insights**<br>Get data-driven insights on judges, courts, attorneys, law firms, and case types with Litigation Analytics. | ✕ | ✓ |
| **Citation safeguards**<br>Keycite Overruling Risk cautions you when a point of law has been implicitly undermined. | ✕ | ✓ |
| **Next-generation search**<br>WestSearch Plus offers predictive research suggestions to deliver the most relevant information for your legal issue. | ✕ | ✓ |
| **Statutes and regulations tracking**<br>See how any two statutes or regulations have changed over time with Statutes Compare and Regulations Compare. | ✕ | ✓ |

## Additional Westlaw offerings

Explore other Westlaw research tools that can get you the information you need, when you need it.

### PeopleMap on Westlaw

Find people, assets, and hidden connections faster with the premier public records search tool.

Learn more

### Company Investigator on Westlaw

Get fast and accessible business intelligence, eliminating hours of research while helping you make informed decisions.

Learn more

### Westlaw Form Builder

Streamline your drafting process with Westlaw Form Builder, the online document assembly tool you can use from anywhere.

Learn more

TR-0179868



**TR-0179869**



Thomson Reuters Westlaw | Headnotes

706 views • May 14, 2018                    👍 4    👎 0    ↱ SHARE    ⊞+ SAVE    •••

Thomson Reuters Legal
5.93K subscribers                                                SUBSCRIBE

Thomson Reuters Westlaw headnotes are written by attorney editors. Summarizing court
decisions can be tricky and cause researchers to miss essential cases. Our attorney
editors are able to provide headnotes with the needed information and terms that will let
legal researchers find the right cases more efficiently, with results you can trust.

To learn more about Westlaw headnotes, visit  https://legalsolutions.thomsonreuters...

SHOW LESS

0 Comments        ⇅ SORT BY

Add a public comment...

TR-0179876



TR-0179877



### Westlaw editorial process

960 views • Jan 12, 2010

👍 0      👎 0      ↗ SHARE      ⊞+ SAVE      ⋯

**Thomson Reuters Legal**
5.93K subscribers

**SUBSCRIBE**

Kate MacEachern, a senior principal attorney editor at West, talks about the value of the Westlaw editorial process - of headnotes, KeyCite, and more - to legal research and the legal system. More information is at www.legalcurrent.com.

0 Comments      ≡ SORT BY

Add a public comment...



TR-0179885



TR-0179887



Thomson Reuters Westlaw | Key Number System

536 views • May 14, 2018                                                    👍 3   👎 0    ↗ SHARE   ≡+ SAVE   •••

**Thomson Reuters Legal**                                                 SUBSCRIBE
5.93K subscribers

Westlaw Key Number System is the best way to find the right case law for which you are looking. Created over a century ago, it was the first of its kind and continues to be the standard for case law research providing the industry's largest, and well-organized database. Thomson Reuters classification attorney editors make sure every headnote is placed in the correct key number category. Using human editors allows us to consistently make changes to the categorization of the ever-changing legal landscape.

For more information visit https://legalsolutions.thomsonreuters...

SHOW LESS

0 Comments            ≡ SORT BY

      Add a public comment...

**TR-0179889**

# EXHIBIT 32

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY