# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200

**MICHAEL J. FLYNN**
(302) 351-9661
mflynn@morrisnichols.com

July 25, 2022

The Honorable Stephanos Bibas
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3570

    Re:    *Thomson Reuters Enterprise Centre GmbH v. ROSS Intelligence Inc.*,
             C.A. No. 20-613 (SB)

Dear Judge Bibas:

Pursuant to Paragraph 5(c) of the Scheduling Order (D.I. 41), the parties respectfully request that the Court schedule a teleconference at the Court's convenience to address Plaintiffs' pending Motion for Leave to File Amended Complaint (D.I. 194).

Briefing on the motion is now complete. *See* D.I. 195, 198, 202.

                                     Respectfully,

                                       */s/ Michael J. Flynn*

                                       Michael J. Flynn (#5333)

cc:    All Counsel of Record (via electronic mail)