# EXHIBIT A

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 20-613(LPS)
-------------------------------------------

THOMSON REUTERS ENTERPRISE CENTRE
GMBH and WEST PUBLISHING CORPORATION,

                    Plaintiffs and
                    Counter-Defendants,

    vs.

ROSS INTELLIGENCE, INC.,

                    Defendant and
                    Counter-Claimant.

-------------------------------------------


        ** HIGHLY CONFIDENTIAL **

        ** ATTORNEYS' EYES ONLY **


      REMOTE VIDEOTAPED DEPOSITION OF

            CHARLES VON SIMSON


           Tuesday, April 19, 2022

              9:00 a.m. (CT)



Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2022-833145

261

VON SIMSON - HIGHLY CONFIDENTIAL/AEO

VON SIMSON - HIGHLY CONFIDENTIAL/AEO

271

VON SIMSON - HIGHLY CONFIDENTIAL/AEO

# EXHIBIT B

| | |
|---|---|
| **From:** | Tomas van der Heijden <tomas@rossintelligence.com> |
| **Sent:** | Thu, 24 May 2018 04:49:45 -0700 (PDT) |
| **To:** | Charles Von Simson <charles@rossintelligence.com> |
| **Subject:** | Re: Statutes |



--
Best,
**Tomas van der Heijden**
**Legal, Data & Content Lead**
ROSS
+1 416 809 4176
tomas@ROSSIntelligence.com
Website | LinkedIn | Twitter | Blog

--
Best,
**Tomas van der Heijden**
**Legal, Data & Content Lead**
ROSS
+1 416 809 4176
tomas@ROSSIntelligence.com
Website | LinkedIn | Twitter | Blog

Highly  Confidential – Attorneys Eyes
Only

--
Best,
**Tomas van der Heijden**
**Legal, Data & Content Lead**

# ROSS

+1 416 809 4176
tomas@ROSSIntelligence.com
Website | LinkedIn | Twitter | Blog

# EXHIBIT C

# DG2F7FAJW: 2019-05-17

**Julian D'Angelo**

2019-05-17 11:41:30 -07:00



**Charles von Simson**

2019-05-17 11:43:38 -07:00



**Julian D'Angelo**

2019-05-17 11:50:35 -07:00



**charles**

2019-05-17 11:53:11 -07:00



**Charles von Simson**

2019-05-17 11:54:08 -07:00



Confidential

**Charles von Simson**

2019-05-17 11:54:22 -07:00



**Charles von Simson**

2019-05-17 11:56:04 -07:00

ROSS-010373856