## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>      Plaintiffs/Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>      Defendants/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT/COUNTERCLAIMANT'S ROSS INTELLIGENCE, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER

Pursuant to Federal Rule of Civil Procedure 15(a)(2) Defendant/Counterclaimant ROSS Intelligence, Inc. ("ROSS") respectfully moves for leave to file a Second Amended Answer to the Complaint (D.I. 1). For the reasons set forth in the letter brief filed contemporaneously herewith, ROSS respectfully requests that the Court grant this motion for leave to file the proposed Second Amended Answer.

Pursuant to D. Del. LR 15.1, a copy of the proposed Second Amended Answer, as well as a redline version showing the proposed changes to the answer, are attached to this motion as Exhibits A and B, respectively. A proposed form of order is also attached.

Pursuant to D. Del. L.R. 7.1.1, the parties have verbally met and conferred regarding the substance of this Motion. Plaintiffs indicated they will oppose the relief requested.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Gabriel M. Ramsey<br>Warrington Parker<br>Joachim B. Steinberg<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br><br>Mark A. Klapow<br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br><br>Dated: August 9, 2022<br>10293050 / 20516.00001 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Carson R. Bartlett (#6750)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    cbartlett@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |