# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) |
| Plaintiffs/Counterdefendants, | ) C.A. No. 20-613-SB<br>)<br>) **JURY TRIAL DEMANDED**<br>) |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

## [PROPOSED] ORDER

This Court, having considered Defendant and Counterclaimaint ROSS Intelligence, Inc.'s Motion for Leave to File a Second Amended Answer;

IT IS HEREBY ORDERED this _____ day of _____, 2022 that the Motion is GRANTED and the Second Amended Answer is deemed filed and served as of the date of this Order.

_____
The Honorable Stephanos Bibas
U.S. Court of Appeals for the Third Circuit