# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) |
| Plaintiffs, Counterdefendants | )<br>) C.A. No. 20-613-SB<br>)<br>) |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendant, Counterclaimant. | )<br>) |

**DECLARATION OF WARRINGTON S. PARKER, III, IN SUPPORT OF ROSS INTELLIGENCE, INC.'S LETTER MOTION FOR LEAVE TO AMEND ITS ANSWER**

I, Warrington S. Parker, III, declare as follows:

1. I am at partner at Crowell & Moring, LLP, lead counsel of record for ROSS Intelligence, Inc. I am licensed in the State of California and admitted *pro hac vice* with this Court. I submit this declaration in support of ROSS's Letter Motion for Leave to Amend its Answer. The following statements are based on my personal knowledge.

2. On July 18, 2022, one of my colleagues found an out-of-circuit district court case that treated copyright preemption as an affirmative defense.

3. Though there was no similar treatment of copyright preemption in this Circuit, out of an abundance of caution, on July 20, 2022, ROSS asked Plaintiffs for consent to amend ROSS's amended answer to alleged copyright preemption for Plaintiffs' prior tortious interference allegations and provided a redline. *See* Letter Brief Exhibit D, J. Steinberg Email M. Means, July 20, 2022.

4. As reflected in Exhibit D to the Letter and Exhibit 1 of this declaration, the parties met and conferred at various times between July 20, 20222 and the filing of ROSS's motion for leave to amend. Ultimately, the parties did not reach an agreement.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of August, 2022, at San Francisco, California.

*/s/ Warrington S. Parker III*
Warrington S. Parker III

# EXHIBIT 1

| | |
|---|---|
| **From:** | Steinberg, Joachim |
| **Sent:** | Tuesday, August 9, 2022 2:44 PM |
| **To:** | Means, Miranda; ROSS Lit Team |
| **Cc:** | Loverro, Eric; #Thomson-Ross; mflynn@morrisnichols.com; jblumenfeld@morrisnichols.com; *dmoore@Potteranderson.com1; *bpalapura@potteranderson.com |
| **Subject:** | RE: Thomson Reuters et al. v. ROSS Intelligence |

Miranda,

Thank you for letting us know. As discussed during yesterday's meet and confer, we will file our motion for leave to amend the answer shortly.

Best regards,
Joachim


**Joachim B. Steinberg**
Pronouns: he/him/his
Crowell & Moring LLP
jsteinberg@crowell.com
+1.415.365.7461 direct  |  +1.917.575.6244 mobile

---

**From:** Means, Miranda <miranda.means@kirkland.com>
**Sent:** Tuesday, August 9, 2022 7:22 AM
**To:** Steinberg, Joachim <JSteinberg@crowell.com>; ROSS Lit Team <Rosslitteam@crowell.com>
**Cc:** Loverro, Eric <eric.loverro@kirkland.com>; #Thomson-Ross <thomson-ross@kirkland.com>; mflynn@morrisnichols.com; jblumenfeld@morrisnichols.com; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>; *bpalapura@potteranderson.com <bpalapura@potteranderson.com>
**Subject:** RE: Thomson Reuters et al. v. ROSS Intelligence

External Email

Counsel,

Plaintiffs are withdrawing their motion for leave to file an amended complaint.  Although Plaintiffs' proposed amended complaint does not require additional discovery or motion practice, ROSS refused to agree not to seek either, strongly indicating that it intends to seek both.  This attempt to further delay resolution of Plaintiffs' claims is unacceptable and unnecessary.  Thus, Plaintiffs are withdrawing their motion so that the case continues on the Parties' agreed upon schedule.  Mr. von Simson's conduct remains relevant to this case, including as described in Plaintiffs' response to Interrogatory No. 1, and Plaintiffs reserve all rights and waive none.  As discussed yesterday, Plaintiffs will oppose any attempt by ROSS to amend its answer to add the affirmative defense of preemption given that, among other things, doing so would be futile and ROSS has failed to articulate any reason it could not have pleaded the defense when it first answered Plaintiffs' Complaint.

Best regards,
Miranda

**Miranda Means**
She/Her/Hers

1

**KIRKLAND & ELLIS LLP**
200 Clarendon Street, Boston, MA 02116
T  +1 617 385 7419
M +1 617 320 9248

miranda.means@kirkland.com

**From:** Steinberg, Joachim <JSteinberg@crowell.com>
**Sent:** Thursday, August 4, 2022 5:15 PM
**To:** Loverro, Eric <eric.loverro@kirkland.com>
**Cc:** Parker, Warrington <WParker@crowell.com>; Berry, Crinesha <CBerry@crowell.com>; Canter, Jacob <JCanter@crowell.com>; Means, Miranda <miranda.means@kirkland.com>
**Subject:** Thomson Reuters et al. v. ROSS Intelligence

Eric,

As we discussed, here is what I believe was the last circulated version of the stipulation, with Michael Flynn's edits. We'll look out for the meeting invitation for Monday.

Kind regards,
Joachim

### Joachim B. Steinberg

Pronouns: he/him/his
jsteinberg@crowell.com
+1.415.365.7461 direct  |  +1.917.575.6244 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.