## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) ) | **PUBLIC VERSION** |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendants/Counterclaimant. | ) | |

### LETTER TO THE HONORABLE STEPHANOS BIBAS FROM DAVID E. MOORE

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  August 3, 2022
10286849 / 20516.00001

Public Version Dated: August 10, 2022

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Carson R. Bartlett (#6750)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*ROSS Intelligence, Inc.*



1313 North Market Street
P.O. Box 951
Wilmington, DE 19801-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

August 3, 2022

Public Version Dated: August 10, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas                                        **PUBLIC VERSION**
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
               C.A. No. 20-613-SB

Dear Judge Bibas:

      We write on behalf of ROSS Intelligence, Inc. ("ROSS") regarding the letter filed by Thomson Reuters Enterprise Center GmbH and West Publishing Corporation (collectively "Plaintiffs") on July 25, 2022, in support of their request to amend the Complaint.

      The letter includes the following passage:

                  *See* Ex. A, von Simson Dep. Tr. 261:4–25, 264:2–21, 271:11-16; *see also* Ex. B, ROSS-010203134–ROSS-010203135

      The statement made in this passage, that                     (emphasis in original) is materially misleading.

The Honorable Stephanos Bibas
August 3, 2022
Page 2

***Von Simson Dep. Tr. 261:4-25*** **(Exhibit 1).**



***Von Simson Dep. Tr. 264:2-21*** **(Exhibit 2).**



The Honorable Stephanos Bibas
August 3, 2022
Page 3

*Von Simson Dep. Tr. 271:11-16* **(Exhibit 3).**



*ROSS-010203134–ROSS-010203135* **(Exhibit 4).**



The Honorable Stephanos Bibas
August 3, 2022
Page 4



On August 2, 2022, counsel for ROSS notified counsel for Plaintiffs that it believed that this representation in their July 25, 2022 letter reply in support of their motion for leave to amend was materially misleading. *See* Exhibit 5. Counsel for ROSS requested that counsel for Plaintiffs notify the Court that they withdraw this statement from their letter. *Id* Counsel for ROSS stated that, if counsel for Plaintiffs do not withdraw this statement by 5:00 PM ET on August 3, 2022, that ROSS would send this letter to the Court. As counsel for Plaintiffs have not sought to withdraw this statement from their letter, we are notifying the Court of the above.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/10286849/20516.00001

Enclosures
cc:    Counsel of Record (via electronic mail)