# EXHIBIT 1

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 3

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 4

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT 5

# Canter, Jacob

| | |
|---|---|
| **From:** | Canter, Jacob |
| **Sent:** | Tuesday, August 2, 2022 6:22 PM |
| **To:** | Means, Miranda; #Thomson-Ross; jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com |
| **Cc:** | ROSS Lit Team; *bpalapura@potteranderson.com; *dmoore@Potteranderson.com1; Steinberg, Joachim |
| **Subject:** | TR v ROSS \| Misrepresentation |
| **Attachments:** | TR v. ROSS - Ltr re Misrepresentation (8.22.2022).pdf |

Counsel,

Your July 25, 2022 letter reply in support of your motion for leave to amend contains a statement that ROSS believes is a material misrepresentation. The statement at issue is:

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ *See* Ex. A, von Simson Dep. Tr. 261:4–25, 264:2–21, 271:11-16; *see also* Ex. B, ROSS-010203134–ROSS-010203135 ████████████████████████████████

(emphasis in original). The three transcript citations and one documentary citation do not support the proposition that ████████████████████████████████████████████████████████████████████████████████████████████

You have an obligation to notify the court that you withdraw this statement. Please do so by no later than August 3, 2022, at 5:00 PM ET. If you do not notify the Court before that date, we will file the attached letter with the Court.

Kind regards,

**Jacob Canter**
Pronouns: he/him/his
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell
**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.