# EXHIBIT A

| | |
|---|---|
| **From:** | Canter, Jacob |
| **To:** | Loverro, Eric |
| **Cc:** | ROSS Lit Team; *bpalapura@potteranderson.com; *dmoore@Potteranderson.com1; Steinberg, Joachim; #Thomson-Ross; jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com |
| **Subject:** | RE: TR v ROSS \| Misrepresentation |
| **Date:** | Wednesday, August 3, 2022 5:40:20 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Eric,

We believe you made a factual misstatement to the Court. Your email indicates that you will not correct the factual misstatement. Therefore we are filing this letter.

**Jacob Canter**
Pronouns: he/him/his
Crowell & Moring LLP
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile

**From:** Loverro, Eric <eric.loverro@kirkland.com>
**Sent:** Wednesday, August 3, 2022 12:51 PM
**To:** Canter, Jacob <JCanter@crowell.com>
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; *bpalapura@potteranderson.com <bpalapura@potteranderson.com>; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>; Steinberg, Joachim <JSteinberg@crowell.com>; #Thomson-Ross <thomson-ross@kirkland.com>; jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com
**Subject:** RE: TR v ROSS \| Misrepresentation

[External Email]

Jacob,

Your email and letter reveal a fundamental misunderstanding ████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

Given that you appear intent on misleading the Court as to how Westlaw works, allow us to be clear: selecting "All Westlaw U.S." under the "International" tab on WestlawNext Canada causes the user to leave the WestlawNext Canada product entirely and brings them to the U.S. version of Westlaw. ████████████████████████████████████████████████████████



▇▇▇▇▇▇

Indeed, ▇▇▇▇▇▇

With respect to the document cited, Mr. van der Heijden explicitly asks ▇▇▇▇▇▇ it is hardly the only evidence we could have cited.

Please immediately confirm that ROSS will not be submitting its misleading letter to the Court. If ROSS chooses to submit its misguided letter to the Court despite our clarifications, we are prepared to submit a letter explaining to the Court how ROSS is mistaken about how Westlaw works and we will provide additional citations to the record showing as much.

Best,
Eric

**Eric Loverro**

---

**KIRKLAND & ELLIS LLP**

601 Lexington Avenue, New York, NY 10022
**T** +1 212 390 4243
**M** +1 646 884 2971
**F** +1 212 446 4900

---

eric.loverro@kirkland.com

---

**From:** Canter, Jacob <JCanter@crowell.com>
**Sent:** Tuesday, August 2, 2022 9:22 PM
**To:** Means, Miranda <miranda.means@kirkland.com>; #Thomson-Ross <thomson-ross@kirkland.com>; jblumenfeld@morrisnichols.com; mflynn@morrisnichols.com
**Cc:** ROSS Lit Team <Rosslitteam@crowell.com>; *bpalapura@potteranderson.com <bpalapura@potteranderson.com>; *dmoore@Potteranderson.com1 <dmoore@Potteranderson.com>; Steinberg, Joachim <JSteinberg@crowell.com>
**Subject:** TR v ROSS | Misrepresentation

Counsel,

Your July 25, 2022 letter reply in support of your motion for leave to amend contains a statement that ROSS believes is a material misrepresentation. The statement at issue is:



(emphasis in original). The three transcript citations and one documentary citation do not support the proposition that ███████████████████████████ ████████████ ████████████████████████████████████████████████ ██████████████████.

You have an obligation to notify the court that you withdraw this statement. Please do so by no later than August 3, 2022, at 5:00 PM ET.  If you do not notify the Court before that date, we will file the attached letter with the Court.

Kind regards,

**Jacob Canter**

Pronouns: he/him/his
jcanter@crowell.com
+1.415.365.7210 direct   |   +1.415.385.3716 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell

**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

# EXHIBIT B

**From:** Tomas van der Heijden <tomas@rossintelligence.com>
**Sent:** Fri, 25 May 2018 10:31:43 -0700 (PDT)
**To:** Sean Shafik <sean.s@rossintelligence.com>
**Subject:**



Highly Confidential – Attorneys Eyes Only

ROSS-010203158

# EXHIBIT C

