

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

August 19, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*, C.A. No. 20-613-SB

Dear Judge Bibas:

      Pursuant to Paragraph 5(c) of the Scheduling Order (D.I. 41), the parties respectfully request that the Court schedule a teleconference at the Court's convenience to address Defendant's pending Motion for Leave to File a Second Amended Answer to the Complaint (D.I. 211; *see also* D.I. 212 (supporting letter).

      Briefing on the motion is now complete. *See* D.I. 212, 215 and 216.

                                                                   Respectfully,

                                                                   */s/ David E. Moore*

                                                                   David E. Moore

DEM:sjh/10304691/20516.00001

Enclosures
cc:     Counsel of Record (via electronic mail)