# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | C.A. No. 20-613-SB |
| | ) | |
| Plaintiffs/Counterdefendants, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendants/Counterclaimant. | ) | |

## DEFENDANT/COUNTERCLAIMANT'S ROSS INTELLIGENCE, INC.'S NOTICE OF ERRATA

Defendant/Counterclaimant ROSS Intelligence, Inc. ("ROSS") submits this errata to its supporting letter to its Motion for Leave to File a Second Amended Answer to Complaint (D.I. 212) and reply (D.I. 216) in order to correct inadvertent errors.  At footnote 1 in D.I. 212, ROSS states it has only amended its answer once.  At footnote 1 in D.I. 216, ROSS states that it has amended its answer twice and states once after it partially withdrew its motion to dismiss.  ROSS has filed three answers in this case.  *See* D.I. 21, 24, and 36.  However, ROSS has only amended its answer *once* under Federal Rule of Civil Procedure 15, which was on January 25, 2021.  *See* D.I. 24.  The amended answer filed on April 12, 2021 was filed under Rule 12(a)(4)(A) in response to the Court's order of ROSS's motion to dismiss count I of Plaintiffs' Complaint.  ROSS will file corrected letters.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  August 19, 2022
10307033 / 20516.00001

By: _/s/ David E. Moore_____
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*