# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | C.A. No. 20-613 (LPS) |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND
WEST PUBLISHING CORPORATION'S FIRST SET OF
INTERROGATORIES TO DEFENDANT ROSS INTELLIGENCE INC.**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby request that Defendant ROSS Intelligence Inc. ("ROSS" or "You") answer, separately and fully in writing under oath, the following Interrogatories ("Interrogatories" and each an "Interrogatory"), and serve such answers upon counsel for Plaintiffs, no later than thirty (30) days after service of these Interrogatories.

**DEFINITIONS**

Unless otherwise defined, all words and phrases used herein shall be accorded their usual meaning and shall be interpreted in their common, ordinary sense. As used in the Interrogatories, the words set forth below shall be defined as follows:

1.  The terms "COMMUNICATED" and "COMMUNICATION(S)" should be interpreted in their broadest sense to include without limitation all oral or written

**INTERROGATORY NO. 10:**

DESCRIBE each iteration of the ROSS PLATFORM, including without limitation how its TECHNICAL FUNCTIONING changed from its first iteration to its last iteration.

**INTERROGATORY NO. 11:**

DESCRIBE the complete factual and legal basis for ROSS's belief that it is not liable for copyright infringement, whether direct or indirect, including without limitation the complete factual and legal basis for each affirmative defense ROSS asserts in this LITIGATION.

**INTERROGATORY NO. 12:**

DESCRIBE the complete factual and legal basis for ROSS's belief that it is not liable for tortious interference with contract, including without limitation the complete factual and legal basis for each affirmative defense ROSS asserts in this LITIGATION.

**INTERROGATORY NO. 13:**

IDENTIFY each PERSON, other than counsel, who was consulted or who provided information or documents in connection with YOUR response to each of these Interrogatories.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Dale M. Cendali*

_____

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs Thomson Reuters
Enterprise Center GmbH and West Publishing
Corporation*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Megan McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX  77002
(713) 836-3600

May 3, 2021

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | C.A. No. 20-613-LPS |
| | ) | |
| Plaintiffs/Counterdefendants, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) ) | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendants/Counterclaimant. | ) | |

**DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S
RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware ("the Local Rules"), Defendant/Counterclaimant ROSS Intelligence Inc. ("ROSS") hereby responds the First Set of Interrogatories to ROSS served by Plaintiffs Thomson Reuters Enterprise Centre Gmbh and West Publishing Co. (collectively, "Plaintiffs").

These responses are made solely for the purpose of this litigation. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any grounds that would require the exclusion of any statements contained herein if such interrogatories were asked of, or statements contained herein were made by, a witness present and testifying in court, and all such objections are expressly reserved and may be asserted at the time of trial.

ROSS's responses are based upon information presently available to and located by ROSS. ROSS has not completed its investigation of the facts relating to this case, discovery in this action, or its preparation for trial. The responses given are intended to be without prejudice to ROSS's

████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████

**Interrogatory No. 12:**

DESCRIBE the complete factual and legal basis for ROSS's belief that it is not liable for tortious interference with contract, including without limitation the complete factual and legal basis for each affirmative defense ROSS asserts in this LITIGATION.





**Interrogatory No. 13:**

IDENTIFY each PERSON, other than counsel, who was consulted or who provided

information or documents in connection with YOUR response to each of these Interrogatories.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Lisa Kimmel
Joshua M. Rychlinski
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  July 2, 2021
7285357 / 50241

By:  */s/ Stephanie E. O'Byrne*
     David E. Moore (#3983)
     Stephanie E. O'Byrne (#4446)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     sobyrne@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*ROSS Intelligence, Inc.*

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | C.A. No. 20-613-LPS |
| | ) | |
| Plaintiffs/Counterdefendants, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) ) | **HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendants/Counterclaimant. | ) | |

### DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' <u>FIRST SET OF INTERROGATORIES</u>

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware ("the Local Rules"), Defendant/Counterclaimant ROSS Intelligence Inc. ("ROSS") hereby supplements its response and objections to the First Set of Interrogatories to ROSS served by Plaintiffs Thomson Reuters Enterprise Centre Gmbh and West Publishing Co. (collectively, "Plaintiffs") on May 12, 2021.

These responses are made solely for the purpose of this litigation.  Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any grounds that would require the exclusion of any statements contained herein if such interrogatories were asked of, or statements contained herein were made by, a witness present and testifying in court, and all such objections are expressly reserved and may be asserted at the time of trial.

ROSS's responses are based upon information presently available to and located by ROSS. ROSS has not completed its investigation of the facts relating to this case, discovery in this action, or its preparation for trial. The responses given are intended to be without prejudice to ROSS's

███████████████████████████████████████████████

████████

**Interrogatory No. 12:**

DESCRIBE the complete factual and legal basis for ROSS's belief that it is not liable for tortious interference with contract, including without limitation the complete factual and legal basis for each affirmative defense ROSS asserts in this LITIGATION.

