# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) C.A. No. 20-613-SB<br>) |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED**<br>) |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a copy of the following document was caused to be served on September 1, 2022 upon the following attorneys of record at the following addresses as indicated:

> SECOND AMENDED INITIAL DISCLOSURES OF DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC. PURSUANT TO FED. R. CIV. P. 26(a)(1) **[CONFIDENTIAL]**

### VIA ELECTRONIC MAIL

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mflynn@mnat.com

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
thomson-ross@kirkland.com

Dale Cendali, P.C.
Joshua L. Simmons
Eric Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
thomson-ross@kirkland.com

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
thomson-ross@kirkland.com

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Gabriel M. Ramsey | By: */s/ David E. Moore* |
| Warrington Parker | David E. Moore (#3983) |
| Joachim B. Steinberg | Bindu A. Palapura (#5370) |
| Jacob Canter | Carson R. Bartlett (#6750) |
| CROWELL & MORING LLP | Hercules Plaza, 6th Floor |
| 3 Embarcadero Center, 26th Floor | 1313 N. Market Street |
| San Francisco, CA 94111 | Wilmington, DE 19801 |
| Tel: (415) 986-2800 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Mark A. Klapow | cbartlett@potteranderson.com |
| Crinesha B. Berry |  |
| CROWELL & MORING LLP | *Attorneys for Defendant/Counterclaimant* |
| 1001 Pennsylvania Avenue, NW | *ROSS Intelligence, Inc.* |
| Washington, DC 20004 |  |
| Tel: (202) 624-2500 |  |

Dated: September 1, 2022
10321492 / 20516.00001