# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | )<br>) **JURY TRIAL DEMANDED** |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 14, 2022, upon the following attorneys of record as indicated below:

> DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' SET OF INTERROGATORIES (SUPPLEMENTAL RESPONSE TO INTERROGATORY NOS. 11 & 12 ONLY)
> **[HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

## VIA ELECTRONIC MAIL

| | |
|---|---|
| Jack B. Blumenfeld | Dale Cendali, P.C. |
| Michael J. Flynn | Joshua L. Simmons |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Eric Loverro |
| 1201 North Market Street | KIRKLAND & ELLIS LLP |
| P.O. Box 1347 | 601 Lexington Avenue |
| Wilmington, DE 19899 | New York, NY 10022 |
| jblumenfeld@mnat.com | thomson-ross@kirkland.com |
| mflynn@mnat.com | |

2

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
thomson-ross@kirkland.com

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
thomson-ross@kirkland.com

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: September 15, 2022
10338958 / 20516.00001

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*