

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

September 22, 2022

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

    Re:   *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*, C.A. No. 20-613-SB

Dear Judge Bibas:

Pursuant to the Court's Order granting ROSS's motion for leave to file a Second Amended Answer (D.I. 224), the parties in the above-referenced matter met and conferred regarding a proposed motion to dismiss briefing schedule.  The parties agree that a separate motion to dismiss briefing schedule is not needed.  Instead, both parties agree that it would be most efficient to address the issue of copyright preemption in their briefing on Motions for Summary Judgment.  A briefing schedule for the parties' Motions for Summary Judgment was proposed in D.I. 184 and is reproduced below for the Court's convenience:

| Event | Proposed Deadline (Dkt-184) |
|---|---|
| Opening Summary Judgment Briefs | December 22, 2022 |
| Summary Judgment Opposition Briefs | January 30, 2023 |
| Summary Judgment Reply Briefs | March 1, 2023 |

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt/10348523/20516.00001

cc:   Counsel of record (via electronic mail)