# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs and Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

## PLAINTIFFS AND COUNTERDEFENDANTS' NOTICE OF DEPOSITION TO RICHARD LEITER, J.D.

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs") will take the deposition upon oral examination of Richard Leiter, J.D.

The deposition will begin on **October 24, 2022** at 9:00 a.m. PT and will occur via videoconference, the information for which will be provided to you separately from this notice. The deposition will be held before a notary public or other person authorized to administer oaths in this action.  The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary.  The deposition may be recorded by stenographic, audio, audiovisual, video and/or real-time computer means.  The deposition will be taken for purposes of discovery, use at trial or hearings, and for any other purpose permitted

under the orders of the presiding Court, the Federal Rules of Civil Procedure, and the Federal

Rules of Evidence.

Dated: October 14, 2022

OF COUNSEL:

Dale M. Cendali (admitted *pro hac vice*)
Joshua L. Simmons (admitted *pro hac vice*)
Eric A. Loverro (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
eric.loverro@kirkland.com

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Daniel E. Laytin (admitted *pro hac vice*)
Christa C. Cottrell (admitted *pro hac vice*)
Cameron Ginder (admitted *pro hac vice*)
Alyssa C. Kalisky (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
cameron.ginder@kirkland.com
alyssa.kalisky@kirkland.com

*/s/ Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022, I caused a true and correct copy of the foregoing **PLAINTIFFS AND COUNTERDEFENDANTS' NOTICE OF DEPOSITION TO RICHARD LEITER, J.D.** was served on the following attorneys of record:

**COUNSEL FOR DEFENDANT:**

| | |
|---|---|
| David E. Moore (#3983) | **VIA ELECTRONIC MAIL** |
| Bindu Ann George Palapura | dmoore@potteranderson.com |
| POTTER ANDERSON & CORROON LLP | bpalapura@potteranderson.com |
| Hercules Plaza, 6th Floor | |
| 1313 N. Market Street | |
| Wilmington, DE 19801 | |
| Tel: (302) 984-6000 | |

*Attorneys for Defendant and
Counterclaimant ROSS Intelligence Inc.*

OF COUNSEL:

Warrington Parker
Gabriel M. Ramsey
Christopher J. Banks
Jacob Canter
Joachim B. Steinberg
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Lisa Kimmel
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

/s/ *Michael J. Flynn*
_____
Michael J. Flynn (#5333)