IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs and Counterdefendants, | ) ) ) C.A. No. 20-613 (SB) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendant and Counterclaimant. | ) ) ) |

**STIPULATION AND ORDER TO EXTEND DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the deadline for completion of expert discovery related to Plaintiffs' claims is extended to November 11, 2022, solely for the purpose of taking the deposition of Defendant's expert Barbara Frederiksen-Cross.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) Michael J. Flynn (#5333) 1201 North Market Street P.O. Box 1347 Wilmington, DE  19899 (302) 658-9200 jblumenfeld@morrisnichols.com mflynn@morrisnichols.com | David E. Moore (#3983) Bindu A. Palapura (#5370) Hercules Plaza, 6th Floor 1313 N. Market Street Wilmington, DE 19801 (302) 984-6000 dmoore@potteranderson.com bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

November 3, 2022

**IT IS SO ORDERED** this ____ day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE