IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (NO. 3) ON FAIR USE AND OTHER DEFENSES**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Plaintiffs") respectfully move for entry of partial summary judgment in favor of Plaintiffs on certain of Defendant ROSS Intelligence Inc.'s affirmative defenses, namely, fair use, First Amendment, first sale doctrine, consent/waiver/laches/estoppel, lack of ownership, tort of another, and authorized use/license/consent/acquiescence.

The grounds for this motion are set forth in Plaintiffs' opening brief and supporting exhibits and declarations, filed concurrently. A proposed order is attached.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Dale M. Cendali<br>Joshua L. Simmons<br>Eric A. Loverro<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800<br><br>Miranda D. Means<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br><br>December 22, 2022 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Michael J. Flynn*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

## [PROPOSED] ORDER

This Court, having considered Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's (collectively, "Plaintiffs") Motion for Partial Summary Judgment (No. 3) on certain of Defendant ROSS Intelligence Inc.'s ("ROSS") affirmative defenses, namely, fair use, First Amendment, first sale doctrine, consent/waiver/laches/estoppel lack of ownership, tort of another, and authorized use/license/consent/acquiescence.

IT IS HEREBY ORDERED this _____ day of _____ 202__ that Plaintiffs' Motion for Summary Judgment (No. 3) on ROSS's Affirmative Defenses is **GRANTED**.

Dated: _____     _____
                                  The Honorable Stephanos Bibas

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2022, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)