IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE  )
CENTRE GMBH and WEST PUBLISHING  )
CORPORATION,  )
   )
        Plaintiffs and  )
        Counterdefendants,  )  C.A. No. 20-613 (SB)
   )
     v.  )
   )
ROSS INTELLIGENCE INC.,  )
   )
        Defendant and  )
        Counterclaimant.  )

## PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY, ARGUMENT, OR EVIDENCE REGARDING THE OPINIONS OF ALAN COX

Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Plaintiffs") respectfully move to exclude certain testimony, argument, or evidence regarding the opinions of Defendant ROSS Intelligence Inc.'s purported expert, Dr. Alan Cox.

The grounds for this Motion are set forth in Plaintiffs' Opening Brief in support of this Motion, and accompanying exhibits and declarations, filed concurrently herewith. A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

December 22, 2022

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants*
*Thomson Reuters Enterprise Center GmbH*
*and West Publishing Corporation*

## Certification Under D. Del. LR 7.1.1

Pursuant to D. Del. LR 7.1.1, undersigned counsel certifies that the foregoing motion was discussed during a teleconference with counsel for Defendant ROSS Intelligence Inc. on December 15, 2022, including Delaware and lead counsel for all parties.  The parties were unable to reach agreement on the relief requested, and Plaintiffs understand that ROSS will oppose the motion.

*/s/ Michael J. Flynn*

_____

Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
)
           Plaintiffs and )
           Counterdefendants, )  C.A. No. 20-613 (SB)
)
   v. )
)
ROSS INTELLIGENCE INC., )
)
           Defendant and )
           Counterclaimant. )

## [PROPOSED] ORDER

This Court, having considered Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's (collectively, "Plaintiffs") Motion to Exclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Alan Cox.

IT IS HEREBY ORDERED this _____ day of _____202__ that Plaintiffs' Motion is **GRANTED**.


Dated:    _____      _____

                                    The Honorable Stephanos Bibas

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                    *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                   *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)