IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>      Plaintiffs and<br>      Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>      Defendant and<br>      Counterclaimant. | C.A. No. 20-613 (SB) |

**PLAINTIFFS' MOTION TO EXCLUDE CERTAIN
TESTIMONY, ARGUMENT, OR EVIDENCE REGARDING
THE OPINIONS OF RICHARD LEITER**

Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Plaintiffs") respectfully move to exclude certain testimony, argument, or evidence regarding the opinions of Defendant ROSS Intelligence Inc.'s purported expert, Richard Leiter.

The grounds for this Motion are set forth in Plaintiffs' Opening Brief in support of the Motion and accompanying exhibits and declarations, filed concurrently herewith. A proposed order is attached.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| OF COUNSEL: | */s/ Michael J. Flynn* |
| Dale M. Cendali | Jack B. Blumenfeld (#1014) |
| Joshua L. Simmons | Michael J. Flynn (#5333) |
| Eric A. Loverro | 1201 North Market Street |
| KIRKLAND & ELLIS LLP | P.O. Box 1347 |
| 601 Lexington Avenue | Wilmington, DE 19899 |
| New York, NY 10022 | (302) 658-9200 |
| (212) 446-4800 | jblumenfeld@morrisnichols.com |
| | mflynn@morrisnichols.com |
| Miranda D. Means | |
| KIRKLAND & ELLIS LLP | *Attorneys for Plaintiffs and Counterdefendants* |
| 200 Clarendon Street | *Thomson Reuters Enterprise Center GmbH* |
| Boston, MA 02116 | *and West Publishing Corporation* |
| (617) 385-7500 | |
| December 22, 2022 | |

**Certification Under D. Del. LR 7.1.1**

Pursuant to D. Del. LR 7.1.1, undersigned counsel certifies that the foregoing motion was discussed during a teleconference with counsel for Defendant ROSS Intelligence Inc. on December 15, 2022, including Delaware and lead counsel for all parties. The parties were unable to reach agreement on the relief requested, and Plaintiffs understand that ROSS will oppose the motion.

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (SB) |
| v. | ) ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

### **[PROPOSED] ORDER**

This Court, having considered Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Motion to Exclude Certain Testimony, Argument, or Evidence Regarding the Opinions of Richard Leiter, and the related briefing and arguments thereto,

IT IS HEREBY ORDERED this _____ day of _____202__ that Plaintiffs' Motion to Exclude is **GRANTED**.

Dated: _____     _____
                                                                                The Honorable Stephanos Bibas

Case 1:20-cv-00613-SB   Document 264   Filed 12/22/22   Page 5 of 5 PageID #: 14272

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2022, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)