## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) C.A. No. 20-613-SB ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants/Counterclaimant. | ) ) |

### DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF PLAINTIFFS' EXPERT JONATHAN L. KREIN

Defendant and Counterclaimant ROSS Intelligence Inc. ("ROSS") respectfully moves pursuant to Federal Rules of Evidence 702 and 403 for an order excluding the following opinions and related testimony of Plaintiffs' expert Jonathan L. Krein.

1. That headnotes and the questions appearing in memos that are alleged to infringe are similar for failing to disclose what measure of similarity he uses;

2. That Defendant engaged in conduct violating the Copyright Act and rendering them liable for tortious interference; and

3. That there is a market for use of Plaintiffs' materials as AI training data.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: December 22, 2022
10507723 / 20516.00001