## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE    )
CENTRE GMBH and WEST PUBLISHING  )
CORPORATION,    )
    )  C.A. No. 20-613-SB
    Plaintiffs/Counterdefendants,  )
    )  **JURY TRIAL DEMANDED**
    v.    )
    )
ROSS INTELLIGENCE INC.,    )
    )
    Defendants/Counterclaimant.  )

## [PROPOSED] ORDER

Before this Court is Defendant and Counterclaimant ROSS Intelligence Inc.'s Motion to Exclude Opinions and Testimony of Plaintiffs' Expert Jonathan L. Krein. This Court having heard argument, having reviewed the parties' briefs, and having reviewed the record and being otherwise advised of the matter;

IT IS ORDERED this _____ day of _____, 2023 that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' expert Jonathan L. Krein's opinions and testimony on similarity, legal conclusions on copyright infringement and tortious interference with contract, and the market for AI training data is excluded.

IT IS SO ORDERED.


_____
The Honorable Stephanos Bibas
U.S. Court of Appeals for the Third Circuit

10507686/20516.00001