**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) |
| | )   C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) |
| | )   **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| ROSS INTELLIGENCE INC., | ) |
| | ) |
| Defendants/Counterclaimant. | ) |

**[PROPOSED] ORDER**

Before this Court is Defendant and Counterclaimant ROSS Intelligence Inc.'s Motion for Summary Judgment as to Plaintiffs' Tortious Interference with Contract Claim. This Court having heard argument, having reviewed the parties' briefs, and having reviewed the record and being otherwise advised of the matter;

IT IS ORDERED this _____ day of _____, 2023 that the Motion is GRANTED and JUDGMENT is entered in favor of Defendant and Counterclaimant ROSS Intelligence Inc.; and

IT IS FURTHER ORDERED that Count II of Plaintiffs' Complaint (D.I. 1), Tortious Interference with Contract, is dismissed.

IT IS SO ORDERED.

 

 

_____
The Honorable Stephanos Bibas
U.S. Court of Appeals for the Third Circuit

10507673/20516.00001