IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>　　　　　Plaintiffs/Counterdefendants,<br><br>　　v.<br><br>ROSS INTELLIGENCE INC.,<br><br>　　　　　Defendants/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before this Court is Defendant and Counterclaimant ROSS Intelligence Inc.'s Motion for Summary Judgment on Its Affirmative Defense of Fair Use. This Court having heard argument, having reviewed the parties' briefs, and having reviewed the record and being otherwise advised of the matter;

IT IS ORDERED this _____ day of _____, 2023 that the Motion is GRANTED and JUDGMENT is entered in favor of Defendant and Counterclaimant ROSS Intelligence Inc.; and

IT IS FURTHER ORDERED that Count I of Plaintiffs' Complaint (D.I. 1), Copyright Infringement (17 U.S.C. § 101 *et seq.*), is dismissed.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Stephanos Bibas
　　　　　　　　　　　　　　　　　　　　　　　U.S. Court of Appeals for the Third Circuit

10507674/20516.00001