# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendants/Counterclaimant. | ) ) ) ) ) C.A. No. 20-613-SB ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## ROSS INTELLIGENCE INC.'S MOTION TO EXCLUDE
## TWO OPINIONS OF JAMES E. MALACKOWSKI

Defendant ROSS Intelligence Inc. ("Defendant" or "ROSS") respectfully submits this motion to exclude two opinions of Plaintiffs' expert James E. Malackowski, contained within his August 1, 2022 Opening Expert Report ("Malackowski Opening Report") (Declaration of Joachim B. Steinberg ("Steinberg Decl."), Ex. 1,) and his September 6, 2022 Rebuttal Expert Report ("Malackowski Rebuttal Report") (*Id.*, Ex. 2.)

1. This Court should exclude Mr. Malackowski's opinions and calculations on statutory damages under the Copyright Act. 17 U.S.C. § 504; and

2. This Court should exclude Mr. Malackowski's opinions on the market for artificial intelligence training data.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Gabriel M. Ramsey<br>Warrington Parker<br>Joachim B. Steinberg<br>Jacob Canter<br>Christopher J. Banks<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br><br>Mark A. Klapow<br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br><br>Dated: December 22, 2022<br>10507635 / 20516.00001 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |