**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>)<br>) |
| Plaintiffs/Counterdefendants, | ) C.A. No. 20-613-SB<br>)<br>) **JURY TRIAL DEMANDED** |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

**[PROPOSED] ORDER**

Before this Court is Defendant and Counterclaimant ROSS Intelligence Inc.'s Motion to Exclude Plaintiffs' Expert Two Opinions of James Malackowski. This Court having heard argument, having reviewed the parties' briefs, and having reviewed the record and being otherwise advised of the matter;

IT IS ORDERED this _____ day of _____, 2023 that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' expert James Malackowski's opinions and calculations on statutory damages under the Copyright Act. 17 U.S.C. § 504 and opinions on the market for artificial intelligence training data are excluded.

IT IS SO ORDERED.

 

                                                                                 _____
                                                                                  The Honorable Stephanos Bibas
                                                                                  U.S. Court of Appeals for the Third Circuit

10507665/20516.00001