# EXHIBIT A

# Richard A. Leiter

1301 North 37th Street
Lincoln, NE 68503
rleiter@unl.edu - 402-472-5737

## EXPERIENCE

**SCHMID LAW LIBRARY, UNIVERSITY OF NEBRASKA – LINCOLN
COLLEGE OF LAW**
Lincoln, Nebraska
   **Director of the Law Library and Professor of Law** (2000 -  )
Tenured.  Responsible for the overall management and development of the law library faculty
(4) and staff (8), programs, resources, budget and planning.  Teach first year and advanced legal
research. Law Library has collection of nearly 360,000 and budget of about $1.3 million.  Responsible for programming and design of 20,000 sq ft law library addition and renovation, 2000.
Second renovation presently underway that involves two of three floors.
*– Fall 2011, Visiting Academic Research Fellow, Harvard Law School Library, Library Innovation Lab. On sabbatical leave from UNL.*

**ALLEN MERCER DANIEL LAW LIBRARY, HOWARD UNIVERSITY SCHOOL OF
LAW**
Washington, District of Columbia
   **Associate Dean for Information Systems Technology**
**Director of the Law Library and Professor of Law** (1994 - 2000;  **Assoc. Dean** 1998 - 2000)
Promoted with tenure in 1999.  Responsible for the overall management and development of law
school computing resources, the law library professional (7) and classified staff (11), teaching
advanced legal research, and long range planning. Law Library has a collection of approximately 300,000 and budget of $1.9M.  Programmed and designed 70,000 sq ft law library facility.

**REGENT UNIVERSITY SCHOOL OF LAW, LAW LIBRARY**
Virginia Beach, Virginia
   **Director of the Law Library and Associate Professor of Law** (1991-1994)
Responsible for the overall management and development of the law library faculty (5) and staff
(6.5), programs, budget and long range planning and teaching first-year and advanced legal research.  Law Library has a collection of 280,000 volumes.  Programmed, designed and supervised construction of 35,000 sq ft law library facility.  Supervised move into new facility.

**LITTLER, MENDELSON, FASTIFF & TICHY**
San Francisco, California
   **Head Librarian** (1988-91)
Responsible for all aspects of library service for law firm of 190 attorneys in 11 offices around
the country.  Administered budget of over $700,000 per year.  Planned and implemented automated library systems, planned training program for new attorneys, summer associates, paralegals, and secretaries.  Member, marketing committee, library committee. Responsible for professional staff of two and four FTE library clerks.  Programmed and designed new law library facility.

**UNIVERSITY OF NEBRASKA COLLEGE OF LAW LIBRARY**
Lincoln, Nebraska
   **Public Services Librarian** (1986-88)
Responsible for all aspects of public service, including redesign of circulation system, inter-library loan program, reserve room policy, exhibit program, reference and computer lab. Wrote library user's manual.  Responsible for two-and-a-half full time professionals and paraprofessionals and 12 student desk attendants.


**UNIVERSITY OF TEXAS, TARLTON LAW LIBRARY**
Austin, Texas
   **Head of Reference** (1986) **Reference Librarian** (1984-86)
Responsible for supervision of the reference staff, including scheduling and professional continuing education.  Also responsible for maintaining bulletin boards, information counters, reference policies and CALR training for a faculty of 100 and a first year class of 500.  Faculty advisor, Phi Alpha Delta.


**HOPKINS, MITCHELL & CARLEY**
San Jose, California
   **Managing Librarian** (1983-84)
Responsible for library:  organizing, revitalizing and cataloging library collection. Planned new acquisition strategy, budget and layout of library.

**IRELL & MANELLA**
Los Angeles, California
   **Legal Research Aide** (1977-78)
General library research and reference; extensive out-of-office research and contact with a wide variety of libraries and administrative agencies in the Los Angeles area.

**THE HONORABLE DAVID W. WILLIAMS**
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Los Angeles, California
   **Law Clerk-Crier (Externship)** (1980)
Drafted memoranda analyzing and making recommendations for rulings on motions; speech writing; bench memo for Ninth Circuit Court of Appeals.

**UNIVERSITAS ANDALAS (Professional University) & IKIP (Teacher Training College)**
Padang, West Sumatra, Indonesia
   **English Instructor (**1976-77)
Planned and implemented English courses for college students and faculty.  This was a volunteer position under auspices of *Volunteers in Asia (VIA)*, Stanford, CA.

## EDUCATION

Library Science
> **UNIVERSITY OF TEXAS**
> Austin, Texas - M.L.I.S., 1986

Law School
> **SOUTHWESTERN UNIVERSITY SCHOOL OF LAW**
> Los Angeles, California - J.D., 1981
>
> * Law Review:  Editor 1980-81; member 1979-80
> * Dean's scholarship 1980-81
> * Computer Law Journal:  Editor 1978
> * The Commentator (school newspaper):  Editor 1980-81; staff writer 1979-80
> * Phi Alpha Delta: Vice-Justice 1980-81; member 1978-80
> * The Advocate (yearbook): Editor 1981
> * Graduation Committee 1980-81
> * Certificate of Distinguished Service 1981

Undergraduate
> **UNIVERSITY OF CALIFORNIA, SANTA CRUZ**
> Santa Cruz, California - B.A., 1976
> Double major, Anthropology and Religious Studies.
> * Honors:  Graduated with Honors in Religious Studies and received Honors on thesis in Anthropology
>
> **SOUTHERN OREGON COLLEGE**
> Ashland, Oregon, 1971-72
> * Honors:  Dean's List

## Awards and Honors:

**Frederick Charles Hicks Award,** Recipient, 2020. Awarded by the Academic Law Libraries Section of the American Association of Law Libraries for "Outstanding Contributions to Academic Law Librarianship."

**Jospeh L. Andrews Bibliographical Award**, Recipient, 2003. For National Survey of State Laws, Sixth Edition. Awarded by American Association of Law Libraries. Awarded to recognize significant contributions to legal bibliographical literature.

**Kenneth L. Hirsh Award for Distinguished Service**, Recipient, 2010. Awarded by American Association of Law Libraries for distinguished service to the library community by furthering awareness of computing services in law libraries.

**Depository Library Council**, Appointment 2021. Three year appointment. Appointed to the Working Group on the Feasibility of an All-Digital Depository Library Program.

## <u>PUBLICATIONS</u>

### <u>Books</u>

<u>National Survey of State Laws</u>, Ninth Edition *in process* (Buffalo: Hein 2022)

<u>National Survey of State Laws</u>, Eighth Edition (Buffalo: Hein 2019)
   Seventh Edition (Buffalo: Hein 2015)
     *Winner 2003 Joseph L Andrews Bibliographical Award (AALL)
   Sixth Edition, Editor (Detroit:  The Gale Group, 2008)
   Fifth Edition, Editor (Detroit: Thomson-Gale, Inc. 2005)
   Fourth Edition, Editor (Detroit: Thomson-Gale, Inc. 2003)
   Third Edition, Editor (Detroit: The Gale Group, Inc., 1999)
   Second Edition, Editor (Detroit: Gale, Inc., 1997)
   First Edition, Editor (Detroit: Gale Research, Inc., 1993)

<u>Landmark Supreme Court Cases</u>, Third Edition (Facts on File 2017) *eBook*

<u>Landmark Supreme Court Cases</u>, Second Edition, with Roy Mersky (Facts on File 2011).

<u>The Spirit of Law Librarianship</u>, Second Edition. Co-Editor  with Prof. Roy Mersky (Chicago: Alert Publications, Inc., 2004).

<u>Concordance of Federal Legislation</u>, with A. White (Buffalo, NY:  Wm. S. Hein & Co., Inc. 1998).

*Introduction*: (Booklet) <u>The Principles of Natural Law and The Principles of Politic Law by J.J. Burlamaqui, 1748, 1752</u>.  Reprint by Legal Classics, Gryphon Editions, 1994.

<u>The Spirit of Law Librarianship:  A Reader</u>, Co-Editor  with Prof. Roy Mersky (Littleton, CO: Fred B. Rothman & Co.; 1991).

Steering Committee Member, Section Editor, and Contributor, <u>Yellow Pads to Computers</u>, First and Second Editions (Chicago:  American Bar Association, 1987, 1991.

<u>Faculty Writings:  The University of Texas School of Law</u>,  No. 31, Tarlton Legal Bibliography Series (Austin, TX:  University of Texas Tarlton Law Library, 1986).

<u>New Frontiers in Forensic and Demonstrative Evidence</u>,  No. 24, Tarlton Legal Bibliography Series (Austin, TX:  University of Texas Tarlton Law Library, 1985).

### <u>Articles/Contributions</u>

"Law Librarians' Roles in Modern Law Libraries," chapter in <u>Academic Law Library Director Perspectives</u>, edited by Michelle M. Wu (Buffalo, NY:  Wm. S. Hein & Co., Inc. 2015)

"Tools of Our Trade," AALL Spectrum Sept/Oct 37 (2013)

"Much Ado about Authentication," 23 Trends in Law Library Management and Technology 2 (2013)

"Publication in the Digital Age," 31:3 The Catchline 10 (Nov-Dec 2012)

"Who Gets to be the Expert? Legal Research Skills Certification in Legal Education," 28 Legal Reference Services Quarterly 271 (2009)

"Reflections on Ranganathan's Five Laws of Library Science," 95:3 Law Library Journal 411 (Summer 2003).

"Reflections on the Art of Mentoring," 14:3 Trends in Law Library Management and Technology (2004).

"The Use of Law Reviews in Modern Legal Research:  The Computer Didn't Make Me Do It!" 90:1 Law Library Journal 59 (Winter 1998).

"Finally, Handheld Computers Have Come of Age," National Law Journal, page C4, July 1, 1996.

"PDA's: Not Just Toys Any More," Legal Assistant Today, July 1996.

"PDA: The Promise of Technology," Legal Information Alert, April/May 1996.

"Assault of the Citadel: Romancing the Crown Jewels of West Publishing," 14:1 Legal Information Alert, page 1, January 1995.

"Do You Need a Library?"  Chapter 1,  Planning The Small Law Office Library,  Ed. Catherine Pennington.  (Chicago: American Bar Association. 1994.

"FREESTYLE by Lexis:  A Natural Development."  13:2 Legal Information Alert 1 (February 1994).

"WIN:  'It's the Natural Way'."  11: 6 Legal Information Alert 1 (November/December 1992).

Product Review:  "Can Your Firm WIN With New Search Approach?"  Vol. x, No. 9 Leader's Legal Tech Newsletter page 1 (December 1992).

"Navigating the Haystack:  Legal Research Tips You Can Use," 8:6 Legal Assistant Today 52 (July/August 1991).

"What's New In On-Line Legal Databases," Law Office Computing 107 (Summer 1991).

"The Myth and Magic of Computer-Assisted Legal Research," 11:2 California Lawyer 57 (1991).

"The Collier Bankruptcy Law Library on CD-ROM" (with Leslie Ann Forrestor Sherren), 10: 6 Legal Information Alert 1 (June 1991).

"Research Instruction for Partners, Associates & Summer Associates,"  Paper presented at Conference on Teaching Legal Research in Private Law Firm libraries sponsored by Mead Data Central, held April 1990 in Washington, D.C.  Papers presented at the conference were compiled and published in Proceedings of the Conference on Teaching Legal Research in Private Law Firm Libraries (Littleton, CO:  Fred B. Rothman & Co., 1991).

"The Developments in the Practice of Law and Their Influence on the Enterprise of Law Publishing," essay for the Symposium of Law Publishers, special issue, Legal Reference Services

Quarterly, (29 Numbers 3/4 1991).  Also published as a monograph by Howorth Press, Symposium of Law Publishers, Thomas A. Woxland, Editor.  (NY:  Haworth Press, Inc.,  1991).

"The Future of CALR in Law Firms," 2:2 Trends in Law Library Management and Technology 1 (1988).

"A History of Legal Periodical Indexing," 7 Legal Reference Services Quarterly 35 (1987).

Note, "The 'New' Supervisory Power and Judicial Impotency:  The Loophole in the Fourth Amendment," 12 Sw. U.L. Rev. 449 (1981).


## Miscellaneous

Depository Library Council, member. Three year term, 2021-2024. Advisory committee of the Government Publishing Office.
       Task Force to Consider an All Digital GPO, 2022

FastCase 50 honoree, 2014. For recognition as a library innovator.

Leader, Law Library Tour of China. People to People. Fall, 2008.

Podcast, "Law Librarian Conversations." Broadcasts on the 3d Friday of the month. Available for downloads on iTunes and lawlibcon.classcater.net. Average numbers of listeners is about 550. Ran for 10 years.

Consultant, Liberty University School of Law, Lynchburg, VA.  Hired to plan law library for planned law school.  Responsible for strategic planning, hiring of initial staff, selecting collection, negotiating with vendors and planning layout of the library,  2003 – present.

Consultant, Handong University, Korea.  Hired to help plan and build an American Law Library for a planned law school,  2001-2002.

Columnist, "Legal Research Tips," bi-monthly column for Legal Assistant Today,
1991-1999.

Columnist, "Database News,"  monthly column for Legal Information Alert,  1993- present.

Columnist, "Law Library Hi-Tech," monthly column for the Monthly Newsletter of the American Association of Law Libraries 1990-1993 (term expired).

Interview, Legal Line (Column):  "What's Wrong with CD-ROM?"  Cary Griffith, Information Today, page 16, July/August 1992.  (My views on CD-ROM were the topic of this column for which I was interviewed extensively by Mr. Griffith.)

Profile, "Library is Guided by Three Principles," appeared in California Law Business (supplement to The Daily Journal), June 11, 1990.

Various editorials, Automatome, The Newsletter of the Automation and Scientific Development Special Interest Section of AALL, 1986-1989.

Moderator and Panelist.  "Law Firms and Legal Research." a roundtable discussion on the legal research skills training of law students and new associates.  A transcript was published in a special Legal Research Supplement to the January 26, 1990 issue of <u>The Recorder,</u> a San Francisco legal newspaper and host of the panel discussion.

Various book reviews, <u>American Reference Books Annual,</u> 1986-present,

Various book reviews,  <u>Legal Information Alert,</u> 1982- present.

## MEMBERSHIPS

American Bar Association (ABA), 1984 -  present; American Association of Law Libraries (AALL), 1982 - present; Association of American Law Schools (AALS) 1991 - present; Mid America Association of Law Libraries (MAALL) 2000 - present; American Library Association (ALA), 1984 - present; Nebraska Library Association (NLA), 2015 - present; SCRIBES, American Society of Writers on Legal Subjects, 1994 - present; Big Ten Law Library Alliance, steering committee (BTLLA) 2013 - .

Committees:

**\* AALL -**
Automation and Scientific Development (now Computer Services) Special Interest Section:
Newsletter (<u>Automatome</u>) Editor, 1986-89; Chair, 1989-90;
Member, 1985-
Awards Committee, member, 2007- 2010, 2020-2023.
Government Relations Committee, 2014-2017; Chair, 2016
Indexing Legal Periodicals Advisory Committee, member, 1989-92 (three-year term; Chair,1990, 1991
Law Library Journal/Spectrum Editorial Advisory Committee, 2004-2007 (three-year term; Chair, 2005, 2006)
Publications Committee, member, 1987;
Research Committee, 1997–1999 (three-year term), Chair 1998-1999.
Recruitment Committee, member, 1994-1997  (three-year term)
Special Committee to Promote the Development of Resources for the Legal Information Community. 1994-1995.  (Committee finished its charge.)

**\* AALS**
Chair, Law Libraries and Legal Information Section, 2021

**\*  MAALL-**
President, 2011.
Member Board of Directors, Mid America Law Library Consortium (MALLCO), 2000- present.

**\* ABA -**
Library Committee, Economics of Law Practice Section (ABA): Vice Chair, 1986-88;
Member, 1986 - present;
Videotape Equipment Utilization Committee, Economics of Law Practice Section (ABA), Chair,
1988-90.
Section on Legal Education and Admission to the Bar, various site inspection teams, see "Service Activities" section,  below.

**\* NLA**
Intellectual Freedom Roundtable, 2016 - .

## PROFESSIONAL ACTIVITIES

Presenter, "Taking the Fright out of Copyright," Annual meeting, Nebraska Library Association Annual Meeting, 2017
    "Getting Real Law: Navigating the Internet for Reliable Sources of Law and Legal Materials," Annual meeting, Nebraska Library Association Annual Meeting, 2017

Various presentations at Doane College, Crete and Nebraska Wesleyan University to faculty on topic of copyright and classroom materials.

Presenter, "The Art of Social Networking in Law Libraries," Annual Co nference of Ninth Circuit  Branch Librarians, May 2010, Tucson, AZ.

Leader, "Legal Research and Legal Science Professional Delegation to China." Lead People to People Citizen Ambassador delegation to Beijing and China.  The delegation visited four universities with law schools, two law publishing companies and the Shanghai Public Library in a span of eleven days. October 24 – November 3, 2008.

Presenter, "ABA Questionnaire: New and Improved or...." Panelist, responder.
    "Budgeting in a Recession; Or, Getting Blood for Turnips." Speaker.

Presenter, "Teaching the Teachers," Fall 2007, University of Texas School of Law. Panelist on Teaching Legal Research.

Presenter, "Where's My Jet Pack?" program at MAALL Annual Meeting, Fall 2005, Grand Forks, ND.

Co-creater and presenter, Legal Research for Non Law Librarians.  Half-day seminars presented to general academic, public, school and prison librarians.  Some programs have been offered under the auspices of the Nebraska Library commission, some have been offered directly to interested groups.  Program was presented four times in its first year, including in remote locations around the state.

Presenter, Law College's Estate and Gift Trust CLE program, 2001, 2002, 2003.

Faculty, Law Librarian's Society of the District of Columbia, Research Instruction Program, 1995, 1996, 1998.

Presenter, "Issues Confronting the Modern American Law School Library," Legal Information Seminar (for Russian legal educators), International Law Institute, October 7-25, 1996, Howard University School of Law.

Coordinator, "Managing the 'New' CALR in Law Libraries,"  AALL Annual Meeting Program, Indianapolis, IN, 1996.

Faculty, "Legal Looseleaf Services,"  LLSDC, Education Committee's Legal Research Institute, 1995, 1996.

Presenter, "Online Live!  Natural Language,"  Online '94/CD-ROM Conference and Exposition, San Francisco, CA, October 1994.

Panelist, "Religious Educational Institutions: Law Library Hiring Practices in a Changing Environment,"  AALL Annual Meeting, Seattle, WA, 1994.

Westlaw Advisory Board; member, 1990-1993; 2008–present (three-year term)

Advisory Board, Oceana Publications, Inc., 1993-2000.

Participant (by invitation only), "The McCrate Report: Where Do We Go From Here?"  Sponsored by the American Bar Association, University of Minnesota Law School, and West Publishing Company.  September 30 - October 2, 1993.

Participant, CALI/LEAP, Conference for Law School Computing Professionals,  Chicago-Kent College of Law, Chicago, IL, June 1993.

Participant (by invitation only), "Canadian Law & Legal Literature,"  Biennial conference sponsored by Duke University Law Library and the Duke University Canadian Studies Center.
                        "Access to Legal Information in a Multilingual Culture," March 1992;
                        "Canada and the World,"  March 1994.
Faculty, "Hot Topics in Employment Law,"  Managing the Private Law Library 1991:  Management Challenges, New Technology, and Planning for the 1990s,  Practicing Law Institute,  San Francisco, CA 1991.

Faculty Member,  "Survey of Spreadsheets and Other Computer Applications in Financial Planning,"  AALL Pre-conference:  Institute on Financial Management of Law Libraries,"
St. Paul, MN, 1990.

Coordinator and Moderator,  "The Modern Law School Computer Lab:  The Evolution of the Typing Room in the Age of Technology,"  AALL Annual Meeting, Minneapolis, MN 1990.

Faculty Member,  "Teaching Legal Research to Legal Secretaries,"  AALL Pre-conference "Institute on Teaching Legal Research," Sacramento, CA, 1989.

Co-Director and Faculty Member,  AALL Pre-conference "Workshop on the Fundamentals of Microcomputers," Reno, Nevada, 1989.

Coordinator and Moderator,  "Micros to Mainframes:  Annual Software, Hardware, and Applications Update," 1987, 1988, 1989.

Speaker, Panelist,  "Organizing Your Law Library," ABA Annual Meeting, Toronto, 1988.

## COMMUNITY/SERVICE ACTIVITIES

Member, Site Inspection Team, ABA Accreditation Committee:
> University of Arkansas School of Law, 2000, 2013
> University of Montana School of Law, 2001, 2017
> University of Indiana, Indianapolis, School of Law, 2003
> New York Law School, NYC, 2004
> Michigan State University, School of Law, Spring 2007
> West Virginia University, School of Law, Winter 2009
> Thomas Cooley Law School, Spring 2011
> University of Oklahoma, Fall 2016
> University of Arizona, 2019

Member, University of Nebraska Faculty Senate Library Committee, 2000-present.

Senator, University of Nebraska Faculty Senate, 2002–present (three-year term); reelected, 2005; Member Executive Committee, 2016 - ;

Member, Faculty Senate Information Technology and Services Committee, 2012 - ; Chair, 2015-2017, 2020-

Member, Faculty Senate Parking Advisory Committee. I have served on this committee for many years and served as chair at least twice.

Chair, Committee on Committees, University of Nebraska Faculty Senate, 2008. One year term. Member, 2007–present.

Member, Committee on Committees, University of Nebraska College of Law, 2008–present.

Coordinator, Food Net distribution center, St John's Orthodox Church, Lincoln. FoodNet coordinates the distribution to the poor, extra food from local food retailers and producers. The center I coordinate distributes food weekly.

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISHING
CORPORATION,

               Plaintiffs,

v.

ROSS INTELLIGENCE INC.,

               Defendant.

Case No. 1:20-cv-00613-SB

**REPORT OF DEFENDANTS' EXPERT
PROFESSOR RICHARD LEITER, J.D.**

1

## TABLE OF CONTENTS

I.      **INTRODUCTION**

II.     **QUALIFICATIONS**

III.    **MATERIALS CONSIDERED**

IV.     **SUMMARY OF OPINIONS**

V.      **THE FORMATION OF THE WEST KEY NUMBER AND HEADNOTE SYSTEM**

VI.     **THE INFLUENCE OF DIGESTS PREDATING WEST'S *THE AMERICAN DIGEST***

VII.    **THE ADOPTION OF THE INDEXING SYSTEM BY OTHER DIGESTS**

VIII.   **THE EVOLUTION OF THE WEST INDEX SYSTEM**

IX.     **THE EVOLUTION OF THE SUB-TOPICS**

## I.    INTRODUCTION

1.     My name is Professor Richard Leiter.  I have been retained by Defendant ROSS Intelligence, Inc. ("ROSS") to explore and opine on the origin and development of the West Digest and Key Number System.  Particularly, I was asked to explore and opine on how the system originated, where it originated from, how it came to be known as the "West" Digest and Key Number System, and how the system developed.  My hourly rate to prepare this report and to testify at deposition and trial is $400 per hour.  My compensation is not dependent upon the outcome of this case.  I have never been retained as an expert or testified in federal or state court as an expert.  The matters referenced in this report are based upon my personal knowledge, and if called upon as a witness, I could testify completely as to these matters.

## II.    QUALIFICATIONS

2.     I am the Director of the Schmid Law Library and Professor of Law at the University of Nebraska College of Law.  I have held this position since 2000.  From 1986 to 1988, I worked as a Public Services Librarian also at University of Nebraska College of Law.  Prior to these positions, I was the Associate Dean of Information Technology & Services and Professor of Law at Howard University School of Law.  I also held the position of Library Director and Associate Professor at Regent University School of Law.  I have held other positions as reflected in my curriculum vitae, attached hereto as Exhibit 1.

3.     Over my career, I have taught courses relating to legal research.  The class that I currently teach is called Advanced Legal Research.  Its purpose is to provide an advanced exposure to the tools of legal research: the nature of and philosophies surrounding organization and production of the materials themselves.  *See* Exhibit 1 for a list of additional classes that I have taught.

4.     I have written on issues pertaining to law libraries, legal research, and legal information technology.  My book, *National Survey of State Laws*, is in its eighth edition, and it was named An Outstanding Resource by the New York Public Library.  The seventh edition, published by WM S Hein & Co., Inc., was released in January 2016 along with a database that contains all

3

editions.  In 2003, it won the prestigious Andrews Bibliographical Award from the American Association of Law Libraries and has been cited three times by the United States Supreme Court. *See* Exhibit 1 for a list of my publications.

5.      I received a Bachelors of Arts Degree from the University of California, Santa Cruz.  I received a J.D. from Southwestern University School of Law.  I received a Masters in Library and Information Science from the University of Texas, Austin.

6.      I reserve the right to respond to any evidence or information Plaintiffs West Publishing Corporation and Thomson Reuters Enterprise Centre GmbH ("Plaintiffs") may present concerning the subject matter of this report or any additional information provided by Plaintiffs following this report.  It may be necessary for me to revise or supplement this report, or submit a supplemental or responsive report, based on any supplemental or responsive report of Plaintiffs, and I reserve the right to do so.

7.      I may be asked to present demonstrative evidence at trial, and I reserve the right to do so.

## I.      <u>MATERIALS CONSIDERED</u>

8.      In forming my opinions, I have considered, in addition to my knowledge and experience referenced in my Curriculum Vitae, documents provided to me in the course of this litigation, including pleadings, non-confidential documents produced by the parties, as well as publicly available information.  The materials which I considered in forming the opinions set forth in this report are cited directly in this report and are the documents listed in Exhibit 2.

## II.      <u>SUMMARY OF OPINIONS</u>

9.      I have concluded that the system we know today as the West Digest and Key Number system was developed by Benjamin Vaughan Abbott and Austin Abbott ("the Abbotts") in the early Nineteenth Century after extensive study of existing treatises, case reporters and digests.  The Abbotts intentionally avoided creating anything, but rather adopted one of a few different pre-existing systems of organizing the law which system was, in their view, a practical, utilitarian

4

method of indexing the law, as expressed at the time by the courts so that judicial opinions could be located.

