IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | |
| | ) | |
| Plaintiffs and Counterdefendants, | ) ) | |
| | ) | |
| v. | ) | C.A. No. 20-613 (SB) |
| | ) | |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendant and Counterclaimant. | ) ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the

deadline for the parties to submit redacted versions of their sealed summary judgment and *Daubert*

papers originally filed on December 22, 2022 (D.I. 250, 252, 254-256, 259, 261, 263, 265, 266,

268, 270, 272, 274-276, and 278-281) is extended to January 5, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE  19899 | Wilmington, DE  19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@morrisnichols.com | dmoore@potteranderson.com |
| mflynn@morrisnichols.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs/Counterdefendants* | *Attorneys for Defendant/Counterclaimant* |

December 28, 2022

IT IS SO ORDERED this ____ day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE