# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>)   C.A. No. 20-613-SB<br>) |
| Plaintiffs/Counterdefendants, | )   **JURY TRIAL DEMANDED**<br>) |
| v. | )   **PUBLIC VERSION**<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendants/Counterclaimant. | ) |

### DECLARATION OF L. KARL BRANTING IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S MOTION FOR SUMMARY JUDGMENT ON ITS AFFIRMATIVE DEFENSE OF FAIR USE

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  December 22, 2022
10252217 / 20564.00001

Public Version Dated: January 5, 2023

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**