# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
         )    C.A. No. 20-613-SB
         )
       Plaintiffs/Counterdefendants,    )    **JURY TRIAL DEMANDED**
         )
       v.    )
         )
ROSS INTELLIGENCE INC.,    )
         )
       Defendants/Counterclaimant.    )    **PUBLIC VERSION**

## DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S MOTIONS FOR SUMMARY JUDGMENT

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated:  December 22, 2022
10252217 / 20564.00001
Public Version Dated: January 5, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | |
| | ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | **PUBLIC VERSION** |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendants/Counterclaimant. | ) ) | |

**DECLARATION OF WARRINGTON S. PARKER III IN SUPPORT OF
DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S MOTIONS FOR
SUMMARY JUDGMENT**

I, Warrington S. Parker, III, declare as follows:

1.      I am at partner at Crowell & Moring, LLP, lead counsel of record for ROSS Intelligence, Inc. I am licensed in the State of California and admitted *pro hac vice* with this Court. I submit this Declaration in support of Defendant/Counterclaimant ROSS Intelligence Inc.'s ("ROSS") Motion for Summary Judgment on Its Affirmative Defense of Fair Use and ROSS's Motion for Summary Judgment as to Plaintiffs' Tortious Interference with Contract Claim.

2.      A true and correct copy of Plaintiffs' Second Supplemental Responses and Objections to Interrogatory No. 13, dated February 7, 2022 is attached to this declaration as **Exhibit 1.**

3.      A true and correct copy of excerpts from the Deposition Excerpts of Tomas van der Heijden (Mar. 17, 2022) is attached to this declaration as **Exhibit 2**.

4.      A true and correct copy of Memorandum #5, LEGALEASE-000069484, is attached to this declaration as **Exhibit 3**.

5.      A true and correct copy of the Statement of Work II ROSS Bulk Memos, TR-0000568, (Sept. 15, 2017) is attached to this declaration as **Exhibit 4.**

6.      A true and correct copy of excerpts from the Deposition Transcript of Jimoh Ovbiagele (Apr. 12, 2022) is attached to this declaration as **Exhibit 5**.

7.      A true and correct copy of excerpts from the Deposition Transcript of Tariq Hafeez (May 26, 2022) is attached to this declaration as **Exhibit 6.**

8.      A true and correct copy of excerpts from the Deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 7.**

9.      A true and correct copy of the Statement of Work II for Bulk Memos Project between Morae Global and LegalEase, R-LEGALEASE-00048772, is attached to this declaration as **Exhibit 8**.

10.     A true and correct copy of excerpts from the Deposition Transcript of Teri Whitehead (Apr. 18, 2022) is attached to this declaration as **Exhibit 9**.

11.     A true and correct copy of an email from Akash Venkat to Tariq Hafeez (Sept. 20, 2015), ROSS-003277880, is attached to this declaration as **Exhibit 10.**

12.     A true and correct copy of the West Order Form (Nov. 20, 2008), TR-0002758, is attached to this declaration as **Exhibit 11**.

13.     A true and correct copy of excerpts from the Deposition Transcript of Andrew Martens (Mar. 25, 2022) is attached to this declaration as **Exhibit 12**.

14.     A true and correct copy of the Research Subscriber Agreement, TR-0002837, is attached to this declaration as **Exhibit 13**.

15.     A true and correct copy of the Research Subscriber Agreement (May 1, 2014), TR-0002808, is attached to this declaration as **Exhibit 14**.

16.     A true and correct copy Plaintiffs' Responses and Objections to ROSS Intelligence Inc.'s Third Set of Interrogatories, Nos. 14-21, dated February 24, 2022, is attached to this declaration as **Exhibit 15**.

17.     A true and correct copy of the West Order Form (Dec. 8, 2016), TR-0002730, is attached to this declaration as **Exhibit 16**.

18.     A true and correct copy of the West Order Notification (Nov. 11, 2013), TR-0002746, is attached to this declaration as **Exhibit 17**.

19.     A true and correct copy of the West Order Form (Apr. 8, 2016), TR-0002749, is attached to this declaration as **Exhibit 18**.

