# EXHIBIT 26 (Part 2)

**THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY**