# EXHIBIT 26 (Part 3)

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY