# EXHIBIT 26 (Part 4)

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**