# EXHIBIT 26 (Part 6)

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY