# EXHIBIT 44
# (Part 3)

**352H. SEX OFFENSES**

Sexual intercourse without consent; or where consent is extorted by fear, obtained by fraud, or otherwise compelled; or with a person who either is in fact or is deemed in law incapable of such consent

Assault, battery, abuse, or other unwanted physical contact of a sexual nature

Sodomy and deviate sexual conduct; more particularly—

Oral or anal copulation between human beings

Copulation between a human being and an animal

Attempts and assaults with intent to commit such acts, and aiding therein

Solicitation of sodomy or deviate sexual conduct, other than by prostitution

Nature and elements of these offenses

Nature and extent of criminal responsibility therefor, and grounds of defense

Prosecution and punishment of such acts as public offenses

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Abduction, offense of, see CRIMINAL LAW ☞45.10

Adultery, offense of, see MARRIAGE AND COHABITATION VII(B)

Assault, battery, abuse, or other unwanted physical contact of a nonsexual nature, see ASSAULT AND BATTERY

Bigamy, offense of, see MARRIAGE AND COHABITATION VII(D)

Children, sex offenses against, see also INFANTS XII(C)

Civil liability, see ASSAULT AND BATTERY IV(D)

Domestic violence, see ASSAULT AND BATTERY

Fornication, offense of, see CRIMINAL LAW ☞45.40

Harassment short of physical contact, see CIVIL RIGHTS, THREATS, STALKING, AND HARASSMENT, and TORTS V

Incest, offense of, see INCEST

Indecent exposure, offense of, see OBSCENITY

Lewdness, offenses concerning, see OBSCENITY

Miscegenation, offense of, see CRIMINAL LAW ☞45.45

Obscenity, offenses concerning, see OBSCENITY

Prostitution, offenses concerning, see DISORDERLY HOUSE, HUMAN TRAFFICKING AND SLAVERY, PROSTITUTION

Restraining and protective orders, see PROTECTION OF ENDANGERED PERSONS

Seduction, offense of, see SEDUCTION

Sex offenders, commitment and registration of, see MENTAL HEALTH ☞452

Sex trafficking, offense of, see HUMAN TRAFFICKING AND SLAVERY

Solicitation of—

Children for immoral purposes, see INFANTS ☞1591

Prostitution, see PROSTITUTION ☞16

Stalking, offense of, see THREATS, STALKING, AND HARASSMENT

———

I. IN GENERAL, ☞1–10.
II. NATURE AND ELEMENTS OF OFFENSES, ☞11–110.
   (A) IN GENERAL, ☞11–90.
   (B) INCHOATE OFFENSES, ☞91–110.
III. DEFENSES, ☞111–130.
IV. PARTIES TO OFFENSES, ☞131–140.
V. INDICTMENT, INFORMATION, PRESENTMENT, OR COMPLAINT, ☞141–170.
VI. EVIDENCE, ☞171–320.
   (A) IN GENERAL, ☞171–180.
   (B) PRESUMPTIONS, INFERENCES, AND BURDEN OF PROOF, ☞181–200.
   (C) ADMISSIBILITY IN GENERAL, ☞201–220.
   (D) ADMISSIBILITY OF VICTIM'S SEXUAL HISTORY; RAPE SHIELD, ☞221–240.
   (E) ADMISSIBILITY OF VICTIM'S COMPLAINTS, STATEMENTS, AND DECLARATIONS, ☞241–250.
   (F) WEIGHT AND SUFFICIENCY, ☞251–320.
     1. IN GENERAL, ☞251–300.
     2. CORROBORATION OF VICTIM, ☞301–320.
VII. TRIAL, ☞321–430.
   (A) IN GENERAL, ☞321–330.

TR-0044412

352H. SEX OFFENSES

VII. TRIAL—Cont'd
  (B) QUESTIONS OF LAW OR FACT, ⊜331–380.
  (C) INSTRUCTIONS, ⊜381–430.
VIII. SENTENCE AND PUNISHMENT, ⊜431–439.

### I. IN GENERAL.

1. In general.
2. Constitutional and statutory provisions.
3. —— In general.
4. —— Purpose and construction in general.
    (1). In general.
    (2). Victim's sexual history; rape shield.
5. —— Validity.
    (1). In general.
    (2). Sodomy and deviate sexual conduct in general.
    (3). Same-sex conduct; homosexuality.
    (4). Public or private conduct.
    (5). Consensual conduct.
    (6). Solicitation of sodomy or deviate sexual conduct.
    (7). Sex offenses against minors.
    *See also INFANTS.*
    (8). Condition or status of victim; relationship to accused.
    (9). Victim's sexual history; rape shield.
    (10). Sentence and punishment.
6. —— Retroactive or prospective operation.
7. Prosecutions and proceedings in general.

### II. NATURE AND ELEMENTS OF OFFENSES.

#### (A) IN GENERAL.

11. In general.
12. Sexual assault, battery, or abuse in general.
13. Rape in general.
14. Sodomy and deviate sexual conduct in general.
15. Degrees and aggravated sex offenses in general.
16. Sex offenses against minors in general.
    *See also INFANTS.*
17. Nature and extent of acts supporting offense.
18. —— In general.
19. —— Same-sex conduct; homosexuality.

*Gender of accused, see ⊜26. Gender of victim, see ⊜31.*
20. —— Public or private conduct.
21. —— Bodily contact; penetration.
    (1). In general.
    (2). Oral.
    (3). Anal.
    (4). Digital.
    (5). Object, weapon, or device.
22. —— Emission or ejaculation.
23. Condition or status of accused.
24. —— In general.
25. —— Physical capacity.
    *Physical incapacity as defense, see ⊜112. Insanity, see CRIMINAL LAW ⊜47. Intoxication, see CRIMINAL LAW ⊜52.*
26. —— Gender of accused.
    *Same-sex conduct and homosexuality, see ⊜19.*
27. Condition or status of victim.
28. —— In general.
29. —— Mental condition or status.
30. —— Unconscious or intoxicated victim.
31. —— Gender of victim.
    *Same-sex conduct and homosexuality, see ⊜19.*
32. —— Live or dead victim; necrophilia.
33. —— Animal victim; bestiality.
34. Age.
    *See also INFANTS.*
35. —— In general.
36. —— Elderly victim; old age.
37. —— Age of accused.
38. —— Relative ages of victim and accused.
39. Relationship of accused to victim.
    *Incest, see INCEST.*
40. —— In general.
41. —— Marriage and cohabitation.
42. —— Prostitution; payment.
    *Offense of prostitution, see PROSTITUTION.*
43. —— Position of trust or authority.
44. —— Clergy.
45. —— Physicians and health-care workers.
    *See also ⊜120.*
46. Victim's sexual history.
    *As defense, see ⊜121. Rape shield statutes, see VI(D).*
47. Intent or knowledge.
    *Mistake of fact, see ⊜116.*
48. —— In general.
49. —— General or specific intent.
50. —— Knowledge of victim's condition or status.
51. —— Knowledge of victim's age.
    (1). In general.

352H.  SEX OFFENSES

## II. NATURE AND ELEMENTS OF OFFENSES.(Cont'd)

(2). Constructive knowledge.
52. —— Sexual gratification.
53. —— Malice.
54. Consent.
   *Consent as defense, see ⇔113.  Mistake of fact, see ⇔116.*
55. —— In general.
56. —— Sodomy and deviate sexual conduct in general.
57. —— What constitutes consent in general.
58. —— Knowledge of consent or of non-consent;  communication.
59. —— Implied consent.
   (1). In general.
   (2). Marriage and cohabitation.
   (3). Prostitution;  payment.
   *Offense of prostitution, see PROSTITUTION.*
60. —— Misrepresentation or deception.
61. —— Fear or intimidation.
62. —— Capacity to consent.
   (1). In general.
   (2). Intoxication.
   (3). Age.
   *See also INFANTS.*
63. —— Scope of consent.
64. —— Withdrawal of consent.
65. Force or coercion.
66. —— In general.
67. —— Threats, fear, and intimidation.
68. —— Physical force or violence.
69. —— Weapons.
70. Resistance.
71. —— In general.
72. —— Necessity.
73. —— Sufficiency.
74. Injury or harm.
75. —— In general.
76. —— Necessity.
77. —— Sufficiency;  severity.
78. —— Transmission of disease.
79. —— Mental or psychological injury.
80. Continuing or repeated conduct.

### (B) INCHOATE OFFENSES.
   *Abandonment as defense, see ⇔122.*
91. In general.
92. Attempt.
93. —— In general.

94. —— Intent.
95. —— Overt act;  substantial step.
96. —— Condition or status of victim.
97. Assault with intent to commit sex offense.
98. —— In general.
99. —— Intent.
100. —— Consent.
   (1). In general.
   (2). Age.
   *See also INFANTS.*
101. Solicitation of sodomy or deviate sexual conduct.
   *Solicitation of children for immoral purposes, see INFANTS ⇔1591.  Solicitation of prostitution, see PROSTITUTION ⇔16.*

### III. DEFENSES.

111. In general.
112. Physical incapacity.
   *Physical capacity as element of offense, see ⇔25.  Insanity, see CRIMINAL LAW ⇔47.  Intoxication, see CRIMINAL LAW ⇔52.*
113. Consent.
   *As element of offense, see ⇔54, II(B).*
114. —— In general.
115. —— Sodomy;  deviate sexual conduct.
116. Mistake of fact.
   *Intent, knowledge, and consent as elements of offense, see ⇔47, 54, II(B).*
117. —— In general.
118. —— Consent.
119. —— Age.
   *See also INFANTS.*
120. Contact for purposes of medical treatment.
   *See also ⇔45.*
121. Victim's sexual history.
   *As element of offense, see ⇔46.  Rape shield statutes, see VI(D).*
122. Abandonment.

### IV. PARTIES TO OFFENSES.

131. In general.
132. Nature and extent of participation in general.
133. —— In general.
134. —— Sodomy;  deviate sexual conduct.
135. Principals, accessories, and accomplices.
136. Aiding and abetting.

1758

## V. INDICTMENT, INFORMATION, PRESENTMENT, OR COMPLAINT.

141. In general.
142. Requisites and sufficiency in general.
143. —— In general.
144. —— Sexual assault, battery, or abuse.
145. —— Rape.
146. —— Sodomy; deviate sexual conduct.
147. —— Degrees; aggravated sex offenses.
148. —— Sex offenses against minors.
    *See also INFANTS.*
149. Nature and extent of acts supporting offense.
150. —— In general.
151. —— Bodily contact; penetration.
152. Condition or status of accused.
153. Condition or status of victim.
154. Age.
    *See also INFANTS.*
155. Relationship of accused to victim.
156. Victim's sexual history.
157. Intent or knowledge.
158. Consent.
159. Force or coercion; resistance.
160. Injury or harm.
161. Continuing or repeated conduct.
162. Attempt.
163. Assault with intent to commit sex offense.
164. Solicitation of sodomy or deviate sexual conduct.
165. Variance between allegations and proof.

## VI. EVIDENCE.

### (A) IN GENERAL.

171. In general.

### (B) PRESUMPTIONS, INFERENCES, AND BURDEN OF PROOF.

181. In general.
182. Nature and extent of acts supporting offense.
183. —— In general.
184. —— Bodily contact; penetration.
185. Condition or status of accused.
186. Condition or status of victim.
187. Age.
    *See also INFANTS.*
188. Relationship of accused to victim.

### VI. EVIDENCE.(Cont'd)

189. Victim's sexual history.
190. Intent or knowledge.
191. Consent.
192. Force or coercion; resistance.
193. Injury or harm.
194. Continuing or repeated conduct.
195. Attempt.
196. Assault with intent to commit sex offense.
197. Solicitation of sodomy or deviate sexual conduct.

### (C) ADMISSIBILITY IN GENERAL.

201. In general.
202. Nature and extent of acts supporting offense.
203. —— In general.
204. —— Bodily contact; penetration.
205. Condition or status of accused.
206. Identity of accused.
207. Condition or status of victim.
208. —— In general.
209. —— Subsequent to offense.
210. Age.
    *See also INFANTS.*
211. Relationship of accused to victim.
212. Intent or knowledge.
213. Consent.
214. Force or coercion; resistance.
215. Injury or harm.
216. Continuing or repeated conduct.
217. Character and habits of accused.
    *See also CRIMINAL LAW XVII(G).*
218. Character and conduct of victim in general.
    *See also CRIMINAL LAW ⟜338(6).*

### (D) ADMISSIBILITY OF VICTIM'S SEXUAL HISTORY; RAPE SHIELD.

    *See also ⟜46, ⟜121.*
221. In general.
222. Discretion in general.
223. Purposes for admitting in general.
224. —— In general.
225. —— Consent.
226. Probative value and prejudicial effect in general.
227. Particular matters.

TR-0044415

**352H. SEX OFFENSES**

### VI. EVIDENCE.(Cont'd)

228. —— In general.
229. —— Reputation.
      *See also WITNESSES ⊜340(3).*
230. —— Prior accusations by victim.
231. —— Prior conduct involving accused.
232. —— Prior conduct involving persons
      other than accused.
233. —— Subsequent conduct.
234. —— Minor victims.
      *See also INFANTS.*
235. Proceedings concerning admissibility.
      *See also CRIMINAL LAW XX(D).*
236. —— In general.
237. —— Motion;  notice.
238. —— Preliminary evidence.
239. —— Hearing and determination.

### (E) ADMISSIBILITY OF VICTIM'S COMPLAINTS, STATEMENTS, AND DECLARATIONS.

241. In general.
242. Fresh or prompt complaint;  outcry.
243. What constitutes fresh or prompt complaint.
244. Multiple complaints.
245. Scope of testimony;  details.
246. Constancy of accusation.
247. Corroboration.
248. Failure to complain.
249. Delay in complaining.

### (F) WEIGHT AND SUFFICIENCY.

#### 1. IN GENERAL.

251. In general.
252. Sexual assault, battery, or abuse in general.
253. Rape in general.
254. Sodomy and deviate sexual conduct in general.
255. Degrees and aggravated sex offenses in general.
256. Sex offenses against minors in general.
      *See also INFANTS.*
257. Nature and extent of acts supporting offense.
258. —— In general.
259. —— Bodily contact;  penetration.
260. Condition or status of accused.
261. Identity of accused.

### VI. EVIDENCE.(Cont'd)

262. Condition or status of victim.
263. Age.
      *See also INFANTS.*
264. Relationship of accused to victim.
265. Victim's sexual history.
266. Intent or knowledge.
267. —— In general.
268. —— Knowledge of victim's condition or status.
269. —— Knowledge of victim's age.
      *See also INFANTS.*
270. —— Sexual gratification.
271. Consent.
272. —— In general.
273. —— Capacity to consent.
274. Force or coercion.
275. —— In general.
276. —— Threats, fear, and intimidation.
277. —— Weapons.
278. Resistance.
279. Injury or harm.
280. Continuing or repeated conduct.
281. Attempt.
282. —— In general.
283. —— Intent.
284. —— Substantial step;  overt act.
285. —— Condition or status of victim.
286. Assault with intent to commit sex offense.
287. —— In general.
288. —— Intent.
289. —— Consent.
290. Solicitation of sodomy or deviate sexual conduct.
291. Defenses.
292. —— In general.
293. —— Mistake of fact.
294. Parties to offenses;  aiding and abetting.

#### 2. CORROBORATION OF VICTIM.

301. In general.
302. Necessity.
303. —— In general.
304. —— Sex offenses against minors.
      *See also INFANTS.*
305. —— Attempt.
306. —— Assault with intent to commit sex offense.
307. Sufficiency.

TR-0044416

**VI.  EVIDENCE.**(Cont'd)

308. —— In general.
309. —— Sex offenses against minors.
    *See also INFANTS.*
310. —— Attempt.
311. —— Assault with intent to commit sex
    offense.
312. Failure to complain or delay in com-
    plaining.

**VII.  TRIAL.**

**(A) IN GENERAL.**

321. In general.
322. Verdict and findings.

**(B) QUESTIONS OF LAW OR FACT.**

331. In general.
332. Sexual assault, battery, or abuse in gen-
    eral.
333. Rape in general.
334. Sodomy and deviate sexual conduct in
    general.
335. Degrees and aggravated sex offenses in
    general.
336. Sex offenses against minors in general.
    *See also INFANTS.*
337. Nature and extent of acts supporting
    offense.
338. —— In general.
339. —— Bodily contact;  penetration.
340. Condition or status of accused.
341. Identity of accused.
342. Condition or status of victim.
343. Age.
    *See also INFANTS.*
344. Relationship of accused to victim.
345. Victim's sexual history.
346. Intent or knowledge.
347. Consent.
348. —— In general.
349. —— Capacity to consent.
350. Force or coercion.
351. —— In general.
352. —— Threats, fear, and intimidation.
353. —— Weapons.
354. Resistance.
355. Injury or harm.
356. Continuing or repeated conduct.
357. Attempt.
358. —— In general.

**VII.  TRIAL.**(Cont'd)

359. —— Intent.
360. —— Overt act;  substantial step.
361. —— Condition or status of victim.
362. Assault with intent to commit sex of-
    fense.
363. —— In general.
364. —— Intent.
365. —— Consent.
366. Solicitation of sodomy or deviate sexual
    conduct.
367. Defenses.
368. —— In general.
369. —— Mistake of fact.
370. Parties to offenses;  aiding and abetting.
371. Corroboration of victim.

**(C) INSTRUCTIONS.**

381. In general.
382. Sexual assault, battery, or abuse in gen-
    eral.
383. Rape in general.
384. Sodomy and deviate sexual conduct in
    general.
385. Degrees and aggravated sex offenses in
    general.
    *Included offenses, see CRIMINAL LAW ⬤795(2.80).*
386. Sex offenses against minors in general.
    *See also INFANTS.*
387. Nature and extent of acts supporting
    offense.
388. —— In general.
389. —— Bodily contact;  penetration.
390. Condition or status of accused.
391. Identity of accused.
392. Condition or status of victim.
393. Age.
    *See also INFANTS.*
394. Relationship of accused to victim.
395. Victim's sexual history.
396. Intent or knowledge.
397. Consent.
398. —— In general.
399. —— Capacity to consent.
400. Force or coercion.
401. —— In general.
402. —— Threats, fear, and intimidation.
403. —— Weapons.
404. Resistance.
405. Injury or harm.

**352H. SEX OFFENSES**

**VII. TRIAL.**(Cont'd)

406. Continuing or repeated conduct.
407. Attempt.
   *Included offenses, see CRIMINAL LAW ⟿795(2.85).*
408. —— In general.
409. —— Intent.
410. —— Overt act;  substantial step.
411. —— Condition or status of victim.
412. Assault with intent to commit sex offense.
413. —— In general.
414. —— Intent.
415. —— Consent.
416. Solicitation of sodomy or deviate sexual conduct.
417. Defenses.
418. —— In general.
419. —— Mistake of fact.
420. Parties to offenses;  aiding and abetting.
421. Corroboration of victim.

**VIII. SENTENCE AND PUNISHMENT.**

431. In general.
432. Sexual assault, battery, or abuse.
433. Rape.
434. Sodomy;  deviate sexual conduct.
435. Degrees;  aggravated sex offenses.
436. Sex offenses against minors.
   *See also INFANTS.*
437. Attempt.
438. Assault with intent to commit sex offense.
439. Solicitation of sodomy or deviate sexual conduct.

---

**353. SHERIFFS AND CONSTABLES**

**SUBJECTS INCLUDED**

The chief executive officers of counties, and inferior officers authorized to perform the functions of peace officers within their counties or territorial subdivisions thereof

Eligibility for the office, appointment, qualification and tenure of office

Rights, powers, duties, and liabilities of such officers, their deputies, assistants, and substitutes in general

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Bailiffs and similar court officials, see COURTS

Election of sheriffs or constables by popular vote, see ELECTION LAW

Marshals and police officers of incorporated cities, towns, etc., see MUNICIPAL CORPORATIONS

Particular writs, warrants, etc., mode of service and return, see PROCESS, CREDITORS' REMEDIES, and other specific topics

Specific duties and functions, performance of, see ARREST, CREDITORS' REMEDIES, PRISONS, and other specific topics

---

I. APPOINTMENT, QUALIFICATION, AND TENURE, ⟿1–27.
   (A) SHERIFFS, ⟿1–7.
   (B) CONSTABLES, ⟿8–14.
   (C) DEPUTIES AND ASSISTANTS, SUBSTITUTES, AND SPECIAL OFFICERS, ⟿15–27.
II. COMPENSATION, ⟿28–76.
III. POWERS, DUTIES, AND LIABILITIES, ⟿77–153.
IV. LIABILITIES ON OFFICIAL BONDS, ⟿154–171.

**I. APPOINTMENT, QUALIFICATION, AND TENURE.**

**(A) SHERIFFS.**

1. Nature and existence of office.
2. Appointment or election.
3. Eligibility and qualification.
4. De facto sheriffs.
5. Term of office, vacancies, and holding over.
6. Resignation, suspension, or removal.
7. Title to and possession of office.

**(B) CONSTABLES.**

8. Nature and existence of office.
9. Appointment or election.
10. Eligibility and qualification.
11. De facto constables.

1762

## 353. SHERIFFS AND CONSTABLES

### I. APPOINTMENT, QUALIFICATION, AND TENURE.(Cont'd)

12. Term of office, vacancies, and holding over.
13. Resignation, suspension, or removal.
14. Title to and possession of office.

#### (C) DEPUTIES AND ASSISTANTS, SUBSTITUTES, AND SPECIAL OFFICERS.

15. Undersheriffs.
16. Deputies and delegation of powers.
17. —— In general.
18. —— Appointment.
19. —— Eligibility and qualification.
20. —— De facto deputies.
21. —— Term and tenure of office.
22. —— Special deputies and persons specially authorized.
24. Bailiffs, keepers, clerks, and other assistants and employees.
25. Coroner acting as sheriff.
26. Elisors and other substitutes for sheriff.
27. Posse comitatus.

### II. COMPENSATION.

28. Right in general.
29. Statutory provisions.
30. Agreements as to fees.
31. Rights after expiration of term of office.
32. Rights of deputies, assistants, and substitutes.
33. Personal service of process, notices or other papers in general, and return thereof.
34. Arrest and imprisonment in civil actions and proceedings.
35. Arrest and imprisonment on criminal process or charges.
36. —— In general.
37. —— Making arrest.
38. —— Commitment, delivery, and discharge of prisoners.
39. —— Custody and care of prisoners.
40. —— Transportation of prisoners.
41. Transporting persons with psychiatric disabilities.
42. Service of subpoena or attachment for witness.
43. Service and return of process against property.

### II. COMPENSATION.(Cont'd)

44. —— In general.
45. —— Levy and return of attachment or execution.
46. —— Execution of writ of replevin or other delivery of possession of personal property.
47. Custody and care of property.
48. Sales.
49. Collection and payment of money.
50. —— In general.
51. —— Poundage or commissions.
52. —— Settlement between parties.
53. Selection and summoning of jurors.
54. Attendance at court.
55. Attendance on and custody of jury.
56. Attendance at and services connected with elections.
57. Recognizances, bonds, and undertakings.
58. Certificates, copies, and duplicates.
59. Reports and statements.
60. Computation of per diem compensation.
61. Computation of mileage and traveling expenses.
62. Office expenses, supplies, and clerk hire.
63. Disbursements and incidental expenses.
64. —— In general.
65. —— Services and expenses of deputies and assistants.
66. Special or extra services or expenses.
67. Persons liable in general.
68. Liability of state, county, or city.
69. Time for payment of fees.
70. Salaries.
71. Accounting as to fees.
72. Penalties and forfeiture of fees.
73. Taxation of fees and disbursements.
74. Recovery of fees or salary.
75. Lien for fees.
76. Recovery of compensation paid.

### III. POWERS, DUTIES, AND LIABILITIES.

77. Nature and extent of authority in general.
78. Special statutory powers and duties.
79. Authority of deputies and assistants.
80. Authority of coroner, elisor, or other substitute.
81. Authority of local or special officers.

1763

TR-0044419

## 353. SHERIFFS AND CONSTABLES

### III. POWERS, DUTIES, AND LIABILITIES.(Cont'd)

82. Authority beyond territorial limits of jurisdiction.
83. Authority after expiration of term.
84. Authority of successor as to pending proceedings, and transfer of process, prisoners, and property in hands of former officer.
85. Disqualification to act.
86. Powers and functions as peace officers in general.
87. Duties as to service and return of process in general.
88. Duties as to levy on or other taking of property and custody and disposition thereof.
89. Indemnity to officer.
89.1. —— In general.
90. —— Right to require.
91. —— Requisites of bond or other security.
92. —— Effect as to duty of officer.
93. Instructions of parties or attorneys.
94. Duties as to collection, custody, and payment of money.
95. Judicial functions and proceedings.
96. Summary remedies to compel action.
97. Liabilities for official acts in general.
98. Process, judgment, or order of court as protection from liability.
    (1). In general.
    (2). Validity of judgment or order in general.
    (3). Jurisdiction to make order or issue process.
    (4). Sufficiency of preliminary proceedings.
    (5). Validity of process.
99. Liabilities for negligence or misconduct in general.
100. Liabilities for acts or omissions of deputies or assistants.
101. Failure to serve or delay or defect in service of process or papers in general.
102. Failure to arrest.
103. Officer as bail.
104. Escape or rescue of prisoners.
105. Ill treatment of and injuries to prisoners.

106. Failure to levy on or take or deliver possession of property.
107. Delay in making levy or taking or delivering possession.
108. Insufficient levy.
109. Excessive levy.
110. Wrongful levy or other taking of property.
111. —— In general.
112. —— Property not subject to process.
113. —— Property of third persons.
    (1). In general.
    (2). Property of cotenants.
    (3). Notice or affidavit of ownership.
    (4). Return of property to owner.
114. Levy on property mortgaged or otherwise incumbered.
115. Levy on property on demised premises.
115.1. —— In general.
116. —— Liability for rent.
117. —— Liability for removal or sale.
118. Release of levy or property.
119. Loss of or injuries to property.
120. Irregular or invalid sale.
120.5. Failure to sell or delay in selling.
121. Failure to take or taking insufficient bond or other security.
122. Failure to pay over money.
123. Failure to make return.
124. False return.
125. Amercement and other summary remedies against officers.
    (1). In general.
    (2). Trial or hearing, judgment, and review.
126. Actions against officers and indemnitors.
127. —— In general;  nature and form.
128. —— Rights of action.
129. —— Conditions precedent.
130. —— Defenses.
131. —— Jurisdiction.
132. —— Venue.
133. —— Time to sue and limitations.
    *See also LIMITATION OF ACTIONS.*
134. —— Parties.
135. —— Addition or substitution of indemnitors in actions against officers.
136. —— Process and appearance.

TR-0044420

### III. POWERS, DUTIES, AND LIABILITIES.(Cont'd)

137. —— Pleading.
   (.5). In general.
   (1). Declaration, petition, or complaint.
   (2). Plea or answer and subsequent pleadings.
   (3). Amendments.
   (4). Issues, proof, and variance.
138. —— Evidence.
   (.5). In general.
   (1). Presumptions and burden of proof.
   (2). Admissibility.
   (3). Weight and sufficiency.
139. —— Damages.
   (1). In general.
   (2). Nominal damages.
   (3). Mitigation and reduction.
   (4). Exemplary damages.
   (5). Measure and amount.
140. —— Trial.
141. —— Judgment and enforcement thereof.
142. —— Appeal and error.
143. —— Costs.
144. Liabilities of parties and indemnitors to officers.
145. —— In general;  nature and grounds.
146. —— Rights and remedies of indemnitors.
147. —— Discharge of indemnitors.
148. —— Accrual or release of liability by breach or fulfillment of conditions.
149. —— Extent of liability.
150. —— Summary remedies.
151. —— Actions against indemnitors.
152. Actions against officers for penalties.
153. Criminal responsibility of officers.

### IV. LIABILITIES ON OFFICIAL BONDS.

154. Nature and grounds in general.
155. Rights and remedies of sureties.
156. Discharge of sureties.
157. Accrual or release of liability by breach or fulfillment of conditions.
   (1). In general.
   (2). Commencement and duration of liability and liabilities for suc-

### IV. LIABILITIES ON OFFICIAL BONDS.(Cont'd)

   cessive terms or on successive bonds.
   (3). Acts of deputies.
   (4). Acts or omissions covered in general.
   (5). Collection, custody, and disposition of money.
158. Extent of liability.
158.5. Conclusiveness of former adjudication against officer.
159. Summary remedies.
160. Actions.
160.1. —— In general.
161. —— Right of action.
162. —— Conditions precedent.
163. —— Defenses.
164. —— Jurisdiction and venue.
165. —— Time to sue and limitations.
   *See also LIMITATION OF ACTIONS.*
166. —— Parties.
167. —— Process and appearance.
168. —— Pleading.
   (.5). In general.
   (1). Declaration, complaint, or petition.
   (2). Plea or answer.
   (3). Affidavit of defense.
   (4). Replication.
   (5). Defects and amendments.
   (6). Issues, proof, and variance.
169. —— Evidence.
170. —— Damages.
171. —— Trial, judgment, and review.

---

## 354.  SHIPPING

### SUBJECTS INCLUDED

The building, regulation, ownership and employment of vessels of every kind

Rights of property therein

Rights, duties, and liabilities of owners, mortgagees, charterers, and masters of vessels in general

## 354. SHIPPING

Rights and liabilities of shippers and consignees of goods and of passengers, where peculiar to transportation by water

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Admiralty jurisdiction and proceedings, see ADMIRALTY

Carriers in general, matters applicable to, see CARRIERS

Collision of vessels, liabilities for, see COLLISION

Commerce, regulation of, see COMMERCE

Injuries to persons employed on vessels, see LABOR AND EMPLOYMENT, SEAMEN

Insurance of vessels, see INSURANCE

Navigation rights, see WATER LAW

Particular classes of persons employed on vessels, see SEAMEN, PILOTS

Piracy, see CRIMINAL LAW ⇔45.50

Specific services rendered to vessels and liens therefor, see SALVAGE, TOWAGE, WHARVES, MARITIME LIENS

———

I. REGULATION IN GENERAL, ⇔1–17.
II. TITLE, ⇔17.5–33.
III. CHARTERS, ⇔34–58.
IV. MASTER, ⇔59–71.
V. RIGHTS AND LIABILITIES OF VESSELS AND OWNERS IN GENERAL, ⇔72–87.5.
VI. BOTTOMRY AND RESPONDENTIA, ⇔88–100.
VII. CARRIAGE OF GOODS, ⇔101–155.
VIII. CARRIAGE OF PASSENGERS, ⇔156–169.
IX. DEMURRAGE, ⇔170–185.
X. GENERAL AVERAGE, ⇔186–202.
XI. LIMITATION OF OWNER'S LIABILITY, ⇔203–211.
XII. WRECK, ⇔212–217.

### I. REGULATION IN GENERAL.

1. What constitutes a vessel.
2. Nationality of vessels.
3. Power to control and regulate.
3.5. Federal control.
4. Constitutional and statutory provisions.
5. Registry.
6. Enrollment and license.
7. Duties and taxes.

### I. REGULATION IN GENERAL.(Cont'd)

8. Inspection of vessels.
9. —— In general.
10. —— Steam vessels.
11. Protection of life and property.
12. Surveys.
13. Regulation of vessels in foreign commerce.
14. Regulation of vessels in domestic commerce.
15. Port authorities and regulations.
16. Penalties and forfeitures for violations of regulations.
17. Offenses against navigation laws.

### II. TITLE.

17.5. Nature and extent of ownership of vessels.
18. Title under contract for building vessel.
19. Evidence of title.
20. Rights, powers, and liabilities of owners in general.
21. Rights, powers, and liabilities of part owners.
22. Managing owner, ship's husband, or agent.
23. Sales.
    *See also SALES.*
23.1. —— In general.
24. —— Requisites and validity in general.
25. —— Bills of sale.
26. —— Delivery.
27. —— Rights and liabilities of parties in general.
28. —— Rights of bona fide purchasers.
29. Leases.
30. Mortgages and hypothecations.
30.1. —— In general.
31. —— Requisites and validity.
32. —— Rights and liabilities of mortgagees.
33. Recording conveyances.

### III. CHARTERS.

34. What law governs.
35. Authority to make or amend charter.
36. Requisites and validity of contract of hiring in general.
37. Requisites and validity of charter party.
38. Cancellation, surrender, or rescission.
39. Construction and operation in general.

TR-0044422

354. SHIPPING

### III. CHARTERS.(Cont'd)

(1). In general.
(2). Rules of construction.
(3). Measurement, capacity, and ton-
    nage granted.
(4). Bills of lading.
(5). Authority of charterer.
(6). Effect of usage.
(7). Arbitration of controversies.
40. Time charters.
41. Charterer as owner for voyage.
42. Seaworthiness and fitness of vessel.
    (1). In general.
    (2). Time of seaworthiness or fitness.
    (3). Fitness to carry specific cargo.
    (4). Duty to care for vessel and keep
        in repair.
    (5). Speed of vessel.
    (6). Competency of officers and crew.
    (7). Implied warranty as to seaworthi-
        ness and fitness.
43. Readiness and dispatch of vessel.
44. Cargo.
45. Receiving cargo.
46. Voyage.
47. Discharge of cargo.
48. Charter for carriage of passengers.
49. Charter money and other compensation.
    (1). In general.
    (2). Rate, amount, and payment in
        general.
    (3). Time for which compensation may
        be collected and deductions.
    (4). Hypothecation of freight.
    (5). Lien.
    (6). Dispatch money.
    (7). Actions.
50. Expenditures and liabilities incurred.
51. Breach of charter by owner or master.
    (1). In general.
    (2). Acts constituting breach.
    (3). Freight or cargo carried in viola-
        tion of charter.
    (4). Excuses for breach.
    (5). Waiver of breach.
    (6). Tender of substituted perform-
        ance.
    (7). Damages.
    (8). Lien of charterer.

### III. CHARTERS.(Cont'd)

52. Breach of charter by charterer.
53. Loss of or injury to cargo.
54. Loss of or injury to vessel or equipment.
    (1). In general.
    (2). Negligence or unskillfulness.
55. Charter by government.
56. Subcharter or assignment of charter.
57. Letting vessel on shares.
58. Actions.
    (1). In general.
    (2). Pleading.
    (2.1). Evidence.
    (2.2). —— In general.
    (2.3). —— Presumptions and burden
        of proof.
    (2.4). —— Admissibility.
    (2.5). —— Weight and sufficiency.
    (3). Damages.

### IV. MASTER.

59. Appointment and removal.
60. Authority and duties.
60.1. —— In general.
61. —— Scope and extent in general.
62. —— As agent for owners or charterers.
63. —— Management and navigation of ves-
    sel.
64. —— Sale or other disposition of vessel.
65. —— Sale or other disposition of cargo.
66. —— As to passengers.
67. —— As to crew.
68. Individual rights and privileges as to ves-
    sel, cargo, and freight.
69. Wages and other remuneration.
70. Liabilities on contracts.
71. Liabilities for negligence or misconduct.

### V. RIGHTS AND LIABILITIES OF VESSELS AND OWNERS IN GENERAL.

72. Nature of liability of vessel.
73. What law governs.
74. Representation of vessel or owners in
    general.
75. Contracts in general.
76. Supplies, repairs, and advances.
77. Negotiable instruments.
78. Torts.
79. —— In general.

TR-0044423

354. SHIPPING

**V. RIGHTS AND LIABILITIES OF VESSELS AND OWNERS IN GENERAL.(Cont'd)**

80. —— Dangerous or defective condition of vessel or appliances.
81. —— Negligent management or navigation.
    (1). In general.
    (2). Injuries to bridges.
82. —— Negligence of master or crew.
83. —— Willful or wanton injuries.
84. —— Injuries to stevedores and other independent contractors and their employees.
    (1). In general; liability.
    (2). Degree of care required and duty to give warning.
    (3). Dangerous or defective condition of vessel, appliances, or places for work.
    (3.1). —— In general.
    (3.2). —— Vessels and places for work.
    (3.3). —— Appliances.
    (4). Fellow-servant doctrine in admiralty.
    (5). Contributory or comparative negligence; assumption of risk.
    (6). Liability over of stevedores to vessels or owners for injuries to employees of stevedores or of vessels to stevedores.
85. —— Joint liability and contribution.
86. —— Actions.
    (1). In general.
    (2). Pleading.
    (2.1). Evidence.
    (2.2). —— In general.
    (2.3). —— Presumptions and burden of proof.
    (2.4). —— Admissibility.
    (2.5). —— Weight and sufficiency.
    (3). Trial and relief awarded.
87. —— Liens.
87.5. Dry docks.

**VI. BOTTOMRY AND RESPONDENTIA.**

88. Nature of contract.
88.5. What law governs.
89. Capacity or authority to make bond.
90. Capacity or authority to take bond.

**VI. BOTTOMRY AND RESPONDENTIA.(Cont'd)**

91. Necessity for hypothecation.
92. Requisites and validity.
93. Construction and operation in general.
95. Debt secured.
96. Lien and priority.
97. Negotiability and transfer.
98. Loss of vessel or cargo.
99. Payment and satisfaction.
100. Enforcement.

**VII. CARRIAGE OF GOODS.**

101. Nature of liability of vessel.
102. What law governs.
103. Statutory regulation in general.
104. Contracts of affreightment in general.
105. Delivery to vessel.
106. Bills of lading and shipping receipts in general.
    (1). In general.
    (2). Authority to execute.
    (3). Construction, operation, and effect.
    (3.1). —— In general.
    (4). —— Effect of recitals as to quantity and weight.
    (5). Negotiability and transfer.
    (6). Shipping receipts or bills.
107. Special contracts for transportation.
107.1. —— In general.
108. —— Merchandise in general.
109. —— Live stock.
110. Loading and stowage.
111. Custody and control of goods.
112. Transshipment and forwarding.
113. Delivery by vessel.
114. Nondelivery or misdelivery.
114.1. —— In general.
115. —— Failure to deliver in general.
116. —— Short delivery.
117. —— Misdelivery.
118. Delay in transportation or delivery.
119. Loss or injury.
119.1. —— In general.
120. —— Grounds of liability in general.
121. —— Unseaworthiness or unfitness of vessel.
    (1). In general.
    (2). What constitutes unseaworthiness.

TR-0044424

**VII. CARRIAGE OF GOODS.**(Cont'd)

122. —— Negligence in loading.
123. —— Improper stowage.
  (1). In general.
  (2). Stowage on deck.
  (3). Defective or insufficient dunnage.
  (4). Liability of stevedore.
  (5). Proximate cause of injury or loss.
124. —— Negligent management or navigation.
125. —— Deviation or delay.
126. —— Negligence in discharging or caring for goods after discharge.
127. —— Negligence or wrongful acts of master or crew.
128. —— Inherent defects in goods.
129. —— Contributory negligence.
130. —— Duties after disaster or loss.
131. —— Extent of liability and amount of damage.
132. —— Actions for damages.
  (1). In general.
  (2). Pleading.
  (3). Presumptions and burden of proof.
  (3.1). —— In general.
  (3.2). —— Perils of the sea.
  (3.3). —— Breakage, leakage, decay, and inherent defects in goods.
  (3.4). —— Loss or damage by heat or fire.
  (3.5). —— Loading, storage, and discharge.
  (3.6). —— Management, navigation, deviation, or delay.
  (3.7). —— Negligence or wrongful acts of master or crew.
  (3.8). —— Extent of liability or damages, and notice of claim.
  (4). —— Seaworthiness and fitness of vessel.
  (5). Admissibility, weight, and sufficiency of evidence.
  (5.1). —— In general.
  (5.2). —— Seaworthiness and fitness of vessel.
  (5.3). —— Perils of the sea.
  (5.4). —— Loading, storage, and discharge.
  (5.5). —— Deviation and delay.

**VII. CARRIAGE OF GOODS.**(Cont'd)

  (5.6). —— Loss by fire.
  (5.7). —— Shortage in delivery and extent of damage.
  (6). Trial.
133. —— Lien.
134. Statutory exemptions from liability in general.
135. Statutory exemption from liability by diligence of owner as to vessel.
136. —— In general.
137. —— Seaworthiness, manning, equipment, and supplies.
138. —— Causes of loss or injury.
139. Limitation of liability by contract or bill of lading.
140. —— In general.
  (1). In general.
  (2). Amount of liability.
141. —— Exemption from particular risks or causes of loss.
  (1). In general.
  (2). Manner of loading or stowage.
  (3). Perils of the seas.
  (4). Unseaworthiness or defective equipment or apparatus.
142. —— Requirements as to notice and time to sue vessel.
143. Persons liable for loss or damage.
144. Freight.
144.1. —— In general.
145. —— When earned in general.
146. —— Pro rata.
147. —— Rate and amount.
148. —— Deductions and offsets.
149. —— Persons entitled to collect.
150. —— Persons liable.
150.5. —— Assignment or hypothecation.
151. —— Payment or tender.
152. —— Refunding.
153. —— Actions.
154. —— Lien.
155. Penalties and forfeitures for violations of regulations.

**VIII. CARRIAGE OF PASSENGERS.**

156. Nature of liability of vessel.
157. What law governs.
158. Statutory regulation in general.

**354. SHIPPING**

**VIII. CARRIAGE OF PASSENGERS.**(Cont'd)

159. Regulations as to steam vessels.
160. Regulations as to dangerous articles.
161. Regulations as to immigrants and others not cabin passengers.
162. Authority or license to carry passengers.
163. Fare, passage, tickets, and special contracts.
164. Accommodations on vessel.
165. Voyage and discharge at destination.
166. Personal injuries.
    (.5). In general.
    (1). Care required and liability in general.
    (2). Limitation of liability.
    (3). Contributory or comparative negligence; assumption of risk.
    (4). Pleading and evidence.
    (5). Trial.
    (6). Liens.
    (7). Ejection of passengers.
167. Passengers' effects.
    (1). In general.
    (2). Limitation of liability.
168. Penalties and forfeitures for violations of regulations.
169. Offenses incident to carriage of passengers.

**IX. DEMURRAGE.**

170. Nature of liability.
171. Construction of charter party or bill of lading.
172. Effect of customs and usages.
173. Liability of charterer or shipper in general.
174. Liability of consignee in general.
175. Delay in loading or sailing.
176. Delay during voyage.
177. Delay in unloading.
    (1). In general.
    (2). Construction of provisions of contract.
    (2.1). —— In general.
    (3). —— "Dispatch" or "customary" or "quick dispatch".
    (4). Notice of arrival or readiness to discharge.
    (5). Facilities for discharge.

**IX. DEMURRAGE.**(Cont'd)

    (5.1). —— In general.
    (6). —— Providing wharf or berth.
    (7). Customs and usages.
    (8). Waiver.
178. Negligence or wrongful acts of third persons.
179. Act of God or vis major.
180. Fault of vessel or owner.
181. Lay days.
    (1). In general.
    (2). Construction of provisions.
    (3). Notice.
    (4). Commencement.
182. Indemnity.
183. Rate, amount, and settlement.
184. Actions.
185. Lien.

**X. GENERAL AVERAGE.**

186. Nature of right to contribution.
187. What law governs.
188. Perils and acts grounds of contribution.
189. —— In general.
190. —— Particular acts and liabilities.
191. Losses and expenses subjects of compensation.
191.1. —— In general.
192. —— Loss of or damage to vessel.
193. —— Loss of or damage to cargo.
194. —— Services and expenses.
195. Liability to contribute.
196. Statutory exemptions.
197. Limitation of liability by charter or bill of lading.
198. Bonds.
199. Adjustment.
200. Actions.
201. Lien.
202. Failure to enforce contribution.

**XI. LIMITATION OF OWNER'S LIABILITY.**

203. Statutory provisions.
204. Vessels and interests to which limitation applies.
205. Persons entitled to benefit of limitation.
206. Losses and injuries subjects of limitation.
207. —— In general.
208. —— Privity or knowledge of owner.

TR-0044426

### XI. LIMITATION OF OWNER'S LIABILITY.(Cont'd)

209. Proceedings.
    (1). In general.
    (1.1). Jurisdiction and venue.
    (1.2). Notice.
    (1.3). Abandonment or surrender of vessel or other interest.
    (1.4). Appraisement and determination of value.
    (1.5). Filing and determination of claims.
    (1.6). Enjoining or staying proceedings in other suits.
    (1.7). Review, fees, and costs.
    (2). Right to limitation of liability and conditions precedent.
    (3). Pleading, evidence, and issues.
    (4). Pleading limitation in other action.
210. Distribution of proceeds.
211. Liabilities on bonds.

### XII. WRECK.

212. What constitutes wreck.
213. Rights of property.
214. Protection and disposition.
215. Duties and liabilities of owners.
216. Injuries to wreck.
217. Offenses.

---

## 355. SIGNATURES

### SUBJECTS INCLUDED

Names of parties to instruments in writing, affixed to such instruments to give them validity or authenticate them

Necessity, making, and sufficiency thereof in general

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Names in general, see NAMES

Particular classes of instruments, signatures to, see COMMERCIAL PAPER, REAL PROPERTY CONVEYANCES, CONTRACTS, and other specific topics

Particular classes of persons or officers, signatures by, see INFANTS and other specific topics

1. Requisites and sufficiency.
2. Mode of affixing.
3. By hand of party.
4. By hand of another.
5. Use of mark.

---

## 356H. SOCIAL SECURITY

### SUBJECTS INCLUDED

Federal old age, survivors, and disability insurance benefits

Supplemental security income

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Assistance for needy aged, blind, or disabled persons under state law, see PUBLIC ASSISTANCE

Assistance for needy families under state law, see PUBLIC ASSISTANCE

Asylums for indigent children, aged persons, etc., see ASYLUMS AND ASSISTED LIVING FACILITIES

Benefits for temporarily disabled workers, see PUBLIC ASSISTANCE

Black lung benefits, see LABOR AND EMPLOYMENT XV(B)

Food stamps and related programs, see PUBLIC ASSISTANCE

Funding issues, see UNITED STATES

Medical assistance programs, including Medicare and Medicaid, see HEALTH

Mentally deficient or ill persons, care when indigent, see MENTAL HEALTH

Particular personal relations, duties incident to, see MARRIAGE AND COHABITATION, PARENT AND CHILD, and other specific topics

Private pension systems for employees, see LABOR AND EMPLOYMENT VII

TR-0044427

**356H. SOCIAL SECURITY**

Public employees' retirement and pensions, see MUNICIPAL CORPORATIONS, STATES, UNITED STATES, and other specific topics

Railroad employees' retirement benefits, see LABOR AND EMPLOYMENT IV(C)

Taxation for social security and public welfare purposes, see INTERNAL REVENUE, TAXATION

Unemployment compensation, see UNEMPLOYMENT COMPENSATION

———————

I. IN GENERAL, ☞1–20.
II. BENEFITS, ☞21–200.
   (A) IN GENERAL, ☞21–50.
   (B) DISABILITY BENEFITS, ☞51–80.
   (C) EMPLOYMENTS, EMPLOYERS, AND EMPLOYEES COVERED; INSURED STATUS, ☞81–90.
   (D) PERSONS ENTITLED TO BENEFITS; DERIVATIVE BENEFITS, ☞91–110.
   (E) PERSONS DISQUALIFIED FROM BENEFITS, ☞111–120.
   (F) COMPUTATION, AMOUNT, AND PERIODS OF BENEFITS; DEDUCTIONS, ☞121–130.
   (G) PAYMENTS AND RECOVERY BACK, ☞131–140.
   (H) ASSIGNMENT OF BENEFITS, ☞141–150.
   (I) REPRESENTATIVE PAYEES, ☞151–200.
III. PROCEEDINGS, ☞201–240.
IV. JUDICIAL REVIEW OR INTERVENTION, ☞241–280.
V. COSTS AND FEES, ☞281–300.
VI. OFFENSES AND PENALTIES, ☞301–303.

**I. IN GENERAL.**

1. In general.
2. Statutory provisions.
3. —— In general.
4. —— Purpose and construction.
   (1). In general.
   (2). Liberal or strict construction.
5. —— Validity.
   (1). In general.
   (2). Sex discrimination.
   (3). Discrimination by reason of illegitimacy.
6. —— Retroactive operation.

**I. IN GENERAL.(Cont'd)**

7. Administration of programs.
8. —— In general.
9. —— Rules, regulations, and other policymaking.
10. —— Internal agency documents; manuals.
11. —— Social Security Rulings.
12. —— Records, reports, and returns in general; disclosure.
13. —— Correction of earnings records.

**II. BENEFITS.**

**(A) IN GENERAL.**

21. In general.
22. Retirement and old age benefits.
23. Death and survivors benefits.
24. Lump-sum death benefits.
25. Need-based benefits; supplemental security income.
   *Claims based on disability, see II(B).*
26. —— In general.
27. —— Eligibility and entitlement to benefits in general.
28. —— Income and resource limitations.

**(B) DISABILITY BENEFITS.**

51. In general.
52. Establishment of disability and entitlement to benefits in general.
53. Nature and severity of condition or impairment.
54. —— In general.
55. —— Particular conditions or impairments in general.
56. —— Inception of condition or impairment; onset date.
57. —— Duration of condition or impairment.
58. —— Subjective symptoms; pain.
   (1). In general.
   (2). Credibility of claimant.
59. —— Mental and psychological conditions or impairments.
60. —— Remediable conditions or impairments; compliance with treatment.
61. —— Cessation of condition or impairment; medical improvement.
62. Ability to work.
63. —— In general.

356H.  SOCIAL  SECURITY

II.  BENEFITS.(Cont'd)

64. —— Substantial gainful activity in general.
65. —— Current work.
66. —— Past or customary work.
67. —— Other work;  individual capabilities and employment opportunities.
   (1). In general.
   (2). Residual functional capacity in general.
   (3). Exertional requirements and limitations;  light or sedentary work.
   (4). Age, education, and experience.
   (5). Medical-Vocational Guidelines; "grids".
   (6). Actual availability of employment; ability to compete.
   (7). Geographical area considered.
68. —— Regained ability to work; vocational rehabilitation.
69. —— Renewed employment; trial work.
70. Alcohol and drugs;  substance abuse.
71. Disability of non-workers.
   *Derivative benefits, see II(D).*
72. —— In general.
73. —— Disabled spouses.
74. —— Disabled children.
   (1). In general.
   (2). Mental and psychological conditions or impairments.
75. Determinations or awards by other entities, effect of.

(C) EMPLOYMENTS, EMPLOYERS, AND EMPLOYEES COVERED; INSURED STATUS.

81. In general.
82. Compensation, earnings, and wages in general.
83. Particular employments, employers, and employees.
84. —— In general.
85. —— Agriculture.
86. —— Government employment.
87. —— Self-employment.
88. Bona fide employment;  motive;  family relations.

(D) PERSONS ENTITLED TO BENEFITS; DERIVATIVE BENEFITS.

91. In general.
92. Spouses.
   *Right of spouses to benefits based on their own disability, see ☞73.*
93. —— In general.
94. —— Former spouse.
95. —— Surviving spouse.
   (1). In general.
   (2). Surviving former spouse.
   (3). Lump-sum death benefits.
96. —— Spouses caring for children;  mother's or father's benefits.
97. Children.
   *Right of children to benefits based on their own disability, see ☞74.*
98. —— In general.
99. —— Adopted children.
100. —— Stepchildren.
101. —— Surviving children.
   (1). In general.
   (2). Surviving adopted children.
   (3). Surviving stepchildren.
   (4). Posthumous children.
   (5). Lump-sum death benefits.
102. Parents.
103. Estate of deceased individual.
104. Other particular persons.

(E) PERSONS DISQUALIFIED FROM BENEFITS.

111. In general.
112. Residency and citizenship requirements; aliens.
113. Convicts, prisoners, and fugitives.

(F) COMPUTATION, AMOUNT, AND PERIODS OF BENEFITS;  DEDUCTIONS.

121. In general.
122. Need-based benefits;  supplemental security income.
123. Disability benefits.
124. Coordination of benefits.
125. Windfall elimination.

(G) PAYMENTS AND RECOVERY BACK.

131. In general.
132. Need-based benefits;  supplemental security income.
133. Disability benefits.

TR-0044429

**356H. SOCIAL SECURITY**

**(H) ASSIGNMENT OF BENEFITS.**

141. In general.
142. Execution, levy, attachment, garnish-
         ment, or other legal process.

**(I) REPRESENTATIVE PAYEES.**

151. In general.
152. Need-based benefits; supplemental se-
         curity income.
153. Disability benefits.

**III. PROCEEDINGS.**

201. In general.
202. Making claim; application.
203. Hearing.
204. —— In general.
205. —— Necessity; right to hearing.
206. Scope of inquiry on claim; matters con-
         sidered; development of record.
207. —— In general.
208. —— Need-based benefits; supplemen-
         tal security income.
209. —— Disability benefits.
         (1). In general.
         (2). Medical and other expert evidence
                  in general.
         (3). Nature and severity of condition
                  or impairment.
         (4). Ability to work; residual function-
                  al capacity.
         (5). Alcohol and drugs; substance
                  abuse.
         (6). Disability of non-workers; spous-
                  es and children.
         (7). Examination of experts and other
                  witnesses; hypothetical ques-
                  tions.
210. Bias.
211. Counsel or other representation.
212. Evidence.
213. —— In general.
214. —— Administrative notice.
215. —— Presumptions and burden of proof.
         (1). In general.
         (2). Need-based benefits; supplemen-
                  tal security income.
         (3). Disability benefits.
         (4). —— In general.
         (5). —— Shifting burden.

**III. PROCEEDINGS.(Cont'd)**

         (6). —— Alcohol and drugs; sub-
                  stance abuse.
         (7). —— Disability of non-workers;
                  spouses and children.
216. —— Admissibility.
         (1). In general.
         (2). Need-based benefits; supplemen-
                  tal security income.
         (3). Disability benefits.
         (4). —— In general.
         (5). —— Medical and other expert
                  evidence.
217. —— Weight and sufficiency in general.
         *Weight and sufficiency of evidence in particular cases,*
         *see II.*
         (1). In general.
         (2). Medical and other expert evidence
                  in general.
218. Findings and conclusions.
219. —— In general.
220. —— Need-based benefits; supplemen-
         tal security income.
221. —— Disability benefits.
         (1). In general.
         (2). Medical evidence in general.
         (3). Nature and severity of condition
                  or impairment.
         (4). —— In general.
         (5). —— Subjective symptoms; pain.
         (6). Ability to work; residual function-
                  al capacity.
         (7). Alcohol and drugs; substance
                  abuse.
         (8). Disability of non-workers; spous-
                  es and children.
222. Decision or determination.
223. —— In general.
224. —— Conclusiveness and effect.
         (1). In general.
         (2). Need-based benefits; supplemen-
                  tal security income.
         (3). Disability benefits.
225. —— Reopening and reconsideration.
         (1). In general.
         (2). Need-based benefits; supplemen-
                  tal security income.
         (3). Disability benefits.
226. Proceedings for adjustment or termi-
         nation of benefits.

1774

356H.  SOCIAL  SECURITY

### III. PROCEEDINGS.(Cont'd)

227. —— In general.
228. —— Need-based benefits; supplemental security income.
229. —— Disability benefits.
230. Administrative review.
231. —— In general.
232. —— Scope of review; record; new or additional evidence.
233. —— Findings and conclusions.
234. —— Decision or determination; remand and proceedings thereon.

### IV. JUDICIAL REVIEW OR INTERVENTION.

241. In general.
242. Decisions reviewable.
243. —— In general.
244. —— Finality.
245. —— Mootness.
246. Exhaustion of other remedies.
247. Persons entitled to seek review or intervention; standing; parties.
248. Preservation of error; waiver and estoppel.
249. Record.
250. —— In general.
251. —— Review as limited to record; new or additional evidence.
252. Time for proceedings.
253. Course and conduct of proceedings.
254. Presumptions and burdens.
255. Scope or standard of review.
256. —— In general.
257. —— Discretion and judgment of agency in general; deference.
258. —— De novo review in general.
259. —— Theory and grounds of decision below.
260. —— Record as a whole.
261. —— Questions of law.
  (1). In general.
  (2). Need-based benefits; supplemental security income.
  (3). Disability benefits.
262. —— Questions of fact and matters of evidence.
  (1). In general.
  (2). Need-based benefits; supplemental security income.

### IV. JUDICIAL REVIEW OR INTERVENTION.(Cont'd)

  (3). Disability benefits.
263. —— Substantial evidence.
  (1). In general.
  (2). Need-based benefits; supplemental security income.
  (3). Disability benefits.
264. Harmless error.
265. —— In general.
266. —— Need-based benefits; supplemental security income.
267. —— Disability benefits.
268. Determination and disposition.
269. —— In general.
270. —— Reversal.
271. —— Remand.
  (1). In general.
  (2). Need-based benefits; supplemental security income.
  (3). Disability benefits.
  (4). —— In general.
  (5). —— Particular cases.
272. —— Proceedings on remand; mandate.
273. Further review.
274. —— In general.
275. —— Need-based benefits; supplemental security income.
276. —— Disability benefits.
277. Review after remand.

### V. COSTS AND FEES.

281. In general.
282. Amount and computation in general.
283. Representation in administrative proceedings.
284. Representation in court.
285. Awards following remand.
286. Contingency fee arrangement or other agreement, and effect thereof.
287. Multiple awards.
288. Proceedings to impose.
289. —— In general.
290. —— Judicial review.

### VI. OFFENSES AND PENALTIES.

301. In general.
302. Prosecutions.
303. Sentence and punishment.

TR-0044431

**358. SPECIFIC PERFORMANCE**

## 358. SPECIFIC PERFORMANCE

### SUBJECTS INCLUDED

Actions to compel performance of contracts by parties thereto

Nature and scope of the remedy in general

What contracts may be so enforced

Grounds of such actions and defenses thereto

Jurisdiction to compel such performance and proceedings therefor

Incidental or alternative relief

Judgments or decrees and enforcement thereof, and costs in such actions

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Contracts, requisites, validity, and construction of, see CONTRACTS, REAL PROPERTY CONVEYANCES, and other specific topics relating to particular classes of contracts

Sufficiency of memorandum of contract under statute of frauds, and estoppel to invoke such statute, see FRAUDS, STATUTE OF

I. NATURE AND GROUNDS OF REMEDY IN GENERAL, ☞1–24.

II. CONTRACTS ENFORCEABLE, ☞25–86.

III. GOOD FAITH AND DILIGENCE, ☞87–101.

IV. PROCEEDINGS AND RELIEF, ☞102–134.

### I. NATURE AND GROUNDS OF REMEDY IN GENERAL.

1. Nature and purpose in general.
2. Statutory provisions.
3. Grounds of relief in general.
4. Existence of other remedy.
5. Inadequacy of remedy at law.
6. Mutuality of remedy.
7. Waiver or abandonment of right.
8. Discretion of court.
9. Enforcing substantial performance.
10. Enforcing partial performance.
    (1). In general.
    (2). Enforcement of contract of husband or wife on refusal of other to join.
11. Defenses or objections to relief.

### I. NATURE AND GROUNDS OF REMEDY IN GENERAL.(Cont'd)

12. —— In general.
13. —— Performance impossible.
14. —— Performance involving act or assent of person not party to contract.
15. —— Enforcement ineffectual or not beneficial.
16. —— Enforcement inequitable or involving hardship.
17. Persons entitled to enforce performance.
18. Persons as against whom performance may be enforced.
19. —— In general.
20. —— Interest in subject-matter.
21. —— Husband or wife of party to contract.
22. —— Purchasers in general.
23. —— Bona fide purchasers.
24. —— Executors, administrators, devisees, and heirs.

### II. CONTRACTS ENFORCEABLE.

25. Requisites and validity in general.
26. Existence and condition of subject-matter.
27. Certainty.
28. —— In general.
    (1). In general.
    (2). Contracts relating to real property.
    (3). Time of performance.
    (4). Parties.
29. —— Description of subject-matter.
    (1). In general.
    (2). Description of lands in general.
    (3). Contract for part of tract.
30. —— Compensation and payment.
31. Completeness.
32. Mutuality of obligation.
    (.5). In general.
    (1). Necessity of mutuality.
    (2). Performance by party not bound.
    (3). Mutuality of particular contracts.
33. Capacity of parties in general.
34. Contracts between husband and wife.
35. Contracts of married women.
36. Contracts of corporations.
37. Conclusion of agreement.
38. Oral contracts in general.

TR-0044432

**358. SPECIFIC PERFORMANCE**

**II. CONTRACTS ENFORCEABLE.**(Cont'd)

39. Oral contracts within statute of frauds.
40. Part performance of oral contracts.
41. —— In general.
42. —— Performance referable to contract.
43. —— Acts constituting performance in general.
44. —— Payment.
45. —— Performance of services.
46. —— Possession.
47. —— Improvements and expenditures.
48. Consideration.
49. —— In general.
49.1. —— Necessity.
49.2. —— Adequacy and sufficiency.
50. —— Insufficiency in connection with other objections.
51. Fairness and reasonableness.
52. Mistake.
53. Misrepresentation and fraud.
54. Duress and undue influence.
55. Illegality.
56. Alternative stipulations in general.
57. Options.
58. Effect of stipulations for liquidated damages or penalty.
59. Contracts subject to conditions.
60. Modification of contract.
61. Rescission or other termination of contract.
62. Subject-matter of contracts in general.
63. Contracts relating to real property.
64. —— In general.
65. —— Enforcement by purchaser.
66. —— Enforcement by vendor.
67. Contracts relating to personal property.
68. —— In general.
69. —— Specific articles or goods.
70. —— Corporate stock or securities.
71. —— Patents and patented articles.
72. —— Good will, trade-marks, and trade secrets.
73. Contracts for personal services or acts in general.
74. Contracts for construction of buildings or other works.
75. Contracts for continuous acts during long period.
76. Contracts for loans, advances, or payments of money.

**II. CONTRACTS ENFORCEABLE.**(Cont'd)

77. Contracts for security or indemnity.
78. Contracts for insurance.
79. Contracts for partnership.
80. Contracts for submission to arbitration.
81. Awards.
82. Marriage settlements.
83. Separation agreements between husband and wife.
84. Conveyances enforceable as contracts.
85. Gifts.
86. Contracts to adopt, devise, or bequeath.

**III. GOOD FAITH AND DILIGENCE.**

87. Nature and grounds of duty of plaintiff.
88. Good faith of plaintiff in general.
89. Fraud or inequitable conduct of plaintiff subsequent to contract.
90. Necessity of diligence of plaintiff.
91. Notice and demand by plaintiff.
92. Time for performance by plaintiff in general.
  (1). In general.
  (2). Time of acquiring or perfecting title.
93. Time as of the essence of the contract.
94. Sufficiency of performance by plaintiff in general.
95. Sufficiency of title of vendor.
96. Conveyance or tender thereof.
97. Payment of consideration or tender thereof.
  (.5). In general.
  (1). Necessity.
  (2). Sufficiency of payment.
  (3). Sufficiency of tender.
98. Effect of delay or default of plaintiff.
99. —— In general.
100. —— Change in value of property or other circumstances.
101. Waiver and estoppel to urge objections to delay or of default.

**IV. PROCEEDINGS AND RELIEF.**

102. Form of remedy.
103. Jurisdiction.
104. Venue.
105. Time to sue, limitations, and laches.
  (.5). In general.

TR-0044433

## 358. SPECIFIC PERFORMANCE

**IV. PROCEEDINGS AND RELIEF.(Cont'd)**

    (1). Accrual of cause of action.
    (2). Limitations.
    (3). Laches.
106. Parties.
    (1). In general.
    (2). Joint contractors.
    (3). Heirs of party to contract.
    (4). Mortgagees, trustees, and benefi-
        ciaries.
107. Process and appearance.
108. Injunction and other preliminary relief
    in general.
109. Receiver.
110. Payment of consideration into court.
111. Surveys.
112. Pleading.
112.1. —— In general.
113. —— Mode and form in general.
114. —— Bill, complaint, or petition.
    (1). In general.
    (2). Averments as to contract.
    (3). Averments as to parties and prop-
        erty.
    (4). Averments as to performance,
        good faith, and diligence.
    (5). Ability of defendant to perform.
    (6). Prayer for relief.
115. —— Cross-bill, cross-complaint, or
    counterclaim for specific performance.
116. —— Plea or answer, and subsequent
    pleadings.
116.5. —— Amended and supplemental
    pleading.
116.9. —— Demurrer.
117. —— Issues, proof, and variance.
118. Evidence.
118.1. —— In general.
119. —— Presumptions and burden of proof.
120. —— Admissibility.
121. —— Weight and sufficiency.
    (.5). In general.
    (1). Clearness and positiveness.
    (2). Degree of proof required.
    (3). Sufficiency in general.
    (4). Making of contract in general.
    (5). Part performance of contract
        within statute of frauds.
    (6). Establishment of contracts with
        persons since deceased.

**IV. PROCEEDINGS AND RELIEF.(Cont'd)**

    (7). Establishment of contract to de-
        vise or bequeath.
    (8). Validity of contract.
    (9). Subject-matter and terms of con-
        tract.
    (10). Termination of contract.
    (11). Performance, good faith, and dil-
        igence of plaintiff.
122. Dismissal before hearing.
123. Trial or hearing.
124. Reference.
125. Relief awarded.
125.1. —— In general.
126. —— Performance of contract in gener-
    al.
    (1). In general.
    (2). Relief authorized by contract.
    (3). Relief authorized by pleadings.
127. —— Alternative, additional, or inciden-
    tal equitable relief.
    (1). In general.
    (2). Enforcement of lien on property.
    (3). Sufficiency of pleadings to author-
        ize relief.
128. —— Recovery of compensation or dam-
    ages instead of specific performance.
    (1). In general.
    (2). Performance impossible.
    (3). Items, measure, and amount of
        damages.
    (4). Sufficiency of pleadings to author-
        ize decree for damages.
129. —— Recovery of damages in addition
    to specific performance.
130. —— Relief to defendant.
131. Judgment or decree.
132. Performance and enforcement of judg-
    ment or decree.
133. Appeal.
134. Costs.

---

## 359. SPENDTHRIFTS

### SUBJECTS INCLUDED

Persons incapacitated by their wastefulness

TR-0044434

Case 1:20-cv-00613-SB   Document 294-12   Filed 01/05/23   Page 25 of 319 PageID #: 75586

Their rights and disabilities in general

Control and protection of their property

Legal proceedings affecting such persons

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Spendthrift trusts, creation and operation, see TRUSTS

Testamentary capacity of persons adjudged spendthrift, see WILLS

1. Power to regulate.
2. Statutory provisions.
3. Who may be adjudged spendthrifts.
4. Jurisdiction of courts.
5. Inquisitions.
6. Guardians or trustees.
7. Property and conveyances.
8. Contracts.
9. Actions.

---

## 360. STATES

### SUBJECTS INCLUDED

The several bodies politic forming by their union the United States of America

Status, organization, powers, and relations to each other of the governments existing before the Constitution of the United States, as separate colonies and under the articles of confederation

Relations to the United States and to each other under the Constitution

Admission of new states into the union

Boundaries of states

Status of states in insurrection or rebellion, and of seceded and confederate states

Rights and powers of state governments in general, of state legislatures, and of governors and executive officers and agents of states in general

State property, contracts, and finances

Claims against states and actions by or against them

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Charitable and reformatory institutions, see ASYLUMS AND ASSISTED LIVING FACILITIES, HEALTH, INFANTS, PRISONS

Citizens of the several states and their rights in general, see ALIENS, IMMIGRATION, AND CITIZENSHIP, CIVIL RIGHTS, CONSTITUTIONAL LAW

Courts of the states, see COURTS and particular subjects of jurisdiction—

Judges and other officers thereof, and officers connected with the administration of justice, see JUDGES, ATTORNEY GENERAL, COURTS, SHERIFFS AND CONSTABLES, and other specific topics

Removal of cases from state courts to federal courts, see REMOVAL OF CASES

Election of members of state legislature, governors, and other state officers, see ELECTION LAW

Eminent domain, power and exercise thereof, see EMINENT DOMAIN

Extradition between states, see EXTRADITION AND DETAINERS

Inferior officers, see PUBLIC EMPLOYMENT, GAME and other specific topics

Insurrection and rebellion, see INSURRECTION AND SEDITION

Interstate commerce, see COMMERCE

Military and naval forces of state, see MILITIA

Powers, distribution among the legislative, judicial and executive departments, see CONSTITUTIONAL LAW, ADMINISTRATIVE LAW AND PROCEDURE

Public lands, see PUBLIC LANDS

Taxation and revenue, see TAXATION

United States, nature of the union between the states and powers of the national government, see UNITED STATES

---

I. POLITICAL STATUS AND RELATIONS, ⟠1–18.93.
  (A) IN GENERAL, ⟠1–18.
  (B) FEDERAL SUPREMACY; PREEMPTION, ⟠18.1–18.93.
II. GOVERNMENT AND OFFICERS, ⟠19–84.
III. PROPERTY, CONTRACTS, AND LIABILITIES, ⟠85–112.

TR-0044435

**360. STATES**

IV. FISCAL MANAGEMENT, PUBLIC DEBT, AND SECURITIES, ☞113–168.5.

V. CLAIMS AGAINST STATE, ☞169–189.

VI. ACTIONS, ☞190–215.

**I. POLITICAL STATUS AND RELATIONS.**

**(A) IN GENERAL.**

1. Nature, status, and sovereignty in general.
4. Status under Constitution of United States, and relations to United States in general.
4.1. Operation within states of Constitution and laws of United States.
    (1). In general.
    (2). Particular provisions.
4.3. Guaranty by United States of republican form of government.
4.4. Powers reserved to states.
    (1). In general.
    (2). Police power.
    (3). Other particular powers.
4.16. Powers of United States and infringement on state powers.
    (1). In general.
    (2). Federal laws invading state powers.
    (3). Surrender of state sovereignty and coercion of state.
4.19. Cooperation between state and United States.
5. Relations among states under Constitution of United States.
    (1). In general.
    (2). Full faith and credit in each state to the public acts, records, etc. of other states.
6. Compacts between states.
7. Relations of states to foreign nations.
8. New states.
8.1. —— In general.
9. —— Admission of territory.
10. —— Annexation.
11. Territorial extent and boundaries.
12. —— In general.
12.1. —— Boundaries on rivers, lakes, and ocean waters.
12.2. —— Jurisdiction over waters forming boundary.
13. —— Establishment of boundaries.

**I. POLITICAL STATUS AND RELATIONS.**(Cont'd)

14. Cession of territory.
15. Division of state.
16. States in insurrection or rebellion.
17. Secession from Union, and status of seceded states.
18. Confederate States.

**(B) FEDERAL SUPREMACY; PREEMPTION.**

18.1. In general.
18.3. Preemption in general.
18.5. Conflicting or conforming laws or regulations.
18.7. Occupation of field.
18.9. Federal administrative regulations.
18.11. Congressional intent.
18.13. State police power.
18.15. Particular cases, preemption or supersession.
18.17. Aviation; airports.
18.19. Banking and financial or credit transactions.
18.21. Carriers; railroads.
18.23. Civil rights in general.
18.25. Education.
18.27. Domestic relations.
18.28. —— In general.
18.29. —— Community property laws.
18.31. Environment; nuclear projects.
18.33. Fish and game.
18.35. Garnishment and attachment; exemptions.
18.37. Governmental immunity.
18.39. Housing; landlord and tenant.
18.41. Insurance.
18.43. International relations; aliens.
18.45. Labor and employment.
18.46. —— In general.
18.47. —— Unemployment compensation and workers' compensation.
18.49. —— Discrimination; retaliatory discharge.
18.51. —— Pensions and benefits.
18.53. —— Labor organizations; members, officers, and dues.
18.55. —— Disputes and concerted activities.
18.57. Maritime matters.
18.59. Mines and minerals.
18.61. Motor vehicles; highways.

TR-0044436

### I. POLITICAL STATUS AND RELATIONS.(Cont'd)

18.63. Offenses and punishments.
18.65. Product safety;  food and drug laws.
18.67. Professions.
18.69. Property and regulations affecting it;  eminent domain.
18.71. Public officers and employees;  elections.
18.73. Energy and public utilities.
18.75. Revenue and taxation.
18.77. Securities and exchange regulations.
18.79. Social security and public welfare.
18.81. Telecommunications;  wiretap.
18.83. Trade regulation;  monopolies.
18.84. —— In general.
18.85. —— Petroleum products marketing.
18.87. —— Copyrights and patents.
18.89. War and national emergency;  armed services.
18.91. Waters and public lands.
18.93. Immunity of federal government or instrumentalities from state regulation.

### II. GOVERNMENT AND OFFICERS.

19. Establishment and organization of government.
20. De facto government.
21. Government powers.
    (1). In general.
    (2). Police power.
22. Seat of government.
23. Seal, arms, flag, and other insignia.
24. Legislature.
24.1. —— In general.
25. —— Constitution in general.
26. —— Separate houses or branches.
27. —— Legislative districts and apportionment.
    (1). In general.
    (2). Power and duty to apportion.
    (3). Method of apportionment in general.
    (4). Equality of representation and discrimination.
    (4.1). —— In general.
    (5). —— Population as basis and deviation therefrom.

### II. GOVERNMENT AND OFFICERS.(Cont'd)

    (6). —— Ratio between districts and percentage represented by majority.
    (7). —— Political subdivisions;  multimember or floterial districts.
    (8). —— Application to bicameral legislature;  federal analogy.
    (9). Effect of illegal apportionment.
    (10). Judicial review and control.
28. —— Members.
    (1). In general.
    (2). Privileges and exemptions.
29. —— Organization.
30. —— Determination as to election and qualification of members.
31. —— Mode of action in general.
32. —— Sessions and meetings.
33. —— Quorum or number required to be present or act.
34. —— Committees.
35. —— Rules of procedure and conduct of business.
37. —— Minutes and records.
38. —— Publication of proceedings.
39. —— Orders and resolutions.
39.5. —— Investigations.
40. —— Contempt.
41. Governor.
42. Lieutenant Governor.
43. Exercise of supreme executive authority.
44. Creation and abolition of executive offices in general.
45. Establishment of executive departments or boards.
46. Appointment or election of officers.
47. Eligibility to office.
48. Qualification of officers.
49. De facto officers.
50. Deputies and assistants.
51. Term of office, vacancies, and holding over.
52. Resignation, suspension, and removal or impeachment of officers.
53. Appointment or employment and tenure of agents and employees in general. *See also PUBLIC EMPLOYMENT for cases involving civil service rules and proceedings.*
54. Special or temporary appointment or employment.

TR-0044437

## 360. STATES

**II. GOVERNMENT AND OFFICERS.**(Cont'd)

55. Rights and privileges of officers in general.
56. Compensation of officers, agents and employees.
57. —— In general; power to regulate.
58. —— Constitutional and statutory provisions, in general.
59. —— Amendment and repeal of statutes.
60. —— Particular officers and employees.
    (1). In general.
    (2). Civil service employees.
60.1. —— Additional compensation and perquisites.
    (1). In general; holding two offices.
    (2). Constitutional restrictions.
60.2. —— Overtime or absence; deductions and forfeitures.
60.3. —— Suspension, removal or abolition of office.
60.4. —— Special employment; commissions and fees.
61. —— Legislature, members' and employees' compensation.
    (1). In general.
    (2). Constitutional restrictions.
62. —— Expenses and losses; reimbursement.
63. —— Increase or reduction during term.
64. —— Allowance, payment and collection.
    (1). In general.
    (2). Judicial remedies.
    (3). Improper payment and remedies therefor.
64.1. —— Retirement and incidental benefits.
    (1). In general.
    (2). Constitutional and statutory provisions.
    (3). Right to benefits, and amount.
    (4). Funds and contributions.
    (5). Insurance and death benefits.
    (6). Allowance and payment; interest.
    (7). Judicial remedies.
65. Authority and powers of officers and agents, and exercise thereof.
66. —— In general.
67. —— Executive departments, boards, or other bodies.
68. —— Particular executive officers.

**II. GOVERNMENT AND OFFICERS.**(Cont'd)

69. —— Inferior ministerial officers or agents.
70. —— Special authority or employment.
71. Duties of officers and agents and performance thereof.
72. —— In general.
73. —— Particular officers and services.
74. —— Agents and employees.
75. Custody and care of public funds and other property.
76. Accounting and settlement.
77. Disabilities of officers.
78. Liabilities for official acts.
79. Liabilities of officers for negligence or misconduct.
80. Liabilities on official bonds.
    (1). In general.
    (2). Enforcement.
81. Criminal responsibility of officers and agents.
82. State institutions.
83. Public improvements and works.
84. Corporations controlled by state.

**III. PROPERTY, CONTRACTS, AND LIABILITIES.**

85. Acquisition of property.
86. Construction, improvement, protection, and repair of buildings and other works.
87. Use of property.
88. Control and regulation of public buildings and places.
89. Disposition of property.
90. Capacity of state to contract in general.
91. Powers of Legislature to contract.
92. Powers of particular boards or officers to contract.
93. —— In general.
94. —— Particular subject-matter or purposes.
95. Individual interest of officer in contract.
96. Amount of contract and appropriation or provision for payment.
97. Express contracts in general.
98.1. Proposals or bids for contracts.
98.2. —— In general.
98.3. —— Necessity for submission to competition.

TR-0044438

### III. PROPERTY, CONTRACTS, AND LIABILITIES.(Cont'd)

98.4. —— Preferences; conditions and restrictions on bidders.
98.5. —— Request or advertisement; specifications.
98.6. —— Form and requisites.
98.7. —— Deposit or other security.
98.8. —— Acceptance or rejection in general.
98.9. —— Award to lowest bidder.
98.10. —— Withdrawal or amendment; failure to enter into contract.
98.11. —— Rights and remedies of disappointed bidders.
　(1). In general.
　(2). Standing.
　(3). Scope of review.
　(4). Determination and disposition.
99. Formal requisites of contracts.
100. Validity and sufficiency of contracts.
101. Contractors' bonds.
102. Unauthorized or illegal contracts.
103. Implied contracts.
104. Construction and operation of contracts.
105. Assignment of contracts.
106. Modification or rescission of contracts.
107. Performance or breach of contracts.
108. Rights and remedies of contractor and sureties.
108.5. Rights and remedies of subcontractors, laborers, and materialmen.
109. Rights and remedies of state on contracts in general, and debts due state.
110. Priority of state as creditor.
111. State expenses and charges and statutory liabilities.
112. Torts.
　(1). In general.
　(2). Statutory provisions; waiver of immunity.
112.1. —— Acts or omissions of officers, agents, or employees.
　(1). In general.
　(2). Governmental or proprietary functions.
　(3). Particular persons or agencies; scope of employment.
　(4). Independent contractors.
112.2. —— Nature of act or claim.

### III. PROPERTY, CONTRACTS, AND LIABILITIES.(Cont'd)

　(1). In general.
　(2). Personal injuries in general.
　(3). Property damage in general.
　(4). State institutions, injuries in operation of.
　(5). State militia; armories.
　(6). State parks, injuries in.
　(7). Unlawful arrest, imprisonment, or prosecution.

### IV. FISCAL MANAGEMENT, PUBLIC DEBT, AND SECURITIES.

113. Power to incur indebtedness in general.
114. Purposes of expenditures in general.
115. Limitation of amount of indebtedness or expenditure.
116. Requirement of provision for payment of indebtedness.
117. Contracts involving indebtedness or expenditures.
118. Borrowing money.
119. Limitation of use of funds or credit.
120. Unauthorized debts.
121. Administration of finances in general.
122. Collection and custody of funds.
123. Disbursements in general.
124. Loaning and investment of funds.
126. General funds.
127. Special funds.
128. Apportionment of funds.
129. Appropriations.
129.1. —— In general.
130. —— Necessity.
131. —— Making and requisites.
132. —— Operation and effect.
133. —— Transfer.
134. Payment of indebtedness in general.
135. Warrants and certificates of indebtedness.
136. —— In general.
137. —— Power and duty to issue.
138. —— Issuance, requisites, and validity.
139. —— Construction and operation.
140. —— Negotiability and transfer.
141. —— Surrender for reissue, funding, or redemption.
142. —— Payment.
143. —— Remedies.

**360. STATES**

**IV. FISCAL MANAGEMENT, PUBLIC DEBT, AND SECURITIES.**(Cont'd)

144. Bills and notes in general.
145. Bills of credit and other securities intended to circulate as money.
146. Bonds and other securities.
147. —— In general.
148. —— Power and duty to issue.
149. —— Limitation of amount.
150. —— Proceedings preliminary to issue.
151. —— Conditions precedent to issue in general.
152. —— Provision for payment or redemption.
153. —— Sale or other disposition.
154. —— Form and contents.
155. —— Execution.
156. —— Issuance and delivery.
157. —— Validity in general.
158. —— Ratification of invalid bonds.
159. —— Curative statutes.
160. —— Rights of payees or original purchasers.
162. —— Rights and liabilities on transfer in general.
163. —— Bona fide purchasers.
164. —— Rights and remedies of holders of invalid securities.
165. —— Sinking funds and redemption.
166. —— Payment in general.
167. —— Payment of interest and coupons.
168. —— Actions.
168.5. Rights and remedies of taxpayers.

**V. CLAIMS AGAINST STATE.**

169. Nature of claims required to be presented.
170. Amount.
171. Interest.
171.5. Assignment.
173. Auditing boards or officers.
174. Time for presentation.
175. Statement.
176. Verification and proof.
177. Presentation and filing.
178. Authority to allow.
179. Compromise.
180. Arbitration.
181. Audit or hearing.

**V. CLAIMS AGAINST STATE.**(Cont'd)

182. Decision.
183. Review of decision.
184. Court or board of claims in general.
184.1. Constitutional and statutory provisions.
184.2. Jurisdiction.
      (1). In general.
      (2). Particular claims.
184.4. Rules.
184.5. Procedure in general.
184.6. Defenses.
184.7. Conditions precedent.
184.8. Limitation and laches.
      *See also LIMITATION OF ACTIONS.*
      (1). In general.
      (2). Relief.
184.10. Persons entitled to sue and parties.
184.11. Dismissal of claim.
184.12. Discovery.
184.13. Evidence in general.
184.14. Presumptions and burden of proof.
184.15. Weight and sufficiency of evidence.
      (1). In general.
      (2). Automobile accident claims.
      (3). Contract claims.
      (4). Employees' claims.
      (5). Flooding and seepage claims.
      (6). Inmates of state institutions, claims for injuries by.
      (7). Inmates of state institutions, claims for injuries to.
      (8). Park visitors, claims for injuries to.
      (9). State buildings, claims for injuries to visitors or occupants.
      (10). Miscellaneous claims.
184.25. Pleading and form and requisites of claims.
      (1). In general.
      (2). Amendment.
      (3). Printing claims.
      (4). Issues, proof, and variance.
184.29. Trial or hearing.
      (1). In general.
      (2). Questions of law or fact.
      (3). Findings.
184.32. Judgment.
184.33. Costs and attorney fees.
184.34. Appeal and error in general.

TR-0044440

## V. CLAIMS AGAINST STATE.(Cont'd)

184.35. Presentation or reservation in lower tribunal of grounds of review.
184.36. Requisites and proceedings for transfer of cause.
184.37. Record.
184.38. Questions of fact.
184.39. Dismissal.
184.40. Scope and extent of review.
    (1). In general.
    (2). Presumptions.
    (3). Discretion.
    (4). Harmless error.
    (5). Determination and disposition of cause.
185. Effect of allowance or disallowance.
187. Payment.
188. Making or presentation of false claims.

## VI. ACTIONS.

190. Capacity of state to sue in general.
191. Liability and consent of state to be sued in general.
191.1. —— In general.
191.2. —— Power to waive immunity or consent to suit.
    (1). In general.
    (2). Conditions and restrictions.
191.3. —— Constitutional and statutory provisions.
    (1). In general.
    (2). Validity of particular statutes.
191.4. —— Necessity of consent.
    (1). In general.
    (2). Nature and capacity of parties.
    (3). Foreign states.
    (4). Nature of proceeding.
    (5). Contract or tort.
    (6). Property rights and proprietary matters.
191.5. —— Modification or withdrawal of consent.
191.6. —— Mode and sufficiency of consent.
    (1). In general.
    (2). Necessity of constitutional or statutory consent.
    (3). Resolutions and private acts.
191.7. —— Construction of grant of consent.
191.8. —— Effect of consent or waiver.

## VI. ACTIONS.(Cont'd)

    (1). In general.
    (2). Application of rules governing private litigants.
    (3). Substantive or remedial effect.
191.9. —— Particular actions.
    (1). In general.
    (2). Declaratory judgment.
    (3). Eminent domain.
    (4). Highway matters.
    (5). Property interests in general.
    (6). Tax matters.
    (7). Torts.
191.10. —— What are suits against state or state officers.
192. Rights of action by state or state officers.
193. Rights of action against state or state officers.
194. Conditions precedent to action against state.
195. —— In general.
196. —— Notice, demand, or presentation of claim.
    (1). In general.
    (2). Service or presentation; timeliness.
    (3). Excuses for, and relief from, delay or failure.
    (4). Form and sufficiency.
    (5). Waiver and estoppel.
198. Defenses in general.
199. Set-off and counterclaim.
200. Jurisdiction and venue.
201. Time to sue, limitations, and laches.
    *See also LIMITATION OF ACTIONS.*
202. Authority to sue in name of state or state officer.
203. Parties.
204. Process.
205. Appearance and representation by attorney.
208. Pleading.
209. Evidence.
211. Trial.
211.5. New trial.
212. Judgment and relief.
213. Execution and enforcement of judgment.
214. Appeal and error.
215. Costs.

TR-0044441

## 361. STATUTES

### SUBJECTS INCLUDED

Written laws in general and, more particularly, legislative acts

Technical aspects of their enactment, amendment, and repeal

Requisites, validity, construction, operation, and effect in general

Severability

Validity of retroactive application

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Administrative construction of statutes, see ADMINISTRATIVE LAW AND PROCEDURE ⊰428 and specific topics

Appropriations, see STATES ⊰129, UNITED STATES ⊰317

Constitutional requirements affecting validity of statutes, other than as to mode of enactment, general or special laws, and subjects and titles of acts, see CONSTITUTIONAL LAW, STATES, and specific topics

Contracts contrary to statute, see CONTRACTS ⊰104

Legislative bodies, constitution and proceedings other than in the enactment of statutes, see STATES, TERRITORIES, UNITED STATES

Lobbying and other conduct directed at influencing legislative action, regulation of, see LOBBYING

Ordinances, see MUNICIPAL CORPORATIONS IV(B)

Particular subjects, construction and operation of statutes concerning, see CRIMINAL LAW, INTERNAL REVENUE, TAXATION, and other specific topics

Pleading and proof of statutes, see PLEADING, EVIDENCE

Resolutions, see STATES ⊰39, UNITED STATES ⊰227

Statutory—

Offenses, see CRIMINAL LAW and topics relating to particular offenses

Penalties, see PENALTIES

Remedies, see ACTION and topics relating to particular forms and causes of action

———

I. IN GENERAL, ⊰1001–1020.

II. ENACTMENT, ⊰1021–1060.

III. CONSTRUCTION, ⊰1061–1400.
  (A) IN GENERAL, ⊰1061–1090.
  (B) PLAIN LANGUAGE; PLAIN, ORDINARY, OR COMMON MEANING, ⊰1091–1100.
  (C) CLARITY AND AMBIGUITY; MULTIPLE MEANINGS, ⊰1101–1120.
  (D) PARTICULAR ELEMENTS OF LANGUAGE, ⊰1121–1150.
  (E) STATUTE AS A WHOLE; RELATION OF PARTS TO WHOLE AND TO ONE ANOTHER, ⊰1151–1170.
  (F) EXTRINSIC AIDS TO CONSTRUCTION, ⊰1171–1200.
  (G) OTHER LAW, CONSTRUCTION WITH REFERENCE TO, ⊰1201–1240.
  (H) LEGISLATIVE HISTORY, ⊰1241–1260.
  (I) LEGISLATIVE CONSTRUCTION, ⊰1261–1280.
  (J) EXECUTIVE CONSTRUCTION, ⊰1281–1300.
  (K) PARTICULAR CLASSES OF STATUTES, CONSTRUCTION OF, ⊰1301–1340.
  (L) DETERMINATION OF CONSTRUCTION, ⊰1341–1360.
  (M) PRESUMPTIONS AND INFERENCES AS TO CONSTRUCTION, ⊰1361–1400.

IV. OPERATION AND EFFECT, ⊰1401–1440.

V. AMENDMENT, ⊰1441–1470.

VI. REVISION AND CODIFICATION, ⊰1471–1490.

VII. REPEAL, ⊰1491–1510.

VIII. VALIDITY, ⊰1511–1550.

IX. RETROACTIVITY, ⊰1551–1610.

X. SUBJECTS AND TITLES, ⊰1611–1630.

XI. GENERAL AND SPECIAL LAWS, ⊰1631–1730.
  (A) IN GENERAL, ⊰1631–1670.
  (B) APPLICABILITY OF GENERAL LAW AS AFFECTING VALIDITY OF SPECIAL LAW, ⊰1671–1700.
  (C) UNIFORMITY OF OPERATION, ⊰1701–1730.

XII. SUBMISSION TO POPULAR VOTE, ⊰1731–1791.
  (A) IN GENERAL, ⊰1731–1740.
  (B) INITIATIVE, ⊰1741–1770.
  (C) REFERENDUM, ⊰1771–1791.

TR-0044442

## I. IN GENERAL.

1001. In general.
1002. Nature and definition of legislative acts.
1003. —— In general.
1004. —— Substantive or procedural statutes.
1005. —— Remedial statutes.
1006. —— Penal statutes.
1007. —— Other particular classes of statutes.
1008. Status of legislative body.
1009. Powers and duties of legislature in general.
1010. Powers of legislature at special or alternating sessions.
1011. Powers of separate houses of legislature.

## II. ENACTMENT.

1021. In general.
1022. Notice.
1023. Recommendation by executive or other authority.
1024. Introduction of bills.
1025. Mode of enactment.
1026. Reference of bills to committee.
1027. Printing and distribution of copies of bills.
1028. Reading and consideration of bills.
1029. Amendment of pending bills.
1030. Passage of bills.
1031. —— In general.
1032. —— Mode of voting, and entry of yeas and nays.
1033. —— Number of votes required.
1034. —— Particular classes of statutes.
1035. —— Concurrence of separate houses of legislature.
1036. Approval or veto by executive.
1037. —— In general.
1038. —— Necessity for approval and authority to veto.
1039. —— Presentation.
1040. —— Recall by legislature.
1041. —— Time for action by executive.
1042. —— Effect of adjournment of legislature.
1043. —— Approval.
1044. —— Disapproval and return with objections; veto.

## II. ENACTMENT.(Cont'd)

1045. —— Disapproval of portion; line-item veto.
1046. —— Inaction by executive; pocket veto.
1047. —— Passage notwithstanding disapproval: override of veto.
1048. Enrollment, authentication, and filing.
1049. Promulgation and publication.
1050. Reenactment.
1051. —— In general.
1052. —— Adoption of or reference to previously enacted statute; incorporation.
1053. Formal requisites of statutes.
1054. Offenses relating to enactment.

## III. CONSTRUCTION.

### (A) IN GENERAL.

1061. In general.
1062. Role, authority, and duty of construer or interpreter.
1063. —— In general.
1064. —— Judicial construction; role, authority, and duty of courts.
      *Separation of powers, see CONSTITUTIONAL LAW XX.*
1065. Rules, principles, maxims, and canons of construction in general.
1066. Reason, reasonableness, and rationality.
1067. Wisdom, practicality, and common sense.
1068. Consistency, uniformity, and fairness.
1069. Liberal or strict construction.
1070. Strained or forced construction.
1071. Intent.
1072. —— In general.
1073. —— Will of legislature.
1074. Purpose.
1075. —— In general.
1076. —— Purpose and intent.
1077. —— Policy behind or supporting statute.
1078. Language.
1079. —— In general.
1080. —— Language and intent, will, purpose, or policy.
1081. —— Construction as written.
1082. Construction based on multiple factors.

TR-0044443

## 361. STATUTES

**(B) PLAIN LANGUAGE; PLAIN, ORDINARY, OR COMMON MEANING.**

1091. In general.
1092. Natural, obvious, or accepted meaning.
1093. Literal, precise, or strict meaning; letter of the law.

**(C) CLARITY AND AMBIGUITY; MULTIPLE MEANINGS.**

1101. In general.
1102. What constitutes ambiguity; how determined.
1103. Resolution of ambiguity; construction of unclear or ambiguous statute or language.
1104. —— In general; factors considered.
1105. —— Purpose and intent; determination thereof.
1106. —— Policy behind or supporting statute.
1107. Absence of ambiguity; application of clear or unambiguous statute or language.
1108. —— In general.
1109. —— Purpose and intent; unambiguously expressed intent.
1110. —— Giving effect to statute or language; construction as written.
1111. —— Plain language; plain, ordinary, common, or literal meaning.

**(D) PARTICULAR ELEMENTS OF LANGUAGE.**

1121. In general.
1122. Defined terms; definitional provisions.
   *Use of dictionaries, see ⊕1181. Statutes concerning construction, and interpretation provisions within statutes, see ⊕1268.*
1123. Undefined terms.
1124. Technical terms.
1125. Terms of art.
1126. Legal terms; legal meaning.
1127. Grammar, spelling, and punctuation.
1128. Tense, mood, and voice.
1129. Singular and plural.
1130. Masculine and feminine.
1131. Particular words and phrases.
1132. —— In general.
1133. —— Articles.
1134. —— Conjunctive and disjunctive words.
1135. —— Words of number or amount.

**III. CONSTRUCTION.(Cont'd)**

1136. —— Words of inclusion.
1137. Mistakes and errors; misnomer and misdescription.
1138. Departing from or varying language of statute.
1139. Absent terms; silence; omissions.

**(E) STATUTE AS A WHOLE; RELATION OF PARTS TO WHOLE AND TO ONE ANOTHER.**

1151. In general.
1152. Design, structure, or scheme.
1153. Context.
1154. Related provisions.
1155. Construing together; harmony.
1156. Superfluousness.
1157. Conflict.
1158. Similarity or difference.
1159. Associated terms and provisions; noscitur a sociis.
1160. General and specific terms and provisions; ejusdem generis.
1161. Relative and qualifying terms and provisions, and their relation to antecedents.
1162. Exceptions, limitations, and conditions.
1163. —— In general.
1164. —— Provisos.
1165. —— Grandfather clauses.

**(F) EXTRINSIC AIDS TO CONSTRUCTION.**

1171. In general.
1172. Ancillary provisions or material.
1173. —— In general.
1174. —— Statements of purpose, intent, or policy in general.
1175. —— Introductory statements; preambles and prologues.
1176. —— Recitals and findings.
1177. —— Titles, headings, and captions.
1178. —— Comments, notes, and summaries.
1179. Treatises and reference works.
1180. —— In general.
1181. —— Dictionaries.
1182. Contemporary and historical circumstances.
1183. —— In general.
1184. —— History of statute.

TR-0044444

### III. CONSTRUCTION.(Cont'd)

1185. Prior or contemporaneous construction in general.
1186. Motives and opinions of particular parties.
1187. Policy considerations;  public policy.
1188. Other particular extrinsic aids.

#### (G) OTHER LAW, CONSTRUCTION WITH REFERENCE TO.

*Controlling or precedential effect of case law, see COURTS ⟀88.*

1201. In general.
1202. Prior or existing law in general.
1203. Common or civil law.
1204. —— In general.
1205. —— Statutory terms with common law meanings.
1206. —— Statutory alteration or abrogation of common law.
    (1). In general.
    (2). Plain, literal, or clear meaning of statute; ambiguity.
    (3). Liberal or strict construction.
1207. —— Statutory adoption of common law.
1208. —— Federal common law.
1210. Other statutes.
1211. —— In general.
1212. —— Statutory scheme in general.
1213. —— Construing together;  harmony.
1214. —— Superfluousness.
1215. —— Conflict.
1216. —— Similar or related statutes.
    (1). In general.
    (2). Subject or purpose.
    (3). In pari materia.
*Statutes concerning particular subjects, see specific topics.*
1217. —— General and specific statutes.
*Constitutional restrictions on general, special, and local laws, see XI.  Statutes concerning particular subjects, see specific topics.*
1218. —— Statutes adopted at same session.
1219. —— Earlier and later statutes.
1220. Other jurisdictions.
1221. —— In general.
1222. —— Other countries.
1223. —— Other states.
1224. —— Federal and state law.
1225. Uniform and model acts.
1226. Other particular sources of law.

#### (H) LEGISLATIVE HISTORY.

1241. In general.
1242. Plain, literal, or clear meaning; ambiguity.
1243. Particular kinds of legislative history.
1244. —— In general.
1245. —— Motives, opinions, and statements of legislators.
    (1). In general.
    (2). Sponsors or authors.
1246. —— Legislative record or journal.
1247. —— Evolution of statute.
    (1). In general.
    (2). Drafts and earlier versions.
    (3). Amendments, additions, and other changes.
    (4). Failed, rejected, and other unenacted provisions.
1248. —— Committees and hearings in general.
1249. —— Reports and analyses.
1250. —— Debates, speeches, and floor statements.
1251. —— Post-enactment legislative history.

#### (I) LEGISLATIVE CONSTRUCTION.

1261. In general.
1262. Plain, literal, or clear meaning; ambiguity.
1263. Reenactment or incorporation of prior statutes.
1264. —— In general.
1265. —— Prior construction.
1266. Clarifying statutes.
1267. Legislative silence, inaction, or acquiescence.
1268. Statutes concerning construction; interpretation provisions.

#### (J) EXECUTIVE CONSTRUCTION.

*Administrative construction, see ADMINISTRATIVE LAW AND PROCEDURE ⟀428.*

1281. In general.
1282. Plain, literal, or clear meaning; ambiguity.
1283. Consistent or longstanding construction; approval or acquiescence.
1284. Erroneous construction; conflict with statute.
1285. Reenactment or incorporation of statute construed, effect of.

TR-0044445

**361. STATUTES**

### III. CONSTRUCTION.(Cont'd)

1286. Particular departments and officers, construction by.
1287. —— In general.
1288. —— President or Governor.
1289. —— Attorney General.
    *Controlling or precedential effect of Attorney General opinions not involving statutory interpretation, see COURTS ⇐ 89.*

### (K) PARTICULAR CLASSES OF STATUTES, CONSTRUCTION OF.

1301. In general.
1302. Statutes to protect the public.
1303. Statutes concerning sovereignty.
1304. Statutes concerning powers, rights, or privileges.
1305. Statutes concerning duties and liabilities.
1306. Remedial statutes.
1307. —— In general.
1308. —— Liberal or strict construction.
1309. Procedural statutes.
1310. —— In general.
1311. —— Summary proceedings.
1312. Jurisdictional statutes.
1313. Immunity statutes.
1314. —— In general.
1315. —— Sovereign immunity.
1316. Penal statutes.
1317. —— In general.
    *Criminal statutes, see CRIMINAL LAW ⇐ 12.7(1).*
1318. —— Liberal or strict construction; rule of lenity.
    *Criminal statutes, see CRIMINAL LAW ⇐ 12.7(2).*
1319. Regulatory statutes.
1320. Commercial statutes.
1321. —— In general.
1322. —— Comments.
1323. Revenue statutes.

### (L) DETERMINATION OF CONSTRUCTION.

1341. In general.
1342. Application of statute to subject matter or facts.
1343. Questions of law or fact.
1344. Evidence as to construction in general; admissibility.
1345. Burden of proof.
1346. Weight and sufficiency.
1347. Proceedings; hearing or trial.

### (M) PRESUMPTIONS AND INFERENCES AS TO CONSTRUCTION.

1361. In general.
1362. Nature, characteristics, and knowledge of legislature in general.
1363. Intent.
1364. —— In general.
1365. —— Purpose; policy behind or supporting statute.
1366. Language.
1367. —— In general.
1368. —— Plain language; plain, ordinary, common, or literal meaning.
1369. —— Clarity and ambiguity; multiple meanings.
1370. —— Technical terms, terms of art, and legal terms.
1371. —— Absent terms; silence; omissions.
1372. Statute as a whole; relation of parts to whole and to one another.
1373. —— In general.
1374. —— Giving effect to entire statute and its parts; harmony and superfluousness.
1375. —— Similarity or difference.
1376. —— Exceptions, limitations, and conditions.
1377. —— Express mention and implied exclusion; expressio unius est exclusio alterius.
1378. Extrinsic aids to construction.
1379. —— In general.
1380. —— Prior or contemporaneous construction in general.
1381. Other law, construction with reference to.
1382. —— In general.
1383. —— Prior or existing law in general.
1384. —— Common or civil law.
1385. —— Other statutes.
    (1). In general.
    (2). Similar or related statutes.
    (3). Statutes from other jurisdictions.
1386. —— Change in law.
1387. Legislative history.
1388. Legislative construction.
1389. —— In general.
1390. —— Reenactment or incorporation of prior statute.
1391. Executive construction.

III. CONSTRUCTION.(Cont'd)

1392. Particular classes of statutes, construction of.

IV. OPERATION AND EFFECT.

1401. In general.
1402. Construction in view of effects, consequences, or results.
1403. —— In general.
1404. —— Unintended or unreasonable results; absurdity.
1405. —— Relation to plain, literal, or clear meaning; ambiguity.
1406. —— Presumptions, inferences, and burden of proof.
1407. Mandatory or directory statutes.
1408. Nature and extent of compliance.
1409. —— In general.
1410. —— Actual, strict, substantial, practical, or technical compliance.
1411. Persons or entities subject.
1412. —— In general.
1413. —— Application to government.
1414. —— Creation of contractual or other rights.
1415. Extraterritorial operation.
  *Criminal statutes, see CRIMINAL LAW ⊗18. Statutes of foreign countries, see INTERNATIONAL LAW V(B). Operation of federal and state statutes outside United States territory, see INTERNATIONAL LAW V(C).*
1416. Time of taking effect; effective or operative date.
1417. —— In general.
1418. —— What is effective or operative date; how determined.
    (1). In general.
    (2). Legislative intent or specification; express provisions.
    (3). Beginning of legislative session.
    (4). End of legislative session; time computed therefrom.
    (5). Passage, approval, or enactment; time computed therefrom.
    (6). Publication or other notice.
    (7). Other particular dates.
1419. —— Delay or postponement; future date.
1420. —— Conditions or contingencies.
1421. —— Emergencies.

IV. OPERATION AND EFFECT.(Cont'd)

1422. —— Parts of act taking effect at different times.
1423. Duration and termination.
1424. —— In general.
1425. —— Expiration; temporary acts and sunset provisions.
1426. —— Suspension.
1427. —— Changed circumstances; obsolescence.
1428. —— Disuse or nonenforcement; desuetude.

V. AMENDMENT.

1441. In general.
1442. Constitutional requirements.
1443. Power to amend.
1444. Amendment of invalid or nonexistent provision.
1445. Title of amending statute; reference to and identification of statute amended.
1446. —— In general.
1447. —— Particular amending and amended statutes.
1448. Setting forth provision as altered or amended.
1449. —— In general; necessity.
1450. —— Separate or additional legislation.
1451. —— Sufficiency of inclusion or recital.
1452. Implied amendment.
1453. Invalidity of amendatory statute as affecting amended provision.
1454. Construction of amendatory and amended statutes.
1455. —— In general.
1456. —— Relationship to statute amended; clarification or change of meaning.
1457. —— Presumptions.
1458. —— Legislative history.
1459. Repeal of amended provision.

VI. REVISION AND CODIFICATION.

1471. In general.
1472. Particular Revised Statutes and Codes.
1473. Effect on previous and existing laws.
1474. —— In general.
1475. —— Continuance or alteration of existing law by codification.

**361. STATUTES**

**VI. REVISION AND CODIFICATION.**(Cont'd)

1476. —— Continuance or alteration of existing law by revision.
1477. Construction of Revised Statutes and Codes.
1478. Amendment of Revised Statutes or Code.
1479. Code or Revision as prima facie evidence of the law.

**VII. REPEAL.**

1491. In general.
1492. Power to repeal in general.
1493. Express repeal.
1494. —— In general.
1495. —— Title of repealing statute; reference to and identification of statute repealed.
1496. —— Recital of provision repealed.
1497. —— General repeal of inconsistent statutes or provisions.
1498. Implied repeal.
1499. —— In general.
1500. —— By inconsistent or repugnant statute.
1501. —— By statute relating to same subject.
    (1). In general.
    (2). Repeal of specific by general statute.
    (3). Repeal of general by specific statute.
    (4). Repeal by amendatory statute.
    (5). Repeal of penal statute.
    (6). Repeal by reenactment.
    (7). Repeal by revision.
    (8). Repeal by codification.
1502. Invalidity of repealing statute.
1503. Repeal of repealing or amendatory statute as revival of repealed or amended statute.
1504. Reenactment or revival of repealed statute.
1505. Construction of repealing statutes.

**VIII. VALIDITY.**

*Certainty, definiteness, vagueness, and overbreadth, see CONSTITUTIONAL LAW.*
1511. In general.
1512. Judicial authority and duty.

**VIII. VALIDITY.**(Cont'd)

1513. Scope of inquiry.
1515. Impossibility of performance or enforcement; internal inconsistency.
1516. Validity in relation to previous statutes.
1517. Recognition of previous invalid statute; ratification.
1518. Validity of territorial statutes.
1519. —— In general.
1520. —— Contravention of organic act or other fundamental law; preemption.
1521. —— Disapproval by Congress.
1522. Presumptions and construction as to validity.
1523. —— In general.
1524. —— Enactment.
1525. —— Subjects and titles of statutes.
1526. —— General and special statutes.
1527. —— Submission to popular vote; initiative and referendum.
1528. —— Other particular considerations.
1529. Effect of total invalidity.
1530. —— In general.
1531. —— Particular statutes.
1532. Effect of partial invalidity; severability.
1533. —— In general.
1534. —— Effect of severability clause.
1535. —— Particular statutes.
    (1). In general.
    (2). Courts, actions, and proceedings.
    (3). —— In general.
    (4). —— Statutes of limitations.
    (5). Administrative agencies and proceedings.
    (6). Criminal justice.
    (7). Governments and political subdivisions.
    (8). Property.
    (9). —— In general.
    (10). —— Wills, estates, and trusts.
    (11). —— Mortgages and liens.
    (12). Government property, facilities, and funds.
    (13). Social Security, public assistance, and other government payments.
    (14). Taxation.
    (15). Labor, employment, and public officials.

TR-0044448

VIII. VALIDITY.(Cont'd)

(16). Education.
(17). Elections, voting, and political rights.
(18). War and national emergency.
(19). Contracts.
(20). Trade or business.
(21). Environment and health.
(22). Mental health.
(23). —— In general.
(24). —— Sex offenders.
(25). Motor vehicles.
(26). Carriers and public utilities.
(27). Families and children.
(28). Tort or financial liabilities.
(29). Aliens, immigration, and citizenship.
(30). Corporations and other private organizations.
1536. —— Subjects and titles of statutes.
1537. —— General and special statutes.
1538. —— Submission to popular vote; initiative and referendum.

IX. RETROACTIVITY.

1551. In general.
1552. Nature and definition of retroactive statute.
1553. Power to enact; validity.
1554. Prospective or retroactive construction.
1555. —— In general.
1556. —— Language and intent; express provisions.
     (1). In general.
     (2). Nonretroactivity.
1557. —— Presumptions and inferences.
1558. Effect on substantive rights.
1559. Effect on vested rights.
1560. Imposition of liabilities, penalties, duties, obligations, or disabilities.
1561. Remedies and remedial statutes.
1562. —— In general.
1563. —— Curative and ameliorative statutes.
1564. Procedural statutes.
1565. —— In general.
1566. —— Evidentiary statutes.
1567. Application to pending actions and proceedings.

IX. RETROACTIVITY.(Cont'd)

1568. Declaratory, clarifying, and interpretive statutes.
1569. Amendatory statutes.
1570. Repealing statutes.
1571. —— In general.
1572. —— Rights accrued.
1573. —— Liabilities incurred.
1574. —— Pending actions and proceedings.
     (1). In general.
     (2). Actions for penalties.
1575. —— Saving clauses.
1576. Validity of particular retroactive statutes.
1577. —— In general.
1578. —— Courts, actions, and proceedings.
     (1). In general.
     (2). Statutes of limitations.
1579. —— Administrative agencies and proceedings.
1580. —— Criminal justice.
1581. —— Governments and political subdivisions.
1582. —— Property.
     (1). In general.
     (2). Wills, estates, and trusts.
     (3). Mortgages and liens.
1583. —— Government property, facilities, and funds.
1584. —— Social Security, public assistance, and other government payments.
1585. —— Taxation.
1586. —— Labor, employment, and public officials.
     (1). In general.
     (2). Workers' compensation.
1587. —— Education.
1588. —— Elections, voting, and political rights.
1589. —— War and national emergency.
1590. —— Contracts.
1591. —— Trade or business.
1592. —— Environment and health.
1593. —— Mental health.
     (1). In general.
     (2). Sex offenders.
1594. —— Motor vehicles.
1595. —— Carriers and public utilities.
1596. —— Families and children.

TR-0044449

**361. STATUTES**

### IX. RETROACTIVITY.(Cont'd)

1597. ——— Tort or financial liabilities.
1598. ——— Aliens, immigration, and citizenship.
1599. ——— Corporations and other private organizations.

### X. SUBJECTS AND TITLES.

1611. In general.
1612. Acts relating to one or more subjects; single-subject rule.
1613. ——— In general.
1614. ——— Purpose of single-subject rule.
1615. ——— Logrolling defined.
1616. ——— Construction of single-subject rule as mandatory or directory.
1617. ——— Statutes relating to particular subjects.
    (1). In general.
    (2). Courts, actions, and proceedings.
    (3). ——— In general.
    (4). ——— Statutes of limitations.
    (5). Administrative agencies and proceedings.
    (6). Criminal justice.
    (7). Governments and political subdivisions.
    (8). Property.
    (9). ——— In general.
    (10). ——— Wills, estates, and trusts.
    (11). ——— Mortgages and liens.
    (12). Government property, facilities, and funds.
    (13). Social Security, public assistance, and other government payments.
    (14). Taxation.
    (15). Labor, employment, and public officials.
    (16). Education.
    (17). Elections, voting, and political rights.
    (18). War and national emergency.
    (19). Contracts.
    (20). Trade or business.
    (21). Environment and health.
    (22). Mental health.
    (23). ——— In general.
    (24). ——— Sex offenders.
    (25). Motor vehicles.

### X. SUBJECTS AND TITLES.(Cont'd)

    (26). Carriers and public utilities.
    (27). Families and children.
    (28). Tort or financial liabilities.
    (29). Aliens, immigration, and citizenship.
    (30). Corporations and other private organizations.
1618. Relation of title to contents of statute; title-subject or clear-expression rule.
1619. ——— In general; construction of title.
1620. ——— Purpose of rule that title expresses subject of statute.
1621. ——— What constitutes sufficient or insufficient title.
    (1). In general.
    (2). Comprehensiveness.
    (3). Cataloging or indexing.
    (4). Title as means of effecting principal object of statute.
    (5). Overbroad title.
1622. ——— Titles of repealing statutes.
1623. ——— Titles of amendatory statutes.
1624. ——— Statutes relating to particular subjects.
    (1). In general.
    (2). Courts, actions, and proceedings.
    (3). ——— In general.
    (4). ——— Statutes of limitations.
    (5). Administrative agencies and proceedings.
    (6). Criminal justice.
    (7). Governments and political subdivisions.
    (8). Property.
    (9). ——— In general.
    (10). ——— Wills, estates, and trusts.
    (11). ——— Mortgages and liens.
    (12). Government property, facilities, and funds.
    (13). Social Security, public assistance, and other government payments.
    (14). Taxation.
    (15). Labor, employment, and public officials.
    (16). Education.
    (17). Elections, voting, and political rights.
    (18). War and national emergency.

TR-0044450

**X. SUBJECTS AND TITLES.**(Cont'd)

(19). Contracts.
(20). Trade or business.
(21). Environment and health.
(22). Mental health.
(23). —— In general.
(24). —— Sex offenders.
(25). Motor vehicles.
(26). Carriers and public utilities.
(27). Families and children.
(28). Tort or financial liabilities.
(29). Aliens, immigration, and citizenship.
(30). Corporations and other private organizations.

**XI. GENERAL AND SPECIAL LAWS.**

**(A) IN GENERAL.**

1631. In general.
1632. Laws of general or public nature.
1633. Laws of special, local, or private nature.
1634. —— In general.
1635. —— General laws compared and distinguished.
1636. Particular laws as general or special; validity.
1637. —— In general.
1638. —— Courts, actions, and proceedings.
  (1). In general.
  (2). Statutes of limitations.
1639. —— Administrative agencies and proceedings.
1640. —— Criminal justice.
1641. —— Governments and political subdivisions.
1642. —— Property.
  (1). In general.
  (2). Wills, estates, and trusts.
  (3). Mortgages and liens.
1643. —— Government property, facilities, and funds.
1644. —— Social Security, public assistance, and other government payments.
1645. —— Taxation.
1646. —— Labor, employment, and public officials.
1647. —— Education.
1648. —— Elections, voting, and political rights.

**XI. GENERAL AND SPECIAL LAWS.**(Cont'd)

1649. —— War and national emergency.
1650. —— Contracts.
1651. —— Trade or business.
1652. —— Environment and health.
1653. —— Mental health.
  (1). In general.
  (2). Sex offenders.
1654. —— Motor vehicles.
1655. —— Carriers and public utilities.
1656. —— Families and children.
1657. —— Tort or financial liabilities.
1658. —— Aliens, immigration, and citizenship.
1659. —— Corporations and other private organizations.
1660. Enactment of special laws; notice and publication requirements.
1661. Construction, operation, and effect of special laws.
  *Construction of general and specific statutes relating to the same subject, see* ⟷1217.
1662. Amendment of special laws.
1663. Revision and codification of special laws.
1664. Repeal of special laws.
1665. —— In general.
1666. —— Repeal by general laws.

**(B) APPLICABILITY OF GENERAL LAW AS AFFECTING VALIDITY OF SPECIAL LAW.**

1671. In general.
1672. Modification, suspension, or repeal of general law by special law.
1673. Particular laws.
1674. —— In general.
1675. —— Courts, actions, and proceedings.
  (1). In general.
  (2). Statutes of limitations.
1676. —— Administrative agencies and proceedings.
1677. —— Criminal justice.
1678. —— Governments and political subdivisions.
1679. —— Property.
  (1). In general.
  (2). Wills, estates, and trusts.
  (3). Mortgages and liens.
1680. —— Government property, facilities, and funds.

**361. STATUTES**

**XI. GENERAL AND SPECIAL LAWS.(Cont'd)**

1681. —— Social Security, public assistance, and other government payments.
1682. —— Taxation.
1683. —— Labor, employment, and public officials.
1684. —— Education.
1685. —— Elections, voting, and political rights.
1686. —— War and national emergency.
1687. —— Contracts.
1688. —— Trade or business.
1689. —— Environment and health.
1690. —— Mental health.
    (1). In general.
    (2). Sex offenders.
1691. —— Motor vehicles.
1692. —— Carriers and public utilities.
1693. —— Families and children.
1694. —— Tort or financial liabilities.
1695. —— Aliens, immigration, and citizenship.
1696. —— Corporations and other private organizations.

**(C) UNIFORMITY OF OPERATION.**

1701. In general.
1702. Particular laws.
1703. —— In general.
1704. —— Courts, actions, and proceedings.
    (1). In general.
    (2). Statutes of limitations.
1705. —— Administrative agencies and proceedings.
1706. —— Criminal justice.
1707. —— Governments and political subdivisions.
1708. —— Property.
    (1). In general.
    (2). Wills, estates, and trusts.
    (3). Mortgages and liens.
1709. —— Government property, facilities, and funds.
1710. —— Social Security, public assistance, and other government payments.
1711. —— Taxation.
1712. —— Labor, employment, and public officials.
1713. —— Education.

**XI. GENERAL AND SPECIAL LAWS.(Cont'd)**

1714. —— Elections, voting, and political rights.
1715. —— War and national emergency.
1716. —— Contracts.
1717. —— Trade or business.
1718. —— Environment and health.
1719. —— Mental health.
    (1). In general.
    (2). Sex offenders.
1720. —— Motor vehicles.
1721. —— Carriers and public utilities.
1722. —— Families and children.
1723. —— Tort or financial liabilities.
1724. —— Aliens, immigration, and citizenship.
1725. —— Corporations and other private organizations.

**XII. SUBMISSION TO POPULAR VOTE.**

*State constitutions, see CONSTITUTIONAL LAW III(C)4. Ordinances, see MUNICIPAL CORPORATIONS ⇒108, 108.5. Matters not limited to state constitutions, ordinances, or statutes, see ELECTION LAW IX.*

**(A) IN GENERAL.**

1731. In general.

**(B) INITIATIVE.**

1741. In general.
1742. Constitutionality of initiative statutes.
1743. Matters subject to initiative.
1744. Petitions in general.
1745. Title and text of proposed statute; single-subject rule.
*Ballot titles, see ⇒1752.*
1746. Signers and signatures.
1747. Authentication.
1748. Sufficiency and certification.
1749. Submission to legislature; legislative action.
1750. Information for voters.
1751. —— In general.
1752. —— Ballot title or caption.
1753. —— Explanatory statements; result statements.
1754. —— Fiscal impact statements.
1755. —— Publicity pamphlets and other voter information.
1756. Election.

TR-0044452

**XII. SUBMISSION TO POPULAR VOTE.**(Cont'd)

1757. Conflicting and alternative measures.
1758. Fees and expenses.
1759. Successive petitions.
1760. Construction and operation of initiated statutes.
1761. Offenses.

**(C) REFERENDUM.**

1771. In general.
1772. Constitutionality of referendum statutes.
1773. Matters subject to referendum.
1774. Petitions in general.
1775. Title and text of referred law; single-subject rule.
    *Ballot titles, see ☞1782.*
1776. Signers and signatures.
1777. Authentication.
1778. Sufficiency and certification.
1779. Submission to legislature; legislative action.
1780. Information for voters.
1781. —— In general.
1782. —— Ballot title or caption.
1783. —— Explanatory statements; result statements.
1784. —— Fiscal impact statements.
1785. —— Publicity pamphlets and other voter information.
1786. Election.
1787. Conflicting and alternative measures.
1788. Fees and expenses.
1789. Successive referenda.
1790. Construction and operation of adopted statutes.
1791. Offenses.

---

## 362. STEAM

### SUBJECTS INCLUDED

Regulation of the production and use of steam and of steam boilers, engines, and machinery in general

Supply of steam power or of steam for heating or other purposes

Rights, duties, and liabilities incident thereto

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Employers' duties and liabilities, see LABOR AND EMPLOYMENT

Municipalities' powers, see MUNICIPAL CORPORATIONS

Railroads and steam vessels, use of steam power in operation, see RAILROADS, URBAN RAILROADS, SHIPPING

1. Statutory and municipal regulations in general.
2. Franchises and privileges.
3. Licenses and taxes.
4. Inspection and supervision.
5. Supply of steam or steam power.
6. Injuries incident to production or use.
7. Injuries to boilers, pipes, or appliances.

---

## 363. STIPULATIONS

### SUBJECTS INCLUDED

Agreements between parties to actions or other proceedings or their attorneys or other representatives relating to proceedings therein

Nature, requisites, sufficiency, operation and effect of such agreements in general

Withdrawing or setting aside such stipulations

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Admiralty, stipulations as security in, see ADMIRALTY

Attorney's authority to enter into stipulations, see ATTORNEYS AND LEGAL SERVICES

Contracts, stipulations in, see CONTRACTS and specific topics dealing with particular classes of contracts

Particular proceedings, construction and effect of stipulations relating to, see APPEARANCE and other specific topics

## 363. STIPULATIONS

Submission of controversy upon agreed statements of facts without action, see SUBMISSION OF CONTROVERSY

1. Nature and essentials in general.
3. Matters which may be subject of stipulation.
4. Capacity and authority to enter into stipulation.
5. Supervision and approval of court.
6. Necessity for writing in general.
7. Oral stipulations in court.
8. Form and requisites of writing.
9. Entry, filing, or record.
10. Consideration.
11. Validity of provisions.
12. Rescission or withdrawal from stipulation.
13. Setting aside or relief from stipulation.
14. Construction and operation in general.
    (1). In general.
    (2). Stipulations as to process.
    (3). Stipulations as to pleadings and service thereof.
    (4). Stipulations as to issues and evidence thereunder.
    (5). Stipulation to abide result of another case.
    (6). Stipulations for dismissal or discontinuance.
    (7). Stipulations as to evidence.
    (8). Admission of evidence in another action or former trial.
    (9). Documentary evidence.
    (10). Agreed statement of facts.
    (11). Stipulations as to trial.
    (12). Stipulations as to judgment and review.
15. Conclusiveness and effect.
16. —— In general.
17. —— Persons concluded.
    (1). In general.
    (2). Persons not parties to stipulation.
    (3). Court.
18. —— Matters concluded.
    (1). In general.
    (2). Stipulation as to parties.
    (3). Stipulations as to pleadings and service thereof.
    (4). Stipulations as to issues and evidence thereunder.

    (5). Stipulation to abide result of another case.
    (6). Stipulation as to evidence.
    (7). Agreed statement of facts.
    (8). Stipulations as to trial.
    (9). Stipulations as to judgment and review.
19. Use and enforcement in general.
20. Pleading.
21. Evidence.

---

## 365. SUBMISSION OF CONTROVERSY

### SUBJECTS INCLUDED

Submission of controversies to courts for determination upon a statement of facts agreed to by the parties, without action

Jurisdiction and proceedings of courts on such submission and statement

Requisites, validity, operation and effect of such submission and statement and of the decision thereon

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Judgments rendered on submissions and agreed statements of facts, entry and effect, see JUDGMENT

Statements of cases or questions certified or reported by one court to another for decision, see APPEAL AND ERROR, COURTS and FEDERAL COURTS

Statements of cases reserved upon trial for decision of questions of law, see TRIAL

Stipulations in actions or proceedings, see STIPULATIONS

1. Nature and scope of remedy.
2. Statutory provisions.
3. Controversies which may be submitted.
4. Persons who may submit controversy.
5. Requisites of statement or agreed case.
6. —— In general.
7. —— Form and contents.
8. —— Signature.

TR-0044454

9. —— Affidavit or other verification.
11. Filing statement or case.
12. Amendment of statement or case.
13. Construction and operation of statement or case in general.
14. Estoppel or waiver by submission.
16. Dismissal.
17. Scope of inquiry and powers of court.
18. Trial or hearing.
19. Determination and relief awarded.
20. Appeal.
21. Costs.

---

## 366. SUBROGATION

### SUBJECTS INCLUDED

Substitution in place of creditors, and succession to creditors' rights and remedies, of persons paying debts for which they were not primarily liable, whether payment be in pursuance of an agreement for such substitution or for protection of the interest of the person making it

Rights, liabilities, and remedies of parties in respect of such subrogation

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Insurers' subrogation to rights and remedies of insured, see INSURANCE

Workers' Compensation Acts, subrogation under, see WORKERS' COMPENSATION

1. Nature and theory of right.
2. Relative liabilities of parties as to debt discharged in general.
3. Persons jointly or jointly and severally liable for debt.
    (1). In general.
    (2). Mortgage liability.
    (3). Partners.
    (4). Tenants in common.
4. Parties to bills or notes.
5. Sureties or guarantors.
6. —— In general.
7. —— Subrogation to rights of creditor.
    (1). In general.
    (2). Subrogation to priority of creditors.
    (3). Sureties of officers.
    (4). Sureties of guardians, administrators, or trustees.
    (5). Sureties of surety.
    (6). Partners as sureties.
    (7). Sureties or guarantors on bills or notes.
    (8). Sureties on delivery, bail, or replevin bonds.
    (9). Sureties on appeal bonds.
8. —— Subrogation to rights of principal.
9. —— Subrogation to rights of cosurety.
10. Persons acting in representative, fiduciary, or official capacity.
    (1). In general.
    (2). Sheriffs or other officer.
    (3). Executors and administrators.
    (4). Guardians or trustees.
11. Persons liable for loss or injury caused by fault of another.
12. Relative interests of parties in property or fund subject to incumbrance discharged.
13. Purchasers of incumbered property.
14. —— In general.
14.1. —— Assumption or knowledge of incumbrance.
14.2. —— Liens in general.
14.3. —— Mortgage or deed of trust.
14.4. —— Vendor's lien.
15. —— Purchasers of equity of redemption.
16. —— Purchasers at execution or other judicial sale.
17. Junior mortgagees or lienors.
18. Vendors or mortgagors after transfer of mortgaged property.
19. Persons interested in administration of estates.
20. Necessity for payment of debt or incumbrance.
21. —— In general.
22. —— Protection of interest in property.
23. Persons making advances for discharge of debt or incumbrance.
    (1). In general.

(2). Advances or loans on debtor's re-
quest or agreement for benefit
of incumbrance discharged.

(3). Advances or loans on faith of or
agreement for new security.

(4). Validity and adequacy of new se-
curity.

(5). Application of advances to debt or
incumbrance.

(6). Advances for discharge of ven-
dor's lien.

(7). Advances for maritime purposes.

(8). Advances for discharge of claim
for wages.

24. Persons making advances for necessaries
or improvements.

25. Persons owning funds or property applied
by others to debt or incumbrance.

26. Persons making voluntary payments.

27. Agreements for subrogation.

28. Sufficiency of payment or discharge of
debt or incumbrance.

29. Mode and effect of subrogation in gener-
al.

30. Benefit of original obligation.

31. Assignment or benefit of security or in-
cumbrance.

(1). In general.

(2). Parties to bills or notes.

(3). Sureties or guarantors in general.

(4). Assignment or benefit of mort-
gage, judgment, or lien.

(5). Payment operating as equitable
assignment.

32. Benefit of remedies of creditor.

33. Extent of right to subrogation.

(1). In general.

(2). Extent and limitation of creditors'
rights.

(3). Subrogation proportionate to pay-
ment.

34. Assignment of right to subrogation.

35. Waiver or loss of right to subrogation.

36. Persons as against whom subrogation may
be enforced.

37. Defenses and grounds of opposition.

38. —— In general.

40. —— Equitable defenses.

41. Actions and other proceedings for en-
forcement.

(.5). In general.

(1). Nature and form.

(2). Conditions precedent.

(3). Time to sue, limitations, and lach-
es.
*See also* LIMITATION OF ACTIONS.

(4). Parties.

(5). Pleading.

(6). Evidence.

(7). Trial.

(8). Judgment or decree.

(9). Appeal.

--------

# 367. SUBSCRIPTIONS

## SUBJECTS INCLUDED

Promises in writing by one or more persons to
contribute money or other property abso-
lutely or conditionally, for purposes of a
charitable, educational, religious, or other
public nature

Acceptance of such promises and perform-
ance of conditions thereof

Rights and liabilities of the parties thereupon,
and actions on such subscriptions

## SUBJECTS EXCLUDED AND COVERED
## BY OTHER TOPICS

Subscriptions in consideration of an equiva-
lent to be rendered, see CONTRACTS

Corporate stock, corporate or municipal
bonds, or other securities, etc., see COR-
PORATIONS, MUNICIPAL CORPORA-
TIONS

Written instruments in general, subscription
of, see SIGNATURES

1. Nature and essentials in general.

2. Form and contents.

3. Execution and delivery.

4. Acceptance.

5. Consideration.

6. Failure of consideration.

7. Validity of assent in general.

8. Misrepresentation or fraud.

9. Illegality.

10. Construction and operation in general.
12. Joint or several liability.
13. Scope and subject-matter.
14. Place and time of payment.
15. Conditions and performance thereof.
    (1). In general.
    (2). Subscription depending on other subscriptions or donations.
    (3). Time for performance.
    (4). Waiver and estoppel.
16. Assignment.
17. Release or discharge.
18. Revocation.
19. Abandonment of purpose.
20. Payment.
21. Actions.
    (.5). In general.
    (1). Nature of action and right to sue.
    (2). Parties.
    (3). Defenses.
    (4). Pleading.
    (5). Evidence.
    (6). Question for jury.
    (7). Instructions.

---

## 368. SUICIDE

### SUBJECTS INCLUDED

Intentionally killing or attempting to kill one's self

Aiding or advising another to kill himself

Criminal responsibility for such acts

Prosecution and punishment thereof as public offenses

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Homicide committed in attempting suicide, see HOMICIDE

Life insurance, effect of suicide on, see INSURANCE

1. Nature of act or means, and cause of death.
2. Attempts.

3. Advising, aiding, or agreeing to commit.
4. Prosecution and punishment.

---

## 369. SUNDAY

### SUBJECTS INCLUDED

The first day of the week as a day of rest

More particularly, its observance by suspension of ordinary business and judicial and other proceedings

Effect of violations of laws requiring observance of the day on validity of acts, transactions, and proceedings affected, and on rights and remedies of persons engaged therein

Prosecution and punishment of such violations as public offenses

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Holidays generally, see HOLIDAYS

Restrictions on grounds other than the mere character of the day, such as regulation of sale of intoxicants, see ALCOHOLIC BEVERAGES

Time, omission of Sunday in computation, see TIME

1. The day in general.
2. Statutes and ordinances.
3. Acts prohibited in general.
4. Work or labor.
5. Business or occupation.
6. Sports or amusements.
    (1). In general.
    (2). Playing baseball.
7. Works of necessity or charity.
8. Observance of other day.
9. Validity of private acts and transactions in general.
10. Validity of contracts and other written instruments.
11. —— In general.

**369. SUNDAY**

12. —— Negotiation on Sunday.
13. —— Execution of instrument on Sunday.
14. —— Delivery of instrument on Sunday.
15. —— Ratification.
16. —— Rescission.
17. —— Performance of contract on Sunday.
18. Actions on Sunday contracts and transactions.
18.1. —— In general.
19. —— Rights of action and defenses.
    (1). In general.
    (2). Wrongful acts of bailee.
20. —— Restoration of consideration or benefit.
21. —— Pleading in anticipation of defense of illegality.
22. —— Pleading violation of law.
23. —— Evidence.
24. —— Trial, judgment, and review.
25. Injuries received while violating law.
25.1. —— In general.
26. —— Liability.
    (1). In general.
    (2). Injuries to servants.
    (3). Injuries to person or property of travelers.
27. —— Actions.
28. Penalties for violations of law.
29. Criminal prosecutions for violations of law.
    (.5). In general.
    (1). Who are indictable.
    (2). Affidavit, complaint, indictment, or information.
    (3). Evidence.
    (4). Trial.
30. Judicial and official acts and proceedings.
    (1). In general.
    (2). Commencement of civil actions or proceedings in general.
    (3). Civil process and notices.
    (4). Criminal warrants and arrest.
    (5). Bail or other bonds.
    (6). Holding court.
    (7). Verdict and judgment.
    (8). Discharge of jury without verdict.

## 370. SUPERSEDEAS

### SUBJECTS INCLUDED

Express suspension, by writ or other mandate or order of court, of enforcement of judgments or orders, or of execution of writs or other process, or of other judicial proceedings

Nature and scope of the remedy in general

Grounds therefor and defenses thereto

To and against whom and as to what judgments, writs, etc., supersedeas is allowed

Jurisdiction over and proceedings to obtain supersedeas

Issuance of writs, orders, etc., of supersedeas, and proceedings thereon

Operation, effect, and enforcement thereof

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Injunctions restraining judicial proceedings, see INJUNCTION, COURTS

Orders in actions or other proceedings staying prosecution thereof or particular steps therein, see ACTION, CREDITORS' REMEDIES, JUDGMENT, and other specific topics

Review—

Of proceedings in actions by writ of supersedeas, see APPEAL AND ERROR

Other writs and proceedings operating by way of supersedeas or stay pending proceedings for review, see APPEAL AND ERROR, CERTIORARI, HABEAS CORPUS, and other specific topics

1. Nature and scope of remedy.
2. Judgments, orders, or writs which may be superseded.
3. Grounds.
4. Jurisdiction and authority to grant supersedeas.
5. Proceedings to procure supersedeas.
6. Writ or order of supersedeas, service thereof, and proceedings thereon.
7. Operation and effect.
8. Violation of writ or order and punishment.
9. Appeal and error.

# 371. TAXATION

## SUBJECTS INCLUDED

Exaction of regular contributions from persons or property for support of the government in general

More particularly, such contributions imposed by authority of state legislatures

Nature, extent and delegation of power to tax in general

Constitutional and statutory provisions relating thereto

What persons and property are subject to taxation, and exemptions therefrom

For what uses or purposes the power to tax may be exercised

Levy, assessment, lien, collection, and payment of taxes

Remedies for erroneous taxation

Forfeitures and penalties for failure to comply with tax laws

Sales of property for nonpayment of taxes, redemption therefrom, and rights and titles of purchasers

Disposition of proceeds of taxes

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Duties on imports and exports, see CUSTOMS DUTIES

Indian tribes, taxes imposed by, see INDIANS ☞225

License fees and taxes on occupations, privileges, etc., see LICENSES and specific topics relating to particular occupations

Municipal and other local property taxation and local assessments for public improvements, see MUNICIPAL CORPORATIONS, TOWNS, EDUCATION, HIGHWAYS, and other specific topics

Right to unemployment compensation or benefits, see UNEMPLOYMENT COMPENSATION

United States, excise and other internal taxes imposed by, see INTERNAL REVENUE

———

I. IN GENERAL, ☞2000–2049.
II. POLL OR CAPITATION TAXES, ☞2050–2059.
III. PROPERTY TAXES, ☞2060–3248.

III. PROPERTY TAXES—Cont'd
(A) IN GENERAL, ☞2060–2084.
(B) LAWS AND REGULATION, ☞2085–2165.
  1. IN GENERAL, ☞2085.
  2. STATUTORY PROVISIONS, ORDINANCES, AND ADMINISTRATIVE REGULATION, ☞2086–2099.
  3. CONSTITUTIONAL REQUIREMENTS AND RESTRICTIONS, ☞2100–2119.
  4. CONSTITUTIONAL REGULATION AND RESTRICTIONS CONCERNING EQUALITY AND UNIFORMITY, ☞2120–2149.
  5. DOUBLE TAXATION, ☞2150–2159.
  6. TAXATION ACCORDING TO VALUE, ☞2160.
  7. LIMITATION OF RATE OR AMOUNT, ☞2161–2165.
(C) LIABILITY OF PRIVATE PERSONS AND PROPERTY IN GENERAL, ☞2166–2224.
(D) CORPORATIONS AND CORPORATE STOCK AND PROPERTY, ☞2225–2264.
(E) PUBLIC PROPERTY AND INSTITUTIONS, ☞2265–2284.
(F) EXEMPTIONS, ☞2285–2399.
  1. IN GENERAL, ☞2285–2364.
  2. PROCEEDINGS TO ESTABLISH AND ENFORCE EXEMPTION, ☞2365–2399.
(G) PLACE OF TAXATION, ☞2400–2409.
(H) LEVY AND ASSESSMENT, ☞2410–2729.
  1. IN GENERAL, ☞2410–2429.
  2. ASSESSORS AND PROCEEDINGS FOR ASSESSMENT, ☞2430–2459.
  3. MODE OF ASSESSMENT IN GENERAL, ☞2460–2489.
  4. MODE OF ASSESSMENT OF CORPORATE STOCK, PROPERTY, OR RECEIPTS IN GENERAL, ☞2490–2509.
  5. VALUATION OF PROPERTY, ☞2510–2574.
  6. ASSESSMENT ROLLS OR BOOKS, ☞2575–2619.
  7. EQUALIZATION OF ASSESSMENTS, ☞2620–2639.
  8. REVIEW, CORRECTION, OR SETTING ASIDE OF ASSESSMENT IN GENERAL, ☞2640–2684.

TR-0044459

**371. TAXATION**

III.  PROPERTY TAXES—Cont'd
  (H)  LEVY AND ASSESSMENT—Cont'd
    9.  ARBITRATION OR ALTERNA-
      TIVE DISPUTE RESOLUTION,
      ⊂⊃2685–2689.
    10.  JUDICIAL REVIEW OR INTER-
       VENTION, ⊂⊃2690–2719.
    11.  EVIDENCE IN GENERAL,
       ⊂⊃2720–2729.
  (I)  LIEN AND PRIORITY, ⊂⊃2730–2749.
  (J)  PAYMENT AND REFUNDING OR
    RECOVERY OF TAX PAID,
    ⊂⊃2750–2799.
  (K)  COLLECTION AND ENFORCE-
    MENT AGAINST PERSONS OR
    PERSONAL PROPERTY,
    ⊂⊃2800–2899.
    1.  IN GENERAL, ⊂⊃2800–2834.
    2.  SUMMARY REMEDIES AND AC-
      TIONS, ⊂⊃2835–2870.
    3.  REMEDIES FOR WRONGFUL EN-
      FORCEMENT, ⊂⊃2871–2899.
  (L)  SALE OF LAND FOR NONPAY-
    MENT OF TAX, ⊂⊃2900–2999.
  (M)  REDEMPTION FROM TAX SALE,
    ⊂⊃3000–3059.
  (N)  TAX TITLES, ⊂⊃3060–3209.
    1.  TITLE AND RIGHTS OF PUR-
      CHASER AT TAX SALE,
      ⊂⊃3060–3084.
    2.  TAX DEEDS, ⊂⊃3085–3139.
    3.  ACTIONS TO CONFIRM OR TRY
      TITLE, ⊂⊃3140–3189.
    4.  RIGHTS AND REMEDIES OF
      PURCHASER OF INVALID TI-
      TLE, ⊂⊃3190–3209.
  (O)  FORFEITURES AND PENALTIES,
    ⊂⊃3210–3234.
  (P)  DISPOSITION OF TAXES COL-
    LECTED, AND FAILURE OF LO-
    CAL AUTHORITIES TO COL-
    LECT, ⊂⊃3235–3248.
IV.  EXCISE TAXES IN GENERAL,
    ⊂⊃3249–3259.
V.  EMPLOYMENT TAXES AND WITH-
    HOLDING IN GENERAL,
    ⊂⊃3260–3299.
VI.  LEGACY, INHERITANCE AND
    TRANSFER TAXES, ⊂⊃3300–3379.
VII.  GIFT TAXES, ⊂⊃3380–3399.
VIII.  INCOME TAXES, ⊂⊃3400–3599.
  (A)  IN GENERAL, ⊂⊃3400–3419.
  (B)  REGULATION, ⊂⊃3420–3444.
  (C)  INCOMES TAXABLE, ⊂⊃3445–3479.
  (D)  PERSONS LIABLE, ⊂⊃3480–3499.
  (E)  DEDUCTIONS, CREDITS, AND
    EXEMPTIONS, ⊂⊃3500–3524.

VIII.  INCOME TAXES—Cont'd
  (F)  RATES OF TAXATION, SURTAX-
    ES, AND ADDITIONAL TAXES,
    ⊂⊃3525–3529.
  (G)  ASSESSMENT, ⊂⊃3530–3553.
  (H)  PAYMENT, ⊂⊃3554–3559.
  (I)  COLLECTION AND ENFORCE-
    MENT, ⊂⊃3560–3599.
IX.  SALES, USE, SERVICE, AND GROSS
    RECEIPTS TAXES, ⊂⊃3600–3714.
  (A)  IN GENERAL, ⊂⊃3600–3619.
  (B)  REGULATIONS, ⊂⊃3620–3635.
  (C)  TRANSACTIONS TAXABLE IN
    GENERAL, ⊂⊃3636–3659.
  (D)  PERSONS SUBJECT TO OR LIA-
    BLE FOR TAX, ⊂⊃3660–3671.
  (E)  RATE AND AMOUNT OF TAX,
    ⊂⊃3672–3677.
  (F)  SELECTIVE TAXES, ⊂⊃3678–3685.
  (G)  LEVY AND ASSESSMENT,
    ⊂⊃3686–3696.
  (H)  PAYMENT, ⊂⊃3697–3704.
  (I)  COLLECTION AND ENFORCE-
    MENT, ⊂⊃3705–3714.

**I. IN GENERAL.**

2000.  In general.

2001.  Nature of taxes.

2002.  Distinguishing "tax" and "license" or "fee".

2003.  Nature and source of taxing power.

2004.  Power of state.

2005.  —— In general.

2006.  —— United States entities, property, and securities.

2007.  —— Corporations created by or chartered in other states.

2008.  Territories.

2009.  Public purpose.

2010.  —— In general.

2011.  —— Particular purposes.

2012.  —— Special or local purpose, and benefit to locality taxed.

2013.  Power of legislature in general.

2014.  Mode of exercise of legislative power.

2015.  Delegation of power.

2016.  —— In general.

2017.  —— Creation of taxing district.

2018.  Exercise of delegated power.

2019.  Surrender or suspension of power.

2020.  Estoppel to exercise power.

2021.  Invalid or defective exercise of power.

2022.  —— In general.

TR-0044460

**I.  IN GENERAL.**(Cont'd)

2023. —— Power to cure defects or irregu-
      larities.
2024. Statutory provisions.
2025. —— In general.
2026. —— Purpose.
2027. —— Construction and operation.
2028. —— Validity.
2029. —— Retroactive operation.
2030. What law governs.
2031. Preemption.
2032. Local ordinances.
2033. Administrative agencies in general.
2034. Rules and regulations in general.

**II.  POLL OR CAPITATION TAXES.**

2050. In general.
2051. Constitutional and statutory provisions.
2052. Place of taxation.
2053. Levy of poll or capitation tax.
2054. Persons subject.

**III.  PROPERTY TAXES.**

**(A)  IN GENERAL.**

2060. In general.
2061. Nature of property tax.
2062. Power of state.
2063. —— In general.
2064. —— United States entities, property,
      and securities.
2065. —— Corporations created by other
      states and shares therein.
2066. —— Corporations chartered in more
      than one state.
2067. Power of territories.
2068. Territorial limitations of power.
2069. Public purpose.
2070. —— In general.
2071. —— Particular purposes.
2072. —— Special or local purpose, and ben-
      efit to locality taxed.
2073. Power of legislature in general.
2074. Mode of exercise of legislative power.
2075. Delegation of power.
2076. —— In general.
2077. —— Creation of taxing district.
2078. Exercise of delegated power.
2079. Surrender or suspension of power.
2080. Estoppel to exercise power.

**III.  PROPERTY TAXES.**(Cont'd)

2081. Invalid or defective exercise of power.
2082. —— In general.
2083. —— Power to cure defects or irregu-
      larities.

**(B)  LAWS AND REGULATION.**

**1.  IN GENERAL.**

2085. In general.

**2.  STATUTORY PROVISIONS, ORDINANCES,
     AND ADMINISTRATIVE REGULATION.**

2086. In general.
2087. Purpose.
2088. Construction and operation.
2089. Validity.
2090. Retroactive operation.
2091. What law governs.
2092. Preemption.
2093. Local ordinances.
2094. Administrative agencies in general.
2095. Rules and regulations in general.

**3.  CONSTITUTIONAL REQUIREMENTS
     AND RESTRICTIONS.**

2100. In general.
2101. Private persons and property in gener-
      al.
2102. Transfers and registrations of instru-
      ments.
2103. Corporations and corporate stock and
      property.
2104. Levy and apportionment.
2105. Assessors and proceedings for assess-
      ment.
2106. Mode of assessment in general.
2107. Mode of assessment of corporate stock,
      property, or receipts.
2108. Assessment rolls or books.
2109. Lien and priority.
2110. Payment and refunding or recovery of
      tax paid.
2111. Collectors and proceedings for collec-
      tion in general.
2112. Summary remedies and actions.
2113. Remedies for wrongful enforcement.
2114. Title and rights of purchaser at tax sale.
2115. Tax deeds.
2116. Actions to confirm or try title.

1805

**371. TAXATION**

### III. PROPERTY TAXES.(Cont'd)

2117. Rights and remedies of purchaser of invalid title.
2118. Forfeitures and penalties.
2119. Restrictions as to purposes of taxation.

#### 4. CONSTITUTIONAL REGULATION AND RESTRICTIONS CONCERNING EQUALITY AND UNIFORMITY.

2120. In general.
2121. Constitutional requirements and operation thereof.
2122. What constitutes tax within constitutional requirement.
2123. Discrimination between realty and personalty.
2124. Discrimination between residents and nonresidents or aliens.
2125. Discrimination between corporations.
2126. Mode or form of discrimination in general.
2127. Discrimination as to rate or amount.
2128. Discrimination as to mode of assessment or valuation.
2129. Tax on gross earnings or receipts of corporations.
2130. Discrimination as to time of making assessment.
2131. Fixing situs of personal property for purpose of taxation.
2132. Payment, enforcement, and disposition of taxes collected.
2133. Subjects of taxation.
2134. Classification of subjects, and uniformity as to subjects of same class.
2135. —— In general.
2136. —— Corporations and corporate property in general.
2137. —— Foreign corporations.
2138. —— Tax on credits.
2139. Different localities.
2140. Local taxes, and uniformity as to same locality.
2141. Taxation of individuals and corporations.

#### 5. DOUBLE TAXATION.

2150. In general.
2151. Taxation of same property in another state or district.

2152. Tax on mortgages and on property mortgaged.
2153. Taxation of corporations in general.
2154. Tax on tangible corporate property and on capital stock.
2155. Tax on capital stock or other corporate property and on shares of stockholders.
2156. Tax on property and on income or proceeds thereof.

#### 6. TAXATION ACCORDING TO VALUE.

2160. In general.

#### 7. LIMITATION OF RATE OR AMOUNT.

2161. In general.
2162. Taxes for special purposes.

#### (C) LIABILITY OF PRIVATE PERSONS AND PROPERTY IN GENERAL.

2166. In general.
2167. Statutory provisions.
2168. Persons liable in general.
2169. Nature of property.
2170. —— In general.
2171. —— Real property in general.
2172. —— Mines, mining rights, and minerals.
2173. —— Riparian and other water rights and waterworks.
2174. —— Buildings and other improvements on land.
2175. —— Incorporeal rights and interests in land.
2176. —— Personal property in general.
2177. —— Crops and other products of the soil.
2178. —— Domestic animals.
2179. —— Shipping.
2180. —— Stock in trade of merchant or manufacturer.
2181. —— Money and deposits of money.
2182. —— Credits, investments, and securities in general.
2183. —— Mortgages.
2184. —— Interests under contracts.
2185. —— Annuities.
2186. Ownership or possession of property, and persons to whom taxable.

TR-0044462

### III. PROPERTY TAXES.(Cont'd)

2187. —— In general.
2188. —— Particular estates or interests in property.
2189. —— Property mortgaged or otherwise encumbered.
2190. —— Equitable estates or interests in general.
2191. —— Property held in trust or other fiduciary capacity.
2192. —— Property of decedents' estates.
2193. —— Goods in possession or under control of or consigned to merchants, factors, or manufacturers.
2194. —— Property in custody of agent or depositary.
2195. —— Property in custody of the law.
2196. —— Occupancy or possession.
2197. —— Joint or several ownership or possession.
2198. —— Partnership property.
2199. —— Unoccupied or unseated land.
2200. Property of nonresidents or aliens.
2201. —— In general.
2202. —— Property held in trust or other fiduciary capacity.
2203. —— Property in custody of agent.
2204. —— Property taxed or located in another state.
2205. —— Property temporarily in state or in transit.
2206. —— Nonresident lands.
2207. —— Credits, investments, and securities in general.
2208. —— Possession or control, of resident agent or trustee, of investments or securities.
2209. —— Securities held by nonresident in another state.
2210. —— Mortgages.
2211. Situs of property.
2212. —— In general.
2213. —— Decedents' and other estates under ancillary administration.
2214. —— Property temporarily within jurisdiction.
2215. —— Property in transit.
2216. —— Property taxed in other jurisdiction.
2217. Tax on actions or proceedings therein.

### III. PROPERTY TAXES.(Cont'd)

2218. Tax on transfers and registration of instruments.
2219. Contracts to assume and pay taxes.
2220. Conveyances and contracts to evade taxation.
2221. Persons or property erroneously left untaxed.
2222. Property sold or forfeited to state on nonpayment of tax.
2223. Estoppel to dispute liability.

### (D) CORPORATIONS AND CORPORATE STOCK AND PROPERTY.

2225. In general.
2226. Nature and grounds of liability.
2227. —— In general.
2228. —— Time when liability attaches, and amount of tax.
2229. Statutory provisions.
2230. Corporations and associations subject to taxation in general.
2231. Classification for purpose of taxation.
2232. Corporate property in general.
2233. Corporate franchises and privileges.
2234. Capital and stock.
2235. —— In general.
2236. —— Nature and taxation otherwise of property represented.
2237. Corporate business, earnings, or receipts.
2238. Shares of stockholders.
2239. Dividends and surplus.
2240. Corporate indebtedness and securities.
2241. Ownership and possession of property.
2242. Financial institutions.
2243. Insurance companies;  premiums and receipts.
2244. Express and other transportation companies.
2245. Railroads.
2246. Telecommunication companies.
2247. Electric companies.
2248. Gas companies.
2249. Mining companies.
2250. Water companies.
2251. Manufacturing corporations.
2252. Business corporations.
2253. Foreign corporations.
2254. —— In general.

TR-0044463

## 371. TAXATION

### III. PROPERTY TAXES.(Cont'd)

2255. —— Carrying on business within state.
2256. —— Franchises and privileges.
2257. —— Property in general.
2258. —— Capital employed or invested within state.
2259. —— Earnings or receipts.
2260. Shares in foreign corporations.
2261. Securities issued by foreign corporations.
2262. Stock or property erroneously left untaxed.
2263. Estoppel to dispute liability.

### (E) PUBLIC PROPERTY AND INSTITUTIONS.

2265. In general.
2266. Constitutional and statutory provisions.
2267. Public property and rights and interests therein.
2268. —— In general.
2269. —— Entries and sales.
2270. —— Possessory rights.
2271. —— Grants.
2272. —— Improvements.
2273. Indian lands and other property.
2274. Property of state or municipality.
2275. —— In general.
2276. —— Public improvements and works.
2277. —— Public buildings and institutions.
2278. —— Property held or used for other than public purpose.
2279. Property dedicated to public use.
2280. Agencies and instrumentalities of government in general.
2281. Offices and fees and salaries of public officers.
2282. Bonds or other securities issued by state or municipality.

### (F) EXEMPTIONS.

#### 1. IN GENERAL.

2285. In general.
2286. Power to exempt in general.
2287. Constitutional provisions.
2288. —— In general.
2289. —— Effect of requirement of equality and uniformity.
2290. —— Restrictions on exemptions.

### III. PROPERTY TAXES.(Cont'd)

2291. —— Grants of exemptions or of authority to exempt.
2292. Statutory provisions in general.
2293. Exemptions in corporate charters.
2294. Exemption by limitation of amount of tax.
2295. Exemption by commutation of tax.
2296. Delegation of power to exempt.
2297. Surrender of power to exempt.
2298. Construction and operation of exemptions in general.
2299. —— In general.
2300. —— General rules of construction.
2301. —— Commencement of exemptions.
2302. —— Compliance with conditions of acquiring exemption.
2303. Irrevocability of exemptions.
2304. —— In general.
2305. —— Exemptions in corporate charters.
2306. —— Reservation of power to alter or amend.
2307. —— Consideration.
2308. Revocation or other termination.
2309. Nature or use of property exempt in general.
2310. Amount of exemption and value of property.
2311. Public property in general.
2312. Public lands granted in aid of railroads or other improvements.
2313. Property of United States.
2314. Bonds or other securities issued by United States.
2315. Property of local government or other public corporations.
2316. Bonds or other securities issued by state or municipality.
2317. Property of individuals in general.
2318. Improvements on land.
2319. Crops and other products of the soil.
2320. Domestic animals.
2321. Household goods.
2322. Tools and implements of trade.
2323. Professional books and instruments.
2324. Pension and bounty money.
2325. Financial institutions.
2326. Insurance companies and policies.
2327. Railroad companies and property.

TR-0044464

### III. PROPERTY TAXES.(Cont'd)

2328. Telecommunications companies.
2329. Mines and mining claims and companies.
2330. Water rights, waterworks, and irrigation and other water companies.
2331. Manufacturing companies.
2332. —— In general.
2333. —— Machinery, materials, and other property.
2334. —— Corporate capital and stock in general.
2335. —— Foreign corporations and capital and property thereof.
2336. Money, investments, or securities of nonresidents.
2337. Charitable or benevolent institutions, and property used for charitable purposes in general.
2338. —— In general.
2339. —— Character, purpose, and activities of institutions; incidence of benefits.
2340. —— Character, extent, and ownership of property.
2341. —— Occupation and use of property.
2342. —— Property leased or otherwise used for profit.
2343. Health care facilities and institutions.
2344. Beneficial associations.
2345. Schools, colleges and universities, and property used for educational purposes.
2346. —— In general.
2347. —— Nature, ownership, occupancy, or use of property in general.
2348. —— Contiguity of property.
2349. —— Residences of officers, professors, and teachers.
2350. —— Property leased or otherwise used for profit.
2351. —— Trust and endowment funds.
2352. —— Public or charitable character of institution.
2353. —— Public schools and colleges.
2354. Libraries, museums, and collections for purposes of science or art.
2355. Religious societies and institutions, and property used for religious purposes.
2356. Cemeteries and burial grounds and lots.
2357. Taxes affected by exemptions.

### III. PROPERTY TAXES.(Cont'd)

2358. Transfer of exemption or of property exempt.
2359. Consolidation of exempt corporation with others.
2360. Waiver of or estoppel to claim exemption.
2361. Acquisition of exempt property to evade taxation.

#### 2. PROCEEDINGS TO ESTABLISH AND ENFORCE EXEMPTION.

2365. In general.
2366. Proceedings before board or officer.
2367. —— In general.
2368. —— Jurisdiction.
2369. —— Application.
    (1). In general.
    (2). Time.
    (3). Sufficiency.
2370. —— Mode and course of procedure in general.
2371. —— Parties.
2372. —— Standing; right of review.
2373. —— Matters considered; scope of issues.
2374. —— Determination and relief.
2375. —— Further administrative review.
2376. Judicial review and intervention.
2377. —— In general.
2378. —— Time.
2379. —— Parties.
2380. —— Standing; right of review or action.
2381. —— Preservation and reservation in lower tribunal; exhaustion.
2382. —— Matters considered; scope of issues.
2383. —— De novo review.
2384. —— Presumptions.
2385. —— Discretion.
2386. —— Questions of law or fact.
2387. —— Harmless error.
2388. —— Determination and relief; injunction.
2389. Subsequent review.
2390. Evidence.
2391. —— In general.
2392. —— Presumptions and burden of proof.

TR-0044465

## 371. TAXATION

### III. PROPERTY TAXES.(Cont'd)

2393. —— Admissibility.
2394. —— Weight and sufficiency.
2395. Questions of law or fact.

#### (G) PLACE OF TAXATION.

2400. In general.
2401. Constitutional and statutory provisions.
2402. Real property.
2403. Personal property.

#### (H) LEVY AND ASSESSMENT.

##### 1. IN GENERAL.

2410. In general.
2411. Nature of levy.
2412. Powers of legislature.
2413. Powers of county or other local authorities.
2414. Making of levy by legislature.
2415. Apportionment to counties or other subdivisions.
2416. Making of levy by local authorities.
2417. Requisites and validity of levy in general.
2418. —— In general.
2419. —— Certificate as to rate or amount voted or required, and estimate of expenditures.
2420. —— Time and place of making levy.
2421. —— Notice of levy.
2422. —— List or assessment on which tax is levied.
2423. —— Record and evidence of levy.
2424. —— Defects and objections and liabilities arising therefrom.
2425. Ascertainment and statement of amount of levy.
2426. Statement of purpose of tax.
2427. Specification of items and amount thereof.
2428. Determination of rate of taxation.

##### 2. ASSESSORS AND PROCEEDINGS FOR ASSESSMENT.

2430. In general.
2431. Nature and necessity of assessment.
2432. Statutory provisions.
2433. Appointment, qualification, and tenure of assessors.
2434. —— In general.

### III. PROPERTY TAXES.(Cont'd)

2435. —— State boards and officers.
2436. —— Local boards and officers.
2437. —— Deputies and assistants.
2438. Compensation of assessors.
2439. Authority to make assessment.
2440. —— In general.
2441. —— Corporations and corporate property in general.
2442. —— Railroads.
2443. Time and date of assessment.
2444. Powers and proceedings in making assessments in general.
2445. —— In general.
2446. —— Defects and errors.
2447. Determination as to persons and property taxable.
2448. Determination as to ownership or possession of property.
2449. Determination as to place of taxation.
2450. Liabilities for negligence or misconduct.
2451. Liabilities on official bonds.
2452. Criminal responsibility.

##### 3. MODE OF ASSESSMENT IN GENERAL.

2460. In general.
2461. Statutory provisions.
2462. List or statement by taxpayer.
2463. —— In general.
2464. —— Necessity in general.
2465. —— Notice or demand.
2466. —— Making and requisites in general.
2467. —— Description of property or other subject-matter.
2468. —— Statement of debts to be deducted.
2469. —— Omissions and defects.
2470. —— Operation and effect in general.
2471. —— Prosecution for failure to make, or for making false list or statement.
2472. Proceedings by assessors for discovery and valuation of property.
2473. —— In general.
2474. —— Proceedings on failure to make or making false list or statement.
2475. —— Discovery and inspection.
2476. Nature or ownership of property.
2477. —— In general.

TR-0044466

371. TAXATION

### III. PROPERTY TAXES.(Cont'd)

2478. —— Real property in general.
2479. —— Unoccupied or unseated land.
2480. —— Land of nonresidents.
2481. —— Separate parcels of land.
2482. —— Personal property in general.
2483. —— Property of decedents' estates.

#### 4. MODE OF ASSESSMENT OF CORPORATE STOCK, PROPERTY, OR RECEIPTS IN GENERAL.

2490. In general.
2491. Duties of assessors in general.
2492. Statutory provisions.
2493. Report or statement by corporation.
2494. —— In general.
2495. —— Property, capital, and liabilities.
2496. —— Business, earnings, receipts, and dividends.
2497. —— List of stockholders.
2498. —— List of holders of securities.
2499. —— Foreign corporations.
2500. —— Conclusiveness and effect.
2501. Proceedings for discovery and valuation of property.
2502. —— In general.
2503. —— By state boards or officers.
2504. —— By local assessors.

#### 5. VALUATION OF PROPERTY.

2510. In general.
2511. Transfers.
2512. Real property in general.
2513. —— In general.
2514. —— Matters considered and methods of valuation in general.
2515. —— Market value and sale price; comparable sales.
2516. —— Replacement cost; depreciation and obsolescence.
2517. —— Capitalized income.
2518. —— Appurtenances, easements, and improvements.
2519. —— Interests less than fee in general; leasehold interests.
2520. Valuation of particular real property.
2521. —— In general.
2522. —— Platted or unplatted property.
2523. —— Rural or agricultural lands; open spaces.

### III. PROPERTY TAXES.(Cont'd)

2524. —— Timber and timber lands.
2525. —— Mineral or mining property.
2526. —— Utilities in general.
2527. —— Water supply property; dams.
2528. Deduction of encumbrances on real property.
2529. Personal property in general.
2530. Credits, investments, and securities.
2531. Increase of valuation of taxpayer.
2532. Increase on failure of taxpayer to make list or statement.
2533. Tax on registration of instrument.
2534. Deduction of indebtedness in general.
2535. —— In general.
2536. —— From credits.
2537. —— Nonresidents.
2538. Acknowledgment or incurrence of indebtedness to evade taxation.
2539. Valuation of corporate franchises and privileges.
2540. —— In general.
2541. —— Deduction of tangible property and indebtedness.
2542. —— Deduction of property outside of state.
2543. —— Apportionment of assessment.
2544. Valuation of corporate capital.
2545. —— In general.
2546. —— Actual, cash, or market value of stock.
2547. —— Property forming basis of valuation in general.
2548. —— Deduction of value of property not taxable.
2549. —— Deduction of value of property otherwise taxed.
2550. —— Deduction of indebtedness.
2551. Determination of amount of corporate earnings or receipts.
2552. Determination of amount of dividends.
2553. Valuation of shares of stock.
2554. Valuation of corporate securities.
2555. Financial institutions.
2556. —— In general.
2557. —— Valuation of shares.
2558. Insurance companies, policies, surplus, and other funds.
2559. Express and other transportation companies.

1811

**371. TAXATION**

**III. PROPERTY TAXES.**(Cont'd)

2560. Railroads.
2561. Telecommunication companies.
2562. Foreign corporations.
2563. Shares in foreign corporations.
2564. Increase of valuation in report or statement of corporation.
2565. Increase of valuation on failure to make report or statement.
2566. Deduction of indebtedness of holders of stock or securities.
2567. Amendment or alteration by assessors in general.
2568. Addition by assessors of persons or property omitted.
2569. Additional or supplemental assessment and original assessment of property omitted.
2570. Actions and other judicial proceedings to compel assessment or payment of tax on omitted property.
2571. Reassessment.
2572. Notice of assessment.
2573. Corporate stock, property, or receipts.
    (1). In general.
    (2). Addition of property or other subject-matter omitted.
    (3). Additional or supplemental assessment, and original assessment of property omitted.
    (4). Notice of assessment.

**6. ASSESSMENT ROLLS OR BOOKS.**

2575. In general.
2576. Nature and necessity.
2577. Authority and duty to make.
2578. Making and requisites in general.
2579. Form and arrangement.
2580. Designation of persons.
2581. ——— In general.
2582. ——— Owner or occupant of property.
2583. ——— Estate, heirs, or representatives of decedent.
2584. ——— Owners or others unknown.
2585. Designation of corporations or holders of corporate stock or securities.
2586. Description of property.
2587. ——— In general.
2588. ——— Real property.

**III. PROPERTY TAXES.**(Cont'd)

2589. ——— Separate listing of unoccupied or unseated lands and lands of nonresidents.
2590. ——— Personal property in general.
2591. ——— Credits and securities.
2592. ——— Corporate property, stock, and securities.
2593. Extending amount of tax.
2594. ——— In general.
2595. ——— Statement of amounts of separate taxes and total tax.
2596. Certification or other authentication in general.
2597. Signatures.
2598. Affidavit or other verification.
2599. Return.
2600. Filing or record.
2601. Making and requisites of duplicate rolls or lists.
2602. Omissions.
2603. Amendment or alteration.
2604. Curative statutes.
2605. Effect of invalidity.
2606. Partial invalidity.
2607. Presumptions as to validity.
2608. Custody, care, and use of records.
2609. Access to rolls or books.
2610. Construction and operation in general.
2611. Conclusiveness and effect.

**7. EQUALIZATION OF ASSESSMENTS.**

2620. In general.
2621. State boards of equalization and state tax commissions.
2622. Nature and necessity.
2623. Constitutional and statutory provisions.
2624. Equalization among taxing or assessment districts by county or other local board or officer.
2625. ——— In general.
2626. ——— Method of equalizing assessments.
2627. ——— Record of proceedings, decision, and certification.
2628. ——— Proceedings to compel equalization.
2629. ——— Review of proceedings.

TR-0044468

### III. PROPERTY TAXES.(Cont'd)

2630. Equalization among counties or other municipalities by state board or officer.
2631. —— In general.
2632. —— Method of equalizing assessments.
2633. —— Construction, operation, and conclusiveness of decisions.
2634. —— Review of proceedings.

### 8. REVIEW, CORRECTION, OR SETTING ASIDE OF ASSESSMENT IN GENERAL.

2640. Nature and scope of remedies in general.
2641. Constitutional and statutory provisions.
2642. Exclusiveness of statutory remedy.
2643. Assessments reviewable.
2644. Grounds of review.
2645. —— In general.
2646. —— Defects or irregularities in proceedings.
2647. —— Error as to valuation or amount.
2648. Right of review.
2649. —— In general.
2650. —— Persons entitled.
2651. —— Effect of failure to make list or statement of property.
2652. —— Estoppel or waiver.
2653. Creation and organization of board of review or other special tribunal.
2654. Authority and powers of board or officer.
2655. —— In general.
2656. —— Assessment of persons, property, or other matters omitted.
2657. —— Change of valuation or amount of tax in general.
2658. —— Increase of valuation or tax.
2659. —— Reduction of valuation or abatement of tax.
2660. —— Remission of tax.
2661. —— Amendment or correction of defects in proceedings.
2662. —— Setting aside assessment.
2663. —— Reassessment.
2664. Place and time of meeting of board.
2665. Notice to public of meeting or sessions of board.

### III. PROPERTY TAXES.(Cont'd)

2666. Time for application to board or officer.
2667. Mode and course of procedure in general.
2668. Notice to persons interested.
2669. —— In general.
2670. —— Necessity.
2671. —— Requisites and sufficiency.
2672. —— Persons notified.
2673. —— Waiver of notice or objections thereto.
2674. Complaint or petition of persons aggrieved.
2675. Answer or other mode of objection.
2676. Hearing.
2677. Scope and extent of relief.
2678. Rendition, form, and requisites of decision.
2679. Record of proceedings.
2680. Conclusiveness and effect of decision.
2681. Making and mode of correction of assessment.
2682. Setting aside assessment and making of reassessment.

### 9. ARBITRATION OR ALTERNATIVE DISPUTE RESOLUTION.

2685. In general.

### 10. JUDICIAL REVIEW OR INTERVENTION.

2690. In general.
2691. Review of board by courts.
2692. —— In general.
2693. —— Jurisdiction.
2694. —— Time of taking proceedings.
2695. —— Decisions reviewable and right of review.
2696. —— Presentation and reservation before board or officer of grounds of review.
2697. —— Conditions precedent in general; payment of tax and filing of bond.
2698. —— Exhaustion of remedies.
2699. —— Proceedings for review and parties.
(1). In general.
(2). Process and notice.
(3). Parties.
(4). Pleading.

TR-0044469

## 371. TAXATION

**III. PROPERTY TAXES.**(Cont'd)

(5).  Trial de novo.
(6).  Scope and extent of review.
(7).  —— In general.
(8).  —— Questions of fact.
(9).  —— Questions of law.
(10).  —— Mode of review.
(11).  Determination and relief.
2700.  Further judicial review.
2701.  —— In general.
2702.  —— Decisions reviewable and right of review.
2703.  —— Presentation and reservation before reviewing court.
2704.  —— Scope of review.
2705.  —— De novo review.
2706.  —— Determination and relief.
2707.  Other judicial remedies.
2708.  —— In general.
2709.  —— Jurisdiction and powers of courts in general.
    (1).  In general.
    (2).  Change of valuation.
    (3).  Setting aside assessment and striking tax from roll.
    (4).  Assessment of omitted property.
    (5).  Mode of correction.
2710.  Certiorari to review assessment.
2711.  Mandamus to correct assessment.
2712.  Injunction to restrain assessment.
2713.  Actions to reduce assessment or abate tax.
2714.  Actions to set aside assessment or for reassessment.

**11. EVIDENCE IN GENERAL.**

2720.  In general.
2721.  Admissibility.
2722.  Presumptions.
2723.  Burden of proof.
2724.  Weight and sufficiency of evidence.
2725.  —— In general.
2726.  —— Classification of property.
2727.  —— Persons and property subject to taxation.
2728.  —— Valuation.
2729.  —— Inequality or discrimination.

**(I) LIEN AND PRIORITY.**

2730.  In general.
2731.  Statutory provisions.
2732.  Creation and requisites of lien.
2733.  —— In general.
2734.  —— Validity and sufficiency of assessment.
2735.  —— Entry of unpaid tax and tax books or other records.
2736.  Property to which lien attaches.
2737.  Time when lien attaches.
2738.  Priorities in general.
2739.  Priority as to pre-existing liens or encumbrances.
2740.  Transfer of property in general.
2741.  Judicial sale of property.
2742.  Duration and termination of lien in general.
2743.  Loss or discharge of lien.
2744.  Protection of lien.

**(J) PAYMENT AND REFUNDING OR RECOVERY OF TAX PAID.**

2750.  In general.
2751.  Notice, demand, and opportunity for payment as conditions precedent.
2752.  Persons by whom payment may be made.
2753.  Payment of proportionate share of tax assessed on land in gross.
2754.  Duty of corporation as to payment of tax on stock, indebtedness, or securities.
2755.  —— In general.
2756.  —— Bank shares, dividends, and deposits.
2757.  Payment from fund in court or property in custody of the law.
2758.  Officers to whom payment may be made.
2759.  Place for payment.
2760.  Time for payment.
2761.  Mode of making and medium of payment.
2762.  Amount of payment.
2763.  Interest and fees.
2764.  Receipts and certificates.
2765.  Evidence of payment.
2766.  Operation and effect of payment in general.

1814

### III. PROPERTY TAXES.(Cont'd)

2767. Rights, as against persons or property liable, of other persons making payment.
2768. —— In general.
2769. —— Right to lien.
2770. Effect of failure to pay.
2771. —— In general.
2772. —— Excuses for nonpayment.
2773. Refunding taxes paid.
2774. Redemption of stamps.
2775. Right of recovery of taxes paid.
2776. —— In general.
2777. —— Voluntary payment in general.
2778. —— Mistake of law.
2779. —— Mistake of fact.
2780. —— Duress or compulsion.
2781. —— Protest.
2782. Actions and proceedings for recovery of taxes paid.
2783. —— In general.
2784. —— Nature and form of remedy.
2785. —— Conditions precedent.
2786. —— Time to sue and limitations.
2787. —— Persons entitled to sue and persons liable.
2788. —— Parties.
2789. —— Pleading.
2790. —— Evidence.
2791. —— Trial, relief awarded, and amount of recovery.
2792. —— Appeal.

### (K) COLLECTION AND ENFORCEMENT AGAINST PERSONS OR PERSONAL PROPERTY.

#### 1. IN GENERAL.

2800. In general.
2801. Nature of power to enforce collection.
2802. Statutory provisions.
2803. Appointment, qualification, and tenure of collectors.
2804. Authorization and qualification of other officers as collectors.
2805. Deputies and assistants of collectors.
2806. Compensation of collectors and other officers.
2807. Authority to collect in general.
2808. Authority to collect arrears.

### III. PROPERTY TAXES.(Cont'd)

2809. Authority to collect interest, penalties, and fees.
2810. Authority to compromise or remit.
2811. Delivery of assessment roll or tax list or duplicate.
2812. Warrant for collection.
2813. Tax bills.
2814. Receipt, custody, and care of taxes collected.
2815. Accounting as to and payment over of taxes collected.
2816. —— In general.
2817. —— Conclusiveness of settlement.
2818. Return of list or warrant.
2819. —— In general.
2820. —— Delinquent list.
2821. Rights and liabilities as to taxes uncollected.
2822. Liabilities for official acts in general.
2823. Warrant or other authority as protection from liability.
2824. Liabilities for negligence or misconduct in general.
2825. Failure to pay over taxes collected.
2826. Summary remedies against defaulting officers.
2827. Actions against defaulting officers.
2828. Liabilities on official bonds.
2829. Summary remedies on official bonds.
2830. Actions on official bonds.
2831. Criminal responsibility.

#### 2. SUMMARY REMEDIES AND ACTIONS.

2835. In general.
2836. Statutory provisions.
2837. Personal liability for taxes assessed on specific property.
2838. Summary remedies against personal property in general.
2839. Taxes for which property may be seized and sold.
2840. Property subject to seizure and sale.
2841. Issuance and requisites of tax execution or other process against property.
2842. Levy of warrant, execution or other process.
2843. Release or delivery of property on giving security.

TR-0044471

**371. TAXATION**

### III. PROPERTY TAXES.(Cont'd)

2844. Claims by third persons to property seized.
2845. Assignment of tax execution.
2846. Distress and proceedings thereon.
2847. Sale of personal property.
2848. Actions for unpaid taxes.
2849. —— In general.
2850. —— Nature and form.
2851. —— Rights of action.
2852. —— Conditions precedent.
2853. —— Defenses.
2854. —— Jurisdiction and venue.
2855. —— Time to sue and limitations.
2856. —— Parties.
2857. —— Process and appearance.
2858. —— Pleading.
2859. —— Evidence.
2860. —— Trial.
2861. —— Judgment and relief.
2862. —— Appeal and error.
2863. —— Costs and fees.
2864. Actions to enforce lien on personal property.
2865. Proceedings supplementary to process against property.
2866. Rule or order to show cause why tax should not be paid.
2867. Attachment or other process against the person.
2868. Criminal prosecutions.

### 3. REMEDIES FOR WRONGFUL ENFORCEMENT.

2871. Nature and scope of remedies in general.
2872. Statutory provisions.
2873. Injunction.
2874. —— In general.
2875. —— Grounds of relief in general.
2876. —— Illegal tax.
2877. —— Invalid levy.
2878. —— Defects in assessment.
    (1). In general.
    (2). Excessive or unequal assessment or valuation.
    (3). Assessment of persons or property not liable.
    (4). Defects or errors in proceedings for collection.

### III. PROPERTY TAXES.(Cont'd)

2879. —— Special grounds of equity jurisdiction.
    (1). In general.
    (2). Adequacy of remedy at law in general.
    (3). Remedy in proceedings for assessment.
    (4). Avoidance of multiplicity of suits.
    (5). Prevention of cloud on title.
2880. —— Conditions precedent in general.
2881. —— Payment or tender of taxes not in controversy.
2882. —— Proceedings and relief.
2883. —— Preliminary injunction.
2884. Recovery of possession of property seized or sold.
2885. Actions for damages.

### (L) SALE OF LAND FOR NONPAYMENT OF TAX.

2900. In general.
2901. Constitutional and statutory provisions.
2902. Taxes and charges for which land may be sold.
2903. —— In general.
2904. —— Validity of tax.
2905. —— Regularity of levy and assessment.
2906. —— Different taxes and taxes for different years.
2907. —— Interest, penalties, and fees.
2908. —— Partial illegality.
2909. Demand of payment and default of owner.
2910. Exhaustion of personalty before recourse to realty.
2911. List of lands delinquent.
2912. —— In general.
2913. —— Necessity.
2914. —— Making and requisites.
2915. —— Verification and certification.
2916. —— Filing.
2917. —— Publication.
2918. Real property subject to sale.
2919. Sale of lands of persons under disabilities, nonresident, or unknown.
2920. Enforcement against real property of personal judgment.
2921. Enforcement of lien on real property.

**1816**

371. TAXATION

### III. PROPERTY TAXES.(Cont'd)

2922. Proceedings for judgment against real property.
2923. —— In general.
2924. —— Nature and form.
2925. —— Grounds and conditions precedent.
2926. —— Defenses.
2927. —— Jurisdiction and venue.
2928. —— Time to sue and limitations.
2929. —— Parties.
2930. —— Process or notice and appearance.
2931. —— Pleading.
2932. —— Evidence.
2933. —— Trial or hearing.
2934. —— Decision.
2935. —— Form and requisites, and vacation or amendment of judgment or decree.
2936. —— Conclusiveness of adjudication, and collateral attack.
2937. —— Review.
2938. —— Costs and fees.
2939. Warrant, execution, or other process against real property.
2940. Restraining sale.
2941. Officers authorized to sell.
2942. Mode of sale.
2943. Place of sale.
2944. Time of sale.
2945. Notice of sale.
2946. —— In general.
2947. —— Necessity.
2948. —— Persons to be notified, and form, requisites, and validity of notice.
2949. —— Designation or description of property.
2950. —— Personal notice to owner or occupant.
2951. —— Publication.
2952. —— Posting.
2953. —— Proof.
2954. Postponement or adjournment.
2955. Amount for which land may be sold.
2956. —— In general.
2957. —— Part of total amount delinquent.
2958. —— Sale for excessive amount.
2959. —— Sale for amount including unauthorized charges and fees.

### III. PROPERTY TAXES.(Cont'd)

2960. Estate or interest which may be sold.
2961. Quantity of land which may be sold.
2962. Sale in parcels.
2963. Conduct of sale in general.
2964. Terms and conditions of sale.
2965. Persons who may purchase.
2966. Amount required to purchase.
2967. Bids or applications to purchase.
2968. Combinations among or fraud of bidders.
2969. Private sale of lands unsold at public sale.
2970. Purchase by state or municipality, and resale.
2971. —— In general.
2972. —— Proceedings for purchase.
2973. —— Operation and effect of purchase.
2974. —— Waiver or abandonment of purchase.
2975. —— Resale.
   (1). In general.
   (2). Application to purchase and proceedings thereon.
   (3). Terms and conditions of sale and amount required to purchase.
2976. Payment of price.
2977. Disposition of proceeds.
2978. —— In general.
2979. —— Surplus.
2980. Report or return and record of sale.
2981. —— In general.
2982. —— Making and requisites.
2983. —— Affidavit of disinterestedness.
2984. —— Operation and effect, and amendment.
2985. Confirmation by court.
2986. Certificate of sale.
2987. Certificate of delinquency issued to person paying taxes.
2988. Curative statutes.
2989. Setting aside sale or certificate.
2990. —— In general.
2991. —— Grounds, conditions precedent, and time for proceedings.
2992. —— Proceedings, relief granted, and review.
2993. —— Resale.
2994. Fees and expenses of sale.

TR-0044473

## 371. TAXATION

**III. PROPERTY TAXES.**(Cont'd)

2995. Collateral attack on sale.
2996. Presumptions as to validity.
2997. Wrongful sale.

**(M) REDEMPTION FROM TAX SALE.**

3000. In general.
3001. Right to redeem and necessity of re-
    demption in general.
3002. Constitutional and statutory provisions.
3003. Persons entitled to redeem.
3004. —— In general.
3005. —— Redemption of homestead.
3006. —— Minors and others under disabili-
    ty.
3007. —— Owners in general.
3008. —— Mortgagees.
3009. —— Purchasers.
3010. Waiver, estoppel, and laches.
3011. Time for redemption.
3012. Notice to redeem.
3013. —— In general.
3014. —— Nature and necessity.
3015. —— Persons who may give notice.
3016. —— Persons entitled to notice.
3017. —— Form and requisites.
3018. —— Service in general.
3019. —— Publication.
3020. —— Proof.
3021. Actions to foreclose right of redemp-
    tion.
3022. —— In general.
3023. —— Time to sue and limitations.
3024. —— Parties.
3025. —— Process or notice.
3026. —— Pleading and evidence.
3027. —— Judgment or decree, and review.
3028. —— Costs and fees.
3029. Amount required to redeem.
3030. —— In general.
3031. —— Interest and penalties.
3032. —— Subsequent taxes.
3033. Payment or tender.
3034. Proceedings on redemption.
3035. Report or list of redemptions.
3036. Certificate of redemption.
3037. Defects, objections, and waiver.
3038. Failure to redeem.
3039. —— In general.

**III. PROPERTY TAXES.**(Cont'd)

3040. —— Excuses for delay or defects.
3041. —— Mistake or fault of officer.
3042. —— Fraud of purchaser.
3043. —— Refusal to allow redemption.
3044. Redemption by agreement or act of
    parties.
3045. Actions to redeem in general.
3046. —— In general.
3047. —— Nature and rights of action.
3048. —— Jurisdiction, limitations, and par-
    ties.
3049. —— Pleading and evidence.
3050. —— Judgment and review.
3051. Statutory actions to redeem after exe-
    cution of tax deed.
3052. Disposition of redemption money.
3053. Operation and effect.

**(N) TAX TITLES.**

**1. TITLE AND RIGHTS OF PURCHASER
AT TAX SALE.**

3060. In general.
3061. Nature and effect of sale as transfer in
    general.
3062. Statutory provisions.
3063. Property and rights passing by sale.
3064. Estate or interest acquired by purchas-
    er or holder of certificate of sale.
3065. —— In general.
3066. —— Purchase from state.
3067. Liens and encumbrances on property in
    general.
3068. Other taxes on property.
3069. Effect of defects or irregularities in levy
    or assessment, judgment, decree, or
    sale.
3070. —— In general.
3071. —— Assessment.
    (1). In general.
    (2). Ownership of property.
    (3). Description of property.
    (4). Property not taxable.
3072. —— Proceedings for enforcement.
    (1). In general.
    (2). Proceedings preliminary to sale in
        general.
    (3). Judgment or foreclosure of lien.
    (4). Notice of sale.

TR-0044474

### III. PROPERTY TAXES.(Cont'd)

(5). Conduct and return of sale.
3073. —— Amendment of records or proceedings.
3074. —— Bona fide purchasers.
3075. Possession by purchaser.
3076. Loss of title by failure to take or retain possession, or by adverse possession.
3077. Trees and timber.
3078. Rents and profits and waste.
3079. Lien for purchase money in general.
3080. Liabilities of purchasers.
3081. Assignees of certificates of sale.
3082. Grantees of purchasers.

#### 2. TAX DEEDS.

3085. In general.
3086. Necessity and nature in general.
3087. Statutory provisions.
3088. Authority and duty to make.
3089. Right to deed.
3090. Conditions and prerequisites.
3091. Time of issuance or of making application for deed.
3092. Notice of application for deed.
3093. Application for deed, and proceedings thereon.
3094. Restraining making or delivery.
3095. Mandamus or other proceeding to compel making or delivery.
3096. Form and contents in general.
3097. Parties.
3098. Recitals.
3099. —— In general.
3100. —— Levy and assessment of tax.
3101. —— Delinquency.
3102. —— Proceedings preliminary to sale.
3103. —— Sale.
3104. —— Consideration, and proceedings subsequent to sale.
3105. Property which may be included.
3106. Description of property.
3107. —— In general; necessity and sufficiency.
3108. —— Certainty.
3109. —— Variance between deed and prior tax proceedings.
3110. Execution.
3111. Acknowledgment.

### III. PROPERTY TAXES.(Cont'd)

3112. Delivery.
3113. Recording and registration.
3114. Amendment or reformation.
3115. Curative statutes.
3116. Cancellation by public officers.
3117. Construction.
3118. Property conveyed.
3119. Estate or interest created.
3120. —— In general.
3121. —— Fee simple.
3122. —— Term of years.
3123. —— Transfer of interest of person assessed.
3124. —— Deed from state.
3125. Effect as to interests not assessed or sold.
3126. Effect as to liens and encumbrances on property in general.
3127. Effect as to other taxes on property.
3128. Priorities of successive tax deeds.
3129. Effect as evidence in general.
3130. —— In general.
3131. —— Validity and construction of statutory provisions in general.
3132. —— Presumptions and burden of proof as to prerequisites.
3133. Effect as to title.
3134. —— In general.
3135. —— Validity and construction of statutory provisions in general.
3136. —— Evidence of title dependent on preliminary or supplementary proof.
3137. —— Presumptions and rebuttal thereof.

#### 3. ACTIONS TO CONFIRM OR TRY TITLE.

3140. In general.
3141. Nature and form of remedies in general.
3142. Statutory provisions.
3143. Right of action by claimant under tax title for possession of property.
3144. Right of action to confirm or quiet tax title.
3145. Defenses against claimant under tax title.
3146. Payment or deposit of amount of taxes or purchase money as condition precedent to defense against tax title.

TR-0044475

**371. TAXATION**

### III. PROPERTY TAXES.(Cont'd)

3147. Right to attack tax title in general.
3148. —— In general.
3149. —— Estoppel and ratification.
3150. —— Title necessary to contest tax title.
3151. —— Mortgagee.
3152. Right of action against claimant under tax title for possession of property.
3153. Right of action to set aside tax sale, certificate, or deed.
3154. Right of action to remove cloud on title by tax sale or deed.
3155. Tender or deposit of amount of taxes or purchase money as condition precedent to attack on tax title.
3156. —— In general.
3157. —— Necessity of payment into court and sufficiency of tender.
3158. Jurisdiction and venue.
3159. Time to sue, limitations, and laches.
3160. —— In general.
3161. —— Actions by claimant under tax title.
3162. —— Actions against claimant under tax title.
  (1). In general.
  (2). Sufficiency of deed or title to set statute in operation, and defects cured by limitation.
  (3). Defects in assessment, levy, and sale, and effect of redemption or payment of tax.
  (4). Record of deed and possession of land.
3163. Parties.
3164. Joinder or intervention of claimants in actions by others.
3165. Process and appearance.
3166. Pleading.
3167. —— In general.
3168. —— Complaint, petition, or bill.
3169. —— Answer and reply.
3170. —— Amendments and supplemental pleadings.
3171. —— Issues, proof, and variance.
3172. Evidence.
3173. —— In general.
3174. —— Presumptions and burden of proof.
3175. —— Admissibility.

### III. PROPERTY TAXES.(Cont'd)

3176. —— Weight and sufficiency.
3177. Trial or hearing.
3178. Scope and extent of relief.
3179. —— In general.
3180. —— Payment of taxes or reimbursement of purchase money.
  (1). In general.
  (2). Defect or irregularity avoiding sale.
  (3). Amount to be paid.
  (4). Lien.
3181. —— Compensation for improvements.
3182. Judgment or decree and enforcement thereof.
3183. Appeal.
3184. Costs.

#### 4. RIGHTS AND REMEDIES OF PURCHASER OF INVALID TITLE.

3190. In general.
3191. Nature of right to relief.
3192. Statutory provisions.
3193. Refunding or recovery of purchase money from state, county, or other municipality.
3194. —— In general; authority and duty to reimburse.
3195. —— Grounds and extent of liability.
3196. —— Persons entitled to reimbursement.
3197. —— Actions and proceedings to enforce claims.
3198. —— Operation and effect of refunding.
3199. Lien for taxes or purchase money.
3200. Reimbursement by owner.
3201. —— In general.
3202. —— Taxes delinquent, interest, penalties, and costs.
3203. —— Purchase money or amount required to redeem.
3204. —— Taxes paid subsequent to sale.
3205. —— Actions.
3206. Compensation for improvements.

#### (O) FORFEITURES AND PENALTIES.

3210. In general.
3211. Nature and power to impose.
3212. Statutory provisions.

TR-0044476

### III. PROPERTY TAXES.(Cont'd)

3213. Grounds in general.
3214. Penalties for failure to make list, report, or statement.
3215. Penalties for making false list, report, or statement.
3216. Penalties for nonpayment of tax in general.
3217. Penalties imposed in actions for unpaid taxes.
3218. Interest on penalties.
3219. Persons liable for penalties.
3220. Remission of penalties.
3221. Proceedings for penalties.
3222. Forfeiture of land delinquent.
3223. ——— In general.
3224. ——— Failure to list or report land.
3225. ——— Nonpayment of tax.
3226. ——— Failure of bidders at tax sale.
3227. ——— Proceedings for enforcement.
3228. ——— Operation and effect.
3229. ——— Redemption.
3230. ——— Remission or waiver.
3231. ——— Sale or other disposition of lands forfeited.
3232. Crimes and prosecutions.

#### (P) DISPOSITION OF TAXES COLLECTED, AND FAILURE OF LOCAL AUTHORITIES TO COLLECT.

3235. In general.
3236. Duty of local authorities to collect or account in general.
3237. Statutory provisions.
3238. Taxes collected by state.
3239. General taxes collected by county, city, or other municipality.
3240. ——— In general.
3241. ——— Rights of state.
3242. ——— Rights as between county and city or other taxing or collection district.
    (1). In general.
    (2). Application to bonded debt.
    (3). Interest.
    (4). Actions to recover taxes collected.
3243. Interest, penalties, and costs collected.
3244. Liabilities of county, city, or other collection district for taxes uncollected.

### III. PROPERTY TAXES.(Cont'd)

3245. Proceedings for apportionment, accounting, and settlement.
3246. Payment and application thereof.

#### IV. EXCISE TAXES IN GENERAL.

3249. In general.
3250. Constitutional and statutory provisions.
3251. What is an "excise tax"; other taxes and fees distinguished.
3252. Merchandise or commodities subject to excise tax.
3253. Assessment.
3254. Lien and priority.
3255. Payment.
3256. Refunding or recovery of tax paid.
3257. Collection and enforcement.
3258. Penalties, forfeitures, crimes, and offenses.
3259. Disposition.

#### V. EMPLOYMENT TAXES AND WITHHOLDING IN GENERAL.

3260. In general.
3261. Statutory provisions.
3262. ——— In general.
3263. ——— Validity.
3264. State and federal issues in general.
3265. Approval and certification of state laws by federal authorities.
3266. Reciprocal arrangements with other state or federal authorities.
3267. Construction.
3268. Nature of contributions exacted.
3269. Employments subject to tax in general.
3270. Tests of employment.
3271. ——— In general.
3272. ——— Performance of services for wages, hire, remuneration, etc.
3273. Persons and employing units liable in general.
3274. ——— In general.
3275. ——— Employing units or businesses controlled by same interests.
3276. Employers, who are.
3277. ——— In general.
3278. ——— Successors.
3279. Election and termination of coverage.
3280. Employees, who are.
3281. ——— In general.

TR-0044477

**371. TAXATION**

**V. EMPLOYMENT TAXES AND WITHHOLDING IN GENERAL.**(Cont'd)

3282. —— Employees of employees.
3283. —— Employees of subcontractors hired to do ordinary work of employing units.
3284. —— Employees of independent contractors.
3285. Independent contractors.
3286. Employments not taxable in general.
3287. —— In general.
3288. —— Agricultural.
3289. —— Charitable, educational, literary, or scientific.
3290. —— On vessels.
3291. Assessment.
    (1). In general.
    (2). Rate.
    (3). Matters considered.
    (4). Time.
    (5). Evidence.
    (6). —— In general.
    (7). —— Presumptions and burden of proof.
    (8). —— Weight and sufficiency.
    (9). Proceedings.
3292. Lien and priority.
3293. Payment.
3294. Refunding or recovery of tax paid.
3295. Collection and enforcement.
3296. Penalties, forfeitures, crimes, and offenses.
3297. Disposition.

**VI. LEGACY, INHERITANCE AND TRANSFER TAXES.**

3300. In general.
3301. Nature and power to impose.
3302. —— In general.
3303. —— Indians and their property.
3304. Statutory provisions.
3305. —— In general.
3306. —— Purpose.
3307. —— Constitutionality.
    (1). In general.
    (2). Equality and uniformity in general.
    (3). Exemption or classification based on amount or value of estate or property.

**VI. LEGACY, INHERITANCE AND TRANSFER TAXES.**(Cont'd)

    (4). Exemptions or classifications based on relationship of parties.
    (5). Exemption of bequests for charitable or religious purposes.
    (6). Limitation of tax to personal property.
    (7). Retroactive provisions.
    (8). Tax on transfers of corporate stock.
3308. —— Construction and operation in general.
3309. —— Retroactive operation.
3310. —— Amendment and repeal.
3311. What law governs.
3312. Preemption.
3313. Local ordinances.
3314. Administrative agencies in general.
3315. Rules and regulations in general.
3316. Property liable.
3317. —— In general.
3318. —— Nature of property.
3319. —— Particular estates or interests.
3320. —— Property of nonresidents or aliens.
3321. —— Situs of property.
    (1). In general.
    (2). Effect of liability of property to tax in another state.
3322. —— Property passing under law of state imposing tax.
3323. Transfers of property not subject of or exempt from general taxation.
3324. Exemptions.
3325. —— In general.
3326. —— Amount or value of estate disposed of or distributed.
3327. —— Relationship of parties.
    (1). In general.
    (2). Children by adoption.
    (3). Mutually acknowledged relation of parent and child.
3328. —— Charitable, educational, religious, or other public corporations, institutions, or purposes.
    (1). In general.
    (2). Charitable corporations and institutions.

TR-0044478

**VI. LEGACY, INHERITANCE AND TRANSFER TAXES.**(Cont'd)

(3). Educational corporations and societies.

(4). Religious corporations and societies.

(5). Nations and lesser municipal entities.

(6). Foreign corporations.

3329. —— Proceedings to establish exemptions.

3330. Transfers subject to tax.

3331. —— In general.

3332. —— Mode and form in general.

(1). In general.

(2). Execution of power of appointment.

3333. —— In contemplation of or intended to take effect at or after death.

(1). In general.

(2). Transfers of stocks and securities.

3334. —— In discharge of debt or other obligation.

3335. —— Transfers to evade or defeat tax.

3336. Estates or interests created by transfer.

3337. —— In general.

3338. —— Life estates.

3339. —— Remainders and other future estates.

3340. —— Commissions or other compensation of executors or trustees.

3341. Rate of taxation.

3342. Time when tax accrues.

3343. Persons liable for tax.

3344. —— In general.

3345. —— Executors, administrators, and trustees.

3346. —— Provisions of will or other instrument.

3347. Collateral proceedings involving liability to tax.

3348. Authority and duty to make assessment.

3349. Proceedings for assessment in general.

3350. Appraisement or other valuation.

3351. —— In general.

3352. —— Appointment, power and proceedings of appraiser.

3353. —— Time for appraisal.

**VI. LEGACY, INHERITANCE AND TRANSFER TAXES.**(Cont'd)

3354. —— Valuation of stocks and securities.

3355. —— Deductions in general.

3356. —— Deduction of taxes and expenses of administration and litigation.

3357. —— Operation and effect of appraisement and assessment.

3358. —— Annuities and life estates.

3359. —— Vested remainders and other future estates.

3360. —— Contingent estates.

3361. Compromise or remission of tax.

3362. Review, correction, or setting aside of assessment.

3363. —— In general.

3364. —— Correction, amendment, or modification of assessment.

3365. —— Setting aside of assessment.

3366. —— Reappraisement.

3367. —— Review of assessment.

3368. Interest.

3369. Lien and priority.

3370. Payment.

3371. Refunds of tax paid.

3372. Recovery of tax paid.

3373. Collection and enforcement.

3374. —— In general.

3375. —— Limitations.

3376. —— Expenses of proceedings.

3377. Penalties, forfeitures, crimes, and offenses.

3378. Disposition.

**VII. GIFT TAXES.**

3380. In general.

3381. Nature and power to impose.

3382. Constitutional and statutory provisions.

3383. Property liable.

3384. Gifts or transfers taxable.

3385. Exemptions.

3386. Value of property gifts.

3387. Persons liable for tax.

3388. Assessment.

3389. Lien and priority.

3390. Payment.

3391. Refunding or recovery of tax paid.

3392. Collection and enforcement.

TR-0044479

**371. TAXATION**

**VII.  GIFT TAXES.**(Cont'd)

3393. Penalties, forfeitures, crimes and prose-
      cutions.
3394. Disposition.

**VIII.  INCOME TAXES.**

**(A) IN GENERAL.**

3400. In general.
3401. Nature of tax.
3402. —— In general.
3403. —— Excise or property tax.
3404. Power to impose.
3405. —— In general.
3406. —— Residence of taxpayer; corpora-
      tions.
3407. —— Sources of income outside state.
3408. —— Income of agencies and instru-
      mentalities of United States in gener-
      al.
3409. —— Income of national banks, or
      from shares thereof.
3410. —— Income from bonds or other se-
      curities or obligations of United
      States.
3411. —— Compensation of United States
      officers and employees.
3412. —— Indians.

**(B) REGULATION.**

3420. In general.
3421. Constitutional provisions in general.
3422. Statutory provisions and ordinances.
3423. —— In general.
3424. —— Purpose.
3425. —— Construction and operation in
      general.
3426. Validity of statutes and ordinances.
3427. —— In general.
3428. —— Equality and uniformity in gener-
      al.
3429. —— Classification and discrimination
      in general.
3430. —— Subjects of taxation in general.
3431. —— Residence and source of income.
3432. —— Deductions and credits.
3433. —— Exemptions.
3434. —— Rate of tax.
3435. —— Double taxation.
3436. —— Taxation according to value.

**VIII.  INCOME TAXES.**(Cont'd)

3437. —— Provisions for assessment and col-
      lection.
3438. —— Disposition of taxes collected.
3439. —— Retroactive operation.
3440. Amendment and repeal of statutes and
      ordinances.
3441. Retroactive operation.
3442. Administrative agencies and regula-
      tions.

**(C) INCOMES TAXABLE.**

3445. In general.
3446. Nature of income in general.
3447. Gross income.
3448. Net income.
3449. Time of earning or receiving as affect-
      ing taxability.
3450. Tax period and income attributable
      thereto.
3451. Source of income in general.
3452. Annuities.
3453. Erroneously or illegally acquired in-
      come.
3454. Salaries, wages, or compensation.
3455. —— In general.
3456. —— Public officers and employees.
3457. Dividends received.
3458. —— In general.
3459. —— Source of dividend as capital or
      profits.
3460. —— Liquidating dividends.
3461. —— Stock dividends.
3462. Interest received.
3463. Rents and royalties.
3464. Devises or bequests and income there-
      from.
3465. Capital and capital increase.
3466. Gains and profits from sales or ex-
      changes.
3467. —— In general.
3468. —— Sales of stocks or securities.
3469. —— Exchanges.
3470. Reorganizations.
3471. Refund of taxes or duties.
3472. Sources of income outside state.
3473. —— In general.
3474. —— Sales or services.
3475. —— Securities or other intangibles.

1824

### VIII.  INCOME TAXES.(Cont'd)

3476. —— Nonresidents and foreign corporations.
3477. —— Apportionment of income.

#### (D)  PERSONS LIABLE.

3480. In general.
3481. Residence of taxpayer.
3482. —— In general.
3483. —— Residence during portion of tax period.
3484. Husbands or wives.
3485. Corporations in general.
3486. Foreign corporations.
3487. Partnerships.
3488. Religious, benevolent, scientific, educational, or other nonprofit corporations or associations.
3489. Unincorporated business.
3490. Municipalities.
3491. Estates and trusts.
3492. —— In general.
3493. —— Trusts in general.
3494. —— Income accumulated or distributable currently.
3495. —— Decedents' estates.

#### (E)  DEDUCTIONS, CREDITS, AND EXEMPTIONS.

3500. Deductions.
3501. —— In general.
3502. —— Dividends.
3503. —— Interest paid or accrued.
3504. —— Estates and trusts.
3505. Expenses.
3506. —— In general.
3507. —— Ordinary and necessary expenses.
3508. —— Trade or business.
3509. —— Year or period in which deductible.
3510. Losses.
3511. —— In general.
3512. —— Trade or business and transactions for profit.
3513. —— Sale, exchange or disposition of property.
3514. —— Worthless debts, stocks or other property.
3515. —— Year or period in which deductible.

### VIII.  INCOME TAXES.(Cont'd)

3516. Depreciation, depletion, obsolescence and exhaustion.
3517. Credits.
3518. Exemptions.
3519. —— In general.
3520. —— Reciprocal exemption of nonresidents.
3521. Other taxes paid.
3522. —— In general.
3523. —— Federal taxes.

#### (F)  RATES OF TAXATION, SURTAXES, AND ADDITIONAL TAXES.

3525. In general.
3526. Gross income tax rates.
3527. Surtaxes.
3528. Additional taxes in general.
3529. Tax on dividends paid.

#### (G)  ASSESSMENT.

3530. In general.
3531. Valuation of property.
3532. Determination of deductions and credits.
3533. Allocation to state of income and deductions.
3534. —— In general.
3535. —— Method of allocation.
3536. —— Property or income and expenses allocable to state.
3537. Correction of assessment, reassessment or additional assessment.
3538. Accounting.
3539. Returns and reports.
3540. —— In general.
3541. —— Consolidated or separate corporate returns.
3542. Time for assessment and limitations.
3543. Evidence.
3544. —— In general.
3545. —— Weight and sufficiency.
3546. Relief against assessments.
3547. Administrative review.
3548. Judicial review.
3549. —— In general.
3550. —— Decisions reviewable, right of review and presentation of grounds of review.

TR-0044481

## 371. TAXATION

### VIII.  INCOME TAXES.(Cont'd)

3551. —— Scope and extent of review in general.
3552. —— Presumptions.
3553. Liens.

#### (H) PAYMENT.

3554. In general.
3555. Refunding taxes paid.
3556. Recovery of taxes paid.
3557. —— In general.
3558. —— Actions.

#### (I) COLLECTION AND ENFORCEMENT.

3560. In general.
3561. Actions for taxes.
3562. Remedies for wrongful enforcement.
3563. Penalties, forfeitures, offenses and prosecutions.
3564. Disposition.

### IX.  SALES, USE, SERVICE, AND GROSS RECEIPTS TAXES.

#### (A) IN GENERAL.

3600. In general.
3601. Nature of taxes.
3602. —— In general.
3603. —— Use tax.
3604. —— Gross receipts taxes.
3605. —— Selective taxes in general.
3606. —— Gasoline and motor fuel.
3607. Power to impose.
3608. —— In general.
3609. —— Territorial limitations;  nonresidents.
3610. —— Transactions involving United States, its agencies, or instrumentalities.
3611. —— Municipalities;  delegated power.
3612. —— Indians and persons dealing with Indians on Indian lands.

#### (B) REGULATIONS.

3620. In general.
3621. Constitutional provisions.
3622. Statutory provisions and ordinances.
3623. —— In general.
3624. —— Purpose of acts and ordinances.
3625. Validity of acts and ordinances.

### IX.  SALES, USE, SERVICE, AND GROSS RECEIPTS TAXES.(Cont'd)

3626. —— In general.
3627. —— Equality and uniformity in general.
3628. —— Gasoline and motor fuel.
3629. —— Cigarettes and tobacco products.
3630. —— Double taxation.
3631. —— Rate and amount of tax.
3632. —— Assessment and collection provisions.
3633. —— Disposition of taxes collected.
3634. Retroactivity.
3635. Administrative agencies and regulation.

#### (C) TRANSACTIONS TAXABLE IN GENERAL.

3636. In general.
3637. Subjects and exemptions in general.
3638. —— In general.
3639. —— Use tax.
3640. —— Gross receipts taxes.
3641. Place of transfer or use.
3642. Nature of transaction in general.
3643. Consideration or profit.
3644. Bailment, loan, lease, rental, or license of personal property.
3645. Sale or service transaction.
3646. Retail sales;  sales not for resale.
3647. Casual or isolated sales.
3648. Withdrawal or use of goods held for sale.
3649. Goods or property involved.
3650. —— In general.
3651. —— Food and beverages.
3652. Drugs, medicine, and medical devices.
3653. Information technology.
3654. Containers, wrappings, and shipping material.
3655. Purpose of use or consumption as affecting taxability.
3656. —— In general.
3657. —— Manufacturing or processing, use or consumption in;  incorporation in new product.
3658. Services taxable.

#### (D) PERSONS SUBJECT TO OR LIABLE FOR TAX.

3660. In general.
3661. Buyer's or seller's liability.
3662. Retailers.

### IX. SALES, USE, SERVICE, AND GROSS RECEIPTS TAXES.(Cont'd)

3663. Consumers.
3664. Clubs, co-operatives, and nonprofit organizations.
3665. Public authorities or officers.
3666. Carriers and public utilities.
3667. Contractors and persons dealing with contractors.
3668. —— In general.
3669. —— Public contracts.
3670. Nonresidents and foreign corporations.
3671. Contracts as to payment.

#### (E) RATE AND AMOUNT OF TAX.

3672. In general.
3673. Sale price or value as tax basis.
3674. —— In general.
3675. —— Discounts and refunds;  trade-ins.
3676. —— Taxes paid.
3677. —— Labor or service charges:  transportation charges.

#### (F) SELECTIVE TAXES.

3678. In general.
3679. Cigarettes and tobacco products.
3680. Gasoline and motor fuel.
3681. —— In general.
3682. —— Transactions and products taxable.
3683. —— Persons subject to or liable for tax in general.
3684. —— Public authorities, officers, or instrumentalities.
3685. —— Rate and amount.

#### (G) LEVY AND ASSESSMENT.

3686. In general.
3687. Correction of assessment, reassessment, or additional assessment.
3688. Accounting, returns, and reports.
3689. Time for assessment and limitations.
3690. Evidence.
3691. —— In general.
3692. —— Presumptions and burden of proof.
3693. —— Weight and sufficiency.
3694. Administrative review.

### IX. SALES, USE, SERVICE, AND GROSS RECEIPTS TAXES.(Cont'd)

3695. Judicial review and relief against assessments.
3696. Liens.

#### (H) PAYMENT.

3697. In general.
3698. Bonds or other security.
3699. Refunding taxes paid.
3700. —— In general.
3701. —— Gasoline or motor fuel tax.
3702. Recovery of taxes paid.
3703. —— In general.
3704. —— Actions.

#### (I) COLLECTION AND ENFORCEMENT.

3705. In general.
3706. Collection by sellers or others.
3707. —— In general.
3708. —— Rights and liabilities as to taxes uncollected.
3709. Actions for taxes.
3710. Remedies for wrongful enforcement.
3711. Penalties and forfeitures.
3712. Offenses and prosecutions.
3713. Disposition of proceeds in general.
3714. Disposition of gasoline or motor fuel taxes.

---

## 372. TELECOMMUNICATIONS

### SUBJECTS INCLUDED

The transmission of communications or entertainment at a distance, otherwise than by mail

More particularly, telegraphs, telephones, television, radio, wireless and mobile communications, satellite broadcasting and communications, computer communications, and other special services

Companies and associations engaged in this industry and their rights and liabilities peculiar to it

Government ownership, operation and regulation of such activities

## 372. TELECOMMUNICATIONS

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Commerce, regulation of, see COMMERCE

Corporations, matters applicable to in general, see CORPORATIONS AND BUSINESS ORGANIZATIONS

Defamation, liability for, see LIBEL AND SLANDER

Electricity used in telecommunications, injuries caused by, see ELECTRICITY

Eminent domain, see EMINENT DOMAIN

Gambling, offense of using telecommunications for, see GAMING

Mail, communication by, see POSTAL SERVICE

Municipalities' powers in general, see MUNICIPAL CORPORATIONS

Property rights in communications, see COPYRIGHTS AND INTELLECTUAL PROPERTY

Taxation of telecommunication facilities generally, see TAXATION

——————

I.  IN GENERAL, ⚏600–649.
II.  TELEGRAPHS, ⚏650–724.
III.  TELEPHONES, ⚏725–1024.
   (A)  IN GENERAL, ⚏725–749.
   (B)  COMMISSIONS AND AGENCIES, ⚏750–759.
   (C)  TELEPHONE COMPANIES, ⚏760–779.
   (D)  FRANCHISES OR LICENSES AND RIGHTS OF WAY, ⚏780–809.
   (E)  CONSTRUCTION, EQUIPMENT AND MAINTENANCE, ⚏810–849.
   (F)  TELEPHONE SERVICE, ⚏850–924.
   (G)  RATES AND CHARGES, ⚏925–999.
   (H)  PENALTIES, ⚏1000–1009.
   (I)  OFFENSES AND PROSECUTIONS, ⚏1010–1024.
IV.  WIRELESS AND MOBILE COMMUNICATIONS, ⚏1025–1074.
V.  TELEVISION AND RADIO BROADCASTING, ⚏1075–1199.
VI.  CABLE TELEVISION, ⚏1200–1274.
VII.  SATELLITE BROADCASTING AND COMMUNICATIONS, ⚏1275–1309.
VIII.  COMPUTER COMMUNICATIONS, ⚏1310–1399.
IX.  SPECIAL SERVICES OR ACTIVITIES, ⚏1400–1425.

X.  INTERCEPTION OR DISCLOSURE OF ELECTRONIC COMMUNICATIONS; ELECTRONIC SURVEILLANCE, ⚏1426–1487.
   (A)  IN GENERAL, ⚏1426–1459.
   (B)  AUTHORIZATION BY COURTS OR PUBLIC OFFICERS, ⚏1460–1484.
   (C)  TRACKING DEVICES, ⚏1485–1487.

### I. IN GENERAL.

600.  In general.
601.  Regulation in general.
602.  Constitutional and statutory provisions.
603.  —— In general.
604.  —— Purpose.
605.  —— Validity.
606.  —— Retroactive operation.
607.  What law governs.
608.  Preemption; interplay of federal, state and local laws.
609.  —— In general.
610.  —— Rights of way regulation.
611.  Common carrier or public utility status in general.
612.  Commissions and agencies in general.
613.  —— In general.
614.  —— Powers and duties.
615.  —— Jurisdiction.
616.  —— Officers.
617.  —— Rules and regulations.
618.  Telecommunication companies in general.
619.  Franchises or licenses in general.
620.  Franchise or license fees or taxes in general.
621.  Construction, equipment and maintenance in general.
622.  Telecommunication services in general.
623.  Competition in general.
624.  Rates and charges in general.
625.  Government or public ownership or operation in general.
626.  Evidence in administrative and judicial proceedings.
627.  Administrative procedure in general.
628.  —— In general.
629.  —— Rulemaking.
630.  —— Investigations and reports.
631.  —— Hearing.

TR-0044484

372. TELECOMMUNICATIONS

I. IN GENERAL.(Cont'd)

632. —— Findings and orders;  effect of de-
cisions.
633. Judicial review or intervention in gener-
al.
634. —— In general.
635. —— Jurisdiction.
636. —— Exhaustion of remedies.
637. —— Injunction.
638. —— Decisions reviewable.
639. —— Presentation and reservation of
grounds of review.
640. —— Parties in general;  standing.
641. —— Time for proceedings;  limitations.
642. —— Pleading or petition.
643. —— Record.
644. —— Standard and scope of review.
645. —— Determination and disposition;
further review.

II. TELEGRAPHS.

650. In general.
651. Regulation in general.
652. Constitutional and statutory provisions.
653. What law governs.
654. Preemption;  interplay of federal, state
and local laws.
655. Common carrier or public utility status.
656. Commissions and agencies.
657. Telegraph companies.
658. —— In general.
659. —— Relations between companies in
general;  transfer of assets.
660. —— Affiliation, consolidation and
merger.
661. —— Interconnection and mutual ser-
vice;  operating agreements.
662. —— Leases between companies.
663. —— Railroads operating lines or deal-
ing with companies.
664. Government or public operation and
ownership.
665. Franchises;  right to construct and oper-
ate.
666. —— In general.
667. —— Federal franchise;  use of public
lands and navigable waters.
668. —— State franchises.
669. —— Local franchises or regulation;  use
of streets, roads or public places.

II. TELEGRAPHS.(Cont'd)

670. Right of way or other interest in private
land;  railroads.
671. Franchise or license fees or taxes.
672. Construction, equipment and mainte-
nance.
673. —— In general.
674. —— Injuries or interference with high-
ways.
675. —— Changes and improvements;  relo-
cation and removal.
676. —— Wrongful occupation of realty;
trespass.
677. —— Negligence in general.
678. —— Injuries from wires and guy-wires.
679. —— Poles and equipment thereon.
680. —— Injuries to trespassers, children
and persons working about wires.
681. —— Injuries to land.
682. —— Lines and equipment, injury to or
interference with.
683. Telegraph service in general.
684. —— In general.
685. —— Contracts.
686. —— Regulation, supervision and reme-
dies.
        (1). In general.
        (2). Judicial review or intervention.
687. —— Care and promptness in transmit-
ting and delivery of messages in gener-
al.
688. —— Forged or fraudulent messages.
689. —— Hours and times of service;  night
messages.
690. —— Illegal or improper purposes.
691. —— Libelous and false messages.
692. —— Offices and stations.
693. —— Delivery of messages.
694. Charges and rates.
695. Negligent or erroneous transmittal or
delivery of messages.
696. —— In general.
697. —— Proximate cause.
698. —— Defenses and excuses;  contributo-
ry negligence.
699. —— Damages.
700. —— Limitation or modification of lia-
bility.
701. —— Companies and persons liable.
702. Actions.

TR-0044485

## 372. TELECOMMUNICATIONS

**II. TELEGRAPHS.**(Cont'd)

703. —— In general.
704. —— Persons entitled to sue.
705. —— Time to sue;  limitations.
706. —— Pleading.
707. —— Issues, proof and variance.
708. —— Evidence.
709. —— Trial.
710. —— Questions of law or fact.
711. —— Instructions.
712. —— Judgment.
713. —— Costs and fees.
714. International messages.
715. Penalties.
716. Offenses and prosecutions.

**III. TELEPHONES.**

**(A) IN GENERAL.**

725. In general.
726. Regulation in general.
727. Constitutional and statutory provisions.
728. —— In general.
729. —— Purpose.
730. —— Validity.
731. —— Retroactive operation.
732. What law governs.
733. Preemption;  interplay of federal, state and local laws.
734. —— In general.
735. —— Franchises or licenses and rights of way regulation.
735.5. —— Service in general.
735.6. —— —— Competition, agreements, and connections between companies.
735.7. —— —— Long distance service.
735.8. —— —— Rates and charges.
736. Common carrier or public utility status.

**(B) COMMISSIONS AND AGENCIES.**

750. In general.
751. Powers and duties.
752. Jurisdiction in general.
753. —— In general.
754. —— Interstate or intrastate.
755. Officers.
756. Rules and regulations in general.

**(C) TELEPHONE COMPANIES.**

760. In general.

**III. TELEPHONES.**(Cont'd)

761. Powers in general;  corporate organization.
762. Finances and accounting.
763. Mortgages.
764. Loss of corporate franchise or dissolution;  insolvency and reorganization.
765. Foreign corporations.
766. Cooperatives and mutual or nonprofit organizations.
767. —— In general.
768. —— Supervision by officers and commissions.
769. Relations between companies in general;  transfer of assets.
770. Leases between companies.
771. Affiliation, consolidation and merger.
772. Government or public operation and ownership.
773. —— In general.
774. —— Federal emergency control.
775. Actions.

**(D) FRANCHISES OR LICENSES AND RIGHTS OF WAY.**

780. In general.
781. Right to construct and operate in general.
782. Federal franchise or certification.
783. State franchise, license or certificate;  use of highways.
784. —— In general.
785. —— Territory to be served.
786. —— Extended area service.
787. Local franchise or regulation;  use of streets, roads or public places.
788. —— In general.
789. —— Necessity of local consent;  effect of state franchise or statutory consent.
790. —— Obtaining consent;  procedure and imposition of conditions.
791. —— Duration of grant;  modification, revocation or renewal.
792. Private lines and lines incidental to other business.
793. Assignment or transfer of operation franchise or exchange.
794. Operation without franchise;  remedies.
795. Right of way or other interest in private land.

1830

TR-0044486

372. **TELECOMMUNICATIONS**

III. **TELEPHONES.**(Cont'd)

796. —— In general.
797. —— Railroad rights of way.
798. Franchise or license fees or taxes.
799. —— In general.
800. —— Power to exact and validity in general.
801. —— Fees as barrier to entry or competition.
802. —— Amount and computation.
803. Administrative procedure.
804. Judicial review or intervention.

(E) **CONSTRUCTION, EQUIPMENT AND MAINTENANCE.**

810. In general.
811. Regulation in general.
812. Sale or lease of equipment.
813. Injuries or interference with streets and highways in general.
814. Changes and improvements; relocation and removal.
815. Underground systems.
816. Adjoining landowners' and third persons' rights in general.
817. Work of construction and maintenance; contracts and liens.
818. Use of facilities by municipality and others.
819. —— In general.
820. —— Lines and poles.
821. Wrongful occupation of realty; trespass.
822. —— In general.
823. —— Nuisance, injunction and removal of equipment.
824. Negligence in general.
825. —— In general.
826. —— Actions.
827. Injuries from wires and guy-wires.
828. —— In general.
829. —— Actions in general.
830. —— Evidence and fact questions.
831. Poles and equipment thereon.
832. —— In general.
833. —— Actions.
834. Injuries to trespassers, children and persons working about wires.
835. Injuries to land.
836. —— In general.
837. —— Trees and shrubs.

III. **TELEPHONES.**(Cont'd)

838. —— Actions.
839. Lines and equipment, injury to or interference with.
840. —— In general.
841. —— Actions.
842. —— Remedies; injunction.

(F) **TELEPHONE SERVICE.**

850. In general.
851. Company's regulations in general; tariffs.
852. Discrimination in general.
853. Particular matters relating to service in general.
854. Competition, agreements and connections between companies.
855. —— In general.
856. —— Negotiation, validity and approval of agreements.
857. —— Duty to connect with other lines or furnish service thereto; collocation.
858. —— Local access and transport area; dialing parity.
859. —— Customer premises equipment.
860. —— Access to unbundled network elements.
861. —— Access to rights of way, ducts, conduits and poles.
    (1). In general.
    (2). Pole attachments.
862. —— Access by wireless, mobile and internet service providers.
863. —— Long distance or interexchange connection.
864. —— Reciprocal compensation.
    (1). In general.
    (2). Internet service providers.
865. —— Resale.
866. —— Pricing, rates and access charges.
867. —— Rural exemption.
868. —— Number portability.
869. —— Universal service.
870. —— Proceedings.
    (1). In general.
    (2). Arbitration.
871. Contracts for service in general.
872. —— In general.
873. —— Long distance service.

TR-0044487

## 372. TELECOMMUNICATIONS

### III. TELEPHONES.(Cont'd)

874. Negligence in providing service in general.
875. Directories and listing.
876. —— In general.
877. —— Right to numbers.
878. Directory assistance.
879. Emergency calls; 911.
880. Caller identification.
881. Extensions and private branch exchanges.
882. Suspension of service in general.
883. Restoration of service in general.
884. Illegal or improper purposes.
885. —— In general.
886. —— Gambling, lotteries and speculation.
    (1). In general.
    (2). Action of public officers; review and remedies.
887. —— Indecent or obscene communications.
888. Advertising, canvassing and soliciting; telemarketing.
889. Customer privacy.
890. Public telephones or booths; resale of service.
891. Telephone answering and reference services.
892. Evidence in administrative or judicial proceedings.
893. Administrative procedure.
894. —— In general.
895. —— Notice.
896. —— Investigations and reports.
897. —— Hearing.
898. —— Findings and orders.
899. Judicial review or intervention.
900. —— In general.
901. —— Jurisdiction.
    (1). In general.
    (2). Primary jurisdiction; administrative or judicial jurisdiction.
902. —— Exhaustion of remedies.
903. —— Injunction.
904. —— Decisions reviewable.
905. —— Presentation and reservation of grounds of review.
906. —— Parties in general; standing.

### III. TELEPHONES.(Cont'd)

907. —— Time for proceedings; limitations.
908. —— Pleading or petition.
909. —— Record.
910. —— Standard and scope of review.
911. —— Determination and disposition; further review.
912. Civil liabilities and actions.
912.5. —— In general.
913. —— Damages resulting.
    (1). In general.
    (2). Notice of importance.
    (3). Mental suffering; illness and death calls.
    (4). Inadequate or excessive and exemplary damages.
914. —— Limitation or modification of liability.
    (1). In general.
    (2). Directories and numbers.
915. —— Defenses; grounds for refusal of service.
916. —— Actions.
    (1). In general.
    (2). Persons entitled to sue.
    (3). Pleading.
    (4). Evidence.
    (5). Trial.
    (6). Questions of law or fact.
    (7). Instructions.

### (G) RATES AND CHARGES.

925. In general.
926. Regulation of rates in general.
927. Municipal regulation; franchises and contracts.
928. Filing of rates or tariffs.
929. —— In general.
930. —— Necessity.
931. —— Filed rate doctrine in general.
932. —— Effect on contracts, franchises and liabilities.
933. Reasonableness in general; confiscatory rates.
934. Discrimination.
935. Particular cases and problems in general.
936. Increases or decreases in rates in general.
937. Determination of rates.

TR-0044488

372. **TELECOMMUNICATIONS**

III. **TELEPHONES.**(Cont'd)

938. —— In general.
939. —— Allocation of items to areas or types of business.
　(1). In general.
　(2). Interstate or intrastate.
940. —— Expenses.
　(1). In general.
　(2). Salaries, wages and employee benefits.
　(3). Taxes.
941. —— Financing costs; capital structure and interest.
942. —— Rate base; property and revenues included.
943. —— Rate of return.
944. —— Relations with other companies; affiliates.
945. —— Valuation.
　(1). In general.
　(2). Depreciation and reserve therefore.
　(3). Reproduction cost; mode of estimating.
946. Particular types of service.
947. —— In general.
948. —— Installation and removal; extensions and special equipment.
949. —— Toll or meter charges.
950. —— Long distance or interexchange.
951. —— Pay phones.
952. —— Extended area service.
953. Particular types of subscriber.
954. —— In general.
955. —— Residential or business use.
956. Private branch exchanges; hotels.
957. —— In general.
958. —— Resale of services.
959. —— Alternative operators.
960. Evidence as to rates.
961. —— In general.
962. —— Presumptions and burden of proof.
963. —— Admissibility.
964. —— Weight and sufficiency in general.
965. —— Valuation and depreciation.
966. Administrative procedure.
967. —— In general.
968. —— Powers of commissions and agencies.

III. **TELEPHONES.**(Cont'd)

969. —— Investigations, reports and discovery.
970. —— Scope of inquiry.
971. —— Notice and hearing.
972. —— Rehearing.
973. —— Findings and determination; modification and revocation.
974. Judicial review or intervention.
975. —— In general.
976. —— Jurisdiction.
　(1). In general.
　(2). Primary jurisdiction; administrative or judicial jurisdiction.
977. —— Decisions and orders reviewable.
978. —— Presentation and reservation of grounds of review.
979. —— Persons entitled and parties.
980. —— Time for proceedings; limitations.
981. —— Exhaustion of remedies.
982. —— Equitable relief; injunction.
983. —— Temporary injunction and stay order.
984. —— Pleading or petition.
985. —— Record.
986. —— Standard and scope of review; powers of court.
987. —— Review of valuation and fact questions.
988. —— Findings and determination; modification or vacation and further review.
989. Temporary, emergency or test rates; procedure.
990. Intercompany rates; division of tolls.
991. Liability for charges; payment and collection.
992. —— In general.
993. —— Refunds in connection with rate-making.
994. —— Refusal of service for nonpayment.
995. —— Directories.
996. —— Unauthorized long distance calls.
997. —— Actions and remedies.
　(1). In general.
　(2). Injunction.
　(3). Recovery of overcharge.

(H) PENALTIES.

1000. In general.

1833

TR-0044489

## 372. TELECOMMUNICATIONS

### III. TELEPHONES.(Cont'd)

1001. Tariff or rate violations.
1002. Violations of rules or regulations concerning competition.
1003. Telemarketing violations.
1004. Actions for penalties.
1005. —— In general.
1006. —— Pleading.
1007. —— Evidence and fact questions.

#### (I) OFFENSES AND PROSECUTIONS.

1010. In general.
1011. Offenses.
1012. —— In general.
1013. —— Telephone harassment and threats.
1014. —— Wire fraud.
    (1). In general.
    (2). Nature and elements of offense in general.
    (3). Knowledge and intent in general.
    (4). Knowledge that communication be part of scheme; foreseeability.
    (5). Success or possibility of success of scheme.
    (6). Effectiveness of communication to further fraud.
    (7). Injury from fraud.
    (8). Nature of scheme or device in general.
    (9). False pretenses or representations.
    (10). Honest services fraud.
    (11). Persons liable.
    (12). Civil liabilities; actions.
1015. Prosecutions.
1016. —— In general.
1017. —— Indictment and information.
1018. —— Evidence.
    (1). In general.
    (2). Presumptions and burden of proof.
    (3). Admissibility.
    (4). Weight and sufficiency.
1019. —— Trial.
1020. —— Questions of law or fact.
1021. —— Instructions.
1022. —— Sentencing and punishment.

### IV. WIRELESS AND MOBILE COMMUNICATIONS.

1025. In general.
1026. Regulation in general.
1027. Constitutional and statutory provisions.
1028. —— In general.
1029. —— Purpose.
1030. —— Validity.
1031. —— Retroactive operation.
1032. What law governs.
1033. Preemption; interplay of federal, state and local laws.
1034. Common carrier or public utility status.
1035. Commissions and agencies.
1036. Licenses and authorizations.
1037. —— In general.
1038. —— Cellular telephones.
1039. —— Personal communication services.
1040. —— Specialized and commercial mobile radio.
1041. —— Mobile satellite service.
1042. —— Radio paging.
1043. License or authorization fees or taxes.
1044. Construction, equipment and maintenance; towers.
1045. —— In general.
1046. —— Local government regulation; proceedings.
1047. —— Negligence.
1048. —— Actions.
1049. Universal service.
1050. Competition, agreements and connections between companies.
1051. Contracts for service.
1052. Emergency calls; 911.
1053. Illegal or improper purposes.
1054. Administrative procedure.
1055. Judicial review or intervention.
1056. Civil liabilities and actions.
1057. —— In general.
1058. —— Damages resulting.
1059. —— Limitation or modification of liability.
1060. —— Defenses.
1061. —— Actions.
1062. Rates and charges.
1063. —— In general.
1064. —— Liability for charges; payment and collection.

**1834**

### IV. WIRELESS AND MOBILE COMMUNICATIONS.(Cont'd)

1065. —— Proceedings and review.
1066. Penalties.
1067. Offenses and prosecutions.

### V. TELEVISION AND RADIO BROADCASTING.

1075. In general.
1076. Regulation in general.
1077. Constitutional and statutory provisions.
1078. —— In general.
1079. —— Purpose.
1080. —— Validity.
1081. —— Retroactive operation.
1082. What law governs.
1083. Preemption; interplay of federal, state and local laws.
1084. Common carrier or public utility status.
1085. Commissions and agencies.
1086. —— In general.
1087. —— Powers and duties in general.
1088. —— Jurisdiction.
1089. —— Officers.
1090. —— Rules and regulations.
1091. License or permit in general.
1092. —— In general.
1093. —— Modification.
1094. —— Renewal and revocation.
1095. Eligibility and qualifications for license.
1096. —— In general.
1097. —— Public interest, convenience or necessity in general.
1098. —— Financial qualifications.
1099. —— Character, citizenship and conduct.
   (1). In general.
   (2). Fraud, misstatements and concealment.
   (3). Employment discrimination and equal opportunity.
1100. —— Monopoly affecting license; multiple and cross ownership.
1101. —— Newspapers and publishers; divestiture.
1102. —— Mutually exclusive applications; factors considered.
   (1). In general.
   (2). Local ownership or control.
   (3). Integration of ownership and control.

### V. TELEVISION AND RADIO BROADCASTING.(Cont'd)

   (4). Diversity; minority ownership or control.
1103. —— Particular cases and problems.
1104. Channels, frequencies and wavelengths.
1105. —— In general.
1106. —— Ultra high frequency.
1107. Aviation and navigation, matters relating thereto.
1108. Competition and interference.
1109. —— In general.
1110. —— Economic injury.
1111. —— Particular cases and problems in general.
1112. —— Allocation as to states, areas or populations served.
1113. —— Time allocation and synchronization.
1114. Station and equipment; construction, removal and power increase.
1115. License fees or taxes.
1116. Transfer of station or license.
1117. —— In general.
1118. —— Security interest in station; rights of creditors.
1119. High definition television.
1120. Evidence in administrative or judicial proceedings.
1121. —— In general.
1122. —— Presumptions and burden of proof.
1123. —— Admissibility.
1124. —— Weight and sufficiency.
1125. Administrative procedure.
1126. —— In general.
1127. —— Investigations and reports.
1128. —— Applications.
1129. —— Notice and hearing.
1130. —— Auctions, lotteries and competitive bidding.
1131. —— Competitors' remedies; intervention and comparative hearing.
   (1). In general.
   (2). Incumbent challenges.
1132. —— Findings and determination.
1133. —— Rehearing and reconsideration.
1134. Judicial review or intervention.
1135. —— In general.
1136. —— Equitable relief; injunction.

TR-0044491

**372. TELECOMMUNICATIONS**

**V. TELEVISION AND RADIO BROADCASTING.**(Cont'd)

1137. —— Decisions reviewable.
1138. —— Presentation and reservation of grounds of review.
1139. —— Persons entitled and parties.
1140. —— Exhaustion of administrative remedies.
1141. —— Pleading and procedure.
1142. —— Standard and scope of review in general.
1143. —— Review of fact questions and expertise.
1144. —— Determination and disposition; dismissal and further review.
1145. Effect of license in general.
1146. Government or publicly owned or funded stations in general.
1147. Programs.
1148. —— In general.
1149. —— Selection by broadcaster in general.
1150. —— Particular subject matter.
   (1). In general.
   (2). Religious programs.
   (3). Educational and children's programs.
1151. —— Improper subject matter and censorship.
   (1). In general.
   (2). Indecent, obscene or violent material.
   (3). Lotteries, gambling and speculation.
1152. —— Licensing or transfer, programs as factor.
1153. —— Political and controversial questions.
   (1). In general.
   (2). Fairness doctrine.
   (3). Equal time rules.
   (4). Personal attack rule.
   (5). Government and publicly funded stations.
1154. —— Purpose of program; advertising or noncommercial functions.
1155. —— Remedies and procedure.
   (1). In general.
   (2). Injunction.
1156. Civil liabilities and actions.

**V. TELEVISION AND RADIO BROADCASTING.**(Cont'd)

1157. —— In general.
1158. —— Torts.
1159. —— Contracts in general.
   (1). In general.
   (2). Ownership, control or transfer of station.
1160. —— Programs and wrongful broadcasts.
1161. —— Actions.
1162. Advertising contracts and rates.
1163. —— In general.
1164. —— Fraudulent billing.
1165. —— Actions.
1166. Penalties.
1167. Offenses and prosecutions.
1168. —— In general.
1169. —— Unlicensed operators.
1170. —— Prosecutions.
1171. International broadcasts.

**VI. CABLE TELEVISION.**

1200. In general.
1201. Regulation in general.
1202. Constitutional and statutory provisions.
1203. —— In general.
1204. —— Purpose.
1205. —— Validity.
1206. —— Retroactive operation.
1207. What law governs.
1208. Preemption; interplay of federal, state and local laws.
1209. Common carrier or public utility status.
1210. Commissions and agencies.
1211. Cable television companies in general.
1212. Government or public ownership or operation.
1213. Franchises and licenses; local regulation.
1214. —— In general.
1215. —— Franchise or license fees.
1216. —— Renewal.
1217. —— Termination and amendment.
1218. —— Proceedings.
1219. Construction, equipment and maintenance in general.
1220. Rights of way to public or private property.

**VI. CABLE TELEVISION.**(Cont'd)

1221. —— In general.
1222. —— Use of streets, roads and public places.
1223. —— Private property in general.
1224. —— Apartments and multi-unit dwellings.
1225. —— Utilization of other utility property.
 (1). In general.
 (2). Pole attachments.
 (3). Rates and compensation.
1226. Discrimination.
1226.5. Contracts for service in general.
1227. Competition in general.
1228. Rates and charges.
1229. Program content; access rules.
1230. —— In general.
1231. —— Leased access.
1232. —— Indecent, obscene or violent programs.
1233. Federal regulation.
1234. —— In general.
1235. —— Fees.
1236. —— Competition and monopoly; multiple and cross ownership.
 (1). In general.
 (2). Telephone companies.
1237. —— Disclosure, information and subscriber privacy.
1238. —— Cable-broadcast relationships.
 (1). In general.
 (2). Distant signal rules.
 (3). Retransmission.
 (4). Must carry rules.
 (5). Exclusivity rules.
 (6). Non-duplication rules.
1239. Open video systems.
1240. Evidence in administrative or judicial proceedings.
1241. Administrative procedure.
1242. Judicial review or intervention.
1243. —— In general.
1244. —— Injunction.
1245. Civil liabilities and actions in general.
1246. —— In general.
1247. —— Torts.
1248. —— Contracts.
 (1). In general.

**VI. CABLE TELEVISION.**(Cont'd)

 (2). Ownership, control or transfer of company.
1249. —— Actions.
1250. Civil liability for unauthorized interception or viewing.
1251. —— In general.
1252. —— Proceedings.
1253. —— Damages and other relief.
1254. Offenses and prosecutions.
1255. —— In general.
1256. —— Unauthorized interception or viewing; descrambling.
1257. —— Prosecutions.

**VII. SATELLITE BROADCASTING AND COMMUNICATIONS.**

1275. In general.
1276. Regulation in general.
1277. Constitutional and statutory provisions.
1278. What law governs.
1279. Preemption; interplay of federal, state and local law.
1280. Common carrier or public utility status.
1281. Satellite communication companies in general.
1282. Licenses and permits.
1283. License fees or taxes.
1284. Construction, equipment and maintenance in general.
1285. Restrictions on installation of reception equipment.
1286. Contracts and leases.
1287. Rates and charges.
1288. Competition in general.
1289. Channels; spectrum allocation.
1290. Access rules.
1291. Program content.
1292. Administrative procedure.
1293. Judicial review or intervention.
1294. Civil liabilities and actions in general.
1295. —— In general.
1296. —— Injunction.
1297. Civil liability for unauthorized interception or viewing.
1298. —— In general.
1299. —— Proceedings.
1300. —— Damages and other relief.
1301. Penalties.

TR-0044493

## 372. TELECOMMUNICATIONS

**VII. SATELLITE BROADCASTING AND COMMUNICATIONS.**(Cont'd)

1302. Offenses and prosecutions.
1303. —— In general.
1304. —— Unauthorized interception or viewing; descrambling.
1305. —— Prosecutions.

**VIII. COMPUTER COMMUNICATIONS.**

1310. In general.
1311. Constitutional and statutory provisions.
1312. —— In general.
1313. —— Purpose.
1314. —— Validity.
1315. —— Retroactive operation.
1316. What law governs.
1317. Preemption; interplay of federal, state and local law.
1318. Common carrier or public utility status.
1319. Regulation in general.
1320. Internet service providers.
1321. —— In general.
1322. —— Telephone line interconnection.
1323. —— Voice over internet protocol.
1324. —— Cable television companies.
1325. —— Wireless internet service.
1326. —— Government or public operation and ownership.
1327. —— Contracts for service.
1328. —— Actions.
1329. Database availability.
1330. Domain names and numbers.
1331. —— In general.
1332. —— Registration.
1333. —— Dispute resolution.
1334. —— Actions.
1335. Privacy in general.
1335.5. Advertising and sales in general.
1336. Music and entertainment services and devices.
1336.5. Dating services.
1337. Administrative procedure.
1338. Judicial review or intervention.
1339. Civil liabilities; illegal or improper purposes.
1340. —— In general.
1340.5. —— Contracts.
1341. —— Torts in general.

**VIII. COMPUTER COMMUNICATIONS.**(Cont'd)

1342. —— Fraud; unauthorized access or transmission.
1343. —— Unsolicited e-mail.
1344. —— Persons and entities liable; immunity.
1345. —— Damages and other relief.
1346. —— Actions.
1347. Offenses and prosecutions.
1348. —— In general.
1349. —— Indecent or obscene communications in general.
1350. —— Soliciting minor for sex or illegal act; child pornography.
1351. —— Prosecutions.

**IX. SPECIAL SERVICES OR ACTIVITIES.**

1400. In general.
1401. Private line communications.
1402. Alarm and security systems.
1403. —— In general.
1404. —— Contracts in general.
1405. —— Tort liability in general.
1406. —— Limitation or modification of liability.
1407. —— Actions.
1408. Messenger and delivery service.
1409. News and information.
1410. —— In general.
1411. —— Financial or market reports; tickers.
1412. Music and entertainment, transmission of.
1413. Teletype and telephoto services.

**X. INTERCEPTION OR DISCLOSURE OF ELECTRONIC COMMUNICATIONS; ELECTRONIC SURVEILLANCE.**

**(A) IN GENERAL.**

1426. In general.
1427. Constitutional and statutory provisions.
1428. —— In general.
1429. —— Purpose.
1430. —— Validity.
1431. —— Retroactive operation.
1432. What law governs.
1433. Preemption.
1434. Wiretapping in general.

TR-0044494

**X. INTERCEPTION OR DISCLOSURE OF ELECTRONIC COMMUNICATIONS; ELECTRONIC SURVEILLANCE.**(Cont'd)

1435. Acts constituting interception or disclosure.
1436. —— In general.
1437. —— Telephone communications.
1438. —— Wireless or mobile communications.
1439. —— Computer communications.
1440. —— Persons concerned; consent.
1441. Persons liable; immunity.
1442. Actions.
1443. —— In general.
1444. —— Jurisdiction and venue.
1445. —— Parties in general; standing.
1446. —— Time to sue and limitations.
1447. —— Pleading.
1448. —— Evidence.
1449. —— Trial.
1450. —— Questions of law or fact.
1451. —— Judgment and relief.
1452. —— Costs and fees.
1453. Offenses and prosecutions.

**(B) AUTHORIZATION BY COURTS OR PUBLIC OFFICERS.**

1460. In general.
1461. Executive authorization or application.
1462. Necessity for judicial approval; emergency interception.
1463. Judicial authorization in general.
1464. Application or affidavit.
1465. —— In general.
1466. —— Probable cause.
1467. —— Competency of information; hearsay.
　　(1). In general.
　　(2). Information from others in general.
　　(3). Reliability or credibility; corroboration.
　　(4). Anonymous or confidential informants.
　　(5). Citizens, victims or officers.
1468. —— Necessity; inadequacy of other procedures.
1469. —— Identification of persons subject to interception.
1470. Order or warrant in general.

**X. INTERCEPTION OR DISCLOSURE OF ELECTRONIC COMMUNICATIONS; ELECTRONIC SURVEILLANCE.**(Cont'd)

1471. Conduct and duration of surveillance.
1472. —— In general.
1473. —— Scope; minimization.
1474. —— Extension.
1475. Carrier's cooperation; pen registers and tracing.
1476. Reports; delivery and sealing.
1477. Notice and disclosure to parties.
1478. Use of information obtained.
1479. Review of proceedings; standing.

**(C) TRACKING DEVICES.**

1485. In general.
1486. Transponders or "beepers" in general; warrantless proceedings.
1487. Warrants or judicial authorization.

---

# 374. TENDER

## SUBJECTS INCLUDED

Offer of money or its equivalent in satisfaction of pecuniary obligations in general

Nature, requisites, sufficiency, and effect of such tender

Acceptance or refusal thereof, and payment into court incident thereto

Pleading tender

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Contracts, tender of performance, see CONTRACTS, SPECIFIC PERFORMANCE and specific topics relating to particular classes of contracts

Effect of tender on liabilities for—

　Costs, see COSTS

　Interest, see INTEREST

Money paid into court, disposition of, see DEPOSITS IN COURT

1. Nature and purpose in general.
3. Statutory provisions.

TR-0044495

**374. TENDER**

4. Necessity.
5. Waiver of tender.
6. Persons by whom tender may be made.
7. Persons to whom tender may be made.
8. Place.
9. Time.
10. Mode and sufficiency.
11. —— In general.
12. —— Amount.
    (1). In general.
    (2). Necessity that full amount due be offered.
    (3). Tender of more than is due.
    (4). Costs and interest.
13. —— Production and offer of money or equivalent.
    (.5). In general.
    (1). Necessity in general.
    (2). Circumstances of offer.
    (3). Readiness at place of payment.
    (4). Deposit or money in possession of third person.
14. —— Conditions.
    (1). In general.
    (2). Requiring receipt.
    (3). Exacting change.
    (4). Surrender of security or evidence of debt.
    (5). Tender in full payment.
15. Objections, and making and waiver thereof.
    (1). In general.
    (2). Time for objection.
    (3). Waiver of objection in general.
    (4). Objections to amount.
    (5). Objections for failure to produce money or equivalent.
    (6). Objections to medium of tender.
16. Excuses for failure to make or insufficiency.
    (1). In general.
    (2). Refusal to accept.
    (3). Excessive or unauthorized claim by creditor.
    (4). Failure to produce money.
17. Acceptance.
18. Keeping good tender not accepted.
19. Operation and effect in general.
    (1). In general.

    (2). As admission or discharge of liability.
20. Effect of acceptance.
21. Effect of refusal.
22. Pleading.
23. Payment into court of amount tendered or admitted to be due.
23.1. —— In general.
24. —— Necessity.
25. —— Sufficiency.
26. —— Operation and effect.
27. —— Acceptance and effect thereof.
28. Evidence.
29. Questions for jury.
30. Instructions.
31. Verdict or findings.

---

**375. TERRITORIES**

**SUBJECTS INCLUDED**

Territory of the United States not contained within the boundaries of any of the several states

Powers of the national government over such territory and application of laws of the United States thereto

Establishment and organization of territorial governments, appointment of governors and other officers thereof, and rights, powers, proceedings, and liabilities of such governments, their officers and agents

Actions by or against territories

Relinquishment of sovereignty and grant of partial or complete independence

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Citizens in the territories and their rights in general, see ALIENS, IMMIGRATION, AND CITIZENSHIP, CIVIL RIGHTS, CONSTITUTIONAL LAW

Election of members of territorial legislatures and other territorial officers, see ELECTION LAW

Eminent domain, power and exercise thereof, see EMINENT DOMAIN

TR-0044496

**377E. THREATS, STALKING, AND HARASSMENT**

Public lands, see PUBLIC LANDS

States, admission of territories into Union as, see STATES

Taxation and revenue, see TAXATION

1. Territory belonging to United States before adoption of Constitution.
1.1. —— In general.
3. —— Construction and operation of Ordinance of 1787 and other acts of Congress.
4. Power of United States to acquire and control additional territory.
5. Acquisition of territory.
6. Construction and operation of treaties of cession.
7. Political status of territory acquired in general.
8. Application of Constitution and laws of United States to territory acquired.
9. Rights of persons and property in territory acquired.
10. Provisional or other temporary civil government.
11. Legislative power of Congress.
13. Political status and relations of organized territories.
14. Territorial extent and boundaries.
15. Construction and operation of organic act in general.
17. Governmental powers in general.
18. Application and operation in territories of acts of Congress.
19. Legislature.
20. Legislative power and exercise thereof in general.
22. Governor, and exercise of supreme executive authority.
23. Executive officers and agents.
25. Contracts in general.
28. Power to incur indebtedness or make expenditures.
29. Debts in general, appropriations, and payment.
31. Claims against territories.
32. Actions by or against territories.
33. Relinquishment of sovereignty.
34. Territorial courts.
    *Exclusive, concurrent, and conflicting jurisdiction, see COURTS ☞540.*

35. —— In general; establishment and organization.
36. —— Jurisdiction and procedure in general.
37. —— Courts of particular territories.
    (1). In general.
    (2). Puerto Rico.
    (3). Virgin Islands.
    (4). Guam.
    (5). Northern Mariana Islands.
    (6). American Samoa.
38. —— Effect of admission of territory as state.

---

## 377E. THREATS, STALKING, AND HARASSMENT

### SUBJECTS INCLUDED

Threats of personal violence in general

Threats to prevent performance or refusal to perform any act

Following or harassing another with intent to annoy, intimidate, or alarm that person

Nature and elements of these crimes

Nature and extent of criminal responsibility therefor, and grounds of defense

Prosecution and punishment of such acts as public offenses

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Blackmail, see EXTORTION

Civil liabilities for threats, see TORTS

Effect of duress by menaces on validity of particular transactions, see CONTRACTS, REAL PROPERTY CONVEYANCES, CANCELLATION OF INSTRUMENTS, and other specific topics

Employment and labor relations, effect of threats in, see LABOR AND EMPLOYMENT

Harassment and threats via telephone or other electronic device, see TELECOMMUNICATIONS

Harassment as violation of civil rights statutes, see CIVIL RIGHTS

TR-0044497

## 377E. THREATS, STALKING, AND HARASSMENT

Hate crimes and ethnic intimidation, see CIV-IL RIGHTS VI

Intimidating or threatening witnesses, see OBSTRUCTING JUSTICE

Kill, threats to, see HOMICIDE

Mailing threatening matter, see POSTAL SERVICE

Particular offenses, threats as evidence of commission or as justification, see ASSAULT AND BATTERY, HOMICIDE, and other specific topics

Security to keep the peace, threats as ground for, see PROTECTION OF ENDANGERED PERSONS

Threats made with intent to obstruct justice, see OBSTRUCTING JUSTICE

1. In general.
2. Statutory provisions.
3. —— In general.
4. —— Purpose.
5. —— Validity.
6. —— Retroactive operation.
7. Threats in general.
8. —— In general.
9. —— Nature of conduct.
10. —— Intent; knowledge.
11. —— Apprehension of harm.
12. —— Federal offenses.
    (1). In general.
    (2). Nature of conduct.
    (3). Intent; knowledge.
    (4). Apprehension of harm.
    (5). Interstate commerce.
13. Threats against officials or former officials.
14. —— In general.
15. —— Who is an official.
16. —— Nature of conduct.
17. —— Intent; knowledge.
18. —— Apprehension of harm.
19. —— Interstate commerce.
20. Harassment in general.
21. —— In general.
22. —— Nature of conduct.
23. —— Intent; knowledge.
24. —— Apprehension of harm.
25. Stalking in general.
26. —— In general.
27. —— Nature of conduct.

28. —— Intent; knowledge.
29. —— Apprehension of harm.
30. —— Federal offenses.
    (1). In general.
    (2). Nature of conduct.
    (3). Intent; knowledge.
    (4). Apprehension of harm.
    (5). Interstate commerce.
31. Degrees.
32. —— In general.
33. —— Aggravated stalking.
34. Attempts.
35. Defenses.
36. —— In general.
37. —— Consent.
38. —— Protected activity.
39. Parties; aiding and abetting.
40. Indictment or information.
41. —— In general.
42. —— Requisites and sufficiency.
43. —— Issues, proof, and variance.
44. Evidence.
45. —— In general.
46. —— Admissibility.
47. —— Presumptions and burden of proof.
48. —— Weight and sufficiency.
    (1). In general.
    (2). Threats in general.
    (3). Harassment in general.
    (4). Stalking.
49. Trial.
50. —— In general.
51. —— Questions of law or fact.
52. —— Instructions.
53. Sentence and punishment.
54. —— In general.
55. —— Threats in general.
56. —— Harassment in general.
57. —— Stalking.

---

## 378. TIME

### SUBJECTS INCLUDED

Measure of duration

TR-0044498

The calendar and divisions thereof

Rules of computation of time in general

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Effect of lapse of time, see ADVERSE POS-SESSION, LIMITATION OF ACTIONS, EQUITY, PAYMENT, and other specific topics

Particular acts and proceedings, time prescribed for, see APPEAL AND ERROR and other specific topics

1. The calendar.
2. Statutory provisions.
3. Computation in general; tolling.
3.5. Mailbox rule in general.
4. Years.
5. Months.
6. Weeks.
7. Days.
8. —— In general.
8.5. —— Mailbox rule.
9. —— Excluding first or last day.
 (1). In general.
 (1.5). Civil proceedings in general.
 (2). Limitation of actions.
 (3). Pleading.
 (4). Notices and process.
 (5). Judgment and execution.
 (6). New trial.
 (7). Presentation, allowance, service, and filing of bill of exceptions.
 (8). Appeal and error and other proceedings for review.
 (9). Time for redemption.
 (10). Interpretation and performance of contracts.
 (11). Criminal proceedings.
10. —— Sunday or other nonjudicial day.
 (1). In general.
 (2). In civil proceedings in general.
 (3). Signing or returning bills sent to governor for approval.
 (4). Limitation of actions.
 (5). Notices and process.
 (6). Judgment and execution.
 (7). New trial.
 (8). Signing, filing, and presenting bills of exception.

 (9). Appeal and error and other proceedings for review.
 (10). Interpretation and performance of contracts.
 (11). Criminal proceedings.
11. —— Fractions of day.
12. Hours.
13. —— In general.
14. —— Solar or standard time.
15. Indefinite words and phrases.

---

# 379. TORTS

## SUBJECTS INCLUDED

Actionable civil wrongs and violations of private rights, in general

Intentional torts, in general

Torts based on contractual relations, in general

Prima facie tort

Tortious interference with contracts, business or other relations, expectancies, or legal remedies

Spoliation of evidence

Invasion of privacy

Other particular torts not covered by specific topics

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Liability for injury to person or property caused by negligence, see NEGLIGENCE and specific topics covering particular subjects of negligence

Damages for torts, see DAMAGES and specific topics relating to particular injuries

Emotional distress or mental suffering caused by intentional, reckless, or outrageous conduct, see DAMAGES

Interference with employment contracts or relationships, see LABOR AND EMPLOYMENT IX

Employer's vicarious liability for torts of employee, see LABOR AND EMPLOYMENT ⟺3054

**1843**

## 379. TORTS

Particular torts covered by other topics, including ASSAULT AND BATTERY, FALSE IMPRISONMENT, FORCIBLE ENTRY AND DETAINER, FRAUD, LIBEL AND SLANDER, MALICIOUS PROSECUTION, NUISANCE, TRESPASS, CONVERSION AND CIVIL THEFT, and PROPERTY VII

Abuse of process, see PROCESS IV

Conspiracy to commit tort, see CONSPIRACY

Strict liability, see NEGLIGENCE VIII, and PRODUCTS LIABILITY

Trade secrets and proprietary information, torts relating to, see ANTITRUST AND TRADE REGULATION IV

Matters relating to form of, or choice between, tort and contract actions, see ACTION, and ELECTION OF REMEDIES

Matters peculiar to the status or capacity of persons or entities committing torts, see INFANTS, MENTAL HEALTH, PARTNERSHIP, CORPORATIONS AND BUSINESS ORGANIZATIONS, and other specific topics

———

I. IN GENERAL, ⚮101–150.
II. PRIMA FACIE TORT, ⚮151–199.
III. TORTIOUS INTERFERENCE, ⚮200–324.
  (A) IN GENERAL, ⚮200–209.
  (B) BUSINESS OR CONTRACTUAL RELATIONS, ⚮210–288.
    1. IN GENERAL, ⚮210–239.
    2. PARTICULAR CASES, ⚮240–249.
    3. ACTIONS IN GENERAL, ⚮250–255.
    4. EVIDENCE, ⚮256–269.
    5. QUESTIONS OF LAW OR FACT, ⚮270–279.
    6. INSTRUCTIONS, ⚮280–286.
    7. VERDICT AND FINDINGS, ⚮287–288.
  (C) WILLS, INHERITANCES, TRUSTS AND GIFTS, ⚮289–299.
  (D) OBSTRUCTION OF OR INTERFERENCE WITH LEGAL REMEDIES; SPOLIATION, ⚮300–324.
IV. PRIVACY AND PUBLICITY, ⚮325–419.
  (A) IN GENERAL, ⚮325–329.
  (B) PRIVACY, ⚮330–382.
    1. PRIVACY IN GENERAL, ⚮330–339.
    2. INTRUSION, ⚮340–349.

IV. PRIVACY AND PUBLICITY—Cont'd
  (B) PRIVACY—Cont'd
    3. PUBLICATIONS OR COMMUNICATIONS IN GENERAL, ⚮350–362.
    4. EVIDENCE, ⚮363–374.
    5. QUESTIONS OF LAW OR FACT, ⚮375–378.
    6. INSTRUCTIONS, ⚮379–382.
  (C) USE OF NAME, VOICE OR LIKENESS; RIGHT TO PUBLICITY, ⚮383–409.
  (D) ACTIONS IN GENERAL, ⚮410–419.
V. OTHER MISCELLANEOUS TORTS, ⚮420–456.

**I. IN GENERAL.**

101. In general.
102. Constitutional, statutory, and local regulation.
103. What law governs.
104. Preemption.
105. Purpose or function of tort law.
106. Nature and elements of torts in general.
107. Private or legal wrong; wrongful act in general.
108. Private or legal right or interest, and violation thereof.
109. Duty and breach thereof in general.
110. Contracts in relation to torts.
    *Tort of bad faith, see ⚮431; distinction between forms of action, see ACTION ⚮27; contractual duty, see also NEGLIGENCE ⚮219.*
111. —— In general.
112. —— Breach of contract in general.
113. —— Duty and breach thereof.
    (1). In general.
    (2). Contractual duty.
114. —— Duty, breach, or wrong independent of contract.
115. Intent or malice.
116. Injury or damage from act.
117. —— In general.
118. —— Economic loss doctrine.
119. Proximate cause.
120. Defenses and mitigating circumstances.
121. —— In general.
122. —— Litigation privilege; witness immunity.
123. —— Contributory fault in general.
124. —— Illegal or immoral conduct of person injured; in pari delicto.

**I. IN GENERAL.**(Cont'd)

125. —— Comparative fault; apportionment.
126. —— Assumption of risk; consent or waiver.
127. Persons entitled to sue.
128. Privity.
129. Persons liable.
130. —— In general.
131. —— Vicarious liability.
132. —— Concerted action in general.
133. —— Aiding and abetting.
134. —— Joint tortfeasors in general.
135. —— Joint and several liability.
136. Actions in general.
137. Nature and form of remedy.
     *See also, ACTION ⊂=27.*
138. Grounds and conditions precedent.
139. Time to sue and limitations.
     *See also, LIMITATION OF ACTIONS.*
140. Parties.
141. Pleading.
142. Evidence.
143. —— In general.
144. —— Presumptions and inferences.
145. —— Burden of proof.
146. —— Admissibility.
147. —— Weight and sufficiency.
148. Questions of law or fact.
149. Instructions.
150. Verdict and findings.

**II. PRIMA FACIE TORT.**

151. In general.
153. What law governs.
154. Preemption.
155. Nature and elements in general.
156. Availability of other legal remedy; existence of established tort.
157. Intent and malice; motive.
158. Justification, or absence or insufficiency thereof.
159. Injury or damage from act; causation.
160. Balancing of factors or interests.
161. Particular cases.
162. Actions in general.
163. Nature and form of remedy.
164. Grounds and conditions precedent.
165. Time to sue and limitations.

*See also, LIMITATION OF ACTIONS.*

166. Parties.
167. Pleading.
168. —— In general.
169. —— Special damages.
170. Evidence.
171. —— In general.
172. —— Presumptions and inferences.
173. —— Burden of proof.
174. —— Admissibility.
175. —— Weight and sufficiency.
176. Questions of law or fact.
177. Instructions.
178. Verdict and findings.

**III. TORTIOUS INTERFERENCE.**

**(A) IN GENERAL.**

200. In general.
201. Constitutional, statutory, and local regulation.
202. What law governs.
203. Preemption.
204. Interference with fiduciary relationships or duties, in general.
205. Interference with property or property rights, in general.

**(B) BUSINESS OR CONTRACTUAL RELATIONS.**

*Employment contracts or relationships, see LABOR AND EMPLOYMENT IX.*

**1. IN GENERAL.**

210. In general.
211. Business relations or economic advantage, in general.
212. Contracts.
213. Prospective advantage, contract or relations; expectancy.
214. Existence of valid or identifiable contract, relationship or expectancy.
215. Knowledge and intent; malice.
216. Negligence.
217. Absence of justification or privilege.
218. Improper means; wrongful, tortious or illegal conduct.
219. Injury and causation.
220. Defense, justification or privilege in general.
221. Competition.

TR-0044501

## 379. TORTS

### III. TORTIOUS INTERFERENCE.(Cont'd)

222. Tortfeasor as stranger to contract or relationship, in general.
223. Employees and agents; corporate entities.
   *Interference with employment contracts, see LABOR AND EMPLOYMENT IX.*
224. Contributory fault.
225. Waiver or consent.
226. Persons entitled to sue.
227. Persons liable.
228. —— In general.
229. —— Vicarious liability.
230. —— Concerted action.
231. —— Aiding and abetting.
232. —— Joint tortfeasors in general.
233. —— Joint and several liability.

### 2. PARTICULAR CASES.

240. In general.
241. Business relations or economic advantage, in general.
242. Contracts in general.
243. Landlord and tenant.
244. Insurance in general.
245. Physicians and health care; health insurance.
246. Attorneys.

### 3. ACTIONS IN GENERAL.

250. In general.
251. Nature and form of remedy.
252. Grounds and conditions precedent.
253. Time to sue and limitations.
   *See also, LIMITATION OF ACTIONS.*
254. Parties.
255. Pleading.

### 4. EVIDENCE.

256. In general.
257. Presumptions and inferences.
258. Burden of proof.
259. Admissibility.
260. Weight and sufficiency.
261. —— In general.
262. —— Business relations or economic advantage, in general.
263. —— Contracts in general.
264. —— Landlord and tenant.
265. —— Insurance in general.

### III. TORTIOUS INTERFERENCE.(Cont'd)

266. —— Physicians and health care; health insurance.
267. —— Attorneys.

### 5. QUESTIONS OF LAW OR FACT.

270. In general.
271. Business relations or economic advantage, in general.
272. Contracts in general.
273. Landlord and tenant.
274. Insurance in general.
275. Physicians and health care; health insurance.
276. Attorneys.

### 6. INSTRUCTIONS.

280. In general.
281. Business relations or economic advantage, in general.
282. Contracts in general.
283. Landlord and tenant.
284. Insurance in general.
285. Physicians and health care; health insurance.
286. Attorneys.

### 7. VERDICT AND FINDINGS.

287. In general.
288. Inconsistent verdict.

### (C) WILLS, INHERITANCES, TRUSTS AND GIFTS.

289. In general.
290. Actions in general.
291. Availability, adequacy, exclusivity, and exhaustion of other remedies.
292. Time to sue and limitations.
   *See also, LIMITATION OF ACTIONS.*
293. Parties.
294. Pleading.
295. Evidence.
296. Questions of law or fact.
297. Instructions.
298. Verdict and findings.

### (D) OBSTRUCTION OF OR INTERFERENCE WITH LEGAL REMEDIES; SPOLIATION.

300. Obstruction of or interference with legal remedies, in general.
301. —— In general.

**III. TORTIOUS INTERFERENCE.**(Cont'd)

302. —— Particular cases.
303. Spoliation, destruction, or loss of evidence.
304. —— In general.
305. —— Negligence.
306. —— Particular cases.
307. Perjury or false testimony.
308. Actions in general.
309. Nature and form of remedy.
310. Grounds and conditions precedent.
311. Time to sue and limitations.
     *See also, LIMITATION OF ACTIONS.*
312. Parties.
313. Pleading.
314. Evidence.
315. —— In general.
316. —— Presumptions and inferences.
317. —— Burden of proof.
318. —— Admissibility.
319. —— Weight and sufficiency.
320. Questions of law or fact.
321. Instructions.
322. Verdict and findings.

**IV. PRIVACY AND PUBLICITY.**

*Constitutional right to privacy in general, see CONSTITUTIONAL LAW XI.*

**(A) IN GENERAL.**

325. In general.
326. Constitutional, statutory, and local regulation.
327. What law governs.
328. Preemption.
329. Types of invasions or wrongs recognized.

**(B) PRIVACY.**

**1. PRIVACY IN GENERAL.**

330. In general.
331. Nature and extent of right in general.
332. Particular cases in general.
333. Defenses in general.
334. Public interest, record, figures.
335. Persons entitled to sue.
336. Persons liable.

**2. INTRUSION.**

340. In general.

**IV. PRIVACY AND PUBLICITY.**(Cont'd)

341. Particular cases in general.
342. Defenses in general.
343. Public interest, record, figures.
344. Waiver or consent.
345. Persons entitled to sue.
346. Persons liable.

**3. PUBLICATIONS OR COMMUNICATIONS
IN GENERAL.**

*Defamation, and injurious falsehood, see LIBEL AND SLANDER.*

350. In general.
351. Miscellaneous particular cases.
352. False light.
353. —— In general.
354. —— Particular cases in general.
355. Defenses in general.
356. Matters of public interest or public record; newsworthiness.
357. —— In general.
358. —— Public figures.
359. Litigation privilege; witness immunity.
360. Waiver or consent.
361. Persons entitled to sue.
362. Persons liable.

**4. EVIDENCE.**

363. Evidence in general.
364. Presumptions and inferences.
365. Burden of proof.
366. Admissibility.
367. Weight and sufficiency.
368. —— In general.
369. —— Intrusion.
370. —— Publications or communications in general.
371. —— False light.

**5. QUESTIONS OF LAW OR FACT.**

375. In general.
376. Intrusion.
377. Publications or communications in general.
378. False light.

**6. INSTRUCTIONS.**

379. In general.
380. Intrusion.

TR-0044503

## 379. TORTS

**IV. PRIVACY AND PUBLICITY.**(Cont'd)

381. Publications or communications in general.
382. False light.

**(C) USE OF NAME, VOICE OR LIKENESS; RIGHT TO PUBLICITY.**

383. In general.
384. Nature and extent of right.
385. Elements of the tort in general.
386. Conduct or misappropriation actionable in general.
387. —— In general.
388. —— Name.
389. —— Voice.
390. —— Picture, photograph, or likeness.
   (1). In general.
   (2). Particular cases.
391. Defenses in general.
392. Matters of public interest or public record; newsworthiness.
393. —— In general.
394. —— Public figures.
395. Waiver or consent.
396. Persons entitled to sue.
397. Persons liable.
398. Evidence.
399. —— In general.
400. —— Presumptions and inferences.
401. —— Burden of proof.
402. —— Admissibility.
403. —— Weight and sufficiency.
404. Questions of law or fact.
405. Instructions.

**(D) ACTIONS IN GENERAL.**

410. In general.
411. Nature and form of remedy.
412. Grounds and conditions precedent.
413. Time to sue and limitations.
   *See also, LIMITATION OF ACTIONS.*
414. Parties.
415. Pleading.
416. Verdict and findings.

**V. OTHER MISCELLANEOUS TORTS.**

420. In general.
421. Constitutional, statutory, and local regulation.
422. What law governs.

**V. OTHER MISCELLANEOUS TORTS.**(Cont'd)

423. Preemption.
424. Miscellaneous torts in general.
425. Injuries to person in general.
426. Transmission of disease.
427. Invasion of personal safety, security, or comfort in general.
428. Harassment in general; sexual harassment or solicitation.
   *See also, CIVIL RIGHTS, LABOR AND EMPLOYMENT.*
429. Injury to property or rights of property, in general.
430. Forgery.
431. Bad faith.
   *Bad faith in the insurance context, see INSURANCE XXVII(C), INSURANCE ☞3419.*
432. —— In general.
433. —— Contractual relations; implied covenants.
434. —— Denial of existence of contract.
435. Abuse of rights.
436. Duress or coercion in general; extortion and threats.
437. Resort to or conduct of legal remedies.
   *See also MALICIOUS PROSECUTION; abuse of process, see PROCESS IV; remedy of striking pleadings, see PLEADING ☞358.*
438. Debt collection.
   *See also CREDITORS' REMEDIES XIII, FINANCE, BANKING, AND CREDIT III(B)4, XVI(I).*
439. Injury or damage from act.
440. Persons entitled to sue.
441. Persons liable.
442. Actions in general.
443. Nature and form of remedy.
444. Grounds and conditions precedent.
445. Time to sue and limitations.
   *See also, LIMITATION OF ACTIONS.*
446. Parties.
447. Pleading.
448. Evidence.
449. —— In general.
450. —— Presumptions and inferences.
451. —— Burden of proof.
452. —— Admissibility.
453. —— Weight and sufficiency.
454. Questions of law or fact.
455. Instructions.
456. Verdict and findings.

TR-0044504

## 380. TOWAGE

### SUBJECTS INCLUDED

Employment of tugs or vessels of any kind to expedite the progress of other vessels

Mutual rights, duties, and liabilities of tugs and tows, and their respective owners, charterers, and masters

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Collisions of tugs or tows with other vessels, see COLLISION

Salvage by tugs, and towage as a salvage service, see SALVAGE

Vessels in general, matters applicable to, see SHIPPING

1. What constitutes towage.
2. Statutory regulations.
3. Contracts.
4. Relation and duties of tug to tow in general.
5. Compensation.
6. —— In general.
7. —— Amount.
8. —— Actions.
9. —— Lien.
10. Loss of or injury to tow.
10.1. —— In general.
11. —— Negligence or fault of tug.
    (1). In general.
    (2). Vessels or persons liable.
    (3). Mistakes of judgment.
    (4). Making up tow.
    (5). Stranding or foundering.
    (6). Collision.
    (7). Colliding with bridge or pier.
    (8). Striking rocks or other obstructions.
    (9). Stress of weather.
    (10). Mooring, anchoring, or abandonment of tow.
    (11). Breaking of line.
12. —— Contributory negligence or fault of tow.
    (1). In general.
    (2). Negligence or fault of both vessels.
13. —— Duties after disaster.

14. —— Provisions of special contracts.
15. —— Actions for damages.
    (1). In general.
    (2). Evidence.
    (3). Damages.
16. —— Lien for damages.
17. Mutual rights and liabilities of tows.
18. Loss of or injury to tug.
19. Injuries to third persons.

---

## 381. TOWNS

### SUBJECTS INCLUDED

The secondary territorial divisions of states or territories for political purposes, whether grouped to form counties or formed by subdivision of counties, and whether designated as towns or townships

Their status as bodies politic and corporate

Their creation, organization, boundaries, alteration, and discontinuance

Town meetings in general

Local boards and officers, and their rights, powers, proceedings, and liabilities

Town property, contracts, indebtedness, bonds and other securities

Town taxes, claims against towns, and actions by or against towns

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Charitable and reformatory institutions, see ASYLUMS AND ASSISTED LIVING FACILITIES, HEALTH, INFANTS, PRISONS

Election of town officers, see ELECTION LAW

Municipal corporations in general and incorporated towns, villages, etc., see MUNICIPAL CORPORATIONS

Public lands, townships as subdivisions of, see PUBLIC LANDS

Public officers in general and civil service requirements, see PUBLIC EMPLOYMENT

1849

TR-0044505

## 381. TOWNS

Roads and bridges, see HIGHWAYS, BRIDGES

Special purposes, subdivisions created for, see EDUCATION, HIGHWAYS, ELECTION LAW, and other specific topics

Zoning, see ZONING AND PLANNING

———

I. CREATION, ALTERATION, EXISTENCE, AND POLITICAL FUNCTIONS, ⟳1–14.
II. GOVERNMENT AND OFFICERS, ⟳15–34.
III. PROPERTY, CONTRACTS, AND LIABILITIES, ⟳35–45.
IV. FISCAL MANAGEMENT, PUBLIC DEBT, SECURITIES, AND TAXATION, ⟳46–61.
V. CLAIMS AGAINST TOWNS, ⟳62–63.
VI. ACTIONS, ⟳64–84.

### I. CREATION, ALTERATION, EXISTENCE, AND POLITICAL FUNCTIONS.

1. Nature and status.
2. Constitutional and statutory provisions.
3. Creation and organization.
4. Territorial extent and boundaries.
    *See also ZONING AND PLANNING.*
5. Alteration, and creation of new towns or townships.
5.1. —— In general.
6. —— Change of boundaries.
7. —— Consolidation.
8. —— Division.
9. —— Proceedings.
10. —— Operation and effect.
11. —— Adjustment of pre-existing rights and liabilities.
12. Precincts and divisions for special purposes.
    *See also ZONING AND PLANNING.*
13. Classification.
14. Dissolution.

### II. GOVERNMENT AND OFFICERS.

15. Governmental powers in general.
    *See also ZONING AND PLANNING.*
15.5. Power to make public improvements.
16. Legislative control of acts, rights, and liabilities.
17. Town meetings.
18. —— In general.
19. —— Calling, warrant, or notice.

### II. GOVERNMENT AND OFFICERS.(Cont'd)

20. —— Notice of business to be transacted.
21. —— Place and time.
22. —— Organization and conduct.
23. —— Right to vote, voting, and result.
24. —— Record of proceedings.
25. —— Review of proceedings.
26. Town board in general.
27. Creation and abolition of offices and employments.
28. Appointment or election, qualification, tenure, and removal of officers or employees.
29. Compensation of officers.
30. Authority and powers of officers.
31. Duties and liabilities of officers.
32. Accounting by officers for public funds or other property.
33. Liabilities on official bonds.
34. Criminal responsibility of officers.

### III. PROPERTY, CONTRACTS, AND LIABILITIES.

35. Public buildings and other property.
    (.5). In general.
    (1). Acquisition, use and title to property.
    (2). Lease or other disposition.
36. Capacity to contract in general.
37. Powers of town board or officers to contract.
38. Making, requisites, and validity of contracts.
39. Unauthorized or illegal contracts.
    (.5). In general.
    (1). Effect of illegality in general.
    (2). Ratification.
40. Implied contracts.
41. Construction and operation of contracts.
42. Performance or breach and rescission of contracts.
43. Town expenses and charges.
44. Liabilities specially imposed by statute.
45. Torts.

### IV. FISCAL MANAGEMENT, PUBLIC DEBT, SECURITIES, AND TAXATION.

46. Power to incur indebtedness and expenditures.
    (1). In general.

**IV. FISCAL MANAGEMENT, PUBLIC DEBT, SECURITIES, AND TAXATION.**(Cont'd)

    (2). Aid to corporations, and subscription to or purchase of corporate stock.

    (3). Borrowing money.

    (4). Unauthorized debts or expenditures.

47. Constitutional and statutory provisions.
48. Administration of finances.
49. Appropriations and payment of indebtedness in general.
50. Warrants, orders, and certificates of indebtedness.
51. Bills and notes.
52. Bonds and other securities.

    (1). In general.

    (2). Purposes of issue of bonds in general.

    (3). Aid to corporations.

    (4). Proceedings preliminary to issue of bonds in general.

    (5). Submission of question of issue of bonds to vote.

    (6). Form and contents, and execution of bonds.

    (7). Effect of invalidity of bonds.

    (8). Payment.

53. Taxation.
54. —— In general.
55. —— Purposes of taxation.
56. —— Levy for general purposes of town.
57. —— Levy for special purposes.
58. —— Assessment.
59. —— Payment, collection, and enforcement.
60. Disposition of proceeds of taxes and other revenue.
61. Rights and remedies of taxpayers.

**V. CLAIMS AGAINST TOWNS.**

62. Presentation and allowance.
63. Payment.

**VI. ACTIONS.**

64. Capacity to sue or be sued in general.
66. Rights of action.
67. Conditions precedent.
68. —— In general.
69. —— Notice or demand.

**VI. ACTIONS.**(Cont'd)

70. —— Presentation of claim.
71. Defenses.
72. Jurisdiction and venue.
73. Time to sue and limitations.
    *See also LIMITATION OF ACTIONS.*
74. Authority to sue or defend in behalf of town.
75. Parties.
76. Process.
77. Appearance and representation by attorney.
78. Pleading.
79. Evidence.
80. Trial.
81. Judgment.
82. Execution and enforcement of judgment.
84. Costs.

---

# 382T. TRADEMARKS

## SUBJECTS INCLUDED

Trademarks, trade names, and trade dress

Their nature and incidents of rights to exclusive use thereof

Registration and regulation of such marks and names

Infringement and other violations of such rights and remedies therefor

Unfair competition involving such marks and names and remedies therefor

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Business names, non-trademark regulation of, see CORPORATIONS AND BUSINESS ORGANIZATIONS, PARTNERSHIP, and other specific topics

Copyrights, see COPYRIGHTS AND INTELLECTUAL PROPERTY

Internet domain names, non-trademark regulation of, see TELECOMMUNICATIONS

Names more generally, see NAMES

Patents, see PATENTS

TR-0044507

**382T. TRADEMARKS**

Trade regulation more generally, see ANTI-
TRUST AND TRADE REGULATION

Unfair competition more generally, see AN-
TITRUST AND TRADE REGULATION

———————

I. IN GENERAL, ⚬1000–1019.
II. MARKS PROTECTED, ⚬1020–1079.
III. SIMILARITY BETWEEN MARKS;
    LIKELIHOOD OF CONFUSION,
    ⚬1080–1129.
IV. CREATION AND PRIORITY OF
    RIGHTS, ⚬1130–1149.
V. DURATION AND TERMINATION OF
    RIGHTS, ⚬1150–1179.
VI. NATURE, EXTENT, AND DISPOSI-
    TION OF RIGHTS, ⚬1180–1229.
VII. REGISTRATION, ⚬1230–1409.
    (A) IN GENERAL, ⚬1230–1279.
    (B) PROCEEDINGS CONCERNING
        FEDERAL REGISTRATION,
        ⚬1280–1349.
    (C) EFFECT OF FEDERAL REGIS-
        TRATION, ⚬1350–1379.
    (D) MISUSE OF FEDERAL REGIS-
        TRATION, ⚬1380–1409.
VIII. VIOLATIONS OF RIGHTS,
    ⚬1410–1549.
    (A) IN GENERAL, ⚬1410–1449.
    (B) DILUTION, ⚬1450–1489.
    (C) MISUSE OF INTERNET DOMAIN
        NAMES; CYBERPIRACY AND
        CYBERSQUATTING,
        ⚬1490–1519.
    (D) DEFENSES, EXCUSES, AND JUS-
        TIFICATIONS, ⚬1520–1549.
IX. ACTIONS AND PROCEEDINGS,
    ⚬1550–1779.
    (A) IN GENERAL, ⚬1550–1579.
    (B) PLEADING, ⚬1580–1599.
    (C) EVIDENCE, ⚬1600–1649.
    (D) DAMAGES AND PROFITS,
        ⚬1650–1679.
    (E) TRIAL AND JUDGMENT,
        ⚬1680–1699.
    (F) INJUNCTIONS, ⚬1700–1749.
    (G) COSTS, ⚬1750–1779.
X. OFFENSES AND PENALTIES,
    ⚬1780–1799.
XI. TRADEMARKS AND TRADE
    NAMES ADJUDICATED, ⚬1800.

**I. IN GENERAL.**

1000. In general.
1001. Protection and regulation in general.

**I. IN GENERAL.(Cont'd)**

1002. Power to protect and regulate in gener-
    al.
1003. Constitutional and statutory provisions.
    *See also ⚬1231, 1411, 1451, 1491, 1551, 1781.*
1004. —— In general.
1005. —— Purpose and construction in gen-
    eral.
1006. —— Validity.
1007. —— Retroactive operation.
1008. Treaties and international conventions.
    *See also ⚬1236.*
1009. What law governs.
    *See also ⚬1237, 1416, 1456, 1496, 1552.*
1010. Preemption.
    *See also ⚬1238, 1417, 1457, 1497, 1553.*
1011. Administrative regulation.
    *Registration, see VII.*
1012. —— In general.
1013. —— Proceedings and orders.
1014. —— Judicial review.

**II. MARKS PROTECTED.**

*Marks protected against dilution and cybersquatting,
see ⚬1468, 1499.*

1020. In general.
1021. Nature of trademarks in general;  defi-
    nitions.
1022. Subject matter underlying trademarks.
1023. —— In general.
1024. —— Services and service marks in gen-
    eral.
1025. —— Particular goods, services, or oth-
    er subject matter.
    *Trade dress, see ⚬1061.*
1026. Trade names in general.
1027. Function and purpose of trademarks in
    general.
1028. Indication of origin or ownership;
    identification.
1029. Capacity to distinguish or signify;  dis-
    tinctiveness.
1030. —— In general.
1031. —— Inherent distinctiveness in gener-
    al.
1032. —— Acquired distinctiveness and sec-
    ondary meaning in general.
    *See also ⚬1037, 1048, 1063, 1065(2).*
1033. Levels or categories of distinctiveness
    in general;  strength of marks in gen-
    eral.

TR-0044508

**382T. TRADEMARKS**

*Strength or fame as factor in likelihood of confusion analysis, see ☞1092. Famous marks as protected from dilution, see ☞1468.*

1034. Generic terms or marks.
*Marks which become generic through use or over time, see ☞1166.*

1035. Descriptive terms or marks.
1036. —— In general.
1037. —— Acquired distinctiveness; secondary meaning.
1038. Suggestive terms or marks.
1039. Arbitrary or fanciful terms or marks.
1040. Names as marks.
1041. —— In general.
1042. —— Persons, names of.
*Rights of others to use their own name, see ☞1526.*

1043. —— Literary or creative works, names of.
1044. —— Internet domain names.
*Non-trademark regulation, see TELECOMMUNICATIONS.*

1045. Geographical terms or names as marks.
1046. —— In general.
1047. —— Descriptiveness.
    (1). In general.
    (2). Misdescriptiveness.
1048. —— Acquired distinctiveness; secondary meaning.
1049. —— Deception.
*Deceptive matter more generally, see ☞1073.*

    (1). In general.
    (2). Deceptive misdescriptiveness.
1050. Format or components of term or mark.
1051. —— In general.
1052. —— Letters or initials; abbreviations.
1053. —— Foreign or obscure words or letters.
1054. —— Peculiarities in spelling or printing.
1055. —— Phrases; slogans.
1056. —— Numerals.
1057. —— Nonliteral elements.
*Trade dress, see ☞1061.*

    (1). In general.
    (2). Color.
1058. —— Multiple elements; combinations.
1059. —— Size and position of elements.
1060. Multiple marks.
1061. Form, features, or design of product as marks; trade dress.
1062. —— In general.

**II. MARKS PROTECTED.(Cont'd)**

1063. —— Distinctiveness; secondary meaning.
1064. —— Functionality.
1065. —— Particular cases or products.
    (1). In general.
    (2). Distinctiveness; secondary meaning.
    (3). Functionality.
1066. Certification marks.
1067. Collective marks.
1068. Public entities and organizations, marks concerning.
1069. Social organizations, marks concerning.
1070. Labor organizations, marks or labels concerning.
1071. Other particular marks.
1072. Immoral or scandalous matter.
1073. False or deceptive matter.
*Deceptive geographical terms or marks, see ☞1049.*

**III. SIMILARITY BETWEEN MARKS; LIKELIHOOD OF CONFUSION.**

*Necessity of similarity or confusion, see ☞1243, 1418.*

1080. In general.
1081. Factors considered in general.
1082. Miscellaneous particular cases; determinations based on multiple factors.
1083. Nature of confusion.
1084. —— In general.
1085. —— Extent or degree of confusion.
1086. —— Actual confusion.
1087. —— Time of confusion.
1088. —— "Initial interest" confusion.
1089. —— "Reverse" confusion.
1090. Nature of marks.
1091. —— In general.
1092. —— Strength or fame of marks; degree of distinctiveness.
*Strength or fame more generally, see ☞1033.*

1093. Relationship between marks.
1094. —— In general.
1095. —— Similarity or dissimilarity in general.
1096. —— Particular marks, relationship between.
1097. —— Examination and comparison; construction as entirety.
1098. —— Appearance, sound, and meaning.

TR-0044509

**382T. TRADEMARKS**

**III. SIMILARITY BETWEEN MARKS; LIKE-LIHOOD OF CONFUSION.**(Cont'd)

1099. Nature of goods or services underlying marks.
1100. Relationship between goods or services underlying marks.
1101. —— In general.
1102. —— Similarity or dissimilarity in general.
1103. —— Particular goods and services, relationship between.
1104. —— Markets and territories; competition.
*Priority, see ☞1137.*
1105. —— Relative quality.
1106. Relationship between parties or actors using marks.
1107. Nature and circumstances of use of marks.
*Fair use, parody, and other justified or permissible uses, see ☞1521.*
1108. —— In general.
1109. —— Particular uses.
1110. —— Trade channels; sales, advertising, and marketing.
1111. Intent; knowledge of confusion or similarity.
*Intent of infringer more generally, see ☞1437.*
1112. Persons confused; circumstances of sale.
1113. Accompaniments mitigating confusion; disclaimers.
1114. Doubt as to confusion.
1115. Other particular factors.
1116. Internet cases.
1117. Trade dress.
1118. —— In general.
1119. —— Particular cases.

**IV. CREATION AND PRIORITY OF RIGHTS.**

1130. In general.
1131. Conception, adoption, or appropriation of mark.
1132. Use of mark.
1133. —— In general.
1135. —— Adoption and use.
1136. —— Nature and extent of use.
(1). In general.
(2). Particular cases.
1137. —— Scope and priority of use; multiple users, markets, or territories.

*Markets, territories, and competition as factors in likelihood of confusion analysis, see ☞1104.*
(1). In general.
(2). Particular cases.
1138. —— Foreign use; foreign users.
1139. —— Propriety or impropriety of use; motive and intent.
*False, deceptive, or disparaging trademarks, see ☞1073. Misuse of already-established mark, see ☞1184. Intent of infringer, see ☞1111, 1437.*
1140. —— Continuity of use.
1141. —— Future use; plan or intent to use.
1142. Affixation.
1143. Other particular grounds or requirements.

**V. DURATION AND TERMINATION OF RIGHTS.**

1150. In general.
1151. Duration in general.
1152. Loss or termination of rights in general.
1153. Abandonment in general.
1154. Nature and manner of use.
1155. Extent of use; discontinuance and non-use.
1156. —— In general.
1157. —— Particular cases.
1158. Discontinuance or transfer of business or assets.
1159. Prohibition of use or business.
1160. Change in mark.
1161. Change in subject matter underlying mark.
1162. Use by others.
1163. —— In general.
1164. —— Permission; voluntary arrangements.
*Effect of "naked" licenses, see ☞1208.*
1165. —— Objections; laches, acquiescence, and delay.
1166. Loss of distinctiveness; acquired generic meaning.
1167. Evidence.
1168. —— In general.
1169. —— Presumptions and burden of proof.
1170. —— Admissibility.
1171. —— Weight and sufficiency.
1172. Effect of loss, termination, or abandonment of rights.

TR-0044510

## VI.  NATURE, EXTENT, AND DISPOSITION OF RIGHTS.

1180.  In general.
1181.  Mark as property;  property rights in general.
1182.  Right to use in general;  exclusivity.
1183.  —— In general.
1184.  —— Manner of use;  misuse.
1185.  Right to control quality in general.
1186.  Rights in gross;  relation of mark to good will or business in general.
*Assignments in gross, see ☞1201.*
1187.  Persons entitled to assert rights.
*Persons entitled to sue, see ☞1563.*
1188.  —— In general.
1189.  —— Change in business, effect of.
1190.  —— Succession or inheritance.
1191.  Contracts in general.
1192.  —— In general.
1193.  —— Nature of trademark agreements; definitions.
*Assignments in gross, see ☞1201.  Implied licenses, see ☞1207.  "Naked" licenses, see ☞1208.*
1194.  —— Formation;  requisites and validity.
1195.  —— Construction and operation.
1196.  —— Duration and termination.
1197.  Transfer or sale;  assignments.
1198.  —— In general.
*Nature and definition of trademark agreements, see ☞1193.*
1199.  —— Formation;  requisites and validity.
1200.  —— Construction and operation.
(1).  In general.
(2).  Duties, rights, and violations.
(3).  Competition by assignor.
1201.  —— Relation to business, assets, or good will;  assignments in gross.
(1).  In general.
(2).  Transfer of business, assets, or good will as including mark.
1202.  Licenses.
1203.  —— In general.
*Nature and definition of trademark agreements, see ☞1193.*
1204.  —— Formation;  requisites and validity.
1205.  —— Construction and operation.
(1).  In general.
(2).  Duties, rights, and violations.
(3).  Effect as estoppel.

## VI.  NATURE, EXTENT, AND DISPOSITION OF RIGHTS.(Cont'd)

1206.  —— Duration and termination;  revocation.
1207.  —— Implied licenses.
1208.  —— Control over use or quality;  "naked" licenses.
1209.  Franchise agreements.
1210.  —— In general.
*Nature and definition of trademark agreements, see ☞1193.*
1211.  —— Formation;  requisites and validity.
1212.  —— Construction and operation.
1213.  —— Duration and termination;  revocation.
1214.  Other particular dispositions of rights.

### VII.  REGISTRATION.

*Non-trademark registration of Internet domain names, see TELECOMMUNICATIONS.*

### (A) IN GENERAL.

1230.  In general.
1231.  Constitutional and statutory provisions.
1232.  —— In general.
1233.  —— Purpose and construction in general.
1234.  —— Validity.
1235.  —— Retroactive operation.
1236.  Treaties and international conventions.
1237.  What law governs.
1238.  Preemption.
1239.  Federal registration in general.
1240.  Nature of registration.
1241.  Necessity of registration.
1242.  Right to registration in general.
1243.  Eligibility for registration;  grounds for allowing or denying.
*Marks protected, see II.  What constitutes similarity or confusion, see III.  Grounds for opposition or cancellation, see ☞1292, 1299.*
1244.  —— In general.
1245.  —— Principal Register.
1246.  —— Supplemental Register.
1247.  —— Concurrent registration.
*Proceedings, see ☞1288.*
1248.  Persons entitled to registration.
1249.  Issuance of registration.
1250.  Notice of registration.
*Misuse of notice, see VII(D).*
1251.  Maintenance of registration.

**382T. TRADEMARKS**

**VII. REGISTRATION.**(Cont'd)

1252. Duration of registration.
1253. —— In general.
1254. Reregistration and renewal of
registration.
*Proceedings, see ☞1304.*
1255. Alteration of registration.
1256. State registration.
1257. —— In general.
1258. —— Proceedings.
1259. —— Effect.
1260. —— Misuse.
1261. Foreign registration.
1262. —— In general.
1263. —— Proceedings.
1264. —— Effect.
1265. —— Misuse.
1266. Foreign marks or owners, registration
in United States.

**(B) PROCEEDINGS CONCERNING
FEDERAL REGISTRATION.**

1280. In general.
1281. Nature of proceedings; conversion.
1282. Application and related materials.
1283. —— In general.
1284. —— Intent-to-use application.
1285. —— Scope and effect.
1286. Disclaimer.
1287. Proceedings on application; examina-
tion.
1288. Concurrent use proceedings.
*Grounds for concurrent registration, see ☞1247.*
1289. Interference.
1290. Opposition.
1291. —— In general.
1292. —— Grounds; issues.
1293. —— Defenses; time for proceedings.
1294. —— Persons entitled to oppose;
standing; parties.
1295. —— Pleadings and related materials.
1296. —— Conduct of proceedings; hearing
and determination.
1297. Cancellation.
1298. —— In general.
1299. —— Grounds; issues.
1300. —— Defenses; time for proceedings.
1301. —— Persons entitled to seek cancella-
tion; standing; parties.
1302. —— Pleadings and related materials.

**VII. REGISTRATION.**(Cont'd)

1303. —— Conduct of proceedings; hearing
and determination.
1304. Reregistration and renewal of registra-
tion, proceedings concerning.
*Grounds for reregistration and renewal, see ☞1254.*
1305. Discovery.
1306. Evidence.
*Evidence of abandonment or other loss of rights, see
☞1167.*
1307. —— In general.
1308. —— Presumptions and burden of
proof.
1309. —— Admissibility.
1310. —— Weight and sufficiency.
1311. —— Degree of proof.
1312. Questions of law or fact.
1313. Administrative review.
1314. Conclusiveness and effect of adminis-
trative decisions.
1315. Judicial review or intervention.
1316. —— In general.
1317. —— Nature and form of remedy; ju-
risdiction and authority of courts.
(1). In general.
(2). Multiple remedies or proceedings.
1318. —— Decisions or acts reviewable.
(1). In general.
(2). Finality; ripeness.
(3). Mootness.
1319. —— Preservation of questions in ad-
ministrative proceeding; record.
1320. —— Persons entitled to seek review or
intervention; standing; parties.
1321. —— Time for proceedings.
1322. —— Scope of review.
1323. —— Harmless error.
1324. —— Proceedings on review.
1325. —— Hearing.
1326. —— Determination and disposition.
1327. —— Further review.
1328. Costs and fees.

**(C) EFFECT OF FEDERAL REGISTRATION.**

1350. In general.
1351. Conclusiveness in general.
1352. Incontestability in general.
1353. —— In general.
1354. —— Grounds.

**VII. REGISTRATION.**(Cont'd)

1355. —— Proceedings to establish; affidavits.
1356. Substantive rights or procedural advantages in general.
1357. Effect as evidence in general.
1358. Particular effects; rights acquired.
1359. —— In general.
1360. —— Validity, ownership, and use.
1361. —— Notice.
1362. —— Infringement and other violations; likelihood of confusion.
1363. —— Nature or type of mark; distinctiveness and strength.
1364. Scope of rights acquired; limitations.
1365. —— In general.
1366. —— Effect on rights of others in general.
1367. —— Priority in general; multiple uses.
1368. —— Words or symbols constituting mark.
1369. —— Goods or services underlying mark; class.
1370. —— Territorial extent.
1371. Effect of denial, cancellation, or other loss of registration.
    *Effect of failure to register, see* ⊙*1241.*

**(D) MISUSE OF FEDERAL REGISTRATION.**

1380. In general.
1381. False or fraudulent registration in general.
1382. —— In general.
1383. —— Proceedings.
1384. —— Evidence.
1385. Cancellation for misuse.
1386. —— In general.
1387. —— False or fraudulent registration.
1388. —— Proceedings.
1389. —— Evidence.
1390. Effect in general; incontestability.
1391. Other remedies; damages, costs, and fees.

**VIII. VIOLATIONS OF RIGHTS.**

**(A) IN GENERAL.**

1410. In general.
1411. Constitutional and statutory provisions.
1412. —— In general.

**VIII. VIOLATIONS OF RIGHTS.**(Cont'd)

1413. —— Purpose and construction in general.
1414. —— Validity.
1415. —— Retroactive operation.
1416. What law governs.
1417. Preemption.
1418. Practices or conduct prohibited in general; elements.
    *What constitutes similarity or confusion, see III.*
1419. —— In general.
1420. —— Unfair competition.
1421. —— Infringement.
1422. Nature of defendant's use; use in commerce.
1423. Particular cases, practices, or conduct.
    *What constitutes similarity or confusion, see III.*
1424. —— In general.
1425. —— Unfair competition in general.
1426. —— Infringement in general.
1427. —— Advertising or marketing.
1428. —— Passing off or palming off.
    (1). In general.
    (2). Reverse passing off or palming off.
1429. —— Use on genuine goods; resale under original marks or name.
    (1). In general.
    (2). Repaired, rebuilt, or altered goods.
1430. —— Repackaging.
    (1). In general.
    (2). Reusing marked packages.
1431. —— Substitution of goods.
1432. —— Counterfeiting.
    *Criminal liability, see* ⊙*1787.*
1433. —— Imports and exports.
1434. —— Use of Olympic symbols.
1435. Internet use.
    *Cybersquatting and cyberpiracy, see VIII(C).*
1436. Trade dress.
1437. Knowledge, intent, and motives; bad faith.
    *Knowledge of confusion or similarity; intent to deceive, see* ⊙*1111.*

**(B) DILUTION.**

1450. In general.
1451. Constitutional and statutory provisions.
1452. —— In general.

TR-0044513

**382T. TRADEMARKS**

**VIII. VIOLATIONS OF RIGHTS.**(Cont'd)

1453. —— Purpose and construction in general.
1454. —— Validity.
1455. —— Retroactive operation.
1456. What law governs.
1457. Preemption.
1458. Nature and elements in general.
1459. —— In general.
1460. —— Miscellaneous particular cases.
1461. Nature and extent of harm; similarity, competition, and confusion.
1462. Reduction of mark's capacity to identify; blurring.
1463. —— In general.
1464. —— Particular cases.
1465. Creation of unfavorable associations; tarnishment.
1466. —— In general.
1467. —— Particular cases.
1468. Marks protected; strength or fame.
1469. Nature of defendant's use; use in commerce.
1470. Internet use.
   *Cybersquatting and cyberpiracy, see VIII(C).*
1471. Generic use.
1472. Trade dress.
1473. Knowledge, intent, and motives; bad faith.

**(C) MISUSE OF INTERNET DOMAIN NAMES; CYBERPIRACY AND CYBERSQUATTING.**

   *Non-trademark regulation of domain names, see TELECOMMUNICATIONS.*
1490. In general.
1491. Constitutional and statutory provisions.
1492. —— In general.
1493. —— Purpose and construction in general.
1494. —— Validity.
1495. —— Retroactive operation.
1496. What law governs.
1497. Preemption.
1498. Nature and elements in general.
1499. Marks protected.
1500. Nature of offending domain name; similarity and confusion.
1501. Practices or conduct prohibited.
1502. Knowledge, intent, and motives; bad faith.

**VIII. VIOLATIONS OF RIGHTS.**(Cont'd)

1503. Rights of domain name holders; protection against overreaching.

**(D) DEFENSES, EXCUSES, AND JUSTIFICATIONS.**

1520. In general.
1521. Justified or permissible uses.
1522. —— In general.
1523. —— Identification or description.
   (1). In general.
   (2). Of one's own product; fair use.
   (3). Of another's product; nominative and comparative use.
1524. —— Expressive use; commentary.
   *See also CONSTITUTIONAL LAW ⊙1604.*
   (1). In general.
   (2). Parody or satire.
1525. —— Use by prior consent.
   (1). In general; scope.
   (2). Duration of consent; post-termination use.
1526. —— Use of own name.
   *Names as protected marks, see ⊙1040.*
1527. —— Other particular uses.
1528. Discontinuance of use or infringement.
1529. Use or infringement by third parties.
1530. Conduct or misconduct of plaintiff in general.
1531. Misuse of mark by plaintiff.
1532. Invalidity of mark or registration; loss of rights.
1533. Delay in assertion of rights; laches.
1534. —— In general.
1535. —— Knowledge of facts.
1536. —— Length of delay.
1537. —— Prejudice from delay.
1538. —— Effect of changes in defendant's use; progressive encroachment.
1539. Acquiescence.
1540. Estoppel.
1541. Waiver.

**IX. ACTIONS AND PROCEEDINGS.**

   *Judicial review of or intervention into federal registration, see ⊙1315.*

**(A) IN GENERAL.**

1550. In general.
1551. Constitutional and statutory provisions.
1552. What law governs.

TR-0044514

**IX. ACTIONS AND PROCEEDINGS.**(Cont'd)

1553. Preemption.
1554. Nature and form of remedy.
1555. Existence of other remedy.
1556. Conditions precedent.
1557. Jurisdiction.
1558. —— In general.
1558.5. —— Personal jurisdiction in general.
1559. —— Foreign commerce.
1560. —— Internet use; cybersquatting.
1561. Venue.
1562. Time to sue and limitations.
1563. Persons entitled to sue.
   *Persons entitled to assert rights more generally, see* ☞*1187.*
1564. Persons liable.
1565. —— In general.
1566. —— Contributory liability.
1567. Parties.
1568. Process.
1569. Ex parte seizure.

**(B) PLEADING.**

1580. In general.
1581. Complaint or petition.
1582. —— In general.
1583. —— Infringement.
1584. —— Unfair competition.
1585. —— Dilution.
1586. —— Misuse of internet domain names; cybersquatting.
1587. —— Trade dress.
1588. Answer and counterclaim.
1589. Amended and supplemental pleadings.
1590. Issues, proof, and variance.

**(C) EVIDENCE.**

   *Evidence of abandonment or other loss of rights, see* ☞*1167.*
1600. In general.
1601. Presumptions and burden of proof.
1602. —— In general.
1603. —— Infringement in general.
1604. —— Unfair competition in general.
1605. —— Dilution.
1606. —— Misuse of internet domain names; cybersquatting.
1607. —— Creation and priority of rights.
1608. —— Marks protected; secondary meaning.

**IX. ACTIONS AND PROCEEDINGS.**(Cont'd)

1609. —— Similarity; likelihood of confusion.
1610. —— Knowledge, intent, and motive; bad faith.
1611. —— Trade dress.
1612. —— Defenses, excuses, and justifications.
1613. Admissibility.
1614. —— In general.
1615. —— Infringement in general.
1616. —— Unfair competition in general.
1617. —— Dilution.
1618. —— Misuse of internet domain names; cybersquatting.
1619. —— Consumer data and market research; tests and surveys.
1620. Weight and sufficiency.
1621. —— In general.
1622. —— Infringement in general.
1623. —— Unfair competition in general.
1624. —— Dilution.
1625. —— Misuse of internet domain names; cybersquatting.
1626. —— Creation and priority of rights.
1627. —— Marks protected.
1628. —— Secondary meaning.
   (1). In general.
   (2). Particular cases.
   (3). Consumer data and market research; tests and surveys.
1629. —— Similarity; likelihood of confusion.
   (1). In general.
   (2). Actual confusion.
   (3). Particular cases.
   (4). Consumer data and market research; tests and surveys.
1630. —— Knowledge, intent, and motive; bad faith.
1631. —— Trade dress.
1632. —— Defenses, excuses, and justifications.

**(D) DAMAGES AND PROFITS.**

1650. In general.
1651. Laches, acquiescence, or estoppel.
1652. Damages.
1653. —— In general.
1654. —— Confusion or deception.

TR-0044515

**382T. TRADEMARKS**

**IX. ACTIONS AND PROCEEDINGS.(Cont'd)**

1655. —— Intent; fraud.
1656. —— Elements of damages.
   (1). In general.
   (2). Corrective advertising.
   (3). Loss of profits or royalties.
   (4). Good will.
1657. —— Measure and amount.
1658. —— Enhanced damages; double or
   treble damages.
1659. —— Punitive or exemplary damages.
1660. —— Evidence.
1661. Profits; accounting.
1662. —— In general.
1663. —— Confusion or deception.
1664. —— Intent; fraud.
1665. —— Measure and amount.
   (1). In general.
   (2). Deductions and credits.
1666. —— Evidence.

**(E) TRIAL AND JUDGMENT.**

1680. In general.
1681. Reference.
1682. Questions of law or fact.
1683. —— In general.
1684. —— Infringement in general.
1685. —— Unfair competition in general.
1686. —— Dilution.
1687. —— Misuse of internet domain names;
   cybersquatting.
1688. —— Creation and priority of rights.
1689. —— Marks protected.
1690. —— Secondary meaning.
1691. —— Similarity; likelihood of confu-
   sion.
1692. —— Knowledge, intent, and motive;
   bad faith.
1693. —— Trade dress.
1694. —— Defenses, excuses, and justifica-
   tions.
1695. Instructions.
1696. Findings.
1697. Judgment and relief.

**(F) INJUNCTIONS.**

1700. In general.
1701. Preliminary or temporary injunctions.
1702. —— In general.

**IX. ACTIONS AND PROCEEDINGS.(Cont'd)**

1703. —— Discretion.
1704. —— Grounds and subjects of relief.
   (1). In general.
   (2). Infringement in general.
   (3). Unfair competition in general.
   (4). Passing off or palming off.
   (5). Counterfeiting.
   (6). Dilution.
   (7). Misuse of internet domain names;
      cybersquatting.
   (8). Ownership; marks protected.
   (9). Similarity; likelihood of confu-
      sion.
   (10). Trade dress.
1705. —— Defenses.
   (1). In general.
   (2). Laches and estoppel.
1706. —— Persons who may be restrained.
1707. —— Proceedings.
   (1). In general.
   (2). Pleading.
   (3). Evidence in general.
   (4). Presumptions and burden of
      proof.
   (5). Admissibility.
   (6). Weight and sufficiency.
   (7). Hearing and determination.
1708. —— Conditions on granting or refus-
   ing; bonds.
1709. —— Scope and extent of relief.
1710. —— Construction and operation.
1711. —— Continuing, modifying, vacating,
   or dissolving.
1712. Permanent injunctions.
1713. —— In general.
1714. —— Grounds and subjects of relief.
   (1). In general.
   (2). Infringement.
   (3). Unfair competition.
   (4). Dilution.
   (5). Misuse of internet domain names;
      cybersquatting.
   (6). Trade dress.
1715. —— Defenses or objections.
   (1). In general.
   (2). Cessation of violation.
1716. —— Evidence.
1717. —— Scope and extent of relief.

TR-0044516

**IX. ACTIONS AND PROCEEDINGS.**(Cont'd)

    (1).  In general.
    (2).  Infringement in general.
    (3).  Unfair competition in general.
    (4).  Dilution.
    (5).  Misuse of internet domain names; cybersquatting.
    (6).  Trade dress.
    (7).  Persons who may be restrained.
    (8).  Territorial limits.
1718. —— Construction and operation.
1719. —— Amendment and modification.
1720. Violation and enforcement; contempt.
1721. —— In general.
1722. —— Acts constituting violation.
1723. —— Proceedings.
1724. —— Punishment.

**(G) COSTS.**

1750. In general.
1751. Amount and items in general.
1752. Attorney fees.
1753. —— In general.
1754. —— Grounds.
    (1).  In general.
    (2).  Exceptional cases; intent or bad faith.
1755. —— Amount, rate, and items.
1756. —— Proceedings.

**X. OFFENSES AND PENALTIES.**

1780. In general.
1781. Constitutional and statutory provisions.
1782. —— In general.
1783. —— Purpose and construction in general.
1784. —— Validity.
1785. —— Retroactive operation.
1786. Offenses in general.
1787. False, counterfeit, or imitation marks or labels.
    *Civil liability, see ☞1432.*
1788. Criminal prosecutions.
1789. —— In general.
1790. —— Indictment, information, or complaint.
1791. —— Evidence.
1792. —— Trial.

**X. OFFENSES AND PENALTIES.**(Cont'd)

1793. —— Sentencing and punishment.
1794. Penalties; actions and proceedings.

**XI. TRADEMARKS AND TRADE NAMES ADJUDICATED.**

1800. Alphabetical listing.

---

# 384. TREASON

## SUBJECTS INCLUDED

Breach of allegiance by levying war against the government, adhering to or aiding its enemies, etc., and concealment of such treasonable acts of others

Nature and elements of the crimes of treason and misprision of treason

Nature and extent of criminal responsibility therefor, and grounds of defense

Prosecution and punishment of such acts as public offenses

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Conspiracies, see CONSPIRACY

Neutrality laws, violations of, see INTERNATIONAL LAW III(D)

Seditious acts and practices, insurrections, revolts, etc., see INSURRECTION AND SEDITION

1. Nature and elements in general.
2. Constitutional and statutory provisions.
3. Intent.
4. Sovereignty offended.
5. Levying war.
6. Adhering or giving aid and comfort to enemies.
7. Inciting and persuading others.
8. Misprision and concealment of treason.
9. Defenses.
10. Persons liable.
11. Preliminary proceedings in prosecution.
12. Indictment or information.

TR-0044517

**384. TREASON**

13. Evidence.
14. Trial.

---

**386. TRESPASS**

**SUBJECTS INCLUDED**

Injuries to person, property, or rights, committed with force, not constituting or not regarded as a tort or offense of any distinct class

Justification or excuse for such acts

Nature and extent of liability for such injuries

Actions of trespass and like actions for damages for trespasses

Criminal responsibility for malicious or wanton trespass, and prosecution and punishment thereof as a public offense

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Animals, liabilities for trespass by, see ANIMALS

Assault and battery, see ASSAULT AND BATTERY

Case, action on, see ACTION ON THE CASE

Distinction between action of trespass and other forms of actions, see ACTION

False imprisonment, see FALSE IMPRISONMENT

Forcible entry and detainer, proceedings in actions for, see FORCIBLE ENTRY AND DETAINER, LANDLORD AND TENANT

Indian lands, issues peculiar to, see INDIANS ⟐199

Negligence toward trespassers and licensees, see NEGLIGENCE, RAILROADS, and other specific topics

Officers' rights, powers, and liabilities in execution of process, see SHERIFFS AND CONSTABLES

Trespass to try title, see TRESPASS TO TRY TITLE

I. ACTS CONSTITUTING TRESPASS AND LIABILITY THEREFOR, ⟐1–15.
II. ACTIONS, ⟐16–75.
  (A) RIGHT OF ACTION AND DEFENSES, ⟐16–31.
  (B) PROCEEDINGS IN GENERAL, ⟐32–43.
  (C) EVIDENCE, ⟐44–46.
  (D) DAMAGES, ⟐47–63.
  (E) TRIAL, ⟐64–70.
  (F) JUDGMENT, ⟐71–73.
  (G) REVIEW, ⟐74.
  (H) COSTS, ⟐75.
III. CRIMINAL RESPONSIBILITY, ⟐76–91.

**I. ACTS CONSTITUTING TRESPASS AND LIABILITY THEREFOR.**

1. Nature and elements of trespass in general.
1.5. What law governs.
1.6. Preemption.
2. Intent.
3. Force.
4. Trespass to the person.
5. Trespass to personal property.
6. —— In general.
7. —— Destruction of or injury to property.
8. —— Taking, carrying away, or detaining property.
9. Trespass to real property.
10. —— In general.
11. —— Property and rights subject of trespass.
12. —— Entry.
13. —— Wrongful act after rightful entry and trespass ab initio.
14. —— Injury to property.
15. —— Mesne profits.

**II. ACTIONS.**

**(A) RIGHT OF ACTION AND DEFENSES.**

16. Nature and scope of remedy in general.
17. Particular forms of action of trespass.
18. Statutory provisions and remedies.
19. Title to support action.
  (.5). In general.
  (1). Necessity and sufficiency of title in general.
  (2). Possession as evidence of title, and adverse possession.
  (3). Equitable title.
  (4). Exception or reservation in deed.

TR-0044518

**II. ACTIONS.**(Cont'd)

(5). License.
(6). Tax titles.
(7). Interests in public lands.
(8). Statutory action for cutting trees.
(9). Personal property.
20. Possession or right of possession of plaintiff.
    (.5). In general.
    (1). Necessity and effect in general.
    (2). Title without actual possession.
    (3). Possession without title.
    (4). Sufficiency of possession.
    (4.1). —— In general.
    (5). —— Possession of part of tract or of neighboring tract.
    (6). —— Entry or re-entry.
    (7). Possession to support statutory action for cutting trees.
    (8). Personalty.
21. Conditions precedent.
22. Defenses.
23. —— In general.
24. —— Exercise of authority or duty.
25. —— Consent or license.
26. —— Defense of person or property.
27. —— Title or right of possession of defendant or third person.
29. Persons entitled to sue.
30. Persons liable.
31. Joint and several liability.

**(B) PROCEEDINGS IN GENERAL.**

32. Jurisdiction of subject-matter.
33. Jurisdiction of the person.
34. Venue.
35. Time to sue.
    *See also LIMITATION OF ACTIONS.*
36. Parties plaintiff.
37. Parties defendant.
38. Process and appearance.
39. Mode and form of pleading in general.
40. Declaration, complaint, or petition.
    (1). In general.
    (2). Allegations of title and possession.
    (3). Description of property involved.
    (4). Statement of acts constituting trespass.
    (5). Allegations as to damages.
41. Plea or answer.

**II. ACTIONS.**(Cont'd)

42. Replication or reply and subsequent pleadings.
43. Issues, proof, and variance.
    (.5). In general.
    (1). Issues raised by and evidence admissible under pleadings.
    (1.1). —— In general.
    (2). —— General issue or general denial.
    (3). Matters to be proved.
    (4). Variance between allegations and proof.

**(C) EVIDENCE.**

44. Presumptions and burden of proof.
45. Admissibility.
    (1). In general.
    (2). Ownership and possession.
    (3). Acts constituting and place of trespass.
    (4). Consent or license.
    (5). Damages.
    (6). Statutory action for cutting trees.
46. Weight and sufficiency.
    (1). In general.
    (2). Title and possession.
    (3). Damages.

**(D) DAMAGES.**

47. Grounds and elements of compensatory damages in general.
48. Injuries to the person.
49. Destruction or loss of or injuries to personal property.
50. Entry on and injuries to real property.
51. Continuing trespass to real property.
52. Cutting and removal of trees.
53. Mesne profits.
54. Aggravation of damages.
55. Mitigation of damages.
56. Exemplary damages.
57. Amount awarded.
58. Inadequate and excessive damages.
59. Grounds for multiple damages.
60. —— In general.
61. —— Cutting and removal of trees.
62. Penalties as damages.
62.1. —— In general.
63. —— Cutting and removal of trees.

TR-0044519

## 386. TRESPASS

**II. ACTIONS.(Cont'd)**

**(E) TRIAL.**

64. Dismissal or nonsuit before trial.
65. Scope of inquiry and powers of court.
67. Questions for jury.
68. Instructions.
    (1). In general.
    (2). Statutory action for cutting trees.
69. Verdict and findings.

**(F) JUDGMENT.**

71. In general.
72. Form and requisites.
73. Operation and effect.

**(G) REVIEW.**

74. In general.

**(H) COSTS.**

75. In general.

**III. CRIMINAL RESPONSIBILITY.**

76. Nature and elements of offenses in general.
77. Statutory provisions.
78. Property and rights subject of trespass.
79. Acts constituting criminal trespass in general.
80. Malicious, willful, or wanton trespass.
81. Trespass after warning or notice.
82. Forcible trespass.
83. Cutting and removal of timber.
84. Defenses.
85. Persons liable.
87. Indictment or information.
88. Evidence.
89. Trial.
91. Sentence and punishment.

_____

## 387. TRESPASS TO TRY TITLE

### SUBJECTS INCLUDED

Actions for recovery of specific real property, founded on right to damages for trespass thereon, where the ownership is disputed

Nature and scope of the remedy in general

Grounds of such actions and defenses thereto

By and against whom and as to what property they may be maintained

Procedure therein

Incidental recovery for use and occupation, profits, damages, improvements, etc.

Verdict and judgment and enforcement thereof, and costs in such actions

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Damages merely, actions for based on trespass, see TRESPASS

Forcible entry, unlawful detainer, etc., actions founded on, see FORCIBLE ENTRY AND DETAINER, LANDLORD AND TENANT

Mesne profits, etc., incidental to recovery of possession, actions of trespass for, see ENTRY, WRIT OF, EJECTMENT, REAL ACTIONS

Possession, actions founded on right of, together with right to damages for deprivation thereof, see EJECTMENT

Real actions in general—

    Founded on mere right of possession, see ENTRY, WRIT OF

    Founded on right of property, see REAL ACTIONS

_____

I. RIGHT OF ACTION AND DEFENSES, ☞1–22.
II. PROCEEDINGS, ☞23–50.
III. DAMAGES, USE AND OCCUPATION, IMPROVEMENTS, AND TAXES, ☞51–60.

**I. RIGHT OF ACTION AND DEFENSES.**

1. Nature and scope of remedy.
3. Property which may be subject of action.
4. Grounds of action and conditions precedent in general.
5. Title to support action.
6. —— In general.
6.1. —— Sufficiency in general.
6.2. —— Title acquired after commencement of suit.
7. —— Adverse possession.
8. —— Interest in public lands.
9. —— Paper title.

## 387. TRESPASS TO TRY TITLE

**I. RIGHT OF ACTION AND DEFENSES.**(Cont'd)

10. —— Equitable title.
11. —— Title from common source.
12. Right of plaintiff to possession.
13. Possession of defendant.
14. Demand or notice to quit.
15. Defenses.
16. —— In general.
17. —— Adverse possession.
18. —— Title or right of possession of third person.
19. —— Equitable defenses.
20. —— Set-off and counterclaim.
21. Successive actions.
22. Cross-actions.

**II. PROCEEDINGS.**

23. Jurisdiction.
24. Venue.
25. Time to sue, limitations, and laches.
    *See also LIMITATION OF ACTIONS.*
26. Parties plaintiff.
27. Parties defendant.
28. Intervention or bringing in of warrantor or others.
29. Process and appearance.
30. Surveys.
31. Pleading.
31.1. —— In general.
32. —— Declaration or petition.
33. —— Plea or answer and subsequent pleadings.
34. —— Disclaimer.
35. —— Issues, proof, and variance.
    (.5). In general.
    (1). Issues, and evidence admissible under pleadings in general.
    (2). Matters provable under plea of not guilty, or general issue.
    (3). Evidence admissible under abstracts of title filed in case.
    (4). Variance.
36. Filing abstract of title.
37. Evidence.
37.1. —— In general.
38. —— Presumptions and burden of proof.
    (.5). In general.
    (1). Title in general.
    (2). Title from common source.

**II. PROCEEDINGS.**(Cont'd)

    (3). Possession or right thereto.
39. —— Admissibility in general.
    (.5). In general.
    (1). Title in general.
    (2). Title from common source.
    (3). Possession or right thereto.
    (4). Identity and description of property.
40. —— Documentary evidence.
    (1). In general.
    (2). Bonds for title, leases, and contracts in general.
    (3). Certificates for public lands, and proceedings in land office.
    (4). Private deeds and conveyances, and records thereof.
    (5). Judicial proceedings, and sales under order of court.
    (6). Field notes.
    (7). Abstract of title filed in case.
41. —— Weight and sufficiency.
    (1). In general.
    (2). Title from common source.
    (3). Identity and description of property.
    (4). Identity of persons.
42. Trial.
42.1. —— In general.
44. —— Questions for jury.
45. —— Instructions.
    (1). In general.
    (2). Identity of persons or property.
46. —— Verdict and findings.
47. Judgment.
    (1). In general.
    (2). Effect of disclaimer.
    (3). Relief to defendants.
48. Execution and enforcement of judgment.
50. Costs.

**III. DAMAGES, USE AND OCCUPATION, IMPROVEMENTS, AND TAXES.**

51. Statutory provisions.
52. Damages for entry on or injuries to property.
53. Use and occupation.
55. Improvements.
56. —— In general.

**387. TRESPASS TO TRY TITLE**

**III. DAMAGES, USE AND OCCUPATION, IMPROVEMENTS, AND TAXES.**(Cont'd)

57. —— Possession and good faith as grounds for compensation.
58. —— Set-off against value of use and occupation.
59. —— Proceedings for recovery of compensation.
60. Reimbursement of taxes paid.

———————

**388. TRIAL**

**SUBJECTS INCLUDED**

Judicial examination and determination of issues in civil cases, more particularly of issues of fact by courts sitting with or without a jury

Bringing cases to trial, notices of trial, notes of issue, and calendars and lists of causes for trial

Course and order of proceedings at trials in general

Reception of evidence and objections thereto

Arguments and conduct of counsel

Relative functions of court and jury

Instructions to juries in general

Custody and conduct of jury

Verdicts or other findings of juries

Findings and decisions by courts on trials without a jury

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Adjournment or postponement of trial, see PRETRIAL PROCEDURE

Administrative hearings, see ADMINISTRATIVE LAW AND PROCEDURE, LABOR AND EMPLOYMENT, and other specific topics

Arbitrators, umpires, etc., hearings by, see ALTERNATIVE DISPUTE RESOLUTION, LABOR AND EMPLOYMENT

Bankrupt or insolvent acts, hearings and proceedings under, see BANKRUPTCY, CREDITORS' REMEDIES ☞1183

Courts of special or limited jurisdiction, hearings in, see ADMIRALTY, COURTS, EQUITY, and other specific topics

Criminal cases, trial in, see CRIMINAL LAW and specific topics relating to particular offenses

Evidence, rules of, see EVIDENCE, CRIMINAL LAW and specific topics covering relevancy and sufficiency of particular evidence

Federal Rules of Civil Procedure affecting trial, see FEDERAL CIVIL PROCEDURE

Instructions to jury, questions peculiar to particular subject matter, see AUTOMOBILES and other specific topics

Jury trial, constitutional right, and selection, impaneling and swearing jury, see JURY

Justices of the peace, trials before, see JUSTICES OF THE PEACE

Motions, demurrers and similar incidental proceedings, hearings on, see MOTIONS, PLEADING, PROCESS, and other specific topics

Particular causes or forms of action, or defenses or matters of fact, trials on issues and particularly questions of law or fact, see AUTOMOBILES and other specific topics

Place of trial, see VENUE

Pretrial conference, see PRETRIAL PROCEDURE

Referees, trials by, see REFERENCE

Submissions of controversies, hearings on, see SUBMISSION OF CONTROVERSY

Witnesses, attendance and examination, see WITNESSES

———————

I. NOTICE OF TRIAL AND PRELIMINARY PROCEEDINGS, ☞1–8.
II. DOCKETS, LISTS, AND CALENDARS, ☞9–17.
III. COURSE AND CONDUCT OF TRIAL IN GENERAL, ☞18.1–31.
IV. RECEPTION OF EVIDENCE, ☞32–105.
  (A) INTRODUCTION, OFFER, AND ADMISSION OF EVIDENCE IN GENERAL, ☞32–58.
  (B) ORDER OF PROOF, REBUTTAL, AND REOPENING CASE, ☞59–72.

TR-0044522

IV.  RECEPTION OF EVIDENCE—Cont'd
  (C)  OBJECTIONS, MOTIONS TO STRIKE OUT, AND EXCEPTIONS, ⊜73–105.
V.  ARGUMENTS AND CONDUCT OF COUNSEL, ⊜106–133.
VI.  TAKING CASE OR QUESTION FROM JURY, ⊜134–181.
  (A)  QUESTIONS OF LAW OR OF FACT IN GENERAL, ⊜134–149.
  (B)  DEMURRER TO EVIDENCE, ⊜150–158.
  (C)  DISMISSAL OR NONSUIT, ⊜159–166.
  (D)  DIRECTION OF VERDICT, ⊜167–181.
VII.  INSTRUCTIONS TO JURY, ⊜182–296.
  (A)  PROVINCE OF COURT AND JURY IN GENERAL, ⊜182–201.
  (B)  NECESSITY AND SUBJECT–MATTER, ⊜202–219.
  (C)  FORM, REQUISITES, AND SUFFICIENCY, ⊜220–247.
  (D)  APPLICABILITY TO PLEADINGS AND EVIDENCE, ⊜248–254.
  (E)  REQUESTS OR PRAYERS, ⊜255–269.
  (F)  OBJECTIONS AND EXCEPTIONS, ⊜270–284.
  (G)  CONSTRUCTION AND OPERATION, ⊜285–296.
VIII.  CUSTODY, CONDUCT, AND DELIBERATIONS OF JURY, ⊜297–317.
IX.  VERDICT, ⊜318–366.
  (A)  GENERAL VERDICT, ⊜318–345.
  (B)  SPECIAL INTERROGATORIES AND FINDINGS, ⊜346–366.
X.  TRIAL BY COURT, ⊜367–405.
  (A)  HEARING AND DETERMINATION OF CAUSE, ⊜367–387.
  (B)  FINDINGS OF FACT AND CONCLUSIONS OF LAW, ⊜388–405.
XI.  WAIVER AND CORRECTION OF IRREGULARITIES AND ERRORS, ⊜406–427.

I. NOTICE OF TRIAL AND PRELIMINARY PROCEEDINGS.

1.  Condition of cause in general.
2.  Trial of causes together.
3.  Separate trials in same cause.
  (1).  In general.
  (2).  Discretion of court.
  (3).  Counterclaims and cross-claims.

I. NOTICE OF TRIAL AND PRELIMINARY PROCEEDINGS.(Cont'd)
  (4).  Particular parties, separate trial as to.
  (5).  Particular issues, separate trial of.
  (5.1).  —— In general.
  (6).  —— Legal and equitable issues.
  (7).  Request or application.
4.  Order of trial of separate issues.
5.  Time or term of court for trial.
6.  Notice of trial.
  (1).  In general.
  (2).  New notice after amendment.
  (3).  Effect of continuance or adjournment.
7.  Note of issue.

II. DOCKETS, LISTS, AND CALENDARS.

9.  Trial dockets or calendars in general.
  (1).  In general.
  See also PRETRIAL PROCEDURE ⊜741–753.
  (2).  Notice of setting cause for trial.
10.  Causes for particular dockets.
11.  Transfer of causes.
  (1).  In general.
  (2).  Transfer from law to equity docket.
  (3).  Transfer from equity to law docket.
12.  Short-cause calendars.
  (1).  In general.
  (2).  Striking cause from short-cause calendar.
13.  Preferred causes.
  (1).  In general; discretion of court.
  (2).  Nature of action.
  (3).  Nature or circumstances of parties.
  (3.1).  —— In general.
  (4).  —— Age or disability; financial condition.
  (5).  Causes over which preference may be had.
  (6).  Proceedings to procure preference in general.
  (7).  Time for application or notice; laches.
  (8).  Notice.
14.  Striking cause from docket.
15.  Order of calling and hearing causes.

**388.  TRIAL**

**II.  DOCKETS, LISTS, AND
  CALENDARS.**(Cont'd)

16.  Holding or passing cause pending engagement of counsel.
17.  Disposition of causes passed or continued.

**III.  COURSE AND CONDUCT
  OF TRIAL IN GENERAL.**

18.1.  In general.
18.2.  Nature and purpose of trial in general.
18.3.  Role and obligations of judge.
18.4.  —— In general.
18.5.  —— Discretion.
18.6.  —— Order, decorum, and efficiency of proceedings.
18.7.  Fair and impartial trial in general.
18.8.  Requisites of fair trial.
18.9.  Time limitations.
18.10.  Management of courtroom in general.
18.11.  Seating in court.
18.12.  —— In general.
18.13.  —— Counsel table.
18.14.  Security.
18.15.  Conduct of or affecting witnesses.
18.16.  —— In general.
18.17.  —— Appearance and attire.
18.18.  —— Conduct of witness.
18.19.  —— Restraint of witness.
18.20.  —— Protection of witness.
18.21.  Conduct of or affecting parties.
18.22.  —— In general.
18.23.  —— Appearance and attire.
18.24.  —— Conduct of party.
18.25.  —— Protection of party.
18.26.  Experts and others appointed to assist court.
18.27.  Ex parte communications.
18.28.  —— In general.
18.29.  —— Particular cases.
18.30.  Mistrial.
18.31.  —— In general.
18.32.  —— Discretion of court.
18.33.  —— Grounds in general.
18.34.  —— Particular cases.
  (1).  In general.
  (2).  Evidentiary matters.
  (3).  Witnesses.
  (4).  —— In general.

**III.  COURSE AND CONDUCT OF
  TRIAL IN GENERAL.**(Cont'd)

  (5).  —— Examination.
  (6).  —— Cross-examination, impeachment, and bolstering.
  (7).  —— Unresponsive, unsolicited, and unexpected testimony.
  (8).  —— Absence of witness.
  (9).  Events causing sympathy or prejudice, in general.
  (10).  —— In general.
  (11).  —— Conduct of witness causing sympathy or prejudice.
  (12).  —— Conduct of party or persons associated with party causing sympathy or prejudice.
18.35.  —— Necessity and sufficiency of motion or request;  time for motion.
18.36.  Gag orders and similar restraints.
19.  Presence of judge.
20.  Publicity of proceedings.
21.  Presence of parties and counsel.
22.  Appointment and services of interpreter.
23.  Appointment and services of stenographer.
25.  Right to open and close.
  (1).  In general.
  (2).  Discretion of court.
  (3).  Party introducing no evidence.
  (4).  Affirmative of issues in general.
  (5).  Necessity of introducing evidence in order to prevail.
  (6).  Several pleas or issues.
  (7).  Admissions and pleas in confession and avoidance.
  (7.1).  —— In general.
  (8).  —— Necessity.
  (9).  —— Sufficiency of admission.
  (10).  —— Mode and form of admissions.
  (11).  —— Time for making or filing admission.
  (12).  —— Sufficiency of plea in avoidance.
  (13).  —— Set-off and counterclaim.
  (14).  —— Plea of payment.
  (15).  Condition of cause after close of evidence.
  (16).  Claim of right and determination thereof.

**1868**

**III. COURSE AND CONDUCT OF TRIAL IN GENERAL.**(Cont'd)

26. Adjournments pending trial.
27. Experiments and tests.
28. View and inspection.
    (1). In general.
    (2). Discretion of court.
    (3). Inspection of objects.
29. Remarks of judge.
    (1). In general.
    (2). Comments on evidence.
    (3). Examination, credibility, and impeachment of witnesses.
29.1. Conduct of judge.
30. Presence and conduct of bystanders.
31. Objections and exceptions.

**IV. RECEPTION OF EVIDENCE.**

**(A) INTRODUCTION, OFFER, AND ADMISSION OF EVIDENCE IN GENERAL.**

32. Necessity and scope of proof.
33. —— In general.
34. —— Matters of record in cause.
35. —— Stipulations and agreed statements.
36. —— Matters not controverted at trial.
37. —— Estoppel and waiver.
38. Right of party to confront witnesses.
39. Introduction of documentary and demonstrative evidence.
40. Reading depositions.
41. Separation and exclusion of witnesses.
    (1). In general.
    (2). Excusing witnesses from rule.
    (3). Parties.
    (4). Competency of witness not placed under rule.
    (5). Violation of rule.
42. Compelling calling of witness.
43. Admission of evidence in general.
44. Offer of proof.
45. —— In general; necessity and sufficiency.
    (1). In general.
    (2). Necessity of presence of witness or documents or other showing of good faith of offer.
    (3). Statement or disclosure of evidence expected.

**IV. RECEPTION OF EVIDENCE.**(Cont'd)

46. —— Showing grounds or purpose of admission.
    (1). In general.
    (2). Showing relevancy, competency, and materiality.
47. —— Offer following objection and ruling thereon.
    (.5). In general.
    (1). Offer following exclusion.
    (2). Renewal of offer.
48. —— Evidence inadmissible in part or for particular purpose.
49. —— Rulings on offers.
50. Presence of jury during argument as to admission.
51. Provisional or conditional admission.
52. Effect of admission of evidence.
53. —— In general.
54. —— Restriction to special purpose.
    (1). In general.
    (2). Coparties.
    (3). Impeaching evidence.
55. Exclusion of improper evidence.
56. Cumulative evidence in general.
57. Number of witnesses.
58. Withdrawal of evidence.

**(B) ORDER OF PROOF, REBUTTAL, AND REOPENING CASE.**

59. Order of admission in general.
    (1). In general.
    (2). Discretion of court.
60. Evidence dependent on preliminary proof.
    (1). In general.
    (2). Proof of agency or partnership.
61. Scope of evidence in chief.
62. Evidence in rebuttal.
    (1). In general; grounds for admission.
    (2). Scope of evidence in rebuttal.
    (3). Discretion of court.
63. Admission in rebuttal of evidence proper in chief.
    (1). In general.
    (2). Discretion of court.
    (3). Cumulative or corroborative evidence.
64. Evidence in reply or surrebuttal.

TR-0044525

**388. TRIAL**

**IV. RECEPTION OF EVIDENCE.**(Cont'd)

65. Reopening case for further evidence.
66. —— In general.
67. —— After party offering evidence has rested.
68. —— After close of evidence.
    (1). In general.
    (2). During argument.
    (3). After close of argument.
69. —— After demurrer to evidence or motion for nonsuit or verdict.
70. —— After submission of case to jury.
71. —— After verdict.
72. —— Proceedings after reopening case.

**(C) OBJECTIONS, MOTIONS TO STRIKE OUT, AND EXCEPTIONS.**

73. Right to object.
74. —— In general.
75. —— Estoppel or waiver.
76. Time for objection.
77. Mode of making objection.
78. —— In general.
79. —— Repetition.
80. Sufficiency and scope of objection.
81. —— In general.
82. —— General or specific.
83. —— Statement of grounds.
    (1). In general.
    (2). Incompetency, irrelevancy, and immateriality.
    (3). Repetition of statement of grounds.
84. —— Scope and questions raised.
    (1). In general.
    (2). Expert or opinion evidence.
    (3). Documentary evidence.
    (3.1). —— In general.
    (4). —— General objection.
    (5). Parol and secondary evidence.
    (6). Objection to question as extending to answer.
85. —— Evidence admissible in part.
86. —— Evidence admissible for special purpose.
87. —— Evidence admissible for or against part of several coparties.
88. Motion to strike out.
89. —— In general.
90. —— Necessity for motion.

**IV. RECEPTION OF EVIDENCE.**(Cont'd)

91. —— Necessity of previous objection.
92. —— Time for motion.
93. —— Form and requisites.
94. —— Statement of grounds.
95. —— Scope and questions raised.
96. —— Evidence admissible in part.
97. —— Evidence elicited by party moving to strike out.
98. Ruling or order.
99. Exceptions.
100. —— In general.
101. —— Time for exception.
102. —— Taking and noting.
103. —— Sufficiency and scope.
104. —— Operation and effect.
105. Effect of failure to object or except.
    (1). In general.
    (2). Nature of evidence in general.
    (3). Expert and other opinion evidence.
    (4). Documentary evidence.
    (5). Parol and secondary evidence.
    (6). Excluding or striking out on court's own motion.

**V. ARGUMENTS AND CONDUCT OF COUNSEL.**

106. Control by court in general.
107. Representation of party by counsel.
108. Right to address jury.
108.5. Proceedings for impaneling jury.
109. Scope and effect of opening statement.
110. Presentation of evidence.
111. Scope and effect of summing up.
112. Limiting scope or time of argument.
113. Statements as to facts, comments, and arguments.
114. —— In general.
115. —— Stating or reading and commenting on proceedings in cause.
    (1). In general.
    (2). Special interrogatories.
    (3). Pleadings and proceedings relating thereto.
    (4). Stating, reading, or replaying evidence.
    (5). Proceedings at former trial or on appeal.

TR-0044526

**V. ARGUMENTS AND CONDUCT OF COUNSEL.**(Cont'd)

116. —— Exhibits and illustrations.
117. —— Authorities on subject involved.
118. —— Arguing or reading law to jury.
119. —— Matters not within issues.
120. —— Matters not sustained by evidence.
    (1). In general.
    (2). Nature of remark or comment.
    (3). Evidence rejected or excluded.
121. —— Comments on evidence or witnesses.
    (1). In general.
    (2). Deductions or inferences from evidence.
    (3). Weight and sufficiency of evidence.
    (4). Remarks reflecting on credibility of witnesses.
    (5). Evidence improperly admitted.
122. —— Comments on failure to produce evidence or call witness.
123. —— Comments on failure of party to testify.
124. —— Comments on character or conduct of party.
125. —— Appeals to sympathy or prejudice.
    (1). In general.
    (2). Appeals to race or local prejudice.
    (3). Appeals to prejudice against corporations.
    (4). Reference to wealth or poverty of parties.
    (5). Reference to forlorn or helpless condition of parties.
126. —— Abusive language.
127. —— Reference to protection of party by insurance or other indemnity.
128. —— Instructions to jury as to their duties.
129. Retaliatory statements and remarks.
130. Evidence to rebut statements.
131. Objections and exceptions.
    (.5). In general.
    (1). Necessity.
    (2). Time for taking.
    (3). Requisites and sufficiency.
132. Withdrawal or correction of objectionable matter.
133. Action of court.

**V. ARGUMENTS AND CONDUCT OF COUNSEL.**(Cont'd)

133.1. —— In general;  duty of court.
133.2. —— Sufficiency of action in general.
133.3. —— Sustaining objection.
133.4. —— Reprimanding counsel and directing them to desist from improper argument.
133.5. —— Stating that remarks are improper.
133.6. —— Instruction or admonition to jury.
    (1). In general.
    (2). Presentation of evidence.
    (3). Statements as to facts, comments, and argument.
    (3.1). —— In general.
    (4). —— Particular statements or remarks.
    (5). —— Matters outside issues or evidence.
    (6). —— Comments on evidence or witnesses or on failure to produce evidence.
    (7). —— Appeals to sympathy or prejudice.
    (8). —— Reference to insurance or indemnity.

**VI. TAKING CASE OR QUESTION FROM JURY.**

**(A) QUESTIONS OF LAW OR OF FACT IN GENERAL.**

134. Functions as judges of law and fact in general.
136. Questions of law or fact in general.
    (1). In general.
    (2). Variance.
    (3). Construction of writings.
    (4). Foreign laws.
137. Mixed questions of law and fact.
138. Preliminary or introductory questions of fact.
139.1. Evidence.
    (.5). In general.
    (1). Province of court and jury.
    (1.1). —— In general.
    (2). —— Probative effect in general.
    (3). —— Weight of evidence.
    (4). —— Sufficiency of evidence.

TR-0044527

**388. TRIAL**

**VI. TAKING CASE OR QUESTION FROM JURY.**(Cont'd)

(5). Submission to or withdrawal from jury.

(5.1). —— In general.

(6). —— "Some", "slight", or "any" evidence.

(7). —— "No" evidence; total failure of proof.

(8). —— Scintilla of evidence.

(9). —— Substantial evidence.

(10). —— Weight and preponderance of evidence.

(11). —— Effect of burden of proof.

(12). —— Speculation or conjecture; choice of probabilities or theories.

(13). —— Prima facie case.

(14). —— Sufficiency to present issue of fact.

(15). —— Sufficiency to warrant recovery, or to establish cause of action or defense.

(16). —— Sufficiency to support verdict, finding, or judgment.

(17). —— Insufficiency to support other verdict; conclusive evidence.

(18). —— Inherently improbable or incredible evidence; physical facts.

(19). —— Positive or negative evidence.

(20). —— Circumstantial evidence; presumptions.

(21). Evidence erroneously admitted.

(22). Evidence to support cause of action against coparties.

(23). Evidence to support part of issues.

140. Credibility of witnesses.

(1). In general.

(2). Parties and persons interested.

141. Uncontroverted facts or evidence.

142. Inferences from evidence.

143. Conflicting evidence.

144. Amount of recovery.

145. Withdrawal of particular counts or issues.

146. Withdrawal of juror.

**VI. TAKING CASE OR QUESTION FROM JURY.**(Cont'd)

147. Reservation of questions of law.

148. Requests for submission of issues to jury.

149. Effect of failure to question sufficiency of evidence.

**(B) DEMURRER TO EVIDENCE.**

150. Nature and grounds in general.

151. Power of court.

152. Right to demur.

153. Time for demurrer.

154. Form and requisites and joinder in demurrer.

155. Operation and effect.

156. Hearing and determination.

(1). In general.

(2). Consideration of evidence in general.

(3). Admissions and inferences.

157. Exceptions to rulings.

158. Motion to strike out or exclude evidence.

**(C) DISMISSAL OR NONSUIT.**

159. Nature and grounds in general.

160. Power of court.

161. Right to move.

162. Time for motion.

163. Form and requisites of motion.

164. Operation and effect of motion.

165. Hearing and determination of motion.

166. Exceptions to rulings.

**(D) DIRECTION OF VERDICT.**

167. Nature and grounds.

168. —— In general.

169. —— Verdict for defendant.

170. —— Verdict for plaintiff.

171. Power of court.

172. Right to move.

173. Time for motion.

174. Form and requisites of motion or request.

175. Operation and effect of motion or request.

176. —— In general.

177. —— By both parties.

178. Hearing and determination.

1872

### VI. TAKING CASE OR QUESTION FROM JURY.(Cont'd)

179. Refusal of juror to obey direction.
180. Discharge of jury and decision by court.
181. Exceptions to rulings.

### VII. INSTRUCTIONS TO JURY.

#### (A) PROVINCE OF COURT AND JURY IN GENERAL.

182. Authority to instruct jury in general.
183. Constitutional and statutory provisions.
184. Nature and scope of issues.
185. Statement and review of evidence by judge.
186. Comments by judge on evidence in general.
187. Credibility of witnesses.
    (1). In general.
    (2). Corroboration, contradiction, and inconsistent statements.
    (3). Interest of witness.
    (4). Character and conduct of witness.
188. Inferences from evidence.
189. Hypothetical statements by judge.
190. Assumptions by judge as to facts.
191. —— In general.
    (1). In general.
    (2). Nature of action or issue in general.
    (3). Contracts and actions relating thereto.
    (4). Actions relating to property.
    (5). Actions for torts in general.
    (6). Negligence in general.
    (7). Personal injuries in general.
    (8). Personal injuries in operation of railroads in general.
    (9). Injuries to passengers.
    (10). Injuries to servants.
    (11). Damages and amount of recovery.
192. —— Uncontroverted facts or evidence.
193. Opinion or belief of judge as to facts.
    (1). In general.
    (2). Nature of action or issue in general.
    (3). Negligence.
194. Weight and sufficiency of evidence.
    (1). In general.
    (2). Nature of instruction in general.

### VII. INSTRUCTIONS TO JURY.(Cont'd)

    (3). Positive and negative testimony.
    (4). Admissions.
    (5). Opinion evidence.
    (6). Conflicting evidence.
    (7). Uncontroverted evidence.
    (8). Failure or absence of proof.
    (9). Nature of action or issue in general.
    (10). Actions relating to property.
    (11). Contracts and actions relating thereto in general.
    (12). Bills and notes.
    (13). Sales.
    (14). Torts in general.
    (15). Negligence in general.
    (16). Personal injuries in general.
    (17). Personal injuries in operation of railroads in general.
    (18). Injuries to passengers.
    (19). Injuries to servants.
    (20). Damages or amount of recovery.
195. Preponderance of evidence.
196. Comments by judge on conduct or merits of cause or parties.
197. Determination of questions of law.
197.1. —— In general.
198. —— Duty of judge.
199. —— Submission to jury.
200. Application of law to facts.
201. Instructions as to duties of jury.

#### (B) NECESSITY AND SUBJECT-MATTER.

202. Duty of judge in general.
203. Issues and theories of case in general.
    (1). In general.
    (2). Duty to submit all the issues.
    (3). Affirmative and negative of issues.
    (4). Issues withdrawn.
204. Statement and review of evidence in general.
205. Presumptions and burden of proof.
206. Determination of weight and sufficiency of evidence in general.
207. Purpose and effect of evidence.
208. Exclusion of evidence from consideration.
209. Circumstantial evidence.
210. Credibility of witnesses.

**1873**

**388. TRIAL**

**VII. INSTRUCTIONS TO JURY.(Cont'd)**

    (1). In general.
    (2). Falsity of testimony in general.
    (3). Inconsistent and conflicting statements.
    (4). Interest of witness.
211. Failure of party to testify or to call witness or produce evidence.
212. Preponderance of evidence.
213. Matters of law in general.
214. Law applicable to particular issues or theories.
215. Submission to jury for special findings.
216. Determination of amount of recovery.
217. Instructions as to duties of jury.
218. Influence of arguments of counsel.
219. Definition or explanation of terms.

    **(C) FORM, REQUISITES, AND SUFFICIENCY.**

220. Time for giving instructions.
221. Presence of parties and counsel.
222. Written instructions.
222.1. —— In general.
223. —— Necessity of writing in general, and submission to counsel.
224. —— Requests for reduction to writing.
225. —— Compliance with requirement as to writing in general.
    (1). In general.
    (2). Signing.
226. —— Reducing oral instructions to writing.
227. —— Reading or delivery to jury.
228. Form and language.
    (.5). In general.
    (1). Form and arrangement.
    (2). Reference to other instructions.
    (3). Language.
    (4). Certainty, definiteness, and particularity.
229. Repetition.
230. Limiting number of instructions.
231. Sufficiency as to subject-matter.
232. —— In general.
    (1). In general.
    (2). Submission to jury for special findings.
    (3). Instructions as to duties of jury.
    (4). Influence of argument of counsel.

**VII. INSTRUCTIONS TO JURY.(Cont'd)**

    (5). Definition of terms.
233. —— Statement of issues.
    (1). In general.
    (2). Reading or use of pleadings.
    (3). Referring jury to pleadings.
    (4). Conflicting issues and grounds of verdict.
234. —— Evidence and matters of fact in general.
    (1). In general.
    (2). Statement or summarizing facts or evidence.
    (3). Directing verdict if the jury believes the evidence.
    (4). Directing verdict if specified facts are proved.
    (5). Restricting jury to evidence.
    (6). Misstatements.
    (7). Presumptions and burden of proof.
    (8). Failure of party to testify or to call witness or produce evidence.
    (9). Exclusion of evidence from consideration.
235. —— Weight and effect of evidence.
    (1). In general.
    (2). Consideration of probabilities and inferences from evidence.
    (3). Conflicting evidence.
    (4). Circumstantial evidence.
    (5). Positive and negative testimony.
    (6). Admissions.
    (7). Testimony of experts and other opinion evidence.
236. —— Credibility of witnesses.
    (1). In general.
    (2). Falsus in uno falsus in omnibus.
    (3). Interest of witness.
237. —— Preponderance of evidence.
    (1). In general.
    (2). Qualifications of the word "preponderance.".
    (3). Degree of proof required in general.
    (4). What constitutes and determination of preponderance.
    (5). Weight with reference to number of witnesses.

1874

**VII. INSTRUCTIONS TO JURY.**(Cont'd)

(6). Requiring matters to be proved to the satisfaction of the jury.
238. —— Matters of law.
239. —— Amount of recovery.
240. Argumentative instructions.
241. Reading or quoting statutes, ordinances, authorities, or reported cases.
242. Confused or misleading instructions.
243. Inconsistent or contradictory instructions.
244. Undue prominence of particular matters.
    (1). In general.
    (2). Evidence and matters of fact in general.
    (3). Nature of action or issue in general.
    (4). Negligence and personal injuries.
    (5). Credibility of witnesses.
    (6). Matters of law and amount of recovery.
245. Appeals to sympathy or prejudice.
246. Instructions correcting previous erroneous instructions and omissions.
247. Withdrawal of instructions or remarks.

**(D) APPLICABILITY TO PLEADINGS AND EVIDENCE.**

248. Abstract instructions in general.
249. Application of instructions to case.
250. —— In general.
251. —— Pleadings and issues.
    (1). In general.
    (2). Nature of action or issue in general.
    (3). Actions relating to property and for injuries thereto.
    (4). Contracts and actions relating thereto in general.
    (5). Contracts of sale and actions relating thereto.
    (6). Actions on insurance contracts, policies, or certificates.
    (7). Actions on notes.
    (8). Actions for personal injuries.
    (9). Amount of recovery.
252. —— Facts and evidence.
    (1). In general.
    (2). Sufficiency of evidence to warrant instruction.

**VII. INSTRUCTIONS TO JURY.**(Cont'd)

(3). Evidence excluded or withdrawn or improperly admitted.
(4). Nature of action or issue in general.
(5). Actions relating to property in general.
(6). Actions for torts in general.
(7). Negligence in general.
(8). Personal injuries in general.
(9). Injuries in operation of railroads in general.
(10). Injuries to passengers.
(11). Injuries to servants.
(12). Contracts and actions relating thereto in general.
(13). Contracts of sale and actions relating thereto.
(14). Actions on insurance policies.
(15). Bills and notes.
(16). Actions for personal services and commissions.
(17). Fraud, mistake, duress, and undue influence.
(18). Will contests.
(19). Tender, payment, or release.
(20). Extent of injury and amount of recovery.
(21). Credibility of witnesses and weight of opinion evidence.
(22). Failure of party to testify or call witness or produce evidence.
(23). Several counts or parties.
253. Instructions excluding or ignoring issues, defenses, or evidence.
(.5). In general.
(1). Issues and defenses.
(1.1). —— In general.
(2). —— Abandonment of issue.
(3). —— Nature of action or issue in general.
(4). —— Actions for personal injuries.
(5). —— Contracts and actions relating thereto.
(6). Excluding or ignoring facts or evidence.
(6.1). —— In general.
(7). —— Hypothetical statements.

TR-0044531

**388. TRIAL**

**VII. INSTRUCTIONS TO JURY.(Cont'd)**

(8). —— Nature of action or issue in general.

(9). —— Actions for personal injuries.

(10). —— Contracts and actions relating thereto.

(11). Credibility of witnesses.

254. Instructions as to application of personal knowledge of jurors.

**(E) REQUESTS OR PRAYERS.**

255. Necessity in general.

(1). In general.

(2). Issues or theories of case.

(3). Evidence and matters of fact in general.

(4). Purpose and effect of evidence.

(5). Exclusion of evidence from consideration.

(6). Arguments and conduct of counsel.

(7). Nature of action or issue in general.

(8). Actions relating to property in general.

(9). Actions for torts in general.

(10). Actions for negligence in general.

(11). Actions for personal injuries.

(12). Contracts and actions relating thereto.

(13). Definition or explanation of terms.

(14). Damages and amount of recovery.

(15). Credibility of witnesses.

256. Further or more specific instructions.

(1). In general.

(2). Erroneous or misleading instructions.

(3). Issues or theories of case.

(4). Evidence and matters of fact in general.

(5). Purpose and effect of evidence.

(6). Nature of action or issue in general.

(7). Actions relating to property in general.

(8). Actions for torts in general.

**VII. INSTRUCTIONS TO JURY.(Cont'd)**

(9). Actions for negligence in general.

(10). Actions for personal injuries.

(11). Contracts and actions relating thereto.

(12). Definition or explanation of terms.

(13). Damages and amount of recovery.

(14). Credibility of witnesses.

257. Time for asking instructions.

258. Form and requisites in general.

(1). In general.

(2). Number and length.

259. Written requests or prayers.

(1). In general.

(2). Numbering and signing.

260. Instructions already given.

(1). In general.

(2). Issues.

(3). Evidence and matters of fact.

(4). Credibility of witnesses.

(5). Nature of action or issue in general.

(6). Actions for torts in general.

(7). Actions for negligence in general.

(8). Personal injuries.

(9). Contracts and actions relating thereto.

(10). Amount of recovery.

261. Duty to give requested instruction; erroneous requests.

262. Inconsistent requests.

263. Presentation and allowance in general.

264. Withdrawal of requests.

265. Argument of requests.

266. Manner of giving instructions asked.

267. Modification or substitution by court.

(1). In general.

(2). Erroneous instructions.

(3). Nature and subject-matter of modification.

(4). Substitution of another instruction.

268. Refusal of requests.

269. Noting disposition of requests.

**(F) OBJECTIONS AND EXCEPTIONS.**

270. Right to object or except.

### VII. INSTRUCTIONS TO JURY.(Cont'd)

271. —— In general.
272. —— Estoppel or waiver.
273. Time for objection or exception.
274. Mode of making objection.
275. Taking and noting exception.
276. Sufficiency and scope of objections or exceptions to instructions given.
277. —— In general.
278. —— General or specific.
279. —— Statement of grounds of objection.
280. —— Scope and questions raised.
281. —— Instructions correct in part.
282. Sufficiency and scope of exceptions to failure or refusal to instruct.
283. Operation and effect of objections or exceptions.
284. Effect of failure to object or except.

### (G) CONSTRUCTION AND OPERATION.

285. Rules of construction in general.
286. Construction of particular instructions.
287. Inadvertent errors or omissions.
295. Construction and effect of charge as a whole.
   (1). In general.
   (2). Errors in general.
   (3). Omissions in general.
   (4). Nature of error or omission in general.
   (5). Issues and theories of case in general.
   (6). Negligence in general.
   (7). Contributory negligence and assumption of risk.
   (8). Evidence and matters of fact in general.
   (9). Weight and effect of evidence.
   (10). Invasion of province of jury.
   (11). Measure of damages or amount of recovery.
   (12). Definition or explanation of terms.
296. Error in instructions cured by withdrawal or giving other instructions.
   (1). In general.
   (2). Issues and theories of case in general.
   (3). Negligence in general.
   (4). Contributory negligence.

### VII. INSTRUCTIONS TO JURY.(Cont'd)

   (6). Assumption of risk.
   (7). Evidence and matters of fact in general.
   (8). Weight and effect of evidence in general.
   (9). Invasion of province of jury.
   (10). Credibility of witnesses.
   (11). Measure of damages or amount of recovery.
   (12). Definition or explanation of terms.
   (13). Withdrawal or correction.

### VIII. CUSTODY, CONDUCT, AND DELIBERATIONS OF JURY.

297. Attendance and custody in general.
298. Officer in charge.
299. —— In general.
300. —— Oath.
301. Admonition to jury or officer.
302. Presence during proceedings.
303. Separation.
304. Misconduct of jurors.
305. Misconduct of others affecting jurors.
306. Deliberations in general.
307. Taking papers or articles to jury room.
   (1). In general.
   (2). Pleadings and other papers part of record.
   (3). Documentary evidence and depositions.
   (4). Instructions.
308. Reading minutes of or restating testimony.
309. Consideration of view or inspection.
310. Experiments by jurors.
311. Application of personal knowledge of jurors.
312. Instructions after submission of cause.
   (.5). In general.
   (1). Authority and duty to instruct.
   (2). Requisites and sufficiency of instructions.
   (3). Presence of parties and counsel.
313. Communications between judge and jury.
314. Urging or coercing agreement.
   (1). In general.
   (2). Conduct of officer in charge.

TR-0044533

**388. TRIAL**

**VIII. CUSTODY, CONDUCT, AND DELIBERATIONS OF JURY.**(Cont'd)

315. Manner of arriving at verdict.
316. Discharge for failure to agree.
317. Objections and exceptions.

**IX. VERDICT.**

**(A) GENERAL VERDICT.**

318. Necessity and sufficiency of general finding.
319. Verdict subject to opinion of court.
320. Preparation and formulation.
321. Rendition and reception.
321.5. Assent of required number of jurors.
322. Reduction of oral verdict to writing.
323. Signature.
324. Sealed verdict.
325. Polling jurors.
    (1). In general.
    (2). Disclosing grounds, intention, or manner of arriving at verdict.
    (3). Dissent or disagreement of jurors and resubmission of cause.
326. Form and language in general.
327. Designation of parties.
328. Severance as to parties.
329. Responsiveness to issues.
330. Several counts or issues.
    (1). In general.
    (2). Applicability and sufficiency of evidence.
    (3). Defective, immaterial, and inconsistent counts and issues.
    (4). Nature of counts or issues.
    (5). Sustaining verdict on one count or as to part of issues.
331. Certainty in general.
332. Amount of recovery.
333. —— In general.
334. —— Interest.
335. Severance and apportionment of damages.
336. Surplusage.
337. Disregard of instructions.
338. Amendment or correction.
338.1. —— In general.
339. —— By jury.
    (1). In general.

**IX. VERDICT.**(Cont'd)

    (2). Under advice, direction, or sanction of court.
    (3). Remanding jury, with instructions.
    (4). After sealing and recording verdict, and discharge or separation of jury.
340. —— By court.
    (1). In general.
    (2). After discharge of jury.
    (3). Designation of parties.
    (4). Several counts or issues.
    (5). Amount of recovery.
341. Venire de novo.
342. Entry and record.
343. Construction and operation.
344. Affidavits and evidence of jurors to sustain or impeach verdict.
345. Objections and exceptions.

**(B) SPECIAL INTERROGATORIES AND FINDINGS.**

346. Power of jury to find specially.
346.1. —— In general.
347. —— Special verdict.
348. —— Special findings accompanying general verdict.
349. Power and duty of court to require special findings.
    (1). In general.
    (2). Discretion of court.
    (3). Submission on court's own motion.
    (4). Directing special verdict only.
350. Questions to be submitted.
350.1. —— In general.
350.2. —— Evidentiary and ultimate facts and conclusions of law in general.
350.3. —— Nature of action or issue in general.
    (1). In general.
    (2). Property, conveyances, and incumbrances.
    (2.1). —— In general.
    (3). —— Trespass to try title.
    (4). Torts in general.
    (5). Personal injuries.
    (6). Injuries to property.
    (7). Automobile cases.
    (8). Workers' compensation.

TR-0044534

388. TRIAL

IX. VERDICT.(Cont'd)

350.4. —— Contracts, actions and issues re-
lating to.
(1). In general.
(2). Contracts for sale.
(3). Insurance.
(4). Contracts for services; brokers.
350.5. —— Proximate cause of injury, issues
as to.
(1). In general.
(2). Personal injuries in general.
(3). Automobile cases.
(4). Employees' injuries; workers'
compensation.
(5). Unavoidable accident.
350.6. —— Negligence, issues as to.
(1). In general.
(2). Personal injuries in general.
(3). Automobile cases.
(4). Carriers; railroads.
(5). Explosives; fires.
(6). Employees' injuries.
350.7. —— Contributory negligence, issues
as to.
(1). In general.
(2). Personal injuries in general.
(3). Automobile cases.
(3.1). —— In general.
(4). —— Pedestrians.
(5). —— Passengers, guests, or occu-
pants.
(6). Railroad cases.
(7). Employees.
(8). Infants.
(9). Injury avoidable notwithstanding
contributory negligence.
(10). Comparative negligence.
350.8. —— Admitted or uncontroverted
facts.
351. Requests for special findings or interrog-
atories.
351.1. —— In general; time for presenting.
351.2. —— Necessity and sufficiency of re-
quests.
(.5). In general.
(1). Necessity and burden of making
request.
(1.1). —— In general.
(2). —— Particular actions or issues.

IX. VERDICT.(Cont'd)

(3). Effect of failure to request; waiv-
er.
(3.1). —— In general.
(4). —— Particular actions or issues.
(5). Findings by court on issues not
submitted.
(6). Sufficiency of requests in general.
(7). Written requests.
(8). Separate requests.
(9). Effect of objection or exception to
charge.
(10). Erroneous requests; modifica-
tion or substitution by court.
351.3. —— Absolute or unconditional re-
quests for special findings only.
351.4. —— Submission of interrogatories or
proposed findings to counsel.
351.5. —— Questions already submitted.
(1). In general.
(2). Defensive issues.
(3). Nature of action or issue in gener-
al.
(4). Contracts.
(5). Negligence in general.
(6). Automobile cases.
(7). Carriers; railroads.
(8). Employees' injuries; workers'
compensation.
351.6. —— Questions disposed of by general
verdict.
352. Preparation and form of interrogatories
or findings.
352.1. —— In general.
(.5). In general.
(1). Form in general.
(2). Discretion of court.
(3). Nature of action or issue in gener-
al.
(4). Contracts.
(5). Negligence in general.
(6). Personal injuries in general.
(7). Automobile cases.
(8). Carriers; railroads.
(9). Employees' injuries; workers'
compensation.
352.2. —— Preparation by court or counsel.
352.3. —— Number of interrogatories.
352.4. —— Conformity to issues.
(1). In general.

TR-0044535

**388. TRIAL**

IX. **VERDICT.**(Cont'd)

(2). Nature of action or issue in general.

(3). Property, conveyances and incumbrances.

(4). Contracts.

(5). Negligence in general.

(6). Personal injuries in general.

(7). Automobile cases.

(8). Carriers; railroads.

(9). Employees' injuries; workers' compensation.

352.5. —— Multifariousness or duplicity.

(1). In general.

(2). Grouping facts constituting single ultimate issue.

(3). Nature of action or issue in general.

(4). Contracts.

(5). Negligence and personal injuries in general.

(6). Automobile cases.

(7). Carriers; railroads.

(8). Employees' injuries; workers' compensation.

352.6. —— Leading or suggestive interrogatories.

352.7. —— Submission of interrogatories.

352.8. —— Authentication or signature of findings.

352.9. —— Burden of proof.

352.10. —— Interrogatories assuming facts or on weight of evidence.

352.11. —— Affirmative or negative form.

352.12. —— Conclusions, generalities and questions of law.

352.13. —— Alternatives.

352.14. —— Opposite or conflicting issues.

352.15. —— Uncertain, ambiguous and unexplained issues.

352.16. —— Misleading and confusing issues.

352.17. —— Informing jury as to effect of answers.

352.18. —— Completeness and conclusiveness.

352.19. —— Reference to pleadings.

352.20. —— Dependency on other issues.

352.21. —— Repetition and undue emphasis.

352.50. Assent of required number of jurors.

IX. **VERDICT.**(Cont'd)

353. Amendment or modification of interrogatories.

354. Withdrawal of interrogatories.

355. Sufficiency of verdict or findings in general.

(1). In general.

(2). Definiteness and certainty.

(3). Ultimate and evidentiary facts and conclusions.

356. Failure to answer interrogatories or make findings.

(1). In general.

(2). Inferences from facts found and reference to pleadings or evidence.

(3). Nature of action or issue.

(4). Issues not supported by pleadings and evidence.

(5). Immaterial, inconclusive, and uncontroverted facts or issues.

(6). Adverse or negative findings and disagreement by jury.

(7). Motions and duty of court to require proper answer or findings.

357. Responsiveness of findings.

358. Inconsistent findings.

359. Findings inconsistent with general verdict.

(1). In general.

(2). Remedies and proceedings to determine consistency in general.

360. Surplusage.

361. Defects and errors.

362. Amendment or correction of findings.

363. Venire de novo.

(1). In general.

(2). Grounds.

365. Construction and operation.

365.1. —— In general.

(1). Construction and operation in general.

(2). Liberal or strict construction.

(3). Construction in connection with other matters.

(4). Nature of action or issue in general.

(5). Contracts.

(6). Negligence and personal injuries in general.

TR-0044536

**IX. VERDICT.**(Cont'd)

(7). Automobile cases.
(8). Carriers;  railroads.
365.2. —— Construction as a whole.
365.3. —— Effect as evidence and conclusiveness.
365.4. —— Effect as general verdict or finding.
366. Objections and exceptions.

**X. TRIAL BY COURT.**

**(A) HEARING AND DETERMINATION OF CAUSE.**

367. Power and duty of court in general.
368. Submission of cause on stipulation or agreed statement.
369. Trial of special issues by jury.
370. —— In general.
    (1). In general.
    (2). Authority and discretion of court in general.
    (3). Issues to be submitted.
371. —— Framing and settlement of issues.
373. —— Instructions.
374. —— Verdict.
    (1). In general.
    (2). Conclusiveness.
375. View or inspection by judge.
376. Reception of evidence.
377. —— In general.
    (1). In general.
    (2). Reception after submission of cause.
378. —— Objections and exceptions.
379. —— Effect of error in admission of evidence.
380. —— Effect of error in exclusion of evidence.
381. Rulings on weight and sufficiency of evidence.
382. —— In general.
383. —— Demurrer to evidence.
384. —— Dismissal or nonsuit.
385. —— Objections and exceptions.
386. Declarations of law.
    (1). In general.
    (2). Necessity.
    (3). Applicability to pleadings and evidence.

**X. TRIAL BY COURT.**(Cont'd)

    (4). Requests of parties and rulings thereon.
387. Decision.
    (1). In general.
    (2). Time for rendition and filing.
    (3). Duty to determine all the issues.

**(B) FINDINGS OF FACT AND CONCLUSIONS OF LAW.**

388. Duty to make in general.
    (1). In general.
    (2). Actions and proceedings in which necessary.
    (3). Dismissal or nonsuit.
    (4). Matters admitted by pleading or statement of facts.
    (5). Findings on court's own motion.
389. Waiver.
390. Time for making findings.
391. Facts and conclusions to be found.
392. Requests for findings.
    (.5). In general.
    (1). Necessity for request.
    (2). Time for making request.
    (3). Form and requisites of request.
    (4). Ruling on request.
393. Preparation and form in general.
    (1). In general.
    (2). Preparation by or for court.
    (3). Reduction to writing.
    (4). Setting out evidence.
394. Separate statement of facts and law.
    (1). In general.
    (2). Requests for separate statement.
    (3). Form and sufficiency of statement.
395. Sufficiency in general.
    (1). In general.
    (2). Definiteness and certainty.
    (3). General or specific findings or conclusions.
    (4). Extrinsic facts or papers and inferences from facts stated.
    (5). Ultimate or evidentiary facts.
    (6). References to pleadings and evidence.
    (7). Conclusions of law.
    (8). Signature of judge.
    (9). Findings as to immaterial matters.

TR-0044537

**388. TRIAL**

### X. TRIAL BY COURT.(Cont'd)

396. Conformity to pleadings, issues, and proofs.
  (1). In general.
  (2). Findings on issues not raised by pleadings or evidence.
  (3). Scope of issues raised by pleadings.
  (4). Facts and evidence in general.
  (5). Evidence improperly admitted or admitted without objection.
  (6). Immaterial facts or issues.
  (7). Matters admitted or not denied.
397. Failure to find on particular questions.
  (1). In general.
  (2). Findings sufficient to sustain judgment.
  (3). Issues not raised by pleadings.
  (4). Issues not supported by evidence.
  (5). Immaterial issues.
  (6). Effect of burden of proof, and presumption as to negative findings.
398. Inconsistent findings and conclusions.
399. Defects and errors.
400. Amendment or correction.
  (1). In general.
  (2). Remedies of parties, and proceedings.
401. Additional findings.
402. Venire de novo.
403. Filing and record.
404. Construction and operation.
  (1). In general.
  (2). Finding of fact or conclusion of law.
  (3). Ultimate or evidentiary facts.
  (4). General or special findings.
  (5). Conclusiveness and effect in general.
  (6). Effect as verdict.
405. Objections and exceptions.
  (.5). In general.
  (1). Necessity, nature, and effect.
  (2). Time for making objection or exception.
  (3). Form and sufficiency of objections and exceptions.

### XI. WAIVER AND CORRECTION OF IRREGULARITIES AND ERRORS.

406. Defects and objections which may be waived or cured in general.
408. Irregularities in preliminary proceedings.
409. Irregularities in conduct of trial.
410. Rulings as to admissibility of evidence.
411. —— In general.
412. —— Admission.
413. —— Exclusion.
414. —— Striking out.
415. Misconduct of counsel.
416. Rulings as to weight and sufficiency of evidence.
417. —— In general.
418. —— Demurrer to evidence.
419. —— Dismissal or nonsuit.
420. —— Direction of verdict.
421. Instructions to jury.
421.1. —— In general.
423. —— Instructions given.
424. —— Failure or refusal to instruct.
425. Misconduct of or affecting jury.
426. Verdict.
427. Findings by court.

---

## 390. TRUSTS

### SUBJECTS INCLUDED

Estates in property, the legal title or power of disposition of which is held by one or more persons, wholly or in part for the use of another or others, under an equitable obligation, express or implied, resting upon such person or persons by reason of confidence reposed in him or them, to convey, apply, or deal with such property or its profits at the will or for the benefit of such other person or persons according to the confidence so reposed

Nature and incidents of such estates

Rights, powers, duties, and liabilities of persons creating such trusts, of trustees, and of cestuis que trust or beneficiaries in general

TR-0044538

Judicial protection and control of trust property and trustees

Remedies and proceedings relating thereto

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Business trusts, including Massachusetts trusts and real estate investment trusts, see CORPORATIONS AND BUSINESS ORGANIZATIONS XV(D)

Charitable uses, see CHARITIES

Fiduciary relation in general, and particular fiduciary personal relations, see FRAUD, GUARDIAN AND WARD, ATTORNEYS AND LEGAL SERVICES, EXECUTORS AND ADMINISTRATORS, and other specific topics

Particular classes of persons, rights and liabilities in respect of trusts, see INFANTS and other specific topics

Perpetuities, restrictions on creation of, or of trusts for accumulation, see PERPETUITIES

Security for debt, conveyances in trust as—

General creditors, see CREDITORS' REMEDIES

Particular debts, see CHATTEL MORTGAGES, MORTGAGES AND DEEDS OF TRUST, SECURED TRANSACTIONS

Trade combinations, pools, etc., see ANTITRUST AND TRADE REGULATION, CONTRACTS, CONSPIRACY

Usufruct, see PROPERTY

Validity and construction of particular—

Deeds, see REAL PROPERTY CONVEYANCES

Marriage settlements, see MARRIAGE AND COHABITATION

Testamentary provisions, see WILLS

———

I. CREATION, EXISTENCE, AND VALIDITY, ☞1–111.
  (A) EXPRESS TRUSTS, ☞1–61.5.
  (B) RESULTING TRUSTS, ☞62–90.
  (C) CONSTRUCTIVE TRUSTS, ☞91–111.
II. CONSTRUCTION AND OPERATION, ☞112–154.
  (A) IN GENERAL, ☞112–128.

II. CONSTRUCTION AND OPERATION —Cont'd
  (B) ESTATE OR INTEREST OF TRUSTEE AND OF CESTUI QUE TRUST, ☞129–154.
III. APPOINTMENT, QUALIFICATION, AND TENURE OF TRUSTEE, ☞155–170.
IV. MANAGEMENT AND DISPOSAL OF TRUST PROPERTY, ☞171–269.
V. EXECUTION OF TRUST BY TRUSTEE OR BY COURT, ☞270–288.
VI. ACCOUNTING AND COMPENSATION OF TRUSTEE, ☞289–333.
VII. ESTABLISHMENT AND ENFORCEMENT OF TRUST, ☞334–377.
  (A) RIGHTS OF CESTUI QUE TRUST AS AGAINST TRUSTEE, ☞334–348.
  (B) RIGHT TO FOLLOW TRUST PROPERTY OR PROCEEDS THEREOF, ☞349–358.
  (C) ACTIONS, ☞359–377.
VIII. LIABILITIES ON TRUSTEES' BONDS, ☞378–387.

**I. CREATION, EXISTENCE, AND VALIDITY.**

**(A) EXPRESS TRUSTS.**

1. Nature and essentials of trusts.
2. What law governs.
3. Constitutional and statutory provisions.
4. —— In general.
5. —— Abolition of uses and trusts other than those expressly authorized.
6. —— Adoption or re-enactment of statute of uses.
7. —— Construction and operation of provisions authorizing trusts in general.
8. Persons who may create trusts.
9. Persons for whose benefit trusts may be created.
10. Property which may be subject of trusts.
11. Purposes for which trusts may be created.
  (1). In general.
  (2). To sell and convey real estate.
  (3). Collection and distribution of rents and profits.
12. Validity of spendthrift trusts.
13. Consideration.
14. Trusts taking effect in future.
15. Limitation of use upon use, or of trust upon trust.
16. Invalid trusts valid as powers.

## 390. TRUSTS

**I. CREATION, EXISTENCE, AND VALIDITY.(Cont'd)**

17. Validity of oral trusts, and requirement of statute of frauds.
    (1). In general.
    (2). Trusts in personalty.
    (3). Trusts in lands in general.
    (4). Agreement to hold in trust.
    (5). Agreement to reconvey.
    (6). Agreement as to lands to be purchased.
    (7). Trusts in proceeds of sales.
    (8). Execution or part performance of trust.
19. Written instruments creating or declaring trusts.
19.1. —— In general.
20. —— Nature and requisites in general.
21. —— Form and contents.
    (1). In general.
    (2). Certainty.
22. —— Execution and delivery.
23. —— Recording and registration.
24. Sufficiency of language used.
25. —— In general.
    (1). In general.
    (2). Recitals as to consideration for conveyance.
    (3). Reservations, conditions, and other limitations in conveyances.
26. —— Grants of authority involving trust.
27. —— Provisions for maintenance.
28. —— Spendthrift trusts.
29. —— Precatory words.
30. Covenants to stand seised to uses, and deeds operating as such covenants.
30.5. Transactions creating or operating as trusts in general.
    (1). In general.
    (2). Transactions between persons in confidential relations.
31. Transfer of legal title.
33. Delivery of money or other personal property.
34. Deposit of money in bank.
    (1). In general.
    (2). Acts and declarations showing intent of depositor.
    (3). Retention or delivery of passbook or certificate.

**I. CREATION, EXISTENCE, AND VALIDITY.(Cont'd)**

    (4). Subsequent withdrawals.
35. Agreements to hold or convey to use of another.
    (1). In general.
    (2). Agreement to hold for joint use or benefit of holder of legal title and others.
    (3). Agreements between testator and devisees or legatees.
    (4). Agreement to reconvey.
36. Devise or bequest to use of another.
37. Life insurance payable to another.
37.5. Necessity and sufficiency of delivery of property.
38. Acceptance by trustee.
39. Acceptance by cestui que trust.
40. Evidence to establish trust.
40.1. —— In general.
41. —— Presumptions and burden of proof.
42. —— Admissibility in general.
43. —— Parol evidence.
    (1). In general.
    (2). Contradicting, varying, or adding to instrument creating trust.
    (3). Intention of parties to absolute conveyance, transfer, or devise.
44. —— Weight and sufficiency.
    (1). In general.
    (2). Evidence to charge grantee or assignee as trustee.
    (3). Degree of proof.
45. Validity.
46. —— In general.
47. —— Mistake.
48. —— Fraud.
49. —— Undue influence.
50. —— Duress.
51. —— Illegality of provisions.
52. Partial invalidity.
53. Estoppel or waiver as to defects or objections.
54. Ratification of defective or invalid trust.
55. Right to contest validity of trust.
56. Cancellation for invalidity.
57. Reformation.
58. Modification.
59. Revocation.
    (1). In general.

TR-0044540

**I. CREATION, EXISTENCE, AND VALIDITY.(Cont'd)**

    (2). Conditions or reservations in instrument creating trust.

    (3). Inclusion or omission of reservation as affecting validity of trust.

    (4). Mode of revocation.

60. Duration.

61. Termination.

    (.5). In general.

    (1). By decree of court.

    (2). By death of parties.

    (3). By acts, agreements, and conveyances.

    (4). Effect.

    (5). Revival.

61.5. Effect of invalidity.

**(B) RESULTING TRUSTS.**

62. Nature of resulting trust.

62.5. What law governs.

63. Constitutional and statutory provisions.

63.5. Effect of statute of frauds and statutes prohibiting parol trusts.

63.9. Creation and existence in general.

64. Failure or defect in creation, operation or execution of express trust.

65. —— In general.

66. —— Ineffective declaration of trust, conveyance, or devise.

67. —— Residue or surplus not included in trust or not required for execution thereof.

68. —— Failure, lapse, or other extinguishment of trust.

69. Voluntary conveyance to grantee not entitled to take beneficial interest.

70. Intention of grantee to hold for or convey to another.

71. Payment of consideration for conveyance to another.

72. —— In general.

73. —— Property subject of trust.

74. —— Nature of sale and conveyance.

75. —— Nature of consideration.

76. —— Source of consideration.

77. —— Time of payment.

78. —— Mode and sufficiency of payment.

79. —— Part payment.

80. —— Purpose of payment in general.

**I. CREATION, EXISTENCE, AND VALIDITY.(Cont'd)**

81. —— Relationship between parties.

    (1). In general.

    (2). Husband and wife.

    (3). Payment with joint funds of husband and wife.

    (4). Parent and child.

82. —— Payment as gift or advancement.

83. Payment of purchase money on purchase of land.

84. Payment of fiduciary funds for conveyance to person holding fiduciary relation.

85. Evidence to establish trust.

85.1. —— In general.

86. —— Presumptions and burden of proof.

87. —— Admissibility in general.

88. —— Parol evidence.

89. —— Weight and sufficiency.

    (1). In general.

    (2). Payment or ownership of money.

    (3). Purpose of payment.

    (4). Agreements, admissions, and declarations.

    (5). Degree of proof required.

90. Questions for jury.

**(C) CONSTRUCTIVE TRUSTS.**

91. Nature of constructive trust.

92. Constitutional and statutory provisions.

92.5. Statute of frauds and statutes prohibiting parol trusts.

93. Mistake in conveyance.

94. Invalidity or rescission of conveyance or transfer.

94.5. Fraud in general.

95. Fraud or other wrong in acquisition of property in general.

96. Breach of oral agreement to hold in trust or reconvey land voluntarily conveyed.

97. Fraud or undue influence in procuring or preventing devise or bequest.

98. Breach of oral agreement as to lands to be purchased.

99. —— In general.

100. —— Judicial sale.

101. Breach of contract of agency or employment.

TR-0044541

## 390. TRUSTS

### I. CREATION, EXISTENCE, AND VALIDITY.(Cont'd)

102. Breach of duty by person in fiduciary relation in general.
    (1). In general.
    (2). Executors, administrators, and guardians.
103. Contracts and transactions between persons in confidential relations.
    (1). In general.
    (2). Family relation in general.
    (3). Husband and wife.
    (4). Attorney and client.
    (5). Partners.
104. Wrongful assumption of control of property.
105. Wrongful disposition of property.
106. Evidence to establish trust.
106.1. —— In general.
107. —— Presumptions and burden of proof.
108. —— Admissibility in general.
109. —— Parol evidence.
110. —— Weight and sufficiency.
111. Questions for jury.

### II. CONSTRUCTION AND OPERATION.

#### (A) IN GENERAL.

112. Application of general rules of construction.
113. What law governs.
114. Trusts executed or executory.
117. Construing instruments together.
118. Extrinsic circumstances.
119. Evidence to aid construction.
121. Parties.
121.1. —— In general.
122. —— Settlors or creators of trusts.
123. —— Trustees.
124. —— Cestuis que trust.
125. Property included.
126. Capital and income.
127. Purposes of trust.
128. Priority between declarations of trust.

#### (B) ESTATE OR INTEREST OF TRUSTEE AND OF CESTUI QUE TRUST.

129. Nature of estate in trust.
130. Statutory provisions.
130.5. Omission of words of inheritance.

### II. CONSTRUCTION AND OPERATION.(Cont'd)

131. Operation of statute of uses to execute trusts in general.
132. Legal estate under invalid use or trust vesting in person entitled to use or beneficial interest.
133. Extent of estate or interest of trustee.
134. —— In general.
135. —— Active trusts.
136. —— Passive trusts.
136.5. —— Rights and remedies of creditors of trustee.
137. Estoppel of trustee as to title of creator of trust.
138. Adverse possession of trustee.
139. Extent of estate or interest of cestui que trust.
139.1. —— In general.
140. —— Express trusts in general.
    (1). In general.
    (2). Conditions and limitations in general.
    (3). Estate or interest of remaindermen.
141. —— Spendthrift trusts.
142. —— Resulting trusts.
143. —— Constructive trusts.
144. Estoppel of cestui que trust as to title of trustee.
145. Mutual rights and liabilities of cestuis que trust.
146. Transfer of estate or interest of cestui que trust.
146.1. —— In general.
147. —— Express trusts in general.
    (1). In general.
    (2). Mortgage or pledge.
148. —— Restraints on anticipation of income.
149. —— Implied trusts.
150. Rights and remedies of creditors of cestui que trust.
151. —— In general.
151.1. —— Trust property in general.
151.2. —— Rents, profits, accumulations and surplus.
151.3. —— Proceedings.
152. —— Spendthrift trusts.

1886

**II. CONSTRUCTION AND OPERATION.**(Cont'd)

153. Interest remaining in settlor or creator of trust.
154. Merger of estates.

**III. APPOINTMENT, QUALIFICATION, AND TENURE OF TRUSTEE.**

155. Designation by creator of trust.
156. Executors as trustees.
157. Appointment by other trustees or by cestui que trust.
158. Jurisdiction of courts.
159. Qualifications of trustee.
160. Judicial appointment.
    (1). In general.
    (2). Want of trustee.
    (3). Proceedings.
161. Bond.
162. Resignation and discharge.
163. Disqualification.
164. Removal.
164.1. —— In general.
165. —— Power to remove.
166. —— Grounds.
    (1). In general.
    (2). Mismanagement or misconduct in execution of trust.
167. —— Proceedings.
168. Death and survivorship.
169. Appointment and succession of new trustee.
    (1). In general.
    (2). Provisions of instrument creating trust.
    (3). Proceedings.
170. Intermeddling with trust estate and trustees de son tort.

**IV. MANAGEMENT AND DISPOSAL OF TRUST PROPERTY.**

171. Authority of trustee in general.
172. Limitations of authority imposed in creation of trust.
173. Representation of cestui que trust by trustee.
176. Delegation of powers and duties.
177. Supervision and discretionary powers.
178. Instructions of court.
179. Diligence and good faith of trustee.
181. Collection of outstanding property.

**IV. MANAGEMENT AND DISPOSAL OF TRUST PROPERTY.**(Cont'd)

    (1). In general.
    (2). Release or compromise of demands.
182. Possession, use, and care of property.
183. Rents and profits.
184. Repairs and improvements.
186. Leaseholds.
187. Charges on and claims against property.
188. Sale and conveyance.
188.1. —— In general.
189. —— Authority and duty in general.
190. —— Statutory provisions.
191. —— Power of sale in instrument creating trust.
    (1). In general.
    (2). Provisions implying power of sale.
    (3). Exercise of power in general.
192. —— Consent of cestui que trust.
193. —— Compelling sale under power.
193.5. —— Authority of court and grounds for ordering sale.
194. —— Proceedings for order of court for sale.
195. —— Time, manner, and conduct of sale.
196. —— Terms and conditions of sale.
197. —— Validity of sale.
198. —— Purchase by trustee.
199. —— Purchase by cestui que trust.
200. —— Conveyance and delivery of property.
    (.5). In general.
    (1). Conveyance.
    (2). Confirmation by court.
201. —— Payment or recovery of purchase money.
202. —— Application of proceeds.
203. —— Rights and title of purchasers.
204. —— Setting aside.
205. Lease.
206. Mortgage or pledge.
    (.5). In general.
    (1). Power to mortgage or pledge.
    (2). Mortgage under order of court.
    (3). Purpose of mortgage.
    (4). Misapplication of proceeds.
    (5). Property included.

TR-0044543

**390. TRUSTS**

IV. MANAGEMENT AND DISPOSAL
OF TRUST PROPERTY.(Cont'd)

(6). Form, requisites, and validity.
(7). Consent of cestui que trust, and estoppel to make objection.
207. Indorsement and transfer of bills, notes, and securities.
208. Assignment and transfer of rights of action.
209. Contracts.
210. —— In general.
211. —— Services.
212. —— Borrowing money.
213. —— Bills and notes.
215. Property acquired by trustee.
216. Investments.
217.1. —— In general.
217.2. —— Place of investment.
217.3. —— Nature of investment or security in general.
    (1). In general.
    (2). Directions of settlor.
    (3). Effect of statutes.
    (4). Non-legal securities.
    (5). Prudent investor rule.
    (6). Income and diversification.
    (7). Particular investments.
    (8). Participations and common trust funds.
    (9). Retention or reinvestment.
217.4. —— Corporate stocks and bonds.
217.5. —— Incumbered property.
218. —— Loss or depreciation.
    (1). In general.
    (2). Consent of cestui que trust, and estoppel to charge trustee with loss.
219. Interest on funds of estate.
    (1). In general.
    (2). Rate, time, and computation.
220. Dedication of property to public use.
221. Deposits.
222. Loans.
223. Gifts.
224. Expenditures.
225. —— In general.
226. —— Taxes and assessments.
227. —— Counsel fees and costs.
228. Submission to arbitration.

IV. MANAGEMENT AND DISPOSAL
OF TRUST PROPERTY.(Cont'd)

229. Confession of judgment.
230. Estoppel.
231. Individual interest in transactions.
    (1). In general.
    (2). Purchase of property in general.
    (3). Purchase of adverse title or claim.
232. Fraud.
233. Waste, conversion, or embezzlement by trustee.
234. Loss of property.
235. Torts.
236. Reimbursement and indemnity to trustee.
237. Ratification of unauthorized acts.
238. Cotrustees.
238.1. —— In general.
239. —— Joint or several authority.
240. —— Joint or several liability.
241. —— Acting trustee.
242. —— Surviving trustee.
243. Successive trustees.
244. Representatives of deceased trustees.
245. Actions between, by, or against trustees.
245.1. —— In general.
246. —— Capacity of trustee to sue and be sued in general.
247. —— Right of action by beneficiary.
248. —— Rights of action and defenses between cotrustees.
249. —— Rights of action by trustees.
250. —— Rights of action against trustees.
251. —— Defenses against trustees in general.
252. —— Defenses by trustees in general.
253. —— Set-off and counterclaim.
254. —— Jurisdiction.
256. —— Time to sue and limitations.
    *See also LIMITATION OF ACTIONS.*
257. —— Parties.
258. —— Joinder or intervention in actions by others.
259. —— Termination of trust or removal or death of trustee pending action.
260. —— Process and appearance.
261. —— Pleading.
262. —— Evidence.
263. —— Trial.
265. —— Judgment and relief.

TR-0044544

**IV. MANAGEMENT AND DISPOSAL OF TRUST PROPERTY.**(Cont'd)

266. —— Execution and enforcement of judgment.
267. —— Appeal and error.
268. —— Costs.
269. —— Conduct of action or defense.

**V. EXECUTION OF TRUST BY TRUSTEE OR BY COURT.**

270. Duty of trustee in general.
271. Rights and powers of trustee.
271.5. Instructions of court.
272. Distinction between capital and income.
272.1. —— In general.
272.2. —— Profits on sale of property.
272.3. —— Dividends, rights, and additional stock.
    (1). In general.
    (2). Earnings or capital as source; wasting assets corporations.
    (3). Time earned, declared, or paid; undeclared earnings.
    (4). Extraordinary dividends.
    (5). Subscription rights and other non-cash distributions in general.
    (6). Stock splits and stock dividends.
    (6.1). —— In general.
    (7). —— Earnings or capital as source, and time of accrual of earnings.
    (8). —— Capitalization of surplus.
    (9). —— Shares or securities of other corporations.
    (10). —— Directions of settlor.
    (11). —— Merger, reorganization, divestiture, or liquidation, distributions pursuant to.
273. Right to income and accumulations.
273.5. Right to principal or legal estate.
274. Adjustment and apportionment of expenses or losses.
    (1). In general.
    (2). Taxes, incumbrances, insurance, and repairs.
    (3). Compensation of trustees and attorneys and cost of administration.
    (4). Premiums and commissions on investments.

**V. EXECUTION OF TRUST BY TRUSTEE OR BY COURT.**(Cont'd)

275. Reservation of funds to meet contingencies.
276. Expenditure of principal.
277. Advances by trustee.
278. Sufficiency of execution of trust in general.
279. Execution of powers in trust.
280. Payment or distribution of income or accumulations in general.
281. Payment of annuities.
282. Payment or distribution of proceeds of trust property.
283. Transactions between trustee and cestui que trust in general.
    (1). In general.
    (2). Purchase of trust property by trustee.
284. Conveyance of trust property to cestui que trust.
285. Unauthorized advancements.
286. Reconveyance of trust property to settlor or creator of trust.
287. Execution of trust devolving on court.
288. Setting aside unauthorized acts and agreements.

**VI. ACCOUNTING AND COMPENSATION OF TRUSTEE.**

289. Duty to account in general.
291. Who entitled to require accounting.
292. Who liable to account in general.
293. Cotrustees.
294. Successors and representatives.
295. Property to be included.
296. Release from liability.
297. Nature and form of proceeding for accounting.
298. Jurisdiction of courts.
299. Proceedings for intermediate or partial accounting.
299.1. —— In general.
300. —— By trustee.
301. —— Compelling accounting.
302. Proceedings for final settlement.
302.1. —— In general.
303. —— By trustee.
304. —— Compelling accounting.
305. Actions for accounting.

TR-0044545

**390. TRUSTS**

**VI. ACCOUNTING AND COMPENSATION OF TRUSTEE.**(Cont'd)

306. Order or interlocutory judgment or decree to account.
307. Charges.
308. —— In general.
309. —— Interest.
310. Credits.
311. —— In general.
312. —— Expenses and disbursements.
313. —— Counsel fees and costs.
314. Compensation.
315. —— In general.
    (1). In general.
    (2). Amount.
    (3). Allowance and recovery.
316. —— Commissions.
    (1). In general.
    (2). Amount and computation.
317. —— Extra allowances.
318. —— Cotrustees.
319. —— Successive trustees.
320. —— Lien.
321. —— Forfeiture or deprivation.
322. Form and requisites of account.
323. Vouchers and proof of payment.
324. Objections and exceptions to account.
325. Evidence.
326. Hearing or reference.
327. Judgment or decree.
328. Opening or vacating.
329. Review.
330. Costs and expenses.
331. Operation and effect of accounting.
332. Private accounting and settlement.
333. Actions to open or set aside settlement.

**VII. ESTABLISHMENT AND ENFORCEMENT OF TRUST.**

**(A) RIGHTS OF CESTUI QUE TRUST AS AGAINST TRUSTEE.**

334. Establishment of existence of trust.
336. Enforcing performance of duties of trust.
337. Setting aside wrongful acts of trustee.
338. Reimbursement of advances and expenditures made by cestui que trust.
339. Personal liability of trustee for violation of trust.
340. Lien on property of trustee.

**VII. ESTABLISHMENT AND ENFORCEMENT OF TRUST.**(Cont'd)

341. Insolvency of trustee.
342. Priorities of cestui que trust and trustee's creditors.
343. Estoppel or waiver.
344. Persons entitled to enforce trust.
344.1. —— In general.
345. —— Express trusts.
346. —— Resulting trusts.
347. —— Constructive trusts.
348. Persons against whom trust may be enforced.

**(B) RIGHT TO FOLLOW TRUST PROPERTY OR PROCEEDS THEREOF.**

349. Nature and grounds of right.
350. Election of remedy.
351. Trust property or funds mingled with property or funds of trustee.
352. —— In general.
353. —— Effect of insolvency of trustee.
354. Proceeds of trust property in hands of trustee.
355. Trust property transferred to third persons.
356. —— In general.
    (1). In general.
    (2). Payment, loan, or deposit of funds.
357. —— Purchasers in good faith.
    (1). In general.
    (2). Notice.
    (3). Consideration.
358. Identification of property.
    (1). In general.
    (2). Effect of payments or withdrawals from commingled funds.

**(C) ACTIONS.**

359. Nature and form of remedy.
    (1). In general.
    (2). Equity jurisdiction in general.
    (3). Remedy at law.
360. Grounds of action.
361. Conditions precedent.
362. Defenses.
363. Jurisdiction.
364. Venue.

TR-0044546

**391. TURNPIKES AND TOLL ROADS**

**VII. ESTABLISHMENT AND ENFORCEMENT OF TRUST.**(Cont'd)

365. Time to sue, limitations, and laches.
    (1). In general.
       *See also LIMITATION OF ACTIONS.*
    (2). Laches in general.
    (3). Repudiation or violation of trust, and knowledge of beneficiary as affecting laches.
    (4). Resulting trusts.
    (5). Constructive trusts.
366. Parties.
    (.5). In general.
    (1). Necessary and proper parties in general.
    (2). Complainants.
    (3). Defendants.
    (4). Intervention.
367. Process and appearance.
368. Injunction.
369. Receiver or deposit in court.
370. Discovery.
371. Pleading.
    (.5). In general.
    (1). Bill, complaint, or petition in general.
    (2). Allegations as to creation and existence of trust.
    (3). Allegations as to violation of trust.
    (4). Allegations as to conditions precedent.
    (5). Answer.
    (6). Cross-bill.
    (6.5). Demurrer.
    (7). Amendments.
    (8). Issues, proof, and variance.
372. Evidence.
    (.5). In general.
    (1). Presumptions and burden of proof.
    (2). Admissibility.
    (3). Weight and sufficiency.
373. Trial or hearing.
374. Scope and extent of relief.
375. Judgment or decree and enforcement thereof.
    (1). In general.
    (2). Enforcement.
376. Appeal.
377. Costs.

**VIII. LIABILITIES ON TRUSTEES' BONDS.**

378. Nature and extent in general.
379. Property covered.
380. Functions and acts covered.
382. Discharge of sureties.
383. Breach or fulfillment of conditions.
384. Necessity of accounting and default by principal.
385. Conclusiveness of adjudication against principal.
386. Summary remedies.
387. Actions.

---

**391. TURNPIKES AND TOLL ROADS**

**SUBJECTS INCLUDED**

Construction, maintenance, regulation and use of roads for passage over which tolls are taken

Organization, franchises and powers of companies formed to construct and maintain such roads

Establishment thereof by public authorities

Rights, duties and liabilities of such companies or authorities, as to the public and as to individuals, in respect of management and operation of their roads

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Automobiles, injuries in operation or use of toll roads or resulting from defects or obstructions therein, see AUTOMOBILES

Corporations, matters applicable to in general, see CORPORATIONS AND BUSINESS ORGANIZATIONS

Eminent domain, exercise of power, see EMINENT DOMAIN

Highways in general, see HIGHWAYS

Municipalities' powers to aid toll roads and liabilities incurred by them for that purpose, see MUNICIPAL CORPORATIONS

Taxation of toll roads, see TAXATION

Toll bridges, see BRIDGES

TR-0044547

## 391. TURNPIKES AND TOLL ROADS

I. ESTABLISHMENT, CONSTRUCTION, AND MAINTENANCE, ⟺1–32.
II. REGULATION AND USE FOR TRAVEL, ⟺33–51.

### I. ESTABLISHMENT, CONSTRUCTION, AND MAINTENANCE.

1. Right to establish and maintain in general.
2. Character of road as highway.
3. Constitutional and statutory provisions.
4. Establishment by public authorities.
5. Turnpike and toll-road companies.
5.1. —— In general.
6. —— Incorporation and organization.
7. —— Capital, stock, and stockholders.
8. —— Officers and agents.
9. —— Franchises, privileges, and powers.
10. —— Public aid.
11. Amendment or revocation of charters.
12. Location.
13. —— In general.
14. —— Use of highway or other road.
15. Right of way and other interests in land.
16. Rights of abutting owners.
17. Construction.
18. Maintenance and repair.
19. —— In general.
20. —— Supervision and enforcement by public authorities.
21. Injuries from construction or maintenance.
22. Penalties for failure to construct or maintain.
23. Sale and transfer of road.
24. Mortgages.
25. Acquisition of road by public authorities.
26. Injuries to road or other property.
26.5. Actions by or against companies in general.
27. Insolvency and receivers.
28. Reorganization and consolidation of companies.
29. Abandonment of road or franchise.
30. Duration and termination of charter or franchise.
31. Forfeiture of franchise and dissolution.
32. Offenses incident to construction and maintenance.

### II. REGULATION AND USE FOR TRAVEL.

33. Power to control and regulate.
34. Statutory and municipal regulations.
35. Licenses and taxes.
36. Mode and purposes of use.
37. Tolls.
37.1. —— In general.
38. —— Right to exact.
39. —— Liability to pay.
40. —— Exemptions.
    (1). In general.
    (2). Contracts for exemption.
41. —— Rate and amount.
42. —— Tollgates and tollhouses.
43. —— Collection and enforcement.
44. Liabilities for injuries.
44.1. —— In general.
45. —— Nature and grounds in general.
46. —— Defects or obstructions causing injury.
47. —— Notice of defects or obstructions.
48. —— Contributory negligence.
49. Actions for injuries.
50. Penalties for violations of regulations.
51. Offenses incident to travel.

---

## 392. UNDERTAKINGS

### SUBJECTS INCLUDED

Promises in writing, not under seal, given as security for performance of some particular act required in a judicial proceeding

Nature, requisites, validity, construction, operation and effect of such instruments in general

Breach of undertakings

Proceedings to enforce liabilities of sureties

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Bonds under seal, see BONDS

Particular proceedings, undertakings incident to, see ARREST, BAIL, CREDITORS' REMEDIES, and other specific topics

TR-0044548

392T. UNEMPLOYMENT COMPENSATION

Recognizances entered into of record, see
RECOGNIZANCES

1. Nature and essentials in general.
2. Requisites and validity.
3. Construction and operation.
6. Extent of liability.
8. Actions.

_____

## 392T. UNEMPLOYMENT COMPENSATION

### SUBJECTS INCLUDED

Covered employment relationships

Persons entitled to compensation

Proceedings for determination of entitlement
to compensation and review thereof

Payment, amount and period of compensation

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Disability insurance, see INSURANCE

Employee pension and benefit plans, see LA-
BOR AND EMPLOYMENT

Employment relationships in general, rights
and duties incident thereto, and disputes
involving, see LABOR AND EMPLOY-
MENT

Federal and state disability assistance and
benefits, see SOCIAL SECURITY, PUB-
LIC ASSISTANCE

Federal and state old age assistance and ben-
efits, see SOCIAL SECURITY, PUBLIC
ASSISTANCE

Government employment, rights and duties
incident thereto, and disputes involving, see
COUNTIES, MUNICIPAL CORPORA-
TIONS, PUBLIC EMPLOYMENT,
STATES, TOWNS, UNITED STATES,
and other specific topics

Taxation of employers for unemployment
compensation, see INTERNAL REVE-
NUE, TAXATION

Workers' compensation, see WORKERS'
COMPENSATION

I. IN GENERAL, ⪯1–14.
II. EMPLOYMENTS, EMPLOYEES, AND
EMPLOYERS COVERED, ⪯15–39.
III. RIGHT TO COMPENSATION IN
GENERAL, ⪯40–59.
IV. CAUSE OF UNEMPLOYMENT,
⪯60–179.
   (A) IN GENERAL, ⪯60–64.
   (B) FAULT OR MISCONDUCT,
⪯65–99.
   (C) VOLUNTARY ABANDONMENT
OF EMPLOYMENT, ⪯100–149.
   (D) LABOR OR TRADE DISPUTES,
⪯150–179.
V. DUTY TO SEEK WORK, ⪯180–189.
VI. DUTY TO ACCEPT WORK,
⪯190–229.
VII. ADMINISTRATIVE OFFICERS AND
EMPLOYEES, ⪯230–249.
VIII. PROCEEDINGS, ⪯250–449.
   (A) IN GENERAL, ⪯250–269.
   (B) HEARING, ⪯270–309.
   (C) ADMINISTRATIVE REVIEW,
⪯310–339.
   (D) COSTS AND FEES, ⪯340–349.
   (E) MISCONDUCT IN COMPENSA-
TION PROCEEDINGS,
⪯350–359.
   (F) EVIDENCE IN GENERAL,
⪯360–399.
   (G) WEIGHT AND SUFFICIENCY OF
EVIDENCE, ⪯400–449.
IX. JUDICIAL REVIEW, ⪯450–519.
X. ACTIONS, ⪯520–529.
XI. INJUNCTIONS, ⪯530–539.
XII. COMPROMISE AND SETTLEMENT,
⪯540–549.
XIII. WAIVER AND ESTOPPEL,
⪯550–559.
XIV. FUNDS, ⪯560–569.
XV. AMOUNT OF COMPENSATION,
⪯570–579.
XVI. PERIOD OF COMPENSATION,
⪯580–589.
XVII. PAYMENT OF BENEFITS,
⪯590–594.
XVIII. ASSIGNABILITY OR TRANSFER
OF RIGHTS, ⪯595–599.
XIX. RECOVERY BACK OR RECOUP-
MENT OF BENEFITS, ⪯600–609.
XX. OFFENSES AND PENALTIES, ⪯610.

### I. IN GENERAL.

1. In general.
2. Purpose of unemployment compensation
in general.
3. Constitutional and statutory provisions.

1893

## 392T. UNEMPLOYMENT COMPENSATION

### I. IN GENERAL.(Cont'd)

4. —— In general.
5. —— Purpose and intent of provisions.
6. —— Construction of statutes.
   (1). In general.
   (2). Liberal or strict construction.
   (3). —— In general.
   (4). —— Disqualification in general.
   (5). —— Fault or misconduct.
   (6). —— Voluntary abandonment of employment.
7. —— Validity.
8. —— Retroactive application.
9. What law governs.
10. Preemption.

### II. EMPLOYMENTS, EMPLOYEES, AND EMPLOYERS COVERED.

15. In general.
16. Existence of employment relationship; services.
17. Compensation.
18. Place of employment.
19. Number of employees.
20. Simultaneous and successive employers.
21. Particular employments, employees, and employers.
22. —— In general.
23. —— Agriculture.
24. —— Charitable, religious, and nonprofit organizations.
25. —— Family relation between employee and employer.
26. —— Governmental employment.
27. —— Schools and colleges.
28. —— Independent contractors and their employees.
29. —— Independent trade or occupation.
30. —— Salespersons and brokers.
31. —— Seasonal employment.

### III. RIGHT TO COMPENSATION IN GENERAL.

40. In general.
41. Aliens.
42. Other income.
43. —— In general.
44. —— Vacation pay.
45. —— Dismissal, severance, or termination payments.

*Excludes income during labor disputes, see ☞171.*

46. —— Retirement benefits.
47. —— Workers' compensation benefits.
48. Existence of unemployment.
49. —— In general.
50. —— Part-time employment.
51. —— Self-employment; activity for or interest in business organization.
52. —— Vacations, holidays, and leaves of absence.
53. —— Seasonal employees.
54. —— School or college employees.

### IV. CAUSE OF UNEMPLOYMENT.

#### (A) IN GENERAL.

60. In general.
61. Discharge in general.
62. Retirement.

#### (B) FAULT OR MISCONDUCT.

65. In general.
66. Particular conduct or circumstances in general.
67. Violation of rules, disobedience, or insubordination in general.
68. —— In general.
69. —— Knowledge of rule or policy.
70. —— Reasonableness of rule, policy, or request.
71. Refusal or nonperformance of work assignments.
72. Off-duty misconduct in general.
73. Inability to obtain licensure or certification.
74. Inefficiency, incompetency, or unsatisfactory performance in general.
75. Negligence in general.
76. Sleeping during work hours.
77. Absence or tardiness.
78. —— In general.
79. —— Transportation difficulties.
80. —— Illness or chemical dependency.
81. —— Failure to notify employer of absence or tardiness.
82. Dishonest or criminal acts.
83. —— In general.
84. —— Conviction of crime in general.
85. —— Imprisonment.
86. —— Employment applications.
87. Violence at workplace.

TR-0044550

**392T. UNEMPLOYMENT COMPENSATION**

**IV. CAUSE OF UNEMPLOYMENT.**(Cont'd)

88. Alcohol or drug use or impairment.
89. —— In general.
90. —— Off-duty use or impairment.
91. —— On-duty use or impairment.
92. —— Failure of test.
93. Improper language;  threats.
94. Sexual misconduct.
95. Garnishments.

**(C) VOLUNTARY ABANDONMENT OF EMPLOYMENT.**

100. In general.
101. Good cause in general.
102. Provoking discharge.
103. Provoking resignation.
104. Personal reasons in general.
105. Moving to other areas in general.
106. Family obligations in general.
107. Marriage, and change of domicile caused thereby.
108. Change in location of spouse's employment.
109. Child care issues.
110. Care of ill relatives.
111. Illness or physical disability of employee.
112. Pregnancy.
113. Pursuit of education.
114. Pursuit of other employment.
115. Suspension or reduction of operations by employer.
116. —— In general.
117. —— Layoffs in general.
118. —— Early retirement.
119. Compensation and payment thereof.
120. Employee benefits.
121. Working conditions or assignments.
122. —— In general.
123. —— Reassignment, or change of duties or workload, in general.
124. —— Suitability of work in general.
125. —— Criticism by or problems with supervisor.
126. —— Discipline of employees.
127. —— Problems with co-workers.
128. —— Harassment.
129. —— Dangerousness of work;  safety issues.
130. Working hours.

**IV. CAUSE OF UNEMPLOYMENT.**(Cont'd)

131. —— In general.
132. —— Reduction or increase in number of hours worked in general.
133. —— Change in full-time or part-time status.
134. —— Change in time of employment, shift, or days worked.
135. —— Refusal of employer to accommodate employee's request for change.
136. Transportation issues.
137. —— In general.
138. —— Length of commute in general.
139. —— Employer's relocation of place of employment.

**(D) LABOR OR TRADE DISPUTES.**

150. In general.
151. Strikes and walk-outs in general.
152. Lock-outs in general.
153. Merits or motives of dispute.
154. Existence and duration of dispute.
155. Suspension or termination of employment by employer.
156. —— In general.
157. —— Employees not involved in labor dispute in general.
158. —— Employees involved in labor dispute.
  (1). In general.
  (2). Replacement of employees.
159. —— Shortage of work or materials.
160. Participation or interest in dispute.
161. —— In general.
162. —— Membership or non-membership in union.
163. Failure or refusal to cross picket lines.
164. —— In general.
165. —— Fear or violence.
166. Grade or class of employees affected.
167. Establishment or place where dispute exists.
168. —— In general.
169. —— Separate establishments.
170. Disputes not involving claimant's employer.
171. Subsequent employment and other income.
172. —— In general.
173. —— Strike benefits.

1895

TR-0044551

**392T. UNEMPLOYMENT COMPENSATION**

**IV. CAUSE OF UNEMPLOYMENT.**(Cont'd)

174. Resumption of operations;  re-employment.

**V. DUTY TO SEEK WORK.**

180. In general.
181. Efforts to obtain employment.
182. ——— In general.
183. ——— Registration requirements.
184. ——— Reporting requirements.
185. ——— Referral requirements.
186. ——— Interview requirements.

**VI. DUTY TO ACCEPT WORK.**

190. In general.
191. Cause for refusal in general.
192. Availability in general.
193. ——— In general.
194. ——— Availability of work.
195. ——— Availability of claimant.
196. Suitability in general.
197. Capability in general.
198. Length of unemployment, effect of.
199. Personal considerations in general.
200. Conditions and restrictions demanded by claimant, in general.
201. Knowledge, skill, or experience.
202. ——— In general.
203. ——— Usual work or occupation.
204. Labor disputes, work available due to.
205. Union membership considerations.
206. Physical condition and health.
207. ——— In general.
208. ——— Pregnancy.
209. ——— Age.
210. Retirees.
211. Students.
212. Temporary work.
213. ——— In general.
214. ——— Anticipated return to former employment.
215. Working hours.
216. ——— In general.
217. ——— Part-time work.
218. Transportation difficulties.
219. Location of work.
220. Compensation.
221. Offers from former employer.

**VI. DUTY TO ACCEPT WORK.**(Cont'd)

222. ——— In general.
223. ——— Suitability.

**VII. ADMINISTRATIVE OFFICERS AND EMPLOYEES.**

230. In general.
231. Boards, commissions, and offices, in general.
232. Officers and employees in general.
233. Powers in general.
234. Duties in general.
235. Jurisdiction in general.
236. Rules and regulations in general.
237. ——— In general.
238. ——— Adoption.
239. ——— Construction.
240. ——— Validity.
241. ——— Retroactive operation.

**VIII. PROCEEDINGS.**

**(A) IN GENERAL.**

250. In general.
251. Rules of procedure in general.
252. Claims and applications.
253. ——— In general.
254. ——— Time for filing.
255. Investigations and interviews.
256. Ex parte proceedings.
257. Parties.
258. Witnesses and subpoenas.
259. Determinations of other agencies, effect of.
260. ——— In general.
261. ——— Civil service proceedings.
262. ——— Workers' compensation proceedings.
263. ——— Tax proceedings.
264. Alternative dispute resolution decisions, effect of.

**(B) HEARING.**

*Includes appeals from decisions in ex parte proceedings.*

270. In general.
271. Right to hearing.
272. Notice.
273. Proceedings to obtain hearing.
274. ——— In general.

**1896**

**392T.  UNEMPLOYMENT  COMPENSATION**

### VIII.  PROCEEDINGS.(Cont'd)

275. —— Timeliness of request.
276. Conduct of hearing.
277. —— In general.
278. —— Reception of evidence in general.
279. —— Bias of ALJ.
280. Witnesses.
281. —— In general.
282. —— Subpoenas.
283. —— Examination.
284. Constitutionality of hearing.
285. Questions of fact;  credibility determinations.
286. —— In general.
287. —— Employments, employees, and employers covered.
288. —— Right to compensation in general.
289. —— Cause of unemployment in general.
290. —— Fault or misconduct.
291. —— Voluntary abandonment of employment.
292. —— Labor or trade disputes.
293. —— Duty to seek work.
294. —— Duty to accept work.
295. Findings and conclusions.
296. —— In general.
297. —— Necessity of findings.
298. —— Specificity of findings.
299. Determination and order.
300. —— In general.
301. —— Conclusiveness and effect.
302. —— Reopening or reconsideration.
303. —— Modification.
304. Rehearing.

#### (C) ADMINISTRATIVE REVIEW.

310. In general.
311. Proceedings for review.
312. —— In general.
313. —— Time for proceedings.
314. Hearing; trial de novo.
315. —— In general.
316. —— New evidence.
317. Reference.
318. Scope of review.
319. —— In general.
320. —— De novo review.
321. —— Substantial or competent evidence.

### VIII.  PROCEEDINGS.(Cont'd)

322. Findings and conclusions.
323. Determination and order.
324. —— In general.
325. —— Reopening or reconsideration.
326. —— Modification.
327. —— Remand or remittal.
328. Interstate appeals.

#### (D) COSTS AND FEES.

340. In general.

#### (E) MISCONDUCT IN COMPENSATION PROCEEDINGS.

350. In general.
351. False statements.

#### (F) EVIDENCE IN GENERAL.

360. In general.
361. Official or administrative notice.
362. Presumptions.
363. —— In general.
364. —— Employment relationship, existence of.
365. —— Right to compensation, in general.
366. —— Cause of unemployment in general.
367. —— Fault or misconduct.
368. —— Voluntary abandonment of employment.
369. —— Labor or trade disputes.
370. —— Duty to accept work.
371. —— Matters related to compensation proceedings.
372. Burden of proof.
373. —— In general.
374. —— Employment relationship, existence of.
375. —— Right to compensation, in general.
376. —— Cause of unemployment in general.
377. —— Fault or misconduct.
      (1). In general.
      (2). Violation of work rules, disobedience, or insubordination.
      (3). Absence or tardiness.
378. —— Voluntary abandonment of employment.
      (1). In general.
      (2). Good cause.

**1897**

**392T. UNEMPLOYMENT COMPENSATION**

**VIII. PROCEEDINGS.**(Cont'd)

379. —— Labor or trade disputes.
380. —— Duty to accept work.
381. Admissibility.
382. —— In general.
383. —— Relevancy in general.
384. —— Hearsay.
385. —— Declarations and admissions.
386. —— Documentary evidence.
387. —— Affidavits.

**(G) WEIGHT AND SUFFICIENCY OF EVIDENCE.**

400. In general.
401. Hearsay in general.
402. Employments, employees, and employers covered.
403. —— In general.
404. —— Independent contractors and their employees.
405. Right to compensation in general.
406. —— In general.
407. —— Other income.
408. —— Fact of unemployment.
    (1). In general.
    (2). Self-employment; activity for or interest in business organization.
    (3). School or college employees.
409. Cause of unemployment in general.
410. —— In general.
411. —— Discharge in general.
412. Fault or misconduct.
413. —— In general.
414. —— Violation of rules, disobedience, or insubordination in general.
415. —— Refusal or nonperformance of work assignments.
416. —— Inefficiency, incompetency, or unsatisfactory performance in general.
417. —— Negligence in general.
418. —— Absence or tardiness.
419. —— Dishonest or criminal acts.
420. —— Violence in the workplace.
421. —— Alcohol or drug use or impairment.
422. —— Improper language; threats.
423. —— Sexual misconduct.
424. Voluntary abandonment of employment.
425. —— In general.

**VIII. PROCEEDINGS.**(Cont'd)

426. —— Good cause in general.
427. —— Moving to other areas in general.
428. —— Illness or physical disability of employee.
429. —— Pursuit of other employment.
430. —— Suspension or reduction of operations by employer.
431. —— Compensation and benefits.
432. —— Working conditions or assignments.
433. —— Working hours.
434. —— Transportation issues.
435. Labor or trade disputes.
436. Duty to seek work.
437. Duty to accept work.
438. —— In general.
439. —— Availability.
440. —— Suitability.
441. —— Capability.
442. —— Physical condition and health.
443. Matters relating to compensation proceedings.
444. —— In general.
445. —— Misconduct.

**IX. JUDICIAL REVIEW.**

*Includes appeals from judicial decisions.*

450. In general.
451. Applicability of administrative procedure acts.
452. Decisions reviewable.
453. —— In general.
454. —— Finality.
455. Persons entitled to seek review; parties.
456. Raising contentions below; preservation of claim; exhaustion.
457. Proceedings for review in general.
458. Petitions for review in general.
459. Briefs.
460. Time for proceedings.
461. —— In general.
462. —— Tolling of time period.
463. —— Extension of deadline; excuse for noncompliance.
464. Effect of appeal or petition; supersedeas.
465. Record; transcript.
466. Dismissal of appeal.

1898

## 392T. UNEMPLOYMENT COMPENSATION

**IX. JUDICIAL REVIEW.**(Cont'd)

467. Withdrawal of appeal.
468. Abandonment of appeal.
469. Scope of review.
470. —— In general.
471. —— Limitations on scope of review, in general.
472. —— Violation of constitutional rights, in general.
473. —— Reasonableness or rationality, in general.
474. —— Deference to administrative determination, in general.
475. —— Review in light most favorable to agency.
476. —— Discretion of agency, and abuse thereof.
477. —— Substitution of court's judgment for that of agency, in general.
478. —— Presumptions and inferences, in general.
479. —— Additional evidence, consideration of.
480. —— De novo review in general.
481. —— Questions of fact in general.
482. —— Reasonableness of decision in light of findings.
483. —— Conclusiveness of fact findings.
484. —— Reweighing evidence.
485. —— Evidence supporting findings, in general.
486. —— Substantial evidence; competent evidence.
487. —— Conflicting evidence.
488. —— Weight of evidence.
489. —— Credibility determinations.
490. —— Decision against party with burden of proof.
491. —— Questions of law; errors of law.
   (1). In general.
   (2). De novo review.
   (3). Clear error.
492. —— Mixed questions of law and fact.
493. —— Particular cases and issues.
   (1). In general.
   (2). Employments, employees, and employers covered.
   (3). Right to compensation in general.
   (4). Cause of unemployment in general.

**IX. JUDICIAL REVIEW.**(Cont'd)

   (5). Fault or misconduct.
   (6). Voluntary abandonment of employment.
   (7). Labor or trade disputes.
   (8). Duty to seek work.
   (9). Duty to accept work.
   (10). Matters relating to compensation proceedings.
494. Determination in general.
495. Harmless error.
496. Reversible error.
497. Remand.
498. Rehearing, reopening or reconsideration.
499. Costs and fees.
500. Further review.

**X. ACTIONS.**

520. In general.

**XI. INJUNCTIONS.**

530. In general.

**XII. COMPROMISE AND SETTLEMENT.**

540. In general.

**XIII. WAIVER AND ESTOPPEL.**

550. In general.

**XIV. FUNDS.**

*Excludes employer accounts and experience ratings, see TAXATION ☞3291.*

560. In general.

**XV. AMOUNT OF COMPENSATION.**

570. In general.
571. Base for computation.
572. —— In general.
573. —— Wages.
574. —— Vacation and holiday pay.
575. Reduction by reason of employment or other income.
576. —— In general.
577. —— Pension or retirement benefits.
578. —— Vacation and holiday pay.
579. Reduction due to misconduct.

**1899**

**392T. UNEMPLOYMENT COMPENSATION**

### XVI. PERIOD OF COMPENSATION.

580. In general.
581. Extended benefits.
582. Disqualification periods.
583. —— In general.
584. —— Waiting periods in general.
585. —— Misconduct.

### XVII. PAYMENT OF BENEFITS.

590. In general.

### XVIII. ASSIGNABILITY OR TRANSFER OF RIGHTS.

595. In general.

### XIX. RECOVERY BACK OR RECOUPMENT OF BENEFITS.

600. In general.
601. Actions and proceedings.
602. Review.

### XX. OFFENSES AND PENALTIES.

610. In general.

————————————

## 393. UNITED STATES

### SUBJECTS INCLUDED

The political entity formed by adoption of the Constitution of the United States

Nature of the Union

Rights, powers, property, and functions of the national government in general, of Congress, and of the President and the executive departments and inferior officers in general

Contracts, torts, and other liabilities of and claims against the United States

Immunity of the United States, and waiver thereof

Court of Federal Claims (formerly Claims Court and Court of Claims), and proceedings therein

Actions against the United States

Liabilities to and claims by the United States, and actions thereon

Making or presentation of false claims against the United States

Employees, officers, and other agents of the United States

Corporations, special instrumentalities, and similar entities controlled by the United States

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Attorney General, see ATTORNEY GENERAL

Citizens of the United States and of the several states and their rights in general, see ALIENS, IMMIGRATION, AND CITIZENSHIP, CIVIL RIGHTS, CONSTITUTIONAL LAW

Commerce, interstate and foreign, regulation of, see COMMERCE

Court officers, see COURTS II(B)

Courts of the United States, see FEDERAL COURTS and specific topics dealing with particular subjects of jurisdiction

Distribution of powers among legislative, judicial, and executive departments of government, see CONSTITUTIONAL LAW XX

District of Columbia, powers over, see DISTRICT OF COLUMBIA

Election of federal officers, see ELECTION LAW

Eminent domain, exercise of power of, see EMINENT DOMAIN

Foreign countries, relations with, see INTERNATIONAL LAW, WAR AND NATIONAL EMERGENCY

Indians, relations with, see INDIANS

Insurrection and rebellion, see INSURRECTION AND SEDITION, STATES

Judges, see JUDGES, UNITED STATES MAGISTRATE JUDGES

Marshals, see UNITED STATES MARSHALS

Military and naval forces, see ARMED SERVICES, MILITARY JUSTICE

Money and currency, see CURRENCY REGULATION

Officers in general, and civil service requirements affecting federal employees, see PUBLIC EMPLOYMENT

Particular occupations and activities, federal regulation of, see AGRICULTURE, ANTITRUST AND TRADE REGULATION,

TR-0044556

CONTROLLED SUBSTANCES, ELECTRICITY, HEALTH, TELECOMMUNICATIONS, and other specific topics

Postal service and regulation of postal communications, see POSTAL SERVICE

Public lands, see MINES AND MINERALS, PUBLIC LANDS, WOODS AND FORESTS

States, relation to United States and to each other, see STATES

Taxation and revenue, see CUSTOMS DUTIES, INTERNAL REVENUE

Territories, powers over, see TERRITORIES

War powers and exercise thereof, see WAR AND NATIONAL EMERGENCY

———

I. STATUS, POWERS, AND FUNCTIONS IN GENERAL, ⟺201–400.
 (A) IN GENERAL, ⟺201–210.
 (B) LEGISLATIVE BRANCH; CONGRESS, ⟺211–240.
 (C) EXECUTIVE BRANCH; PRESIDENT, ⟺241–260.
 (D) NATIONAL SYMBOLS, EMBLEMS, AND INSIGNIA; FLAG, ⟺261–270.
 (E) AUTHORITY OVER PLACES WITHIN STATES; FEDERAL ENCLAVES, ⟺271–280.
 (F) PROPERTY, ⟺281–310.
 (G) FISCAL MATTERS, ⟺311–340.
 (H) HOUSING AND URBAN DEVELOPMENT, ⟺341–360.
 (I) RURAL AID AND DEVELOPMENT, ⟺361–370.
 (J) SMALL BUSINESS ADMINISTRATION, ⟺371–400.
II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES, ⟺401–1200.
 (A) IN GENERAL, ⟺401–420.
 (B) IMMUNITY IN GENERAL, ⟺421–470.
 (C) CLAIM PROCEEDINGS IN GENERAL, ⟺471–490.
 (D) ACTIONS IN GENERAL, ⟺491–540.
 (E) CONTRACTS AND CONTRACT CLAIMS, ⟺541–860.
  1. IN GENERAL, ⟺541–560.
  2. BIDDING AND BID PROTESTS, ⟺561–610.
  3. FORMATION OF CONTRACT, ⟺611–640.

II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES—Cont'd
 (E) CONTRACTS AND CONTRACT CLAIMS—Cont'd
  4. CONTRACTOR BONDS, ⟺641–680.
  5. CONSTRUCTION AND OPERATION, ⟺681–730.
  6. ASSIGNMENT OF CONTRACT; SUBCONTRACT, ⟺731–740.
  7. MODIFICATION, ⟺741–750.
  8. RESCISSION, TERMINATION, OR ABANDONMENT, ⟺751–760.
  9. PERFORMANCE OR BREACH, ⟺761–800.
  10. RIGHTS AND REMEDIES OF CONTRACTORS, ⟺801–830.
  11. RIGHTS AND REMEDIES OF THIRD PARTIES, ⟺831–850.
  12. RIGHTS AND REMEDIES OF GOVERNMENT, ⟺851–860.
 (F) TORTS AND TORT CLAIMS, ⟺861–980.
  1. IN GENERAL, ⟺861–870.
  2. LIABILITY AND IMMUNITY IN GENERAL, ⟺871–880.
  3. PARTICULAR LIMITATIONS ON AND EXCEPTIONS TO LIABILITY, ⟺881–900.
  4. PARTICULAR CLAIMS OR SITUATIONS, LIABILITY OF UNITED STATES, ⟺901–920.
  5. DISCRETIONARY ACTS OR FUNCTIONS, ⟺921–940.
  6. ARMED SERVICES AND COMBATANT ACTIVITIES; FERES DOCTRINE, ⟺941–950.
  7. REMEDIES AND PROCEDURE, ⟺951–980.
 (G) ASSIGNMENT OF CLAIMS, ⟺981–990.
 (H) COURT OF FEDERAL CLAIMS (FORMERLY CLAIMS COURT AND COURT OF CLAIMS), ⟺991–1070.
 (I) INTEREST, ⟺1071–1080.
 (J) COSTS AND FEES, ⟺1081–1200.
  1. IN GENERAL, ⟺1081–1100.
  2. GROUNDS, ⟺1101–1140.
  3. EXPENSES RECOVERABLE AND AMOUNT THEREOF, ⟺1141–1170.
  4. PROCEEDINGS, ⟺1171–1190.
  5. COSTS AND FEES INCURRED ON APPEAL, ⟺1191–1200.
III. LIABILITIES TO AND CLAIMS BY UNITED STATES, ⟺1201–1250.

TR-0044557

**393. UNITED STATES**

IV. FALSE CLAIMS, ☞1251–1300.
V. EMPLOYEES, OFFICERS, AND
    AGENTS, ☞1301–1520.
  (A) IN GENERAL, ☞1301–1360.
  (B) COMPENSATION, ☞1361–1380.
  (C) PENSIONS AND BENEFITS,
      ☞1381–1400.
  (D) LIABILITIES, ☞1401–1500.
    1. IN GENERAL, ☞1401–1450.
    2. CONSTITUTIONAL VIOLATIONS;
       BIVENS CLAIMS, ☞1451–1500.
  (E) CRIMINAL RESPONSIBILITY,
      ☞1501–1510.
  (F) CONGRESSIONAL EMPLOYEES,
      OFFICERS, AND AGENTS,
      ☞1511–1520.
VI. CORPORATIONS, SPECIAL INSTRU-
    MENTALITIES, AND SIMILAR EN-
    TITIES CONTROLLED BY UNIT-
    ED STATES, ☞1521–1560.

**I. STATUS, POWERS, AND FUNCTIONS
IN GENERAL.**

**(A) IN GENERAL.**

201. In general; nature.
202. Territorial extent, boundaries, and juris-
     diction.
203. Governmental powers in general.

**(B) LEGISLATIVE BRANCH; CONGRESS.**

211. In general; nature.
212. Members of Congress; Senators and
     Representatives.
213. —— In general.
214. —— Eligibility and qualification.
215. —— Term of office.
216. —— Apportionment of Representa-
     tives; reapportionment and redistrict-
     ing.
  (1). In general.
  (2). Power and duty to apportion.
  (3). Method of apportionment in gen-
       eral.
  (4). Equality of representation and
       discrimination; Voting Rights
       Act.
  (5). Judicial review and enforcement.
217. —— Regulation of election of mem-
     bers.
  (1). In general.
  (2). Relation to state law; preemp-
       tion.
218. —— Vacancies; special elections.

**I. STATUS, POWERS, AND FUNCTIONS
IN GENERAL.(Cont'd)**

219. —— Determination as to election and
     qualifications of members.
  (1). In general; election contests.
  (2). Discipline and expulsion of mem-
       bers.
220. —— Rights, privileges, duties, and lia-
     bilities of members.
  (1). In general.
  (2). Compensation.
  (3). Judicial intervention and immuni-
       ty in general.
  (4). Speech or debate.
  (5). Criminal responsibility.
221. Legislative authority, powers, and func-
     tions.
222. —— In general.
223. —— Necessary and Proper Clause.
224. Proceedings in Congress.
225. —— In general.
226. —— Sessions and meetings; quorum.
227. —— Orders and resolutions.
228. Congressional investigations, commis-
     sions, and committees.
229. —— In general.
230. —— Power of inquiry in general.
231. —— Particular subjects or inquiries.
  (1). In general.
  (2). Conduct of members; elections
       and lobbying.
  (3). Executive and judicial branches;
       impeachment.
  (4). Sedition, disloyalty, and espio-
       nage.
232. —— Offenses by witnesses.
  (1). In general.
  (2). Defenses; grounds for refusal to
       testify.
  (3). Prosecution and trial.
  (4). —— In general.
  (5). —— Evidence.
  (6). —— Questions of law or fact.
  (7). Sentence and punishment.
  (8). Civil liability.
233. Contempt of Congress.

**(C) EXECUTIVE BRANCH; PRESIDENT.**

241. In general; nature.
242. Presidential eligibility and qualification.

TR-0044558

**I. STATUS, POWERS, AND FUNCTIONS IN GENERAL.**(Cont'd)

243. Presidential term of office; vacancy.
244. Presidential electors.
245. Rights, privileges, duties, and liabilities of President.
246. —— In general.
247. —— Compensation.
248. —— Judicial intervention; immunity.
249. Executive authority, powers, and functions.
250. —— In general.
251. —— Take Care Clause.
252. —— Executive orders and presidential proclamations in general.
253. —— Authority for particular actions.
254. —— Review of presidential actions.
255. Creation and abolition of public offices.
256. —— In general.
257. —— Reorganization; privatization.
258. —— Advisory committees.
259. Executive departments and department heads.

**(D) NATIONAL SYMBOLS, EMBLEMS, AND INSIGNIA; FLAG.**

261. In general.
262. Desecration and misuse of flag.
263. —— In general.
264. —— Validity of statutes.
265. —— Prosecution and trial.
    (1). In general.
    (2). Evidence.
266. —— Sentence and punishment.
267. —— Civil liability.

**(E) AUTHORITY OVER PLACES WITHIN STATES; FEDERAL ENCLAVES.**

271. In general.
272. State consent; federal acceptance.
273. Applicability and enforcement of state law.
274. Reservation of federal jurisdiction upon admission of state to Union.
275. Relinquishment of federal jurisdiction; retrocession or recession.

**(F) PROPERTY.**

281. In general.
282. Acquisition and possession.

**I. STATUS, POWERS, AND FUNCTIONS IN GENERAL.**(Cont'd)

283. —— In general.
284. —— Purposes for which property may be acquired or held.
285. —— Title, conveyances, and contracts.
286. —— Leases.
287. —— Easements.
288. —— Gifts.
289. —— Options.
290. Construction, improvement, protection, and repair.
291. —— In general.
292. —— Site selection.
293. —— Border control.
294. Control, regulation, and use.
295. —— In general.
296. —— Buildings and offices.
297. —— Outdoor places in general.
298. —— Parks and recreation areas.
299. —— Monuments.
300. —— Concession contracts.
301. —— Blind vendors.
302. Disposition.
303. —— In general.
304. —— Sale or exchange.
    (1). In general.
    (2). Real property in general.
    (3). Personal property in general.
    (4). Surplus, stockpiled, and military property.
    (5). Vessels and aircraft.
    (6). Quality and condition of property sold.
305. —— Leases.
306. —— Abandonment or loss.
307. Administrative agencies and proceedings.

**(G) FISCAL MATTERS.**

311. In general.
312. Spending.
313. —— In general.
314. —— Recipients, terms, and conditions in general.
    (1). In general.
    (2). State and local governments and agencies.
    (3). Private entities and individuals.

TR-0044559

## 393. UNITED STATES

### I. STATUS, POWERS, AND FUNCTIONS IN GENERAL.(Cont'd)

315. —— Particular subjects and programs.
    (1). In general.
    (2). Public works and economic development.
    (3). Financial markets.
    (4). Energy.
    (5). Health.
    (6). Education and research.
    (7). Law enforcement and prisons.
    (8). Disasters and emergencies.
    (9). Foreign aid and international development.
    (10). Volunteer services.
316. —— Review of federal agency action.
    (1). In general.
    (2). Decisions reviewable; finality.
    (3). Exhaustion of remedies.
    (4). Persons entitled to seek review or assert arguments; parties; standing.
    (5). Time for proceedings.
    (6). Proceedings on review; record; preservation.
    (7). Scope, standard, and extent of review.
    (8). Determination and disposition.
317. Appropriations; general and special funds.
318. —— In general; necessity.
319. —— Purposes, uses, and restrictions in general.
320. —— Particular subjects and programs.
321. Budgets, deficits, and surpluses.
322. Borrowing and debt in general.
323. Collection, custody, and payment of funds.
324. Bills and notes.
325. —— In general.
326. —— Lost, stolen, and forged checks.
327. —— Treasury bills and notes.
328. Bonds.
329. —— In general.
330. —— Ownership and transfer.
331. —— Maturity and payment.
332. —— Savings and war bonds.
    (1). In general.
    (2). Ownership and transfer.
    (3). Maturity and payment.

### (H) HOUSING AND URBAN DEVELOPMENT.

341. In general.
342. Contracts in general.
343. Loans, mortgages, and guarantees.
344. —— In general.
345. —— Federal Housing Administration (FHA).
346. Transportation.
347. Relocation assistance.
348. Homeless assistance.
349. Review of federal agency action.
350. —— In general.
351. —— Decisions reviewable; finality.
352. —— Exhaustion of remedies.
353. —— Persons entitled to seek review or assert arguments; parties; standing.
354. —— Time for proceedings.
355. —— Proceedings on review; record.
356. —— Scope, standard, and extent of review.
357. —— Determination and disposition.

### (I) RURAL AID AND DEVELOPMENT.

361. In general.
362. Rural housing and home financing.
363. Rural electrification and utilities.

### (J) SMALL BUSINESS ADMINISTRATION.

371. In general.
372. Administrative agencies and proceedings in general.
373. Participation in program; size.
374. Loans, mortgages, and guarantees.

### II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.

### (A) IN GENERAL.

401. In general.
402. Statutory provisions.
403. Particular liabilities and claims.
404. —— In general.
405. —— Use or infringement of copyrights.
406. —— Use or infringement of patents.
    (1). In general; remedy of patent owner.
    (2). Liability of government.
    (3). Liability of government contractor.
    (4). Persons entitled to sue.

TR-0044560

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

    (5).  Time to sue and limitations.
    (6).  Evidence.
    (7).  Hearing and determination.
    (8).  Damages and profits.
    (9).  Royalties.
407. —— Claims arising under revenue laws.
408. —— Services or losses in war in general.
409. —— French spoliation claims.
410. —— Civil war claims.
    (1).  In general.
    (2).  Claims for proceeds of captured or abandoned property.
411. —— Claims under treaties in general.
412. —— International claims settlement.
413. —— Claims under Indian treaties or statutes for relief of Indians.
    (1).  In general.
    (2).  Enforcement of statutory trust or fiduciary duty.
    (3).  Treaty enforcement.
    (4).  Indian Claims Commission.
414. —— Indian depredation claims.
415. —— Claims by subjects of foreign governments.
416. —— Illegal exactions.
417. —— Statutory compensation funds.
    (1).  In general.
    (2).  Redress for internment.
    (3).  Victims of terrorist attack.
418. —— Unjust conviction or imprisonment.
419. —— Unfunded mandates.

    **(B) IMMUNITY IN GENERAL.**

421. In general.
422. Waiver of immunity; consent to suit.
423. —— In general.
424. —— Necessity of waiver or consent.
425. —— Power to waive immunity or consent to suit.
426. —— Modification or withdrawal of waiver or consent.
427. —— Mode and sufficiency of waiver or consent.
428. —— Construction of waiver or consent in general.
429. —— Conditions and restrictions.
430. —— Effect of waiver or consent.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

431. What are suits against United States or its officers or agents barred by immunity.
432. —— In general.
433. —— Judgment sought against public treasury.
434. —— Officer sued in official capacity.
435. —— Unauthorized or unconstitutional actions of officer.
436. —— Derivative immunity; contractors.
437. Particular departments, officers, or agencies, suits against.
438. —— In general.
439. —— Agriculture Department.
440. —— Alien property custodian.
441. —— Commerce Department; maritime agencies.
442. —— Congress.
443. —— Defense Department.
444. —— Education Department.
445. —— Energy Department.
446. —— Environmental Protection Agency.
447. —— Financial instrumentalities in general.
448. —— Health and Human Services Department.
449. —— Homeland Security Department.
450. —— Housing and Urban Development Department.
451. —— Interior Department and land office.
452. —— Justice Department; Attorney General.
453. —— Labor Department.
454. —— Postal Service.
455. —— State Department.
456. —— Transportation Department.
457. —— Treasury Department; Internal Revenue Service.
458. —— Veterans Affairs Department.
459. Particular claims and actions.
460. —— In general.
461. —— Admiralty and public vessels.
    (1).  In general.
    (2).  Vessels involved.
    (3).  Nature of cause of action in general.
    (4).  Seamen, causes involving.

TR-0044561

**393. UNITED STATES**

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

462. —— Aliens and immigration.
463. —— Declaratory judgment.
464. —— Injunction.
465. —— Insurance.
466. —— Internal revenue and taxation.
    (1). In general.
    (2). Tax liens.
    (3). Refund claims.
    (4). Wrongful levy or collection of taxes.
467. —— Liens.
    (1). In general.
    (2). Mortgage liens and foreclosure.
468. —— Property, actions relating to in general.
    (1). In general.
    (2). Attachment and garnishment.
    (3). Forfeiture actions.
    (4). Indian trust lands or allotments.
    (5). Quiet title actions.
    (6). Condemnation; takings claims.
469. —— Water rights.

**(C) CLAIM PROCEEDINGS IN GENERAL.**

471. In general.
472. Auditing boards or officers; authority.
473. Presentation of claims.
474. —— In general.
475. —— Notice of claim.
476. —— Time.
477. Audit and allowance or disallowance.
478. Compromise and settlement.
479. Effect of allowance or disallowance.
480. Effect of recognition.
481. Payment.
482. Disposition of proceeds.
483. —— In general.
484. —— Indian claims.

**(D) ACTIONS IN GENERAL.**

491. In general.
492. Rights of action against United States or federal officers.
493. —— In general.
494. —— Statutory authority.
495. Standing.
496. —— In general.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

497. —— Taxpayer standing.
498. Exhaustion of remedies.
499. Defenses in general.
500. Set-off and counterclaim by United States.
501. —— In general.
502. —— Nature of claim in general.
503. —— Independent transactions in general.
504. —— Tax claims.
505. Jurisdiction.
506. —— In general.
507. —— Claims to property or for property taken or damaged.
508. —— Compensation for services.
509. —— Recovery of money paid or deposited.
510. —— Intellectual property; patents and copyrights.
511. —— Postal Service, claims concerning.
512. —— Amount in controversy.
513. Venue.
514. Time to sue, limitations, and laches.
515. Parties.
516. —— In general.
517. —— Particular officers or agencies or commissions.
518. —— Particular cases, United States as proper or indispensible party.
519. Process.
520. —— In general.
521. —— Method of service; who must be served.
522. —— Time of service.
523. Appearance and representation by attorney.
524. Pleading.
525. Evidence.
526. —— In general.
527. —— Presumptions and burden of proof.
528. —— Admissibility.
529. —— Weight and sufficiency.
530. Damages.
531. —— In general.
532. —— Elements and measure of damages.
533. —— Punitive damages.
534. Trial.

1906

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

535. Judgment.
536. Execution and enforcement of judgment.

**(E) CONTRACTS AND CONTRACT CLAIMS.**

**1. IN GENERAL.**

541. In general.
542. Statutory provisions.
543. What law governs.
544. Power, authority, and capacity to contract.
545. —— In general.
546. —— Particular bodies and agencies.
547. —— Employees, officers, and agents.
     (1). In general.
     (2). Particular employees, officers, and agents.
548. Individual interest of contracting officer or body; conflict of interest.
549. Power to bind successors.
550. Appropriation or provision for payment as prerequisite of contract.
551. Term or duration of contract.
552. Immunity.
553. —— In general.
554. —— Sovereign acts affecting liability.
555. —— Equitable remedies; specific performance.
556. Actions in general.

**2. BIDDING AND BID PROTESTS.**

561. In general.
562. Statutory provisions.
563. Necessity for submission to competition in general.
564. Power to let contract without submission to competition or to dispense with requirements.
565. Request for bids.
566. —— In general; advertising.
567. —— Specifications.
568. Bidders.
569. —— In general.
570. —— Preferences and set-asides.
571. —— Conditions and restrictions on bidders.
572. —— Debarment and suspension of bidders.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

573. Bids.
574. —— In general.
575. —— Form and requisites; responsiveness.
576. —— Subbids.
577. —— Time for making bid.
578. —— Amendment, correction, or withdrawal.
579. —— Deposit or other security.
580. Acceptance or rejection.
581. —— In general.
582. —— Evaluation process.
583. —— Good faith; fairness.
584. —— Requests for verification; confirmation.
585. —— Time for opening bids.
586. —— Time for approving or rejecting bids as proper vel non.
587. —— Reconsideration.
588. Determinative factors in making award.
589. —— In general.
590. —— Lowest bid.
591. —— Reliability and responsibility of bidder.
592. —— Character of materials and mode of work.
593. Award.
594. —— In general.
595. —— Time for making award.
596. —— Operation and effect.
597. —— Failure to enter into contract; cancellation of solicitation.
598. Rights and remedies of disappointed bidders; bid protests.
599. —— In general.
600. —— Administrative procedures in general.
601. Judicial remedies and review.
602. —— In general.
603. —— Conditions precedent; exhaustion of remedies.
604. —— Parties; standing.
605. —— Scope of review.
606. —— Time for proceedings.
607. —— Evidence.
608. —— Determination and disposition.
609. —— Recovery of bid preparation costs.

**1907**

**393. UNITED STATES**

### 3. FORMATION OF CONTRACT.

611. In general.
612. Statutory provisions.
613. Express contracts in general.
614. Provisions required by law or regulation.
615. Formal requisites.
616. Necessity of writing.
617. Validity and sufficiency of contract.
618. —— In general.
619. —— Manner of making contract.
620. —— Effect of partial invalidity.
621. Implied contracts.
622. —— In general.
623. —— Subject matter in general.
624. —— Appropriation or seizure of property.
625. —— Construction or manufacture.
626. —— Inventions and patents.
627. —— Reimbursement of expenses or losses.
628. —— Supplies and services.
629. —— Tenancy and use and occupation.
630. Unauthorized or illegal contracts.
631. —— In general.
632. —— Ratification.

### 4. CONTRACTOR BONDS.

641. In general.
642. Statutory provisions.
643. Necessity.
644. Power to require.
645. Requisites and sufficiency in general.
646. Qualification and approval of surety.
647. Construction of bond and surety's liability in general.
648. Performance of work, guaranty, and repairs.
649. Payment for labor and materials in general.
650. Claims and persons secured.
651. —— In general.
652. —— Labor or services in general.
653. —— Materials and supplies in general.
654. —— Use or incorporation in work.
655. —— Equipment, rental or repair.
656. —— Loans or advances.
657. —— Subcontractors.
658. —— Sub-subcontractors and remote materialmen.

### II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.(Cont'd)

659. —— Assignees.
660. —— Extra work, changes, and repairs.
661. —— Interest, costs, and taxes.
662. —— Liabilities incurred for damages or to third persons.
663. —— Supplies or property purchased or rented.
664. Actions on bonds.
665. —— In general.
666. —— Jurisdiction and venue.
667. —— Conditions precedent.
668. —— Notice of claim.
 (1). In general.
 (2). Service or presentation; timeliness.
 (3). Form and sufficiency.
 (4). Waiver and estoppel.
669. —— Defenses.
 (1). In general.
 (2). Estoppel.
670. —— Time for proceedings.
 (1). In general.
 (2). Prematurity; completion and final settlement.
671. —— Persons entitled to sue.
672. —— Parties.
673. —— Persons liable.
674. —— Pleading.
675. —— Evidence.
676. —— Questions of fact or law.
677. —— Amount of recovery.
678. —— Costs and fees; interest.
679. —— Set-offs, deductions, and credits.
680. Rights and remedies of sureties.

### 5. CONSTRUCTION AND OPERATION.

681. In general.
682. What law governs.
683. Application of general rules of construction in general.
684. —— In general.
685. —— Construction against government in general.
686. —— Construction as a whole.
687. Deference to agency interpretation.
688. Ambiguity in general.

**1908**

**393. UNITED STATES**

**II. LIABILITIES OF AND CLAIMS AGAINST
UNITED STATES.**(Cont'd)

689. Patent ambiguity doctrine; duty to in-
quire before bidding.
690. Extrinsic evidence.
691. Parties.
692. Third-party beneficiaries.
693. Subject-matter.
694. —— In general.
695. —— Bailments and leases.
696. —— Construction of buildings and oth-
er public works.
697. —— Goods sold or furnished.
698. —— Provision of services.
699. —— Title to goods or property.
700. Place and time of performance.
701. Conditions.
702. —— In general.
703. —— Indemnity, insurance and liability
for damages.
704. —— Inspection and tests.
705. Compensation.
706. —— In general.
707. —— Bailments and leases.
708. —— Construction contracts in general.
709. —— Cost-plus contracts.
710. —— Goods sold or furnished in gener-
al.
711. —— From special fund or appropria-
tion.
712. Extra costs or expenses in general.
713. Changed or unexpected conditions.
714. —— In general.
715. —— Increased costs of labor or materi-
al.
716. Change in plans.
717. —— In general.
718. —— Change of materials or quantity.
719. —— Effect of original contract provi-
sions; what constitutes change.
720. —— Sufficiency of approval; authority
of officer.
721. Defective plans and mistakes.
722. Representations and specifications mis-
leading contractor.
723. Conduct of contractor and third persons;
relation to subcontractor.
724. Repairs and tests.
725. Taxes and interest.
726. Liquidated damages.

**II. LIABILITIES OF AND CLAIMS AGAINST
UNITED STATES.**(Cont'd)

727. Time element; consequences of delay.
728. Termination or modification of original
contract.
729. Preserving right to claim for extras; es-
toppel.

**6. ASSIGNMENT OF CONTRACT; SUBCONTRACT.**

731. In general.
732. Assignability; government approval.
733. Filing requirement.

**7. MODIFICATION.**

741. In general.
742. Acts constituting.
743. Authority of officer to modify.
744. Authority of government entity to modi-
fy.
745. Material amendments doctrine.
746. Consideration.
747. Validity of assent.
748. Operation and effect.

**8. RESCISSION, TERMINATION,
OR ABANDONMENT.**

751. In general.
752. Statutory provisions.
753. Time of termination; waiver or loss of
right.
754. Grounds in general.
755. Termination for default.
756. Notice to cure.
757. Operation and effect.

**9. PERFORMANCE OR BREACH.**

761. In general.
762. Statutory provisions.
763. Contractor's responsibility for nonper-
formance by subcontractor.
764. Implied duties and warranties.
765. —— In general.
766. —— Good faith and fair dealing.
767. —— Cooperation.
768. Sufficiency of performance in general.
769. Excuses for nonperformance in general.
770. Tender of performance.
771. Acceptance of performance; approval or
certificate of architect or engineer.
772. Waiver of rights under contract.

TR-0044565

## 393. UNITED STATES

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

773. Reletting contract on failure of performance.
774. Completion of contract by government entity or surety in general.
775. Delivery.
776. Leases to government entity.
777. Alternative dispute resolution; arbitration of disputes.
778. Decisions of contracting officers on contract disputes.
779. —— In general.
780. —— Mistake.
781. —— Construction of contracts.
782. —— Time for filing claim.
783. —— Failure to make decision.
784. —— Conclusiveness of decision.
    (1). In general.
    (2). Exceptions; fraud or mistake.
785. —— Review.
    (1). In general.
    (2). Necessity of claim.
    (3). What constitutes a 'claim'.
    (4). Boards of contract appeals.
    (5). Jurisdiction of reviewing court.
    (6). Effect of defective or missing certification.
    (7). Scope of review.
    (8). Evidence.
    (9). Determination and disposition.
786. Withholding payments.
787. Defective plans or change of plans.
788. Replacement of materials under erroneous rulings.
789. Alterations and additional or extra work.
790. Partial performance.
791. Substantial performance.
792. Delay of government.
793. —— In general; what is delay.
794. —— Liability for damages in general.
795. —— Overhead costs.
796. Delay of contractor.
797. Miscellaneous acts or conduct constituting breach.
798. Exhaustion of funds.
799. Cancellation of contract.
800. Wage increases and failure to provide labor.

**10. RIGHTS AND REMEDIES OF CONTRACTORS.**

801. In general.
802. Statutory provisions.
803. Recovery of deductions.
804. Breach of contract by government entity, rights on.
805. Relief of contractors in general; misrepresentation and mistake.
806. Cancellation or termination of contract in general, rights of contractors.
807. Unauthorized or illegal contracts.
808. Settlement, release, and waiver in general.
809. Administration of claims.
810. —— In general.
811. —— Presentment of claim.
    (1). In general; who may file.
    (2). Service or delivery; timeliness.
    (3). Excuses for, and relief from, delay or failure.
    (4). Form and sufficiency.
812. —— Allowance and settlement.
813. —— Payment and disposition of proceeds.
814. Remedies of contractors.
815. —— In general.
816. —— Time for proceedings.
817. —— Conditions precedent.
818. —— Defenses.
819. —— Pleading.
820. —— Evidence.
    (1). In general.
    (2). Presumptions and burden of proof.
    (3). Weight and sufficiency.
    (4). —— In general.
    (5). —— Breach of contract.
    (6). —— Cancellation or termination.
    (7). —— Equitable adjustments.
    (8). —— Damages.
821. —— Damages and amount of recovery.
    (1). In general.
    (2). Cancellation or termination.
    (3). Breach of contract in general.
    (4). Delay.
    (5). Loss of profits.
822. —— Questions of law and fact.
823. —— Verdicts and findings.

TR-0044566

**11. RIGHTS AND REMEDIES OF THIRD PARTIES.**

831. In general.
832. Statutory provisions.
833. Subcontractors, laborers, and material-men; liens.
834. —— In general.
835. —— Lien or rights as to money due principal contractor.
836. —— Payments to contractors; trust funds.
837. —— Effect of contractor's assignment of contract; priorities.
838. —— Miscellaneous persons and claims protected.
839. —— Notice or claim; time.
840. —— Discharge or extinguishment.
841. —— Proceedings for enforcement.
842. Rights and remedies of assignees.
843. Rights and remedies of other third parties.

**12. RIGHTS AND REMEDIES OF GOVERNMENT.**

851. In general.
852. Breach by contractor, rights and remedies on.
853. Liability for cost of completion by another.
854. Proceedings.
855. —— In general.
856. —— Evidence.
857. —— Damages and amount of recovery.
858. Kickbacks.

**(F) TORTS AND TORT CLAIMS.**

**1. IN GENERAL.**

861. In general.
862. Statutory provisions.

**2. LIABILITY AND IMMUNITY IN GENERAL.**

871. In general.
872. Waiver of immunity; limitations and exceptions in general.
873. Private person's liability as measure.
874. —— In general.
875. —— Activities not performed in private sector in general.
876. —— Particular activities and determinations.
877. Acts of employees, officers, and agents; scope of employment.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

878. —— In general.
879. —— Contractors in general; strict control test.
880. —— Particular determinations.
 (1). In general.
 (2). Contractors.
 (3). Health care workers.

**3. PARTICULAR LIMITATIONS ON AND EXCEPTIONS TO LIABILITY.**

881. In general.
882. Intentional torts in general.
883. Particular torts.
884. —— In general.
885. —— Assault and battery.
886. —— False imprisonment, false arrest, malicious prosecution, and abuse of process.
887. —— Libel and slander; defamation.
888. —— Misrepresentation and deceit; fraud.
889. —— Interference with contract rights.
890. Constitutional torts.
891. Detention of goods or merchandise.
892. Postal matter loss or miscarriage.
893. Tax assessment or collection.
894. Admiralty and maritime matters.
895. Foreign country.
896. Governmental operations; quarantine.
897. Excepted agencies or entities.

**4. PARTICULAR CLAIMS OR SITUATIONS, LIABILITY OF UNITED STATES.**

901. In general.
902. Negligent or wrongful acts in general; strict liability.
903. Aviation.
904. Employment.
905. Law enforcement.
906. Maritime.
907. Medical care and public health.
908. Motor vehicles.
909. Premises liability.
910. Prisons.
911. Property damage.
912. Subrogation, contribution, and indemnity against United States.

TR-0044567

## 393. UNITED STATES

**5. DISCRETIONARY ACTS OR FUNCTIONS.**

921. In general.
922. Element of judgment or choice.
923. Considerations of public policy.
924. Particular functions or settings.
925. —— In general.
926. —— Aviation.
927. —— Employment.
928. —— Law enforcement.
929. —— Maritime.
930. —— Medical care and public health.
931. —— Motor vehicles.
932. —— Premises liability.
933. —— Prisons.
934. —— Property damage.

**6. ARMED SERVICES AND COMBATANT ACTIVITIES; FERES DOCTRINE.**

941. In general.
942. Particular claims or situations.
943. —— In general.
944. —— Constitutional, civil rights, and discrimination claims.
945. —— Injuries to civilians and noncombatants.
946. —— Injuries to detainees and nonuniformed combatants.

**7. REMEDIES AND PROCEDURE.**

951. In general.
952. Availability of other remedies.
953. —— In general; exclusivity.
954. —— Exhaustion of remedies.
955. —— Final denial of claim.
956. —— Effect of other particular remedies or statutory provisions.
957. Administration of claims.
958. —— In general.
959. —— Presentment of claim.
　(1). In general; who may file.
　(2). Service or delivery; timeliness.
　(3). Excuses for, and relief from, delay or failure.
　(4). Form and sufficiency.
960. —— Allowance and settlement.
961. —— Payment and disposition of proceeds.
962. Actions.
963. —— In general.
964. —— What law governs.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

　(1). In general; place of injury.
　(2). Choice of state law.
965. —— Jurisdiction and venue.
966. —— Time for proceedings.
967. —— Parties.
968. —— Process and pleading.
969. —— Evidence.
　(1). In general.
　(2). Presumptions and burden of proof.
　(3). Weight and sufficiency of evidence.
970. —— Damages.
971. —— Trial, judgment, and relief.

**(G) ASSIGNMENT OF CLAIMS.**

981. In general.
982. Statutory provisions.
983. Assignments prohibited in general.
984. Claims within prohibition.
985. Contracts and liens of attorneys or collectors.
986. Involuntary assignments; transfers by operation of law in general.
987. Validity and effect of assignments.
988. Rights of assignee.

**(H) COURT OF FEDERAL CLAIMS (FORMERLY CLAIMS COURT AND COURT OF CLAIMS).**

991. In general; establishment and jurisdiction.
992. Claims against United States in general.
993. Particular claims, jurisdiction.
994. —— In general.
995. —— Administrative Procedure Act.
996. —— Armed services, cases involving.
997. —— Carriers' claims.
998. —— Constitutional, civil rights, and discrimination claims in general.
999. —— Contract claims.
　(1). In general.
　(2). Implied contracts.
1000. —— Criminal matters.
1001. —— Declaratory judgment.
1002. —— Employment claims.
1003. —— Equitable and nonmonetary relief.

TR-0044568

## II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.(Cont'd)

1004. ——— Indians, claims involving.
1005. ——— Insurance.
1006. ——— Internal revenue and taxes.
1007. ——— Patents, use or infringement.
1008. ——— Privacy and freedom of information.
1009. ——— Punitive damages.
1010. ——— Return of money or property.
1011. ——— Takings claims.
1012. ——— Tort claims.
1013. Pendent jurisdiction; set-off and counterclaim.
1014. Reference by Congress or executive.
1015. ——— In general.
1016. ——— Equitable relief.
1017. Procedure in general.
1018. ——— In general.
1019. ——— As to jurisdiction.
1020. ——— As to pro se litigants.
1021. Consolidation, severance, and stay.
1022. Dismissal.
1023. Exhausting administrative remedies; suspension of proceedings.
1024. Time to sue and limitations.
1025. ——— In general; laches.
1026. ——— Particular claims.
1027. ——— Computation; commencement and accrual.
    (1). In general.
    (2). Relation back.
    (3). Tolling.
    (4). "Accrual suspension" doctrine.
    (5). Continuing claims, wrongs, and violations.
    (6). Transferred cases.
1028. ——— Availability and pendency of administrative proceedings.
1029. ——— Waiver of limitations; congressional reference cases.
1030. Parties.
1031. ——— In general.
1032. ——— Standing.
1033. ——— Intervention.
1034. ——— Notice to third parties.
1035. Class actions.
1036. Pleading.
1037. ——— In general.

1038. ——— Construction and presumptions as to pleadings.
1039. ——— Pro se pleadings.
1040. ——— Responsive pleadings; answer and counterclaim.
1041. ——— Amended and supplemental pleadings.
1042. ——— Judgment on pleadings.
1043. Discovery, subpoenas, and compelling production of evidence.
1044. ——— In general.
1045. ——— Failure to comply; sanctions.
1046. Evidence and affidavits.
1047. ——— In general.
1048. ——— As to jurisdiction.
1049. ——— Expert evidence.
1050. Work product.
1051. Trial in general.
1052. ——— In general.
1053. ——— Taking proofs; trial de novo.
1054. Reference; commissioner or trial judge.
1055. ——— In general.
1056. ——— Effect, and review of determination.
1057. Scope of inquiry; findings or report and determination.
1058. Judgment and relief.
1059. ——— In general.
1060. ——— Judgment on administrative record.
1061. ——— Summary judgment.
    (1). In general.
    (2). Particular cases.
    (3). Proceedings; evidence.
1062. Post-decision relief; further proceedings after interlocutory determination.
1063. Indigent litigants; proceedings in forma pauperis.
1064. Sanctions.

### (I) INTEREST.

1071. In general.
1072. Sovereign immunity and no interest rule; statutory authorization.
1073. Particular cases, interest allowed.
1074. Particular cases, interest not allowed.

TR-0044569

## 393. UNITED STATES

**(J) COSTS AND FEES.**

**1. IN GENERAL.**

1081. In general.
1082. Necessity of statutory or contractual authorization; American rule in general.
1083. Statutory provisions.
1084. Discretion of court.
1085. Proceedings in which costs and fees are recoverable.
1086. —— In general.
1087. —— Civil actions.
1088. —— Cases sounding in tort.
1089. —— Administrative proceedings.
1090. Persons entitled; eligibility.
1091. —— In general.
1092. —— Pro se litigants.
1093. —— Deterrence of litigant due to costs.
1094. —— Maximum net worth or number of employees.
1095. Entities subject to liability.
1096. Immunity and waiver.
1097. —— In general.
1098. —— Contractual waivers.

**2. GROUNDS.**

1101. In general.
1102. Results of litigation; prevailing party.
1103. Basis for government's position; substantial justification.
1104. Particular cases and contexts.
1105. —— In general.
1106. —— Agriculture and rural development.
1107. —— Alcohol, tobacco, and firearms.
1108. —— Aliens, immigration, and citizenship.
1109. —— Armed services.
  (1). In general.
  (2). Veterans' benefits.
1110. —— Aviation.
1111. —— Contracts and contract claims.
1112. —— Customs and international trade.
1113. —— Education.
1114. —— Elections.
1115. —— Eminent domain, condemnation, and takings.
1116. —— Energy and telecommunications.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.(Cont'd)**

1117. —— Environment and public lands.
  (1). In general.
  (2). Historical preservation.
  (3). Plants and wildlife; endangered species.
  (4). Woods and forests.
1118. —— Financial institutions.
1119. —— Forfeitures.
1120. —— Health.
  (1). In general.
  (2). Health insurance and benefits.
  (3). Medicare and Medicaid.
1121. —— Housing and urban development.
1122. —— Indians.
1123. —— Insurance.
1124. —— Intellectual property.
1125. —— Labor and employment.
  (1). In general.
  (2). Public employment; civil service.
1126. —— Prisons, prisoners, and detainees.
  (1). In general.
  (2). Habeas corpus.
1127. —— Public assistance.
  (1). In general.
  (2). Social security in general.
  (3). Disability benefits and supplemental security income.
1128. —— Securities regulation.
1129. —— Taxation; Internal Revenue.
1130. —— Torts and tort claims.
1131. —— Trade regulation and economic development.
1132. Special circumstances.
1133. —— In general.
1134. —— Particular cases and contexts.
1135. Bad faith or improper purpose.
1136. —— In general.
1137. —— Particular cases and contexts.

**3. EXPENSES RECOVERABLE AND AMOUNT THEREOF.**

1141. In general.
1142. Reasonableness in general.
1143. Services of paralegals and nonattorneys.
1144. Depositions and discovery.
1145. Experts and expert witnesses.
1146. Legal research.

**1914**

**393.  UNITED  STATES**

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

1147.  Travel.
1148.  Filing, copies, and transcripts.
1149.  Attorney fees.
1150.  ——  In general.
1151.  ——  Lodestar.
1152.  ——  Excessive hours.
1153.  ——  Success of claims.
        (1).  In general.
        (2).  Partial or limited success;  pro rata reduction.
1154.  ——  Particular awards.
1155.  Enhancement.
1156.  ——  In general.
1157.  ——  Distinctive knowledge or specialized skill.
1158.  ——  Limited availability of qualified attorneys.
1159.  ——  Exceptional success.
1160.  ——  Other special factors.
1161.  ——  Cost-of-living adjustment.
1162.  Reduction.
1163.  ——  In general.
1164.  ——  Unreasonable protraction of final resolution.
1165.  Contingency fees.
1166.  ——  In general.
1167.  ——  Particular cases and contexts.

**4. PROCEEDINGS.**

1171.  In general.
1172.  Prerequisites, jurisdiction, and standing.
1173.  Timeliness of application or other request.
1174.  ——  In general.
1175.  ——  What time period applies.
1176.  ——  Finality of judgment or other determination.
1177.  ——  Effect of delay; excuses; tolling.
1178.  Proof and documentation of expenses; evidence.
1179.  ——  In general.
1180.  ——  Presumptions and burden of proof.
1181.  ——  Degree of proof.
1182.  ——  Weight and sufficiency.
1183.  Findings, determination, and order.
1184.  ——  In general.
1185.  ——  Necessity.

**II. LIABILITIES OF AND CLAIMS AGAINST UNITED STATES.**(Cont'd)

1186.  ——  Sufficiency.
1187.  Payment to attorney or client.
1188.  Review of agency award.

**5. COSTS AND FEES INCURRED ON APPEAL.**

1191.  In general.

**III. LIABILITIES TO AND CLAIMS BY UNITED STATES.**

1201.  In general.
1202.  Debts due the United States in general.
1203.  Debt collection procedures.
1204.  ——  In general.
1205.  ——  Prejudgment remedies.
1206.  ——  Compromise and settlement.
1207.  ——  Fines and restitution.
1208.  Priority of United States as creditor.
1209.  ——  In general.
1210.  ——  Statutory provisions.
1211.  ——  What constitutes "claim," "debt," or "debtor".
1212.  ——  Nature of priority.
1213.  ——  Insolvency of debtor.
        (1).  In general.
        (2).  Act of bankruptcy.
        (3).  Specific debtors.
1214.  ——  Claims and agencies entitled to priority.
1215.  ——  Priority in time.
1216.  ——  Perfection of lien.
1217.  ——  Priority over state or local government claims.
1218.  ——  Liability for disregarding priority.
1219.  Recovery of payments by United States;  recoupment.
1220.  Tort claims by United States.
1221.  Actions by United States.
1222.  ——  In general.
1223.  ——  Capacity of United States to sue.
        (1).  In general.
        (2).  Statutory authority.
        (3).  Parens patriae.
1224.  ——  Rights of action by United States or United States officers.
        (1).  In general.
        (2).  Statutory authority.
        (3).  Common-law remedies.

**1915**

TR-0044571

**393. UNITED STATES**

**III. LIABILITIES TO AND CLAIMS
BY UNITED STATES.(Cont'd)**

1225. —— Authority to sue in name of United States or officer.
1226. —— Standing.
1227. —— Exhaustion of remedies.
1228. —— Defenses in general.
1229. —— Set-off and counterclaim against United States.
    (1). In general.
    (2). Nature of claim in general.
    (3). Unliquidated damages.
    (4). Torts.
    (5). Independent transactions.
    (6). Presentation and disallowance of claim.
    (7). Judgment for excess.
1230. —— Jurisdiction.
1231. —— Venue.
1232. —— Time to sue, limitations, and laches.
1233. —— Parties.
1234. —— Process.
    (1). In general.
    (2). Method of service; who must be served.
    (3). Time of service.
1235. —— Appearance and representation by attorney.
1236. —— Pleading.
1237. —— Evidence.
    (1). In general.
    (2). Presumptions and burden of proof.
    (3). Admissibility.
    (4). Weight and sufficiency.
1238. —— Damages.
    (1). In general.
    (2). Elements and measure of damages.
    (3). Punitive damages.
1239. —— Trial.
1240. —— Judgment.
1241. —— Execution and enforcement of judgment.
1242. —— Interest.
1243. —— Costs and fees.

**IV. FALSE CLAIMS.**

1251. In general.

**IV. FALSE CLAIMS.(Cont'd)**

1252. Statutory provisions.
1253. Elements.
1254. —— In general.
1255. —— Injury or financial loss.
1256. —— Intent.
1257. —— False claim.
1258. —— False certification.
1259. —— Materiality.
1260. —— Submission to government.
1261. —— Reverse false claims.
1262. Who may be liable.
1263. —— In general.
1264. —— Particular actors.
    (1). In general.
    (2). Contractors and subcontractors.
    (3). Government actors.
1265. Who may bring action for false claims.
1266. —— In general.
1267. —— Standing.
1268. —— United States as plaintiff or intervenor.
1269. Jurisdictional bars.
1270. —— In general.
1271. —— Public disclosure bar.
    (1). In general.
    (2). Original source exception.
1272. —— First-to-file bar.
1273. —— Other particular bars.
1274. Proceedings.
1275. —— In general.
1276. —— Time; limitations.
1277. —— Pleading; complaint filed under seal.
1278. —— Civil investigative demands.
1279. —— Dismissal or settlement.
1280. —— Restricting participation by plaintiff.
1281. —— Evidence.
1282. —— Trial and judgment.
1283. —— Costs and fees.
1284. Damages.
1285. —— In general.
1286. —— Number of "forfeitures".
1287. —— Plaintiff's right to share of award.
1288. —— Measure of damages.
1289. —— Double or treble damages.
1290. —— Particular amounts.
1291. Civil penalties.

TR-0044572

393. UNITED STATES

### IV. FALSE CLAIMS.(Cont'd)

1292. Forfeiture of fraudulent claims.
1293. Offenses and prosecutions.
1294. —— In general.
1295. —— Elements.
    (1). In general.
    (2). Falsity.
    (3). Materiality.
    (4). Intent.
    (5). Agency of United States.
1296. —— Proceedings.
    (1). In general.
    (2). Indictment and information.
    (3). Evidence.
    (4). Trial.
1297. —— Sentence and punishment.

### V. EMPLOYEES, OFFICERS, AND AGENTS.

#### (A) IN GENERAL.

1301. In general.
1302. Appointment and hiring.
1303. —— In general.
1304. —— Eligibility.
1305. —— Qualification.
1306. —— Probationary period.
1307. —— Failure to hire.
1308. Term and duration; vacancies.
1309. Removal or other adverse action.
1310. —— In general; power to remove.
1311. —— Grounds.
    (1). In general.
    (2). Conduct or misconduct in general.
    (3). Competence or performance.
    (4). Disobedience or insubordination.
    (5). Alcohol or drug use.
    (6). National security concerns.
    (7). Economic or budgetary concerns; layoffs.
    (8). Abolition of position; reorganization or privatization.
1312. —— Exercise of rights; retaliation.
1313. —— Reporting or opposing wrongdoing; "whistleblowing".
1314. —— Suspension or other discipline.
    (1). In general; power to suspend or discipline.
    (2). Grounds.
    (3). Exercise of rights; retaliation.

### V. EMPLOYEES, OFFICERS, AND AGENTS.(Cont'd)

    (4). Reporting or opposing wrongdoing; "whistleblowing".
1315. —— Proceedings to impose adverse action.
    (1). In general.
    (2). Time.
    (3). Statement of reasons.
    (4). Notice and hearing.
    (5). Evidence.
    (6). Determination.
    (7). Judicial review or intervention.
1316. —— Grievances and grievance proceedings.
1317. —— Actions.
    (1). In general.
    (2). Exhaustion of remedies.
1318. —— Relief.
    (1). In general.
    (2). Monetary relief; back pay.
    (3). Reinstatement.
1319. —— Costs and fees.
1320. Voluntary termination; resignation.
1321. —— In general.
1322. —— Constructive discharge.
1323. Appointment and tenure of officers.
1324. —— In general.
1325. —— Power to appoint.
1326. —— Eligibility.
1327. —— Qualification.
1328. —— Term and duration; vacancies.
1329. —— Recess appointments.
1330. —— Removal or other adverse action.
    (1). In general; power to remove.
    (2). Grounds.
    (3). —— In general.
    (4). —— Misconduct, malfeasance, or misfeasance.
    (5). Retaliation; "whistleblowing".
    (6). Suspension or other discipline.
    (7). Proceedings to impose adverse action.
    (8). Actions and relief.
1331. —— Voluntary termination; resignation.
1332. Promotion, demotion, assignment, and transfer.
1333. —— In general.

TR-0044573

**393. UNITED STATES**

### V. EMPLOYEES, OFFICERS, AND AGENTS.(Cont'd)

1334. —— Retaliation; "whistleblowing".
1335. Veterans' preference.
1336. Retirement.
1337. Authority and powers.
1338. —— In general.
1339. —— Ultra vires acts in general.
1340. —— Delegation in general.
1341. —— Deputies and assistants.
1342. —— Ministerial officers.
1343. —— De facto officers.
1344. —— Agents and employees.
1345. —— Special authority or employment.
1346. —— Disabilities.
1347. Duties and performance thereof.
1348. —— In general.
1349. —— Custody and care of public funds and other property.
1350. —— Accounting, audit, and settlement.
1351. —— Ethics and conflicts of interest in general.
1352. —— Confidentiality.
1353. —— Outside activities.
   (1). In general.
   (2). Prepublication review.
1354. —— Former employees, officers, and agents.
1355. Independent counsel.
1356. —— In general.
1357. —— Authority and powers.
1358. —— Duties and performance thereof.
1359. Immunity of United States from employment claims.

### (B) COMPENSATION.

1361. In general; power to regulate.
1362. Form, rate, and amount in general.
1363. Salaries.
1364. Commissions and fees.
1365. Additional compensation; extra services.
1366. Overtime compensation.
1367. Increase or reduction.
1368. Back pay in general.
1369. Compensation during absence; time off and leave.
1370. Severance pay and benefits.

### V. EMPLOYEES, OFFICERS, AND AGENTS.(Cont'd)

1371. Reimbursement of expenses; indemnification.
1372. Deductions and offsets.
1373. Allowance, payment, and collection.
1374. —— In general.
1375. —— Administrative proceedings.
   (1). In general.
   (2). Time for proceedings; limitations.
   (3). Judicial review or intervention.
1376. —— Actions.
   (1). In general.
   (2). Time for proceedings; limitations.
   (3). Exhaustion of remedies.
   (4). Pleading.
1377. —— Evidence.
1378. Recovery of payments; recoupment.

### (C) PENSIONS AND BENEFITS.

1381. In general.
1382. Eligibility and right to benefits.
1383. —— In general.
1384. —— Pensions and retirement benefits.
1385. —— Deferred compensation.
1386. —— Health and medical benefits.
1387. —— Disability benefits.
1388. —— Death benefits.
1389. Funds and contributions.
1390. Amount and computation.
1391. —— In general.
1392. —— Service credit.
1393. Allowance, payment, and collection.
1394. —— In general.
1395. —— Administrative proceedings.
   (1). In general.
   (2). Time for proceedings; limitations.
   (3). Judicial review or intervention.
1396. —— Actions.
   (1). In general.
   (2). Time for proceedings; limitations.
   (3). Exhaustion of remedies.
   (4). Pleading.
1397. —— Evidence.
1398. Revocation, suspension, or termination.
1399. Recovery of payments; recoupment.

393. UNITED STATES

(D) LIABILITIES.

1. IN GENERAL.

1401. In general.
1402. Official acts in general.
1403. Negligence or misconduct in general.
1404. Discretionary acts or functions in general.
1405. Privilege or immunity; good faith.
1406. —— In general; official immunity.
1407. —— Sovereign immunity, and relation of official immunity thereto.
1408. —— Absolute immunity.
1409. —— Qualified immunity.
1410. Scope of employment; Westfall Act.
1411. —— In general; substitution of United States as defendant.
1412. —— Certification or other determination.
1413. —— Judicial review.
1414. Particular cases and contexts.
1415. —— In general.
1416. —— Particular employees, officers, and agents.
　(1). In general.
　(2). Privilege or immunity; good faith.
　(3). Scope of employment; Westfall Act.
1417. —— Particular torts.
　(1). In general.
　(2). Privilege or immunity; good faith.
　(3). Scope of employment; Westfall Act.
1418. —— Medical malpractice claims.
　(1). In general.
　(2). Privilege or immunity; good faith.
　(3). Scope of employment; Westfall Act.
1419. —— Defamation, disclosure, and privacy claims.
　(1). In general.
　(2). Privilege or immunity; good faith.
　(3). Scope of employment; Westfall Act.
1420. —— Criminal law enforcement and investigation.
　(1). In general.
　(2). Privilege or immunity; good faith.
　(3). Scope of employment; Westfall Act.

V. EMPLOYEES, OFFICERS, AND AGENTS.(Cont'd)

1421. —— Employment practices.
　(1). In general.
　(2). Privilege or immunity; good faith.
　(3). Scope of employment; Westfall Act.
1422. Existence and exclusivity of other remedies.
1423. —— In general.
1424. —— Federal Tort Claims Act.
1425. —— Other particular remedies.
1426. —— Exhaustion of remedies.
1427. Persons liable.
1428. —— In general; individual or official capacity.
1429. —— Personal involvement; vicarious liability and respondeat superior.
1430. Private individuals or entities; contractors.
1431. —— In general.
1432. —— Privilege or immunity; good faith.
1433. Actions.
1434. —— In general.
1435. —— Jurisdiction and venue.
1436. —— Time for proceedings; limitations.
1437. —— Parties; standing.
1438. —— Process.
1439. —— Pleading.
1440. —— Evidence.
1441. —— Trial, judgment, and relief.
1442. —— Costs and fees.
1443. Liabilities on official bonds.
1444. —— In general; nature of liability.
1445. —— Discharge of sureties; rights and remedies of sureties.
1446. —— Acts constituting breach of bond; accrual of liability.
1447. —— Extent of liability.
1448. —— Summary remedies.
1449. —— Actions.

2. CONSTITUTIONAL VIOLATIONS; BIVENS CLAIMS.

1451. In general.
1452. Particular rights, acts, and claims.
1453. —— In general.
1454. —— Education.

TR-0044575

**393. UNITED STATES**

### V. EMPLOYEES, OFFICERS, AND AGENTS.(Cont'd)

1455. —— Criminal law enforcement and investigation.
  (1). In general.
  (2). Searches, seizures, and forfeitures.
  (3). Arrest and detention in general.
  (4). Use of force.
  (5). Search incident to arrest.
  (6). Pretrial detention.
  (7). Criminal prosecutions.
1456. —— Prisons.
1457. —— Internal revenue.
1458. —— Aliens, immigration, and customs.
1459. —— War, national emergency, and armed services.
1460. —— Employment practices.
1461. Existence and exclusivity of other remedies.
1462. —— In general.
1463. —— Particular remedies.
1464. —— Exhaustion of remedies.
1465. Color of law.
1466. Persons liable.
1467. —— In general; individual or official capacity.
1468. —— Personal involvement; vicarious liability and respondeat superior.
1469. Privilege or immunity; good faith.
1470. —— In general.
1471. —— Absolute immunity in general.
1472. —— Qualified immunity in general.
1473. —— Particular actors and situations in general.
1474. —— Education.
1475. —— Criminal law enforcement and investigation.
  (1). In general.
  (2). Searches, seizures, and forfeitures.
  (3). Arrest and detention in general.
  (4). Use of force.
  (5). Search incident to arrest.
  (6). Pretrial detention.
  (7). Criminal prosecutions.
1476. —— Prisons.
1477. —— Internal revenue.
1478. —— Aliens, immigration, and customs.
1479. —— War, national emergency, and armed services.

### V. EMPLOYEES, OFFICERS, AND AGENTS.(Cont'd)

1480. —— Employment practices.
1481. —— Judges, courts, and judicial officers; judicial immunity.
1482. —— Attorneys.
1483. —— Marshals.
1484. Private individuals or entities; contractors.
1485. —— In general; color of law.
1486. —— Privilege or immunity; good faith.
1487. Actions.
1488. —— In general.
1489. —— Jurisdiction and venue.
1490. —— Time for proceedings; limitations.
1491. —— Parties; standing.
1492. —— Process.
1493. —— Pleading.
1494. —— Evidence.
1495. —— Trial and judgment.
1496. —— Damages or other relief.
  (1). In general.
  (2). Punitive damages.
1497. —— Costs and fees.

#### (E) CRIMINAL RESPONSIBILITY.

1501. In general.
1502. Offenses.
1503. —— In general.
1504. —— Conflict of interest.
1505. —— Improper income supplementation.
1506. —— Disclosure of confidential information.
1507. Prosecution and punishment.
1508. Liability under state law; immunity.

#### (F) CONGRESSIONAL EMPLOYEES, OFFICERS, AND AGENTS.

1511. In general.
1512. Removal or other adverse employment action.
1513. Compensation.
1514. Pensions and benefits.
1515. Liabilities.
1516. —— In general.

TR-0044576

**394. UNITED STATES MAGISTRATE JUDGES**

**V. EMPLOYEES, OFFICERS, AND AGENTS.**(Cont'd)

1517. —— Constitutional violations; Bivens claims.
1518. Criminal responsibility.

**VI. CORPORATIONS, SPECIAL INSTRUMENTALITIES, AND SIMILAR ENTITIES CONTROLLED BY UNITED STATES.**

1521. In general.
1522. Nonappropriated fund instrumentalities in general.
1523. Independent establishments in general.
1524. Powers, liabilities, and activities in general.
1525. Particular entities.
1526. —— In general.
1527. —— Trade, business, finance, and economic development in general.
1528. —— Small business investment companies.
1529. —— Housing and home financing.
1530. —— Maritime matters.
1531. —— Museums, research, and culture.
1532. —— Tennessee Valley Authority.
1533. Power to sue and be sued; immunity.
1534. —— In general.
1535. —— Particular entities.
1536. —— Tort claims.
1537. Actions.
1538. —— In general.
1539. —— Right of action; nature and form of remedy.
1540. —— Jurisdiction and venue.
1541. —— Time for proceedings; limitations.
1542. —— Parties; standing.
1543. —— Process.
1544. —— Pleading.
1545. —— Evidence.
1546. —— Trial, judgment, and relief.
     (1). In general.
     (2). Questions of law or fact.
     (3). Equitable relief; injunctions.
1547. —— Costs and fees.
1548. Insolvency, receivership, and liquidation.
1549. —— In general.
1550. —— Small business investment companies.

**VI. CORPORATIONS, SPECIAL INSTRUMENTALITIES, AND SIMILAR ENTITIES CONTROLLED BY UNITED STATES.**(Cont'd)

1551. —— Housing and home financing entities.
1552. —— Other particular entities.
1553. —— Actions and proceedings.
1554. Employees, officers, and agents.
1555. —— In general.
1556. —— Removal or other adverse employment action.
1557. —— Compensation.
1558. —— Pensions and benefits.
1559. —— Liabilities.
     (1). In general.
     (2). Constitutional violations; Bivens claims.
1560. —— Criminal responsibility.

---

**394. UNITED STATES MAGISTRATE JUDGES**

**SUBJECTS INCLUDED**

United States Magistrate Judges (formerly United States Magistrates and United States Commissioners)

Appointment, qualification, tenure, and removal of such judges and their predecessors

Their compensation

Their jurisdiction, power, authority, status, and liability

Reference, delegation, and designation of matters to them, including their designation as special masters

Proceedings before them in general

Reports and recommendations by them and objections thereto

Review of their determinations by the district court and in the Court of Appeals

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Bail, see BAIL

Commissioners in admiralty, see ADMIRALTY

TR-0044577

## 394. UNITED STATES MAGISTRATE JUDGES

Commissioners in chancery, see EQUITY

Conclusiveness of rulings by, see RES JUDI-CATA

Referees, see FEDERAL CIVIL PROCE-DURE, REFERENCE

Reference of bankruptcy matters and bank-ruptcy appeals to magistrates, see BANK-RUPTCY

Searches and seizures, see SEARCHES AND SEIZURES

State and local commissioners and magis-trates, see COURT COMMISSIONERS, JUSTICES OF THE PEACE, REFER-ENCE

Substantive rulings in particular proceedings by and before commissioners, magistrates, or magistrate judges, see ARREST, CON-TEMPT, CRIMINAL LAW, and other spe-cific topics

――――――

I. IN GENERAL, ⚖101–120.
II. JURISDICTION, POWERS, AND AU-THORITY TO ACT, PRESIDE, OR RULE, ⚖121–200.
   (A) IN GENERAL, ⚖121–130.
   (B) PARTICULAR CASES, CONTEXTS, AND RULINGS, ⚖131–200.
III. PROCEEDINGS BEFORE MAGIS-TRATE JUDGES, ⚖201–210.
IV. REVIEW OR SUPERVISION BY DIS-TRICT COURT, ⚖211–260.
V. REVIEW BY COURT OF APPEALS; DIRECT APPEAL, ⚖261–275.

### I. IN GENERAL.

101. In general.
102. Appointment, eligibility, and qualifica-tion.
103. Term, tenure, and retirement.
104. Removal or termination.
105. Bias; recusal.
106. Discipline.
107. Liabilities.
108. —— In general.
109. —— Immunity.
110. Disabilities.
111. Compensation.
112. —— In general.
113. —— Issuing warrants and other orders, drawing complaints, and administering oaths.

### I. IN GENERAL.(Cont'd)

114. —— Docket fees; fees for entering re-turns or filing papers.
115. —— Copies of papers.
116. —— Hearings.
117. Status.
118. —— In general.
119. —— Constitutional status.

### II. JURISDICTION, POWERS, AND AUTHORITY TO ACT, PRESIDE, OR RULE.

#### (A) IN GENERAL.

121. In general.
122. Reference, designation, or delegation.
123. —— In general.
124. —— Objections and proceedings there-on.
125. —— Withdrawal or vacation.
126. Consent.
127. —— In general.
128. —— Objections and proceedings there-on.
129. —— Withdrawal or vacation.

#### (B) PARTICULAR CASES, CONTEXTS, AND RULINGS.

131. In general.
132. Nature of case, proceeding, dispute, or issue in general.
133. Pretrial and other preliminary matters in general.
134. Hearing, trial, findings, and determina-tion in general.
135. Dispositive orders, rulings on merits, and dismissal in general.
136. Jurisdiction and venue.
137. Parties, process, and pleading.
138. —— In general.
139. —— Answer and subsequent pleadings.
140. —— Amendment of pleadings.
141. —— Dismissal.
142. —— Judgment on pleadings.
143. —— Intervention.
144. —— Class actions.
145. Discovery.
146. Consolidation, severance, continuance, and stay.
147. Jury.
148. —— In general.

TR-0044578

## 394. UNITED STATES MAGISTRATE JUDGES

**II. JURISDICTION, POWERS, AND AUTHORITY TO ACT, PRESIDE, OR RULE.(Cont'd)**

149. —— Selection and impaneling of jurors; voir dire.
150. Evidence and witnesses.
151. —— In general.
152. —— Evidentiary hearing.
153. —— Expert evidence and witnesses.
154. Judgment.
   *Judgment on pleadings, see ☞142.*
155. —— In general.
156. —— Default judgment and opening thereof.
157. —— Summary judgment.
158. —— Enforcement of judgment.
159. Proceedings after trial or judgment.
160. Remand.
161. Remedies and relief.
162. —— In general.
163. —— Injunctive relief; temporary restraining order.
164. Costs and attorney fees.
165. Indigent parties; proceedings in forma pauperis.
166. Sanctions.
167. —— In general.
168. —— Discovery sanctions.
169. Compromise and settlement.
170. —— In general.
171. —— Class actions.
172. Criminal matters.
173. —— In general.
174. —— Nature of offense, proceeding, dispute, or issue in general.
175. —— Pretrial and other preliminary matters in general.
176. —— Hearing, trial, findings, and determination in general.
177. —— Dispositive orders, rulings on merits, and dismissal in general.
178. —— Arrest and detention.
179. —— Indictment, information, or complaint.
180. —— Arraignment and plea.
181. —— Jury.
   (1). In general.
   (2). Selection and impaneling of jurors; voir dire.
182. —— Evidence and witnesses.
183. —— Expert evidence and witnesses.

184. —— Sentencing and punishment.
185. —— Criminal records; expungement.
186. Extraordinary relief; writs.
187. —— In general.
188. —— Habeas corpus.
189. Transfer of prisoners; extradition and detainers.
190. Contempt.

**III. PROCEEDINGS BEFORE MAGISTRATE JUDGES.**

201. In general.
202. Determination and disposition.
203. —— In general.
204. —— Report and recommendation.

**IV. REVIEW OR SUPERVISION BY DISTRICT COURT.**

211. In general.
212. Objections to report and recommendation.
213. —— In general.
214. —— Notice of right to object; requisites and sufficiency.
215. —— Time for objecting; extension.
216. Procedure and proceedings for review or on appeal.
217. —— In general.
218. —— Jurisdiction and authority of district court on review or appeal.
219. —— Sua sponte review by district court.
220. —— Persons entitled to seek review; parties; standing.
221. —— Estoppel to allege error; invited error.
222. —— Time issues in cases not involving objections to reports and recommendations.
223. —— Effect of review by or appeal to district court.
224. —— Supersedeas or stay of proceedings pending review by or appeal to district court.
225. Decisions reviewable.
226. —— In general.
227. —— Mootness.
228. Presentation and reservation of grounds for review; plain error review.
229. —— In general.

1923

**394. UNITED STATES MAGISTRATE JUDGES**

**IV. REVIEW OR SUPERVISION BY DISTRICT COURT.(Cont'd)**

230. —— Failure to object; uncontested findings.
    (1). In general.
    (2). Waiver of right to review in general.
    (3). Frivolous, conclusive, or general objections.
    (4). Plain error, clear error, and manifest injustice review.
231. —— Assertion of issues, theories, or claims for first time in objections.
232. Record and supplementation thereof; briefs; transcript.
233. Hearing.
234. Scope and extent of review.
235. —— In general.
236. —— Matters, evidence, or questions considered.
237. —— Standard of review.
    (1). In general.
    (2). Deference in general.
    (3). De novo review in general.
    (4). Discretion in general.
    (5). —— In general.
    (6). —— Discretion of district court to choose standard of review.
    (7). —— Abuse of discretion review in general.
    (8). Clear error, manifest error, or contrary to law in general.
    (9). Particular cases, contexts, and questions.
    (10). —— In general.
    (11). —— Procedural matters.
    (12). —— Remedial matters.
    (13). —— Substantive matters.
238. Presumptions and burdens.
239. —— In general.
240. —— Presumptive weight of magistrate judge's recommendation.
241. —— Particular cases, contexts, and questions.
242. Harmless or reversible error.
243. —— In general.
244. —— Particular cases, contexts, and questions.
245. Waiver of error before district court.
246. Determination and disposition.
247. —— In general.

**IV. REVIEW OR SUPERVISION BY DISTRICT COURT.(Cont'd)**

248. —— Affirmance.
249. —— Modification.
250. —— Reversal or vacation.
251. —— Rendering judgment; dismissing claims or parties.
252. —— Remand, recommital, or referral back to magistrate judge.
253. —— Reconsideration.

**V. REVIEW BY COURT OF APPEALS; DIRECT APPEAL.**

261. In general.
262. Objections to report and recommendation.
263. Procedure and proceedings for review or on appeal.
264. Decisions reviewable.
265. Presentation and reservation of grounds for review; plain error review.
266. Record and supplementation thereof; briefs; transcript.
267. Hearing.
268. Scope and extent of review.
269. —— In general.
270. —— Matters, evidence, or questions considered.
271. —— Standard of review.
    (1). In general.
    (2). De novo review in general.
    (3). Abuse of discretion review in general.
    (4). Clear error review in general.
    (5). Particular cases, contexts, and questions.
272. Presumptions and burdens.
273. Harmless or reversible error.
274. Waiver of error before appellate court.
275. Determination and disposition.

---

**395. UNITED STATES MARSHALS**

**SUBJECTS INCLUDED**

Marshals of the United States, and their deputies, assistants, and employees

TR-0044580

## 395. UNITED STATES MARSHALS

Their appointment, qualification, and tenure
of office or employment

Their rights, powers, duties, and liabilities

### SUBJECTS EXCLUDED AND COVERED
### BY OTHER TOPICS

Air marshals, see AVIATION

Bailiffs and similar court officials, see
COURTS II(B)

County sheriffs and constables, see SHER-
IFFS AND CONSTABLES

District of Columbia, marshal of, see DIS-
TRICT OF COLUMBIA

Liability for constitutional violations, see
UNITED STATES V(D)2

Local marshals and police officers, see MU-
NICIPAL CORPORATIONS

Particular writs and specific duties, see AD-
MIRALTY, BANKRUPTCY, INTERNAL
REVENUE, and other specific topics

101. In general.
102. Appointment, qualification, and tenure.
103. —— In general.
104. —— Deputies, assistants, and employ-
ees in general.
105. —— Removal or other adverse action in
general.
106. —— Exercise of rights; retaliation.
107. —— Reporting or opposing wrongdo-
ing; "whistleblowing".
108. —— Suspension or other discipline.
109. —— Promotion, demotion, assignment,
and transfer.
110. —— Voluntary termination, resignation,
and retirement.
111. —— Actions and proceedings.
(1). In general.
(2). Exclusive and concurrent reme-
dies; exhaustion.
(3). Parties, process, and pleading.
(4). Evidence, trial, and judgment.
(5). Relief; costs and fees.
112. Authority, powers, and duties.
113. —— In general.
114. —— Security and law enforcement.
115. —— Arrest; custody and control of
prisoners.

116. Compensation.
117. —— In general.
118. —— Particular services or activities.
(1). In general.
(2). Service of process or other papers.
(3). Custody and disposition of prop-
erty; sale.
(4). Selection and summoning of ju-
rors.
(5). Court attendance.
(6). Security and law enforcement.
(7). Arrest; custody and control of
prisoners.
119. —— Overtime compensation.
120. —— Expenses and losses.
(1). In general.
(2). Mileage and travel expenses.
(3). Indemnification.
121. —— Allowance, payment, and collec-
tion; actions and proceedings.
122. —— Recovery of payments; recoup-
ment.
123. Pensions and benefits.
124. Liabilities.
*Liability for constitutional violations, see UNITED
STATES V(D)2.*
125. —— In general.
126. —— Particular cases and contexts.
(1). In general.
(2). Security and law enforcement.
(3). Arrest; custody and control of
prisoners.
127. —— Privilege or immunity; good faith.
(1). In general.
(2). Security and law enforcement.
(3). Arrest; custody and control of
prisoners.
128. —— Actions and proceedings.
(1). In general.
(2). Exclusive and concurrent reme-
dies; exhaustion.
(3). Parties, process, and pleading.
(4). Evidence, trial, and judgment.
(5). Relief; costs and fees.
129. Liabilities on official bonds.
130. Criminal responsibility.

**1925**

TR-0044581

## 396. UNLAWFUL ASSEMBLY

### SUBJECTS INCLUDED

Meeting of a number of persons with intent mutually to assist one another in execution of a common purpose by the use of force or other unlawful intent, and attempting or threatening such use of force, but without actually putting their unlawful design into execution

Nature and extent of criminal responsibility therefor, and grounds of defense

Prosecution and punishment of such acts as public offenses

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Right to assemble peaceably, see CONSTITUTIONAL LAW XIV

Riotous execution of common purpose of unlawful assembly, see RIOT

1. Nature and elements of offenses.
2. Indictment or information.
3. Evidence.
4. Trial and review.

---

## 396A. URBAN RAILROADS

### SUBJECTS INCLUDED

Construction, maintenance, regulation, and operation of fixed rail transit systems in cities on the surface or elevated, depressed, or underground

Rights, duties, and liabilities as to the public and as to individuals, in respect of the management and operation of systems, otherwise than in the capacity of employer or carrier

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Carriers, regulation in general, see CARRIERS

Corporations in general, matters applicable to, see CORPORATIONS AND BUSINESS ORGANIZATIONS

Eminent domain, power, and exercise thereof, see EMINENT DOMAIN

Employers, systems as, see LABOR AND EMPLOYMENT

Motor buses and similar carriers, see AUTOMOBILES, CARRIERS

Municipalities' powers to grant and regulate franchises and rights of way, and to aid urban railroads, see MUNICIPAL CORPORATIONS

Passengers, carriage of, see CARRIERS

Railroads in general, regulation, see RAILROADS

Taxation of urban railroads, see TAXATION

---

I. ESTABLISHMENT, CONSTRUCTION, AND MAINTENANCE, ⚌1–19.
II. REGULATION AND OPERATION, ⚌20–31.

### I. ESTABLISHMENT, CONSTRUCTION, AND MAINTENANCE.

1. In general.
   *Injunctive relief, see INJUNCTION IV(P).*
2. Constitutional and statutory provisions.
3. Determination as to necessity, location, and mode of construction.
4. Establishment or acquisition by public authorities.
5. Location.
6. Franchises or privileges; property rights.
7. Construction and maintenance.
7.1. —— In general.
8. —— Contracts.

### II. REGULATION AND OPERATION.

20. In general.
21. Public operation or control.
22. Statutory or municipal regulations.
23. Injuries from operation.
23.1. —— In general.
24. —— Collision.
25. —— Injuries to persons on or near tracks.
26. —— Contributory negligence.
27. —— Proximate cause.
28. —— Injuries avoidable notwithstanding contributory negligence.
29. —— Notice of claim for injury.

TR-0044582

## II. REGULATION AND OPERATION.(Cont'd)

30. —— Actions.
31. Offenses and penalties.

---

# 398. USURY

## SUBJECTS INCLUDED

Compensation for use or forbearance of money at a rate greater than allowed by law

The reserving, taking, or paying such unlawful rate

Validity and effect of agreements therefor

Pleading usury and proof thereof as a defense

Civil and criminal liabilities and remedies for violations of usury laws

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Rate of interest allowed by law in general, see INTEREST

Rate of interest allowed by law on particular classes of transactions, see FINANCE, BANKING, AND CREDIT and other specific topics

---

I. USURIOUS CONTRACTS AND
     TRANSACTIONS, ⇔1–133.
   (A) NATURE AND VALIDITY, ⇔1–88.
   (B) RIGHTS AND REMEDIES OF PAR-
       TIES, ⇔89–125.
   (C) RIGHTS AND REMEDIES OF
       THIRD PERSONS, ⇔126–133.
II. PENALTIES AND FORFEITURES,
     ⇔134–148.
III. CRIMINAL RESPONSIBILITY, ⇔149.

## I. USURIOUS CONTRACTS AND TRANSACTIONS.

### (A) NATURE AND VALIDITY.

1. Nature of usury in general.
2. What law governs.
   (1). In general.
   (2). Place of making contract.
   (3). Contract secured by mortgage or
       other lien.

## I. USURIOUS CONTRACTS AND TRANSACTIONS.(Cont'd)

   (4). Contracts to be performed in
       place other than where made.
   (5). Place of payment or enforcement.
3. Constitutional and statutory provisions.
4. —— In general.
5. —— Validity of usury laws.
6. —— Construction and operation in gener-
     al.
7. —— Retroactive operation in general.
8. —— Amendment and repeal.
9. —— Effect on pre-existing contracts of
     change in statutory rate of interest.
10. Elements of usury.
11. —— In general.
12. —— Intent, knowledge, and mutual as-
     sent of parties.
13. —— Loan or forbearance.
14. —— Agreement for payment of princi-
     pal.
15. —— Reservation, taking, or payment of
     or agreement for excessive interest.
16. Nature and subject-matter of transaction
     in general.
17. Loans or advances of money.
18. —— In general.
19. —— Depreciated currency or funds.
20. —— Repayment in medium other than
     money.
21. Bills, notes, and other instruments for
     payment of money.
22. —— In general.
23. —— Usurious transactions between orig-
     inal parties.
24. —— Consideration and legal inception
     before transfer.
25. —— Usurious transfers in general.
26. —— Discounts.
27. Forbearance or suspension of legal reme-
     dy or process.
28. Loans or sales of credit.
29. Loans of personal property.
30. Sales or exchanges of property.
31. —— In general.
32. —— Credit, deferred payments, and in-
     stallments of price.
33. Leases or agreements for hiring of prop-
     erty.
34. Mortgages.

## 398. USURY

**I. USURIOUS CONTRACTS AND TRANSACTIONS.**(Cont'd)

35. Pledges and other deposits as security.
36. Contracts and transactions involving hazard or contingency.
36.1. —— In general.
37. —— Hazard of principal in general.
38. —— Partnership agreements.
39. —— Payment of principal subject to contingency in general.
40. —— Contracts for annuities.
41. —— Interest subject to condition.
42. Rate and amount of interest in general.
43. Interest from prior date.
44. Interest in advance.
45. —— In general.
46. —— Discount of bills and notes.
47. Interest payable at periods less than a year, and rests in computation.
48. Interest after maturity of debt.
49. Compound interest.
50. Mode of computation of interest.
51. Use of interest tables.
52. Contemporaneous collateral agreements in general.
53. Compensation for services or expenses or losses incurred by lender.
54. Commission or bonus to agent, broker, or other third person.
55. —— In general.
56. —— Agent or other representative of lender.
57. —— Agent or other representative of borrower.
58. Commissions of factor or consignee making advances.
59. Stipulations as to insurance.
60. Stipulations as to payment of taxes.
61. Stipulations as to liquidated damages on breach of contract.
62. Stipulations as to attorney fees on default in payment.
63. Agreements to assume, secure, or pay other debt.
64. Subsequent collateral agreements in general.
65. Extension of time of payment.
66. Renewal of bill, note, or other obligation.
67. Usurious contract as consideration for new promise.

**I. USURIOUS CONTRACTS AND TRANSACTIONS.**(Cont'd)

68. Agreements to assume, secure, or pay usurious debt.
69. Loans to pay usurious debts.
70. Custom or usage affecting contract or transaction.
72. Construction of contracts as to usury.
74. Effect of usury.
75. —— In general.
76. —— Validity of contract or indebtedness.
77. —— Contract or debt originally valid.
78. —— Interest.
79. —— Excessive interest.
80. —— Securities.
81. —— Executed contracts.
82. Persons who may take advantage of existence of usury in general.
83. Defense of usury by corporations.
84. Usury in issue and sale of municipal securities.
85. Persons affected by usury in general.
86. Usury in transactions through agents.
87. Usury in partnership transactions.
88. Purging contract of usury.

**(B) RIGHTS AND REMEDIES OF PARTIES.**

89. Relative rights of parties to contract or transaction in general.
90. Rescission or avoidance of contract or conveyance by act of party.
91. Equitable relief.
92. —— In general.
93. —— Cancellation or reformation of written instrument.
94. —— Restraining or refusing enforcement of obligation or security.
95. —— Tender or payment of amount actually received or due.
96. Enforcement of usurious contract or security.
97. —— In general.
98. —— Amount actually loaned, advanced, or paid.
99. Usury as a defense.
100. Application of payments of usury.
    (1). In general.
    (2). Time of payment.
101. Set-off and counterclaim of usury paid.
102. Recovery of usury paid.

1928

**I. USURIOUS CONTRACTS AND TRANSACTIONS.**(Cont'd)

    (1). In general.

    (2). Voluntary payments.

    (3). Mode and sufficiency of payment as affecting recovery in general.

    (4). Payment of judgment embracing usury.

    (5). Persons liable.

    (6). Form of remedy.

    (7). Extent of recovery.

103. Estoppel to take advantage of usury.

104. Waiver or release of usury in general.

105. Effect of account stated.

106. Effect of compromise or settlement.

107. Effect of judgment in action on contract or security.

108. Jurisdiction and venue of actions.

109. Time to sue, limitations, and laches.
    *See also LIMITATION OF ACTIONS.*

110. Parties to actions.

111. Pleading.

    (1). In general.

    (2). Actions and proceedings to enforce usurious contract or security.

    (3). Actions to recover usury paid.

    (4). Equitable actions for relief against usury.

    (5). Set-off or counterclaim of usury paid.

112. Evidence.

112.1. —— In general.

113. —— Presumptions and burden of proof.

114. —— Admissibility in general.

115. —— Parol evidence.

116. —— Competency of parties as witnesses.

117. —— Weight and sufficiency.

119. Questions for jury.

120. Instructions.

121. Verdict and findings.

122. Judgment.

123. Execution and enforcement of judgment.

124. Appeal and error.

125. Costs.

**(C) RIGHTS AND REMEDIES OF THIRD PERSONS.**

126. Personal nature of right to relief or defense.

**I. USURIOUS CONTRACTS AND TRANSACTIONS.**(Cont'd)

127. Privity with parties to usury in general.

128. Assignees of usurious contract or security.

129. Assignees of usurious borrower or other debtor.

130. Subsequent purchasers of incumbered property.

131. Subsequent incumbrancers.

132. Creditors of usurious borrower or incumbrancer.

133. Actions by or against third persons.

**II. PENALTIES AND FORFEITURES.**

134. Nature and scope in general.

135. What law governs.

136. Constitutional and statutory provisions.

137. Grounds of penalties.

138. Amount and extent of penalties.

139. Defenses to penalties.

140. Persons entitled to enforce penalties.

141. Persons liable for penalties.

142. Actions for penalties.

    (1). In general.

    (2). Time to sue and limitations.
    *See also LIMITATION OF ACTIONS.*

    (3). Pleading.

    (4). Evidence.

    (5). Verdict and judgment.

143. Set-off and counterclaim of penalties.

144. Grounds of forfeiture in general.

145. Forfeiture of principal of indebtedness.

146. Forfeiture of interest.

147. Enforcement and effect of forfeitures.

148. Disposition of proceeds.

**III. CRIMINAL RESPONSIBILITY.**

149. In general.

150. Prosecution and punishment.

---

## 399. VAGRANCY

### SUBJECTS INCLUDED

An idle, wandering, disorderly, or criminal mode or course of life, punishable as such,

TR-0044585

## 399. VAGRANCY

independently of any specific offense committed

Prosecution and punishment thereof

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Children, vagrancy and delinquency, see IN-FANTS

1. Nature and elements of offenses.
2. Indictment or information.
3. Evidence.
4. Trial and review.
5. Sentence and punishment.
6. Prevention or suppression of vagrancy.

---

## 401. VENUE

### SUBJECTS INCLUDED

Place in which actions should be brought and tried in general

Distinctions in respect thereof between local and transitory actions

Grounds for change of venue or place of trial, proceedings therefor, and effect of such change

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Corporations, venue of actions by or against, see CORPORATIONS AND BUSINESS ORGANIZATIONS and specific topics relating to particular classes of corporations

Criminal prosecutions, venue of, see CRIMINAL LAW

Federal courts, district in which action should be brought or tried, see FEDERAL COURTS and specific topics

Particular forms or classes of actions, venue of, see QUIETING TITLE and other specific topics

Plea of privilege, or plea in abatement raising objections to venue, and proceedings thereon, see PLEADING

Proceedings other than actions, place of bringing, see HABEAS CORPUS and specific topics relating to other special proceedings

---

I. NATURE OR SUBJECT OF ACTION, ☞1.5–17.
II. DOMICILE OR RESIDENCE OF PARTIES, ☞18–32.
III. CHANGE OF VENUE OR PLACE OF TRIAL, ☞33–84.

### I. NATURE OR SUBJECT OF ACTION.

1.5. Nature and necessity of venue in action.
2. Place in which action may be brought or tried in general.
3. Constitutional and statutory provisions.
4. Local or transitory nature of action in general.
5. Actions relating to real property.
5.1. —— In general.
5.2. —— Actions for sale or enforcement of liens and of debts which may become charges on land.
5.3. —— Recovery of real estate or determination of interest therein.
   (1). In general.
   (2). Particular actions.
   (2.1). —— In general.
   (3). —— Ejectment.
   (4). —— Partition.
   (5). —— Quieting title; removal of cloud on title.
   (6). —— Specific performance.
   (7). —— Trespass to try title.
   (8). —— Leases and mineral interests, actions involving.
5.4. —— Setting aside conveyances, assignments, incumbrances, judgment, liens, etc.
5.5. —— Injuries to real property.
6. Actions relating to personal property.
7. Actions on contracts.
   (.5). In general.
   (1). Transitory character in general.
   (2). Particular contracts or actions.
   (3). Place of making.
   (4). Place of performance or payment.
   (4.1). —— In general.
   (5). —— Particular contracts or actions.
   (6). —— Bills, notes, or bonds.

TR-0044586

**I. NATURE OR SUBJECT OF ACTION.**(Cont'd)

    (7). —— Sales.

    (8). —— Services.

7.5. —— Contracts in writing.

    (1). In general.

    (2). Designation of place of perform-
        ance.

    (3). Particular contracts or actions.

    (3.1). —— In general.

    (4). —— Bills, notes, and mortgages.

    (5). —— Land contracts.

    (6). —— Leases and rental contracts.

    (7). —— Sales.

    (8). —— Services.

8. Actions for torts.

8.1. —— In general.

8.2. —— Particular torts.

8.5. —— Exceptions in Texas venue statute.

    (1). In general.

    (2). Fraud.

    (3). Crime or offense in general.

    (5). Trespass in general.

    (6). Negligence as trespass.

    (7). Conversion.

    (8). Negligence.

9. Actions for penalties or forfeitures.

10. Actions by or against parties in represen-
    tative capacity.

11. Actions against public officers and others
    for official acts.

12. Actions arising out of the jurisdiction.

13. Situation of subject of action.

14. Place of accrual of cause of action.

15. Ancillary and incidental actions and pro-
    ceedings.

16. Right to sue in more than one county or
    district, and election.

16.5. Joinder of causes of action suable in
    different counties.

17. Objections and exceptions, estoppel, and
    waiver.

**II. DOMICILE OR RESIDENCE OF PARTIES.**

18. Place in which party may sue or be sued
    in general.

19. Constitutional and statutory provisions.

20. Privileges of defendants.

21. —— In general.

22. —— Codefendants.

**II. DOMICILE OR RESIDENCE
OF PARTIES.**(Cont'd)

    (1). In general;  joint or related causes
        of action.

    (2). Makers or principals and indor-
        sers or sureties.

    (3). Materiality of resident defendant
        in general.

    (4). Necessary or proper parties.

    (5). Dismissal of, or failure to recover
        against, resident defendant.

    (6). Particular actions, application to.

    (7). Particular classes of parties, appli-
        cation to.

    (7.1). —— In general.

    (8). —— Corporations, stockholders,
        and officers.

    (9). —— Public officers or entities.

    (10). Cross defendants or new parties.

23. Rights of plaintiffs.

24. —— In general.

25. —— Coplaintiffs.

26. Actions by or against nonresidents.

27. Effect of assignment of cause of action.

28. Domicile or residence for purpose of ac-
    tion.

29. Place of business, office, or agency.

30. Place where party is found or process
    served.

31. Right to sue in more than one county or
    district, and election.

32. Objections and exceptions, estoppel, and
    waiver.

    (1). In general.

    (2). Estoppel and waiver.

**III. CHANGE OF VENUE OR
PLACE OF TRIAL.**

33. Power and duty of court in general.

34. Constitutional and statutory provisions.

36. Causes in which change may be granted.

37. Condition of cause.

38. Right of plaintiff to change.

39. Right of defendant to change.

40. —— In general.

41. —— Codefendants.

42. Discretion of court.

43. Successive applications.

44. Stipulations and agreements.

45. Grounds for change in general.

## 401. VENUE

**III. CHANGE OF VENUE OR PLACE OF TRIAL.(Cont'd)**

46. Action not brought in proper county or district.
47. Alteration of county or district pending action.
48. Change of domicile or residence of party pending action.
49. Disqualification or prejudice of judge.
    (1). In general.
    (2). Former employment or consultation as attorney or counsel.
50. Local prejudice.
51. Promotion of justice.
52. Convenience.
    (1). In general.
    (2). Officers and employees of party.
    (3). Expert witnesses.
    (4). Competency and materiality of testimony.
    (5). Condition of calendar in county to which removal is sought.
52.5. Grounds for objection to change.
53. Admissions to prevent change.
54. Mode of effecting change in general.
55. Change by amendment of pleadings and effect of amendment.
56. Demand for change, and consent or refusal.
57. Change on court's own motion.
58. Form and requisites of application in general.
59. Persons entitled to apply.
60. Jurisdiction of application.
61. Time for application.
62. Parties on application.
63. Notice of application.
64. Affidavits for change.
64.1. —— In general.
65. —— Necessity.
66.5. —— Requisites and grounds.
68. Counter affidavits and other evidence.
69. Counter application for retention of cause.
70. Conclusiveness and effect of affidavits and other proofs.
71. Effect of pending application.
72. Hearing and determination.
73. Conditions on granting or refusing change.
74. County or district to which change may be made.
75. Order granting or refusing change.
76. Vacating or setting aside order.
77. Waiver of change.
78. Operation and effect of order.
79. Transmission of record or transcript.
80. Jurisdiction and proceedings after change.
81. Remand.
82. Second or subsequent change.
83. Jurisdiction and proceedings after refusal.
84. Objections and exceptions, estoppel, and waiver.

---

## 402. WAR AND NATIONAL EMERGENCY

### SUBJECTS INCLUDED

Armed contests between nations or states

Such contests within a nation or state which prevent the regular administration of the laws by the civil authorities

Power to make war and peace, and commencement and termination of hostilities

Effect of existence of war and of martial law on civil rights, liabilities, and remedies

Rights of belligerents and of neutrals in general

Prosecution of war and exercise of war powers in general

Embargo and nonintercourse acts, blockades, contraband goods, illegal trading, captures and prizes, confiscation and sequestration of enemies' property

Military occupation and conquest of enemies' territory

Martial law and administration thereof by courts-martial, miltary commissions, and other tribunals

Peacetime national emergency and exercise of powers therein

Particular measures and acts in exercise of war and emergency powers, such as mobilization for war, protection against subversive

**402. WAR AND NATIONAL EMERGENCY**

activities, detention of enemy combatants, price control, rent and housing regulation, rationing, control of petroleum products, labor and wage control, and foreign trade restrictions

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Insurrection, rebellion, etc., as offenses, and suppression thereof by civil authority, see INSURRECTION AND SEDITION

Statutes of limitations, suspension of running of, see LIMITATION OF ACTIONS

Courts martial for members of armed forces, see MILITARY JUSTICE

Neutrality laws, violations of, see INTERNATIONAL LAW III(D)

Treason by levying war, etc., see TREASON

Claims against United States for losses in war, see UNITED STATES

Disaster aid, see UNITED STATES

———

I. IN GENERAL, ☞1000–1099.
  (A) WAR IN GENERAL, ☞1000–1010.
  (B) STATUS AND RIGHTS OF PERSONS DURING WAR, ☞1011–1018.
  (C) EFFECT OF WAR ON PREEXISTING CONTRACTS AND TRADE, ☞1019–1023.
  (D) EFFECT OF WAR ON ACTIONS AND REMEDIES, ☞1024–1025.
  (E) COMMERCIAL INTERCOURSE WITH ENEMY, ☞1026–1030.
  (F) REQUISITION OR SEIZURE OF PROPERTY, ☞1031–1054.
    1. REQUISITION OF PROPERTY, ☞1031–1037.
    2. PROPERTY OF ENEMIES, ☞1038–1044.
    3. TRADING WITH THE ENEMY RESTRICTIONS, ☞1045–1054.
  (G) WAR AT SEA, ☞1055–1081.
    1. BLOCKADE, ☞1055–1058.
    2. CAPTURE AT SEA, ☞1059–1071.
    3. PRIZE PROCEEDINGS, ☞1072–1081.
  (H) MILITARY CONTROL OF ENEMY TERRITORY, ☞1082–1096.
    1. MILITARY OCCUPATION AND CONQUEST OF TERRITORY, ☞1082–1087.
    2. MARTIAL LAW, ☞1088–1094.

I. IN GENERAL—Cont'd
  (H) MILITARY CONTROL OF ENEMY TERRITORY—Cont'd
    3. COURTS-MARTIAL AND MILITARY TRIBUNALS, ☞1095–1096.
  (I) PEACE, ☞1097–1099.
II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER, ☞1100–1338.
  (A) IN GENERAL, ☞1100–1109.
  (B) PARTICULAR MEASURES, ORDERS, AND REGULATIONS, ☞1110–1338.
    1. MOBILIZATION FOR WAR, ☞1110–1121.
    2. PROTECTION AGAINST SUBVERSIVE ACTIVITIES, ☞1122–1136.
    3. ALIENS AND ENEMY COMBATANTS, ☞1137–1144.
    4. PRICE CONTROL, ☞1145–1223.
    5. RENTS AND HOUSING, ☞1224–1268.
    6. ALLOCATION AND RATIONING OF COMMODITIES AND SERVICES, ☞1269–1285.
    7. CONTROL AND RATIONING OF PETROLEUM PRODUCTS, ☞1286–1316.
    8. LABOR AND WAGE CONTROL, ☞1317–1322.
    9. FOREIGN TRADE RESTRICTIONS, ☞1323–1338.
III. STATE SUPPLEMENTARY MEASURES, ☞1339–1351.

### I. IN GENERAL.

#### (A) WAR IN GENERAL.

1000. Nature and incidents in general.
1001. Power to make war.
1002. Commencement.
1003. Recognition of existence of state of war.
1004. Civil war.
1005. Prosecution of war.
1006. Neutrality of nations in general.
1007. Liabilities for exercise of war powers.
1008. —— In general.
1009. —— Immunity.
1010. —— War crimes in general.

#### (B) STATUS AND RIGHTS OF PERSONS DURING WAR.

1011. In general.
1012. Effect of war on civil rights in general.

TR-0044589

## 402. WAR AND NATIONAL EMERGENCY

### I. IN GENERAL.(Cont'd)

1013. United States citizens.
1014. Neutrals and neutrality in general.
1015. Subjects of enemy nations in general.
1016. War crimes against civilian noncombatants.
1017. Prisoners of war.
1018. Enemy combatants.

#### (C) EFFECT OF WAR ON PREEXISTING CONTRACTS AND TRADE.

1019. In general.
1020. Contracts of agency and partnership.
1021. Insurance contracts.
1022. Contracts of sale.
1023. Bills and notes.

#### (D) EFFECT OF WAR ON ACTIONS AND REMEDIES.

1024. Rights of action.
1025. Capacity to sue or be sued.

#### (E) COMMERCIAL INTERCOURSE WITH ENEMY.

1026. In general.
1027. Constitutional and statutory provisions.
1028. Contracting with enemy subjects.
1029. Seizure and forfeiture of citizen's property.
1030. Commerce with neutrals.

#### (F) REQUISITION OR SEIZURE OF PROPERTY.

##### 1. REQUISITION OF PROPERTY.

1031. Contributions and requisitions in general.
1032. Property of neutrals.
1033. Seizure of contraband.
1034. Compensation for property taken.
1035. —— In general.
1036. —— Amount and sufficiency.
1037. —— Proceedings.

##### 2. PROPERTY OF ENEMIES.

1038. Rights of war as to enemy's property in general.
1039. Constitutional and statutory provisions.
1040. Capture of property on land.
1041. Statutory confiscation proceedings.
1042. Disposition of captured or abandoned property.

### I. IN GENERAL.(Cont'd)

1043. Recapture and restoration to owner of property.
1044. War crimes against property.

#### 3. TRADING WITH THE ENEMY RESTRICTIONS.

1045. In general.
1046. Constitutional and statutory provisions.
1047. Designation of enemies.
1048. Vesting order; determination of enemy character of property.
1049. Freezing and blocking orders.
1050. Proceedings of Alien Property Custodian.
1051. Claims against property in hands of Alien Property Custodian.
1052. Unblocking license.
1053. Return of property.
1054. Criminal responsibility.

#### (G) WAR AT SEA.

##### 1. BLOCKADE.

1055. Establishment and duration.
1056. Notice.
1057. Violation; penalty.

##### 2. CAPTURE AT SEA.

1059. In general.
1060. Visit and search of neutral vessels.
1061. Property subject to capture.
1062. —— In general.
1063. —— Vessels of United States and goods.
1064. —— Enemy vessels and goods.
1065. —— Neutral vessels and goods.
1066. —— Contraband.
1067. —— Exemptions.
1068. Duties and liabilities of captors.
1069. Duties and liabilities of neutrals.
1070. Effect of capture on title, lien, or other claim.
1071. Recapture and restoration to owner of vessel.

##### 3. PRIZE PROCEEDINGS.

1072. In general.
1073. Jurisdiction and venue.
1074. Parties, process, and pleadings.
1075. Evidence and hearing.

1934

## 402. WAR AND NATIONAL EMERGENCY

### I. IN GENERAL.(Cont'd)

1076. Adjudication or decree.
1077. Appropriation or sale of property.
1078. Restitution or compensation to owners.
1079. Costs and fees.
1080. Prize money.
1081. Review.

#### (H) MILITARY CONTROL OF ENEMY TERRITORY.

##### 1. MILITARY OCCUPATION AND CONQUEST OF TERRITORY.

1082. In general.
1083. Effect of occupation.
1084. Military government.
1085. Collection of taxes and duties.
1086. Establishment of courts of justice.
1087. Liabilities of members of occupying forces.

##### 2. MARTIAL LAW.

1088. In general.
1089. Preconditions for martial law.
1090. Declaration or institution of martial law.
1091. Qualified or modified martial law.
1092. Scope and extent of powers.
1093. Authority of the military over civilians.
1094. Enforcement.

##### 3. COURTS-MARTIAL AND MILITARY TRIBUNALS.

1095. In general.
1096. Court of Military Commission Review proceedings.

#### (I) PEACE.

1097. In general.
1098. Termination of war.
1099. Operation and effect of treaties of peace.

### II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.

#### (A) IN GENERAL.

1100. In general.
1101. Constitutional and statutory provisions.
1102. Executive powers in general.
1103. Administrative agencies and proceedings.
1104. Orders and regulations in general.

### II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.(Cont'd)

1105. Judicial supervision in general.
1106. Effect of precautionary acts on rights and liabilities.
1107. —— In general.
1108. —— Contracts.
1109. —— Leases.

#### (B) PARTICULAR MEASURES, ORDERS, AND REGULATIONS.

##### 1. MOBILIZATION FOR WAR.

1110. In general.
1111. Manufacture and procurement of war materials.
1112. —— In general.
1113. —— Conversion to war production.
1114. —— Seizure or control of private business.
1115. —— Excess profits on government contracts.
1116. Restrictions on aid to other nations.
1117. Control of communications.
1118. Protections of property and welfare of citizens.
1119. Welfare of armed forces.
1120. Food administration.
1121. Sale or disposition of government property.

##### 2. PROTECTION AGAINST SUBVERSIVE ACTIVITIES.

1122. In general.
1123. Constitutional and statutory provisions.
1124. Regulation of military areas.
1125. Espionage.
1126. Sabotage.
1127. Regulation of subversive organizations.
1128. Anti-terrorism measures.
1129. —— In general.
1130. —— Designation of foreign terrorist organization.
1131. —— Crimes and criminal prosecutions.
1132. —— Private remedies.
     (1). In general.
     (2). What law governs.
1133. Foreign intelligence surveillance.
     *Establishment and organization of Foreign Intelligence Surveillance Court, see FEDERAL COURTS ⚮2005.*
1134. Access to secrets or classified information; security clearances.

**1935**

## 402. WAR AND NATIONAL EMERGENCY

**II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.**(Cont'd)

1134.5. —— In general.
1135. —— Power to restrict access.
1136. —— Security clearance proceedings.

### 3. ALIENS AND ENEMY COMBATANTS.

1137. Restrictive measures in general.
1139. Exclusion and internment of nationals of enemy ancestry.
1140. Detention of enemy combatants; military commissions.
1141. —— In general.
1142. —— Validity of continued detention.
1143. —— Proceedings.
1144. —— Review.

### 4. PRICE CONTROL.

1145. In general.
1146. Constitutional and statutory provisions.
1147. —— In general.
1148. —— Validity.
1149. Power to regulate prices.
1150. Commodities or service subject to regulation.
1151. Persons or agencies subject to regulation.
1152. Administration of price control.
1153. Orders and regulations in general.
1154. Validity or orders and regulations.
1155. —— In general.
1156. —— Arbitrary or unreasonable regulations.
1157. —— Discrimination.
1158. —— Individual hardship.
1159. —— Regulations beyond scope of price control.
1160. —— Insufficient standards.
1161. —— Presumptions and burden of proof.
1162. Change in regulation, order, or interpretation.
1163. Construction and operation of regulations.
1164. Violation of regulations.
1165. Responsibility of dealer for acts of agents and employees.
1166. Defenses.
1167. Establishment of prices.
1168. —— In general.

**II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.**(Cont'd)

1169. —— Factors governing determination.
1170. —— Adjustment.
1171. Regulations supplementary to price ceilings.
1172. Common carrier rates.
1173. Public utility rates.
1174. Subsidies.
1175. Restrictions of margins and profits.
1176. Licenses and permits.
1177. Objections to orders, regulations, and prices.
1178. Review of orders and regulations.
1179. —— In general.
1180. —— Matters reviewable.
1181. —— Presentation of grounds in prior proceeding.
1182. —— Scope of review.
1183. —— Proceedings on review.
1184. Enforcement of price controls in general.
1185. Suspension of right to operate.
1186. Investigation, inspection, and discovery.
1187. Injunction against violation of price controls.
1188. —— In general.
1189. —— Grounds.
1190. —— Violations that may be enjoined.
1191. —— Discretion in issuing injunction.
1192. —— Effect of discontinuance of violation.
1193. —— Proceedings for injunction in general.
1194. —— Preliminary injunction.
1195. —— Evidence.
1196. —— Order or decree.
1197. —— Review.
1198. —— Violation of injunction.
1199. Actions to recover overcharges and penalties.
1200. —— In general.
1201. —— Persons entitled to sue.
1202. —— Pleading.
1203. —— Evidence.
1204. —— Questions of fact.
1205. —— Trial.
1206. —— Damages in general.
1207. —— Effect of willfulness and precautions taken.

TR-0044592

**402. WAR AND NATIONAL EMERGENCY**

**II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.**(Cont'd)

1208. —— Extent of recovery.
1209. —— Costs and fees.
1210. —— Review.
1211. Injunction against enforcement of price controls.
1212. Effect of established price on rights and liabilities.
1213. —— In general.
1214. —— Damages.
1215. —— Contracts.
1216. Offenses against price controls.
1217. —— In general.
1218. —— Defenses.
1219. —— Indictment, information, or complaint.
1220. —— Evidence.
1221. —— Questions of fact.
1222. —— Trial.
1223. —— Review.

**5. RENTS AND HOUSING.**

1224. In general.
1225. Constitutional and statutory provisions.
1226. Power to regulate.
1227. Property subject to regulation.
1228. Persons and agencies subject to regulation.
1229. Administration of rent and housing controls.
1230. Orders and regulations in general.
1231. Establishment of authorized rents.
1232. Amount of rent in general.
1233. Maintenance of services by landlord.
1234. Adjustment of rents.
1235. Review of orders and regulations.
1236. Enforcement of rent orders and regulations.
1237. Investigation and inspection.
1238. Actions to recover overcharges and penalties.
1239. —— In general.
1240. —— Defenses.
1241. —— Time to sue and limitations.
1242. —— Pleading.
1243. —— Evidence.
1244. —— Questions of fact.
1245. —— Relief.

**II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.**(Cont'd)

1246. —— Costs and fees.
1247. Injunction against violation of regulations.
1248. —— In general.
1249. —— Proceedings.
1250. —— Violation of injunction.
1251. Protection for possession of tenant.
1252. Grounds for eviction in general.
1253. Landlord's right to occupy premises.
1254. Purchaser's right to possession.
1255. Administrative authorization of eviction suit.
1256. Notice of eviction.
1257. —— In general; notice to tenant.
1258. —— Notice to administrative agency.
1259. Proceedings to recover possession.
1260. —— In general.
1261. —— Pleading.
1262. —— Evidence.
1263. —— Questions of fact.
1264. —— Order or judgment.
1265. Damages for wrongful eviction.
1266. Offenses and prosecutions.
1267. Housing regulations in general.
1268. Emergency housing construction.

**6. ALLOCATION AND RATIONING OF COMMODITIES AND SERVICES.**

1269. In general.
1270. Constitutional and statutory provisions.
1271. Commodities and services subject to regulation.
1272. Administration of rationing program.
1273. Orders and regulations in general.
1274. Allocation of commodities and services.
1275. Responsibility of dealer for acts of agents and employees.
1276. Suspension of right to operate.
1277. —— In general.
1278. —— Proceedings.
1279. —— Order of suspension.
1280. —— Review.
1281. Injunction against enforcement.
1282. Injunction against violation of regulations.
1283. —— In general.
1284. —— Proceedings.
1285. Offenses and prosecutions.

1937

## 402. WAR AND NATIONAL EMERGENCY

**7. CONTROL AND RATIONING OF PETROLEUM PRODUCTS.**

1286. In general.
1287. Constitutional and statutory provisions.
1288. Commodities subject to regulation.
1289. Administration of price control.
1290. Orders and regulations in general.
1291. Validity of orders and regulations.
1292. —— In general.
1293. —— Arbitrary or unreasonable regulation.
1294. Allocations of commodities.
1295. Construction and operation of regulations.
1295.5. Violation of regulations.
1296. Export or import licenses.
1297. Establishment of prices.
1298. —— In general.
1299. —— Adjustment.
1300. Review of orders and regulations.
1301. —— In general.
1302. —— Matters reviewable.
1303. —— Presentation of grounds in prior proceeding.
1304. —— Scope of review.
1305. —— Proceedings on review.
1306. Enforcement of price controls.
1307. Suspension of right to operate.
1308. Investigation, inspection, and discovery.
1309. Actions and proceedings to recover overcharges and penalties.
1310. —— In general.
1311. —— Time to sue and limitations.
1312. —— Refund distribution proceedings.
1313. —— Exhaustion of administrative remedies.
1314. Injunction against enforcement.
1315. Injunction against violation of regulations.
1315.5. Effect of established price on contractual rights and liabilities.
1316. Offenses and prosecutions.

**8. LABOR AND WAGE CONTROL.**

1317. In general.
1318. Constitutional and statutory provisions.
1319. Labor disputes.
1320. Wage control.
1321. Review and enforcement of orders and regulations.
1322. Penalties and prosecutions.

**II. MEASURES AND ACTS IN EXERCISE OF FEDERAL POWER.**(Cont'd)

**9. FOREIGN TRADE RESTRICTIONS.**

1323. In general.
1324. Constitutional and statutory provisions.
1325. Executive proclamations and orders.
1326. Export restrictions.
1327. Import restrictions.
1328. Ban on travel.
1329. Bonds.
1330. Permits and licenses.
1331. Defenses.
1332. Searches and seizures.
1333. Forfeitures.
1334. —— In general.
1335. —— Proceedings.
1336. Claims to property blocked or forfeited.
1337. Fines and penalties.
1338. Offenses and prosecutions.

**III. STATE SUPPLEMENTARY MEASURES.**

1339. Civil defense in general.
1340. Constitutional and statutory provisions.
1341. Measures and acts in exercise of state power in general.
1342. Preemption by federal power.
1343. —— In general.
1344. —— Price control.
1345. —— Rent regulation.
1346. Particular measures, orders, and regulations.
1347. —— In general.
1348. —— Air raids and blackouts.
1349. —— Price and business controls.
1350. —— Sedition and obstruction of war effort.
1351. Exemptions from liability while complying with regulations.

---

## 403. WAREHOUSEMEN

### SUBJECTS INCLUDED

Regulation and conduct of the business of storage and safe-keeping, for compensation,

of goods of any kind, whether ordinary goods in storehouses or at wharves, etc., or valuables in safes or vaults of safe-deposit companies, grain in elevators, cattle in stock yards, etc.

The mutual rights, duties, and liabilities of persons engaged in such business and those dealing with them

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Automobiles, garages and liverymen, see AUTOMOBILES

Bailment in general, see BAILMENT

Carriers as warehousemen, liabilities of, see CARRIERS

Money, special deposits in banks or trust companies, see FINANCE, BANKING, AND CREDIT IV, XI

United States bonded warehouses, see CUSTOMS DUTIES, INTERNAL REVENUE

1. Power to regulate.
2. Statutory and municipal regulations.
3. Who are warehousemen.
4. Incorporation and organization of companies.
5. Franchises and powers.
6. Licenses and taxes.
7. Supervision by public officers in general.
8. Conduct of business in general.
9. Duty to receive goods.
10. Contracts for storage in general.
11. Warehouse receipts.
11.1. —— In general.
12. —— Nature and requisites in general.
13. —— Making, issuance, and delivery.
14. —— Construction and operation.
15. —— Negotiability and transfer.
    (.5). In general.
    (1). Instruments negotiable or assignable.
    (2). Operation and effect of indorsement or assignment.
    (3). Pledges.
16. —— Rights and remedies of holders in general.
17. —— Bona fide purchasers.
18. Bonds for delivery.
19. Manner and place of storage.
20. Storing in bulk or mixing grain or other produce.
22. Insurance.
24. Loss of or injury to goods.
    (.5). In general.
    (1). Care required of warehousemen in general.
    (2). Acts or omissions for which warehouseman is liable in general.
    (3). Loss by fire.
    (4). Loss by theft.
    (5). Proximate cause of loss or injury.
    (6). Contributory negligence of owner.
    (7). Limitation of liability.
25. Delivery by warehouseman.
    (.5). In general.
    (1). Duty to deliver in general.
    (2). Statutory provisions.
    (3). Demand for delivery.
    (4). Production of warehouse receipt or written order.
    (5). Liability for misdelivery or nondelivery in general.
    (6). Place of delivery.
    (7). Wrongful sale or other disposition of property by warehouseman.
    (8). Excuses for nondelivery or misdelivery.
27. Charges and expenses.
28. Advances.
29. Lien.
29.1. —— In general.
30. —— Nature and grounds in general.
31. —— Creation and existence.
32. —— Amount and extent.
32.5. —— Waiver.
33. —— Enforcement.
34. Actions by or against warehousemen.
    (.5). In general.
    (1). Nature and form of remedy.
    (2). Right of action and defenses.
    (3). Parties.
    (4). Pleading.
    (5). Presumptions and burden of proof.
    (6). Admissibility of evidence.
    (7). Weight and sufficiency of evidence.
    (8). Damages.
    (9). Questions for jury.

TR-0044595

## 403. WAREHOUSEMEN

(10). Instructions.
(10.5). Verdict and findings.
(11). Judgment.
35. Penalties for violations of regulations.
36. Offenses by warehousemen.
37. Offenses by persons dealing with warehousemen.
38. Safe depositaries.
39. —— In general.
40. —— Statutory provisions.
41. —— Corporations in general.
42. —— Powers and functions of depositaries in general.
43. —— Leases of safe deposit boxes and deposits therein.
44. —— Compensation or expenses and lien therefor.
45. —— Loss of or injury to deposit.
46. —— Redelivering of deposit.
47. —— Actions.

---

## 405. WATER LAW

### SUBJECTS INCLUDED

Bodies and streams of water, whether or not capable of ordinary navigation in their natural condition or as improved

Diffuse surface waters

Groundwater, percolating and subterranean waters

Riparian and littoral rights and liabilities in respect of waters, beds, and banks, and obstruction, diversion, and pollution of waters, flowage of uplands thereby, and ice formed on waters

Accretion, reliction, and avulsion and rights incident thereto

Appropriation of waters and priorities, permits, and other rights with respect thereto

General adjudication of all rights in a watercourse, body, or basin

Public access to and use of waters and their shores, beds, and banks

Artificially created water bodies and watercourses

Conveyances and contracts regarding waters and rights therein or appurtenant thereto

Prescriptive rights in or relating to waters

Provision for and regulation of the public water supply

Construction and operation of works for supply, control, and use of water as a motive power

Reclamation of arid lands and irrigation

Comprehensive, dedicated, and local water planning and management agencies, boards, districts, and regimes

International and interstate water resources management

Reserved waters, incident to setting aside or withdrawal of lands from public domain

Navigable waters, navigation and obstruction thereof, navigation improvements, ports and harbors, and rights in lands under such waters

Canals for purposes of navigation, and construction, maintenance, regulation, and use thereof

Drainage of swamp or lowlands by means of channels and other works constructed by public authority

Levees, embankments, and other works constructed by public authority to protect lands from flooding

Taxes and assessments incident to establishment and construction of such works

Water rights incident to weather modification and precipitation enhancement

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Boundaries, bodies and streams of water as, see BOUNDARIES, STATES

Bridges, see BRIDGES, RAILROADS

Corporations in general, matters applicable to, see CORPORATIONS AND BUSINESS ORGANIZATIONS

Indian water rights and management, see INDIANS

Logs, floatage of, see LOGS AND LOGGING

Water pollution statutes and regulations, see ENVIRONMENTAL LAW

Wetlands and coastal areas, protection of, see ENVIRONMENTAL LAW

Ferries, see FERRIES

**1940**

TR-0044596

Fishing in public waters, see FISH

Regulation of—

    Commerce, see COMMERCE

    Shipping in general, see SHIPPING

Rules of navigation for preventing collision, see COLLISION

Wharves, see WHARVES

Admiralty jurisdiction, see ADMIRALTY

Eminent domain and condemnation, exercise of power of, see EMINENT DOMAIN

Transportation of passengers and goods, see CARRIERS, SHIPPING

Sewers and sanitary drains generally, see ENVIRONMENTAL LAW, MUNICIPAL CORPORATIONS

Taxation of canals established for purposes of navigation, see TAXATION

————

I. IN GENERAL, ☞1000–1024.

II. COMPREHENSIVE WATER RESOURCE PLANNING AND MANAGEMENT IN GENERAL, ☞1025–1059.
  (A) IN GENERAL, ☞1025–1029.
  (B) DISTRICTS, AGENCIES, AND OTHER ADMINISTRATIVE AUTHORITIES, ☞1030–1039.
  (C) INTERSTATE WATER RESOURCES MANAGEMENT IN GENERAL, ☞1040–1049.
  (D) INTERNATIONAL WATER RESOURCES MANAGEMENT IN GENERAL, ☞1050–1054.
  (E) WATER BANKING, TRUSTS, TRANSFER AGREEMENTS, AND WHEELING, ☞1055–1059.

III. NATURAL WATERCOURSES, LAKES, AND PONDS IN GENERAL, ☞1060–1082.

IV. GROUNDWATER: SUBTERRANEAN AND PERCOLATING WATERS, ☞1083–1159.

V. DIFFUSE SURFACE WATERS, ☞1160–1219.
  (A) IN GENERAL, ☞1160–1194.
  (B) ACTIONS OR OTHER PROCEEDINGS TO DETERMINE, ESTABLISH, AND PROTECT RIGHTS, ☞1195–1219.

VI. RIPARIAN AND LITTORAL RIGHTS, ☞1220–1554.
  (A) IN GENERAL, ☞1220–1274.

VI. RIPARIAN AND LITTORAL RIGHTS —Cont'd
  (B) TRANSFERS, RESERVATIONS, AND EXCEPTIONS OF RIPARIAN RIGHTS, ☞1275–1309.
  (C) INJURIES TO RIPARIAN RIGHTS IN GENERAL, ☞1310–1454.
    1. IN GENERAL, ☞1310–1311.
    2. INJURY TO DOWNSTREAM OWNERS' RIGHTS BY OBSTRUCTION OR DETENTION OF WATERS, ☞1312–1349.
    3. INJURY TO RIPARIAN RIGHTS BY POLLUTION OR DEPOSITS, ☞1350–1384.
    4. INJURY TO RIPARIAN RIGHTS BY DIVERSION OF WATERS, ☞1385–1414.
    5. INJURY CAUSED BY ACCELERATION OF FLOW OR INCREASE IN VOLUME IN WATERCOURSE, ☞1415–1419.
    6. INJURY CAUSED BY DEEPENING NATURAL CHANNEL, ☞1420–1425.
    7. INJURIES BY FLOWAGE, OR RAISING AND SETTING BACK WATER ONTO ANOTHER'S LAND, ☞1426–1448.
    8. INJURY TO RIPARIAN LANDS INCIDENT TO FLOATAGE OF LOGS, ☞1449–1450.
    9. NUISANCE, ☞1450.1–1454.
  (D) RIGHTS AS RIPARIAN OWNER TO BED AND BANKS OF WATER BODY IN GENERAL, ☞1455–1489.
  (E) ACCRETION, RELICTION, AND AVULSION, ☞1490–1524.
  (F) REGULATION AND PERMIT SYSTEMS FOR ALLOCATING RIPARIAN RIGHTS TO TAKE OR USE WATER, ☞1525–1534.
  (G) OTHER JUDICIAL INTERVENTION, ACTIONS, AND PROCEEDINGS TO ASCERTAIN AND APPORTION RIPARIAN RIGHTS, ☞1535–1554.

VII. APPROPRIATION OF WATERS, ☞1555–1699.
  (A) NATURE AND ELEMENTS IN GENERAL, ☞1555–1609.
  (B) ADMINISTRATIVE REGULATION OF APPROPRIATION, ☞1610–1664.
  (C) PRIVATE CIVIL ACTIONS TO DETERMINE, ESTABLISH, OR PROTECT RIGHTS, ☞1665–1699.

TR-0044597

**405. WATER LAW**

VIII. RESERVED WATER RIGHTS,
    ⇔1700–1733.
IX. ARTIFICIAL PONDS, RESERVOIRS,
    CHANNELS, DAMS, AND OTHER
    WORKS, ⇔1734–1764.
X. PRESCRIPTIVE RIGHTS IN WATER
    OR FOR USE OR ACCESS TO WA-
    TERS, ⇔1765–1819.
XI. GENERAL ADJUDICATION OF ALL
    RIPARIAN, APPROPRIATIVE, RE-
    SERVED, AND OTHER RIGHTS IN
    WATERCOURSE, WATER BODY,
    OR BASIN, ⇔1820–1859.
XII. PUBLIC WATER SUPPLY,
    ⇔1860–2289.
  (A) IN GENERAL, ⇔1860–1864.
  (B) DOMESTIC AND MUNICIPAL
    PURPOSES, ⇔1865–2274.
    1. IN GENERAL, ⇔1865–1884.
    2. LOCAL WATER DISTRICTS,
      ⇔1885–1909.
    3. WATER OR WATERWORKS
      COMPANIES, ⇔1910–1924.
    4. OTHER FRANCHISEES,
      ⇔1925–1934.
    5. ACQUISITION OF WATER
      SOURCES AND RIGHTS INCI-
      DENT THERETO, ⇔1935–1954.
    6. RIGHTS IN LAND AND PUBLIC
      PLACES IN GENERAL,
      ⇔1955–1959.
    7. SUPPLY AND DISTRIBUTION
      WORKS AND APPLIANCES,
      ⇔1960–1969.
    8. PURITY OF WATER AND PRO-
      TECTION FROM POLLUTION
      OR DIVERSION, ⇔1970–2014.
    9. ACTIONS TO ESTABLISH AND
      PROTECT WATER RIGHTS
      AND OTHER RIGHTS OF
      PROPERTY, ⇔2015–2019.
    10. LICENSES AND TAXES,
      ⇔2020–2024.
    11. SUPPLY TO MUNICIPALITIES,
      ⇔2025–2035.
    12. SUPPLY TO PRIVATE CONSUM-
      ERS, ⇔2036–2079.
    13. REGULATION OF SUPPLY AND
      USE, ⇔2080–2129.
    14. WATER RATES, RENTS, CON-
      NECTION FEES, AND OTHER
      CHARGES, ⇔2130–2244.
    15. INJURIES INCIDENT TO SUP-
      PLY OR USE, ⇔2245–2264.
    16. INJURIES TO WORKS, MAINS,
      PIPES, OR APPLIANCES,
      ⇔2265–2269.

XII. PUBLIC WATER SUPPLY—Cont'd
  (B) DOMESTIC AND MUNICIPAL
    PURPOSES—Cont'd
    17. PENALTIES AND OFFENSES,
      ⇔2270–2274.
  (C) MINING, MECHANICAL, AND
    MANUFACTURING PURPOSES,
    ⇔2275–2289.
XIII. RECLAMATION, IRRIGATION,
    AND OTHER AGRICULTURAL
    USE, ⇔2290–2504.
  (A) IN GENERAL, ⇔2290–2294.
  (B) RECLAMATION OF ARID LAND
    BY PUBLIC AUTHORITIES,
    ⇔2295–2354.
    1. IN GENERAL, ⇔2295–2299.
    2. RECLAMATION BY STATES,
      ⇔2300–2334.
    3. RECLAMATION BY UNITED
      STATES, ⇔2335–2354.
  (C) IRRIGATION AND OTHER AGRI-
    CULTURAL PURPOSES,
    ⇔2355–2504.
    1. IN GENERAL, ⇔2355–2359.
    2. IRRIGATION DISTRICTS,
      ⇔2360–2404.
    3. IRRIGATION OR DITCH COMPA-
      NIES AND ASSOCIATIONS,
      ⇔2405–2414.
    4. ACQUISITION OF WATER
      RIGHTS, AND RIGHTS INCI-
      DENT THERETO, ⇔2415–2419.
    5. STORAGE, RESERVOIRS, DITCH-
      ES, AND CONDUITS,
      ⇔2420–2439.
    6. ACTIONS TO ESTABLISH AND
      PROTECT WATER RIGHTS
      AND OTHER RIGHTS OF
      PROPERTY, ⇔2440–2444.
    7. RIGHT TO SUPPLY OF WATER
      AND DUTY TO DISTRIBUTE,
      ⇔2445–2459.
    8. SALE OF WATER AND SUPPLY
      AND USE FOR IRRIGATION,
      ⇔2460–2469.
    9. REGULATION OF SUPPLY AND
      USE, ⇔2470–2474.
    10. TOLLS AND OTHER CHARGES
      FOR WATER, ⇔2475–2484.
    11. INJURIES INCIDENT TO SUP-
      PLY OR USE, ⇔2485–2494.
    12. INJURIES TO CANALS, DITCH-
      ES, OR OTHER WORKS OR
      APPLIANCES, ⇔2495–2499.
    13. PENALTIES AND OFFENSES IN-
      CIDENT TO SUPPLY OR USE
      OF WATER, ⇔2500–2504.

TR-0044598

XIV. ICE, ⌖2505–2514.
XV. NAVIGABLE WATERS, ⌖2515–2704.
  (A) IN GENERAL, ⌖2515–2534.
  (B) RIGHTS OF PUBLIC, ⌖2535–2644.
    1. IN GENERAL, ⌖2535–2539.
    2. IMPROVEMENT OF CHANNELS
      AND STREAMS, ⌖2540–2554.
    3. HARBORS, PORTS, AND TERMI-
      NALS, ⌖2555–2579.
    4. NAVIGATION, ⌖2580–2599.
    5. OBSTRUCTION OF NAVIGATION
      IN GENERAL, INJURY, AND
      REMEDIES, ⌖2600–2634.
    6. PUBLIC USES OTHER THAN
      NAVIGATION, ⌖2635–2639.
    7. SEWAGE AND POLLUTION,
      ⌖2640–2644.
  (C) LANDS UNDER WATER,
    ⌖2645–2704.
    1. OWNERSHIP AND CONTROL IN
      GENERAL, ⌖2645–2674.
    2. GRANTS TO AND ACQUISITION
      BY PRIVATE OWNERS OR MU-
      NICIPALITIES, ⌖2675–2689.
    3. RECLAMATION AND IMPROVE-
      MENT, ⌖2690–2704.
XVI. DRAINAGE OF SWAMP OR LOW-
    LANDS BY PUBLIC AUTHORI-
    TY, ⌖2705–2849.
  (A) ESTABLISHMENT AND MAINTE-
    NANCE, ⌖2705–2799.
  (B) ASSESSMENTS AND SPECIAL
    TAXES, ⌖2800–2849.
XVII. LEVEES AND FLOOD CONTROL
    THROUGH PUBLIC WORKS,
    ⌖2850–2919.
XVIII. CANALS FOR NAVIGATIONAL
    USE, ⌖2920–2989.
  (A) ESTABLISHMENT, CONSTRUC-
    TION, AND MAINTENANCE,
    ⌖2920–2969.
  (B) REGULATION AND OPERATION,
    ⌖2970–2989.
XIX. WEATHER MODIFICATION,
    ⌖2990–2991.

## I. IN GENERAL.

1000. Nature and character of water and wa-
    ter rights.
1001. —— In general.
1002. —— Realty or personalty.
1003. —— Character as usufructuary proper-
    ty.
1004. —— As appurtenant or in gross.
1005. Constitutional and statutory provisions.
1006. Ownership of, and title to, waters.

**I. IN GENERAL.(Cont'd)**

1007. —— In general.
1008. —— Public and private ownership.
1009. —— Title to waters and water rights in
    lands of the United States.
1010. —— Title to waters and water rights in
    lands of the states.
1011. —— Trust imposed on public waters in
    general.
1012. —— Abandonment, relinquishment, or
    other alienation of public ownership
    or title.
1013. Right and authority to control and con-
    serve.
1014. —— In general.
1015. —— United States.
1016. —— States.
1017. Conveyances, easements, covenants,
    and contracts in general.
1018. —— In general.
1019. —— Contracts.
1020. —— Conveyances in general.
1021. —— Reservations and exceptions.
1022. —— Easements, leases, and licenses.
1023. —— Mortgages and liens.

**II. COMPREHENSIVE WATER RESOURCE
PLANNING AND MANAGEMENT IN
GENERAL.**

**(A) IN GENERAL.**

1025. In general.
1026. State or district water plans and man-
    agement.
1027. —— In general.
1028. —— Statutes, regulations, and rules.
1029. —— Goals and objectives.

**(B) DISTRICTS, AGENCIES, AND OTHER
ADMINISTRATIVE AUTHORITIES.**

1030. In general.
1031. Nature and purpose.
1032. Proceedings for organization.
1033. Territorial extent.
1034. Officers and employees.
1035. Powers, proceedings and review.
1036. Rights and liabilities, in general.
1037. Actions.

TR-0044599

**405. WATER LAW**

**(C) INTERSTATE WATER RESOURCES MANAGEMENT IN GENERAL.**

1040. In general.
1041. Restrictions on interstate diversions.
1042. Interstate compacts or other agreements.
1043. Federal regulation and oversight.
1044. —— In general.
1045. —— Legislative allocation in general.
1046. —— Boulder Canyon Project Act.

**(D) INTERNATIONAL WATER RESOURCES MANAGEMENT IN GENERAL.**

1050. In general.
1051. Treaties and other agreements or protocols.

**(E) WATER BANKING, TRUSTS, TRANSFER AGREEMENTS, AND WHEELING.**

1055. In general.
1056. Temporary transfers of surplus or unused water rights.
1057. Use of water conveyance facilities by nonowners, as part of statewide or regional planning; water wheeling.

**III. NATURAL WATERCOURSES, LAKES, AND PONDS IN GENERAL.**

1060. In general.
1061. Constitutional and statutory provisions.
1062. What constitutes a natural watercourse.
1063. —— In general.
1064. —— Volume of water carried.
1065. —— Flow or current.
1066. —— Definite channel.
1067. —— Multiple or braided threads.
1068. Effect of artificial construction or changes to part of watercourse.
1069. Source of water supply.
1070. What are lakes or ponds.
1071. Outlets and drainage.
1072. —— In general.
1073. —— Outlets in general.
1074. —— Right to drain lakes or ponds.
1075. Public rights in great ponds.
1076. Determination as to existence and nature of watercourse.
1077. —— In general.
1078. —— Effect of local law.
1079. —— Evidence and witnesses.
1080. —— Questions of fact.

**IV. GROUNDWATER: SUBTERRANEAN AND PERCOLATING WATERS.**

1083. In general.
1084. Nature of groundwater.
1085. Constitutional, statutory, and regulatory provisions in general; preemption.
1086. Title, ownership, and rights.
1087. —— In general.
1088. —— Ownership or trusteeship in State.
1089. —— Nature of right; usufructuary.
1090. Administrative powers and proceedings in general.
1091. Rights to groundwater flowing in defined channels, generally.
1092. Rights to springs in general.
1093. Rights in owner of overlying lands, in general.
1094. —— In general.
1095. —— Necessity of capture and withdrawal to vest rights.
1096. —— Rights dependent on source of supply of groundwater.
1097. —— Limitation to reasonable amount and beneficial purpose.
1098. —— Correlative rights of landowners.
1099. —— Use of water.
    (1). In general.
    (2). Domestic purposes.
    (3). Irrigation.
1100. Well permits and regulation of drilling and construction.
1101. —— In general.
1102. —— Hydrologic surveys.
1103. —— Effect of comprehensive management and conservation regime.
1104. —— Proceedings in general.
1105. —— Applications.
1106. —— Objections and protests.
1107. —— Evidence.
1108. —— Issuance of permit.
1109. —— Terms and conditions of permit.
1110. —— Well inspections and testing.
1111. —— Licensing of contractors or others performing work.
1112. —— Change in location.
1113. —— Judicial intervention or review.
1114. Artesian wells.
1115. Liability for acts affecting natural percolation of waters in general.

TR-0044600

IV. GROUNDWATER: SUBTERRANEAN AND PERCOLATING WATERS.(Cont'd)

1116. Obstruction and detention of ground-waters.
1117. Liability for subsidence damage.
1118. Prevention of waste or taking for malicious purpose.
1119. Conflicts as between hydrologically connected surface and groundwaters.
1120. Diversion.
1121. —— In general.
1122. —— Transfer to distant lands or locations for use or sale in general; antiexportation statutes and regulations.
1123. —— Harm to correlative rights holders; injuries to wells and springs.
1124. Artificial use.
1125. Pollution.
1126. —— In general.
1127. —— Economic loss doctrine; necessity of physical harm.
1128. —— Absolute liability.
1129. —— Negligence.
1130. —— Persons liable in general.
1131. —— Joint liability.
1132. Forfeiture or other loss of right in groundwater.
1133. Transfer or lease of rights in groundwater.
1134. —— In general.
1135. —— Transfer incident to conveyance of overlying lands.
    (1). In general.
    (2). Reservations and exceptions.
    (3). Tributary and nontributary groundwater.
    (4). Effect of prior appropriation.
1136. —— Leases.
1137. —— Licenses.
1138. —— Incumbrances and liens.
1139. Judicial intervention, actions, and review.
1140. —— In general.
1141. —— Nature of remedy.
1142. —— Preliminary injunction.
1143. —— Time to sue, limitations, and laches.
1144. —— Pleading.
1145. —— Parties.

IV. GROUNDWATER: SUBTERRANEAN AND PERCOLATING WATERS.(Cont'd)

1146. —— Trial or hearing in general.
1147. —— Evidence.
1148. —— Fact questions.
1149. —— Instructions.
1150. —— Damages.
1151. —— Injunction.
1152. —— Other relief.
1153. —— Judgment or order.
1154. —— Review.
1155. —— Costs and attorney fees.
1156. Offenses and penalties.

V. DIFFUSE SURFACE WATERS.

(A) IN GENERAL.

1160. In general.
1161. What are surface waters.
1162. Rights, duties, and liabilities in general.
1163. Rights to capture, own, or use surface water.
1164. Rule of reasonableness in general.
1165. Obstruction or repulsion of flow in general.
1166. Common enemy doctrine; right to avoid surface waters.
1167. Right to have natural drainage maintained.
1168. Drainage or discharge.
1169. —— In general.
1170. —— Artificial drainage or discharge in general.
1171. —— Discharge into natural drain or watercourse.
1172. —— Rights and duties of railroad companies.
1173. —— Obstruction, overflow, breakage, or seepage.
1174. —— Persons liable.
1175. Easement of drainage.
1176. —— In general.
1177. —— Nature and extent of rights granted in general.
1178. —— Maintenance.
1179. —— Alteration or overburden.
1180. —— Change in location.
1181. —— Obstruction or disturbance.
1182. —— Rights as against purchasers of servient estate; notice.

TR-0044601

## 405. WATER LAW

**V. DIFFUSE SURFACE WATERS.**(Cont'd)

1183. Transfer of easement or other right of drainage.
1184. —— In general.
1185. —— Grant.
1186. —— Contract.
1187. —— License.
1188. Abandonment, forfeiture, or other loss of right or privilege of drainage.
1189. Pollution.
1190. Rain water and eaves drip.

**(B) ACTIONS OR OTHER PROCEEDINGS TO DETERMINE, ESTABLISH, AND PROTECT RIGHTS.**

1195. In general.
1196. Rights of action and defenses in general.
1197. Economic loss as grounds.
1198. Nuisance.
1199. Preliminary injunction.
1200. Proceedings and relief.
1201. —— In general.
1202. —— Time to sue, limitations, and laches.
1203. —— Parties.
1204. —— Pleading.
1205. —— Evidence.
1206. —— Hearing.
1207. —— Instructions.
1208. —— Compensatory damages.
1209. —— Punitive damages.
1210. —— Injunction.
1211. —— Other relief.
1212. Review.
1213. Costs and attorney fees.

**VI. RIPARIAN AND LITTORAL RIGHTS.**

**(A) IN GENERAL.**

1220. In general.
1221. Constitutional and statutory provisions.
1222. Application or abrogation of common law doctrine in general.
1223. Coexistence of common law and riparian law regimes.
1224. Total or partial replacement with system of appropriative rights.
1225. Who are riparian owners, and what is riparian land.

**VI. RIPARIAN AND LITTORAL RIGHTS.**(Cont'd)

1226. Nature and quality of waters giving rise to riparian rights.
1227. Effect of local law.
1228. Nature and extent of rights in general.
1229. —— In general.
1230. —— Interest in real property, or personalty.
1231. —— Title and rights in general.
1232. —— Correlative rights of riparian owners.
   (1). In general.
   (2). Consumptive uses.
   (3). Boating, bathing, and recreational uses.
1233. —— Maintenance of natural flow of watercourse.
1234. —— View of water.
1235. —— Access to water in general.
1236. —— Access by public or other permittees.
1237. —— Extent of right to use water in general.
1238. —— Reasonable use.
1239. —— Use for domestic purposes.
1240. —— Use for agricultural purposes.
1241. —— Use for recreational purposes in general.
1242. —— Fishing.
1243. —— Rights as to seaweed.
1244. —— Protection of banks from erosion.
1245. —— Nonriparian uses; use on nonriparian property or beyond watershed.
1246. Right to wharf out, build docks, and support shore.
1247. —— In general.
1248. —— Right to construct or maintain.
1249. —— Authorization by public authority to construct, and application therefor; permits.
1250. —— Structures.
   (1). In general.
   (2). Wharves, docks, piers and similar structures.
   (3). Dockominiums and common interests in structures or areas. *Matters not involving riparian or littoral rights, see* COMMON INTEREST COMMUNITIES.
   (4). Boat basins, revetments, and groins.

405. WATER LAW

### VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1251. ——— Appurtenance to upland property.
1252. ——— Injunction against construction or maintenance.
1253. ——— Abatement.
1254. Right to deepen natural channel of watercourse.
1255. Right to divert waters of natural watercourse.
1256. ——— In general.
1257. ——— As between states.
1258. ——— Nature and extent of diversion in general.
1259. ——— Restoration of water diverted.
1260. ——— Purpose and reasonableness of use.
1261. Right to impound and store waters.
1262. ——— In general.
1263. ——— Storage on riparian owner's land.
1264. Right to flow, or to raise and set back water onto, another's land.
1265. ——— In general.
1266. ——— Constitutional and statutory provisions.
1267. ——— Nature and existence of right to flow lands in general.
1268. ——— Transfers, grants, and reservations of rights in general.
    (1). In general.
    (2). Construction and operation.
    (3). Effect of transfer of ownership, control, or rights in dam.
1269. ——— Easements.
1270. ——— Licenses.
1271. ——— Abandonment, forfeiture, or other loss of right.

#### (B) TRANSFERS, RESERVATIONS, AND EXCEPTIONS OF RIPARIAN RIGHTS.

1275. In general.
1276. Construction of grant in general.
1277. Presumption that conveyance of land includes appurtenant riparian rights.
1278. Reservation or exception of rights.
1279. Transfer of riparian rights separate from riparian land.
1280. Grant of right to use wharf, dock, or pier.

### VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1281. Easements over riparian lands and for access to and use of waters.
1282. ——— In general.
1283. ——— Creation and existence.
1284. ——— Extent of right in general.
1285. ——— Location.
1286. ——— Purposes and mode of use.
1287. ——— Persons entitled to use.
1288. ——— Maintenance and repair.
1289. ——— Alteration and misuse.
1290. ——— Right to construct or install and use ramp, dock, or other structures as incident to access easement.
1291. ——— Interference with or obstruction of right.
1292. ——— Termination.
1293. Leases.
1294. Licenses.
1295. Contracts.
1296. Loss of riparian rights in general.
1297. ——— In general.
1298. ——— Abandonment or non-use.
1299. ——— Revival of rights.

#### (C) INJURIES TO RIPARIAN RIGHTS IN GENERAL.

##### 1. IN GENERAL.

1310. In general.

##### 2. INJURY TO DOWNSTREAM OWNERS' RIGHTS BY OBSTRUCTION OR DETENTION OF WATERS.

1312. In general.
1313. Right to obstruct or detain waters in general.
1314. Reasonableness.
1315. Agreements between riparian owners as to obstruction and detention.
1316. Nature and extent of obstruction or detention.
1317. ——— In general.
1318. ——— Embankments or private levees.
1319. ——— Dams.
1320. ——— Bridges, trestles, and culverts.
1321. Causation.
1322. Persons liable.
1323. Removal or abatement of obstruction or encroachment.
1324. Judicial intervention, actions, and review.

1947

## 405. WATER LAW

### VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1325. —— In general.
1326. —— Nature of remedy.
1327. —— Right of action in general.
1328. —— Defenses in general.
1329. —— Preliminary injunction.
1330. —— Time to sue, limitations, and laches.
1331. —— Pleading.
1332. —— Parties.
1333. —— Trial or hearing in general.
1334. —— Evidence.
1335. —— Fact questions.
1336. —— Instructions.
1337. —— Findings and verdict.
1338. —— Damages.
1339. —— Injunction.
1340. —— Other relief.
1341. —— Judgment or order.
1342. —— Review.
1343. —— Costs and attorney fees.

#### 3. INJURY TO RIPARIAN RIGHTS BY POLLUTION OR DEPOSITS.

1350. In general.
1351. Reasonableness of use that decreases purity.
1352. Acquisition by grant or purchase of right to pollute.
1353. Rights as to purity of water.
1354. Nature and extent of pollution in general.
1355. Mines and mining operations.
1356. Mills and factories.
1357. Noxious uses.
1358. Sewage and refuse matter.
1359. Dredging and disturbance of bed and banks.
1360. Persons entitled to relief.
1361. Persons liable.
1362. Removal or abatement of cause of pollution.
1363. Judicial intervention, actions, and review.
1364. —— In general.
1365. —— Nature of remedy.
1366. —— Right of action in general.
1367. —— Defenses in general.
1368. —— Preliminary injunction.

### VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1369. —— Time to sue, limitations, and laches.
1370. —— Pleading.
1371. —— Parties.
1372. —— Trial or hearing in general.
1373. —— Evidence.
1374. —— Fact questions.
1375. —— Instructions.
1376. —— Findings and verdict.
1377. —— Damages.
1378. —— Injunction.
1379. —— Other relief.
1380. —— Judgment or order.
1381. —— Review.
1382. —— Costs and attorney fees.

#### 4. INJURY TO RIPARIAN RIGHTS BY DIVERSION OF WATERS.

1385. In general.
1386. Statutory provisions.
1387. Nature and extent of diversion in general.
1388. Restoration of water diverted; unreasonable diminution of current.
1389. Persons liable.
1390. Removal or abatement of means or cause of diversion.
1391. Judicial intervention, actions, and review.
1392. —— In general.
1393. —— Nature of remedy.
1394. —— Right of action in general.
1395. —— Defenses in general.
1396. —— Preliminary injunction.
1397. —— Time to sue, limitations, and laches.
1398. —— Pleading.
1399. —— Parties.
1400. —— Trial or hearing in general.
1401. —— Evidence.
1402. —— Fact questions.
1403. —— Instructions.
1404. —— Findings and verdict.
1405. —— Damages.
1406. —— Injunction.
1407. —— Other relief.
1408. —— Judgment or order.

TR-0044604

405. WATER LAW

VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1409. —— Review.
1410. —— Costs and attorney fees.

5. INJURY CAUSED BY ACCELERATION OF FLOW OR INCREASE IN VOLUME IN WATERCOURSE.

1415. In general.

6. INJURY CAUSED BY DEEPENING NATURAL CHANNEL.

1420. In general.

7. INJURIES BY FLOWAGE, OR RAISING AND SETTING BACK WATER ONTO ANOTHER'S LAND.

1426. In general.
1427. Floods and freshets.
1428. Persons liable.
1429. Judicial intervention, actions, and review.
1430. —— In general.
1431. —— Nature of remedy.
1432. —— Right of action in general.
1433. —— Defenses in general.
1434. —— Preliminary injunction.
1435. —— Time to sue, limitations, and laches.
1436. —— Pleading.
1437. —— Parties.
1438. —— Trial or hearing in general.
1439. —— Evidence.
1440. —— Fact questions.
1441. —— Instructions.
1442. —— Findings and verdict.
1443. —— Damages.
1444. —— Injunction.
1445. —— Other relief.
1446. —— Judgment or order.
1447. —— Review.
1448. —— Costs and attorney fees.

8. INJURY TO RIPARIAN LANDS INCIDENT TO FLOATAGE OF LOGS.

1449. In general.

9. NUISANCE.

1450.1. In general.
1450.2. Obstruction or detention of waters.
1450.3. Pollution or deposits.
1450.4. Diversion of waters.

VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1450.5. Acceleration of flow or increase in volume.
1450.6. Deepening natural channel.
1450.7. Flowage.
1450.8. Floatage of logs.

(D) RIGHTS AS RIPARIAN OWNER TO BED AND BANKS OF WATER BODY IN GENERAL.

1455. In general.
1456. Statutory provisions.
1457. Rights to bed in general.
1458. Rights to land between low and high water mark.
1459. Rights to flats, sandbars, and islands in general.
1460. Rights in formations resulting from deposit of dredged material.
1461. Rights in personal property or debris washed or stranded upon riparian land.
1462. Rights in bed upon subsidence or recession of waters.
1463. Allocation or division as between riparian owners.
1464. —— In general.
1465. —— Extension of ownership to thread of channel or center of lake or pond.
1466. Protection and use in general.
1467. Right of reclamation and improvement.
1468. Conveyance of rights.
1469. Proceedings or actions to determine rights.
1470. —— In general.
1471. —— Nature of remedy.
1472. —— Right of action and defenses in general.
1473. —— Nuisance.
1474. —— Preliminary injunction.
1475. —— Time to sue, limitations, and laches.
1476. —— Pleading.
1477. —— Parties.
1478. —— Trial or hearing in general.
1479. —— Evidence.
1480. —— Fact questions.
1481. —— Instructions.
1482. —— Findings and verdict.
1483. —— Damages.
1484. —— Injunction.

TR-0044605

## 405. WATER LAW

**VI. RIPARIAN AND LITTORAL RIGHTS.**(Cont'd)

1485. —— Other relief.
1486. —— Judgment or order.
1487. —— Review.
1488. —— Costs and attorney fees.

**(E) ACCRETION, RELICTION, AND AVULSION.**

1490. In general.
1491. What constitutes accretion or reliction.
1492. Title to land formed by accretion or lost through reliction; effect on adjacent owners' boundaries.
1493. —— In general.
1494. —— Conveyance or lease of riparian or littoral land as including accretions.
1495. —— Severance of accretions from original lands.
1496. —— Apportionment of lands formed by accretion.
1497. —— Separate grant of lands formed by accretion.
1498. —— Batture.
1499. Actions to establish rights in accreted lands.
1500. —— In general.
1501. —— Nature of remedy.
1502. —— Right of action and defenses in general.
1503. —— Preliminary injunction.
1504. —— Time to sue, limitations, and laches.
1505. —— Pleading.
1506. —— Parties.
1507. —— Trial or hearing in general.
1508. —— Evidence.
1509. —— Fact questions.
1510. —— Instructions.
1511. —— Findings and verdict.
1512. —— Damages.
1513. —— Injunction.
1514. —— Other relief.
1515. —— Judgment or order.
1516. —— Review.
1517. —— Costs and attorney fees.
1518. Avulsion.
1519. —— In general.
1520. —— What constitutes avulsion.

**VI. RIPARIAN AND LITTORAL RIGHTS.**(Cont'd)

1521. —— Title to land opened up or cut off by event; effect on adjacent owners' boundaries.
1522. —— Actions or proceedings to determine rights after avulsion event.
(1). In general.
(2). Nature of remedy.
(3). Right of action and defenses in general.
(4). Time to sue, limitations, and laches.
(5). Pleading.
(6). Parties.
(7). Trial or hearing in general.
(8). Evidence.
(9). Fact questions.
(10). Instructions.
(11). Findings and verdict.
(12). Judgment or order.
(13). Review.
(14). Costs and attorney fees.

**(F) REGULATION AND PERMIT SYSTEMS FOR ALLOCATING RIPARIAN RIGHTS TO TAKE OR USE WATER.**

1525. In general.
1526. Statutory provisions.
1527. Limitation on rights inherent in riparian property ownership.
1528. Exemptions.
1529. Matters peculiar to hybrid or dual-doctrine systems of allocation.
1530. Eligibility and permit criteria.
1531. Permit provisions and conditions.
1532. Administrative proceedings.
1533. Judicial intervention or review.

**(G) OTHER JUDICIAL INTERVENTION, ACTIONS, AND PROCEEDINGS TO ASCERTAIN AND APPORTION RIPARIAN RIGHTS.**

1535. In general.
1536. Nature of remedy.
1537. Right of action and defenses in general.
1538. Preliminary injunction.
1539. Time to sue, limitations, and laches.
1540. Pleading.
1541. Parties.
1542. Trial or hearing in general.
1543. Evidence.
1544. Fact questions.

TR-0044606

## VI. RIPARIAN AND LITTORAL RIGHTS.(Cont'd)

1545. Instructions.
1546. Findings and verdict.
1547. Injunction.
1548. Other relief.
1549. Judgment or order.
1550. Review.
1551. Costs and attorney fees.

## VII. APPROPRIATION OF WATERS.

### (A) NATURE AND ELEMENTS IN GENERAL.

1555. In general.
1556. Constitutional and statutory provisions.
1557. Consideration of public interest and public trust.
1558. Matters peculiar to appropriation of rights in public lands, in general.
1559. Waters and water rights subject to appropriation.
1560. —— In general.
1561. —— Free-flowing waters in general.
1562. —— Tributary groundwater.
1563. —— Waters in public domain.
1564. —— Waters within interstate watercourses.
1565. —— Federal reserved waters in general.
1566. —— Waters reserved for Indian tribes or communities.
1567. Persons entitled to appropriate water or rights.
1568. Effect of state and local law, customs, and rules.
1569. Purposes and lands for which water may be appropriated.
1570. Nature and elements of appropriation.
1571. —— In general.
1572. —— Intent as to use of water; anti-speculation doctrine.
1573. —— Actual capture and diversion of water.
1574. —— Actual use of water and application to beneficial use.
1575. —— Notice of appropriation.
1576. —— Diligence in completion of works or application of water to use.
1577. Vesting of rights under appropriation in general.
1578. Priorities.

## VII. APPROPRIATION OF WATERS.(Cont'd)

1579. —— In general.
1580. —— First in time, first in right.
1581. —— Date of appropriation.
1582. —— Calls by senior rights holders in general.
1583. —— Futile call doctrine.
1584. —— Delivery call petition by senior user.
1585. —— Subordination agreements.
1586. —— Effect of hybrid or dual-doctrine jurisdiction.
1587. —— Priorities as against subsequent grants, entries, and patents in public lands.
1588. Nature and extent of rights acquired.
1589. —— In general.
1590. —— Rights as appurtenant to land.
1591. —— Location of diversion point.
1592. —— Augmentation, replacement, and substitute supply plans.
1593. —— Quantity of water.
   (1). In general.
   (2). Amounts necessary for purposes of appropriation.
   (3). Limits imposed by beneficial use requirement.
   (4). Waste.
   (5). Effect of senior riparian rights.
   (6). Capacity of appropriator's system or works.
1594. —— Use, recapture, and reuse of water;  exclusive use.
1595. —— Transbasin or interbasin diversions.
1596. —— Storage of water.
1597. —— Incidental rights to burden others' lands to access or convey water.
   (1). In general.
   (2). Canals, ditches, and other works.
   (3). Condemnation of rights of way and other interests in lands.
   (4). Trespass liability.
1598. Transfers or conveyances and contracts in general.
1599. Change in place, manner, or purpose of appropriation, diversion, or use of water.
1600. —— In general.

TR-0044607

**405. WATER LAW**

**VII. APPROPRIATION OF WATERS.** (Cont'd)

1601. ——— Quantity; enlargement or additional appropriation.
1602. ——— Supplemental wells; Templeton doctrine.
1603. ——— Water exchanges.
1604. ——— Proceedings on application to amend permit or decree, or to transfer rights.
1605. ——— Review.
1606. Abandonment, relinquishment, cancellation, or forfeiture of rights.
1607. ——— In general.
1608. ——— Resumption of use doctrine.
1609. ——— Proceedings to determine rights.

**(B) ADMINISTRATIVE REGULATION OF APPROPRIATION.**

1610. In general.
1611. Statutory provisions.
1612. Administrative bodies, in general.
1612.5. ——— In general.
1613. ——— Powers and authority.
1614. ——— Duties.
1615. State and local engineers, water masters, and other officers.
1616. ——— In general.
1617. ——— Appointment.
1618. ——— Powers and authority.
1619. ——— Duties.
1620. Rules and regulations, in general.
1621. Federal appropriation and local water law.
1622. Availability; prevention of overdraft, exploitation, groundwater mining, and other depletion of resources.
1623. Moratorium on appropriation.
1624. Application for permits to appropriate water.
1625. ——— In general.
1626. ——— Necessity for permit in general.
1627. ——— New or enlarged appropriations.
1628. ——— Notice.
1629. ——— Requisites and sufficiency, in general.
1630. ——— Specification of points of diversion and return.
1631. ——— Specification of quantities to be appropriated.
1632. ——— Blanket permits.

**VII. APPROPRIATION OF WATERS.** (Cont'd)

1633. ——— Fees for filing and recording.
1634. Permit pending diversion of waters and application to beneficial use in general.
1635. ——— In general.
1636. ——— Grant or denial.
1637. ——— Time to complete requisite steps for appropriation.
1638. ——— Extension of permit; excuses for delay and objections to extension.
    (1). In general.
    (2). Excuses for delay.
    (3). Objections to extension.
1639. Terms and conditions of permit.
1640. ——— In general.
1641. ——— Reporting requirements.
1642. ——— Public access to waters impounded or diverted.
1643. Cancellation or forfeiture of permit.
1644. Water rights certificate.
1645. ——— In general.
1646. ——— Issuance.
1647. ——— Amendment.
1648. ——— Cancellation or forfeiture.
1649. Administrative proceedings and review.
1650. ——— In general.
1651. ——— Jurisdiction.
1652. ——— Time for proceedings.
1653. ——— Parties.
1654. ——— Evidence.
1655. ——— Fact questions.
1656. ——— Findings.
1657. ——— Determination.
1658. ——— Judicial review.

**(C) PRIVATE CIVIL ACTIONS TO DETERMINE, ESTABLISH, OR PROTECT RIGHTS.**

1665. In general.
1666. Form of remedy.
1667. Rights of action and defenses; standing.
1668. Conversion of private suit to one of general adjudication.
1669. ——— In general.
1670. ——— Grounds.
1671. Injunction and enforcement.
1672. Jurisdiction and venue.
1673. Limitations and laches.
1674. Parties.

### VII. APPROPRIATION OF WATERS.(Cont'd)

1675. —— In general.
1676. —— Necessary parties.
1677. Process or notice.
1678. Reference; appointment of water master or viewers.
1679. Pleading.
1680. Evidence.
1680.5. —— In general.
1681. —— Presumptions and burden of proof.
1682. —— Admissibility.
1683. —— Weight and sufficiency.
1684. Trial or hearing.
1685. —— In general.
1686. —— Questions of fact.
1687. —— Findings and verdict.
1688. Judgment or decree.
1689. —— In general.
1690. —— Conclusiveness and effect.
    (1). In general.
    (2). Matters concluded.
    (3). Persons concluded.
1691. Relief awarded.
1692. —— In general.
1693. —— Physical solution doctrine.
1694. —— Damages.
1695. Rehearing and review.
1696. Costs and attorney fees.

### VIII. RESERVED WATER RIGHTS.

1700. In general.
1701. Incident to reservation or withdrawal of lands from public domain.
1702. —— In general.
1703. —— Waters necessary for primary purpose of federal reservation.
1704. —— Implied reservation of water rights.
1705. —— Waters reserved for purposes of Indian reservations in general.
1706. Limitation to unappropriated waters in general.
1707. Public water reserves.
1708. Effect of state law in general.
1709. Time of vesting of reserved water rights.
1710. —— In general.
1711. —— Date of reservation of lands.

### VIII. RESERVED WATER RIGHTS.(Cont'd)

1712. —— Priorities and notice.
1713. Requisites for reservation of water rights.
1714. —— In general.
1715. —— Intent to reserve unappropriated waters.
1716. —— Necessity of physical diversion or appropriation.
1717. —— Necessity of application to beneficial use.
1718. Nature of rights, title, or interest in reserved water.
1719. Waters reserved.
1720. —— In general.
1721. —— Groundwater.
1722. —— Natural watercourses, lakes, and ponds.
1723. —— Diffuse surface waters.
1724. —— Waters beyond reservation boundaries.
1725. Quantity of water reserved.
1726. —— In general.
1727. —— Sufficiency to accomplish purposes of land reservation; primary and secondary purposes.
1728. —— Time for determination of purposes.
1729. —— Procedures for additional appropriations; effect of state law.
1730. Conveyance, sale, disposal, or other transfer of reserved rights.
1731. Loss of reserved rights through nonuse, abandonment, forfeiture, or other cause.

### IX. ARTIFICIAL PONDS, RESERVOIRS, CHANNELS, DAMS, AND OTHER WORKS.

1734. In general.
1735. Right to collect and detain water in general.
1736. Rights in artificial watercourses in general.
1737. Title to bed under impounded waters.
1738. Right to erect and maintain dams in general.
1739. Construction and maintenance of dams.
1740. —— In general.

TR-0044609

**405. WATER LAW**

## IX. ARTIFICIAL PONDS, RESERVOIRS, CHANNELS, DAMS, AND OTHER WORKS.(Cont'd)

1741. —— Rights and title to water impounded.
1742. —— Regulatory inspection of dams.
   *Issues relating to hydroelectric generating facilities, see ELECTRICITY.*
1743. Artificial ponds, watercourses, conduits, and other works.
1744. —— In general.
1745. —— Construction.
1746. —— Maintenance and repairs.
1747. Draining mill ponds.
1748. Injuries to dams or other works.
1749. Injuries by overflow, breakage, leakage, or seepage from artificial watercourses or impoundments.
1750. Right and duty to prevent injury; contributory negligence.
1751. Removal or abatement of dams or other works.
1752. —— In general; obligation to remove or abate.
1753. —— Right to remove or abate, and rights and liabilities as to affected waters.
1754. Judicial intervention, actions, and review.
1755. —— In general.
1756. —— Rights of action and defenses.
1757. —— Time to sue, limitations, and laches.
1758. —— Injunction.
   (1). In general.
   (2). Nature and grounds of remedy.
   (3). Estoppel, limitations, and laches.
   (4). Enforcement.
1759. —— Damages.
   (1). In general.
   (2). Measure or amount.
1760. —— Proceedings and review.
   (1). In general.
   (2). Parties and pleading.
   (3). Presumptions and burden of proof.
   (4). Admissibility of evidence.
   (5). Weight and sufficiency of evidence.
   (6). Instructions.

## IX. ARTIFICIAL PONDS, RESERVOIRS, CHANNELS, DAMS, AND OTHER WORKS.(Cont'd)

   (7). Hearing, determination, and relief.
   (8). Review.

## X. PRESCRIPTIVE RIGHTS IN WATER OR FOR USE OR ACCESS TO WATERS.

1765. In general.
1766. By and against whom prescriptive rights may be acquired.
1767. Waters in which prescriptive rights may be established.
1768. —— In general.
1769. —— Rights in irrigation ditch and waters.
   (1). In general.
   (2). Adverse possession of adjudicated priorities.
1770. Elements of prescription.
1771. —— In general.
1772. —— Mode and extent of use.
1773. —— Adverse character of use and possession in general.
1774. —— Visible and notorious use or possession.
1775. —— Distinct and exclusive possession.
1776. —— Time requisite; continuity and interruption.
1777. —— Hostile character of use and possession in general.
1778. —— Claim or color of right.
1779. Nature and extent of right acquired in general.
1780. Rights to use water.
1781. —— In general.
1782. —— Natural watercourses, lakes, and ponds.
1783. —— Surface waters.
1784. —— Groundwater.
1785. Rights to obstruct or redirect water.
1786. —— In general.
1787. —— Obstruction or repulsion.
1788. —— Drainage and discharge.
1789. —— Right to flow lands by raising and setting back water onto another's lands.
1790. Rights of access.
1791. Right to use ramp, dock, or pier.

TR-0044610

### X. PRESCRIPTIVE RIGHTS IN WATER OR FOR USE OR ACCESS TO WATERS.(Cont'd)

1792. Loss or other termination of prescriptive rights.
1793. Judicial intervention, actions, and review.
1794. —— In general.
1795. —— Nature of remedy.
1796. —— Right of action and defenses.
1797. —— Preliminary injunction.
1798. —— Time to sue, limitations, and laches.
1799. —— Pleading.
1800. —— Parties.
1801. —— Trial or hearing in general.
1802. —— Evidence.
1803. —— Fact questions.
1804. —— Instructions.
1805. —— Findings and verdict.
1806. —— Damages.
1807. —— Injunction.
1808. —— Other relief.
1809. —— Judgment or order.
1810. —— Review.
1811. —— Costs and attorney fees.

### XI. GENERAL ADJUDICATION OF ALL RIPARIAN, APPROPRIATIVE, RESERVED, AND OTHER RIGHTS IN WATERCOURSE, WATER BODY, OR BASIN.

1820. In general.
1821. What law governs.
1822. Form of remedy.
1823. Rights of action and defenses; standing.
1824. Conversion of private suit to one of general adjudication.
1825. —— In general.
1826. —— Grounds.
1827. Scope of inquiry on general adjudication.
1828. McCarran consent to adjudicate water rights of United States in state court.
1829. Injunction and enforcement.
1830. Jurisdiction and venue.
1831. Limitations and laches.
1832. Parties.
1833. —— In general.
1834. —— Necessary parties.

### XI. GENERAL ADJUDICATION OF ALL RIPARIAN, APPROPRIATIVE, RESERVED, AND OTHER RIGHTS IN WATERCOURSE, WATER BODY, OR BASIN.(Cont'd)

  (1). In general.
  (2). States and United States.
1835. Process or notice.
1836. Reference; appointment of water master or viewers.
1837. Report and recommendation of state engineer.
1838. Pleading.
1839. Evidence.
1839.5. —— In general.
1840. —— Presumptions and burden of proof.
1841. —— Admissibility.
1842. —— Weight and sufficiency.
1843. Trial or hearing.
1844. —— In general.
1845. —— Questions of fact.
1846. —— Findings and verdict.
1847. Judgment or decree.
1848. —— In general.
1849. —— Conclusiveness and effect.
  (1). In general.
  (2). Matters concluded.
  (3). Persons concluded.
1850. Relief awarded.
1851. —— In general.
1852. —— Physical solution doctrine.
1853. —— Mass allocation as between states.
1854. —— Equitable apportionment as between states.
1855. —— Damages.
1856. Rehearing and review.
1857. Costs and attorney fees.

### XII. PUBLIC WATER SUPPLY.

#### (A) IN GENERAL.

1860. In general.
1861. Regulation and control by state and state authorities.
1862. Federal participation in developing water supplies.

#### (B) DOMESTIC AND MUNICIPAL PURPOSES.

##### 1. IN GENERAL.

1865. In general.

1955

## 405. WATER LAW

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

1866. Nature and extent of right to water.
1867. Constitutional and statutory provisions.
1868. Establishment or acquisition of works by public authorities.
1869. —— In general.
1870. —— Acting in governmental or proprietary capacity.
1871. —— Submission to voters.
1872. —— Effect of grant of privilege or franchise.
1873. —— Funds and financing.
1874. —— Acquisition by purchase or condemnation in general.
1875. —— Option to purchase from franchise holder and exercise thereof in general.
1876. —— Valuation of property sought to be acquired and payment therefor.
1877. —— Title and rights acquired and obligations assumed.
1878. —— Use and ownership.
1879. —— Operation, maintenance, and control.
1880. —— Sale or lease of waterworks.

**2. LOCAL WATER DISTRICTS.**
*For comprehensive water resource management districts, see II.*

1885. In general.
1886. Nature and existence of district.
1887. Formation.
1888. —— In general.
1889. —— Proceedings in general.
1890. —— Petition.
1891. —— Election.
1892. —— Objections.
1893. —— Review.
1894. Boundaries and annexation.
1895. Consolidation or splitting of district.
1896. Dissolution or discontinuance.
1897. Officers, employees, and agents.
1898. Powers and authority in general.
1899. Extraterritorial authority, activities, or services.
1900. Contracts.
1901. Service plan.
1902. Duties, liabilities, and immunity.
1903. Issuance of bonds.
1904. Tax levies, assessments, and liens.

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

1905. Special assessment districts or areas.
1906. Judicial intervention, actions, and review.

**3. WATER OR WATERWORKS COMPANIES.**

1910. In general.
1911. Incorporation and organization.
1912. Capital, stock, and stockholders; proxy voting.
1913. Officers and agents.
1914. Franchises, privileges, and powers.
1915. —— In general.
1916. —— Proceedings to obtain franchises.
1917. —— Nature and scope in general.
1918. —— Agency or instrumentality of municipality to take or divert water.
1919. —— Territory.
1920. —— Duration, extension, and termination.
1921. —— Forfeiture or annulment.
1922. —— Disposition of property or franchise.
1923. —— Mortgages and bonds.

**4. OTHER FRANCHISEES.**

1925. In general.
1926. Franchises to private individuals.
1927. —— In general.
1928. —— Status as public utilities.
1929. —— Powers and duties.
1930. —— Duration.
1931. —— Cancellation, forfeiture, or other termination.

**5. ACQUISITION OF WATER SOURCES AND RIGHTS INCIDENT THERETO.**

1935. In general.
1936. Limitation to use for public water supply purposes.
1937. Reasonable use.
1938. Allocation of rights in water resources among public entities, or between public entity and private claimants.
1939. —— In general.
1940. —— Diversion of watercourse.
1941. —— Withdrawal of groundwater.
1942. —— Priority of domestic and municipal water use.
1943. Water supply permit.

1956

TR-0044612

**XII. PUBLIC WATER SUPPLY.(Cont'd)**

1944. Pueblo rights.
1945. Grants.
1946. Contracts.
1947. Licenses.
1948. Right to recapture return waters.
1949. Abandonment or loss of rights acquired.
1950. Proceedings or actions to determine, establish, and protect rights.

**6. RIGHTS IN LAND AND PUBLIC PLACES IN GENERAL.**

1955. In general.
1956. Right of way and other limited interests in land.
1957. Rights in streets and other public places.

**7. SUPPLY AND DISTRIBUTION WORKS AND APPLIANCES.**

1960. In general.
1961. Construction.
1962. Contracts.
1963. Maintenance and repair.
1964. Reservoirs, conduits, pumping stations, wells, and other works.
1965. Mains, pipes, and appliances for distribution.
1966. Injuries from establishment or construction of works.

**8. PURITY OF WATER AND PROTECTION FROM POLLUTION OR DIVERSION.**

1970. In general.
1971. Statutory and regulatory provisions.
1972. —— In general.
1973. —— Construction.
1974. Purity and fitness of water for domestic use and consumption.
1975. Establishment of agencies, departments, or boards.
1976. Water quality standards.
1977. —— In general.
1978. —— Power and authority to establish maximum contaminant levels.
1979. —— Duty to adopt and enforce quality standards, in general.
1980. —— Regulation, in general.
1981. —— Effect of federal drinking water standards.

**XII. PUBLIC WATER SUPPLY.(Cont'd)**

1982. —— Primary enforcement responsibility.
1983. —— Water testing and methodologies.
1984. —— Particular contaminants.
1985. —— Waters subject to quality regulation, in general.
1986. —— Public or private sources and uses.
1987. —— Water distributed for human consumption.
1988. —— Swimming pools, spas, and bathing houses.
1989. Proceedings or actions to compel filtration or other treatment.
1990. Receivership, and divestiture of non-performing systems.
1991. Civil claims arising from failure to meet quality standards.
1992. Permits for or restrictions on activities that endanger water quality.
1993. —— In general.
1994. —— Recreational uses.
1995. —— Siting of facilities.
1996. —— Discharge of waste.
1997. —— Injection wells.
1998. Liability for pollution or endangerment of domestic water supply.
1999. —— In general.
2000. —— Discharge or release of contaminants.
2001. —— Remedies and actions, in general.
2002. —— Persons or entities entitled to relief.
2003. —— Persons or entities liable.
2004. —— Injunction.
2005. —— Actions.
2006. —— Prosecutions.
2007. —— Clean-up and remediation.
2008. —— Penalties.
2009. Fluoridation of water supply.
2010. Diverting or impeding flow of waters intended for domestic use.

**9. ACTIONS TO ESTABLISH AND PROTECT WATER RIGHTS AND OTHER RIGHTS OF PROPERTY.**

2015. In general.

**10. LICENSES AND TAXES.**

2020. In general.

TR-0044613

**405. WATER LAW**

### 11. SUPPLY TO MUNICIPALITIES.

2025. In general.
2026. Contracts in general.
2027. Construction and operation.
2028. Performance and breach in general.
2029. Quantity and pressure.
2030. Compensation or charges.
2031. Modification of contract.
2032. Abandonment.
2033. Rescission, cancellation, or other termination.

### 12. SUPPLY TO PRIVATE CONSUMERS.

2036. In general.
2037. Right and duty to supply in general.
2038. Moratorium on new connections or increased usage.
2039. Application for water service connection.
2040. —— In general.
2041. —— Form and requisites.
2042. —— Grant or denial.
2043. —— Judicial remedies; injunction.
2044. Discrimination in supplying water to customers.
2045. —— In general.
2046. —— Effect of supplying water beyond corporate limits.
   *Rate discrimination, see* ⊃2165.
2047. Agreements to furnish water.
2048. —— In general.
2049. —— Parties.
2050. —— Validity and enforceability.
2051. —— Construction of contract, generally.
2052. —— Terms and conditions.
2053. —— Quantity of water contemplated by contract.
2054. —— Performance and breach.
2055. —— Duration, in general.
2056. —— Termination, and grounds therefor.
2057. —— Injunction against discontinuance of service.
2058. —— Wrongful termination or discontinuance.
2059. Abandoning service.
2060. Contracts for construction of works to supply water.
2061. —— In general.

### XII. PUBLIC WATER SUPPLY.(Cont'd)

2062. —— Deposit paid against construction costs, and return.
2063. —— Ownership and control of works.
2064. —— Authority and duty to operate and maintain.
2065. Provider's authority to dispose of surplus water.
2066. Transfer of water company or works.
2067. —— In general.
2068. —— Assignment of contracts.
2069. —— Effect on rights and obligations to furnish water.
2070. Actions.
2071. —— In general.
2072. —— Persons entitled to sue.
2073. —— Persons liable.
2074. —— Trial or hearing.
2075. —— Evidence.
2076. —— Questions for jury.
2077. —— Instructions.
2078. —— Damages.

### 13. REGULATION OF SUPPLY AND USE.

2080. In general.
2081. Statutory and regulatory provisions and rules in general.
2082. Power and duty to regulate, conserve, and manage water resources in general.
2083. State and local control.
2084. Public interest.
2085. Public regulatory commissions, boards, and officers.
2086. —— In general.
2087. —— Powers and duties.
2088. —— Proceedings in general.
2089. —— Judicial intervention and review.
2090. Entities, systems, and persons subject to public utilities regulation.
2091. —— In general.
2092. —— Whether provider is a public utility.
2093. —— Exemptions in general.
2094. —— Municipally owned facilities.
2095. Certificates of public convenience and necessity.
2096. —— In general.
2097. —— Eligibility and application.

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

2098. —— Proceedings on application, and issuance.
2099. —— Transfer of certificate.
2100. —— Abandonment of certificate.
2101. —— Forfeiture or other termination of certificate.
2102. Water distribution permits for private systems.
2103. Service areas.
2104. —— In general.
2105. —— Areas within or adjacent to municipality.
2106. —— Unincorporated areas.
2107. —— Service agreements between providers.
2108. —— Municipal water delivery strategies for supply to unincorporated or extraterritorial areas.
2109. —— Disputes in general.
2110. —— Priorities and first-in-field doctrine.
2111. —— Encroachment and curtailment in general.
2112. —— Statutorily protected service areas.
2113. —— Expansion of service area.
2114. —— Abandonment or discontinuance of service to area.
2115. —— Proceedings to resolve disputes.
2116. Compulsory connection to centralized public water supply, and termination of use of wells.
2117. Conditions or exactions incident to connecting to public system.
2118. Requirements for metering.
2119. Shut-off of supply for violation of rules and regulations.
2120. Moratorium on new or increased level of service.
2121. Emergency conservation, safety, and public welfare restrictions on water usage.
2122. —— In general.
2123. —— Curtailment of particular uses.
2124. —— Quantity restrictions and per capita usage limits.
2125. —— Restricting exportation of water outside service area.

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

2126. Agreements for use of unused system transport capacity; requirements of wheeling statutes.

**14. WATER RATES, RENTS, CONNECTION FEES, AND OTHER CHARGES.**

2130. In general.
2131. Right to make charge in general.
2132. —— In general.
2133. —— Compulsory connection to municipal supply.
2134. —— Contractual services and rates.
2135. Initiative and referendum.
2136. Persons or entities subject to charges.
2137. —— In general.
2138. —— Landlord and tenant.
2139. —— Users and nonusers.
2140. —— Transfer of ownership of property served.
2141. Types of charges and fees.
2142. —— In general.
2143. —— Connection and capitalization fees.
2144. —— Impact fees.
2145. —— Standby and availability charges.
2146. —— Charge for fire protection service.
2147. —— Minimum periodic service charges.
2148. —— Compensation for wheeling use of system transport capacity.
2149. Charges as taxes or assessments.
2150. —— In general.
2151. —— Necessity of voter approval.
2152. Billing.
2153. —— In general.
2154. —— Statements and enclosures.
2155. —— Billing period or cycle.
2156. —— Disputes as to charges.
2157. Funds.
2158. —— In general.
2159. —— Deposits.
2160. —— Surplus funds.
2161. Water illegally taken.
2162. —— In general.
2163. —— Nature and form of remedy.
2164. —— Persons liable.
2165. Uniformity of charges.
2166. —— In general.

TR-0044615

**405. WATER LAW**

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

2167. ——— Similar situations, classifications, or categories.
2168. ——— Rational basis for different rates.
2169. ——— Flat rates and meter rates.
2170. ——— Effect of contracts.
2171. ——— Municipal residents and nonresidents.
2172. ——— Different rates for or as between commercial users.
2173. ——— Different rates for prior and new users.
2174. ——— Different regions within service area.
2175. ——— Different types, character, or conditions of service.
2176. ——— Supply to multiple-unit structures or complexes.
2177. Supply free of charge to some customers in general.
2178. Exemptions.
2179. ——— In general.
2180. ——— Supply to public bodies or facilities.
2181. ——— Charitable, religious, or educational institutions or uses.
2182. Rate and amount in general.
2183. ——— In general.
2184. ——— Reasonableness in general.
2185. ——— Methodologies; establishment of rate base.
2186. ——— Rate of return.
2187. ——— Effect of usage or consumption on rate charged.
2188. Regulatory and ratemaking procedures.
2189. ——— In general.
2190. ——— Interim rates.
2191. ——— Jurisdiction.
2192. ——— Notice.
2193. ——— Hearing, in general.
2194. ——— Evidence.
2195. ——— Findings and adjudication.
2196. ——— Collateral challenge to ruling or order.
2197. Revision, increase, or reductions of charges.
2198. ——— In general.
2199. ——— Grounds for adjustment.
2200. ——— Methodologies used to calculate adjustment.

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

2201. ——— Proceedings.
      (1). In general.
      (2). Hearing.
      (3). Evidence and witnesses.
      (4). Findings and determination.
2202. Contract depriving municipality of right to establish rates.
2203. Water meters.
2204. ——— In general.
2205. ——— Right to install.
2206. ——— Duty to install.
2207. ——— Cost of meter and charges for installation.
2208. ——— Inspection, testing, maintenance, and repairs.
2209. ——— Meter reading and billing schedules.
2210. Hydrant rentals and charges for service.
2211. Judicial intervention or review of administrative determinations.
2212. ——— In general.
2213. ——— Exhaustion of administrative remedies.
2214. ——— Jurisdiction.
2215. ——— Venue.
2216. ——— Right of review.
2217. ——— Decisions and acts reviewable.
2218. ——— Temporary injunctive relief.
2219. ——— Time to seek review.
2220. ——— Preservation of questions in administrative proceedings.
2221. ——— Scope of review in general.
2222. ——— Review of discretion.
2223. ——— Fact questions.
2224. ——— Arbitrary, unreasonable, or capricious action.
2225. ——— Harmless or prejudicial error.
2226. ——— Determination and disposition.
2227. ——— Actions.
2228. ——— Injunction.
2229. Refusal to supply or turning off water for nonpayment of charges.
2230. ——— In general.
2231. ——— Restraining or enjoining discontinuance of supply.
2232. ——— Actions for wrongful discontinuance.
2233. Lien and enforcement.

TR-0044616

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

2234. Payment, collection, and recovery back.
2235. —— In general.
2236. —— Refund of overcharges in general.
2237. —— Payments made under duress or mistake of fact or law.
2238. —— Time for application or proceedings;  limitations.

**15. INJURIES INCIDENT TO SUPPLY OR USE.**

2245. In general.
2246. Notice of defects;  duty to inspect.
2247. Insufficiency of supply.
2248. Impurity of water.
2249. Overflow or leakage.
2250. —— In general.
2251. —— Notice of defect.
2252. —— Duty to test, inspect, and replace.
2253. Location and condition of meters, boxes, manholes, and other appliances or works.
2254. Miscellaneous defects or failures.
2255. Actions.
2256. —— In general.
2257. —— Time to sue, and laches.
2258. —— Pleading and parties.
2259. —— Evidence.
2260. —— Questions for jury.
2261. —— Findings, verdict, and judgment.
2262. —— Damages and other relief.

**16. INJURIES TO WORKS, MAINS, PIPES, OR APPLIANCES.**

2265. In general.
2266. Actions.
2267. Damages.

**17. PENALTIES AND OFFENSES.**

2270. In general.
2271. Penalties for violations of regulations.
2272. Offenses incident to supply or use of water.

**(C) MINING, MECHANICAL, AND MANUFACTURING PURPOSES.**

2275. In general.
2276. Nature and extent of right to water.
2277. Water or water-power companies.
2278. Acquisition of water rights, and rights incident thereto.

**XII. PUBLIC WATER SUPPLY.**(Cont'd)

2279. Right of way and other interests in land.
2280. Actions to establish and protect water rights and other rights of property.
2281. Supply to consumers.
2282. Sale or lease of water.
2283. Tolls and other charges for water.
2284. Injuries incident to supply and use.

**XIII. RECLAMATION, IRRIGATION, AND OTHER AGRICULTURAL USE.**

**(A) IN GENERAL.**

2290. In general.
2291. Nature and extent of right to water in general.
2292. Constitutional and statutory provisions.
2293. Supervision by public authorities in general.

**(B) RECLAMATION OF ARID LAND BY PUBLIC AUTHORITIES.**

**1. IN GENERAL.**

2295. In general.
2296. Power to establish reclamation projects.
2297. Purposes.

**2. RECLAMATION BY STATES.**

2300. In general.
2301. Constitutional and statutory provisions.
2302. Carey Act projects in general.
2303. Segregation of federal lands for settlement.
2304. —— In general.
2305. —— Acreage limitations.
2306. —— Necessity of actual settlement.
2307. —— Entry fee and payment for lands.
2308. —— Beneficial use of water;  cultivation and irrigation of lands.
2309. —— Time limits.
2310. —— Donation or grant of patent to settlers or entrymen.
2311. Rights of way for canals or ditches.
2311.5. —— In general.
2312. —— Establishment of projects, in general.
2313. —— Statutory and regulatory authorization.
2314. Public notice of project.

TR-0044617

## 405. WATER LAW

### XIII. RECLAMATION, IRRIGATION, AND OTHER AGRICULTURAL USE.(Cont'd)

2315. Determination of lands included in rec-lamation district, and review.
2316. Per-acre charges for water.
2317. —— In general.
2318. —— Time for estimation and appor-tionment.
2319. —— Waiver of preconstruction deter-mination.
2320. —— Limitation to actual costs.
2321. Administrative approval of project plan.
2322. Construction contracts.
2323. —— In general.
2324. —— Authority to contract.
2325. —— Performance bonds.
2326. —— Development or construction companies.
2327. —— Status as public or private entity.
2328. —— Financing and construction or fa-cilities; sale of bonds.
2329. —— Title and rights in irrigation sys-tem and waters.
2330. —— Contracts with settlers for water supply; deferred payments.
2331. —— Right to issuance of water stock or shares.
2332. —— Limitations on water contracts or amount of stock issued.
2333. —— Liens for construction costs.

### 3. RECLAMATION BY UNITED STATES.

2335. In general.
2336. Constitutional and statutory provisions.
2337. Purpose and construction.
2338. Administrative interpretation.
2339. Power and authority to establish pro-jects.
2340. Federal administration of program; reclamation bureau.
2341. Appropriation, purchase, or condemna-tion of water rights.
2342. Effect of state law.
2343. Title to project water rights.
2344. Water user acreage limitations.
2345. Excess lands and charges therefor.
2346. Residency requirement.

### XIII. RECLAMATION, IRRIGATION, AND OTHER AGRICULTURAL USE.(Cont'd)

2347. Repayment of construction costs; as-sessments.
2348. Subsidy amendments.
2349. Contracts for construction of works.
2350. Federal operation and management of projects, in general.
2351. Uses of project water, in general.
2352. Distribution of project waters.
2353. Contracts between federal government and local districts or associations.
2354. Delegation of distribution functions to local districts.

### (C) IRRIGATION AND OTHER AGRICULTURAL PURPOSES.

#### 1. IN GENERAL.

2355. In general.
2356. Nature and extent of right to water in general.
2357. Constitutional and statutory provisions.
2358. Supervision by public authorities in general.

#### 2. IRRIGATION DISTRICTS.

2360. In general.
2361. Nature, creation, and incidents in gen-eral.
2362. Proceedings for organization.
2363. —— In general.
2364. —— Petitioner's bond.
2365. —— Judicial confirmation or review.
2366. Territorial extent, and annexation or inclusion of land.
2367. —— In general.
2368. —— Petition for exclusion from dis-trict.
2369. —— Consolidation of districts.
2370. District officers.
2371. District employees.
2372. Duties and liabilities.
2373. —— In general.
2374. —— Immunity or limited liability.
2375. Powers and proceedings in general.
2376. Contracts.
2377. Property acquisition and disposition.
2378. Torts.
2379. Bonds and other securities.

TR-0044618

### XIII. RECLAMATION, IRRIGATION, AND OTHER AGRICULTURAL USE.(Cont'd)

2380. —— In general.
2381. —— Preliminary proceedings.
2382. —— Voting on bond issue.
2383. —— Form, requisites, and validity.
2384. —— Cancellation for invalidity.
2385. —— Issuance, disposition, and proceeds.
2386. —— Negotiability.
2387. —— Payment and collection.
2388. —— Mortgages.
2389. —— Actions.
2390. Assessments, taxes, and lien and enforcement thereof.
2391. —— In general.
2392. —— Property liable.
2393. —— Benefit to property.
2394. —— Exemptions.
2395. —— Levy and assessment.
2396. —— Objections and protests.
2397. —— Payment, and recovery of assessments or taxes paid.
2398. —— Collection and enforcement.
2399. —— Remedies for wrongful enforcement.
2400. Control and disbursement of funds.
2401. Dissolution.

#### 3. IRRIGATION OR DITCH COMPANIES AND ASSOCIATIONS.

2405. In general.
2406. Irrigation or ditch companies.
2407. —— In general.
2408. —— Capital, stock, and stockholders.
2409. Mutual ditch companies or associations and joint-stock companies, for irrigation of lands of members.
2410. Private irrigation corporation.

#### 4. ACQUISITION OF WATER RIGHTS, AND RIGHTS INCIDENT THERETO.

2415. In general.
2416. Rights of way and other interests in land.

#### 5. STORAGE, RESERVOIRS, DITCHES, AND CONDUITS.

2420. In general.

### XIII. RECLAMATION, IRRIGATION, AND OTHER AGRICULTURAL USE.(Cont'd)

2421. Storage of water, and reservoirs therefor.
2422. Irrigation ditches, canals, and other conduits.
2423. —— In general.
2424. —— Statutory provisions.
2425. —— Authority to establish and control in general.
2426. —— Agreements or contracts.
2427. —— Water rights and ditch rights, distinguished.
2428. —— Easements in general.
2429. —— Easement appurtenant or in gross.
2430. —— Construction.
2431. —— Right and duty to enter lands to conduct maintenance and effect repairs.
2432. —— Abandonment, forfeiture, or other termination.
2433. —— Enlargement or alteration of use.
2434. —— Location.
2435. —— Bridges or other structures over ditches and conduits.
2436. Injuries from construction of works.
2437. —— In general.
2438. —— Nuisance.
2439. Transfer of rights in ditches, canals, and other conduits.

#### 6. ACTIONS TO ESTABLISH AND PROTECT WATER RIGHTS AND OTHER RIGHTS OF PROPERTY.

2440. In general.
2441. Injunction.
2442. Damages.

#### 7. RIGHT TO SUPPLY OF WATER AND DUTY TO DISTRIBUTE.

2445. In general.
2446. Nature of right.
2447. Conditions.
2448. Quantity.
2449. Priority.
2450. Discrimination.
2451. Lands within irrigation district.
2452. Stockholders or members of company or association.

TR-0044619

## 405. WATER LAW

### XIII. RECLAMATION, IRRIGATION, AND OTHER AGRICULTURAL USE.(Cont'd)

2453. Necessity of application to beneficial use.
2454. Place of delivery.
2455. Abandonment or termination of right or duty.
2456. Transfer of right or duty.
2457. —— In general.
2458. —— Effect of transfer of land or stock.

### 8. SALE OF WATER AND SUPPLY AND USE FOR IRRIGATION.

2460. In general.
2461. Contracts.
2462. —— In general.
2463. —— Validity.
2464. —— Construction and operation.
2465. —— Performance or breach.
2466. —— Actions.

### 9. REGULATION OF SUPPLY AND USE.

2470. In general.
2471. Rules and regulations in general.
2472. Regulation by public authority.
2473. Contracts.

### 10. TOLLS AND OTHER CHARGES FOR WATER.

2475. In general.
2476. Reasonableness of charges; regulation.
2477. Discrimination.
2478. Payment and collection.
2479. Objections and protests.
2480. —— In general.
2481. —— Proceedings and relief against unreasonable rates.
2482. Lien for tolls and charges on land or crops.

### 11. INJURIES INCIDENT TO SUPPLY OR USE.

2485. In general.
2486. Personal injuries.
2487. Property damage in general.
2488. Failure or insufficiency of supply.
2489. Overflow, leakage, and runoff.
2490. Nuisance.
2491. Actions.

### 12. INJURIES TO CANALS, DITCHES, OR OTHER WORKS OR APPLIANCES.

2495. In general.
2496. Injunction.
2497. Actions.
2498. Damages.

### 13. PENALTIES AND OFFENSES INCIDENT TO SUPPLY OR USE OF WATER.

2500. In general.
2501. Penalties and forfeitures.
2502. Offenses.

### XIV. ICE.

2505. Nature of property.
2506. Rights of riparian proprietors in general.
2507. Public nonnavigable waters.
2508. Artificial ponds, reservoirs, and watercourses.
2509. Conveyances, licenses, and contracts.
2510. Injuries to ice.
2511. Cutting and removing ice.

### XV. NAVIGABLE WATERS.

#### (A) IN GENERAL.

2515. In general.
2516. Navigability in general.
2517. —— In general.
2518. —— Statutory declaration as to navigability.
2519. —— Title and rights held in public trust.
2520. —— Test of navigability in general.
2521. —— Effect of federal law.
2522. —— Susceptibility of waters for use in commerce in general.
2523. —— Capacity for floatage.
2524. —— Waters navigable in natural condition, or through reasonable improvements.
2525. —— Sporadic or exceptional capability for navigation; temporary conditions.
2526. —— Effect of sandbars, falls, or other obstructions or impediments to navigation.
2527. —— Effect of disuse for navigation, or change in conditions.
2528. —— Ebb and flow of tide.
2529. —— Specific waters.

1964

### XV. NAVIGABLE WATERS.(Cont'd)

2530. —— Evidence as to navigability.
2531. —— Questions of fact.

#### (B) RIGHTS OF PUBLIC.

##### 1. IN GENERAL.

2535. In general.
2536. Power to control and regulate.
2537. Constitutional and statutory provisions.
2538. Ownership of waters.

##### 2. IMPROVEMENT OF CHANNELS AND STREAMS.

2540. In general.
2541. Power to make or authorize.
2542. Permits.
2543. Injuries from improvements.
2544. Waterway districts.
2545. Navigation improvement companies.
2546. Lease of slack-water improvements.
2547. Construction and operation of improvements and works.
2548. —— In general.
2549. —— Contracts, performance, and breach.
2550. Assessments and taxes, and liability for cost of work.
2551. Tolls and other charges.
2552. Injuries to vessels from operation of locks.

##### 3. HARBORS, PORTS, AND TERMINALS.

2555. In general.
2556. Statutes, ordinances, and regulations.
2557. Power and authority to establish, in general.
2558. Federal and local control; preemption.
2559. Port authorities, districts, commissions, and boards.
2560. —— In general.
2561. —— Officers and members; appointment and terms.
2562. —— Powers and proceedings.
2563. —— Duties and liabilities in general.
2564. —— Tort claims; immunity.
2565. —— Employees and employment issues.
2566. Licensing of deepwater port.
2567. Establishment of harbor line, and effect on riparian owners.

### XV. NAVIGABLE WATERS.(Cont'd)

2568. Mode and plan of construction and improvements.
2569. —— In general.
2570. —— Contracts.
2571. Operation of harbor or port and facilities, in general.
2572. Leases and licenses to use harbor premises or facilities.
2573. Anchorage, mooring, berthing, and movement of vessels.
2574. Fees, tolls, duties, and taxes.
2575. Registration and licensing of stevedores and longshoremen.
2576. Deposits of refuse.
2577. Penalties.
2578. Offenses.

##### 4. NAVIGATION.

2580. In general.
2581. Existence and nature of navigational servitude or easement.
2582. Navigable waters as public highways.
2583. Effect of statutes or regulations on navigational servitude.
2584. Extent, width, or boundaries of navigational servitude.
2585. Purposes and manner of exercising rights of navigation, in general.
2586. Floatage of rafts or logs.
2587. Regulation of location, types, and manner of navigation activities.
2588. Rights and duties as between users of waters and riparian owners, in general.
2589. Rights and duties as between respective users of waters.
2590. Use of lake, river, or sea bed, incident to exercise of navigation rights, in general.
2591. Right of anchorage.
2592. Use of shores or banks, incident to exercise of navigation rights, in general.
2593. Prescriptive acquisition of rights beyond boundary of navigational easement.
2594. Discrimination in permitting access or use; residency.

TR-0044621

## 405. WATER LAW

### XV. NAVIGABLE WATERS.(Cont'd)

2595. Fees, taxes, tolls, or other exactions as condition to exercise of navigation rights.

#### 5. OBSTRUCTION OF NAVIGATION IN GENERAL, INJURY, AND REMEDIES.

2600. In general.
2601. Bridges.
2602. —— In general.
2603. —— Authority to construct and maintain, or to authorize construction and maintenance.
2604. —— Bridges as nuisances.
2605. —— Obstruction of navigation.
2606. —— Injuries from collision with bridge.
2607. —— Requiring alteration or removal of bridges.
2608. —— Construction and operation of draws in general.
2609. —— Injuries from construction or operation of draws.
2610. —— Repair of bridges.
2611. Booms.
2612. —— In general.
2613. —— Authority to construct or to authorize construction.
2614. —— Injuries from construction or maintenance.
2615. —— Booms as nuisances.
2616. Piers, dams, and cables.
2617. —— In general.
2618. —— Authority to construct and maintain, or to authorize construction and maintenance.
2619. —— Construction and maintenance.
2620. —— Obstruction of navigation.
2621. —— Injuries from construction or maintenance.
2622. —— Dams and piers as nuisances.
2623. —— Injuries to dams, piers, cables, and locks.
2624. Obstruction by vessels, rafts, or logs.
2625. Obstruction by wrecks.
2626. Obstruction by deposits in channels.
2627. Obstruction or diversion of or into waters of navigable streams or lakes.
2628. Remedies for obstructions.
2629. —— In general.

### XV. NAVIGABLE WATERS.(Cont'd)

2630. —— Injunction.
2631. —— Abatement or removal.
2632. —— Actions for damages.
   (1). In general.
   (2). Time to sue;  laches.
   (3). Parties and pleading.
   (4). Trial or hearing.
   (5). Evidence.
   (6). Findings and verdict.
   (7). Damages.
   (8). Judgment or order.
2633. Criminal prosecutions for causing or maintaining obstructions.

#### 6. PUBLIC USES OTHER THAN NAVIGATION.

2635. In general.
2636. Bathing.
2637. Travel over ice.
2638. Cutting and removing ice.
2639. Use of shores or banks.

#### 7. SEWAGE AND POLLUTION.

2640. In general.

#### (C) LANDS UNDER WATER.

#### 1. OWNERSHIP AND CONTROL IN GENERAL.

2645. In general.
2646. Ownership by state.
2647. —— In general.
2648. —— Federal paramountcy.
2649. —— Rights incident to state's admission to Union in general.
2650. —— Equal footing doctrine.
2651. —— Title and rights held in public trust.
2652. —— Historic title.
2653. —— Effect of accretion and reliction.
2654. —— Seaward boundaries of coastal states.
2655. —— State compacts.
2656. —— Determination of ownership.
2657. Private ownership in general.
2658. Land between high and low water marks, tidelands, flats, and foreshore.
2659. —— In general.
2660. —— Public trust.
2661. —— Ordinary high water line or mark in general.

**1966**

### XV. NAVIGABLE WATERS.(Cont'd)

2662. —— Low water mark.
2663. —— Mean high tide line.
2664. —— Effect on extent of navigational servitude.
2665. —— Determination of high and low water lines in general.
2666. —— Evidence.
2667. —— Questions of fact.
2668. Possession, occupancy, and use.
2669. Trespass to submerged lands, and actions therefor.
2670. Partition or division of submerged lands.
2671. —— In general.
2672. —— Determination of boundaries.
2673. Proceedings for recovery of submerged lands.

#### 2. GRANTS TO AND ACQUISITION BY PRIVATE OWNERS OR MUNICIPALITIES.

2675. In general.
2676. Power to grant.
2677. To whom grant may be made.
2678. Construction of grants.
2679. —— In general.
2680. —— Title and rights of grantees in general.
2681. —— Riparian grant as ownership interest in land.
2682. Forfeiture of grant.
2683. Leases;  water bottom leases.
2684. Exchanging tidelands.
2685. Grant as incident to grant of riparian lands.
2686. Grants to counties, cities, or towns.

#### 3. RECLAMATION AND IMPROVEMENT.

2690. In general.
2691. Right to reclaim or improve submerged lands in general.
2692. Nature of improvement or activity.
2693. —— In general.
2694. —— Dredging and filling.
2695. Permits and application therefor.
2696. —— In general.
2697. —— Necessity of permit.
2698. —— Time for application.
2699. —— Determination.
2700. —— Judicial review.

### XV. NAVIGABLE WATERS.(Cont'd)

2701. Actions.
2702. Abatement and injunction.
2703. Offenses and penalties.

### XVI. DRAINAGE OF SWAMP OR LOWLANDS BY PUBLIC AUTHORITY.

#### (A) ESTABLISHMENT AND MAINTENANCE.

2705. In general.
2706. Right to establish and maintain in general.
2707. Constitutional and statutory provisions.
2708. —— In general.
2709. —— Validity and constitutionality of statutory provisions.
2710. —— Repeal and retroactive operation of statutes.
2711. —— Construction and operation.
2712. Purposes for which drains may be established.
2713. —— In general.
2714. —— Improvement of land.
2715. —— Promotion of public health or welfare.
2716. Establishment by public authorities.
2717. —— In general.
2718. —— By state.
2719. —— By counties or other local authorities.
2720. —— Contribution to expenses.
2721. —— Appropriation of money.
2722. Drainage and reclamation districts and commissions.
2723. —— In general.
2724. —— Nature, creation, and incidents in general.
2725. —— Proceedings for organization.
 (1). In general.
 (2). Petition, parties, and notice.
 (3). Hearing and determination, and review.
 (4). —— In general.
 (5). —— Surveys, plans, and specifications.
 (6). —— Objections.
 (7). —— Hearing.
 (8). —— Determination.
 (9). —— Review or appeal.
 (10). —— Certiorari.

**405. WATER LAW**

### XVI. DRAINAGE OF SWAMP OR LOWLANDS BY PUBLIC AUTHORITY.(Cont'd)

2726. —— Collateral attack.
2727. —— Territorial extent, annexation or inclusion of land, consolidation, and detachment.
  (1). In general.
  (2). Maps, surveys, boundaries, and description.
  (3). Power and authority to annex.
  (4). Petition, parties, and notice.
  (5). Grounds for annexation.
  (6). Objections.
  (7). Hearing.
  (8). Review or appeal.
  (9). Consolidation of territories.
  (10). Detachment or severance of territory.
  (11). Particular cases.
2728. —— Dissolution or other termination.
2729. —— Commissioners and other officers.
2730. —— Powers and proceedings in general.
  (1). In general.
  (2). Meetings and elections.
  (3). Funding and assessments.
  (4). Powers and duties.
2731. —— Rights and liabilities in general.
2732. —— Actions.
2733. Drainage companies.
2734. Establishment by landowners over lands of others.
2735. Establishment by agreement of landowners.
2736. Proceedings for establishment.
2737. —— In general.
2738. —— Jurisdiction.
2739. —— Parties.
2740. —— Petition for drain.
2741. —— Bond.
2742. —— Notice.
2743. —— Remonstrances or answers to petition.
2744. —— Appointment, proceedings, and report of commissioners or viewers; reports of surveyors and engineers.
2745. —— Remonstrances or objections to report of commissioners or viewers.
2746. —— Hearing and determination of questions.

### XVI. DRAINAGE OF SWAMP OR LOWLANDS BY PUBLIC AUTHORITY.(Cont'd)

2747. —— Decisions and record.
2748. —— Appeal.
  (1). In general.
  (2). Nature and grounds of remedy, and appellate jurisdiction.
  (3). Right of review and matters reviewable; standing.
  (4). Requisites; time for proceedings; appeal bond.
  (5). Review; presumptions; harmless error.
  (6). Proceedings de novo and determination and disposition of cause.
  (7). Subsequent appeals.
2749. —— Review on certiorari.
2750. —— Costs and expenses of proceedings.
2751. Actions to set aside proceeding.
2752. Collateral attack on proceedings.
2753. Restraining construction; petitions to suspend or cancel a drainage project or facility.
2754. Location.
2755. Mode and plan of construction.
2756. —— In general.
2757. —— Improvement of watercourse.
2758. Right of way and other interests in land; easements.
2759. Construction.
2760. —— In general.
2761. —— Allotment of work among landowners.
2762. —— Contracts.
  (1). In general.
  (2). Requisites and validity.
  (3). Construction and operation.
  (4). Modification and merger.
  (5). Rescission, termination, and abandonment.
  (6). Performance or breach.
  (7). Actions.
2763. Improvement, extension, or alteration.
2764. —— In general.
2765. —— Petition, notice, and hearing.
2766. —— Objections.
2767. —— Funding and assessments.
2768. —— Review or appeal.
2769. —— Particular cases.

1968

**XVI. DRAINAGE OF SWAMP OR LOWLANDS BY PUBLIC AUTHORITY.(Cont'd)**

2770. Maintenance, cleaning, and repair.
2771. —— In general; injunction.
2772. —— Authority and duties.
2773. —— Petition, notice, and hearing.
2774. —— Funding and assessments.
2775. —— Particular cases.
2776. —— Allotment of work among landowners.
2777. —— Contracts.
2778. Construction and maintenance of bridges and crossings.
2779. Damages or injuries from construction or maintenance.
2780. —— In general.
2781. —— Claims and assessment.
2782. —— Flooding or flowing waters.
2783. —— Appeal.
2784. —— Particular cases.
2785. —— Deduction or set-off of benefits.
2786. Liabilities of district or landowners for expenses or damages.
2787. —— In general.
2788. —— Apportionment.
2789. Use of drain.
2790. Injuries from defects or obstructions.
2791. Injuries to drains.
2792. Offenses incident to construction, maintenance, or use.
2793. Vacation or abandonment of drains.

**(B) ASSESSMENTS AND SPECIAL TAXES.**

2800. In general.
2801. Power to levy in general.
2802. Constitutional and statutory provisions.
2803. Purposes of levy or assessment.
2804. Amount of tax or assessment.
2805. Property liable.
2806. Benefit to property.
2807. Classification of property.
2808. Grounds of objection.
2809. Estoppel or waiver as to objections.
2810. Levy of tax.
2811. Proceedings for assessment; notice.
2812. —— In general.
2813. —— Time for proceedings.
2814. —— Notice and hearing.
2815. —— Surveys, plans, and specifications.

**XVI. DRAINAGE OF SWAMP OR LOWLANDS BY PUBLIC AUTHORITY.(Cont'd)**

2816. Mode of assessment.
2817. —— In general.
2818. —— Apportionment of benefits and expenses.
2819. Certificate for work done against specific property.
2820. Proceeding to confirm or establish validity.
2821. Review, correction, or setting aside of assessment.
2822. —— In general.
2823. —— Conclusiveness of assessment and review thereof in general.
2824. —— Collateral attack on assessment.
2825. —— Appeal and error.
2826. —— Certiorari to review assessment.
2827. —— Proceedings to correct assessment or determine objections thereto.
2828. Reassessment or additional assessment.
2829. Lien.
2830. Payment, and recovery of assessment paid.
2831. Penalties for nonpayment.
2832. Collection, enforcement, and sale or other disposition.
2833. —— In general.
2834. —— Collection procedures in general.
2835. —— Enforcement in general.
2836. —— Summary remedies.
2837. —— Location of property.
2838. —— Disposition of funds collected.
2839. —— Actions.
　(1). In general.
　(2). Notice.
　(3). Parties.
　(4). Maps, plans, and surveys.
　(5). Hearing or trial.
　(6). Evidence.
　(7). Findings and determination.
　(8). Fees, costs, and interest.
　(9). Appeal.
2840. Remedies for wrongful enforcement.

**XVII. LEVEES AND FLOOD CONTROL THROUGH PUBLIC WORKS.**

2850. In general.
2851. Power to establish and maintain in general.

**405. WATER LAW**

**XVII. LEVEES AND FLOOD CONTROL
THROUGH PUBLIC
WORKS.**(Cont'd)

2852. Constitutional and statutory provisions.
2853. ——— In general.
2854. ——— Purpose.
2855. ——— Validity.
2856. ——— Construction and operation.
2857. ——— Retroactivity and repeal.
2858. Establishment by state.
2859. Districts, boards, and officers;  soil con-
servation district.
2860. ——— In general.
2861. ——— Nature, creation, and incidents in
general.
2862. ——— Proceedings for organization.
2863. ——— Territorial extent of districts;  an-
nexation, detachment, and consolida-
tion.
2864. ——— Appointment, qualification, and
tenure of officers.
2865. ——— Powers and proceedings in gener-
al.
(1). In general.
(2). Meetings and elections.
(3). Fiscal matters.
(4). Powers and duties.
2866. ——— Rights and liabilities in general.
2867. ——— Actions.
2868. ——— Dissolution.
2869. Proceedings for establishment.
2870. Location.
2871. Acquisition of land or rights therein;
easements and rights of way.
2872. Construction.
2873. ——— In general.
2874. ——— Contracts.
(1). In general.
(2). Requisites and validity.
(3). Construction and operation.
(4). Modification and merger.
(5). Termination, rescission, and aban-
donment.
(6). Performance or breach.
(7). Actions.
2875. ——— Implied warranties.
2876. Improvement, extension, or alteration.
2877. Maintenance and repair.
2878. ——— In general.
2879. ——— Contracts.

**XVII. LEVEES AND FLOOD CONTROL
THROUGH PUBLIC
WORKS.**(Cont'd)

2880. Damages from construction or mainte-
nance.
2881. ——— In general.
2882. ——— Construction.
2883. ——— Maintenance.
2884. ——— Personal injuries.
2885. ——— Immunity.
2886. Liabilities for expenses and damages.
2887. Assessments and special taxes.
2888. ——— In general.
2889. ——— Property liable.
2890. ——— Exemptions.
2891. ——— Levy and assessment.
(1). In general.
(2). Benefits and assessments.
(3). Notice.
(4). Proceedings.
(5). Review or appeal.
2892. ——— Particular cases.
2893. ——— Payment, and recovery of assess-
ments paid.
2894. ——— Collection and enforcement in
general.
2895. ——— Liens.
2896. ——— Sale of land for nonpayment.
(1). In general.
(2). Proceedings to effect sale.
(3). Redemption.
(4). Confirmation.
(5). Opening or vacating, and collater-
al attack.
2897. ——— Remedies for wrongful enforce-
ment.
2898. ——— Disposition of proceeds.
2899. District or other levee funds, debts, and
securities.
2900. ——— In general.
2901. ——— Indebtedness and expenditures in
general.
2902. ——— Funds, and administration thereof
in general.
2903. ——— Warrants, orders, and payments.
2904. ——— Bonds and other securities.
2905. Injuries to levees or works.
2906. Injuries from defects.
2907. ——— In general.
2908. ——— Breaches, flooding, and overflow.

1970

### XVII. LEVEES AND FLOOD CONTROL THROUGH PUBLIC WORKS.(Cont'd)

2909. —— Personal injuries.
2910. —— Immunity.
2911. Offenses.

### XVIII. CANALS FOR NAVIGATIONAL USE.

#### (A) ESTABLISHMENT, CONSTRUCTION, AND MAINTENANCE.

2920. In general.
2921. Right to establish and maintain in general.
2922. Character of canal as highway.
2923. Constitutional and statutory provisions.
2924. Establishment by state or United States.
2925. —— In general.
2926. —— State officers and agents.
2927. Canal companies.
2928. —— In general.
2929. —— Incorporation and organization.
2930. —— Franchises, privileges, and powers.
2931. —— Public aid.
2932. —— Actions.
2933. Location.
2934. Right of way and other interests in land.
2935. —— In general.
2936. —— Purchase or other acquisition, and nature of title and estate acquired.
2937. —— Description and uses of canal lands.
2938. Acquisition of water sources and rights incident thereto.
2939. Construction.
2940. —— In general.
2941. —— Contracts.
    (1). In general.
    (2). Requisites and validity.
    (3). Contractors' bonds.
    (4). Construction and operation.
    (5). Modification and merger.
    (6). Rescission, termination, and abandonment.
    (7). Performance or breach.
    (8). Actions.
2942. Maintenance and repair.

### XVIII. CANALS FOR NAVIGATIONAL USE.(Cont'd)

2943. Construction and maintenance of bridges, ferries, and tunnels.
2944. —— In general.
2945. —— Authority and duty to build.
2946. —— Operation.
2947. —— Maintenance.
2948. —— Grant of right of way over canal lands to third parties.
2949. Injuries from construction or maintenance.
2950. —— In general.
2951. —— Injuries arising from canal operations in general.
2952. —— Overflow, seepage, and flooding.
2953. —— Personal injury.
2954. —— Actions in general.
2955. —— Damages.
2956. Penalties for failure to construct or maintain canal or bridge.
2957. Sale, lease, and transfer of canal.
2958. Mortgages.
2959. Duration, abandonment or other termination, and reversion.
2960. Injuries to canals, works, or appliances.
2961. Offenses incident to construction and maintenance.

#### (B) REGULATION AND OPERATION.

2970. Power to control and regulate.
2971. Mode of operation.
2972. Tolls.
2973. Sale or lease of water.
2974. Injuries incident to navigation.
2975. —— In general.
2976. —— Hazards and obstructions to navigability.
2977. —— Negligence.
2978. —— Strict liability.
2979. Actions.
2980. —— In general.
2981. —— Damages.

### XIX. WEATHER MODIFICATION.

2990. In general.
2991. Statutory provisions.

TR-0044627

## 406. WEAPONS

### SUBJECTS INCLUDED

Right to bear arms in self-defense or in defense of the state

Regulation of manufacture, dealing in, and use of weapons

Liabilities for injuries therefrom caused by negligence

Offenses of having or carrying weapons concealed or in any other manner prohibited, pointing or shooting firearms, etc., not constituting any other distinct offense

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Militia, matters relating to, see MILITIA

Premises liability cases involving injuries caused by shooting, where the alleged negligence is not directly related to the weapon itself, see NEGLIGENCE ☞1160 and related lines in that topic

Specific injuries or crimes committed by use of weapons, see ASSAULT AND BATTERY, HOMICIDE, ROBBERY, and other specific topics

Tort liability of manufacturers, distributors, and others for defects or dangers in weapons or parts thereof, see PRODUCTS LIABILITY

Use of a weapon as a sentencing factor, see SENTENCING AND PUNISHMENT

———

I. IN GENERAL, ☞101–119.

II. LICENSING OF DEALERS, MANUFACTURERS, AND IMPORTERS, ☞120–129.

III. REGISTRATION, LICENSES, OR PERMITS OF OWNERS AND PURCHASERS, ☞130–144.

IV. OFFENSES, ☞145–219.
  (A) IN GENERAL, ☞145.
  (B) MANUFACTURE, SALE, OR TRANSFER, ☞146–159.
  (C) POSSESSION, USE, CARRYING, OR PERSONAL TRANSPORT, ☞160–219.

V. PROSECUTION, ☞220–349.
  (A) IN GENERAL, ☞220.
  (B) INDICTMENT OR INFORMATION, ☞221–239.
  (C) PRESUMPTIONS AND BURDEN OF PROOF, ☞240–259.

V. PROSECUTION—Cont'd
  (D) ADMISSIBILITY OF EVIDENCE, ☞260–279.
  (E) WEIGHT AND SUFFICIENCY OF EVIDENCE, ☞280–299.
  (F) QUESTIONS FOR JURY, ☞300–319.
  (G) INSTRUCTIONS, ☞320–339.
  (H) SENTENCE AND PUNISHMENT, ☞340–349.

VI. FORFEITURES AND PENALTIES, ☞350–359.

VII. CIVIL LIABILITIES FOR NEGLIGENT USE OR ENTRUSTMENT, ☞360–368.

### I. IN GENERAL.

101. In general.

102. Constitutional, statutory, and regulatory provisions.

103. —— In general.

104. —— Power to regulate.

105. —— Purpose.

106. —— Validity.
  *Certainty, definiteness, vagueness, and overbreadth, see CONSTITUTIONAL LAW.*
  (1). In general.
  (3). Violation of right to bear arms.
  (4). Violation of other rights or provisions.

107. —— Construction.
  (1). In general.
  (2). Right to bear arms in general.
  (3). Definitions.
  (4). What guns are allowed.
  (5). Right as individual or collective; militia requirement.

108. —— Retroactive operation.

109. Weapons or objects affected; definitions.

110. —— In general.

111. —— Dangerous or deadly weapons in general.

112. —— Firearms in general.
  (1). In general.
  (2). Pistols and handguns.
  (3). Rifles and shotguns.
  (4). Automatic or semi-automatic weapons.
  (5). Modified weapons.
  (6). Operability.

### I. IN GENERAL.(Cont'd)

113. —— Knives, swords;  objects used to cut or stab.
114. —— Clubs, bats;  objects used to beat.
115. —— Other miscellaneous objects.

### II. LICENSING OF DEALERS, MANUFACTURERS, AND IMPORTERS.

120. In general.
121. Application.
122. Grounds for grant or denial of license.
123. Proceedings.
124. Duties and liabilities of licensee.
125. Record-keeping and background checks.
126. Revocation, non-renewal.
127. Judicial review.

### III. REGISTRATION, LICENSES, OR PERMITS OF OWNERS AND PURCHASERS.

130. In general.
131. Application.
132. Registration of guns.
133. License to own or possess gun;  owner identification cards.
134. Permits to carry guns.
135. Revocation, non-renewal.
136. Judicial review.

### IV. OFFENSES.

#### (A) IN GENERAL.

145. In general.

#### (B) MANUFACTURE, SALE, OR TRANSFER.

146. In general.
147. Dealing without license.
148. Prohibited transfers.
149. Prohibited weapons/ammunition.
150. Records.
151. Transportation.
152. Interstate and foreign commerce.
153. False statements to dealers.
154. Chemical and biological weapons.
155. Attempts.
156. Defenses.
157. Parties to crime;  aiding and abetting.

#### (C) POSSESSION, USE, CARRYING, OR PERSONAL TRANSPORT.

160. In general.

### IV. OFFENSES.(Cont'd)

161. Interstate or foreign commerce.
162. Possession and carrying in general.
163. —— In general.
164. —— Possessory crimes in general.
165. —— What constitutes carrying.
166. —— What constitutes possession.
167. —— Constructive possession.
168. —— Concealment.
169. —— Knowledge, intent.
170. Possession or carrying without a license.
171. Place.
172. Vehicles.
173. Possession after conviction of crime.
174. —— In general.
175. —— Elements of offense in general.
176. —— Miscellaneous particular issues.
177. —— Possession.
178. —— Validity of prior conviction.
179. —— Degree, scope, or nature of prior offense in general.
180. —— Particular offenses.
    (1). In general.
    (2). Particular felonies.
    (3). Domestic violence.
181. —— Time considerations.
182. —— Effect of subsequent circumstances.
183. Possession by chemically dependent or mentally disabled persons.
184. Other individuals prohibited from possession.
185. Manner of use.
186. —— In general.
187. —— Pointing, exhibiting, or brandishing.
188. —— Shooting or discharging.
    (1). In general.
    (2). Intent.
    (3). At or into vehicle.
    (4). At or into dwelling.
189. Use or possession during and in relation to commission of crime.
190. —— In general.
191. —— Possession.
192. —— Furtherance;  nexus.
193. —— Using, carrying, brandishing, or discharge.
194. —— Crime at issue.

TR-0044629

**406. WEAPONS**

#### IV. OFFENSES.(Cont'd)

    (1). In general.
    (2). Crimes of violence.
    (3). Controlled substances.
    (4). Other particular crimes.
195. Chemical and biological weapons.
196. Degrees.
197. Attempts.
198. Defenses in general; justification or excuse.
199. —— In general.
200. —— Innocent possession; intent, knowledge.
201. —— Transitory possession.
202. —— Self-protection or necessity.
203. —— Persons or places exempted.
    (1). In general.
    (2). Private property.
    (3). Law enforcement officers and security guards.
204. Parties to crime; aiding and abetting.

#### V. PROSECUTION.

##### (A) IN GENERAL.

220. In general.

##### (B) INDICTMENT OR INFORMATION.

221. In general.
222. Requisites and sufficiency in general.
223. Description of weapon.
224. Manufacture, sale, transfer.
225. Possession, use, carrying.
226. —— In general.
227. —— Manner of use.
228. —— Possession after conviction of crime.
229. —— Transportation; interstate commerce.
230. —— Use or possession in commission of crime.
231. —— Intent, knowledge, purpose.
232. Issues, proof, and variance.

##### (C) PRESUMPTIONS AND BURDEN OF PROOF.

240. In general.
241. Weapons prohibited.
242. Manufacture, sale, transfer.
243. Possession, use, carrying.
244. —— In general.

#### V. PROSECUTION.(Cont'd)

245. —— Constructive possession.
246. —— Manner of use.
247. —— Possession after conviction of crime.
248. —— Use or possession in commission of crime.
249. —— Intent, knowledge, purpose.
250. —— Defenses.

##### (D) ADMISSIBILITY OF EVIDENCE.

260. In general.
261. Weapons prohibited.
262. Manufacture, sale, transfer.
263. Possession, use, carrying.
264. —— In general.
265. —— Constructive possession.
266. —— Possession after conviction of crime; prior convictions.
267. —— Use or possession in commission of crime.
268. —— Intent, knowledge, purpose.
269. —— Defenses.

##### (E) WEIGHT AND SUFFICIENCY OF EVIDENCE.

280. In general.
281. Weapons prohibited.
282. Manufacture, sale, transfer.
283. —— In general.
284. —— Dealing without a license.
285. —— Prohibited sales and weapons.
286. —— Interstate or foreign commerce.
287. —— False statements to dealers.
288. —— Defenses.
289. Possession, use, carrying.
290. —— In general.
291. —— Possession or carrying.
    (1). In general.
    (2). Constructive possession in general.
    (3). Possessory crimes in general.
    (4). Place; vehicles.
    (5). Possession or carrying without license.
    (6). Possession under a disability other than prior conviction.
    (7). Concealment; carrying concealed weapons.
292. —— Manner of carrying or use.

TR-0044630

**V. PROSECUTION.**(Cont'd)

293. —— Possession after conviction of crime.
    (1). In general.
    (2). Interstate connection.
    (3). Possession.
    (4). Existence or eligibility of prior conviction.
294. —— Use or possession in commission of crime.
    (1). In general.
    (2). Interstate connection.
    (3). Possession.
    (4). Underlying crime.
    (5). Use and manner of use.
    (6). Furtherance; nexus.
295. —— Defenses and exemptions.
296. —— Parties to crime; aiding and abetting.
297. —— Attempts.

**(F) QUESTIONS FOR JURY.**

300. In general.
301. Weapons prohibited.
302. Manufacture, sale, gift, loan, receipt, transfer.
303. Possession, use, carrying.
304. —— In general.
305. —— Constructive possession.
306. —— Manner of use or carrying.
307. —— Possession after conviction of crime.
308. —— Use or possession in commission of crime.
309. —— Intent, knowledge, purpose.
310. —— Defenses.

**(G) INSTRUCTIONS.**

320. In general.
321. Weapons prohibited.
322. Manufacture, sale, transfer.
323. Possession, use, carrying.
324. —— In general.
325. —— What is possession; constructive possession.
326. —— Manner of carrying or use.
327. —— Possession after conviction of crime.
328. —— Use or possession in commission of crime.

**V. PROSECUTION.**(Cont'd)

329. —— Intent, knowledge, purpose.
330. —— Defenses and exemptions.

**(H) SENTENCE AND PUNISHMENT.**

340. In general.
341. Manufacture, sale, transfer.
342. Possession, use, carrying, or transportation.
343. Possession after conviction of crime.
344. Use or possession in commission of a crime.

**VI. FORFEITURES AND PENALTIES.**

350. In general.
351. Forfeiture or return of weapon.
352. Proceedings.

**VII. CIVIL LIABILITIES FOR NEGLIGENT USE OR ENTRUSTMENT.**

360. In general.
361. Negligent handling or use.
362. Negligent storage; failure to prevent theft.
363. Negligent entrustment.
364. Actions.
365. —— In general.
366. —— Evidence.
367. —— Questions of law or fact.
368. —— Instructions.

---

# 407. WEIGHTS AND MEASURES

## SUBJECTS INCLUDED

Standards of quantity established by public authority

Enforcement of application of such standards to sales and other transactions in general

## SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Miners, weighing requirements for protection of, see LABOR AND EMPLOYMENT

1. Power to regulate.

**1975**

**407. WEIGHTS AND MEASURES**

2. Constitutional and statutory provisions.
3. Systems and standards in general.
5. Regulations of sales of particular articles.
6. Conformity to standards and regulations in general.
7. Inspection and sealing.
8. Public weighers, measurers, or surveyors.
9. Use of unauthorized weights or measures.
10. Use of false weights or measures.
11. Penalties, and forfeitures, and actions therefor.
12. Criminal prosecutions.

----

**408. WHARVES**

**SUBJECTS INCLUDED**

Construction, maintenance, regulation and use of wharves, landings, piers, and docks for the landing of vessels, whether constructed under franchises granted therefor or directly by the government, and whether use be subject to payment of wharfage or other fees or free

Organization, franchises, and powers of wharf or dock companies

Rights, duties and liabilities of such companies or of municipalities in respect of the management and use of their wharves, piers, or docks

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Corporations in general, matters applicable to, see CORPORATIONS AND BUSINESS ORGANIZATIONS

Eminent domain, exercise of power of, see EMINENT DOMAIN

Municipalities, establishment, operation, and regulation or grant of franchise, see MUNICIPAL CORPORATIONS

Riparian or littoral proprietors, rights and liabilities, see WATER LAW

Warehousemen, liabilities of wharfingers as, see WAREHOUSEMEN

1. Right to establish and maintain.
3. Statutory regulations.

4. What constitutes a wharf, dock, or pier.
5. Establishment by public authorities.
7. Grants, franchises, and privileges.
8. Construction, maintenance, and repair.
9. Sale, lease, and transfer.
10. Mode and purpose of use.
12. Supervision by public officers.
13. Management and conduct of business.
15. Wharfage.
16. —— In general.
17. —— Amount.
18. —— Lien.
19. —— Actions.
20. Injuries to vessels or cargoes.
    (.5). In general.
    (1). Duties and liabilities of wharfingers in general.
    (2). Concealed defects, obstructions, or dangers.
    (3). Condition of and defects or obstructions in channels, approaches and entrances to wharf, and in waters and beds alongside.
    (4). Moorings and fastenings.
    (5). Contributory negligence.
    (6). Persons liable.
    (7). Actions.
21. Personal injuries.
22. Injuries to wharves.
23. Penalties for violations of regulations.

----

**409. WILLS**

**SUBJECTS INCLUDED**

Instruments in writing making dispositions of property to take effect at death

Nature, requisites, validity, incidents, construction, operation and effect of such instruments

Evidence relating thereto

Probate, establishment, and contest thereof

Estates or interests created, and conditions or restrictions imposed thereon

Rights and liabilities of devisees and legatees

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Executors and administrators with will annexed, etc., designation, appointment, rights, powers, duties, and liabilities, see EXECUTORS AND ADMINISTRATORS

Gifts in expectation of death, see GIFTS

Intestacy, effect of, see DESCENT AND DISTRIBUTION

Perpetuities or trusts for accumulations, restrictions on creation of, see PERPETUITIES

Taxes affecting legacy, succession or estate, see TAXATION, INTERNAL REVENUE

———

I. NATURE AND EXTENT OF TESTAMENTARY POWER, ☞1–20.
II. TESTAMENTARY CAPACITY, ☞21–55.
III. CONTRACTS TO DEVISE OR BEQUEATH, ☞56–68.
IV. REQUISITES AND VALIDITY, ☞69–202.
  (A) NATURE AND ESSENTIALS OF TESTAMENTARY DISPOSITIONS, ☞69–93.
  (B) FORM AND CONTENTS OF INSTRUMENTS, ☞94–107.
  (C) EXECUTION, ☞108–129.
  (D) HOLOGRAPHIC WILLS, ☞130–135.
  (E) NUNCUPATIVE WILLS, ☞136–150.
  (F) ASSENT OF TESTATOR, ☞151–166.
  (G) REVOCATION, ☞167–195.
  (H) REVIVAL, ☞196–202.
V. PROBATE OR CONTEST OF WILL, ☞203–434.
  (A) PROBATE IN GENERAL, ☞203–221.
  (B) ACTIONS TO ESTABLISH OR DETERMINE VALIDITY IN GENERAL, ☞222–230.
  (C) PROBATE OR ESTABLISHMENT OF LOST OR DESTROYED WILLS, ☞231–237.
  (D) PROBATE OR RECORD OF FOREIGN WILLS, ☞238–246.
  (E) JURISDICTION, ☞247–257.
  (F) VENUE, ☞258.
  (G) TIME FOR PROBATE OR CONTEST, ☞259–261.
  (H) PARTIES, ☞262–268.
  (I) NOTICE, ☞269.
  (J) PROCESS, ☞270.
  (K) APPEARANCE, ☞271.

V. PROBATE OR CONTEST OF WILL —Cont'd
  (L) PETITIONS, OBJECTIONS, AND PLEADING, ☞272–286.
  (M) EVIDENCE, ☞287–306.
  (N) HEARING OR TRIAL, ☞307–337.
  (O) JUDGMENT OR DECREE, ☞338–355.
  (P) REVIEW, ☞356–401.5.
  (Q) FEES AND COSTS, ☞402–416.
  (R) OPERATION AND EFFECT, ☞417–434.
VI. CONSTRUCTION, ☞435–707.
  (A) GENERAL RULES, ☞435–491.
  (B) DESIGNATION OF DEVISEES, AND LEGATEES AND THEIR RESPECTIVE SHARES, ☞492–535.
  (C) DEATH OF DEVISEE OR LEGATEE, ☞536–557.
  (D) DESCRIPTION OF PROPERTY, ☞558–589.
  (E) NATURE OF ESTATES AND INTERESTS CREATED, ☞590–627.
  (F) VESTED OR CONTINGENT ESTATES AND INTERESTS, ☞628–638.
  (G) CONDITIONS AND RESTRICTIONS, ☞639–668.
  (H) ESTATES IN TRUST AND POWERS, ☞669–694.
    1. CREATION OF TESTAMENTARY TRUSTS, ☞669–679.
    2. CONSTRUCTION OF TESTAMENTARY TRUSTS, ☞680–688.
    3. TESTAMENTARY POWERS, ☞689–694.
  (I) ACTIONS TO CONSTRUE WILLS, ☞695–707.
VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES, ☞708–872.
  (A) NATURE OF TITLE AND RIGHTS IN GENERAL, ☞708–749.
  (B) CONSTRUCTION OF DEVISES AND BEQUESTS IN GENERAL, ☞750.
  (C) SPECIFIC DEVISES, ☞751–752.
  (D) SPECIFIC BEQUESTS, ☞753–754.
  (E) DEMONSTRATIVE BEQUESTS, ☞755.
  (F) GENERAL BEQUESTS, ☞756.
  (G) ADVANCEMENTS, ☞757–763.
  (H) ADEMPTION, ☞764–771.
  (I) SATISFACTION, ☞772–773.
  (J) LAPSE, ☞774–777.
  (K) ELECTION, ☞778–803.
  (L) ABATEMENT, ☞804–818.

TR-0044633

**409. WILLS**

VII.  RIGHTS AND LIABILITIES OF DE-
          VISEES  AND  LEGATEES—Cont'd
  (M) LEGACIES CHARGED ON PROP-
          ERTY, ESTATE OR INTEREST,
          ⊂∞819–826.
  (N) DEBTS OF TESTATOR AND IN-
          CUMBRANCES ON PROPERTY,
          ⊂∞827–848.
  (O) VOID, LAPSED, AND FORFEITED
          DEVISES AND BEQUESTS, AND
          PROPERTY AND INTERESTS
          UNDISPOSED OF, ⊂∞849–866.
  (P) RIGHTS AND REMEDIES OF
          CREDITORS OF DEVISEES AND
          LEGATEES, ⊂∞867–872.

**I. NATURE AND EXTENT OF TESTAMENTARY
    POWER.**

1. Nature of power.
2. What law governs.
3. Constitutional and statutory provisions.
4. Property and rights subject to testamentary
    disposition.
5. —— In general.
6. —— Ownership and possession.
      (1). In general.
      (2). Life insurance policies and pro-
            ceeds.
      (3). Property owned in joint tenancy
            or tenancy by entirety.
      (4). Partnership interests.
      (5). Community property.
7. —— Future and contingent estates or in-
    terests.
8. —— After-acquired property.
9. Objects of testamentary disposition in gen-
    eral.
10. Capacity to take by devise or bequest.
11. Restrictions on disposition by testator
    leaving children, parents, husband, or
    wife.
12. Restrictions on devises and bequests for
    charitable or religious purposes.
13. —— In general.
      (1). In general.
      (2). Devises and bequests within stat-
            ute.
      (3). Persons entitled to question validi-
            ty of devise or bequest.
      (4). Waiver or confirmation by heirs.
14. —— Corporations and persons to whom
    applicable.

**I. NATURE AND EXTENT OF TESTAMENTARY
    POWER.(Cont'd)**

15. —— Amount or portion of estate.
16. —— Time of execution of will.
17. Restrictions on gifts between persons liv-
    ing in adultery or cohabitation, or to
    children born to unmarried parents.
18. Illegality of object or purpose.
19. Mode and form of disposition.
20. Tenure, estate, or interest which may be
    created.

**II. TESTAMENTARY CAPACITY.**

21. Nature and measure in general.
22. What law governs.
23. Statutory provisions.
24. Personal disabilities in general.
25. Indians.
26. Infants.
27. Married women.
28. —— In general.
29. —— Separate property.
30. —— Rights of husband.
31. Degree of mental capacity.
32. Degree of memory.
33. Insane persons.
34. —— In general.
35. —— Effect of adjudications as to mental
    incapacity and guardianship.
36. —— Mental unsoundness in general.
37. —— Lucid intervals.
38. —— Insane delusions or monomania.
      (1). In general.
      (2). Influence on testamentary disposi-
            tion.
      (3). Delusions respecting members of
            family or heirs at law.
40. Peculiar belief or opinion.
41. Eccentricity.
42. Delirium of disease or other temporary
    mental incapacity.
43. Use and effect of drugs.
44. Intoxication and delirium tremens.
45. Illness or debility.
46. Persons in extremis.
47. Old age in general.
47.5. Alzheimer's disease, senile dementia, or
    mental decay.
48. Persons deaf, mute, or blind.

**II. TESTAMENTARY CAPACITY.**(Cont'd)

49. Illiterate persons.
50. Sufficiency of testator's understanding as to his property, persons to whom it may be given, and mode of disposition.
51. Evidence.
51.1. —— In general.
52. —— Presumptions and burden of proof.
   (1). In general.
   (2). Unequal, unjust, or unnatural disposition.
   (3). Prior or habitual mental incapacity and lucid intervals.
   (4). Adjudication as to mental incapacity and guardianship.
   (5). Delusions and monomania.
   (6). Physical condition and mental incapacity arising therefrom.
   (7). Alzheimer's disease, senile dementia, or mental decay.
53. —— Admissibility in general.
   *Expert opinion evidence, see EVIDENCE XII.*
   (1). In general.
   (2). Mental condition prior or subsequent to execution of will.
   (3). Adjudication as to mental incapacity and guardianship.
   (4). Hereditary insanity.
   (5). Insane delusions, monomania, and peculiar belief or opinion.
   (6). Physical conditions and mental incapacity arising therefrom.
   (7). Habits and reputation.
   (8). Transaction of business.
   (9). Unequal, unjust, or unnatural disposition.
54. —— Conduct and declarations of testator.
   (1). In general.
   (2). Conduct of testator toward friends and relatives.
   (3). Declarations and inclinations of testator respecting disposition of property.
   (4). Declarations of testator as to capacity.
   (5). Execution of other wills.
55. —— Weight and sufficiency.
   (1). In general.

**II. TESTAMENTARY CAPACITY.**(Cont'd)

   (2). Prior or habitual mental incapacity and lucid intervals.
   (3). Insane delusions and monomania.
   (4). Peculiar belief or opinion and eccentricity.
   (5). Physical condition and mental incapacity arising therefrom in general.
   (6). Intoxication, habitual drunkenness, and use of drugs.
   (7). Old age and accompanying physical and mental weakness in general.
   (7.1). Alzheimer's disease, senile dementia, or mental decay.
   (8). Suicide by testator.
   (9). Understanding as to property.
   (10). Mode of disposition of property and conduct as to relatives.
   (11). Transaction of business and management of property.
   (12). Adjudication as to mental incapacity and guardianship.
   (13). Testimony of attesting witnesses.

**III. CONTRACTS TO DEVISE OR BEQUEATH.**

56. Nature of obligation.
57. What law governs.
58.5. Making, requisites, and validity in general.
   (1). In general.
   (2). Oral contracts, necessity of writing, and statute of frauds.
   (3). Consideration.
   (4). Evidence of existence of contract in general.
   (5). Presumptions and burden of proof.
   (6). Admissibility.
   (7). Degree of proof.
   (8). Weight and sufficiency.
60. Antenuptial agreements.
61. Agreements as to mutual wills.
62. Joint or mutual wills as contracts.
63. Construction and operation.
64. Modification, rescission, or abandonment.
65. Conveyances to defeat rights under contract.
66. Performance or breach.

1979

**409. WILLS**

### III. CONTRACTS TO DEVISE OR BEQUEATH.(Cont'd)

67. Rights and remedies on breach in general.
68. Actions for breach.

### IV. REQUISITES AND VALIDITY.

#### (A) NATURE AND ESSENTIALS OF TESTAMENTARY DISPOSITIONS.

69. Nature of will in general.
70. What law governs.
71. Statutory provisions.
72. Testamentary intent.
73. Disposition of property in general.
74. Partial disposition of estate.
75. Execution of powers.
76. Instrument making no disposition of property.
77. Time of taking effect.
78. Ambulatory character, and revocability.
79. — In general.
80. Conditional or contingent will.
81. Validity and sufficiency of provisions of will in general.
82. Unjust or unnatural disposition.
83. Necessity for appointment of executor and provision for administration.
84. Instructions for and preparation of instrument.
85. Advice or suggestions of counsel, scrivener, notary, or others.
86. Will distinguished from other dispositions of property.
87. — In general.
88. —— Deed or other conveyance or contract.
  (.5). In general.
  (1). Nature and form of instrument in general.
  (2). Time of taking effect in general.
  (3). Reservation of use and enjoyment.
  (4). Delivery of instrument.
  (5). Contract to devise or bequeath.
  (6). Support or maintenance of grantor.
  (7). Subsequent acts or conduct of parties.
  (8). Lease.
89. —— Note, bond, or order for payment of money.
90. —— Gift.

### IV. REQUISITES AND VALIDITY.(Cont'd)

91. —— Trust or power.
92. Instrument operating as will and also as deed or contract.
93. Evidence as to character of transaction or instrument.

#### (B) FORM AND CONTENTS OF INSTRUMENTS.

94. Necessity and sufficiency of writing in general.
95. Necessity of instrument under seal.
96. Form of instrument in general.
97. Separate instruments.
98. Reference to other writings.
99. Codicils.
100. Joint and mutual wills.
101. Recitals.
102. Technical words of disposition.
103. Certainty.
104. — In general.
105. —— Designation and description of devisees and legatees.
106. —— Description of property.
107. Erasures and interlineations.

#### (C) EXECUTION.

108. Mode and requisites in general.
109. Knowledge of testator as to contents.
110. Date.
111. Signature or subscription by or for testator.
  (.5). In general.
  (1). Necessity and sufficiency in general.
  (2). Location of signature on instrument.
  (3). Signing by mark and writing of signature by other person.
  (4). Assistance in making signature.
  (5). Time of making signature.
112. Seal.
113. Attestation and subscription by witnesses.
113.1. — In general.
114. —— Necessity and nature in general.
115. —— Number of witnesses.
116. —— Competency of witnesses.
  (1). In general.
  (2). Notary.

TR-0044636

## IV. REQUISITES AND VALIDITY.(Cont'd)

(3). Interest of witness in general.
(4). Executors.
(5). Attorneys.
117. —— Presence of testator and witnesses.
118. —— Subscription or acknowledgment of testator in presence of witnesses.
119. —— Publication or declaration, and knowledge of witnesses as to nature or contents of instrument.
120. —— Request to witnesses.
121. —— Attestation clause.
122. —— Noting erasures and interlineations.
123. —— Subscription by witnesses.
(.5). In general.
(1). Mode and sufficiency in general.
(2). Attestation by mark and writing of signature by other person.
(3). Location of signatures on instrument.
(4). Time of attestation.
(5). Presence of testator and witnesses.
124. Making, sealing up, and superscription of mystic or sealed testament.
125. Codicils.
126. Deposit or filing for safe-keeping.
127. —— In general.
128. —— Custody during life of testator.
129. —— Disposition on death of testator.

(D) HOLOGRAPHIC WILLS.

130. Nature and requisites in general.
131. Statutory provisions.
132. Handwriting of testator.
133. Execution.
134. Informal or defectively executed instrument as holograph.
135. Deposit, custody, and production.

(E) NUNCUPATIVE WILLS.

136. Nature and requisites in general.
137. Statutory provisions.
138. Property which may be disposed of.
139. Persons who may make.
140. Circumstances and occasion of making.
141. Making, validity, and sufficiency of disposition.
142. Attestation.

## IV. REQUISITES AND VALIDITY.(Cont'd)

143. —— In general.
144. —— Number and competency of witnesses.
145. —— Request to witnesses.
146. Reduction to writing.
147. Making, reading, and signing of nuncupative or open testament.
147.1. —— In general.
148. —— Public act.
149. —— Private act.
150. Informal or defectively executed instrument as nuncupative will.

(F) ASSENT OF TESTATOR.

151. Reality of assent of testator in general.
152. Mistake.
153. Fraud.
154. Undue influence.
155. —— In general.
155.1. —— Nature and degree in general.
155.2. —— Advice or suggestion.
155.3. —— Importunity, persuasion and threats.
155.4. —— Arising from acts of kindness or attention.
155.5. —— Creation of resentment and false impressions in mind of testator.
156. —— Physical and mental condition of testator.
157. —— Personal, confidential, or fiduciary relations.
(1). In general.
(2). Family relationship in general.
(3). Attorneys.
(4). Care custodians or caregivers.
158. —— Exercise of influence.
158.1. —— Time of influence.
159. —— Effect on disposition of property.
160. Operation and effect in general.
(.5). In general.
(1). Ratification or subsequent recognition of instrument by testator.
(2). Effect of waiver by person injured.
161. Total or partial invalidity.
162. Evidence.
162.1. —— In general.
163. —— Presumptions and burden of proof.
(1). In general.

409. WILLS

**IV. REQUISITES AND VALIDITY.**(Cont'd)

    (2). Personal, confidential, or fiduciary relations in general.
    (3). Unlawful or improper relations.
    (4). Devise or bequest to person drawing or assisting in execution of will.
    (5). Devise or bequest to spouse or relative of person drawing or assisting in execution of will.
    (6). Unequal, unjust, or unnatural disposition.
    (7). Advice, persuasion, and acts of kindness.
    (8). Interest and opportunity of person benefited.
164. —— Admissibility in general.
    (.5). In general.
    (1). Fraud and undue influence in general.
    (2). Mistake.
    (3). Unequal, unjust, or unnatural disposition.
    (4). Relations between testator and persons benefited by or excluded from provisions of will.
    (5). Motive, character, and conduct of persons benefited by will.
    (6). Exertion of influence before or after execution of will.
    (7). Physical and mental condition of testator.
165. —— Declarations of testator.
    (.5). In general.
    (1). Admissibility in general.
    (2). Time when made and res gestae.
    (3). Corroborative facts and circumstances.
    (4). Declarations respecting persons benefited by or excluded from will.
    (5). Declarations as to inclinations or intentions respecting disposition of property.
166. —— Weight and sufficiency.
    (.5). In general.
    (1). Fraud and undue influence in general.
    (2). Personal, confidential, or fiduciary relations in general.

**IV. REQUISITES AND VALIDITY.**(Cont'd)

    (3). Unlawful or improper relations.
    (4). Direct or indirect benefit to person drawing or assisting in execution of will.
    (5). Unequal, unjust, or unnatural disposition.
    (6). Consistency of disposition with inclinations and expressed intentions.
    (7). Motive and opportunity of person receiving benefit.
    (8). Physical and mental condition of testator.
    (9). Creation of resentment and false impressions in mind of testator.
    (10). Concealment or suppression of fact of execution of will.
    (11). Declarations of testator.
    (12). Circumstantial evidence.

**(G) REVOCATION.**

167. Revocation by act of testator in general.
168. Statutory provisions.
169. Capacity of testator.
170. Intent to revoke.
171. Destruction or mutilation.
172. Cancellation, obliteration, or alteration.
173. —— In general.
174. —— Partial revocation.
175. Destruction or alteration of duplicates or separate instruments.
176. Destruction, spoliation, or alteration by person other than testator.
177. Attempted or intended revocation prevented by fraud.
178. Subsequent will.
178.1. —— In general.
179. —— Making and effect in general.
180. —— Loss of subsequent will.
181. —— Express revocation.
182. —— Inconsistent disposition.
183. —— Partial revocation.
184. Codicil.
    (.5). In general.
    (1). Effect as revocation of provisions of will in general.
    (2). Requisites and validity of codicil.
    (3). Inconsistent dispositions or provisions.

**IV. REQUISITES AND VALIDITY.**(Cont'd)

(4).  Particular provisions revoked.
185.  Indorsement on will or codicil.
186.  Revocation by writing not testamentary.
187.  Oral revocation.
188.  Revocation of joint or mutual will.
189.  Conditional or dependent revocation.
190.  Revocation by operation of law in general.
191.  Marriage and birth of issue.
192.  Adoption of child.
193.  Divorce.
194.  Disposition of property or other alteration of estate.
195.  Operation and effect of revocation.

**(H)  REVIVAL.**

196.  Revival of invalid or revoked will in general.
197.  Republication of will in general.
198.  Revival of revoked will by revocation of revoking instrument.
199.  Revival or republication by codicil or other writing.
200.  Oral revival or republication.
201.  Revival of will revoked by operation of law.
202.  Operation and effect of revival.

**V. PROBATE OR CONTEST OF WILL.**

**(A)  PROBATE IN GENERAL.**

203.  Nature and purpose of probate.
204.  Statutory provisions.
205.  Necessity for probate.
206.  Instruments which may be admitted to probate.
207.  Separate instruments.
208.  Joint and mutual wills.
209.  Nuncupative wills.
210.  Fact of death of testator.
211.  Duty to produce and offer will for probate.
212.  Agreements of parties interested.
213.  Probate in common form.
214.  Probate in solemn form.
215.  Determination in probate proceedings as to validity or construction of provisions of will.
216.  Full or partial probate.

**V. PROBATE OR CONTEST OF WILL.**(Cont'd)

217.  Successive applications for probate.
218.  Abatement of proceedings.
219.  Persons entitled to probate.
220.  Persons who may oppose probate.
221.  Revocation of probate.

**(B)  ACTIONS TO ESTABLISH OR DETERMINE VALIDITY IN GENERAL.**

222.  Nature and form of remedies in general.
223.  Statutory provisions.
224.  Right of action to reform will.
225.  Right of action to contest or set aside will or probate.
226.  Abatement and revival.
227.  Persons who may sue to establish or defend will.
228.  Persons who may attack or contest will or probate.
229.  —— In general.
230.  —— Estoppel, waiver, or agreement affecting right.

**(C)  PROBATE OR ESTABLISHMENT OF LOST OR DESTROYED WILLS.**

231.  Nature and form of remedies in general.
232.  Statutory provisions.
233.  Instruments which may be admitted to probate or established.
234.  Loss, suppression, or destruction of instrument.
235.  Right to probate.
236.  Right of action to establish will.
237.  Right of action to contest or set aside will or probate.

**(D)  PROBATE OR RECORD OF FOREIGN WILLS.**

238.  Nature and form of remedies in general.
239.  Statutory provisions.
240.  Instruments which may be admitted to probate or record.
241.  Necessity of original probate in state of testator's domicile.
242.  Nature and situs of property.
243.  Right to probate.
245.  Admission to record of will probated in other jurisdiction.
246.  Right of action to contest or set aside will, probate, or record.

TR-0044639

**409. WILLS**

**(E) JURISDICTION.**

247. Jurisdiction of probate and proceedings relating thereto.
248. —— In general.
249. —— Domicile of testator.
250. —— Existence and nature of property.
251. —— Situs of property.
252. —— Foreign wills.
253. —— Particular courts, judges, or other officers.
254. Jurisdiction of actions relating to wills or probate.
255. —— In general.
256. —— Court in which will was probated or recorded.
257. —— Particular courts.

**(F) VENUE.**

258. In general.

**(G) TIME FOR PROBATE OR CONTEST.**

259. In general.
260. Limitations.
    *See also LIMITATION OF ACTIONS.*
261. Laches.

**(H) PARTIES.**

262. Parties to proceedings in probate court.
263. —— In general.
264. —— Intervention, addition, and substitution.
265. Parties to actions.
265.1. —— In general.
266. —— Plaintiffs.
267. —— Defendants.
268. —— Intervention, addition, and substitution.

**(I) NOTICE.**

269. Notice of application for probate or for revocation.

**(J) PROCESS.**

270. Citation or other process in probate court.

**(K) APPEARANCE.**

271. Appearance in probate court.

**(L) PETITIONS, OBJECTIONS, AND PLEADING.**

272. Petitions and proceedings thereon in probate courts in general.
273. Petition for probate.
274. —— In general.
275. —— Lost, suppressed, or destroyed will.
276. —— Probate or record of foreign will.
277. Objections to probate, answers to petitions therefor, and caveats.
278. Petition for revocation of probate, and objections or answer thereto.
279. Pleading in actions to establish will.
280. Pleading in actions to contest or set aside will or probate.
280.1. —— In general.
281. —— Bill, complaint, or petition in general.
282. —— Allegations as to grounds of contest or setting aside.
283. —— Plea or answer.
284. —— Demurrer, exceptions, and motions.
285. —— Amended and supplemental pleadings.
286. —— Issues, proof, and variance.

**(M) EVIDENCE.**

287. Presumptions and burden of proof.
288. —— In general.
    (1). In general.
    (2). Nuncupative wills.
    (3). Actions and proceedings to set aside or determine validity of probated will.
289. —— Execution, existence, and genuineness.
290. —— Revocation.
291. Admissibility.
292. —— In general.
293. —— Execution, existence, and genuineness.
    (1). In general.
    (2). Knowledge by testator as to contents.
    (3). Motives, intentions, and natural obligations of testator.
    (4). Lost or destroyed will.
    (5). Character and conduct of persons interested in will.
    (6). Parol and extrinsic evidence.

TR-0044640

**V. PROBATE OR CONTEST OF WILL.(Cont'd)**

294. —— Attesting witnesses.
295. —— Handwriting of testator and of attesting witnesses.
296. —— Revocation.
297. —— Declarations of testator as to execution or revocation.
  (.5). In general.
  (1). Admissibility in general.
  (2). Motives, intentions, and natural obligations of testator.
  (3). Existence and contents of lost or destroyed will.
  (4). Revocation.
298. —— Will or copy thereof and record of probate.
299. Weight and sufficiency.
300. —— In general.
301. —— Ex parte and uncontested proceedings.
302. —— Execution, existence, and genuineness.
  (1). In general.
  (2). Genuineness of will and signatures thereto.
  (3). Knowledge of testator as to contents of instrument.
  (4). Erasures, interlineations, and other alterations.
  (5). Recitals of formalities of execution.
  (6). Holographic and nuncupative wills.
  (7). Codicils.
  (8). Lost or destroyed will.
  (9). Foreign will.
303. —— Testimony of attesting witnesses.
  (1). In general.
  (3). Execution, existence, and genuineness in general.
  (4). Necessity of proof by all of the attesting witnesses.
  (5). Defect of memory.
  (6). Evidence other than that of attesting witnesses.
  (7). Character, contradiction, and impeachment.
304. —— Handwriting of testator and attesting witnesses.

**V. PROBATE OR CONTEST OF WILL.(Cont'd)**

305. —— Declarations of testator.
306. —— Revocation.

**(N) HEARING OR TRIAL.**

307. Withdrawal or dismissal of proceedings before trial.
308. Scope of inquiry and powers of court.
309. —— In general.
310. —— Contested proceedings in probate court.
311. —— Actions relating to wills or probate.
312. Mode of hearing or trial in general.
313. Hearing of ex parte and uncontested applications.
314. Reference, commission to take testimony, and depositions.
315. Submission of issues to jury.
316. —— In general.
316.1. —— Grounds for submission in general.
316.2. —— Testamentary capacity.
316.3. —— Undue influence.
317. —— Issues proper for jury.
318. —— Proceedings for award and framing of issues.
  (1). In general.
  (2). Operation and effect of submission.
  (3). Form, sufficiency, and effect of verdict and findings.
319. Notice of hearing or trial and preliminary proceedings.
320. Conduct of hearing or trial in general.
321. Right to open and close.
322. Reception of evidence.
323. Arguments and conduct of counsel.
324. Questions for jury in general.
  (1). In general.
  (2). Testamentary capacity.
  (3). Undue influence and fraud.
  (4). Execution and revocation.
325. Demurrer to evidence.
326. Dismissal at trial.
327. Direction of verdict.
328. Instructions.
329. —— In general.
  (1). Form and sufficiency in general.

## 409. WILLS

**V. PROBATE OR CONTEST OF WILL.(Cont'd)**

    (3). Presumptions and burden of proof.
    (4). Weight and sufficiency of evidence.
    (5). Conformity to pleadings and issues.
330. —— Testamentary capacity.
    (1). In general.
    (2). Insane delusions or monomania.
    (3). Unequal, unjust, or unnatural disposition.
331. —— Execution and validity in general.
    (1). In general.
    (2). Revocation.
    (3). Unequal, unjust, or unnatural disposition.
    (4). Lost or destroyed will.
332. —— Undue influence and fraud.
333. Verdict and findings by jury.
334. Decision and findings by court or referee.
335. Objections and exceptions.
336. Waiver and correction of irregularities and errors.
337. Rehearing or new trial.

**(O) JUDGMENT OR DECREE.**

338. Grounds and mode of rendition in probate court.
339. —— In general.
340. —— Consent or agreement of parties.
341. —— Contest and trial of issues.
342. Form and requisites in probate court in general.
343. Admission to probate.
344. —— In general.
345. —— Lost, suppressed, or destroyed will.
346. —— Incidental determination as to validity and construction of provisions of will.
347. Admission to record of will probated in other jurisdiction.
348. Refusal of probate.
349. Judgments in actions relating to wills or probate.
349.1. —— In general.
350. —— Rendition, form, and requisites in general.
351. —— Establishment and validity of will.

**V. PROBATE OR CONTEST OF WILL.(Cont'd)**

352. —— Setting aside probate.
353. Entry and record.
354. Certificate of probate.
355. Opening or vacating.

**(P) REVIEW.**

356. Nature and form of remedy.
357. Appellate jurisdiction.
358. Decisions of probate courts, judges, or other officers reviewable.
359. Right of review of decisions of probate and intermediate courts.
360. Presentation and reservation in probate court of grounds of review.
361. Parties on appeal from probate court.
362. Requisites and proceedings for transfer of cause from probate or intermediate court.
363. —— In general.
364. —— Time for taking proceedings.
365. —— Petition or prayer, and allowance.
366. —— Bonds or other securities.
367. —— Citation or other process or notice.
368. Effect of transfer of cause from probate court or proceedings therefor.
369. Supersedeas or stay of proceedings of probate court.
370. Record or transcript of proceedings in probate court.
371. Assignment of errors or statement of grounds or reasons of appeal.
371.5. Dismissal, withdrawal, or abandonment.
372. Hearing on appeal from probate or intermediate court in general.
373. Trial of cause anew on appeal from probate court.
373.1. —— In general.
374. —— Cases and questions triable in appellate court.
375. —— Proceedings for trial de novo in general.
376. —— Scope of inquiry.
377. —— Further pleadings or new pleadings.
378. —— Evidence.
379. —— Mode and conduct of trial.
380. —— Questions for jury.
381. —— Instructions.

TR-0044642

**V. PROBATE OR CONTEST OF WILL.(Cont'd)**

382. —— Verdict and findings.

382.5. —— New trial.

383. Scope and mode of review of decisions of probate court.

384. —— In general.

386. —— Questions of fact.

387. Determination and disposition of cause on appeal from probate court.

388. —— In general.

389. —— Judgment on trial de novo.

390. —— Affirmance, modification, or reversal of judgment or decree of probate court.

391. —— Directing new trial or other or further proceedings.

392. —— Remand and proceedings in court.

393. Review of decisions in actions relating to wills or probate.

393.1. —— In general.

394. —— Decisions reviewable.

395. —— Right of review.

396. —— Presentation and reservation in lower court of grounds of review.

397. —— Taking and perfecting appeal or other proceeding.

398. —— Effect of appeal or other proceeding.

399. —— Record.

400. —— Scope and mode of review.

401. —— Determination and disposition of cause.

401.5. Liabilities on bonds and other securities.

**(Q) FEES AND COSTS.**

402. Power to award costs in general.

403. Discretion of court.

404. Parties to whom costs may be awarded.

405. Persons, property, and funds liable for costs.

406. Security for costs.

407. Proceedings in forma pauperis.

408. Amount and items of costs.

409. Taxation of costs.

410. Costs on appeal or other proceedings for review.

411. Payment and remedies for collection of costs.

412. Counsel fees and expenses.

**V. PROBATE OR CONTEST OF WILL.(Cont'd)**

412.1. —— In general.

413. —— Power to allow or award in general.

414. —— Grounds for allowance.

415. —— Charge on estate or interest therein.

416. —— Application for allowance and proceedings thereon.

**(R) OPERATION AND EFFECT.**

417. Effect of probate on will in general.

418. Presumptions as to probate.

419. Custody and disposition of will after probate.

420. Record of will and certificate of probate as conveyance.

421. Collateral attack on probate or judgment.

422. Conclusiveness of probate or record.

423. —— In general.

424. —— Probate in common form.

425. —— Probate in solemn form.

426. —— Admission to record of will probated elsewhere.

427. —— Execution, genuineness, validity, and contents of will.

428. —— Validity of provisions of will.

429. —— Will of personal property.

430. —— Will of real property.

431. Conclusiveness of refusal or revocation of probate.

432. Conclusiveness and effect of adjudication as to validity of instrument or probate.

433. Admissibility, as evidence, of will or proofs, or of record or exemplified copy thereof.

434. Foreign probate or judgment.

**VI. CONSTRUCTION.**

**(A) GENERAL RULES.**

435. Application to wills in general.

    (1). In general.

    (2). Necessity of construction.

436. What law governs.

    (1). In general.

    (2). Domicile of testator in general.

**1987**

## 409. WILLS

VI. **CONSTRUCTION.**(Cont'd)

(3). Time of death or time of execution of will, domicile at.

(4). As affected by property involved; personalty or realty.

(5). Directions of testator.

(6). Particular questions.

(6.1). —— In general.

(7). —— Trusts.

(8). —— Powers.

437. Statutory provisions.

(1). In general.

(2). Validity.

(3). Time of death or time of execution of will;  retroactivity.

438. Intention of testator.

439. —— In general.

440. —— Ascertainment from words of will.

441. —— Situation of testator and circumstances of making of will.

442. —— Contravention of law.

443. —— General and particular intention.

444. —— Giving effect in part, if not in full.

445. Construction in favor of instrument.

445.1. —— In general.

446. —— Validity in general.

447. —— Legality of provisions.

448. —— Operative effect, and construction against intestacy.

449. —— Disposition of entire estate, or partial intestacy.

450. —— Operative effect of all parts of will.

451. —— Construction against failure or lapse of gift or other provision.

452. Construction in favor of heirs, next of kin, or surviving wife or husband.

453. Construction in favor of just, natural, or reasonable disposition.

454. Language of instrument.

455. —— In general.

456. —— Ordinary or arbitrary or peculiar meaning.

457. —— Technical words.

458. —— Same words in different parts of will, or applied to different subjects.

459. —— Molding or change of language in general.

460. —— Transposition of words.

461. —— Substitution of words.

462. —— Supplying words omitted.

VI. **CONSTRUCTION.**(Cont'd)

463. —— Rejection of superfluous or repugnant words.

464. —— Mistakes in writing, grammar, or spelling.

465. —— Punctuation.

466. —— Particular words and phrases.

467. Recitals and statements as to reasons, intentions, and wishes of testator.

468. Separate clauses or parts.

469. —— In general.

470. —— Construction as a whole.

(1). In general.

(2). Four corners of will.

(3). Particular wills or provisions.

471. —— Repugnant and conflicting provisions.

472. —— Relative position.

473. —— Partial invalidity.

474. Construing instruments together.

475. —— In general.

476. —— Wills and codicils.

477. Writings annexed or referred to in will.

478. Implied dispositions in general.

479. Construction by umpire, executor, or persons interested, and jurisdiction of courts.

480. Operation of will in general.

481. Time from which will speaks.

482. Operation as to after-acquired property.

483. Effect of change in condition or circumstances occurring subsequently to will.

484. Effect of conveyances or acts of testator subsequent to will.

485. Evidence to aid construction.

486. —— In general.

487. —— Showing intention of testator in general.

(1). In general.

(1.1). Ambiguity or uncertainty in language in general.

(1.2). Parol or extrinsic evidence in general.

(2). Situation and relations of testator and circumstances connected with making of will.

(3). Writings and declarations of testator.

(4). Mistakes and omissions.

1988

TR-0044644

**VI. CONSTRUCTION.**(Cont'd)

 (5). Nature of estate or interest created.

 (6). Testimony of scrivener.

489. —— Identification of persons or other objects.

 (1). In general.

 (2). Ambiguity or uncertainty in language in general.

 (2.1). Parol or extrinsic evidence in general.

 (3). Feelings and relations of testator as to persons involved.

 (4). Declarations and instructions of testator.

 (5). Mistake or omission.

 (6). Corporations, associations, or societies.

490. —— Identification of property or other subject-matter.

 (1). In general.

 (2). Ambiguity or uncertainty in language.

 (3). Parol or extrinsic evidence.

491. Questions for jury.

**(B) DESIGNATION OF DEVISEES, AND LEGATEES AND THEIR RESPECTIVE SHARES.**

492. Mode of designation in general.

493. Certainty in designation and description in general.

494. Individual name or other designation.

495. Words of relationship as words of donation or of limitation.

496. Husband and wife.

497. Children and grandchildren.

 (1). In general.

 (2). "Children" as including "grandchildren".

 (3). "Grandchildren" as including "great-grandchildren".

 (4). Stepchildren and children of the half blood or by different marriages.

 (5). Adopted children.

 (6). Children born to unmarried parents.

 (7). Children en ventre sa mere at death of testator or legatee.

498. Issue, descendants, or offspring.

**VI. CONSTRUCTION.**(Cont'd)

499. Collaterals.

500. Parents and other ascendants.

501. Family.

502. Relatives.

503. Servants or employees.

504. Personal condition, occupation, or other particular description.

505. Heirs.

506. —— In general.

 (1). In general.

 (2). Application of laws of descent and distribution in general.

 (3). Husband or wife.

 (4). Children and their issue, or collaterals.

 (5). Children born to unmarried parents.

 (6). "Heirs" of living person.

 (7). Devisees and legatees.

507. —— Nature of property.

508. Next of kin.

509. —— In general.

510. —— Nature of property.

511. Representatives.

512. Deceased persons or their heirs or representatives.

513. Executors and administrators.

514. Corporations and associations in general.

515. Charitable institutions.

516. Educational institutions.

517. Religious societies.

518. Municipal corporations.

519. Persons included in residuary clause.

520. Erroneous description.

521. Classes.

522. —— In general.

523. —— Devise or bequest to class or to individuals.

524. —— Time of ascertainment of class.

 (1). In general.

 (2). Ascertainment at testator's death in general.

 (3). Ascertainment at date of will.

 (4). Birth of children after execution of will and before death of testator.

1989

## 409. WILLS

### VI. CONSTRUCTION.(Cont'd)

(5). Birth of children after death of testator in general.
(6). Ascertainment at termination of precedent estate or time of payment or distribution.
(6.1). —— In general.
(7). —— Precedent birth of children.
(8). —— Subsequent birth of children.
(9). Ascertainment at majority or marriage of devisees or legatees.
525. Shares or portions and division of estate in general.
526. Shares and division of residue.
526.1. —— In general.
527. —— General residue.
528. —— Particular residue.
529. Shares of and division among members of class.
530. Taking per stirpes or per capita.
531. —— In general.
(1). In general.
(2). Devise or bequest to heirs or representatives in general.
(3). Devise or bequest to children or heirs of different persons.
(4). Devise or bequest to persons and children or heirs of other persons.
(5). Devise or bequest to parent and children.
532. —— Members of classes.
533. —— Survivors or representatives of deceased devisees or legatees.
534. Restriction of devisee or legatee to specific amount or particular provision or benefit.
535. Exclusion from provisions of or benefits under will.

#### (C) DEATH OF DEVISEE OR LEGATEE.

536. Succession on death of devisee or legatee before gift takes effect in general.
537. Death of devisee or legatee as contingency.
537.1. —— In general.
538. —— Time of death in general.
539. —— Devise or bequest to take effect immediately.

### VI. CONSTRUCTION.(Cont'd)

540. —— Devise or bequest to take effect after prior estate, or at time appointed.
541. Death coupled with other contingency.
542. —— In general.
(1). In general.
(2). Happening of all or part of several contingencies.
(3). Happening of contingency as to one or more of several devisees or legatees.
(4). Effect of closing of contingencies.
543. —— Dying before time specified, or before attaining certain age.
544. —— Dying unmarried.
545. —— Dying without issue.
(1). In general.
(2). Time of death in general.
(3). Death before testator.
(4). Death before termination of prior estate.
(5). Death before attaining certain age.
(6). Death or survival of issue.
546. Survivorship.
546.1. —— In general.
547. —— Devises or bequests to survivors in general.
548. —— Persons included and shares as survivors.
549. —— Further survivorship in shares accrued by survivorship.
550. Representation.
551. —— In general.
552. —— Representation under statutory provisions.
(1). In general.
(2). Nature of property devised or bequeathed or of estate created.
(3). Persons entitled to take and their respective shares.
(4). Representatives of persons deceased before execution of will.
(5). Devise or bequest to class.
(6). Succession to rights and liabilities of decedent.
553. Substitution.
553.1. —— In general.

1990

TR-0044646

### VI. CONSTRUCTION.(Cont'd)

554. —— Original or substitutional nature of provisions.
555. —— Substitution of issue or others in general.
    (1). In general.
    (2). Issue of devisees or legatees dying before execution of will.
    (3). Persons included and shares as substitutes.
    (4). Words of relationship as words of substitution or of limitation.
556. —— Gifts over to executors or administrators.
557. —— Substitution to shares of members of classes.

#### (D) DESCRIPTION OF PROPERTY.

558. Mode of description.
    (1). In general.
    (2). Property to be purchased for legatee.
559. Property, estate, or other general terms.
560. Real property and interests therein in general.
    (1). In general.
    (2). Location of property.
    (3). Title or interest of testator in general.
    (4). Devise of land as including interest under sale or mortgage.
    (5). Selection by devisee.
561. Particular description of specific real property.
    (1). In general.
    (2). Land adjoining or appurtenant to property described in general terms.
    (3). Possession and occupancy.
    (4). Undivided interest in land.
562. Appurtenances to real property.
563. Real property with personal property thereon.
564. Rents, profits, income, or use and occupation of real property.
    (1). In general.
    (2). As passing interest in land to which appurtenant.
    (3). Nature and extent of use and enjoyment.

### VI. CONSTRUCTION.(Cont'd)

565. Personal property in general.
    (1). In general.
    (2). Deduction of debts and expenses.
    (3). Bequest of personal property as including interest in real estate.
    (4). Title or interest of testator.
566. Money.
567. Amount of pecuniary legacy.
568. Amount and duration of annuity.
569. Credits and rights of action in general.
570. Corporate or other stock or bonds, and other investments and securities.
571. Life insurance.
572. Personal property described by location or use.
573. Interest, income, or produce of personal property.
    (.5). In general.
    (1). Bequest of property or fund as including interest, income, or produce.
    (2). Bequest of interest or income as including property or fund from which payable.
    (3). Property constituting capital, and nature, extent, and duration of use and enjoyment.
574. Debts or other obligations released.
575. Words of description of both real and personal property.
576. Source or mode of acquisition of property.
577. Community property.
578. After-acquired property.
    (1). In general.
    (2). General or specific words of description.
    (2.1). —— In general.
    (3). —— Residuary clause.
    (4). Construction and operation of statutory provisions.
    (5). Real or personal property.
579. General and specific words of description.
580. Repugnant or conflicting descriptions.
581. Erroneous description.
582. Devise or bequest of property of specified value.

TR-0044647

**409. WILLS**

## VI. CONSTRUCTION.(Cont'd)

583. General devise or bequest of entire property or estate.
584. Exception from general devise or bequest.
585. Substituted, or cumulative, or additional devise or bequest.
    (1). In general.
    (2). Provisions of codicils.
    (3). Participation in residue.
    (4). Participation as remainderman.
    (5). Rights of devisee or legatee under later devise or bequest.
586. Residuary clause.
586.1. —— In general.
587. —— General residue.
    (1). In general.
    (2). Restriction of residuary clause by specific words.
    (3). Real or personal estate.
    (4). Income.
    (5). Particular estates or interests.
    (6). Amount of residue or of legacy payable therefrom.
588. —— Particular residue.
589. Devises and bequests in execution of powers.
    (1). In general.
    (2). Construction of instruments together.
    (3). Intent to exercise power in general.
    (4). Will disposing of all donee's property; general devise or bequest.
    (5). Residuary clause.
    (6). Failure to refer to power.
    (7). Operation and effect of exercise of power.

### (E) NATURE OF ESTATES AND INTERESTS CREATED.

590. Creation by will in general.
591. Technical words of limitation in general.
595. Estates by implication in general.
596. Fee simple.
596.1. —— In general.
597. —— Words necessary or sufficient in general.
    (1). In general.
    (2). Separate clauses or parts of will.

## VI. CONSTRUCTION.(Cont'd)

    (3). Construction and operation of statutory provisions.
    (4). Words of purchase or of limitation.
    (5). Fee charged with other estate or interest.
    (6). Devises in lieu of dower or for separate use of spouse.
598. —— Devise without words of limitation.
599. —— Implication in general.
600. —— General devise with power of disposition.
    (1). In general.
    (2). Disposition for benefit of children or others.
    (3). Construction and operation of statutory provisions.
    (4). Limitation over on death of devisee or other event.
601. —— Limitations or other provisions repugnant to or inconsistent with devise in fee.
    (1). In general.
    (2). Limitation over of property undisposed of.
    (3). Limitation over on marriage of devisee.
    (4). Restraint of alienation.
    (5). Trusts and other limitations on enjoyment.
    (6). Restrictions as to use of property.
    (7). Devises for separate use of spouse.
    (8). Precatory words.
    (9). Devise, bequest, or property to which limitation or provision applies.
    (10). Words of purchase or of limitation.
602. Qualified, defeasible, or conditional fees.
    (1). In general.
    (2). Implication.
    (3). Defeat of estate by death without issue.
    (4). Defeat of estate by birth and survivorship of issue.
    (5). Defeat of estate by marriage of devisee.
    (6). Conversion into fee simple.

**1992**

VI. CONSTRUCTION.(Cont'd)

604. Estates tail.
604.1. —— In general.
605. —— Words necessary or sufficient in general.
606. —— Implication.
607. —— Conversion into fee-simple or other estate under statutory provisions.
    (.5). In general.
    (1). Conversion into fee simple.
    (2). Conversion into life estate with remainder in fee.
608. Application of rule in Shelley's Case.
    (1). In general.
    (2). Intention of testator.
    (3). Life estate with limitation to heirs.
    (3.1). —— In general.
    (4). —— Personal property.
    (5). —— Power or restraint of disposition.
    (6). —— Words of distribution.
609. Absolute estate in personal property.
609.1. —— In general.
610. —— Words necessary or sufficient in general.
    (1). In general.
    (2). General bequest with power of disposition.
    (3). Bequest in lieu of dower or for separate use of spouse.
    (4). Qualified or defeasible estate.
    (5). Separate clauses or parts of will.
611. —— Implication.
612. —— Limitations or other provisions repugnant to or inconsistent with absolute bequest.
    (1). In general.
    (2). Limitation over of property undisposed of.
    (3). Trusts, limitations on enjoyment, and restraint of alienation.
    (4). Precatory words.
    (5). Devise, bequest, or property to which limitation or provision applies.
613. Life estates.
613.1. —— In general.
614. —— Words necessary or sufficient in general.
    (1). In general.

VI. CONSTRUCTION.(Cont'd)

    (2). Devise or bequest with limitation over in general.
    (3). Devise or bequest without limitation over.
    (4). Personal property in general.
    (4.5). Personal property the use of which consists in its consumption.
    (5). Separate clauses or parts of will.
    (6). Limitation to heirs, issue, or children of life tenant.
    (6.1). —— In general.
    (7). —— Construction and operation of statutory provisions.
    (8). —— Personal property.
    (9). —— Limitation to others on failure of issue.
    (10). —— Children unborn at date of will or death of testator.
    (11). —— Words of distribution.
    (12). —— Devises or bequests for separate use of spouse.
    (13). Estates determinable on marriage.
    (14). Devises or bequests in lieu of dower or for separate use of spouse.
    (15). Life estate charged with other estate or interest.
    (16). Devise or bequest for use and benefit of life tenant and children or others.
    (17). Devise or bequest of use or income.
    (18). Loan of property.
    (19). Duration of estate and successive life estate.
615. —— Implication.
616. —— Devise or bequest for life with power of control or disposition.
    (1). In general.
    (2). Construction and operation of statutory provisions.
    (3). Personal property.
    (4). Limitation over of property undisposed of in general.
    (5). Disposal at death of devisee or legatee.

TR-0044649

**409. WILLS**

**VI. CONSTRUCTION.**(Cont'd)

(6). Conditional, contingent, or limited disposition.

(7). Control or disposition for benefit of life tenant and of children or others.

(8). Repugnancy or inconsistency with estate in remainder.

(9). Separate clauses or parts of will.

617. —— Limitations or other provisions repugnant to or inconsistent with devise or bequest for life.

618. Income.

619. Annuities.

620. Maintenance.

621. Collateral limitations.

622. Remainders.

623. Cross-remainders.

624. Conditional limitations.

625. Executory devises or bequests, and shifting, springing, or other future uses, or estates in the nature thereof.

626. Concurrent or successive interests.

627. Estates in severalty, joint tenancy, or tenancy in common.

(1). In general.

(2). Construction and operation of statutory provisions.

(3). Words of distribution.

(4). Restrictions and other provisions as to part of several devisees or legatees.

(5). Estates by the entirety.

**(F) VESTED OR CONTINGENT ESTATES AND INTERESTS.**

628. Nature and grounds of distinction.

629. Construction in favor of vesting.

630. Contingency on which estate or interest depends in general.

(1). In general.

(2). Postponement of time of payment or distribution in general.

(3). Marriage or attainment of certain age.

(4). Sale of property and distribution of proceeds.

(5). Title and power of control or disposition in executor or trustee.

(6). Directions to pay or divide.

**VI. CONSTRUCTION.**(Cont'd)

(7). Directions for investment and accumulation.

(8). Conditions and restrictions.

(9). Enjoyment of income or other benefit before payment or distribution.

(10). Limitation over on death of devisee or legatee.

(11). Devise or bequest to survivors.

(12). Words indicating time of vesting.

(13). Devise or bequest of residue or of rents, profits, and income.

631. As affected by nature of property devised or bequeathed.

632. Legacies payable out of personalty.

633. Legacies charged on real property or on both real and personal property.

634. Remainders.

(1). In general.

(2). Construction and operation of statutory provisions.

(3). Certainty as to beneficiaries and as to time of enjoyment.

(4). Power of disposition in first taker.

(4.1). —— In general.

(5). —— Disposition to or for benefit of remainderman.

(6). Sale of property, disposition of proceeds, and interposition of trustee.

(7). Directions to pay or convey to or divide among devisees or legatees.

(8). Limitation over or substitution on death or failure of remaindermen.

(9). Limitations dependent on contingency.

(10). Limitation over to persons living and the issue of persons deceased.

(10.1). —— In general.

(11). —— Directions to pay or convey to or divide among devisees or legatees.

(12). Devise or bequest to survivors.

(13). Remainder to heirs or persons entitled to take by descent.

(14). Devise or bequest to class.

TR-0044650

**VI. CONSTRUCTION.**(Cont'd)

(15). Postponement of time of payment or distribution to remaindermen.
(16). Conditions and restrictions.
(17). Birth of children between time of death of testator and termination of life estate.
(18). Vesting dependent on several contingencies.
(19). Words indicating time of vesting.
(20). Limitation over of principal after life estate in income.
635. Opening of vested estates or interests to let in after-born children.
636. Divesting vested estates or interests.
637. Contingent estates or interests becoming vested.
638. Extinguishment of contingent estate or interest.

**(G) CONDITIONS AND RESTRICTIONS.**

639. Nature and creation of conditions.
640. Validity of conditions.
641. —— In general.
642. —— Assumption of name, residence, and other personal acts.
643. —— Religious belief.
644. —— Character and conduct.
645. —— Maintenance or services.
646. —— Payment or other performance of obligations imposed.
647. —— Marriage.
648. —— Insolvency or bankruptcy.
649. —— Restraint of alienation.
650. —— Use of property.
651. —— Contest of will or other litigation.
652. —— Claims against estate.
653. —— Repugnancy to devise or bequest.
654. —— Effect of invalidity.
655. Construction and operation of conditions.
656. —— In general.
657. —— Conditions precedent.
658. —— Conditions subsequent.
(1). In general.
(2). Contest of will or other litigation.
659. Performance or breach.
660. —— In general.
661. —— Time for performance.

**VI. CONSTRUCTION.**(Cont'd)

662. —— Sufficiency of performance.
663. —— Excuses for nonperformance.
664. —— Discharge by impossibility of performance.
665. —— Breach and effect thereof.
(1). In general.
(2). Contest of will or other litigation.
666. Release or waiver of condition or of forfeiture for breach.
667. Enforcement of forfeiture.
(1). In general.
(2). Contest of will or other litigation.
668. Restrictions as to use of property.

**(H) ESTATES IN TRUST AND POWERS.**

**1. CREATION OF TESTAMENTARY TRUSTS.**

669. Creation of testamentary trusts in general.
670. Words necessary or sufficient to create trust.
671. —— In general.
672. —— Grants of authority or directions importing trust.
(1). In general.
(2). Discretion of devisee or legatee as to disposition.
(3). Authority or directions to executor.
673. —— Provisions for maintenance.
674. —— Spendthrift trusts.
675. —— Precatory words.
676. Implication of trust.
677. Consideration of extrinsic facts and circumstances.
678. Limitations or other provisions repugnant to or inconsistent with trust.

**2. CONSTRUCTION OF TESTAMENTARY TRUSTS.**

680. In general.
681. Trustees.
(1). In general.
(2). Estate, title, or interest of trustee.
682. Cestuis que trust.
(1). In general.
(2). Estate, title, or interest of beneficiaries.
683. Property devised or bequeathed.
684. Capital and income.

TR-0044651

**409. WILLS**

**VI. CONSTRUCTION.**(Cont'd)

684.1. —— In general; property constituting capital.

684.2. —— Right to capital or income in general.

(1). In general.

(2). Invasion of corpus.

(2.1). —— In general.

(3). —— Grounds and purposes in general.

(4). —— Support or maintenance.

(5). —— Other resources of beneficiary.

(6). —— Paying annuities or fixed amounts.

(7). —— Extent of invasion.

684.3. —— Distinction between capital and income.

(1). In general.

(2). Allocation of receipts in general.

(3). Sale proceeds.

(4). Dividends or other corporate distributions.

(4.1). —— In general.

(5). —— Liquidating or extraordinary dividends.

(6). —— Stock dividends or stock splits.

(7). Wasting or unproductive assets, receipts from.

684.4. —— Amount of capital.

684.5. —— Deduction of expenses, costs, and charges.

684.6. —— Excess or deficiency of income.

684.7. —— Accrual of right to capital or income.

684.8. —— Mode of payment or distribution in general.

684.9. —— Amount of income payable to beneficiary.

684.10. —— Discretion of executor or trustee.

(1). In general.

(2). Payment or accumulation of income.

(3). Payment or distribution of principal.

(3.1). —— In general.

(4). —— Support or maintenance.

**VI. CONSTRUCTION.**(Cont'd)

(5). —— Consideration of beneficiary's other resources.

(6). Allocation to capital or income.

685. Purposes of trust.

686. Duration and termination of trust or trust estate.

(1). In general.

(2). Death of beneficiary, and survivorship.

(3). Marriage or majority of beneficiaries.

(4). Conveyance or release.

687. Limitation over or other disposition of property on termination of trust.

(1). In general.

(2). Devisees, heirs, and representatives of beneficiaries.

(3). Heirs of testator.

(4). Rights of residuary legatees.

(5). Nature of estate vesting after termination of trust.

(6). Mode of payment, distribution, or conveyance.

688. Effect of failure of trust.

**3. TESTAMENTARY POWERS.**

689. Creation of testamentary powers.

690. Construction of testamentary powers.

691. —— In general.

692. —— Power of appointment, revocation, or disposition.

(1). In general.

(2). Support and maintenance of donee or beneficiary.

(3). Property or fund subject to disposition.

(4). Persons to whom property may be given or conveyed.

(5). Mode of disposition.

(6). Duration and termination of right.

(7). Interest of donee of power and of beneficiary.

694. Limitation over or other disposition of property on failure of execution of power.

**(I) ACTIONS TO CONSTRUE WILLS.**

695. Nature and form of remedy.

(1). In general.

TR-0044652

### VI. CONSTRUCTION.(Cont'd)

(2). Necessity of construction and nature of question involved in general.

(3). Necessity that will involve trust.

(4). Contingent or future rights and matters of speculation or hypothesis.

696. Statutory provisions.

697. Right of action.

    (1). In general.

    (2). Devisees and legatees.

    (3). Executors, administrators, and trustees.

698. Jurisdiction and venue.

699. Time to sue, limitations, and laches.
    *See also LIMITATION OF ACTIONS.*

700. Parties.

701. Process or notice.

702. Pleading.

703. Evidence.

704. Trial or hearing, and scope of inquiry.

705. Judgment or decree, and enforcement thereof.

706. Review.

707. Fees and costs.

    (1). In general.

    (2). Payment from estate.

    (3). Payment from property or fund involved in controversy.

### VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.

#### (A) NATURE OF TITLE AND RIGHTS IN GENERAL.

708. Rights of devisees or legatees before probate or establishment of will.

709. Disqualification of devisee or legatee to take.

709.1. —— In general.

710. —— Unworthiness or misconduct in general.

711. —— Causing or procuring death of testator.

712. Devise or bequest to attesting witness.

713. Devise or bequest to heir or next of kin.

714. Devise or bequest to creditor.

715. Devise or bequest to debtor.

716. Devise or bequest to executor or trustee.

717. Acceptance or renunciation or disclaimer of devise or legacy.

### VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.(Cont'd)

(1). In general.

(2). Time for renunciation or disclaimer; relation back.

718. Estoppel by acceptance of devise or legacy.

719. Abandonment or forfeiture of devise or legacy.

720. Title of devisees and legatees.

721. —— In general.

722. —— Real property and interests therein.

723. —— Personal property in general.

724. —— Rights in action in favor of estate.

725. Option to purchase or take at valuation property of estate or to take money in lieu of property.

726. Rights as against executor.

727. Possession and control of property.

728. Rents and profits, income, and accumulations.

729. Annuities.

730. Maintenance from estate.

731. Charges and claims in favor of estate against devisees and legatees.

732. Property or fund out of which legacies are to be paid.

    (1). In general.

    (2). Realty or personalty in general.

    (3). Payment from particular property or fund.

    (4). Payment from property specifically devised or bequeathed.

    (5). Payment from capital or income.

    (6). Payment from residue or intestate estate.

    (7). Loss or other disposition of property or fund and necessity and effect of conversion.

733. Time of accrual of right to devise or legacy.

    (1). In general.

    (2). Termination of precedent estate or interest in general.

    (3). Attainment of certain age or marriage of devisees or legatees.

    (4). Death of devisees or legatees.

    (5). Contingencies happening before death of testator.

TR-0044653

**409. WILLS**

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

(6). Probate or record of will.

(8). Bequest of interest or income.

(9). Annuities.

(10). Residuary devise or bequest.

(11). Legacies charged on property, estate, or interest.

(12). Discretion of executor as to payment or distribution.

734. Interest on legacies.

    (1). In general.

    (2). Time from and during which interest runs.

    (2.1). —— In general.

    (3). —— Effect of statutory provisions.

    (4). —— —— Time when legacies are payable.

    (5). —— —— Legacies to children or to widow in lieu of dower.

    (6). —— —— Legacy of income, annuity, or maintenance.

    (7). —— —— Specific legacies and legacies charged on property devised or bequeathed.

    (8). —— Probate or contest of will and settlement of estate.

    (9). —— Demand and acceptance.

    (10). Rate and computation.

    (11). Estoppel and waiver.

    (12). Property or fund from which payable.

735. Apportionment of income or annual or other stated payments.

736. Mutual rights and liabilities of devisees and legatees.

    (1). In general.

    (2). Debts and expenses.

    (3). Income and property taxes.

740. Conveyances, agreements, and other transactions between devisees and legatees.

    (1). In general.

    (2). Recognition or evasion of provisions of will.

    (3). Requisites and validity.

    (4). Construction and operation.

741. Actions between devisees and legatees.

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

742. Conveyances of property by devisees or legatees.

743. Assignments of legacies.

744. Rights and liabilities of purchasers from or assignees of devisees or legatees.

745. Actions by devisees or legatees.

746. —— In general.

747. —— Relating to real property or interests therein.

748. —— Relating to personal property.

749. Actions against devisees or legatees.

**(B) CONSTRUCTION OF DEVISES AND BEQUESTS IN GENERAL.**

750. In general.

**(C) SPECIFIC DEVISES.**

751. In general.

**(D) SPECIFIC BEQUESTS.**

753. In general.

754. Stocks, bonds, and other securities.

**(E) DEMONSTRATIVE BEQUESTS.**

755. In general.

**(F) GENERAL BEQUESTS.**

756. In general.

**(G) ADVANCEMENTS.**

757. In general.

758. Application of doctrine in general.

759. Construction and operation of testamentary provisions.

    (1). In general.

    (2). Debts or obligations as advancements.

    (3). Gifts as advancements.

    (4). Advancements to husband, wife, parent, or other relative of devisee or legatee.

    (5). Effect of repayment, failure, or other extinguishment of obligation or gift constituting advancement.

    (6). Time of advancement.

760. Amount.

**1998**

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

761. Evidence.
762. Deduction and adjustment.

**(H) ADEMPTION.**

764. In general.
765. Legacies subject to ademption.
766. Gift or advance by testator.
767. Transfer or change of subject-matter.
768. Loss or destruction of subject-matter.
769. Revival of legacy adeemed.
770. Evidence.
771. Operation and effect.

**(I) SATISFACTION.**

772. In general.

**(J) LAPSE.**

774. In general.
775. Death, disqualification, or failure of devisee or legatee.
776. Failure of performance of condition or of contingency.
777. Effect as to codevisees, colegatees, or members of class.

**(K) ELECTION.**

778. Nature and grounds in general.
779. Statutory provisions.
780. Testamentary provisions under which election arises.
781. —— In general.
782. —— Provisions for surviving wife.
  (1). In general.
  (2). Express or implied restriction to provision of will.
  (3). Nature of provision in general.
  (4). Effect on scheme of disposition.
  (5). Provisions for life or widowhood of wife or minority of children.
  (6). Management and disposition of property by executors or trustees.
  (7). Amount or value of provision.
  (8). Will making no provision for widow.
  (9). Wife as sole heir or distributee.

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

  (10). Provisions of will and rights as heir or distributee of intestate estate.
  (11). Provisions by will and provisions by act not testamentary.
  (12). Provisions of will and adverse claim to property.
  (13). Provisions of will and right to homestead.
783. —— Provisions for surviving husband.
784. Estates and interests to which election is applicable.
785. Persons entitled to elect.
  (1). In general.
  (2). Effect of death.
785.5. Waiver, release, or forfeiture of right.
  (1). In general.
  (2). Antenuptial agreements.
  (3). Separation agreements.
  (4). Abandonment, desertion, nonsupport, separation, or divorce.
786. Capacity to elect.
787. Persons as against whom election may be enforced.
788. Mode of election and proceedings therefor in general.
  (1). In general.
  (2). Evidence.
  (3). Review.
789. Proceedings to compel election.
790. Time for making election.
791. Acts constituting election.
792. —— In general.
  (1). In general.
  (2). Maintaining or participating in actions or proceedings.
  (3). Knowledge as to rights under and against will.
  (4). Probate of will and acts and proceedings as executor.
  (5). Evidence of election.
793. —— Execution and filing of written instrument.
794. —— Acts of acceptance, ownership, or assent to will.
795. —— Failure to dissent from will.
796. Revocation of election.
797. Actions to set aside election.

**409. WILLS**

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

798. Operation and effect.
799. —— In general.
800. —— Taking under will.
801. —— Taking against will.
    (1). In general.
    (2). Benefits or rights under will.
    (3). Scope and extent of rights in general.
    (4). Homestead, allowances and exemptions.
    (5). Computation of shares; assets included.
    (5.1). —— In general.
    (5.2). —— Augmented estate in general.
    (5.3). —— Nonprobate assets and transfers in general.
    (6). —— Inter vivos trusts.
    (6.1). —— Insurance proceeds.
    (7). —— Deduction of debts, expenses, and taxes.
    (8). Allotment of share.
    (8.1). —— In general.
    (9). —— Application of will benefits and distribution of difference.
802. —— Rights of other devisees and legatees.
    (1). In general.
    (2). Remainders and other future or contingent estates.
    (3). Residuary legatees.
    (4). Income and accumulations.
    (5). Compensation for loss or diminution of devise or bequest.
    (6). Liability as to surviving spouse's share and charges on property.
803. —— Rights of creditors of testator.

**(L) ABATEMENT.**

804. Nature and grounds in general.
805. Insufficiency of estate in general.
806. Intention of testator as to preference and provisions of will relating thereto in general.
807. Legacies or devises subject to abatement in general.
808. Bequests in satisfaction of debts or for other consideration.

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

809. Devise or bequest in lieu of dower or other statutory right.
810. Income or annuities.
811. Residuary legacies.
812. Specific devises or bequests.
813. Demonstrative legacies.
814. Lapsed devises or bequests.
815. Right to require abatement.
816. —— In general.
817. —— Residuary devisees and legatees.
818. Deduction and adjustment.

**(M) LEGACIES CHARGED ON PROPERTY, ESTATE OR INTEREST.**

819. Testamentary charges in general.
820. Charge on property of estate in general.
    (1). In general.
    (2). Charge on realty implied from direction for sale or conversion.
    (3). Implication arising from nature and amount of personalty.
    (4). Nature and extent of charge and property or interest liable therefor.
    (5). Lien on property charged.
821. Charge on property or interest devised or bequeathed.
    (1). In general.
    (2). Implication arising from nature and amount of personalty.
    (3). Charge of income or annuity.
    (4). Charge of maintenance, support, and education.
    (5). Nature and extent of charge.
    (6). Property or interest affected by charge.
822. Charge on residue.
823. Personal liability of devisee or legatee of property charged.
824. Conveyances and incumbrances by devisees.
825. Release, waiver, or other extinguishment of charge.
826. Enforcement of charge.
    (.5). In general.
    (1). Nature and form of remedy.

**2000**

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

(2). Rights of actions, conditions precedent, and defenses.

(3). Jurisdiction and limitations.
*See also LIMITATION OF ACTIONS.*

(4). Parties.

(5). Pleading and evidence.

(6). Judgment or decree and relief awarded.

(7). Sale.

**(N) DEBTS OF TESTATOR AND INCUMBRANCES ON PROPERTY.**

827. Nature and grounds of liability of devisees and legatees.

828. What law governs.

829. Statutory provisions.

830. Liabilities on receipt of property of estate in general.

831. Liabilities on receipt of legacy or other personalty.

832. —— In general.

833. —— Debts enforceable.

834. —— Extent of liability.

835. Liabilities on devise of realty.

836. —— In general.

837. —— Debts enforceable against devisees in general.

838. —— Specialties and debts of record.

839. —— Covenants of testator relating to land.

840. —— Liens and incumbrances on land.

(1). In general.

(2). Exoneration.

841. —— Liens for debts as against devisees.

842. Conveyances and incumbrances by devisees.

842.1. —— In general.

843. —— Effect as to liabilities of devisees.

844. —— Rights and liabilities of purchasers in general.

845. —— Bona fide purchasers.

846. Apportionment of debts.

847. Actions against devisees, legatees, or purchasers.

(1). Nature and form of remedy and jurisdiction.

(2). Rights of action, defenses, limitation, and laches, and conditions precedent.

*See also LIMITATION OF ACTIONS.*

(3). Parties, pleading, and evidence.

(4). Judgment and execution.

(5). Sale.

(6). Costs.

848. Contribution.

**(O) VOID, LAPSED, AND FORFEITED DEVISES AND BEQUESTS, AND PROPERTY AND INTERESTS UNDISPOSED OF.**

849. Disposition or devolution in general.

850. Statutory provisions.

851. Effect of failure of devise or bequest on limitation over or other disposition.

852. —— In general.

853. —— Acceleration of remainder or other subsequent interest.

854. —— Right to income or accumulations.

855. Effect of failure of limitation over or other disposition on precedent estate.

856. Testamentary provisions as to failure of devises or bequests.

857. Effect of residuary provisions.

858. —— In general.

(.5). In general.

(1). Devises and bequests which fall into residuum in general.

(2). Construction and operation of statutory provisions.

(3). Real property.

(4). Lapse of devise or bequest on breach of condition or on death of beneficiary.

(5). Property undisposed of.

(6). Rents, profits, income, and accumulations.

859. —— Particular residuary clauses.

860. —— Rights of residuary devisees and legatees.

861. Failure of residuary devise or bequest.

862. —— In general.

863. —— Codevisees or colegatees.

864. Partial intestacy.

865. —— In general.

(1). In general.

(2). Suspension of vesting or accrual of interest and postponement of sale or distribution.

(3). Rents, profits, and income.

TR-0044657

**409. WILLS**

**VII. RIGHTS AND LIABILITIES OF DEVISEES AND LEGATEES.**(Cont'd)

(4). Persons entitled to take and their respective shares.

866. —— Rights of heirs and next of kin.

**(P) RIGHTS AND REMEDIES OF CREDITORS OF DEVISEES AND LEGATEES.**

867. Right to subject interests under will in general.

868. Provisions of will as to debts of devisee or legatee.

869. Interests or rights which may be subjected.

870. Effect of indebtedness of devisee or legatee to testator.

871. Exercise by creditor of rights of devisee or legatee under will.

872. Actions and other proceedings by creditors.

————————

**410. WITNESSES**

**SUBJECTS INCLUDED**

Production of oral testimony at trial of cause in general, civil or criminal

Competency to testify

Procuring attendance for that purpose, and production of documents by witnesses

Examination of witnesses

Their credibility, and corroborating, impeaching, or contradicting their testimony

**SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS**

Administrative proceedings, production of oral testimony in, see ADMINISTRATIVE LAW AND PROCEDURE and other specific topics

Attesting or subscribing witnesses to written instruments, see REAL PROPERTY CONVEYANCES, WILLS, and other specific topics relating to particular instruments

Evidence, competency and admissibility in general, see EVIDENCE and specific topics—

Criminal prosecutions, evidence in, and especially testimony of accomplices, conspirators and codefendants, see CRIMINAL LAW and specific topics relating to particular offenses

Opinion evidence, including competency of experts and examination thereof as to competency, see CRIMINAL LAW, EVIDENCE

False testimony as offense, see PERJURY

Military cases decided by military courts, see MILITARY JUSTICE in the Federal Practice Digests

Privileged communications and confidential relations, see PRIVILEGED COMMUNICATIONS AND CONFIDENTIALITY

Written form, taking and use of testimony in, see AFFIDAVITS, FEDERAL CIVIL PROCEDURE, PRETRIAL PROCEDURE

————————

I.  IN GENERAL, ⚮1–34.
II. COMPETENCY, ⚮35–223.
    (A) CAPACITY AND QUALIFICATIONS IN GENERAL, ⚮35–79.
    (B) PARTIES AND PERSONS INTERESTED IN EVENT, ⚮80–124.
    (C) "DEAD MAN'S" STATUTES AND RULES, ⚮125–183.5.
    (D) CONFIDENTIAL RELATIONS AND PRIVILEGED COMMUNICATIONS (OBSOLETE, SEE PRIVILEGED COMMUNICATIONS AND CONFIDENTIALITY), ⚮184–223.
III. EXAMINATION, ⚮224–310.
    (A) TAKING TESTIMONY IN GENERAL, ⚮224–265.
    (B) CROSS-EXAMINATION, ⚮266–284.
    (C) RE-EXAMINATION, ⚮285–291.
    (D) PRIVILEGE OF WITNESS, ⚮292–310.
IV. CREDIBILITY AND IMPEACHMENT, ⚮311–416.
    (A) IN GENERAL, ⚮311–332.
    (B) CHARACTER AND CONDUCT OF WITNESS, ⚮333–362.
    (C) INTEREST AND BIAS OF WITNESS, ⚮363–378.
    (D) INCONSISTENT STATEMENTS BY WITNESS, ⚮379–397.
    (E) CONTRADICTION, ⚮398–409.
    (F) CORROBORATION, ⚮410–416.

TR-0044658

**410. WITNESSES**

## I. IN GENERAL.

1. Authority to compel attendance.
2. Right of accused to compulsory process.
   (1). In general.
   (2). Constitutional and statutory provisions.
   (3). Continuance on account of absence of witness.
   (4). Number of witnesses.
3. Persons who may be required to appear and testify.
4. —— In general.
5. —— Privileges and exemptions.
6. Place where attendance may be required; obtaining presence of witness from without jurisdiction.
7. Subpoena.
8. —— In general.
9. —— Application and proceedings thereon.
10. —— Issuance.
11. —— Form and requisites.
12. —— Places where writ may be served.
13. —— Service.
14. —— Payment or tender of fees and expenses.
15. —— Return and proof of service.
16. Subpoena duces tecum.
17. Attachment to compel attendance.
18. Habeas corpus ad testificandum.
19. Bond, recognizance, or other security for appearance.
20. Taking into custody, commitment, and detention of witnesses.
21. Punishment of disobedience to subpoena as contempt.
22. Damages and penalties for failure to obey subpoena.
23. Compensation.
24. —— In general.
25. —— Persons entitled.
26. —— Officers as witnesses.
27. —— Amount in general.
28. —— Additional compensation to experts.
   (1). In general.
   (2). Right to exact additional compensation.
29. —— Mileage and expenses.
30. —— Persons liable in general.
31. —— Liability of state, county, or city.
32. —— Statement, account, and certificate.

## I. IN GENERAL.(Cont'd)

33. —— Payment.
34. —— Actions and other remedies.

## II. COMPETENCY.

### (A) CAPACITY AND QUALIFICATIONS IN GENERAL.

35. Capacity in general.
36. Constitutional and statutory provisions.
37. Knowledge or means of knowledge of facts.
   (1). In general.
   (2). Source of knowledge.
   (3). Recollection of witness.
   (4). Character or reputation.
   (5). Conversations, admissions, and declarations.
   (6). Surveys.
38. Race or color.
39. Degree of mental capacity in general.
40. Age and maturity of mind.
   (1). In general.
   (2). Discretion of court.
41. Unsoundness of mind.
42. Intoxication.
43. Persons deaf or mute.
44. Religious belief.
45. Obligation of oath.
   (1). In general.
   (2). Children.
46. Character and conduct in general.
47. Infamy or conviction of crime.
48. —— In general.
   (1). In general.
   (2). Nature of offense.
   (3). Character of proceedings against witness.
   (4). Proceedings in which evidence is offered and nature of evidence.
   (5). Statutory removal of disqualification.
49. —— Effect of pardon or punishment.
50. Relationship to party in general.
51. Husband and wife.
51.5. —— In general.
52. —— Incompetency for or against each other in general.
   (1). In general.
   (3). Nature of action or issue in general.

TR-0044659

**410. WITNESSES**

II. **COMPETENCY.**(Cont'd)

(4). Actions by or against husband or wife in representative capacity.
(5). Nature of evidence in general.
(6). Fraudulent acts or conveyances.
(7). Offenses and criminal prosecutions.
(8). Compelling husband or wife to testify.
53. —— Effect of statutes removing disqualification.
(1). In general.
(2). Effect of statutory removal of incompetency on ground of interest.
(3). Offenses and criminal prosecutions.
(4). Cross-examination.
(5). Testimony by either husband or wife, but not both.
54. —— Testimony for or against husband or wife in general.
55. —— Separate interests of husband and wife.
56. —— Agency of husband or wife for the other.
(1). In general.
(2). Existence of agency.
(3). Nature of action or issue and scope of evidence.
57. —— Marriage, nonaccess, and illegitimacy of children.
58.1. —— Adultery.
58.2. —— Bigamy.
58.3. —— Criminal conversation.
58.4. —— Alienation of affections.
59. —— Actions between husband and wife in general.
60. —— Actions for divorce or annulment of marriage.
(1). In general.
(2). Evidence admissible in general.
(3). Marriage and adultery.
61. —— Prosecutions for offenses by husband or wife against the other.
(1). In general.
(2). Abandonment.
(3). Bigamy.
62. —— Consent of husband or wife to admission of testimony by the other.

II. **COMPETENCY.**(Cont'd)

63. —— Effect of invalidity of marriage.
64. —— Effect of divorce.
(1). In general.
(2). Adultery.
65. —— Effect of death of husband or wife.
66. Parent and child.
67. Attorney and client.
68. Judges, jurors, and officers acting at trial, as witnesses.
69. Judges, jurors, and judicial officers, as witnesses as to proceedings by or before them.
70. —— In general.
71. —— Judges, justices of the peace, and other magistrates.
72. —— Grand jurors.
73. —— Trial jurors.
74. —— Commissioners, masters, referees, and arbitrators.
75. Objections to competency in general.
76. Waiver of objections to competency.
(1). In general.
(2). Effect of examining witness by party objecting.
(3). Husband and wife.
77. Examination of witness as to competency.
78. Evidence as to competency in general.
79. Determination as to competency, and effect of incompetency.
(1). In general.
(2). Age and maturity of mind.
(3). Questions of law and fact.
(4). Review.

(B) PARTIES AND PERSONS
INTERESTED IN EVENT.

80. Nature and grounds of incompetency in general.
81. Constitutional and statutory provisions.
82. Parties of record in civil actions and proceedings.
83. —— In general.
84. —— Nominal and unnecessary parties.
85. —— Representative or official capacity.
86. —— Witnesses for or against other parties.
87. Defendants in criminal prosecutions.
88. —— In general.

**2004**

**II. COMPETENCY.**(Cont'd)

89. —— Separate trials of defendants jointly indicted.
90. —— Separate indictments for same offense.
91. Interest of party or other person.
92. —— In general.
94. —— Interest of persons other than parties in general.
95. —— Interest jointly with party.
96. —— Interest separate or different from that of party.
97. —— Liability on warranty or other liability over.
98. —— Interest arising from particular obligations or transactions.
99. —— Interest of member, stockholder, or officer of corporation party.
100. —— Interest of agent, employee, or other representative.
101. —— Liability for costs.
102. —— Interest in criminal prosecution of person injured, prosecutor, informer, or detective or other officer.
103. —— Interest in record as evidence in other proceedings.
104. —— Time and manner of acquiring interest.
105. —— Balance of interest as between adverse parties.
106. Husband or wife of party or other person interested.
   (1). In general.
   (2). Criminal prosecutions.
107. Testimony for or against interest.
108. Testimony admissible notwithstanding interest.
109. —— In general.
110. —— Proof of preliminary and collateral matters.
111. —— Proof as to damages after establishment of loss or injury and liability therefor.
112. Transfer, release, or extinguishment of interest.
113. Release or substitution of or indemnity against liability.
114. Determination of liability of codefendant by dismissal, default, or separate verdict or judgment.

**II. COMPETENCY.**(Cont'd)

115. Effect of statutory removal of incompetency in general.
115.1. —— In general.
116. —— Civil actions and proceedings.
117. —— Criminal prosecutions.
118. Effect of admission of testimony of adverse party.
119. Effect of calling or examination as witness by adverse party.
120. Consent of parties to testimony.
121. Objections to competency on ground of interest.
122. Waiver of objections.
123. Evidence as to interest.
124. Determination as to competency as affected by interest.

**(C) "DEAD MAN'S" STATUTES AND RULES.**

125. Nature and grounds of exclusion in general.
126. Constitutional and statutory provisions.
127. Actions and proceedings in which testimony is excluded.
128. —— In general.
129. —— Representative or other capacity, or title or interest of party.
130. —— Possibility of judgment for or against party in particular capacity or right.
131. —— Probate or contest of will.
132. —— Appointment or removal of executor, administrator, guardian, or trustee.
133. —— Claim or demand against estate of decedent or incompetent person.
134. —— Accounting of executor, administrator, guardian, or trustee.
135. —— Determination of validity or construction of deed, will, or codicil.
136. —— Determination of rights by descent or devolution from decedent.
137. Parties and other persons whose testimony is excluded.
138. —— In general.
139. —— Parties of record.
   (1). In general.
   (2). Who are parties.
   (3). Parties not served and effect of default or dismissal.

TR-0044661

**410. WITNESSES**

II. **COMPETENCY.**(Cont'd)

(4). Effect of release, assignment, or withdrawal.

(5). Interest in general and nominal or unnecessary parties.

(6). Effect of disclaimer.

(7). Adverse interest.

(8). Party deriving title or interest from deceased in general.

(9). Legatee, devisee, heir, or distributee.

(10). Executor or administrator.

(11). Surviving spouse.

(12). Guardian or next friend.

(13). Trustee and beneficiary.

(14). Parties to bills and notes.

(15). Mortgagor and mortgagee.

(16). Partners.

140. —— Persons interested in event.

(1). In general.

(2). Nature and extent of interest in general.

(3). Adverse interest.

(4). Relationship of witness to party or person interested.

(5). Interest in property in general.

(6). Legatee or devisee.

(7). Heir, distributee, or next of kin.

(8). Executor or administrator.

(9). Husband and wife.

(10). Surviving spouse.

(11). Guardian and ward.

(12). Trustee and beneficiary.

(13). Parties to bills and notes.

(14). Principal and surety or guarantor.

(15). Mortgagor and mortgagee.

(16). Principal and agent or other representative.

(17). Partners.

(18). Creditors.

(19). Transfer, release, or extinguishment of interest.

141. —— Agent or other representative of party or person interested.

142. —— Member, stockholder or officer of corporation or association party or interested.

II. **COMPETENCY.**(Cont'd)

143. —— Grantor, assignor, or other person from whom party derives title or interest.

(1). In general.

(2). Grantor or vendor.

(3). Assignor.

(4). Transferror of bill, note, or mortgage.

(5). Husband and wife.

144. —— Surviving party to contract or other transaction or cause of action.

(1). In general.

(2). Parties of record and interest in event.

(3). Adverse party.

(4). Surviving party to contract.

(5). Parties to bills and notes.

(6). Grantor and grantee or vendor and vendee.

(7). Trustee and beneficiary.

(8). Donor and donee.

(9). Mortgagor and mortgagee and lessor and lessee.

(10). Executor, administrator, or heir.

(11). Surviving spouse.

(12). Principal and agent.

(13). Member, stockholder, or officer of corporation.

(14). Joint parties in general.

(15). Surviving partners.

145. —— Representative, survivor, or successor of person deceased or incompetent, as witness in behalf of estate represented or in his own interest.

146. —— Husband or wife of party or other person excluded from testifying.

147. Parties as against whom testimony is excluded.

148. —— In general.

149. —— Executor, administrator, guardian, trustee, or other representative of estate of person deceased or incompetent.

(1). In general.

(2). Executor, administrator, or trustee.

150. —— Grantee, assignee, devisee, legatee, heir, distributee, or other person de-

**2006**

**II. COMPETENCY.**(Cont'd)

riving title or interest from deceased or incompetent person.

(1). In general.

(2). Grantee or assignee.

(3). Legatee, devisee, or heir.

(4). Widow.

(5). Creditors.

152. —— Survivor of joint parties to contract or other transaction or cause of action.

153. —— Party as to whom person deceased or incompetent acted in representative or fiduciary relation.

154. —— Principal of agent deceased or incompetent.

155. —— Parties to whom interest of witness is opposed.

156. —— Parties themselves incompetent to testify.

157. Subject-matter of testimony.

158. —— In general.

159. —— Transactions or communications between witness and person subsequently deceased or incompetent.

(1). In general.

(2). Nature of testimony in general.

(3). What constitutes transaction in general.

(4). Occupancy of land, and payment and collection of taxes or rent.

(5). Delivery of deeds and property.

(6). Demand, notice, and knowledge.

(7). Gift.

(8). Contracts in general.

(9). Services and value thereof.

(10). Supplies and value thereof.

(11). Agency.

(12). Partnership transactions.

(13). Payment or transmission of money.

(14). Physical condition and mental capacity.

160. —— Transactions or communications between person other than witness and person subsequently deceased or incompetent.

(1). In general.

(2). Interest of or participation by witness or his agent.

**II. COMPETENCY.**(Cont'd)

161. —— Transactions or communications between witness and other person in presence of person subsequently deceased or incompetent.

162. —— Transactions or communications between witness and agent competent to testify.

163. —— Admissions or other statements by person subsequently deceased or incompetent.

164. —— Communications or instruments in writing.

(1). In general.

(2). Lost instruments.

(3). Proof of handwriting.

(4). Letters and contents thereof.

(5). Bonds and assignment thereof.

(6). Bills and notes in general.

(7). Consideration of bill or note.

(8). Indorsement of bill or note.

(9). Deeds.

(10). Mortgages and assignment thereof.

(11). Execution and contents of will.

165. —— Statements and books of account.

166. —— Matters equally within knowledge of witness and person subsequently deceased or incompetent.

167. —— Matters occurring before death or incompetency of party to contract or other transaction or cause of action.

168. —— Matters occurring after death or incompetency of party to contract or other transaction or cause of action.

170. Nature and effect of testimony.

171. —— In general.

172. —— For or on behalf of witness himself or of his successor in title or interest.

173. —— For or on behalf of coparty.

174. —— For or against adverse party.

175. Effect of admission or availability of evidence on behalf of adverse party in general.

(1). In general.

(2). Effect of admission of deposition of person subsequently deceased or incompetent.

(3). Interest of witness.

2007

**410. WITNESSES**

**II. COMPETENCY.**(Cont'd)

176. Effect of admission of testimony of adverse party.
    (1). In general.
    (2). Transactions or communications with deceased.
    (3). Scope of testimony in general.
    (4). Testimony of assignor or of surviving party to contract or thing in action or person succeeding to rights of deceased.
177. Rebuttal of evidence on behalf of adverse party.
178. Effect of calling or examination as witness by adverse party.
    (1). In general.
    (2). Testimony given at instance of party desiring to testify.
    (3). Cross-examination by adverse party after direct examination.
    (4). Taking or introduction in evidence by adverse party of deposition or testimony at former hearing.
180. Objections to admissibility.
181. Waiver of objections.
182. Evidence as to nature and circumstances of transaction, communication, or other subject-matter.
183. Determination as to admissibility.
183.5. Weight of testimony admitted and corroboration.

**(D) CONFIDENTIAL RELATIONS AND PRIVILEGED COMMUNICATIONS (OBSOLETE, SEE PRIVILEGED COMMUNICATIONS AND CONFIDENTIALITY).**

**III. EXAMINATION.**

**(A) TAKING TESTIMONY IN GENERAL.**

224. Order, course, and extent of examination.
225. Control of court in general.
226. Discretion of court.
227. Oath or affirmation.
228. Mode of testifying in general.
229. Deaf or mute witnesses.
230. Witnesses ignorant of language, and interpreters.
231. Testimony in foreign language.
232. Testimony of party in civil case on his own behalf.

**III. EXAMINATION.**(Cont'd)

233. Testimony of accused in criminal prosecution.
234. Examination of adverse party in general.
235. Statement by witness or testimony without questions.
236. Questions in general.
    (1). In general.
    (2). Preliminary questions.
    (3). Interruption of testimony by questions.
    (4). Indefinite and general questions.
    (5). Question as affected by objectionable answer.
    (6). Questions objectionable in part.
    (7). Questions calling for answers not based on personal knowledge.
237. Questions assuming facts.
    (1). In general.
    (2). Facts not disputed.
    (3). Facts not proved.
    (4). Facts in issue.
239. Leading questions.
240. —— In general.
    (1). In general;  right to use.
    (2). Discretion of court.
    (3). What are leading questions in general.
    (4). Specific questions in general.
    (5). Questions as to statements or suggestions previously made by witness.
    (6). Questions as to statements or directions by or conversations between other persons.
    (7). Materiality of questions.
    (8). Questions involving conclusions or matters of opinion.
    (9). Questions in the alternative.
241. —— Preliminary or introductory questions.
242. —— Suggestions in aid of recollection.
243. —— Ability of witness to communicate.
244. —— Unwilling or hostile witnesses.
245. Repetition of questions.
246. Examination by court or jury.
    (1). In general.
    (2). Calling and examination by court.
    (3). Leading questions.
    (4). Repetition of questions by court.

**2008**

**410. WITNESSES**

### III. **EXAMINATION.**(Cont'd)

   (5). Recalling witness for examination.
247. Answers in general.
248. Responsiveness of answer.
   (1). In general.
   (2). Particular answers.
   (3). Answers responsive in part.
249. Remarks by witness.
250. Impressions of witness.
251. Reasons for knowledge or recollection of witness.
252. Use of documents, maps, plats, diagrams, or other matters to explain testimony.
253. Refreshing memory.
253.1. —— In general.
254. —— Grounds and purposes in general.
255. —— Memoranda or other writings which may be used.
   (1). In general.
   (2). Memoranda made by or in the presence of witness.
   (2.1). —— In general.
   (3). —— Time of making memoranda.
   (4). Memoranda made by another.
   (5). Copies of or extracts from records or memoranda.
   (6). Papers in legal proceedings.
   (7). Books of account and entries therein.
   (8). Records.
   (9). Testimony previously given by witness.
   (10). Testifying from memory after refreshing memory.
   (11). Time of making memoranda.
256. —— Inspection of writing by adverse party.
257. —— Admissibility of writing as evidence.
257.10. —— Testimony refreshed by hypnosis or drugs.
258. Testimony from memoranda or other writings.
259. Testimony of stenographer from notes.
260. Calling attention to and explanation of former statements or testimony.
261. Recalling witnesses.
262. —— In general.

### III. **EXAMINATION.**(Cont'd)

263. —— Explanation, correction, or restatement of former testimony.
264. —— Examination as to new matter.
265. Examination after use of deposition.

#### (B) CROSS-EXAMINATION.

266. Right to cross-examine and re-examine in general.
266.5. Effect of cross-examination or testimony.
267. Control and discretion of court.
268. Scope and extent of cross-examination in general.
   (1). In general.
   (2). Knowledge or source of information.
   (3). Drawing out whole of transaction or conversation.
   (4). Time of occurrence or condition.
   (5). Truth of direct testimony.
   (6). Facts inconsistent with testimony.
   (7). Conduct inconsistent with testimony.
   (8). Statements and affidavits by witness or others.
   (9). Conversations between witness and others.
   (10). Particular facts included in general statement by witness.
   (11). Cross-examination of voluntary statements by witness.
   (12). Sale, consideration and related circumstances.
   (13). Value of property.
   (14). Consideration for note.
   (15). Ownership or interest in property.
   (16). Reasons for action testified to by witness.
   (17). Witness's identity, address, etc.; matters endangering witness.
269. Limitation of cross-examination to subjects of direct examination.
   (1). In general.
   (2). Limitation as to particular subjects of inquiry.
   (2.1). —— In general.
   (3). —— Time of occurrence or condition.

**2009**

**410. WITNESSES**

III. **EXAMINATION.**(Cont'd)

(4). —— Prior conversations or statements.

(5). —— Testimony at preliminary examination or former trial.

(6). —— Cause of accident or injury, and precautions against.

(7). —— Threats, preparation, or previous attempts or difficulties.

(8). —— Conduct of business or occupation.

(9). —— Management and operation of machinery, railroad, or other conveyance.

(10). —— Quantity, quality, value, or cost.

(11). —— Ownership or interest in property.

(12). —— Bodily health, physical condition, mental condition, or intoxication.

(13). —— Personal and domestic relations.

(14). —— Character of deceased.

(15). Introduction of matters in defense or rebuttal in general.

270. Cross-examination as to irrelevant, collateral, or immaterial matters.

(1). In general.

(2). Particular matters as subjects of cross-examination.

(3). Cross-examination as to immaterial testimony in chief.

271. Cross-examination as to writings.

(1). In general.

(2). Necessity for production of writing.

(3). Admissibility of writing.

(4). Manner of conducting cross-examination.

272. Admissibility on cross-examination of writing used on direct examination.

273. Cross-examination of witness charged with fraud.

274. Cross-examination of witness to character of party.

(1). In general.

(2). Questions as to particular reports heard by witness.

275. Cross-examination of party in general.

III. **EXAMINATION.**(Cont'd)

(1). In general.

(2). Particular subjects of inquiry.

(2.1). —— In general.

(3). —— Facts inconsistent with testimony.

(4). —— Fraud.

(5). —— Limitation to subjects of direct inquiry.

(6). —— Irrelevant, collateral, or immaterial matters.

(7). —— Writings.

(8). Cross-examination of party or employee examined as a witness by adverse party.

276. Examination of adverse party or witness as on cross-examination.

277. Cross-examination of accused in criminal prosecutions.

(1). In general.

(2). Particular subjects of inquiry.

(2.1). —— In general.

(3). —— Facts inconsistent with testimony.

(4). —— Limitation to subjects of direct examination.

(5). —— Irrelevant, collateral, or immaterial matters.

(6). —— Writings.

(7). Recalling for further cross-examination.

278. Cross-examination of accomplices and codefendants in criminal prosecutions.

279. Questions on cross-examination.

280. —— In general.

281. —— Questions assuming facts.

282. —— Leading questions.

282.5. —— Repetition of questions and questions calling for repetition of answers.

282.9. —— Cross-examination by court.

283. Recalling witness for cross-examination.

284. Effect of refusal to submit to cross-examination.

(C) **RE-EXAMINATION.**

285. Redirect examination.

285.1. —— In general.

286. —— Scope and extent.

(1). In general.

**III. EXAMINATION.**(Cont'd)

(2). Discretion of court.
(3). Leading questions.
(4). Scope and extent in general.
(5). Introduction of writings in evidence.
(6). Examination as to writings.
287. —— Explanation of testimony on cross-examination.
   (1). In general.
   (2). Discretion of court.
   (3). Motives or reasons for acts or statements detailed on cross-examination.
   (4). Drawing out whole of transaction or conversation in general.
288. —— New matter on cross-examination.
   (1). In general.
   (2). Particular subjects of inquiry.
289. —— Irrelevant, collateral, or immaterial matters.
290. —— Repetition of testimony on direct or cross-examination.
291. Recross-examination.

**(D) PRIVILEGE OF WITNESS.**

292. Nature and grounds of privilege to refuse to answer in general.
293. Constitutional and statutory provisions.
293.5. Proceedings to which privilege applies.
294. Answer tending to subject witness to civil action or pecuniary loss.
295. Answer tending to subject witness to penalty or forfeiture.
296. Answer tending to disgrace witness or render him infamous.
297. Self-incrimination.
   (1). In general.
   (2). Direct, indirect or partial disclosure.
   (3). Motive for claiming privilege; protection of others.
   (4). Form and purpose of inquiry.
   (4.1). —— In general.
   (5). —— Cross-examination and impeachment.
   (6). —— Grand jury investigation.
   (7). —— Legislative or official investigation.
   (8). Particular subjects of inquiry.

**III. EXAMINATION.**(Cont'd)

   (8.1). —— In general.
   (9). —— Fraud or perjury.
   (10). —— Gaming, sex and liquor.
   (11). —— Government and officers, offenses involving.
   (12). —— Personal identity and associations.
   (13). Particular circumstances affecting danger of prosecution.
   (13.1). —— In general.
   (14). —— Prosecution in different jurisdiction.
298. Privilege as to production of documents.
298.5. Privilege as to physical examination.
299. Privilege of accused in criminal prosecution.
300. —— In general.
301. —— Cross-examination.
302. Caution to witness.
303. Effect of release or discharge from liability.
304. Effect of statutory protection of witness from use of evidence against himself.
   (1). In general.
   (2). Constitutionality of provisions in general.
   (3). Sufficiency of statutory protection.
   (4). Persons entitled to immunity.
305. Waiver of privilege.
   (1). In general.
   (2). Waiver by accused in criminal prosecutions.
306. Persons entitled to claim privilege.
307. Claim of privilege.
308. Determination of right to privilege.
309. Effect of refusal to answer.
310. Remedies for protection of witness against subsequent use of evidence.

**IV. CREDIBILITY AND IMPEACHMENT.**

**(A) IN GENERAL.**

311. Grounds of credibility in general.
312. Means of knowledge of witness.
313. Recollection of witness.
315. Manner of testifying.
316. Effect of mistaken or inaccurate testimony.
317. Falsus in uno, falsus in omnibus.

**410. WITNESSES**

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

    (1). In general.
    (2). Willfulness or mistake.
    (3). Materiality of false testimony.
    (4). Contradiction or corroboration on other points.

318. Corroboration of unimpeached and un-contradicted witness.
319. Right to impeach witness in general.
320. Right to impeach one's own witness.
321. —— In general.
322. —— Witness whom party is compelled to call.
323. —— Witness hostile to party calling him.
324. —— Party called as witness by adversary.
325. —— Witness cross-examined as to matter not subject of direct examination.
326. Right to impeach impeaching witness.
327. Impeachment of capacity of witness.
328. Impeachment of knowledge or recollection of witness.
329. Cross-examination to test reliability of witness.
330. Cross-examination to discredit witness or disparage testimony in general.
    (1). In general.
    (2). Inquiry as to conversation between witness and other person relative to facts.
    (3). Personal affairs, acts, and transactions of witness not pertaining to issues.
331. Effect of refusal to answer on cross-examination.
331.5. Competency of impeaching evidence in general.
    *Excludes expert opinion evidence, see CRIMINAL LAW ⬯474.3.*
332. Recalling witness for purpose of impeachment.

**(B) CHARACTER AND CONDUCT OF WITNESS.**

333. Character as ground of impeachment in general.
334. Witnesses who may be impeached as to character.
335. —— In general.
336. —— Party as witness in civil action or proceeding.

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

337. —— Accused as witness in criminal prosecution.
    (.5). In general.
    (1). Right to impeach.
    (2). Character and reputation in general.
    (3). Reputation as to veracity.
    (4). Particular acts or facts.
    (5). Former accusation or conviction of crime.
    *Excludes whether adjudication is a criminal conviction and effect on conviction of subsequent events, see ⬯345(5–11), extent of cross-examination concerning conviction, see ⬯350, and competency of evidence offered to prove conviction, see ⬯359.*
    (7). —— In general.
    (8). —— Discretion.
    (9). —— Felonies or misdemeanors; ordinance violations.
    (10). —— Extent of punishment.
    (11). —— Moral turpitude; infamous crimes.
    (12). —— Relationship to honesty; crimen falsi.
    (13). —— Offenses committed in other jurisdictions.
    (14). —— Particular offenses.
    (15). —— Fraud or forgery.
    (16). —— Larceny or shoplifting.
    (17). —— Receiving or possessing stolen goods.
    (18). —— Perjury or bribery.
    (19). —— Burglary or robbery.
    (20). —— Assault and battery; homicide.
    (21). —— Drug related offenses.
    (22). —— Sex offenses.
    (23). —— Motor vehicle offenses.
    (24). —— Weapons offenses.
    (25). —— Prejudice or unfairness; balancing probative value.
    (26). —— Effect on defendant's decision to testify.
    (27). —— Similarity to charged offense.
    (28). —— Time of prior conviction; remoteness.
    (29). —— Admission or denial of conviction.

TR-0044668

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

(30). —— Extent of showing;  number of offenses.

(31). —— Determination;  hearing and findings.

(32). —— Evidence.

338.  Character and reputation in general.

339.  Particular traits of character or habits.

340.  —— In general.

(1). In general.

(2). Religious faith or moral sense.

(3). Unchastity.

341.  —— Relevancy to issues.

342.  Reputation as to veracity.

343.  Place and time of acquiring reputation.

344.  Particular acts or facts.

(1). In general.

(2). Immoral or unlawful acts or conduct in general.

(3). Violation of marriage obligations.

(4). Business or occupation.

(5). Fraud or dishonesty.

345.  Accusation or conviction of crime.

(1). In general.

(2). Particular offenses.

(3). Confinement in reformatory.

(4). Conviction, acquittal, and pardon.

(5). —— In general.

(6). —— Pleas of guilty or nolo contendere.

(7). —— Arrest or charge without conviction.

(8). —— Pardon, parole, probation, expungement or suspension of sentence.

(9). —— Juvenile, youthful offender or military adjudications.

(10). —— Pendency or possibility of appeal;  posttrial motions.

(11). —— Validity of conviction;  reversal or setting aside.

346.  Conduct of witness with reference to cause.

347.  Conduct of witness inconsistent with testimony;  silence.

348.  Cross-examination for purpose of impeachment.

349.  —— In general.

350.  —— Accusation or conviction of crime.

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

351.  Laying foundation for impeaching evidence.

352.  Competency of impeaching evidence in general.

353.  Competency of impeaching witnesses as to character or reputation.

354.  —— In general.

355.  —— Knowledge or means of knowledge of impeaching witness.

356.  Examination of impeaching witnesses as to character or reputation.

356.1.  —— In general.

357.  —— Direct examination.

358.  —— Cross-examination and re-examination.

359.  Evidence of accusation or conviction of crime.

360.  Rebuttal of evidence impeaching character.

361.  Evidence to sustain character of witness impeached.

(1). In general.

(2). Of witness accused or convicted of crime.

(3). Contradiction of record of conviction.

(4). Competency of sustaining witnesses.

362.  Effect of impeachment of character.

**(C) INTEREST AND BIAS OF WITNESS.**

363.  Interest as ground of impeachment in general.

(1). In general.

(2). Showing interest or bias of one's own witness.

364.  Interest of party of record in civil action or proceeding.

365.  Interest of defendant in criminal prosecution.

366.  Interest of accomplice or codefendant in criminal prosecution.

367.  Interest in event of witness not party to record.

(1). In general.

(2). Assisting party in conduct of action or prosecution.

(3). Detectives and others employed to testify or procure evidence.

TR-0044669

**410. WITNESSES**

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

368. Relationship to party.
369. Employment by or other contractual relation with party.
370. Friendly or unfriendly relations with or feeling toward party.
    (1). In general.
    (2). Relations with or feelings toward family, relatives, or attorney of party.
    (3). Instigation or maintenance of prosecution or litigation.
    (4). Sexual relations.
    (5). Business relations or competition.
    (6). Relations with or feelings toward person killed by defendant in prosecution for homicide.
371. Bias or prejudice of impeaching witness toward witness impeached.
372. Cross-examination to show interest or bias.
    (1). In general.
    (2). Inquiry as to particular acts or facts tending to show interest or bias.
    (3). Conclusiveness of answers on cross-examination.
373. Laying foundation for impeaching evidence.
374. Competency of impeaching evidence.
    (1). In general.
    (2). Declarations, statements, or admissions of witness.
375. Examination of impeaching witnesses.
376. Rebuttal of evidence of interest or bias.
377. Evidence to show want of interest or freedom from bias.
378. Effect of impeachment for interest or bias.

**(D) INCONSISTENT STATEMENTS BY WITNESS.**

379. Inconsistency of statements as ground of impeachment in general.
    (1). In general.
    (2). Nature of statement in general.
    (3). Statements of conclusions or opinions.
    (4). Written statements or instruments.
    (4.1). —— In general.

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

    (5). —— Letters.
    (6). —— Official documents, records and proceedings.
    (7). —— Judicial records and proceedings.
    (8). Former testimony of witness.
    (8.1). —— In general.
    (9). —— Testimony before grand jury or at preliminary investigation or coroner's inquest.
    (10). —— Depositions and interrogatories.
    (11). Time of making statements and circumstances connected therewith.
    (12). Statements by third persons in presence of witness.
380. Witnesses who may be impeached by inconsistent statements.
    (1). In general.
    (2). Accused in criminal prosecution.
    (3). Impeachment of testimony of deceased or absent witness.
    (4). Stipulation as to testimony of absent witness.
    (5). Inconsistent statements of one's own witness.
    (5.1). —— In general.
    (6). —— Party called as witness by adversary.
    (7). —— Witness whom party is compelled to call.
    (8). —— Cross-examination as to matter not subject of direct examination.
    (9). —— Witness for both parties.
381. Testimony subject to impeachment.
382. —— In general.
383. —— Irrelevant, collateral, or immaterial matters.
384. —— Conclusions and matters of opinion.
386. Nature and extent of inconsistency.
387. Cross-examination as to inconsistent statements.
388. Laying foundation for proof of inconsistent statements.
    (1). In general.
    (2). Necessity of laying foundation.

TR-0044670

**410. WITNESSES**

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

(2.1). —— In general.

(3). —— Party as witness.

(4). —— Impeachment of one's own witness.

(5). Scope of cross-examination for purpose of laying foundation.

(6). Foundation for impeachment of deposition, affidavit, or other written testimony.

(7). Foundation for impeachment by written statements.

(7.1). —— In general.

(8). —— Depositions or minutes of testimony at former trial or hearing.

(9). Certainty and definiteness of inquiry.

(9.1). —— In general.

(10). —— Time, place, circumstances, and person to whom statements were made.

389. Admission or denial by witness of making of inconsistent statements.

390. Competency of evidence of inconsistent statements in general.

390.1. —— In general.

391. —— Oral statements, and examination of impeaching witnesses.

392. —— Written statements or instruments.

(1). In general.

(2). Portion of writing.

393. —— Former testimony of witness.

(1). In general.

(2). Stenographer's notes or transcript.

(3). Testimony before grand jury or at preliminary investigation or coroner's inquest.

(4). Depositions.

(5). Bills of exceptions.

(6). Portion of writing or testimony.

394. Rebuttal of evidence of inconsistent statements.

395. Evidence as to statements consistent with testimony.

396. Explanation of inconsistency.

(1). In general.

(2). Right to show whole statement.

(3). Right of impeached witness to give version of statement.

**IV. CREDIBILITY AND IMPEACHMENT.**(Cont'd)

397. Effect of impeachment by inconsistent statements.

**(E) CONTRADICTION.**

398. Right to contradict testimony in general.

(1). In general.

(2). Laying foundation for contradiction.

(3). Right of cross-examiner to contradict answers elicited on cross-examination.

399. Right to contradict testimony of one's own witness.

400. —— In general.

(1). In general.

(2). Party called as witness by adversary.

401. —— Witness cross-examined as to matter not subject of direct examination.

402. —— Disproving facts testified to by witness.

403. Testimony subject to contradiction.

404. —— In general.

405. —— Irrelevant, collateral, or immaterial matters.

(1). In general.

(2). Party to civil action or accused in criminal prosecution.

406. Competency of contradictory evidence.

407. Rebuttal of contradictory evidence.

408. Explanation of contradiction.

409. Effect of contradiction.

**(F) CORROBORATION.**

410. Right to corroborate impeached or contradicted witness.

411. Testimony subject to corroboration.

412. —— In general.

413. —— Irrelevant, collateral, or immaterial matters.

414. Competency of corroborative evidence.

(1). In general.

(2). Former statements corresponding with testimony.

415. Rebuttal of corroborative evidence.

416. Effect of corroboration.

**2015**

TR-0044671

## 411. WOODS AND FORESTS

### SUBJECTS INCLUDED

Trees not grown for their fruit or other annual products

Protection and promotion of the growth of such trees and of forests

Nature and incidents of rights of property in growing trees in general

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Agriculture, promotion in general, see AGRICULTURE

Logs and timber, trees considered as, and transfer of timber lands or of timber ready for logging, see LOGS AND LOGGING

Particular estates in land, rights and liabilities incident to, see PROPERTY III(C) and other specific topics

Public lands, trees on, see PUBLIC LANDS

Specific remedies for cutting down or injuring trees, see TRESPASS, PROPERTY VII

Wilderness areas, see ENVIRONMENTAL LAW

1. Nature of property.
2. Ownership in general.
4. Effect of sale or conveyance of land.
5. Power to protect and regulate.
6. Statutory provisions.
7. Forest commissions and other officers.
8. Forest reservations, preserves, or parks.
    *Excludes wilderness areas, see ENVIRONMENTAL LAW ⟐44.*
10. Offenses.
11. Penalties for violations of regulations.
12. Criminal prosecutions.

---

## 413. WORKERS' COMPENSATION

### SUBJECTS INCLUDED

Compensation provided by Workers' Compensation Acts, for injury to or death of employees arising out of and in course of their employments

Persons and employments within such acts

Persons entitled to, and liable for, compensation

Compensability of injuries and compensation payable

Public funds for payment of compensation and contributions thereto

Workers' compensation insurance or self-insurance

Administrative boards, commissions, and officers

Proceedings to secure compensation and review thereof

Payment of compensation, and assignment or transfer of rights

Acceptance or rejection of such acts and effect of acts on other rights and liabilities

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Admiralty, jurisdiction and procedure, see ADMIRALTY

Black lung benefits, see LABOR AND EMPLOYMENT

Disability benefits, see LABOR AND EMPLOYMENT, and MUNICIPAL CORPORATIONS and other government topics for public employment benefits

Employer-employee relation generally, and liability and damages recoverable in ordinary civil actions for injuries to employees, see LABOR AND EMPLOYMENT, DAMAGES

Employers' liability insurance, see INSURANCE

Interstate commerce, applicability of state laws to persons engaged in, see COMMERCE

Unemployment compensation, see UNEMPLOYMENT COMPENSATION

---

I. NATURE AND GROUNDS OF EMPLOYER'S LIABILITY, ⟐1–73.
II. WHAT LAW GOVERNS, ⟐74–100.
III. EMPLOYMENTS INCLUDED, ⟐101–185.
  (A) IN GENERAL, ⟐101–113.
  (B) PARTICULAR EMPLOYMENTS, ⟐114–185.
IV. EMPLOYERS WITHIN ACTS, ⟐186–229.

TR-0044672

**413. WORKERS' COMPENSATION**

IV.  EMPLOYERS WITHIN ACTS—Cont'd
  (A)  IN GENERAL, ☞186–194.
  (B)  PARTICULAR EMPLOYERS,
       ☞195–229.
V.  EMPLOYEES WITHIN ACTS,
     ☞230–390.
  (A)  IN GENERAL, ☞230–251.
  (B)  PARTICULAR CLASSES OF PER-
       SONS  IN  GENERAL,  ☞252–262.
  (C)  CASUAL EMPLOYEES AND EM-
       PLOYMENT IN TRADE OR
       BUSINESS OF EMPLOYER,
       ☞263–294.
    1.  CASUAL EMPLOYEES IN GEN-
        ERAL, ☞263–277.
    2.  EMPLOYMENT IN TRADE OR
        BUSINESS OF EMPLOYER,
        ☞278–294.
  (D)  PARTNERS AND JOINT VENTUR-
       ERS, ☞295–296.
  (E)  CORPORATE OFFICERS AND
       STOCKHOLDERS, ☞297–303.
  (F)  INDEPENDENT CONTRACTORS,
       ☞304–343.
  (G)  EMPLOYEES OF CONTRACTOR
       OR SUBCONTRACTOR,
       ☞344–361.
  (H)  CHILDREN OR MINORS,
       ☞362–373.
  (I)  PUBLIC OFFICERS AND EMPLOY-
       EES, ☞374–390.
VI.  ACCEPTANCE OR ELECTION TO
      COME UNDER ACT, ☞391–409.
VII.  COMPENSATION ON DEATH OF
       EMPLOYEE, ☞410.1–510.
  (A)  PERSONS ENTITLED TO BENE-
       FITS, ☞410.1–449.
    1.  IN GENERAL, ☞410.1–419.
    2.  PERSONS IN PARTICULAR RE-
        LATIONSHIPS TO EMPLOYEE,
        ☞420.1–429.
    3.  CONFLICTING CLAIMS, PRIORI-
        TIES, AND APPORTIONMENT,
        ☞430.1–439.
    4.  EFFECT OF DEATH, MARRIAGE,
        COMING OF AGE, CESSATION
        OF DEPENDENCY, OR OTHER
        CHANGE OF CONDITION OF
        PERSON ENTITLED,
        ☞440.1–449.
  (B)  DEATH BENEFITS, ☞450.1–459.
  (C)  DISABILITY COMPENSATION,
       ☞460.1–510.
VIII.  INJURIES FOR WHICH COMPEN-
        SATION MAY BE HAD,
        ☞511–800.
  (A)  NATURE AND CHARACTER OF
       PHYSICAL HARM, ☞511–596.

VIII.  INJURIES FOR WHICH COMPEN-
        SATION MAY BE HAD—Cont'd
  (A)  NATURE AND CHARACTER OF
       PHYSICAL HARM—Cont'd
    1.  IN GENERAL, ☞511–520.
    2.  DISEASES, INFECTIONS, AND
        POISONING, ☞521–546.
    3.  OCCUPATIONAL DISEASES,
        ☞547–551.
    4.  AGGRAVATION OF PREVIOUS-
        LY IMPAIRED CONDITION,
        ☞552–566.
    5.  PARTICULAR INJURIES AND
        CONSEQUENCES, ☞567–596.
  (B)  REMOTE AND PROXIMATE CON-
       SEQUENCES, ☞597–603.
  (C)  INJURIES ARISING OUT OF AND
       IN COURSE OF EMPLOYMENT
       IN GENERAL, ☞604–618.
  (D)  PARTICULAR CAUSES, CIRCUM-
       STANCES, AND CONDITIONS
       OF INJURY, ☞619–770.
    1.  IN GENERAL, ☞619–625.
    2.  ACTS DONE UNDER DIRECTION
        OR PERMISSION, OR IN EMER-
        GENCY, ☞626–627.
    3.  NEGLIGENT, UNREASONABLE,
        OR VOLUNTARY ACTS, AND
        INCURRENCE OF RISK,
        ☞628–631.
    4.  INJURIES BY ELECTRICITY, EX-
        PLOSIONS, OR BURNS,
        ☞632–634.
    5.  INJURIES FROM OPERATION,
        CARE, OR REPAIR OF VEHI-
        CLES, ELEVATORS OR HOIST-
        ING APPARATUS, ☞635–636.
    6.  INJURIES BY ELEMENTS OR
        ACT OF GOD, ☞637–642.
    7.  STREET ACCIDENTS IN GENER-
        AL, ☞643–648.
    8.  SLIPPING, TRIPPING, OR FALLS,
        ☞649–651.
    9.  ACTS FOR PERSONAL COMFORT
        OR CONVENIENCE OF EM-
        PLOYEE, ☞652–660.
    10.  ACTS FOR BENEFIT OF EM-
        PLOYER AND EMPLOYEE,
        ☞661–664.
    11.  ACTS FOR INDIVIDUAL PUR-
        POSES OR BENEFIT OF EM-
        PLOYEE, ☞665–668.
    12.  ACTS FOR BENEFIT OF CO-EM-
        PLOYEE OR THIRD PERSON,
        ☞669–670.
    13.  HORSEPLAY AND PRACTICAL
        JOKING, ☞671–677.

**2017**

**413. WORKERS' COMPENSATION**

VIII. INJURIES FOR WHICH COMPEN-
    SATION MAY BE HAD—Cont'd
  (D) PARTICULAR CAUSES, CIRCUM-
    STANCES, AND CONDITIONS
    OF INJURY—Cont'd
    14. INJURIES BY ACTS OF CO-EM-
      PLOYEE OR OF THIRD PER-
      SON, ☜678–697.
    15. ACCIDENTAL SHOOTING,
      ☜698–703.
    16. INJURIES BEFORE OR AFTER
      WORKING HOURS OR BE-
      FORE ENTERING ON OR AF-
      TER LEAVING EMPLOY-
      MENT, ☜704–709.
    17. PLACE OF INJURY WITH REF-
      ERENCE TO PLANT OR
      PREMISES OF EMPLOYER,
      ☜710–718.
    18. INJURIES WHILE GOING TO OR
      FROM WORK, ☜719–757.
    19. INJURIES WHILE GOING TO OR
      FROM MEALS; GOING FOR
      PAY; GOING TO PUNCH
      TIME CLOCK; AND SIMILAR
      ACTS, ☜758–763.
    20. INTERVALS OR TEMPORARY
      CESSATION OF WORK; EM-
      PLOYEE AWAY FROM WORK-
      ING PLACE, ☜764–770.
  (E) DEFENSES AGAINST CLAIMS
    FOR COMPENSATION; MIS-
    CONDUCT OF EMPLOYEE,
    ☜771–800.
IX. AMOUNT AND PERIOD OF COM-
    PENSATION, ☜801–1002.
  (A) BASIS FOR DETERMINATION OF
    AMOUNT, ☜801–835.5.
  (B) DISABILITY BENEFITS, ☜836–884.
    1. IN GENERAL, ☜836–839.2.
    2. TEMPORARY OR PERMANENT
      DISABILITY IN GENERAL,
      ☜840.1–849.
    3. TOTAL OR PARTIAL DISABILITY
      IN GENERAL, ☜850.1–859.
    4. SUPPLEMENTAL AND IMPAIRED
      EARNING BENEFITS,
      ☜860.1–864.
    5. PREVIOUS IMPAIRMENT OR
      MULTIPLE INJURIES; APPOR-
      TIONMENT, ☜865.1–869.
    6. MAXIMUM MEDICAL IMPROVE-
      MENT; MULTIPLE AWARDS,
      ☜870.1–874.
    7. LIMITATIONS ON AMOUNT; EX-
      TENDED BENEFITS,
      ☜875.1–879.

IX. AMOUNT AND PERIOD OF COM-
    PENSATION—Cont'd
  (B) DISABILITY BENEFITS—Cont'd
    8. EMPLOYMENT AND EARNING
      CAPACITY, ☜880.1–884.
  (C) SCHEDULED AND OTHER PAR-
    TICULAR INJURIES,
    ☜885.1–889.
  (D) OTHER BENEFITS, ☜890.1–907.
    1. PAIN AND SUFFERING,
      ☜890.1–894.
    2. DISFIGUREMENT, ☜895.1–899.
    3. REHABILITATION AND RE-
      TRAINING COMPENSATION,
      ☜900.1–907.
  (E) COMPENSATION FOR DEATH,
    ☜908–933.
    1. IN GENERAL, ☜908–931.
    2. PERIOD OF COMPENSATION,
      ☜932–933.
  (F) DEDUCTIONS AND OFFSETS,
    ☜934.1–937.
  (G) INCREASE OR REDUCTION OF
    COMPENSATION, ☜938–960.
    1. MISCONDUCT IN GENERAL
      (PRIOR TO INJURY), ☜938–945.
    2. MINIMIZING OR AGGRAVATING
      INJURY (SUBSEQUENT TO IN-
      JURY), ☜946–960.
  (H) MEDICAL OR OTHER EXPENSES,
    ☜961–1002.
    1. IN GENERAL, ☜961–991.5.
    2. PROCEEDINGS FOR ALLOW-
      ANCE OR RECOVERY,
      ☜992–1002.
X. PAYMENT OF COMPENSATION AND
    COMPLIANCE WITH AWARD,
    ☜1003–1044.
  (A) MODE OF PAYMENT OR COM-
    PLIANCE IN GENERAL,
    ☜1003–1004.
  (B) PERIODICAL OR COMMUTED
    PAYMENTS, ☜1005–1028.
    1. IN GENERAL, ☜1005.
    2. AGREEMENTS FOR COMMUTA-
      TION OF PAYMENTS,
      ☜1006–1007.
    3. AWARD BY ARBITRATOR, COM-
      MISSIONER, BOARD, OR
      COURT, ☜1008–1028.
  (C) ENFORCEMENT OF PAYMENT
    OR COMPLIANCE, ☜1029–1041.
  (D) UNFAIR PRACTICES; BAD
    FAITH; PENALTIES,
    ☜1042.1–1042.29.
  (E) EFFECT OF PAYMENT,
    ☜1043–1044.
XI. INSURANCE AND PUBLIC FUNDS,
    ☜1045–1075.

**2018**

**413. WORKERS' COMPENSATION**

XI. INSURANCE AND PUBLIC FUNDS
—Cont'd
(A) IN GENERAL, ⚮1045–1047.7.
(B) PUBLIC FUNDS, ⚮1048–1057.5.
(C) SELF-INSURANCE, ⚮1058–1060.
(D) PRIVATE INSURANCE,
⚮1061–1075.
XII. ADMINISTRATIVE OFFICERS AND
BOARDS, ⚮1076–1096.10.
XIII. ASSIGNMENT OR TRANSFER OF
RIGHTS, ⚮1097–1099.
XIV. WAIVER AND ESTOPPEL AS TO
RIGHT TO CLAIM OR TO DENY
LIABILITY FOR COMPENSA-
TION, ⚮1100–1114.
XV. AGREEMENTS AS TO COMPENSA-
TION; COMPROMISE, SETTLE-
MENT, AND RELEASE,
⚮1115–1162.
(A) REQUISITES AND VALIDITY,
⚮1115–1126.
(B) CONSTRUCTION, OPERATION,
AND ENFORCEMENT,
⚮1127–1141.
(C) REVIEW, MODIFICATION, AND
CANCELLATION, ⚮1142–1162.
XVI. PROCEEDINGS TO SECURE COM-
PENSATION, ⚮1163–1989.
(A) IN GENERAL, ⚮1163–1187.
(B) VENUE, ⚮1188.
(C) PARTIES, ⚮1189–1198.
(D) TIME FOR INSTITUTION OF PRO-
CEEDINGS, AND LIMITATIONS,
⚮1199.1–1215.
1. IN GENERAL, ⚮1199.1–1199.4.
2. COMPUTATION, TOLLING, AND
ACCRUAL, ⚮1199.5–1199.29.
3. WAIVER AND ESTOPPEL,
⚮1199.30–1215.
(E) NOTICE OF ACCIDENT OR INJU-
RY, ⚮1216–1256.
1. IN GENERAL, ⚮1216–1231.
2. EXCUSING WANT OF, OR DE-
FECT IN, NOTICE, ⚮1232–1256.
(F) CLAIMS FOR COMPENSATION,
⚮1257–1304.
1. IN GENERAL, ⚮1257–1261.5.
2. REQUISITES AND SUFFICIENCY,
⚮1262–1304.
(G) MEDICAL EXAMINATION,
⚮1305–1315.
(H) ALTERNATIVE DISPUTE RESO-
LUTION, ⚮1316.1–1317.
(I) APPLICATION, PETITION, OR
COMPLAINT, ⚮1318–1326.
(J) ANSWER OR NOTICE OF DE-
FENSE, ⚮1327–1333.

XVI. PROCEEDINGS TO SECURE COM-
PENSATION—Cont'd
(K) ISSUES, PROOF, AND VARIANCE,
⚮1334–1337.
(L) PRESUMPTIONS AND BURDEN
OF PROOF, ⚮1338–1382.
1. IN GENERAL, ⚮1338–1339.
2. PARTICULAR MATTERS,
⚮1340–1382.
(M) ADMISSIBILITY OF EVIDENCE,
⚮1383–1405.
(N) WEIGHT AND SUFFICIENCY OF
EVIDENCE, ⚮1406–1684.
1. IN GENERAL, ⚮1406–1426.
2. EMPLOYMENTS WITHIN ACTS,
⚮1427–1428.
3. EMPLOYERS WITHIN ACTS,
⚮1429–1434.
4. EMPLOYEES WITHIN ACTS,
⚮1435–1461.
5. ACCEPTANCE OR ELECTION TO
COME UNDER ACTS,
⚮1462–1464.
6. DEPENDENCY AND RELATION-
SHIP, ⚮1465–1486.
7. ACCIDENT OR INJURY AND
CONSEQUENCES THEREOF,
⚮1487–1597.
8. DEFENSES AGAINST CLAIM FOR
INJURY, ⚮1598–1608.
9. AMOUNT AND PERIOD OF COM-
PENSATION, ⚮1609.1–1675.
10. KNOWLEDGE OR NOTICE OF
ACCIDENT, INJURY, OR DIS-
ABILITY, ⚮1676–1680.
11. CLAIM OR PETITION FOR COM-
PENSATION AND INSTITU-
TION OF PROCEEDINGS,
⚮1681–1684.
(O) AFFIDAVITS AND DEPOSITIONS,
⚮1685–1686.
(P) HEARING OR TRIAL, ⚮1687–1764.
1. IN GENERAL, ⚮1687–1694.
2. PRODUCTION AND RECEPTION
OF EVIDENCE AND EXAMINA-
TION OF WITNESSES,
⚮1695–1703.5.
3. QUESTIONS OF LAW AND FACT,
⚮1704–1726.
4. JURY TRIAL, ⚮1727–1729.
5. REFERENCE, ⚮1730–1731.
6. FINDINGS OF FACT AND CON-
CLUSIONS OF LAW BY
BOARD, COMMISSION, OR
COURT, ⚮1732–1764.
(Q) AWARD OR JUDGMENT,
⚮1765–1793.

TR-0044675

**413. WORKERS' COMPENSATION**

XVI. PROCEEDINGS TO SECURE COM-
PENSATION—Cont'd
(R) REHEARING AND NEW TRIAL,
⇨1794–1803.
(S) REVIEW BY BOARD OR COMMIS-
SION, ⇨1804–1821.
(T) REVIEW BY COURT, ⇨1822–1979.
1. IN GENERAL, ⇨1822–1831.
2. VENUE, ⇨1832.
3. DECISIONS REVIEWABLE,
⇨1833–1836.
4. RIGHT OF REVIEW, ⇨1837–1844.
5. PRESENTATION AND RESERVA-
TION BELOW OF GROUNDS
OF REVIEW, ⇨1845–1866.
6. PARTIES, ⇨1867–1871.
7. TAKING AND PERFECTING PRO-
CEEDINGS FOR REVIEW,
⇨1872–1892.
8. EFFECT OF PROCEEDINGS FOR
REVIEW AND SUPERSEDEAS
OR STAY, ⇨1893–1894.
9. RECORD, ⇨1895–1905.
10. ASSIGNMENTS OF ERROR AND
BRIEFS, ⇨1906–1907.
11. DISMISSAL, WITHDRAWAL,
ABANDONMENT, HEARING,
AND REHEARING,
⇨1908–1909.
12. SCOPE AND EXTENT OF RE-
VIEW IN GENERAL,
⇨1910–1937.
12A. QUESTIONS OF LAW OR
FACT, FINDINGS, AND VER-
DICT, ⇨1938–1940.
13. DETERMINATION AND DISPO-
SITION OF PROCEEDING,
⇨1941–1953.
14. PROCEEDINGS FOR FURTHER
REVIEW, ⇨1954–1977.
15. LIABILITY ON BONDS AND SE-
CURITIES, ⇨1978–1979.
(U) COSTS AND ATTORNEY FEES,
⇨1980.1–1989.
1. IN GENERAL, ⇨1980.1–1980.7.
2. ATTORNEY FEES,
⇨1980.8–1980.19.
3. PROCEEDINGS, ⇨1980.20–1989.
XVII. INCREASE, DIMINUTION, TERMI-
NATION, REINSTATEMENT, OR
ADDITIONAL AWARD OF DIS-
ABILITY COMPENSATION,
⇨1990–2079.
(A) AWARDS GENERALLY,
⇨1990–2064.

XVII. INCREASE, DIMINUTION, TERMI-
NATION, REINSTATEMENT, OR
ADDITIONAL AWARD OF DIS-
ABILITY COMPENSATION
—Cont'd
(A) AWARDS GENERALLY—Cont'd
1. ADJUSTMENT OR TERMI-
NATION OF COMPENSATION,
⇨1990–2051.
2. REVIEW, ⇨2052–2064.
(B) AGREEMENTS AND SETTLE-
MENTS, ⇨2065–2079.
XVIII. OFFENSES AND PENALTIES,
⇨2080–2081.
XIX. EMPLOYER'S REPORT OF ACCI-
DENT AND NOTICE OF DEATH
TO BENEFICIARIES,
⇨2082–2083.
XX. EFFECT OF ACT ON OTHER STAT-
UTORY OR COMMON-LAW
RIGHTS OF ACTION AND DE-
FENSES, ⇨2084–2254.
(A) BETWEEN EMPLOYER AND EM-
PLOYEE, ⇨2084–2141.
1. EXCLUSIVENESS OF REMEDIES
AFFORDED BY ACTS,
⇨2084–2102.
2. ELECTION AND WAIVER OF
REMEDIES, ⇨2103–2109.
3. DEFENSES; ABROGATION OR
MODIFICATION OF COMMON-
LAW DEFENSES, ⇨2110–2117.
4. NEGLIGENCE OF EMPLOYER
AND MEASURE OF DAMAGES,
⇨2118–2121.
5. ACTIONS, ⇨2122–2141.
(B) ACTION BY THIRD PERSON
AGAINST EMPLOYER,
⇨2142–2157.
1. IN GENERAL, ⇨2142–2144.
2. ACTION FOR DEATH BY
WRONGFUL ACT, ⇨2145–2157.
(C) ACTION AGAINST THIRD PER-
SONS IN GENERAL FOR EM-
PLOYEE'S INJURY OR DEATH,
⇨2158–2252.
1. RIGHT OF ACTION OF EMPLOY-
EE OR REPRESENTATIVE
GENERALLY, ⇨2158–2170.
2. ELECTION OF REMEDIES,
⇨2171–2187.
3. RIGHT OF EMPLOYER OR IN-
SURER TO REMEDY OF EM-
PLOYEE OR EMPLOYEE'S REP-
RESENTATIVE, ⇨2188–2205.
4. DEFENSES, ⇨2206–2214.
5. ACTIONS AND PROCEEDINGS,
⇨2215–2242.

**2020**

XX. EFFECT OF ACT ON OTHER STAT-
UTORY OR COMMON-LAW
RIGHTS OF ACTION AND DE-
FENSES—Cont'd
  (C) ACTION AGAINST THIRD PER-
SONS IN GENERAL FOR EM-
PLOYEE'S INJURY OR DEATH
—Cont'd
    6. AMOUNT AND ITEMS OF RE-
COVERY, ⚖2243–2247.
    7. RIGHT TO PROCEEDS OF AC-
TION OR SETTLEMENT,
⚖2248–2252.
  (D) ACTION AGAINST PHYSICIAN
OR SURGEON FOR MALPRAC-
TICE, ⚖2253–2254.

### I. NATURE AND GROUNDS OF EMPLOYER'S LIABILITY.

1. In general.
2. Statutory foundation and relation to common law.
3. Relation to insurance.
4. Distinguished from damages.
5. Distinguished from other acts and modes of payment.
6. Fault or negligence as element of liability.
7. Age, sex, intelligence, discretion, or motive of employee.
8. Basis in impairment of body or earning capacity.
9. Contractual character.
10. Constitutional provisions.
11. Purpose of legislation.
12. Constitutionality of statutes.
13. —— In general.
14. —— Effect of treaty.
15. —— Retroactive provisions.
16. —— Police power in general.
17. —— Acceptance or rejection of statute, and election of remedies.
18. —— Abrogation or modification of common law defenses.
19. —— Abrogation or modification of other rights or remedies.
20. —— Place of injury and extraterritorial operation of statutes.
21. —— Injuries for which compensation may be had.
22. —— Imposition of liability without fault.
23. —— Occupational diseases.
24. —— Persons affected.

### I. NATURE AND GROUNDS OF EMPLOYER'S LIABILITY.(Cont'd)

25. —— Employments affected.
26. —— Compensation in general.
27. —— Medical and hospital expenses, nursing, and funeral expenses.
28. —— Double, treble, increased, or decreased compensation.
29. —— Persons entitled to compensation on death of employee.
30. —— Payment, enforcement, and disposition of compensation.
31. —— Interest and penalties.
32. —— Assignment or transfer of compensation.
33. —— Waiver of rights.
34. —— Increase, reduction, or termination of compensation.
35. —— Insurance and insurance funds.
36. —— Subrogation to rights of injured employee.
37. —— Agreements as to compensation, compromise, settlement, and release.
38. —— Remedies and procedure in general.
39. —— Limitations and notice of claim.
40. —— Pleading and evidence.
41. —— Award or judgment.
42. —— Review.
43. —— Costs and fees.
44. Construction and operation of statutes in general.
45. —— In general.
46. —— Legislative intent in general.
47. —— Meaning of language in general.
48. —— Construction with reference to effect and consequences.
49. —— Construction with reference to common law.
50. —— Construction as a whole.
51. —— Liberal or strict construction in general.
52. —— Construction in favor of employee or beneficiary.
53. —— Limitation on rule of liberal construction.
54. Retroactive operation of statutes.
55. —— In general.
56. —— Persons and employments within acts.

TR-0044677

## 413. WORKERS' COMPENSATION

**I. NATURE AND GROUNDS OF EMPLOYER'S LIABILITY.(Cont'd)**

57. —— Injuries for which compensation may be had.
58. —— Effect of acts on other statutory or common law rights of action and defenses.
59. —— Persons entitled on death of employee; rights of dependents, other beneficiaries, or representatives.
60. —— Duration and amount of compensation for disability or death in general.
61. —— Commutation of payments and lump sum payments.
62. —— Expenses of treatment and burial.
63. —— Payment of compensation.
64. —— Insurance and insurance funds.
65. —— Procedure in general.
66. —— Notice of injury and claim of compensation.
67. —— Limitation of time to present claim or bring action.
68. —— Pleading and evidence.
69. —— Review in general.
70. —— Time for review.
71. —— Fees and costs.
72. —— Increase, diminution, termination, or reinstatement of compensation.
73. Amendment and repeal of statutes in general.

**II. WHAT LAW GOVERNS.**

74. In general.
75. Contracts within, and injury outside of, jurisdiction.
76. —— In general.
77. —— Necessity and effect of statutory provisions for extraterritorial effect.
78. —— Contracts intended to be performed in other jurisdiction.
79. —— Contract intended to be partly performed in other jurisdiction.
80. —— Temporary or incidental character of work outside of jurisdiction.
81. —— Determination of place of contract.
82. —— Residence of parties.
83. Injury within, and contract outside of, jurisdiction.
84. —— In general.

**II. WHAT LAW GOVERNS.(Cont'd)**

85. —— Contract intended to be performed within jurisdiction.
86. —— Contract intended to be performed outside of jurisdiction.
87. —— Residence of parties.
88. —— Determination of place of making contract.
89. —— Temporary or incidental employment within jurisdiction.
90. Place of contract and of injury both outside of jurisdiction.
90.1. —— In general.
91. —— Applicability of local compensation acts.
92. —— Applicability and enforcement of compensation acts of other jurisdictions.
93. State and federal laws in general.
93.5. Preemption.
94. Interstate commerce.
95. —— In general.
96. —— Necessity and effect of acceptance of workers' compensation acts.
97. —— Railroads in general.
98. —— Vessels.
99. —— Express companies.
100. —— Telegraph and telephone companies.

**III. EMPLOYMENTS INCLUDED.**

**(A) IN GENERAL.**

101. In general.
102. Definition of terms in general.
103. Necessity that employment be hazardous in general.
104. Necessity that employment be classified as hazardous.
105. —— In general.
106. —— Power to declare employment hazardous.
107. Tests of nature of employment in general.
108. Nature of business or nature of employee's work as controlling.
109. Different employments under same employer; hazardous and nonhazardous employments in same business.
110. —— In general.

TR-0044678

### III. EMPLOYMENTS INCLUDED.(Cont'd)

111. —— Injury in nonhazardous employment.
112. —— Injury in hazardous employment.
113. Hazard with reference to machinery; power-driven machinery in general.

#### (B) PARTICULAR EMPLOYMENTS.

114. In general.
115. Ordinance or statutory regulations.
116. Pecuniary gain or profit.
117. Business, occupation, profession, or trade.
118. Industry, industrial enterprise, establishment, or work.
119. Manual or mechanical labor or work.
120. Clerical work and hazards of business.
121. Executive, managerial, or supervisory work.
122. Building, construction, and engineering work in general.
123. Building, constructing, maintaining, repairing, demolishing, or moving building or structure; structural work.
124. —— In general.
125. —— Maintenance and care of buildings or structures.
126. Ownership and operation of buildings.
127. Canning, preparation of foods, meat packing, and packing houses.
128. Chemicals, explosives, and inflammable materials.
129. Engines and machines and installation or operation thereof.
130. Longshore work.
131. Logging and lumbering.
132. Coal, wood, and lumber yards.
133. Manufactures, manufacturers, and manufacturing enterprises.
134. Mercantile establishments, stores, commission houses, and similar establishments.
135. Printing, binding, lithographing, and similar work.
136. Mills, factories, breweries, refineries, workshops, and similar establishments.
137. —— In general.
138. —— Mills and milling.
139. —— Factories.
140. —— Workshop; machine shop.

### III. EMPLOYMENTS INCLUDED.(Cont'd)

141. Mining, quarrying, excavating, oil and gas wells, and similar works.
142. Commercial threshing.
143. Dredging, pile driving, and similar work.
144. Garages, service stations, and filling stations.
145. Work of salesmen, solicitors, collectors, and similar work.
146. Washing and cleaning windows and similar work.
147. Work of janitors and watchmen, and similar work.
148. Railroads and street railroads in general.
149. Aerial navigation.
150. Carriage by land or water.
151. Vehicles and operation thereof.
151.1. —— In general.
152. —— Nature of vehicles included in general.
153. —— Motor vehicles.
154. —— Horse drawn vehicles.
155. —— Loading and unloading.
156. —— Work not directly connected with operation of vehicle.
157. —— Employees using own vehicles.
158. Transfer and storage.
159. Warehousing and storage.
160. Sharp edged tools, grinders, or other implements.
161. Waterworks; gas and electric plants; pipe lines; and electrical work.
162. Work in connection with hoisting apparatus; elevators.
163. Public employment in general.
164. Domestic or household employment.
165. Farm labor; agriculture; ranch work.
166. —— In general.
167. —— Statutory exemption in general.
168. —— Definition of terms in general.
169. —— Necessity and effect of election to come under act.
170. —— Insurance of farm labor.
171. —— As dependent on pay roll or number of employees.
172. —— Determination of character of employment in general.
173. —— Different employments under same employer in general.
174. —— Temporary service on farm.

2023

**413. WORKERS' COMPENSATION**

**III. EMPLOYMENTS INCLUDED.**(Cont'd)

175. —— Use of machinery in general.
176. —— Operation of threshing machines.
177. —— Operation of corn shredder.
178. —— Operation of vehicles.
179. —— Dairying.
180. —— Horticulture.
181. —— Raising and care of live stock, poultry, and similar work.
182. —— Turpentine business.
183. —— Lumbering, wood-sawing, and similar work.
184. —— Construction, repair, or demolition of building, improvement, or structure.
185. —— Ranch work.

**IV. EMPLOYERS WITHIN ACTS.**

**(A) IN GENERAL.**

186. In general.
187. Statutory employers.
188. Hiring by agent or another employee.
189. —— In general.
190. —— Authority to employ.
191. —— Estoppel or ratification.
192. —— Liability of undisclosed principal, or agent.
193. Change of employer.
194. Insurance of employer performing labor.

**(B) PARTICULAR EMPLOYERS.**

195. In general.
196. Number of employees.
197. —— In general.
198. —— Who may be counted as employees.
199. —— Nature or place of business or work.
200. —— Duration, time, and regularity of employment or service.
201. Simultaneous and successive employers of same employee.
202. General and special employers; employers of lent employees.
203. —— In general.
204. —— Liability of general employer.
205. —— Liability of special employer.
206. —— Liability of both general and special employers.

**IV. EMPLOYERS WITHIN ACTS.**(Cont'd)

207. —— Requisites for special employment.
208. —— Power of direction and control.
209. —— Payment of wages.
210. —— Person hiring team or motor vehicle and driver.
211. Employers accepting act though not subject thereto.
212. Partnership.
213. Joint venturers.
214. Labor unions and associations of workers.
215. Corporations.
215.5. Sole proprietors; self-employed persons.
216. Legal representatives.
217. Receivers, assignees, and conservators.
218. Governmental body.
219. —— In general.
220. —— Federal government and agencies.
221. —— State government and agencies.
222. —— Municipal corporations in general.
223. —— Cities, towns, and villages.
224. —— Counties.
225. —— School districts.
226. —— Townships.
227. —— Other divisions or districts.
228. —— Liability as between two bodies involved.
229. Non-profit or charitable institutions.

**V. EMPLOYEES WITHIN ACTS.**

**(A) IN GENERAL.**

230. In general.
231. Meaning of "employee" and similar terms in general.
232. Distinguished from other relations.
233. Necessity of relation of master and servant or employer and employee.
234. Creation and existence of relation in general.
235. Right to hire, discharge, or control.
236. Payment of wages.
237. —— In general.
238. —— Necessity of payment or liability.
239. —— By whom paid.
240. —— Payment of commissions, or by piece or quantity.
241. —— Payment in property or services.

2024

**413. WORKERS' COMPENSATION**

**V. EMPLOYEES WITHIN ACTS.**(Cont'd)

242. Contractual relation.
243. —— In general.
244. —— Necessity of contract.
245. —— Express or implied contract.
246. —— Making and requisites of contract.
247. —— Legality and validity of contract.
248. Commencement, duration, and termination of relation.
249. Duration and continuity of employment.
250. Effect of insurance of liability.
251. Earnings.

**(B) PARTICULAR CLASSES OF PERSONS IN GENERAL.**

252. In general.
253. Persons prohibited by law from being employed.
254. Substitutes.
255. Volunteers.
256. Nonresidents and aliens.
257. Members of employer's family.
258. Receivers.
259. Member of profession.
260. Seamen, fishermen, stevedores, and other maritime employees.
261. Soldiers; militiamen.
262. Federal acts.

**(C) CASUAL EMPLOYEES AND EMPLOYMENT IN TRADE OR BUSINESS OF EMPLOYER.**

**1. CASUAL EMPLOYEES IN GENERAL.**

263. Meaning of term "casual" in general.
264. Exclusion or inclusion of casual employees in general.
265. Determination and tests of nature of employment in general.
266. Recurring employment.
267. Particular employees.
268. —— In general.
269. —— Persons doing mechanical or repair work in general.
270. —— Persons constructing, improving, and repairing buildings or structures.
271. —— Persons removing or destroying building or structure.
272. —— Painters and decorators.
273. —— Persons employed in mining, excavating, and similar work.

**V. EMPLOYEES WITHIN ACTS.**(Cont'd)

274. —— Persons engaged in hauling, loading, and unloading.
275. —— Household workers, waiters, and similar workers.
276. —— Professional workers.
277. —— Public employees.

**2. EMPLOYMENT IN TRADE OR BUSINESS OF EMPLOYER.**

278. In general.
279. Necessity that employment be in usual course of business to be included.
280. Necessity that employment be both casual and not in usual course of business to be excluded.
281. Test and determination of employment in usual course of business in general.
282. Particular employments in trade or business of employer.
283. —— In general.
284. —— Public work or employment.
285. —— Work of superintendents, foremen, managers, and similar work.
286. —— Mechanical and repair work in general.
287. —— Construction of buildings or structures.
288. —— Reconstruction, remodeling, improvement, or repair of buildings or structures.
289. —— Demolition or removal of buildings or structures.
290. —— Painting and decorating.
291. —— Construction and installation of machinery and equipment.
292. —— Mining, quarrying, excavating, and similar work.
293. —— Hauling, carriage, loading, and unloading.
294. —— Cutting or trimming trees.

**(D) PARTNERS AND JOINT VENTURERS.**

295. In general.

**(E) CORPORATE OFFICERS AND STOCKHOLDERS.**

297. In general.
298. Capacity to act as employee in general.
299. Particular officers and stockholders in general.

TR-0044681

## 413. WORKERS' COMPENSATION

### V. EMPLOYEES WITHIN ACTS.(Cont'd)

300. Principal stockholders and amount of salary.
301. Performance of executive duties.
302. Performance of labor or services.
303. Effect of insurance.

#### (F) INDEPENDENT CONTRACTORS.

304. In general.
305. Determination and tests of status in general.
306. Direction, control, or supervision in general.
307. Right of control as distinguished from exercise of control.
308. Limitation on right of control; exercise of limited control.
309. Right or power to terminate relation.
310. Nature of service or business.
311. Hiring, furnishing, controlling, discharging, and paying assistants, and assistance by employer.
312. Furnishing equipment, material, or supplies.
313. Payment for services.
314. Dual capacity as employee and independent contractor.
315. Persons in particular employments.
316. —— In general.
317. —— Public employees in general.
318. —— Unskilled laborers in general.
319. —— Superintendents, foremen, and managers.
320. —— Mechanics and repairmen.
321. —— Persons constructing or wrecking buildings.
322. —— Repairers of buildings.
323. —— Painters and decorators.
324. —— Persons constructing and installing instrumentalities and equipment.
325. —— Watchmen, janitors, and caretakers.
326. —— Furnishers of materials and supplies.
327. —— Persons working in mines, quarries, or excavations, and similar work.
328. —— Persons cutting and sawing logs and lumber.
329. —— Persons loading and unloading vehicles.

### V. EMPLOYEES WITHIN ACTS.(Cont'd)

330. —— Persons clearing, grading, and constructing streets and rights of way.
331. —— Haulers, carriers, and deliverymen in general.
332. —— Transporters of persons.
333. —— Haulers of logs and lumber.
334. —— Haulers of gravel, and building and road material.
335. —— Haulers of foodstuff and agricultural products.
336. —— Haulers of refuse and garbage.
337. —— Aviators.
338. —— Professional persons.
339. —— Entertainers.
340. —— Newsboys and newsdealers.
341. —— Filling station operators and employees.
342. —— Salesmen, agents, and solicitors.
343. —— Stevedores, seamen, and dredge operators.

#### (G) EMPLOYEES OF CONTRACTOR OR SUBCONTRACTOR.

344. In general.
345. Relationship between immediate employer and person sought to be held.
346. Relation between general contractor and subcontractor.
347. Who are independent contractors in general.
348. Who are subcontractors.
349. Contractor's employee or subcontractor as independent contractor.
350. Persons employed by contractor as employees of principal or of contractor.
351. Liability of general contractor to employees of subcontractor.
352. Liability as owner or proprietor.
353. Work of original employer.
354. —— In general.
355. —— Acts constituting part of employer's business.
356. Insurance by contractor or subcontractor or device to escape liability by principal.
357. —— In general.
358. —— Effect of insurance.
359. —— Failure to insure or to require insurance.

TR-0044682

**V. EMPLOYEES WITHIN ACTS.**(Cont'd)

360. Degree of liability; primary and secondary liability.
361. Employees of lessees or licensees.

**(H) CHILDREN OR MINORS.**

362. Applicability of Workers' Compensation Acts to minors in general.
363. Minors legally employed in general.
364. —— In general.
365. —— Age of minor.
366. Minors illegally employed in general.
367. —— In general.
368. —— Age of minor.
369. —— Test and determination of illegality of employment in general.
370. —— Minors employed in violation of ordinances.
371. Employment certificates, permits, and proof of age.
372. Emancipation of minor.
373. Independent contractors.

**(I) PUBLIC OFFICERS AND EMPLOYEES.**

374. In general.
375. Officers in general.
376. Employees in general.
377. State officers and employees in general.
378. County officers and employees in general.
379. Township officers and employees in general.
380. Municipal officers and employees in general.
381. Road and bridge officers and employees.
382. School officers and employees.
383. Sheriffs and constables and their assistants.
384. Police department officers and employees; marshals.
385. Fire department officers and employees.
386. Relief workers.
387. Convicts or prisoners.
388. Taxpayer working out road tax.
389. Employee of independent contractor or subcontractor.
390. Effect of other provisions for relief.

**VI. ACCEPTANCE OR ELECTION TO COME UNDER ACT.**

391. Compulsory or elective acts in general.
392. Acceptance or rejection of acts in general.
393. Election by employer.
393.1. —— In general.
394. —— Necessity.
395. —— Sufficiency in general.
396. —— Notice to employee in general.
397. —— Posting notices.
398. —— Election as to one or more distinct kinds of business.
399. Election by employee.
400. —— In general.
401. —— Necessity of election and right to elect in general.
402. —— Successive or intermittent employments.
403. —— Acts constituting election.
404. —— Minors.
405. Time of election.
406. Effect of election.
407. Withdrawal or termination of election.

**VII. COMPENSATION ON DEATH OF EMPLOYEE.**

**(A) PERSONS ENTITLED TO BENEFITS.**

**1. IN GENERAL.**

410.1. In general.
410.2. Alienage or nonresidence of claimant.
410.3. Dependency of claimant as condition of claimant's right.
410.4. Partial dependency as sufficient basis of claimant's right.
410.5. Total and partial dependency defined and distinguished.
410.6. Who are dependents in general.
410.7. Actual dependents in general.
410.8. Legal liability of deceased to support or voluntary contributions of deceased.
410.9. Amount, form, or regularity of deceased's contributions as affecting claim of dependency.
410.10. Claimant's earning ability or other resources.
410.11. Measure or extent of support needed.
(1). In general.

TR-0044683

## 413. WORKERS' COMPENSATION

**VII. COMPENSATION ON DEATH OF EMPLOYEE.**(Cont'd)

(2). Station in life as measuring extent of needed support.

410.12. Necessity that dependency be upon deceased's earnings, not other resources.

410.13. Necessity or character of family expenses to which deceased contributed.

410.14. Actual use of contributions for necessary support.

410.15. Conclusive presumption of dependency.

410.16. Time of determination of dependency or relation.

**2. PERSONS IN PARTICULAR RELATIONSHIPS TO EMPLOYEE.**

420.1. In general.

420.2. Membership in family or household.

420.3. Surviving spouses.

420.4. —— In general.

420.5. —— Status as respects marriage, common-law marriage, or illegal marriage.

420.6. —— Time of marriage.

420.7. —— Deceased's illegal marriage to another as affecting lawful spouse.

420.8. —— Living together or separated.

420.9. —— Living apart for justifiable cause or without fault.

420.10. —— Abandonment, desertion, or voluntary living apart by surviving spouse.

420.11. —— Divorce proceedings.

420.12. —— Insanity of surviving spouse.

420.13. —— Legal obligation or legal liability to support.

420.14. —— Acquiescence by surviving spouse in deceased's failure to support.

420.15. —— Conclusive presumption of dependency.

420.16. —— Amount, form, and regularity of deceased's contributions as affecting claim of dependency.

420.17. —— Spouse's earning ability or other resources as affecting dependency.

420.18. —— Necessity or character of family expenses to which deceased contributed as affecting claim of dependency.

420.19. —— Time of determination of dependency.

420.20. Children.

420.21. —— In general.

420.22. —— Adopted children.

420.23. —— Stepchildren.

420.24. —— Illegitimate children in general.

420.25. —— Illegitimate children as members of family of or supported by deceased.

420.26. —— Posthumous children.

420.27. —— Children to whom deceased stood in loco parentis, or membership in family or support by deceased as conferring right.

420.28. —— Orphans.

420.29. —— Dependency of child in general.

420.30. —— Presumed dependency in general.

420.31. —— Age of child as affecting dependency.

420.32. —— Amount, form, or regularity of deceased's contributions.

420.33. —— Child's earning power or other resources or support by others as affecting dependency.

420.34. —— Existence of surviving dependent spouse as affecting dependency.

420.35. —— Divorce of parents as affecting dependency.

420.36. —— Living separate or apart from deceased as affecting dependency or barring right to compensation.

420.37. —— Time of determination of dependency.

420.38. Parents.

420.39. —— In general.

420.40. —— Who are parents.

420.41. —— Dependency of parents in general.

420.42. —— Presumed dependency and necessity of actual dependency.

420.43. —— Total or partial dependency.

420.44. —— Amount, form, or regularity of deceased's contributions.

TR-0044684

**VII. COMPENSATION ON DEATH
OF EMPLOYEE.(Cont'd)**

420.45.   —— Parent's earning ability or other resources as affecting dependency.

420.46.   —— Necessity of or character of family expenses to which deceased contributed.

420.47.   —— Time of determination of dependency.

420.48. Brothers and sisters.

420.49.   —— In general.

420.50.   —— Dependency.

420.51. Grandchildren and grandparents.

420.52. Nieces, nephews, aunts, and uncles.

**3. CONFLICTING CLAIMS, PRIORITIES,
AND APPORTIONMENT.**

430.1. In general.

430.2. Classes and priority.

430.3.   —— In general.

430.4.   —— Partial and total dependency in general.

430.5.   —— Priority of particular enumerated relationships.

430.6. Apportionment.

**4. EFFECT OF DEATH, MARRIAGE, COMING OF
AGE, CESSATION OF DEPENDENCY, OR OTHER
CHANGE OF CONDITION OF PERSON ENTITLED.**

440.1. In general.

440.2. On rights of particular persons entitled.

440.3.   —— In general.

440.4.   —— Surviving spouses and their representatives.

440.5.   —— Children and their representatives.

440.6.   —— Parents and their representatives.

440.7.   —— Brothers and sisters and their representatives.

440.8. On rights of other beneficiaries.

440.9.   —— In general.

440.10.   —— Children after cessation of payments to surviving spouse or child.

440.11.   —— Parents, grandchildren, and grandparents.

**(B) DEATH BENEFITS.**

450.1. In general.

450.2. Nature of right to compensation and time of vesting.

**VII. COMPENSATION ON DEATH
OF EMPLOYEE.(Cont'd)**

450.3. Prior award for disability as affecting death compensation.

**(C) DISABILITY COMPENSATION.**

460.1. In general.

460.2. Survivorship and persons entitled to balance of disability payments.

460.3. Settlement or agreement, balance due under.

460.4. Amount of balance of disability installments.

460.5. Death of employee without having claimed compensation.

**VIII. INJURIES FOR WHICH COMPENSATION
MAY BE HAD.**

**(A) NATURE AND CHARACTER
OF PHYSICAL HARM.**

**1. IN GENERAL.**

511. In general.

512. Meaning of terms injury and personal injury and similar terms in general.

513. "Accident" and "injury" distinguished.

514. What are accidents in general.

515. What are accidental injuries in general.

516. Necessity that injury be accidental in general.

517. Necessity that injury happen suddenly and be traceable to definite time, place, and occasion; "event.".

518. Physical nature of injury; violence, marks, and objective symptoms.

519. Intention, design, fault, or negligence, as affecting accidental nature of injury.

520. Willful or intentional acts of employer, fellow servant, or third person.

**2. DISEASES, INFECTIONS, AND POISONING.**

521. In general.

522. Necessity of traumatic or accidental origin in general.

523. Disease constituting personal injury or injury by accident in general.

524. Disease resulting from injury, accident, or fortuitous event in general.

525. Diseases resulting from contact with poisonous substances in general.

TR-0044685

## 413. WORKERS' COMPENSATION

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

526. Diseases resulting from bruises and abrasions.
527. Inhalation of gas, fumes, or dust.
528. Exposure.
529. Weakened resistance.
530. Infections in general.
531. Particular diseases.
532. —— In general.
533. —— Anthrax.
534. —— Apoplexy.
535. —— Heart diseases.
535.5. —— Immune system disorders.
536. —— Influenza.
537. —— Kidney diseases.
538. —— Lung diseases in general.
539. —— Pneumonia.
540. —— Tetanus.
541. —— Tuberculosis.
542. —— Typhoid fever.
543. —— Meningitis.
544. —— Paralysis.
545. —— Ulcers, abscesses, and felons.
546. —— Mental and emotional disability.
    (1). In general.
    (2). Physical injury requirement.
    (3). Particular conditions or diseases.
    (4). —— In general.
    (5). —— Depression.
    (6). —— Post-traumatic stress disorder.

### 3. OCCUPATIONAL DISEASES.

547. In general.
548. What are occupational diseases in general.
549. Particular diseases.
549.1. —— In general.
549.2. —— Lung diseases.
549.3. —— Heart and cardiovascular diseases.
549.4. —— Repetitive injury; cumulative trauma.
549.5. —— Mental and emotional disability.
550. Disease as accidental injury and distinction between disease and injury.
551. Time of accrual of liability.

### 4. AGGRAVATION OF PREVIOUSLY IMPAIRED CONDITION.

552. In general.
552.5. Aggravation of preexisting disease, generally.
553. Necessity of accident and causal connection.
554. Effect of predisposing physical condition.
555.1. Aggravation of particular condition or disease.
555.2. —— In general.
555.3. —— Back.
555.4. —— Head, neck, and shoulders.
555.5. —— Extremities.
555.6. —— Hemorrhages, strokes, and aneurysms.
555.7. —— Heart and cardiovascular conditions.
555.8. —— Lung diseases.
555.9. —— Arthritis.
555.10. —— Mental and emotional disability.
563.1. Aggravation of prior, work-related injury or disease.
563.2. —— In general.
563.3. —— Back injuries.
563.4. —— Head, neck, and shoulder injuries.
563.5. —— Injuries to extremities.
563.6. —— Repetitive injury; cumulative trauma.
    (1). In general.
    (2). Carpal tunnel syndrome.
563.7. —— Heart and cardiovascular conditions.
563.8. —— Lung diseases.
563.9. —— Arthritis.
563.10. —— Mental and emotional disability.

### 5. PARTICULAR INJURIES AND CONSEQUENCES.

567. In general.
568.1. Trauma, muscular strains, and consequences of exertion and overexertion.
568.2. —— In general.
568.3. —— Back injuries.
568.4. —— Head, neck, and shoulder injuries.
568.5. —— Injuries to extremities.

TR-0044686

413. WORKERS' COMPENSATION

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

568.6. —— Repetitive injury; cumulative trauma.

(1). In general.

(2). Carpal tunnel syndrome.

570. Injuries to blood vessels; strokes and aneurysms.

571. Injuries to heart.

572. Hernia.

573. —— In general.

574. —— Immediate appearance of hernia.

575. —— Immediate cessation of work.

576. —— Pre-existing hernia or weakened structural condition.

577. Injuries to sexual organs.

578. Sunstroke and heat prostration.

579. —— In general.

580. —— As injury or personal injury in general.

581. —— As accident or accidental injury.

582. Burns.

583. Consequences of exposure to cold, or to cold and wetting.

584. —— In general.

585. —— Freezing and frostbite.

586. Jolts, jerks, and jars.

587. Falls.

588. Bruises and irritations.

589. Injury to ears and impairment of hearing.

590. Injury to eyes and impairment of vision.

591. Injuries from lightning.

592. Bad posture.

593. Injuries by insects or animals.

594. Disfigurement.

595. Pain.

596. Mental and emotional disability.

**(B) REMOTE AND PROXIMATE CONSEQUENCES.**

597. In general.

598. Two or more causes.

599. Death.

600. —— In general.

601. —— Death from causes not related to accident.

602. —— Time of death.

603. Suicide.

**(C) INJURIES ARISING OUT OF AND IN COURSE OF EMPLOYMENT IN GENERAL.**

604. In general.

605. Construction and application of statutory provisions in general.

606. What are injuries arising out of and in course of employment in general.

607. Arising out of employment in general.

608. —— In general.

609. —— Necessity of causal connection between employment and injury in general.

610. —— What injuries arise out of employment in general.

611. —— What risks are incidental to employment in general.

612. —— Risks common to public at large.

613. —— Necessity that injury be foreseen or foreseeable.

614. In course of employment in general.

615. —— In general.

616. —— Necessity that injuries occur in course of employment.

617. —— What are injuries in course of employment in general.

618. Previously weakened or diseased condition.

**(D) PARTICULAR CAUSES, CIRCUMSTANCES, AND CONDITIONS OF INJURY.**

**1. IN GENERAL.**

619. Particular acts in or incidental to employment in general.

619.5. Injuries occurring while pursuing treatment.

620. Injuries by objects falling or thrown in general.

621. Drowning.

622. Poison, infection, contagion, exposure, or disease.

623. Injuries by insects or animals.

624. Extinguishment of fires.

625. Entertainments on behalf of employer.

**2. ACTS DONE UNDER DIRECTION OR PERMISSION, OR IN EMERGENCY.**

626. Acts done under direction or permission of employer in general.

627. Acts in emergencies.

TR-0044687

## 413. WORKERS' COMPENSATION

**3. NEGLIGENT, UNREASONABLE, OR VOLUNTARY ACTS, AND INCURRENCE OF RISK.**

628. Negligent or unreasonable acts in general.
629. Voluntary act or incurrence of risk outside of employment.
630. —— In general.
631. —— Particular acts.

**4. INJURIES BY ELECTRICITY, EXPLOSIONS, OR BURNS.**

632. Injuries from explosions.
633. Injuries by electricity.
634. Burns.

**5. INJURIES FROM OPERATION, CARE, OR REPAIR OF VEHICLES, ELEVATORS OR HOISTING APPARATUS.**

635. Injuries in operation, repair, or care of vehicles in general.
636. Injuries from operation or use of elevators or hoisting apparatus.

**6. INJURIES BY ELEMENTS OR ACT OF GOD.**

637. In general.
638. Storms and floods.
639. Lightning.
640. Earthquakes.
641. Frostbite or freezing.
642. Sunstroke or heat prostration.

**7. STREET ACCIDENTS IN GENERAL.**

643. In general.
644. Necessity of using highway or street in general.
645. Risks common to public.
646. Highway employees.
647. Injuries by vehicles in general.
648. Injuries by vehicles to persons on foot.

**8. SLIPPING, TRIPPING, OR FALLS.**

649. In general.
649.1. Accidental character.
649.2. Cause.
649.3. Relation to employment in general.
649.4. As cause of injury or disability in general.

**9. ACTS FOR PERSONAL COMFORT OR CONVENIENCE OF EMPLOYEE.**

652. In general.

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

653. Preparing to begin or quit work and washing up.
654. Satisfying thirst or hunger.
655. Seeking warmth or shelter.
656. Seeking fresh air.
657. Heeding call of nature.
658. Making or answering telephone calls.
659. Resting or sleeping.
660. Use of tobacco.

**10. ACTS FOR BENEFIT OF EMPLOYER AND EMPLOYEE.**

661. In general.
662. Repair or care of property of employee used in employment.
663. Catching rides or taking short cuts.
664. Recreation of employees.

**11. ACTS FOR INDIVIDUAL PURPOSES OR BENEFIT OF EMPLOYEE.**

665. In general.
666. Deviation from employer's business in general.
667. Injuries while returning or after return to employer's business.
668. Visiting with co-employees or other persons.

**12. ACTS FOR BENEFIT OF CO-EMPLOYEE OR THIRD PERSON.**

669. Acts for benefit of co-employee.
670. Acts for benefit of third persons.

**13. HORSEPLAY AND PRACTICAL JOKING.**

671. In general.
672. Acts of fellow employees in general.
673. Customary acts, knowledge of employer, and duty to prevent.
674. Use of compressed air, electricity, explosives, or fire.
675. Articles thrown by other employees.
676. Participation by employee injured.
677. Acts of third persons.

**14. INJURIES BY ACTS OF CO-EMPLOYEE OR OF THIRD PERSON.**

678. In general.
678.1. Assaults in general.
680.1. Acts of co-worker.

TR-0044688

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

680.2. —— In general.
680.3. —— Reasons for act in general.
680.4. —— Relation to employment.
680.5. —— Assaults.
    (1). In general.
    (2). Reasons for assault in general.
    (3). Relation to employment.
689.1. Acts of third persons.
689.2. —— In general.
689.3. —— Reasons for act in general.
689.4. —— Relation to employment.
689.5. —— Assaults.
    (1). In general.
    (2). Reasons for assault in general.
    (3). Relation to employment.

**15. ACCIDENTAL SHOOTING.**

698. In general.
699. By employer.
700. By weapons in possession of injured employee.
701. By co-employee.
702. By third persons in general.
703. By public officers.

**16. INJURIES BEFORE OR AFTER WORKING HOURS OR BEFORE ENTERING ON OR AFTER LEAVING EMPLOYMENT.**

704. Injuries before entering on, or after leaving, employment.
705. Injuries before or after working hours.
706. —— In general.
707. —— Before working hours in general.
708. —— After working hours in general.
709. —— Quarters or meals furnished by employer.

**17. PLACE OF INJURY WITH REFERENCE TO PLANT OR PREMISES OF EMPLOYER.**

710. In general.
711. Necessity that injuries occur in, at, or about plant, premises, or place of work of employer.
712. What injuries occur on, in, at, or about premises, plant, or place of work of employer.
713. Furtherance of employer's business.
714. Outside workers in general.
715. Traveling employees.

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

716. Going from one place of work to another.
717. Returning to employer's premises from outside work.
718. On errand by specific request or direction of employer or to transact specific business.

**18. INJURIES WHILE GOING TO OR FROM WORK.**

719. In general.
720. Seamen.
721. Contract of employment covering time of going or coming.
722. Injuries before leaving, or after arriving at, employee's home.
723. Furtherance of employer's business.
724. Injuries on highways.
725. —— In general.
726. —— Injuries by vehicles.
727. —— Injuries at railroad crossings.
728. Injury with reference to plant or premises of employer.
729. —— In general.
730. —— Injuries on employer's premises in general.
731. —— Necessity that injuries occur on premises of employer.
732. —— What constitutes premises.
733. Transportation by employer.
734. —— In general.
735. —— Contracts for transportation in general.
736. —— Direction of employer.
737. —— Vehicles furnished for purpose of transportation of employees.
738. —— By boat or ferry.
739. —— By horse or horse-drawn vehicle.
740. —— By street cars.
741. —— By railroad.
742. —— By motor vehicle in general.
743. —— Permissive use of motor vehicles.
744. —— Deviation from route.
745. —— Boarding or alighting from motor vehicle.
746. Transportation by employee.
747. Transportation by co-employee or third person.
748. Entering or leaving premises in general.

TR-0044689

**413. WORKERS' COMPENSATION**

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

749. Use of ways leading to or away from employer's premises.
750. —— In general.
751. —— Customary use of way or method of ingress or egress.
752. —— Ways furnished, maintained, or under control of employer.
753. —— Choice of way.
754. —— Crossing or using railroad tracks or bridges.
755. Use of particular entrances, exits, or instrumentalities.
756. —— In general.
757. —— Elevators and stairways.

**19. INJURIES WHILE GOING TO OR FROM MEALS; GOING FOR PAY; GOING TO PUNCH TIME CLOCK; AND SIMILAR ACTS.**

758. Going to or from meals.
759. —— In general.
760. —— Injuries on roads, streets or bridges in general.
761. —— Injury by vehicles.
762. Going for pay, and other acts relating to wages.
763. Going to punch time clock or checking out.

**20. INTERVALS OR TEMPORARY CESSATION OF WORK; EMPLOYEE AWAY FROM WORKING PLACE.**

764. Intervals or temporary cessation of work.
765. —— In general.
766. —— Necessity that employee be actually at work.
767. —— Rest periods.
768. —— Noon hours and meal periods.
769. —— Employees subject to call.
770. Employee away from working place.

**(E) DEFENSES AGAINST CLAIMS FOR COMPENSATION; MISCONDUCT OF EMPLOYEE.**

771. In general.
772. Abrogation of common-law defenses in general.
773. Misrepresentations in obtaining employment.
774. Serious and willful misconduct in general.

**VIII. INJURIES FOR WHICH COMPENSATION MAY BE HAD.**(Cont'd)

775. —— In general.
776. —— Meaning of terms in general.
777. —— Particular acts constituting misconduct.
778. Willful or culpable negligence, serious neglect, or recklessness.
779. Violation of statutory or other regulations in general.
780. —— In general.
781. —— Failure to obtain license.
782. —— Excessive speed.
783. —— Unlighted vehicle.
784. —— Violation of traffic regulations.
785. —— Violation of mining regulations.
786. Violation of rules, orders, or warnings.
787. —— In general.
788. —— Making and enforcement of rules and orders in general.
789. —— Employee's knowledge and understanding of rules and orders.
790. —— Failure to enforce rules or orders.
791. —— Acts prohibited in general.
792. —— Place of work.
793. —— Manner of doing work.
794. —— Doing prohibited work.
795. —— Use of vehicles, and modes of transportation.
796. —— Operation and use of elevators.
797. Failure to use safety devices.
798. Intoxication.
799. Injury intentional on part of employee.
800. Injury caused by employee's assault or willful intention to injure another.

**IX. AMOUNT AND PERIOD OF COMPENSATION.**

**(A) BASIS FOR DETERMINATION OF AMOUNT.**

801. In general.
810. Earnings or wages in general.
811. Average earnings.
812. Daily wages.
813. Weekly wages; number of days included.
814. Choice between methods of computation.
815. Computation of earnings or wages.
816. —— In general.

2034

TR-0044690

### IX. AMOUNT AND PERIOD OF COMPENSATION.(Cont'd)

817. —— Length of time in employment prior to injury.
818. —— Wages of employee of same class.
819. —— Employment and rate of wages when injured.
820. —— Just and fair mode of computation.
821. —— Part time; continuous employment; staggered employment.
822. —— Seasonal, periodic, or intermittent employment.
823. —— Interruption of employment or loss of time.
824. —— Overtime.
825. —— Full time.
826. —— Second or subsequent injury.
827. —— Board, lodging, and clothes.
828. —— Earnings from several employers.
829. —— Employees serving in different capacities.
830. —— Volunteer fire or law enforcement personnel.
831. —— Gratuities, tips, and bonuses; fringe benefits.
832. —— Sums paid by employer for hire of truck or other instrumentality.
833. —— Profits from business.
834. —— Assistants and supplies.
835. —— Possible increase of wages.
835.5. —— Cost of living adjustment.

#### (B) DISABILITY BENEFITS.

##### 1. IN GENERAL.

836. In general.
836.5. Factors considered.
837. Time between injury and beginning of compensation.
838. Commencement of disability or compensation; date of disability.
839. Duration and termination of period.
839.1. Amount of benefits in general.
839.2. Family status affecting amount.

##### 2. TEMPORARY OR PERMANENT DISABILITY IN GENERAL.

840.1. In general.
840.2. Temporary disability.
840.3. —— In general.
840.4. —— Amount and period.

### IX. AMOUNT AND PERIOD OF COMPENSATION.(Cont'd)

840.5. —— Particular cases.
840.6. Permanent disability.
840.7. —— In general.
840.8. —— Amount and period.
840.9. —— Particular cases.

##### 3. TOTAL OR PARTIAL DISABILITY IN GENERAL.

850.1. In general.
850.2. Partial disability.
850.3. —— In general.
850.4. —— Amount and period.
850.5. —— Particular cases.
850.6. —— Percentage awards.
850.7. Total disability.
850.8. —— In general.
850.9. —— Amount and period.
850.10. —— Particular cases.

##### 4. SUPPLEMENTAL AND IMPAIRED EARNING BENEFITS.

860.1. In general.
860.2. Particular cases.

##### 5. PREVIOUS IMPAIRMENT OR MULTIPLE INJURIES; APPORTIONMENT.

865.1. In general.
865.2. Particular cases in general.
865.3. Successive employers or insurers.
865.4. Multiple compensable injuries or impairments.

##### 6. MAXIMUM MEDICAL IMPROVEMENT; MULTIPLE AWARDS.

870.1. In general.
870.2. Multiple awards for single injury generally.
870.3. Healing period.
870.4. Effect of maximum medical improvement on benefits.
870.5. Particular cases.

##### 7. LIMITATIONS ON AMOUNT; EXTENDED BENEFITS.

875.1. In general.
875.2. Nominal benefits.
875.3. Minimum time of disability.
875.4. Minimum and maximum compensation; benefit cap.

TR-0044691

**413. WORKERS' COMPENSATION**

### IX. AMOUNT AND PERIOD OF COMPENSATION.(Cont'd)

875.5. Multiple injuries or impairments.
875.6. Extended benefits.

#### 8. EMPLOYMENT AND EARNING CAPACITY.

880.1. In general.
880.2. Impairment of earning capacity.
880.3. —— In general.
880.4. —— Factors considered in general.
880.5. —— Impairment as a requirement for recovery.
880.6. —— Employment at comparable wage as when injured.
880.7. —— Particular cases.
880.8. Acceptance of employment or amount of wages as affecting eligibility.
880.9. Incapacity for work or employment.
880.10. —— In general.
880.11. —— Factors considered in general.
880.12. —— Particular cases in general.
880.13. —— Odd lot.
880.14. —— Inability to work without pain.
880.15. Reasonable or gainful employment.
880.16. Light or occasional employment; accommodated work.
880.17. Employment in same work as when injured.
880.18. Claimant's training and qualifications.
880.19. Release to return to work.
880.20. Efforts to obtain employment; work search.
    (1). In general.
    (2). Acceptance or rejection of job offer generally.
    (3). Voluntary limitation of income; part-time work.
    (4). Suitable or available employment.
    (5). Reinstatement; employer's job offer.
880.21. Economic conditions affecting employment; strike or layoff.
880.22. Departure from position; withdrawal from workforce.
880.23. —— In general.
880.24. —— Voluntary departure; retirement.
880.25. —— Discharge for cause.
880.26. —— Incarceration.

### (C) SCHEDULED AND OTHER PARTICULAR INJURIES.

885.1. In general.
885.2. Medical impairment; impairment ratings.
885.3. Diseases.
885.4. Effect of previous impairment on scheduled injury; apportionment.
885.5. Multiple scheduled injuries.
885.6. Scheduled award and nonscheduled award.
885.7. Injury to the body as a whole.
885.8. Muscular strains and consequences of exertion generally.
885.9. Heart, cardiovascular, and lung conditions.
885.10. Head, neck, or shoulder injuries.
885.11. Back injuries.
885.12. Hip injuries.
885.13. Loss of, or injury to, member in general.
885.14. Loss of, or injury to, leg.
885.15. Loss of use of leg.
885.16. Loss of, or injury to, ankle, foot, or toes.
885.17. Loss of use of ankle, foot, or toes.
885.18. Loss of, or injury to, arm.
885.19. Loss of use of arm.
885.20. Loss of, or injury to, wrist, hand, or fingers.
885.21. Loss of use of wrist, hand, or fingers.
885.22. Eye injuries and impairment of vision.
885.23. Ear injuries and impairment of hearing.
885.24. Hernia.
885.25. Skin conditions.
885.26. Mental and emotional disability.

### (D) OTHER BENEFITS.

#### 1. PAIN AND SUFFERING.

890.1. In general.
890.2. Particular cases.

#### 2. DISFIGUREMENT.

895.1. In general.
895.2. In addition to award for loss or disability.
895.3. Particular cases.

TR-0044692

**3. REHABILITATION AND RETRAINING COMPENSATION.**

900.1. In general.
900.2. Claimant's right to rehabilitation.
900.3. Rehabilitation as affecting eligibility for or amount of benefits.

**(E) COMPENSATION FOR DEATH.**

**1. IN GENERAL.**

908. In general.
909. Prior physical impairment.
910. Amount.
911. —— In general.
912. —— Minimum and maximum allowances.
913. —— Computation in general.
914. —— Days or hours per week.
915. —— Governmental regulation of time per week.
916. —— Time in employment before death.
917. —— Earnings of other employees of same class.
918. —— Employment and rate of wages when injured.
919. —— Part time; continuous employment; staggered employment.
920. —— Seasonal or intermittent employment.
921. —— Earnings from several employers.
922. —— Assistants and supplies.
923. Amount as affected by extent of dependency in general.
924. Amount as affected by partial dependency in general.
925. Necessity that contributions be for support.
926. Extent of contributions.
927. —— In general.
928. —— Deduction of cost of maintenance and similar expenses.
929. —— Contribution of supplies and services.
930. —— Probable contributions.
931. —— Contribution of earnings from other employers.

**2. PERIOD OF COMPENSATION.**

932. Commencement.
933. Duration and termination.

**(F) DEDUCTIONS AND OFFSETS.**

934.1. In general.
934.2. Payments in discharge of obligation to make compensation.
934.3. —— In general.
934.4. —— Particular cases.
934.5. Payments to employee as offsetting death benefits.
934.6. Wages and fringe benefits generally.
934.7. Payment of expenses.
934.8. Pensions.
934.9. Disability insurance benefits.
934.10. Social security, unemployment, and other government benefits.
934.11. Payments from other sources.

**(G) INCREASE OR REDUCTION OF COMPENSATION.**

**1. MISCONDUCT IN GENERAL (PRIOR TO INJURY).**

938. Employer's misconduct.
939. —— In general.
940. —— Misconduct of officer or agent.
941. —— Failure to comply with safety statutes or orders.
942. —— Employment of minor in general.
943. —— False representations as to minor's age as excusing employment of minor.
944. —— Failure to insure.
945. Employee's misconduct.

**2. MINIMIZING OR AGGRAVATING INJURY (SUBSEQUENT TO INJURY).**

946. Acts or treatment aggravating or minimizing injury in general.
947. Refusal or neglect to submit to medical or surgical treatment.
948. —— In general.
949. —— Surgical services in general.
950. —— Expert opinions or physician's advice.
951. —— Offer of medical or surgical treatment and demand or request by employer or employee.
952. —— What constitutes refusal.
953. —— Operation for hernia.
954. —— Second or further operation or additional treatment.
955. —— Injuries resulting in death.
956. Results of medical or surgical treatment or lack of treatment.

TR-0044693

## 413. WORKERS' COMPENSATION

### IX. AMOUNT AND PERIOD OF COMPENSATION.(Cont'd)

957. —— In general.
958. —— X-ray treatments.
959. —— Injuries resulting in death.

#### (H) MEDICAL OR OTHER EXPENSES.

##### 1. IN GENERAL.

961. In general.
962. Dependent on compensable injury or award for injury.
963. Effect of employer's special contract to furnish treatment.
964. Authority of board or commission in general.
965. Extent of right.
966. —— In general.
967. —— Surgery.
968. —— Artificial apparatus or appliances.
969. —— Nurse hire.
970. —— Services as nurse by member of employee's family.
971. —— Treatment to relieve from effects of permanent injury.
972. —— Treatment of ailment not resulting from injury in employment.
973. Enforcement or preservation of right to expenses.
974. —— In general.
975. —— Knowledge or notice of injury or need for services or request or demand and waiver thereof.
976. —— Employer's failure to provide or waiver of right to provide as permitting employee's securing services elsewhere.
977. —— Existence of employee's debt or employee's actual payment of debt.
978. —— Notice of selection or employment of physician or hospital and waiver thereof.
979. —— Physician's report as to treatment and waiver thereof.
980. —— Physician's presentation of claim within statutory period.
981. —— Approval by board or commission.
982. Period within which services may be rendered or expenses incurred.
983. —— In general.

### IX. AMOUNT AND PERIOD OF COMPENSATION.(Cont'd)

984. —— Authorizing additional treatment or extension of time.
985. Rights of physicians and other persons rendering services.
986. —— In general.
987. —— Charitable organizations.
988. —— Authority to bind employer or insurer.
989. Expenses of last sickness or funeral.
990. Amount allowable.
991. Persons entitled on death of employee.
991.5. Cost containment programs; managed care.

##### 2. PROCEEDINGS FOR ALLOWANCE OR RECOVERY.

992. Nature and form of remedy, and jurisdiction and venue.
993. —— In general.
994. —— Services rendered at employer's or insurer's request.
995. Time for proceedings and limitations.
996. Persons entitled to institute proceedings and parties.
997. Pleading.
998.1. Evidence.
998.2. —— In general.
998.3. —— Presumptions.
998.4. —— Burden of proof.
998.5. —— Admissibility.
998.6. —— Weight and sufficiency.
    (1). In general.
    (2). Compensability of injury.
    (3). Extent of right; amount.
    (4). Enforcement or preservation of right.
    (5). Period.
    (6). Cost containment; managed care.
999. Hearing, findings, and original and supplemental awards.
1000. Rehearing and reopening case.
1001. Review.
1002. Attorney fees and costs.

### X. PAYMENT OF COMPENSATION AND COMPLIANCE WITH AWARD.

#### (A) MODE OF PAYMENT OR COMPLIANCE IN GENERAL.

1003. In general.

TR-0044694

**X. PAYMENT OF COMPENSATION AND COMPLIANCE WITH AWARD.**(Cont'd)

1004. Payment to representatives of persons entitled and others.

**(B) PERIODICAL OR COMMUTED PAYMENTS.**

**1. IN GENERAL.**

1005. Periodic or lump sum payments.

**2. AGREEMENTS FOR COMMUTATION OF PAYMENTS.**

1006. In general.
1007. Penalty for unauthorized or prohibited agreement.

**3. AWARD BY ARBITRATOR, COMMISSIONER, BOARD, OR COURT.**

1008. Jurisdiction and power.
1009. —— In general.
1010. —— Agreement or consent of parties.
1011. —— Application or notice of hearing.
1012. —— Approval by board.
1013. Grounds, propriety, and necessity.
1014. Computation and amount.
1015. Proceedings in general.
1016. Persons entitled to institute proceedings, and parties.
1017. Pleadings.
1018. Evidence.
1018.1. —— In general.
1019. —— Presumptions and burden of proof.
1020. —— Admissibility.
1021. —— Weight and sufficiency.
1022. Trial.
1022.1. —— In general.
1023. —— Questions of law and fact.
1024. —— Instructions.
1025. —— Verdict and findings.
1026. Award or judgment.
1027. Setting aside award or judgment.
1028. Review.

**(C) ENFORCEMENT OF PAYMENT OR COMPLIANCE.**

1029. In general.
1030. Payment or reimbursement from special or surplus fund.

**X. PAYMENT OF COMPENSATION AND COMPLIANCE WITH AWARD.**(Cont'd)

1030.1. —— In general; second or subsequent injury or disability.
  (1). In general.
  (2). Prior injury or impairment.
  (3). Nature, extent, and cause of subsequent disability.
  (4). Proceedings.
  (4.1). —— In general.
  (5). —— Limitations.
  (6). —— Evidence.
  (7). —— Review.
1030.2. —— Reopened cases.
1030.3. —— Occupational disease.
1031. Enforcement against estate of deceased employer.
1032. Enforcement on insolvency of employer or insurer.
1033. Priorities.
1034. Maturing periodical payments on default.
1035. Action by state against noncomplying employer.
1036. Action on award.
1037. Judgment on award.
1038. —— In general.
1039. —— Opening and vacating.
1040. Executions.
1041. Interest.

**(D) UNFAIR PRACTICES; BAD FAITH; PENALTIES.**

1042.1. In general.
1042.2. Reasonableness of employer's or insurer's conduct.
1042.3. —— In general.
1042.4. —— Controversion or dispute of claim.
  (1). In general.
  (2). Reasonable cause to dispute or deny.
  (3). Notice of denial or controversion.
1042.5. —— Employer's duty to investigate.
1042.6. —— Employer's reliance on medical opinions.
1042.7. —— Nonpayment pending appeal or further proceedings.
1042.8. —— Delay.
1042.9. —— Termination of benefits.

TR-0044695

## 413. WORKERS' COMPENSATION

### X. PAYMENT OF COMPENSATION AND COMPLIANCE WITH AWARD.(Cont'd)

1042.10. ——— Lump sum payment; payment pursuant to settlement agreement.
1042.11. Entitlement to medical benefits.
1042.12. ——— In general.
1042.13. ——— Amount.
1042.14. Payment issues.
1042.15. ——— In general.
1042.16. ——— Late payment.
1042.17. Penalties.
1042.18. ——— In general.
1042.19. ——— Amount.
1042.20. Damages.
1042.21. ——— In general.
1042.22. ——— Compensatory.
1042.23. ——— Punitive.
1042.24. ——— Amount.
1042.25. Proceedings to enforce payment or compliance.
1042.26. ——— In general.
1042.27. ——— Exhaustion of remedies.
1042.28. ——— Hearing or trial.
    (1). In general.
    (2). Jurisdiction.
    (3). Evidence.
    (4). Questions of law and fact.
    (5). Determination; award; judgment.
1042.29. ——— Review.
1042.30. ——— Fees and costs.
    (1). In general.
    (2). Attorney fees.
    (3). Costs.

#### (E) EFFECT OF PAYMENT.

1043. In general.
1044. Recovery back of payments.

### XI. INSURANCE AND PUBLIC FUNDS.

#### (A) IN GENERAL.

1045. In general.
1046. Policy and purpose of statutes.
1047. Construction of statutes.
1047.5. Safety programs; inspections.
1047.7. Agents and brokers.

#### (B) PUBLIC FUNDS.

1048. In general.

### XI. INSURANCE AND PUBLIC FUNDS.(Cont'd)

1049. Administration, investment, and custody of funds.
1050. Premiums and rates.
1050.1. ——— In general.
1051. ——— Amount and assessment.
1052. ——— Liability and refund.
1053. ——— Payment and enforcement.
1053.5. ——— Payment by employee; withholding.
1054. Policy or contract.
1055. Change, cancellation, and forfeiture of policy.
1056. Payment into fund in case of absence of persons entitled to, or failure to claim, compensation.
1057. Payments out of fund in general.
1057.5. Specially dedicated funds.

#### (C) SELF-INSURANCE.

1058. In general.
1058.5. Reports.
1058.10. Pooling agreements.
1059. Bond or security.
1060. Revocation of right to self-insurance.

#### (D) PRIVATE INSURANCE.

1061. In general.
1062. Requisites and sufficiency.
1063. Premiums and rates.
1064. Risks and coverage.
1065. ——— In general.
1066. ——— Right to refuse or limit risk.
1067. Estoppel of insurer.
1068. Change of insurers.
1069. Cancellation of policy.
1070. Reformation of policy.
1071. Rights as between employers, insurers, and employees.
1072. ——— In general.
1073. ——— Liability of insured employer to employee.
1074. Successive insurers.
1074.5. Reports.
1075. Jurisdiction and powers of compensation boards and commissions.

### XII. ADMINISTRATIVE OFFICERS AND BOARDS.

1076. In general.

## XII. ADMINISTRATIVE OFFICERS AND BOARDS.(Cont'd)

1077. Status and character.
1078. —— In general.
1079. —— Judicial or administrative.
1080. Continuity; change in personnel.
1081. Members.
1081.1. —— In general.
1082. —— Appointment, qualification, and tenure; disqualification.
1083. —— Number requisite to action.
1084. Employees and agents.
1085. Jurisdiction.
1086. —— In general.
1087. —— Exclusiveness.
1088. —— Presumptions.
1089. —— Consent of parties, waiver, and estoppel.
1090. Powers and duties in general.
1091. Rules and orders.
1092. —— In general.
1093. —— Notice and publication.
1094. —— Construction and operation.
1095. Rulings and decisions in general.
1096. Records.
1096.5. Creation and distribution of forms.
1096.10. Special boards, panels or committees.

## XIII. ASSIGNMENT OR TRANSFER OF RIGHTS.

1097. Assignment of claim.
1098. Assignment of award or judgment.
1099. Agency to receive payment.

## XIV. WAIVER AND ESTOPPEL AS TO RIGHT TO CLAIM OR TO DENY LIABILITY FOR COMPENSATION.

1100. In general.
1101. Express waiver.
1102. Acceptance of wages.
1103. Pursuit of other remedies against employer.
1104. Election to pursue third person.
1105. —— In general.
1106. —— Discontinuance or dismissal.
1107. —— Release or settlement.
1108. —— Deductions from compensation of amount of recovery or collection from third person.

## XIV. WAIVER AND ESTOPPEL AS TO RIGHT TO CLAIM OR TO DENY LIABILITY FOR COMPENSATION.(Cont'd)

1109. —— Liability of employer or insurer for deficiency.
1110. Election to pursue third person and employer.
1111. Election to proceed in another jurisdiction.
1112. Recovery of compensation from another.
1113. Payments from other sources.
1114. Estoppel of, or waiver by, employer, or insurance carrier.

## XV. AGREEMENTS AS TO COMPENSATION; COMPROMISE, SETTLEMENT, AND RELEASE.

### (A) REQUISITES AND VALIDITY.

1115. In general.
1116. Fraud and misrepresentation.
1117. Mistake.
1118. Consideration.
1119. Parties.
1120. Form and execution in general.
1121. Verification, filing, and registration.
1122. Approval by court, board, or commission.
1122.1. —— In general.
1123. —— Necessity.
1124. —— Power and duty of court, board, or commission.
1125. —— Proceedings for approval.
1126. —— Sufficiency.

### (B) CONSTRUCTION, OPERATION, AND ENFORCEMENT.

1127. In general.
1128. Construction.
1129. Operation and effect in general.
1130. —— In general.
1131. —— As award.
1132. —— As admission of liability.
1133. —— Limitation to facts agreed upon.
1134. Operation and effect as to particular subject-matters.
1135. —— In general.
1136. —— Jurisdiction of board or commission.
1137. —— Existence and cause of injury.

2041

TR-0044697

## 413. WORKERS' COMPENSATION

**XV. AGREEMENTS AS TO COMPENSATION; COMPROMISE, SETTLEMENT, AND RELEASE.(Cont'd)**

1138. —— Extent of disability and amount of compensation.
1139. —— As to dependency and rights of dependents.
1140. —— As to notice, claim, and limitations.
1141. Enforcement.

**(C) REVIEW, MODIFICATION, AND CANCELLATION.**

1142. In general.
1143. Conditions precedent.
1144. Jurisdiction of court or commission to review.
1145. Grounds in general.
1146. Fraud, accident, coercion, or mistake.
1147. —— In general.
1148. —— Fraud or misrepresentation.
1149. —— Mistake.
1150. Inadequacy or excessiveness of compensation.
1151. Limitations.
1152. Procedure in general.
1153. Scope of inquiry.
1154. Application or petition.
1155. Presumptions and burden of proof.
1156. Admissibility of evidence.
1157. Weight and sufficiency of evidence.
1158. —— In general.
1159. —— Fraud, accident, coercion, or mistake.
1160. Questions of law or fact.
1161. Instructions to jury.
1162. Findings, determination, and relief.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**

**(A) IN GENERAL.**

1163. Institution of proceedings.
1164. Nature and form in general.
1165. Rules of procedure in general.
1166. Proceedings in court.
1167. Proceedings before boards, commissions, or arbitrators.
1168. Conditions precedent in general; dispute or refusal to pay.
1169. Abatement or revival.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)**

1170. Joinder and consolidation of causes and proceedings.
1171. Motions.
1172. Stipulations.
1173. Continuances.
1174. Dismissal and nonsuit.
1175. Provisional allowances and advance payments.
1176. Jurisdiction of boards and commissions.
1177. —— In general.
1178. —— Exclusiveness.
1179. —— Conditions precedent to exercise of jurisdiction.
1180. —— Determination of jurisdictional facts.
1181. —— Dependent on place of injury, contract, or residence.
1182. —— By consent or conduct of parties.
1183. —— Appearance.
1184. —— Scope and extent.
1185. —— Retention and continuance.
1186. —— Objections and waiver.
1187. Jurisdiction of courts.

**(B) VENUE.**

1188. In general.

**(C) PARTIES.**

1189. In general.
1190. Persons entitled or required to institute proceedings.
1191. —— In general.
1192. —— Minors and their representatives.
1193. —— Executors and administrators.
1194. Persons against whom proceedings may or must be brought.
1195. Joinder.
1196. Intervention, and bringing in new parties.
1197. Substitution.
1198. Objections and waiver.

**(D) TIME FOR INSTITUTION OF PROCEEDINGS, AND LIMITATIONS.**

**1. IN GENERAL.**

1199.1. In general.
1199.2. Effect of failure to timely file.
1199.3. Applicable limitations period.

TR-0044698

413. WORKERS' COMPENSATION

XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

(1).  In general.
(2).  Death benefits.
(3).  General statutes of limitations.
1199.4.  Laches and prematurity of proceedings.

2. COMPUTATION, TOLLING, AND ACCRUAL.

1199.5.  In general.
1199.6.  Particular cases in general.
1199.7.  Claims for death benefits in general.
1199.8.  Date of accident.
1199.9.  Date of injury or disability in general.
1199.10.  Diseases; occupational diseases.
1199.11.  Repetitive injury; cumulative trauma.
1199.12.  Excusing delay in instituting proceedings in general.
1199.13.  Claimant's incapacity or incompetency in general.
1199.14.  Age.
1199.15.  Knowledge or ignorance of law or facts.
1199.16.  Conduct of employer or insurer.
1199.17.  —— In general.
1199.18.  —— Notice or knowledge.
1199.19.  —— Fraud or representations.
1199.20.  —— Employer's report of accident.
1199.21.  —— Payment of compensation or agreement therefore.

(1).  In general.
(2).  What constitutes payment, and nature of payments in general.
(3).  Payment of wages.
(4).  Medical and hospital services.
(5).  Agreement for compensation.
1199.22.  Commencement and prosecution of action.
1199.23.  —— In general.
1199.24.  —— New claim after withdrawal or dismissal of previous claim or proceeding.

3. WAIVER AND ESTOPPEL.

1199.30.  In general.
1199.31.  Particular cases in general.

XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

1199.32.  Acknowledgment of liability, payment of compensation, or rendition of medical services.
1199.33.  Failure to raise objections.

(E) NOTICE OF ACCIDENT OR INJURY.

1. IN GENERAL.

1216.  Purpose of notice.
1217.  Necessity.
1218.  Persons who may give.
1219.  Persons to whom given.
1220.  Form and sufficiency.
1221.  —— In general.
1222.  —— Proceedings for compensation as notice.
1223.  —— Necessity of writing in general.
1224.  —— Specification of injury.
1225.  Time for giving notice.
1226.  —— In general.
1227.  —— Hernia cases.
1228.  —— Requirement that notice be forthwith, immediate, or as soon as practicable.
1229.  —— Compliance with requirements as to time in general.
1230.  —— Computation of time.
1231.  Waiver and estoppel.

2. EXCUSING WANT OF, OR DEFECT IN, NOTICE.

1232.  In general.
1233.  Ignorance of statutory requirements.
1234.  Absence of knowledge of injury or extent thereof.
1235.  Representations, promises, and fraudulent acts of employer.
1236.  Accident, mistake, or unforeseen cause.
1237.  Physical or mental disability.
1238.  Minority of employees or dependents.
1239.  Actual notice or knowledge in general.
1240.  What constitutes knowledge.
1241.  Time of knowledge.
1242.  Knowledge of agent or representative in general.
1243.  —— In general.
1244.  —— Corporate officers and agents in general.
1245.  —— Other employees.

2043

## 413. WORKERS' COMPENSATION

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1246. —— Physicians and surgeons.
1247. Knowledge of superintendents, managers, overseers, or foremen.
1248. —— In general.
1249. —— Superintendents and managers.
1250. —— Foremen.
1251. Want of prejudice.
1252. —— In general.
1253. —— Effect of actual notice.
1254. Acknowledgment of liability and payment of compensation or agreement therefor.
1255. Employer's report of accident or notice of insurance.
1256. Discretion of court, commission, or board in determining sufficiency of excuse.

**(F) CLAIMS FOR COMPENSATION.**

*Time for making or filing claim for compensation, see XVI(D).*

**1. IN GENERAL.**

1257. Necessity for making or filing.
1258. Persons entitled to make or file.
1259. On whom served or where filed.
1260. Mode of service and filing.
1261. Abandonment of claim.
1261.5. Waiver and estoppel.

**2. REQUISITES AND SUFFICIENCY.**

1262. In general.
1263. Notice of accident as notice of claim or as including claim.
1264. Necessity for writing.
1265. Contents.
1266. Different or distinct claims or claimants.
1267. Defects and irregularities.
1268. Amendments.

**(G) MEDICAL EXAMINATION.**

1305. In general.
1306. Right to examination in general.
1307. Authority of court or board.
1308. Time for application.
1309. Application and determination.
1310. By whom made.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1311. Place of examination.
1312. Nature and extent of examination.
1313. Second or further examination.
1314. Effect of failure to require, or to submit to, examination.
1315. Autopsy.

**(H) ALTERNATIVE DISPUTE RESOLUTION.**

1316.1. In general.
1316.2. Arbitration.
1316.3. Mediation.

**(I) APPLICATION, PETITION, OR COMPLAINT.**

1318. In general.
1319. Sufficiency in general.
1320. Applicability of act.
1321. Right to bring proceedings.
1322. Notice and filing of claim.
1323. Time and place, and nature and extent of injury.
1324. Joinder of causes and election.
1325. Amended and supplemental pleadings.
1326. Demurrer or exception.

**(J) ANSWER OR NOTICE OF DEFENSE.**

1327. In general.
1328. Time for answer.
1329. Matters which must be pleaded.
1330. —— In general.
1331. —— Absence of notice or claim, and limitations.
1332. Admissions.
1333. Amendment.

**(K) ISSUES, PROOF, AND VARIANCE.**

1334. In general.
1335. Matters which must be proved.
1336. Evidence admissible under pleadings.
1337. Variance.

**(L) PRESUMPTIONS AND BURDEN OF PROOF.**

**1. IN GENERAL.**

1338. Presumptions in general.
1339. Burden of proof in general.

**2. PARTICULAR MATTERS.**

1340. In general.

2044

## XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

1341. Jurisdiction.
1342. Relationship of master and servant in general.
1343. Persons and employments within act.
1344. —— In general.
1345. —— Employments within act.
1346. —— Employments within state or federal laws.
1347. —— Employers within act.
1348. —— Employees within act.
1349. —— Independent contractors and their employees.
1350. Acceptance or election to come under act.
1351. Dependency.
1352. —— In general.
1353. —— Widows and widowers.
1354. —— Children and grandchildren.
1355. —— Parents.
1356. Injuries or death for which compensation may be had.
1357. —— In general.
1358. —— Injuries arising out of and in course of employment in general.
1359. —— Injuries arising out of employment in general.
1360. —— Injuries arising in course of employment in general.
1361. —— Accidental nature of injury.
1362. —— Accident as cause of disability or death.
1363. —— Assaults by co-employees or third persons.
1364. —— Diseases and internal injuries in general.
1365. —— Particular diseases.
1366. —— Aggravation or acceleration of previously impaired condition.
1367. —— Hernia.
1368. Defenses against claims for compensation.
1369. —— In general.
1370. —— Misconduct of employee in general.
1371. —— Intoxication.
1372. —— Suicide.
1373. Amount and period of compensation.
1374. —— In general.
1375. —— Extent and duration of injury or disability.
1376. —— Grounds for increasing, diminishing, or apportioning compensation.
1377. —— Diminution of earning capacity, and availability of suitable work.
1378. —— Minimizing injury.
1379. Proceedings for compensation.
1380. —— In general.
1381. —— Notice of injury.
1382. —— Claim for compensation.

### (M) ADMISSIBILITY OF EVIDENCE.

1383. In general.
1384. Competency, relevancy, and materiality in general.
1385. Hearsay.
1386. Employment and parties thereto.
1387. Acceptance or election to come under act.
1388. Causes or circumstances of injury, disability or death in general.
1389. Reports, certificates, or memoranda of accident.
1390. Injury arising out of and in course of employment.
1391. Injury as cause of disability or death.
1392. Testimony and statements of employee or claimant.
1393. Testimony and statements of employer.
1394. Testimony and statements of other employees.
1395. Medical testimony, statements, reports, and records.
1396. —— In general.
1397. —— Unsworn statements and reports.
1398. Verdict of coroner's jury.
1399. Conduct and habits of employee.
1400. Testimony taken by, and award and findings of, commission.
1401. Condition and repair of premises after accident.
1402. Nature and extent of disability.
1403. Fact and nature of previous injury or disability.
1404. Earnings, earning capacity, and amount of compensation.
1405. Dependency.

TR-0044701

## 413. WORKERS' COMPENSATION

**(N) WEIGHT AND SUFFICIENCY OF EVIDENCE.**

**1. IN GENERAL.**

1406. Effect of statutory presumption.
1407. Credibility.
1408. Sufficiency in general.
1409. Character of proof in general.
1410. Testimony or statements of parties or persons injured in general.
1411. Hearsay evidence.
1412. Undisputed evidence.
1413. Degree of proof in general.
1414. Circumstantial evidence.
1415. Opinion evidence.
1416. —— In general.
1417. —— Necessity of expert evidence.
1418. —— Credibility and conflict with other evidence.
1419. —— Sufficiency to sustain finding in general.
1420. —— Certainty.
1421. Preponderance of evidence.
1422. Inferences from evidence.
1423. Reports of employer.
1424. Place of contract or injury and what law governs.
1425. Time of accident.
1426. Existence of insurance contract.

**2. EMPLOYMENTS WITHIN ACTS.**

1427. In general.
1428. Employment in interstate or intrastate commerce.

**3. EMPLOYERS WITHIN ACTS.**

1429. In general.
1430. Employment by agent or employee.
1431. Employers of particular number of employees.
1432. General and special employers, and change of employers.
1433. Simultaneous or successive employers of same employee.
1434. Partnership or partner.

**4. EMPLOYEES WITHIN ACTS.**

1435. In general.
1436. Fact, manner, and basis of payment.
1437. Direction and control.
1438. Duration and termination of relation.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.** (Cont'd)

1439. Volunteers and substitutes.
1440. Minors.
1441. Casual employees in general.
1442. Employment in course of trade or business of employer.
1443. Employer and employee or other relationship in general.
1444. Public employees.
1445. Particular employees.
1446. —— In general.
1447. —— Salesmen, solicitors, and agents.
1448. —— Operators of vehicles and airplanes and their assistants.
1449. —— Mechanical and repair workers.
1450. —— Miners, excavators, and drillers or diggers of wells.
1451. Independent contractors.
1452. —— In general.
1453. —— Tests of relationship in general.
1454. —— Persons engaged in logging and lumbering.
1455. —— Miners, excavators, well diggers or drillers, and similar work.
1456. —— Painters, decorators, and similar workers.
1457. —— Mechanics and repairmen in general.
1458. —— Salesmen, solicitors, agents, collectors, and similar workers.
1459. —— Persons erecting, repairing, or demolishing building or structure.
1460. —— Persons engaged in hauling or in operation of vehicles.
1461. Employees of contractor or subcontractor.

**5. ACCEPTANCE OR ELECTION TO COME UNDER ACTS.**

1462. In general.
1463. Election by employer.
1464. Election by employee.

**6. DEPENDENCY AND RELATIONSHIP.**

1465. In general.
1466. Existence of dependents in general.
1467. Character and degree of proof in general.

2046

**413. WORKERS' COMPENSATION**

XVI. PROCEEDINGS TO SECURE
COMPENSATION.(Cont'd)

1468. Relatives and members of family in general.
1469. —— In general.
1470. —— Surviving spouse and children.
1471. —— Parents, brothers, and sisters.
1472. Husband and wife.
1473. —— In general.
1474. —— Existence and validity of marriage relation; common-law marriages.
1475. —— Living together.
1476. —— Living apart in general.
1477. —— Nonresidents and aliens.
1478. Children.
1479. Parents and persons in loco parentis.
1480. —— In general.
1481. —— As affected by contributions of deceased in general.
1482. —— Nonresidents and aliens.
1483. —— Partial dependency.
1484. —— Total dependency.
1485. Brothers and sisters.
1486. Grandparents and grandchildren.

7. ACCIDENT OR INJURY AND CONSEQUENCES THEREOF.

1487. Injuries arising out of and in course of employment in general.
1488. Injuries arising out of employment in general.
1489. Injuries in course of employment in general.
1490. Fact of injury, and accidental nature in general.
1491. Existence and extent of disability in general.
1492. Injury as cause of disability in general.
1493. Death from accidents in general.
1493.5. Suicide.
1494. Diseases, infections, and poisoning.
1495. —— In general.
1496. —— Poisoning in general.
1497. —— Infections in general.
1498. —— Cuts, bruises, and abrasions of skin in general.
1499. —— Blood poisoning.
1500. —— Inhalation of gas, fumes, or dust.
1501. Particular diseases.
1502. —— In general.

XVI. PROCEEDINGS TO SECURE
COMPENSATION.(Cont'd)

1503. —— Anthrax.
1504. —— Cancer.
1505. —— Tumors, abscesses, and cysts.
1506. —— Ulcers and fistulas.
1507. —— Skin diseases.
1508. —— Erysipelas.
1509. —— Diseases of the lungs and respiratory system in general.
1510. —— Influenza.
1511. —— Pleurisy.
1512. —— Pneumonia.
1513. —— Tuberculosis.
1514. —— Apoplexy.
1515. —— Epilepsy.
1516. —— Paralysis.
1517. —— Vertigo, dizziness, and fainting.
1518. —— Tetanus.
1519. —— Heart diseases.
1520. —— Disease or obstruction of blood vessels.
1521. —— Kidney diseases.
1522. —— Diabetes.
1523. —— Appendicitis.
1524. —— Rheumatism; lumbago.
1525. —— Arthritis.
1526. —— Fevers in general.
1527. —— Typhoid fever.
1528. —— Meningitis.
1529.1. —— Mental and emotional disability.
  (1). In general.
  (2). Physical injury requirement.
  (3). Particular conditions or diseases.
  (4). —— In general.
  (5). —— Depression.
  (6). —— Post-traumatic stress disorder.
1530.1. Occupational diseases.
1530.2. —— In general.
1530.3. —— Particular diseases.
  (1). In general.
  (2). Lung diseases.
  (3). Heart and cardiovascular diseases.
  (4). Repetitive injury; cumulative trauma.
  (5). Mental and emotional disability.
1531.1. Particular injuries and consequences.
1531.2. —— In general.

**2047**

**413. WORKERS' COMPENSATION**

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1531.3. —— Consequences of exertion in general.
1531.4. —— Back injuries.
1531.5. —— Head, neck, and shoulder injuries.
1531.6. —— Injuries to extremities.
1531.7. —— Repetitive injury; cumulative trauma.
    (1). In general.
    (2). Carpal tunnel syndrome.
1531.8. —— Injuries to blood vessels; strokes and aneurysms.
1531.9. —— Injuries to heart.
    (1). In general.
    (2). Physical exertion or strain.
    (3). Mental stress.
    (4). Police officers and firefighters.
1531.10. —— Injuries to eyes and impairment of vision.
1531.11. —— Injuries to ears and impairment of hearing.
1531.12. —— Injuries to sexual organs.
1531.13. —— Hernia.
    (1). In general.
    (2). Immediate descent or appearance of hernia.
    (3). Preexisting hernia or weakened structural condition.
    (4). Death or disability resulting from hernia.
1543. Successive injuries and recurrence of disability.
1544.1. Aggravation of previously impaired condition.
1544.2. —— In general.
1544.3. —— Aggravation of preexisting disease, generally.
1544.4. —— Necessity of accident and causal connection.
1544.5. —— Effect of preexisting condition.
1544.6. —— Aggravation of particular condition or disease.
    (1). In general.
    (2). Back.
    (3). Head, neck, and shoulders.
    (4). Injuries to extremities.
    (5). Heart and cardiovascular conditions.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

    (6). Lung diseases.
    (7). Arthritis.
    (8). Mental and emotional disability.
1544.7. —— Aggravation of prior, work-related injury.
    (1). In general.
    (2). Back injuries.
    (3). Head, neck, and shoulder injuries.
    (4). Injuries to extremities.
    (5). Repetitive injury; cumulative trauma.
    (6). —— In general.
    (7). —— Carpal tunnel syndrome.
    (8). Heart and cardiovascular conditions.
    (9). Lung diseases.
    (10). Arthritis.
    (11). Mental and emotional disability.
1555. Customary acts and acts by consent, direction, or acquiescence of employer.
1556. Negligence.
1557. Violation of safety regulations by employer.
1558. Acts for personal comfort or convenience of employee.
1559. Acts for individual purpose or benefit of employee.
1560. Deviation from employer's business.
1561. Acts for benefit of coemployee or of third person.
1562. Horseplay and practical joking.
1563. Assaults; injuries by acts of co-worker or third person.
1563.1. —— In general.
1563.2. —— Acts of co-worker.
1563.3. —— Acts of third person.
1567. Accidental shooting or stabbing.
1568. Drowning.
1569. Storms and floods.
1570. Injuries by lightning.
1571. Sunstroke or heat prostration.
1572. Exposure to cold and wetting.
1573. Injuries before or after working hours.
1574. Going to or from work.
1575. Going to or from meals.
1576. Employee away from working place.

2048

**413. WORKERS' COMPENSATION**

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1577. Place of injury with reference to plant or premises of employer.
1578. —— In general.
1579. —— Outside workers.
1580. Explosions and fires.
1581. Injuries in operation, care, or repair of vehicles in general.
1582. Injuries by trains or cars in general.
1583. Injuries in use or operation of elevators.
1584. Injuries in operation of aircraft.
1585. Loading or unloading cars or vehicles.
1586. Injuries by insects or animals.
1587. Injuries by slipping, tripping, or falls in general.
1588. —— In general.
1589. —— Proof of fact of fall.
1590. —— Accidental character.
1591. —— Cause.
1592. —— Relation to employment in general.
1593. —— As cause of injury or disability in general.
1594. Injuries by objects falling or thrown.
1595. Jolts and jars.
1596. Electric shock and burns.
1597. Public employees in general.

**8. DEFENSES AGAINST CLAIM FOR INJURY.**

1598. In general.
1599. Negligence of employee and assumption of risk.
1600. Serious, intentional, or willful misconduct.
1601. Injury caused by employee's willful intention to injure another.
1602. Disobedience of rules, orders, and warnings in general.
1603. Violation of laws and regulations.
1604. Intoxication.
1605. Failure to use safety appliances.
1606. Intentional self-injury.
1607. Suicide.

**9. AMOUNT AND PERIOD OF COMPENSATION.**

1609.1. In general.
1609.2. Basis for determination of amount; computation of earnings.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1609.3. —— In general.
1609.4. —— Wage rates or average earnings, in general.
1609.5. —— Weekly wage or earnings, in general.
1609.6. —— Length of time in employment prior to injury.
1609.7. —— Wages of employee of same class.
1609.8. —— Part time, seasonal, or intermittent employment.
1609.9. —— Earnings from multiple jobs or employers.
1609.10. —— Board, lodging, and other nonmonetary compensation.
1609.11. —— Tips, bonuses, and fringe benefits.
1627.1. Disability benefits.
1627.2. —— In general.
1627.3. —— Commencement of disability or compensation; date of disability.
1627.4. —— Duration and termination of disability in general.
1627.5. —— Amount of benefits in general.
1627.6. —— Temporary or permanent disability in general.
1627.7. —— Temporary disability.
   (1). In general.
   (2). Particular cases.
1627.8. —— Permanent disability.
   (1). In general.
   (2). Particular cases.
1627.9. —— Total or partial disability in general.
1627.10. —— Partial disability.
   (1). In general.
   (2). Particular cases.
   (3). Percentage awards.
1627.11. —— Total disability.
   (1). In general.
   (2). Particular cases.
1627.12. —— Supplemental and impaired earning benefits.
1627.13. —— Previous impairment or multiple injuries; apportionment.
   (1). In general.
   (2). Successive employers or insurers.

TR-0044705

**413. WORKERS' COMPENSATION**

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

(3). Multiple compensable injuries or impairments.

1627.14. —— Maximum medical improvement.

1627.15. —— Multiple awards for single injury.

1627.16. —— Limitations on amount; maximum, minimum, or extended benefits.

1627.17. —— Employment and earning capacity.

(1). In general.

(2). Impairment of earning capacity.

(3). Acceptance of employment or amount of wages as affecting eligibility.

(4). Incapacity for work or employment in general.

(5). Odd lot.

(6). Inability to work without pain.

(7). Light or occasional employment; accommodated work.

(8). Employment in same work as when injured; claimant's training and qualifications.

(9). Release to return to work.

(10). Economic conditions affecting employment.

(11). Efforts to obtain work; acceptance of employment.

(12). Departure from position; withdrawal from workforce.

1646.1. Scheduled and other particular injuries.

1646.2. —— In general.

1646.3. —— Medical impairment; impairment ratings.

1646.4. —— Diseases.

1646.5. —— Effect of previous impairment on scheduled injury; apportionment.

1646.6. —— Multiple scheduled injuries.

1646.7. —— Injury to the body as a whole.

1646.8. —— Muscular strains and consequences of exertion generally.

1646.9. —— Heart, cardiovascular, and lung conditions.

1646.10. —— Head, neck, or shoulder injuries.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1646.11. —— Back injuries.

1646.12. —— Hip injuries.

1646.13. —— Loss of, or injury to, member in general.

1646.14. —— Loss of, or injury to, leg.

1646.15. —— Loss of, or injury to, ankle, foot, or toes.

1646.16. —— Loss of, or injury to, arm.

1646.17. —— Loss of, or injury to, wrist, hand, or fingers.

1646.18. —— Eye injuries and impairment of vision.

1646.19. —— Ear injuries and impairment of hearing.

1646.20. —— Hernia.

1646.21. —— Skin conditions.

1646.22. —— Mental and emotional disability.

1646.23. —— Previous impairment; apportionment.

1647.1. Other benefits.

1647.2. —— In general.

1647.3. —— Pain and suffering.

1647.4. —— Disfigurement.

1647.5. —— Rehabilitation and retraining compensation.

1647.6. —— Compensation for death.

1647.7. Deductions and offsets.

1647.8. Increase or reduction of compensation.

1647.9. —— In general.

1647.10. —— Misconduct.

1647.11. —— Minimizing or aggravating injury.

(1). In general.

(2). Refusal or neglect to submit to medical treatment.

**10. KNOWLEDGE OR NOTICE OF ACCIDENT, INJURY, OR DISABILITY.**

1676. In general.

1677. Excuse for failure to give, or delay in giving, notice in general.

1678. Actual knowledge in general.

1679. Knowledge of agent or representative.

1680. Prejudice from failure to give, or delay in giving, notice.

2050

TR-0044706

413. WORKERS' COMPENSATION

**11. CLAIM OR PETITION FOR COMPENSATION AND INSTITUTION OF PROCEEDINGS.**

1681. In general.
1682. Time for filing claim or instituting proceedings.
1683. Excuses for failure to make, or delay in making claim, and tolling of statute.
1684. Prejudice from delay in making, or failure to make, claim.

**(O) AFFIDAVITS AND DEPOSITIONS.**

1685. Affidavits.
1686. Discovery and depositions.
   *Privileges, see ⊂⊃1703.5.*

**(P) HEARING OR TRIAL.**

**1. IN GENERAL.**

1687. In general.
1687.5. Pretrial matters.
1688. Necessity of trial or hearing.
1689. Notice.
1690. Time, place, and adjournment.
1691. Scope and extent; matters and evidence considered.
1692. Right to open and close.
1693. View and inspection.
1694. Personal examination of claimant.

**2. PRODUCTION AND RECEPTION OF EVIDENCE AND EXAMINATION OF WITNESSES.**

1695. Production and reception of evidence.
1696. —— In general.
1697. —— Right to introduce.
1698. —— Formal introduction.
1699. —— Taking ex parte.
1700. —— Order of proof.
1701. —— Reopening hearing.
1702. —— Effect of evidence admitted without objection.
1703. Summoning and examining witnesses.
1703.5. Privileges.

**3. QUESTIONS OF LAW AND FACT.**

1704. In general.
1705. Mixed questions of law and fact.
1706. Employments included.
1707. Employers within intent of acts.
1708. Employees within intent of acts.
1709. —— In general.
1710. —— Independent contractors.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)**

1711. Acceptance or election to come under act.
1712. Dependents entitled to compensation.
1713. —— In general.
1714. —— Spouses living apart.
1715. —— Extent of dependency.
1716. Injuries for which compensation may be had in general.
1717. Remote and proximate consequences.
1718. Arising out of and in the course of employment.
1719. —— In general.
1720. —— Going to or from work.
1721. Intoxication and serious and willful misconduct of employee.
1722. Amount and period of compensation.
1723. —— In general.
1724. —— Compensation for disability.
1725. —— Minimizing injury.
1726. Proceedings to secure compensation.

**4. JURY TRIAL.**

1727. In general.
1728. Instructions.
1729. Verdict and findings.

**5. REFERENCE.**

1730. In general.
1731. Province of arbitrator or referee.

**6. FINDINGS OF FACT AND CONCLUSIONS OF LAW BY BOARD, COMMISSION, OR COURT.**

1732. Necessity.
1733. —— In general.
1734. —— Admitted or stipulated facts.
1735. —— Issues not involved or presented.
1736. Character of finding as one of fact or law.
1737. Form, contents, and sufficiency.
1738. —— In general.
1739. —— Separate statement of findings of fact and conclusions of law.
1740. —— Opinion or reasons.
1741. —— Recital of evidence.
1742. —— Conclusions or belief.
1743. —— Definiteness and certainty.
1744. —— Ultimate or evidentiary facts.

**413. WORKERS' COMPENSATION**

### XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

1745. Conformity to evidence.
1746. Conformity to issues.
1747. Inconsistent findings and conclusions.
1748. —— In general.
1749. —— Findings of fact as supporting conclusions of law.
1750. —— General and specific findings.
1751. Particular facts and conclusions.
1752. —— In general.
1753. —— Causes and circumstances of injury.
1754. —— Persons entitled and dependency.
1755. —— Disability.
1756. —— Earnings and impairment of earning capacity.
1757. —— Employment in interstate commerce.
1758. —— Notice of injury and claim of compensation.
1759. Modification and correction.
1760. Construction and operation.
1761. —— In general.
1762. —— Implied findings.
1763. —— Effect of failure to find.
1764. Conclusiveness and effect.

#### (Q) AWARD OR JUDGMENT.

1765. In general.
1766. Consent judgment, decree, or award.
1767. Form and contents and nature and extent of relief.
1768. —— In general.
1769. —— Amount and period of compensation.
1770. —— Concurrent or consecutive payments.
1771. —— Persons liable.
1772. —— Persons entitled.
1773. Time for making or rendition.
1774. Notice of, and proceedings for, rendition or entry.
1775. Record.
1776. Conformity to pleadings, proof, and findings.
1777. Modification, amendment, and correction.
1778. —— In general.
1779. —— Time for correction.

### XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

1780. Opening and vacating.
1781. —— In general.
1782. —— Grounds in general.
1783. —— Fraud or mistake.
1784. —— Time for application or proceedings.
1785. —— Proceedings to open or vacate.
1786. —— Effect.
1787. Equitable relief.
1788. Conclusiveness and effect.
1789. —— In general.
1790. —— Finality.
1791. —— Matters concluded.
1792. —— Persons concluded.
1793. —— Collateral attack.

#### (R) REHEARING AND NEW TRIAL.

1794. Right and power to grant.
1795. Grounds.
1796. Proceedings to procure.
1797. —— In general.
1798. —— Time for application.
1799. —— Notice.
1800. —— Hearing and determination of application.
1801. —— Vacation of order.
1802. Proceedings on rehearing or at new trial.
1803. Successive applications.

#### (S) REVIEW BY BOARD OR COMMISSION.

1804. Nature and form of remedy.
1805. Jurisdiction.
1806. Decisions reviewable.
1807. Right of review.
1808. Taking and perfecting proceedings for review.
1809. —— In general.
1810. —— Notice.
1811. —— Petition, application, or other pleading.
1812. Record.
1813. Dismissal, hearing, and rehearing.
1814. Scope and extent of review in general.
1815. Trial de novo.
1816. —— In general.
1817. —— Issues and matters considered.

TR-0044708

## XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

1818. —— Evidence.
1819. —— Trial.
1820. Questions of law or fact and findings.
1821. Determination and disposition of proceeding.

### (T) REVIEW BY COURT.

#### 1. IN GENERAL.

1822. In general.
1823. Certification of questions of law.
1824. Appeal.
1825. Certiorari or writ of review.
1826. Action to set aside award or injunction proceedings.
1827. Jurisdiction.
1828. —— In general.
1829. —— Appeal.
1830. —— Certiorari or writ of review.
1831. —— Action to set aside or injunction proceedings.

#### 2. VENUE.

1832. In general.

#### 3. DECISIONS REVIEWABLE.

1833. In general.
1834. On appeal.
1835. On certiorari or writ of review.
1836. In action to set aside award.

#### 4. RIGHT OF REVIEW.

1837. Persons entitled.
1838. —— In general.
1839. —— Nonresidents.
1840. —— State or state officer.
1841. Estoppel, waiver, or agreements affecting right.
1842. —— In general.
1843. —— Payment and performance of award.
1844. —— Acceptance of payments.

#### 5. PRESENTATION AND RESERVATION BELOW OF GROUNDS OF REVIEW.

1845. Necessity.
1846. —— In general.
1847. —— Theory of claim or defense.
1848. —— Jurisdiction and venue.

## XVI. PROCEEDINGS TO SECURE COMPENSATION.(Cont'd)

1849. —— Time to proceed and limitations.
1850. —— Parties.
1851. —— Notice of injury and claim for compensation.
1852. —— Pleadings.
1853. —— Trial or hearing.
1854. —— Arbitration, reference, and proceedings thereon.
1855. —— Evidence, depositions, and witnesses.
1856. —— Award or judgment.
1857. —— Proceedings for rehearing.
1858. Form and sufficiency.
1859. —— In general.
1860. —— Definiteness and certainty.
1861. —— Objections and exceptions and rulings thereon in general.
1862. —— Request for instructions.
1863. —— Request for special findings.
1864. —— Application for rehearing.
1865. —— Application, or claim, for review.
1866. —— Motion for new trial or in arrest of judgment.

#### 6. PARTIES.

1867. Proper and necessary parties generally.
1868. Designation and description.
1869. New parties and change of parties.
1870. Death.
1871. Defects, objections, and amendment.

#### 7. TAKING AND PERFECTING PROCEEDINGS FOR REVIEW.

1872. In general.
1873. Time for proceeding.
1874. —— In general.
1875. —— Prematurity.
1876. —— When time begins to run (notice).
1877. —— Effect of proceedings for rehearing, new trial, or correction of award.
1878. —— Excuse for delay, and extension of time.
1879. —— Waiver of objections.
1880. —— Effect of delay.
1881. —— Evidence of timely appeal; proof.
1882. Notice.
1882.1. —— In general.
1883. —— Necessity and waiver.

TR-0044709

## 413. WORKERS' COMPENSATION

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1884. —— Sufficiency.
1885. Process or writ.
1886. Petition or application.
1887. —— In general.
1888. —— Certiorari.
1889. —— Suit to set aside award.
1890. Answer or return.
1891. Reply.
1892. Necessity of bond or other security.

**8. EFFECT OF PROCEEDINGS FOR REVIEW AND SUPERSEDEAS OR STAY.**

1893. Effect of institution or perfection of proceedings for review.
1894. Supersedeas or stay.

**9. RECORD.**

1895. In general.
1896. Bill of exceptions.
1897. Abstract.
1898. Case.
1899. Agreed statement of facts.
1900. Transcripts.
1901. Transmission.
1902. Defects, objections, and amendment.
1903. Conclusiveness of record.
1904. Questions presented for review.
1905. Matters not apparent of record.

**10. ASSIGNMENTS OF ERROR AND BRIEFS.**

1906. Assignments of error.
1907. Briefs.

**11. DISMISSAL, WITHDRAWAL, ABANDONMENT, HEARING, AND REHEARING.**

1908. Dismissal, withdrawal, or abandonment of appeal.
1909. Submission and hearing; rehearing.

**12. SCOPE AND EXTENT OF REVIEW IN GENERAL.**

1910. In general.
1911. Matters or evidence considered.
1912. Questions considered.
1913. Review when facts not found or insufficiently found.
1914. Trial de novo in general.
1915. Issues and matters considered on trial de novo.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1916. —— In general.
1917. —— Limitation to original claim.
1918. Pleadings on trial de novo.
1919. —— In general.
1920. —— Issues, proof, and variance.
1921. Evidence on trial de novo.
1922. —— In general.
1923. —— Burden of proof.
1924. —— Weight and sufficiency.
1925. Trial on trial de novo.
1926. —— In general.
1927. —— Submission of issues to jury.
1928. —— Direction of verdict and demurrer to evidence.
1929. —— Instructions.
1930. —— Findings.
1931. —— Verdict.
1932. New trial after trial de novo.
1933. Errors waived in appellate tribunal.
1934. Parties entitled to allege error.
1935. Presumptions and burden of showing error.
1936. Discretion.
1937. Harmless error.

**12A. QUESTIONS OF LAW OR FACT, FINDINGS, AND VERDICT.**

1938. In general.
1939. Review of decision of department, commission, board, officer, or arbitrator.
1939.1. —— In general; questions of law or fact.
1939.2. —— Review of fact questions in general.
1939.3. —— Conclusiveness of administrative findings in general.
1939.4. —— Sufficiency of evidence in support.
     (1). In general.
     (2). "Some" or "any" evidence.
     (3). Competent evidence.
     (4). Substantial evidence.
1939.5. —— Conflicting evidence.
1939.6. —— Weight of evidence and credibility of witnesses.
1939.7. —— Inferences or conclusions from facts proved.

2054

413. WORKERS' COMPENSATION

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1939.8. —— Expert testimony.
1939.9. —— Findings against claimant or party having burden of proof.
1939.10. —— Concurrence or disagreement of administrative authorities.
1939.11. —— Particular findings.
    (1). In general.
    (2). Jurisdictional facts.
    (3). Employments, employers, and employees.
    (4). Dependency and relationship.
    (5). Accident or injury and consequences thereof in general.
    (6). Cause of death.
    (7). Injuries arising out of and in course of employment.
    (8). Defenses against claims.
    (9). Amount and period of compensation.
    (10). Knowledge or notice of accident, injury, or disability.
    (11). Claim or petition for compensation and time for institution of proceedings.
1939.12. —— Occupational disease cases.
1940. Review of court's decision in action for compensation.

**13. DETERMINATION AND DISPOSITION OF PROCEEDING.**

1941. In general.
1942. Rendering final or independent judgment.
1943. Form and contents of judgment or decree.
1944. Affirmance.
1945. Modification.
1946. Reversal.
1947. Annulment, vacation, and setting aside of award.
1948. Dismissal or nonsuit of cause.
1949. Remand in general.
1950. Instructions on remand.
1951. Further proceedings before board, commission, or trial court.

**XVI. PROCEEDINGS TO SECURE COMPENSATION.**(Cont'd)

1952. Amendment, modification, or setting aside of appellate decision, and collateral attack.
1953. Successive appeals.

**14. PROCEEDINGS FOR FURTHER REVIEW.**

1954. Nature and form of remedy.
1955. Jurisdiction.
1956. Decisions reviewable.
1957. Right of review.
1958. Presentation and reservation below of grounds for review.
1959. Parties.
1960. Taking and perfecting proceedings for review.
1961. Assignment of error.
1962. Record.
1963. Dismissal of appeal.
1964. Scope and extent of review.
1965. Parties entitled to allege error.
1966. Presumptions.
1967. Discretion of lower court.
1968. Harmless error.
    (1). In general.
    (2). Rulings as to evidence in general.
    (3). Admission of evidence.
    (4). Exclusion of evidence.
    (5). Argument and conduct of counsel.
    (6). Submission of issues to jury.
    (7). Instructions.
    (8). Findings, award, or judgment.
1969. Questions of law or fact, findings, and verdict.
1970. Determination and disposition of cause.
1971. —— In general.
1972. —— Affirmance.
1973. —— Modification.
1974. —— Reversal.
1975. —— Remand.
1976. —— New trial.
1977. Rehearing.

**15. LIABILITY ON BONDS AND SECURITIES.**

1978. In general.
1979. Determination of liability.

TR-0044711

## 413. WORKERS' COMPENSATION

**(U) COSTS AND ATTORNEY FEES.**

**1. IN GENERAL.**

1980.1. In general.
1980.2. Discretion.
1980.3. Frivolity or bad faith; sanctions.
1980.4. Particular cases in general.
1980.5. Costs recoverable.
1980.6. Amount.
1980.7. Costs on appeal or proceedings to set aside award.

**2. ATTORNEY FEES.**

1980.8. In general.
1980.9. Discretion.
1980.10. Particular cases in general.
1980.11. Grounds for award of fees; factors considered.
1980.12. —— In general.
1980.13. —— Result or outcome of proceedings.
1980.14. —— Bad faith; reasonableness of employer's or insurer's conduct.
1980.15. —— Effect of claimant's conduct or misconduct.
1980.16. Amount.
1980.17. Fees on appeal or proceedings to set aside award.
1980.18. Payment and commutation.
1980.19. Lien.

**3. PROCEEDINGS.**

1980.20. In general.
1980.21. Evidence.
1980.22. —— In general.
1980.23. —— Weight and sufficiency.
1980.24. —— Presumptions and burden of proof.
1980.25. Hearing.
1980.26. Questions of law or fact.
1980.27. Review.
1980.28. —— In general.
1980.29. —— Standard of review.

**XVII. INCREASE, DIMINUTION, TERMINATION, REINSTATEMENT, OR ADDITIONAL AWARD OF DISABILITY COMPENSATION.**

**(A) AWARDS GENERALLY.**

**1. ADJUSTMENT OR TERMINATION OF COMPENSATION.**

1990. In general.

**XVII. INCREASE, DIMINUTION, TERMINATION, REINSTATEMENT, OR ADDITIONAL AWARD OF DISABILITY COMPENSATION.**(Cont'd)

1991. Statutory regulation.
1992. Awards, orders, or findings which may be altered or set aside.
1993. —— In general.
1994. —— Period of compensation.
1995. —— Denial or termination of compensation.
1996. —— Previously reviewed or modified award.
1997. —— Judgments.
1998. Power and jurisdiction.
1999. —— In general.
2000. —— Retroactive orders.
2001. Conclusiveness of original award or judgment.
2002. Necessity and sufficiency of grounds.
2003. —— In general.
2004. —— Good cause.
2005. —— Change of condition in general.
2006. —— What constitutes change of condition.
2007. —— Injuries not included or considered in original award.
2008. —— Subsequently ascertainable disability of another type (permanent, partial, or total).
2009. —— Increase of disability.
2010. —— Termination or decrease of disability.
2011. —— Recurrence of disability.
2012. —— Diminution or increase of earnings.
2013. Nature and form of proceedings.
2014. Objections to proceedings, and waiver.
2015. Time for application and limitations.
2016. —— In general.
2017. —— Permanent partial or total disability subsequently ascertainable.
2018. —— Other injuries in same accident not previously compensated.
2019. —— Reclassification.
2020. Conditions precedent in general.
2021. Notice of accident, application, trial, or hearing.
2022. Persons entitled to apply and parties to application.

2056

**XVII. INCREASE, DIMINUTION, TERMINATION, REINSTATEMENT, OR ADDITIONAL AWARD OF DISABILITY COMPENSATION.**(Cont'd)

2023. Pleading.
2024. —— In general.
2025. —— Issues, proof, and variance.
2026. Burden of proof.
2027. Presumptions.
2028. Admissibility of evidence.
2029. Weight and sufficiency of evidence.
2030. —— In general.
2031. —— Hip, leg, and foot injuries.
2032. —— Shoulder, arm, hand, and finger injuries.
2033. —— Back and spine injuries.
2034. —— Eye injuries.
2035. —— Head injuries.
2036. —— Hernia or rupture.
2037. Dismissal before hearing.
2038. Hearing or trial.
2039. —— In general.
2040. —— Scope and extent of inquiry.
2041. —— Production and reception of evidence.
2042. —— Questions of law or fact.
2043. —— Findings.
2044. Stay of proceedings.
2045. Determination or award.
2046. —— In general.
2047. —— Conformity to petition or application.
2048. —— Conformity to evidence and findings.
2049. —— Relief granted.
2050. —— Conclusiveness and effect.
2051. Rehearing.

**2. REVIEW.**

2052. In general.
2053. Jurisdiction.
2054. Decisions and orders reviewable.
2055. Presentation and reservation below of grounds for review.
2056. Time for taking and perfecting proceeding for review.
2057. Record.
2058. Evidence and matters considered.
2059. Presumptions.
2060. Matters of discretion.

**XVII. INCREASE, DIMINUTION, TERMINATION, REINSTATEMENT, OR ADDITIONAL AWARD OF DISABILITY COMPENSATION.**(Cont'd)

2061. Questions of fact and sufficiency of evidence.
2062. Harmless error.
2063. Trial de novo.
2064. Determination and disposition.

**(B) AGREEMENTS AND SETTLEMENTS.**

2065. Right and power to modify or set aside.
2066. —— In general.
2067. —— Conclusiveness of original claim or award.
2068. —— What agreements or settlements are reviewable.
2069. —— Effect of satisfaction, receipt, or release.
2070. —— Effect of nature of disability.
2071. Persons entitled to relief and jurisdiction.
2072. Nature and form of proceedings.
2073. Time for application and limitations.
2074. Conditions precedent; notice.
2075. Application.
2076. Evidence.
2077. Hearing or trial, and determination.
2078. Rehearing.
2079. Review.

**XVIII. OFFENSES AND PENALTIES.**

2080. Offenses and responsibility therefor.
2081. Enforcement.

**XIX. EMPLOYER'S REPORT OF ACCIDENT AND NOTICE OF DEATH TO BENEFICIARIES.**

2082. Report of accidents.
2082.5. Records of accidents or injuries.
2083. Notice of death to beneficiaries.

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**

**(A) BETWEEN EMPLOYER AND EMPLOYEE.**

**1. EXCLUSIVENESS OF REMEDIES AFFORDED BY ACTS.**

2084. In general.
2085. Federal acts.

## 413. WORKERS' COMPENSATION

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**(Cont'd)

2086. Effect of municipal pensions or compensation.
2087. Failure to furnish, or negligence in furnishing medical or surgical treatment.
2088. Matters not within scope of acts in general.
2089. Persons and employments not within acts.
2090. Injuries not within acts.
2091. Diseases not within acts.
2092. Failure to comply with lawful requirements.
2093. Willful or deliberate act or negligence.
2094. Gross negligence.
2095. Failure to install or maintain safety devices.
2096. Violation of safety regulations.
2097. Violation of child labor laws.
2098. Rejection of act.
2099. Failure to comply with act.
2100. Failure to provide insurance or to secure compensation.
2101. Failure to give notice.
2102. Failure to pay compensation.

**2. ELECTION AND WAIVER OF REMEDIES.**

2103. In general.
2104. Election to take compensation.
2105. —— In general.
2106. —— Proceedings to obtain, and award of compensation.
2107. —— Acceptance of payments.
2108. —— Right of infant to sue at law after election to take compensation.
2109. Right to sue statutory employer at law after election to take compensation under statute.

**3. DEFENSES; ABROGATION OR MODIFICATION OF COMMON-LAW DEFENSES.**

2110. In general.
2111. Contractual assumption of risk.
2112. Reduction of damages for contributory negligence; comparative negligence.
2113. Negligence of employee as sole cause of injury.

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**(Cont'd)

2114. Failure of employee to elect to come under act.
2115. Persons and employments not within acts.
2116. Simple tool doctrine.
2117. Willful act or misconduct of employee.

**4. NEGLIGENCE OF EMPLOYER AND MEASURE OF DAMAGES.**

2118. Negligence of employer as essential to recovery.
2119. —— In general.
2120. —— Statutory presumption of negligence.
2121. Limitation of recovery or measure of damages.

**5. ACTIONS.**

2122. In general.
2123. Declaration, petition, or complaint.
2124. —— In general.
2125. —— Exceptions from act.
2126. —— Election not to come under act.
2127. —— Failure to comply with act.
2128. —— Negligence.
2129. Plea, answer, or affidavit of defense.
2130. Reply.
2131. Amended and supplemental pleadings.
2132. Demurrer or exception.
2133. Issues, proof, and variance.
2134. Presumptions and burden of proof.
2135. Admissibility of evidence.
2136. Weight and sufficiency of evidence.
2137. Trial in general.
2138. Questions for jury.
2139. Instructions.
2140. Verdict and findings.
2141. Review.

**(B) ACTION BY THIRD PERSON AGAINST EMPLOYER.**

**1. IN GENERAL.**

2142. In general.
2142.10. Indemnity or contribution.
2142.11. —— In general.
2142.15. —— Contribution.
2142.20. —— Indemnity in general.

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**(Cont'd)

2142.25. —— Indemnity, contractual.
2142.30. —— Longshoremen or seamen, injuries to.
2142.35. —— Products liability claims.
2142.40. —— Comparative fault; apportionment of damages.
2142.50. Actions by dependents, representatives, or survivors.
2142.51. —— In general.
2143. —— Action by parent for injury to child.
2144. —— Action by spouse or child of injured employee.

**2. ACTION FOR DEATH BY WRONGFUL ACT.**

2145. In general.
2146. Death of minor.
2147. Action by, or for benefit of, person not entitled to compensation.
2148. Employer's nonacceptance of, or noncompliance with, act.
2149. Death resulting from willful act or omission or gross negligence.
2150. Option, election, waiver, or estoppel.
2151. Necessity for tort chargeable to employer.
2152. Defenses; abrogation of common law defenses.
2153. Effect of award, judgment, or finding in compensation proceeding.
2154. Procedure.
2154.1. —— In general.
2155. —— Pleading.
2156. —— Evidence.
2157. —— Trial, judgment, and review.

**(C) ACTION AGAINST THIRD PERSONS IN GENERAL FOR EMPLOYEE'S INJURY OR DEATH.**

**1. RIGHT OF ACTION OF EMPLOYEE OR REPRESENTATIVE GENERALLY.**

2158. In general.
2159. Relation of parties to compensation act and occupations covered thereby.
2160. What persons liable as third persons.
2161. —— In general.
2162. —— Employer as third person.
2163. —— Lessor of property.

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**(Cont'd)

2164. —— Principal employer or employer of injured person.
2165. —— General, principal, or original contractor contracting with employer of injured person.
2166. —— Subcontractor contracting with employer of injured person.
2167. —— Subcontractor injuring employee of another subcontractor.
2168.1. —— Agents of employer of injured person.
    (1). In general.
    (2). Co-workers.
    (3). Supervisors; managers.
    (4). Officers.
2169. —— Vessel.
2170. Liability of third person dependent on place of injury.

**2. ELECTION OF REMEDIES.**

2171. In general.
2172. Limitation of effect of election to cases of furtherance of common enterprise or accomplishment of same or related purposes.
2173. Election by particular person in case of death by wrongful act (dependents, widow, representatives).
2174. Form and requisites of election of compensation.
2175. —— In general.
2176. —— Notice of election.
2177. —— Agreement, settlement, or release.
2178. —— Making or filing claim or prosecuting compensation proceedings.
2179. —— Award of compensation.
2180. —— Accepting payment in general.
2181. —— Acceptance of payment in cases of death of employee.
2182. —— Acceptance of payment under foreign statute.
2183. —— Accepting loans, advances, or gifts.
2184. —— Accepting hospital, medical, or nursing expenses.

2059

## 413. WORKERS' COMPENSATION

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**(Cont'd)

2185. Invalidity and avoidance of election; reinstatement or restoration of right to sue.

2186. Effect on employee's right to sue employer's or insurer's failure to sue, or permitting employee to sue.

2187. Evidence and questions of law or fact as to election.

**3. RIGHT OF EMPLOYER OR INSURER TO REMEDY OF EMPLOYEE OR EMPLOYEE'S REPRESENTATIVE.**

2188. In general.

2189. Subrogation or assignment in general.

2190. Right of insurer to remedy against third person or to reimbursement in general.

2191. Subrogation of or assignment to insurer.

2192. Rights as to cause of action based on employee's death.

2193. —— In general.

2194. —— Rights of insurer.

2195. Exclusive or concurrent right as between employer or insurers and employee or dependents to sue and recover.

2196. Necessity, sufficiency, and validity of claim for compensation.

2197. Necessity and sufficiency of award of, agreement for, or payment of, compensation.

2198. Notice by employer to employee.

2199. Notice by employer to tort-feasor.

2200. Persons liable as third persons or persons other than employers.

2201. Liability of third person to employee or dependents and succession to right of employee or dependents.

2202. —— In general.

2203. —— Settlement or release or attempted settlement as admission of liability.

2204. Assignment by employer or insurer.

2205. Waiver or loss by employer or insurer of right to sue.

**4. DEFENSES.**

2206. To employee's right of action.

2207. —— In general.

2208. —— Settlement or release by employer or insurer.

2209. To employer's or insurer's right of action.

2210. —— In general.

2211. —— Employee's contributory negligence or assumption of risk.

2212. —— Negligence, wrong, or estoppel of employer.

2213. —— Settlement or release by employee or personal representative.

2214. —— Employee's recovery of damages against third party as bar to employer's or insurer's action.

**5. ACTIONS AND PROCEEDINGS.**

2215. In general.

2216. Time to sue, successive actions, and limitations.

2216.5. Computation of period of limitations.

2217. Abatement and revival.

2218. Parties.

2219. —— In general.

2220. —— Action in name of employer or insurer.

2221. —— Action in name of employee, dependents, or personal representative.

2222. —— Action in name of state.

2223. —— Proper and necessary parties.

2224. —— Joinder.

2225. —— New parties, intervention, and substitution.

2226. Pleading.

2227. —— In general.

2228. —— Declaration, complaint, or petition.

2229. —— Plea or answer.

2230. —— Verification.

2231. —— Issues, proof, and variance.

2232. Evidence.

2232.1. —— In general.

2233. —— Presumptions and burden of proof.

2234. —— Admissibility.

2235. —— Weight and sufficiency.

2236. Trial.

2237. —— In general.

TR-0044716

**XX. EFFECT OF ACT ON OTHER STATUTORY OR COMMON-LAW RIGHTS OF ACTION AND DEFENSES.**(Cont'd)

2238. —— Instructions.

2239. —— Questions of law or fact.

2240. Judgment and relief.

2241. New trial.

2242. Appeal and error.

**6. AMOUNT AND ITEMS OF RECOVERY.**

2243. Action by employee, dependents, or personal representative.

2244. Action by or on behalf of employer or insurer.

2245. —— In general.

2246. —— Medical, nursing, hospital, and burial expenses.

2247. —— Expenses of investigation and litigation; attorney fees.

**7. RIGHT TO PROCEEDS OF ACTION OR SETTLEMENT.**

2248. In general.

2249. Rights of employee or dependent.

2250. Rights of employer or insurer.

2251. —— In general.

2252. —— Lien of employer or insurer.

**(D) ACTION AGAINST PHYSICIAN OR SURGEON FOR MALPRACTICE.**

2253. Rights of employee or his dependents.

2254. Rights of employer or insurer as subrogee or transferee.

---

## 414. ZONING AND PLANNING

### SUBJECTS INCLUDED

Regulations of general application by local or regional bodies, limiting the long-term use of land

Zoning regulations dividing municipalities and other areas into districts and prescribing or limiting the construction or use of buildings and structures therein

The purpose, validity, construction, operation, modification, amendment, and repeal of such regulations

Nature, source and scope of the regulatory power and the manner of its exercise

Nonconforming uses predating zoning scheme

Regulation of land subdivision and development

Granting of zoning permits, approvals, variances, and exceptions

Administrative and judicial review of zoning regulations and proceedings

Enforcement of zoning regulations, including injunctions, fines, and criminal penalties

Appointment, tenure, powers, duties, and liabilities of zoning boards and officials

### SUBJECTS EXCLUDED AND COVERED BY OTHER TOPICS

Maps and plans promulgated for the limited purpose of defining streets and lot lines, see MUNICIPAL CORPORATIONS and other government topics

Building codes establishing safety and construction standards, see HEALTH

Licenses to operate a business or practice a profession, see LICENSES and other particular topics

Federal or statewide environmental regulations, see ENVIRONMENTAL LAW

Historical preservation, regulations affecting, see ENVIRONMENTAL LAW

Private restrictions or covenants, see COVENANTS

Signs and billboards along highways, see HIGHWAYS

Non-locational mining regulation, see MINES AND MINERALS

---

I. IN GENERAL, ☞1000–1034.

II. VALIDITY OF ZONING REGULATIONS, ☞1035–1139.
  (A) IN GENERAL, ☞1035–1064.
  (B) PARTICULAR MATTERS, ☞1065–1124.
  (C) PROCEDURAL REQUIREMENTS, ☞1125–1139.

III. MODIFICATION OR AMENDMENT; REZONING, ☞1140–1194.
  (A) IN GENERAL, ☞1140–1174.
  (B) PROCEEDINGS TO MODIFY OR AMEND, ☞1175–1194.

**414. ZONING AND PLANNING**

IV. REPEAL OF REGULATIONS,
    ⪻1195–1199.
V. CONSTRUCTION, OPERATION, AND
    EFFECT, ⪻1200–1299.
  (A) IN GENERAL, ⪻1200–1224.
  (B) ARCHITECTURAL AND STRUC-
     TURAL DESIGNS, ⪻1225–1234.
  (C) USES AND USE DISTRICTS,
     ⪻1235–1299.
    1. IN GENERAL, ⪻1235–1284.
    2. ACCESSORY USES AND BUILD-
      INGS, ⪻1285–1299.
VI. NONCONFORMING USES,
    ⪻1300–1324.
VII. ADMINISTRATION IN GENERAL,
    ⪻1325–1344.
VIII. PERMITS, CERTIFICATES, AND
    APPROVALS, ⪻1345–1464.
  (A) IN GENERAL, ⪻1345–1409.
  (B) PROCEEDINGS ON PERMITS,
     CERTIFICATES, OR APPROV-
     ALS, ⪻1410–1444.
  (C) EFFECT OF DETERMINATION OF
     PERMITS, CERTIFICATES, OR
     APPROVALS; REVOCATION,
     ⪻1445–1464.
IX. VARIANCES AND EXCEPTIONS,
    ⪻1465–1569.
  (A) IN GENERAL, ⪻1465–1534.
  (B) PROCEEDINGS FOR VARIANCES
     AND EXCEPTIONS, ⪻1535–1564.
  (C) EFFECT OF DETERMINATION OF
     VARIANCE OR EXCEPTION;
     REVOCATION, ⪻1565–1569.
X. JUDICIAL REVIEW OR RELIEF,
    ⪻1570–1764.
  (A) IN GENERAL, ⪻1570–1597.
  (B) PROCEEDINGS, ⪻1598–1619.
  (C) SCOPE OF REVIEW, ⪻1620–1709.
    1. IN GENERAL, ⪻1620–1654.
    2. ADDITIONAL PROOFS AND TRI-
      AL DE NOVO, ⪻1655–1674.
    3. PRESUMPTIONS AND BURDENS,
      ⪻1675–1694.
    4. QUESTIONS OF FACT,
      ⪻1695–1709.
  (D) DETERMINATION, ⪻1710–1734.
  (E) FURTHER REVIEW, ⪻1735–1764.
XI. ENFORCEMENT OF REGULATIONS,
    ⪻1765–1811.

**I. IN GENERAL.**

1000. Nature in general.
1001. Zoning and planning distinguished.
1002. Purpose.
1003. Power in general.
1004. Zoning power in general.

**I. IN GENERAL.**(Cont'd)

1005. Source and scope of power.
1006. —— In general.
1007. —— Police power.
1008. Constitutional and statutory provisions.
1009. —— In general.
1010. —— Validity of statutes.
1011. —— Construction of statutes in gener-
    al.
1012. —— Retroactive operation.
1013. Matters subject to regulation.
1014. —— In general.
1015. —— Maps, plats, or plans; subdivi-
    sions.
1016. Factors considered.
1017. Who may exercise power.
1018. Regional or interstate agencies.
1019. Concurrent or conflicting regulations;
    preemption.
1020. —— In general.
1021. —— Environmental regulations and
    considerations.
1022. —— Agriculture, farming, and rural
    uses.
1023. —— Aviation and airports.
1024. —— Handicapped and disabled indi-
    viduals.
1025. —— Liquor regulation.
1026. —— Maps, plats, or plans; subdivi-
    sions.
1027. —— Mining and minerals; sand and
    gravel.
1028. —— Mobile homes; trailer parks.
1029. —— Signs and billboards.
1030. —— Telecommunications uses.
1031. —— Trees, forests, and logging.
1032. —— Water-related uses.
1033. —— Other particular cases.

**II. VALIDITY OF ZONING REGULATIONS.**

**(A) IN GENERAL.**

*Certainty, definiteness, vagueness, and overbreadth, see*
*CONSTITUTIONAL LAW.*

1035. Validity of regulations in general.
1036. Reasonableness in general.
1037. Temporary or emergency regulation.
1038. Matters affecting validity in general.
1039. Police power, relation to.
1040. Public health, safety, morals, or general
    welfare.

**II. VALIDITY OF ZONING REGULATIONS.**(Cont'd)

1042. Conformity to enabling statute.
1043. Comprehensive or general plan, validity.
1044. Conformity of regulations to comprehensive or general plan.
1045. Zoning by districts.
1046. Boundary lines.
1047. Propriety of classification and uniformity of operation in general.
1048. Discrimination.
1049. Spot zoning.
1050. Aesthetic considerations.
1051. Environmental or ecological considerations.
1052. Fire and traffic hazards.
1053. Hardship, loss, or benefit to particular persons.
1054. Effect on property value.
1055. Deprivation of property.
1056. Delegation of power in general.
1057. Standards governing conduct of administrative officials.
1058. Consent of property owners, requirement of.
1059. Change of conditions; future developments.
1060. Territorial limitations.
1061. Effect of partial invalidity; severability.
1062. —— In general.
1063. —— Particular regulations.

**(B) PARTICULAR MATTERS.**

1065. In general.
1066. Architectural or structural designs.
1067. —— In general.
1068. —— Area and frontage requirements.
1069. —— Building or setback lines.
1070. —— Height of buildings or structures.
1071. —— One-family, two-family, or multiple dwellings.
1072. Circumstances affecting validity of use regulation.
1073. Complete prohibition of use within municipality.
1074. Residence districts.
1075. —— In general.
1076. —— Uses permitted or excluded.
1077. —— Validity of districting.

**II. VALIDITY OF ZONING REGULATIONS.**(Cont'd)

1078. —— Zoning entire municipality as residential.
1079. Business, commercial, and industrial districts and uses in general.
1080. Agricultural uses, woodlands and rural zoning.
1081. Animals; stables and kennels.
1082. Automobile-related uses.
1083. —— In general.
1084. —— Streets.
1085. —— Sales and service.
1086. —— Garages and parking.
1087. —— Distance from particular structures or uses.
1088. Aviation and airports.
1089. Churches and religious uses.
1090. Density of population.
1091. Entertainment and recreation; theaters.
1092. Fences and hedges.
1093. Hospitals, clinics, and other health-related facilities.
1094. —— In general.
1095. —— Abortion and birth control facilities.
1096. —— Mental health facilities.
1097. Hotels, lodging, and short-term rentals.
1098. Landfills and waste disposal; junkyards.
1099. Mining and minerals; sand and gravel.
1100. Mobile homes; trailer parks.
1101. Mortuaries, cemeteries, and mausoleums.
1102. Nonconforming uses.
1103. Permits, certificates, and approvals.
1104. —— In general.
1105. —— Maps, plats, and plans; subdivisions.
1106. Prisons, jails, and rehabilitative institutions.
1107. Public and low-income housing.
1108. Residential facilities and daycare.
1109. Restaurants and food services.
1110. Schools and education.
1111. Signs and billboards.
1112. Sexually-oriented businesses; nudity.
1113. Stores and sales.
1114. —— In general.
1115. —— Shopping centers and malls.

TR-0044719

## 414. ZONING AND PLANNING

### II. VALIDITY OF ZONING REGULATIONS.(Cont'd)

1116. —— Alcoholic beverages.
1117. —— Firearms.
1118. Telecommunications towers and facilities.
1119. Variances and exceptions.
1120. Water-related uses and regulations.
1121. Moratorium regulations.
1122. Other particular uses.

#### (C) PROCEDURAL REQUIREMENTS.

1125. In general.
1126. Map.
1127. Report or recommendation of board or officer.
1128. Notice and hearing.
1129. —— In general.
1130. —— Sufficiency of notice or publication.
1131. —— Hearing or meeting in general.
1132. —— Access; open meetings.
1133. Enactment and voting.
1134. —— In general.
1135. —— Bias and disqualification.
1136. —— Number of votes required.
1137. Filing, publication, and posting; minutes and findings.
1138. Approval of voters or property owners; referendum and initiative.

### III. MODIFICATION OR AMENDMENT; REZONING.

#### (A) IN GENERAL.

1140. Power to modify or amend in general.
1141. Who may exercise power.
1142. Statutory provisions and limitations.
1143. Circumstances affecting validity of amendment in general.
1144. Reasonableness.
1145. Uniformity and discrimination.
1146. Public interest and need; general welfare.
1147. Mistake in original zoning.
1148. Changed conditions.
1149. Comprehensive or general plan.
1150. —— In general.
1151. —— Conformity of change to plan.
1152. —— Change to plan itself, in general.

### III. MODIFICATION OR AMENDMENT; REZONING.(Cont'd)

1153. Contracts for amendments; conditions.
1154. Rights of objecting owners; continuity of regulation.
1155. Spot zoning.
1156. Hardship, loss, or benefits; property values.
1157. Traffic conditions.
1158. Particular uses or restrictions.
1159. —— In general.
1160. —— Changes to comprehensive or general plan.
1161. —— Changes within residential districts in general.
    (1). In general.
    (2). Change from single-family to multiple dwelling.
    (3). Change from multiple dwelling to single-family.
    (4). Trailer parks and mobile homes.
1162. —— Changes within business, commercial, or industrial districts in general.
1163. —— Change from residential use to business, commercial, or industrial use.
1164. —— Change from business, commercial, or industrial use to residential use.
1165. —— Automobile-related uses; service, sales, parking.
1166. —— Shopping centers and malls.
1167. —— Agricultural uses, woodlands and rural zoning.
1168. —— Mining and minerals; sand and gravel.
1169. —— Sexually-oriented businesses; nudity.
1170. —— Telecommunications towers and facilities.

#### (B) PROCEEDINGS TO MODIFY OR AMEND.

1175. In general.
1176. Petition or application; persons entitled to apply.
1177. Map.
1178. Report or recommendation of board or officer.
1179. Notice and hearing.

### III. MODIFICATION OR AMENDMENT; REZONING.(Cont'd)

1180. —— In general.
1181. —— Sufficiency of notice or publication.
1182. —— Hearing or meeting in general.
1183. —— Access; open meetings.
1184. Objections and protests.
1185. Enactment and voting.
1186. —— In general.
1187. —— Bias and disqualification.
1188. —— Number of votes required.
1189. Filing, publication, and posting; minutes and findings.
1190. Approval of voters or property owners; referendum and initiative.

### IV. REPEAL OF REGULATIONS.

1195. In general.
1196. Manner of effecting repeal in general.
1197. Repeal by implication.

### V. CONSTRUCTION, OPERATION, AND EFFECT.

#### (A) IN GENERAL.

1200. In general.
1201. As question of law.
1202. Applicability of general statutory construction principles.
1203. Strict or liberal construction in general.
1204. Free or unrestricted use of property.
1205. Intention and purpose of enacting body.
1206. Meaning of language.
1207. —— In general.
1208. —— Ambiguity.
1209. Ordinance as a whole, and intrinsic aids.
1210. Presumptions.
1211. Extrinsic aids to construction.
1212. —— In general.
1213. —— Construction by board or agency.
1214. Operation and effect in general.
1215. Time of taking effect; retroactive operation.
1216. Applicability to persons or places.
1217. —— In general.
1218. —— Government and related entities.

### V. CONSTRUCTION, OPERATION, AND EFFECT.(Cont'd)

1219. —— Public utilities.
1220. Comprehensive or general plan.

#### (B) ARCHITECTURAL AND STRUCTURAL DESIGNS.

1225. In general.
1226. Building or setback lines.
1227. Height of buildings or structures.
1228. Area, frontage, and yard requirements.
1229. One-family, two-family, or multiple dwellings.

#### (C) USES AND USE DISTRICTS.

##### 1. IN GENERAL.

1235. Uses in general.
1236. Boundaries of districts.
1237. Residential districts.
1238. —— In general.
1239. —— Apartment house districts.
1240. Business districts and uses in general.
1241. Commercial districts and uses in general.
1242. Industrial districts and uses in general.
1243. Agricultural uses, woodlands and rural zoning.
1244. Animals; stables and kennels.
1245. Automobile-related uses.
1246. —— In general.
1247. —— Sales and service.
1248. —— Garages and parking.
1249. —— Distance from particular structures or uses.
1250. Aviation and airports.
1251. Churches and religious uses.
1252. Clubs, fraternities, and sororities.
1253. Entertainment and recreation; theaters.
1254. Fences and hedges.
1255. Hospitals, clinics, and other health-related facilities.
1256. —— In general.
1257. —— Abortion and birth control facilities.
1258. —— Mental health facilities.
1259. Hotels, lodging, and short-term rentals.
1260. Landfills and waste disposal; junkyards.
1261. Manufacturing.

**414. ZONING AND PLANNING**

**V. CONSTRUCTION, OPERATION,
AND EFFECT.**(Cont'd)

1262. Maps, plats, and plans; subdivision regulations.
1263. Mining and minerals; sand and gravel.
1264. Mobile homes; trailer parks.
1265. Mortuaries, cemeteries, and mausoleums.
1266. Prisons, jails, and rehabilitative institutions.
1267. Public and low-income housing.
1268. Residential facilities and daycare.
1269. Restaurants and food services.
1270. Schools and education.
1271. Signs and billboards.
1272. Sexually-oriented businesses; nudity.
1273. Stores and sales.
1274. —— In general.
1275. —— Shopping centers and malls.
1276. —— Alcoholic beverages.
1277. —— Firearms.
1278. Telecommunications towers and facilities.
1279. Warehousing and storage.
1280. Water-related uses and regulations; flooding and wetlands.
1281. Moratorium regulations.
1282. Other particular terms and uses.

**2. ACCESSORY USES AND BUILDINGS.**

1285. Accessory uses in general.
1286. Particular accessory uses.
1287. Parking lots.
1288. Residence, accessory uses.
1289. —— In general.
1290. —— Artists and professionals.
1291. —— Home occupations.
1292. Accessory buildings.
1293. —— In general.
1294. —— Garages.

**VI. NONCONFORMING USES.**

1300. In general.
1301. Particular uses or structures as nonconforming.
1302. Existence of use in general.
1303. Contemplated or intended use.
1304. Building or use in course of construction.

**VI. NONCONFORMING USES.**(Cont'd)

1305. Legality or illegality of use.
1306. Continuance or change of use in general.
1307. Particular cases involving continuance or change of use.
1308. Enlargement or extension of use.
1309. —— In general.
1310. —— Area of use.
1311. —— Increase in amount or intensity of use.
1312. Use of new instrumentalities.
1313. Repair, alteration, or reconstruction of buildings or structures.
1314. —— In general.
1315. —— New buildings or structures.
1316. —— Restoration and repair of damaged or destroyed structure.
1317. Discontinuance or abandonment.
1318. —— In general.
1319. —— Cessation of use.
1320. —— Change of use.

**VII. ADMINISTRATION IN GENERAL.**

1325. Boards and officers in general.
1326. —— In general.
1327. —— Appointment or election.
1328. —— Term of office; vacancies.
1329. —— Compensation and benefits.
1330. —— Resignation, suspension, or removal.
1331. —— Duties in general.
1332. —— Liabilities.
   (1). In general.
   (2). Tort and common law liability.
   (3). Statutory or constitutional liability.
   (4). Criminal liability.
   (5). Immunity.
1333. —— Power and authority.
   (1). In general.
   (2). Discretion in general.
   (3). Legislative, administrative, judicial, or quasi-judicial power.
1334. Rules and regulations.
1335. Proceedings in general.
1336. —— In general.
1337. —— Jurisdiction.
1338. —— Parties and standing.

TR-0044722

**414. ZONING AND PLANNING**

**VII. ADMINISTRATION IN GENERAL.**(Cont'd)

1339. —— Notice and hearing.
    (1). In general.
    (2). Notice, appearance and pleading.
    (3). Hearings and meetings in general.
    (4). Evidence.
    (5). Access; open meetings.
1340. —— Determination.
    (1). In general.
    (2). Voting; bias and disqualification.
    (3). Findings, reasons, and record.
    (4). Conclusiveness and collateral attack.
1341. —— Costs.
1342. —— Rehearing and reconsideration.
1343. —— Administrative review.

**VIII. PERMITS, CERTIFICATES,**
**AND APPROVALS.**

**(A) IN GENERAL.**

1345. Nature and necessity in general.
1346. Nonconforming use.
1347. Power to grant.
1348. —— In general.
1349. —— Nature of power.
1350. Right to permission, and discretion.
1351. —— In general.
1352. —— Change of regulations as affecting right.
1353. Estoppel to claim or oppose.
1354. Grounds for grant or denial in general.
1355. Conditions attached to permission in general.
1356. Residential uses in general.
1357. Business, commercial, and industrial uses in general.
1358. Architectural and structural designs.
1359. —— In general.
1360. —— Family or multiple dwellings.
1361. Agricultural uses, woodlands and rural zoning.
1362. Animals; stables and kennels.
1363. Automobile-related uses.
1364. —— In general.
1365. —— Sales and service.
1366. —— Auto service/retail store combinations.
1367. —— Garages and parking.
1368. Aviation and airports.

**VIII. PERMITS, CERTIFICATES,**
**AND APPROVALS.**(Cont'd)

1369. Churches and religious uses.
1370. Entertainment and recreation; theaters and clubs.
1371. Fences and hedges.
1372. Hospitals, clinics, and other health-related facilities.
1373. —— In general.
1374. —— Abortion and birth control facilities.
1375. —— Alcohol and drug treatment.
1376. —— Mental health facilities.
1377. Hotels, lodging, and short-term rentals.
1378. Landfills and waste disposal; junkyards.
1379. Maps, plats, and plans; subdivisions.
1380. —— In general.
1381. —— Filing or approval requirement.
    (1). In general.
    (2). As condition to conveyance.
    (3). As condition to grant of building permit.
    (4). Street access as condition to grant of building permit.
    (5). Determination of necessity for approval; classification.
    (6). Other particular considerations.
1382. —— Conditions and agreements.
    (1). In general.
    (2). Streets, improvements and utilities.
    (3). Conveyance or dedication.
    (4). Fees, bonds and in lieu payments.
    (5). Liability on bonds.
    (6). Other particular conditions or agreements.
1383. —— Grounds for grant or denial; conformity to regulations.
    (1). In general.
    (2). Streets and roads; traffic considerations.
    (3). Architectural and structural designs; area and lot considerations.
    (4). Public utilities; water and sewage considerations.
    (5). Other particular considerations.
1384. Mining and minerals; sand and gravel.
1385. Mobile homes; trailer parks.

**414. ZONING AND PLANNING**

### VIII. PERMITS, CERTIFICATES, AND APPROVALS.(Cont'd)

1386. Mortuaries, cemeteries, and mausoleums.
1387. Prisons, jails, and rehabilitative institutions.
1388. Public and low-income housing.
1389. Residential facilities and daycare.
1390. Restaurants and food services.
1391. Schools and education.
1392. Signs and billboards.
1393. Sexually-oriented businesses; nudity.
1394. Stores and sales.
1395. —— In general.
1396. —— Shopping centers and malls.
1397. —— Alcoholic beverages.
1398. —— Firearms.
1399. Telecommunications towers and facilities.
1400. Warehousing and storage.
1401. Water-related uses and regulations.
1402. Particular prior or nonconforming uses.
1403. Other particular uses.

### (B) PROCEEDINGS ON PERMITS, CERTIFICATES, OR APPROVALS.

1410. In general.
1411. Nature of proceedings; legislative, judicial, or administrative action.
1412. Persons entitled to apply.
1413. Application; plans and specifications.
1414. Consent or objection of adjacent owners.
1415. Report or recommendation of board or officer.
1416. —— In general.
1417. —— Maps, plats, or plans; subdivisions.
1418. Notice and hearing.
1419. —— In general.
1420. —— Notice.
1421. —— Hearings in general.
1422. —— Evidence and fact questions.
1423. —— Access; open meetings.
1424. Determination.
1425. —— In general.
1426. —— Scope of inquiry and matters considered.
1427. —— Voting; bias and disqualification.
1428. —— Time for determination.

### VIII. PERMITS, CERTIFICATES, AND APPROVALS.(Cont'd)

1429. —— Findings, reasons, conclusions, minutes or records.
1430. Rehearing or reconsideration.
1431. Administrative review.
1432. —— In general.
1433. —— Nature and form of remedy and jurisdiction.
1434. —— Standing to appeal.
1435. —— Exhaustion of remedies.
1436. —— Procedure in general; timeliness.
1437. —— Hearing and evidence.
1438. —— Scope of review.
1439. —— Determination.
1440. Fees and charges.

### (C) EFFECT OF DETERMINATION OF PERMITS, CERTIFICATES, OR APPROVALS; REVOCATION.

1445. Effect of determination in general; res judicata and collateral estoppel.
1446. Successive applications.
1447. Form, requisites, and validity of permit or certificate in general.
1448. Construction and operation.
1449. —— In general.
1450. —— Maps, plats, or plans; subdivisions.
1451. Vested or property rights.
1452. Effect of violation of regulations.
1453. Duration of rights.
1454. Revocation or modification.
1455. —— In general.
1456. —— Grounds in general.
1457. —— Illegality of permit.
1458. —— Proceedings.
1459. —— Maps, plats, or plans; subdivisions.
1460. Effect of change in regulations on permission granted.
1461. Tentative or preliminary approval.

### IX. VARIANCES AND EXCEPTIONS.

#### (A) IN GENERAL.

1465. Nature and necessity in general.
1466. Variance and exception distinguished.
1467. Permit, variance and alteration of regulations distinguished.
1468. Area and use variances distinguished.

**IX. VARIANCES AND EXCEPTIONS.**(Cont'd)

1469. Power to grant in general.
1470. Nature and extent of power.
1471. Limitations on and sparing exercise of power.
1472. Right to variance or exception, and discretion.
1473. Grounds for grant or denial in general.
1474. Public interest or welfare.
1475. Harmony with, or impairment of regulations or plan.
1476. Effect of other applications or nonconforming uses.
1477. Hardship, loss, or injury.
1478. —— In general.
1479. —— Necessity of showing.
1480. —— What constitutes in general.
1481. —— Unique or peculiar hardship in general.
1482. —— Self-created hardship; prior knowledge.
1483. —— Profit or disadvantage; financial considerations.
1484. Proximity to other areas.
1485. Consent or objection of others.
1486. Conditions attached to grant.
1487. Residential uses in general.
1488. Business, commercial, and industrial uses in general.
1489. Architectural and structural designs.
1490. —— In general.
1491. —— Area variances in general.
1492. —— Building or setback lines.
1493. —— Height of buildings or structures.
1494. —— Frontage requirements.
1495. —— Family or multiple dwellings.
1496. Agricultural uses, woodlands and rural zoning.
1497. Animals; stables and kennels.
1498. Automobile-related uses.
1499. —— In general.
1500. —— Sales and service.
1501. —— Auto service/retail store combinations.
1502. —— Garages and parking.
1503. Aviation and airports.
1504. Churches and religious uses.
1505. Entertainment and recreation; theaters and clubs.

**IX. VARIANCES AND EXCEPTIONS.**(Cont'd)

1506. Fences and hedges.
1507. Hospitals, clinics, and other health-related facilities.
1508. —— In general.
1509. —— Abortion and birth control facilities.
1510. —— Alcohol and drug treatment.
1511. —— Mental health facilities.
1512. Hotels, lodging, and short-term rentals.
1513. Landfills and waste disposal; junkyards.
1514. Mining and minerals; sand and gravel.
1515. Mobile homes; trailer parks.
1516. Mortuaries, cemeteries, and mausoleums.
1517. Prisons, jails, and rehabilitative institutions.
1518. Public and low-income housing.
1519. Public utilities.
1520. Residential facilities and daycare.
1521. Restaurants and food services.
1522. Schools and education.
1523. Signs and billboards.
1524. Sexually-oriented businesses; nudity.
1525. Stores and sales.
1526. —— In general.
1527. —— Shopping centers and malls.
1528. —— Alcoholic beverages.
1529. —— Firearms.
1530. Telecommunications towers and facilities.
1531. Warehousing and storage.
1532. Water-related uses and regulations.
1533. Particular prior or nonconforming uses.
1534. Other particular uses.

**(B) PROCEEDINGS FOR VARIANCES AND EXCEPTIONS.**

1535. In general.
1536. Nature of proceedings; legislative, judicial, or administrative action.
1537. Persons entitled to apply.
1538. Application.
1539. Notice and hearing.
1540. —— In general.
1541. —— Notice.
1542. —— Hearings in general.
1543. —— Evidence in general.
1544. —— Presumptions and burden of proof.

TR-0044725

**414. ZONING AND PLANNING**

**IX. VARIANCES AND EXCEPTIONS.**(Cont'd)

1545. —— Weight and sufficiency of evidence.
1546. —— Access;  open meetings.
1547. Determination.
1548. —— In general.
1549. —— Scope of inquiry and matters considered.
1550. —— Voting;  bias and disqualification.
1551. —— Time for determination.
1552. —— Findings, reasons, conclusions, minutes or records.
1553. Rehearing or reconsideration.
1554. Administrative review.
1555. —— In general.
1556. —— Nature and form of remedy and jurisdiction.
1557. —— Standing to appeal.
1558. —— Exhaustion of remedies.
1559. —— Procedure in general;  timeliness.
1560. —— Hearing and evidence.
1561. —— Scope of review.
1562. —— Determination.

**(C) EFFECT OF DETERMINATION OF VARIANCE OR EXCEPTION; REVOCATION.**

1565. Effect of determination;  res judicata and collateral estoppel.
1566. Successive applications.
1567. Duration of rights.
1568. Revocation or modification.

**X. JUDICIAL REVIEW OR RELIEF.**

**(A) IN GENERAL.**

1570. Review in general.
1571. Exhaustion of administrative remedies;  primary jurisdiction.
1572. Nature and form of remedy.
1573. —— In general.
1574. —— Appeal.
1575. —— Certiorari.
1576. —— Statutory proceeding.
1577. —— Suit in equity.
1578. —— Injunction.
1579. Jurisdiction.
1580. Decisions reviewable.
1581. —— In general.
1582. —— Finality;  ripeness.
1583. —— Mootness.

**X. JUDICIAL REVIEW OR RELIEF.**(Cont'd)

1584. Right of review;  standing.
1585. —— In general.
1586. —— Validity of regulations.
1587. —— Modification or amendment.
1588. —— Permits, certificates, and approvals.
1589. —— Variances or exceptions.
1590. —— Waiver or estoppel.
1591. —— Private rights of action.
1592. Preservation before board or officer of grounds of review.
1593. Interim relief;  preliminary injunction.
1594. Record.

**(B) PROCEEDINGS.**

1598. In general.
1599. Bonds, filing fees and stay of proceedings.
1600. Parties.
1601. —— In general.
1602. —— Necessary and indispensable parties.
1603. —— Intervention and new parties.
1604. Time for proceedings.
1605. —— In general.
1606. —— Prematurity.
1607. —— Commencement of limitation period.
1608. —— Effect of delay.
1609. Process or notice and appearance.
1610. Pleading.
1611. —— In general.
1612. —— Petition, complaint or application.
1613. —— Answer or return;  reply.
1614. —— Issues, proof, and variance.
1615. Assignment of errors and briefs.
1616. Hearing and argument.
1617. Dismissal.

**(C) SCOPE OF REVIEW.**

**1. IN GENERAL.**

1620. In general.
1621. Regulations in general.
1622. Classification of property;  size and boundary of zones.
1623. Modification or amendment;  rezoning.
1624. Decisions of boards or officers in general.

TR-0044726

**414. ZONING AND PLANNING**

**X. JUDICIAL REVIEW OR RELIEF.**(Cont'd)

1625. Permits, certificates, and approvals in general.
1626. Variances and exceptions in general.
1627. Arbitrary, capricious, or unreasonable action.
1628. —— In general.
1629. —— Regulations.
1630. —— Modification or amendment; rezoning.
1631. —— Decisions of boards or officers in general.
1632. —— Permits, certificates, and approvals.
1633. —— Variances and exceptions.
1634. Public health, safety, morals, or welfare.
1635. Illegality.
1636. Motives and good faith.
1637. Wisdom, judgment, or opinion.
1638. —— In general.
1639. —— Regulations in general.
1640. —— Classification of property.
1641. —— Modification or amendment; rezoning.
1642. —— Decisions of boards or officers in general.
1643. —— Permits, certificates, and approvals.
1644. —— Variances and exceptions.
1645. Matters of discretion.
1646. —— In general.
1647. —— Regulations in general.
1648. —— Modification or amendment; rezoning.
1649. —— Decisions of boards or officers in general.
1650. —— Permits, certificates, and approvals.
1651. —— Variances and exceptions.
1652. Matters or evidence considered.
1653. Harmless error.
1654. Waiver of error on review.

**2. ADDITIONAL PROOFS AND TRIAL DE NOVO.**

1655. Additional proofs.
1656. De novo review in general.
1657. Admissibility of evidence.
1658. Weight and sufficiency of evidence in general.

**X. JUDICIAL REVIEW OR RELIEF.**(Cont'd)

1659. —— In general.
1660. —— Permits, certificates, and approvals.
1661. —— Variances and exceptions.
1662. Validity of regulations, sufficiency of evidence.
1663. —— In general.
1664. —— Degree of proof.
1665. —— Reasonableness.
1666. —— Classification of property; size and boundary of zones.
1667. —— Procedural requirements.
1668. Amendment or rezoning, sufficiency of evidence.
1669. —— In general.
1670. —— Reasonableness.
1671. —— Spot zoning.
1672. Questions for jury.

**3. PRESUMPTIONS AND BURDENS.**

1675. In general.
1676. Validity of regulations in general.
1677. Reasonableness of regulations.
1678. Public health, safety, morals, or general welfare.
1679. Modification or amendment; rezoning.
1680. Decisions of boards or officers in general.
1681. Permits, certificates, and approvals.
1682. Variances and exceptions.
1683. Rebuttal of presumptions.
1684. Burden of showing grounds for review.
1685. —— In general.
1686. —— Regulations in general.
1687. —— Arbitrary, capricious, or unreasonable nature of regulations.
1688. —— Public health, safety, morals, or general welfare.
1689. —— Modification or amendment; rezoning.
1690. —— Permits, certificates, and approvals.
1691. —— Variances and exceptions.

**4. QUESTIONS OF FACT.**

1695. Extent of review in general.
1696. Credibility determinations.
1697. Determination supported by evidence.
1698. Substantial evidence in general.

TR-0044727

**414. ZONING AND PLANNING**

**X. JUDICIAL REVIEW OR RELIEF.**(Cont'd)

1699. Weight of evidence.
1700. Particular questions.
1701. Validity of regulations.
1702. Modification or amendment; rezoning.
1703. Permits, certificates, and approvals.
1704. Variances and exceptions.
1705. Telecommunications issues.

**(D) DETERMINATION.**

1710. In general.
1711. Effect of change of law or facts.
1712. Time for determination.
1713. Affirmance, modification, reversal, vacation, or setting aside.
1714. Affirmative relief from court.
1715. ―― In general.
1716. ―― Regulations and rezoning.
1717. ―― Permits, certificates, and approvals.
1718. ―― Variances and exceptions.
1719. ―― Injunctive relief.
1720. ―― Monetary relief.
1721. ―― Public and low-income housing; builders' remedies.
1722. Remand.
1723. ―― In general.
1724. ―― Directing further action by local authority.
1725. Findings and statement of decision.
1726. Reconsideration and modification.
1727. Effect of decision.
1728. ―― In general.
1729. ―― Res judicata and collateral estoppel.
1730. Costs; attorney fees.

**(E) FURTHER REVIEW.**

1735. In general.
1736. Decisions reviewable.
1737. ―― In general.
1738. ―― Finality; ripeness.
1739. ―― Mootness.
1740. Right of review and parties.
1741. Preservation below of grounds of review.
1742. Record, assignment of errors and briefs.
1743. Proceedings; time limitations.
1744. Scope and extent of review.

**X. JUDICIAL REVIEW OR RELIEF.**(Cont'd)

1745. ―― In general.
1746. ―― Review of local authority or lower court.
1747. ―― Questions or errors of law.
1748. ―― Arbitrary, capricious, or unreasonable action.
1749. ―― Wisdom, judgment, or opinion.
1750. ―― Matters of discretion.
1751. ―― Harmless error.
1752. ―― De novo review.
1753. ―― Presumptions and burdens.
1754. ―― Questions of fact; findings.
1755. Determination and disposition.
1756. ―― In general.
1757. ―― Affirmance, modification, reversal, vacation, or setting aside.
1758. ―― Affirmative relief from court.
1759. ―― Remand and further proceedings below.
1760. ―― Effect of decision.
1761. ―― Costs; attorney fees.

**XI. ENFORCEMENT OF REGULATIONS.**

1765. In general.
1766. Power and duty to enforce.
1767. Defenses to enforcement.
1768. ―― In general.
1769. ―― Ineffectiveness of remedy; mootness.
1770. ―― Estoppel or inducement.
1771. ―― Ignorance of the law.
1772. ―― Waiver, consent or agreement.
1773. ―― Invalidity of regulation in general.
1774. ―― Constitutional and civil rights in general.
1775. ―― Selective enforcement and discrimination.
1776. ―― Uses preexisting regulation.
1777. Mode of enforcement and proceedings in general.
1778. Time for proceedings.
1779. Availability and exhaustion of other remedies.
1780. Persons entitled to sue.
1781. ―― In general.
1782. ―― Private persons.
1783. ―― Public bodies and officials.
1784. Parties.
1785. Pleading, petition, or indictment.

TR-0044728

### XI. ENFORCEMENT OF REGULATIONS.(Cont'd)

1786. Notice and hearing.
1787. —— In general.
1788. —— Notice and process.
1789. —— Hearing and trial in general.
1790. —— Evidence in general.
1791. —— Admissibility.
1792. —— Presumptions and burden of proof.
1793. —— Weight and sufficiency in general.
1794. —— Weight and sufficiency, equitable relief.
1795. —— Weight and sufficiency, offenses, penalties, and fines.
1796. Determination, orders, and findings in general.
1797. Rehearing or reconsideration.
1798. Opportunity to cure violation.

### XI. ENFORCEMENT OF REGULATIONS.(Cont'd)

1799. Injunctive and other equitable or affirmative relief.
1800. —— In general.
1801. —— Architectural and structural designs.
1802. —— Automobile service, garages and parking.
1803. —— Other particular uses.
1804. —— Preliminary or temporary injunction.
1805. Enforcement of orders;  contempt.
1806. Damages.
1807. Penalties and fines.
1808. Imprisonment and probation.
1809. Costs and attorney fees.
1810. Effect of determination.
1811. Review.

TR-0044729