# EXHIBIT 46

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 47

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 48

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 49

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 50

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 51

## FIRST AMENDMENT TO STATEMENT OF WORK

This First Amendment to Statement of Work is made this 29th day of February 2016 by and between **LegalEase Solutions LLC** ("Contractor") and **ROSS Intelligence, Inc.** ("Company") pursuant to a Master Services Agreement dated October 15, 2015 (the "MSA") between Company and Contractor.

### RECITALS

WHEREAS Company and Contractor are party to a Statement of Work dated October 15, 2015 (the "Agreement");

WHEREAS Company and Contractor to amend and restate paragraphs 5 and 10 of the Agreement to reflect certain changes as mutually agreed between the Parties;

For valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree to amend the Agreement as follows:

1. Paragraph 5 of the Agreement is amended and restated as follows:

   5. Payment: Payment made in advance at the beginning of each month or work period for the following 30 days of expected output. Company may pay the advance payment for the 30 days of expected output in two installments. LegalEase agrees to immediately refund any payments made for Answers not completed or approved by Company.

2. Paragraph 10 of the Agreement is amended and restated as follows:

   10. Deliverables and delivery schedule: Contractor shall return 75 completed Answers to Company each week. This number may vary from month to month as mutually agreed upon between the Parties.

### (SIGNATURE PAGE FOLLOWS)



R-LEGALEASE-00101971

Date: February 29, 2016

**ROSS INTELLIGENCE, INC.**

By: _____

Name: Andrew Arruda
Title: Chief Executive Officer
Date: February 29, 2016

**LEGALEASE SOLUTION LLC**

By: _____

Name: Tariq Hafeez
Title: President
Date: February 29, 2016

R-LEGALEASE-00101972

# EXHIBIT 52

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 53

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 54

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 55

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 56

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

EXHIBIT 57

THOMSON REUTERS
# WESTLAW™

WESTLAW® CLASSIC
QUICK REFERENCE GUIDE

# West Key Number System®
## Numerical List of Digest Topics

| | | | | | |
|---|---|---|---|---|---|
| 1 | Abandoned and Lost Property | 31 | Appearance | 70 | Carriers |
| 2 | Abatement and Revival | 34 | Armed Services | 71 | Cemeteries |
| 4 | Abortion and Birth Control | 35 | Arrest | 72 | Census |
| 5 | Absentees | 36 | Arson | 73 | Certiorari |
| 6 | Abstracts of Title | 37 | Assault and Battery | 74 | Champerty and Maintenance |
| 7 | Accession | 38 | Assignments | 75 | Charities |
| 8 | Accord and Satisfaction | 40 | Assistance, Writ of | 76 | Chattel Mortgages |
| 9 | Account | 41 | Associations | 76A | Chemical Dependents |
| 10 | Account, Action on | 42 | Assumpsit, Action of | 76D | Child Custody |
| 11 | Account Stated | 43 | Asylums and Assisted Living Facilities | 76E | Child Support |
| 11A | Accountants | 44 | Attachment | 76H | Children Out-of-Wedlock |
| 12 | Acknowledgment | 45 | Attorney and Client | 78 | Civil Rights |
| 13 | Action | 46 | Attorney General | 79 | Clerks of Courts |
| 14 | Action on the Case | 47 | Auctions and Auctioneers | 80 | Clubs |
| 15 | Adjoining Landowners | 48 | Audita Querela | 81 | Colleges and Universities |
| 15A | Administrative Law and Procedure | 48A | Automobiles | 82 | Collision |
| 16 | Admiralty | 48B | Aviation | 83 | Commerce |
| 17 | Adoption | 49 | Bail | 83H | Commodity Futures Trading Regulation |
| 18 | Adulteration | 50 | Bailment | 83T | Common Interest Communities |
| 19 | Adultery | 51 | Bankruptcy | 84 | Common Lands |
| 20 | Adverse Possession | 52 | Banks and Banking | 85 | Common Law |
| 21 | Affidavits | 54 | Beneficial Associations | 89 | Compromise and Settlement |
| 23 | Agriculture | 55 | Bigamy | 90 | Confusion of Goods |
| 24 | Aliens, Immigration, and Citizenship | 56 | Bills and Notes | 91 | Conspiracy |
| 25 | Alteration of Instruments | 58 | Bonds | 92 | Constitutional Law |
| 25T | Alternative Dispute Resolution | 59 | Boundaries | 92B | Consumer Credit |
| 26 | Ambassadors and Consuls | 60 | Bounties | 93 | Contempt |
| 27 | Amicus Curiae | 61 | Breach of Marriage Promise | 95 | Contracts |
| 28 | Animals | 63 | Bribery | 96 | Contribution |
| 29 | Annuities | 64 | Bridges | 96H | Controlled Substances |
| 29T | Antitrust and Trade Regulation | 65 | Brokers | 97C | Conversion and Civil Theft |
| 30 | Appeal and Error | 66 | Building and Loan Associations | 98 | Convicts |
| | | 67 | Burglary | 99 | Copyrights and Intellectual Property |
| | | 69 | Cancellation of Instruments | | |

For assistance using Westlaw Classic , call **1-800-WESTLAW** (1-800-937-8529).

For free reference materials, visit **store.westlaw.com /westlaw/guides.**

**THOMSON REUTERS WESTLAW**

Thomson Reuters Westlaw comprises industry leading online research, print products, software, tools, and services that help legal professionals perform their work faster and more efficiently, every day.