████████████████████████

████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████████



**Interrogatory No. 13:**

IDENTIFY each PERSON, other than counsel, who was consulted or who provided information or documents in connection with YOUR response to each of these Interrogatories.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  /s/ David E. Moore

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*

Dated:  January 11, 2022
7553340 / 50241

# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (LPS) |
| v. | ) ) | **HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY** |
| ROSS INTELLIGENCE INC., | ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**PLAINTIFFS AND COUNTERDEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SECOND SET OF INTERROGATORIES (NO. 13)**

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby respond to Defendant and Counterclaimant ROSS Intelligence Inc.'s ("Defendant") Second Set of Interrogatories, served on January 7, 2022 (the "Second Set of Interrogatories" and each individually, an "Interrogatory") in the above-captioned action ("Action") as follows:

## RESPONSES AND OBJECTIONS TO INTERROGATORIES

### INTERROGATORY NO. 13:

State all facts RELATING TO YOUR contention that ROSS tortuously interfered with the contractual relationship between WEST and LEGALEASE as alleged in Paragraphs 49-53 of the COMPLAINT.

**\* BEGIN HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY DESIGNATION \***









MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and
Counterdefendants Thomson Reuters
Enterprise Center GmbH and West Publishing
Corporation*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

February 7, 2022

# EXHIBIT E

**GENERAL TERMS AND CONDITIONS**



<u>Thomson Reuters Legal Products and Professional Services</u>



5/1/2016                                        SAMInet                                        999.dot

HIGHLY CONFIDENTIAL

WPC-0001474
**TR-0002818**

# EXHIBIT F

| | |
|---|---|
| **From:** | Thomas Hamilton <thomas@rossintelligence.com> |
| **Sent:** | Fri, 25 Sep 2015 13:54:06 -0700 (PDT) |
| **To:** | Andrew Arruda <andrew@rossintelligence.com>; Jimoh Ovbiagele <jimoh@rossintelligence.com> |
| **Subject:** | Fwd: Re: Ross Intelligence - Demo Practice Point |
| **Attachments:** | image003.jpg;image003.jpg |

---------- Forwarded message ----------
From: <melissa.pritchard@thomsonreuters.com>
Date: 25 Sep 2015 13:13
Subject: Re: Ross Intelligence - Demo Practice Point
To: <thomas@rossintelligence.com>, <tara.levin@thomsonreuters.com>, <kelly.phillipson@thomsonreuters.com>, <charles.mikesell@thomsonreuters.com>
Cc:



Sent from my iPhone

On Sep 25, 2015, at 12:34 PM, Thomas Hamilton <thomas@rossintelligence.com> wrote:



Regards,



On Fri, Sep 25, 2015 at 11:28 AM, <melissa.pritchard@thomsonreuters.com> wrote:

Hello Thomas



Melissa

Sent from my iPhone

On Sep 25, 2015, at 11:09 AM, Thomas Hamilton <thomas@rossintelligence.com> wrote:

Hi Melissa

Thomas

On Mon, Sep 21, 2015 at 12:42 PM, <melissa.pritchard@thomsonreuters.com> wrote:

Confidential

ROSS-003389728

Hello Thomas –



Warmest regards,

Melissa Pritchard

---

**Melissa A Pritchard**

| Regional Corporate Consultant - Washington, Oregon, Northern California

| **West, A Thomson Reuters Business** |Phone: 503-750-1699 | Fax: 1-866-531-0221|
Melissa.Pritchard@thomsonreuters.com

Westlaw Help (24/7): 1-800-900-WEST (9378)

<image003.jpg>

--

**Thomas J. Hamilton**
**Head of Legal Research**

# ROSS

D: +1 650 686 8083
thomas@ROSSIntelligence.com
Website | LinkedIn | Twitter

--

**Thomas J. Hamilton**
**Head of Legal Research**

# ROSS

D: +1 650 686 8083
thomas@ROSSIntelligence.com

Confidential

Website | LinkedIn | Twitter

Confidential
ROSS-003389730

# EXHIBIT G

## Fwd: Legal Research Inquiry

**From:**   Akash Venkat <akashizzle59@gmail.com>
**To:**     thomas@rossintelligence.com; andrew@rossintelligence.com; jimoh@rossintelligence.com
**Date:**   Mon, 21 Sep 2015 03:29:18 +0000

---------- Forwarded message ----------
From: **Akash Venkat** <akashizzle59@gmail.com>
Date: Sun, Sep 20, 2015 at 8:24 PM
Subject: Re: Legal Research Inquiry
To: Tariq Hafeez <tariq.hafeez@legaleasesolutions.com>
Cc: contact <Contact@legaleasesolutions.com>, Sales <sales@legaleasesolutions.com>



Best,
Akash

On Sun, Sep 20, 2015 at 8:12 PM, Tariq Hafeez <tariq.hafeez@legaleasesolutions.com> wrote:



Best,
Tariq Hafeez, Esq.
Co-founder/President
LegalEase Solutions LLC
2301 Platt Rd, Suite 20
Ann Arbor, MI 48104
(734) 274-2005 Direct

On Sep 20, 2015, at 10:49 PM, Akash Venkat <akashizzle59@gmail.com> wrote:



Confidential



Best,
Akash

Confidential

ROSS-003277881