10.     The Abbotts brother' system was expressed in two digests published in the first half of the Nineteenth Century, the New York Digest, and the American Digest.  Both were well regarded and well established.  Following the publication of the Abbott brother digests, the West Publishing Company began publishing its flagship publication, the National Reporter System that endeavored to publish comprehensively cases from every jurisdiction in the United States. John B. West, founder of West Publishing Company, realized the need for an index to the volumes of cases his company was publishing, and in the 1889 acquired the American Digest System, and systematically indexed and digested every existing case that West published using the index system that the Abbotts adopted.  In addition to adopting the Abbotts' index system, West proselytized that system seeking to have it adopted as a universal standard classification system. To that end, West published manuals containing, not only the classification system itself, but a detailed description of how it should be applied and used by every reporter, indexer, and digester of case law. In its own words, West offered the digest system to competitors and any publisher who endeavored to publish American Case Law.

## III.     THE FORMATION OF THE WEST KEY NUMBER AND HEADNOTE SYSTEM

11.     In 1826, Chancellor James Kent wrote that the indiscriminate publication of cases was leading the law into chaos.[1]  This was at a time when there were less than 1,000 volumes of the law published.  Why did he make this statement about the state of American common law?  It is a universal presumption that even though information is a critical resource for all of civilization, if it cannot be found, it is virtually worthless.[2]  At the time that Kent made this general complaint, the publication of case law followed the then tradition of our legal system that relied almost entirely

---

[1] James Kent, "Of Reports of Judicial Decisions," *in Commentaries on American Law Vol. 1* (1826).  In Lecture XXI, "Of Reports of Judicial Decisions," Kent makes a compelling case for restraint in the publication of judicial decisions, but also for a systematic indexing and organization of them.  *Id.* at 439.

[2] U.S. Nat'l. Comm'n on Libraries and Informational Science, *A Comprehensive Assessment of Public Information Dissemination, Final Report Vol. 1* at 1-18 *et seq.* (2001).

5

on individual lawyers, judges, and commercial publishers to publish the decisions of the courts. This method of publication functioned adequately at the time because the reporters (both individuals and publishers) were able to selectively report court opinions that were deemed worthy of inclusion in the reports and were able to edit opinions for clarity, annotate them when the editors felt it was necessary, or simply exclude opinions that the reporters considered aberrant, wrong, or poorly reasoned for one reason or another.  Judges themselves could decide which of their opinions were to be published and which should be withheld because they may set a precedent that the judge did not agree with, or for any numbers of reasons simply did not want made public.  Sometimes these were cases decided "on the facts, not on the law."

12.      In addition to this system of publication, there were the "reception statutes"[3] that influenced the publication of judicial opinions.  At the beginning of United States' history, there was generally an aversion to using or relying on the cases of England, from whom the United States had recently won independence.  Thus, many states passed what became known as "reception statutes," that instructed courts to use the opinions of American cases instead of English cases whenever possible. The reception statutes also encouraged states to publish the opinions of their courts in order to build a corpus of case law for lawyers to use that was distinct from English law.  Interestingly, even though the reception statutes generally required states to publish their own case law, the states at the time were sparsely populated and there was relatively little litigation, which meant that there were not enough cases decided each year to accumulate hard bound volumes of reports.  Important cases were variously reported in any number of privately published reporters and periodicals.[4]  It was generally understood that the opinions of the courts were public record, but there was a dearth of official case reporters published at the time.   The federal government eventually made

---

[3] Kent C. Olsen, Morris L. Cohen & Robert C. Berring, *How to Find the Law* at 17 (9th ed. 1989)
[4] *See generally* West Publishing Co., Preface to *The Federal Cases Comprising Cases Argued and Determined in the Circuit and District Courts of the United States*, Book 1 (1894) for a discussion of the process by which the cases for the set were compiled.

provisions for the publication of the opinions of the U.S. Supreme Court, but none was made for the publication of federal Circuit or District Courts.[5]

13.     During the early history of the United States, a number of private commercial publishers exploited the void and produced a number of reporters.[6]   The federal courts relied on various individuals, including some who were informally designated by local courts, to compile and publish their reports which resulted in an informal set known as the U.S. Circuit Court of Appeals Reports.   Throughout the Nineteenth Century, as a result of the reception statutes, the increasing population, and resulting commercial activity, the numbers of lawsuits that came before the courts increased.   However, since these cases were primarily published in annual compilations, the indexing was primitive and usually confined to single volumes or small runs produced by the named reporter.[7]   American Law Reports ("ALR")[8] was the first commercial venture that capitalized on the small volume of opinions by producing a national reporter that published leading cases from all jurisdictions, including ones that had national importance.   The ALR began as a series of three reporters, collectively known as the Trinity Series, and was a multi-jurisdictional set of reporters that was able to serve the needs of lawyers and judges of the time by reporting cases in timely fashion with a system of access that facilitated case law research.[9]

---

[5] The reasons for the lack of publication of the Federal Courts was partly due to their lack of general jurisdiction through most of the Nineteenth Century. *See generally* Edwin Surrency, *History of the Federal Courts* (1st ed. 1987); *see also Review essay of The Federal Report published in* THE N.Y. TIMES, Oct. 2, 1880, at 8.

[6] Morris L. Cohen & Robert C. Berring, *How to Find the Law* at 20-22 (8th ed. 1983).

[7] Authors of the early nominatives developed special interests; thus, we find reporters called *Jones' Evidence Cases, Smith's Commerce Cases*, and *Rowe, Interesting Cases*, plus many more that include reporters on maritime law, family law, and other topics, each named after the special interests of their respective authors. The value of these reporters relied heavily upon the expertise of the reporter to select the most important, useful, and valuable cases from among the much larger volume of cases being decided by the judges. *See generally* Cohen, *supra* note 6 at "Chapters 3 & 4" for an excellent summary of the process.   Comparatively, today, it is my understanding that West editors are trained in broad indexing across many topics and not have similar specialized subject matter expertise.

[8] In addition to ALR, there were others including William M. McMinney & N. Noyes Greene, *Annotated Cases American and English: Containing the Most Important Cases Selected from the Current American, Canadian, and English Report* (1906-1911); William M. McMinney & N. Noyes Greene, *Annotated Cases American and English: Containing the Most Important Cases Selected from the Current American, Canadian, and English Report* (1912-1918)); Lawyers' Co-operative Publishing Co., *The Lawyer's Reports Annotated (1888-1905)* Vol. 1-70 (1906).

[9] Access was facilitated by a combination of indexes and digests.

14.     Around the turn of the Twentieth Century, there were also a number of calls to streamline the numbers of opinions in the canon of case law.  The Restatements were the result of such an attempt.[10] A Restatement is an attempt to reduce settled case law in an area of the law to basic principles, with comments and illustrations, by the best minds in the legal profession.  Treatises, it can be argued, were an even earlier attempt to summarize and streamline access to the laws of the courts.  In England they made their appearance in the late 1700s in correlation with improvements in case reporting.[11]   In America, law evolved from Lord Blackstone's *Commentaries on the Laws of England* (1765-1770), to James Kent's *Commentaries on American Law* (1826-1830), to American treatises.   "Nobody ever again wrote a book like Kent's *Commentaries*, because nobody needed one.  Kent gave way to the treatises of Story and Greenleaf in his own day, and in the next century, to the mega treatises of Corbin, Powell, Scott, Wigmore, and Williston."[12]  The law moved from all-inclusive national treatises to specialized topics.  There was a tremendous need to simplify American case law with its many jurisdictions and specialties

---

[10] Thomas H. Reynolds , B. P. Crum, Royal A. Gunnison & John Mason Ross, *Report of the Special Committee on Reports and Digests*, 2 A.B.A. J. 618 (1916); "Minutes of the Nineteenth Annual Meeting,", *Association of American Law Schools* 48 at 117-119 (Dec. 29-31, 1921).  There were many other calls for simplification of the case law over the years; for example, the American Bar Association Committee on Classification and Restatement of the Law was organized at least by 1919.  *See* Urban A. Lavery, *Finding the Law: Legal Classification in America - 1880-1940*, 25 A.B.A. J. 383, 383 n. 2 (1939).

During the 1920s, the American Law Institute led this effort to simplify the case law.  The American Law Institute was organized on February 23rd, 1923. The organization meeting was attended by the Chief Justice of the United States Supreme Court, as well as other representatives of the Supreme Court, representatives of the United States Circuit Courts of Appeals, the highest courts of a majority of the States, the Association of American Law Schools, the American and State Bar Associations, and the National Conference of Commissioners on Uniform State Laws. The meeting was held in response to an invitation issued by a voluntary committee, of which Mr. Elihu Root was chairman, on the vote a Permanent Organization for the Improvement of the Law, the Committee having prepared a report recommending the establishment of an American Law Institute.  *See* Introduction to Restatement (First) of Contracts n. 2 (Am. L. Inst. 1932).

"The Committee on the Establishment of a Permanent Organization for the Improvement of the Law," led by Elihu Root, George Wickersham, and William Draper Lewis reported to the members of the legal profession that the "law is unnecessarily uncertain and complex," and as a result, there is a "general dissatisfaction with the administration of justice."  *See The Story of ALI*, AMERICAN LAW INSTITUTE, https://www.ali.org/about-ali/story-line/ (last visited Jun. 6, 2022).

[11]  See Richard A. Danner, *Oh, the Treatise!*, 111 MICH. L. REV. 821, 825 (2013).

[12]  John H. Langbein, Chancellor Kent and the History of Legal Literature, 93 COLUM. L.REV. 547, 597 (1993).

for the legal profession.  By the 1920s, the idea of classifying and indexing (called "digesting") case law by legal topics came to predominate.[13]

15.     Neither the idea of digesting case law by legal topic nor the implementation of such indexing was created by West Publishing Company.  Instead, the genesis of the Westlaw legal topic digesting system is the direct result of the work of Benjamin and Austin Abbott, both New York attorneys.[14]  They "spent the leisure of two years in careful analysis of the best treatises on every branch of law, and drawing up a concise and sharply defined outline of what each title in the Digest should contain."[15]  What resulted from the Abbotts' work was the *New York Digest*[16] that classified and indexed cases by legal topic.

16.     To be sure, the Abbotts also did not create the indexing system represented in the *New York Digest*.  Others had already adopted or suggested this method as a means by which to organize case law.[17]  However, in their two years of analysis, it became clear to the Abbotts that the organizing principle for the cases had to be the text of the cases.  The Abbotts concluded that those treatises that indexed cases by legal topic and principle had the most utility in terms of what they wished to accomplish, which was to provide a means for lawyers, courts, and academics to locate judicial opinions.  Without an ability to locate cases, the common law, which is reliant on judicial opinions for its development, cannot be found, and therefore cannot be employed to influence and direct the development and course of the common law.

---

[13] Lavery, *supra* note 10 at 383 n. 3.  At the time of Lavery's Article, there were an estimated 1.75 million cases, with 25,000 cases being added every year.  It was estimated that the American Digest at that time contained seven million headnotes.  *Id.*

[14] *See* "Benjamin Vaughan Abbott," 3 GREEN BAG 1, 1 (1891) (Benjamin Vaugh Abbott spent a year at Harvard Law School and finished his education in New York in 1852).

[15] *Id.*

[16] Benjamin Vaughan Abbott & Austin Abbott, *Digest of New York Statutes and Reports from the Earliest Period to the Year 1860* (1864).

[17] *See* Section VI *infra.*

17.     The Abbotts followed up the *New York Digest* with the *United States Digest* in 1867 (covering the period of organization of the government to 1867).[18] This was followed by the *United States Digest* (the "New Series") (covering the period from the organization of the United States government to 1884).[19]

18.     In 1889, West Publishing Company acquired the *United States Digest*, "including the Abbotts' scheme of classification and arrangement."[20]  One of those who had worked with the Abbotts and who continued to work with West (and indeed headed West's classification system) was John Mallory.[21]

19.     With John Mallory at the head, and the Abbotts' classification system, West embarked on the effort of reclassifying all cases, in two digests produced at nearly the same time: *The Century Digest* (including cases from the "earliest times" to 1897)[22] and *The Decennial Digest* (from 1897 to 1906).[23]  *The Century Digest* and *Decennial Digest* constituted the *American Digest System*.

20.     The following theorem evolved to help organize a "superstructure" of the classification system that would be used in West's new *Century Edition* and *First Decennial Digest*, originally formulated as:

> Law is the effort of society to protect PERSONS, including
> CORPORATIONS, in their rights and relations, to guard them in
> their PROPERTY, enforce their CONVEYANCES and
> CONTRACTS, and redress or punish their WRONGS  and

---

[18] Benjamin Vaughan Abbott & Austin Abbott, *Digest of the Reports of the United States Courts, and of the Acts of Congress, from the Organization of the Government to the Year* (1867-1880).

[19] Benjamin Vaughan Abbott, *Abbott's National Digest: A Digest of the Reports of the United States Courts* (1886).

[20] Frederick C. Hicks, *Materials and Methods of Legal Research* at 203 (1923).

[21] *Id.*

[22] West Publishing Co., *Century Edition of the American Digest: A Complete Digest of All Reported American Cases from the Earliest Times to 1896* (1897) ("*Century Digest*").

[23] West Publishing Co., *Decennial Edition of the American Digest: A Complete Digest of All Reported Cases from 1897 to 1906* (1908) ("*First Decennial Digest*").

10

> CRIMES, by means of judicial REMEDIES, administered by the civil arm of GOVERNMENT.[24]

21.      This theorem of these ten capitalized concepts was further reduced to seven categories: PERSONS, PROPERTY, CONTRACTS, TORTS, CRIMES, REMEDIES and GOVERNMENT (*i.e.*, all existing judicial opinions would fall under one of these seven categories).[25] The seven categories were then split into 34 divisions, which were in turn divided into the 412 topics that constitute West's topic and key number system.[26]

22.      West undertook this effort for the same reasons the Abbotts created the *New York Digest*. Cases needed to be ordered using legal labels that a lawyer would employ, so that the judicial opinions could be found and utilized by lawyers, jurists, and legal scholars.  John Mallory, who led West's efforts to create its index was quite explicit on this point.

> The digester attempts to select for the alphabetically arranged titles such brief and appropriate designations, descriptive of the contents, *as will naturally occur to the lawyer* in search of the matters inserted thereunder; and the attempt to accomplish this difficult task is supplemented by the insertion of many titles containing simply cross-references to the titles preferred by the digester.[27]

23.      The utilitarianism that was Mallory's goal is captured in the following Mallory statement, "What is aimed at is not a classification satisfactory to an analytical jurist, but one useful to a

---

[24] West Publishing Co., *American Digest Classification Scheme: A Logical Analysis of the Law for the Use of Indexers and Digest Makers* at 1 (2nd ed. 1898)  This theorem and in-depth explanation are repeated in West Publishing Co., *American Digest Classification Scheme: A Logical Analysis of the Law for the Use of Indexers and Digest Makers at iii* (3rd ed. 1901); West Publishing Co., *American Digest Main Heads and Subdivisions of Classification Scheme: A Logical Analysis of the Law for the Use of Indexers and Digest Makers* at iii (4th ed. 1904); and West Publishing Co., *American Digest Main Heads of Classification Scheme: A Logical System of the Law for the Use of Indexers and Digest Makers* at iii (5th ed. 1916).

[25] *Id.*   Benjamin Vaughn Abbott came up with the theorem before 1880.  *See Correspondence*, 22 ALB. L. J. 179, 179, (1880) (letter to the editor by Benjamin V. Abbott titled "Uniform Indexes.").  "In formulating the American Digest Classification Scheme, the categories described [by Abbott] were taken as a basis." John A. Mallory, *The Theory of the American Digest Classification Scheme*, 1 AM. L. SCH .REV. 184, 188 (1904).  *See also* John Doyle, *WESTLAW and the American Digest Classification Scheme,* 84 LAW. LIBR. J. 229-32 (1992).

[26] *Id.* at 5-11. *See also* Hicks, *supra* note 20. Today, the topic and key number system has been reduced to 363 topics. *See* fn. 45, *infra*.

[27] Mallory, *supra* note 25 at 186 (emphasis added).

practicing lawyer."[28]  The utilitarianism was, in fact, the *raison d'etre* for the adoption of the classification system, and the selling point for it to be adopted generally:

> The selection of titles for heads, and the distribution among them of the contents of the digest, are controlled chiefly by considerations of practical convenience and usage, arising from the nature and use of digests as books of reference, in which lawyers look for precedents relating to specific subjects under heads to which they have become accustomed.  Scientific or technical accuracy in the use of terms as such titles, and logical division and arrangement of the matter, are subordinated to these practical considerations; and any philosophical analysis of the law would be inapplicable to a digest; the contents of which are mere fragments of the subject-matter, arranged under heads in alphabetical order. [29]

By comparison, any classification system that was based on a "creative" approach would necessarily not be utilitarian and would have minimal, if any, efficacy.

## IV.    THE INFLUENCE OF DIGEST PREDATING WEST'S *THE AMERICAN DIGEST*

24.    West Publishing in its own publications acknowledged that its system of indexing and digesting was a widely used standard system.[30]  The roots of the West indexing system are found by comparing prior digests and treatises to the West indexing system, even as it exists today.

25.    Table No. 1 at Exhibit 3 measures the number of first-order subtopics for *contracts* and second-order subtopics for *contracts, performance* contained in each of the early digests and compared to West's topic and key number system today.  When comparing the number of first-order sub topics and second-order sub topics, the structure of the modern digest as expressed in the Westlaw topic and key number system was laid down by the early Abbotts' Digests, at least as to the first-order subtopic under *contracts*.[31]  Furthermore, taking sample second-order topics from *performance* under *contracts*, I find that all 35 of those second-order topics trace their origins to the earliest digests.[32]

---

[28] *Id.* at 185 (quoting *Wambaugh's Study of Cases*, §§ 115, 118).
[29] *American Digest Main Heads and Subdivisions*, *supra* note 24.
[30] *Id.*
[31] *See* Exhibit 3.
[32] *Id.*

26.     But the Abbotts' system is not the only place to find the West indexing system.  As noted, the Abbotts did not create their indexing system *tabula rasa*.  Casebooks and digests from the Abbotts era reflect similarities in concept and organization.

27.     West's contribution was to extend the existing indexing system to a wider number of cases, which proved a useful addition to locating legal opinions.

## V.     THE ADOPTION OF THE INDEXING SYSTEM BY OTHER DIGESTS

28.     What West did was take a pre-existing system and expand it over a broader reach of case law.  Its contribution was to encompass "all" United States judicial opinions.  Indeed, that was one of the central keys to West's success.  Prior to its acquisition of the Abbott indexing system, West collected cases and sold in reporters a greater volume than any of its competitors, and therefore the index it acquired from the Abbotts naturally provided a means of application to a greater number of judicial opinions.  West also had a comparative advantage over other digest producers (such as those that only provided an index) as West already had collected a large body of cases for publication in the National Reporter System.[33]  West could market digests at what would be a loss for other digest companies who were only producing digests and not case reporters.[34]

29.     Following the publication of the *American Digest*, West systematically marketed its index to lawyers, the ABA, and other digest makers and indexers.  West's stated goal was to obtain universal adoption of what West now calls its proprietary classification system.  To that end, West marketed its Digest to the ABA in 1897.  The next year, at its next annual meeting, the ABA publicly endorsed the system and encouraged all indexers and digesters to use this same system, emphasizing the utilitarianism of the system.[35]

---

[33] William W. Marvin, *West Publishing Company: Origins, Growth, Leadership* at 69 (1969).
[34] *Id.*
[35] *Id.*

30.     And that is just what happened.  In West's own words, "innumerable smaller indexes and digests" used West's classification system.[36]  Indeed, West's own manual explaining its system is subtitled, "For the Use of Indexers and Digest Makers,"[37] and encourages others to take up its system.  According to West, this would promote uniformity for American attorneys across the legal research process.  Indeed, Bancroft-Whitney used the West classification system in its *1920-1923 California Digest Supplement*.

> We have had over a hundred requests for it, and it has been
> formally adopted by the Lawyers' Co-operative Publishing Co. and
> by the Bancroft-Whitney Co. for use in the digests to be hereafter
> published by them.  It has been followed, with credit duly given, in
> a number of late State Digests, and has been taken as a basis for
> the indexes of the current State Reports in a number of states.  This
> wide-spread use will tend rapidly to establish this system as the
> standard in this country-a position which its intrinsic excellence
> well deserves.[38]

*31.*     For example, for *contracts* the organization and concepts of Bancroft-Whitney's supplement are identical to *West's First Decennial Digest*.[39]

---

[36] *Id.* .
[37] *American Digest, Main Heads of Classification*, *supra* note 24.
[38] *Id.*
[39] Comparison of "Contracts" from Bancroft, *California Digest of Official Report (Series 3 & 4)* (revised in 1997) to *First Decennial Digest*, *supra* note 23.

14



**Figure No. 1: Comparison of Contracts Section of the *First Decennial Digest* and the Bancroft-Whitney *California Digest Supplement***

32.    In fact, West boasted of Bancroft-Whitney's utilization of the West classification system, which Bancroft-Whitney adopted by at least 1906.[40]  It was still in use when West Publishing Group bought Bancroft-Whitney, in 1996.[41]

33.    Bancroft-Whitney did not stand alone.  West had competitors, and some of them persisted for nearly a century.  They too adopted the West index system [42] as did innumerable smaller digests

---

[40] *See First Decennial Digest*, *supra* note 23; *see also* Figure 1.

[41] *See Chodos v. West Publishing Co*, 292 F.3d 992,1994 (9th Cir. 2002).

[42] *See* Michael O. Eshleman, A History of the Digests, 110 Law Libr. J. 235,245, comparing the *General Digest*, published by the Lawyers' Co-operative Publishing Company, to the *United States Digest*.

and indexes, and various states such as New Jersey, Massachusetts, Missouri, Kentucky, Washington, California, Virginia and West Virginia, and Illinois.[43]  Thus, West freely allowed competitors to use the indexing system.  In fact, in the introduction to the Fourth Edition of the *American Digest*, West specifically notes that other publishers and jurisdictions have "generally adopted" the West indexing system.[44]

## VI.    THE EVOLUTION OF THE WEST INDEX SYSTEM

34.    The West index (or categorization) system, now known as the topic and key number system, had 412 top-level topics at its comprehensive digest level inception with the *Century Digest*.  The fifty volumes that comprise the *Century Digest* were published between 1897 to 1904.  As of the date of the report, there are now only 363 top-level topics.[45]  Over seventy-six percent (76%) of the 412 top-level topics of the *Century Digest* are either exactly the same as or only slightly renamed from the 363 in use today.[46]

---

[43]  *First Decennial Digest*, *supra* note 23 at vii.

[44]  *Id.*

[45]  *See* Table 2 at Exhibit 4 (showing evolution of topics from 1892 to present and identifying when new top level topic were added, discontinued, renamed, or revised); Although Westlaw currently lists top-level topics 1-414 on its website, not every number is accounted for (*e.g.*, there is no top-level topic number 3, 7, 19, to name a few).  By counting the number of key numbers listed, I determined that there are currently 363 topics used by Westlaw.

[46]  *Id.*; *see also* Figure 2.

16



**Figure No. 2: Comparison of Topics from the *Century Digest* and Topics from Present Day**

35.     The overwhelming majority of top-level topics used in the *Century Digest,* are still in use today without having changed a single word or letter.  Specifically, 282 or 68% (two-thirds) remain unchanged.[47]   This includes common doctrinal topics taught as law school courses (Contracts, Criminal Law, Property, and Torts), fact specific topics (Bridges, Fish, Pilots, and Sunday), as well as more obscure legal doctrines and procedures (Audita Querela, Detinue, Lis Pendens, and Supersedeas).[48]

36.     Furthermore, thirty-two (32) of the original *Centennial Digest* top-level topics, or another 8% of the original 412, are still in existence today and have been only slightly renamed because the law has changed as to how these concepts are referenced.[49]   For instance: Master and Servant

---

[47] See Table 3 of Exhibit 5 (showing *Century Digest* Topics and their present-day equivalent).
[48] *Id*.
[49] Table 2 at Exhibit 4, *supra* note 45.

became Principle and Agent; War changed to War and National Defense and then again to War and National Emergency; and Intoxicating Liquors became Alcoholic Beverages.[50]  Additionally, ninety-eight (98) or 24% of the 412 top-level topics of the *Century Digest* were subsequently merged into other top-level topics.  For instance, Abduction, Affray, Blasphemy, Common Scold, Dueling, Embracery, Fornication, Miscegenation, Piracy, and Prize Fighting all were subordinated under Criminal Law.[51]

37.     There are a few incidences in which top-level digest topics have been added because Congress or the States adopted new statutory regimes.  In other words, new laws created rights, criminal penalties, and/or causes of action that did not exist previously.  Examples include Racketeer Influenced and Corrupt Organizations (RICO), Unemployment Compensation, and Workmen's Compensation.[52]

38.     Like with the original topics, the indexing of these new legal regimes followed the same utilitarian approach because one cannot veer from established legal concepts when indexing the cases.  Classifying cases related to RICO, unemployment compensation, or workmen's compensation without utilizing the standard words that reflect these concepts would render the exercise futile.

## VII.     THE EVOLUTION OF THE SUB-TOPICS

39.     According to West, below the 363 top-level topics currently in use, there are over 100,000 sub-topics.[53]  Over time, the sub-topics have expanded.  Daniel Dabney, West's chief taxonomist, explains how the system expands in a 2013 video: when the increase in cases on a topic start

---

[50] *Id.*
[51] Table 3 at Exhibit 5, *supra* note 47.
[52] Table 2 at Exhibit 4, *supra* note 45.
[53] *West's Analysis of American Law 2021 Edition: Guide to the American Digest System* (2021).

18

making the system unwieldy, new lines, or even an amalgamation of several areas into a new topic, are added.[54]  The process is utilitarian, and driven by the changes in the cases themselves.

40.    To understand this evolution,, one can look at one West topic, "99 Copyright and Intellectual Property."[55]

41.    The phrase, "In general," occurs the most frequently as a key number as it is the mechanism to allow non-postable lines (not capable of receiving headnote treatment) to become postable (capable of receiving headnote treatment).[56]  For instance, the topic string 99 Copyrights and Intellectual Property > XVI. Actions and Judicial Proceedings k931-k1080 > (C) Evidence k991-k1060 > 3 Weight and sufficiency k1031-k1060, does not become postable and does not receive headnote treatment until the next level of the hierarchy is added: 99 Copyrights and Intellectual Property > XVI. Actions and Judicial Proceedings k931-k1080 > (C) Evidence k991-k1060 > 3 Weight and sufficiency k1031-k1060 > k1031 In general.