20.     A true and correct copy of the West Order Form (Nov. 17, 2008), TR-0002758, is attached to this declaration as **Exhibit 19.**

21.     A true and correct copy of the West Order Form (Oct. 4, 2017), TR-0002784, is attached to this declaration as **Exhibit 20**.

22.     A true and correct copy of the Thomson Reuters Terms and Conditions, TR-0002817, is attached to this declaration as **Exhibit 21**.

23.     A true and correct copy of an email from Tariq Hafeez to Teri Whitehead, *et al.* (Jan. 27, 2018), R-LEGALEASE-00101636, is attached to this declaration as **Exhibit 22**.

24.     A true and correct copy of the termination letter from Thomson Reuters to LegalEase (Jan. 4, 2018), TR-00038250, is attached to this declaration as **Exhibit 23**.

25.     A true and correct copy of excerpts from the Deposition Transcript of Cameron Tario (Apr. 27, 2022) is attached to this declaration as **Exhibit 24**.

26.     A true and correct copy of the Settlement Agreement between West Publishing Corporation and LegalEase Solutions, LLC, TR-0035897, is attached to this declaration as **Exhibit 25**.

27.     A true and correct copy of Plaintiffs' Third Supplemental Response to ROSS's Interrogatory No. 1 (Aug. 22, 2022) is attached to this declaration as **Exhibit 26**.

28.     A true and correct copy of ROSS Intelligence Inc.'s First Set of Interrogatories at 2 (May 12, 2021), is attached to this declaration as **Exhibit 27**.

29.     A true and correct copy of ROSS Intelligence Inc.' Second Set of Interrogatories (No. 13) (Jan 7, 2022), is attached to this declaration as **Exhibit 28**.

30.     A true and correct copy of excerpts from the Deposition Transcript of James Malackowski (Nov. 4, 2022) is attached to this declaration as **Exhibit 29**.

31.     A true and correct copy of Plaintiffs' Second Supplemental Responses and Objections to Interrogatory No. 21 is attached to this declaration as **Exhibit 30**.

32.     A true and correct copy of excerpts from the Deposition Transcript of Andrew Arruda (Mar. 30, 2022) is attached to this declaration as **Exhibit 31**.

33.     A true and correct copy of the Project Rose Project Protocol (Nov. 19, 2017), R-LEGALEASE-00093076, is attached to this declaration as **Exhibit 32**.

34.     A true and correct copy of excerpts from the Deposition Transcript of Barbara Frederiksen-Cross (Nov. 11, 2022) is attached to this declaration as **Exhibit 33**.

35.     A true and correct copy of an email from Teri Whitehead to Merin Sony, *et al*. (Nov. 30, 2017), TR-0121694, is attached to this declaration as **Exhibit 34**.

36.     A true and correct copy of the Best Practices Guide for ROSS Intelligence (Sept. 18, 2017), LEGALEASE-00078065, is attached to this declaration as **Exhibit 35**.

37.     A true and correct copy of the Opening Expert Report of Jonathan L. Krein (Aug. 1, 2022) is attached to this declaration as **Exhibit 36**.

38.     A true and correct copy of excerpts from the Deposition Transcript of Tariq Hafeez (Dec. 18, 2018) in the *West Publishing Corp. v. Legalease Solutions, LLC* matter in the United States District of Minnesota, Case No. 18-cv-01445, is attached to this declaration as **Exhibit 37**.

39.     A true and correct copy of an email from Merin Sony to Rjitha R. *et al.* (July 20, 2017), R-LEGALEASE-00050673, is attached to this declaration as **Exhibit 38**.

40.     A true and correct copy of an email from to Steve Babb, *et al*. (undated), MORAE_00033849 is attached to this declaration as **Exhibit 39**.

41.     A true and correct copy of Complaint, Docket No. 1 (May 25, 2018) in the *West Publishing Corp. v. Legalease Solutions, LLC* matter in the United States District of Minnesota, Case No. 18-cv-01445, is attached to this declaration as **Exhibit 40**.

42.     A true and correct copy of excerpts from the Deposition Transcript of Christopher Cahn (Feb. 18, 2020) in the *West Publishing Corp. v. Legalease Solutions, LLC* matter in the United States District of Minnesota, Case No. 18-cv-01445, is attached to this declaration as **Exhibit 41**.