TR-0179847

| 100 | Coroners |
| 101 | Corporations and Business Organizations |
| 102 | Costs |
| 103 | Counterfeiting |
| 104 | Counties |
| 105 | Court Commissioners |
| 106 | Courts |
| 107 | Covenant, Action of |
| 108 | Covenants |
| 108A | Credit Reporting Agencies |
| 110 | Criminal Law |
| 111 | Crops |
| 113 | Customs and Usages |
| 114 | Customs Duties |
| 115 | Damages |
| 116 | Dead Bodies |
| 117 | Death |
| 117G | Debt, Action of |
| 117T | Debtor and Creditor |
| 118A | Declaratory Judgment |
| 119 | Dedication |
| 120 | Deeds |
| 122A | Deposits and Escrows |
| 123 | Deposits in Court |
| 124 | Descent and Distribution |
| 125 | Detectives and Security Guards |
| 126 | Detinue |
| 129 | Disorderly Conduct |
| 130 | Disorderly House |
| 131 | District and Prosecuting Attorneys |
| 132 | District of Columbia |
| 133 | Disturbance of Public Assemblage |
| 134 | Divorce |
| 135 | Domicile |
| 135H | Double Jeopardy |

| 136 | Dower and Curtesy |
| 141 | Easements |
| 142 | Ejectment |
| 143 | Election of Remedies |
| 144 | Elections |
| 145 | Electricity |
| 146 | Embezzlement |
| 148 | Eminent Domain |
| 149 | Entry, Writ of |
| 149E | Environmental Law |
| 149T | Equitable Conversion |
| 150 | Equity |
| 151 | Escape |
| 152 | Escheat |
| 154 | Estates in Property |
| 156 | Estoppel |
| 157 | Evidence |
| 158 | Exceptions, Bill of |
| 159 | Exchange of Property |
| 160 | Exchanges |
| 161 | Execution |
| 162 | Executors and Administrators |
| 163 | Exemptions |
| 164 | Explosives |
| 165 | Extortion and Threats |
| 166 | Extradition and Detainers |
| 167 | Factors |
| 168 | False Imprisonment |
| 169 | False Personation |
| 170 | False Pretenses |
| 170A | Federal Civil Procedure |
| 170B | Federal Courts |
| 171 | Fences |
| 172 | Ferries |
| 174 | Fines |
| 175 | Fires |
| 176 | Fish |
| 177 | Fixtures |

| 178 | Food |
| 179 | Forcible Entry and Detainer |
| 180 | Forfeitures |
| 181 | Forgery |
| 183 | Franchises |
| 184 | Fraud |
| 185 | Frauds, Statute of |
| 186 | Fraudulent Conveyances |
| 187 | Game |
| 188 | Gaming |
| 189 | Garnishment |
| 190 | Gas |
| 191 | Gifts |
| 192 | Good Will |
| 193 | Grand Jury |
| 195 | Guaranty |
| 196 | Guardian and Ward |
| 197 | Habeas Corpus |
| 198 | Hawkers and Peddlers |
| 198H | Health |
| 200 | Highways |
| 201 | Holidays |
| 202 | Homestead |
| 203 | Homicide |
| 205 | Husband and Wife |
| 205H | Implied and Constructive Contracts |
| 206 | Improvements |
| 207 | Incest |
| 208 | Indemnity |
| 209 | Indians |
| 210 | Indictment and Information |
| 211 | Infants |
| 212 | Injunction |
| 213 | Innkeepers |
| 216 | Inspection |
| 217 | Insurance |
| 218 | Insurrection and Sedition |
| 219 | Interest |

| 220 | Internal Revenue |
| 221 | International Law |
| 222 | Interpleader |
| 223 | Intoxicating Liquors |
| 224 | Joint Adventures |
| 226 | Joint Tenancy |
| 227 | Judges |
| 228 | Judgment |
| 229 | Judicial Sales |
| 230 | Jury |
| 231 | Justices of the Peace |
| 231E | Kidnapping |
| 231H | Labor and Employment |
| 233 | Landlord and Tenant |
| 234 | Larceny |
| 237 | Libel and Slander |
| 238 | Licenses |
| 239 | Liens |
| 240 | Life Estates |
| 241 | Limitation of Actions |
| 242 | Lis Pendens |
| 245 | Logs and Logging |
| 246 | Lost Instruments |
| 247 | Lotteries |
| 248 | Malicious Mischief |
| 249 | Malicious Prosecution |
| 250 | Mandamus |
| 251 | Manufactures |
| 252 | Maritime Liens |
| 253 | Marriage |
| 256 | Mayhem |
| 257 | Mechanics' Liens |
| 257A | Mental Health |
| 258A | Military Justice |
| 259 | Militia |
| 260 | Mines and Minerals |
| 265 | Monopolies |
| 266 | Mortgages |
| 267 | Motions |
| 268 | Municipal Corporations |