42.    When this occurs, the topic string is almost always followed with greater hierarchical depth such as: 99 Copyrights and Intellectual Property > XVI. Actions and Judicial Proceedings k931-k1080 > (C) Evidence k991-k1060 > 3 Weight and sufficiency k1031-k1060 > k1032 Validity, ownership, and duration of rights.

43.    The topic "Copyrights" has expanded from 85 lines (lines refer to the number of lines of indexing and each line is counted even if it is not original or unique) at its inception in 1899 to 773 lines at present.  This is an increase by 9 times.  However, this increase in specificity is tempered

---

[54] *Video: Dan Dabney on Reclassifying Headnotes in the Key Number System*, THOMSON REUTERS \ LEGAL CURRENT, https://www.legalcurrent.com/dan-dabney-on-reclassifying-headnotes-in-the-key-number-system/ (last visited Mar. 24, 2022).

[55] The Topic Name is misleading as the other commonly included intellectual property topics, Patents and Trademarks, are each their own top-level West topics.

[56] Daniel Dabney, former chief taxonomist at West, is on the record stating that there are 18,754 "structural lines in the hierarchy" that are not postable.  Daniel P. Dabney, *The Universe of Thinkable Thoughts: Literary Warrant and West's Key Number System*, 99 Law Libr. J 229, 236 ¶ 33 (In 2007, the key number system had "109,183 lines, of which 90,429 are postable, and the remaining 18,754 are structural lines in the hierarchy.").  This means that there must be a similar amount of "In general" key numbers embedded within the current 363 top-level topics of the West topic and key number system.

by an interesting phenomenon of reuse, repetition, and interplay between doctrinal, procedural, and fact-based topics.  Often the exact same concepts (whether factual, doctrinal, or procedural) are reused in slightly different contexts.  For instance, we see the same, eleven specific topical instantiations applied to numerous different contexts within the topic, Copyrights and Intellectual Property:

> In general
> Books and other literary works
> Musical works and accompanying words
> Dramatic works and accompanying music
> Choreographic works and pantomimes
> Pictorial, graphic, and sculptural works
> Clothes, fabrics, and jewelry; fashion designs
> Motion pictures and other audiovisual works
> Sound recordings and phonorecords
> Architectural works
> Computer-related works

44.    These eleven topics are applied to and repeated in different contexts such as:

99 Copyrights and Intellectual Property > II. Protected Subject Matter > (B) Copyrightable Subject Matter > 2 Particular Subject Matter as Copyrightable (k251-k310)

> In general (k251)
> Books and other literary works (k252)
> Musical works and accompanying words (k256)
> Dramatic works and accompanying music (k257)
> Choreographic works and pantomimes (k260)
> Pictorial, graphic, and sculptural works (k261)
> Clothes, fabrics, and jewelry; fashion designs (k269)
> Motion pictures and other audiovisual works (k270)
> Sound recordings and phonorecords (k275)
> Architectural works (k278)
> Computer-related works (k296)

99 Copyrights and Intellectual Property > VII. Violation of Rights > (B) Copyright Infringement > 2 Infringement of Particular Works (k571-k610)

> In general (k571)
> Books and other literary works (k572)
> Musical works and accompanying words (k578)
> Dramatic works and accompanying music (k584)
> Choreographic works and pantomimes (k585)
> Pictorial, graphic, and sculptural works (k586)

20

Clothes, fabrics, and jewelry; fashion designs (k592)
Motion pictures and other audiovisual works (k593)
Sound recordings and phonorecords (k599)
Architectural works (k600)
Computer-related works (k601)

99 Copyrights and Intellectual Property > VIII. Defenses and Permitted Uses > (C) Fair Use (k741-k780)

In general (k755)
Books and other literary works (k756)
Musical works and accompanying words (k757)
Dramatic works and accompanying music (k758)
Choreographic works and pantomimes (k759)
Pictorial, graphic, and sculptural works (k760)
Clothes, fabrics, and jewelry; fashion designs (k761)
Motion pictures and other audiovisual works (k762)
Sound recordings and phonorecords (k763)
Architectural works (k764)
Computer-related works (k765)

99 Copyrights and Intellectual Property > XVI. Actions and Judicial Proceedings > (C) Evidence > 3 Weight & Sufficiency (k1031-k1060) > 1042 Violations of Rights > 1044 – Copyright Infringement >  – (3) Infringement of particular works

In general (k1044(–4))
Books and other literary works (k1044(–5))
Musical works and accompanying words (k1044(–6))
Dramatic works and accompanying music (k1044(–7))
Choreographic works and pantomimes (k1044(–8))
Pictorial, graphic, and sculptural works (k1044(–9))
Clothes, fabrics, and jewelry; fashion designs (k1044(–10))
Motion pictures and other audiovisual works (k1044(–11))
Sound recordings and phonorecords ((k1044(–12))
Architectural works (k1044(–13))
Computer-related works  ((k1044(–14))

45.    While currently, the topic and key number system has about 90,500 of lines capable of receiving headnote assignments, much of this is repetitive.  For instance, a procedural/evidentiary

21

topic such as "Presumptions, inferences, and burden of proof" may be found repeated in numerous different contexts:

- 17 Adoption > V. Evidence, k321-k340 > k322 **Presumptions, inferences, and burden of proof**

- 78 Civil Rights > III. Federal Remedies in General, k1301-k1500 > k1400 **Presumptions, inferences, and burdens of proof.**

- 78 Civil Rights > IV. Remedies Under Federal Employment Discrimination Statutes, k1501-k1700 > k1534 **Presumptions, inferences, and burdens of proof.**

- 92 Constitutional Law > XXVII. Due Process, k3840-k4849 > (H) Criminal Law, k4500-k4849 > 5. Evidence and Witnesses, k4650-k4699 > k4653 **Presumptions, inferences, and burden of proof**

- 110 Criminal Law > XVII. Evidence, k304-k572 > (B) **Presumptions and Inference**s, k305-k325; (C) **Burden of Proof**, k326-k336.

- 343 Sales > XI Actions, k2401-k2900 > (C) **Presumptions, Inferences, and Burden of Proof**, k2601-k2660.

46.     The evolution of the sub-topics, like the evolution and expansion of the top-level topics is driven by utilitarian functionality. As the number of cases within a sub-topic increase, there is a need to expand the number of sub-topics to prevent the indexing system from becoming too unwieldly. Important to this expansion is that the expansion is done in a logical way and utilitarian in nature. In fact, because utilitarianism is necessary, any attempt to expand the number of sub-topics in a "creative" way would negate the purpose of the indexing system—using the terminology used by the cases so that users of the index can find the relevant cases.

Executed at Lincoln, Nebraska, on this 1st day of August, 2022.

_____
Professor Richard A. Leiter

22

EXHIBIT 1

# Richard A. Leiter

1301 North 37th Street
Lincoln, NE 68503
rleiter@unl.edu - 402-472-5737

## EXPERIENCE

**SCHMID LAW LIBRARY, UNIVERSITY OF NEBRASKA – LINCOLN
COLLEGE OF LAW**
Lincoln, Nebraska
      **Director of the Law Library and Professor of Law** (2000 -  )
Tenured.  Responsible for the overall management and development of the law library faculty
(4) and staff (8), programs, resources, budget and planning.  Teach first year and advanced legal
research. Law Library has collection of nearly 360,000 and budget of about $1.3 million.  Responsible for programming and design of 20,000 sq ft law library addition and renovation, 2000.
Second renovation presently underway that involves two of three floors.
*– Fall 2011, Visiting Academic Research Fellow, Harvard Law School Library, Library Innovation Lab. On sabbatical leave from UNL.*

**ALLEN MERCER DANIEL LAW LIBRARY, HOWARD UNIVERSITY SCHOOL OF
LAW**
Washington, District of Columbia
      **Associate Dean for Information Systems Technology**
**Director of the Law Library and Professor of Law** (1994 - 2000;  **Assoc. Dean** 1998 - 2000)
Promoted with tenure in 1999.  Responsible for the overall management and development of law
school computing resources, the law library professional (7) and classified staff (11), teaching
advanced legal research, and long range planning. Law Library has a collection of approximately 300,000 and budget of $1.9M.  Programmed and designed 70,000 sq ft law library facility.

**REGENT UNIVERSITY SCHOOL OF LAW, LAW LIBRARY**
Virginia Beach, Virginia
      **Director of the Law Library and Associate Professor of Law** (1991-1994)
Responsible for the overall management and development of the law library faculty (5) and staff
(6.5), programs, budget and long range planning and teaching first-year and advanced legal research.  Law Library has a collection of 280,000 volumes.  Programmed, designed and supervised construction of 35,000 sq ft law library facility.  Supervised move into new facility.

**LITTLER, MENDELSON, FASTIFF & TICHY**
San Francisco, California
      **Head Librarian** (1988-91)
Responsible for all aspects of library service for law firm of 190 attorneys in 11 offices around
the country.  Administered budget of over $700,000 per year.  Planned and implemented automated library systems, planned training program for new attorneys, summer associates, paralegals, and secretaries.  Member, marketing committee, library committee. Responsible for professional staff of two and four FTE library clerks.  Programmed and designed new law library facility.

**UNIVERSITY OF NEBRASKA COLLEGE OF LAW LIBRARY**
Lincoln, Nebraska
    **Public Services Librarian** (1986-88)
Responsible for all aspects of public service, including redesign of circulation system, inter-library loan program, reserve room policy, exhibit program, reference and computer lab. Wrote library user's manual.  Responsible for two-and-a-half full time professionals and paraprofessionals and 12 student desk attendants.

**UNIVERSITY OF TEXAS, TARLTON LAW LIBRARY**
Austin, Texas
    **Head of Reference** (1986) **Reference Librarian** (1984-86)
Responsible for supervision of the reference staff, including scheduling and professional continuing education.  Also responsible for maintaining bulletin boards, information counters, reference policies and CALR training for a faculty of 100 and a first year class of 500.  Faculty advisor, Phi Alpha Delta.

**HOPKINS, MITCHELL & CARLEY**
San Jose, California
    **Managing Librarian** (1983-84)
Responsible for library:  organizing, revitalizing and cataloging library collection. Planned new acquisition strategy, budget and layout of library.

**IRELL & MANELLA**
Los Angeles, California
    **Legal Research Aide** (1977-78)
General library research and reference; extensive out-of-office research and contact with a wide variety of libraries and administrative agencies in the Los Angeles area.

**THE HONORABLE DAVID W. WILLIAMS**
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Los Angeles, California
    **Law Clerk-Crier (Externship)** (1980)
Drafted memoranda analyzing and making recommendations for rulings on motions; speech writing; bench memo for Ninth Circuit Court of Appeals.

**UNIVERSITAS ANDALAS (Professional University) & IKIP (Teacher Training College)**
Padang, West Sumatra, Indonesia
    **English Instructor (**1976-77)
Planned and implemented English courses for college students and faculty.  This was a volunteer position under auspices of *Volunteers in Asia (VIA)*, Stanford, CA.

## EDUCATION

Library Science
> **UNIVERSITY OF TEXAS**
> Austin, Texas - M.L.I.S., 1986

Law School
> **SOUTHWESTERN UNIVERSITY SCHOOL OF LAW**
> Los Angeles, California - J.D., 1981
>
> * Law Review:  Editor 1980-81; member 1979-80
> * Dean's scholarship 1980-81
> * Computer Law Journal:  Editor 1978
> * The Commentator (school newspaper):  Editor 1980-81; staff writer 1979-80
> * Phi Alpha Delta: Vice-Justice 1980-81; member 1978-80
> * The Advocate (yearbook): Editor 1981
> * Graduation Committee 1980-81
> * Certificate of Distinguished Service 1981

Undergraduate
> **UNIVERSITY OF CALIFORNIA, SANTA CRUZ**
> Santa Cruz, California - B.A., 1976
> Double major, Anthropology and Religious Studies.
> * Honors:  Graduated with Honors in Religious Studies and received Honors on thesis in Anthropology
>
> **SOUTHERN OREGON COLLEGE**
> Ashland, Oregon, 1971-72
> * Honors:  Dean's List

## Awards and Honors:

**Frederick Charles Hicks Award,** Recipient, 2020. Awarded by the Academic Law Libraries Section of the American Association of Law Libraries for "Outstanding Contributions to Academic Law Librarianship."

**Jospeh L. Andrews Bibliographical Award**, Recipient, 2003. For National Survey of State Laws, Sixth Edition. Awarded by American Association of Law Libraries. Awarded to recognize significant contributions to legal bibliographical literature.

**Kenneth L. Hirsh Award for Distinguished Service**, Recipient, 2010. Awarded by American Association of Law Libraries for distinguished service to the library community by furthering awareness of computing services in law libraries.

**Depository Library Council**, Appointment 2021. Three year appointment. Appointed to the Working Group on the Feasibility of an All-Digital Depository Library Program.

## PUBLICATIONS

### Books

National Survey of State Laws, Ninth Edition *in process* (Buffalo: Hein 2022)

National Survey of State Laws, Eighth Edition (Buffalo: Hein 2019)
        Seventh Edition (Buffalo: Hein 2015)
           *Winner 2003 Joseph L Andrews Bibliographical Award (AALL)
        Sixth Edition, Editor (Detroit:  The Gale Group, 2008)
        Fifth Edition, Editor (Detroit: Thomson-Gale, Inc. 2005)
        Fourth Edition, Editor (Detroit: Thomson-Gale, Inc. 2003)
        Third Edition, Editor (Detroit: The Gale Group, Inc., 1999)
        Second Edition, Editor (Detroit: Gale, Inc., 1997)
        First Edition, Editor (Detroit: Gale Research, Inc., 1993)

Landmark Supreme Court Cases, Third Edition (Facts on File 2017) *eBook*

Landmark Supreme Court Cases, Second Edition, with Roy Mersky (Facts on File 2011).

The Spirit of Law Librarianship, Second Edition. Co-Editor  with Prof. Roy Mersky (Chicago: Alert Publications, Inc., 2004).

Concordance of Federal Legislation, with A. White (Buffalo, NY:  Wm. S. Hein & Co., Inc. 1998).

*Introduction*: (Booklet) The Principles of Natural Law and The Principles of Politic Law by J.J. Burlamaqui, 1748, 1752.  Reprint by Legal Classics, Gryphon Editions, 1994.

The Spirit of Law Librarianship:  A Reader, Co-Editor  with Prof. Roy Mersky (Littleton, CO: Fred B. Rothman & Co.; 1991).

Steering Committee Member, Section Editor, and Contributor, Yellow Pads to Computers, First and Second Editions (Chicago:  American Bar Association, 1987, 1991.

Faculty Writings:  The University of Texas School of Law,  No. 31, Tarlton Legal Bibliography Series (Austin, TX:  University of Texas Tarlton Law Library, 1986).

New Frontiers in Forensic and Demonstrative Evidence,  No. 24, Tarlton Legal Bibliography Series (Austin, TX:  University of Texas Tarlton Law Library, 1985).

### Articles/Contributions

"Law Librarians' Roles in Modern Law Libraries," chapter in Academic Law Library Director Perspectives, edited by Michelle M. Wu (Buffalo, NY:  Wm. S. Hein & Co., Inc. 2015)

"Tools of Our Trade," AALL Spectrum Sept/Oct 37 (2013)

"Much Ado about Authentication," 23 Trends in Law Library Management and Technology 2 (2013)

"Publication in the Digital Age," 31:3 The Catchline 10 (Nov-Dec 2012)

"Who Gets to be the Expert? Legal Research Skills Certification in Legal Education," 28 <u>Legal Reference Services Quarterly</u> 271 (2009)

"Reflections on Ranganathan's Five Laws of Library Science," 95:3 <u>Law Library Journal</u> 411 (Summer 2003).

"Reflections on the Art of Mentoring," 14:3 <u>Trends in Law Library Management and Technology</u> (2004).

"The Use of Law Reviews in Modern Legal Research:  The Computer Didn't Make Me Do It!" 90:1 <u>Law Library Journal</u> 59 (Winter 1998).

"Finally, Handheld Computers Have Come of Age," <u>National Law Journal</u>, page C4, July 1, 1996.

"PDA's: Not Just Toys Any More," <u>Legal Assistant Today</u>, July 1996.

"PDA: The Promise of Technology," <u>Legal Information Alert</u>, April/May 1996.

"Assault of the Citadel: Romancing the Crown Jewels of West Publishing," 14:1 <u>Legal Information Alert</u>, page 1, January 1995.

"Do You Need a Library?"  Chapter 1,  <u>Planning The Small Law Office Library</u>,  Ed. Catherine Pennington.  (Chicago: American Bar Association. 1994.

"FREESTYLE by Lexis:  A Natural Development."  13:2 <u>Legal Information Alert</u> 1 (February 1994).

"WIN:  'It's the Natural Way'."  11: 6 <u>Legal Information Alert</u> 1 (November/December 1992).

Product Review:  "Can Your Firm WIN With New Search Approach?"  Vol. x, No. 9 <u>Leader's Legal Tech Newsletter</u> page 1 (December 1992).

"Navigating the Haystack:  Legal Research Tips You Can Use," 8:6 <u>Legal Assistant Today</u> 52 (July/August 1991).

"What's New In On-Line Legal Databases," <u>Law Office Computing</u> 107 (Summer 1991).

"The Myth and Magic of Computer-Assisted Legal Research," 11:2 <u>California Lawyer</u> 57 (1991).

"The Collier Bankruptcy Law Library on CD-ROM" (with Leslie Ann Forrestor Sherren), 10: 6 <u>Legal Information Alert</u> 1 (June 1991).

"Research Instruction for Partners, Associates & Summer Associates,"  Paper presented at Conference on Teaching Legal Research in Private Law Firm libraries sponsored by Mead Data Central, held April 1990 in Washington, D.C.  Papers presented at the conference were compiled and published in <u>Proceedings of the Conference on Teaching Legal Research in Private Law Firm Libraries</u> (Littleton, CO:  Fred B. Rothman & Co., 1991).

"The Developments in the Practice of Law and Their Influence on the Enterprise of Law Publishing," essay for the Symposium of Law Publishers, special issue, <u>Legal Reference Services</u>

Quarterly, (29 Numbers 3/4 1991).  Also published as a monograph by Howorth Press, Symposium of Law Publishers, Thomas A. Woxland, Editor.  (NY:  Haworth Press, Inc.,  1991).

"The Future of CALR in Law Firms," 2:2 Trends in Law Library Management and Technology 1 (1988).

"A History of Legal Periodical Indexing," 7 Legal Reference Services Quarterly 35 (1987).

Note, "The 'New' Supervisory Power and Judicial Impotency:  The Loophole in the Fourth Amendment," 12 Sw. U.L. Rev. 449 (1981).


## Miscellaneous

Depository Library Council, member. Three year term, 2021-2024. Advisory committee of the Government Publishing Office.
   Task Force to Consider an All Digital GPO, 2022

FastCase 50 honoree, 2014. For recognition as a library innovator.

Leader, Law Library Tour of China. People to People. Fall, 2008.

Podcast, "Law Librarian Conversations." Broadcasts on the 3d Friday of the month. Available for downloads on iTunes and lawlibcon.classcater.net. Average numbers of listeners is about 550. Ran for 10 years.

Consultant, Liberty University School of Law, Lynchburg, VA.  Hired to plan law library for planned law school.  Responsible for strategic planning, hiring of initial staff, selecting collection, negotiating with vendors and planning layout of the library,  2003 – present.

Consultant, Handong University, Korea.  Hired to help plan and build an American Law Library for a planned law school,  2001-2002.

Columnist, "Legal Research Tips," bi-monthly column for Legal Assistant Today, 1991-1999.

Columnist, "Database News,"  monthly column for Legal Information Alert,  1993- present.

Columnist, "Law Library Hi-Tech," monthly column for the Monthly Newsletter of the American Association of Law Libraries 1990-1993 (term expired).

Interview, Legal Line (Column):  "What's Wrong with CD-ROM?"  Cary Griffith, Information Today, page 16, July/August 1992.  (My views on CD-ROM were the topic of this column for which I was interviewed extensively by Mr. Griffith.)

Profile, "Library is Guided by Three Principles," appeared in California Law Business (supplement to The Daily Journal), June 11, 1990.

Various editorials, Automatome, The Newsletter of the Automation and Scientific Development Special Interest Section of AALL, 1986-1989.

Moderator and Panelist.  "Law Firms and Legal Research." a roundtable discussion on the legal research skills training of law students and new associates.  A transcript was published in a special Legal Research Supplement to the January 26, 1990 issue of <u>The Recorder,</u> a San Francisco legal newspaper and host of the panel discussion.

Various book reviews, <u>American Reference Books Annual,</u> 1986-present,

Various book reviews,  <u>Legal Information Alert,</u> 1982- present.

# MEMBERSHIPS

American Bar Association (ABA), 1984 -  present; American Association of Law Libraries (AALL), 1982 - present; Association of American Law Schools (AALS) 1991 - present; Mid America Association of Law Libraries (MAALL) 2000 - present; American Library Association (ALA), 1984 - present; Nebraska Library Association (NLA), 2015 - present; SCRIBES, American Society of Writers on Legal Subjects, 1994 - present; Big Ten Law Library Alliance, steering committee (BTLLA) 2013 - .

Committees:

**\* AALL -**
Automation and Scientific Development (now Computer Services) Special Interest Section:
Newsletter (<u>Automatome</u>) Editor, 1986-89; Chair, 1989-90;
Member, 1985-
Awards Committee, member, 2007- 2010, 2020-2023.
Government Relations Committee, 2014-2017; Chair, 2016
Indexing Legal Periodicals Advisory Committee, member, 1989-92 (three-year term; Chair,1990, 1991
Law Library Journal/Spectrum Editorial Advisory Committee, 2004-2007 (three-year term; Chair, 2005, 2006)
Publications Committee, member, 1987;
Research Committee, 1997–1999 (three-year term), Chair 1998-1999.
Recruitment Committee, member, 1994-1997  (three-year term)
Special Committee to Promote the Development of Resources for the Legal Information Community. 1994-1995.  (Committee finished its charge.)

**\* AALS**
Chair, Law Libraries and Legal Information Section, 2021

**\*  MAALL-**
President, 2011.
Member Board of Directors, Mid America Law Library Consortium (MALLCO), 2000- present.

**\* ABA -**
Library Committee, Economics of Law Practice Section (ABA): Vice Chair, 1986-88;
Member, 1986 - present;
Videotape Equipment Utilization Committee, Economics of Law Practice Section (ABA), Chair,
1988-90.
Section on Legal Education and Admission to the Bar, various site inspection teams, see "Service Activities" section,  below.

**\* NLA**
Intellectual Freedom Roundtable, 2016 - .

## PROFESSIONAL ACTIVITIES

Presenter, "Taking the Fright out of Copyright," Annual meeting, Nebraska Library Association Annual Meeting, 2017

"Getting Real Law: Navigating the Internet for Reliable Sources of Law and Legal Materials," Annual meeting, Nebraska Library Association Annual Meeting, 2017

Various presentations at Doane College, Crete and Nebraska Wesleyan University to faculty on topic of copyright and classroom materials.

Presenter, "The Art of Social Networking in Law Libraries," Annual Co nference of Ninth Circuit  Branch Librarians, May 2010, Tucson, AZ.

Leader, "Legal Research and Legal Science Professional Delegation to China." Lead People to People Citizen Ambassador delegation to Beijing and China.  The delegation visited four universities with law schools, two law publishing companies and the Shanghai Public Library in a span of eleven days. October 24 – November 3, 2008.

Presenter, "ABA Questionnaire: New and Improved or...." Panelist, responder.
"Budgeting in a Recession; Or, Getting Blood for Turnips." Speaker.

Presenter, "Teaching the Teachers," Fall 2007, University of Texas School of Law. Panelist on Teaching Legal Research.

Presenter, "Where's My Jet Pack?" program at MAALL Annual Meeting, Fall 2005, Grand Forks, ND.

Co-creater and presenter, Legal Research for Non Law Librarians.  Half-day seminars presented to general academic, public, school and prison librarians.  Some programs have been offered under the auspices of the Nebraska Library commission, some have been offered directly to interested groups.  Program was presented four times in its first year, including in remote locations around the state.

Presenter, Law College's Estate and Gift Trust CLE program, 2001, 2002, 2003.

Faculty, Law Librarian's Society of the District of Columbia, Research Instruction Program, 1995, 1996, 1998.

Presenter, "Issues Confronting the Modern American Law School Library,"  Legal Information Seminar (for Russian legal educators), International Law Institute, October 7-25, 1996, Howard University School of Law.

Coordinator, "Managing the 'New' CALR in Law Libraries,"  AALL Annual Meeting Program, Indianapolis, IN, 1996.

Faculty, "Legal Looseleaf Services,"  LLSDC, Education Committee's Legal Research Institute, 1995, 1996.

Presenter, "Online Live!  Natural Language,"  Online '94/CD-ROM Conference and Exposition, San Francisco, CA, October 1994.

Panelist, "Religious Educational Institutions: Law Library Hiring Practices in a Changing Environment,"  AALL Annual Meeting, Seattle, WA, 1994.

Westlaw Advisory Board; member, 1990-1993; 2008–present (three-year term)

Advisory Board, Oceana Publications, Inc., 1993-2000.

Participant (by invitation only), "The McCrate Report: Where Do We Go From Here?"  Sponsored by the American Bar Association, University of Minnesota Law School, and West Publishing Company.  September 30 - October 2, 1993.

Participant, CALI/LEAP, Conference for Law School Computing Professionals,  Chicago-Kent College of Law, Chicago, IL, June 1993.

Participant (by invitation only), "Canadian Law & Legal Literature,"  Biennial conference sponsored by Duke University Law Library and the Duke University Canadian Studies Center.
　　　　　　　　　"Access to Legal Information in a Multilingual Culture," March 1992;
　　　　　　　　　"Canada and the World,"  March 1994.
Faculty, "Hot Topics in Employment Law,"  Managing the Private Law Library 1991:  Management Challenges, New Technology, and Planning for the 1990s,  Practicing Law Institute,  San Francisco, CA 1991.