43.     A true and correct copy an email from Merin Sony to Saloni Agara Dwarakanath (Oct. 27, 2017), MORAE_00000855, is attached to this declaration as **Exhibit 42**.

44.     A true and correct copy of excerpts from the Deposition Transcript of Jonathan L. Krein (Oct. 22, 2022) is attached to this declaration as **Exhibit 43**.

45.     A true and correct copy of West's Analysis of American Law, 2021 Edition, TR-0042633 is attached to this declaration as **Exhibit 44**.

46.     A true and correct copy of West's Analysis of American Law, 2020 Edition, TR-0040567 as **Exhibit 45**.

47.     A true and correct copy of deposition exhibit number 36 from the deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 46**.

48.     A true and correct copy of deposition exhibit number 60 from the deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 47**.

49.     A true and correct copy of deposition exhibit number 61 from the deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 48**.

50.     A true and correct copy of deposition exhibit number 23 from the deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 49**.

51.     A true and correct copy of deposition exhibit number 62 from the deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 50**.

52.     A true and correct copy of the First Amendment to Statement of Work (February 29, 2016), R-LEGALEASE-00101971, is attached to this declaration as **Exhibit 51**.

53.     A true and correct copy of an email from Christopher Cahn to Joy Saphia (Feb. 7, 2018), TR-0178599 is attached to this declaration as **Exhibit 52**.

54.     A true and correct copy of excerpts from the Deposition Transcript of Laurie Oliver (Mar. 30, 2022) is attached to this declaration as **Exhibit 53**.

55.     A true and correct copy of the LPO Classification Spreadsheet, ROSS-010128683, is attached to this declaration as **Exhibit 54**.

56.     A true and correct copy of the Case Classification Action Plan, ROSS-003452875 is attached to this declaration as **Exhibit 55**.

Case 1:20-cv-00613-SB   Document 294   Filed 01/05/23   Page 8 of 9 PageID #: 73400

57.     A true and correct copy of the Statement of Work for Ross Classifier (Oct. 15, 2015), LEGALEASE-00108391, is attached to this declaration as **Exhibit 56**.

58.     A true and correct copy the West Key Number System, TR-0179847 is attached to this declaration as **Exhibit 57**.

59.     A true and correct copy of an email from Teri Whitehead to Tomas van der Heijden (Dec. 22, 2017). ROSS-000197949 is attached to this declaration as **Exhibit 58**.

60.     A true and correct copy of excerpts from the Deposition Transcript of Isabelle Moulinier (July 1, 2022) is attached to this declaration as **Exhibit 59**.

61.     A true and correct copy of the Copy of Deposit, TXu 2-178-620 (00501678120) from The United States Copyright Office (Mar. 31, 1989), TR-0026188 is attached to this declaration as **Exhibit 60**.

62.     A true and correct copy of the Expert Report of James E. Malackowski (Aug. 1, 2022) is attached to this declaration as **Exhibit 61**.

63.     A true and correct copy of excerpts from the Deposition Transcript of Tomas van der Heijden (Jan. 28, 2020) in the *West Publishing Corp. v. Legalease Solutions, LLC* matter in the United States District of Minnesota, Case No. 18-cv-01445, is attached to this declaration as **Exhibit 62**.

64.     A true and correct copy of LEGALEASE-00093078 is attached to this declaration as **Exhibit 63**.

65.     A true and correct copy of Thomson Reuters's Summarization Manual, Judicial Editorial (Nov. 2020), TR-0040273 is attached to this declaration as **Exhibit 64**.

66.     A true and correct copy of Thomson Reuters's Editorial Manual, Policies and Guidelines for Headnoting, Judicial Editorial, TR-002864 is attached to this declaration as **Exhibit 65**.

67.     A true and correct copy of deposition exhibit number 31 from the deposition Transcript of Christopher Cahn (May 12, 2022) is attached to this declaration as **Exhibit 66.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, CA, on this 22nd day of December, 2022.

*/s/ Warrington S. Parker*

Warrington S. Parker