| 269 | Names | 313 | Process | 344 | Salvage | 379 | Torts |
|-----|-------|-----|---------|-----|---------|-----|-------|
| 271 | Ne Exeat | 313A | Products Liability | 345 | Schools | 380 | Towage |
| 272 | Negligence | 314 | Prohibition | 346 | Scire Facias | 381 | Towns |
| 273 | Neutrality Laws | 315 | Property | 347 | Seals | 382T | Trademarks |
| 274 | Newspapers | 315H | Prostitution | 348 | Seamen | 384 | Treason |
| 275 | New Trial | 315P | Protection of Endangered Persons | 349 | Searches and Seizures | 385 | Treaties |
| 276 | Notaries | | | 349A | Secured Transactions | 386 | Trespass |
| 277 | Notice | 315T | Public Amusement and Entertainment | | | 387 | Trespass to Try Title |
| 278 | Novation | | | 349B | Securities Regulation | 388 | Trial |
| 279 | Nuisance | 316E | Public Assistance | | | 390 | Trusts |
| 280 | Oath | 316H | Public Contracts | 350 | Seduction | 391 | Turnpikes and Toll Roads |
| 281 | Obscenity | 317 | Public Lands | 350H | Sentencing and Punishment | | |
| 282 | Obstructing Justice | 317A | Public Utilities | | | 392 | Undertakings |
| 283 | Officers and Public Employees | 318 | Quieting Title | 351 | Sequestration | 392T | Unemployment Compensation |
| | | 319 | Quo Warranto | 352 | Set-Off and Counterclaim | | |
| 284 | Pardon and Parole | 319H | Racketeer Influenced and Corrupt Organizations | | | 393 | United States |
| 285 | Parent and Child | | | 353 | Sheriffs and Constables | 394 | United States Magistrates |
| 286 | Parliamentary Law | | | 354 | Shipping | | |
| 287 | Parties | 320 | Railroads | 355 | Signatures | 395 | United States Marshals |
| 288 | Partition | 321 | Rape | 356 | Slaves | | |
| 289 | Partnership | 322 | Real Actions | 356A | Social Security and Public Welfare | 396 | Unlawful Assembly |
| 290 | Party Walls | 323 | Receivers | | | 396A | Urban Railroads |
| 291 | Patents | 324 | Receiving Stolen Goods | 357 | Sodomy | 398 | Usury |
| 294 | Payment | | | 358 | Specific Performance | 399 | Vagrancy |
| 295 | Penalties | 325 | Recognizances | 359 | Spendthrifts | 400 | Vendor and Purchaser |
| 296 | Pensions | 326 | Records | 360 | States | | |
| 297 | Perjury | 327 | Reference | 361 | Statutes | 401 | Venue |
| 298 | Perpetuities | 328 | Reformation of Instruments | 362 | Steam | 402 | War and National Emergency |
| 300 | Pilots | | | 363 | Stipulations | | |
| 302 | Pleading | 330 | Registers of Deeds | 365 | Submission of Controversy | 403 | Warehousemen |
| 303 | Pledges | 331 | Release | | | 404 | Waste |
| 305 | Possessory Warrant | 332 | Religious Societies | 366 | Subrogation | 405 | Water Law |
| 306 | Postal Service | 333 | Remainders | 367 | Subscriptions | 406 | Weapons |
| 307 | Powers | 334 | Removal of Cases | 368 | Suicide | 407 | Weights and Measures |
| 307A | Pretrial Procedure | 335 | Replevin | 369 | Sunday | | |
| 308 | Principal and Agent | 336 | Reports | 370 | Supersedeas | 408 | Wharves |
| 309 | Principal and Surety | 337 | Rescue | 371 | Taxation | 409 | Wills |
| 310 | Prisons | 338 | Reversions | 372 | Telecommunications | 410 | Witnesses |
| 311 | Private Roads | 339 | Review | 373 | Tenancy in Common | 411 | Woods and Forests |
| 311H | Privileged Communications and Confidentiality | 340 | Rewards | 374 | Tender | 413 | Workers' Compensation |
| | | 341 | Riot | 375 | Territories | | |
| | | 342 | Robbery | 378 | Time | 414 | Zoning and Planning |
| | | 343 | Sales | | | 450 | Merit Systems Protection |

TR-0179849

## Searching by West Topic and Key Number

When you have identified a topic and key number associated with the legal issue you are researching, you can run a Terms and Connectors search using that topic and key number to quickly retrieve cases involving the same legal issue. A topic and key number search does not require a field-restricted format; that is, you do not need to include a field name or abbreviation as part of your search request. For example, to search for cases with headnotes classified under topic 343 (Sales) and key number 255 (Parties; Privity), type **343k255**.

To narrow your search, add search terms. For example, the query **343k255 /p contract** retrieves cases with headnotes classified under topic 343 and key number 255 that also contain the term *contract* in the same digest paragraph.

## Topic field searching

You can also retrieve cases with headnotes classified under a specific West digest topic by using a topic field (to) restriction in your Terms and Connectors search. In addition to the topic name and number, the topic field contains the hierarchical classification information, key number, and text of the related key line. For example, to retrieve cases with headnotes classified under topic 409 (Wills), type **to(409)** or **to(wills)**. The broader search is **to(wills)** because it retrieves cases in which the term *wills* is mentioned in the key line or other levels of the hierarchy, even if the headnotes are not classified under topic 409. To narrow your search, add search terms; for example, type **to(409) /p "condition subsequent"**.

## Using the West Key Number Digest (Custom Digest)

The West Key Number Digest, also called the Custom Digest, contains the complete topic and key number outline used by West attorney-editors to classify headnotes. The West Key Number Digest helps you identify topic and key numbers related to your issue and retrieve cases with headnotes classified under those topic and key numbers.

To access the West Key Number Digest, click **Key Numbers** at the top of any page, then click **West Key Number Digest Outline** under *Browse Key Numbers*. (Alternatively, click **Custom Digest** at a case law database Search page.) To browse the digest, click the plus (**+**) and minus (**−**) symbols.

In addition to browsing the West Key Number Digest for relevant topic and key numbers, you can also search for them using the Search for Key Numbers feature.

To use the Search for Key Numbers feature, complete these steps:

1. Click **Key Numbers** at the top of any page. A page is displayed that contains the *Search for Key Numbers* text box.

2. Type your terms, e.g., **family and medical leave**, in the text box.

3. To change the jurisdiction from which you retrieve case headnotes, click **Change Jurisdiction**, then select the check boxes next to the jurisdictions you want and click **Done**.

4. Click **Search**. A list of topic and key numbers is displayed.

5. Click a topic and key number to view the headnotes classified under that topic and key number. Or select the check boxes next to one or more topic and key numbers and click **Search Selected** to view the headnotes classified under those topic and key numbers.