Faculty Member,  "Survey of Spreadsheets and Other Computer Applications in Financial Planning,"  AALL Pre-conference:  Institute on Financial Management of Law Libraries,"  St. Paul, MN, 1990.

Coordinator and Moderator,  "The Modern Law School Computer Lab:  The Evolution of the Typing Room in the Age of Technology,"  AALL Annual Meeting, Minneapolis, MN 1990.

Faculty Member,  "Teaching Legal Research to Legal Secretaries,"  AALL Pre-conference "Institute on Teaching Legal Research," Sacramento, CA, 1989.

Co-Director and Faculty Member,  AALL Pre-conference "Workshop on the Fundamentals of Microcomputers," Reno, Nevada, 1989.

Coordinator and Moderator,  "Micros to Mainframes:  Annual Software, Hardware, and Applications Update," 1987, 1988, 1989.

Speaker, Panelist,  "Organizing Your Law Library," ABA Annual Meeting, Toronto, 1988.

## COMMUNITY/SERVICE ACTIVITIES

Member, Site Inspection Team, ABA Accreditation Committee:
>University of Arkansas School of Law, 2000, 2013
>University of Montana School of Law, 2001, 2017
>University of Indiana, Indianapolis, School of Law, 2003
>New York Law School, NYC, 2004
>Michigan State University, School of Law, Spring 2007
>West Virginia University, School of Law, Winter 2009
>Thomas Cooley Law School, Spring 2011
>University of Oklahoma, Fall 2016
>University of Arizona, 2019

Member, University of Nebraska Faculty Senate Library Committee, 2000-present.

Senator, University of Nebraska Faculty Senate, 2002–present (three-year term); reelected, 2005; Member Executive Committee, 2016 - ;

Member, Faculty Senate Information Technology and Services Committee, 2012 - ; Chair, 2015-2017, 2020-

Member, Faculty Senate Parking Advisory Committee. I have served on this committee for many years and served as chair at least twice.

Chair, Committee on Committees, University of Nebraska Faculty Senate, 2008.  One year term. Member, 2007–present.

Member, Committee on Committees, University of Nebraska College of Law, 2008–present.

Coordinator, Food Net distribution center, St John's Orthodox Church, Lincoln.  FoodNet coordinates the distribution to the poor, extra food from local food retailers and producers.  The center I coordinate distributes food weekly.

EXHIBIT 2

## **EXHIBIT 2**

## **Materials Considered**

### **Case Documents**

- Plaintiffs' Complaint and exhibits filed thereto (Dkt. No 1)

- Order Denying ROSS's Motion to Dismiss (Dkt. No 32)

- Defendant and Counterclaimant Ross Intelligence, Inc.'s Amended Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial (Dkt. No 34)

- Memorandum Order Granting In Part and Denying In Part Plaintiffs' Motion to Dismiss (Dkt. No. 170)

- LEGALEASE-00165400

- LEGALEASE-00165856

- LEGALEASE-00166082

- LEGALEASE-00111836

- LEGALEASE-00113544

- LEGALEASE-00115186

- LEGALEASE-00115755

- LEGALEASE-00119815

- LEGALEASE-00119827

- LEGALEASE-00123981

- LEGALEASE-00124750

- LEGALEASE-00130136

- LEGALEASE-00130342

- LEGALEASE-00132781

- LEGALEASE-00132970

- LEGALEASE-00139081

- LEGALEASE-00139169

- LEGALEASE-00158862

- LEGALEASE-00162079

- LEGALEASE-00163157

**Law:**

- *Georgia v. Public.Resource.Org, Inc.*, 140 S. Ct. 1498, 206 L. Ed. 2d 732 (2020)


**Articles, Publications**

- Bob Ambrogi, *In Westlaw-ROSS Litigation, Judge Allows ROSS's Antitrust Case to Move Forward, But Tosses 'Sham Litigation' Claim*, Law Sites, (Apr. 26, 2022), https://www.lawnext.com/2022/04/in-westlaw-ross-litigation-judge-allows-rosss-antitrust-case-to-move-forward-but-tosses-sham-litigation-claim.html.

- West Publishing Co., *Century Edition of the American Digest: A Complete Digest of All Reported American Cases from the Earliest Times to 1896* (1897) ("*Century Digest*").

- West Publishing Co., *Decennial Edition of the American Digest: A Complete Digest of All Reported Cases from 1897 to 1906* (1908) ("*First Decennial Digest*").

- West Publishing Co., *Descriptive-Word Index to Decennial and All Key-Number Digests: A Means of Finding the Authorities in Point Through the Words Descriptive of the legal Principles or of the Facts in the Case* (1912).

- West Publishing Co., *Second Decennial Edition of the American Digest: A Complete Digest of All Reported Cases from 1906 to 1916* (1917)

- West Publishing Co., *Descriptive-Word Index to the First and Second Decennial digests: A Means of Finding the Authorities in Point Through the Words Descriptive of the Legal Principles or of the Facts in the Case* (1924).

- West Publishing Co., *Third Decennial Edition of the American Digest: A Complete Digest of all Reported Cases from 1916 to 1926* (1928).

- West Publishing Co., *Fourth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1926 to 1936* (1937); West Publishing Co., *Descriptive-Word Index Covering Third and Fourth Decennial Digests L-Z* (1940).

- West Publishing Co., *Fifth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1936 to 1946* (1947).

- West Publishing Co., *Sixth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1946 to 1956* (1957).

- West Publishing Co., *Seventh Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1956 to 1966* (1967).

- West Publishing Co., *Eighth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1966 to 1976* (1977).

- West Publishing Co., *Ninth Decennial Digest, Part 1: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1976 to 1981* (1982).

- West Publishing Co., *Ninth Decennial Digest, Part 2: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1981 to 1986* (1987).

- West Publishing Co., *Tenth Decennial Digest, Part 1: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports*, 1986 to 1991 (1992).

- West Publishing Co., *Tenth Decennial Digest, Part 2: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1991 to 1996* (1997).

- West Publishing Co., *Eleventh Decennial Digest, Part 1: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1996 to 2001* (2001).

EXHIBIT 3

**EXHIBIT 3**

**Table No. 1: The Historical Origins of Current 1ˢᵗ Order and 2ⁿᵈ Order Subtopics in the West Topic & Key Number System for "Contracts" and "Contracts, Performance"**

| Topic/Subtopic | Abbotts' New York Digest (1864) | Abbotts' National Digest (1867) | Abbotts' "New "National Digest (1886) | Century Digest (1897) | First Decennial Digest (1908) | Westlaw Topic & Key Number Today (total of previous columns compared to Contracts subtopics today) |
|---|---|---|---|---|---|---|
| *Contracts*, Subtopics (1ˢᵗ Order, including *Performance or Breach*) | | 4 | 2 | | | 6/6 |
| *Contracts*, *Performance or Breach*, Subtopics (2ⁿᵈ Order) | 4 | | 3 | 17 | 11 | 35/35 |

EXHIBIT 4

**EXHIBIT 4**

**Table No. 2: Evolution of Top-Level West Topics, 1897 to Present[1]**

*If printed, recommend using 11 x 17 paper*

| Digest Edition or Date Viewed on Westlaw | No. of Topics | New Top-Level Topics | Discontinued Top-Level Topics | Renamed Top-Level Topics | Revised Topics (per prefatory notes at the outset of the digest) |
|---|---|---|---|---|---|
| **Century Digest**[2] (1658 to 1896) | 412 | Not Applicable | Not Applicable | Not Applicable | Not Applicable |
| **First Decennial** (1897 to 1906)[3] | 412 | None | None | None | None |
| **Second Decennial** (1906 to 1916)[4] | 413 | • Public Service Commissions | None | • Pawnbrokers and Money Lenders (from Pawnbrokers) • Trade-marks and Trade-names and Unfair Competition (from Trade-marks and Trade-names) | None |
| **Third Decennial** (1916 to 1926)[5] | 414 | • Automobiles | None | • Insurrection and Sedition (from Insurrection) • Joint-Stock Companies and Business Trusts (from Joint-Stock Companies) • Levees and Flood Control (from Levees) | None |
| **Fourth Decennial** (1926 to 1936)[6] | 415 | • Workmen's Compensation[7] | None | • Compounding Offenses (from Compounding Felony) | • Bankruptcy (key number 498 & 499)[8] |
| **Fifth Decennial** (1936 to 1946)[9] | 418 | • Administrative Law and Procedure[10] • Declaratory Judgments[11] • Federal Civil Procedure[12] | None | • Telegraphs, Telephones and Radio (from Telegraphs and Telephones) • War and National Defense (from War) | • Internal Revenue[13] • Army & Navy[14] • Bankruptcy[15] • Telegraphs, Telephones and Radio[16] |
| **Sixth Decennial** (1946 to 1956)[17] | 420 | • Aviation[18] • Labor Relations • Mental Health • Social Security and Public Welfare | • Insane Persons (merged into Mental Health) • Trade Unions (merged into Labor Relations) | • Armed Services (from Army and Navy) • Declaratory Judgment (from Declaratory Judgments) • Telecommunications (from Telegraphs, Telephones and Radio) | • Armed Services (101-125) • Discovery (121-129) • Divorce (351-420) • Telecommunications |
| **Seventh Decennial** (1956 to 1966)[19] | 422 | • Secured[20] Transactions • Zoning[21] | None | • Pardon and Parole (from Pardon) • Trade Regulation (from Trade-marks and Trade-names and Unfair Competition) | • Arrest 71[22] • Constitutional Law 268[23] • Criminal Law 412, 517, 6271/2, 641, 998[24] • Searches and Seizures 3[25] • Insurance[26] |
| **Eighth Decennial** (1966 to 1976)[27] | 427 | • Arbitration (Arbitration and Reward plus Contracts key numbers) • Drugs and Narcotics (Druggists plus many others) • Federal Courts • Pretrial Procedure • Products Liability • Public Contracts • Securities Regulation • Military Justice[28] (from numerous topics: Criminal Law, Searches, Arrest, Indictments and Information, etc.) | • Arbitration and Reward • Druggists | • Health and Environment (from Health) • United States Magistrates (from United States Commissioners) • War and National Emergency (from War and National Defense) | • Civil Rights • Social Security and Public Welfare • Taxation |

| | | | | |
|---|---|---|---|---|
| **Ninth Decennial, Part 1** (1976 to 1981)[29] | 426 | • Abandoned and Lost Property (from Abandonment and Finding Lost Goods) <br>• Abortion and Birth Control (from Abortion in part) <br>• Accountants <br>• Chemical Dependents (from Drugs & Narcotics and Drunkards) <br>• Condominium <br>• Consumer Credit <br>• Consumer Protection (from Trade Regulation) <br>• Debtor and Creditor (from numerous sections) <br>• Deposits and Escrows (from Depositaries and Escrows) <br>• Dower and Curtesy (combines the topics Dower and Curtesy) <br>• Employers' Liability <br>• Illegitimate Children (from Bastards) <br>• Implied and Constructive Contracts <br>• Urban Railroads | • Abandonment (to Abandoned and Lost Property) <br>• Abortion (to Abortion and Birth Control) <br>• Assignments for Benefit of Creditors (to Debtor and Creditor) <br>• Compositions with Creditors (to Debtor and Creditor) <br>• Creditors' Suits (to Debtor and Creditor) <br>• Curtesy (to Dower and Curtesy) <br>• Depositaries (to Deposits and Escrows) <br>• Dower (to Dower and Curtesy) <br>• Drunkards (to Chemical Dependents) <br>• Escrows (to Deposits and Escrows) <br>• Finding Lost Goods (to Abandoned and Lost Property) <br>• Insolvency (to Debtor and Creditor) <br>• Literary Property (to Copyrights and Intellectual Property) <br>• Marshaling Assets and Securities (to Debtor and Creditor) <br>• Paupers ("Classification to this topic has been discontinued.  For related cases, some of which have in the past been classified her, see topic Social Security and Public <br>• Welfare." <br>• Pawnbrokers and Money Lenders (to Consumer Credit) | • Copyrights and Intellectual Property (from Copyrights and Literary Property) <br>• Credit Reporting Agencies (from Mercantile Agencies) <br>• Extortion and Threats (from Extortion) <br>• Extradition and Detainers (from Extradition) <br>• Illegitimate Children (from Bastards) <br>• Workers' Compensation (from Workmen's Compensation) <br>• Zoning and Planning (from Zoning) | • Administrative Law and Procedure <br>• Bankruptcy <br>• Internal Revenue <br>• Social Security and Public Welfare |
| **Ninth Decennial, Part 2** (1981 to 1986)[30] | 410 | • Children Out-of-Wedlock (from Bastards; and Illegitimate Children (two separate Topics) <br>• Commodity Futures Trading Regulation[31] | • Apprentices (to Master & Servant) <br>• Bastards (to Children Out-of-Wedlock) <br>• Continuance (to Pretrial Procedure) <br>• Depositions (to Pretrial Procedure) <br>• Discovery (to Pretrial Procedure) <br>• Dismissal and Nonsuit (to Pretrial Procedure) <br>• Estates Tail (to Estates in Property) <br>• Ground Rents (to Estates in Property) <br>• Illegitimate Children (to Children Out-of-Wedlock) <br>• Livery Stable Keepers (to Animals) <br>• Money Lent (to Implied and Constructive Contracts) <br>• Money Paid (to Implied and Constructive Contracts) <br>• Money Received (to Implied and Constructive Contracts) <br>• Reformatories (to Infants) <br>• Street Railroads (to Urban Railroads) <br>• Threats (to Extortion and Threats) <br>• Use and Occupation (to Implied and Constructive Contracts) <br>• Work and Labor (to Implied and Constructive Contracts) <br>• | • Children Out-of-Wedlock (from Bastards; and Illegitimate Children (two separate Topics) <br>• Estates in Property (from Estates) <br>• Officers and Public Employees (from Officers) <br>• Public Utilities (from Public Service Commissions) <br>• Schools (from Schools and School Districts) | • Bankruptcy <br>• Criminal Law <br>• Indians <br>• Infants <br>• Internal Revenue <br>• Jury <br>• Pardon and Parole <br>• Public Utilities (from Public Service Commissions) <br>• Searches and Seizures <br>• Securities Regulation <br>• United States Magistrates |
| **Tenth Decennial, Part 1** (1986 to 1991)[32] | 402 | • Double Jeopardy[33] <br>• Racketeer Influenced and Corrupt Organizations | • Abduction (to Criminal Law) <br>• Affray (to Criminal Law) <br>• Blasphemy (to Criminal Law) <br>• Common Scold (to Criminal Law) <br>• Dueling (to Criminal Law) <br>• Embracery (to Criminal Law) <br>• Fornication (to Criminal Law) <br>• Miscegenation (to Criminal Law) <br>• Piracy (to Criminal Law) <br>• Prize Fighting (to Criminal Law) <br>• | None | • Bankruptcy <br>• Civil Rights <br>• Criminal Law <br>• Federal Civil Procedure <br>• Habeas Corpus <br>• Internal Revenue |
| **Tenth Decennial, Part 2** (1991 to 1996)[34] | 402 | None | None | None | None |
| **Eleventh Decennial, Part 1** (1996 to 2001)[35] | 405 | • Child Custody <br>• Child Support <br>• Sentencing and Punishment | None | • Removal of Cases (from Removal of Causes) | None |
| **April 1, 2002** from Westlaw (Custom Digest) | 406 | • Merit Systems Protection | None | None | None |
| **Week of July 15, 2002** per notification from Dan Dabney (Head Taxonomer for West) and verified from Westlaw on August 9, 2002 (Custom Digest) | 404 | • Controlled Substances <br>• Environmental Law <br>• Health | • Drugs and Narcotics <br>• Health and Environment <br>• Hospitals <br>• Physicians and Surgeons <br>• Poisons | None | None |

| | | | | | |
|---|---|---|---|---|---|
| **Eleventh Decennial Digest, Part 2** (2001 to 2004) | | • Limited Liability Companies<br>• Public Amusement and Entertainment<br>• Trademarks<br>• Unemployment Compensation | • Theaters and Shows | None | None |
| **January 5, 2007** from Westlaw (Custom Digest) | | None | • Citizens<br>• Trade Regulation | None | None |
| **May 20, 2009** from Westlaw (Custom Digest) | | • Privileged Communications and Confidentiality<br>• P Protection of Endangered Persons | • Breach of the Peace | None | None |
| **Feb. 22, 2022** from Westlaw ("West Key Number System") | 363 | • Commercial Paper<br>• Common Interest Communities<br>• Extortion<br>• Finance, Banking, and Credit<br>• Lobbying<br>• Public Assistance<br>• Public Employment<br>• Real Property Conveyances<br>• Res Judicata<br>• Sex Offenses<br>• Social Security<br>• Threats, Stalking, and Harassment | • Accession<br>• Adultery<br>• Ambassadors and Consuls<br>• Attachment<br>• Banks and Banking (Subordinated under Finance Banking and Credit)<br>• Beneficial Associations<br>• Bigamy<br>• Bills and Notes<br>• Breach of Marriage Promise<br>• Building and Loan Associations<br>• Canals<br>• Children Out-of-Wedlock<br>• Clubs<br>• Colleges and Universities<br>• Compounding Offenses<br>• Debt, Action of<br>• 120 Deeds (Real Property Conveyances)<br>• Drains (Subordinated under Water Law)<br>• Escheat (Subordinated under Abandoned and Lost Property; and Wills)<br>• Estates In Property (Subordinated under Property)<br>• Exchange of Property (Subordinated under Real Property Conveyances)<br>• Execution (Subordinated under Creditors' Remedies)<br>• 165 Extortion and Threats (split between Extortion and Threats, Stalking, and Harassment)<br>• False Personation (Subordinated under False Pretenses)<br>• Fixtures (Subordinated under Property)<br>• Garnishment (Subordinated under Creditors' Remedies)<br>• Husband and Wife<br>• Mayhem<br>• Rape (to Sex Offenses)<br>• Release<br>• Remainders<br>• Reversions<br>• Social Security and Public Welfare (to Social Security and Public Assistance<br>• Sodomy (to Sex Offenses)<br>• Tenancy in Common<br>• Treaties<br>• Trover and Conversion<br>• Vendor and Purchaser<br>• Waste<br>• Merit Systems Protection | None | None |

---

[1] To identify new top-level topics, discontinued top-level topics, renamed top-level topics, and revised top-level topics, I compared each Digest to the preceding Digest edition.

[2] West Publishing Co., *Century Edition of the American Digest: A Complete Digest of All Reported American Cases from the Earliest Times to 1896* (1897).

[3] West Publishing Co., *Decennial Edition of the American Digest: A Complete Digest of All Reported Cases from 1897 to 1906* (1908); *see also* West Publishing Co., *Descriptive-Word Index to Decennial and All Key-Number Digests: A Means of Finding the Authorities in Point Through the Words Descriptive of the legal Principles or of the Facts in the Case* (1912).

[4] West Publishing Co., *Second Decennial Edition of the American Digest: A Complete Digest of All Reported Cases from 1906 to 1916* (1917); *see also* West Publishing Co., *Descriptive-Word Index to the First and Second Decennial digests: A Means of Finding the Authorities in Point Through the Words Descriptive of the Legal Principles or of the Facts in the Case* (1924).

[5] West Publishing Co., *Third Decennial Edition of the American Digest: A Complete Digest of all Reported Cases from 1916 to 1926* (1928).

[6] West Publishing Co., *Fourth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1926 to 1936* (1937); West Publishing Co., *Descriptive-Word Index Covering Third and Fourth Decennial Digests L-Z* (1940).

[7] *Fourth Decennial Digest, supra* note 6 ("A new Topic, *Workmen's Compensation*, has been incorporated for the first time, containing all the cases on this subject from the earliest times to date.").

[8] *Id.* ("Existing topics have been expanded to include new matter. Such is the topic, Bankruptcy, [key number symbol] 498, dealing with Reorganization of Corporations, and [key number symbol] 499, Reorganization of Railroads.").

[9] West Publishing Co., *Fifth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1936 to 1946* (1947).

[10] *Id.* ("Administrative Law and Procedure—Provides for changes which are brought about by the new Administrative Procedure Act, Tit. 5 U.S.C.A. §§ 1001-1011.").

[11] *Id.* ("Declaratory Judgments—Accommodates the exceptional activity and growth in this field of litigation.").

[12] *Id.* ("Federal Civil Procedure--Reflects thoroughly the modern procedure set up in the new Rules of Civil Procedure and provides ready access to cases covering practice and procedure in the District Courts of the United States.").

[13] *Id.* ("Internal Revenue—With the growing activities in the field of taxation this topic has been extensively broadened to meet this situation.").

[14] *Fifth Decennial Digest*, *supra* note 9 ("Army & Navy—Litigation involving questions arising out of World War II, see Army & Navy [key number symbol] 55 et seq.").

[15] *Id.* ("Bankruptcy—Changes in Bankruptcy reorganization laws, (Tit. 11, U.S.C.A. §§ 501 et seq.), have been provided for under Bankruptcy [Key Number symbol] 601 et seq.").

[16] *Id.* ("Radio—The new and active field of radio is represented in the expanded topic Telephones, Telegraphs and Radio, bringing together the three kindred branches of communication.").

[17] West Publishing Co., *Sixth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1946 to 1956* (1957).

[18] *Id.* ("So that the Bench and Bar may have convenient access to all cases for these major developments in the Key Number System, included in this digest are all cases from the earliest times to date for the following new or expanded topics: Armed Services [key number symbol] 101-125, Aviation, Discovery [key number symbol] 121-129, Divorce [key number symbol] 351-420, Labor Relation, Mental Health, Social Security and Public Welfare, Telecommunications.").

[19] West Publishing Co., *Seventh Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1956 to 1966* (1967).

[20] *Id.* ("To further reflect the change and development that marked this dynamic decade, the Publisher's classification experts … have prepared and added the following new topics, covering all decisional law from earliest times to the present: SECURED TRANSACTIONS, TRADE REGULATION, and ZONING.").

[21] *Id.*

[22] *Id.* ("The period covered by this Decennial has seen many important additions to the ever-expanding body of decisional law.  Perhaps nothing in the history of our criminal jurisprudence has so shaken traditional concepts as have the pronouncements, during this decennium, of the Supreme Court of the United States defining the rights of an accused. In view of the importance of these decisions, and so that the researcher might have readily available all of the precedents on the questions involved, the following KEY NUMBERS have been expanded to include all cases from earliest times to date: Arrest [key number symbol] 71; Constitutional Law [Key Number symbol] 268; Criminal Law [Key Number symbols] 412,517, 627 1/2, 641, 998; and Searches and Seizures [Key Number symbol] 3.  To further reflect the change and development that marked this dynamic decade, the Publisher's classification experts have completely revised the topic INSURANCE[.]").

[23] *Id.*

[24] *Id.*

[25] *Id.*

[26] *Id.*

[27] West Publishing Co., *Eighth Decennial Digest: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1966 to 1976* (1977) ("[T]he following new and revised topics have been developed and are included in this Eighth Decennial Digest: ARBITRATION; CIVIL RIGHTS; DRUGS AND NARCOTICS; FEDERAL COURTS; PRETRIAL PROCEDURE; PRODUCTS LIABILITY; PUBLIC CONTRACTS; SECURITIES REGULATION; SOCIAL SECURITY AND PUBLIC WELFARE; TAXATION.").

[28] *Id.* Inclusion of "Military Justice" as drawing together content from other Topics but not as of yet reprinting all of the headnote glosses in that particular volume under the new Topic of "Military Justice."  Instead, the user is left to use the table to find the new Military Justice sub-topics within Topics appearing in other volumes of the *Eighth Decennial Digest* and earlier West Digests.

[29] West Publishing Co., *Ninth Decennial Digest, Part 1: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1976 to 1981* (1982) ("The following new and revised topics have been developed and are included in this Ninth Decennial Digest, Part 1: Abandoned and Lost Property; Abortion and Birth Control; Accountants; Administrative Law and Procedure; Bankruptcy; Chemical Dependents; Condominium; Consumer Credit; Consumer Protection; Copyrights and Intellectual Property; Credit Reporting Agencies; Debtor and Creditor; Deposits and Escrows; Dower and Curtesy; Employers' Liability; Extortion and Threats; Extradition and Detainers; Illegitimate Children; Implied and Constructive Contracts; Internal Revenue; Social Security and Public Welfare; Urban Railroads; Zoning and Planning.").

[30] West Publishing Co., *Ninth Decennial Digest, Part 2: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1981 to 1986* (1987).

[31] *Id.* ("The following new and revised topics have been developed and are included in this Ninth Decennial Digest, Part 2: Bankruptcy; Criminal Law; Commodity Futures Trading Regulation; Indians; Infants; Internal Revenue; Jury; Pardon and Parole; Public Utilities; Searches and Seizures; Securities Regulation; United States Magistrates.").

[32] West Publishing Co., *Tenth Decennial Digest, Part 1: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1986 to 1991* (1992).

[33] *Id.* ("The following new and revised topics have been developed and are included in this Tenth Decennial Digest, Part 1: Bankruptcy; Civil Rights; Criminal Law; Double Jeopardy; Federal Civil Procedure; Habeas Corpus; Internal Revenue; Racketeer Influenced and Corrupt Organizations.").

[34] West Publishing Co., *Tenth Decennial Digest, Part 2: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1991 to 1996* (1997).

[35] West Publishing Co., *Eleventh Decennial Digest, Part 1: A Complete Digest of All Decisions of the State and Federal Courts as Reported in the National Reporter System and the State Reports, 1996 to 2001* (2001).