# Digest Topics by Specialty

## Alternative Dispute Resolution

| | |
|---|---|
| 25T | Alternative Dispute Resolution |
| 76D | Child Custody |
| 217 | Insurance |
| 231H | Labor and Employment |
| 233 | Landlord and Tenant |
| 289 | Partnership |
| 354 | Shipping |

## Antitrust

| | |
|---|---|
| 29T | Antitrust and Trade Regulation |

## Bankruptcy

| | |
|---|---|
| 51 | Bankruptcy |
| 117T | Debtor and Creditor |
| 163 | Exemptions |
| 202 | Homestead |
| 349A | Secured Transactions |

## Business and Other Organizations

| | |
|---|---|
| 41 | Associations |
| 52 | Banks and Banking |
| 54 | Beneficial Associations |
| 65 | Brokers |
| 66 | Building and Loan Associations |
| 70 | Carriers |
| 71 | Cemeteries |
| 75 | Charities |
| 80 | Clubs |
| 81 | Colleges and Universities |
| 83T | Common Interest Communities |
| 101 | Corporations and Business Organizations |
| 108A | Credit Reporting Agencies |
| 145 | Electricity |
| 167 | Factors |
| 190 | Gas |

| | |
|---|---|
| 213 | Innkeepers |
| 217 | Insurance |
| 224 | Joint Adventures |
| 289 | Partnership |
| 317A | Public Utilities |
| 320 | Railroads |
| 332 | Religious Societies |
| 345 | Schools |
| 372 | Telecommunications |
| 396A | Urban Railroads |

## Civil Procedure– Federal Cases

| | |
|---|---|
| 2 | Abatement and Revival |
| 13 | Action |
| 25T | Alternative Dispute Resolution |
| 48 | Audita Querela |
| 96 | Contribution |
| 106 | Courts |
| 115 | Damages |
| 118A | Declaratory Judgment |
| 135 | Domicile |
| 143 | Election of Remedies |
| 156 | Estoppel |
| 157 | Evidence |
| 158 | Exceptions, Bill of |
| 170A | Federal Civil Procedure |
| 170B | Federal Courts |
| 197 | Habeas Corpus |
| 212 | Injunction |
| 222 | Interpleader |
| 227 | Judges |
| 228 | Judgment |
| 230 | Jury |
| 241 | Limitation of Actions |
| 250 | Mandamus |
| 311H | Privileged Communications and Confidentiality |
| 314 | Prohibition |

| | |
|---|---|
| 319 | Quo Warranto |
| 334 | Removal of Cases |
| 378 | Time |
| 394 | United States Magistrates |
| 410 | Witnesses |

## Civil Procedure– State Cases

| | |
|---|---|
| 2 | Abatement and Revival |
| 13 | Action |
| 21 | Affidavits |
| 25T | Alternative Dispute Resolution |
| 30 | Appeal and Error |
| 31 | Appearance |
| 44 | Attachment |
| 48 | Audita Querela |
| 73 | Certiorari |
| 96 | Contribution |
| 105 | Court Commissioners |
| 106 | Courts |
| 115 | Damages |
| 118A | Declaratory Judgment |
| 123 | Deposits in Court |
| 135 | Domicile |
| 143 | Election of Remedies |
| 150 | Equity |
| 156 | Estoppel |
| 157 | Evidence |
| 158 | Exceptions, Bill of |
| 161 | Execution |
| 189 | Garnishment |
| 197 | Habeas Corpus |
| 212 | Injunction |
| 222 | Interpleader |
| 227 | Judges |
| 228 | Judgment |
| 230 | Jury |
| 231 | Justices of the Peace |
| 241 | Limitation of Actions |

| | |
|---|---|
| 242 | Lis Pendens |
| 250 | Mandamus |
| 267 | Motions |
| 271 | Ne Exeat |
| 275 | New Trial |
| 277 | Notice |
| 287 | Parties |
| 302 | Pleading |
| 307A | Pretrial Procedure |
| 311H | Privileged Communications and Confidentiality |
| 313 | Process |
| 314 | Prohibition |
| 319 | Quo Warranto |
| 322 | Real Actions |
| 327 | Reference |
| 334 | Removal of Cases |
| 339 | Review |
| 346 | Scire Facias |
| 351 | Sequestration |
| 352 | Set-Off and Counterclaim |
| 363 | Stipulations |
| 370 | Supersedeas |
| 378 | Time |
| 388 | Trial |
| 401 | Venue |
| 410 | Witnesses |

## Commercial Law

| | |
|---|---|
| 29T | Antitrust and Trade Regulation |
| 38 | Assignments |
| 51 | Bankruptcy |
| 52 | Banks and Banking |
| 56 | Bills and Notes |
| 70 | Carriers |
| 76 | Chattel Mortgages |
| 92B | Consumer Credit |
| 95 | Contracts |
| 117T | Debtor and Creditor |

https://info.legalsolutions.thomsonreuters.com/documentation/westlaw/wlawdoc/wlres/keynmb06.pdf

5/8

TR-0179851

186 Fraudulent Conveyances
219 Interest
278 Novation
294 Payment
303 Pledges
343 Sales
349A Secured Transactions
403 Warehousemen

**Communications**

92 Constitutional Law
99 Copyrights and Intellectual Property
237 Libel and Slander
306 Postal Service
311H Privileged Communications and Confidentiality
372 Telecommunications

**Criminal Justice**

18 Adulteration
19 Adultery
35 Arrest
36 Arson
37 Assault and Battery
55 Bigamy
63 Bribery
67 Burglary
76A Chemical Dependents
91 Conspiracy
96H Controlled Substances
98 Convicts
103 Counterfeiting
110 Criminal Law
129 Disorderly Conduct
130 Disorderly House
131 District and Prosecuting Attorneys
133 Disturbance of Public Assemblage
135H Double Jeopardy
146 Embezzlement

149E Environmental Law
151 Escape
164 Explosives
165 Extortion and Threats
166 Extradition and Detainers
168 False Imprisonment
169 False Personation
170 False Pretenses
174 Fines
175 Fires
180 Forfeitures
181 Forgery
184 Fraud
193 Grand Jury
197 Habeas Corpus
198H Health
203 Homicide
207 Incest
209 Indians
210 Indictment and Information
211 Infants
218 Insurrection and Sedition
231E Kidnapping
234 Larceny
248 Malicious Mischief
256 Mayhem
273 Neutrality Laws
281 Obscenity
282 Obstructing Justice
284 Pardon and Parole
297 Perjury
310 Prisons
311H Privileged Communications and Confidentiality
315H Prostitution
315P Protection of Endangered Persons
319H Racketeer Influenced and Corrupt Organizations
321 Rape