EXHIBIT 5

**EXHIBIT 5**

**Table No. 3: Century Digest Topics & Sub-Topics (1897) & Their Present-Day Equivalent**

| Century Digest Volume Number | Century Digest Volume Name | Century Digest Publication Year | Century Digest Top-Level Topic | 2022 Topic Number if Applicable | 2022 Topic Name or Topic Subordinated Under | Action as to the Present |
|---|---|---|---|---|---|---|
| 1 | Abandonment — Advocate | 1897 | Abandonment | 1 | Abandoned and Lost Property | Renamed |
| | | | Abatement and Revival | 2 | Abatement and Revival | Original |
| | | | Abduction | NA | 110 Criminal Law | Subordinated Under |
| | | | Abortion | 4 | Abortion and Birth Control | Renamed |
| | | | Absentees | 5 | Absentees | Original |
| | | | Abstracts of Title | 6 | Abstracts of Title | Original |
| | | | Accession | NA | 315 Property | Subordinated Under |
| | | | Accord and Satisfaction | 8 | Accord and Satisfaction | Original |
| | | | Account | 9 | Account | Original |
| | | | Account, Action on | 10 | Account, Action on | Original |
| | | | Account Stated | 11 | Account Stated | Original |
| | | | Acknowledgement | 12 | Acknowledgement | Original |
| | | | Action | 13 | Action | Original |
| | | | Action on the Case | 14 | Action on the Case | Original |
| | | | Adjoining Landowners | 15 | Adjoining Landowners | Original |
| | | | Admiralty | 16 | Admiralty | Original |
| | | | Adoption | 17 | Adoption | Original |
| | | | Adulteration | 18 | Adulteration | Original |
| | | | Adultery | NA | 253 Marriage and Cohabitation; 134 Divorce | Subordinated Under |
| | | | Adverse Possession | 20 | Adverse Possession | Original |
| 2 | | 1898 | Affidavits | 21 | Affidavits | Original |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | Affidavits—Appeal and Error (Divisions I. to IX.) | | Affray | NA | 110 Criminal Law | Subordinated Under |
| | | | Agriculture | 23 | Agriculture | Original |
| | | | Aliens | 24 | Aliens, Immigration, And Citizenship | Renamed |
| | | | Alteration of Instruments | 25 | Alteration of Instruments | Original |
| | | | Ambassadors and Consuls | NA | 221 International Law | Subordinated Under |
| | | | Amicus Curiae | 27 | Amicus Curiae | Original |
| | | | Animals | 28 | Animals | Original |
| | | | Annuities | 29 | Annuities | Original |
| | | | Appeal and Error | 30 | Appeal and Error | Original |
| 3 | Appeal and Error (Divisions X. to XVIII) — Aqueducts | 1898 | Appearance | 31 | Appearance | Original |
| | | | Apprentices | NA | Master and Servant (subsequently, 308 Principle and Agent) | Subordinated Under |
| 4 | Arbitration and Award — Associations | 1898 | Arbitration and Award | NA | 25T Alternative Dispute Resolution | Subordinated Under |
| | | | Army and Navy | 34 | Armed Services | Renamed |
| | | | Arrest | 35 | Arrest | Original |
| | | | Arson | 36 | Arson | Original |
| | | | Assault and Battery | 37 | Assault and Battery | Original |
| | | | Assignments | 38 | Assignments | Original |
| | | | Assignments for Benefit of Creditors | NA | Debtor and Creditor (subsequently, 108H Creditors' Remedies) | Subordinated Under |
| | | | Assistance, Writ of | 40 | Assistance, Writ of | Original |
| | | | Associations | 41 | Associations | Original |
| 5 | Assumpsit, Action of — Bailiffs | 1898 | Assumpsit, Action of | 42 | Assumpsit, Action of | Original |
| | | | Asylums | 43 | Asylums and Assisted Living Facilities | Renamed |
| | | | Attachment | NA | 108H Creditors' Remedies | Subordinated Under |

|  |  |  |  | Attorney and Client | 46H | Attorneys and Legal Services | Renamed |
|---|---|---|---|---|---|---|---|
|  |  |  |  | Attorney General | 46 | Attorney General | Original |
|  |  |  |  | Auctions and Auctioneers | 47 | Auctions and Auctioneers | Original |
|  |  |  |  | Audita Querela | 48 | Audita Querela | Original |
|  |  |  |  | Bail | 49 | Bail | Original |
| 6 | Bailment — Bill Quia Timet | 1899 |  | Bailment | 50 | Bailment | Original |
|  |  |  |  | Bankruptcy | 51 | Bankruptcy | Original |
|  |  |  |  | Banks and Banking | NA | 172H Finance, Banking, and Credit | Subordinated Under |
|  |  |  |  | Bastards | NA | Children Out-of-Wedlock (subsequently, 76E. Child Support and 285. Parent and Child) | Subordinated Under |
|  |  |  |  | Beneficial Associations | NA | 41 Associations | Subordinated Under |
|  |  |  |  | Bigamy | NA | 253 Marriage and Cohabitation | Subordinated Under |
| 7 | Bills and Notes — Bonded Warehouses | 1899 |  | Bills and Notes | NA | 83E Commercial Paper | Subordinated Under |
|  |  |  |  | Blasphemy | NA | 110 Criminal Law | Subordinated Under |
| 8 | Bonds — Carnal Knowledge | 1899 |  | Bonds | 58 | Bonds | Original |
|  |  |  |  | Boundaries | 59 | Boundaries | Original |
|  |  |  |  | Bounties | 60 | Bounties | Original |
|  |  |  |  | Breach of Marriage Promise | NA | 253 Marriage and Cohabitation | Subordinated Under |
|  |  |  |  | Breach of the Peace | NA | 129 Disorderly Conduct | Subordinated Under |
|  |  |  |  | Bribery | 63 | Bribery | Original |
|  |  |  |  | Bridges | 64 | Bridges | Original |
|  |  |  |  | Brokers | 65 | Brokers | Original |
|  |  |  |  | Building and Loan Associations | NA | 172H Finance, Banking, and Credit | Subordinated Under |

| | | | | Burglary | 67 | Burglary | Original |
|---|---|---|---|---|---|---|---|
| | | | | Canals | NA | 405 Water Law | Subordinated Under |
| | | | | Cancellation of Instruments | 69 | Cancellation of Instruments | Original |
| 9 | Carriers — Cities | 1899 | | Carriers | 70 | Carriers | Original |
| | | | | Cemeteries | 71 | Cemeteries | Original |
| | | | | Census | 72 | Census | Original |
| | | | | Certiorari | 73 | Certiorari | Original |
| | | | | Champerty and Maintenance | 74 | Champerty and Maintenance | Original |
| | | | | Charities | 75 | Charities | Original |
| | | | | Chattel Mortgages | 76 | Chattel Mortgages | Original |
| 10 | Citizens — Contractors | 1899 | | Citizens | NA | 24 Aliens, Immigration, and Citizenship | Subordinated Under |
| | | | | Civil Rights | 78 | Civil Rights | Original |
| | | | | Clerks of Courts | 79 | Clerks of Courts | Original |
| | | | | Clubs | NA | Various (23H Alcoholic beverages; 78 Civil Rights; 220 Internal Revenue; 414 Zoning and Planning) | Subordinated Under |
| | | | | Colleges and Universities | NA | 141E Education | Subordinated Under |
| | | | | Collision | 82 | Collision | Original |
| | | | | Commerce | 83 | Commerce | Original |
| | | | | Common Lands | 84 | Common Lands | Original |
| | | | | Common Law | 85 | Common Law | Original |
| | | | | Common Scold | NA | 110 Criminal Law | Subordinated Under |
| | | | | Compositions with Creditors | NA | Debtor and Creditor (subsequently, 108H Creditors' Remedies) | Subordinated Under |
| | | | | Compounding Felony | NA | 282 Obstructing Justice | Subordinated Under |

4

|  |  |  | Compromise and Settlement | 89 | Compromise, Settlement, And Release | Renamed |
|---|---|---|---|---|---|---|
|  |  |  | Confusion of Goods | 90 | Confusion of Goods | Original |
|  |  |  | Conspiracy | 91 | Conspiracy | Original |
|  |  |  | Constitutional Law | 92 | Constitutional Law | Original |
|  |  |  | Contempt | 93 | Contempt | Original |
|  |  |  | Continuance | NA | 307A Pretrial Procedure | Subordinated Under |
| 11 | Contracts — Corporation Courts | 1899 | Contracts | 95 | Contracts | Original |
|  |  |  | Contribution | 96 | Contribution | Original |
|  |  |  | Conversion | 97C | Conversion and Civil Theft | Renamed |
|  |  |  | Convicts | 98 | Convicts | Original |
|  |  |  | Copyrights | 99 | Copyrights and Intellectual Property | Renamed |
|  |  |  | Coroners | 100 | Coroners | Original |
| 12 | Corporations — Co-Servants | 1899 | Corporations | 101 | Corporations and Business Organizations | Renamed |
| 13 | Costs — Courtyard | 1899 | Costs | 102 | Costs, Fees, and Sanctions | Renamed |
|  |  |  | Counterfeiting | 103 | Counterfeiting | Original |
|  |  |  | Counties | 104 | Counties | Original |
|  |  |  | Court Commissioners | 105 | Court Commissioners | Original |
|  |  |  | Courts | 106 | Courts | Original |
| 14 | Covenant, Action of — Criminal Law (Divisions I to XII) | 1899 | Covenant, Action of | 107 | Covenant, Action of | Original |
|  |  |  | Covenants | 108 | Covenants | Original |
|  |  |  | Creditors' Suits | NA | Debtor and Creditor (subsequently, 108H Creditors' Remedies) | Subordinated Under |
|  |  |  | Criminal Law | 110 | Criminal Law | Original |
| 15 | Criminal Law (Divisions XIII to XVII) — | 1900 | Crops | 111 | Crops | Original |
|  |  |  | Curtesy | NA | Dower and Curtesy (Subsequently 124 Descent and Distribution) | Subordinated Under |

| | | | Customs and Usages | 113 | Customs and Usages | Original |
|---|---|---|---|---|---|---|
| | Dedimus Potestatem | | Customs Duties | 114 | Customs Duties | Original |
| | | | Damages | 115 | Damages | Original |
| | | | Dead Bodies | 116 | Dead Bodies | Original |
| | | | Death | 117 | Death | Original |
| | | | Debt, Action of | NA | 108H Creditors' Remedies | Subordinated Under |
| | | | Dedication | 118 | Dedication | Original |
| 16 | Deeds — Disjunctive Allegations | 1900 | Deeds | NA | 322H Real Property Conveyances | Subordinated Under |
| | | | Depositaries | NA | 122A Deposits and Escrows | Subordinated Under |
| | | | Depositions | NA | 307A Pretrial Procedure | Subordinated Under |
| | | | Deposits in Court | 123 | Deposits in Court | Original |
| | | | Descent and Distribution | 124 | Descent and Distribution | Original |
| | | | Detectives | 125 | Detectives and Security Guards | Renamed |
| | | | Detinue | 126 | Detinue | Original |
| | | | Discovery | NA | 307A Pretrial Procedure | Subordinated Under |
| 17 | Dismissal and Nonsuit — Ejusdem Generis | 1900 | Dismissal and Nonsuit | NA | 307A Pretrial Procedure | Subordinated Under |
| | | | Disorderly Conduct | 129 | Disorderly Conduct | Original |
| | | | Disorderly House | 130 | Disorderly House | Original |
| | | | District and Prosecuting Attorneys | 131 | District and Prosecuting Attorneys | Original |
| | | | District of Columbia | 132 | District of Columbia | Original |
| | | | Disturbance of Public Assemblage | 133 | Disturbance of Public Assemblage | Original |
| | | | Divorce | 134 | Divorce | Original |
| | | | Domicile | 135 | Domicile | Original |

6

| | | | | Dower | NA | Dower and Curtesy (Subsequently 124 Descent and Distribution) | Subordinated Under |
|---|---|---|---|---|---|---|---|
| | | | | Drains | NA | 405 Water Law | Subordinated Under |
| | | | | Druggists | NA | Drugs and Narcotics (Subsequently 96H Controlled Substances) | Subordinated Under |
| | | | | Drunkards | NA | 76A Chemical Dependents | Subordinated Under |
| | | | | Dueling | NA | 110 Criminal Law | Subordinated Under |
| | | | | Easements | 141 | Easements | Original |
| | | | | Ejectment | 142 | Ejectment | Original |
| 18 | Election — Equitable Waste | 1900 | | Election of Remedies | 143 | Election of Remedies | Original |
| | | | | Elections | 142T | Election Law | Renamed |
| | | | | Electricity | 145 | Electricity | Original |
| | | | | Embezzlement | 146 | Embezzlement | Original |
| | | | | Embracery | NA | 110 Criminal Law | Subordinated Under |
| | | | | Eminent Domain | 148 | Eminent Domain | Original |
| | | | | Entry, Writ of | 149 | Entry, Writ of | Original |
| 19 | Equity — Eviction | 1900 | | Equity | 150 | Equity | Original |
| | | | | Escape | 151 | Escape | Original |
| | | | | Escheat | NA | 1 Abandoned and Lost Property; and 409 Wills | Subordinated Under |
| | | | | Escrows | NA | 122A Deposits and Escrows | Subordinated Under |
| | | | | Estates | NA | 315 Property | Subordinated Under |
| | | | | Estates Tail | NA | 315 Property | Subordinated Under |
| | | | | Estoppel | 156 | Escape | Original |
| 20 | Evidence — Excavations | 1900 | | Evidence | 157 | Evidence | Original |

| 21 | Exceptions — Executor de Son Tort | 1900 | Exceptions, Bill of | 158 | Exceptions, Bill of | Original |
| | | | Exchange of Property | NA | 322H Real Property Conveyances | Subordinated Under |
| | | | Exchanges | 160 | Exchanges | Original |
| | | | Execution | NA | 108H Creditors' Remedies | Subordinated Under |
| 22 | Executors and Administrators — Exemplification | 1901 | Executors and Administrators | 162 | Executors and Administrators | Original |
| 23 | Exemptions — Frauds, Statute of | 1901 | Exemptions | 163 | Exemptions | Original |
| | | | Explosives | 164 | Explosives | Original |
| | | | Extortion | 164T | Extortion | Original |
| | | | Extradition | 166 | Extradition and Detainers | Renamed |
| | | | Factors | 167 | Factors | Original |
| | | | False Imprisonment | 168 | False Imprisonment | Original |
| | | | False Personation | NA | 170 False Pretenses | Subordinated Under |
| | | | False Pretenses | 170 | False Pretenses | Original |
| | | | Fences | 171 | Fences | Original |
| | | | Ferries | 172 | Ferries | Original |
| | | | Finding Lost Goods | NA | 1 Abandoned and Lost Property | Subordinated Under |
| | | | Fines | 174 | Fines | Original |
| | | | Fires | 175 | Fires | Original |
| | | | Fish | 176 | Fish | Original |
| | | | Fixtures | NA | 315 Property | Subordinated Under |
| | | | Food | 178 | Food | Original |
| | | | Forcible Entry and Detainer | 179 | Forcible Entry and Detainer | Original |
| | | | Forfeitures | 180 | Forfeitures | Original |
| | | | Forgery | 181 | Forgery | Original |

8

| | | | Fornication | NA | 110 Criminal Law | Subordinated Under |
|---|---|---|---|---|---|---|
| | | | Franchises | 183 | Franchises | Original |
| | | | Fraud | 184 | Fraud | Original |
| | | | Frauds, Statute of | 185 | Frauds, Statute of | Original |
| 24 | Fraudulent Conveyances — Guano | 1901 | Fraudulent Conveyances | 186 | Fraudulent Conveyances | Original |
| | | | Game | 187 | Game | Original |
| | | | Gaming | 188 | Gaming and Lotteries | Subordinated Under |
| | | | Garnishment | NA | 108H Creditors' Remedies | Subordinated Under |
| | | | Gas | 190 | Gas | Original |
| | | | Gifts | 191 | Gifts | Original |
| | | | Good Will | 192 | Good Will | Original |
| | | | Grand Jury | 193 | Grand Jury | Original |
| | | | Ground Rents | NA | Estates in Property (Subsequently 315 Property) | Subordinated Under |
| 25 | Guaranty — Homestead | 1901 | Guaranty | 195 | Guaranty | Original |
| | | | Guardian and Ward | 196 | Guardian and Ward | Original |
| | | | Habeas Corpus | 197 | Habeas Corpus | Original |
| | | | Hawkers and Peddlers | 198 | Hawkers and Peddlers | Original |
| | | | Health | 198H | Health (became Health and Environment from 1977 to 2002 before reverting to 198H Health) | Original |
| | | | Highways | 200 | Highways | Original |
| | | | Holidays | 201 | Holidays | Original |
| | | | Homestead | 202 | Homestead | Original |
| 26 | Homicide – Imprisonment | 1901 | Homicide | 203 | Homicide | Original |
| | | | Hospitals | NA | 198H Health | Subordinated Under |
| | | | Husband and Wife | NA | 253 Marriage and Cohabitation | Subordinated Under |

9

| 27 | Improvements – Insimul Computassent | 1901 | Improvements | NA | 315 Property | Subordinated Under |
| | | | Incest | 207 | Incest | Original |
| | | | Indemnity | 208 | Indemnity | Original |
| | | | Indians | 209 | Indians | Original |
| | | | Indictment and Information | 210 | Indictment and Charging Instruments | Renamed |
| | | | Infants | 211 | Infants | Original |
| | | | Injunction | 212 | Injunction | Original |
| | | | Innkeepers | 213 | Innkeepers | Original |
| | | | Insane Persons | NA | Mental Health | Subordinated Under |
| 28 | Insolvency -- Insurance | 1901 | Insolvency | NA | Debtor and Creditor (Subsequently, 108H Creditors' Remedies) | Subordinated Under |
| | | | Inspection | 216 | Inspection | Original |
| | | | Insurance | 217 | Insurance | Original |
| 29 | Insurrection – Judges | 1901 | Insurrection | 218 | Insurrection and Sedition | Renamed |
| | | | Interest | 219 | Interest | Original |
| | | | Internal Revenue | 220 | Internal Revenue | Original |
| | | | International Law | 221 | International Law | Original |
| | | | Interpleader | 222 | Interpleader | Original |
| | | | Intoxicating Liquors | 23H | Alcoholic Beverages | Renamed |
| | | | Joint Adventures | 226H | Joint Ventures | Renamed |
| | | | Joint-Stock Companies | NA | 101 Corporations and Business Organizations | Subordinated Under |
| | | | Joint Tenancy | NA | 322H Real Property Conveyances | Subordinated Under |
| | | | Judges | 227 | Judges | Original |
| 30 | Judgment – Judicial Process | 1902 | Judgment | 228 | Judgment | Original |
| 31 | | 1902 | Judicial Sales | 229 | Judicial Sales | Original |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Judicial Sales – Landing | | Jury | 230 | Jury | Original |
| | | | Justices of the Peace | 231 | Justices of the Peace | Original |
| | | | Kidnapping | 231E | Kidnapping | Original |
| 32 | Landlord and Tenant – Life Annuity | 1902 | Landlord and Tenant | 233 | Landlord and Tenant | Original |
| | | | Larceny | 234 | Larceny | Original |
| | | | Levees | NA | 405 Water Law | Subordinated Under |
| | | | Lewdness | NA | 281 Obscenity | Subordinated Under |
| | | | Libel and Slander | 237 | Libel and Slander | Original |
| | | | Licenses | 238 | Licenses | Original |
| | | | Liens | 239 | Liens | Original |
| 33 | Life Estates – Mantraps | 1902 | Life Estates | NA | 315 Property | Subordinated Under |
| | | | Limitation of Actions | 241 | Limitation of Actions | Original |
| | | | Lis Pendens | 242 | Lis Pendens | Original |
| | | | Literary Property | NA | 99 Copyrights and Intellectual Property | Subordinated Under |
| | | | Livery Stable Keepers | NA | 28 Animals | Subordinated Under |
| | | | Logs and Logging | 245 | Logs and Logging | Original |
| | | | Lost Instruments | 246 | Lost Instruments | Original |
| | | | Lotteries | 188 | Gaming and Lotteries | Subordinated Under |
| | | | Malicious Mischief | 248 | Malicious Mischief | Original |
| | | | Malicious Prosecution | 249 | Malicious Prosecution | Original |
| | | | Mandamus | 250 | Mandamus | Original |
| 34 | Manufactures – Miscarriage | 1902 | Manufactures | 251 | Manufactures | Original |
| | | | Maritime Liens | 252 | Maritime Liens | Original |
| | | | Marriage | 253 | Marriage and Cohabitation | Renamed |

11

| | | | Marshaling Assets and Securities | NA | 108 Creditors' Remedies | Subordinated Under |
|---|---|---|---|---|---|---|
| | | | Master and Servant | NA | 308 Principal and Agent | Subordinated Under |
| | | | Mayhem | NA | 37 Assault and Battery | Subordinated Under |
| | | | Mechanics' Liens | 257 | Mechanics' Liens | Original |
| | | | Mercantile Agencies | NA | Renamed Credit Reporting Agencies and subsequently subordinated under 172H Finance, Banking, and Credit | Subordinated Under |
| | | | Militia | 259 | Militia | Original |
| | | | Mines and Minerals | 260 | Mines and Minerals | Original |
| 35 | Miscegenation – Municipal Aid | 1902 | Miscegenation | NA | 110 Criminal Law | Subordinated Under |
| | | | Money Lent | NA | 205H Implied and Constructive Contracts | Subordinated Under |
| | | | Money Paid | NA | 205H Implied and Constructive Contracts | Subordinated Under |
| | | | Money Received | NA | 205H Implied and Constructive Contracts | Subordinated Under |
| | | | Monopolies | 265 | Monopolies | Original |
| | | | Mortgages | 266 | Mortgages and Deeds of Trust | Renamed |
| | | | Motions | 267 | Motions | Original |
| 36 | Municipal Corporations – Naval Officers | 1902 | Municipal Corporations | 268 | Municipal Corporations | Original |
| | | | Names | 269 | Names | Original |
| 37 | Navigable Waters – Parties | 1902 | Navigable Waters | NA | 405 Water Law | Subordinated Under |
| | | | Ne Exeat | 271 | Ne Exeat | Original |
| | | | Negligence | 272 | Negligence | Original |
| | | | Neutrality Laws | NA | 221 International Law | Subordinated Under |
| | | | Newspapers | 274 | Newspapers | Original |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | New Trial | 275 | New Trial | Original |
| | | | Notaries | 276 | Notaries | Original |
| | | | Notice | 277 | Notice | Original |
| | | | Novation | 278 | Novation | Original |
| | | | Nuisance | 279 | Nuisance | Original |
| | | | Oath | 280 | Oath | Original |
| | | | Obscenity | 281 | Obscenity | Original |
| | | | Obstructing Justice | 282 | Obstructing Justice | Original |
| | | | Officers | NA | Renamed Officers and Public Employees and subsequently subordinated under 316P Public Employment | Subordinated Under |
| | | | Pardon | 284 | Pardon and Parole | Renamed |
| | | | Parent and Child | 285 | Parent and Child | Original |
| | | | Parliamentary Law | 286 | Parliamentary Law | Original |
| | | | Parties | 287 | Parties | Original |
| 38 | Partition – Paymasters | 1903 | Partition | 288 | Partition | Original |
| | | | Partnership | 289 | Partnership | Original |
| | | | Party Walls | 290 | Party Walls | Original |
| | | | Patents | 291 | Patents | Original |
| | | | Paupers | NA | 316E Public Assistance | Subordinated Under |
| | | | Pawnbrokers | NA | 172H Finance, Banking, and Credit | Subordinated Under |
| 39 | Payment – Pleading | 1903 | Payment | 294 | Payment | Original |
| | | | Penalties | 295 | Penalties | Original |
| | | | Pensions | 296 | Pensions | Original |
| | | | Perjury | 297 | Perjury | Original |
| | | | Perpetuities | 298 | Perpetuities | Original |

13

|  |  |  | Physicians and Surgeons | NA | 198 Health | Subordinated Under |
|  |  |  | Pilots | 300 | Pilots | Original |
|  |  |  | Piracy | NA | 110 Criminal Law | Subordinated Under |
|  |  |  | Pleading | 302 | Pleading | Original |
| 40 | Pledges – Public Interest | 1903 | Pledges | 303 | Pledges | Original |
|  |  |  | Poisons | NA | 96H Controlled Substances | Subordinated Under |
|  |  |  | Possessory Warrant | 305 | Possessory Warrant | Original |
|  |  |  | Post Office | 306 | Postal Service | Renamed |
|  |  |  | Powers | 307 | Powers | Original |
|  |  |  | Principal and Agent | 308 | Principal and Agent | Original |
|  |  |  | Principal and Surety | 309 | Principal and Surety | Original |
|  |  |  | Prisons | 310 | Prisons | Original |
|  |  |  | Private Roads | 311 | Private Roads | Original |
|  |  |  | Prize Fighting | NA | 110 Criminal Law | Subordinated Under |
|  |  |  | Process | 313 | Process | Original |
|  |  |  | Prohibition | 314 | Prohibition | Original |
|  |  |  | Property | 315 | Property | Original |
|  |  |  | Prostitution | 315H | Prostitution | Original |
| 41 | Public Lands – Rank | 1903 | Public Lands | 317 | Public Lands | Original |
|  |  |  | Quieting Title | 318 | Quieting Title | Original |
|  |  |  | Quo Warranto | 319 | Quo Warranto | Original |
|  |  |  | Railroads | 320 | Railroads | Original |
| 42 | Rape – Salary | 1903 | Rape | 352H | Sex Offenses | Subordinated Under |
|  |  |  | Real Actions | 322 | Real Actions | Original |
|  |  |  | Receivers | 323 | Receivers | Original |
|  |  |  | Receiving Stolen Goods | 324 | Receiving Stolen Goods | Original |

| | | | Recognizances | 325 | Recognizances | Original |
|---|---|---|---|---|---|---|
| | | | Records | 326 | Records | Original |
| | | | Reference | 327 | Reference | Original |
| | | | Reformation of Instruments | 328 | Reformation of Instruments | Original |
| | | | Reformatories | NA | 211 Infants | Subordinated Under |
| | | | Registers of Deeds | 330 | Register of Deeds | Original |
| | | | Release | NA | 89 Compromise, Settlement, and Release | Subordinated Under |
| | | | Religious Societies | 332 | Religious Societies | Original |
| | | | Remainders | NA | 315 Property | Subordinated Under |
| | | | Removal of Causes | 334 | Removal of Cases | Renamed |
| | | | Replevin | 335 | Replevin | Original |
| | | | Reports | 336 | Reports | Original |
| | | | Rescue | 337 | Rescue | Original |
| | | | Reversions | NA | 315 Property | Subordinated Under |
| | | | Review | 339 | Review | Original |
| | | | Rewards | 340 | Rewards | Original |
| | | | Riot | 341 | Riot | Original |
| | | | Robbery | 342 | Robbery | Original |
| 43 | Sales – Shifting Use | 1903 | Sales | 343 | Sales | Original |
| | | | Salvage | 344 | Salvage | Original |
| | | | Schools and School Districts | NA | Renamed Schools and subsequently subordinated under 141E Education | Subordinated Under |
| | | | Scire Facias | 346 | Scire Facias | Original |
| | | | Seals | 347 | Seals | Original |
| | | | Seamen | 348 | Seamen | Original |
| | | | Searches and Seizures | 349 | Searches and Seizures | Original |

| | | | Seduction | 350 | Seduction | Original |
|---|---|---|---|---|---|---|
| | | | Sequestration | 351 | Sequestration | Original |
| | | | Set-off and Counterclaim | 352 | Set-off and Counterclaim | Original |
| | | | Sheriffs and Constables | 353 | Sheriffs and Constables | Original |
| 44 | Shipping – Subscribing Witnesses | 1903 | Shipping | 354 | Shipping | Original |
| | | | Signatures | 355 | Signatures | Original |
| | | | Slaves | 204T | Human Trafficking and Slavery | Renamed |
| | | | Sodomy | NA | 352H Sex Offenses | Subordinated Under |
| | | | Specific Performance | 358 | Specific Performance | Original |
| | | | Spendthrifts | 359 | Spendthrifts | Original |
| | | | States | 360 | States | Original |
| | | | Statutes | 361 | Statutes | Original |
| | | | Steam | 362 | Steam | Original |
| | | | Stipulations | 363 | Stipulations | Original |
| | | | Street Railroads | NA | 396A Urban Railroads | Subordinated Under |
| | | | Submission of Controversy | 365 | Submission of Controversy | Original |
| | | | Subrogation | 366 | Subrogation | Original |
| 45 | Subscriptions – Trade Fixtures | 1904 | Subscriptions | 367 | Subscriptions | Original |
| | | | Suicide | 368 | Suicide | Original |
| | | | Sunday | 369 | Sunday | Original |
| | | | Supersedeas | 370 | Supersedeas | Original |
| | | | Taxation | 371 | Taxation | Original |
| | | | Telegraphs and Telephones | 372 | Telegraphs, Telephones and Radio; subsequently Telecommunications | Renamed |
| | | | Tenancy in Common | NA | 315 Property | Subordinated Under |
| | | | Tender | 374 | Tender | Original |