324 Receiving Stolen Goods
337 Rescue
341 Riot
342 Robbery
349 Searches and Seizures
350 Seduction
350H Sentencing and Punishment
357 Sodomy
368 Suicide
384 Treason
396 Unlawful Assembly
399 Vagrancy
406 Weapons
410 Witnesses

**Education**

81 Colleges and Universities
345 Schools

**Employment Law**

78 Civil Rights
81 Colleges and Universities
104 Counties
198H Health
231H Labor and Employment
268 Municipal Corporations
283 Officers and Public Employees
345 Schools
356A Social Security and Public Welfare
360 States
381 Towns
392T Unemployment Compensation
393 United States
413 Workers' Compensation

**Energy**

145 Electricity
190 Gas
260 Mines and Minerals

317A Public Utilities
362 Steam
402 War and National Emergency

**Environmental Law**

23 Agriculture
145 Electricity
149E Environmental Law
260 Mines and Minerals
279 Nuisance
405 Water Law
414 Zoning and Planning

**Estate Planning**

17 Adoption
75 Charities
76H Children Out-of-Wedlock
124 Descent and Distribution
136 Dower and Curtesy
154 Estates in Property
162 Executors and Administrators
191 Gifts
220 Internal Revenue
226 Joint Tenancy
240 Life Estates
298 Perpetuities
307 Powers
333 Remainders
338 Reversions
371 Taxation
373 Tenancy in Common
390 Trusts
409 Wills

**Family Law**

4 Abortion and Birth Control
17 Adoption
19 Adultery
55 Bigamy
61 Breach of Marriage Promise
76D Child Custody
76E Child Support

| 76H | Children Out-of-Wedlock |
| 134 | Divorce |
| 136 | Dower and Curtesy |
| 196 | Guardian and Ward |
| 205 | Husband and Wife |
| 207 | Incest |
| 211 | Infants |
| 253 | Marriage |
| 285 | Parent and Child |
| 315P | Protection of Endangered Persons |
| 350 | Seduction |

**Financial Institutions**

| 52 | Banks and Banking |
| 66 | Building and Loan Associations |
| 92B | Consumer Credit |
| 108A | Credit Reporting Agencies |
| 217 | Insurance |

**Government**

| 64 | Bridges |
| 81 | Colleges and Universities |
| 104 | Counties |
| 132 | District of Columbia |
| 200 | Highways |
| 268 | Municipal Corporations |
| 316E | Public Assistance |
| 316H | Public Contracts |
| 345 | Schools |
| 360 | States |
| 375 | Territories |
| 381 | Towns |
| 393 | United States |
| 405 | Water Law |

**Health**

| 76A | Chemical Dependents |
| 96H | Controlled Substances |
| 198H | Health |

| 257A | Mental Health |
| 315P | Protection of Endangered Persons |

**Immigration and Citizenship**

| 24 | Aliens, Immigration, and Citizenship |

**Insurance**

| 217 | Insurance |
| 356A | Social Security and Public Welfare |
| 392T | Unemployment Compensation |
| 413 | Workers' Compensation |

**Intellectual Property**

| 29T | Antitrust and Trade Regulation |
| 99 | Copyrights and Intellectual Property |
| 291 | Patents |
| 382T | Trademarks |

**International Issues**

| 24 | Aliens, Immigration, and Citizenship |
| 26 | Ambassadors and Consuls |
| 114 | Customs Duties |
| 221 | International Law |
| 385 | Treaties |
| 402 | War and National Emergency |

**Juvenile Justice**

| 211 | Infants |

**Legal Services**

| 12 | Acknowledgement |
| 25T | Alternative Dispute Resolution |
| 45 | Attorney and Client |
| 46 | Attorney General |
| 79 | Clerks of Courts |
| 105 | Court Commissioners |
| 106 | Courts |
| 131 | District and Prosecuting Attorneys |
| 227 | Judges |

| 231 | Justices of the Peace |
| 276 | Notaries |
| 327 | Reference |
| 394 | United States Magistrates |

**Maritime Law**

| 16 | Admiralty |
| 82 | Collision |
| 172 | Ferries |
| 252 | Maritime Liens |
| 300 | Pilots |
| 344 | Salvage |
| 348 | Seamen |
| 354 | Shipping |
| 405 | Water Law |
| 408 | Wharves |

**Medicaid**

| 198H | Health |

**Medicare**

| 198H | Health |

**Military Law**

| 34 | Armed Services |
| 258A | Military Justice |
| 259 | Militia |
| 402 | War and National Emergency |

**Products Liability**

| 145 | Electricity |
| 164 | Explosives |
| 178 | Food |
| 190 | Gas |
| 313A | Products Liability |

**Professional Malpractice**

| 11A | Accountants |
| 45 | Attorney and Client |
| 65 | Brokers |
| 198H | Health |
| 211 | Infants |
| 257A | Mental Health |
| 272 | Negligence |
| 332 | Religious Societies |
| 345 | Schools |

**Real Property**

| 6 | Abstracts of Title |
| 7 | Accession |
| 15 | Adjoining Landowners |
| 20 | Adverse Possession |
| 59 | Boundaries |
| 65 | Brokers |
| 66 | Building and Loan Associations |
| 83T | Common Interest Communities |
| 84 | Common Lands |
| 108 | Covenants |
| 119 | Dedication |
| 120 | Deeds |
| 141 | Easements |
| 142 | Ejectment |
| 148 | Eminent Domain |
| 149 | Entry, Writ of |
| 149T | Equitable Conversion |
| 154 | Estates in Property |
| 171 | Fences |
| 177 | Fixtures |
| 179 | Forcible Entry and Detainer |
| 206 | Improvements |
| 233 | Landlord and Tenant |
| 238 | Licenses |
| 239 | Liens |
| 242 | Lis Pendens |
| 257 | Mechanics' Liens |
| 266 | Mortgages |
| 272 | Negligence |
| 288 | Partition |
| 290 | Party Walls |
| 311 | Private Roads |
| 315 | Property |
| 315H | Public Amusement and Entertainment |
| 317 | Public Lands |
| 318 | Quieting Title |