16

| | | | Territories | 375 | Territories | Original |
|---|---|---|---|---|---|---|
| | | | Theaters and Shows | 315T | Public Amusement and Entertainment | Renamed |
| | | | Threats | 377E | First subordinated under Extortion and Threats; Subsequently broken off as a separate category and renamed Threats, Stalking, and Harassment. | Renamed |
| | | | Time | 378 | Time | Original |
| | | | Torts | 379 | Torts | Original |
| | | | Towage | 380 | Towage | Original |
| | | | Towns | 381 | Towns | Original |
| 46 | Trade-Marks and Trade-Names – Triors | 1904 | Trade-marks and Trade-names | 382T | First subordinated under Trade-marks and Trade-names and Unfair Competition; Subsequently renamed Trade Regulation; Subsequently renamed Trademarks as Trade Regulation was split off and added to 29T Antitrust and Trade Regulation. | Renamed |
| | | | Trade Unions | NA | Labor Relations; Subsequently 231H Labor and Employment | Subordinated Under |
| | | | Treason | 384 | Treason | Original |
| | | | Treaties | NA | 221 International Law | Subordinated Under |
| | | | Trespass | 386 | Trespass | Original |
| | | | Trespass to Try Title | 387 | Trespass to Try Title | Original |
| | | | Trial | 388 | Trial | Original |
| 47 | Trover and Conversion – Venditioni Exponas | 1904 | Trover and Conversion | 97C | Conversion and Civil Theft | Renamed |
| | | | Trusts | 390 | Trusts | Original |
| | | | Turnpikes and Toll Roads | 391 | Turnpikes and Toll Roads | Original |
| | | | Undertakings | 392 | Undertakings | Original |
| | | | United States | 393 | United States | Original |

17

| | | | United States Commissioners | 394 | United States Magistrates; Subsequently, United States Magistrate Judges | Renamed |
|---|---|---|---|---|---|---|
| | | | United States Marshals | 395 | United States Marshals | Original |
| | | | Unlawful Assembly | 396 | Unlawful Assembly | Original |
| | | | Use and Occupation | NA | 205H Implied and Constructive Contracts | Subordinated Under |
| | | | Usury | 398 | Usury | Original |
| | | | Vagrancy | 399 | Vagrancy | Original |
| 48 | Vendor and Purchaser — Willful Injuries | 1904 | Vendor and Purchaser | NA | 322H Real Property Conveyances | Subordinated Under |
| | | | Venue | 401 | Venue | Original |
| | | | War | 402 | War and National Defense; subsequently War and National Emergency | Renamed |
| | | | Warehousemen | 403 | Warehouseman | Original |
| | | | Waste | NA | 149E Environmental Law | Subordinated Under |
| | | | Waters and Water Courses | 405 | Water Law | Renamed |
| | | | Weapons | 406 | Weapons | Original |
| | | | Weights and Measures | 407 | Weights and Measures | Original |
| | | | Wharves | 408 | Wharves | Original |
| 49 | Wills – Without Recourse | 1904 | Wills | 409 | Wills | Original |
| 50 | Witnesses – Year | 1904 | Witnesses | 410 | Witnesses | Original |
| | | | Woods and Forests | 411 | Woods and Forests | Original |
| | | | Work and Labor | NA | 205H Implied and Constructive Contracts | Subordinated Under |

18

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | Case No. 1:20-cv-00613-SB |
| Plaintiffs, | |
| v. | **CONFIDENTIAL** |
| ROSS INTELLIGENCE INC., | |
| Defendant. | |

**REBUTTAL REPORT TO THE REPORT OF PLAINTIFFS' EXPERT DR. JONATHAN L. KREIN BY DEFENDANT'S EXPERT PROFESSOR RICHARD LEITER, J.D.**

## <u>TABLE OF CONTENTS</u>

I.      INTRODUCTION

II.     EXPERIENCE AND QUALIFICATIONS

III.    CONFIDENTIALITY

IV.     MATERIALS CONSIDERED

V.      THE TOP LEVEL DIGEST TOPICS ARE NOT CREATIVE OR UNIQUE
        TO WEST, RATHER THEY FOLLOW THE LOGICAL AND ORDINARY
        LANGUAGE OF THE LAW

CONFIDENTIAL REBUTTAL EXPERT REPORT                     CASE: 1:20-cv-00613-SB

## I.  INTRODUCTION

1.      I have been retained on behalf of Defendant ROSS Intelligence, Inc. ("ROSS") in the above-captioned matter. ROSS's counsel requested that I review and respond to the expert report submitted by Plaintiffs West Publishing Corporation and Thomson Reuters Enterprise Centre GmbH's ("Plaintiffs") expert, Jonathan Krein, August 1, 2022 ("Krein Report"). This rebuttal report describes my opinions with respect to Krein's assertions regarding the 91-top level topics of the West Key Number System ("WKNS").  This report describes my analysis process, findings, and the opinions I have reached in light of the materials I have reviewed and considered. It also presents the bases for those opinions.

## II.  EXPERIENCE AND QUALIFICATIONS

2.      My experience and qualifications are provided in my August 1, 2022 Expert Report ("Opening Report").  A current copy of my CV is attached hereto as Rebuttal Exhibit 1. In addition to materials listed in Exhibit 2 to my Opening Report, any additional materials that I received and considered in conjunction with the preparation of this report are attached hereto as Rebuttal Exhibit 2.

3.      My hourly rate to prepare this report and to testify at deposition and trial is $400 per hour. My compensation is not dependent upon the outcome of this case. I have never been retained as an expert or testified in federal or state court as an expert. This report reflects the opinions that I have formed through my own independent analysis and evaluation, and if called upon as a witness, I could testify completely as to these matters.

## III.  CONFIDENTIALITY

4.      I have read and agreed to abide by the Stipulated Protective Order (Dkt. 48) issued by this Court on May 21, 2021.  This report is based, in part, on information which

Plaintiffs have designated as CONFIDENTIAL pursuant to the stipulated protective order. Accordingly, this report has been designated CONFIDENTIAL, and should be treated with care as it is subject to the protective restrictions from the Stipulated Protective Order.

## IV.   MATERIALS CONSIDERED

5.     Since the filing of my Opening Report I have been provided with a copy of the report and attachments produced by Plaintiff's' expert, Opening Expert Report of Dr. Jonathan L. Krein ("Krein Report").  I have also been provided with Plaintiffs' Third Supplemental Interrogatory Response, and the exhibits thereto.  The materials which I considered in forming the opinions set forth in this Rebuttal Report are cited directly in this report or are the documents listed in Exhibit 2.

## V.   THE TOP LEVEL DIGEST TOPICS ARE NOT CREATIVE OR UNIQUE TO WEST, RATHER THEY FOLLOW THE LOGICAL AND ORDINARY LANGUAGE OF THE LAW

6.     The Krein Report claims that "[c]opying of the WKNS is also evident from a review of the "practice areas" that ROSS used in developing its case classifier, which it did by mapping the "practice areas" LegalEase and Morae Global provided in the file names of the Bulk Memos to ROSS's internal practice area list.  Specifically, Krein claims that it is "very clear" that the LPO Classification (as depicted in the chart at p. 58-60 of the Krein Report) comes from the WKNS.[1]  This is unsupported, what the Krein Report claims as top level digest topics unique to only the WKNS, is actually simply the articulation of the technical language of the law.  The top-level topics of the WKNS are identical to historical sources predating the WKNS and are identical to the names of causes of actions, areas of law, or even law school courses.  In sum, it is not "very clear" at all that the LPO Classification topic names came from the WKNS, or, in any case, that they are unique to the WKNS.

---

[1] Krein Report, ¶ 113.

CONFIDENTIAL REBUTTAL EXPERT REPORT                    CASE: 1:20-cv-00613-SB

7.      The language used in the WKNS system is the technical language of the law. Lawyers and judges use the language to teach, discuss, argue, and settle points of law. For example, when discussing a last will and testament with a client, a lawyer will use the term "will."

8.      In the same way, when a person wants to sell their car to another person, they will agree to a purchase price and terms of the sale and will call the transaction a "contract." Disagreements or negotiations about terms will always be referred to in roughly the same way: offer, acceptance, performance, breach.  There is no other way the parties and their representatives can clearly communicate about a transaction.  This is because the law has developed a specific language that describes this type of relationship.

9.      The language used by attorneys to analyze and discuss the law necessarily is the language used by courts, statutes, schools, and scholars.  Accordingly, it would not be logical for attorneys to use language that is different from the language used by courts, statutes, schools, or scholars.  For example, an attorney arguing that their client has not committed arson would need to describe the elements of arson, and use the terms of art relevant to "arson."  Similarly, some of the "WKNS topics," "Libel and Slander," "Negligence," or "Malicious Prosecution," are the names of various tort causes of actions.  Common sense dictates that an organizational scheme would use the names of these causes of actions, rather than organizing them under an absurd naming convention (i.e., referring to "Libel and Slander" as the "cause of action related to the saying or writing of false statement about another").

10.     The language of law is ancient and has been used since the origin of the Common Law. The earliest reporters captured the decisions of the courts as judges settled questions of law among parties.  When parties disagreed about the performance of a contract, lawyers would present evidence to the court about how/if a contract was formed, how/whether the contract was

5

"legal" or "legally performed."  When a judge heard the evidence presented about a transaction, their decision would use generally understood language to discuss whether the elements of a legitimate contract existed.  The language used was common and generally understood. The opinions and decisions of the court had to use this language so the parties understood their responsibilities and obligations.

11.    During this early period, the decisions of the court were collected and published by reporters. This was done for three reasons.  First, they were collected for accountability in order to preserve the rules expounded by the judges so that citizens and lawyers could consistently rely on the rules.  Second, they were preserved so that lawyers and people could learn the law and understand their rights.  Finally, they were gathered and published in a format that facilitated discovery and research.

12.    As the volume of reported judicial decisions grew, reporters also created indexes and digests that facilitated research.  Around the same time, scholars and experts in the law also began to write treatises describing people's/citizen's rights under the law.  It is difficult to locate some of the earliest digests and treatises, so it is nearly impossible to say with any certainty exactly when was the first occurrence of any particular legal term, but a cursory survey of old common law digests and treatises demonstrates that all fundamental legal terms existed in the common law from the earliest times of the common law.

13.    Below is a chart that illustrates the common terms used in the digesting of case law. Sir John Comyns' *Digest of the Laws of England* ("Comyns' *Digest*")[2] and John Mews' *Digest of English Case Law Contain the Reported Decision of the Superior Courts, and a Selection from Those if the Irish Courts* [3] and are two examples of independent digesting systems

---

[2] Sir John Comyns' *A Digest of the Laws of England* (5th ed. 1822) ("Comyns' *Digest*").
[3] John Mews' *Digest of English Case Law Contain the Reported Decision of the Superior Courts, and a Selection from Those if the Irish Courts* (1898) ("Mews' *Digest*").

that existed independently of the WKNS (and in the case of the Comyns' *Digest* **predated** the WKNS by eight decades),[4] but share, naturally, many of the same topics that West claims to be original and creative.[5]  As can be seen in this chart, an overwhelming majority of the "West Key Number Digest Topic as shown in TR-0179847-0179854" are identical to historical sources predating the WKNS.

| West Key Number System Digest Topic as shown in TR-0179847-TR-0179854* | Comyns' Digest (1822) | Mews' *Digest* (1898) |
|---|---|---|
| Abatement and Revival | Abatement | Abatement |
| Account | Account, stated | X |
| Action | Action | Action |
| Administrative Law and Procedure | X | X |
| Admiralty | Admiralty | Admiralty |
| Adulteration | X | Adulteration |
| Adverse Possession | X | Adverse Possession |
| Affidavits | Affidavit | Affidavits |
| Agriculture | X | X |
| Aliens, Immigration, and Citizenship | Alien | Alien |
| Alternative Dispute Resolution | X | X |
| Ambassadors and Consuls | Ambassador | Consul |
| Amicus Curiae | X | X |
| Appeal and Error | Appeal | Appeal, Error |
| Armed Services | Army | Army and Navy |
| Arson | Arson | Arson and Burning |
| Assignments | Assignment | Assignments |

---

[4] West first debuted WKNS, its classification system the *Century Edition of the American Digest: A Complete Digest of All Reported American Cases from the Earliest Times to 1896* (1897).  Opening Report, ¶¶ 20-22 and accompanying notes.

[5] Krein Report, ¶ 113; *Id.*, chart at p. 58-60.

| Bailment | Bailment | Bailment |
|---|---|---|
| Banks and Banking | X | Banker and Banking Company |
| Bills and Notes | Bill | Bills and Notes |
| Bribery | Bribery | Bribery |
| Burglary | Burglary | Burglary |
| Charities | Charitable Use | Charity |
| Child Custody | X | Custody of Children |
| Clerks of Court | Clerk | Clerk of the Peace |
| Commodity Futures Trading Regulations | X | X |
| Consumer Credit | X | X |
| Convicts | X | X |
| Creditor Remedies | Creditor | Creditor Suits |
| Customs and Usage | Custom | Custom |
| Disorderly Conduct | X | Disorderly House |
| Domicile | Domicil | Domicil |
| Double Jeopardy | X | X |
| Education | X | Education |
| Electricity | X | Electric Lighting |
| Embezzlement | X | Embezzlement |
| Eminent Domain | X | X |
| Environmental Law | X | X |
| Estoppel | Estoppel | Estoppel |
| Exchange of Property | Exchange | Exchange of Estates |
| Extortion | Extortion | Extortion |
| Fines | Fines | Fines |
| Forgery | Forgery | Forgery |
| Franchises | Franchises | Franchise |
| Good Will | X | Goodwill |
| Guaranty | Garranty | Guarantee and Indemnity |
| Highways | High-way | Highway |
| Homicide | Homicide | Homicide |
| Incest | X | X |
| Indians | X | X |

8

| Injunction | Injunction | Injunction |
|---|---|---|
| Inspection | Inspection | Inspection |
| Insurance | Insurance | Insurance |
| International Law | X | International Law |
| Kidnapping | X | X |
| Labor and Employment | Master-Servant | Work and Labour |
| Landlord and Tenant | Landlord Tenant | Landlord and Tenant |
| Libel and Slander | Libel | Libel, Slander |
| Life Estate | Life, Tenant for | Life, Estate for |
| Malicious Prosecution | X | Malicious Procedure and False Imprisonment, Malicious Inquiry |
| Marriage and Cohabitation | Marriage | Marriage |
| Mines and Minerals | Mines | Mines and Minerals |
| Monopolies | Monopoly | Monopoly |
| Negligence | Negligence | Negligence |
| Neutrality Laws | X | Neutrality |
| Notice | Notice | Notice |
| Novation | X | X |
| Pardon and Parole | Pardon | Pardon |
| Partnership | Partnership | Partnership |
| Pension | Pensions | Pension and Pay |
| Pleading | Plea | Pleading |
| Pretrial Procedure | X | X |
| Principal Agent | Principal and Agent | Principal and Agent |
| Privileged Communications and Confidentiality | Privilege | Privileged Communications |
| Products Liability | X | X |
| Property | Property | X |
| Public Utilities | X | X |
| Secured Transaction | X | Secured Creditor |
| Sex Offenses | Rape | X |
| Subrogation | X | X |
| Suicide | X | Suicide |

9

| Taxation | Taxes | Taxation of Costs<br>Taxes |
|---|---|---|
| Threats, Stalking, Harassment | X | Threats and Threatening Letters |
| Treason | Treason | Treason |
| Trespass | Trespass | Trespass |
| Vagrancy | Vagabonds or Vagrants | Vagrant |
| Venue | Venue | Venue |
| Weights and Measures | Weights and Measures | Weights and Measures |
| Woods and Forests | Woods | Woods and Forests Commissioners |
| Workers' Compensation | X | X |
| Zoning and Planning | X | X |

14.     Another significant fact is that the topics covered in each digest will reflect the times and the language of the times.  For example, WKNS lists a topic called "Commodity Futures Trading Regulations."  The Commodity Exchange Act was not enacted until 1936.[6]  A top-level topic relating to commodity trading regulations would not be created until after 1936— and more likely, creation of this topic would not make sense until there was a significant corpus of judicial opinions relating to this topic, such that having this top-level topic would make sense. This is obviously not a topic that would exist in the Common Law during the early development of the common law when the Comyns' *Digest* and Mews' *Digest* were written.  Similarly, a topic like Environmental Law did not exist as we know it today and simply is not in the Comyns' *Digest* or Mews' *Digest* because the issues covered by this legal topic simply were not at issue in the Eighteenth or Nineteenth Centuries.  For example, the Environmental Protection Agency was created in the 1970s,[7] signifying that issues relating to the environment, and by extension, environmental law, were becoming more prevalent.  The "Environmental Law" top-level topic

---

[6] COMMODITY FUTURES TRADING COMMISSION, https://www.cftc.gov/LawRegulation/CommodityExchangeAct/index.htm (last visited Sep.2, 2022).
[7] *The Origins of the EPA¸* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, https://www.epa.gov/history/origins-epa (last accessed Sep. 2, 2022).

did not appear in the WKNS until 2002[8], likely coinciding with the time when the corpus of judicial opinions relating to environmental law grew to sufficient size to merit top-level topic treatment.  Another example about the origin of legal terms is "Administrative Law."  At the turn of the Twentieth Century the study of governmental action and administration was just emerging. As a discreet topic, the issues that we would now consider relevant to this topic were variously treated in related subjects of constitutional law, jurisdiction and legislation. The First Decennial Edition of the *American Digest*, published in 1908 does not yet include the topic.[9]  Professor Frank Goodnow, of Columbia University is credited with inventing the term, "administrative law," which was picked up by his student, Professor Ernst Freund, who, as a scholar, expanded the topic and wrote one of the first text books on the subject.[10]

15.    Moreover, the law is not static and evolves over time. In addition, the language also changes as our civilization matures. For example, the Comyns' *Digest'* uses a term, "Chimin" for extensive coverage in the *Digest* for cases related to public roads. This is an old French legal term for "highways."[11]  West, of course, uses the English term, "highways" as a topic. There are many examples where the old digest terms have been modernized in the WKNS.[12]

16.    This is not to say that the language of the law was universal and uniform in every detail. Lawyers throughout the centuries have struggled with the challenge of developing a standard indexing tool to make finding cases efficient and direct.  The Comyns' *Digest* and

---

[8] Opening Report, Exs. 4, 5.

[9] *Id.*; West Publishing Co., *Decennial Edition of the American Digest: A Complete Digest of All Reported Cases from 1897 to 1906* (1908).

[10] Editors, *Ernest Freund – Pioneer of Administrative Law*, 29 U. CHICAGO LAW REV. 755, 755-56 (1961).

[11] John Bouvier, "Chimin," *A Law Dictionary Adapted to the Constitution and Laws of the United States of American and of the Several States of the American Union* (6th ed. 1856) ("CHIMIN. This is a corruption of the French word chemin, a highway.").

[12] Opening Report, ¶¶ 34-38 and accompanying notes.

CONFIDENTIAL REBUTTAL EXPERT REPORT                        CASE: 1:20-cv-00613-SB

Mews' *Digest* , mentioned above, are two examples of many attempts to index the common law as described in the courts.  There are many sources that describe the challenges as the volume of case law grew, particularly after the successful development by West Publishing of the first *comprehensive case reporting service*, the National Reporter System.  The creation of the National Reporting System ushered in a new era of case law reporting by publishing every decision rendered by the courts, including cases that had no official reporter, such as the decisions of the Federal district and circuit courts.  In the late Nineteenth Century, when West Publishing was founded, as the population grew, so, too, naturally did litigation and the need for a comprehensive index to give lawyers and researchers access to the laws as elucidated by the courts in their written decisions.  As described in my Opening Report, West recognized the need for such an index and found one in the Abbott's *United States Digest*, which they adapted and updated and applied to the new cases that were being published in the National Reporter System.[13]

17.      In addition to the Digests, there is substantial evidence that the topics Krein references  are reflected in the curriculum of law schools throughout the nation.  For example, the catalogs of some early law schools naturally describe the course of study for law students using common legal terms such as, "Admiralty," "Maritime," "Agency," "Partnership," "Sales," etc., terms which are also referenced in the WKNS topics.[14]  Another example can be found in the course catalog for Cumberland University from 1849, nearly a half century before West published the *Century* Digest with the WKNS.[15]  As described in the course catalog many of the

---

[13] *Id.*, ¶¶ 10, 16-19 and accompanying notes.

[14] Charles Folsom, *A Catalogue of the Faculty and Students of the Law School in Harvard University for the Second Term of the Academical [sic] Year 1842-43*, HARVARD LAW SCHOOL at 9 (1842) https://iiif.lib.harvard.edu/manifests/view/drs:8866717$13i (last visited Aug. 31, 2022).

[15] J. T. Figures, *A Catalogue of the Law School of Cumberland University at Lebanon Tennessee for the Academical [sic] Year 1848-49*, CUMBERLAND UNIVERSITY LAW SCHOOL at 4 (1848) https://upload.wikimedia.org/wikipedia/commons/8/8d/Catalogue_of_the_Law_School_of_Cumberland_University%2C_1848-1849_%28IA_184849L%29.pdf (last visited Aug. 31, 2022).

subjects listed as areas of focus for students are implied in the book titles to be studied: *Greenleaf on Evidence*, *Chitty on Contracts*, *Angell and Ames on Corporations*, *Long on Sales*, *Story on Agency*, and *Stephen on Pleading*, to name a few.[16]  Clearly the terms of the digest are not "original," but used the common language of the law.  How else can one describe or teach the law of contracts, except by using the term, "contracts?"  This topic is used in every digest examined for this report, and in every law school catalog.  Today, law schools, such as Nebraska College of Law offer courses entitled "Administrative Law," "Alternative Dispute Resolution," "Environmental Law," "International Law," "Secured Transaction," and "Workers' Compensation Law" all course names identical to the WKNS topics.[17]

18.     The most comprehensive description of the development of the resulting indexing tool can be found in the fourth edition of West's *American Digest Main Heads and Subdivisions of Classification Scheme; A Logical Analysis of the Law for the Use of Indexers and Digest Makers*, published in 1904.[18]  The authors describe in detail the need for a comprehensive index and the process used to acquire and adapt the system to their own publication of cases. But their purpose was beyond simply indexing their own publications.  In their own words, they recognized that the classification system had a near universal benefit to the practice of law, and offered it to indexers and digesters from any source.

19.     The introductory section of *American Digest Main Heads*, titled "Prospectus," lays out a detailed explanation for the need for a standard, uniform system for digesting case law, and details the efforts that West made to the American Bar Association in 1899 that resulted in

---

[16] *Id.*

[17] *Full Course Listing*, NEBRASKA COLLEGE OF LAW https://law.unl.edu/full-course-listing/ (last visited Sep. 2, 2022).

[18]  West Publishing Co., *American Digest Main Heads and Subdivisions of Classification Scheme; A Logical Analysis of the Law for the Use of Indexers and Digest Makers* (4th ed. 1904) ("*American Digest Main Heads*").

the association giving its approval of the West system as a standard and encouraged all digesters and indexers to use the system as a standard:

> The general adoption, by other editors and publishers, of the "American Digest classification scheme" has been a very interesting and significant development of the last two or three years. The lack of uniformity in digesting has long been recognized as an evil, entailing the unnecessary work and perplexity on the bar. The American Bar Association, for several years, had special reports prepared, pointing out the serious nature of this accepted inconvenience, and in its report for 1900 it offered the practical suggestion that the classification worked out so carefully for the American and Century Digests, and already familiar to the bar and approved by use, should be taken as the basis of law digesting throughout the country.