TR-0179853

322   Real Actions
330   Registers of Deeds
338   Reversions
358   Specific Performance
386   Trespass
387   Trespass to Try Title
400   Vendor and Purchaser
405   Water Law
414   Zoning and Planning

**Securities and Commodities Regulations**

83H   Commodity Futures Trading Regulation
160   Exchanges
349B   Securities Regulation

**Taxation**

83   Commerce
104   Counties
220   Internal Revenue
223   Intoxicating Liquors

238   Licenses
268   Municipal Corporations
345   Schools
371   Taxation
381   Towns

**Torts**

37   Assault and Battery
45   Attorney and Client
48A   Automobiles
48B   Aviation
52   Banks and Banking
70   Carriers
78   Civil Rights
97C   Conversion and Civil Theft
115   Damages
117   Death
145   Electricity
164   Explosives
168   False Imprisonment

178   Food
179   Forcible Entry and Detainer
184   Fraud
190   Gas
198H   Health
213   Innkeepers
233   Landlord and Tenant
237   Libel and Slander
249   Malicious Prosecution
272   Negligence
279   Nuisance
313A   Products Liability
315T   Public Amusement and Entertainment
320   Railroads
350   Seduction
354   Shipping
379   Torts
386   Trespass
404   Waste

406   Weapons

**Transportation**

16   Admiralty
48A   Automobiles
48B   Aviation
64   Bridges
70   Carriers
82   Collision
83   Commerce
172   Ferries
200   Highways
320   Railroads
348   Seamen
354   Shipping
391   Turnpikes and Toll Roads
396A   Urban Railroads
405   Water Law

**Unemployment Compensation**

392T   Unemployment Compensation

© 2012 Thomson Reuters. All rights reserved. Published 8/12. L-352461.
The trademarks used herein are the trademarks of their respective owners.
West trademarks are owned by West Publishing Corporation.


THOMSON REUTERS

TR-0179854

# EXHIBIT 58

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 59

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 60

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 61

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 62

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 63



Project Rose – Project Protocol



| | |
|---|---|
| **Project Rose** | |
| **Project Protocol** | |

| | |
|---|---|
| **Updated** | 19 November 2017 |
| **Version** | 1.1 Working |
| **Document Classification** | RESTRICTED |
| **Status** | Draft/Working |
| **Author** | Christopher Cahn |

All rights reserved.  No part of this document may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Morae Global.



Cahn Exhibit 52



Project Rose – Project Protocol

**Table of Contents**

**1. INTRODUCTION** .................................................................................................................................**3**

    1.1 BACKGROUND .......................................................................................................................... 3
    1.2 ORDER OF REVIEW ................................................................................................................. 3
    1.3 QUESTION FORMATION ........................................................................................................... 3
    1.4 QUESTION RESPONSES ............................................................................................................ 3
    1.5 FORMATTING ........................................................................................................................... 5

**2. EXAMPLE MEMO** ...........................................................................................................................**8~~7~~**

LEGALEASE-00093077



<div align="right">Project Rose – Project Protocol</div>

# 1. INTRODUCTION

## 1.1 BACKGROUND

Our client is assisting an artificial intelligence company train its system to identify and distinguish quality legal cases without the need significant intervention from human end users.

We will formulate questions based upon Westlaw headnotes and provide sample responses in a pre-determined format. The questions and responses will subsequently be "processed" by a computer so proper formatting is of critical importance.

## 1.2 ORDER OF REVIEW

Topics will be assigned based upon the Westlaw key system. At the top level will be the Westlaw key topic e.g. 298 Perpetuities. Within each key will be individual keys and within each key will be a list of cases that each have headnotes. We will prepare a memo for every **unique** headnote that appears under a given Westlaw Key.

For example, for topic 298 Perpetuities, Key 2- "What law Governs" there are 42 cases with headnotes so we would prepare 42 memos.

**Never select a resource that is labelled as "Out of Plan".**

## 1.3 QUESTION FORMATION

Initially questions are formulated based upon the Westlaw headnote. For example, the below headnote:

> **Headnote**: The common law rule against perpetuities is in force in Oregon.

Might lead to the question, "Is the common law rule against perpetuities in force?"

Once memo drafting beings, it is permissible to change the question to better suit the cases found but, **each question must be unique**.

Additional requirements for questions:

- Questions must <u>not</u> start with the word, "may"
- Questions must not be state specific (but answers can be state specific)
- Questions should be based upon headnotes but framed to be concise. If the question runs more than 2 lines it is probably too long.

## 1.4 QUESTION RESPONSES

For each question, we will provide quotes that respond to the question. Memos are being used to train a computer system rather than for actual legal research. Negative treatment of a case - whether distinguished or overturned - is not relevant. Overturned cases can still be quoted and the fact that it is overturned need not be mentioned. Please also note that question responses are judged by whether they contain the same keywords as the question. Synonyms for the keywords and responses that answer substantive issue but do not contain the same keywords are not consider acceptable substitutes for the actual keywords.