> Although the elaboration of this analysis had cost us at least $20,000, we felt that the importance to the bar of establishing a standard and uniform classification was so great that we should not be justified in withholding our assistance from any consideration merely of our proprietary rights. We therefore met the suggestion made by the American Bar Association by placing the scope-note pamphlet giving the outlines of our classification scheme in the hands of any editor who might desire to make use of it. We have had over a hundred requests for it, and it has been formally adopted by Lawyers' Co-operative Publishing Co. and by the Bancroft-Whitney Co. for use in the digests to be hereafter published by them. It has been followed, with credit duly given, in a number of late State Digests, and has been taken as a basis for the indexes of the current State Reports in a number of states. This wide-spread use will tend rapidly to establish this system as the standard in this country,-- a position which its intrinsic excellence well deserves.[19]

The purpose of publishing the *American Digest Main Heads and Subdivisions of Classification Scheme; A Logical Analysis of the Law for the Use of Indexers and Digest Makers*, as its subtitle makes clear was to share the system with "any editor who might desire to make use of it."

20.    In conclusion, two things are clear from my research.  First, the claim that West's topics and key numbers are original is false.  The topic terms are based upon ancient tradition and logical, standard language of the law, and can be seen in the early digests, the language of the law itself, legal scholarship, too, reveals many legal terms in common usage.  Second, the

---

[19] West Publishing Co., "Prospectus," *American Digest Main Heads* at 21.

CONFIDENTIAL REBUTTAL EXPERT REPORT                    CASE: 1:20-cv-00613-SB

need for a rigorous standard classification system was universally recognized and developed in the United States originally by the Abbott brothers and then adopted by West Publishing as their case-publication service, the National Reporter System, became prominent. At the same time, West promoted the American Digest System as a standard one to be used by any and all publishers in order to facilitate the work of lawyers, scholars, and all legal researchers.

Executed at Lincoln, Nebraska, on this 6th day of September, 2022.

_____
Professor Richard A. Leiter

15

EXHIBIT 1

# Richard A. Leiter

1301 North 37th Street
Lincoln, NE 68503
rleiter@unl.edu - 402-472-5737

## EXPERIENCE

**SCHMID LAW LIBRARY, UNIVERSITY OF NEBRASKA – LINCOLN COLLEGE OF LAW**
Lincoln, Nebraska
      **Director of the Law Library and Professor of Law** (2000 -  )
Tenured.  Responsible for the overall management and development of the law library faculty (4) and staff (8), programs, resources, budget and planning.  Teach first year and advanced legal research. Law Library has collection of nearly 360,000 and budget of about $1.3 million.  Responsible for programming and design of 20,000 sq ft law library addition and renovation, 2000.  Second renovation presently underway that involves two of three floors.
*– Fall 2011, Visiting Academic Research Fellow, Harvard Law School Library, Library Innovation Lab. On sabbatical leave from UNL.*

**ALLEN MERCER DANIEL LAW LIBRARY, HOWARD UNIVERSITY SCHOOL OF LAW**
Washington, District of Columbia
      **Associate Dean for Information Systems Technology**
**Director of the Law Library and Professor of Law** (1994 - 2000;  **Assoc. Dean** 1998 - 2000)
Promoted with tenure in 1999.  Responsible for the overall management and development of law school computing resources, the law library professional (7) and classified staff (11), teaching advanced legal research, and long range planning. Law Library has a collection of approximately 300,000 and budget of $1.9M.  Programmed and designed 70,000 sq ft law library facility.

**REGENT UNIVERSITY SCHOOL OF LAW, LAW LIBRARY**
Virginia Beach, Virginia
      **Director of the Law Library and Associate Professor of Law** (1991-1994)
Responsible for the overall management and development of the law library faculty (5) and staff (6.5), programs, budget and long range planning and teaching first-year and advanced legal research.  Law Library has a collection of 280,000 volumes.  Programmed, designed and supervised construction of 35,000 sq ft law library facility.  Supervised move into new facility.

**LITTLER, MENDELSON, FASTIFF & TICHY**
San Francisco, California
      **Head Librarian** (1988-91)
Responsible for all aspects of library service for law firm of 190 attorneys in 11 offices around the country.  Administered budget of over $700,000 per year.  Planned and implemented automated library systems, planned training program for new attorneys, summer associates, paralegals, and secretaries.  Member, marketing committee, library committee. Responsible for professional staff of two and four FTE library clerks.  Programmed and designed new law library facility.

**UNIVERSITY OF NEBRASKA COLLEGE OF LAW LIBRARY**
Lincoln, Nebraska
      **Public Services Librarian** (1986-88)
Responsible for all aspects of public service, including redesign of circulation system, inter-library loan program, reserve room policy, exhibit program, reference and computer lab. Wrote library user's manual.  Responsible for two-and-a-half full time professionals and paraprofessionals and 12 student desk attendants.


**UNIVERSITY OF TEXAS, TARLTON LAW LIBRARY**
Austin, Texas
      **Head of Reference** (1986) **Reference Librarian** (1984-86)
Responsible for supervision of the reference staff, including scheduling and professional continuing education.  Also responsible for maintaining bulletin boards, information counters, reference policies and CALR training for a faculty of 100 and a first year class of 500.  Faculty advisor, Phi Alpha Delta.


**HOPKINS, MITCHELL & CARLEY**
San Jose, California
      **Managing Librarian** (1983-84)
Responsible for library:  organizing, revitalizing and cataloging library collection. Planned new acquisition strategy, budget and layout of library.

**IRELL & MANELLA**
Los Angeles, California
      **Legal Research Aide** (1977-78)
General library research and reference; extensive out-of-office research and contact with a wide variety of libraries and administrative agencies in the Los Angeles area.

**THE HONORABLE DAVID W. WILLIAMS**
UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Los Angeles, California
      **Law Clerk-Crier (Externship)** (1980)
Drafted memoranda analyzing and making recommendations for rulings on motions; speech writing; bench memo for Ninth Circuit Court of Appeals.

**UNIVERSITAS ANDALAS (Professional University) & IKIP (Teacher Training College)**
Padang, West Sumatra, Indonesia
      **English Instructor (**1976-77)
Planned and implemented English courses for college students and faculty.  This was a volunteer position under auspices of *Volunteers in Asia (VIA)*, Stanford, CA.

## EDUCATION

Library Science
> **UNIVERSITY OF TEXAS**
> Austin, Texas - M.L.I.S., 1986

Law School
> **SOUTHWESTERN UNIVERSITY SCHOOL OF LAW**
> Los Angeles, California - J.D., 1981
>
> * Law Review:  Editor 1980-81; member 1979-80
> * Dean's scholarship 1980-81
> * Computer Law Journal:  Editor 1978
> * The Commentator (school newspaper):  Editor 1980-81; staff writer 1979-80
> * Phi Alpha Delta: Vice-Justice 1980-81; member 1978-80
> * The Advocate (yearbook): Editor 1981
> * Graduation Committee 1980-81
> * Certificate of Distinguished Service 1981

Undergraduate
> **UNIVERSITY OF CALIFORNIA, SANTA CRUZ**
> Santa Cruz, California - B.A., 1976
> Double major, Anthropology and Religious Studies.
> * Honors:  Graduated with Honors in Religious Studies and received Honors on thesis in Anthropology
>
> **SOUTHERN OREGON COLLEGE**
> Ashland, Oregon, 1971-72
> * Honors:  Dean's List

## Awards and Honors:

**Frederick Charles Hicks Award,** Recipient, 2020. Awarded by the Academic Law Libraries Section of the American Association of Law Libraries for "Outstanding Contributions to Academic Law Librarianship."

**Jospeh L. Andrews Bibliographical Award**, Recipient, 2003. For National Survey of State Laws, Sixth Edition. Awarded by American Association of Law Libraries. Awarded to recognize significant contributions to legal bibliographical literature.

**Kenneth L. Hirsh Award for Distinguished Service**, Recipient, 2010. Awarded by American Association of Law Libraries for distinguished service to the library community by furthering awareness of computing services in law libraries.

**Depository Library Council**, Appointment 2021. Three year appointment. Appointed to the Working Group on the Feasibility of an All-Digital Depository Library Program.

# PUBLICATIONS

## Books

National Survey of State Laws, Ninth Edition *in process* (Buffalo: Hein 2022)

National Survey of State Laws, Eighth Edition (Buffalo: Hein 2019)
        Seventh Edition (Buffalo: Hein 2015)
            *Winner 2003 Joseph L Andrews Bibliographical Award (AALL)
        Sixth Edition, Editor (Detroit:  The Gale Group, 2008)
        Fifth Edition, Editor (Detroit: Thomson-Gale, Inc. 2005)
        Fourth Edition, Editor (Detroit: Thomson-Gale, Inc. 2003)
        Third Edition, Editor (Detroit: The Gale Group, Inc., 1999)
        Second Edition, Editor (Detroit: Gale, Inc., 1997)
        First Edition, Editor (Detroit: Gale Research, Inc., 1993)

Landmark Supreme Court Cases, Third Edition (Facts on File 2017) *eBook*

Landmark Supreme Court Cases, Second Edition, with Roy Mersky (Facts on File 2011).

The Spirit of Law Librarianship, Second Edition. Co-Editor  with Prof. Roy Mersky (Chicago: Alert Publications, Inc., 2004).

Concordance of Federal Legislation, with A. White (Buffalo, NY:  Wm. S. Hein & Co., Inc. 1998).

*Introduction*: (Booklet) The Principles of Natural Law and The Principles of Politic Law by J.J. Burlamaqui, 1748, 1752.  Reprint by Legal Classics, Gryphon Editions, 1994.

The Spirit of Law Librarianship:  A Reader, Co-Editor  with Prof. Roy Mersky (Littleton, CO: Fred B. Rothman & Co.; 1991).

Steering Committee Member, Section Editor, and Contributor, Yellow Pads to Computers, First and Second Editions (Chicago:  American Bar Association, 1987, 1991.

Faculty Writings:  The University of Texas School of Law,  No. 31, Tarlton Legal Bibliography Series (Austin, TX:  University of Texas Tarlton Law Library, 1986).

New Frontiers in Forensic and Demonstrative Evidence,  No. 24, Tarlton Legal Bibliography Series (Austin, TX:  University of Texas Tarlton Law Library, 1985).

## Articles/Contributions

"Law Librarians' Roles in Modern Law Libraries," chapter in Academic Law Library Director Perspectives, edited by Michelle M. Wu (Buffalo, NY:  Wm. S. Hein & Co., Inc. 2015)

"Tools of Our Trade," AALL Spectrum Sept/Oct 37 (2013)

"Much Ado about Authentication," 23 Trends in Law Library Management and Technology 2 (2013)

"Publication in the Digital Age," 31:3 The Catchline 10 (Nov-Dec 2012)

"Who Gets to be the Expert? Legal Research Skills Certification in Legal Education," 28 <u>Legal Reference Services Quarterly</u> 271 (2009)

"Reflections on Ranganathan's Five Laws of Library Science," 95:3 <u>Law Library Journal</u> 411 (Summer 2003).

"Reflections on the Art of Mentoring," 14:3 <u>Trends in Law Library Management and Technology</u> (2004).

"The Use of Law Reviews in Modern Legal Research: The Computer Didn't Make Me Do It!" 90:1 <u>Law Library Journal</u> 59 (Winter 1998).

"Finally, Handheld Computers Have Come of Age," <u>National Law Journal</u>, page C4, July 1, 1996.

"PDA's: Not Just Toys Any More," <u>Legal Assistant Today</u>, July 1996.

"PDA: The Promise of Technology," <u>Legal Information Alert</u>, April/May 1996.

"Assault of the Citadel: Romancing the Crown Jewels of West Publishing," 14:1 <u>Legal Information Alert</u>, page 1, January 1995.

"Do You Need a Library?" Chapter 1, <u>Planning The Small Law Office Library</u>, Ed. Catherine Pennington. (Chicago: American Bar Association. 1994.

"FREESTYLE by Lexis: A Natural Development." 13:2 <u>Legal Information Alert</u> 1 (February 1994).

"WIN: 'It's the Natural Way'." 11: 6 <u>Legal Information Alert</u> 1 (November/December 1992).

Product Review: "Can Your Firm WIN With New Search Approach?" Vol. x, No. 9 <u>Leader's Legal Tech Newsletter</u> page 1 (December 1992).

"Navigating the Haystack: Legal Research Tips You Can Use," 8:6 <u>Legal Assistant Today</u> 52 (July/August 1991).

"What's New In On-Line Legal Databases," <u>Law Office Computing</u> 107 (Summer 1991).

"The Myth and Magic of Computer-Assisted Legal Research," 11:2 <u>California Lawyer</u> 57 (1991).

"The Collier Bankruptcy Law Library on CD-ROM" (with Leslie Ann Forrestor Sherren), 10: 6 <u>Legal Information Alert</u> 1 (June 1991).

"Research Instruction for Partners, Associates & Summer Associates," Paper presented at Conference on Teaching Legal Research in Private Law Firm libraries sponsored by Mead Data Central, held April 1990 in Washington, D.C. Papers presented at the conference were compiled and published in <u>Proceedings of the Conference on Teaching Legal Research in Private Law Firm Libraries</u> (Littleton, CO: Fred B. Rothman & Co., 1991).

"The Developments in the Practice of Law and Their Influence on the Enterprise of Law Publishing," essay for the Symposium of Law Publishers, special issue, <u>Legal Reference Services</u>

Quarterly, (29 Numbers 3/4 1991).  Also published as a monograph by Howorth Press, Symposium of Law Publishers, Thomas A. Woxland, Editor.  (NY:  Haworth Press, Inc.,  1991).

"The Future of CALR in Law Firms," 2:2 Trends in Law Library Management and Technology 1 (1988).

"A History of Legal Periodical Indexing," 7 Legal Reference Services Quarterly 35 (1987).

Note, "The 'New' Supervisory Power and Judicial Impotency:  The Loophole in the Fourth Amendment," 12 Sw. U.L. Rev. 449 (1981).


## Miscellaneous

Depository Library Council, member. Three year term, 2021-2024. Advisory committee of the Government Publishing Office.
       Task Force to Consider an All Digital GPO, 2022

FastCase 50 honoree, 2014. For recognition as a library innovator.

Leader, Law Library Tour of China. People to People. Fall, 2008.

Podcast, "Law Librarian Conversations." Broadcasts on the 3d Friday of the month. Available for downloads on iTunes and lawlibcon.classcater.net. Average numbers of listeners is about 550. Ran for 10 years.

Consultant, Liberty University School of Law, Lynchburg, VA.  Hired to plan law library for planned law school.  Responsible for strategic planning, hiring of initial staff, selecting collection, negotiating with vendors and planning layout of the library,  2003 – present.

Consultant, Handong University, Korea.  Hired to help plan and build an American Law Library for a planned law school,  2001-2002.

Columnist, "Legal Research Tips," bi-monthly column for Legal Assistant Today,
1991-1999.

Columnist, "Database News,"  monthly column for Legal Information Alert,  1993- present.

Columnist, "Law Library Hi-Tech," monthly column for the Monthly Newsletter of the American Association of Law Libraries 1990-1993 (term expired).

Interview, Legal Line (Column):  "What's Wrong with CD-ROM?"  Cary Griffith, Information Today, page 16, July/August 1992.  (My views on CD-ROM were the topic of this column for which I was interviewed extensively by Mr. Griffith.)

Profile, "Library is Guided by Three Principles," appeared in California Law Business (supplement to The Daily Journal), June 11, 1990.

Various editorials, Automatome, The Newsletter of the Automation and Scientific Development Special Interest Section of AALL, 1986-1989.

Moderator and Panelist.  "Law Firms and Legal Research." a roundtable discussion on the legal research skills training of law students and new associates.  A transcript was published in a special Legal Research Supplement to the January 26, 1990 issue of The Recorder, a San Francisco legal newspaper and host of the panel discussion.

Various book reviews, American Reference Books Annual, 1986-present,

Various book reviews,  Legal Information Alert, 1982- present.

## MEMBERSHIPS

American Bar Association (ABA), 1984 -  present; American Association of Law Libraries (AALL), 1982 - present; Association of American Law Schools (AALS) 1991 - present; Mid America Association of Law Libraries (MAALL) 2000 - present; American Library Association (ALA), 1984 - present; Nebraska Library Association (NLA), 2015 - present; SCRIBES, American Society of Writers on Legal Subjects, 1994 - present; Big Ten Law Library Alliance, steering committee (BTLLA) 2013 - .

Committees:

**\* AALL -**
Automation and Scientific Development (now Computer Services) Special Interest Section:
Newsletter (Automatome) Editor, 1986-89; Chair, 1989-90;
Member, 1985-
Awards Committee, member, 2007- 2010, 2020-2023.
Government Relations Committee, 2014-2017; Chair, 2016
Indexing Legal Periodicals Advisory Committee, member, 1989-92 (three-year term;
Chair,1990, 1991
Law Library Journal/Spectrum Editorial Advisory Committee, 2004-2007 (three-year term;
Chair, 2005, 2006)
Publications Committee, member, 1987;
Research Committee, 1997–1999 (three-year term), Chair 1998-1999.
Recruitment Committee, member, 1994-1997  (three-year term)
Special Committee to Promote the Development of Resources for the Legal Information Community. 1994-1995.  (Committee finished its charge.)

**\* AALS**
Chair, Law Libraries and Legal Information Section, 2021

**\*  MAALL-**
President, 2011.
Member Board of Directors, Mid America Law Library Consortium (MALLCO), 2000-
present.

**\* ABA -**
Library Committee, Economics of Law Practice Section (ABA): Vice Chair, 1986-88;
Member, 1986 - present;
Videotape Equipment Utilization Committee, Economics of Law Practice Section (ABA), Chair,
1988-90.
Section on Legal Education and Admission to the Bar, various site inspection teams, see
"Service Activities" section,  below.


**\* NLA**
Intellectual Freedom Roundtable, 2016 - .

## PROFESSIONAL ACTIVITIES

Presenter, "Taking the Fright out of Copyright," Annual meeting, Nebraska Library Association Annual Meeting, 2017
"Getting Real Law: Navigating the Internet for Reliable Sources of Law and Legal Materials," Annual meeting, Nebraska Library Association Annual Meeting, 2017

Various presentations at Doane College, Crete and Nebraska Wesleyan University to faculty on topic of copyright and classroom materials.

Presenter, "The Art of Social Networking in Law Libraries," Annual Co nference of Ninth Circuit  Branch Librarians, May 2010, Tucson, AZ.

Leader, "Legal Research and Legal Science Professional Delegation to China." Lead People to People Citizen Ambassador delegation to Beijing and China.  The delegation visited four universities with law schools, two law publishing companies and the Shanghai Public Library in a span of eleven days. October 24 – November 3, 2008.

Presenter, "ABA Questionnaire: New and Improved or...." Panelist, responder.
"Budgeting in a Recession; Or, Getting Blood for Turnips." Speaker.

Presenter, "Teaching the Teachers," Fall 2007, University of Texas School of Law. Panelist on Teaching Legal Research.

Presenter, "Where's My Jet Pack?" program at MAALL Annual Meeting, Fall 2005, Grand Forks, ND.

Co-creater and presenter, Legal Research for Non Law Librarians.  Half-day seminars presented to general academic, public, school and prison librarians.  Some programs have been offered under the auspices of the Nebraska Library commission, some have been offered directly to interested groups.  Program was presented four times in its first year, including in remote locations around the state.

Presenter, Law College's Estate and Gift Trust CLE program, 2001, 2002, 2003.

Faculty, Law Librarian's Society of the District of Columbia, Research Instruction Program, 1995, 1996, 1998.

Presenter, "Issues Confronting the Modern American Law School Library," Legal Information Seminar (for Russian legal educators), International Law Institute, October 7-25, 1996, Howard University School of Law.

Coordinator, "Managing the 'New' CALR in Law Libraries,"  AALL Annual Meeting Program, Indianapolis, IN, 1996.

Faculty, "Legal Looseleaf Services,"  LLSDC, Education Committee's Legal Research Institute, 1995, 1996.

Presenter, "Online Live!  Natural Language,"  Online '94/CD-ROM Conference and Exposition, San Francisco, CA, October 1994.

Panelist, "Religious Educational Institutions: Law Library Hiring Practices in a Changing Environment,"  AALL Annual Meeting, Seattle, WA, 1994.

Westlaw Advisory Board; member, 1990-1993; 2008–present (three-year term)

Advisory Board, Oceana Publications, Inc., 1993-2000.

Participant (by invitation only), "The McCrate Report: Where Do We Go From Here?"  Sponsored by the American Bar Association, University of Minnesota Law School, and West Publishing Company.  September 30 - October 2, 1993.

Participant, CALI/LEAP, Conference for Law School Computing Professionals,  Chicago-Kent College of Law, Chicago, IL, June 1993.

Participant (by invitation only), "Canadian Law & Legal Literature,"  Biennial conference sponsored by Duke University Law Library and the Duke University Canadian Studies Center.
              "Access to Legal Information in a Multilingual Culture," March 1992;
              "Canada and the World,"  March 1994.
Faculty, "Hot Topics in Employment Law,"  Managing the Private Law Library 1991:  Management Challenges, New Technology, and Planning for the 1990s,  Practicing Law Institute,  San Francisco, CA 1991.

Faculty Member,  "Survey of Spreadsheets and Other Computer Applications in Financial Planning,"  AALL Pre-conference:  Institute on Financial Management of Law Libraries,"
St. Paul, MN, 1990.

Coordinator and Moderator,  "The Modern Law School Computer Lab:  The Evolution of the Typing Room in the Age of Technology,"  AALL Annual Meeting, Minneapolis, MN 1990.

Faculty Member,  "Teaching Legal Research to Legal Secretaries,"  AALL Pre-conference "Institute on Teaching Legal Research," Sacramento, CA, 1989.

Co-Director and Faculty Member,  AALL Pre-conference "Workshop on the Fundamentals of Microcomputers," Reno, Nevada, 1989.

Coordinator and Moderator,  "Micros to Mainframes:  Annual Software, Hardware, and Applications Update," 1987, 1988, 1989.

Speaker, Panelist,  "Organizing Your Law Library," ABA Annual Meeting, Toronto, 1988.

## COMMUNITY/SERVICE ACTIVITIES

Member, Site Inspection Team, ABA Accreditation Committee:
> University of Arkansas School of Law, 2000, 2013
> University of Montana School of Law, 2001, 2017
> University of Indiana, Indianapolis, School of Law, 2003
> New York Law School, NYC, 2004
> Michigan State University, School of Law, Spring 2007
> West Virginia University, School of Law, Winter 2009
> Thomas Cooley Law School, Spring 2011
> University of Oklahoma, Fall 2016
> University of Arizona, 2019

Member, University of Nebraska Faculty Senate Library Committee, 2000-present.

Senator, University of Nebraska Faculty Senate, 2002–present (three-year term); reelected, 2005; Member Executive Committee, 2016 - ;

Member, Faculty Senate Information Technology and Services Committee, 2012 - ; Chair, 2015-2017, 2020-

Member, Faculty Senate Parking Advisory Committee. I have served on this committee for many years and served as chair at least twice.

Chair, Committee on Committees, University of Nebraska Faculty Senate, 2008.  One year term. Member, 2007–present.

Member, Committee on Committees, University of Nebraska College of Law, 2008–present.

Coordinator, Food Net distribution center, St John's Orthodox Church, Lincoln.  FoodNet coordinates the distribution to the poor, extra food from local food retailers and producers.  The center I coordinate distributes food weekly.

# EXHIBIT 2

## EXHIBIT 2

## Materials Considered in Support of Rebuttal Report

### Case Documents

- Opening Expert Report of Dr. Jonathan L. Krein and exhibits attached thereto

- Plaintiffs' Second Supplemental Responses and Objections to ROSS Interrogatory No. 1, dated March 23, 2022

- Plaintiffs' Third Supplemental Responses and Objections to ROSS Interrogatory No. 1, dated August 22, 2022

- TR-0179847

- ROSS-010128683

# EXHIBIT D

THOMSON REUTERS
# WESTLAW™

WESTLAW® CLASSIC
QUICK REFERENCE GUIDE

# West Key Number System®
## Numerical List of Digest Topics

| | | | | | |
|---|---|---|---|---|---|
| 1 | Abandoned and Lost Property | 31 | Appearance | 70 | Carriers |
| 2 | Abatement and Revival | 34 | Armed Services | 71 | Cemeteries |
| 4 | Abortion and Birth Control | 35 | Arrest | 72 | Census |
| 5 | Absentees | 36 | Arson | 73 | Certiorari |
| 6 | Abstracts of Title | 37 | Assault and Battery | 74 | Champerty and Maintenance |
| 7 | Accession | 38 | Assignments | 75 | Charities |
| 8 | Accord and Satisfaction | 40 | Assistance, Writ of | 76 | Chattel Mortgages |
| 9 | Account | 41 | Associations | 76A | Chemical Dependents |
| 10 | Account, Action on | 42 | Assumpsit, Action of | 76D | Child Custody |
| 11 | Account Stated | 43 | Asylums and Assisted Living Facilities | 76E | Child Support |
| 11A | Accountants | 44 | Attachment | 76H | Children Out-of-Wedlock |
| 12 | Acknowledgment | 45 | Attorney and Client | 78 | Civil Rights |
| 13 | Action | 46 | Attorney General | 79 | Clerks of Courts |
| 14 | Action on the Case | 47 | Auctions and Auctioneers | 80 | Clubs |
| 15 | Adjoining Landowners | 48 | Audita Querela | 81 | Colleges and Universities |
| 15A | Administrative Law and Procedure | 48A | Automobiles | 82 | Collision |
| 16 | Admiralty | 48B | Aviation | 83 | Commerce |
| 17 | Adoption | 49 | Bail | 83H | Commodity Futures Trading Regulation |
| 18 | Adulteration | 50 | Bailment | 83T | Common Interest Communities |
| 19 | Adultery | 51 | Bankruptcy | 84 | Common Lands |
| 20 | Adverse Possession | 52 | Banks and Banking | 85 | Common Law |
| 21 | Affidavits | 54 | Beneficial Associations | 89 | Compromise and Settlement |
| 23 | Agriculture | 55 | Bigamy | 90 | Confusion of Goods |
| 24 | Aliens, Immigration, and Citizenship | 56 | Bills and Notes | 91 | Conspiracy |
| 25 | Alteration of Instruments | 58 | Bonds | 92 | Constitutional Law |
| 25T | Alternative Dispute Resolution | 59 | Boundaries | 92B | Consumer Credit |
| 26 | Ambassadors and Consuls | 60 | Bounties | 93 | Contempt |
| 27 | Amicus Curiae | 61 | Breach of Marriage Promise | 95 | Contracts |
| 28 | Animals | 63 | Bribery | 96 | Contribution |
| 29 | Annuities | 64 | Bridges | 96H | Controlled Substances |
| 29T | Antitrust and Trade Regulation | 65 | Brokers | 97C | Conversion and Civil Theft |
| 30 | Appeal and Error | 66 | Building and Loan Associations | 98 | Convicts |
| | | 67 | Burglary | 99 | Copyrights and Intellectual Property |
| | | 69 | Cancellation of Instruments | | |

For assistance using Westlaw Classic , call **1-800-WESTLAW** (1-800-937-8529).