LEGALEASE-00093078



Project Rose – Project Protocol

Quotes are classified in four ways, great, good, topical and irrelevant.
- Each memo will contain <u>at least</u> one "great" quote.
- Memos will also contain exactly one topical and one irrelevant quote
- Memos must contain 4- 6 quotes in total.
  - Never less than 4 and never more than 6.
  - 5-6 quotes is optimal.
- The entire paragraph should be copied into the memo but the actual quote should not be overly wordy. Try to be surgical; **if your quote is more than two lines it is probably too long**
- Paragraphs should not be overly lengthy. If a paragraph runs more than 10 lines, it is too long and an alternate quote should be found.
- Great, Good and Topical quotes should be substantive rather than factual

> **Comment [MS1]:** The rule of entire para had been revised by the client, and intimated to Clutch on Nov. 14, 2017.

**"Great" quote – Answers every aspect of the question using the same keywords.**
<u>Question</u>: "Are oil and gas leases executory contracts?"

<u>Answer</u>: "Any party to an 'executory contract,' such as a long-term supply contract or an oil and gas operating agreement, may similarly obtain from the debtor full performance plus additional ' assurance' as the quid pro quo for continued dealings." ) King v. Baer, 482 F.2d 552 (10th Cir.1973) (emphasis mine). **[[Other courts have considered an oil and gas lease a transfer of an interest in real property and therefore not an executory contract]]**."

**"Good" quote -** Should answer the most essential element of the question and contain all but one keyword

<u>Question</u>: "Does a person commit forgery by opening an account and signing checks in an assumed name?"

<u>Answer</u>: One cannot conclude that the defendant in this case committed forgery as defined in Susalla. There may have been a litany of offenses committed, but not forgery. The check given by defendant did not purport to be anything other than a personal check drawn by the person who presented it on an account that that person had opened. **[[The misrepresentation of identity to the bank in opening the account did not make the creation of a draft on that account a forgery when presented to pay for the television.]]** *See, Rapp v. State*, 274 So.2d 18 (Fla.App., 1973), *Smith v. State,* 379 S.W.2d 326 (Tex.Cr.App., 1964).

**"Topical" and "Irrelevant" quote.**

In addition to the 2-4 great or good answers (quotes) to each research question, we will need one "topical" quote and one "irrelevant" quote.

**"Topical" quote**
 A topical quote is a quote that hits on limited aspects of the question, but does not answer any essential part of the question. Examples of good topical quotes are a definition of one of the key words or background of the law.

For example:

4

LEGALEASE-00093079



Project Rose – Project Protocol

Question: 'Are oil and gas leases executory contracts?'

Answer: 'There are no published opinions construing this language. However, by its terms, the paragraph deals with interests of the debtor in 'gaseous hydrocarbons' and not contract rights like the ones involved here. **[[The legislative history of § 541(b)(4) indicates that it was enacted to address questions related to the transfer of rights in oil and gas leases.']]**

The easiest way to find topical cases is to look for cases within the case cited...as they are citing law. This will provide a foundation.  And, by clicking on a case within one of your cited cases, you will save time.

- Touches on the elements of the question
- Does not answer the question
- May contain a limited component of the question
- Not necessary to have a key word of the question

**"Irrelevant" quote:**
An irrelevant quote has some keywords in it from the question but completely missed the mark. An easy way to find irrelevant quotes is to search a keyword, pick any case, and use a quote from the facts or body with the key word. This quote is not at all on topic and will likely only contain one essential word. The easiest way to locate a good irrelevant quote is to pick a key word from the question, search only that word in WestLaw/Lexis, find a case with that word in the facts with little to no other words from the question, bracket and bold the sentence with the word.

For example, if the question is **"[a]re oil and gas leases executory contracts?"** an answer may contain key words like **"olive oil"** or **"residential leases"** but nothing else relevant regarding the question.

The easiest way to locate a good irrelevant quote is to pick a key word from the question, search only that word in WestLaw, find a case with that word in the facts with little to no other words from the question, bracket and bold the sentence with the word.

An Irrelevant quote:
- One or two matching words with the question, but completely unrelated.
- Has key word but not within realm of the issue presented (example question on oil and gas lease, irrelevant quote about olive oil).

**1.5   FORMATTING**

Memos will be machine read which means that formatting is of critical importance. At the most basic level the memos must conform to the below:

- Single Spaced
- Left Justified
- Times New Roman, Font 12
- No italics
- Eliminate Special characters and other formatting issues (eliminate *,¶ , unusual spaces, footnotes, unwanted squiggly lines).
- No underlining

LEGALEASE-00093080



Project Rose – Project Protocol

- Cases Sequentially Numbers (i.e. Case 1, Case 2, Case 3, etc)
- Check if Great, Good, Topical and Irrelevant are in order and properly titled.
- Check if the memo number in the file name is unique and that it matches the number in the body of the memo.

More broadly, the memos will conform to the following:

| Issue | Description |
|---|---|
| 1 | Draft questions following Creative Process.<br>• Questions must <u>not</u> start with the word, "may"<br>• Questions must not be state specific<br>• Questions should be based upon headnotes but framed to be concise. If the question runs more than 2 lines it is probably too long.<br>• Is the question grammatically correct? |
| 2 | Research questions using online resources and accounts.<br>**Only a basic case cite should be provided – No pin point or alternate cites**<br>Kirquel Dev., Ltd. v. Planning Bd. of Town of Cortlandt, 96 A.D.3d 754. |
| 3 | Memo title and number centered and bold.<br><div align="center">**MEMORANDUM # 23**</div> |
| 4 | Left justify the balance of the memo |
| 5 | Confirm the font and spacing of the memo is appropriate. <u>Nothing</u> should be italicized or underlined. |
| 7 | Does the memo number at the top of the memo match the number in the file name? |
| 8 | The Issue and the quotes must be in bold. No other text should be in bold. |
| 9 | Quotes are to be in double brackets, all punctuation inside of the brackets, and bold font. No highlighting. The end of the quote must include punctuation and cites should not be included in the quote UNLESS it is required in order to have the quote end with punctuation.<br>**[[This result would present due process concerns and is clearly not what the Legislature intended.]]** |
| 10 | All quotes must be identical to the one found in the case unless otherwise noted here, no stray words, missing punctuation, or carriage returns.<br>*Westlaw internal page numbers must be eliminated*. |
| 11 | Ensure <u>bracket spacing</u> is correct, before and after brackets, and <u>bold font is</u> <u>limited to the bracketed quote.</u> No highlighting. |
| 12 | Quotes should not all be from the same ruling or case. |
| 13 | Bracketed language must be a <u>full sentence.</u> Not just two words. |
| 14 | Label quotes as great (1-4), good (2-3), topical (1), and irrelevant (1) for a total of 4-6 quotes.<br>Case 4: Winston v. Freshwater Wetlands Appeals Bd., 254 A.D.2d 363.<br>Good Quote 1: text text text |
| 15 | GREAT –The bracketed language must answer question and must contain **all** the essential keywords of the question. Note: Synonyms are not considered the same key word |
| 16 | GOOD – The bracketed language must answer question and must contain **most** of the the essential keywords of the question. |
| 17 | TOPICAL – **foundation** quote, **background** information. |
| 18 | IRRELEVANT– has **no** reference or relevance but includes one key word from the |