For free reference materials, visit **store.westlaw.com /westlaw/guides**.

**THOMSON REUTERS WESTLAW**

Thomson Reuters Westlaw comprises industry leading online research, print products, software, tools, and services that help legal professionals perform their work faster and more efficiently, every day.



TR-0179847

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100 | Coroners | 136 | Dower and Curtesy | 178 | Food | 220 | Internal Revenue |
| 101 | Corporations and Business Organizations | 141 | Easements | 179 | Forcible Entry and Detainer | 221 | International Law |
| | | 142 | Ejectment | 180 | Forfeitures | 222 | Interpleader |
| 102 | Costs | 143 | Election of Remedies | 181 | Forgery | 223 | Intoxicating Liquors |
| 103 | Counterfeiting | 144 | Elections | 183 | Franchises | 224 | Joint Adventures |
| 104 | Counties | 145 | Electricity | 184 | Fraud | 226 | Joint Tenancy |
| 105 | Court Commissioners | 146 | Embezzlement | 185 | Frauds, Statute of | 227 | Judges |
| | | 148 | Eminent Domain | 186 | Fraudulent Conveyances | 228 | Judgment |
| 106 | Courts | 149 | Entry, Writ of | | | 229 | Judicial Sales |
| 107 | Covenant, Action of | 149E | Environmental Law | 187 | Game | 230 | Jury |
| 108 | Covenants | 149T | Equitable Conversion | 188 | Gaming | 231 | Justices of the Peace |
| 108A | Credit Reporting Agencies | | | 189 | Garnishment | 231E | Kidnapping |
| 110 | Criminal Law | 150 | Equity | 190 | Gas | 231H | Labor and Employment |
| 111 | Crops | 151 | Escape | 191 | Gifts | | |
| 113 | Customs and Usages | 152 | Escheat | 192 | Good Will | 233 | Landlord and Tenant |
| | | 154 | Estates in Property | 193 | Grand Jury | 234 | Larceny |
| 114 | Customs Duties | 156 | Estoppel | 195 | Guaranty | 237 | Libel and Slander |
| 115 | Damages | 157 | Evidence | 196 | Guardian and Ward | 238 | Licenses |
| 116 | Dead Bodies | 158 | Exceptions, Bill of | 197 | Habeas Corpus | 239 | Liens |
| 117 | Death | 159 | Exchange of Property | 198 | Hawkers and Peddlers | 240 | Life Estates |
| 117G | Debt, Action of | 160 | Exchanges | 198H | Health | 241 | Limitation of Actions |
| 117T | Debtor and Creditor | 161 | Execution | 200 | Highways | 242 | Lis Pendens |
| 118A | Declaratory Judgment | 162 | Executors and Administrators | 201 | Holidays | 245 | Logs and Logging |
| 119 | Dedication | 163 | Exemptions | 202 | Homestead | 246 | Lost Instruments |
| 120 | Deeds | 164 | Explosives | 203 | Homicide | 247 | Lotteries |
| 122A | Deposits and Escrows | 165 | Extortion and Threats | 205 | Husband and Wife | 248 | Malicious Mischief |
| | | 166 | Extradition and Detainers | 205H | Implied and Constructive Contracts | 249 | Malicious Prosecution |
| 123 | Deposits in Court | | | | | 250 | Mandamus |
| 124 | Descent and Distribution | 167 | Factors | 206 | Improvements | 251 | Manufactures |
| 125 | Detectives and Security Guards | 168 | False Imprisonment | 207 | Incest | 252 | Maritime Liens |
| | | 169 | False Personation | 208 | Indemnity | 253 | Marriage |
| 126 | Detinue | 170 | False Pretenses | 209 | Indians | 256 | Mayhem |
| 129 | Disorderly Conduct | 170A | Federal Civil Procedure | 210 | Indictment and Information | 257 | Mechanics' Liens |
| 130 | Disorderly House | | | | | 257A | Mental Health |
| 131 | District and Prosecuting Attorneys | 170B | Federal Courts | 211 | Infants | 258A | Military Justice |
| | | 171 | Fences | 212 | Injunction | 259 | Militia |
| 132 | District of Columbia | 172 | Ferries | 213 | Innkeepers | 260 | Mines and Minerals |
| 133 | Disturbance of Public Assemblage | 174 | Fines | 216 | Inspection | 265 | Monopolies |
| | | 175 | Fires | 217 | Insurance | 266 | Mortgages |
| 134 | Divorce | 176 | Fish | 218 | Insurrection and Sedition | 267 | Motions |
| 135 | Domicile | 177 | Fixtures | | | 268 | Municipal Corporations |
| 135H | Double Jeopardy | | | 219 | Interest | | |

TR-0179848

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 269 | Names | 313 | Process | 344 | Salvage | 379 | Torts |
| 271 | Ne Exeat | 313A | Products Liability | 345 | Schools | 380 | Towage |
| 272 | Negligence | 314 | Prohibition | 346 | Scire Facias | 381 | Towns |
| 273 | Neutrality Laws | 315 | Property | 347 | Seals | 382T | Trademarks |
| 274 | Newspapers | 315H | Prostitution | 348 | Seamen | 384 | Treason |
| 275 | New Trial | 315P | Protection of Endangered Persons | 349 | Searches and Seizures | 385 | Treaties |
| 276 | Notaries | | | | | 386 | Trespass |
| 277 | Notice | 315T | Public Amusement and Entertainment | 349A | Secured Transactions | 387 | Trespass to Try Title |
| 278 | Novation | | | | | 388 | Trial |
| 279 | Nuisance | 316E | Public Assistance | 349B | Securities Regulation | 390 | Trusts |
| 280 | Oath | 316H | Public Contracts | | | 391 | Turnpikes and Toll Roads |
| 281 | Obscenity | 317 | Public Lands | 350 | Seduction | | |
| 282 | Obstructing Justice | 317A | Public Utilities | 350H | Sentencing and Punishment | 392 | Undertakings |
| 283 | Officers and Public Employees | 318 | Quieting Title | 351 | Sequestration | 392T | Unemployment Compensation |
| | | 319 | Quo Warranto | 352 | Set-Off and Counterclaim | 393 | United States |
| 284 | Pardon and Parole | 319H | Racketeer Influenced and Corrupt Organizations | | | 394 | United States Magistrates |
| 285 | Parent and Child | | | 353 | Sheriffs and Constables | | |
| 286 | Parliamentary Law | 320 | Railroads | 354 | Shipping | 395 | United States Marshals |
| 287 | Parties | 321 | Rape | 355 | Signatures | 396 | Unlawful Assembly |
| 288 | Partition | 322 | Real Actions | 356 | Slaves | 396A | Urban Railroads |
| 289 | Partnership | 323 | Receivers | 356A | Social Security and Public Welfare | 398 | Usury |
| 290 | Party Walls | 324 | Receiving Stolen Goods | | | 399 | Vagrancy |
| 291 | Patents | | | 357 | Sodomy | 400 | Vendor and Purchaser |
| 294 | Payment | 325 | Recognizances | 358 | Specific Performance | | |
| 295 | Penalties | 326 | Records | 359 | Spendthrifts | 401 | Venue |
| 296 | Pensions | 327 | Reference | 360 | States | 402 | War and National Emergency |
| 297 | Perjury | 328 | Reformation of Instruments | 361 | Statutes | | |
| 298 | Perpetuities | | | 362 | Steam | 403 | Warehousemen |
| 300 | Pilots | 330 | Registers of Deeds | 363 | Stipulations | 404 | Waste |
| 302 | Pleading | 331 | Release | 365 | Submission of Controversy | 405 | Water Law |
| 303 | Pledges | 332 | Religious Societies | | | 406 | Weapons |
| 305 | Possessory Warrant | 333 | Remainders | 366 | Subrogation | 407 | Weights and Measures |
| 306 | Postal Service | 334 | Removal of Cases | 367 | Subscriptions | | |
| 307 | Powers | 335 | Replevin | 368 | Suicide | 408 | Wharves |
| 307A | Pretrial Procedure | 336 | Reports | 369 | Sunday | 409 | Wills |
| 308 | Principal and Agent | 337 | Rescue | 370 | Supersedeas | 410 | Witnesses |
| 309 | Principal and Surety | 338 | Reversions | 371 | Taxation | 411 | Woods and Forests |
| 310 | Prisons | 339 | Review | 372 | Telecommunications | 413 | Workers' Compensation |
| 311 | Private Roads | 340 | Rewards | 373 | Tenancy in Common | | |
| 311H | Privileged Communications and Confidentiality | 341 | Riot | 374 | Tender | 414 | Zoning and Planning |
| | | 342 | Robbery | 375 | Territories | 450 | Merit Systems Protection |
| | | 343 | Sales | 378 | Time | | |

## Searching by West Topic and Key Number

When you have identified a topic and key number associated with the legal issue you are researching, you can run a Terms and Connectors search using that topic and key number to quickly retrieve cases involving the same legal issue. A topic and key number search does not require a field-restricted format; that is, you do not need to include a field name or abbreviation as part of your search request. For example, to search for cases with headnotes classified under topic 343 (Sales) and key number 255 (Parties; Privity), type **343k255**.

To narrow your search, add search terms. For example, the query **343k255 /p contract** retrieves cases with headnotes classified under topic 343 and key number 255 that also contain the term *contract* in the same digest paragraph.

## Topic field searching

You can also retrieve cases with headnotes classified under a specific West digest topic by using a topic field (to) restriction in your Terms and Connectors search. In addition to the topic name and number, the topic field contains the hierarchical classification information, key number, and text of the related key line. For example, to retrieve cases with headnotes classified under topic 409 (Wills), type **to(409)** or **to(wills)**. The broader search is **to(wills)** because it retrieves cases in which the term *wills* is mentioned in the key line or other levels of the hierarchy, even if the headnotes are not classified under topic 409. To narrow your search, add search terms; for example, type **to(409) /p "condition subsequent"**.

## Using the West Key Number Digest (Custom Digest)

The West Key Number Digest, also called the Custom Digest, contains the complete topic and key number outline used by West attorney-editors to classify headnotes. The West Key Number Digest helps you identify topic and key numbers related to your issue and retrieve cases with headnotes classified under those topic and key numbers.

To access the West Key Number Digest, click **Key Numbers** at the top of any page, then click **West Key Number Digest Outline** under *Browse Key Numbers*. (Alternatively, click **Custom Digest** at a case law database Search page.) To browse the digest, click the plus (**+**) and minus (**−**) symbols.

In addition to browsing the West Key Number Digest for relevant topic and key numbers, you can also search for them using the Search for Key Numbers feature.

To use the Search for Key Numbers feature, complete these steps:

1. Click **Key Numbers** at the top of any page. A page is displayed that contains the *Search for Key Numbers* text box.

2. Type your terms, e.g., **family and medical leave**, in the text box.

3. To change the jurisdiction from which you retrieve case headnotes, click **Change Jurisdiction**, then select the check boxes next to the jurisdictions you want and click **Done**.

4. Click **Search**. A list of topic and key numbers is displayed.

5. Click a topic and key number to view the headnotes classified under that topic and key number. Or select the check boxes next to one or more topic and key numbers and click **Search Selected** to view the headnotes classified under those topic and key numbers.

**TR-0179850**

## Digest Topics by Specialty

### Alternative Dispute Resolution

| | |
|---|---|
| 25T | Alternative Dispute Resolution |
| 76D | Child Custody |
| 217 | Insurance |
| 231H | Labor and Employment |
| 233 | Landlord and Tenant |
| 289 | Partnership |
| 354 | Shipping |

### Antitrust

| | |
|---|---|
| 29T | Antitrust and Trade Regulation |

### Bankruptcy

| | |
|---|---|
| 51 | Bankruptcy |
| 117T | Debtor and Creditor |
| 163 | Exemptions |
| 202 | Homestead |
| 349A | Secured Transactions |

### Business and Other Organizations

| | |
|---|---|
| 41 | Associations |
| 52 | Banks and Banking |
| 54 | Beneficial Associations |
| 65 | Brokers |
| 66 | Building and Loan Associations |
| 70 | Carriers |
| 71 | Cemeteries |
| 75 | Charities |
| 80 | Clubs |
| 81 | Colleges and Universities |
| 83T | Common Interest Communities |
| 101 | Corporations and Business Organizations |
| 108A | Credit Reporting Agencies |
| 145 | Electricity |
| 167 | Factors |
| 190 | Gas |

| | |
|---|---|
| 213 | Innkeepers |
| 217 | Insurance |
| 224 | Joint Adventures |
| 289 | Partnership |
| 317A | Public Utilities |
| 320 | Railroads |
| 332 | Religious Societies |
| 345 | Schools |
| 372 | Telecommunications |
| 396A | Urban Railroads |

### Civil Procedure—Federal Cases

| | |
|---|---|
| 2 | Abatement and Revival |
| 13 | Action |
| 25T | Alternative Dispute Resolution |
| 48 | Audita Querela |
| 96 | Contribution |
| 106 | Courts |
| 115 | Damages |
| 118A | Declaratory Judgment |
| 135 | Domicile |
| 143 | Election of Remedies |
| 156 | Estoppel |
| 157 | Evidence |
| 158 | Exceptions, Bill of |
| 170A | Federal Civil Procedure |
| 170B | Federal Courts |
| 197 | Habeas Corpus |
| 212 | Injunction |
| 222 | Interpleader |
| 227 | Judges |
| 228 | Judgment |
| 230 | Jury |
| 241 | Limitation of Actions |
| 250 | Mandamus |
| 311H | Privileged Communications and Confidentiality |
| 314 | Prohibition |

| | |
|---|---|
| 319 | Quo Warranto |
| 334 | Removal of Cases |
| 378 | Time |
| 394 | United States Magistrates |
| 410 | Witnesses |

### Civil Procedure—State Cases

| | |
|---|---|
| 2 | Abatement and Revival |
| 13 | Action |
| 21 | Affidavits |
| 25T | Alternative Dispute Resolution |
| 30 | Appeal and Error |
| 31 | Appearance |
| 44 | Attachment |
| 48 | Audita Querela |
| 73 | Certiorari |
| 96 | Contribution |
| 105 | Court Commissioners |
| 106 | Courts |
| 115 | Damages |
| 118A | Declaratory Judgment |
| 123 | Deposits in Court |
| 135 | Domicile |
| 143 | Election of Remedies |
| 150 | Equity |
| 156 | Estoppel |
| 157 | Evidence |
| 158 | Exceptions, Bill of |
| 161 | Execution |
| 189 | Garnishment |
| 197 | Habeas Corpus |
| 212 | Injunction |
| 222 | Interpleader |
| 227 | Judges |
| 228 | Judgment |
| 230 | Jury |
| 231 | Justices of the Peace |
| 241 | Limitation of Actions |

| | |
|---|---|
| 242 | Lis Pendens |
| 250 | Mandamus |
| 267 | Motions |
| 271 | Ne Exeat |
| 275 | New Trial |
| 277 | Notice |
| 287 | Parties |
| 302 | Pleading |
| 307A | Pretrial Procedure |
| 311H | Privileged Communications and Confidentiality |
| 313 | Process |
| 314 | Prohibition |
| 319 | Quo Warranto |
| 322 | Real Actions |
| 327 | Reference |
| 334 | Removal of Cases |
| 339 | Review |
| 346 | Scire Facias |
| 351 | Sequestration |
| 352 | Set-Off and Counterclaim |
| 363 | Stipulations |
| 370 | Supersedeas |
| 378 | Time |
| 388 | Trial |
| 401 | Venue |
| 410 | Witnesses |

### Commercial Law

| | |
|---|---|
| 29T | Antitrust and Trade Regulation |
| 38 | Assignments |
| 51 | Bankruptcy |
| 52 | Banks and Banking |
| 56 | Bills and Notes |
| 70 | Carriers |
| 76 | Chattel Mortgages |
| 92B | Consumer Credit |
| 95 | Contracts |
| 117T | Debtor and Creditor |

TR-0179851

186   Fraudulent Conveyances
219   Interest
278   Novation
294   Payment
303   Pledges
343   Sales
349A  Secured Transactions
403   Warehousemen

**Communications**

92    Constitutional Law
99    Copyrights and Intellectual Property
237   Libel and Slander
306   Postal Service
311H  Privileged Communications and Confidentiality
372   Telecommunications

**Criminal Justice**

18    Adulteration
19    Adultery
35    Arrest
36    Arson
37    Assault and Battery
55    Bigamy
63    Bribery
67    Burglary
76A   Chemical Dependents
91    Conspiracy
96H   Controlled Substances
98    Convicts
103   Counterfeiting
110   Criminal Law
129   Disorderly Conduct
130   Disorderly House
131   District and Prosecuting Attorneys
133   Disturbance of Public Assemblage
135H  Double Jeopardy
146   Embezzlement

149E  Environmental Law
151   Escape
164   Explosives
165   Extortion and Threats
166   Extradition and Detainers
168   False Imprisonment
169   False Personation
170   False Pretenses
174   Fines
175   Fires
180   Forfeitures
181   Forgery
184   Fraud
193   Grand Jury
197   Habeas Corpus
198H  Health
203   Homicide
207   Incest
209   Indians
210   Indictment and Information
211   Infants
218   Insurrection and Sedition
231E  Kidnapping
234   Larceny
248   Malicious Mischief
256   Mayhem
273   Neutrality Laws
281   Obscenity
282   Obstructing Justice
284   Pardon and Parole
297   Perjury
310   Prisons
311H  Privileged Communications and Confidentiality
315H  Prostitution
315P  Protection of Endangered Persons
319H  Racketeer Influenced and Corrupt Organizations
321   Rape

324   Receiving Stolen Goods
337   Rescue
341   Riot
342   Robbery
349   Searches and Seizures
350   Seduction
350H  Sentencing and Punishment
357   Sodomy
368   Suicide
384   Treason
396   Unlawful Assembly
399   Vagrancy
406   Weapons
410   Witnesses

**Education**

81    Colleges and Universities
345   Schools

**Employment Law**

78    Civil Rights
81    Colleges and Universities
104   Counties
198H  Health
231H  Labor and Employment
268   Municipal Corporations
283   Officers and Public Employees
345   Schools
356A  Social Security and Public Welfare
360   States
381   Towns
392T  Unemployment Compensation
393   United States
413   Workers' Compensation

**Energy**

145   Electricity
190   Gas
260   Mines and Minerals

317A  Public Utilities
362   Steam
402   War and National Emergency

**Environmental Law**

23    Agriculture
145   Electricity
149E  Environmental Law
260   Mines and Minerals
279   Nuisance
405   Water Law
414   Zoning and Planning

**Estate Planning**

17    Adoption
75    Charities
76H   Children Out-of-Wedlock
124   Descent and Distribution
136   Dower and Curtesy
154   Estates in Property
162   Executors and Administrators
191   Gifts
220   Internal Revenue
226   Joint Tenancy
240   Life Estates
298   Perpetuities
307   Powers
333   Remainders
338   Reversions
371   Taxation
373   Tenancy in Common
390   Trusts
409   Wills

**Family Law**

4     Abortion and Birth Control
17    Adoption
19    Adultery
55    Bigamy
61    Breach of Marriage Promise
76D   Child Custody
76E   Child Support

| 76H | Children Out-of-Wedlock |
| 134 | Divorce |
| 136 | Dower and Curtesy |
| 196 | Guardian and Ward |
| 205 | Husband and Wife |
| 207 | Incest |
| 211 | Infants |
| 253 | Marriage |
| 285 | Parent and Child |
| 315P | Protection of Endangered Persons |
| 350 | Seduction |

**Financial Institutions**

| 52 | Banks and Banking |
| 66 | Building and Loan Associations |
| 92B | Consumer Credit |
| 108A | Credit Reporting Agencies |
| 217 | Insurance |

**Government**

| 64 | Bridges |
| 81 | Colleges and Universities |
| 104 | Counties |
| 132 | District of Columbia |
| 200 | Highways |
| 268 | Municipal Corporations |
| 316E | Public Assistance |
| 316H | Public Contracts |
| 345 | Schools |
| 360 | States |
| 375 | Territories |
| 381 | Towns |
| 393 | United States |
| 405 | Water Law |

**Health**

| 76A | Chemical Dependents |
| 96H | Controlled Substances |
| 198H | Health |

| 257A | Mental Health |
| 315P | Protection of Endangered Persons |

**Immigration and Citizenship**

| 24 | Aliens, Immigration, and Citizenship |

**Insurance**

| 217 | Insurance |
| 356A | Social Security and Public Welfare |
| 392T | Unemployment Compensation |
| 413 | Workers' Compensation |

**Intellectual Property**

| 29T | Antitrust and Trade Regulation |
| 99 | Copyrights and Intellectual Property |
| 291 | Patents |
| 382T | Trademarks |

**International Issues**

| 24 | Aliens, Immigration, and Citizenship |
| 26 | Ambassadors and Consuls |
| 114 | Customs Duties |
| 221 | International Law |
| 385 | Treaties |
| 402 | War and National Emergency |

**Juvenile Justice**

| 211 | Infants |

**Legal Services**

| 12 | Acknowledgement |
| 25T | Alternative Dispute Resolution |
| 45 | Attorney and Client |
| 46 | Attorney General |
| 79 | Clerks of Courts |
| 105 | Court Commissioners |
| 106 | Courts |
| 131 | District and Prosecuting Attorneys |
| 227 | Judges |

| 231 | Justices of the Peace |
| 276 | Notaries |
| 327 | Reference |
| 394 | United States Magistrates |

**Maritime Law**

| 16 | Admiralty |
| 82 | Collision |
| 172 | Ferries |
| 252 | Maritime Liens |
| 300 | Pilots |
| 344 | Salvage |
| 348 | Seamen |
| 354 | Shipping |
| 405 | Water Law |
| 408 | Wharves |

**Medicaid**

| 198H | Health |

**Medicare**

| 198H | Health |

**Military Law**

| 34 | Armed Services |
| 258A | Military Justice |
| 259 | Militia |
| 402 | War and National Emergency |

**Products Liability**

| 145 | Electricity |
| 164 | Explosives |
| 178 | Food |
| 190 | Gas |
| 313A | Products Liability |

**Professional Malpractice**

| 11A | Accountants |
| 45 | Attorney and Client |
| 65 | Brokers |
| 198H | Health |
| 211 | Infants |
| 257A | Mental Health |
| 272 | Negligence |
| 332 | Religious Societies |
| 345 | Schools |

**Real Property**

| 6 | Abstracts of Title |
| 7 | Accession |
| 15 | Adjoining Landowners |
| 20 | Adverse Possession |
| 59 | Boundaries |
| 65 | Brokers |
| 66 | Building and Loan Associations |
| 83T | Common Interest Communities |
| 84 | Common Lands |
| 108 | Covenants |
| 119 | Dedication |
| 120 | Deeds |
| 141 | Easements |
| 142 | Ejectment |
| 148 | Eminent Domain |
| 149 | Entry, Writ of |
| 149T | Equitable Conversion |
| 154 | Estates in Property |
| 171 | Fences |
| 177 | Fixtures |
| 179 | Forcible Entry and Detainer |
| 206 | Improvements |
| 233 | Landlord and Tenant |
| 238 | Licenses |
| 239 | Liens |
| 242 | Lis Pendens |
| 257 | Mechanics' Liens |
| 266 | Mortgages |
| 272 | Negligence |
| 288 | Partition |
| 290 | Party Walls |
| 311 | Private Roads |
| 315 | Property |
| 315T | Public Amusement and Entertainment |
| 317 | Public Lands |
| 318 | Quieting Title |

TR-0179853

322  Real Actions
330  Registers of Deeds
338  Reversions
358  Specific Performance
386  Trespass
387  Trespass to Try Title
400  Vendor and Purchaser
405  Water Law
414  Zoning and Planning

**Securities and Commodities Regulations**

83H  Commodity Futures Trading Regulation
160  Exchanges
349B  Securities Regulation

**Taxation**

83  Commerce
104  Counties
220  Internal Revenue
223  Intoxicating Liquors

238  Licenses
268  Municipal Corporations
345  Schools
371  Taxation
381  Towns

**Torts**

37  Assault and Battery
45  Attorney and Client
48A  Automobiles
48B  Aviation
52  Banks and Banking
70  Carriers
78  Civil Rights
97C  Conversion and Civil Theft
115  Damages
117  Death
145  Electricity
164  Explosives
168  False Imprisonment

178  Food
179  Forcible Entry and Detainer
184  Fraud
190  Gas
198H  Health
213  Innkeepers
233  Landlord and Tenant
237  Libel and Slander
249  Malicious Prosecution
272  Negligence
279  Nuisance
313A  Products Liability
315T  Public Amusement and Entertainment
320  Railroads
350  Seduction
354  Shipping
379  Torts
386  Trespass
404  Waste

406  Weapons

**Transportation**

16  Admiralty
48A  Automobiles
48B  Aviation
64  Bridges
70  Carriers
82  Collision
83  Commerce
172  Ferries
200  Highways
320  Railroads
348  Seamen
354  Shipping
391  Turnpikes and Toll Roads
396A  Urban Railroads
405  Water Law

**Unemployment Compensation**

392T  Unemployment Compensation

© 2012 Thomson Reuters. All rights reserved. Published 8/12. L-352461.
The trademarks used herein are the trademarks of their respective owners.
West trademarks are owned by West Publishing Corporation.



TR-0179854