**Comment [MS2]:** Identical in the way it appears in WL; do not use identical quotes (where all the quotes of the memo are identical).

LEGALEASE-00093081



Project Rose – Project Protocol

|    |    |
|----|----|
|    | question. |
| 19 | Memo saved in correct format – naming convention (Topic – Memo # - C (for clutch) - associate initials). When saving after review include your initials. Venue – Memo # 23 – C - AA |
| 20 | Tracker Updated |
| 21 | Watch out for<br>1: Grammar – question, missing period<br>2: Format – bold, spacing, pagination<br>3: Great/Good – quote mislabelled<br>4: Topical – quote should not answer the question but should provide background knowledge<br>5: Irrelevant – quote is irrelevant |

LEGALEASE-00093082



Project Rose – Project Protocol

## 2. EXAMPLE MEMO

<p align="center">MEMORANDUM # 57</p>

**1. Question**
Is equitable relief a cause of action?

**2. Reference List**
**Issue: Is equitable relief a cause of action?**

Case 1: Hendrix v. Napolitano, 77 F. Supp. 3d 188.
Great Quote 1: Mr. Hendrix asserts a claim for equitable relief in Count V. **[[Equitable relief, however, is a form of relief and not a cause of action.]]** Since the Court grants the motion for summary judgment as to Count IV, there is no cause of action in this matter upon which it could grant any equitable relief. The Court, therefore, dismisses Count V for failure to state a claim upon which relief can be granted.

Case 2: Eisenberg v. City of Miami Beach, 1 F. Supp. 3d 1327.
Great Quote 1: **[[The equitable relief Plaintiffs seek is a remedy, not a separate cause of action.]]** See Perret v. Wyndham Vacation Resorts, Inc., 889 F.Supp.2d 1333, 1346 (S.D.Fla.2012) (dismissing count pleading injunctive and declaratory relief for failure to state a separate cause of action); Tara Prods., Inc. v. Hollywood Gadgets, Inc., No. 09–CV–61436, 2010 WL 1531489, at (S.D.Fla. Apr. 16, 2010) (dismissing count pleading remedy of equitable lien for failure to state separate cause of action); see also Alabama v. U.S. Army Corps of Eng'rs, 424 F.3d 1117, 1127 (11th Cir.2005) ("[A]ny motion or suit for either a preliminary or permanent injunction must be based upon a cause of action ... There is no such thing as a suit for a traditional injunction in the abstract.") (internal quotation marks and citation omitted). Moreover, "[A] court should not entertain an action for declaratory relief when the issues are properly raised in other counts of the pleadings and are already before the court." Perret, 889 F.Supp.2d at 1346 (citation omitted). Plaintiffs already seek equitable relief in the other counts of the Complaint. Accordingly, Count VII is dismissed.

Case 3: Crown Const. Co. v. Huddleston, 961 S.W.2d 552.
Topical Quote 1: In this case, the evidence, other than whether the notice was taped to Huddleston's door on June 2, 1996, is undisputed. Crown acknowledges that it was aware, prior to June 2, 1996, that the option expired on that date. It also acknowledges that after it allegedly taped the notice to Huddleston's office door, it did not attempt to contact Huddleston again until June 12, 1996. Then, on June 12, 1996, Crown delivered notice in writing to Huddleston's agent. Crown never confirmed receipt of the June 2 notice. **[[In the face of undisputed facts, the propriety of equitable relief is a question of law for the court, subject to an abuse of discretion standard of review on appeal. Fontenot, 919 S.W.2d at 715.]]** Because the facts surrounding Crown's equitable argument are undisputed, Crown's third point of error alleging that a fact issue exists regarding whether equity should be applied in this case is overruled. We must now consider, whether the trial court erred in finding that Crown was not entitled to equitable relief as a matter of law.

Case 4: Beard v. Glickman, 189 F. Supp. 2d 994.
Irrelevant Quote 1: In their Reply, the Beards argue that if we accept Defendant's interpretation, the Agency can completely undermine an appellant's right to appeal a denial of equitable relief by simply failing to recommend such relief to the Administrator. We disagree.
**[[There can only be a denial of equitable relief if the party in question has the authority to**

8



Project Rose – Project Protocol

**actually grant equitable relief.]]** Under the construction of the relevant statutes and regulations, only certain Administrators within the FSA (the head Administrator, Associate Administrator and Deputy Administrator) and the Director of the NAD, as well as, of course, the Secretary of Agriculture, have the authority to grant equitable relief. Thus there could be no denial of equitable relief appealed to the NAD Director in cases where, as here, the appellants chose to bypass the intermediate options of Agency review before appealing directly to the NAD. Therefore, accepting Defendant's interpretation does not undermine an appellant's right to appeal a denial of equitable relief.

**-- End of Document --**

LEGALEASE-00093084

# EXHIBIT 64

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT 65

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 66

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY