# EXHIBIT 1

1            HIGHLY CONFIDENTIAL - AL-KOFAHI

2          IN THE UNITED STATES DISTRICT COURT

3             FOR THE DISTRICT OF DELAWARE

4    --------------------------------------

5    THOMSON REUTERS ENTERPRISE
     CENTRE GMBH AND WEST           C.A. No.
6    PUBLISHING CORPORATION,

7           Plaintiffs/Counterdefendants,

8    vs.

9    ROSS INTELLIGENCE INC.,

10          Defendants/Counterclaimant.

11   --------------------------------------

12

13              HIGHLY CONFIDENTIAL

14    VIDEOTAPED DEPOSITION OF KHALID AL-KOFAHI

15            FRIDAY, APRIL 8, 2022

16                   REGUS

17          90 CANAL STREET, 4TH FLOOR

18              BOSTON, MA 02114

19

20

21

22

23

24   Reported by:  Teri C. Gibson, CSR, RPR, CCR

25   Job #: 208933

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1          HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                          HIGHLY CONFIDENTIAL - AL-KOFAHI

1                     HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

1               HIGHLY CONFIDENTIAL - AL-KOFAHI

1                          HIGHLY CONFIDENTIAL - AL-KOFAHI

# EXHIBIT 2

1

```
 1                           VOLUME 1
                             PAGES:  1-311
 2                           EXHIBITS:  See Index

 3
              UNITED STATES DISTRICT COURT
 4            FOR THE DISTRICT OF DELAWARE

 5
    _____)
 6                               )
    THOMSON REUTERS ENTERPRISE   )
 7  CENTRE GMBH and WEST         )
    PUBLISHING CORPORATION,      )
 8                               )
             Plaintiffs and      ) C.A. No. 20-613 (LPS)
 9           Counterdefendants,  )
                                 )
10    v.                         )  HIGHLY CONFIDENTIAL
                                 )
11  ROSS INTELLIGENCE, INC.,     )
                                 )
12           Defendant and       )
             Counterclaimant.    )
13                               )
    _____)
14

15

16       VIDEOTAPED DEPOSITION of ANDREW ARRUDA

17          - CONDUCTED BY VIDEOCONFERENCE -

18             Wednesday, March 30, 2022

19           9:06 a.m. Pacific Daylight Time

20

21

22          Michelle Keegan, RMR, CRR

23                   Lexitas

24        508-478-9795 ~ 508-478.0595 (Fax)

25               www.LexitasLegal.com
```



12







76



114



115



272



275



276



278



287



# EXHIBIT 3

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 32 of 7202 PageID #: 78131

Thomson Reuters Enterprise vs                                    Luther Branting
Ross Intelligence              Highly Confidential - Attorneys' Eyes Only      October 19, 2022

1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3    - - - - - - - - - - - - - -+
                                |
4    THOMSON REUTERS ENTERPRISE  |
     CENTRE GMBH and WEST        |
5    PUBLISHING CORPORATION,     |
                                |
6           Plaintiffs,          |    Case Number:
                                |
7      vs.                       |    -----------
                                |
8    ROSS INTELLIGENCE, INC.,    |
                                |
9           Defendant.           |
                                |
10   - - - - - - - - - - - - - -+

11

12

13          Confidential Video Deposition of

14            LUTHER KARL BRANTING, Ph.D.

15            Wednesday, October 19, 2022

16                   9:01 a.m.

17

18

19

20

21

22

23   Job No. 836111

24   Reported by:  Laurie Donovan, RPR, CRR, CLR

25

61



79



80



108



109



141



142



155



156





158



188



189



190



191



192



193



194



195



196



197



198



199



200



201



202



275



278



279



```
 5              THE VIDEOGRAPHER:  We're going off

 6    the record at 4:35 p.m.

 7              (Signature having not been

 8              waived, the confidential video

 9              deposition of LUTHER KARL BRANTING,

10              Ph.D. was concluded at 4:35 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# EXHIBIT 4

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
2

   THOMSON REUTERS ENTERPRISE CENTRE   §
3  GMBH and WEST PUBLISHING            §
   CORPORATION,                        §
4                                      §   C.A. No. 20-613-SB
        Plaintiffs/Counterdefendants,  §
5                                      §
   vs.                                 §
6                                      §
   ROSS INTELLIGENCE, INC.,            §
7                                      §
        Defendant/Counterclaimant,     §
8

9

10                    HIGHLY CONFIDENTIAL

11              PURSUANT TO PROTECTIVE ORDER

12

13          VIDEO-RECORDED ORAL DEPOSITION OF

14                   CHRISTOPHER CAHN

15           AS CORPORATE REPRESENTATIVE OF

16              MORAE GLOBAL CORPORATION

17                   Houston, Texas

18              Thursday, May 12, 2022

19                 (REPORTED REMOTELY)

20

21

22

23     REPORTED BY:

24     Linda Russell, CSR

25     JOB NO:  210749

1                         CAHN - MORAE GLOBAL

1                    CAHN - MORAE GLOBAL

1                          CAHN - MORAE GLOBAL

1                         CAHN - MORAE GLOBAL

1                    CAHN - MORAE GLOBAL

1                      CAHN - MORAE GLOBAL

1                    CAHN - MORAE GLOBAL

# EXHIBIT 5

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3                 C.A. No. 20-613(LPS)

 4

 5   -------------------------------------------

 6   IN RE MATTER OF:

 7   THOMSON REUTERS ENTERPRISE

 8   CENTRE GMBH and WEST PUBLISHING

 9   CORPORATION,

10              Plaintiffs and Counterdefendants

11        -vs-

12   ROSS INTELLIGENCE INC.,

13              Defendant and Counterclaimant.

14   -------------------------------------------

15

16

17

18      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19           REMOTE TESTIMONY OF ALAN COX

20          NOVEMBER 2, 2022 - 8:30 A.M. PDT

21

22

23

24      JOB NO. 2022-866214
```

47



48



55



56



115



172



175



246



# EXHIBIT 6

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF DELAWARE

 3

 4  THOMSON REUTERS ENTERPRISE    )
    CENTRE GMBH and WEST          )
 5  PUBLISHING CORPORATION,       )
                                  )
 6           Plaintiffs,          )
                                  )
 7       vs.                      ) No. 1:20-cv-00613-UNA
                                  )
 8  ROSS INTELLIGENCE INC.,       )
                                  )
 9           Defendant.           )
    _____)
10

11

12

13

14     VIDEO-RECORDED DEPOSITION OF

15     BARBARA FREDERIKSEN-CROSS, at Regus Center,

16     1050 SW Sixth Avenue, Suite 1100, Portland,

17     Oregon, commencing at 9:21 a.m. PST, on

18     Friday, November 11, 2022, before

19     Marla Sharp, RPR, CLR, CCRR, CA CSR 11924,

20     OR CSR 17-0446, WA CSR 3408.

21

22

23

24

25
```

111



112



313



314



315



316



317



318



319



320



# EXHIBIT 7

```
                        HIGHLY CONFIDENTIAL
  1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
  2


  3


  4    IN RE MATTER OF:            )
                                   )
  5    THOMSON REUTERS             )   C.A. No. 20-613(LPS)
       ENTERPRISE CENTRE GMBH      )
  6    and WEST PUBLISHING         )
       CORPORATION,                )
  7                                )
          Plaintiffs and           )
  8       Counterdefendants,       )
                                   )
  9    VS.                         )
                                   )
 10    ROSS INTELLIGENCE,          )
       INC.,                       )
 11                                )
          Defendant and            )
 12       Counterclaimant.         )
                                   )
 13


 14


 15            ORAL AND VIDEOTAPED DEPOSITION
                            OF
 16                    TARIQ HAFEEZ
                    MAY 26, 2022
 17


 18


 19


 20


 21


 22


 23


 24


 25
```

34



39



41



61



66



88



89



90



93



94





125



126



139



140



152



175



176



188



189



# EXHIBIT 8

1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF DELAWARE

 3               C.A. No. 20-613(LPS)

 4

 5    -------------------------------------------

 6    IN RE MATTER OF:

 7    THOMSON REUTERS ENTERPRISE

 8    CENTRE GMBH and WEST PUBLISHING

 9    CORPORATION,

10               Plaintiffs and Counterdefendants

11         -vs-

12    ROSS INTELLIGENCE INC.,

13               Defendant and Counterclaimant.

14    -------------------------------------------

15

16

17

18      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19       REMOTE TESTIMONY OF RICHARD A. LEITER

20             October 24, 2022 - 11 A.M. CDT

21

22

23

24      JOB NO. 2022-866213
```

38





41



97





235



239



240



257



258



259



260



261



# EXHIBIT 9

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3   _____

 4   THOMSON REUTERS ENTERPRISE

 5   CENTRE GMBH and WEST PUBLISHING

 6   CORPORATION,

 7       Plaintiffs/Counterdefendants,

 8   vs.                            Case No.

 9   ROSS INTELLIGENCE INC.,        C.A. No. 20-613-LPS

10       Defendant/Counterclaimant.

11   _____

12              ** HIGHLY CONFIDENTIAL **

13

14         VIDEOTAPED DEPOSITION OF ERIK LINDBERG

15                Tuesday, March 22, 2022

16                 9:00 a.m. (Central)

17

18   PLACE:  Veritext Legal Solutions

19          150 South Fifth Street

20          Suite 1775

21          Minneapolis, Minnesota

22

23   Reported By:

24   Christine K. Herman, RPR, CRR

25   JOB No. 5129633
```

<div align="right">Page 1</div>

HIGHLY CONFIDENTIAL



Page 70

HIGHLY CONFIDENTIAL



Page 71

HIGHLY CONFIDENTIAL



Page  73

HIGHLY CONFIDENTIAL



Page  74

HIGHLY CONFIDENTIAL



Page 75

HIGHLY CONFIDENTIAL



Page 76

HIGHLY CONFIDENTIAL



Page  78

HIGHLY CONFIDENTIAL



Page 116

HIGHLY CONFIDENTIAL



Page 117

HIGHLY CONFIDENTIAL



Page 118

HIGHLY CONFIDENTIAL



Page 119

# EXHIBIT 10

1          J. MALACKOWSKI - HIGHLY CONFIDENTIAL

2          IN THE UNITED STATES DISTRICT COURT

3            FOR THE DISTRICT OF DELAWARE

4    THOMSOM REUTERS ENTERPRISE CENTRE )
     GMBH and WEST PUBLISHING          )
5    CORPORATION,                      )
                                       )C.A. No. 20-613-SB
6       Plaintiffs/Counterdefendants,  )
                                       )
7             vs.                      )
                                       )
8    ROSS INTELLIGENCE, INC.,          )
                                       )
9       Defendant/Counterclaimant.     )
     ----------------------------------)

10

11          * * *HIGHLY CONFIDENTIAL* * *

12   REMOTE VIDEOTAPED DEPOSITION OF JAMES MALACKOWSKI

13                 November 4, 2022

14

15

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 218479

1          J. MALACKOWSKI - HIGHLY CONFIDENTIAL

1           J. MALACKOWSKI - HIGHLY CONFIDENTIAL

1         J. MALACKOWSKI - HIGHLY CONFIDENTIAL

# EXHIBIT 11

HIGHLY CONFIDENTIAL

```
 1   H I G H L Y   C O N F I D E N T I A L
 2   A T T O R N E Y S'   E Y E S   O N L Y
 3   UNITED STATES DISTRICT COURT
 4   FOR THE DISTRICT OF DELAWARE
 5   ---------------------------- X
     THOMSON REUTERS ENTERPRISE
 6   CENTER GMBH and WEST PUBLISHING
     CORPORATION,
 7
                  Plaintiffs/
 8                Counterdefendants,
 9          vs.                C.A. No.
                            20-613-LPS
10   ROSS INTELLIGENCE INC.,
11                Defendant/
                  Counterplaintiff.
12   ---------------------------- X
                 March 25, 2022
13                12:02 p.m.
14          AFTERNOON SESSION OF HIGHLY
15   CONFIDENTIAL ATTORNEYS' EYES ONLY 30(b)(6)
16   deposition of WEST PUBLISHING CORPORATION,
17   by its representative ANDREW MARTENS, held
18   at the offices of Crowell & Moring, 590
19   Madison Avenue, New York, New York, pursuant
20   to Notice, before Theresa Tramondo, AOS,
21   CLR, a Notary Public of the State of New
22   York.
23   Reported by:
24   THERESA TRAMONDO, AOS, CLR
25   JOB NO. SF5129628-B
```

Page 63

HIGHLY CONFIDENTIAL



Page 162

HIGHLY CONFIDENTIAL



Page 202

HIGHLY CONFIDENTIAL



Page 203

HIGHLY CONFIDENTIAL



Page 204

HIGHLY CONFIDENTIAL



Page  274

# EXHIBIT 12

HIGHLY CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE

 2    _____

 3    THOMSON REUTERS ENTERPRISE

      CENTRE GMBH and WEST

 4    PUBLISHING CORPORATION,

 5                      Plaintiffs,

 6    vs.                              C.A. NO. 20-613-LPS

 7    ROSS INTELLIGENCE INC.,

 8                      Defendant.

      _____

 9

10

11         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

12       ISABELLE MOULINIER, 30(b)(6) REPRESENTATIVE FOR

13          THOMSON REUTERS ENTERPRISE CENTRE GMBH

14                    HIGHLY CONFIDENTIAL

15

16

17    DATE:   July 1, 2022

18    TIME:   9:07 a.m.

19    PLACE:  150 South Fifth Street, Suite 1775

              Minneapolis, MN 55402

20

21    JOB NO.:  SF 5264242

22

23

24

25    REPORTED BY: Dawn Workman Bounds, CSR
```

Page 1

HIGHLY CONFIDENTIAL



Page  72

HIGHLY CONFIDENTIAL



Page  73

HIGHLY CONFIDENTIAL



Page 74

HIGHLY CONFIDENTIAL



Page 104

HIGHLY CONFIDENTIAL



Page 108

HIGHLY CONFIDENTIAL



19

20

21

22

23

24

25

Page 143

# EXHIBIT 13

1

```
1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF DELAWARE

3

4    _____

5    THOMSON REUTERS ENTERPRISE )

6    CENTRE GMBH and WEST        )

7    PUBLISHING CORPORATION,     )

8              Plaintiffs and ) C.A. No. 20-613

9         Counterdefendants  ) (LPS)

10   v.                         )

11   ROSS INTELLIGENCE, INC.,   ) HIGHLY CONFIDENTIAL

12              Defendant and  )

13          Counterclaimant.   )

14   _____)

15

16

17   ---  This is the transcript of the videotaped

18   Deposition of,  JIMOH OVBIAGELE, taken at the

19   offices of Regus - Toronto Airport Corporate

20   Centre, Mississauga, Ontario, Canada, on the

21   12th day of April, 2022.

22                  ------------

23

24   REPORTED BY:  Helen Martineau, CSR

25   VIDEOGRAPHER:  Bruno Silva
```

48



49



50





74





76



77



78



81



82





84



85





87



88



169



170



25

171



186



187



188



204



227





237



# EXHIBIT 14

1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   IN RE MATTER OF:            )
                                )
5   THOMSON REUTERS ENTERPRISE  )
    CENTRE GMBH and WEST        )
6   PUBLISHING CORPORATION,     )
                                )
7            Plaintiffs and     )
             Counterdefendants, )
8                               )
        vs.                     )   C.A. No. 20-613(LPS)
9                               )
    ROSS INTELLIGENCE INC.,     )
10                              )
             Defendant and      )
11           Counterclaimant.   )
                                )
12

13      HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

14       VIDEOTAPED DEPOSITION OF SEAN O. SHAFIK

15              LOS ANGELES, CALIFORNIA

16                Friday, April 22, 2022

17

18   Stenographically Reported by:

19   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
20   California CSR License #11600
     Oregon CSR License #21-0005
21   Washington License #21009491
     Nevada CCR License #980
22   Texas CSR License #10725

23   Job No.:  2022-836111

24

25

# EXHIBIT 15

1

1      UNITED STATES DISTRICT COURT

2      FOR THE DISTRICT OF DELAWARE

3

THOMSON REUTERS ENTERPRISE   )
4  CENTRE GMBH and WEST          )
PUBLISHING CORPORATION,       )
5                               )
Plaintiffs and      )
6      Counterdefendants,)
                             )
7                               )
vs.                     )   C.A. No. 20-613 (LPS)
8                               )
ROSS INTELLIGENCE, INC.,      )
9                               )
Defendant and      )
10      Counterplaintiff. )
                             )
11  _____)

12

**HIGHLY CONFIDENTIAL**
13

14

VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT,
15

by and through its corporate designee
16

TOMAS VAN DER HEIJDEN,
17

(also in his individual capacity)
18

19

London, England, United Kingdom
20

Thursday, March 17, 2022
21

22

23

Pages: Pages 1 - 443
24

Reported stenographically by:
25  LEAH M. WILLERSDORF, RPR-CRR-FBIVR-ACR-QRR2-CLR





/ / /





89



90





91

///





94



95



101



102



/ / /



138





142



143







172





174





286



/ / /

291



301



322







342



344



347



364

387



424



# EXHIBIT 16

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   THOMSON REUTERS ENTERPRISE

5   CENTRE GMBH and WEST PUBLISHING

6   CORPORATION,

7               Plaintiffs/Counterdefendants,

8

9       vs.          C.A. No.  20-613-LPS

10

11  ROSS INTELLIGENCE, INC.,

12              Defendant/Counterclaimant.

13  _____

14

15              HIGHLY CONFIDENTIAL

16          PURSUANT TO PROTECTIVE ORDER

17

18         VIDEOTAPED AND VIDEOCONFERENCE

19          DEPOSITION OF TERI WHITEHEAD

20

21              Monday, April 18, 2022

22

23  Reported by:

24  Denise M. Kizy, RPR, CRR, CSR-2466

25  JOB NO. 208941

1                    TERI WHITEHEAD

1                           TERI WHITEHEAD

1                                   TERI WHITEHEAD

# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISHING
CORPORATION,

Plaintiffs,

v.

ROSS INTELLIGENCE INC.,
Defendant.

1:20-cv-00613-SB

**CONFIDENTIAL, HIGHLY
CONFIDENTIAL – ATTORNEYS' EYES
ONLY**

**REPORT OF DEFENDANTS' EXPERT
L. KARL BRANTING, J.D., Ph.D.**

I.      **INTRODUCTION** ...................................................................................1

II.     **QUALIFICATIONS** ...............................................................................1

III.    **CONFIDENTIALITY** ............................................................................3

IV.     **INFORMATION CONSIDERED** ..........................................................3

V.      **SUMMARY OF OPINIONS**...................................................................4

VI.     **DETAILS OF HOW ROSS OBTAINED TRAINING DATA** ...................7

VII.    **DETAILS OF THE ROSS SEARCH PLATFORM**.................................13

VIII.   **ROSS SELECTED ITS OWN FEATURES AND DEVELOPED ITS OWN
        TRAINING AND SEARCH METHODOLOGIES THAT DIFFERED
        FROM THOMSON REUTERS' METHODOLOGIES**............................26

IX.     **GLOSSARY**..........................................................................................29

## I.    INTRODUCTION

1.   ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

2.   ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████

## II.    QUALIFICATIONS

3.   ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████ ██ █

████████████████████████████████████████████

████████████████████████████████████ ███

4.   ████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████ █

---

[1] *See* Exhibit 1 (Curriculum Vitae of L. Karl Branting).

[2] *See id.*

[3] *See id.*

BRANTING EXPERT REPORT                    CASE 1:20-cv-00613-SB



5.

6.

7.

8.

---

[4] *See* Exhibit 2 (Branting, L. Karl. Reasoning with Rules and Precedents, SpringerLink, 2000).

[5] *See* Exhibit 1.

[6] *See* Exhibit 3 (Plaintiffs' Second Supplemental Response to ROSS' Interrogatory No. 1).

[7] *See* Exhibit 4 (Sealed Order, signed by Judge Stephanos Bibas, dated July 25, 2022).

███████████████████████████████████████████

████████████████████

### III.   CONFIDENTIALITY

9.   ████████████████████████████████████

███████████  █████  ████████  ██████████████  █████████  ██████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████

### IV.   INFORMATION CONSIDERED

10.   ███████████████████████████████████

███████████████████████████████████████████

███████████████████

11.   ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████

12.   ███████████████████████████████████

██████████████████████████████████

---

[8] *See* Exhibit 5 (Stipulated Protective Order, dated May 21, 2021 (ECF No. 48)).

BRANTING EXPERT REPORT                    CASE 1:20-cv-00613-SB

## V.    SUMMARY OF OPINIONS



13.

14.

15.

16.

---

[9] *See e.g.*, Exhibit 8 (ROSS-003419433).

[10] *See e.g.*, Exhibit 9 (ROSS-003427517).

[11] *See e.g.*, Exhibit 10 (ROSS-003419595).

[12] *See e.g.*, Exhibit 11 (ROSS-000000001).

[13] *See e.g.*, Exhibit 12 (ROSS-000236085).



17. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

18. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

19. ████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[14] *See id.*; *see also e.g.*, Exhibit 13 (Morae Deposition Transcript, at 220:8-225:11).

[15] *See e.g.*, Exhibit 7 ██████████████████████████████████████████ ).

[16] *See e.g.*, *id* ████████████████████████████████ ).

[17] Correspondence with Maxim Isakov, July 26, 2022.

[18]*See   e.g.*,   Exhibit   7   (██████████████████████████████████████████
██████████████████████████████████ ).

[19] *See id.*

[20] Correspondence with Maxim Isakov, July 26, 2022.

BRANTING EXPERT REPORT                                    CASE 1:20-cv-00613-SB



20.

21.

---

[21] Correspondence with Maxim Isakov, July 26, 2022; *see also e.g.*, Exhibit 7 ████████████████

[22] Correspondence with Maxim Isakov, July 26, 2022; *see also* Exhibit 29 (ROSS-010244504), Exhibit 30 (ROSS-010248941).

[23] *See generally* Exhibit 7.

[24] *See id.*

[25] *See id.*

[26] *See id.*

[27] *See e.g.*, Exhibit 14 (ROSS-023018193); *see also* Exhibit 15 (Arruda Deposition Transcript, at 83:9-15).

███████████████████████████████ ▪

22.   ██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████ ▪ ████████████████████████████

██████████████████████████████

## VI.   DETAILS OF HOW ROSS OBTAINED TRAINING DATA

23.   ██████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████ ▪

24.   ██████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

25.   ██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████

26.   ██████████████████████████████████████████

█████████████ ▪ ██████████████████████████████

---

[28] *See* Exhibit 7 (█████████████████████████████████████████)

[29] *Compare* Exhibits 9-11 *with* Exhibit 16 (Moulinier Deposition Transcript, at 76:18-19, 78:1-4)).

[30] *See e.g.*, Exhibit 11 (ROSS-000000001).

[31] *See e.g.*, *Id.*

BRANTING EXPERT REPORT                           CASE 1:20-cv-00613-SB



27.

28.

29.

---

[32] *See e.g.*, *Id.*







31. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

32. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████

33. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

---

[33] *See* Exhibit 7 ████████████████████████

[34] ██████████████████████████████████████
█████████████████████████

[35] *See* Exhibit 7 ████████████████████████
██████████████ *id.* ████████████████████████
████████ ; *see* *id.* ███████████████████████
████████

[36] *See id.* ███████████████████████████████ ).

[37] *See* Exhibit 12 (ROSS-000236085).



34. ███████████████████████████████████████

████

35. ███████████████████████████████████████

36. ███████████████████████████████████████

---

[38] Correspondence with Maxim Isakov, July 26, 2022.

[39] As stated above, █████████████████████████████████████████████████████████████████████████████████████████████████████████████████. *See e.g.*, Exhibits 14, 15.

[40] See Exhibit 7 ████████████████████████

[41] *See id.* ████████████████████████████████
████████████

[42] *See id.* ████████████████████████████████
████ ████ ██████ ███ ██████ ███████ █████████████████
█████████████████████████████

37. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

38. ████████████████████████████████████████████

███████████████████████████

## VII.   DETAILS OF THE ROSS SEARCH PLATFORM

39. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██ ████ ███████████████████████████████████████

████████████████████████████████████████████████

█████████████████████████████████████

40. ████████████████████████████████████████████

████████████████████████████████████████████████

██ ███ ██ ██ ██ ███ ████ ████ ████ ██ ███ ███ ███

███████████████████████████████████

41. ████████████████████████████████████████████

---

[43] Correspondence with Maxim Isakov, July 26, 2022.

[44] *See id.* (██████████████████████████████████████

[45] *See* Exhibit 17 (ROSS-009624376).

[46] *See*  Exhibit  7  ████████████████████████████████████

████████████████████████



42. ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

43. ███████████████████████████████████████

███ ███ █ ███ ██ ███ ██ ████ ███ ██ ███ ████

███████████████████████████████████████████████

████████████████████

[47] *See   id.* ███████████████████████████████████████
███████████████████████████████████████████
███ .

[48] *See id.*

[49] *See id.* ██████████████████████████████

[50] *See id.* ███████████████████████████████████████
██████████████████████████████████



44. ███████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████ █ ████████

██████████████████████████████

45. ███████████████████████████████████

████████████ █ █████████████████████████

███████████████████████████████████████

███████

46. ███████████████████████████████ █ ████████

---



47. ████████████████████████████████████████████████

48. ████████████████████████████████████████████████

---

[54] *See* Exhibit 19 (Christopher J. C. Burges, *From RankNet to LambdaRank to LambdaMART: An overview*, MSR-TR-2010-82 (June 2010), https://www.microsoft.com/en-us/research/wp-content/uploads/2016/02/MSR-TR-2010-82.pdf).

[55] *See* Exhibit 7 ████████████████████████████████████████████████

[56] *See* Glossary, *infra*.

BRANTING EXPERT REPORT                                   CASE 1:20-cv-00613-SB



49. ██████████████████████████████████████████████

50.



---

[57] *Id.*

[58] *See* Exhibit 7 ████████████████████████████

[59] SpaCy is an open-source Python software library for natural language processing. *See* https://spacy.io.

[60] NLTK is also an open-source Python software library for natural language processing. *See* https://www.nltk.org/.

[61] In "features.py" the following features are found at lines: ████████████████████

BRANTING EXPERT REPORT                                    CASE 1:20-cv-00613-SB



---

[62] ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

[63] *See* Exhibit 26 (Bhaskar Mitra, Eric Nalisnick, Nick Craswell & Rich Caruana, *A Dual Embedding Space Model for Document Ranking*, Feb. 2, 2016, https://doi.org/10.48550/arXiv.1602.01137).

BRANTING EXPERT REPORT                                    CASE 1:20-cv-00613-SB

---

[66] *See* ESA-master/src/java/clldsystem/esa/ESAAnalyzer.java.

[67] *See* Stanford Core NLP, https://stanfordnlp.github.io/CoreNLP/, used in (i.e., imported into) all files in the Legal-Cognition-Master src/main/groovy/legalCognition/entityrelationaldetection/ detectors/ directory.

[68] *See* Legal-Cognition-Master src/main/groovy/legalCognition/finalscorers/FinalScorer.groovy.

[69] *See* Exhibit 27 (Tao Qin, Tie-Yan Liu, *Introducing LETOR 4.0 Datasets*, Microsoft Research Asia, https://arxiv.org /ftp/arxiv/papers/1306/1306.2597.pdf).

---

[70] *See* Exhibit 28 (Matt Taddy, *Document Classification by Inversion of Distributed Language Representations*, in Proceedings of the 53rd Annual Meeting of the Association for Computational Linguistics and the 7th International Joint Conference on Natural Language Processing, 45-49 (Volume 2: Short Papers, 2015)).

---

[71] *See* Exhibit 7 ████████████████████████

[72] *See* discussion of supervised vs. unsupervised learning, *infra*.

[73] *See* Exhibit 7 (██████████████████████████████████████



---

[74] *See* Exhibit 31 (J. W. Murdock, J. Fan, A. Lally, H. Shima and B. K. Boguraev, *Textual evidence gathering and analysis*, in 56 IBM J. Res. & Dev. (No. 3/4) at 8:1-8:14, (May/July 2012), doi: 10.1147/JRD.2012.2187249).

[75] *See* Exhibit 7 █████████████████████████

[76] *See* Exhibit 31, *supra* note 74.



51.

---

[77] *See* Exhibit 32 (Matt Kusner, Yu Sun, Nicholas Kolkin, Kilian Weinberger, *From Word Embeddings To Document Distances*, Proceedings of the 32nd International Conference on Machine Learning, JMLR 37:957-966 (2015)).



52.

53.

54.

---

[78] *See* Exhibit 19, *supra* note 54.

[79] *See* Exhibit 7; *see also* Exhibit 19, *supra* note 54

[80] *See* Exhibit 19, *supra* note 54.

[81] *See* Exhibit 7



55. ███████████████████████████

56. ███████████████████████████

---

[82] *See id.* All the code for the LambdaMART algorithm is in the RankLib library, which is an open source implementation; *see* Exhibit 7 ███████████████████████ ████ ██ ██ ███ ████ ███████ █ ████ ████████ ███████

[83] *See* Exhibit 19, *supra* note 54.

[84] *Id.*

[85] *Id.*

[86] Exhibit 7 ███████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████

57.  ██████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

58.  ██████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████

## VIII.   ROSS SELECTED ITS OWN FEATURES AND DEVELOPED ITS OWN TRAINING AND SEARCH METHODOLOGIES THAT DIFFERED FROM THOMSON REUTERS' METHODOLOGIES

59.  ██████████████████████████████████ ██ █

███████████████████████████████████████████

███████████████████████████████████████████

---

[87] *See* Exhibit 21 (TR-0884952).



60.

61.

62.

---

[88] *See* Exhibit 22 (TR-0908443).

[89] *See* Exhibit 23 (Al-Kofahi Deposition Transcript); Exhibit 24 (Moulinier Deposition Transcript).

[90] *See generally* Exhibit 23; Exhibit 24.

[91] *See e.g.*, Exhibit 12.

████████████████████████████████████████████████

████████████████████████████████████████████████

63.  ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████

64.  ██████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██ ███ ████ ████ ██ ████ ████ ████▪ ████ ███ ████ ██

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[92] *Compare* ¶ 47, *supra*, *with* Exhibit 24 (Moulinier Deposition Transcript, at 136:9-137:17 ████; *id.* 138:14-139:2 ████ ████████████████

BRANTING EXPERT REPORT                    CASE 1:20-cv-00613-SB



65.

IX.

66.

67.

68.

69.

---

[93] *Compare* ¶ 47, *supra*, *with* Exhibit 21 (TR-0884952).

[94] *Compare* ¶¶ 49-53, *supra*, *with* Exhibit 24 (Moulinier Deposition Transcript, at 63:3-11; 92:14-24).

BRANTING EXPERT REPORT                                                    CASE 1:20-cv-00613-SB

███████████████████████████████████████████████████

██████████

70.   ████████████████████████████████████████████

███████████████████████████████████████████ ██ ██

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████



71.   ████████████████████████████████████████████

███████████████████ ██ ████████████████████████ ██

███████████████████████████████████████████████████

---

[95] *See*, for example, this public website: https://www.solrtutorial.com/basic-solr-concepts.html.

BRANTING EXPERT REPORT                              CASE 1:20-cv-00613-SB

72. ████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██

73. ████████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████



BRANTING EXPERT REPORT                                    CASE 1:20-cv-00613-SB



74. ███████████████████████████

75. ███████████████████████████

76. ████ ████ ████ ██ ███ █ ████ ███ ██ ████

77. ███████████████████████████

---

96 *See* Exhibit 25, Temple F. Smith & Michael S. Waterman, *Identification of Common Molecular Subsequences*, 147 J. Molecular Biology, 195–197. (1981).

BRANTING EXPERT REPORT                                    CASE 1:20-cv-00613-SB

████████████████████

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████

78.   ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████

79.   ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████

80.   ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████

81.   ████████████████████████████████████

BRANTING EXPERT REPORT                              CASE 1:20-cv-00613-SB

██████████████████████

82.   ████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████ ████████████████████

████████████████████████████████████████

████████████████████████████████████████



---

[97] *See* Exhibit 33, (Tomas Mikolov, Ilya Sutskever, Kai Chen, Greg Corrado & Jeffrey Dean, *Distributed representations of words and phrases and their compositionality*, ArXiv:1310.4546 (Oct. 2013)).

83.



84.

85.

86. ██████████████████████████████████████████

87. ██████████████████████████████████████████

88. ██████████████████████████████████████████

89. ██████████████████████████████████████████

90. ██████████████████████████████████████████

---

[98] *See* Exhibit 7 ████████████████████████████████████



Luther Karl Branting
28 July 2022

BRANTING EXPERT REPORT

CASE 1:20-cv-00613-SB

# EXHIBIT 18

*CONFIDENTIAL – ATTORNEYS' EYES ONLY*

# EXPERT REPORT
## OF
# ALAN J. COX, PH.D.

In Connection with

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, v. ROSS Intelligence Inc.*

Case No. 20-613-SB

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**August 1, 2022**

<span style="color:red">**CONFIDENTIAL—ATTORNEYS' EYES ONLY**</span>

NATIONAL ECONOMIC RESEARCH ASSOCIATES

FOUR EMBARCADERO CENTER, SUITE 400
SAN FRANCISCO, CA 94111

TELEPHONE: 415.291.1000   FACSIMILE: 415.291.1020

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

# Expert Report of
# Alan J. Cox, Ph.D.

## TABLE OF CONTENTS

I.    QUALIFICATIONS ................................................................................. 1

II.   CONFIDENTIALITY............................................................................. 3

III.  ASSIGNMENT ..................................................................................... 4

IV.  SUMMARY OF OPINIONS ................................................................. 5

V.   FACTS AND DATA CONSIDERED IN FORMING MY OPINIONS ........................... 8

VI.  THE PARTIES....................................................................................... 8

    A. WEST PUBLISHING CORPORATION AND THOMSON REUTERS ENTERPRISE CENTRE GMBH.......................................................................... 8

    B. ROSS INTELLIGENCE, INC. ............................................................ 9

VII.

    

IX.

                             ............... 33

    A.           ... 33

    B.

                     ............... 35

    C.             ............................................... 40

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

**APPENDIX A.  Resume of Alan J. Cox**

**APPENDIX B.  Documents Reviewed**

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

## I.    QUALIFICATIONS

1. ███████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
████████████████████████

2. ██████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████

3. █████████████████████████████
██████████████████████████████████████
█████████████████████████████████
███████████████████████████████████████
█████████████████████████████████

4. █████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████████████████████

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



10. ███████████████████████████████
████████████████████████████
██████████████████████

11. ██████████████████████████████████
███████████████████████████████
█████████████████████████████████████
███████████████████████████████████
█████████  ████████████████████████
████████████████████████████████
██████

12. ███████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████
████████████████████████████████████
███████

## II.    CONFIDENTIALITY

13. ███████████████████████████████
█████████████████████████████
████████████████████████████████████
██████████████████████████████

---

[1] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Response and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 1 (herein, "Second Supplemental Response to Interrogatory No. 1".) ███████████████████████████
████████████████████

[2] Sealed Order, signed by Judge Stephanos Bibas, dated July 25, 2022.

3

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



## III.   ASSIGNMENT

14.

15.

16.

---

[3] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West
Publishing Corporation's Complaint (herein, "Complaint"), p. 11.

[4] TR-0179838.

[5] TR-0179885. Available at
https://www.youtube.com/watch?v=mX2WrYzigRc&list=PLC3F45184A96D112E&index=1
(accessed March 23, 2022.)  The video describes the creation of headnotes for the US Supreme
Court's decision in *District of Columbia v. Heller*, on June 26, 2008.  The video states that
headnotes are composed by  West employees.

[6] TR-0179830; TR-0179838; TR-0179843. See also, TR-0044730; TR-0526552.

[7] 17 U.S.C. § 107.

[8]

.

[9] 17 U.S.C. § 107(4).

4

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



17.

IV.   **SUMMARY OF OPINIONS**

18.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

- ███████████████████████████████████████████
  ██████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████

- ███████████████████████████████████████████
  ██████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ██████████████████████████████████████
  ███████████████████████████████████████████
  ████████████████████████████████

## V.    FACTS AND DATA CONSIDERED IN FORMING MY OPINIONS

19.  ████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████████████
█████

## VI.    THE PARTIES

## A.    WEST PUBLISHING CORPORATION AND THOMSON REUTERS ENTERPRISE CENTRE GMBH

20.  ████████████████████████████████████████
███████████████████████████████████████████

---

[10] Complaint, p. 3.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



21.

**B.   ROSS INTELLIGENCE, INC.**

22.

---

[11] Exhibit 16 (Foster, Lynn, and Bruce Kennedy. "Technological Developments in Legal Research." J. App. Prac. & Process 2 (2000): 275, p. 277.)

[12] Exhibit 1 (Ambrogi, Robert, "Westlaw's Days Are Numbered," https://www.lawnext.com/2015/05/westlaws-days-are-numbered.html (accessed July 1, 2022).) Although Westlaw was originally created by West Publishing, it was based on the software behind QUIC/LAW, which was a Canadian legal research tool that operated from 1968 to 1973.

[13] *Id*.

[14] Exhibit 2 (Company History, https://www.thomsonreuters.com/en/about-us/company-history.html (accessed June 27, 2022)). See also Exhibit 3 (New York Times, "West Publishing Purchase By Thomson Is Approved," https://www.nytimes.com/1996/06/20/business/the-media-business-west-publishing-purchase-by-thomson-is-approved.html (Accessed July 1, 2022)).

[15] Exhibit 4 (Thomson Reuters, 2021 Annual Report, p. 8, https://ir.thomsonreuters.com/static-files/6938b043-b0c4-453f-842a-90ac19b5febd (accessed June 27, 2022)).

[16] Exhibit 5 (Thomson Reuters 2021 Fact Book, available at https://ir.thomsonreuters.com/financial-information/fact-book (accessed July 24, 2022)).

[17] Complaint, p. 3.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



## VII.   CASE BACKGROUND

### A.   PLAINTIFFS' ALLEGATIONS

23. ████████████████████████████████████████████████
████████████████   ████████████████████████████
████████████████████████████████████████████████
██████████████████████

24. ████████████████████████████████████████████
████████████████████████████████████████████

---

[18] Exhibit 6 (ROSS Intelligence, "Our Company," https://www.rossintelligence.com/about-us (accessed July 1, 2022)).

[19] Exhibit 7 (ROSS Intelligence, How is Natural Language Search Changing The Face of Legal Research?," https://blog.rossintelligence.com/post/how-natural-language-search-changing-face-of-legal-research (accessed July 5, 2022)).

[20] Exhibit 8 (ROSS Intelligence, "ROSS Intelligence Secures $13 Million to Transform Legal Industry," https://blog.rossintelligence.com/post/ross-intelligence-secures-13-million (accessed July 5, 2022)).

[21] *Id*.

[22] Exhibit 9 (ROSS Intelligence, "Announcement," https://blog.rossintelligence.com/post/announcement (accessed July 1, 2022)).

[23] Compliant, pp. 1-3.

[24] *Id*., pp. 3-8.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



25. ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

**B.** ███████████████ █ ████████████████

26. ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████ █ ████████████████

---

[25] Complaint, p. 12 ("Upon information and belief, ROSS paid LegalEase to copy the Westlaw Content from Westlaw to build ROSS's competing platform.")

[26] *Id*. See also Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21 (herein "Second Supplemental Response to Interrogatory No. 21"), p. 21.

[27] Second Supplemental Response to Interrogatory No. 1.

[28] TR-0179830; TR-0179838; TR-0179843; TR-0044730; TR-0526552. See also Exhibit 10 (Stanford Law School, "West Key Number System," https://guides.law.stanford.edu/cases/keynumbersystem (accessed July 22, 2022)); Exhibit 11 (University of Arizona, "West Key Number System," https://libguides.library.arizona.edu/c.php?g=847161&p=6793295#s-lg-box-21620967 (accessed July 22, 2022)).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



27.

---

[29] *Id.*

[30] *Id.*

[31] *Id.* In particular, TR-0179830 at 5.

[32] *Id.*

[33] *Id.*

[34] *Id.*

[35] *Id.* In particular, TR-0526552 at 620.

[36] *Id.* See also TR-0179884. Available at https://www.youtube.com/watch?v=MqKKnOSlZxg (accessed March 23, 2022.) ("We make it easy to find what you need…"  using headnotes and other features.)

[37] Second Supplemental Response to Interrogatory No. 1; TR-0179838; Complaint, pp. 3-6. See also TR-0734270.

[38] *Id.*

[39] *Id.*

[40] TR-0179838.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



28.

29.

---

41 Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West
Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS
Intelligence Inc.'s First Set of Requests for Admission (Nos. 1-129), pp 33, 34 (

).

42 Second Supplemental Response to Interrogatory No. 1.

43 Second Supplemental Response to Interrogatory No. 21.



44 *Id.*

45 *Id.* Citing TR-0179887; TR-0179889; TR-0179885; TR-0179877; TR-0179884; TR-0179863;
TR-0179838; TR-0179876; TR-0179830; TR-0179867; TR-0179843.

46 TR-0179830.

47 TR-0179843 at 4.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



49 This analogy also applies to Home Depot's brick-and-mortar stores, where aisles are allocated to hold categories of product and different sections of the aisles are divided into more and more specialized.

14



34.

35.

36.

---

[50] Exhibit 17 (Merrian-Webster, "artificial intelligence," https://www.merriam-webster.com/dictionary/artificial%20intelligence (accessed June 24, 2022)).

[51] Exhibit 18 (IBM, "Artificial Intelligence (AI)," https://www.ibm.com/cloud/learn/what-is-artificial-intelligence (accessed June 24, 2022)).

[52] Report of Defendants' Expert L. Karl Branting, J.D., Ph.D. (herein, "Branting Report"), ¶ 14.

[53] Exhibit 12 (Lemley, Mark A., and Bryan Casey. "Fair learning." Tex. L. Rev. 99 (2020): 743).

[54] *Id*.

[55] For example, see Exhibit 13 (ScienceDaily, "Use artificial intelligence to identify, count, describe wild animals." www.sciencedaily.com/releases/2018/06/180605124148.htm (accessed July 25, 2022)). Paper describes the use of 32 million labelled photographs to feed into an ML program.

[56] Branting Report, ¶¶ 23-29.



37.

38.

---

57 Discussion with Dr. L Karl Branting, dated July 6, 2022.

58 Branting Report, ¶¶ 39-58; Discussion with Dr. L Karl Branting and Jimoh Ovbiagele, dated July 18, 2022.

59 *Id*. Legal research AI might also be able to receive natural language questions and then, as an output, produce a rank-ordered list of statutes, regulations, and other law.

60 Branting Report, ¶¶ 23-28.

61 *Id*.

62 *Id*. In particular, ¶ 29.

63 *Id*., ¶ 26

64 *Id*. ¶¶ 39-58.

65 Branting Report, ¶¶ 13-20, 39-52, 83.

16

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



39.

40.

---

[66] *Id.* ¶¶ 53-58.

[67] *Id.* ¶¶ 39-43, 58.

[68] *Id.* ¶¶ 14, 58.

[69] ROSS-003332368.

[70] Deposition of Teri Whitehead, pp. 33-34, 37; ROSS-003332368.

[71] Deposition of Christopher Cahn, 30(b)(6) Representative for Morae Deposition Transcript, pp. 220-225; Branting Report, ¶ 16.

[72] For example, ROSS-000000001.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



41.

---

[73] Deposition of Teri Whitehead, pp. 33-34.

[74] Branting Report, ¶¶ 23-38.

[75] *Id.*

[76] *Id.* ¶ 19.

[77] *Id.* ¶¶ 39-58.

[78] *Id.*, ¶¶ 39-91.

[79] *Id.*, ¶¶ 39-43.

[80] *Id.* ¶¶ 44-46.

[81] *Id.* ¶¶ 47-52 (███████████████████████████████████████████████████████████████████████████).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

## VIII.  FAIR USE

### A.  INTRODUCTION

42. 

43.

44.

---

[82] 17 U.S.C. § 107.

[83] Second Supplemental Response to Interrogatory No. 1.

[84] The characteristics of products and how they are used are important determinants on the demand for the products and how customers will divide themselves up into different segments.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



45. ███████████████████████████████

████████████████████████████████████

███████████████████████████████████.

46. ███████████████████████████████

█████████████████████ ████████████████

████████████████████████████████████

████████████████████████████

█████████████████████████████████████

████████████████████████████████████

███████████████████████████████████

█████████

47. ████████████████████████████████

██████████████████████████ █████████████

██████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

██████ █████████████████████████████████

████████████ ████████████████████████████

██████████████████████████████████████

██████ ██████████████████████████████████

██████████████████████████████████████

_____

██████████████████████████████████████

███████████████████████████████████

85 Branting Report, ¶ 20.

86 For example, TR-0179830; TR-0179843.

87 Branting Report, ¶¶ 59-65.

88 *Id.*

89 *Id.*

90 *Id.*

20

***HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY***



48.

1.

49.

1.

50.

---

91 *Id.*

92 Exhibit 5, p. 38; Exhibit 19 (Thomson Reuters, "Start Fall with Westlaw," https://lawschool.thomsonreuters.com/ (accessed July 31, 2022)).

93 Exhibit 20 (Sloan, Amy E. (2021) Basic Legal Research: Tools and Strategies, Eighth Edition. Wolters Kluwer. Chapter 2. Understanding Search Options, Section B. Source-Driven Search Process); Exhibit 14 (YouTube, "Topic and Key Number Searching on Westlaw," https://www.youtube.com/watch?v=LM8BuBIED0o (accessed July 27, 2022)).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



51. ████████████████████████████████

2. ██████████

52. ████████████████████████████████

---

[94] My use of the terms "searching by word" "or searching by keyword" includes using strategies term connectors as described in Exhibit 15 (Westlaw Quick Reference Guide, "Searching with Terms and Connectors: Retrieving Documents on Westlaw," https://law.lclark.edu/live/files/9394-westlaw-terms-and-connectors-searching (accessed July 27, 2022)).

[95] Exhibit 20; Exhibit 14; TR-0179838.

[96] *Id*.

[97] *Id*.

[98] *Id*. See also TR-0179830.

[99] *Id*.

[100] *Id*.

[101] *Id*.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



**3.** ████████████████████████

53.   ████████████████████████

---

102 TR-0179830 at 5-7.

103 Exhibit 20; Exhibit 14; TR-0179838; TR-0179830.

104 *Id.*

105 *Id.*

106 *Id.*

107 TR-0179838. I provided the more precise number based on the RFA response. See infra n. 41. See also TR-0179876. Available at https://www.youtube.com/watch?v=NiOXTn4iDT4 (accessed July 12, 2022).

108 Exhibit 21 ("Editorial Enhancements," https://legal.thomsonreuters.com/en/products/westlaw/editorial-enhancements (accessed July 31, 2022)) ("Save time with Headnotes: . . . Rather than reading through every case in your results list to determine whether it's applicable to your specific issue, you can easily pinpoint the cases that match your facts and desired outcome to build the strongest argument. . . Ensure you haven't missed any relevant authority").

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



54. ██████████████████████████████████

55. ██████████████████████████████████

56. ██████████████████████████████████

57. ██████████████████████████████████

---

[109] *Id*. See also TR-0179838, which describes the key numbers as "comprehensive."

[110] I understand that at least some of the time this is true. By contrast, I████████████
██████ . See TR-0036336.

[111] Exhibit 22 (Thomson Reuters, "Westlaw: Our people. Your peace of mind," https://store.legal.thomsonreuters.com/law-products/westlaw-legal-research/q-and-a-with-robin-gernandt-key-number-system (accessed June 26, 2022). A YouTube video Q&A with Robin Gernandt is embedded into this link.

[112] Exhibit 16, pp. 277-279).  The article discusses the establishment of the key number system by the beginning of the 20th century.

[113] TR-0179830.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



---

[114] See generally Branting Report.

[115] *Id.*

[116] *Id.* ¶¶ 39-58.



61.

62.

63.

---

[117] *Id*. ¶¶ 59-65; TR-0037669

[118] Branting Report, ¶ 61.

[119] Branting Report, ¶¶ 59-65; TR-0037669.

[120] *Id*.

[121] *Id*.

[122] Branting Report, ¶¶ 59-65.

[123] *Id*.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



64.

65.

---

[124] *Id.*, ¶¶ 60, 63.

[125] *Id.*, ¶¶ 59-65.

[126] *Id.*, ¶ 64.

[127] *Id.* ¶¶ 64 

[128] Branting Report, ¶¶ 59-65; TR-0037669.

[129] TR-0037669.

27

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



66.

67.

---

[130] *Id.*

[131] TR-0179843 at 4.

[132] Branting Report, ¶¶ 39-65.

[133] *Id.*

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



68.

69.

70.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



71.

72.

**D.**

73.

---

[134] *Id.* See also Second Supplemental Response to Interrogatory No. 21, p. 21.

[135] See *supra* n. 41 (

[136] Exhibit 21.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



74.

75.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



76. ████████████████████████████████████
████████████████████████ ████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
████████████

77. ████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

---

[137] *Ty, Inc. v. Publications International Ltd.* 292 F.3d 512, 517 (7th Cir. 2002). Exhibit 24 (Landes, William M., and Richard A. Posner. *The economic structure of intellectual property law*. Harvard university press, 2003. pp. 115-123).

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



138 Though, in reality, the value of its information depreciates with time.

139 Google's use of Java API's, by contrast, results in every user of an Android phone using the copyrighted APIs at issue in *Oracle v. Google*.  Furthermore, developers of Apps that are compatible with Android will use those same APIs. Exhibit 25 (Bell, Abraham, and Gideon Parchomovsky. "Propertizing fair use." *Va. L. Rev.* 107 (2021): 1255). Available at https://scholarship.law.upenn.edu/faculty_scholarship/2250.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



81.

82.

83.

84.

---

[140] TR-0037669; TR-0179843; Exhibit 21.

[141] Exhibit 26 (Thomson Reuters, "Product: Westlaw Edge," https://legal.thomsonreuters.com/en/products/westlaw-edge (accessed May 1, 2022). Quote is transcribed from video embedded in this page.

[142] TR-0179838.

[143] Complaint, p. 6.

[144] The collection of materials that I considered are cited in Appendix B.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



**B.**

85.

---

145 Discussion with Dr. L Karl Branting and Jimoh Ovbiagele, dated July 18, 2022.

146 *Id.*

147

148 For example, the Second Supplemental Response to Interrogatory No. 1 describes

149 Deposition of Isabelle Moulinier 30(b)(6) Representative for Plaintiffs West Publishing Corporation and Thomson Reuters Enterprise Centre GmbH, pp. 103-104.

150 Second Supplemental Response to Interrogatory No. 21, p. 18

See also Plaintiffs / Counterdefendants' Answer

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



86.

87.

88.

to Defendant / Counterclaimants Amended Counterclaims, ¶ 102 ¶ 103 (same); ¶ 104 (same); ¶ 105 (same).



89.

90.

---

[151] Exhibit 16, p. 282.

[152] Exhibit 23 (Hellyer, Paul. "Assessing the influence of computer-assisted legal research: a study of California Supreme Court opinions." Law Libr. J. 97 (2005): 285) ("As LexisNexis and Westlaw improved, their popularity grew exponentially.  By 1990, LexisNexis was processing 100,000 online searches in one day; by 1998, that number grew to 600,000.  By 2000, LexisNexis had 11,400 databases and 2.1 million subscribers worldwide and was adding 8.7 million documents every week.  By 1994, nearly all major law firms in the United States had access to Lexis and Westlaw.") (Citations excluded).

██████████████████

91.  █████████████████████████
█████████████████████████████████
███████████████████████████████████████
███████████████████████████  █  ███████████████
█████████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
████████

92.  ████████████████████████████
███████████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████

───────────────



[153] █████████████████████████████████████

[154] Exhibit 23.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*



93. ███████████████████████████████

94. ███████████████████████████████

95. ███████████████████████████████

---

[155] Branting Report, ¶ 65.

[156] *Id.* ¶¶ 39-65.

*HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY*

██ ████████████████████████████████████████████

████████████████████████████████

**C.** ███████ ██ ████████ ██ ████████ ██ ███████

96. ████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

█████████████████████████████████████████

██████████████████████████████



Alan J. Cox

---

[157] *Google LLC v. Oracle Am., Inc.*, 141 S. Ct. 1183, 1195 (2021) ("Copyright and patents, the Constitution says, are to "promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries." Art. I, § 8, cl. 8. Copyright statutes and case law have made clear that copyright has practical objectives. It grants an author an exclusive right to produce his work (sometimes for a hundred years or more), not as a special reward, but in order to encourage the production of works that others might reproduce more cheaply.")

# Alan J. Cox
## Independent Economic Consultant

## Education

**University of California, Berkeley**
Ph.D., Business Administration, Economic Analysis and Policy Program, 1989
Major Fields: Industrial Organization, Finance, Econometrics

**University of British Columbia**
M.A., Economics, 1978

**York University, Toronto**
B.S., Environmental Science, 1976

## Professional Experience

| | |
|---|---|
| 2020 | **Independent Economic Consultant**<br>**Affiliated Consultant, NERA Economic Consulting** |
| | **NERA Economic Consulting** |
| 2020- | Outside Consultant |
| 2016-2018 | Chair of NERA's Global Intellectual Property Practice |
| 2001-2019 | Managing Director/Senior Vice President |
| 1998-2001 | Vice President |
| 1994-1998 | Senior Consultant |
| 1988-1989 | Senior Analyst |
| | **Law & Economics Consulting Group, Inc.** |
| 1989-1994 | Vice President and Senior Economist |
| | **University of California, Berkeley** |
| 1983-1989 | Research Assistant |

Alan J. Cox

|          | **Minimax Research Corporation** |
|----------|-----------|
| 1985-1987 | Economist |

|          | **Massachusetts Institute of Technology** |
|----------|-----------|
| 1978-1981 | Visiting Economist |

|          | **University of British Columbia** |
|----------|-----------|
| 1978 | Research Associate |

## Teaching Experience

|          | **St. Mary's College of California** |
|----------|-----------|
| 1994-1995 | Visiting Lecturer, Graduate School of Management |
|          | Taught Industrial Structure and Competitive Strategy. |

|          | **Northeastern University** |
|----------|-----------|
| 1989 | Adjunct Lecturer, Graduate School of Management |
|          | Taught Managerial Economics. |

|          | **University of California, Berkeley** |
|----------|-----------|
| 1984-1985 | Teaching Assistant |
|          | Taught Intermediate Microeconomics. |

## Expert Testimony, Affidavits, and Reports

(Clients underlined)

*Antitrust*

*Vicky Maldonado, et al. v. Apple Inc., et al.,* U.S.D.C. for the Northern District of California, San Francisco Division Case No. 3:16-cv-04067-WHO
*Deposition* on  April 15, 2019, *Declaration and Expert Report in Support of Defendants' Opposition to Class Certification* dated April 8, 2019 on behalf of Apple Inc., AppleCare Service Company, Inc. and Apple CSC Inc. in rebuttal to Plaintiffs' Economic Expert report on class certification related to Apple service plans for iPhones and iPads in the U.S.

*In Re Korean Ramen Antitrust Litigation,* U.S. District Court for the Northern District of California, San Francisco Division, Case No. 3:13-cv-04115-WHO
*Trial testimony* on December 12-13, 2018, *Deposition* on September 27, 2017, *Reply Expert Report* dated August 18, 2017, *Supplemental Expert Report* dated July 21, 2017, *Reply Declaration* dated November 2, 2016, *Deposition testimony* on October 7, 2016 and *Declaration* of Alan J. Cox dated August 24, 2016 on behalf of Defendants Nongshim Co., Ltd., Nongshim America, Inc., Ottogi Co. Ltd and Ottogi America, Inc. responding in opposition to Motions by Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs for Class Certification relating to the sales of Korean ramen products in the United States by Defendants.

Alan J. Cox

*Trendsettah USA, Inc. and Trend Settah, Inc. v. Swisher International, Inc.*, USDC Case No. 8:14-CV-01664-JDS
*Trial Testimony* March 24 and 29, 2016, *Supplemental Expert Report* dated December 18, 2015, *Deposition* on December 17, 2015 and *Expert Report* dated December 11, 2015 on behalf of defendant Swisher International, Inc. evaluating economic issues related to defendant's alleged anticompetitive conduct and alleged breach of contract.

### Intellectual Property

*SinCo Technologies Pte, Ltd. v. SinCo Electronics, (Dongguan) Co., Ltd.; XingKe Electronics (Dongguan) Co., Ltd; XingKe Electronics Technology Co., Ltd.; Sincoo Electronics Technology Co., Ltd.; Mui Lang Tjoa (An Individual); Ng Cher Yong Aka Cy Ng (An Individual); And Liew Yew Soon Aka Mark Liew (An Individual)* U.S.D.C. for the Northern District of California, Case No. 3:17CV5517 EMC
*Expert Report*, January 9, 2020 on the economic consequences of defendants' trademark misuse and the appropriate methods for calculating the allowed remedies. *Supplemental Expert Report*, October 1, 2021 commenting late submitted data. *Trial testimony*, November 10 and 12, 2021.

*FOX Factory, Inc., v. SRAM, LLC, and Sandleford Limited*, U.S.D.C. for the District of Colorado Case Nos. 1:18-cv-00127-WJM-NYW and 1:18-cv-00130-WJM-NYW, Filed: October 11, 2017.
*Rebuttal Report* dated January 25, 2019 on behalf of defendants, SRAM, LLC and Sandleford Limited regarding purported reasonable royalty damages experienced by FOX, if any, from the alleged patent infringements by defendants.

*TC Technology LLC v. Sprint Corporation and Sprint Spectrum, L.P.,* USDC for the District of Delaware Case No. 1:16-cv-00153-UNA, Filed: March 10, 2016.
*Deposition* November 20, 2018, Expert *Rebuttal Report* dated October 22, 2018 regarding economic issues regarding purported reasonable royalty damages.

*ZF Micro Devices, Inc., et al. v. TAT Capital Partners, LTD., etc., et al,* Santa Clara County Superior Court Case No. 1-09-CV 134970, Filed: February 17, 2009.
*Deposition* on September 14, 2018 on behalf of TAT Capital Partners, LTD regarding damages due to breach of fiduciary duty and conspiracy related to tortious activities.

*Thomas Davidson, et al. v. Apple, Inc.,* U.S.D.C. for the Northern District of California Case No. 5:16-cv-4942-LHK, Filed: August 27, 2016.
*Deposition* on May 9, 2019, *Expert Rebuttal Report* dated February 15, 2019, *Declaration in Support of Defendant's Opposition to Amended Motion for Class Certification* dated December 6, 2018, *Declaration* in Support of Defendant's Opposition to Motion for Class Certification dated February 9, 2018, on behalf of defendant, Apple Inc. related to economic issues and sale of Apple smartphones in the U.S.

*Amgen Inc. and Amgen Manufacturing Limited v. Sandoz Inc., Sandoz International GMBH, Sandoz GMBH, and LEK Pharmaceuticals D.D.*, USDC for the Northern District of California, San Francisco Division, Case 3:16-cv-02581, Filed: May 12, 2016.

3

Alan J. Cox

*Deposition* on October 6, 2017, *Supplemental Expert Report* dated October 2, 2017and *Expert Report* dated July 28, 2017 regarding lost profits and reasonable royalty damages for alleged patent infringements by Sandoz defendants.

<u>*C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* v. *AngioDynamics, Inc*</u>., U.S.D.C. for the District of Delaware, Case No. 1:15-cv-00218-SLR-SRF, Filed: March 10, 2015
*Trial testimony* March 6-7, 2019, *Deposition* dated December 13, 2017, *Reply to Supplemental Expert Report* dated December 6, 2017, *Reply Expert Report* dated December 1, 2017, *Expert Report* dated September 1, 2017 on behalf of C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Bard") regarding reasonable royalties and lost profits damages experienced by Bard as a result of alleged patent infringements by AngioDynamics, Inc.

*The <u>Regents of the University of California and Becton, Dickinson and Company</u>* v. *Affymetrix, Inc. and Life Technologies Corp.,* U.S. District Court for the Southern District of California Case No. 3:17- cv-01394-H-NLS.
*Deposition* dated February 27, 2019, *Expert Report* dated December 7, 2018 regarding the need for a permanent injunction, lost profits damages, and reasonable royalty damages for the alleged patent infringement by Defendants, *Deposition* on September 22, 2017, *Declaration* in Support of Plaintiff, <u>Becton, Dickinson and Company</u>'s Motion for Preliminary Injunction to enjoin sales of allegedly infringing brilliant polymers used in flow cytometry, dated July 12, 2017.

*EON Corp. IP Holdings, LLC v. <u>Apple Inc</u>.,* USDC for the Northern District of California, San Francisco Division Case No. 3:14-CV-05511-WHO
*Expert Report* dated March 15, 2017 on behalf of Defendant, Apple Inc., regarding reasonable royalty damages experienced by EON Corp. as a result of an alleged patent infringement by Apple Inc.

*In the Matter of:  Certain Network Devices, Related Software and Components Thereof (I)*
U.S. International Trade Commission Investigation No. 337-TA-944 Enforcement Proceedings
*Testimony* before the U.S. International Trade Commission on April 5, 2017, *Rebuttal Witness Statement* dated February 27, 2017, *Deposition* on February 6, 2017, *Supplemental Rebuttal Expert Report* on February 4, 2017 and *Rebuttal Report* on February 1, 2017 on behalf of respondent <u>Arista Networks, Inc.</u>, regarding proposed penalty due to alleged non-compliance with a Cease and Desist Order issued in the underlying 944 investigation.

*Telesocial Inc. v. <u>Orange S.A.</u>, et al*., USDC for the Northern District of California Case No. 3:14-cv-0398-JD
*Deposition* on December 22, 2016 and *Expert Report* dated December 12, 2016, on behalf of defendant Orange S.A., responding to plaintiff's expert's report with regard to alleged damages incurred by plaintiff due to defendant's alleged misappropriation of trade secrets.

<u>*AI-Daiwa, Ltd.* v. *Apparent, Inc., et al.,*</u> US District Court for the Northern District of California Case No. CV13-04156(VC)
*Deposition* on August 14, 2015 and *Expert Rebuttal Report* dated July 29, 2015 on behalf of claimant AI-Daiwa, Ltd. regarding damages due to claimant's alleged breach of contract.

Alan J. Cox

*Comcast Cable Communications, LLC, et al. v. Sprint Communications Company L.P., et al.*, US District Court for the Eastern District of Pennsylvania Case No. 2:12-cv-00859-JD
*Deposition* on April 1, 2016, *Expert Report* dated July 15, 2015 on behalf of defendants Sprint Communications Company L.P., Sprint Spectrum L.P., and Nextel Operations, Inc. ("Sprint") regarding the purported reasonable royalty damages experienced by Comcast due to Sprint's alleged infringement of Comcast's patent.

*Sprint Communications Company L.P., et al. v. Comcast Cable Communications LLC, et al.*, US District Court for the Eastern District of Pennsylvania Case No. 2:12-cv-00859-JD
*Direct Trial Testimony* and *Cross-Examination* in the Eastern District of Pennsylvania on February 9 and 10, 2017, *Deposition* on April 1, 2016, *Reply Expert Report* dated July 29, 2015 and *Expert Report* filed on June 17, 2015, on behalf of counterclaim-plaintiffs Sprint Communications Company L.P. and Sprint Spectrum L.P. ("Sprint") regarding reasonable royalty damages experienced by Sprint due to Comcast's alleged infringement of Sprint's patents.

### Class Certification

*Ivan and Melanie Kail, Barry Garfinkel, Frederick Sharp v. Wolf Appliance*, United States District Court for the Eastern District of New York.
*Deposition* on April 17, 2019, *Expert Rebuttal Report* dated March 7, 2019 on behalf of defendant, Wolf Appliance, Inc. Expert rebuttal of proposed damages methodology and class certification regarding Wolf ovens in the U.S.

*Vicky Maldonado, et al. v. Apple Inc., et al.*, U.S.D.C. for the Northern District of California, San Francisco Division Case No. 3:16-cv-04067-WHO
*Deposition* on April 15, 2019, *Declaration and Expert Report in Support of Defendants' Opposition to Class Certification* dated April 8, 2019 on behalf of Apple Inc., AppleCare Service Company, Inc. and Apple CSC Inc. in rebuttal to Plaintiffs' Economic Expert report on class certification related to Apple service plans for iPhones and iPads in the U.S.

*In Re Korean Ramen Antitrust Litigation*, U.S. District Court for the Northern District of California, San Francisco Division, Case No. 3:13-cv-04115-WHO
*Trial testimony* on December 12-13, 2018, *Deposition* on September 27, 2017, *Reply Expert Report* dated August 18, 2017, *Supplemental Expert Report* dated July 21, 2017, *Reply Declaration* dated November 2, 2016, *Deposition testimony* on October 7, 2016 and *Declaration* of Alan J. Cox dated August 24, 2016 on behalf of Defendants Nongshim Co., Ltd., Nongshim America, Inc., Ottogi Co. Ltd and Ottogi America, Inc. responding in opposition to Motions by Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs for Class Certification relating to the sales of Korean ramen products in the United States by Defendants.

*Fabrienne English, et al. v. Apple Inc., Applecare Service Company, Inc. and Apple CSC Inc.*, US District Court for the Northern District of California Case No. 3:14-cv-01619-WHO.
*Deposition*, September 25, 2015 and *Expert Report*, September 9, 2015 in rebuttal to Plaintiffs' Economic Expert report on class certification related to Apple service plans for iPhones.

Alan J. Cox

***Contract Disputes***

*Major Brands, Inc.* v. *Mast-Jägermeister US, Inc., et al.,* U.S.D.C. for the Eastern District of Missouri Eastern Division, Case No. 4:18-cv-00423-HEA
*Trial testimony*, November 18, 2020.  Reply *Report* dated December 4, 2020.  *Deposition* dated September 2, 2020, *Initial Expert Report* dated November 1, 2019 on behalf of plaintiff Major Brands, Inc. regarding damages suffered by Major Brands as a result of the alleged wrongful termination of the DistributionAgreement and the alleged wrongful actions by the defendants.

*Cypress Insurance Company, as subrogee of Microsoft Corporation, v. SK hynix America, Inc.,* USDC, for the Western District of Washington at Seattle Case No. 2:17-cv-00467-RAJ, Filed: March 23, 2017.
*Trial testimony* on March 19, 2019, *Deposition* dated October 10, 2018, *Rebuttal Expert Report* dated September 25, 2018, *Initial Expert Report* dated September 4, 2018 regarding economic issues related to an alleged breach of a supply agreement for DRAM chips between SK Hynix America and Microsoft Corporation.

# PUBLICATIONS

"The Damages Testimony in VLSI Technologies v. Intel,"  Guest Post on Patently-O, March 19, 2021.
Guest Post by Alan Cox: The Damages Testimony in VLSI Technologies v. Intel | Patently-O (patentlyo.com)

David S. Almeling, et al., *Disputed Issues in Awarding Unjust Enrichment Damages in Trade Secret Cases*, 19 Sedona Conf. J. 667 (2018).

"The Limitations of Analytical Approach to Reasonable Royalty," published April 13, 2017 in *Law360*. Dr. Cox offers a rebuttal to a previously published *Law360 article, "*Determining Reasonable Royalties with Analytical Approach." He provides a detailed counterargument explaining that the analytical approach is inappropriate for the valuation of intellectual property and that it is especially ill-suited for complex products.

"Using Citation Analysis to Value Patents," published in *Financier Worldwide* Magazine January 2016 Issue.

"Misuse of Patent Citation Analysis in *Finjan v. Blue Coat,"* published October 7, 2015 in *Law360*. Dr. Cox provides an overview of how to assess patent values using quantitive data on number of forward citations received by a patent.

Article, "Off the Wagon," published February 6, 2015 in *Commercial Dispute Resolution* magazine. The article discusses the analysis used to calculate damages based on lost profits to Major Brands due to both the alleged breach of contract by Diageo and tortious interference by the competing distributor.

Alan J. Cox

"The Demise of Junk Science and the 25% Rule," column published in *IPLaw360*, 29 July 2010, with Stephen Rusek.  It discusses the use of the so-called 25 Percent Rule which the writers point out has no rational, scientific, or business basis.  This lack of principal combined with the *ad hoc* manner in which the purported rule is implemented can also give wildly unpredictable results.

"Three Cases Reshaping Patent Licensing Practice," article published in *Managing Intellectual Property*, 1 March 2010, with Dr. Elizabeth M. Bailey and Dr. Gregory K. Leonard.

"Compensatory Damages Issues in Patent Infringement Cases: A Handbook for Federal District Court Judges."   Participation, with committee members, which included legal practitioners, trial judges, damages experts, and academics, in the development of a handbook for trial courts to consult on procedural practices that may be helpful in the management and adjudication of damages issues in patent cases.  20 January 2010.

"2 Economists' Take On i4i V. Microsoft," column published in *Law360*, 23 November 2009, with Mario Lopez, reviewing the damages raised in the CAFC's hearings in the I4I case and the appropriate standards for estimating damages in patent infringement cases.

# PRESENTATIONS AND WORKING PAPERS

Panelist for Webinar *TCL v. Ericsson* FRAND Decision: Legal Implications LIVE Webcast, September 07, 2018, The Knowledge Group, LLC.

Panelist, "Settling Trade Secret Disputes," webinar hosted by the Intellectual Property Owners Association IP Chat Channel on January 30, 2018.  Joining Dr. Cox were Victoria Cundiff of Paul Hastings and Barbara Reeves, mediator and arbitrator at JAMS.

Dr. Cox led a panel discussion on "Reasonable Royalty in FRAND" at the 2017 National Technology Law Conference in Taipei, Taiwan.  The conference, presented by the National Chiao Tung University School of Law, was held on 25-26 October 2017.

October 13, 2017, invited speaker at the 6th Annual US-China Intellectual Property Summit co-hosted by Loyola Law School, The Berkeley Center for Law and Technology, and China Renmin University IP Academy.  Dr. Cox spoke on "New Trends in IP Litigation, Courts, and Enforcement."

Dr. Cox addressed a conference on "Economics in IP and IP in Economics" held at Renmin University in Beijing on 14-15 July 2016.  He discussed issues on the appropriate calculation of damages in IP matters and related issues in antitrust.  Dr. Cox also appeared as an expert invited by the USPTO and met with the judges of the Jiangsu and Guangdong High Courts.

Panelist at a video webcast titled "Preparing for an Exit: Private Company Valuation," hosted by Expert Webcast on April 28, 2016.  Dr. Cox discussed techniques and considerations in the valuation of Intellectual Property.

Alan J. Cox

Invited speaker at the *Eighth Annual International Legal Alliance Summit & Awards*, organized by Leaders League, in New York City on June 24, 2015. Dr. Cox participated in an expert insights session entitled "International IP Trends: Litigation & Prosecution, IP Wars."

July 22, 2015, Panelist on "Meeting the Challenge of Patent Valuation" at the CPIP's Summer Institute in Patent Law, Beaver Creek CO, sponsored by Center for the Protection of Intellectual Property, George Mason University School of Law.

Keynote Speaker, at the *2014 International Symposium on Damages for Patent Infringement*, hosted by the Taiwan Intellectual Property Training Academy (TIPA): Taipei, Taiwan on October 24, 2014. Dr. Cox presented "Determining Patent Damages: Lessons and Challenges from the US" and served as a panelist in a session entitled "Damage Calculation of Patent Infringement in Taiwan: Observations on Development in Recent Years."

Program Co-chair, "Litigating Patent Damages: Strategic Issues for Proving and Refuting Damages Claims," hosted by Law Seminars International, San Francisco May 29-30, 2014. Dr. Cox also took part on a panel and discussed issues raised in *CMU v. Marvell*: Foreign Sales and the use of the Analytical Method as an alternative to the Hypothetical Negotiation, including products made and sold outside the U.S. in the royalty base.

"Intangibles: The Challenge of Understanding Value Creation within Multinational Enterprises." In this NERA seminar, held in Paris on 12 December 2013, Dr. Cox and NERA colleagues, Dr. Emmanuel Llinares and Vice President Sébastien Gonnet discussed how to identify and map intangibles within multinational enterprises (MNEs), and presented the economic framework for intangibles valuation.

Presentation to Gibson Dunn & Crutcher, LLP titled "Determining Whether a Stock (or Stocks) Traded Efficiently and the Deutsche Bank Decision," in San Francisco on December 4, 2013. Discussed issues involved in Securities 10b5 cases as they relate to efficient markets and explored the US District Court's interesting decision in *Deutsch Bank*.

Presentation to Latham & Watkins, LLP titled "Determining Whether a Stock (or Stocks) Traded Efficiently," in San Francisco on October 15, 2013.

Participation, in *Economics Analysis of Business Disputes*, seminar hosted by NERA in Tokyo on July 19, 2013. Dr. Cox and Economists from NERA's Japan and US offices examined recent economic analyses in complex business disputes and litigation in Japan and the United States. Dr. Cox presented "Trends in Patent Litigation in the United States: Consequences for Global Companies."

Presentation to Haynes and Boone, LLP titled "Patent Trolls or Patent Angels: Who are They and How Do They Affect Innovation?" in Dallas, Texas on June 12, 2013.

Alan J. Cox

Participation in the *IP Strategy Summit: Enforcement*, hosted by IGlobal Forum in Washington, DC on 29-30 May 2013. "Standard Essential Patents (SEPS) and Your Enforcement Strategy," moderated by NERA colleague, Dr. David Blackburn, and panelists Dr. Alan Cox, Paul Michel, retired Chief Judge of the Federal Circuit and Laura Beth Miller of Brinks Hofer Gibson & Lion discussed the current SEPs landscape in light of recent disputes among smartphone technology owners, the recent RAND decision in the *Microsoft v. Motorola* case and trends in both federal courts and the US International Trade Commission. Dr. Cox also took part on a panel entitled "International Enforcement: Globalization and Your IP," which covered intellectual property enforcement issues in China, India and Europe.

Dr. Cox was invited to be a panelist on the IPO IP Chat Channel webinar on "FRAND Determined: Judge Robart's Decision in "*Microsoft v. Motorola/Google*," on May 9, 2013. Joining Dr. Cox were William Coats of Greenberg Traurig and Sandy Block of IBM.

"Effective Responses to Patent Trolls: We Can Cross That Bridge." Alan Cox and Bob Skitol of Drinker Biddle were joined by Cynthia Bright, Esq. of Hewlett-Packard Company, Michelle Lee, Director, USPTO Silicon Valley; and Fiona Scott Morton, Professor, Yale School of Management at NERA/DrinkerBiddle hosted luncheon conference on May 8, 2013 in East Palo Alto. Dr. Cox discussed effective responses to patent infringement claims and threats of such claims from patent assertion entities.

Presentation to Winston & Strawn LLP titled "The Use of Comparable Licenses" with NERA colleague Anne Gron, Ph.D. in Chicago on May 1, 2013.

Presentation to Steptoe & Johnson LLP titled "Rigorous Economic Basis for Calculating and Proving IP Damages" in Washington, DC on April 12, 2013.

Dr. Cox was invited to address the course in "Intellectual Property Legal Practice" at Beijing University School of Law on 3 March 2013. The course, managed by the Beijing office of King & Wood Mallesons, is designed to enable students to master the basic theory and practices of intellectual property law. Dr. Cox discussed issues of intellectual property valuation, damages assessment, and possible anticompetitive uses of intellectual property incorporated into standards.

Participation, in the 2012 *Cross-Border IPR Dispute Resolution Conference*, hosted by ASCo: Seoul, Korea on October 17-18, 2012. NERA sponsored this conference, where Dr. Cox led a master class entitled "IPR Negotiation: Effective Calculation of Patent Damages and Negotiation Tactics."

Presentation, a GIL 2012: The Global Community of Growth, Innovation and Leadership, hosted by the GIL Community: San Jose, California. Dr. Cox gave a presentation on "Developments in IP Protection in China" on September 12, 2012.

Presentation to Latham & Watkins, LLP titled "Current Use of Economic Analyses in Class Certification in Securities Fraud Matters" with NERA colleague Stefan Boettrich in New York City on January 17, 2012.

Alan J. Cox

Participation in "The Lifecycle of a US 'Class Action' Lawsuit: What Chinese Companies Need to Know," hosted by Marsh: Beijing, China, November 1, 2011.

"Recent trends in US patent litigation and the impact on non-US companies" presentation at the 8th Annual Asia-Pacific IP Forum in, Kowloon, Hong Kong on September 29, 2011.

"International Trends in Securities Fraud Litigation and the Impact on Chinese Companies," presentation with NERA colleague Mark Berenblut, hosted by the Hong Kong Society of Financial Analysts on September 27, 2011 in Hong Kong.  Dr. Cox discussed the economics of damages claims in lawsuits alleging securities fraud by directors and officers of companies listed on the US and other stock exchanges.

"Comparables:  the use and misuse of benchmark royalty rates for patent damages," hosted by Dewey LeBeouf, San Francisco on July 12, 2011.  Dr. Cox addressed the role of licenses and industry benchmarks in the determination of reasonable royalties.

Panelist at the "Stanford IP Seminar for Intellectual Property Judges from The People's Republic of China," hosted by Stanford Law School May 23-27, 2011.  Dr. Cox and co-panelist, USDC for the Northern District of California, Elizabeth D. Laporte, Magistrate Judge, discussed current United States intellectual property law and patent damages.

"Licensing and Litigating Reasonable Royalties for the Patents in Technical Standards," hosted by the Austin Chapter of Licensing Executives Society (LES) on May 31, 2011.  Dr. Cox discussed the difficulties in defining a Fair, Reasonable, and Non-Discriminatory (FRAND) royalty, an issue that often results in litigation.

"Implications of Recent Legal Developments on the Handling of Patent Cases in the Trial Court."  Dr. Cox discussed the evolving standards in damages estimation at the patent litigation presentation to the District Judicial Council for the Southern District of California on April 25, 2011 in Dana Point, CA.

"Unlocking *Uniloc*:  Meeting the Court's New Evidentiary Standards for Reasonable Royalties," one of a series of roundtable discussions hosted by NERA in San Francisco on March 3 and Palo Alto, California on March 4, 2011.

Moderator, "*Uniloc v. Microsoft*:  A Key New Ruling for Patent Damages," expert analysis telebriefing hosted by Law Seminars International on January 21, 2011.

Presentation to Allen and Overy LLP and to Ashurst LLP titled "The Simple Economics of Reasonable Royalties for Patents Incorporated into a Technical Standard," in London on December 6, 2010.

"Trends in Intellectual Property Protection and Antitrust Enforcement in China," seminar hosted by NERA in San Francisco on November 3, 2010.

Alan J. Cox

Presentation at Foley & Lardner LLP's "Eye on China Roundtable Series," by Dr. Cox with Victor Xue, Executive Vice-President, US-China Green Energy Council and Catherine Sun, Managing Partner, Foley & Lardner Shanghai Offices, titled "IP Enforcement in China 2010: Myth or Reality?" given in Palo Alto on November 1, 2010.

Silicon Valley Chapter of Licensing Executives Society, Panelist, "Licensing and Litigating Reasonable Royalties for the Patents in Technical Standards," September 22, 2010.

"Tips for Determining 'Reasonable' Royalties: The impact of recent case law on the economic analysis." Presentations at conference on "Legal Issues in Software Development," sponsored by Law Seminars International on June 16, 2010, in Seattle, WA.

Presentation to ZTE Corporation on June 4, 2010 in Shenzhen, China on patent infringement damage calculations in the United States.

Presentation to the Supreme People's Court of the People's Republic of China, including Chief Justice Kong Xiangiun, on May 26, 2010. Dr. Cox, together with NERA colleague, Dr. Fei Deng, discussed the methods used in the United States to calculate damages in patent, trade secret, and trademark infringement litigation. They also discussed antitrust issues related to intellectual property.

"Infringement Decisions and Judgments: Important Lessons from High Profile Cases," presented at the 2nd Annual Anti-Monopoly & Competition Law Summit held May 25-27 in Beijing. Dr. Cox discussed the differing treatment of *Intel* in jurisdictions around the world.

Panelist, "Trade Secret Remedies—Getting Creative," one-hour webinar hosted by the Intellectual Property Owners Association IP Chat Channel on April 1, 2010.

"Using Economics to Accurately Valuate IP," presentation with colleagues, Stephen Rusek and Dr. Mario Lopez, given at the Fenwick & West LLP Mountain View office on February 25, 2010.

"Damage Quantification in Patent Litigation: Putting the 'Reasonable' in Reasonable Royalty Rate Determinations," seminar hosted by NERA in Toronto, Canada on December 9, 2009. Dr. Cox and colleague, Mark Berenblut discussed patent valuation and reasonable royalties.

"Groundhog Day: Recurring Themes on Reasonable Royalties in Recent IP Damage Cases," NERA working paper, December 7, 2009, with colleagues Dr. Elizabeth M. Bailey and Dr. Gregory K. Leonard.

# APPENDIX B

Documents Reviewed

In Connection with

Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, v. ROSS
Intelligence Inc.

Case No. 20-613-SB

## Court Documents

- Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's
  Complaint against Defendant ROSS Intelligence, dated May 6, 2020

- Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West
  Publishing Corporation's Second Supplemental Response and Objections to Defendant and
  Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 1.  Interrogatory No. 1 asks
  Plaintiffs to "IDENTIFY the specific portions of the WESTLAW CONTENT that you
  claim is subject to copyright that ROSS INFRINGES."

- Sealed Order, signed by Judge Stephanos Bibas, dated July 25, 2022

- 17 USC § 107

- Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre Gmbh and West
  Publishing Corporation's Second Supplemental Responses And Objections To Defendant
  And Counterclaimant Ross Intelligence Inc.'s Interrogatory No. 21

- Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West
  Publishing Corporation's Responses and Objections to Defendant and Counterclaimant
  ROSS Intelligence Inc.'s First Set of Requests for Admission (Nos. 1-129)

- Plaintiffs / Counterdefendants' Answer to Defendant / Counterclaimants Amended
  Counterclaims

## Deposition Transcripts

- Deposition of Isabelle Moulinier 30(b)(6) Representative for Plaintiffs West Publishing
  Corporation and Thomson Reuters Enterprise Centre GmbH, pp. 103-104

- Deposition of Teri Whitehead, pp. 33-34, 37

- Deposition of Christopher Cahn, 30(b)(6) Representative for Morae Deposition

Transcript, pp. 220-225

**Expert Reports**

- Report of Defendants' Expert L Karl Branting, J.D., Ph.D.

**Correspondences**

- Correspondence with Dr. L Karl Branting, dated July 6, 2022

- Correspondence with Dr. L Karl Branting and Jimoh Ovbiagele, dated July 18, 2022

**Publicly Available Documents**

- Exhibit 1 (Ambrogi, Robert, "Westlaw's Days Are Numbered,"
  https://www.lawnext.com/2015/05/westlaws-days-are-numbered.html (Accessed July 1, 2022))

- Exhibit 2 (Company History, https://www.thomsonreuters.com/en/about-us/company-history.html (Accessed June 27, 2022))

- Exhibit 3 (New York Times, "West Publishing Purchase By Thomson Is Approved,"
  https://www.nytimes.com/1996/06/20/business/the-media-business-west-publishing-purchase-by-thomson-is-approved.html (Accessed July 1, 2022))

- Exhibit 4 (Thomson Reuters, 2021 Annual Report, p. 8,
  https://ir.thomsonreuters.com/static-files/6938b043-b0c4-453f-842a-90ac19b5febd (Accessed June 27, 2022))

- Exhibit 5 (Thomson Reuters 2021 Fact Book, available at
  https://ir.thomsonreuters.com/financial-information/fact-book (Accessed July 24, 2022))

- Exhibit 6 (ROSS Intelligence, "Our Company," https://www.rossintelligence.com/about-us (Accessed July 1, 2022))

- Exhibit 7 (ROSS Intelligence, How is Natural Language Search Changing The Face of Legal Research?," https://blog.rossintelligence.com/post/how-natural-language-search-changing-face-of-legal-research (Accessed July 5, 2022))

- Exhibit 8 (ROSS Intelligence, "ROSS Intelligence Secures $13 Million to Transform Legal Industry," https://blog.rossintelligence.com/post/ross-intelligence-secures-13-million (Accessed July 5, 2022))

- Exhibit 9 (ROSS Intelligence, "Announcement,"
  https://blog.rossintelligence.com/post/announcement (Accessed July 1, 2022))

- Exhibit 10 (Stanford Law School, "West Key Number System," https://guides.law.stanford.edu/cases/keynumbersystem (accessed July 22, 2022))

- Exhibit 11 (University of Arizona, "West Key Number System," https://libguides.library.arizona.edu/c.php?g=847161&p=6793295#s-lg-box-21620967 (accessed July 22, 2022))

- Exhibit 12 (Lemley, Mark A., and Bryan Casey. "Fair learning." Tex. L. Rev. 99 (2020): 743)

- Exhibit 13 (ScienceDaily, "Use artificial intelligence to identify, count, describe wild animals." www.sciencedaily.com/releases/2018/06/180605124148.htm (accessed July 25, 2022))

- Exhibit 14 (YouTube, "Topic and Key Number Searching on Westlaw," https://www.youtube.com/watch?v=LM8BuBIED0o (accessed July 27, 2022)

- Exhibit 15 (Westlaw Quick Reference Guide, "Searching with Terms and Connectors: Retrieving Documents on Westlaw," https://law.lclark.edu/live/files/9394-westlaw-terms-and-connectors-searching (accessed July 27, 2022))

- Exhibit 16 (Foster, Lynn, and Bruce Kennedy. "Technological Developments in Legal Research." J. App. Prac. & Process 2 (2000): 275, p. 277)

- Exhibit 17 (Merrian-Webster, "artificial intelligence," https://www.merriam-webster.com/dictionary/artificial%20intelligence (accessed June 24, 2022))

- Exhibit 18 (IBM, "Artificial Intelligence (AI)," https://www.ibm.com/cloud/learn/what-is-artificial-intelligence (accessed June 24, 2022))

- Exhibit 19 (Thomson Reuters, "Start Fall with Westlaw," https://lawschool.thomsonreuters.com/ (accessed July 31, 2022))

- Exhibit 20 (Sloan, Amy E. (2021) Basic Legal Research: Tools and Strategies, Eighth Edition. (Aspen Coursebook Series). Wolters Kluwer. Kindle Edition. Chapter 2. Understanding Search Options, Section B. Source-Driven Search Process)

- Exhibit 21 ("Editorial Enhancements," https://legal.thomsonreuters.com/en/products/westlaw/editorial-enhancements (accessed July 31, 2022))

- Exhibit 22 (Thomson Reuters, "Westlaw: Our people. Your peace of mind," https://store.legal.thomsonreuters.com/law-products/westlaw-legal-research/q-and-a-with-robin-gernandt-key-number-system (accessed June 26, 2022)

- Exhibit 23 (Hellyer, Paul. "Assessing the influence of computer-assisted legal research: a study of California Supreme Court opinions." Law Libr. J. 97 (2005): 285)

- Exhibit 24 (Landes, William M., and Richard A. Posner. The economic structure of intellectual property law. Harvard university press, 2003. pp. 115-123)

- Exhibit 25 (Bell, Abraham, and Gideon Parchomovsky. "Propertizing fair use." Va. L. Rev. 107 (2021): 1255)

- Exhibit 26 (Thomson Reuters, "Product: Westlaw Edge," https://legal.thomsonreuters.com/en/products/westlaw-edge (accessed May 1, 2022)

- Ty, Inc. v. Publications International Ltd. 292 F.3d 512, 517 (7th Cir. 2002)

- Complementarity-An Essay on the 40th Anniversary of the Hicks-Allen Revolution in Demand Theory." Journal of Economic Literature 12, no. 4 (1974): 1255–89

- Stern, David I. "Elasticities of Substitution and Complementarity." Journal of Productivity Analysis 36, no. 1 (2010): 79–89

- Klein, Benjamin, Andres V Lerner, and Kevin M Murphy. "The Economics of Copyright 'Fair Use' in a Networked World." American Economic Review 92, no. 2 (2002): 205–8

- Boldrin, Michele, and David K. Levine. "The Economics of Ideas and Intellectual Property." Proceedings of the National Academy of Sciences, December 10, 2004, 1252–56

- Google's Response RE Fourth Fair Use Factor (United States District Court Northern District of California San Francisco Division April 20, 2017)

- Reichman, J. H., and Pamela Samuelson. "Intellectual Property Rights in Data?" Vanderbilt Law Review 50, no. 1 (January 1997)

- Gordon, Wendy J. "Fair Use as Market Failure: A Structural and Economic Analysis of the 'Betamax' Case and Its Predecessors." Columbia Law Review 82, no. 8 (1982): 1600

- Turner, Lizzie. "Machine Learning: A Primer." Medium. Medium, June 27, 2018. https://medium.com/@lizziedotdev/lets-talk-about-machine-learning-ddca914e9dd1

- McJohn, Stephen M. "Fair Use and Privatization in Copyright." San Diego Law Review 35, no. 61 (1998): 61–109

- Patry, William F., and Richard A. Posner. "Fair Use and Statutory Reform in the Wake of Eldred." California Law Review 92, no. 6 (2004): 1639

- Legg, Michael, and Felicity Bell. "Artificial Intelligence and the Legal Profession: Becoming the AI-Enhanced Lawyer." University of Tasmania Law Review 34, no. 59 (2020)

- Cotter, Thomas. "Fair Use and Copyright Overenforcement." Iowa Law review 93 (2008): 1271

- Sloan, Allan K. Basic Legal Research: Tools and Strategies. 8th ed. New York: Aspen Publishers, 2009

- Hook, Peter A., and Kurt R. Mattson. "Surprising Differences: An Empirical Analysis of LexisNexis and West Headnotes in the Written Opinions of the 2009 Supreme Court Term." Law Library Journal 109 (2018)

- 4 Nimmer on Copyright § 13.05 (2022)

- Sega Enterprises Ltd. v. Accolade, Inc., 977 F.2d 1510 (9th Cir. 1992)

- Sony Computer Entertainment, Inc. v. Connectix Corp., 203 F.3d 596, 607 (9th Cir. 2000)

- Kwok, Kelvin Hiu Fai. "Google book search, transformative use, and commercial intermediation: an economic perspective." Yale JL & Tech. 17 (2015): 283.

**Bates Stamped Documents**

- TR-0179830

- TR-0179838

- TR-0179843

- TR-0044730

- TR-0526552

- TR-0179884

- TR-0734270

- TR-0179887

- TR-0179889

- TR-0179885

- TR-0179877

- TR-0179884

- TR-0179863

- TR-0179876

- TR-0179867

- ROSS-003332368

- ROSS-000000001

- TR-0036336

- TR-0037669

- TR-0000030

- TR-0836004

# EXHIBIT 19

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | |
| | ) | C.A. No. 20-613-SB |
| Plaintiffs/ Counterdefendants | ) | |
| | ) | **CONFIDENTIAL, HIGHLY** |
| v. | ) | **CONFIDENTIAL – ATTORNEYS'** |
| | ) | **EYES ONLY** |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendant/ Counterclaimant. | ) | |

**EXPERT REPORT OF BARBARA FREDERIKSEN-CROSS**

CONFIDENTIAL

# Table of Contents

INTRODUCTION ........................................................................................................... 3

EXPERIENCE AND QUALIFICATIONS .......................................................................... 3

MATERIALS CONSIDERED ........................................................................................... 5

ASSIGNMENT .............................................................................................................. 6

SUMMARY OF MY OPINIONS ...................................................................................... 8

METHODOLOGY ......................................................................................................... 8

OVERVIEW OF HOW ROSS USED MEMOS ............................................................... 10

    Data Flow – ROSS Bulk Memo Project ................................................................ 11

MATERIALS RECEIVED AND RELIED ON ................................................................ 13

    Memos ................................................................................................................. 13

        Identifying the ROSS Memo Format ............................................................ 13

    Plaintiffs' Production –Judicial Opinions ............................................................ 15

    Data Lake ............................................................................................................ 16

    ROSS Spreadsheets ............................................................................................. 16

    Mongo DB Data ................................................................................................... 17

Processing ROSS Memos ........................................................................................... 17

    Identification of Memos ....................................................................................... 17

    Extracting Questions from Memos ....................................................................... 18

Processing Plaintiffs' Production of Judicial Opinions ............................................... 20

    Identifying A Document's Format Style ............................................................... 23

    Extraction of Headnotes ...................................................................................... 25

ANALYSIS PROCESSES ............................................................................................. 28

    Searching the Judicial Opinion for a Headnote ................................................... 28

    Search 1: Case text in same file as headnote ...................................................... 29

    Additional Searches: Case text in different file from headnote ............................. 30

Pre-Processing, Fuzzy Matching, and Proximity Ranking ........................................... 32

    Overview ............................................................................................................. 32

    Details of Proximity Ranking Process .................................................................. 34

        Preprocessing for headnotes and judicial opinion .................................... 34

        Stop Words ................................................................................................. 36

        Pick Candidate pairs ................................................................................... 36

        Additional scoring ...................................................................................... 37

        Determining Proximity Rank for Headnote to Judicial Opinion .............. 37

    Determining Proximity Rank for Question to Headnote ............................... 39

        Proximity Algorithm for Questions ......................................................... 40

    Findings .............................................................................................................. 41

Conclusions ............................................................................................................... 50

CONFIDENTIAL

## INTRODUCTION

1. ███████████████████████████

███████████████████████████████████████
████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
█████████████████████████████████████

## EXPERIENCE AND QUALIFICATIONS

2. ██████████████████████████

███████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
█████████████████████████████████████

3. █████████████████████████

██████████████████████████████████
███████████████████████████████████

---

[1] Ex. A, Curriculum Vitae of B. Frederiksen.

CONFIDENTIAL



9. ████████████████████████
████████████████████████████
███████████████████████████ .

10. ███████████████████████
██████████████████████████████████
███████████████ .

11. ███████████████████████
██████████████████████████████████
██████████████████ .

12. ████████████████████████
████████████████████████
█████████████████████████████████
████████████████████████████████
███████████████████████████████████
███████████████████████████

## CONFIDENTIALITY

13. ████████████████████████
██████████████████████████████████
██████████████████████████████
██████████████████████████████████
█████████████████████████████
██████████████████████████████
██████████████████████████ .

## MATERIALS CONSIDERED

14. ████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████

CONFIDENTIAL



15.

16.

³ Plaintiffs' Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence, Inc.'s Interrogatory No. 1, at 10 (Mar. 23, 2022) ("Plaintiffs' Sec. Supp. Response to Interrogatory No. 1").

CONFIDENTIAL

███████████████████████████████████████████

██████████████

██    ███████████████████████

█    ██████████████████████

█    ████████████████████████████

██████████████████████████

█    ██████████████████████████████████

███████████████████████████████████

████████████

█    ████████████████████████████████████

██████████████████████

18.   ███████████████████████████████████████

████████████████████████████

19.   ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

20.   ██████████████████████████████████████

████████████████████████████████████

██████████████████████████



CONFIDENTIAL



21.

CONFIDENTIAL



CONFIDENTIAL

6. 

7.

8.

9.

## OVERVIEW OF HOW ROSS USED MEMOS

22. 

23.

24.

---

[6] ROSS-003411169; ROSS-003332368.
[7] Tomas van der Heijden Dep. Ex. 96 (Jan. 28, 2020) ("van der Heijden 2020 Dep.").
[8] van der Heijden 2020 Dep. Ex. 111.
[9] van der Heijden 2020 Dep. Ex. 111.
[10] van der Heijden 2020 Dep. 151:16 – 152:4; van der Heijden 2020 Dep. EX 111.
[11] van der Heijden 2020 Dep. Ex. 111.

CONFIDENTIAL



**Data Flow – ROSS Bulk Memo Project**

---

[12] van der Heijden 2020 Dep. 151:16 – 152:4; van der Heijden 2020 Dep. Ex. 111.
[13] van der Heijden 2020 Dep. 77:3-10;78:8-79:7; *see also* Deposition of Ed Walters 182:5-18 (Mar. 1, 2022) ("Walters Dep."); ROSS-009721314.
[14] ROSS-003332368.



27.

CONFIDENTIAL



## MATERIALS RECEIVED AND RELIED ON

### Memos

28.

29.

### Identifying the ROSS Memo Format

30.

31.



[15] ROSS-000080391.
[16] van der Heijden 2020 Dep. 254:21-255:13.

[17] The list of Bate #s are identified in Exhibit G.

[18] Plaintiffs' Sec. Supp. Response to Interrogatory No. 1.

CONFIDENTIAL



32. ███████████████████████████████████

███████████████████████████████████████████████████

█████████████████████████████████████████

_____

[19] ROSS-003332368.

CONFIDENTIAL

33.  

**Plaintiffs' Production –Judicial Opinions**

34.

35.

36.

37.

CONFIDENTIAL

**Data Lake**



38. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮

39. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮

40. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

41. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

**ROSS Spreadsheets**

42. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

43. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[21] \van der Heijden Dep. 82:5-8.
[22] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
[23] Plaintiffs' Sec. Supp. Response to Interrogatory No. 1.

CONFIDENTIAL

**Mongo DB Data**

44. 

45.

## Processing ROSS Memos

46.

47.

48.

---

24

CONFIDENTIAL



49.

50.

51.

52.

---

[25] ROSS-003332368.

CONFIDENTIAL

53. ████████████████████████████████████
████████████████████████████████████████
████████████████████ ▪

54. ████████████████████████████████████
████████████████ ████████████████████████
████████████████████████████████████████
██████████████████████████

55. ████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
███████

56. ████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████

57. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████



[26] ████████████████████████████████████████
███████████████████████████████████████████

[27] *See* https://github.com/BurntSushi/ripgrep.

[28] ████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████

CONFIDENTIAL

58. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████ ▪

59. ████████████████████████████████████
██████████████████████████████

60. ████████████████████████████████
███████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████

61. ████████████████████████████████
█████████████████████████████████
████████████████████████████████████████
███████████████████

## **Processing Plaintiffs' Production of Judicial Opinions**

62. ████████████████████████████████
████████████████████████████████████

63. ████████████████████████████████
███████████████████████

_____

▪████████████████████████████████████████
████████████████████

CONFIDENTIAL



64.

65.

66.

67.

30

CONFIDENTIAL



CONFIDENTIAL



72.

73.

74.

75.

**Identifying A Document's Format Style**

76.

77.

CONFIDENTIAL



78.

CONFIDENTIAL

79. ███████████████████████████

████████████████████████████████████

████████████████

**Extraction of Headnotes**

80. ████████████████████████████

██████████████████████████

81. ████████████████████████████

██████████████████████████████

█████████████████████████████████

███████████████████████████  ███████████████

██████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

██████████████████████████

82. ████████████████████████████

████████████████████████████████

████████████████████████████████

█████████████████████████████████

██████████████████████████████████

███████████████████████████.

83. ███████████████████████████

██████████████████████████████

██████████████████████████████

████████████████████████████





84. ████████████████████████████

████████████████████████████████

███████████████████████████████████

██████████████████████████████████

█████████████████████████████████

██ ████████████

85. ██████████████████████████

███████████████████████████████

███████████████████████████████

████████████████████████████████



86. ██████████████████████████████
███████████████████████████████
█████████████████████████████████
██████████████████████████████.

87. ████████████████████████████████
█████████████████████████
████████████████████████████████
███████████████████████████████
██████████████████████████████
████████████████████████████████
█████████████████████████████
██████████████████████████████

88. █████████████████████████████
█████████████████████████████
██████████████████████████████████
██████████████████████████████
██████████████████████████████
█████████████████████████████

CONFIDENTIAL

89. ███████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
████████████████████████████
██████████████████████████
████████████████████████████
█████████████████████████████.

## A̲NALYSIS P̲ROCESSES

### Searching the Judicial Opinion for a Headnote

90. ████████████████████████████████
█████████████████████

91. ████████████████████████████████
███████ █████████████████████
████████████████████████████████
███████████████████████████████
█████████████████████████████████
█████████████████████████████████
██████████████████████████████
███████████████████████████████

92. ████████████████████████████████
██████████████████████████████
██████████████████████████████
██████████████████████████████
███████████████████████████████

---





93.

94.

95.

96.

97.

CONFIDENTIAL



CONFIDENTIAL

102. ██████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████
██████████████████████████████

103. ███████████████████████████████████
█████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████

104. ███████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████

105. ███████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████
█████████████

106. ███████████████████████████████████
█████████████████████████████████████████
███████████████████████████████████

───────────────────



CONFIDENTIAL



107.

108.

## **Pre-Processing, Fuzzy Matching, and Proximity Ranking**

### **Overview**

109.

110.

111.

112.

CONFIDENTIAL



113.

114.

115.

CONFIDENTIAL



**Details of Proximity Ranking Process**

117. ██████████████████████████

118. ██████████████████████████

----

40 ██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████.

41 Nathaniel Gustafon, *et al*, *Nowhere to Hide: Finding Plagiarized Documents Based on Sentence Similarity*, In Proceedings of the 28 IEEE/WIC/ACM Int'l Conference on Web Intell., (Dec. 9, 2008), available at https://scholarsarchive.byu.edu/cgi/viewcontent.cgi?article=1149&context=facpub (last visited July 31, 2022).

CONFIDENTIAL



119. ███████████████████████████████████████

120. ███████████████████████████████████████

---

[42] Christopher Fox, *A Stop List for General Text* ,
https://dl.acm.org/doi/pdf/10.1145/378881.378888 (last visited July 30, 2022)

███████████████████████████████████████

[44] Adam D. Troy & Guo Qiang Zhang, *Enhancing Relevance Scoring with Chronological Term Rank*, https://lintool.github.io/robust04-analysis-papers/p599-troy.pdf (last visited Aug. 1, 2022); Martin Potthast, *et al*, *Overview of the 2nd Inter'l Competition on Plagiarism Detection*, https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.174.2205&rep=rep1&type=pdf (last visisted Aug. 1, 2022); *see also* Gustafson, *supra* 41.

CONFIDENTIAL

**Stop Words**

121. ██████████████████████████████

███████████████████████████████████

██████████████████████████ █ ████████████████

████████████████████████████████

   █████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████

█████████████████████████████████████

██████████████████████████████████

**Pick Candidate pairs**

122. ███████████████████████████████

█████████████████████████████████████████

███████████

123. ███████████████████████████████

██████████████████████████████████

████████████████████████████████████████

█████████████████████████████ █ ███████████

█████████████████████████████████████████

124. █████████████████████████████████████

████████████████████████████████████

█████████████████████████

[45] *See also* https://raw.githubusercontent.com/nltk/nltk_data/gh-pages/packages/corpora/stopwords.zip   (last visited July 30, 2022).
[46] ██████████████████████████████████████████.

CONFIDENTIAL

**Additional scoring**



125. ███████████████████████████
███████████████████████████████████
███████████████████████████ █ ████████
███████████████████████████████
███████████████████████████████
███████████████████████████████
███████

126. ████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████
████████████████████████████████
████████████████████

127. ██████████████████████████████
██████████████████████████
██████████████████████████████
██████████████████████████████
████████████████████████ **ion**

128. ██████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████
███████████████████ .

CONFIDENTIAL



129.

130.

CONFIDENTIAL



**Determining Proximity Rank for Question to Headnote**

131. ████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████ .

132. ████████████████████████████
████████████████████████████████
████████████████████████████████████
████████████████████████████████
   █ ████████████████████████████████
   █ ████████████████████████████████████
   █ ████████████████████████████████████
   █ ████████████████████████████████████

133. ████████████████████████████
████████████████████████████████████
████████████ .

134. ████████████████████████████████
████████████████████████████████
████████████████████████████████ █

48 ████████████████████████████████████████
████████████████████████████

49 Alberto Barr´on-Cede˜no and Paolo Rosso *On Automatic Plagiarism Detection Based on n-Grams Comparison*
(2009),https://citeseerx.ist.psu.edu/viewdoc/download?doi=10.1.1.459.2488&rep=rep1&type=pd

CONFIDENTIAL



135.

136.

[50] https://www.postgresql.org/docs/9.1/pgtrgm.html (last visited July 31, 2022).

[51]

[52]

[53]

CONFIDENTIAL



137. ██████████████████████,

- ████████████████████████████████
  ███████████████████████████████
  ███████████████████████████████
  ████████████████

- ████████████████████████████████
  █████████████████████████████████
  ████████████████████████████████
  ██████████████████████

- ████████████████████████████████
  ██████████████████████████████

138. ████████████████████████████████████
████████████████████████████████████████
██████████



**<u>Findings</u>**

139. ████████████████████████████████
████████████████████████████████████
████████████████████████ ████████████████
████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

---

CONFIDENTIAL



140.

CONFIDENTIAL



141. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██

142. ████████████████████████████

- ████████████████████████████████
████████████████████████████████████
- ████████████████████████████████████
████████████████████████████████████
████████████████████████████
- ████████████████████████████████
████████████████████████████████

CONFIDENTIAL



CONFIDENTIAL

143.



144.

CONFIDENTIAL

145. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████

146. █████████████████████████████████
████████████████████████████████████████
██████████████████████████████



Page **46** of **51**



CONFIDENTIAL

147. ███████████████████████
████████████████████████
████████████████ .

148. ████████████████████████
███████████████████████
███████████████████████
████████████

149. ████████████████████████
██████████████████████████
█████████████████████████
█████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
██████████████████████████
███████████████████████████
████

150. ████████████████████████
████████████████████████████ :



CONFIDENTIAL



CONFIDENTIAL



151.

152.

CONFIDENTIAL



153.

Date: August 1, 2022

Barbara Frederiksen-Cross
Director, Litigation Services
JurisLogic LLC

CONFIDENTIAL

# EXHIBIT 20



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 7104 | is the cumulative remedies provision in rule governing dismissal for want of prosecution and reinstatement limited to other viable procedures and remedies which are not inherently inconsistent with procedures set forth in a rule itself? | Cumulative remedies provision in rule governing dismissal for want of prosecution and reinstatement is limited to other viable procedures and remedies which are not inherently inconsistent with procedures set forth in rule itself. Vernon's Ann.Texas Rules Civ.Proc., Rule 165a, subd. 4. | Nevertheless, appellees contend the notice in this case permitted the trial judge to dismiss under the court's inherent authority because rule 165a(4) "speaks of the Trial Court's inherent authority." Rule 165a(4) addresses cumulative remedies and provides that the "same reinstatement procedures and timetable are applicable to all dismissals for want of prosecution including cases which are dismissed pursuant to the court's inherent power, whether or not a motion to dismiss has been filed." TEX.R. | 1 | 4 | ROSS-003293551 | TR-0691126 | TR-0797211 |
| 7121 | as long as there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law, can the complaint be properly dismissed? | In a motion to dismiss based upon certain defects or defenses, as long as there is no genuine issue of material fact and the defendant is entitled to judgment as a matter of law, the complaint may be properly dismissed. S.H.A. 735 ILCS 5/2-619. | If a cause of action is dismissed pursuant to a section 2-619 argument, the questions on appeal are whether a genuine issue of *355 material fact exists and whether the defendants are entitled **953 ***878 to judgment as a matter of law. | 1 | 3 | ROSS-003293589 | TR-0581383 | TR-0867598 |
| 7124 | does the second prong of the test for determining whether a security interest or a lease is created focus on whether the lessee has the right to purchase the property? | Under Georgia's interpretation of the Uniform Commercial Code (UCC), the second prong of the test for determining whether a security interest or a lease is created focuses on whether the lessee has the right to purchase the property subject to the agreement for either no additional consideration or for nominal consideration. | The first prong focuses on whether "the consideration the lessee owes under the agreement for the right to possess and use the vehicle for the term of the lease is subject to termination." Id. That is, whether the lessee "had the right to voluntarily terminate [the] payment obligation under the agreement." Id. The second prong focuses on whether the lessee has the right to purchase the property subject to the agreement for either no additional consideration or for nominal consideration, which the UCC specifically defines. | 1 | 3 | ROSS-003293600 | TR-0634415 | TR-0634415 |
| 7132 | will a motion to dismiss be proper when the claim is barred by affirmative matter that defeats the claim or avoids its legal effect? | A motion to dismiss based upon defects or defenses is proper when the claim is barred by affirmative matter that defeats the claim or avoids its legal effect. S.H.A. 735 ILCS 5/2-619(a)(9). | Under subsection (a)(9), the subsection that applies in this case, a litigant may obtain an involuntary dismissal of a claim *1001 **167 asserted against him if the claim is barred by other affirmative matter, which avoids the legal effect of or defeats the claim. 735 ILCS 5/2-619(a)(9) (West 2014). An "affirmative matter" is something in the nature of a defense that negates the cause of action completely. Van Meter, 207 Ill. | 2 | 3 | ROSS-003293617 | TR-0795877 | TR-0800123 |

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 7144 | is equitable estoppel a shield and not a sword? | Estoppel is not actionable fraud; there is usually no need for scienter and estoppel is a shield not a sword. | Perry's Landing, Inc., 11 Ohio App.3d 135, 144, 463 N.E.2d 636 (Ohio Ct.App.1983). While Ohio courts have long espoused that the point of estoppel is to prevent fraud, "estoppel is not actionable and is not treated like actionable fraud. There is usually no need for scienter, an intent to deceive, in estoppel cases, for example." Id. | 2 | 3 | ROSS-003293653 | TR-0872628 | TR-0655063 |
| 7148 | is a motion to dismiss for failure to comply with the rule governing the pleading requirements for fraud or mistake generally treated as a motion to dismiss for failure to state a claim on which relief can be granted? | A motion to dismiss for failure to comply with the rule governing the pleading requirements for fraud or mistake is generally treated as a motion to dismiss for failure to state a claim on which relief can be granted. Colo. R. Civ. P. 9(b). | We bear in mind that the petition was dismissed on defendants' bald motion to dismiss, that technical forms of pleading are not required, Rule 55.05, and that a petition should be held good as against a general motion to dismiss for failure to state a claim upon which relief can be granted if the averments of the petition, liberally construed, invoke substantive principles of law which entitle the plaintiff to relief. | 1 | 3 | ROSS-003293660 | TR-0559083 | TR-0573889 |
| 7152 | can a partner admit a new member to the partnership without the consent of the other partners? | As a general rule one partner cannot introduce a new member into the firm without the consent of his co-partner. | With respect to the right to sue, we do not say that the complainant was a partner in the voyage of the Mercury in any other mode than as he was a member of the firm of Carrington & Co. It has been said, that a partner cannot introduce a stranger into the firm without the consent of the rest. | 2 | 3 | ROSS-003293670 | TR-0788244 | TR-0807706 |



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9120 | does the act of state doctrine barring suits against foreign governments or their officials require a case-by-case analysis of the extent to which separation of powers concerns are implicated, with respect to the conduct of foreign relations? | Application of "act of state" doctrine, barring suits against foreign governments or their officials, requires case-by-case analysis of extent to which separation of powers concerns are implicated, with respect to conduct of foreign relations, by action before the court. | The risk which the doctrine seeks to avoid is that the judiciary "in the task of passing on the validity of foreign acts of state may hinder rather than further this country's pursuit of goals both for itself and for the community of nations as a whole in the international sphere." Sabbatino, 376 U.S. at 423, 84 S.Ct. at 938. [2]  Application of the act of state doctrine requires a case-by-case analysis of the extent to which separation of powers concerns are implicated by the action before the court, Texas Trading & Milling Corp. v. Federal Republic of Nigeria, 647 F.2d 300, 316 n. | 1 | 3 | ROSS-003297707 | TR-0541288 | TR-0541288 |
| 9121 | is granting of pretrial motion on evidentiary issues an adjunct of trial court's inherent power to admit and exclude evidence? | Granting of pretrial motion on evidentiary issues is an adjunct of trial court's inherent power to admit and exclude evidence. | [1] [2]  A motion in limine is addressed to the trial court's inherent power to admit or exclude evidence. | 1 | 3 | ROSS-003297710 | TR-0762932 | TR-0546604 |
| 9126 | is a bill drawn by a person, payable to his own order, a bill of exchange? | A bill drawn by a person payable to his own order is a bill of exchange. | The act of the Louisiana General Assembly, of March 13th, 1827, section 1, provides:-'That all notaries, or persons acting as such, are authorized in their protests of bills of exchange, promissory notes, or orders for the payment of money, to make mention' (not of the presentment, but) 'of the demand made upon the drawer, acceptor, or person, on whom such order or bill of exchange is drawn or given; and of the manner and circumstances' (not of such presentment, but) 'of such demand; and whenever they shall have so done, a certified copy of such protest, &c., shall be evidence of all the matters therein stated.' In the case of the Louisiana Ins. | 1 | 3 | ROSS-003297720 | TR-0661017 | TR-0658705 |
| 9132 | does a motion to dismiss brought in under statutory provision dealing with objections to a pleading test the legal sufficiency of the complaint? | Motion to dismiss brought under provision pertaining to motions with respect to pleadings challenge only the sufficiency of plaintiff's complaint. S.H.A. ch. 110, ¶ 2-615. | As defendant challenged the legal sufficiency of plaintiff's complaint, we construe that motion to dismiss as a section 2-615 motion. [1] [2] ¶ 18 A motion to dismiss brought under section 2-615 of the Code challenges the legal sufficiency of a complaint. | 2 | 3 | ROSS-003297734 | TR-0675279 | TR-0590477 |

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9134 | are temporary takings protected by the constitution as are permanent ones? | To assert a Fifth Amendment takings claim, the plaintiff must establish a deprivation of a cognizable property interest; the length of deprivation may vary, because temporary takings are as protected by the Constitution as are permanent ones. U.S.C.A. Const.Amend. 5. | To assert a Fifth Amendment claim, the plaintiff must establish a deprivation of a "cognizable property interest." L.M. Everhart Const., Inc. v. Jefferson Cnty. Planning Comm'n, 2 F.3d 48, 51 (4th Cir.1993). The length of deprivation may vary, because "[i]t is well established that temporary takings are as protected by the Constitution as are permanent ones." See Lucas v. | 2 | 3 | ROSS-003297739 | TR-0585263 | TR-0585263 |
| 9140 | can extraordinary delays give rise to takings liability? | Only extraordinary delays give rise to liability for regulatory takings. U.S. Const. Amend. 5. | [9] [10] The general rule that post-announcement delay does not ordinarily result in a taking, however, is not absolute, and the character of the government's delay may give rise to a taking claim under Penn Central. "Delay in the regulatory process cannot give rise to takings liability unless the delay is extraordinary" and "[i]f the delay is extraordinary, the question of temporary regulatory takings liability is to be determined using the Penn Central factors." Appolo Fuels v. | 2 | 3 | ROSS-003297751 | TR-0578567 | TR-0534941 |
| 9188 | under the railway labor act, can an employee's action be settled by the administrative remedies prescribed by the act? | An action by railroad employees to determine their seniority rights may be brought either in a court, or settled by the administrative remedies prescribed by the Railway Labor Act. Railway Labor Act § 1 et seq. as amended, 45 U.S.C.A. § 151 et seq. | In view of the Supreme Court's clarifying language as to the intended scope of the Railway Labor Act, 45 U.S.C.A. § 151 et seq., we can definitely state that the employees' action may be brought, at their election, either in a court, or settled by the administrative remedies prescribed by said Act. The judgment is Reversed. | 2 | 3 | ROSS-003297861 | TR-0580619 | TR-0580619 |
| 9192 | when does the advice of counsel defense apply to a malicious prosecution claim? | For the advice of counsel defense to apply to a malicious prosecution claim, the allegations upon which the advising counsel acted must be truthful and complete. | They cite no cases in the context of juvenile proceedings to support this argument but contend that the advice-of-counsel defense, as applied in malicious-prosecution and criminal cases, should apply here. In malicious-prosecution cases, the advice-of-counsel defense applies if the parties have made a full disclosure of all relevant facts to competent counsel and have acted *241 in bona fide reliance thereon. | 2 | 3 | ROSS-003297869 | TR-0869064 | TR-0565402 |



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9523 | do courts recognize equitable subrogation? | Texas courts are hospitable to the doctrine of equitable subrogation. | Further, standing frequently becomes an issue in the context of equitable subrogation. According to the Texas Supreme Court, "[t]he doctrine of equitable subrogation allows a party who would otherwise lack standing to step into the shoes of and pursue the claims belonging to a party with standing." Frymire Eng'g Co. | 2 | 3 | ROSS-003298609 | TR-0775797 | TR-0740327 |
| 9533 | is the question, on a motion for involuntary dismissal based upon certain defects or defenses, whether the existence of a genuine issue of material fact precludes a dismissal? | The question, on a motion for involuntary dismissal based upon certain defects or defenses, is whether the existence of a genuine issue of material fact precludes a dismissal or, absent such an issue of fact, whether a dismissal is proper as a matter of law. S.H.A. 735 ILCS 5/2-619. | When ruling on such a motion, the court must construe the pleadings and supporting documents in the light most favorable to the nonmoving party. Van Meter, 207 Ill.2d at 367-68, 278 Ill.Dec. 555, 799 N.E.2d 273. On appeal from a section 2-619 motion, the reviewing court "must consider whether the existence of a genuine issue of material fact should have precluded the dismissal or, absent such an issue of fact, whether dismissal is proper as a matter of law." Kedzie & 103rd Currency Exchange, Inc. | 1 | 3 | ROSS-003298635 | TR-0664833 | TR-0616592 |
| 9536 | is acceptance required to establish a bailment? | Whether there has been a dedication and whether there has been acceptance, as required to establish existence of public easement, are questions of fact. | Whether there has been a dedication and whether there has been an acceptance present questions of fact. … Likewise, the determination of the extent to which there has been an acceptance of a street involves a question of fact." (Internal quotation marks omitted.) Id., at 556-57, 945 A.2d 1017. | 2 | 3 | ROSS-003298641 | TR-0563474 | TR-0774254 |
| 9547 | when reviewing a motion to dismiss for failure to state cause of action, can the court freely consider affidavits submitted by the petitioner to remedy any defects in the petition? | On review of a motion to dismiss for failure to state a cause of action, the Court of Appeals disregards all conclusions in a petition when they are not supported by facts. | 724, 729, 533 N.E.2d 806, 811.) In ruling on a motion to dismiss for failure to state a cause of action, a court must accept as true all well-pleaded factual matters in the complaint and all reasonable inferences that may be drawn therefrom, but need not accept conclusions of law, argumentative matter, or conclusions of fact unsupported by allegations of specific facts upon which such conclusions rest. | 2 | 3 | ROSS-003298664 | TR-0580964 | TR-0560820 |

Comparison of ROSS Bulk Memo Questions to Headnote and Headnote to Case Opinion

| ID | Question | Headnote | Case Opinion | Question to Headnote Rank | Headnote to Case Opinion Rank | Question Bates # | Headnote Bates # | Case Opinion Bates # |
|---|---|---|---|---|---|---|---|---|
| 9549 | is it the act by which duty is breached, and not ensuing damages, which gives rise to cause of action? | It is act by which duty is breached and not ensuing damages which gives rise to cause of action, and cause of action whether in tort or contract accrues upon breach of duty owed by one to another. | The North Carolina Supreme Court has explicitly held that a cause of action, whether in tort or contract, accrues upon the breach of a duty owed by one to another. It is the act by which the duty is breached and not the *241 ensuing damages which give birth to a cause of action. 'It is well settled that in an action for damages, resulting from negligent breach of duty, the statute of limitations begins to run from the breach, from the wrongful act or omission complained of, without regard to the time when the harmful consequences were discovered.' Shearin v. | 1 | 3 | ROSS-003298668 | TR-0547458 | TR-0547458 |
| 9565 | do the facial allegations in the complaint limit and guide the court's analysis of when a cause of action accrues? | Facial allegations in complaint limit and guide court's analysis of when cause of action accrues. | [5] The one consensus emerging from this analysis is that it is fact-specific, and concerns an issue about which courts disagree. When deciding whether a claim falls within the scope of an arbitration agreement, courts "focus on factual allegations in the complaint rather than the legal causes of action asserted". | 1 | 3 | ROSS-003298702 | TR-0595504 | TR-0745512 |
| 9576 | how is probable cause in the context of malicious prosecution evaluated? | Malice, in the context of malicious prosecution, may be inferred from a lack of probable cause, but a lack of probable cause cannot be inferred from malice. | Malice in a malicious prosecution claim is only considered when there is a lack of probable cause, but it is not when there was probable cause. 36 In other words, the existence of probable cause trumps any consideration of malice, even if malice were present. | 2 | 3 | ROSS-003298725 | TR-0548537 | TR-0538993 |



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



on file or put in custody of the court.

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



abusive.

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only





Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only



Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

Highly Confidential
Attorneys' Eyes Only

# EXHIBIT 21:

## Native Excel to be Lodged with Court

# EXHIBIT 22

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) | C.A. No. 20-613-LPS |
| v. | ) ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## <u>OPENING EXPERT REPORT OF DR. JONATHAN L. KREIN</u>
**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## TABLE OF CONTENTS

1. Introduction ..................................................................................................................1

2. Summary of Opinions .....................................................................................................2

3. Background and Expert Qualifications ...........................................................................3

   3.1   Education, Industry, and Professional Experience ................................................8

   3.2   Research and Teaching Experience .....................................................................10

4. Retention and Compensation ........................................................................................12

5. Summary of Materials and Information Considered .....................................................12

6. Legal Standards Applied in this Expert Report ............................................................13

7. Relevant Technologies ..................................................................................................16

   7.1   Artificial Intelligence .........................................................................................16

   7.2   Machine Learning ...............................................................................................18

   7.3   Training Data .......................................................................................................20

   7.4   Supervised vs. Unsupervised Learning ...............................................................23

   7.5   Ranked Retrieval Systems ..................................................................................24

   7.6   Natural Language Processing ..............................................................................25

8. Overview of the Relevant Parties and Products ...........................................................26

   8.1   The Parties and Key Third Parties ......................................................................26

         8.1.1   Thomson Reuters and West ...................................................................26

         8.1.2   ROSS Intelligence..................................................................................27

         8.1.3   LegalEase Solutions ...............................................................................28

         8.1.4   Morae Global .........................................................................................29

   8.2   The Products .......................................................................................................30

         8.2.1   Westlaw and Westlaw Content ..............................................................30

         8.2.2   Westlaw Search......................................................................................34

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

| | | | |
|---|---|---|---|
| | 8.2.3 | The ROSS Platform ............................................................ | 37 |
| 9. | | ROSS's Copying of Westlaw Content .......................................... | 39 |
| | 9.1 | Chronology of Key Events .................................................... | 39 |
| | | 9.1.1 Use of Artificial Intelligence in Westlaw ........................... | 39 |
| | | 9.1.2 ROSS's Need for Training Data ...................................... | 43 |
| | | 9.1.3 ROSS's Attempts to Access Westlaw To Acquire Training Data ........................................................................ | 43 |
| | | 9.1.4 The Creation of the Bulk Memos Using Westlaw .............. | 50 |
| | | 9.1.5 Termination of LegalEase's Access to Westlaw ................. | 61 |
| | | 9.1.6 ROSS's Awareness of LegalEase's Conduct ...................... | 64 |
| | | 9.1.7 ROSS's Use of the Bulk Memos as Training Data ............. | 68 |
| | | 9.1.8 The Market for Training Data ....................................... | 78 |
| 10. | | Conclusion ............................................................................ | 89 |

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

## <u>APPENDICES</u>

Appendix A:        *Curriculum Vitae* of Jonathan L. Krein, Ph.D.

Appendix B:        List of Materials Considered

Appendix C:        Bulk Memos and West Headnotes Chart

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

## 1.   <u>INTRODUCTION</u>

1.   █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████

2.   █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

3.   █████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

███████████████████████████████████████████████████████

████████████████████████████████████████████

2.    **SUMMARY OF OPINIONS**

4.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████

5.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████

6.    ███████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

███████████████████████████████████████████████████

██████████████████████

    7.    ██████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████

    8.    ██████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████

**3.**     <u>**BACKGROUND AND EXPERT QUALIFICATIONS**</u>

    9.    ██████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

10. ██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████

11. ██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████

12. ██████████████████████████████████████

██████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

13.

14.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

████████████████████████████████████████████

████████████████████████████████████████████

███████████████

15.  ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

16.  ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████

17.   ███████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

---

[1] *See* https://www.uvu.edu/catalog/current/departments/computer-science/computational-data-science-bs/.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

### 3.1    Education, Industry, and Professional Experience

18. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

19. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

20. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

21.

22.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

███████████████████████████████████████████

███████

23. ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████

24. ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████

**3.2** ██████████████████████████

25. ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

26.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

27. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████

**4.    RETENTION AND COMPENSATION**

28. ████████████████████████████████████

████████████████████████████████████

████████████

29. ████████████████████████████████████

████████████████████████████████████

████████████████████████████

**5.    SUMMARY OF MATERIALS AND INFORMATION CONSIDERED**

30. ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████

31. ████████████████████████████████████

████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

32.   ███████████████████████████████████████

███████████████████████████████████████

**6.   LEGAL STANDARDS APPLIED IN THIS EXPERT REPORT**

33.   ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

34.   ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████ █████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[2] 17 U.S.C. § 102(a).

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



---

[3] United States Copyright Office. (March 2021). *Copyright Registration of Computer Programs*. Circular 61. https://www.copyright.gov/circs/circ61.pdf, p. 1.

[4] https://www.copyright.gov/reports/appendix.pdf.

[5] *Dun & Bradstreet Software Servs., Inc. v. Grace Consulting, Inc.*, 307 F.3d 197 (3d Cir. 2002).

[6] *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340, 345 (1991).

[7] *Tanksley v. Daniels*, 902 F.3d. 165, 173 (3d Cir. 2018).

[8] *Leonard v. Stemtech Int'l Inc.*, 834 F.3d 376, 388 (3d Cir. 2016); *see also Metro Goldwyn-Mayer Studios, Inc. v. Grokster, Ltd*, 545 U.S. 913, 914 (2005) ("One infringes contributorily by intentionally inducing or encouraging direct infringement, and infringes vicariously by profiting from direct infringement while declining to exercise a right to stop or limit it.") (internal citations omitted).

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

37.

---

[9] *Leonard v. Stemtech Int'l Inc.*, 834 F.3d 376, 388 (3d Cir. 2016).

[10] *Arista Recs., LLC v. Doe 3*, 604 F.3d 110, 118 (2d Cir. 2010) (stating that the knowledge standard for contributory liability "is an objective one; contributory infringement liability is imposed on persons who 'know or have reason to know' of the direct infringement"; also noting that willful blindness to infringement is sufficient); *see also In re: Aimster Copyright Litigation*, 334 F.3d 643, 650 (7th Cir. 2003) ("[w]illful blindness is knowledge"); *Glob.-Tech Appliances, Inc. v. SEB S.A.*, 563 U.S. 754, 769 (2011) (stating willful blindness requires that "(1) The defendant must subjectively believe that there is a high probability that a fact exists and (2) the defendant must take deliberate actions to avoid learning of that fact.")

[11] 17 U.S.C. § 107; *see also Harper & Row Publishers, Inc. v. Nation Enters.*, 471 U.S. 539, 545 (1985).

[12] *Murphy v. Millennium Radio Grp. LLC*, 650 F.3d 295, 308 (3d Cir. 2011)

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

38. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

## 7.   **RELEVANT TECHNOLOGIES**

39. ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

**7.1**   ███████████████████

40. ████████████████████████████████████████████

████████████████████████████████████████████

████████████

- ████████████████████████████████████████████

████████████████████████████████████████████

---

[13] *Kallok v. Medtronic, Inc*., 573 N.W.2d 356, 362 (Minn. 1998). It is my understanding that ROSS contends California law applies to the tortious interference claim, which requires a plaintiff to prove "(1) it has a valid and existing contract with a third party; (2) defendants had knowledge of the contract; (3) defendants committed an intentional act designed to induce a breach or disrupt the contractual relationship; (4) actual breach or disruption of the contract relationship occurred; and (5) damages were suffered as a result." *See Sebastian Int'l, Inc. v. Russolillo*, 162 F. Supp. 2d 1198, 1203 (C.D. Cal. 2001).

[14] Russell, S. J. and Norvig, P. (2010). *Artificial Intelligence: A Modern Approach*, third edition. Pearson Education, p. 2.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

- ███████████████████████████████████████

  ████████████

- ███████████████████████████████████████

  ████████████████████

- ███████████████████████████████████████

  ████████████

- ███████████████████████████████████████

  ████████

41.  ██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████

██████████████████████████████████

42.  ██████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

---

[15] *Id.*, p. 4.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████

**7.2    Machine Learning**

43.    ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████ ██████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████

44.    ████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████ ████████████████████████████

---

[16] Russell, S. and Norvig, P. (2021). *Artificial Intelligence: A Modern Approach*, fourth edition. Pearson Education, p. vii.

[17] Garnelo, M. and Shanahan, M. (2019). *Reconciling deep learning with symbolic artificial intelligence: Representing objects and relations*. Current Opinion in Behavioral Sciences, vol. 29, pp. 17-23.

[18] *Id.*, p. 17.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

45.

46.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



47.

48.

**7.3     Training Data**

49.

---

[19] Russell, S. and Norvig, P. (2021). *Artificial Intelligence: A Modern Approach*, fourth edition. Pearson Education, p. 651.

[20] *Id.*, p. 2.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

50.   ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████

51.   ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[21] *See, e.g.*, Brownlee, J. (2022). *Machine Learning Mastery*. https://machinelearningmastery.com/.

[22] *See, e.g.*, https://towardsdatascience.com/train-validation-and-test-sets-72cb40cba9e7.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

52.



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

**7.4** █████████████████

53. ████████████████████████████████

████████████████████████████████████

████████████████████████████

54. ███████████████



55. ████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████

56. █████████████████████

████████████████████████████████████

---

[24] Russell, S. and Norvig, P. (2021). *Artificial Intelligence: A Modern Approach*, fourth edition. Pearson Education, p. 652.

[25] *Ibid*.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

57. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████

**7.5** ████████████████████

58. ██████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



59.

7.6

60.

61.

[26] Brownlee, J. (2017). *Deep Learning for Natural Language Processing*. http://ling.snu.ac.kr/class/AI_Agent/deep_learning_for_nlp.pdf, p. 2.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

## 8.   <u>OVERVIEW OF THE RELEVANT PARTIES AND PRODUCTS</u>

**8.1**   ███████████████████████

    **8.1.1**   ███████████████

62.   ████████████████████████████████



63.   ████████████████████████████████

████████████████████████████████████

---

[27] Thomson Reuters Corporation 2021 Annual Report, pp. 102, 116, 189.

[28] 2022 Strategic Growth Priorities, Thomson Reuters Corporation 2021 Annual Report, p. 6.

[29] *Id*., p. 8.

[30] *Id*.

[31] TR-0359959–TR-0360216 ███████████████████████████
███████████; *see also* A. Martens Dep. Tr. 202:22–203:4
███████████ (objection omitted).

[32] Thomson Reuters Corporation 2021 Annual Report, p. 189.

[33] *See generally* TR-0033982–TR-0034560 ███████████ *see also* E. Lindberg Dep. Tr. 18:11–14 ███████████
████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**8.1.2**

64.



[34] *See* A. Martens Dep. Tr. 154:23-155:14 201:19-202:7 *see also* TR-0358927-TR-0358948 , effective January 1, 2014; TR-0358967-TR-0358988 (

[35] A. Arruda Dep. Tr. 59:3–5 68:1–11

[36] "Features," https://www.rossintelligence.com/features.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**8.1.3** ████████████████

65. ████████████████████████████████████

---

[37] ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, pp. 8–9.

[38] TR-0037677-TR-0037680 ████████████████████████████

[39] ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 11.

[40] T. Whitehead Dep. Tr. 26:16-27:10 ████████████████ (objection omitted).

[41] *See* A. Martens Dep. Tr. 229:25–230:2 ████ see also ROSS-003389728-ROSS-003389730 ████ TR-0002812-TR-0002814 ████

[42] TR-0002779-TR-0002781 ████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**8.1.4**

66.

---

[43] TR-0002812-TR-0002814 (

).

[44] C. Cahn Dep. Tr. 16:15–24

[45] TR-0039933-TR-0039942

[46] T. Hafeez Dep. Tr. 237:10–16

[47] R-LEGALEASE-00048772-R-LEGALEASE-00048776 at '772

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**8.2**

    **8.2.1**

67.

68.

---

[48] C. Cahn Dep. Tr. 72:25–73:7

[49] *See, e.g.*, TR-0179838-TR-0179842 (             ; TR-0179830- TR-0179837        ; TR-0432528-TR-0432533

[50] *See generally* L. Oliver Dep. Tr., pp. 26-27, 31-34.

[51] L. Oliver Dep. Tr. 51:17–52:8

[52] L. Oliver Dep. Tr. 26:19–27:4

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



69.

70.

71.

53 L. Oliver Dep. Tr. 27:16-24

, 30:7-13

54 A. Martens Dep. Tr. 142:7-20

55 *See generally* TR-0002864-TR-0003137

56 L. Oliver Dep. Tr. 227:16-228:23

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

72.

73.



*Id.*

[57] *See, e.g.*, TR-0179838-TR-0179842 ████████; TR-0179830- TR-0179837 (█████████ TR-0432528-TR-0432533 (████ TR-0002864–TR-0003137 (███████████); Plaintiffs' Second Supplemental Response to ROSS's Interrogatory No. 1, March 23, 2022, p. 9.

[58] *Id.*; L. Oliver Dep. Tr., pp. 198-211, 340-341.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



74.

---

[59] L. Oliver Dep. Tr., pp. 198-211, 340-341.

[60] Plaintiffs' Second Supplemental Response to ROSS's Interrogatory No. 1, March 23, 2022, pp. 8-9.

[61] *See* A. Martens Dep. Tr. 274:4-13



*see also* TR-0033982–TR-0034560          TR-0003138–TR-0033981

[62] *See* TR-0034557-TR-0034560; *see also* A. Martens Dep. Tr. 162:4-17

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**8.2.2**

75.

76.

---

[63] *See generally* TR-0033982–TR-0034560 (Westlaw Copyright Registrations).

[64] TR-0037669-TR-0037676 (Our AI Timeline).

[65] K. Al-Kofahi Dep. Tr. 11:13-17:5.

[66] I. Moulinier Dep. Tr. 72:13-87:18; *see also* WestSearch Plus, https://legal.thomsonreuters.com/en/products/Westlaw-edge/westsearch-plus.

[67] I. Moulinier Dep. Tr. 72:13-74:10.

[68] I. Moulinier Dep. Tr. 74:11-13.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



77.

78.

---

[69] I. Moulinier Dep. Tr. 73:18-74:10.

[70] K. Al-Kofahi Dep. Tr. 20:3-21:20.

[71] "WestSearch Plus," https://legal.thomsonreuters.com/en/products/Westlaw-edge/westsearch-plus.

[72] K. Al-Kofahi Dep. Tr. 43:15–48:5.

[73] "WestSearch Plus," https://legal.thomsonreuters.com/en/products/Westlaw-edge/westsearch-plus.

[74] *Id.*

[75] *Id.*

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



79.

---

[76] K. Al-Kofahi Dep. Tr. 41:12–15

[77] I. Moulinier Dep. Tr. 108:19–24.

[78] I. Moulinier Dep. Tr. 104:18–20

[79] I. Moulinier Dep. Tr. 78:2–4; *see also* TR-0884952–TR-0884970 (

[80] TR-0884952–TR-0884970 at TR-0884962

[81] K. Al-Kofahi Dep. Tr. 44:3–15

(objection omitted).

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

80. 

8.2.3

81.

---

I. Moulinier Dep. Tr. 126:11–21

(objection omitted).

I. Moulinier Dep. Tr. 143:6–11

*See generally* A. Arruda Dep. Tr., pp. 58-60.

"How is Natural Language Search Changing The Face of Legal Research?," https://blog.rossintelligence.com/post/how-natural-language-search-changing-face-of-legal-research.

A. Arruda Dep. Tr. 114:10–20

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



82.

(objection omitted).

[87] A. Arruda Dep. Tr. 114:25–115:11

[88] ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12.

[89] *Id*.

[90] ROSS-003334354                                                                                    ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12.

**HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY**



83. ███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

████

9. ██████████████████████-

84. ███████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

██████

9.1 ██████████████

9.1.1 ███████████████

85. ███████████████████████████████

███████████████████████████████

███████████████████████████████

[91] ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, pp. 12-13.

[92] *Id.*, p. 13.

[93] TR-0037669-TR-0037676 (███████████████████████████████

[94] *Id.* ███████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



86.

87.

95 K. Al-Kofahi Dep. Tr. 19:2–17

96 I. Moulinier Dep. Tr. 14:10–22

97 I. Moulinier Dep. Tr. 14:25–15:5

98 I. Moulinier Dep. Tr. 108:10–15

99 I. Moulinier Dep. Tr. 16:5–15

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



[100] I. Moulinier Dep. Tr. 143:2–5

[101] K. Al-Kofahi Dep. Tr. 44:3–46:22

I. Moulinier Dep. Tr. 106:11–14; 108:19–24

[102] K. Al-Kofahi Dep. Tr. 44:3–45:15

[103] K. Al-Kofahi Dep. Tr. 44:17–46:22

*see also* I. Moulinier Dep. Tr. 104:12–20

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

88. 



104 I. Moulinier Dep. Tr. 61:14–64:5

105 I. Moulinier Dep. Tr. 61:4–64:5

106 I. Moulinier Dep. Tr. 108:25–109:5

107 I. Moulinier Dep. Tr. 143:6–11

HIGHLY CONFIDENTIAL – ATTORNEY EYES ONLY

**9.1.2** ███████████████████

89.  ████████████████████████████████████

████████████████████████████████████████

████████████████████████

90.  ████████████████████████████████████

████████████████████████████████████████

███████████████████████ ████████████████

████████████████████████ ███████████████

███████████████████

**9.1.3** ████████████████████████████

91.  ████████████████████████████████████

████████████████████████████████████████

---

[108] A. Arruda Dep. Tr. 57:20–58:6 ████████████████

████████████████████████████████████████████

████████████████████████████████████ .

[109] ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12 ████████████████

█████

[110] A. Arruda Dep. Tr. 275:23–276:12 ████████████████

████████████████████████████████████████████

████████████████████████ (objections omitted).

[111] J. Ovbiagele Dep. Tr. 204:3–7 ████████████████████

████████████████████ *see also* ██████████████

████████ ROSS-003390881-ROSS-003390884 (███████

████ T. van der Heijden Dep. Tr. 87:14-89:5 ████████████

████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



92.

93.

94.

---

[112] ROSS-003391075

[113] ROSS-003391076

[114] ROSS-023032254

[115] ROSS-003390773-ROSS-003390774 (

[116] ROSS-003390233

[117] *Id.*

[118] ROSS-003390772

[119] ROSS-003390563-ROSS-003390565

; ROSS's Supplemental Responses and Objections to Plaintiffs'

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



95.

96.

---

First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 11.

[120] T. van der Heijden Dep. Tr. 142:9–143:11

[121] ROSS-010164415-ROSS-010164417

[122] ROSS-010164415-ROSS-010164417

[123] T. van der Heijden Dep. Tr. 148:10–149:10

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

97.



98.



. TR-0001154-TR-0001165

. ROSS-010361787-ROSS-010361789

); *see also* T. van der Heijden Dep. Tr. 174:10

(objection omitted).

[124] ROSS-003610162-ROSS-003610165

[125] *Id.*

[126] ROSS-010164290-ROSS-010164291

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



99.



127 *Id.*

128 .

129 TR-0038909-TR-0038920

130 LEGALEASE-00056843-LEGALEASE-00056844

131 T. Hamilton Dep. Tr. 125:4–9

132 T. Hafeez Dep. Tr., p. 188:4–7 ).

133 LEGALEASE-00056843-LEGALEASE-00056844

134 *Id.*

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



100.

101.

---

[135] *Id.*

[136] T. Hafeez Dep. Tr., 188:25–189:3

[137] J. Ovbiagele Dep. Tr. 236:9–237:2

[138] ROSS-000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304774.

[139] *See generally* T. Hafeez Dep. Tr., pp. 78-79; *see also* R-LEGALEASE-00050718-R-LEGALEASE-00050721

[140] TR-0039933-TR-0039942

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



102.

---

[141] R-LEGALEASE-00048772-R-LEGALEASE-00048776

[142] T. Hafeez Dep. Tr., 88:19–89:20, 94:6–8 (, TR-0039933-TR-0039942.

[143] R-LEGALEASE-00048772-R-LEGALEASE-00048776 C. Cahn Dep. Tr. 72:25–73:7

[144] ROSS-000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304774.

[145] *See* ROSS-000175054 – ROSS-000175067 ( *See* LEGALEASE-00171828-LEGALEASE-00171831 ( *Id.*

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**9.1.4**

103.

104.

105.

106.

---

[146] ROSS-000175054-ROSS-000175067

[147] *Id.*; *see also* ROSS-003419784-ROSS-003419786

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



107.

---

[148] *See e.g.*, TR-0048632 (

[149]                                                         . *See, e.g.*, LEGALEASE-00093066-LEGALEASE-00093074

T. Hafeez Dep. Tr. 66:4–17 ("

[150] LEGALEASE-00093066-LEGALEASE-00093074 (

[151] R-LEGALEASE-00189134-R-LEGALEASE-00189139

[152] *Id.*

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**





---

[153] *Id.*

[154] *Id.*

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



108. ███████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████ ████████████████████

█████████████████████████████████████ █

---

155 LEGALEASE-00093066-LEGALEASE-00093074 ████████████

156 LEGALEASE-00078065-LEGALEASE-00078083 (███████████████████████████

. *See* C. Cahn Dep. Tr. 68:3–9

), 194:19–195:5

*See* T. Hafeez Dep. Tr.

152:7–21

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



109.

[157] *See, e.g.,* MORAE_00024103 ██████████████████ MORAE_00002386 (█████
████████████ MORAE_00003801 (question/memo tracker),
MORAE_00013863 (question/memo tracker), MORAE_00029239 (question/memo tracker),
MORAE_00045427 (question/memo tracker), MORAE_00092628 (question/memo tracker),
MORAE_00092629 (question/memo tracker), MORAE_00005079 (question/memo tracker),
MORAE_00043660 (question/memo tracker), MORAE_00015344 (question/memo tracker),
MORAE_00014068 (question/memo tracker), MORAE_00030512 (question/memo tracker);
LEGALEASE-00115007 (ROSS Bulk Daily Production).

[158] MORAE_00045427 (question/memo tracker).

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



110.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



111.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



112.

---

[161] TR-0073545-TR-0073546 (

[162]

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

113.



[163] *Compare* TR-0179847-TR-0179854 ███████████████ *with*, ROSS-010128683 ██████████

[164] ████████████████████████

[165] ████████████████████████████████ (*see, e.g.*, ROSS-003280407-ROSS-003280408 ████████████ (*see, e.g.*, ROSS-003284576-ROSS-003284577 ████████ (*see, e.g.*, ROSS-003280067-ROSS-003280068 ████████ (*see, e.g.*, ROSS-003280375-ROSS-003280376 (████████████ ████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



114.

**9.1.5**

115.

116.

---

166 T. Hafeez Dep. Tr., pp. 39:19–25

167 R-LEGALEASE-00140998

168 *Id*; *see also* R-LEGALEASE-00101636-R-LEGALEASE-00101642 (

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

██████████████████████████████████████████████

██████████████     █ ████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████ █

██████████████████████████████████████████████

██████████████████████████████████████████████

█ ██

117.   ██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████ █ ███

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████ █

118.   ██████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

---

[169] TR-0836004 (████████████████████████████

[170] *Id.*

[171] *Id.*

[172] *See, e.g.*, TR-0002827-TR-0002830 █████████████████

[173] *Id.*

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



119.

---

[174] *Id.*

[175] *Id.*

[176] TR-0035897-TR-0035908 (



*see also* T. Hafeez Dep. Tr. 98:24-99:17

[177] T. Hafeez Dep. Tr. 41:22–42:7, 114:17–115:7.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



120.

9.1.6

121.

---

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

122.

123.

124.

125.



---

[179] *See* Section 9.1.3, *supra*.

[180] *Id.*

[181] ROSS-000204366-ROSS-000204367 (

[182] LEGALEASE-00171828-LEGALEASE-00171831 (

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



126.

---

[183] *See generally* T. van der Heijden Dep. Tr., pp. 293-296.

[184] J. Obviagele Dep. Tr. 73:21-77:5

[185] ROSS-000204366-ROSS-000204367

[186] ROSS-000177723 (            ; *see also* T. van der Heijden Dep. Tr. 347:20–22

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



127.

---

[187] ROSS-003297293-ROSS-003297295 ███████████████); *see also* ROSS-000136374-ROSS-000136379; *see also* T. van der Heijden Dep. Tr. 335:15–19 ███████████████ (objection omitted).

[188] ROSS-009637509 ████████████████████████

[189] *Id.*

[190] ROSS-009637399-ROSS-009637400 ██████████████



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

128.

**9.1.7**

129.

130.

---

191 *Id.*

192 *See, e.g.*, ROSS-000054844 ; ROSS-000155730 (same).

193 590 Madison Ave #20th, New York, NY 10022.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

131.

132.



195 http://mongodb.github.io/node-mongodb-native/schema/chapter3/.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

133. ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████ ███████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

134. ████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████ █ ███████

████████████████████████████████████████████████

████████ ████████████████████████████████████████

---

[196] *See, e.g.,* ████████████████████████████████████████████.

[197] █████████████████████████████████████████████

███████████████████████████████████████████

█ ██████████████████████████████████████████

██████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

135.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

136.

137.

138.



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

139. ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████

140. ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████ ██████████████████

████████████████████████████████████████████

████████████████████████████████████████.

141. ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████.

142. ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

[201] *See*, *e.g.*, Brownlee, J. (2022). *Machine Learning Mastery*. https://machinelearningmastery.com/.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

[REDACTED]

---

202 *See* https://arxiv.org/abs/1607.04423.

203 *See* https://arxiv.org/abs/1610.08136.

204 *See* https://arxiv.org/abs/1704.04368.

205 *See* https://arxiv.org/abs/1703.03130.

206 https://opennmt.net/.

207 https://www.comet.com/site/.

208 https://www.tensorflow.org/.

209 https://www.nltk.org/.

210 https://sourceforge.net/p/lemur/wiki/RankLib/.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



143.

144.

213 ROSS-003419784-ROSS-003419786

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

145.

146.

147.



---

214 ROSS's Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12.

215 ROSS-003658597–ROSS-003658604

216 *Id.*

217 ROSS-003419784-ROSS-003419786

218 *See* Section 7.3, *supra*.

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

148.

149.

219 ROSS-009558441-ROSS-009558443; ROSS-003487472-ROSS-003487474; ROSS-009545896-ROSS-009545899.

220 ROSS-003487472-ROSS-003487474



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

### 9.1.8   The Market for Training Data

150.   ██████████████████████████████████████

████████████████████████████████████████

151.   ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████ █

152.   ██████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

---

[221] https://ai.googleblog.com/2016/09/introducing-open-images-dataset.html

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

153.

---
[222] http://press.gettyimages.com/getty-images-launches-industry-first-model-release-supporting-data-privacy-in-artificial-intelligence-and-machine-learning/

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**



154.

155.

---

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

156. ███████████████████████████

**10.** **CONCLUSION**

157. ███████████████████████████

*\*\*\**

---

224 ROSS-003487472-ROSS-003487474; *see also* ROSS-009558441-ROSS-009558443 ███

████ ; ROSS-009545896-ROSS-009545899 ████

(italics/underlining in original)).

**HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2022

Respectfully submitted,

_____

Dr. Jonathan L. Krein

# EXHIBIT 23

# APPENDIX C

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 2494 of 7202 PageID #: 80593

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 3918 of 7202 PageID #: 82017

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 3932 of 7202 PageID #: 82031

# EXHIBIT 24



**THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION**

**V.**

**ROSS INTELLIGENCE INC.**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Civil Action No. 1:20-cv-00613-SB

---

**EXPERT REPORT OF JAMES E. MALACKOWSKI**

**August 1, 2022**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

Ocean Tomo, J.S. Held and their affiliates and subsidiaries are not a certified public accounting firm(s) and do not provide audit, attest, or any other public accounting services.  Ocean Tomo and J.S. Held are not law firms and do not provide legal advice.  All rights reserved.

1    Firm Background and Qualifications ............................................................................... 1

2    Assignment ...................................................................................................................... 4

3    Summary of Opinions and Analyses .............................................................................. 5

    3.1    Summary of Opinions ............................................................................................. 5

    3.2    Bases for Opinions and Analyses ........................................................................... 7

4    Summary of Information Considered ............................................................................. 8

5    Relevant Entities ........................................................................................................... 10

    5.1    Thomson Reuters Corporation .............................................................................. 10

    5.2    ROSS ..................................................................................................................... 11

    5.3    Third-Parties ......................................................................................................... 11

6    Background Information ................................................................................................ 13

    6.1    Legal Research Platforms ...................................................................................... 13

    6.2    Artificial Intelligence in Legal Research Platforms ............................................. 25

    6.3    Artificial Intelligence in Plaintiffs' Legal Research Platform Development ......... 26

    6.4    ROSS's Product Development ............................................................................... 28

    6.5    Value of Westlaw Content ..................................................................................... 34

7    Event Timeline ............................................................................................................. 36

8    Plaintiffs' Copyright Infringement Allegations ........................................................... 39

9    Copyright Infringement Remedies ............................................................................... 41

10    Plaintiffs' Tortious Interference with Contract Allegation ......................................... 43

    10.1    Available Remedies for Tortious Interference with Contract ............................. 44

11    Analysis of Actual Damages ........................................................................................ 45

    11.1    Assessment of the Market Applicable to the Copyrights at Issue ...................... 45

    11.2    Assessment of Actual Damages Resulting from the Alleged Infringement......... 49

12    ROSS's Profits Attributable to Alleged Infringement ................................................ 58

    12.1    ROSS's Gross Revenue Attributable to Infringement ........................................ 58

13    Statutory Damages ....................................................................................................... 59

14    Signature ....................................................................................................................... 61

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

1

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY

**2**  ███████████



[1] Stipulated Protective Order, May 13, 2021.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

**3**  ██████████████████████

████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████████

**3.1**  ███████████████

███████████████████████████████
███████████████████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████████
████████████████████

███████████████████████████████
██████████████████████████████
███████████████████████

█████████████████████████████████
████████████████████████████████

**3.1.1**  ████████████████████

█████████████████████████████████
███████████████████████████████
█████████████████████████████████
██████████████████████████████
███████████████████████████████
█████████████████████████████████
█████████████████████████████████
████████████████████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████████
███████████████████████████████
█████████████████████████████████
██████

█████████████████████████████████
█████████████████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**3.1.2**

**3.1.3**

[2] Schedule 1.0.
[3] Schedule 1.1.
[4] *Great Am. Opportunities, Inc. v. Cherrydale Fundraising, LLC*, No. 3718-VCP, 2010 WL 338219, at * 27 (Del. Ch. Jan. 29, 2010).
[5] Schedule 6.0.
[6] Schedule 4.0.
[7] Schedule 4.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

Page 6

INTELLECTUAL CAPITAL EQUITY

**3.2** 

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

4   █████████████████████████████████

███████████████████████████████

- ███████████████████████
- ██████████████████
- ████████████████
- ████████████████████████████████████████
  - █████████████████████████████████████
  - █████████████████████████████████████
  - ██████████████████████████████████████
    ████
  - ██████████████████████████████████████
    █████████████
  - █████████████████████████████████████
    ████
- ██████████████████████████
  - ████████████████████████████████
  - █████████████████████████████████████
    ██████
  - ███████████████████████████████
  - █████████████████████████████████████
    ██████
- ██████████████████████████
  - ████████████████████████████████
  - ████████████████████████████████
  - ██████████████████████████████
- ███████████████████████
- ██████████████████

███████████████████████████████████
██████████████████████████████████
███████████████

█████████████████████████████████
███████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY



[8] Thomson Reuters Corporation 2021 Annual Report, pp. 102, 116.

[9] Business, Thomson Reuters Corporation 2021 Annual Report, p. 2.

[10] 2022 Strategic Growth Priorities, Thomson Reuters Corporation 2021 Annual Report, p. 6.

[11] Principal Subsidiaries, Thomson Reuters Corporation 2021 Annual Report, p. 189.

[12] Complaint, May 6, 2020, p. 3.

[13] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 145-147; ████████████████ TR-0359503-TR-0359560 at TR-0359503-TR-0359504 and TR-0359509-TR-0359542.

[14] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 151-152; ████████████████ TR-0359401-TR-0359443 at TR-0359401-TR-0359403 and TR-0359410-TR-0359441.

[15] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 157-159; ████████████████ TR-0359959-TR-0360216 at TR-0359962-TR-0359968; ████████████████ TR-0359564-TR-0359954.

[16] Principal Subsidiaries, Thomson Reuters Corporation 2021 Annual Report, p. 189.

[17] Complaint, May 6, 2020, p. 3.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**5.2** ███████

**5.3** ████████

**5.3.1** █████████

---

[18] ████████████████████████████████████ TR-0002758-TR-0002768.
[19] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022 , pp. 210-211, 215-216.
[20] Andrew Martens, 30(b)(6) Deposition March 25, 2022, p. 156; ██████████████████████ TR-0359181-TR-0359186; ██████████ TR-0359202-TR-0359204.
[21] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 153-155, 201-203; ██████████████ TR-0358927-TR-0358948 at TR-0358928-TR-0358930 and TR-0358943-TR-0358947; ████████████████ TR-0358967-TR-0358988 at TR-0358967, TR-0358969-TR-0358970, TR-0358986-TR-0358987.
[22] Andrew Arruda, Deposition March 30, 2022, pp. 11-12, 37-38.
[23] Andrew Arruda, Deposition March 30, 2022, p. 51.
[24] ████████████████ ROSS-009721062.
[25] ██████████████ TR-0037677-TR-0037680 at TR-0037677.
[26] ██████████████████████ TR-0039933-TR-0039942 at TR-0039933.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

█████████ █████████████████████████████ ██████ ███████████████
██████████████████████████████████████████ █

**5.3.2**  █████████

████████████████████████████████████████████████████ ███
███████████████████████████████████████████████████████
████████████████████████████████████████████████ ██ █
██████████████████████████████████████████ █████████████
█████████████████████████████ █

27 Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 21.
28 Andrew Arruda, Deposition March 30, 2022, p. 269.
29 ██████████████████████████████████████████ TR-0002758-TR-0002768 at TR-0002758-TR-0002760.
30 Low-Cost Legal Databases, Georgetown Law Library, https://guides.ll.georgetown.edu/freelowcost/low-cost.
31 Welcome to Fastcase, Fastcase, https://www.fastcase.com/.
32 Longtime Competitors Fastcase and Casemaker Merge, Reshaping the Legal Research Landscape, Bob Ambrogi, LawSites, January 5, 2021, https://www.lawnext.com/2021/01/longtime-competitors-fastcase-and-casemaker-merge-reshaping-the-legal-research-landscape.html.
33 Low-Cost Legal Databases, Georgetown Law Library, https://guides.ll.georgetown.edu/freelowcost/low-cost.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

**6** ███████████████████████

████████████████████████████████████████████████
████████████████████████████████.

### 6.1 ████████████████████



[34] ██████████████████████████ TR-0179867.
[35] █████████████████████████████ ROSS-003386670-ROSS-003386683 at ROSS-003386677-ROSS-003386678.
[36] █████████████████████████████ ROSS-003386670-ROSS-003386683 at ROSS-003386678.
[37] Edward Walters, 30(b)(6) Deposition March 1, 2022, p. 84.
[38] Casetext develops technology for attorneys who take pride in doing their best work efficiently, Casetext, https://casetext.com/about/.
[39] Low-Cost Legal Databases, Georgetown Law Library, https://guides.ll.georgetown.edu/freelowcost/low-cost.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

**6.1.1** ██████████████████

████████████████████████████████████████████
██████████████████████████████.

**6.1.1.1** ██████████████████

████████████████████████████████████
████████████████████████████████████████
██████ ██████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████
████████████████████████ ██████████████████████
████████████████████████████████████████████

40 ████████████████████████████████ ROSS-003386670-ROSS-003386683 at ROSS-003386678.
41 Thomson Reuters Corporation 2021 Annual Report, p. 6.
42 Thomson Reuters Corporation 2021 Annual Report, p. 8.
43 Thomson Reuters Corporation 2021 Annual Report, p. 6.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

██████████████████████████████████████████████████
██████████████████████████████████████████████████

**6.1.1.2**   ████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████ ███████████████████████████
███████████████████████████████████████ [46]



**6.1.1.3**   ████████████

██████████████████████████████ █████████████████
██████████████████████████████████████████████
█████████████████████████████████████ █████████
██████████████████████████████████████████
████████████████████████████ ██ ████████████
██████████████████████████████████████████████

────────────────────────

▪ ████████████████████████████████
▪ ██████████████████████
▪ ██████████████████████
▪ ████████████████████████████████████
▪ ██████████████████████████
▪ ██████████████████████████████
▪ ████████████████████████████████████████
▪ ████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY



**6.1.1.4**

**6.1.1.5**



**6.1.1.6** ██████████

**6.1.2** ████████████

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**6.1.2.1** ██████



**6.1.2.2** ██████

---

[68] I understand that the document entitled, ████████████████ TR-0002844-TR-0002845 ████████

[69] TR-0002844-TR-0002845 at TR-0002844.

[70] TR-0002844-TR-0002845 at TR-0002844.

[71] TR-0002844-TR-0002845 at TR-0002844.

[72] ████████ TR-0002812-TR-0002814 at TR-0002812.

[73] Terms and Conditions of use for the LexisNexis Services, Terms and Conditions for use of the Online Services, October 21, 2021, https://www.lexisnexis.com/en-us/terms/general/default.page.

[74] Terms and Conditions of use for the LexisNexis Services, Terms and Conditions for use of the Online Services, October 21, 2021, https://www.lexisnexis.com/en-us/terms/general/default.page.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**6.1.2.3**

[75] Terms and Conditions of use for the LexisNexis Services, Terms and Conditions for use of the Online Services, October 21, 2021, https://www.lexisnexis.com/en-us/terms/general/default.page.
[76] Terms and Conditions of use for the LexisNexis Services, Terms and Conditions for use of the Online Services, October 21, 2021, https://www.lexisnexis.com/en-us/terms/general/default.page.
[77] Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.
[78] Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.
[79] Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.
[80] Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



**6.1.2.4** ▮▮▮

**6.1.2.5** ▮▮▮

---

[81] Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.

[82] Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.

[83] Fastcase Terms of Service, https://www.fastcase.com/terms/.

[84] Fastcase Terms of Service, https://www.fastcase.com/terms/.

[85] Casetext Terms of Service, Updated July 6, 2022, https://casetext.com/terms/.

[86] Casetext Terms of Service, Updated July 6, 2022, https://casetext.com/terms/.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**6.1.2.6** ███████

**6.1.3** ███████

87 Casetext Terms of Service, Updated July 6, 2022, https://casetext.com/terms/.

88 ████████████████████████████████ TR-0001142-TR-0001153 at TR-0001146.

89 ████████████████████████████████ TR-0001142-TR-0001153 at TR-0001146.

90 ████████████████████████████████ TR-0001142-TR-0001153 at TR-0001146.

91 ████████████████████████████████ TR-0001142-TR-0001153 at TR-0001146; ███████████████ TR-0001154-TR-0001165 at TR-0001158.

92 ██████████████████ FASTCASE_090487-FASTCASE_090490 at FASTCASE_090488; ████████████ FASTCASE_090429.

93 ██████████████████████ CASEMAKER_029770-CASEMAKER_029776 at CASEMAKER_029770 and CASEMAKER_029772.

94 Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Response to Interrogatory No. 20 and Second Supplemental Response to Interrogatory No. 21, pp. 15-16, 24; ████████████████████ TR-0894151-TR0894157 at TR-0894151; Mark Hoffman, Deposition March 16, 2022, pp. 19-20; █████████████████ TR-0836004; ██████████████████.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**6.1.3.1** ██████████

---

[95] Editorial Enhancements, https://legal.thomsonreuters.com/en/products/westlaw/editorial-enhancements.

[96] Mark Hoffman, Deposition March 16, 2022, pp. 49-50; Legal Products, https://legal.thomsonreuters.com/en/products?.

[97] ████████████████████████████████ ████████ ROSS-009547818-ROSS-009547823 at ROSS-009547818.

[98] Interview of Mark Hoffman.

[99] Interview of Mark Hoffman.

[100] Interview of Mark Hoffman.

[101] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Response to Interrogatory No. 20 and Second Supplemental Response to Interrogatory No. 21, pp. 15-16, 24; ████████████████████ TR-0894151-TR0894157 at TR-0894151; Mark Hoffman, Deposition March 16, 2022, pp. 19-20, 27; ████████████████████ TR-0836004, ████████████; Schedule 5.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**6.1.3.2**

[102] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Second Supplemental Response to Interrogatory No. 21, p. 24; TR-0002846-TR-0002847 at TR-0002846; TR-0836004, ; Schedule 5.0.

[103] Interview of Mark Hoffman. TR-0894151-TR0894157 at TR-0894151; TR-0002846-TR-0002847 at TR-0002846.

[104] Interview of Mark Hoffman.

[105] TR-0836004, .

[106] TR-0836004, .

[107] Law Firm Per Search Pricing, LexisNexis, September 1, 2019, https://www.lexisnexis.com/en-us/terms/21/pricing.page.

[108] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Second Supplemental Response to Interrogatory No. 21, p. 24; TR-0002846-TR-0002847 at TR-0002846; TR-0836004, ; Schedule 5.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**INTELLECTUAL CAPITAL EQUITY**

**6.1.3.3** ▮▮▮▮▮▮▮▮▮▮

---

[109] Law Firm Per Search Pricing, LexisNexis, September 1, 2019, https://www.lexisnexis.com/en-us/terms/21/pricing.page.

[110] Edward Walters, 30(b)(6) Deposition March 1, 2022, p. 25.

[111] ▮▮▮▮▮▮▮▮▮▮ FASTCASE_090487-FASTCASE_090490 at FASTCASE_090488; ▮▮▮▮▮▮▮ FASTCASE_090429.

[112] ▮▮▮▮▮▮▮▮ FASTCASE_090487-FASTCASE_090490 at FASTCASE_090487.

[113] FASTCASE_090065-FASTCASE_090068 at FASTCASE_090065.

[114] Edward Walters, 30(b)(6) Deposition March 1, 2022, p. 30.

[115] ▮▮▮▮▮▮▮ FASTCASE_085445-FASTCASE_085448 at FASTCASE_085447.

[116] ▮▮▮▮▮ FASTCASE_085445-FASTCASE_085448 at FASTCASE_085447.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

██████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

█████████████████████████ █████████████████

███████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████ █████

**6.2**   ████████████████████████

████████████████████████████████

████████████████████████████████████

██████████████████████████ █████████████████

███████████████████████████████████████████████

████████████ █████████████████████████████████

████████████████████████ █████████████████████

█████████████████████████████████████████████████

█████████████ ██ █████████████████████████████

██████████████████████████████████████████

█████████████████████ ████████████████████████████

█████████ ██ █████████████████

---

[117] New Leadership at Legal Research Company Casemaker, Bob Ambrogi, June 5, 2018, LawSites, https://www.lawnext.com/2018/06/new-leadership-legal-research-company-casemaker.html.
[118] ████████████████████████████████████████ CASEMAKER_029770-CASEMAKER_029776 at CASEMAKER_029770 and CASEMAKER_029772.
[119] ██████████████████████████████████████████ CASEMAKER_029770-CASEMAKER_029776 at CASEMAKER_029771.
[120] Khalid Al-Kofahi, Deposition April 8, 2022, p. 19.
[121] ███████████████ TR-0037669-TR-0037676.
[122] Legal Analytics and Artificial Intelligence for Research & Law Practice: Tools, Features & Functionality," p. 2, www.duq.edu/assets/Documents/law/legal-research/_pdf/Baginski,%20Lexis.pdf
[123] About Bloomberg Law, Bloomberg Law, https://pro.bloomberglaw.com/about-bloomberg-law/.
[124] Fastcase AI Sandbox, Fastcase, https://www.fastcase.com/sandbox/.
[125] Casemaker Offers Its Members Access to Vincent, AI Tool from vLex, LawSites, March 12, 2019, https://www.lawnext.com/2019/03/casemaker-offers-its-members-access-to-vincent-ai-tool-from-vlex.html.
[126] Casetext develops technology for attorneys who take pride in doing their best work efficiently, Casetext, https://casetext.com/about/.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

**6.3** ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

---

[127] ▪▪▪▪▪▪▪▪▪ TR-0037669-TR-0037676.
[128] ▪▪▪▪▪▪▪▪▪ TR-0037669-TR-0037676 at TR-0037669.
[129] Khalid Al-Kofahi, Deposition April 8, 2022, p. 19.
[130] Khalid Al-Kofahi, Deposition April 8, 2022, p. 20.
[131] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 16-17.
[132] Khalid Al-Kofahi, Deposition April 8, 2022, p. 17.
[133] ▪▪▪▪▪▪▪▪▪ TR-0037669-TR-0037676 at TR-0037672.
[134] ▪▪▪▪▪▪▪▪▪ TR-0037669-TR-0037676 at TR-0037672.
[135] Khalid Al-Kofahi, Deposition April 8, 2022, p. 20.
[136] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 20-21.
[137] Khalid Al-Kofahi, Deposition April 8, 2022, p. 24.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

138 Khalid Al-Kofahi, Deposition April 8, 2022, p. 22.
139 Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 12-13.
140 Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 13-14.
141 Major Thomson Reuters Launch: Westlaw Edge, West Search Plus, Analytics, Enhances Citator and More, Jean O'Grady, July 12, 2018, Dewey B Strategic, https://www.deweybstrategic.com/2018/07/6838.html.
142 ██████████ TR-0037669-TR-0037676 at TR-0037674.
143 Khalid Al-Kofahi, Deposition April 8, 2022, p. 60.
144 Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, p. 143; Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, pp. 36-37.
145 Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 77-78.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



**6.4**

---

[146] Andrew Arruda, Deposition March 30, 2022, p. 45.
[147] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 36-37.
[148] Andrew Arruda, Deposition March 30, 2022, pp. 11-12.
[149] Andrew Arruda, Deposition March 30, 2022, p. 59.
[150] Andrew Arruda, Deposition March 30, 2022, pp. 58-60.
[151] Andrew Arruda, Deposition March 30, 2022, pp. 58-60.
[152] Andrew Arruda, Deposition March 30, 2022, p. 28.
[153] Andrew Arruda, Deposition March 30, 2022, p. 63.
[154] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 10.
[155] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 10.
[156] Andrew Arruda, Deposition March 30, 2022, pp. 66, 69.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



[157] Andrew Arruda, Deposition March 30, 2022, pp. 68-69.

[158] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 207-208; ███████████████ ROSS-009585472.

[159] Andrew Arruda, Deposition March 30, 2022, p. 70.

[160] ███ ROSS-003334354.

[161] ███ ROSS-003334354.

[162] ███ ROSS-003610162-ROSS-003610165 at ROSS-003610164.

[163] ███ ROSS-003610162-ROSS-003610165 at ROSS-003610163.

[164] ███ ROSS-003610162-ROSS-003610165 at ROSS-003610162.

[165] ███ ROSS-003277880-ROSS-003277881 at ROSS-003277880.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



166 ██████████████████████████████████████████████████ ROSS-003277880-ROSS-003277881 at ROSS-003277881.

167 ██████████████████████████████████████████████████████████ TR-0038909-TR-0038920 at TR-0038910.

168 ██████████████████████████████████████████████████████████████ TR-0038921-TR-0038922.

169 Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12.

170 ██████████████████████████████████████████████ CASEMAKER_029770-CASEMAKER_029776.

171 Andrew Arruda, Deposition March 30, 2022, pp. 83-84.

172 Andrew Arruda, Deposition March 30, 2022, pp. 83-84.

173 Andrew Arruda, Deposition March 30, 2022, pp. 275, 277.

174 ██████████████████████████████████████████████ ROSS-003487472-ROSS-003487474 at ROSS-003487473.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

Page 30

INTELLECTUAL CAPITAL EQUITY



[175] Andrew Arruda, Deposition March 30, 2022, pp. 95-96, 280-283.
[176] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-188.
[177] ████████ ROSS-000197671-ROSS-000197673 at ROSS-000197672.
[178] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, pp. 324-325.
[179] ████████ ROSS-000197671-ROSS-000197673 at ROSS-000197672.
[180] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, pp. 325-326.
[181] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, p. 327.
[182] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79; ████████ R-LEGALEASE-00050718-R-LEGALEASE-00050721 at R-LEGALEASE-00050720.
[183] ████████ R-LEGALEASE-00050718-R-LEGALEASE-00050721 at R-LEGALEASE-00050718.
[184] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79.
[185] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 80.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

[REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

- [REDACTED]
- [REDACTED]
- [REDACTED]

---

[186] [REDACTED] ROSS-000176759-ROSS-000176767 at ROSS-000176761.

[187] [REDACTED] ROSS-000176759-ROSS-000176767 at ROSS-000176766.

[188] [REDACTED] ROSS-000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304774.

[189] [REDACTED] ROSS-000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304772.

[190] [REDACTED] ROSS-000304769-ROSS-000304784 at ROSS-000304771.

[191] [REDACTED] ROSS-000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304772.

[192] [REDACTED] ROSS-000175054-ROSS-000175067 at ROSS-000175056.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



[193] Sean Shafik, 30(b)(6) Deposition April 22, 2022, p. 122, ███████████████
████ ROSS-003382388.

[194] ███ TR-0039933-TR-0039942.

[195] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 238.

[196] ███████████████████ R-LEGALEASE-00048772-R-LEGALEASE-00048776 at R-LEGALEASE-00048772.

[197] ███████████████████ R-LEGALEASE-00048772-R-LEGALEASE-00048776 at R-LEGALEASE-00048773.

[198] ███████████████████ R-LEGALEASE-00048772-R-LEGALEASE-00048776 at R-LEGALEASE-00048773-R-LEGALEASE-00048774.

[199] ███████████████████ R-LEGALEASE-00048772-R-LEGALEASE-00048776 at R-LEGALEASE-00048775.

[200] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 284-285; ████████████████ R-LEGALEASE-00048728-R-LEGALEASE-00048737 at R-LEGALEASE-00048735-R-LEGALEASE-00048736.

[201] ████████ R-LEGALEASE-00048728-R-LEGALEASE-00048737 at R-LEGALEASE-00048736.

[202] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 11, p. 63.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

**6.5** ████████████████████

---

[203] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 184-185.

[204] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-187.

[205] ████████████████████ ROSS-009722263-ROSS-009722299 at ROSS-009722264.

[206] ████████ TR-0037669-TR-0037676 at TR-0037674-TR-0037675.

[207] Khalid Al-Kofahi, Deposition April 8, 2022, p. 24.

[208] Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, p. 143; Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, p. 37.

[209] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 11, p. 63.

[210] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-187.

[211] ████████████ ROSS-003610162-ROSS-003610165 at ROSS-003610163.

[212] ████████ ROSS-003610162-ROSS-003610165 at ROSS-003610162.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**





[213] ███████████████████████████████████████ TR-0908447.

[214] Bloomberg Hangs New Shingle, The Wall Street Journal, July 8, 2010, https://www.wsj.com/articles/SB10001424052748704545004575353143750422612.

[215] ████████████████████████████████████████

████████ R-LEGALEASE-00048728-R-LEGALEASE-00048737 at R-LEGALEASE-00048735.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**7**

---

[216] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 145-147; ▮▮▮▮▮▮ TR-0359503-TR-0359560 at TR-0359503-TR-0359504 and TR-0359509-TR-0359542.

[217] Khalid Al-Kofahi, Deposition April 8, 2022, p. 19.

[218] ▮▮▮▮▮▮ TR-0002758-TR-0002768 at TR-0002758-TR-0002760.

[219] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 16-17.

[220] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 151-152; ▮▮▮▮▮▮ TR-0359401-TR-0359443 at TR-0359401-TR-0359403 and TR-0359410-TR-0359441.

[221] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 153-155; ▮▮▮▮▮▮ TR-0358927-TR-0358948.

[222] Andrew Arruda, Deposition March 30, 2022, pp. 11-12, 37-38.

[223] Andrew Martens, 30(b)(6) Deposition March 25, 2022, p. 156; ▮▮▮▮▮▮ TR-0359181-TR-0359186; ▮▮▮▮▮▮ TR-0359202-TR-0359204.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**INTELLECTUAL CAPITAL EQUITY**



[224] TR-0038909-TR-0038920.
[225] TR-0038921-TR-0038922.
[226] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 78.
[227] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 79.
[228] TR-0039933-TR-0039942.
[229] ROSS-000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304774.
[230] CASEMAKER_029770-CASEMAKER_029776.
[231] R-LEGALEASE-00048772-R-LEGALEASE-00048776.
[232] R-LEGALEASE-00048728-R-LEGALEASE-00048737.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY





---

[233] ████████████████████████████ LEGALEASE-00108391.

[234] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 153-155, 201-203; ████████████ ████████████████ TR-0358967-TR-0358988 at TR-0358967, TR-0358969-TR-0358970, TR-0358986-TR-0358987.

[235] ████████████████████████████ ROSS-000247119-ROSS-000247120.

[236] ████████████████████████████ ROSS-000241438-ROSS-000241439.

[237] Andrew Martens, 30(b)(6) Deposition March 25, 2022, pp. 157-159; ████████████████ ████████████ TR-0359959-TR-0360216 at TR-0359962-TR-0359968; ████████████████████ TR-0359564-TR-0359954.

[238] Complaint, May 6, 2020.

[239] ████████████████ TR-0037677-TR-0037680 at TR-0037677.

[240] ████████████████ TR-0037677-TR-0037680 at TR-0037677.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**8**

---

[241] Complaint, May 6, 2020, p. 8.
[242] Complaint, May 6, 2020, p. 8.
[243] Complaint Exhibit A, May 6, 2020.
[244] Copyright Registration TXu 65-600, April 8, 1981, Complaint Exhibit A, May 6, 2020, pp. 2-3.
[245] Complaint, May 6, 2020, p. 13.
[246] Complaint, May 6, 2020, p. 13.
[247] Complaint, May 6, 2020, p. 14.
[248] Complaint, May 6, 2020, pp. 9, 12.
[249] Complaint, May 6, 2020, pp. 11-12.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████

██████████████

---

[250] Complaint, May 6, 2020, pp. 11-14.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



INTELLECTUAL CAPITAL EQUITY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY

**10** ████████████████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████ █████████
██████████████████████████

████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

---

252 Complaint, May 6, 2020, p. 15.

253 ████████████████████████████████████████

ROSS-003389728-ROSS-0003389730 at ROSS-003389728.

254 ████████████████████████████████████████
████    ROSS-023018233-ROSS-023018236 at ROSS-023018235.

255 Andrew Arruda, Deposition March 30, 2022, p. 271.

256 ████████████████████████████████████████
████████████    ROSS-000203449-ROSS-000203467 at ROSS-000203466.

257 ████████████████████████████████████████
████████████    ROSS-000203449-ROSS-000203467 at ROSS-000203449.

258 ████████████████████████████████████    TR-0038909-TR-0038920.

259 Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

 **INTELLECTUAL CAPITAL EQUITY**



**10.1**

---

[260] ████████████████████████████████████████ ROSS-000204366-ROSS-000204367 at ROSS-000204366.
████████████████████
[261] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 172-174.
[262] Complaint, May 6, 2020, p. 15.
[263] Complaint, May 6, 2020, p. 15.
[264] Restatement (Second) of Torts § 766.
[265] *Great Am. Opportunities, Inc. v. Cherrydale Fundraising, LLC*, No. 3718-VCP, 2010 WL 338219, at * 27 (Del. Ch. Jan. 29, 2010).
[266] Restatement (Second) of Torts § 766.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



---

[270] Huge "foundation models" are turbo-charging AI progress," The Economist, June 11, 2022, https://www.economist.com/interactive/briefing/2022/06/11/huge-foundation-models-are-turbo-charging-AI-progress.

[271] Huge "foundation models" are turbo-charging AI progress," The Economist, June 11, 2022, https://www.economist.com/interactive/briefing/2022/06/11/huge-foundation-models-are-turbo-charging-AI-progress.

[272] Huge "foundation models" are turbo-charging AI progress," The Economist, June 11, 2022, https://www.economist.com/interactive/briefing/2022/06/11/huge-foundation-models-are-turbo-charging-AI-progress.

[273] The world's most valuable resource is no longer oil, but data, The Economist, May 6, 2017, https://www.economist.com/leaders/2017/05/06/the-worlds-most-valuable-resource-is-no-longer-oil-but-data.

[274] The world's most valuable resource is no longer oil, but data, The Economist, May 6, 2017, https://www.economist.com/leaders/2017/05/06/the-worlds-most-valuable-resource-is-no-longer-oil-but-data.

[275] Data Privacy Day at Apple: Improving transparency and empowering users, Apple, January 27, 2021, https://www.apple.com/newsroom/2021/01/data-privacy-day-at-apple-improving-transparency-and-empowering-users/.

[276] Buy Clean Datasets For Machine Learning, DataStock, https://datastock.shop/buy-clean-datasets/.

[277] Opening Expert Report of Dr. Jonathan Krein, August 1, 2022, pp. 78-79; "Getty Images Launches Industry-First Model Release Supporting Data Privacy in Artificial Intelligence and Machine Learning," March 22, 2022, http://press.gettyimages.com/getty-images-launches-industry-first-model-release-supporting-data-privacy-in-artificial-intelligence-and-machine-learning/.

[278] Opening Expert Report of Dr. Jonathan Krein, August 1, 2022, pp. 79-80; Defined.AI Home Page, https://www.defined.ai/.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**INTELLECTUAL CAPITAL EQUITY**



---

[279] Opening Expert Report of Dr. Jonathan Krein, August 1, 2022, pp. 82-83; "Data Science and Analytics," https://www.lexisnexis.com/en-us/professional/connect/daas/data-science.page?utm_source=google&utm_medium=cpc&utm_term=machine%20learning%20data&utm_campaign=BR-M-NEX-US-DAAS-PPC-BMM-2020&utm_content=&gclid=Cj0KCQjw2_OWBhDqARIsAAUNTTFfpb40XXJNBLhBRC-Kq4Roa3KpOH91Bz8LvUeGwNMmE0FfW2hftZ8aApbzEALw_wcB.

[280] Categorize your data set for optimal search results with our superior taxonomy offering, LexisNexis, https://internationalsales.lexisnexis.com/partners/taxonomy.

[281] ████████████ TR-0037669-TR-0037676.

[282] Khalid Al-Kofahi, Deposition April 8, 2022, p. 19.

[283] Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, p. 143.

[284] Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, p. 104.

[285] Opening Expert Report of Dr. Jonathan Krein, August 1, 2022, p. 75.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



[286] Comparing 3 Legal Research Software Products, Capterra, Casetext vs Fastcase vs Lexis, https://www.capterra.com/legal-research-software/compare/196820-168929-196819/CARA-vs-Fastcase-vs-Lexis-Advance.

[287] How Bloomberg Law (BLAW) Uses AI and Machine Learning to Prove its Case, Bloomberg, June 7, 2019, https://www.bloomberg.com/company/stories/bloomberg-law-blaw-uses-ai-machine-learning-prove-case/.

[288] Comparing 3 Legal Research Software Products, Capterra, Casetext vs Fastcase vs Lexis, https://www.capterra.com/legal-research-software/compare/196820-168929-196819/CARA-vs-Fastcase-vs-Lexis-Advance.

[289] Casemaker Offers Its Members Access to Vincent, AI Tool from vLex, LawSites, March 12, 2019, https://www.lawnext.com/2019/03/casemaker-offers-its-members-access-to-vincent-ai-tool-from-vlex.html.

[290] Comparing 3 Legal Research Software Products, Capterra, Casetext vs Fastcase vs Lexis, https://www.capterra.com/legal-research-software/compare/196820-168929-196819/CARA-vs-Fastcase-vs-Lexis-Advance.

[291] Declaration of Andrew Arruda, *West Publishing Corporation v. LegalEase Solutions, LLC,* Case No. 0:18-cv-01445, October 1, 2019, p. 1.

[292] Sean Shafik, 30(b)(6) Deposition April 22, 2022, p. 122, ███████████████████ ███ ROSS-003382388.

[293] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 167-168.

[294] ██████████████████████████ ROSS-003386670-ROSS-003386683 at ROSS-003386678.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**11.2** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**11.2.1** ▮▮▮▮▮▮

---

[295] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
ROSS-003389728-ROSS-0003389730 at ROSS-003389728.

[296] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, p. 157.

[297] Andrew Arruda, Deposition March 30, 2022, pp. 39, 103, 114; ▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮   ROSS-003705907-ROSS-003705908 at ROSS-003705907; Declaration of Andrew Arruda, *West Publishing Corporation v. LegalEase Solutions, LLC,* Case No. 0:18-cv-01445, October 1, 2019, p. 2; Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, p. 55.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



298 ███████ TR-0038909-TR-0038920; ████████████████████████████████
████████████████████████████████████████████ ROSS-
000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304774.
299 Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79.
300 Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-188.
301 Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79; ████████████
████████████████████ TR-0002723; ████████████████████
████████████████████ R-LEGALEASE-00101636-R-LEGALEASE-00101642 at
R-LEGALEASE-00101637; Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 181-183, 186.
302 Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing
Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS
Intelligence Inc.'s Interrogatory No. 1, March 23, 2022.
303 Mark Hoffman, Deposition March 16, 2022, pp. 20, 101.
304 Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing
Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS
Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Response to Interrogatory No. 20 and Second
Supplemental Response to Interrogatory No. 21, pp. 15-16, 24; ████████████████████████
████████████████ TR-0894151-TR0894157 at TR-0894151; Mark
Hoffman, Deposition March 16, 2022, pp. 19-20, 27; ████████████████████████
███████████████████████████████ tab ███████; Schedule 5.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**11.2.1.1** ████████████████████████████████

---

[305] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Second Supplemental Response to Interrogatory No. 21, p. 24; ████████████████████████████████ TR-0002846-TR-0002847 at TR-0002846; ████████████████████ ████████████ TR-0836004, ██████████████; Schedule 5.0.
[306] ████████████████████████████████████████████████ TR-0836004, ████████████████.
[307] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79.
[308] ████████████████████████████████████████████ R-LEGALEASE-00101636-R-LEGALEASE-00101642 at R-LEGALEASE-00101641.
[309] ████████████████████████████████████████████ R-LEGALEASE-00101636-R-LEGALEASE-00101642 at R-LEGALEASE-00101640.
[310] ████████████████████████████████████████████ R-LEGALEASE-00101636-R-LEGALEASE-00101642 at R-LEGALEASE-00101637.
[311] ████████████████████████████████████████████ R-LEGALEASE-00101636-R-LEGALEASE-00101642 at R-LEGALEASE-00101637.
[312] ████████████████████████████████████████, TR-0836004, ██████████████.
[313] Interview of Mark Hoffman.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

**11.2.1.2** ██████████████████████████████

---

[314] Schedule 1.0.
[315] Schedule 2.0.
[316] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, Second Supplemental Response to Interrogatory No. 21, p. 24; ████████████████████████████████████████ TR-0002846-TR-0002847 at TR-0002846; ███████████████ TR-0836004, ████████████; Schedule 5.0.
[317] Schedule 5.0.
[318] Schedule 2.0.
[319] Schedule 1.0.
[320] Schedule 1.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



---

[321] Schedule 3.1.
[322] Schedule 3.1.
[323] Schedule 3.1.
[324] Schedule 3.1.
[325] Schedule 3.1.
[326] Schedule 3.0.
[327] Interview of Mark Hoffman.
[328] Schedule 3.1.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**11.2.2**

[329] Schedule 3.3.
[330] ███████████████████████████████████████████████;
Schedule 5.0.
[331] Schedule 3.3.
[332] Schedule 3.3.
[333] Schedule 3.2.
[334] Schedule 1.1.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

**11.2.2.1** ██████████████

████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████

**11.2.2.2** ██████████████

████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

---

[335] Interview of Mark Hoffman.
[336] Interview of Mark Hoffman.
[337] Complaint Exhibit A, May 6, 2020.
[338] Section 6.1.3
[339] ████████████████████████████████████████████████ FASTCASE_085445-FASTCASE_085448 at FASTCASE_085447.
██████████████████ FASTCASE_085445-FASTCASE_085448 at FASTCASE_085447.
[340] New Leadership at Legal Research Company Casemaker, Bob Ambrogi, June 5, 2018, LawSites, https://www.lawnext.com/2018/06/new-leadership-legal-research-company-casemaker.html.
[341] ████████████████████████████████████████████████
CASEMAKER_029770-CASEMAKER_029776 at CASEMAKER_029770 and CASEMAKER_029772.
[342] ██████████████████████████████████ ROSS-009722263-ROSS-009722299 at ROSS-009722299.
[343] Schedule 3.0 and Schedule 3.2.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

**INTELLECTUAL CAPITAL EQUITY**



---

[344] Schedule 2.1.
[345] Schedule 1.0.
[346] Schedule 3.0.
[347] ████████████████████████████████████████████████ TR-0836004.
[348] ████████████████████████████████████████████████ ;
Schedule 5.0.
[349] Interview of Mark Hoffman.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

██████████████████████████████████████████████████
███████████████████████████████████████████████ █

**11.2.3** ████████████████████

████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████████████
██████ █

██████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
██████████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████ █

█████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████ █

---

[350] Schedule 3.2.
[351] Schedule 1.0.
[352] Schedule 1.1.
[353] Restatement (Second) of Torts § 766.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

 **INTELLECTUAL CAPITAL EQUITY**

**12** ███████████████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████ ██████████████████████
████████████████████████████████████████████
███████████████████████████ 

**12.1** █████████████████████████



████████████████████████████████████████
██ ████████████████████████████████████
████████████████████ ██████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████ ███████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████

████████████████████████████████████████
███ ██

---

[354] 17 U.S.C. § 504.

[355] *Great Am. Opportunities, Inc. v. Cherrydale Fundraising, LLC*, No. 3718-VCP, 2010 WL 338219, at * 27 (Del. Ch. Jan. 29, 2010).

[356]  ROSS-009720945; ████████████████ ROSS-009664862; ████████████ ROSS-009690394; ███████████ ROSS-009721062.

[357] ████████████████████ TR-0037677-TR-0037680 at TR-0037677.

[358] ████████████████████ ROSS-009722263-ROSS-009722299 at ROSS-009722264.

[359] Schedule 6.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

**13**



---

[360] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 11, p. 63.

[361] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, p. 324.

[362] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 238.

[363] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, First Supplemental Response to Interrogatory No. 21, p. 22.

[364] Schedule 1.2

[365] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, First Supplemental Response to Interrogatory No. 21, p. 22.

[366] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, Appendix C.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

███████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████ ██ ████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████ ██

---

[367] Schedule 4.0.
[368] Schedule 4.0.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

## 14   SIGNATURE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

_____          August 1, 2022_____
James E. Malackowski                                    Date

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY



200 West Madison
Suite 1020
Chicago, IL 60606
(312) 327-4400 Ph
www.oceantomo.com

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

# Appendix A

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



July 14, 2022

# JAMES E. MALACKOWSKI
# CURRICULUM VITAE

**James E. Malackowski** is a Co-founder and Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held.  Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property (IP) and other intangible assets; corporate accounting investigations; regulatory and reporting obligations; solvency and restructuring; and contractual or competition disputes. Practice offerings address economic damage calculations and testimony; accounting investigations and financial forensics; technology and intangible asset valuation; strategy and risk management consulting; mergers and acquisitions; debt and equity private placement; and IP brokerage.  Subsidiaries of Ocean Tomo include Ocean Tomo Investments Group, LLC, a registered broker-dealer.  With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

Along with Supreme Court Justice Stephen Breyer, Mr. Malackowski was inducted into the IP Hall of Fame in 2022, chosen by the IP Hall of Fame Academy from a longlist of nominees put forward by the global IP community. Mr. Malackowski was recognized by the Academy in 2022 with the Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset. Mr. Malackowski's inclusion into the IP Hall of Fame follows annual recognition since 2007 by leading industry publications as one of the 'World's Leading IP Strategists'.  Significantly, Mr. Malackowski is listed among "50 Under 45" by *IP Law & Business™*; included in the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers; and, named as one of "The Most Influential People in IP" by *Managing Intellectual Property™*.  Mr. Malackowski was named as1 of 50 individuals, companies and institutions that framed the first 50 issues of *IAM Magazine* as well as 1 of 60 leading global Economics Expert Witnesses by the same publication in 2014.  In 2011 Mr. Malackowski was selected by the World Economic Forum as one of less than twenty members of the Network of Global Agenda Councils to focus on questions of IP policy.  In 2013 he was inducted into the Chicago Area Entrepreneurship Hall of Fame by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration.  In 2018, Mr. Malackowski joined the Standards Development Organization Board of the Licensing Executives Society (USA & Canada), Inc. governing voluntary consensus-based professional practices that are guided in their development by the American National Standards Institute's (ANSI's) Essential Requirements.  LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management.

On more than one hundred occasions, Mr. Malackowski has served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice, the U.S. Patent and Trademark Office Patent Trial and Appeal Board, and global arbitrations on questions relating to intellectual property economics including the subject of valuation, reasonable royalty, lost profits, price erosion, commercial success, corrective advertising, creditor allocations, Hatch Waxman Act market exclusivity, business significance of licensing terms including RAND obligations, venture financing including expected risk / return, and equities of a potential injunction.  Mr. Malackowski's experience extends to matters of general business valuation and commercial disputes, both domestic and foreign.  Mr. Malackowski has publicly addressed policy issues affecting international trade and has provided expert opinions concerning antidumping and countervailing duties imposed by the U.S. Department of Commerce as well as testimony on domestic industry, bond, and remedies before the International Trade Commission.



Mr. Malackowski has substantial experience as a Board Director for leading technology corporations and research organizations as well as companies with critical brand management issues.  He is Past President of The Licensing Executives Society International, Inc., with oversight for more than ten thousand members in thirty-two countries.  Mr. Malackowski focuses his non-for-profit efforts with organizations leveraging science and innovation for the benefit of children and students, including those located in lesser developed countries.  He has served since 2002 as a Trustee or Director of the National Inventors Hall of Fame, Inc., an organization providing summer enrichment programs for more than 100,000 students annually.  For more than ten years Mr. Malackowski served as a Director of Chicago's Stanley Manne Children's Research Institute, advancing the organization's agenda to measure and report the impact of its pediatric research.  He recently completed service on the Pritzker School of Molecular Engineering Council at the University of Chicago and continues as an Advisor to the Venture Builder Community at the University of Notre Dame.

Mr. Malackowski is a frequent speaker on emerging technology markets and related financial measures.  He has addressed mass media audiences including Bloomberg Morning Call, Bloomberg Evening Market Pulse, Bloomberg Final Word, CNBC Closing Bell, CNBC On the Money, CNBC Street Signs, CNBC World Wide Exchange, CBS News Radio and Fox Business National Television as well as other recognized news-based internet video channels.  Mr. Malackowski is a current or past judge for the Illinois Technology Association's CityLIGHTS™ Innovation Awards program, the University of Notre Dame McCloskey Venture Competition, 1st Source Faculty Commercialization Awards, and PBS's *Everyday Edisons*.

As an inventor, Mr. Malackowski has more than twenty issued U.S. patents.  He is a frequent instructor for graduate studies on IP management and markets and a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy.  Mr. Malackowski is Certified/Accredited in Financial Forensics, Business Valuation and Blockchain Fundamentals.  He is a Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois.  Mr. Malackowski has been certified to receive United States Sensitive Security Information (SSI) as governed by Title 49 Code of Federal Regulations.

---

**EMPLOYMENT**

Co-Founder and Senior Managing Director, *Ocean Tomo, LLC, a part of J.S. Held.,* July 1, 2003 to present.  Mr. Malackowski is responsible for all aspects of the firm's intellectual property focused merchant banking practice.  Mr. Malackowski served as Chairman from the firm's founding in 2003 until acceptance of Bow River Capital as a strategic partner in 2020.  He served as Chief Executive Officer of Ocean Tomo, LLC from formation until its sale to J.H. Held in 2022.

President and Chief Executive Officer, *IP Equity Management, LLC,* doing business as Duff & Phelps Capital Partners, March 1, 2002 to June 30, 2003.  The firm's intellectual property structured finance efforts were consolidated with Ocean Tomo on July 1, 2003.

Principal and Founder, *VIGIC Services, LLC,* July 1, 2000 to February 28, 2002.  Mr. Malackowski identified and evaluated intellectual capital based private equity investment opportunities and served as an advisor to four completed transactions.

Principal and co-Founder, *IPC Group LLC*, August 1, 1988 – June 30, 2000.  Mr. Malackowski also held the offices of President and CEO and was a Board



member / chairman of the firm.  Along with four co-founders, Mr. Malackowski grew IPC Group to become the largest professional services firm specializing in intellectual property valuation and strategy consulting.  IPC Group was sold in 1999 later changing its name to InteCap.

Executive Consultant, *Peterson & Co. Consulting*, Chicago, June 3, 1985 – July 30, 1988.  Mr. Malackowski began with Peterson as a Staff Consultant and was the firm's quickest promotion to both Senior Consultant and Executive Consultant.  Mr. Malackowski helped to establish the firm's intellectual property litigation and valuation practice.  Peterson & Co. was sold to Saatchi & Saatchi PLC in 1988.

| | |
|---|---|
| **NON-PROFIT AND ASSOCIATION EXPERIENCE** | Mr. Malackowski has been active in The Licensing Executives Society (LES) locally, nationally and internationally.  LES is the premiere global professional association of technology transfer and intellectual asset management professionals with more than 9,000 members in more than 32 countries. |

Mr. Malackowski is Past President of the Licensing Executives Society International, LLC, where his experience included the following positions:

- Director, LES Standards Development Organization (2018 – present)
- Chair, Past President's Council (2012 – 2013)
- President and Member of the Board (2011 - 2012)
- President Elect and Member of the Board (2010 - 2011)
- Secretary and Member of the Board (2007 - 2010)
- Member and Permanent Alternate, Board of Delegates (1992 - 2005)
- Past Chair, Membership, Investment, Education, Long-range Planning and Global Technology Impact Forum Committees.

Mr. Malackowski's term as President of LESI has been recognized for creation of the LESI Global Technology Impact Forum and concurrent Invent For Humanity™ Technology Transfer Exchange Fair; formalizing the National Presidents' Council; establishing the position of a permanent Executive Director; and, restructuring the leadership of LESI committees utilizing a Chair, Past Chair, Chair Elect ladder combined with functional responsibilities for committee Vice Chairs.  This later organizational stamp is based largely on Mr. Malackowski's experience as President of LES USA & Canada described below where he led a restructuring of the Board from a regional to a functional focus for each officer and Trustee.   As with his tenure at his national Society discussed below, Mr. Malackowski led a financial turn-around returning LESI to positive cash flow following its' only two years of loss.

Mr. Malackowski is also Past President of The Licensing Executives Society (USA and Canada), Inc. where he held numerous offices in the organization including:

- President and Member of the Board (2001 – 2002)
- International Vice President and Member of the Board (2000)
- Treasurer and Member of the Board (1996 -- 1999)



- Trustee and Member of the Board (1992 – 1996)
- Chair, Annual Meeting in Miami Beach (1998) and the Summer Meeting in Chicago (1997)

Mr. Malackowski presided over a restructuring of the LES USA & Canada Board and a financial turn-around returning the organization to positive cash flow following its only two years of loss to such date.  Mr. Malackowski is the youngest President to hold office at LES USA & Canada as well as at LES International.

In 2007, Mr. Malackowski was the Founding Chair of the Board of Governors for what is now Certified Licensing Professionals, Inc., administrator of the Certified Licensing Professional (CLP) program for professionals in the fields of licensing, business development and commercialization of intellectual property.  More than 1,000 individuals involved in patenting, marketing, valuation, IP law, negotiation, and intellectual asset management have earned the CLP certification.  CLP, Inc. is a 501(c)(6) organization whose mission is to elevate the licensing profession through knowledge and standards.

In 2018 Mr. Malackowski joined the Standards Development Organization Board of LES USA & Canada.  LES standards are voluntary consensus-based professional practices that are guided in their development by the "American National Standards Institute's (ANSI's) Essential Requirements."  ANSI is the unique accrediting agency in the United States for voluntary consensus standards development organizations.  LES is an accredited ANSI Standards Developer and as such guarantees its constituents that its standards will be developed in a fair, balanced, consensus-based, due process driven way.  LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management and, where appropriate, offer enterprises the opportunity to differentiate themselves based on their use of these consensus professional practices, through certification of conformance to those standards.

Mr. Malackowski extends significant time to non-profit activities directed towards a further understanding of the economic importance of innovation and intellectual property, in both the United States and developing economies.  These efforts include:

- Founding Board Member and member of the Executive Committee, United Stages Intellectual Property Alliance (USIPA) and Global Intellectual Property Alliance, (2020 -)
- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Advisory Council, University of Chicago, Pritzker School of Molecular Engineering (2018 - 2022)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 - 2020)
- Member, World Economic Forum Network of Global Agenda Councils (2011 - 2012)
- Director, International Intellectual Property Institute, Washington D.C., (2002 - 2007)
- Resident Advisor, U.S. Information Agency, (1999)



- Resident Advisor, U.S. Department of Commerce Commercial Law and Development Program (1997)
- Founder and Chairman, The Center for Applied Innovation, Inc. (2004 -)

In addition to his University instruction described herein, Mr. Malackowski focuses his non-for-profit efforts with those organizations leveraging science and innovation for the benefit of children.

- Director, Children's Research Fund (2013); Co-Chair Annual Fund Campaign (2013)
- Director, National Inventors Hall of Fame, Inc. (NIHF) including service as a Member, Trustee or Director of related subsidiaries and Board Committees (2001 - present).   The NIHF provides summer enrichment programs for more than 160,000 students annually including Camp Invention™ for kids in grades 1-6 (and their parents and teachers); Collegiate Inventors Competition™ for college students (and their mentors); and, Club Invention™ for kids in grades 1-6 (and their parents and teachers).  NIHF provides more than 20,000 camp scholarships annually for children in financial need.
- President's Council, Chicago Museum of Science and Industry (2005 - 2011) including participation on the Education Advisory Committee (2007 - 2009) and the Alternative Revenue Committee (2008 - 2011)
- Director, Stanley Manne Children's Research Institute (2009 - 2020) including Chair of the Board's Technology Transfer Committee (2014 - 2020) and the Strategic Planning Resources Committee (2011 - 2012).  Mr. Malackowski is recognized for initiating the development of a program to measure and track innovation metrics relevant to the Institute.

Mr. Malackowski was the Founder of the Center for Applied Innovation, a Chicago based non-for-profit with both local and international programs.  CAI was created to manage education, public policy outreach and related economic activity around applied technology and intellectual property (IP) rights in the State of Illinois and around the world.

- CAI created and patented the first commoditized contract for technology licensing, the Unit License Right™.  This innovation has been licensed to the Chicago-based Intellectual Property Exchange International.
- Under Mr. Malackowski's continued leadership as Chairman, CAI organizes the Invent for Humanity™ Technology Transfer Exchange Fair (InventforHumanity.org) launched in January, 2012, in Geneva, Switzerland. Invent for Humanity showcases field-ready, sustainable innovations, known as "appropriate technologies", leveraging the experience of licensing professionals to match and structure the actual transfer of such technology to meet recognized needs of emerging market economies.

Mr. Malackowski's association and non-profit activities are informed in part by his participation in the Harvard Business School Executive Education Program on Governing for Nonprofit Excellence, November 2000.  Mr. Malackowski's Board service is informed by his participation at the Rock Center Corporate



Governance Directors College for Venture-Backed Company Directors, Stanford University, March 2016.

---

**RELATED OFFICES**

*Berg, LLC*, Member, Council of Advisors, Senior Advisor, Intellectual Property Licensing & Innovation (2012 - 2015)

*The Copyright Hub, LLC d/b/a 3Discovered*, Founder.  The company was formed as a collaborative venture between Ocean Tomo, LLC and Liberty Advisor Group in 2013.  3Discovered is a current portfolio company of US-based venture capital firm AITV.  Mr. Malackowski served as Chairman of the company through September 2016.  (2103 – 2106)

*Career Capture, LLC*, Secretary (2022 - ).  Career Capture is a video based recruiting platform focused on engineering and technical school graduates entering the labor market.  The company is a University of Southern California Iovine & Young Academy project led by Chase J. Malackowski (son).

*Curious Networks, Inc.*, Director, (1999 - 2000), Co-Chair of the Board's Strategic Partnership Committee.  Mr. Malackowski led the company's first and second round of venture funding.

*ewireless, Inc.* (f/k/a JEMAN Holdings, Inc. d/b/a Cellular Linking), Director, (1995-1999, 2000-2002)

*Ford Global Technologies, Inc.*, Ford Motor Company, Director (1997 - 2001).  Mr. Malackowski advised Ford Motor Company on the original business strategy which led to the formation of FGTI.  FGTI was the largest known technology management company in the United States during Mr. Malackowski's term.

*Infocast, Corporation* (OTC BB: IFCC.OB), Director (2001-2002).  Member of the Audit and Compensation Committees.  Mr. Malackowski led the transition of the company's senior management team and continued U.S. based funding efforts.

*Insignis, Inc.*, Director (2000 - 2002)  Mr. Malackowski led the company's first round of venture funding.  Insignis is a Chicago based provider of institutional financial data services.

*The Intellectual Property Coin Group, Inc.*, Chairman and Co-Founder (2018 - 2021).  The company is a planned Ethereum based blockchain platform and related cryptocurrency designed to facilitate IP based transactions.

*The Intellectual Property Exchange International, Inc.*  Mr. Malackowski was the founder of the company guiding initial product development of IPXI and recruitment of executive management.  In 2011, IPXI was funded by an industry consortium including the Chicago Board Options Exchange.  Mr. Malackowski was the Chair or Co-Chair of the Exchange from inception to February 26, 2015.



*JEMAN Technologies, Inc.*, Founder. (1995 – 1999).  Mr. Malackowski led the company's efforts to develop new technologies related to wireless direct response services.  JEMAN was sold to ewireless, Inc. in 1999 as part of a venture transaction funded by Bedrock Capital Partners and Tredegar Investments.

*Positive Growth Ventures, LLC*, Chairman. (2021 - ).  Mr. Malackowski organized the formation of an industry collective to facilitate direct-to-consumer cooperative advertising for health supplements and related medical products.

*Silent-Yachts, GmbH*,  Member, Advisory Board (2021 - ).  Mr. Malackowski provides general business advice to both the company's chief executive as well as its U.S. distributor of solar-electric catamarans.  Silent-Yachts is located in Magdalensberg, Kärnten, Austria.

*Solutionary, Inc.*, Director (2000 - 2013).  Arranged and advised on Solutionary's asset acquisition of S3Networks effective August 31, 2001 and sale to strategic buyer in 2013.  Member of the Board's Compensation Committee.

*Sendle, Pty*, Advisor (2012 - 2015).  See www.Sendle.com.

---

**EDUCATION AND CERTIFICATION**

University of Notre Dame, B.B.A., Bachelor of Business Administration with majors in Accountancy and Philosophy.  Graduated Summa Cum Laude, 1985.

Registered Certified Public Accountant, State of Illinois Certificate Number 41,187 issued January 16, 1986; License No. 239.007831; Expires September 24, 2022.

Certified Licensing Professional, Certificate Number 1606 issued July 1, 2008; Recertification through November 29, 2022.

Certified in Financial Forensics, CFF™, American Institute of Certified Public Accountants, Certificate Number 391 issued July 31, 2008; Expires July 31, 2022.

Accredited in Business Valuation, ABV™, American Institute of Certified Public Accountants, Certificate Number 4278 issued May 31, 2014; Expires July 31, 2022.

Accredited in Blockchain Fundamentals for Accounting and Finance Professionals, American Institute of Certified Public Accountants, Certificate Number 15860970, 2018 - 2020.

---

**UNIVERSITY INSTRUCTION**

John Marshall Law School, Intellectual Property Damages (1992 - 1994)

DePaul University, Intellectual Property Entrepreneurial Finance (2003)



The George Washington University Law School, Intellectual Property Management (2004)

The University of Chicago Graduate School of Business:

- Intellectual Property Investment (2004 - 2006)
- Entrepreneurial Discovery, MBA Course 34705, Adjunct Professors Mark Tebbe and  Brian Coe (Fall 2014 - 2015)

Indiana University Kelly School of Business, Intellectual Property Finance (2005)

University of Notre Dame, Mendoza College of Business, Adjunct Instructor:

- MBA Interterm Intensives, Intellectual Property Based Market Transactions, Valuation and Trading (Fall 2006, Fall 2008)
- MBA Executive Program, Course MBAE 70639, Intellectual Property, (Spring Semester 2008)
- MBA Program, Litigation Support and Valuation (Spring 2009)
- Notre Dame Law School, Advanced Trial Advocacy, LAW 75713-10 (Spring 2017)
- Member, Venture Builder Community Advisory Board (2019 - )

University of California at Berkeley Haas School of Business, Innovation Markets (2008)

Chicago-Kent College of Law, Adjunct Professor of Law, IP Financial Markets and Legal Principles (Fall 2008)

Rutgers Professional Science Master's Program, Fundamentals of Intellectual Property (Summer 2011)

Northwestern University Kellogg School of Management, Adjunct Instructor:

- MGMT 441, Intellectual Property Management, Clinical Professor James G. Conley (Fall 2012, Spring 2013 - 2017)
- DSGN 460, Innovation in Context, McCormick Engineering School (Spring 2017)

University of Texas McCombs School of Business, MBA Course:  Open Innovation, Professor Sirkka Jarvenpaa (Spring 2013)

University of Arizona, James E. Rogers College of Law, Advisor, Intellectual Property & Entrepreneurship Clinic (2017 - )

- IP Valuation (Spring 2017)
- IP Valuation for Commercial Transactions (Spring 2019)



University of Southern California, Lloyd Greif Center for Entrepreneurial Studies at the Marshall School of Business, Entrepreneurs Guide to Intellectual Property, Professor Luke L. Dauchot, JFF 322 (Fall 2017)

---

**MEMBERSHIPS**

American Institute of Certified Public Accountants, Member 01182237 (1985 -)
The Economic Club of Chicago (1990 - 2019)
The Licensing Executives Society (1988 - )
Young Presidents' Organization ("YPO" / "YPO Gold" Chicago Chapter, 2006 – 2017) (Mid-America U.S. At Large Chapter, 2019 - 2021)

---

**RECOGNITION AND AWARDS**

Individually, Mr. Malackowski has been recognized for his expertise as well as his work in developing markets for intellectual property transfer including:

- Inductee, IP Hall of Fame Academy (2022)
- Received Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset (2022)
- *EY Entrepreneur Of The Year®*, Regional Semifinalist (2019 and 2020)
- "IAM Global Leaders", *IAM Magazine* (2020)
- "IAM Patent 1000: The World's Leading Patent Professionals", *IAM Magazine* (2015-2021)
- Named to the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers.  (August 2014)
- Named as 1 of 60 leading global Economics Expert Witnesses in the *IAM Patent 1000, IAM Magazine.* Selection based on interviews by IAM researchers with more than 100 patent litigators.  (May 2014)
- Inductee, Chicago Area Entrepreneurship Hall of Fame as selected by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration, (2013; 28th Year of Program)
- Named as 1 of 50 Individuals, Companies and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011.
- "IP Personalities of 2008", *IAM blog* by Joff Wild, Editor
- "IAM Strategy 300:  The World's Leading IP Strategists", *IAM Magazine* (2012-2021); formally presented and included as "World's 250 Leading IP Strategists", *IAM Magazine* (2009-2011)
- "50 Under 45", *IP Law & Business*™ (2008)
- "The Most Influential People in IP", *Managing Intellectual Property*™ (2007)
- Member, IP Hall of Fame Academy (2007- )

Ocean Tomo as a firm has been likewise recognized for its accomplishments including:

- Ocean Tomo was chosen as the exclusive U.S. representative for the 2016 Healthcare & Pharma Leading Expert Awards by *Global Health & Pharma Magazine*.
- Ocean Tomo was recognized as a member of the *2015 Inc.5000*® list of fastest-growing private companies in America.



- Ocean Tomo was honored in 2011 with the "Best of Chicago Award in Investment Advisory Services" by the U.S. Commerce Association (USCA).
- In addition to Mr. Malackowski, Ocean Tomo as a firm was named as 1 of 50 Individuals, Companies and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011 and the only firm other than Microsoft (2 of 50 mentions) to be recognized multiple times (5 of 50 mentions).
- The firm's Chicago office was presented the *2011 Alfred P. Sloan Awards for Business Excellence in Workplace Flexibility* after having been finalist for scoring in the top 20% of all firm's measured nationally.
- Ocean Tomo was recognized in 2010 by Corporate Voices for Working Families for its work-life balance as part of the National Workplace Flexibility Campaign published by *USA Today*.
- Ocean Tomo was recognized as a juried Finalist for the Illinois Technology Association 2010 CityLIGHTS Award for raising the stature of the Illinois technology industry.
- Selected as case study organization for Haas School of Business, University of California, Berkeley (2009)
- Selected as case study organization for Harvard Business School MBA Program (2008)
- Ocean Tomo was named one of 20 small and mid-sized firms recognized as the "Best Places to Work in Illinois" by Best Companies Group in a competition sponsored by the Illinois Chamber of Commerce and the Illinois State Council Society for Human Resource (2007)
- Ocean Tomo Auctions received the 2006 Chicago Innovation Award for most innovative new product or service introduced between January 1, 2005, and July 31, 2006, that uniquely satisfied unmet needs in the marketplace. The award was presented by Kuczmarski & Associates and the *Chicago Sun-Times*.
- Ocean Tomo Auctions was awarded the Department of Commerce Technology Administration & National Knowledge & Intellectual Property Management 2006 Innovator of the Year Award.
- Ocean Tomo was recognized as a "Top Ten IP Newsmakers of 2006" by *IP Law & Business*, Almanac 2006.

Numerous authors and graduate business programs have written case studies about Ocean Tomo and its affiliates including:

- Piscione, Deborah Perry, The Risk Factor, Copyright 2014.
- Houle, David, Entering the Shift Age, Copyright 2013.
- Kuczmarski, Thomas D., Dan Miller and Luke Tanen, Innovating Chicago-Style:  How Local Innovators Are Building The National Economy, Copyright 2012.
- Houle, David, The Shift Age, Copyright 2007.
- Chesbrough, Henry, Open Business Models: How to Thrive in the New Innovation Landscape, Copyright 2006.
- Harvard Business School Case Study
- University of California Business School Case Study



**RELATED U.S. SPEECHES AND PUBLICATIONS**

"The Determination of a Reasonable Royalty: Hypothetical Negotiation v. A General License Agreement", The Licensing Executives Society, Chicago Chapter, December 8, 1987.

"The Business Economics of Technology Development", The Licensing Executives Society, New England Chapter, February 9, 1988.

"The Importance of Protecting Intellectual Property Through Corporate Transition", Licensing Executives Society, National Meeting, October 18, 1989, Moderator.

"Valuation of Intellectual Property Rights", The Chicago Bar Association, March 6, 1990.

"Dispute Resolution -- There Are Alternatives!", Licensing Executives Society, National Meeting, October 22, 1990.

"How to Value a License", Adding to the Bottomline Through Licensing, LES / John Marshall Law School, November 1, 1990.

"An Advanced Discussion on Licensing and Patent Damages", Licensing Executives Society, National Meeting, October 28, 1992.

"An Advanced Discussion on Patent Damages", Licensing Executives Society, National Meeting, October 18, 1993.

Royalty Provisions in Technology License Agreements, Technology Transfers, American Conference Institute, November 15 & 16, 1993.

"Commercializing Technology and the Intellectual Property Quality Management Imperative", Technology Transfer, American Conference Institute, June 20 & 21, 1994.

"How to Accurately Value Software", The Software Protection and Litigation Institute, July 28 & 29, 1994.

"IP Damages Advanced Case Studies", Licensing Executives Society, National Meeting, October 19, 1994.

"Preparation and Presentation of Damages by Outside Consultants", AIPLA Mid-Winter Meeting, February 1, 1995

"Damages Discovery - An Expert's Perspective", Intellectual Property Law Association, New York, December 15, 1995.

"Pre-Litigation Damages Techniques: Patents and More", The Intellectual Property Strategist, March, 1996.



"Corporate Exposures to Copyright, Patent, Trademark, and Trade Secret Claims", Digital Bullets - Digital Shields: A Financial Perspective, American Conference Institute, New York, March 5, 1996.

"IP Management and Taxation - How companies are proactively managing IP assets to maximize shareholder value, including measuring contribution of IP protection to corporate value", American Bar Association, Virginia, April 11, 1996.

"Effectively Select & Use Experts in Trademark & Copyright Cases", AIPLA Spring Meeting, Boston, May 1, 1996.

"The Industry-University Interface: Mechanisms For Technology Transfer", 1996 AUTM Central Region / Licensing Executives Society Chicago Chapter, Chicago, July 21, 1996.

"Valuing Health Care Technologies", Licensing Executives Society Winter Meeting, South Carolina, March 13, 1997.

"Creative Marketing & Packaging - How to Differentiate Yourself in a Competitive Market", CTIA Annual Meeting, Atlanta, February 23, 1998.

"Intellectual Property Valuation: The Latest Techniques from Boardroom and Courtroom", Patent Law Association of South Florida Annual Meeting, Fort Lauderdale, October 22, 1998.

"The Aftermath of *Rite-Hite v. Kelly*", 16th Judicial Conference of the U.S. Court of Appeals for the Federal Circuit, Washington D.C., April 6, 1999.

"Expert Admissibility After Daubert", Wisconsin Academy of Trial Lawyers, Milwaukee, December 3, 1999.

"Intellectual Property Strategic Planning: a Corporate Perspective", Research Directors Association of Chicago, Winter Meeting, January 10, 2000.

"Intellectual Property Asset Management: Linking IP and Corporate Strategy", 44th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School, Chicago, February 25, 2000.

"Boost Your Client's Intellectual Capital IQ: Get Top Management Involved", Corporate Legal Times, October 2000, p. 104.

"Strategic and Financial Opportunities for Privately Held and Public Middle Market Companies:  Building Shareholder Value", The Standard Club, Chicago, October 5, 2000.

"Commercializing Intellectual Capital Through Venture Funding", LESI Expanded Board of Directors Meeting and Seminar, Delray Beach, Florida, January 26, 2001; LES Chicago Meeting, May 10, 2001.



"New Paths to Growth:  Joint Ventures and Accessing Equity Capital", Panel Presentation and Discussion, LaSalle Street Project Economic Summit, Chicago, May 10, 2001.

*ViewPoints*, The Newsletter of the Licensing Executives Society (U.S.A. and Canada), Inc., President's Column: Vol. VIII No. 5, Nov. / Dec. 2001, "President Changes the Way LES Does Business";  Vol. VIV No. 1, Jan. / Feb. 2002, "It's Time To Count Our Intellectual Assets"; Vol. VIV No. 2; Vol. VIV No. 3, May / June 2002, "Mid-Year Review"; Vol. VIV No. 4, July / August 2002, "Ethical Issues Related To Intellectual Property".

"Venture Investment Grounded In Intellectual Capital", <u>From Ideas To Assets: Investing Wisely in Intellectual Property</u>, Edited by Bruce Berman, John Wiley & Sons, Inc., 2002.

"Current Issues in Accounting for Intangibles", Congressional Economic Leadership Institute, Panel Presentation and Discussion with Steven H. Wallman, Former Commissioner, United States Securities and Exchange Commission, Washington, DC, May 1, 2002.

"Intellectual Capital Based Corporate Carve-outs: Strategy, Structure and Funding", James E. Malackowski and Suzanne Harrison, <u>The LESI Guide to Licensing Best Practices</u>, Edited by Robert Goldscheider, John Wiley & Sons, Inc., 2002.

"Intellectual Property Finance: Securitization to Venture Capital", American Bar Association Intellectual Property Law Conference, Philadelphia, June 28, 2002.

"The IIPI Roundtable:  The New Emphasis on Patent Value – Opportunities and Challenges", Washington DC, July 22, 2002.

"Moving Technology from University to Marketplace:  Business Creation and the Venture Capital Community, Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Presidents' Forum on Intellectual Property:  A Leadership Discussion with The Licensing Executives Society, the American Intellectual Property Law Association, the Association of University Technology Managers, the Intellectual Property Owners Association, The National Inventors Hall of Fame, and BIO", Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Extracting Value From Your Intellectual Asset Portfolio: Ensuring ROI from IP and Technology Assets", World Research Group, November 22, 2002, Chicago, Illinois.

"Licensing", American Intellectual Property Law Association 2003 Mid-Winter Institute, Marco Island, Florida, January 22 – 25, 2003.

"Cashing in on Chicago: A Closer Look at Liquidity in the Heartland", The Executives' Club of Chicago, Panel Discussion, February 11, 2003.



Conference Chair and Speaker, "Optimizing Valuation & Value Realization of your IP/Intellectual Assets", World Research Group, Las Vegas, February 27-28, 2003.

Live Webcast, "Turning Your Intellectual Property into Cash", Ernst & Young Business Insights, April 28, 2003.

Intermediate PDS Workshop:  Application of Private Equity and Leveraged Finance Investing to Intellectual Property, LES / AUTM Summer Meeting, Philadelphia, May 8, 2003.

World Research Group, Advanced Intellectual Property Structured Finance, Conference Co-Chair Person, New York City, June 29-30, 2003.

The Conference Board, The 2003 Conference on Intellectual Asset Management & Value Reporting, "Application of Private Equity and Leveraged Finance Investing to Intellectual Property", Chicago, June 4, 2003.

Intellectual Property and Information Technology for Investment Funds, "Intellectual Capital Equity Management", Panel Discussion Sponsored by Schulte Roth & Zabel, New York City, June 18, 2003.

Chicago Capital Access Forum III, "Private Investors: The Case for Domestic Emerging Market Investments", Panel Discussion, Chicago, June 26, 2003.

Pension Consultants' Forum, "Extracting Value from Private Equity Investing", World Research Group, Chicago, July 22, 2003.

Midwest Intellectual Property Institute, "Intellectual Capital Equity Management", Minneapolis, September 19, 2003.

"Intellectual Asset Strategies", Add-On Seminar at the 2003 Licensing Executives Society Annual Meeting, San Diego, September 25, 2003.

"Leveraging Intellectual Property", Keynote Speaker, Thomson Financial Thought Leadership Forum, New York, October 8, 2003.

"Beyond Licensing: Innovative Techniques for Extracting Value", Advanced Forum on Licensing Intellectual Property, San Francisco, December 9, 2003.

<u>Intellectual Asset Management</u>, *Column:  IP Merchant Banker*, Douglas R. Elliott & James E. Malackowski, Issue 01, "Challenges of the Fifth Epoch", July / August 2003; Issue 02, "What the Market Fortells", September / October 2003; Issue 03, "Economics, Ethos and Intellectual Ethics", December / January 2004; Issue 04, "Patent Predictions – facts or fictions?", February / March 2004; "Wealth management in the age of patents", June / July 2004; "Patent pools – the 80% solution", August / September 2004.

"Intellectual Capital Equity Management:  IP as an Asset Class", Minnesota State Bar Association Continuing Legal Education, Minneapolis, January 15-16, 2004.



"Understanding the Motivations Behind an IP Structured Finance Transaction", "Analyzing the Anatomy of A Patent-Based Structured Finance Transaction", World Research Group, New York, January 21-22, 2004.

"Managing Your Intellectual Property", Investment Banking for Women / Minority Owned Business Enterprises, Annual Forum, Conference Co-Chairperson, Chicago, March 3-5, 2004.

"Private Equity: Investor Capital for Mature Businesses", Dream*Makers* Forum 2004, Santa Barbara, California, March 7 – 10, 2004.

"IP Finance:  Convergence of IP Valuation and Value Creation", World Research Group 2nd Annual Strategies and Solutions for Optimizing IP Valuation & Value Creation, Chicago, March 23 – 24, 2004.

"Leveraging the Value of Intellectual Property", Creating, Managing & Valuing an Intellectual Property Portfolio, Vedder Price Conference Series, Chicago, April 28, 2004.

"Federal Circuit Damages Decision Emphasizes the Importance of Sound Economic Models", IP Review, McDermott Will & Emery, with Robert M. Hess, Spring 2004.

"Intellectual Property Merchant Banking:  Leveraging Corporate Intangible Assets", The Licensing Executives Society (U.S.A. & Canada), Inc., Fairfield-Westchester Counties Chapter, June 23, 2004.

"Intellectual Property Financing and Securitization:  Conclusions and Future Implications for Financing the IP Market", New York, New York, July 21, 2004.

"Emerging Financial Concepts in IP Asset Management", Mining Patent Portfolios, Seattle, Washington, September 13, 2004.

"Intellectual Property Investment", National Institutes of Health, Commercialization Assistance Program, Larta Institute, Chicago, November 12, 2004.

"Using Intellectual Property to Grow", The Beacon, Chicagoland Entrepreneurial Center, Volume 3, Issue 4, December 10, 2004.

"Techniques for Assessing the Value of Your IP Portfolio", The Wall Street Transcript Intellectual Property Conference, New York, January 27, 2005.

"The Tipping Point:  Assessing Major Challenges and Growth Opportunities in IP Finance", Moderator, The 3rd Annual Advancing IP Structured Finance World Research Group Conference", New York, February 3, 2005.

"Commerce One IP Auction", Optimizing IP Valuation and Value Creation, World Research Group Conference, Miami, March 30-31, 2005.



"Intellectual Capital Equity Management: IP As An Asset Class", Minnesota Continuing Legal Education Conference, Minneapolis, May 12, 2005.

"Techniques for Evaluating IP Potential", Life for After Rembrandts, Law Seminars International, Chicago, Illinois, August 4, 2005.

Keynote Address, 2nd Annual Intellectual Property Financing and Securitization Summit, New York, September 26, 2005.

"The Power of Intellectual Property in Private Equity Deals", Association for Corporate Growth and The Licensing Executives Society Connecticut Chapters, Greenwich, Connecticut, October 6, 2005.

"Maximizing the Value of Distressed Debt Backed by Intellectual Property", Financial Research Associates Distressed Debt Summit 2005, New York, October 7, 2005.

"To Sell or Not to Sell", Licensing in the Boardroom 2005, a supplement to *Intellectual Asset Management* magazine, 2005.

Patent Auctions & Marketplaces: Leveraging Value from Under-employed Technologies, IP Master Class Presentation, Washington DC, January 10, 2006.

"Risky Business: Overlooking Patents as Financial Assets", Making Innovation Pay, Edited by Bruce Berman, Published by John Wiley & Sons, Inc., 2006.

"The State of Development & Current Trends in IP Structured Finance" and "The Tipping Point: Assessing Major Challenges, Growth Opportunities and Future Trends in IP Finance", Moderator, The 4th Annual Summit on IP Structured Finance, New York, March 22-23, 2006.

"Generating Revenue From Your Inventions", IIR 2nd Annual Summit on IP Rights for Financial Services, New York, April 25-26, 2006.

"A Behind the Scenes Look at the Patent Bazaar: How Companies and Industry Are Buying and Selling Patents", Innovators in IP Litigation, IP Law & Business, San Jose, California, May 17, 2006.

"Patent Markets and Their Impact to R&D Strategy", Industrial Research Institute Annual Meeting, May 21-24, 2006, Colorado.

USC Gould School of Law 2006 Intellectual Property Institute; Featured Speaker, "A Final Word"; Panelist, "Patent Trolls: The Good, the Bad and the Ugly"; May 23, 2006, Los Angeles.

"Patent Auctions: Past, Present & Future", The 50th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School Center for Intellectual Property Law, May 25-26, 2006, Chicago.   Speech published as "The Intellectual Property Marketplace: Past, Present and Future", 5 J. Marshall Rev. of Intell. Prop. L. 605, (2006)



"Patent Auctions: Risky Endeavor or Legitimate Market Opportunity?", Strafford Legal Teleconference Presentations, June 8, 2006.

The Intellectual Property Investment Summit:  Connecting Investors with Strategic Intellectual Property Opportunities, Presented by the Center for Applied Innovation, Summit Co-Chairperson, June 15, 2006, Chicago.

Innovative Structures for Acquiring Intellectual Property:  The Benefits, Challenges and Process, LSI Law Seminars International, Program Co-Chair, July 17, 2006, Chicago.

"Licensing and Intellectual Property", Chicago Regional Independent Inventor's Conference, Presented by the United States Patent and Trademark Office, Northwestern University School of Law, and the National Inventors Hall of Fame Foundation, July 28-29, 2006, Chicago.

"Reinventing the IP Marketplace – The Exclusive Ocean Tomo Patent Auction Case Study", IP Licensing Summit: Practical Strategies to Maximize Revenue in Today's Challenging Intellectual Property Marketplace, August 21-23, 2006, New York.

"Unlocking the Value of Intellectual Property Rights", Conference of the International Bar Association, September 20, 2006, Chicago.

"This Too Shall Pass", Americas IP Focus 2006, Managing Intellectual Property Rights, Copyright, Euromoney Institutional Investor, PLC, 2006.

"Developing Markets for Intellectual Assets and Technology", 21st Annual Intellectual Assets and Technology Law Institute, October 5 & 6, 2006, Irving, Texas.

"Patent Damages" and "Patent Reform Efforts: An Update and Review", The Sedona Conference Patent Litigation VII, October 12-13, 2006, Sedona, Arizona.

"Patent Auctions", 44th Annual Intellectual Property Law Conference, The Center for American and International Law, November 9-10, 2006, Plano, Texas.

"The Future of Developing IP Markets", 3rd Annual Monetization of Intellectual Property & Intangible Assets, Strategic Research Institute, November 16-17, 2006, Boston.

"The IP Transactional Landscape", Economics of IP Based Transactions, National Knowledge & Intellectual Property Management Taskforce Series Program, November 29-30, 2006, Washington, D.C.

Keynote Presentation, The Business of Intellectual Property Conference, Tech Council of Maryland, Rockville, Maryland, January 10, 2007.

Luncheon Speaker, Corporate Intellectual Property Roundtable, Georgia State University College of Law, Atlanta, January 24, 2007.



"Patent Markets", American Intellectual Property Law Association, 2007 Mid-Winter Institute, New Orleans, January 24-27, 2007.

"Assessing the Real Value of Your IP Portfolio" and "Growing IP Impact on Public and Semi-Public Markets", The 5th Annual Summit on Monetizing, Financing & Securitizing IP, New York, January 30-31, 2007.

"Ocean's 300", Moderator, World Intellectual Property Review 2007, pp. 16-20.

"The Intellectual Property Marketplace: Emerging Transaction and Investment Vehicles", Co-author with Cardoza, Gray and Conroy, *The Licensing Journal*, Aspen Publishers, Vol. 27, No. 2, pages 1 - 11, February 2007.

"The Importance of Emerging Intellectual Property Market Opportunities to the City of Chicago", Keynote Speaker, Notre Dame Club of Chicago Meeting, Chicago, March 8, 2007.

"The Intellectual Property Marketplace", Harvard Business School Club of New York, New York, April 12, 2007.

Keynote Address, BRICs & Mortar: Technological Drivers in Booming Economies of Brazil, Russia, India and China, Northwestern University Journal of Technology & Intellectual Property Second Annual Symposium, Chicago, April 13, 2007.

"Innovation Measurement:  The Economic Impact of Patent Value", Co-author with Barney, Cardoza, Walker and Gray, Submission to United States Department of Commerce Economics and Statistics Administration, Pursuant to Notice in the Federal Register, Vol. 72, No. 71, 18627, May 11, 2007.

"Objective Patent Valuation", Business Meeting, Association of Corporate Patent Counsel, Newport, Rhode Island, June 27, 2007.

"Intellectual Property Exchange Chicago", a two day symposium presented by The National Knowledge & Intellectual Property Management Taskforce and The Center for Applied Innovation, Moderator and Speaker, July 17 – 18, 2007, Chicago.

"Start-up Stories: Tales from the Front Line", TiE Midwest, August 1, 2007, Chicago.

Keynote Address, Notre Dame Financial Executives Alumni Conference, September 21, 2007, South Bend, Indiana.

"The Birth of an IP Marketplace", Missouri Bar Association Seminar, November 2, 2007, St. Louis, Missouri.

"Market Forces and IP", The Giles S. Rich American Inn of Court, Howard University, January 17, 2008.



"Market for Technology:  Challenges and Opportunities", Panel Discussion on Impediments to Technology Markets, Duke University's Fuqua School of Business, February 20, 2008.

"IP Markets – An Intangible Walk Down Wall Street", Keynote Address, Securities Industry and Financial Markets Association, March 11, 2008, New York.

"Patent Valuation, Is there One or Many?", Mini-Plenary Session of the High Tech Sector, The Licensing Executives Society International Annual Meeting, May 7, 2008, Chicago.

"What is Patent Quality – A Merchant Banc's Perspective", with Jonathan A. Barney, *les Nouvelles*, June 2008, p. 123 – 134.

"Intangibles in the Firm and Financial Markets", *Intangible Assets: Measuring and Enhancing Their Contribution to Corporate Value and Economic Growth*, The National Academies, Washington DC, June 23, 2008.

"Developing IP Markets:  Opportunity for the Financial Services Industry", Keynote Address, The 5th Annual Patents & The Financial Services Industry Symposium, New York, July 29, 2008.

"New Trends in Monetizing IP Rights:  Trolls, Licensing and Securitization", *Managing Intellectual Property* Webinar, September 3, 2008.

"Magnificent Mile – Shopping for the Ideal IP Expert", DRI Intellectual Property Litigation Seminar, September 4-5, 2008, Chicago.

From Assets to Profits: Competing for IP Value and Return, Contributing Author, Edited by Bruce Berman, John Wiley & Sons, November 2008.

Ocean Tomo:  The New Kid on the (Auction) Block is All Grown Up, Institute for Law and Technology, 46th Annual Conference on Intellectual Property Law, November 10 – 11, 2008, Plano, Texas.

Federal Trade Commission:  The Evolving Intellectual Property Marketplace, Keynote Address, Public Hearings, April 17, 2009, Washington, DC.

"Protecting and Commercializing New Ideas", CoreNet Global Chicago Chapter Meeting, Chicago, May 13, 2009.

"The Future of the IP Marketplace", Moderator and Plenary Speaker, IP Markets 2009, Chicago, July 23, 2009.

"Staying Ahead of the Curve – Strategic Intelligence, Value Assessments and Monetization in a Highly Competitive Economy", The 6th Annual Patents & The Financial Services Industry Conference, New York City, July 28-29, 2009.

"Helping Companies in a Down Economy: Strategic Planning for Identifying and Valuing Your IP", American Bar Association Annual Meeting, Chicago, July 31, 2009.



"Managing IP During Uncertain Times", NanoBusiness Alliance Conference, Chicago, September 8, 2010.

<u>National Economic Framework for Intellectual Property Based Commerce</u>, A Research Report by the National Knowledge & Intellectual Property Management Taskforce, Net Worth Press, 2009.

"The Role of IP in Tough Economic Times and How to Use it to Your Advantage:  Corporate Recovery and Restructuring", Licensing Executives Society Annual Meeting, San Francisco, October 19, 2009.

"Global IP Market Development", 11th Annual Utah IP Summit, Salt Lake City, February 13, 2010.

"Law, Economics, Business and Policy Implications for Innovation and Competition of Diverse Business Models for Using Patents", Stanford University Hoover Institution Annual Conference, Stanford, California, June 25, 2010.

"Establishing an Objective Value of IP", IPO Annual Meeting, Atlanta, September 14, 2010.

"Intellectual Property and the Marketplace:  Hot Topics Impacting the Role of Patents, Trademarks and Copyrights in Today's Business World", Vedder Price Illinois Continuing Legal Education Forum, Chicago, October 6, 2010.

"IP Essentials for the Chief Executive Officer", Illinois Technology Association, Chairman's Dinner Keynote Speaker, Chicago, October 20, 2010.

"Valuation of IP in Emerging Market Platforms", 2010 IP Damages Institute, CalCPA Education Foundation, Los Angeles, November 8, 2010.

"Shifting Sands:  What is Discoverable and Admissible for Damages, Willfulness and Other Purposes", Intellectual Property Owners Association CLE Roundtable, Washington, DC, March 21, 2011.

"Intellectual Property: From Asset to Asset Class", <u>Intellectual Property Strategies for the 21st Century Corporation</u>, Bryer, Lebson & Asbell Editors, John Wiley & Sons, Inc., 2011.

"The Next Big Think in Monetizing IP: A Natural Progression to Exchange-Traded Units", Ian D. McClure co-author, *LANDSLIDE*, A Publication of the ABA Section of Intellectual Property Law, Volume 3, Number 5, May/June 2011, pp. 32-37.

"Risk Management Strategies to Defend Against Patent Trolls and the New Trend in Patent Royalty Trusts", 2011 Congress on Patent Strategies for the Financial Services Industry, New York, September 19-20, 2011.

"Patent Quality and its Impact on Valuation", Licensing Executives Society United States and Canada, Inc., Annual Meeting, San Diego, October 17, 2011.



Introduction, "LESI Global Technology Impact Forum (GTIF) Creates Tech Transfer Platform", *les Nouvelles*, Journal of the Licensing Executives Society International, Volume XLVII No. 2, June 2012.

Panelist, "IP Monetization", McDermott Will & Emery 2012 Intellectual Property Symposium, Chicago, June 14, 2012.

Keynote Address, Northwestern Law Fifth Annual Conference on Entrepreneurship and Innovation, Chicago, June 14, 2012.

"IP Market Development", 38th Annual Intellectual Property Law Summer Institute, Sponsored by the Intellectual Property Law Section of the State Bar of Michigan, Traverse City, Michigan, July 21, 2012.

"An Investors' Perspective on IP", CenterForce IP Strategy Summit, New York City, New York, November 13, 2012.

"Investing in IP", DealFlow Media Webinar, January 10, 2013.

"Evolving IP Marketplace", American Intellectual Property Law Association, Mid-Winter Meeting, Tampa, Florida, February 1, 2013.  Includes paper: *New Emphasis on the Analytical Approach of Apportionment In Determination of a Reasonable Royalty* by James E. Malackowski, Justin Lewis and Robert Mazur.

"An Inventor's Walk Down Wall Street", PatCon 3 at Illinois Institute of Technology Chicago-Kent School of Law, Chicago, April 12, 2013.

*Report on Judge Rader Comments at the 2013 LESI Annual Conference*, LES Global News, Vol. XLVIII No. 2, June 2013.

"Strategic Insights", Plenary Panel Discussion, IPBC 2013, IP Business Congress, Boston, June 9, 2013.

"IP and Antitrust", Panel Discussion, McDermott 2013 IP Symposium, June 13, 2013, Chicago.

*IP Investments and Markets* Presented by the Center for Applied Innovation, Panelist on IP Marketplace, Chicago, June 25-26, 2013.

*Capturing Innovation*, Irish Entrepreneurs:  An Affiliate Group of the Notre Dame Club of Chicago, Chicago, September 5, 2013.

*Preventing the Napsterization of 3D Printing:  Areas for Industry Collaboration and Transparency*, Inside 3D Printing Conference and Expo, San Jose, California, September 18, 2013.

*The Latest Thinking about Non-Practicing Entities*, 2013 AIPLA Annual Meeting, Washington, DC, October 25, 2013.



*Challenges and Opportunities in Asia*, Think Asia, Think Hong Kong: IP, Technology & China/U.S. Opportunities, The Hong Kong Business Association of the Midwest, Chicago, November 19, 2013.

*Rationalizing Remedies,* The 2013 Patent Institute presented by Cravath Swain & Moore, New York, December 5, 2013.

*Special Address:  Looking to the Future of the Intellectual Property Marketplace – Where Will We Be in 2020?,* Best Practices in Patent Monetization, Law Seminars International, San Francisco, March 6-7, 2014.

*Reinventing Finance:  Funding Innovation Beyond Silicon Valley*, Forbes Reinventing America Summit, Chicago, March 27-28, 2014.

*IP Pricing – Current Issues for Markets and Courts*, Georgia State University / Licensing Executives Society Joint Meeting, Atlanta, May 28, 2014.

*The Growing Global 3DP IP Market & How Much Is At Stake*, 3D Printing Politics, Washington D.C., September 17, 2014.

*The Changing Role of the Expert*, 2014 IP Institute presented by the Engleberg Center on Innovation Law & Policy at New York University and Cravath, Swaine & Moore, LLP, New York, December 4, 2104.

"Intellectual Property Exchange", Dallas Chapter Meeting of the Licensing Executives Society (USA & Canada), Inc., Dallas, January 22, 2015.

"Actavis, Valuation, and Fairness Opinions", 2015 Generic Pharmaceutical Association Annual Meeting, Miami, February 9-11, 2015.

Patent Damages Roundtable, USC Gould School of Law 2015 Intellectual Property Institute, Los Angeles, March 23, 2015.

"Intellectual Property Impact on M&A", Transaction Advisors Midwest Symposium, Chicago, September 17, 2015

"The Changing Landscape of Patent Value and Patent Risks", 2016 Berkeley Law / Cleary Gottlieb M&A-IP-Antitrust Conference, Berkeley Center for Law, Business and the Economy, San Francisco, January 29, 2016.

"Damages Experts on Evidence and Gatekeeping", The University of Texas School of Law Conference on Patent Damages, Austin, Texas, June 9-10, 2016.

"Investing In Innovation: Global Trends In Innovation and Sustainability", CFA Society of Chicago, Chicago, September 28, 2016.

IP Remedies Roundtable and Workshop, USC Gould School of Law 2017 Intellectual Property Institute, Los Angeles, March 20, 2017.

"Economic Tools Used for Damages Estimation", Panel Discussion, Intellectual Property Owners Association, Chicago, June 7, 2017.



"Quantitative Approaches to Determining FRAND Royalties", Intellectual Property Owners Association Annual Meeting, San Francisco, September 18, 2017.

"The Intersection of Intellectual Property, Blockchain and Cryptocurrency", Licensing Executives Society International Annual Conference, San Diego, April 30, 2018 – May 1, 2018.

"Best Practices and Useful Tools for Assessing the Value of Your Company's IP", American Intellectual Property Law Association 2018 Spring Meeting, May 15 - 17, 2018.

"Practical Blockchain", IDEA Week Innovation Festival, South Bend, Indiana, April 8, 2019.

"Blockchain Primer," Introductory Remarks by Hon. Kara F. Stoll, The Giles S. Rich American Inn of Court, Washington D.C., February 11, 2020.

*Managing Your Intellectual Property*, LESI Business Briefings, Series Co-author, May 2020.

"IP Transaction Ecosystem: An Update on Market Activity", LES USA & Canada, Inc., Greater Washington D.C. Chapter, September 9, 2021.

"Judicial Perspectives on Using Damages Specialty Experts", Intellectual Property Law Association of Chicago, Litigation Committee, September 15, 2021

"Global Patent Issues", Plenary Panel, University of Illinois Chicago 65th Annual IP Law Conference, UIC School of Law, Chicago, November 4, 2021.

---

**INTERNATIONAL SPEECHES AND PUBLICATIONS**

"Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996.

"Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996.

"License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996

"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.

"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.



"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia,  Puerto Vallarta Mexico,  November 15, 2002.

"Les brevets en tant qu'actifs economiques: comment les exploiter au mieux" and "Brevets et financement: couvrir les couts, trouver des investisseurs", Un System Du Brevet Competitif Pour L'Europe,  sponsored by the European Patent Office, Brussels, May 3-4, 2006.

"What is Patent Quality?", Co-author with Jonathan A. Barney, Paper Presented to the Colloquium on a Comprehensive Approach to Patent Quality, Federation Internationale Des Conseils En propriete Industrielle, Amsterdam, June 8-9, 2007.

"Fostering Innovation with Seed Money and Venture Capital", Licensing Executives Society International Annual Conference, Zurich, June 19, 2007.

"Legal Problems Arising from Auctioning of IPR", Bi-Annual International Forum, Association Internationale Pour La Protection De La Propriete Intellectuelle, October 6, 2007.

"IP Auctions", Plenary Address, The Licensing Executives Society Annual Meeting, October 16, 2007, Vancouver, Canada.

"IP Valuation for IPO's", Warsaw Stock Exchange Executive Conference, June 27, 2008, Warsaw, Poland.

"IP As A Business Tool", Licensing Executives Society International Conference, January 29-30, 2009, New Delhi, India.

"Global IP Market Development", Keynote Address, The Licensing Executives Society Australia and New Zealand, April 2-4, 2009, Camberra, Australia.



"Global IP Market Development", The Licensing Executives Society Philippines, June 8, 2009, Manila, Philippines.
Entwicklug einer Infrastruktur im Blickpunkt, Der Intellectual Property Exchange, *IP Manager:  Journal for the Knowledge Economy*, 01/2009.

"Global IP Market View", Division des Analyses Economiques et des Statistiques, Organization de Cooperation et de Developpement Economiques, January 8, 2010, Paris, France.

"Global IP Market View", BusinessEurope Patents Working Group Meeting, The Confederation of European Business a.l.a.b.l., January 28, 2010, Brussels, Belgium.

"Global IP Market View", Inaugural Annual Conference, LES Turkey, January 29, 2010, Istanbul, Turkey.

"Commercialization Strategies for Industrial Property Assets", LES Brazil Annual Congress, January 28, 2011, Rio de Janeiro, Brazil.

"Developing Commercial IP Markets", LES Arab Countries and Abu Dhabi Higher Colleges of Technology Seminar, October 12, 2011, Abu Dhabi, UAE.

"Asian IP Market Development", LES Asia Pacific Meeting, LES Singapore, November 9-10, 2011, Singapore.

"Patent Auctions & Technology in an Emerging Global Economy", LES Philippines, November 16, 2011, Manila.

"Tech Transfer for Humanitarian Purpose", LESI Annual Conference, April 2, 2012, Auckland.

Moderator, "New Challenges in ICT:  How to Compete Using IP Assets", LES Pan European Meeting, Rome, June 12, 2012.

Workshop Panelist, "Accelerate Licensing & Avoid Litigation: Effective Use of Transparency, Investors & Risk Management Tools", LES Pan European Meeting, Rome, June 12, 2012.

Keynote Speech, "Research Trends Around the Globe on Licensing", LES Asia Pacific Regional Conference, Tokyo, Japan, September 3, 2012.

"Investing in IP and Developing IP Monetization and Risk Markets: U.S. Perspective", LES Scandinavia Annual Meeting, Helsinki, Finland, September 12, 2012.

"El Mercado Global De Tecnologia", LESI Innovation Tour, LES Mexico and Asociacion Mexicana de Directivos de la Investigation Aplicada y el Desarrollo Tecnologico, A.C., Mexico City, Mexico, September 21, 2012.

<u>Research Handbook on Intellectual Property Licensing</u>, Forward, Jacques de Werra, University of Geneva, Editor, Edward Elgar Publishing, 2012.



"Markets for Humanitarian Technology Transfer" and "Adoption by Resolution of LESI IP Business Principles", LESI Global Technology Impact Forum, Geneva, Switzerland, January 22, 2013.

Forward, <u>Research Handbook on Intellectual Property Licensing</u>, Edited by Jacques de Werra, Edward Elgar Publishing Limited, 2013.

"IP Market Development" / "Simplicity in Global IP Valuation", LESI Annual Conference, Rio de Janeiro, Brazil, April 10, 2013.

"Collaboration for IP Based Accounting and Reporting", LESI Global Technology Impact Forum, Geneva, Switzerland, January 20-21, 2014.

"IP Licensing and Intermediaries", LES Asia-Pacific Regional Conference, Seoul, Korea, November 4-6, 2014.

"Building IP Transaction Platforms", Keynote Presentation, 14th Annual Shanghai International Intellectual Property Forum, Hosted by the World Intellectual Property Organization, (Shenzhen, China, December 7, 2017 as an advance local presentation) Shanghai, China, December 13, 2017.

"Building and Enforcing a Global Portfolio for Protection and Monetization", Moderator, 2018 LES IP100 Executive Forum, Phoenix, Arizona, February 15-16, 2018.

"Valuation of IP In the Eye of the Beholder" and "IP Monetization Lifecycle", Moderator, Inaugural IP Conference on Issues that Make a Difference, University of Arizona Law, Tucson, Arizona, March 5-6, 2018.

<u>Best Practices and Useful Tools For Assessing the Value of IP</u>, Co-authored with Mick Baciu and Drew Sills, American Intellectual Property Law Association 2018 Spring Meeting, Seattle, Washington, May 15-17, 2018.

"Toward Early Dispute Resolution of Standard Essential Patents in the 5G Era", International Arbitration Center Tokyo, Mock Arbitration, Tokyo, Japan, June 29, 2018.

"Practical Blockchain", LESI Annual Conference, Yokohama, Japan, May 28, 2019.

"Managing Your Intellectual Property", LESI Business Briefing Report, published by the Licensing Executives Society International, Inc., Copyright 2020.

"Managing Your Intellectual Property", Rigorous Empirical Research on Intellectual Property, virtual presentation by 4iP Council and the Licensing Executives Society International, September 29, 2020.

"A Global Economic Framework for Intellectual Based Commerce", World IP Forum, India, April 30, 2021.



"Growth Financing", European Patent Office High-Tech Business Forum, European Patent Academy, October 28, 2021.

---

**TELEVISION, RADIO AND EDITORIAL**

Bloomberg Morning Call with Brian Sullivan, "Patent Auctions", March 3, 2006.

CNBC Closing Bell, "Patents for Purchase", Interview with Maria Bartilomo, April 4, 2006.

CNBC On the Money, "Patents for Sale", Interview and Report by Scott Wapner, April 7, 2006.

Bloomberg Morning Call with Brian Sullivan, "Ocean Tomo 300 Index" and "Fall Intellectual Property Auction", September 13, 2006.

CBS WBBM-AM News Radio with Andy Giersher, Noon Business Hour, "New Stock Market Index", December 2, 2006 plus repeats.

Bloomberg Evening *Market Pulse* with Pimm Fox, "Stock Selections with Strong Patents", January 9, 2007.

Judge, *Everyday Edisons: Ordinary People, Extraordinary Ideas*, a Public Broadcasting System documentary series, 2nd Season, to be aired 2008.

Bloomberg Final Word with Brian Sullivan, "Changes in IP Laws Affect Stock Price", March 10, 2008.

FOX Business National, "Investing in Patents", June 5, 2008.

"It's the auto technology, Congress", *The Detroit News*, detnews.com, December 2, 2008.

FOX Business National, "Capturing Value from IP During a Recession", January 12, 2009.

FOX Business National, "The Value of Technology and Patents in a Chrysler Bankruptcy", May 1, 2009.

FOX Business National, "Exchange Looks to Value Patents", October 5, 2009.

TV Tokyo, "IP Markets, October 4, 2010.

FOX Business National, "Patent Litigation Trends", October 4, 2010.

CNBC Street Signs, "Patent-Palooza", July 26, 2011.

CNBC Street Signs, "Patent Battleground", August 15, 2011.

CNBC Street Signs, "IPXI: Trading Patents in 2012", December 14, 2011.



CEO IntroNet, May 16, 2012.

CNBC Street Signs, "Research In Motion's Patent Portfolio, May 30, 2012.

<u>Crain's Chicago Business</u>, Chicago Business Video, "Preview of the Eureka Index", April 25, 2013.

CNBC Street Signs, "Valuing Intangible Assets", August 5, 2013.

Chicago Tribune Blue Sky Innovation, "Why Robots Roam the Halls…", July 16, 2014.

CNBC Worldwide Exchange, "The Big Battle Over Intellectual Property: U.S. – China Trade Tariffs and IP", March 26, 2018.

---

**EXPERT TESTIMONY**

01 Communique Laboratory, Inc. v. Citrix Systems, Inc. & Citrix Online, LLC
Civil Action 1:06-CV-0253 (N.D. Ohio)
United States District Court for the Northern District of Ohio
Deposition Testimony

Abiomed Inc. v. Maquet Cardiovascular LLC
No. 1:16-cv-10914-FDS
United States District Court for the District of Massachusetts
Deposition Testimony

ABS Global, Inc. v. Inguran, LLC d/b/a Sexing Technologies and XY, LLC v. Genus, PLC
Civil Action: 14-cv503-wmc
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Acadia Research Group, LLC and Lifeport Sciences, LLC v. Boston Scientific Corporation
AAA File No. 02-15-0004-9460
American Arbitration Association
Hearing and Deposition Testimony

Acantha LLC v. DePuy Synthese Sales, Inc., DePuy Synthes Products, Inc., DePuy Synthes, Inc., Johnson & Johnson, Inc. Synthes, Inc. Synthes USA, LLC, DePuy Orthopaedics, Inc. and DePuy Spine, LLC
Case No. 1:15-cv-01257-WCG
United States District Court for the Eastern District of Wisconsin Green Bay Division
Trial and Deposition Testimony

Acorda Therapeutics, Inc. v. Alkermes PLC
Case No. 01-20-0010-8421
American Arbitration Association
Hearing and Deposition Testimony



Advanced Aerospace Technologies, Inc. v. The United States of America and
The Boeing Company and Institu, Inc.
Case No. 12-85C
United States Court of Federal Claims
Deposition Testimony

Advanced Micro Devices, Inc. and ATI Technologies, ULC v. Samsung
Electronics Co. Ltd. et al.
No. CV-08-0986-SI
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Advanced Technology Materials, Inc. v. Praxair, Inc.,
Civil Action No.03 CV 5161 (RO)
United States District Court for the Southern District of New York
Deposition Testimony

A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No.94-C-5196
Deposition Testimony

Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Allscripts Healthcare, LLC v. DR / Decision Resources, LLC
Case No. 1:19-cv-11038
United States District Court for the District of Massachusetts
Trial and Deposition Testimony

Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceuticals Industries Ltd., et. al.
Civil Action No. 04-2355
United States District Court for the District of New Jersey
Deposition Testimony

Analog Devices, Inc. v. Christopher Michalski, Kiran Karnik and Maxim
Integrated Products, Inc.
Case 01 CVS 10614
State of North Carolina Superior Court Division, County of Guilford
Deposition Testimony

Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC and SmithKline
Beecham Corporation
Case No. 05-23264-CIV-Graham/O'Sullivan
United States District Court for the Southern District of Florida
Deposition Testimony

Appian Corporation v. Pegasystems Inc. and Youyong Zou

29



Case No 2020 07216
Virginia: In the Circuit Court of the Fairfax County
Trial and Deposition Testimony

Appliance Computing III, Inc. Redfin Corporation
Case No. 6:20-cv-00376-ADA
United States District Court for the Western District of Texas
Trial and Deposition Testimony

Applied Medical Resources Corporation v. Gaya Limited
AAA Case No. 50 133T00316 06
Arbitration Testimony

Arendi S.A.R.L. v. Apple Inc.
Case No. 1:12-cv-01596
United States District Court for the District of Delaware
Deposition Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Ashley Furniture Industries v. Laura Ashley Holdings Plc and Laura Ashley, Inc.
AAA File No. 51 133 Y 01056 08
American Arbitration Association
Arbitration and Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil
Oil Corporation, Shell Oil Products Company and Texaco Refining &
Marketing, Inc. v. Unocal Corporation and Union Oil Company of California
and  Union Oil Company of California v. Atlantic Richfield Company, Chevron
U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products
Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony

Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Aylus Networks, Inc. vs. Apple, Inc.
Case No. 3:13-cv-4700
United States District Court for the Northern District of California
Deposition Testimony

Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC
Case No. 11 Civ 1594 (GBD)
United States District Court for the Southern District of New York
Deposition Testimony



Baxalta Inc. and Baxalta, GMbH v. Genentech, Inc.
C.A. No. 17-cv-00509-TBD
United States District Court for the District of Delaware
Deposition Testimony

Baxter International Inc. and Baxter Healthcare Corp. v. CyDex
Pharmaceuticals, Inc.
AAA Case No. 01-21-0002-6106
American Arbitration Association
Deposition Testimony

Bayer Pharma AG, Bayer Intellectual Property GMBH and Bayer Healthcare
Pharmaceuticals, Inc. v. Watson Laboratories, Inc.
Civil Action No 12-517-GMS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Bio-Rad Laboratories, Inc. and the President and Fellows of Harvard College v.
10x Genomics, Inc.
Case No. 1:19-cv-12533
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc., the University of Chicago, Lawrence Livermore
National Security, LLC and Fellows of Harvard College v. Stilla Technologies,
Inc and Stilla Technologies
Case No. 1:19-cv-11587
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc. and the University of Chicago v. 10x Genomics, Inc.
Case No. 15-152-RGA
United States District Court for the District of Delaware
Trial and Deposition Testimony

Board of Trustees of the Leland Stanford Junior University and Litton Systems,
Inc. v. Tyco International LTD., Tyco International, Inc., Tyco
Telecommunications, Inc, Tyco Networks, Inc., Lucent Technologies, Inc.,
Agere Systems, Inc., JDS Uniphase Corporation, Ciena Corporation, Pirelli
S.p.A., Ericsson, Inc., Telefonaktiebolaget Lm Ericsson and Ericsson
Microelectronics Ab, Optoelectronic Products.
Case No. Cv-00-10584-TJH (RCx)
United States District Court for the Central District of California – Western
California
Deposition Testimony



Bracco Diagnostics, Inc. v. Amersham Health Inc., Amersham Health AS, Amersham plc and Amersham Health Inc. v. Bracco Diagnostics, Inc.
Civil Action No. 03-6025
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Briggs & Stratton Corporation v. Kohler Company
Case No. 05-C-0025-C
United States District Court for the Western District of Wisconsin
Deposition Testimony

Bristol-Myers Squibb Company v. Apotex Inc. and Apotex Corp.
Civil Action No. 3:10-cv-05810 (MLC)
United States District Court for District of New Jersey
Deposition Testimony

Brocade Communications Systems, Inc. and Foundry Networks, LLC v. A10 Networks, Inc. et al.
Case No. 10-cv-03428 LHK
United States District Court for the Northern District of California San Jose Division
Trial and Deposition Testimony

Callpod, Inc. v. GN Netcom, Inc. et al.
Case No. 06-CV-4961
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

CareDx, Inc. v. Natera, Inc.
Case No. 1:19-cv-00662-CFC-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

CareFusion 303 v. Sigma International
Case No 10cv0442 DMS (WMC)
United States District Court for the Northern District of California
Trial and Deposition Testimony

Carter Bryant v. Mattel, Inc. and Consolidated Actions
United States District Court for the Central District of California Southern Division
Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)



Deposition Testimony

Caterpillar Inc. v. International Truck & Engine Corp., Siemens Diesel Systems Technology, LLC, Sturman Industries, Inc., Sturman Engine Systems, LLC, Oded E. Sturman and Carol K. Sturman
United States District Court for the District of South Carolina, Columbia Division
Case No. 3:03-1739-17
Deposition Testimony

CEATS, Inc. v. Continental Airlines, Inc., AeroSvit Airlines, CJSC, Air China, Ltd., Air Europa Lineas Aereas, SAU, AirTran Airways, Inc., Alaska Airlines, Inc., Horizon Air Industries, Inc., All Nippon Airways Co., Ltd., Aerovias Del Contenente Americano SA, Brendan Airways, LLC, Caribbean Airlines, Ltd., Delta Air Lines, Inc., EgyptAir Airlines, Co., Frontier Airlines, Inc., JetBlue Airways Corporation, Malaysia Airline System Berhad, Qatar Airways Company QCSC, Alia Royal Jordanian, PLC, TAM, SA, Thai Airways International Public Co., Ltd., United Air Lines, Inc., US Airways, Inc., Virgin America, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

CEATS, Inc. v. Granada Theater, Live Nation Worldwide, Inc., Ticketmaster, LLC, Tickets.com, Inc., Ticket Software, LLC, Ticket Network, Inc., TicketsNow.com, Inc., TNow Entertainment Group, Inc., Concur Technologies, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

Centripetal Networks, Inc. v. Cisco Systems, Inc.
Case No. 2:18-CV-00094-HCM-LRL
United States District Court for the Eastern District of Virginia Norfolk Division
Trial and Deposition Testimony

Cheetah Omni, LLC v. Alcatel-Lucent USA Inc., et al. (on behalf of Tellabs North America, Inc.)
Case No.  6:11CV390
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.
Civil Action No. 04-293
United States District Court for the District of Delaware
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Jedd Williams
In Arbitration before JAMS
Reference No. 1310025030
Deposition Testimony



Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Comet Technologies USA Inc. v. XP Power LLC
Case No. 5:20-CV-06408-NC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Lenovo (United States) et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:09-cv-00399-LED
Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Cisco Systems, Inc.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:11-cv-00343-LED
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. MediaTek Inc., et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:12-cv-578-LED
Deposition Testimony

Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc. and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony

Construction Technology, Inc. v. Cybermation, Inc. et al.
Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

CoStar Realty Information, Inc. v. Civix-DDI, LLC and Civix-DDI, LLC v. LoopNet, Inc.
Case No. 1:12-cv-04968 (consolidated with 07091 and 08632)
United States District Court for the Northeastern District of Illinois Eastern Division
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788



Trial Testimony

Crocs, Inc. v. Effervescent, Inc. et al.
Civil Action No. 06-cv-00605-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Cuker Interactive, LLC v. Pillsbury Winthrop Shaw Pittman LLP
AAA Case No. 01-18-0001-5005
American Arbitration Association
Arbitration Testimony

Curtis Amplatz and Carina Royalty, LLC v. AGA Medical Corporation
Court File No. 27-CV-10-27664
State of Minnesota District Court, County of Hennepin, Fourth Judicial District
Trial Testimony

DaiNippon Screen Mfg., Co. Ltd. *et al.* v. Scitex Corp. Ltd. *et al.*
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Arbitration and Deposition Testimony

Dalmatia Import Group, Inc. and Maia MaGee v. Foodmatch, Inc., Lancaster Fine Foods, Inc. et al.
Case No. 2:16-cv-02767-EGS
United States District Court for the Eastern District of Pennsylvania
Trial and Deposition Testimony

Digital-Vending Services International, Inc. v. The University of Phoenix, Inc.
Civil Action No. 2:09-cv-00555
United States District Court for the Eastern District of Virginia
Deposition Testimony

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Donald R. Cameron, et al. v. Apple Inc.
Civil Action No. 4:19-cv-03074-YGR
United States District Court for the Northern District of California
Deposition Testimony

DTS, Inc. and DTS Licensing Ltd. v. Nero AG and Nero Inc.
Case No. 2:14-cv-09791-RGK-PJW
United States District Court for the Central District of California
Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony



Dynetix Design Solutions, Inc. v. Synopsys, Inc. and Does 1-50
Case No. 5:11-cv-05973-PSG
United States District Court for the Northern District of California
Deposition Testimony

Dyson, Inc. v. Bissell Homecare, Inc.
Case No. 10-cv-08126
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony

Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Emblaze Ltd. v. Apple Inc.
Civil Action No. 45:11-cv-01079-SBA (PSG)
United States District Court for the Northern District of California San Jose Division
Trial and Deposition Testimony

Enterasys Networks, Inc. v. Extreme Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Epic Games, Inc. v. Apple Inc.
Civil Action No. 4:20-cv-05640-YGR
United States District Court for the Northern District of California Oakland Division
Trial and Deposition Testimony

Errant Gene Therapeutics, LLC v. Sloan Kettering Institute for Cancer Research and Bluebird Bio Inc.
Index No. 150586/2017
Supreme Court of the State of New York
Trial and Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Esquel Enterprises, Ltd., v. TAL Apparel Limited and TALTECH Limited
Civil Action No. C04-974Z
United States District Court for the Western District of Washington at Seattle
Deposition Testimony



EVEMeta, LLC v. Siemens Convergence Creators Corporation, Synacore, Inc.
Case No. 23139/MK
Supreme Court of New York for the County of New York
Deposition Testimony

Express, LLC v. Fetish Group, Inc.
Civil Action No. CV05-2931 SWV (JTLx)
United States District Court for the Central District of California Western
Division
Deposition Testimony

Extreme Networks, Inc. v. Enterasys Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Facebook, Inc. & Subsidiaries v. Commission of Internal Revenue
Docket No. 21959-16
U.S. Tax Court
Trial Testimony

Fairchild Semiconductor Corporation and System General Corporation v. Power
Integrations, Inc.
Civil Action No. 12-00540
United States District Court for the District of Delaware
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony

FidoPharm, Inc. & Omnipharm, Ltd. v. Cheminova, Inc. A/S
AAA Case No. 50 503 T 00266 12
American Arbitration Association
Hearing Testimony

First Quality Tissue, LLC v. Irving Consumer Products Limited and Irving
Consumer Products, Inc.
Case No. 1:19-cv-00428
United States District Court for the District of Delaware
Deposition Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.
Case No.: CV07-02-962
United States District Court for the Central District for the State of California
Deposition Testimony



Fractus, S.A. v. Samsung Electronics Co. Ltd.; et al (including LG Electronics, Inc. and related parties)
Civil Action No. 6:09cv203
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Fujitsu Ltd. v. Tellabs, Inc. et al.
Case No. 1:09-cv-04530
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

FXOne, LLC & Rosario Ingargiola v. Seabury Financial Solutions, et. al
JAMS New York, New York
Arbitration Hearing Testimony

General Mills, Inc. and General Mills IP Holdings II, LLC v. Fage Dairy
Industry, S.A., Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc.
United States District Court for the Northern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287
United States District Court for the District of Puerto Rico
Deposition Testimony

The Gillette Company LLC v. Dollar Shave Club, Inc., Dorco Company Ltd.,
and Pace Shave, Inc.
Case No. 1:15-CV-01158 (LPS)
United States District Court for the District of Delaware
Deposition Testimony

Google LLC v. Anthony Levandowski and Lior Ron
JAMS Ref No. 1100086069
Hearing and Deposition Testimony

Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

Group One v. Hallmark



Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western Division
Deposition Testimony

GSI Technology, Inc. v. United Memories, Inc., Integrated Silicon Solution, Inc.
Case No. 13-CV-1081-PSG
United States District Court for the Northern District of California, San Jose Division
Trial and Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics America Inc. and Office Depot
Civil Action No. 97-1988-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Kevin P. Chase
Civil Action No. 94-75361
United States District Court
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

Huawei Technologies Co. Ltd. v. Verizon Communications, Inc. et al.
Civil Action No. 2:20-cv-00030
United States District Court for the Eastern District of Texas Marshall Division
Trial and Deposition Testimony

ICON Health & Fitness, Inc. v. Peloton Interactive, Inc.
Case No. 1:20-cv-01386-RGA
United States District Court for the District of Delaware
Deposition Testimony

iHance, Inc. v. Eloqua Limited and Eloqua Corporation
Case No. 2;11-CV-257-MSD-TEM
United States District Court for the Eastern District of Virginia Norfolk Division
Deposition Testimony

Illumina, Inc. et. al v. Ariosa Diagnostics, Inc.
Case No 3:14-cv-01921-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Immunocept, LLC, Patrice Anne Lee, and James Reese Matson v. Fullbright & Jaworski, LLP
Cause No. A 05 CA 334 SS
United States District Court of Texas, Austin Division



Deposition Testimony

Impact Engine, Inc. v. Google LLC
Case No. 3:19-cv-01301-CAB-DEB
United States District Court for the Southern District of California
Deposition Testimony

In Re Apple iPhone Antitrust Litigation
Civil Action No. 4:11-cv-06714-YGR
United States District Court for the Northern District of California
Deposition Testimony

In Re Gabapentin Patent Litigation
MDL Docket No. 1384 (FSH)
Master Civil Action No. 00-2931 (FSH)
On behalf of Defendants Teva Pharmaceutical Industries Ltd. and IVAX
Corporation and related parties
United States District Court for the District of New Jersey
Deposition Testimony

In Re Nortel Networks Inc. et al. and
In the Matter of the Companies' Creditors Arrangement Act
Case No. 09-10138 (KG) and R.S.C. 1985, c. C-36
United States Bankruptcy Court for the District of Delaware and the Ontario
Superior Court of Justice
Trial and Deposition Testimony

In the Matter of Arbitration Between Open Text, Inc., Claimant, and State
Employee's Credit Union, Respondent
JAMS Arbitration No. 1400015026
Arbitration Testimony

In the Matter of Certain Botulinum Toxin Products, Processes for
Manufacturing or Relating to Same and Certain Products Containing Same
Investigation No. 337-TA-1145
On behalf of Allergan plc, Allergan, Inc. and Medytox Inc.
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Electronic Devices with Graphics Data Processing
Systems, Components Thereof, and Associated Software
Investigation No. 337-TA-813
On behalf of Respondent Apple Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Pre-Filled Syringes for Intravitreal Injection and
Components Thereof
Investigation No. 337-TA-1207
United States International Trade Commission
Deposition Testimony



In the Matter of Certain Robotic Floor Cleaning Devices and Components
Thereof
Investigation No. 337-TA-1252
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Semiconductor Chips with Minimized Chip Package
Size and Products Containing Same (III)
Investigation No. 337-TA-630
On behalf of Respondents Acer, Nanya and Powerchip
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Short-Wavelength Light Emitting Diodes, Laser Diodes,
and Products Containing Same
Investigation No. 337-TA-640
On behalf of Respondent Panasonic
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wearable Activity Tracking Devices, Systems and
Components Thereof
Investigation No. 337-TA-973
On Behalf of Complainant Fitbit, Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wiper Blades
Investigation No. 337-TA-816
On behalf of Respondents
United States International Trade Commission
Hearing (written) and Deposition Testimony

Industrial Print Technologies, LLC v. O'Neil Data Systems, Inc. and Hewlett-
Packard Company et. al
Case No. 3:15-cv-01100-M, 01101-M, 01103-M, 01104-M and 01106-M
United States District Court for the Northern District of Texas Dallas Division
Deposition Testimony

InLine Connection, Corp v. AOL Time Warner, Inc. and American Online, Inc
Civil Action 02-272
United States District Court for the District of Delaware
Deposition Testimony

InLine Connection, Corp v. Earthlink, Inc.
Civil Action 02-477
United States District Court for the District of Delaware
Deposition Testimony

Innovention Toys, LLC v. MGA Entertainment, Inc., Wal-Mart Stores, Inc. and
Toys 'R Us, Inc.
Civil Action No. 07-6510



United States District Court for the Eastern District of Louisiana
Trial and Deposition Testimony

Intel Corporation v. Future Link Systems, LLC
Civil Action No. 14-377(LPS)
United States District Court for the District of Delaware
Deposition Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73
United States District Court for the District of Delaware
Trial and Deposition Testimony

International Business Machines Corporation v. Groupon, Inc.
C.A. No. 16-122-LPS-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

Invensas Corporation v. Renesas Electronics Corporation and Renesas
Electronics America, Inc.
Case No. 11-cv-00448-GMS
United States District Court for the District of Delaware
Deposition Testimony

Invention Capital Partners v. Phoenix Technologies Ltd., Marlin Equity
Partners, et. al
Case No: 113CV242491
Superior Court of the State of California County of Santa Clara
Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Jaguar Land Rover Limited v. Bentley Motors Limited and Bentley Motors, Inc.
Case No. 2:18-cv-320-MSD-LRL
United States District Court for the Eastern District of Virginia, Norfolk
Division
Deposition Testimony



Jamdat Mobile, Inc. v. JAMSTER International Sarl, Ltd; JAMBA! GMBH; and
Verisign, Inc.
Civil Action No. CV05-3945 PA (FMOx)
Deposition Testimony

James Hayden v. 2K Games, Inc. and Take-Two Interactive Software, Inc.
Civil Action No. 1:17-cv-02636-CAB
United States District Court for the Northern District of Ohio Eastern Division
Deposition Testimony

Jenner & Block LLP v. Parallel Networks, LLC and EpicRealm Licensing LP
JAMS Arbitration No. 1310019934
Arbitration and Deposition Testimony

John W. Evans, et al. v. General Motors Corporation
Docket # X06-CV-94-0156090S
Superior Court of Connecticut Judicial District of Waterbury
Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable
Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.
Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony

Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Trial and Deposition Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

Keurig, Inc. v. Kraft Foods Global, Inc., Tassimo Corp., and Kraft Foods Inc.
C.A. No. 07-17 (GMS)
United States District Court for the District of Delaware
Deposition Testimony

Kimberly-Clark Corporation v. Cardinal Health 200, LLC
Civil Action No. 1:10 CV-0034-CAP
United States District Court Northern District of Georgia, Atlanta Division
Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc., Richard Weston,
Medela AG, Medela, Inc., and Patient Care Systems, Inc.
Civil Action SA-03-CA-0832-RG



United States District Court Western District of Texas San Antonio Division
Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc. and Smith &
Nephew, Inc.
Case No. SA:08-CV-00102-WRF
United States District Court Western District of Texas San Antonio Division
Preliminary Injunction Hearing, Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical
Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest
University Health Sciences v. Convatec, Inc., Boehringer Wound Systems, LLC
and Boehringer Technologies, LP
Civil Action No. 1:08-CV-00918-WO-LPA
United States District Court for the Middle District of North Carolina
Deposition Testimony

Kruse Technology Partnership v. Caterpillar, Inc.
Case No. CV 04-10435
United States District Court for the Central District of California
Deposition Testimony

Kuryakan Holdings LLC v. Ciro, LLC et al
Civ. No. 3:15-CV-00703
United States District Court for the Western District of Wisconsin
Deposition Testimony

Leo Pharma A/S v. Tolmar, Inc. et al.
United States District Court for District of Delaware
C.A. No. 10-269 (SLR)
Deposition Testimony

Lincoln Electric Company, et al. v. National Standard, LLC
No. 1:09-cv-01886-DCN
United States District Court of Ohio Eastern Division
Deposition Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v.
Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lotes Co. Ltd. v. Hon Hai Precision Industry Co. Ltd and Foxconn Electronics, Inc.
Civil Action No. 3:11-cv-01036-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)



United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Match Group, LLC v. Bumble Trading Inc. et al.
Civil Action 6:18-cv-00080
United States District Court for the Western District of Texas Waco Division
Deposition Testimony

Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., Oppo Digital., and Micro-Star International Computer Corp.
Case No. C05-03148 MMC
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Medgraph, Inc. v. Medtronic, Inc.
Case No. 6:09-cv-06610-DGL-MWP
United States District Court for the Western District of New York Rochester Division
Deposition Testimony

MedImpact Healthcare Systems, Inc. et al v. IQVIA, Inc. et al.
Case No. 3:19-cv-1865-GPC-DEB
United States District Court for the Southern District of California
Deposition Testimony

Medtronic Xomed, Inc. v. Gryus ENT LLC
Case No.: 3:04CV400-J-32 MCR
United States District Court for the Middle District of Florida Jacksonville Division
Deposition Testimony

MEI, Inc. v. JCM American Corp & Japan Cash Machine Co. Ltd.
Civil Action No. 09-00351
United States District Court for the District of New Jersey
Deposition Testimony

Meribear Productions, Inc. v. Showroom Interiors, Inc. et. al.
Case No. VC065653
Superior Court of the State of California, County of Los Angeles
Deposition Testimony

Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties



Civil Action No. 379CV-1813H
Trial Testimony

MGA Entertainment, Inc. and Isaac Larian v. Hartford Insurance Company of the Midwest, Harford Fire Insurance Company, The Hartford Financial Services Group and Does 1 through 10.
Case No. CV 08-0457 DOC (RNBx)
United States District Court for the Central District of California Southern Division
Deposition Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Milwaukee Electric Tool Corporation, Metco Battery Technologies, LLC AC (Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd. v. Snap-On Incorporated
Case No. 2:14-cv-01296
United States District Court for the Eastern District of Wisconsin
Trial and Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Trial and Deposition Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Mitsubishi Electric Corp., Koninklijke Philips N.V., Thomson Licensing, GE Technology Development, Inc. Panasonic Corporation and Sony Corporation v. Sceptre, Inc.
Case No. 2:14-cv-04994-ODW-AJW
United States District Court for the Central District of California
Deposition Testimony

Money Suite Company v. Insurance Answer Center, LLC; Answer Financial, Inc.; AllState Insurance Company; Esurance Insurance Services, Inc.
United States District Court Central District of California Southern Division
Deposition Testimony

Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony



Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN, BHD v. Hytera
Communications Corporation Ltd., Hytera America, Inc. and Hytera
Communications America (West), Inc.
Civil Action No. 1:17-cv-1973
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Motorsport Aftermarket Group, Inc. v. Thomas Ellsworth
AAA Case No. 01-15-0006-1319
American Arbitration Association
Hearing Testimony

Natera, Inc. v. ArcherDx, Inc., ArcherDx, LLC and Invitae Corp.
Civil Action No. 20-125-LPS
United States District Court for the District of Delaware
Deposition Testimony

Nellcor Puritan Bennett, LLC v. CAS Medical Systems, Inc.
Case No. 2:11-CV-15697
United States District Court for the Eastern District of Michigan Southern
Division
Deposition Testimony

Netlist, Inc. v. Diablo Technologies, Inc.
Civil Action No. 4:13-CV-05962-YGR
United States District Court for the Central District of California Oakland
Division
Trial Testimony

Nomadix, Inc. v. Hewlett-Packard Company, et al.
Civil Action No. CV09-08441 DDP(VBKx)
United States District Court for the Central District of California Western
Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

Optical Air Data Systems, LLC v. L-3 Communications Corporation et al.
Civil Action No. N17C-05-619
Superior Court of the State of Delware
Trial and Deposition Testimony

Oracle America, Inc. v. Google, Inc.
Case No. 3:10-CV-03561-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)



United States District Court for the District of New Jersey
Trial and Deposition Testimony

PACT XPP Schweiz AG et al. v. Intel Corporation
Civil Action No. 19-cv-01006-JDW
United States District Court for the District of Delaware
Deposition Testimony

Pharmacia & Upjohn Company, LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
Civil Action No. 04-833 (KAJ)
United States District Court for the District of Delaware
Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony

Peter Daou and James Boyce v. Arianna Huffington, Kenneth Lerer and
TheHuffingtonPost.com, Inc.
Index No. 651997/2010
Supreme Court of the State of New York, County of New York
Deposition Testimony

PlastiPak Packaging, Inc. v. Premium Waters Inc.
Case No. 3:20-cv-00098
United States District Court for the Western District of Wisconsin
Deposition Testimony

Plexxikon Inc. v. Novartis Pharmaceuticals Corporation
Case No. 4:17-cv-04405-HSG
United States District Court for the Northern District of California Oakland
Division
Trial Deposition Testimony

Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., Fairchild
Semiconductor Corporation and System General Corporation
Case No. 3:09-cv-05235-MMC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Powertech Technology, Inc. v. Tessera, Inc.
Case No. CV10-00945EMC
United States District Court for the Northern District of California
Deposition Testimony



Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

Prism Technologies, LLC v. AT&T Mobility, LLC
Civil Action No. 8:12-cv-122-LES-TDT
United States District Court of Nebraska
Deposition Testimony

Prism Technologies, LLC v. T-Mobile USA, Inc.
Civil Action No. 8:12-cv-00124
United States District Court of Nebraska
Trial and Deposition Testimony

Prism Technologies, LLC v. Sprint Spectrum L.P. d/b/a/ Sprint PCS
Civil Action No. 8:12-cv-123-LES-TDT
United States District Court of Nebraska
Trial and Deposition Testimony

The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

Purecircle USA Inc. and Purecircle SDN BHD v. Sweegen, Inc. and Phyto Tech Corp.
Case No. 8:18-CV-1679 JVS (JDE)
United States District Court for Central District of California Southern Division
Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Radware, LTD, and Radware, Inc. v. F5 Networks, Inc.
Civil Action No. 5:13-cv-02024 RMW
United States District Court for the Southern District of California San Jose Division
Trial and Deposition Testimony



Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG et. Al
Case IPR2021-00816
United States Patent and Trademark Office Before the Patent Trial and Appeal Board
Deposition Testimony and Written Declaration

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Rensselaer Polytechnic Institute and Dynamic Advances, LLC v. Apple Inc.
Case No 1:13-cv-00633 (DNH/DEP)
United States District Court for the Northern District of New York
Deposition Testimony

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Robert E. Morley, Jr. and REM Holdings 3, LLC v. Square, Inc., Jack Dorsey and James McKelvey, Jr.
No. 4:14-cv-00172-CDP
United States District Court for the Eastern District of Missouri
Deposition Testimony

Roche Diabetes Care, Inc. v. Insulet Corporation
Case No. 1:20-cv-00825
United States District Court for the District of Delaware
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Ameren Corporation; Union Electric Company; Central Illinois Public Service Company; Cilcorp, Inc.; Central Illinois Light Company
Case No. 07-4955 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. AOL, LLC, CompuServe Interactive Services and Netscape Communications Corporation



CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Cablevision Systems Corporation et. al.
Case No. 2:07-ML-01816 / 02314 RGK-FFM
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Operating, LLC; and Charter Communications Entertainment I, LLC
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. CIGNA Corporation, CIGNA Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug of Pennsylvania, LLC and Tel-Drug, Inc.
CV 07-2192 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Comcast Corporation, Sirius-XM Radio, Inc., et al.
NO. 2:07-ML-01816-C RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. DHL Holdings (USA) Inc., DHL Express (USA), Inc., and Sky Courier, Inc.
Case No. 07-ml-01816-B RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Fifth Third Bankcorp, Fifth Third Bank, Fifth Third Bank (Central Ohio)
Case No. 07-4960 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Time Warner Cable Inc., Time Warner NY Cable LLC and Time Warner Entertainment Company, L.P.
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. United States Cellular Corporation, TDS Telecommunications Corporation and TDS Metrocom, LLC
Case No.07-ML-01816-B-RGK (FFMX)
United States District Court for the Central District of California



Deposition Testimony

Rosetta Stone Ltd. v. Google Inc.
Civil Action No. 1:09 CV 736 GBL / JFA
United States District Court for the Eastern District of Virginia
Deposition Testimony

RWM Kinetic Enterprises, Inc. and Thomas J. Ring v. Kinetic Concepts, Inc.
and KCI Therapeutic Services, Inc.
Case No. SA-96-CA-603-OG
United States District Court for the Western District of Texas San Antonio
Division
Trial Testimony

Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. v. Genentech,
Inc. and City of Hope
Case No. 2:15-CV-05685
United States District Court for the Central District of California Western
Division
Deposition Testimony

Sanyo Electric Co., Ltd. v. Intel Corporation
Civil Action No. 2018-0723-MTZ
Court of Chancery of the State of Delaware
Deposition Testimony

Saxon Innovations, LLC v. Nokia Corp, et al. (including Samsung Electronics,
Co. and related parties)
Civil Action No. 6:07-cv-490-LED-JDL
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

SecurityPoint Holdings, Inc. v. The United States
Case No. 1:11-cv-00268-EGB
In the United States Federal Court of Claims
Deposition and Trial Testimony

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd.,
S-LCD Corporation, Samsung Electronics America, Inc. Samsung
Telecommunications America, LLC
Civil Action No. 3:09-cv-00001
United States District Court for the Western District of Wisconsin
Deposition Testimony

Selex Galileo, Inc. v. Nomir Medical Technologies, Inc.
Case No. 01-17-0003-0930
American Arbitration Association
Hearing Testimony

Seven Networks, LLC v. Apple Inc.
Civil Action No. 2:19-cv-115-JRG
United States District Court for the Western District of Texas Marshall Division



Deposition Testimony

Shuffle Tech International, LLC and Aces Up Gaming, Inc. and Poydras-Talrick
Holdings, LLC v. Scientific Games Corporation and Bally Technologies, Inc.
(d/b/a SHFL Entertainment or Shuffle Master) and Bally Gaming, Inc.
Civil Action No. 1:15-cv-3702
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Silicon Image, Inc. v. Analogix Semiconductor, Inc.
Case No. C 07-00635 JCS
United States District Court for the Northern District of California, San
Francisco Division
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766
Deposition Testimony

Slot Speaker Technologies, Inc. v. Apple Inc.
Case No. 4:13-cv-01161-HSG
United States District Court Northern District of California Oakland Division
Deposition Testimony

SmartPhone Technologies, LLC v. Research In Motion Corp. et. al (on behalf
LG Electronics, Inc. and LG Electronics USA, Inc.)
Civil Action No. 6:10cv74-LED
United States District Court Eastern District of Texas Tyler Division
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji
Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Trial and Deposition Testimony

Steven E. Berkheimer v. Hewlett-Packard Company
Case No. 1:12-cv-09023
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV44
United States District Court of Texas Sherman Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV45
United States District Court of Texas Sherman Division
Deposition Testimony



Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil, and Technics, Inc.
Civil Action No. 4:19-cv-01145
United States District Court for the Southern District of Texas Houston Division
Trial and Deposition Testimony

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil, and Technics, Inc.
Civil Action No. 1:15-CV-8178
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Synopsys, Inc. v. Ubiquiti Networks, Inc. et al.
Civil Action No. 3:17-cv-00561-WHO
United States District Court for the Northern District of California
Deposition Testimony

Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.
Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Deposition Testimony

Tekmira Pharmaceuticals Corporation and Protiva Pharmaceuticals, Inc. v. Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.
Civil Action No. 11-1010-BLS2
Massachusetts Superior Court for Suffolk County
Deposition Testimony

Tessera, Inc. v. Advanced Micro Devices, Inc. et al.
Case No. 4:05-cv-04063-CW
United States District Court for Northern District of California Oakland Division
Deposition Testimony

Tessera, Inc. v. UTAC (Taiwan) Corporation
Case No.: 5:10-cv-04435-EJD
United States District Court for Northern District of California San Jose Division
Deposition Testimony

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Toro Company v. MTD Products Inc., MTD Consumer Group Inc., and Cub Cadet LLC
Civil Action No 10-cv-007-JNE-TNL
United States District Court for the District of Minnesota
Deposition Testimony



Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and CaptionCall, LLC
Case No.: 3:14-cv-66-BBC
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Unwired Planet, LLC v. Apple, Inc.
Case No. 3:13-cv-4134-VC
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

U.S.A. Dawgs, Inc. et al. v. Ronald Snyder, et al.
Civil Action No. 16-cv-02004-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Verinata Health, Inc. and the Board of Trustees of the Leland Stanford Junior University v. Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.
Case No. 3:12-cv-00865-SI
Deposition Testimony

Verinata Health, Inc. v. Ariosa Diagnostics, Inc.
Case No. 3:12-cv-055501-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Viacom International Inc. v. MGA Entertainment, Inc.
Case No.: 2:15-cv-09621-R (Ex)
United States District Court for the Central District of California
Deposition Testimony

VimpelCom Ltd. v. Orascom TMT Investments S.a.r.l.
London Court of International Arbitration
Arbitration No: 153077
Hearing Testimony

Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies AG and Infineon Technologies AG North America Corporation
Case No. C 08-05129 CRB
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications Corporation
Civil Action No. 97-1628-A



United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

Waymo LLC v. Uber Technologies, Inc., Ottomotto LLC and Otto Trucking LLC
Case No. 3:17-cv-00939-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Whirlpool Corporation v. Drinker Biddle & Reath LLP et. al.
Case No. 2015-L-007631
Circuit Court of Cook County, Illinois
Trial and Deposition Testimony

Zenith Electronics LLC, Panasonic Corporation, U.S., Philips Corporation, and
the Trustees of Columbia University in the City of New York v. Sceptre, Inc.
Case No. 9:13-CV-80567
United States District Court for the Central District of California
Deposition Testimony

Zenith Electronics LLC v. Vizio, Inc.; Westinghouse Digital Electronics LLC, et al.
No. 5:06CV246-DF
United States District Court for the Eastern District of Texas
Texarkana Division
Deposition Testimony

ZiiLabs Inc., Ltd. v. Samsung Electronics Co. Ltd (and related Samsung parties)
and Apple Inc.
Case No. 2:14-cv-00203
United States District Court for the Eastern District of Texas Marshall Division
Deposition Testimony

In the Matter of Certain Robotic Floor Cleaning Devices and Components
Thereof
Case No. 337-TA-1252
On behalf of the Respondents SharkNinja Operating LLC, SharkNinja
Management LLC, SharkNinja Management Company, SharkNinja Sales
Company, SharkNinja Hong Kong Co. Ltd., and EP Midco LLC
United States International Trade Commission
Deposition Testimony



**PATENTS**

Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony Fulfillment Service System, May 12, 1998.

Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6.397,057, System and Method of Providing Advertising Information to a Subscriber Through a Wireless Device, May 28, 2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices, August 3, 2004.

Inventor, United States Patent No. 6,839,556, System and Method of Providing Information to a Subscriber through a Wireless Device, January 4, 2005.

Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent No. 7,181,200, Method of Providing Information to a Telephony Subscriber, February 20, 2007.

Inventor, United States Patent No. 7,353,202, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 1, 2008.

Inventor, United States Patent No. 7,769,685, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, August 3, 2010.

Inventor, United States Patent No. 7,813,716, Method of Providing Information to a Telephony Subscriber, October 12, 2010.

Inventor, United States Patent No. 7,885,897, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, February 8, 2011.

Inventor, United States Patent No. 7,930,231, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 19, 2011.

Inventor, United States Patent No. 7,987,142, Intellectual Property Trading Exchange, July 26, 2011.



Inventor, United States Patent No. 8,041,341, System of Providing Information to a Telephony Subscriber, October 18, 2011.

Inventor, United States Patent No. 8,180,711, Intellectual Property Trading Exchange, May 15, 2012.

Inventor, United States Patent No. 8,255,932, System and Method for Managing Intellectual Property-Based Risks, January 15, 2013.

Inventor, United States Patent No. 8,515,851, Method and System for Generating an Index of Securities, August 20, 2013.

Inventor, United States Patent No. 8,554,687, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, October 8, 2013.

Inventor, United States Patent No. 8,694,419, Methods and Systems for Utilizing Intellectual Property Assets and Rights, April 8, 2014.

Inventor, United States Patent No. 8,787,878, System of Providing Information to a Telephony Subscriber, July 22, 2014.

Inventor, United States Patent No. 8,831,985, Financial Instrument Based on Content and Methods for Valuation, September 9, 2014.

Inventor, United States Patent No. 8,880,031, System of Providing Information to a Telephony Subscriber, November 4, 2014.

Inventor, United States Patent No. 9,058,628, Marketplace for Trading Intangible Asset Derivatives and a Method for Trading Intangible Asset Derivatives, June 16, 2015.

Inventor, United States Patent No. 9,244,292, Eyewear with Exchangeable Temples Housing A Radio Frequency, January 26, 2016.

---

**CONTACT**          James E. Malackowski
                     Co-founder and Senior Managing Director
                     Ocean Tomo, LLC, a part of J.S. Held
                     Miami, Florida

                     312-327-4410 Direct
                     jmalackowski@oceantomo.com

# Appendix B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B

**Thomson Reuters and Westlaw Produced Documents**

| | | |
|---|---|---|
| TR-0000568 - TR-0000581 | TR-0037669 - TR-0037680 | TR-0179887 - TR-0179890 |
| TR-0000587 - TR-0000590 | TR-0037703 - TR-0037706 | TR-0179889 |
| TR-0000695 - TR-0000696 | TR-0037860 - TR-0037861 | TR-0358927 - TR-0358948 |
| TR-0001119 - TR-0001122 | TR-0038909 - TR-0038922 | TR-0358967 - TR-0358988 |
| TR-0001142 - TR-0001165 | TR-0039860 - TR-0039885 | TR-0359181 - TR-0359186 |
| TR-0001253 | TR-0039933 - TR-0039942 | TR-0359202 - TR-0359204 |
| TR-0001733 - TR-0001735 | TR-0040273 - TR-0040566 | TR-0359401 - TR-0359443 |
| TR-0001965 - TR-0001971 | TR-0048605 - TR-0048606 | TR-0359503 - TR-0359560 |
| TR-0002635 - TR-0002636 | TR-0048620 | TR-0359564 - TR-0359954 |
| TR-0002705 - TR-0002710 | TR-0048725 - TR-0048732 | TR-0359959 - TR-0360216 |
| TR-0002723 | TR-0049195 - TR-0049200 | TR-0361194 - TR-0361207 |
| TR-0002758 - TR-0002772 | TR-0073545 - TR-0073546 | TR-0433738 - TR-0433741 |
| TR-0002775 | TR-0091408 - TR-0091411 | TR-0521595 |
| TR-0002779 - TR-0002783 | TR-0098206 - TR-0098209 | TR-0532236 - TR-0532373 |
| TR-0002812 - TR-0002814 | TR-0135110 - TR-0135116 | TR-0532427 |
| TR-0002837 - TR-0002839 | TR-0178604 - TR-0178612 | TR-0532475 - TR-0532476 |
| TR-0002844 - TR-0002849 | TR-0179830 - TR-0179845 | TR-0532519 - TR-0532520 |
| TR-0002864 - TR-0003137 | TR-0179838 - TR-0179847 | TR-0549927 - TR-0549958 |
| TR-0033982 - TR-0033985 | TR-0179838 - TR-0179850 | TR-0836004 |
| TR-0033999 - TR-0034002 | TR-0179863 - TR-0179870 | TR-0894151 - TR-0894157 |
| TR-0034152 - TR-0034155 | TR-0179863 - TR-0179872 | TR-0908413 - TR-0908442 |
| TR-0034357 - TR-0034359 | TR-0179876 - TR-0179877 | TR-0908447 |
| TR-0034509 - TR-0034512 | TR-0179876 - TR-0179878 | TR-0908678 - TR-0908680 |
| TR-0034557 - TR-0034560 | TR-0179877 | TR-0908939 - TR-0908942 |
| TR-0035897 - TR-0035908 | TR-0179884 - TR-0179886 | TR-0909025 - TR-0909029 |
| TR-0035922 - TR-0035925 | TR-0179885 | WPC-0001475 - WPC-0001476 |

**ROSS Produced Documents**

| | | |
|---|---|---|
| ROSS_0103232888 | ROSS-000197671 - ROSS-000197673 | ROSS-000203449 - ROSS-000203467 |
| ROSS-000061913 - ROSS-000061932 | ROSS-000197791 - ROSS-000197794 | ROSS-000204216 - ROSS-000204218 |
| ROSS-000175054 - ROSS-000175067 | ROSS-000197949 - ROSS-000197951 | ROSS-000204366 - ROSS-000204367 |
| ROSS-000176146 - ROSS-000176148 | ROSS-000198151 - ROSS-000198152 | ROSS-000235965 - ROSS-000235969 |
| ROSS-000176758 - ROSS-000176780 | ROSS-000201544 | ROSS-000241438 - ROSS-000241439 |
| ROSS-000176798 - ROSS-000176803 | ROSS-000201630 - ROSS-000201632 | ROSS-000247118 - ROSS-000247120 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B

| | | |
|---|---|---|
| ROSS-000204216 - ROSS-000204218 | ROSS-003390101 - ROSS-003390105 | ROSS-009659301 |
| ROSS-000204366 - ROSS-000204367 | ROSS-003390233 - ROSS-003390236 | ROSS-009659437 |
| ROSS-000235965 - ROSS-000235969 | ROSS-003390563 - ROSS-003390565 | ROSS-009659609 |
| ROSS-000241438 - ROSS-000241439 | ROSS-003390586 - ROSS-003390587 | ROSS-009660296 |
| ROSS-000247118 - ROSS-000247120 | ROSS-003390869 - ROSS-003390871 | ROSS-009660815 |
| ROSS-000251670 - ROSS-000251671 | ROSS-003390881 - ROSS-003390884 | ROSS-009660832 - ROSS-009660841 |
| ROSS-000271277 - ROSS-000271302 | ROSS-003391075 | ROSS-009661179 |
| ROSS-000304769 - ROSS-000304784 | ROSS-003391127 - ROSS-003391130 | ROSS-009664862 |
| ROSS-000304847 - ROSS-000304856 | ROSS-003419039 - ROSS-003419044 | ROSS-009664862 - ROSS-009664867 |
| ROSS-001782470 - ROSS-001782489 | ROSS-003483172 - ROSS-003483173 | ROSS-009666105 |
| ROSS-003268059 | ROSS-003487472 - ROSS-003487474 | ROSS-009667571 |
| ROSS-003276744 - ROSS-003276745 | ROSS-003496253 | ROSS-009667620 |
| ROSS-003277880 - ROSS-003277881 | ROSS-003537612 - ROSS-003537613 | ROSS-009668638 - ROSS-009668640 |
| ROSS-003278045 | ROSS-003540523 | ROSS-009668688 |
| ROSS-003278256 - ROSS-003278258 | ROSS-003610162 - ROSS-003610165 | ROSS-009668796 |
| ROSS-003278267 | ROSS-003610547 | ROSS-009675875 |
| ROSS-003334354 | ROSS-003695819 - ROSS-003695827 | ROSS-009676232 - ROSS-009676233 |
| ROSS-003343202 - ROSS-003343207 | ROSS-003705907 - ROSS-003705911 | ROSS-009676258 |
| ROSS-003382387 - ROSS-003382389 | ROSS-003715393 - ROSS-003715406 | ROSS-009676260 |
| ROSS-003383658 | ROSS-003715671 | ROSS-009676660 |
| ROSS-003384058 - ROSS-003384059 | ROSS-003718400 - ROSS-003718407 | ROSS-009677267 |
| ROSS-003385440 - ROSS-003385442 | ROSS-009494331 | ROSS-009688516 |
| ROSS-003386171 - ROSS-003386173 | ROSS-009503144 | ROSS-009688583 |
| ROSS-003386670 - ROSS-003386686 | ROSS-009547818 - ROSS-009547823 | ROSS-009690393 - ROSS-009690399 |
| ROSS-003389607 | ROSS-009556219 - ROSS-009556220 | ROSS-009690394 |
| ROSS-003389615 - ROSS-003389616 | ROSS-009558474 - ROSS-009558475 | ROSS-009698876 |
| ROSS-003389728 - ROSS-003389730 | ROSS-009559997 - ROSS-009559998 | ROSS-009705518 |
| ROSS-003389728 - ROSS-003389731 | ROSS-009583583 | ROSS-009705710 |
| ROSS-003389728 - ROSS-003389732 | ROSS-009584733 - ROSS-009584735 | ROSS-009706035 |
| ROSS-003389778 - ROSS-003389779 | ROSS-009585472 | ROSS-009720945 - ROSS-009720946 |
| ROSS-003389911 | ROSS-009599508 - ROSS-009599509 | ROSS-009720946 - ROSS-009720954 |
| ROSS-003389928 - ROSS-003389938 | ROSS-009601555 | ROSS-009720977 |
| ROSS-003389945 - ROSS-003389946 | ROSS-009601588 - ROSS-009601589 | ROSS-009721062 |
| ROSS-003389960 - ROSS-003389961 | ROSS-009603341 | ROSS-009721062 - ROSS-009721064 |
| ROSS-003390024 - ROSS-003390025 | ROSS-009621324 - ROSS-009621325 | ROSS-009721138 - ROSS-009721139 |
| ROSS-003390050 - ROSS-003390052 | ROSS-009637399 - ROSS-009637400 | ROSS-009721521 - ROSS-009721522 |
| ROSS-003390062 - ROSS-003390065 | ROSS-009637509 | ROSS-009721525 |
| ROSS-003390071 - ROSS-003390075 | ROSS-009659108 | ROSS-009721539 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B

| | | |
|---|---|---|
| ROSS-009722028 | ROSS-010164415 - ROSS-010164418 | ROSS-010319517 |
| ROSS-009722034 | ROSS-010186032 - ROSS-010186033 | ROSS-010319520 |
| ROSS-009722081 - ROSS-009722083 | ROSS-010209030 - ROSS-010209035 | ROSS-010319595 - ROSS-010319596 |
| ROSS-009722263 - ROSS-009722299 | ROSS-010221959 - ROSS-010221960 | ROSS-010319771 |
| ROSS-009722349 | ROSS-010241185 - ROSS-010241191 | ROSS-010319914 |
| ROSS-009722606 | ROSS-010262269 | ROSS-010319997 |
| ROSS-009722699 | ROSS-010262295 | ROSS-010320005 |
| ROSS-009722781 | ROSS-010264083 | ROSS-010320024 |
| ROSS-009722810 | ROSS-010264450 | ROSS-010320092 |
| ROSS-009722867 | ROSS-010265185 | ROSS-010320219 |
| ROSS-009723167 | ROSS-010268031 | ROSS-010320363 |
| ROSS-009723181 | ROSS-010268840 | ROSS-010320544 |
| ROSS-009723190 | ROSS-010270585 | ROSS-010320665 |
| ROSS-009723321 | ROSS-010270844 | ROSS-010320773 |
| ROSS-009723513 | ROSS-010271649 | ROSS-010320775 - ROSS-010320776 |
| ROSS-009724001 - ROSS-009724002 | ROSS-010271696 | ROSS-010320798 - ROSS-010320799 |
| ROSS-009724273 | ROSS-010271701 - ROSS-010271702 | ROSS-010321010 |
| ROSS-009724328 | ROSS-010272041 - ROSS-010272046 | ROSS-010321321 - ROSS-010321322 |
| ROSS-009724635 | ROSS-010278634 | ROSS-010321551 - ROSS-010321552 |
| ROSS-009724653 | ROSS-010279547 | ROSS-010321554 |
| ROSS-009724983 | ROSS-010279751 | ROSS-010321557 |
| ROSS-009725036 | ROSS-010290089 | ROSS-010321701 |
| ROSS-009725466 | ROSS-010291541 | ROSS-010321970 |
| ROSS-009725472 | ROSS-010291961 - ROSS-010291962 | ROSS-010322226 |
| ROSS-009725534 | ROSS-010292064 | ROSS-010322390 |
| ROSS-009725538 | ROSS-010292067 | ROSS-010322423 |
| ROSS-009725605 | ROSS-010300414 - ROSS-010300416 | ROSS-010322513 |
| ROSS-009725612 | ROSS-010300433 | ROSS-010322551 |
| ROSS-009725675 | ROSS-010306683 | ROSS-010322631 |
| ROSS-009725677 | ROSS-010306690 | ROSS-010322787 |
| ROSS-009725864 | ROSS-010316865 - ROSS-010316866 | ROSS-010322870 - ROSS-010322872 |
| ROSS-009725908 | ROSS-010318431 | ROSS-010322919 - ROSS-010322920 |
| ROSS-009731365 - ROSS-009731369 | ROSS-010318435 | ROSS-010322928 |
| ROSS-010106819 - ROSS-010106840 | ROSS-010318437 | ROSS-010323018 |
| ROSS-010114898 - ROSS-010114899 | ROSS-010318448 | ROSS-010323194 |
| ROSS-010151565 - ROSS-010151570 | ROSS-010318459 | ROSS-010323272 |
| ROSS-010157007 - ROSS-010157008 | ROSS-010318684 | ROSS-010323288 - ROSS-010323319 |
| ROSS-010164415 - ROSS-010164417 | ROSS-010318686 | ROSS-010323324 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B

| | | |
|---|---|---|
| ROSS-010361787 - ROSS-010361789 | ROSS-023018180 - ROSS-023018183 | ROSS-023018635 |
| ROSS-010364506 - ROSS-010364509 | ROSS-023018233 - ROSS-023018236 | ROSS-023018710 - ROSS-023018739 |
| ROSS-023018166 - ROSS-023018167 | ROSS-023018279 - ROSS-023018281 | ROSS-023018772 |

**LegalEase Produced Documents**

| | | |
|---|---|---|
| LEGALEASE-00018036 - LEGALEASE-00018037 | LEGALEASE-00166082 - LEGALEASE-00166083 | R-LEGALEASE-00049652 - R-LEGALEASE-00049664 |
| LEGALEASE-00030617 - LEGALEASE-00030618 | LEGALEASE-00171823 | R-LEGALEASE-00050673 |
| LEGALEASE-00067320 - LEGALEASE-00067323 | LEGALEASE-00171828 - LEGALEASE-00171831 | R-LEGALEASE-00050718 - R-LEGALEASE-00050721 |
| LEGALEASE-00069484 - LEGALEASE-00069487 | LEGALEASE-00043224 - LEGALEASE-00043225 | R-LEGALEASE-00067404 |
| LEGALEASE-00078065 - LEGALEASE-00078083 | R-LEGALEASE-00028693 - R-LEGALEASE-00028694 | R-LEGALEASE-00067463 - R-LEGALEASE-00067465 |
| LEGALEASE-00108391 - LEGALEASE-00108392 | R-LEGALEASE-00029691 - R-LEGALEASE-00029693 | R-LEGALEASE-00067492 - R-LEGALEASE-00067493 |
| LEGALEASE-00123981 - LEGALEASE-00123982 | R-LEGALEASE-00048728 - R-LEGALEASE-00048737 | R-LEGALEASE-00067565 - R-LEGALEASE-00067569 |
| LEGALEASE-00132781 - LEGALEASE-00132782 | R-LEGALEASE-00048772 - R-LEGALEASE-00048776 | R-LEGALEASE-00101636 - R-LEGALEASE-00101642 |
| LEGALEASE-00132970 - LEGALEASE-00132971 | R-LEGALEASE-00048928 - R-LEGALEASE-00048932 | R-LEGALEASE-00140064 - R-LEGALEASE-00140078 |
| LEGALEASE-00139081 - LEGALEASE-00139082 | R-LEGALEASE-00049260 | R-LEGALEASE-00154874 - R-LEGALEASE-00154886 |
| LEGALEASE-00139169 - LEGALEASE-00139170 | R-LEGALEASE-00049399 | |

**Fastcase and Casemaker Produced Documents**

| | | |
|---|---|---|
| CASEMAKER_029770 - CASEMAKER_029776 | FASTCASE_085445 - FASTCASE_085448 | FASTCASE_090429 |
| CASEMAKER_032406 | FASTCASE_090007 - FASTCASE_090011 | FASTCASE_090487 - FASTCASE_090490 |
| FASTCASE_084268 - FASTCASE_084270 | FASTCASE_090065 - FASTCASE_090068 | FASTCASE_098063 - FASTCASE_098067 |
| FASTCASE_085024 - FASTCASE_085027 | FASTCASE_090401 - FASTCASE_090403 | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B

---

### Depositions
---

Deposition of Khalid Al-Kofahi, April 8, 2022
Deposition of Andrew Arruda, March 30, 2022 with exhibits
30(b)(6) Deposition of Tariq Hafeez, May 26, 2022 with exhibits
Deposition of Mark Hoffman, March 16, 2022 with exhibits
30(b)(6) Deposition of Erik Lindberg, March 22, 2022 with exhibits
30(b)(6) Deposition of Andrew Martens, March 25, 2022 with exhibits
30(b)(6) Deposition of Isabelle Moulinier, July 1, 2022 with exhibits
30(b)(6) Deposition of Jimoh Ovbiagele, April 12, 2022 with exhibits
30(b)(6) Deposition of Sean Shafik, April 22, 2022 with exhibits
30(b)(6) Deposition of Tomas van der Heijden, March 17, 2022 with exhibits
30(b)(6) Deposition of Edward Walters,  March 1, 2022 with exhibits
Deposition of Teri Whitehead, April 18, 2022 with exhibits

### Expert Reports
---

Opening Expert Report of Dr. Jonathan Krein, August 1, 2022

### Legal Filings
---

Complaint, May 6, 2020
Defendant and Counterclaimant ROSS Intelligence Inc.'s Partial Answer and Defenses in Response to Plaintiffs Complaint and Demand For Jury Trial, December 13, 2020
Plaintiffs / Counter-Defendants' Answer to Defendant / Counterclaimant's Counterclaims, January 4, 2021
Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Partial Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial, January 25, 2021
Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial, April 12, 2021
Plaintiffs Thomson Reuters Enterprise Centre GmbH and  West Publishing Corporation's First Set of  Interrogatories to Defendant ROSS Intelligence Inc., May 3, 2021
Defendant/Counterclaimant ROSS Intelligence, Inc.'s  First Set of Interrogatories (Nos. 1-8), May 12, 2021
Stipulated Protective Order, May 13, 2021
Defendant and Counterclaimant ROSS Intelligence Inc.'s Response to Plaintiffs' First Set of Interrogatories, July 2, 2021
Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s First Set of Interrogatories (1–12), July 12, 2021
Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's First Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s  First Set of Interrogatories, November 19, 2021
Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Set of Interrogatories to Defendant ROSS Intelligence Inc., November 30, 2021
Defendant / Counterclaimant ROSS Intelligence, Inc.'s Second Set of Interrogatories (No. 13), January 7, 2022
Defendant and Counterclaimant ROSS Intelligence Inc.'s Response and Objection to Plaintiffs' Second Set of Interrogatories, January 11, 2022
Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, January 11, 2022
Defendant / Counterclaimant ROSS Intelligence, Inc.'s  Third Set of Interrogatories (Nos. 14-21), January 25, 2022
Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Third Set of Interrogatories to Defendant and Counterclaimant ROSS Intelligence Inc., February 4, 2022
Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Third Set of Interrogatories (Nos. 14-21), February 4, 2022

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B

Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Second Set of Interrogatories (No. 13), February 7, 2022

Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories, February 22, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Third Set of Interrogatories (Nos. 14–21), February 24, 2022

Defendant and Counterclaimant ROSS Intelligence, Inc.'s Responses and Objections to Plaintiffs'  Third Set of Interrogatories, March 7, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Fourth Set of Interrogatories to Defendant and Counterclaimant ROSS Intelligence Inc., March 22, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 1, March 23, 2022

Defendant and Counterclaimant ROSS Intelligence Inc.'s Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, April 21, 2022

Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's  First Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, April 21, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022

**West Publishing Corporation v. LegalEase Solutions, LLC**, Case No. 0:18-cv-01445

Declaration of Andrew Arruda, October 1, 2019

Consent Judgment and Stipulated Permanent Injunction, May 5, 2020

**Public Documents**

"Data Science and Analytics," https://www.lexisnexis.com/en-us/professional/connect/daas/data-science.page?utm_source=google&utm_medium=cpc&utm_term=machine%20learning%20data&utm_campaign=BR-M-NEX-US-DAAS-PPC-BMM-2020&utm_content=&gclid=Cj0KCQjw2_OWBhDqARIsAAUNTTFfpb40XXJNBLhBRC-Kq4Roa3KpOH91Bz8LvUeGwNMmE0FfW2hftZ8aApbzEALw_wcB.

"Getty Images Launches Industry-First Model Release Supporting Data Privacy in Artificial Intelligence and Machine Learning," March 22, 2022, http://press.gettyimages.com/getty-images-launches-industry-first-model-release-supporting-data-privacy-in-artificial-intelligence-and-machine-learning/.

About Bloomberg Law, Bloomberg Law, https://pro.bloomberglaw.com/about-bloomberg-law/.

About Fastcase, Fastcase, https://www.fastcase.com/team/.

Bloomberg Hangs New Shingle, The Wall Street Journal, July 8, 2010, https://www.wsj.com/articles/SB10001424052748704545004575353143750422612.

Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.

Buy Clean Datasets For Machine Learning, DataStock, https://datastock.shop/buy-clean-datasets/.

Can Bloomberg Law Compete With Westlaw and LexisNexis, The Wall Street Journal, July 8, 2010, https://www.wsj.com/articles/BL-LB-31032.

Casemaker Offers Its Members Access to Vincent, AI Tool from vLex, LawSites, March 12, 2019, https://www.lawnext.com/2019/03/casemaker-offers-its-members-access-to-vincent-ai-tool-from-vlex.html.

Casetext develops technology for attorneys who take pride in doing their best work efficiently, Casetext, https://casetext.com/about/.

Casetext Terms of Service, Updated July 6, 2022, https://casetext.com/terms/.

Categorize your data set for optimal search results with our superior taxonomy offering, LexisNexis, https://internationalsales.lexisnexis.com/partners/taxonomy.

Comparing 3 Legal Research Software Products, Capterra, Casetext vs Fastcase vs Lexis, https://www.capterra.com/legal-research-software/compare/196820-168929-196819/CARA-vs-Fastcase-vs-Lexis-Advance.

Cost-Effective Electronic Legal Research: Casemaker, Franklin County Law Library, https://fclawlib.libguides.com/costeffectivelegalresearch/casemaker.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B

Data Privacy Day at Apple: Improving transparency and empowering users, Apple, January 27, 2021, https://www.apple.com/newsroom/2021/01/data-privacy-day-at-apple-improving-transparency-and-empowering-users/.

Defined.AI Home Page, https://www.defined.ai/.

Editorial Enhancements, https://legal.thomsonreuters.com/en/products/westlaw/editorial-enhancements.

Elsevier Terms and Conditions, https://www.elsevier.com/legal/elsevier-website-terms-and-conditions.

Fastcase AI Sandbox, Fastcase, https://www.fastcase.com/sandbox/.

Fastcase Terms of Service, https://www.fastcase.com/terms/.

Great Am. Opportunities, Inc. v. Cherrydale Fundraising, LLC, No. 3718-VCP, 2010 WL 338219 (Del. Ch. Jan. 29, 2010).

How Bloomberg Law (BLAW) Uses AI and Machine Learning to Prove its Case, Bloomberg, June 7, 2019, https://www.bloomberg.com/company/stories/bloomberg-law-blaw-uses-ai-machine-learning-prove-case/.

Huge "foundation models" are turbo-charging AI progress," The Economist, June 11, 2022, https://www.economist.com/interactive/briefing/2022/06/11/huge-foundational-models-are-turbo-charging -AI-progress.

JSTOR Terms and Conditions, https://about.jstor.org/terms/#content-use.

Law Firm Per Search Pricing, LexisNexis, September 1, 2019, https://www.lexisnexis.com/en-us/terms/21/pricing.page.

Legal Analytics and Artificial Intelligence for Research & Law Practice: Tools, Features & Functionality," www.duq.edu/assets/Documents/law/legal-research/_pdf/Baginski,%20Lexis.pdf

Legal Products, https://legal.thomsonreuters.com/en/products?.

Longtime Competitors Fastcase and Casemaker Merge, Reshaping the Legal Research Landscape, Bob Ambrogi, LawSites, January 5, 2021, https://www.lawnext.com/2021/01/longtime-competitors-fastcase-and-casemaker-merge-reshaping-the-legal-research-landscape.html.

Low-Cost Legal Databases, Georgetown Law Library, https://guides.ll.georgetown.edu/freelowcost/low-cost.

Major Thomson Reuters Launch: Westlaw Edge, West Search Plus, Analytics, Enhances Citator and More, Jean O'Grady, July 12, 2018, Dewey B Strategic, https://www.deweybstrategic.com/2018/07/6838.html.

New Leadership at Legal Research Company Casemaker, Bob Ambrogi, June 5, 2018, LawSites, https://www.lawnext.com/2018/06/new-leadership-legal-research-company-casemaker.html.

One subscription, unlimited benefits, Bloomberg Law, https://pro.bloomberglaw.com/the-complete-legal-research-resource/.

RELX Group 2021 Annual Report

Restatement (Second) Torts § 766.

Terms and Conditions of use for the LexisNexis Services, Terms and Conditions for use of the Online Services, October 21, 2021, https://www.lexisnexis.com/en-us/terms/general/default.page.

The world's most valuable resource is no longer oil, but data, The Economist, May 6, 2017, https://www.economist.com/leaders/2017/05/06/the-worlds-most-valuable-resource-is-no-longer-oil-but-data.

Thomson Reuters Corporation 2021 Annual Report

Welcome to Fastcase, Fastcase, https://www.fastcase.com/.

What is Casemaker?, Lawyerist, https://lawyerist.com/reviews/online-legal-research-tools/casemaker/.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Appendix C

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Schedule 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Schedule 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Schedule 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Schedule 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Schedule 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Schedule 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 25



THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION

V.

ROSS INTELLIGENCE INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No. 1:20-cv-00613-SB

REBUTTAL EXPERT REPORT OF JAMES E. MALACKOWSKI

September 6, 2022

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Ocean Tomo, J.S. Held and their affiliates and subsidiaries are not a certified public accounting firm(s) and do not provide audit, attest, or any other public accounting services.  Ocean Tomo and J.S. Held are not law firms and do not provide legal advice.  All rights reserved.

INTELLECTUAL CAPITAL EQUITY

1   Assignment ...................................................................................................................... 1

2   Summary of Opinions ...................................................................................................... 2

   2.1   Summary of Rebuttal Opinions ............................................................................... 2

   2.2   Bases for Opinions and Analyses ............................................................................ 4

3   Fair Use ............................................................................................................................ 5

4   Summary of the Fair Use Opinions of Dr. Cox ............................................................ 7

5   Use of Westlaw Content by ROSS and By Plaintiffs ................................................... 9

   5.1   ROSS's Use of Westlaw Content for Training Data ............................................... 9

   5.2   Plaintiffs' Use of Westlaw Content for Training Data .......................................... 12

   5.3   Comparison of Plaintiffs' and ROSS's Use of Westlaw Content for Training Data .......................... 14

   5.4   Extent of Use of Westlaw Content by ROSS ......................................................... 15

6   ROSS's Platform Created as Substitute for Westlaw ................................................ 17

   6.1   ROSS Platform Developed Using the Bulk Memos to Compete with Other Platforms ................. 17

   6.2   West Headnotes and WKNS Facilitate, Not Limit, Legal Research ...................... 18

   6.3   ROSS Users Not Shown to be Uninterested in Westlaw ....................................... 19

7   ROSS's Copying Does Not Benefit Plaintiffs or the Public ...................................... 20

   7.1   Assertions of Benefits to Plaintiffs of ROSS's Alleged Copying .......................... 20

   7.2   Assertions of Benefits to the Public of ROSS's Alleged Copying ........................ 21

8   Potential Market for Westlaw Content ....................................................................... 23

   8.1   Dr. Cox's Inaccurate Analysis of the Market or Potential Market for Westlaw Content ............... 23

   8.2   Opinion Regarding the Potential Market for the Copyrights at Issue .................... 24

9   Signature ........................................................................................................................ 27

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

1



[1] Stipulated Protective Order, May 13, 2021.
[2] Expert Report of James E. Malackowski, August 1, 2022.
[3] Expert Report of Alan J. Cox, Ph.D., August 1, 2022.
[4] 17 U.S.C. § 107.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

## 2    SUMMARY OF OPINIONS

### 2.1    ███████████████

### 2.1.1    ████████████████████

---

[5] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 19.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**2.1.2** ████████████████████████

**2.1.3** ████████████████████████

**2.1.4** ████████████████████

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

**2.2** ███████████████



INTELLECTUAL CAPITAL EQUITY

**3** ▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[6] 17 U.S.C. § 107.
[7] Campbell v. Acuff-Rose Music, Inc., 510 U.S. 569, 590 (1994); Cable/Home Communication Corp. v. Network Productions, Inc., 902 F.2d 829, 844 (11th Cir. 1990).
[8] *Am. Geophysical Union v. Texaco Inc.*, 60 F.3d 913, 929 (2d Cir. 1994).
[9] *Am. Geophysical Union v. Texaco Inc.*, 60 F.3d 913, 930 (2d Cir. 1994).

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

---

[10] Sony Corp. of Am. v. Universal City Studios, Inc., 464 U.S. 417, 450-51 (1984); Worldwide Church of God v. Phila. Church of God, Inc., 227 F.3d 1110, 1119 (9th Cir. 2000); Ringgold v. Black Ent. Television, Inc., 126 F.3d 70, 81 (2d Cir. 1997); Castle Rock Ent., Inc. v. Carol Publ'g Grp., Inc., 150 F.3d 132, 136, 145-46 (2d Cir. 1998).

[11] *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164 (9th Cir. 2012).

[12] *Kelly v. Arriba Soft Corp.*, 336 F.3d 811, 821 (9th Cir. 2002).

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

4



a particular component of its training material for an Artificial Intelligence Program."[19]

r

---

[13] The Rebuttal Report refers to the memos that LegalEase prepared in the Bulk Memo Project for ROSS as Bulk Memos, consistent with the Malackowski Report.

[14] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 19.

[15] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 19.

[16] Rebuttal Schedule 1.0.

[17] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 5.

[18] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 36.

[19] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 5.

[20] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 6.

[21] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 8.

[22] Expert Report of James E. Malackowski, August 1, 2022, pp. 34-35, 39.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**



---

[23] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 7.
[24] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 7.
[25] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 8.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

Page 8

INTELLECTUAL CAPITAL EQUITY

**5** ███████████████████████████████



**5.1** ███████████████████████

---

[26] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 5.
[27] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 5.
[28] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, p. 37.
[29] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, pp. 10-12.
[30] ██████████████████████████████ ROSS-003277880-ROSS-003277881 at ROSS-003277881.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

[Content redacted]

[Content redacted]

[Content redacted]

---

[31] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12.

[32] Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, pp. 12-13; Andrew Arruda, Deposition March 30, 2022, pp. 275, 277.

[33] Expert Report of James E. Malackowski, August 1, 2022, pp. 30-34.

[34] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, pp. 46-61.

[35] [redacted] ROSS-000197671-ROSS-000197673 at ROSS-000197672.

[36] [redacted] ROSS-000197671-ROSS-000197673 at ROSS-000197672.

[37] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, pp. 325-326.

[38] Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, p. 327.

[39] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, pp. 78-79; [redacted] TR-0002723; [redacted] R-LEGALEASE-00101636-R-LEGALEASE-00101642 at R-LEGALEASE-00101637; Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 181-183, 186.

[40] Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 80.



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



---

41 Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 79.
42 Tariq Hafeez, 30(b)(6) Deposition May 26, 2022, p. 78.
43 Christopher Cahn, 30(b)(6) Deposition May 12, 2022, pp. 194-198.
44 Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 11, p. 63.
45 Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-188.
46 Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, p. 187.
47 Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, p. 188.
48 ███████████████████ ROSS-009722263-ROSS-009722299 at ROSS-009722264.
49 Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 2, p. 12.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**5.2** ████████████████████████████

---

[50] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 184-185.
[51] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-187.
[52] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, p. 65.
[53] Expert Report of James E. Malackowski, August 1, 2022, pp. 26-27.
[54] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, pp. 34-37.
[55] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 16-17, 19.
[56] Khalid Al-Kofahi, Deposition April 8, 2022, p. 144.
[57] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 52-53, 132-133.
[58] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 97-98.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



---

[59] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 23-24.

[60] Khalid Al-Kofahi, Deposition April 8, 2022, p. 20.

[61] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 20-21.

[62] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 23-24.

[63] Khalid Al-Kofahi, Deposition April 8, 2022, p. 22.

[64] Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 12-13.

[65] Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 13-14.

[66] Major Thomson Reuters Launch: Westlaw Edge, West Search Plus, Analytics, Enhances Citator and More, Jean O'Grady, July 12, 2018, Dewey B Strategic, https://www.deweybstrategic.com/2018/07/6838.html.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**5.3**

67 ▮▮▮▮ TR-0037669-TR-0037676 at TR-0037674.

68 Khalid Al-Kofahi, Deposition April 8, 2022, p. 60.

69 Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, p. 143; Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, pp. 36-37.

70 Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 77-78.

71 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 6.

72 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 5.

73 Free vs. Westlaw: Why you need the West Key Number System, Thomson Reuters, https://legal.thomsonreuters.com/en/insights/articles/using-the-west-key-numbers-system.

74 Interview of Jonathan Krein, Ph.D.

75 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 6.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



5.4 ████████████████████████



---

76 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 6.
77 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, pp. 6-7.
78 Interview of Jonathan Krein, Ph.D.
79 Interview of Jonathan Krein, Ph.D.
80 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, pp. 29-30.
81 Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022, Supplemental Answer to Interrogatory No. 11, p. 63.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



INTELLECTUAL CAPITAL EQUITY

---

[82] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 186-188.
[83] Expert Report of James E. Malackowski, August 1, 2022, p. 59.
[84] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, First Supplemental Response to Interrogatory No. 21, p. 22.
[85] Expert Report of James E. Malackowski, August 1, 2022, Schedule 1.2
[86] Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022, First Supplemental Response to Interrogatory No. 21, p. 22.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

Page 16

**6** ████████████████████████████████



**6.1** ██████████████████████████

87 Expert Report of James E. Malackowski, August 1, 2022, pp. 13-17.
88 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 28.
89 Andrew Arruda, Deposition March 30, 2022, pp. 39, 103, 114; ████████████ ROSS-003705907-ROSS-003705908 at ROSS-003705907; Declaration of Andrew Arruda, *West Publishing Corporation v. LegalEase Solutions, LLC,* Case No. 0:18-cv-01445, October 1, 2019, p. 2; Tomas van der Heijden, 30(b)(6) Deposition March 17, 2022, p. 55.
90 ████████████████████ ROSS-003705907-ROSS-003705908 at ROSS-003705907.
91 Andrew Arruda, Deposition March 30, 2022, pp. 39, 112, 114.
92 ████████████ ROSS-009501052-ROSS-009501053 at ROSS-009501052.
93 ████████████ ROSS-009501052-ROSS-009501053 at ROSS-009501052.
94 ██████ ROSS-010114898-ROSS-010114899.
95 ████████████████████████████
ROSS-003389728-ROSS-0003389730 at ROSS-003389728.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY



training data, the ROSS legal research platform would be "useless" to its customer-licensees.[99]

**6.2** 

---

[96] Complaint, May 6, 2020, pp. 11-14.
[97] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 19.
[98] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 20.
[99] Interview of Jonathan Krein, Ph.D.
[100] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, pp. 24-25.
[101] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, pp. 21-25.
[102] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 24.
[103] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 24.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



the need to dive into a result list" by returning West Headnotes linked to judicial opinions.[106]

**6.3**



---

[104] Free vs. Westlaw: Why you need the West Key Number System, Thomson Reuters,
https://legal.thomsonreuters.com/en/insights/articles/using-the-west-key-numbers-system.
[105] Emphasis in original.  Free vs. Westlaw: Why you need the West Key Number System, Thomson Reuters,
https://legal.thomsonreuters.com/en/insights/articles/using-the-west-key-numbers-system.
[106] Free vs. Westlaw: Why you need the West Key Number System, Thomson Reuters,
https://legal.thomsonreuters.com/en/insights/articles/using-the-west-key-numbers-system.
[107] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 25.
[108] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 25.
[109] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 34.
[110]                                              ROSS-009501052-ROSS-009501053 at ROSS-009501052.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

**INTELLECTUAL CAPITAL EQUITY**

**7** ███████████████████████████████████



**7.1** ███████████████████████████████

---

[111] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 37.
[112] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 38, footnote 153.
[113] Longtime Competitors Fastcase and Casemaker Merge, Reshaping the Legal Research Landscape, Bob Ambrogi, LawSites, January 5, 2021, https://www.lawnext.com/2021/01/longtime-competitors-fastcase-and-casemaker-merge-reshaping-the-legal-research-landscape.html.
[114] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 37.
[115] Expert Report of James E. Malackowski, August 1, 2022, pp. 13-17.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

**7.2**



---

[116] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 38, footnote 153.
[117] Complaint, May 6, 2020, p. 8.
[118] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 38, footnote 153.
[119] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 38, footnote 153.
[120] Bloomberg Hangs New Shingle, The Wall Street Journal, July 8, 2010, https://www.wsj.com/articles/SB10001424052748704545004575353143750422612.
[121] Complaint, May 6, 2020, p. 8.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

INTELLECTUAL CAPITAL EQUITY



[122] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 35.
[123] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 35.
[124] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, pp. 7, 35-40.
[125] Swatch Grp. Mgmt. Servs. Ltd. v. Bloomberg L.P., 756 F 3d 73, 91 (2nd Cir. 2014).
[126] Sony Corp. of Am. v. Universal City Studios, Inc., 464 U.S. 417, 450-51 (1984).
[127] Monge v. Maya Magazines, Inc., 688 F.3d 1164, 1191-1192 (9th Cir. 2012).
[128] Kelly v. Arriba Soft Corp., 336 F.3d 811, 821 (9th Cir. 2002).
[129] Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 35.
[130] Am. Geophysical Union v. Texaco Inc., 60 F.3d 913, 930 (2d Cir. 1994).

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



**8.2**

131 *Monge v. Maya Magazines, Inc.*, 688 F.3d 1164, 1183-1184 (9th Cir. 2012).
132 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 36.
133 Expert Report of Alan J. Cox, Ph.D., August 1, 2022, p. 36.
134          ROSS-003334354;
                    TR-0038909-TR-0038920;                    ROSS-
000304769-ROSS-000304784 at ROSS-000304771-ROSS-000304774;
                    ROSS-003389728-ROSS-0003389730 at ROSS-
003389728.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



---

[135] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, pp. 75, 89.
[136] Interview of Jonathan Krein, Ph.D.
[137] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, p. 227.
[138] Jimoh Ovbiagele, 30(b)(6) Deposition April 12, 2022, pp. 167-168.
[139] Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, p. 143.
[140] Khalid Al-Kofahi, Deposition April 8, 2022, pp. 16-17, 20; Isabelle Moulinier, 30(b)(6) Deposition July 1, 2022, pp. 12-13; Major Thomson Reuters Launch: Westlaw Edge, West Search Plus, Analytics, Enhances Citator and More, Jean O'Grady, July 12, 2018, Dewey B Strategic, https://www.deweybstrategic.com/2018/07/6838.html.
[141] Expert Report of James E. Malackowski, August 1, 2022, pp. 46-48.
[142] Expert Report of James E. Malackowski, August 1, 2022, pp. 46-48.
[143] Opening Expert Report of Dr. Jonathan L. Krein, August 1, 2022, pp. 79-88.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**
**SUBJECT TO PROTECTIVE ORDER**



**INTELLECTUAL CAPITAL EQUITY**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**INTELLECTUAL CAPITAL EQUITY**

## 9   SIGNATURE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

_____          September 6, 2022_____
James E. Malackowski                              Date

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

INTELLECTUAL CAPITAL EQUITY



200 West Madison
Suite 1020
Chicago, IL 60606
(312) 327-4400 Ph
www.oceantomo.com

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER**

# Appendix B - Rebuttal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B - Rebuttal

**Thomson Reuters and Westlaw Produced Documents**

| | | |
|---|---|---|
| TR-0000030 | TR-0037211 - TR-0037214 | TR-0179887 - TR-0179890 |
| TR-0000568 - TR-0000581 | TR-0037669 - TR-0037680 | TR-0179889 |
| TR-0000587 - TR-0000590 | TR-0037703 - TR-0037706 | TR-0358927 - TR-0358948 |
| TR-0000695 - TR-0000696 | TR-0037860 - TR-0037861 | TR-0358967 - TR-0358988 |
| TR-0001119 - TR-0001122 | TR-0038909 - TR-0038922 | TR-0359181 - TR-0359186 |
| TR-0001142 - TR-0001165 | TR-0039860 - TR-0039885 | TR-0359202 - TR-0359204 |
| TR-0001253 | TR-0039933 - TR-0039942 | TR-0359401 - TR-0359443 |
| TR-0001733 - TR-0001735 | TR-0040273 - TR-0040566 | TR-0359503 - TR-0359560 |
| TR-0001965 - TR-0001971 | TR-0044730 | TR-0359564 - TR-0359954 |
| TR-0002635 - TR-0002636 | TR-0048605 - TR-0048606 | TR-0359959 - TR-0360216 |
| TR-0002705 - TR-0002710 | TR-0048620 | TR-0361194 - TR-0361207 |
| TR-0002723 | TR-0048725 - TR-0048732 | TR-0433738 - TR-0433741 |
| TR-0002758 - TR-0002772 | TR-0049195 - TR-0049200 | TR-0521595 |
| TR-0002775 | TR-0073545 - TR-0073546 | TR-0526552 - TR-0528261 |
| TR-0002779 - TR-0002783 | TR-0091408 - TR-0091411 | TR-0532236 - TR-0532373 |
| TR-0002812 - TR-0002814 | TR-0098206 - TR-0098209 | TR-0532427 |
| TR-0002837 - TR-0002839 | TR-0135110 - TR-0135116 | TR-0532475 - TR-0532476 |
| TR-0002844 - TR-0002849 | TR-0178604 - TR-0178612 | TR-0532519 - TR-0532520 |
| TR-0002864 - TR-0003137 | TR-0179830 - TR-0179845 | TR-0549927 - TR-0549958 |
| TR-0033982 - TR-0033985 | TR-0179838 - TR-0179847 | TR-0734270 - TR-0734276 |
| TR-0033999 - TR-0034002 | TR-0179838 - TR-0179850 | TR-0836004 |
| TR-0034152 - TR-0034155 | TR-0179863 - TR-0179870 | TR-0894151 - TR-0894157 |
| TR-0034357 - TR-0034359 | TR-0179863 - TR-0179872 | TR-0908413 - TR-0908442 |
| TR-0034509 - TR-0034512 | TR-0179876 - TR-0179877 | TR-0908447 |
| TR-0034557 - TR-0034560 | TR-0179876 - TR-0179878 | TR-0908678 - TR-0908680 |
| TR-0035897 - TR-0035908 | TR-0179877 | TR-0908939 - TR-0908942 |
| TR-0035922 - TR-0035925 | TR-0179884 - TR-0179886 | TR-0909025 - TR-0909029 |
| TR-0036336 - TR-0036340 | TR-0179885 | WPC-0001475 - WPC-0001476 |

**ROSS Produced Documents**

| | | |
|---|---|---|
| ROSS_0103232888 | ROSS-000176146 - ROSS-000176148 | ROSS-000197791 - ROSS-000197794 |
| ROSS-000000001 - ROSS-000000002 | ROSS-000176758 - ROSS-000176780 | ROSS-000197949 - ROSS-000197951 |
| ROSS-000061913 - ROSS-000061932 | ROSS-000176798 - ROSS-000176803 | ROSS-000198151 - ROSS-000198152 |
| ROSS-000175054 - ROSS-000175067 | ROSS-000197671 - ROSS-000197673 | ROSS-000201544 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B - Rebuttal

| | | |
|---|---|---|
| ROSS-000201630 - ROSS-000201632 | ROSS-003390101 - ROSS-003390105 | ROSS-009603341 |
| ROSS-000203449 - ROSS-000203467 | ROSS-003390233 - ROSS-003390236 | ROSS-009621324 - ROSS-009621325 |
| ROSS-000204216 - ROSS-000204218 | ROSS-003390563 - ROSS-003390565 | ROSS-009637399 - ROSS-009637400 |
| ROSS-000204366 - ROSS-000204367 | ROSS-003390586 - ROSS-003390587 | ROSS-009637509 |
| ROSS-000235965 - ROSS-000235969 | ROSS-003390869 - ROSS-003390871 | ROSS-009659108 |
| ROSS-000241438 - ROSS-000241439 | ROSS-003390881 - ROSS-003390884 | ROSS-009659301 |
| ROSS-000247118 - ROSS-000247120 | ROSS-003391075 | ROSS-009659437 |
| ROSS-000251670 - ROSS-000251671 | ROSS-003391127 - ROSS-003391130 | ROSS-009659609 |
| ROSS-000271277 - ROSS-000271302 | ROSS-003413719 | ROSS-009660296 |
| ROSS-000304769 - ROSS-000304784 | ROSS-003414996 | ROSS-009660815 |
| ROSS-000304847 - ROSS-000304856 | ROSS-003415357 - ROSS-003415367 | ROSS-009660832 - ROSS-009660841 |
| ROSS-001782470 - ROSS-001782489 | ROSS-003419039 - ROSS-003419044 | ROSS-009661179 |
| ROSS-003268059 | ROSS-003483172 - ROSS-003483173 | ROSS-009664862 |
| ROSS-003276744 - ROSS-003276745 | ROSS-003487472 - ROSS-003487474 | ROSS-009664862 - ROSS-009664867 |
| ROSS-003277880 - ROSS-003277881 | ROSS-003496253 | ROSS-009666105 |
| ROSS-003278045 | ROSS-003522469 - ROSS-003522470 | ROSS-009667571 |
| ROSS-003278256 - ROSS-003278258 | ROSS-003537612 - ROSS-003537613 | ROSS-009667620 |
| ROSS-003278267 | ROSS-003540523 | ROSS-009668638 - ROSS-009668640 |
| ROSS-003334354 | ROSS-003610162 - ROSS-003610165 | ROSS-009668688 |
| ROSS-003343202 - ROSS-003343207 | ROSS-003610547 | ROSS-009668796 |
| ROSS-003382387 - ROSS-003382389 | ROSS-003695819 - ROSS-003695827 | ROSS-009675875 |
| ROSS-003383658 | ROSS-003705907 - ROSS-003705911 | ROSS-009676232 - ROSS-009676233 |
| ROSS-003384058 - ROSS-003384059 | ROSS-003715393 - ROSS-003715406 | ROSS-009676258 |
| ROSS-003385440 - ROSS-003385442 | ROSS-003715671 | ROSS-009676260 |
| ROSS-003386171 - ROSS-003386173 | ROSS-003718400 - ROSS-003718407 | ROSS-009676660 |
| ROSS-003386670 - ROSS-003386686 | ROSS-009494331 | ROSS-009677267 |
| ROSS-003389607 | ROSS-009501052 - ROSS-009501053 | ROSS-009688516 |
| ROSS-003389615 - ROSS-003389616 | ROSS-009503144 | ROSS-009688583 |
| ROSS-003389728 - ROSS-003389732 | ROSS-009547818 - ROSS-009547823 | ROSS-009690393 - ROSS-009690399 |
| ROSS-003389778 - ROSS-003389779 | ROSS-009556219 - ROSS-009556220 | ROSS-009690394 |
| ROSS-003389911 | ROSS-009558474 - ROSS-009558475 | ROSS-009698876 |
| ROSS-003389928 - ROSS-003389938 | ROSS-009559997 - ROSS-009559998 | ROSS-009705518 |
| ROSS-003389945 - ROSS-003389946 | ROSS-009583583 | ROSS-009705710 |
| ROSS-003389960 - ROSS-003389961 | ROSS-009584733 - ROSS-009584735 | ROSS-009706035 |
| ROSS-003390024 - ROSS-003390025 | ROSS-009585472 | ROSS-009720945 - ROSS-009720946 |
| ROSS-003390050 - ROSS-003390052 | ROSS-009599508 - ROSS-009599509 | ROSS-009720946 - ROSS-009720954 |
| ROSS-003390062 - ROSS-003390065 | ROSS-009601555 | ROSS-009720977 |
| ROSS-003390071 - ROSS-003390075 | ROSS-009601588 - ROSS-009601589 | ROSS-009721062 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B - Rebuttal

| | | |
|---|---|---|
| ROSS-009721062 - ROSS-009721064 | ROSS-010099622 - ROSS-010099623 | ROSS-010318431 |
| ROSS-009721138 - ROSS-009721139 | ROSS-010106819 - ROSS-010106840 | ROSS-010318435 |
| ROSS-009721521 - ROSS-009721522 | ROSS-010114898 - ROSS-010114899 | ROSS-010318437 |
| ROSS-009721525 | ROSS-010151565 - ROSS-010151570 | ROSS-010318448 |
| ROSS-009721539 | ROSS-010157007 - ROSS-010157008 | ROSS-010318459 |
| ROSS-009722028 | ROSS-010164415 - ROSS-010164417 | ROSS-010318684 |
| ROSS-009722034 | ROSS-010164415 - ROSS-010164418 | ROSS-010318686 |
| ROSS-009722081 - ROSS-009722083 | ROSS-010186032 - ROSS-010186033 | ROSS-010319517 |
| ROSS-009722263 - ROSS-009722299 | ROSS-010209030 - ROSS-010209035 | ROSS-010319520 |
| ROSS-009722349 | ROSS-010221959 - ROSS-010221960 | ROSS-010319595 - ROSS-010319596 |
| ROSS-009722606 | ROSS-010224509 | ROSS-010319771 |
| ROSS-009722699 | ROSS-010241185 - ROSS-010241191 | ROSS-010319914 |
| ROSS-009722781 | ROSS-010262269 | ROSS-010319997 |
| ROSS-009722810 | ROSS-010262295 | ROSS-010320005 |
| ROSS-009722867 | ROSS-010264083 | ROSS-010320024 |
| ROSS-009723167 | ROSS-010264450 | ROSS-010320092 |
| ROSS-009723181 | ROSS-010265185 | ROSS-010320219 |
| ROSS-009723190 | ROSS-010268031 | ROSS-010320363 |
| ROSS-009723321 | ROSS-010268840 | ROSS-010320544 |
| ROSS-009723513 | ROSS-010270585 | ROSS-010320665 |
| ROSS-009724001 - ROSS-009724002 | ROSS-010270844 | ROSS-010320773 |
| ROSS-009724273 | ROSS-010271649 | ROSS-010320775 - ROSS-010320776 |
| ROSS-009724328 | ROSS-010271696 | ROSS-010320798 - ROSS-010320799 |
| ROSS-009724635 | ROSS-010271701 - ROSS-010271702 | ROSS-010321010 |
| ROSS-009724653 | ROSS-010272041 - ROSS-010272046 | ROSS-010321321 - ROSS-010321322 |
| ROSS-009724983 | ROSS-010278634 | ROSS-010321551 - ROSS-010321552 |
| ROSS-009725036 | ROSS-010279547 | ROSS-010321554 |
| ROSS-009725466 | ROSS-010279751 | ROSS-010321557 |
| ROSS-009725472 | ROSS-010290089 | ROSS-010321701 |
| ROSS-009725534 | ROSS-010291541 | ROSS-010321970 |
| ROSS-009725538 | ROSS-010291961 - ROSS-010291962 | ROSS-010322226 |
| ROSS-009725605 | ROSS-010292064 | ROSS-010322390 |
| ROSS-009725612 | ROSS-010292067 | ROSS-010322423 |
| ROSS-009725675 | ROSS-010300414 - ROSS-010300416 | ROSS-010322513 |
| ROSS-009725677 | ROSS-010300433 | ROSS-010322551 |
| ROSS-009725864 | ROSS-010306683 | ROSS-010322631 |
| ROSS-009725908 | ROSS-010306690 | ROSS-010322787 |
| ROSS-009731365 - ROSS-009731369 | ROSS-010316865 - ROSS-010316866 | ROSS-010322870 - ROSS-010322872 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B - Rebuttal

| | | |
|---|---|---|
| ROSS-010322919 - ROSS-010322920 | ROSS-010323324 | ROSS-023018279 - ROSS-023018281 |
| ROSS-010322928 | ROSS-010361787 - ROSS-010361789 | ROSS-023018635 |
| ROSS-010323018 | ROSS-010364506 - ROSS-010364509 | ROSS-023018710 - ROSS-023018739 |
| ROSS-010323194 | ROSS-023018166 - ROSS-023018167 | ROSS-023018772 |
| ROSS-010323272 | ROSS-023018180 - ROSS-023018183 | |
| ROSS-010323288 - ROSS-010323319 | ROSS-023018233 - ROSS-023018236 | |

**LegalEase Produced Documents**

| | | |
|---|---|---|
| LEGALEASE-00018036 - LEGALEASE-00018037 | LEGALEASE-00166082 - LEGALEASE-00166083 | R-LEGALEASE-00049652 - R-LEGALEASE-00049664 |
| LEGALEASE-00030617 - LEGALEASE-00030618 | LEGALEASE-00171823 | R-LEGALEASE-00050673 |
| LEGALEASE-00067320 - LEGALEASE-00067323 | LEGALEASE-00171828 - LEGALEASE-00171831 | R-LEGALEASE-00050718 - R-LEGALEASE-00050721 |
| LEGALEASE-00069484 - LEGALEASE-00069487 | LEGALEASE-00043224 - LEGALEASE-00043225 | R-LEGALEASE-00067404 |
| LEGALEASE-00078065 - LEGALEASE-00078083 | R-LEGALEASE-00028693 - R-LEGALEASE-00028694 | R-LEGALEASE-00067463 - R-LEGALEASE-00067465 |
| LEGALEASE-00108391 - LEGALEASE-00108392 | R-LEGALEASE-00029691 - R-LEGALEASE-00029693 | R-LEGALEASE-00067492 - R-LEGALEASE-00067493 |
| LEGALEASE-00123981 - LEGALEASE-00123982 | R-LEGALEASE-00048728 - R-LEGALEASE-00048737 | R-LEGALEASE-00067565 - R-LEGALEASE-00067569 |
| LEGALEASE-00132781 - LEGALEASE-00132782 | R-LEGALEASE-00048772 - R-LEGALEASE-00048776 | R-LEGALEASE-00101636 - R-LEGALEASE-00101642 |
| LEGALEASE-00132970 - LEGALEASE-00132971 | R-LEGALEASE-00048928 - R-LEGALEASE-00048932 | R-LEGALEASE-00140064 - R-LEGALEASE-00140078 |
| LEGALEASE-00139081 - LEGALEASE-00139082 | R-LEGALEASE-00049260 | R-LEGALEASE-00154874 - R-LEGALEASE-00154886 |
| LEGALEASE-00139169 - LEGALEASE-00139170 | R-LEGALEASE-00049399 | |

**Fastcase and Casemaker Produced Documents**

| | | |
|---|---|---|
| CASEMAKER_029770 - CASEMAKER_029776 | FASTCASE_085024 - FASTCASE_085027 | FASTCASE_090401 - FASTCASE_090403 |
| CASEMAKER_032406 | FASTCASE_085445 - FASTCASE_085448 | FASTCASE_090429 |
| FASTCASE_083411 - FASTCASE_083412 | FASTCASE_090007 - FASTCASE_090011 | FASTCASE_090487 - FASTCASE_090490 |
| FASTCASE_084268 - FASTCASE_084270 | FASTCASE_090065 - FASTCASE_090068 | FASTCASE_098063 - FASTCASE_098067 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B - Rebuttal

---

## Depositions

Deposition of Khalid Al-Kofahi, April 8, 2022
Deposition of Andrew Arruda, March 30, 2022 with exhibits
30(b)(6) Deposition of Christopher Cahn, May 12, 2022
30(b)(6) Deposition of Tariq Hafeez, May 26, 2022 with exhibits
Deposition of Mark Hoffman, March 16, 2022 with exhibits
30(b)(6) Deposition of Erik Lindberg, March 22, 2022 with exhibits
30(b)(6) Deposition of Andrew Martens, March 25, 2022 with exhibits
30(b)(6) Deposition of Isabelle Moulinier, July 1, 2022 with exhibits
30(b)(6) Deposition of Jimoh Ovbiagele, April 12, 2022 with exhibits
30(b)(6) Deposition of Sean Shafik, April 22, 2022 with exhibits
30(b)(6) Deposition of Tomas van der Heijden, March 17, 2022 with exhibits
30(b)(6) Deposition of Edward Walters,  March 1, 2022 with exhibits
Deposition of Teri Whitehead, April 18, 2022 with exhibits

---

## Expert Reports

Report of Defendants' Expert L. Karl Branting, J.D., Ph.D., July 28, 2022
Expert Report of Alan J. Cox, Ph.D., August 1, 2022
Opening Expert Report of Dr. Jonathan Krein, August 1, 2022

---

## Legal Filings

Complaint, May 6, 2020
Defendant and Counterclaimant ROSS Intelligence Inc.'s Partial Answer and Defenses in Response to Plaintiffs Complaint and Demand For Jury Trial, December 13, 2020
Plaintiffs / Counter-Defendants' Answer to Defendant / Counterclaimant's Counterclaims, January 4, 2021
Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Partial Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial, January 25, 2021
Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Answer and Defenses and Amended Counterclaims in Response to Plaintiffs' Complaint and Demand for Jury Trial, April 12, 2021
Plaintiffs Thomson Reuters Enterprise Centre GmbH and  West Publishing Corporation's First Set of  Interrogatories to Defendant ROSS Intelligence Inc., May 3, 2021
Defendant/Counterclaimant ROSS Intelligence, Inc.'s  First Set of Interrogatories (Nos. 1-8), May 12, 2021
Stipulated Protective Order, May 13, 2021
Defendant and Counterclaimant ROSS Intelligence Inc.'s Response to Plaintiffs' First Set of Interrogatories, July 2, 2021
Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s First Set of Interrogatories (1–12), July 12, 2021
Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's First Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s  First Set of Interrogatories, November 19, 2021
Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Set of Interrogatories to Defendant ROSS Intelligence Inc., November 30, 2021
Defendant / Counterclaimant ROSS Intelligence, Inc.'s Second Set of Interrogatories (No. 13), January 7, 2022
Defendant and Counterclaimant ROSS Intelligence Inc.'s Response and Objection to Plaintiffs' Second Set of Interrogatories, January 11, 2022
Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, January 11, 2022
Defendant / Counterclaimant ROSS Intelligence, Inc.'s  Third Set of Interrogatories (Nos. 14-21), January 25, 2022

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B - Rebuttal

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Third Set of Interrogatories to Defendant and Counterclaimant ROSS Intelligence Inc., February 4, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Third Set of Interrogatories (Nos. 14-21), February 4, 2022

Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Second Set of Interrogatories (No. 13), February 7, 2022

Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiffs' Set of Interrogatories (Supplemental Response to Interrogatory No. 11 Only), February 22, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Third Set of Interrogatories (Nos. 14–21), February 24, 2022

Defendant and Counterclaimant ROSS Intelligence, Inc.'s Responses and Objections to Plaintiffs' Third Set of Interrogatories, March 7, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Fourth Set of Interrogatories to Defendant and Counterclaimant ROSS Intelligence Inc., March 22, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 1, March 23, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s First Set of Requests for Admission (Nos. 1-129), April 6, 2022

Defendant and Counterclaimant ROSS Intelligence Inc.'s Responses and Objections to Plaintiffs' Fourth Set of Interrogatories, April 21, 2022

Plaintiffs and Counterdefendants Thomson Reuters  Enterprise Centre GmbH and West Publishing Corporation's  First Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, April 21, 2022

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second Supplemental Responses and Objections to Defendant and Counterclaimant ROSS Intelligence Inc.'s Interrogatory No. 21, June 9, 2022

***West Publishing Corporation v. LegalEase Solutions, LLC, Case No. 0:18-cv-01445***

Declaration of Andrew Arruda, October 1, 2019

Consent Judgment and Stipulated Permanent Injunction, May 5, 2020

**Public Documents**

"Data Science and Analytics," https://www.lexisnexis.com/en-us/professional/connect/daas/data-science.page?utm_source=google&utm_medium=cpc&utm_term=machine%20learning%20data&utm_campaign=BR-M-NEX-US-DAAS-PPC-BMM-2020&utm_content=&gclid=Cj0KCQjw2_OWBhDqARIsAAUNTTFfpb40XXJNBLhBRC-Kq4Roa3KpOH91Bz8LvUeGwNMmE0FfW2hftZ8aApbzEALw_wcB.

"Getty Images Launches Industry-First Model Release Supporting Data Privacy in Artificial Intelligence and Machine Learning," March 22, 2022, http://press.gettyimages.com/getty-images-launches-industry-first-model-release-supporting-data-privacy-in-artificial-intelligence-and-machine-learning/.

About Bloomberg Law, Bloomberg Law, https://pro.bloomberglaw.com/about-bloomberg-law/.

About Fastcase, Fastcase, https://www.fastcase.com/team/.

*Am. Geophysical Union v. Texaco Inc.*, 60 F.3d 913 (2d Cir. 1994).

Bloomberg Hangs New Shingle, The Wall Street Journal, July 8, 2010, https://www.wsj.com/articles/SB10001424052748704545004575335143750422612.

Bloomberg Industry Group Terms of Service: Subscription Products, Updated November 2019, https://www.bloombergindustry.com/terms-of-service-subscription-products/.

Buy Clean Datasets For Machine Learning, DataStock, https://datastock.shop/buy-clean-datasets/.

*Cable/Home Communication Corp. v. Network Productions, Inc.*, 902 F.2d 829 (11th Cir. 1990).

*Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569 (1994)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*
**DOCUMENTS CONSIDERED**
Appendix B - Rebuttal

Can Bloomberg Law Compete With Westlaw and LexisNexis, The Wall Street Journal, July 8, 2010, https://www.wsj.com/articles/BL-LB-31032.

Casemaker Offers Its Members Access to Vincent, AI Tool from vLex, LawSites, March 12, 2019, https://www.lawnext.com/2019/03/casemaker-offers-its-members-access-to-vincent-ai-tool-from-vlex.html.

Casetext develops technology for attorneys who take pride in doing their best work efficiently, Casetext, https://casetext.com/about/.

Casetext Terms of Service, Updated July 6, 2022, https://casetext.com/terms/.

*Castle Rock Ent., Inc. v. Carol Publ'g Grp., Inc.*, 150 F.3d 132 (2d Cir. 1998).

Categorize your data set for optimal search results with our superior taxonomy offering, LexisNexis, https://internationalsales.lexisnexis.com/partners/taxonomy.

Comparing 3 Legal Research Software Products, Capterra, Casetext vs Fastcase vs Lexis, https://www.capterra.com/legal-research-software/compare/196820-168929-196819/CARA-vs-Fastcase-vs-Lexis-Advance.

Cost-Effective Electronic Legal Research: Casemaker, Franklin County Law Library, https://fclawlib.libguides.com/costeffectivelegalresearch/casemaker.

Data Privacy Day at Apple: Improving transparency and empowering users, Apple, January 27, 2021, https://www.apple.com/newsroom/2021/01/data-privacy-day-at-apple-improving-transparency-and-empowering-users/.

Defined.AI Home Page, https://www.defined.ai/.

Editorial Enhancements, https://legal.thomsonreuters.com/en/products/westlaw/editorial-enhancements.

Elsevier Terms and Conditions, https://www.elsevier.com/legal/elsevier-website-terms-and-conditions.

Fastcase AI Sandbox, Fastcase, https://www.fastcase.com/sandbox/.

Fastcase Terms of Service, https://www.fastcase.com/terms/.

Free vs. Westlaw: Why you need the West Key Number System, Thomson Reuters, https://legal.thomsonreuters.com/en/insights/articles/using-the-west-key-numbers-system.

*Great Am. Opportunities, Inc. v. Cherrydale Fundraising, LLC*, No. 3718-VCP, 2010 WL 338219 (Del. Ch. Jan. 29, 2010).

How Bloomberg Law (BLAW) Uses AI and Machine Learning to Prove its Case, Bloomberg, June 7, 2019, https://www.bloomberg.com/company/stories/bloomberg-law-blaw-uses-ai-machine-learning-prove-case/.

Huge "foundation models" are turbo-charging AI progress," The Economist, June 11, 2022, https://www.economist.com/interactive/briefing/2022/06/11/huge-foundational-models-are-turbo-charging -AI-progress.

JSTOR Terms and Conditions, https://about.jstor.org/terms/#content-use.

*Kelly v. Arriba Soft Corp.*, 336 F.3d 811 (9th Cir. 2002).

Law Firm Per Search Pricing, LexisNexis, September 1, 2019, https://www.lexisnexis.com/en-us/terms/21/pricing.page.

Legal Analytics and Artificial Intelligence for Research & Law Practice: Tools, Features & Functionality," www.duq.edu/assets/Documents/law/legal-research/_pdf/Baginski,%20Lexis.pdf

Legal Products, https://legal.thomsonreuters.com/en/products?.

Longtime Competitors Fastcase and Casemaker Merge, Reshaping the Legal Research Landscape, Bob Ambrogi, LawSites, January 5, 2021, https://www.lawnext.com/2021/01/longtime-competitors-fastcase-and-casemaker-merge-reshaping-the-legal-research-landscape.html.

Low-Cost Legal Databases, Georgetown Law Library, https://guides.ll.georgetown.edu/freelowcost/low-cost.

Major Thomson Reuters Launch: Westlaw Edge, West Search Plus, Analytics, Enhances Citator and More, Jean O'Grady, July 12, 2018, Dewey B Strategic, https://www.deweybstrategic.com/2018/07/6838.html.

*Monge v. Maya Magazines, Inc.*, 688 F.3d 1164 (9th Cir. 2012).

New Leadership at Legal Research Company Casemaker, Bob Ambrogi, June 5, 2018, LawSites, https://www.lawnext.com/2018/06/new-leadership-legal-research-company-casemaker.html.

One subscription, unlimited benefits, Bloomberg Law, https://pro.bloomberglaw.com/the-complete-legal-research-resource/.

RELX Group 2021 Annual Report

Restatement (Second) Torts § 766.

*Ringgold v. Black Ent. Television, Inc.*, 126 F.3d 70 (2d Cir. 1997)

*Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S. 417 (1984)

*Swatch Grp. Mgmt. Servs. Ltd. v. Bloomberg L.P.*, 756 F.3d 73 (2nd Cir. 2014).

Terms and Conditions of use for the LexisNexis Services, Terms and Conditions for use of the Online Services, October 21, 2021, https://www.lexisnexis.com/en-us/terms/general/default.page.

The world's most valuable resource is no longer oil, but data, The Economist, May 6, 2017, https://www.economist.com/leaders/2017/05/06/the-worlds-most-valuable-resource-is-no-longer-oil-but-data.

*Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation v. ROSS Intelligence, Inc.*

**DOCUMENTS CONSIDERED**

Appendix B - Rebuttal

Thomson Reuters Corporation 2021 Annual Report

Welcome to Fastcase, Fastcase, https://www.fastcase.com/.

What is Casemaker?, Lawyerist, https://lawyerist.com/reviews/online-legal-research-tools/casemaker/.

*Worldwide Church of God v. Phila. Church of God, Inc*., 227 F.3d 1110 (9th Cir. 2000)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Appendix C - Rebuttal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# EXHIBIT 26

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | **HIGHLY CONFIDENTIAL –** |
| ROSS INTELLIGENCE INC., | ) ) | **ATTORNEYS' EYES ONLY** |
| Defendants/Counterclaimant. | ) ) | |

**DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S
SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFFS' SET OF INTERROGATORIES
(SUPPLEMENTAL RESPONSE TO INTERROGATORY NOS. 11 & 12 ONLY)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware ("the Local Rules"), Defendant/Counterclaimant ROSS Intelligence Inc. ("ROSS") hereby supplement its response and objections to the First Set of Interrogatories to ROSS served by Plaintiffs Thomson Reuters Enterprise Centre Gmbh and West Publishing Co. (collectively, "Plaintiffs") on May 12, 2021.

These responses are made solely for the purpose of this litigation. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any grounds that would require the exclusion of any statements contained herein if such interrogatories were asked of, or statements contained herein were made by, a witness present and testifying in court, and all such objections are expressly reserved and may be asserted at the time of trial.

ROSS's responses are based upon information presently available to and located by ROSS. ROSS has not completed its investigation of the facts relating to this case, discovery in this action,

2



**Interrogatory No. 2:**

DESCRIBE the process through which TRAINING DATA was used to create the ROSS PLATFORM, including without limitation how such materials were created, how such materials were obtained, who created them, and how they were used to train any artificial intelligence algorithms or systems.

**ANSWER TO INTERROGATORY NO. 2:**

████████████████████████████████████████████████████

████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

███████████████

███████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 2:**

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████





**Interrogatory No. 3:**

DESCRIBE the purpose of any TRAINING DATA, whether in its original form or in another form based on it, used by ROSS, including without limitation the purpose when such materials are used by PLAINTIFFS and the purpose when they are used by ROSS.

**Interrogatory No. 10:**

DESCRIBE each iteration of the ROSS PLATFORM, including without limitation how its TECHNICAL FUNCTIONING changed from its first iteration to its last iteration.

**ANSWER TO INTERROGATORY NO. 10:**



**Interrogatory No. 11:**

DESCRIBE the complete factual and legal basis for ROSS's belief that it is not liable for copyright infringement, whether direct or indirect, including without limitation the complete factual and legal basis for each affirmative defense ROSS asserts in this LITIGATION.

**ANSWER TO INTERROGATORY NO. 11:**

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 11:**

























































**ANSWER TO INTERROGATORY NO. 13:**

███████████████████████████████████████████

██████████████████████████████████

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  September 14, 2022
10338232 / 50241

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Carson R. Bartlett (#6750)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    cbartlett@potteranderson.com

*Attorneys for Defendant/Counterclaimant*
*ROSS Intelligence, Inc.*

# EXHIBIT 27

ROSS   Features   Coverage   Pricing   Customers   About Us   Blog                    Log In

# How is Natural Language Search Changing The Face of Legal Research?

**By Stergios Anastasiadis**   -   **April 8, 2019**   -   **Legal Research**

In order to understand how ROSS's A.I. is changing legal research, it's important to understand machine learning, natural language processing, and other A.I. basics. From that basis, we can more meaningfully discuss how those systems are being deployed to improve legal research. In this post, we're going to discuss the fundamentals of natural language search and how it improves legal queries and legal search results in ROSS.

ROSS's natural language processing (NLP) allows lawyers to phrase their research queries the way they would phrase a question to a colleague. Having a system that understands and can leverage the semantic and syntactic context of your query will improve your legal research questions and search results.

A query optimized with the help of NLP will surface the most accurate and relevant decisions

because the system was assessed with the prior queries that yielded the best legal search results. Since the system has analyzed all relevant case law, assistance from optimized queries will deliver high recall (the percentage of relevant decisions returned ) and high precision (the percentage of total decisions returned that are relevant).

The four areas that drive NLP are speech recognition, understanding, generation, and speech synthesis.

- Natural language understanding (NLU) is narrower in purpose than NLP, focusing primarily on machine reading comprehension: getting the computer to comprehend what a body of text really means. After all, if a machine cannot comprehend the content, it cannot process it.

- Natural language generation (NLG) is another subset of NLP.  NLG turns data into narratives and reports expressed in easy-to-read language.
- Speech Recognition (SR) understands or transcribes spoken language
- and Speech Synthesis (SS) into easy-to-read narratives and reports.

The system allows NLP queries to be typed into a search engine, spoken aloud with voice search or posed as a question to a digital assistant. The goal is to make interactions feel exactly like interactions among humans.

A great overview can be found in this Medium article, "Chapter 9: Natural Language Processing" by Madhu Sanjeevi. The article provides a good understanding of the moving parts without getting bogged down in technical details.

Now let's dig into how ROSS makes this happen.

The complex world of Language, Linguistics, Terms, Expansions and Simplifications is outlined nicely by Jocelyn D'Souza in a great 3 minute read: "A dive into Natural Language Processing".

The lawyer enters a query to find relevant cases. The NLP system interprets the query and "matches" it with legal text.

As you type, your query is processed instantly on three levels:

- Syntax – understanding the grammar of the text
- Semantics – understanding the meaning of the text
- Pragmatics – understanding the context of the text

In milliseconds, the system undertakes the three-level processing and it assesses:

1. **Language representations**: representing the meaning of words at the word, phrase, sentence, and passage level. This potentially makes matching a lot easier.
2. **Linguistic features**: alternatives are used to help with query complexity. A "major" category is noun vs. verb, but also person and number, plurality, tense.
3. **Term suggestions**: legal term suggestions specifically help users write better queries that incorporate legal context.
4. **Expansions**: query expansion provides alternate queries to users based on a global analysis, using some form of thesaurus. This can be combined with legal term suggestions.
5. and **Simplifications**: gives users feedback on their queries that attempt to eliminate complexity.

ROSS is including 1,2,4 and 5 with "Term suggestions" coming soon. "Expansion" will be treated using the same model as with "Term suggestions" but automated on behalf of the user.

A simple overview of the way Google applies this thinking to its search can be found in the "Google Inside Search" blog.

Before you hit **"Ask the Question?"** button it's also helpful to understand how data is stored and retrieved.

The system contains millions of legal decisions and hundreds of millions of passages that have already been processed by machine learning algorithms. The ingestion of legal data happens daily. The algorithms are trained against a corpus of queries and legal decisions. Once the algorithms meet acceptable statistical thresholds, they are then let loose to perform searches against the millions of decisions and hundreds of millions of passages.

These algorithms are usually referred to as ranking and retrieval algorithms. In the example below all the lightly colored boxes assemble the graph used to narrow down from your query to nodes displayed in the answer cards at the bottom of the illustration. They are fast, accurate and reliable algorithms.

As the tree is traversed, the query is used on each node to create a score, making its way down to the leaf nodes. Each leaf node gets a final score, thus completing the ranking process. The system then returns the top leaf nodes based on their final score. This is called retrieval.

Now hit the **"Ask the Question?"** button. The query is submitted and voila, the ranking and retrieval algorithms do their magic by analyzing decisions and other data in milliseconds.



It's an enormous win when lawyers can use their familiar speaking or writing muscles to retrieve authoritative decisions quickly, comprehensively, and accurately. When NLP is done right, it's a powerful tool for legal research.

**Stergios Anastasiadis**

Stergios is the Head of Engineering at ROSS. 25 years in the tech industry, angel investor and wants to make the tech startup community a continued success.

## Popular Articles









ROSS NEWS

**Enough.**

ROSS NEWS

**Announcement**

AI AND THE LAW

**ROSS partners with OpenAI for the launch of its API**

ROSS is working with OpenAI to refine their first commercial product. What does that mean for AI and legal tech?

**ROSS**

🐦 Twitter

f Facebook

in LinkedIn

© ROSS Intelligence, Inc. 2014–2020

**Company**

About Us

Careers

Terms of Service

Privacy Policy

**Product**

Features

Coverage

Pricing

Academic Access

Why ROSS

What is AI

**Resources**

Contact Us

FAQ + Support

Blog

# EXHIBIT 28



00018
LEGALEASE-00056844

# EXHIBIT 29



LEGALEASE-00059362

# EXHIBIT 30



LEGALEASE-00078065



2

LEGALEASE-00078066



3

LEGALEASE-00078067



4

LEGALEASE-00078068



5

LEGALEASE-00078069



6

LEGALEASE-00078070

7

LEGALEASE-00078071



8

LEGALEASE-00078072



9

LEGALEASE-00078073



10

LEGALEASE-00078074

11

LEGALEASE-00078075



12

LEGALEASE-00078076



13

LEGALEASE-00078077

14



15

LEGALEASE-00078079

16

LEGALEASE-00078080



17

LEGALEASE-00078081



18

LEGALEASE-00078082

19

LEGALEASE-00078083

# EXHIBIT 31



LEGALEASE-00093066



LEGALEASE-00093067



3

LEGALEASE-00093068

4

LEGALEASE-00093069



5

LEGALEASE-00093070



6

LEGALEASE-00093071



LEGALEASE-00093072



8

LEGALEASE-00093073



9

LEGALEASE-00093074

# EXHIBIT 32

0013214

CONFIDENTIAL

0013214

LEGALEASE-00109845



LEGALEASE-00109846

# EXHIBIT 33



CONFIDENTIAL

LEGALEASE-00171828



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

# EXHIBIT 34

CONFIDENTIAL

R-LEGALEASE-00048772



CONFIDENTIAL

R-LEGALEASE-00048773



CONFIDENTIAL

R-LEGALEASE-00048774



CONFIDENTIAL



CONFIDENTIAL

# EXHIBIT 35



CONFIDENTIAL

CONFIDENTIAL

R-LEGALEASE-00050719

CONFIDENTIAL

R-LEGALEASE-00050720



CONFIDENTIAL

R-LEGALEASE-00050721

# EXHIBIT 36



CONFIDENTIAL

CONFIDENTIAL

R-LEGALEASE-00101584



CONFIDENTIAL



CONFIDENTIAL

R-LEGALEASE-00101586



CONFIDENTIAL

# EXHIBIT 37



CONFIDENTIAL

R-LEGALEASE-00101636



CONFIDENTIAL

R-LEGALEASE-00101637



CONFIDENTIAL

R-LEGALEASE-00101638



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

# EXHIBIT 38



R-LEGALEASE-00189134

R-LEGALEASE-00189135



R-LEGALEASE-00189136

R-LEGALEASE-00189137



R-LEGALEASE-00189138



R-LEGALEASE-00189139

# EXHIBIT 39

ROSS-000175054



ROSS-000175055

ROSS-000175056



ROSS-000175057



ROSS-000175058



ROSS-000175059



ROSS-000175060



ROSS-000175061



Private and Confidential - Page 4 of 6

ROSS-000175062



Private and Confidential - Page 5 of 6

ROSS-000175063



ROSS-000175064



1

ROSS-000175065

2

ROSS-000175066

3

ROSS-000175067

# EXHIBIT 40



Confidential

ROSS-000176438



Confidential

ROSS-000176439



Confidential

ROSS-000176440

# EXHIBIT 41



Confidential

ROSS-000176441



Confidential

ROSS-000176442



Confidential

ROSS-000176443

# EXHIBIT 42



Confidential

ROSS-000177723

# EXHIBIT 43



Confidential

ROSS-000179468

Confidential

ROSS-000179469

Confidential

ROSS-000179470

Confidential

ROSS-000179471

Confidential

ROSS-000179472

Confidential

ROSS-000179473

Confidential

ROSS-000179474

Confidential

ROSS-000179475



Confidential

ROSS-000179476

Confidential

ROSS-000179477

Confidential

ROSS-000179478

Confidential

ROSS-000179479

Confidential

ROSS-000179480

Confidential

ROSS-000179481

Confidential

ROSS-000179482

Confidential

ROSS-000179483

Confidential

ROSS-000179484

Confidential

ROSS-000179485

Confidential

ROSS-000179486

Confidential

ROSS-000179487

Confidential

ROSS-000179488

Confidential

ROSS-000179489

Confidential

ROSS-000179490



Confidential

ROSS-000179491

# EXHIBIT 44



Confidential

ROSS00034708

Confidential

ROSS-000204366



Confidential

ROSS00034709

Confidential

ROSS-000204367

# EXHIBIT 45

Confidential

ROSS00034013

Confidential

ROSS-000304769



Confidential

ROSS00034014

Confidential

ROSS-000304770

# EXHIBIT 46

Confidential

ROSS00034015

Confidential

ROSS-000304771



Confidential

ROSS00034016

Confidential

ROSS-000304772

Confidential

ROSS00034017

Confidential

ROSS-000304773

Confidential

ROSS00034018

Confidential

ROSS-000304774



Confidential

ROSS00034019

Confidential

ROSS-000304775



Private and Confidential – Page 1 of 6

Confidential

ROSS00034020

Confidential

ROSS-000304776



Private and Confidential - Page 2 of 6

Confidential

ROSS00034021

Confidential

ROSS-000304777



Private and Confidential – Page 3 of 6

Confidential

ROSS00034022

Confidential

ROSS-000304778



Private and Confidential - Page 4 of 6

Confidential

ROSS00034023

Confidential

ROSS-000304779



Private and Confidential - Page 5 of 6

Confidential

ROSS00034024

Confidential

ROSS-000304780



Private and Confidential – Page 6 of 6

Confidential

ROSS00034025

Confidential

ROSS-000304781



1

Confidential

ROSS00034026

Confidential

ROSS-000304782



2

Confidential

ROSS00034027

Confidential

ROSS-000304783



Confidential

ROSS00034028

Confidential

ROSS-000304784

# EXHIBIT 47



Confidential

ROSS-003227570



Confidential

ROSS-003227571



Confidential

ROSS-003227572



Confidential

ROSS-003227573



Confidential

ROSS-003227574



Confidential

ROSS-003227575



Confidential

ROSS-003227576



Confidential

ROSS-003227577



Confidential

ROSS-003227578



Confidential

ROSS-003227579



Confidential

ROSS-003227580



Confidential

ROSS-003227581



Confidential

ROSS-003227582



Confidential

ROSS-003227583



Confidential

ROSS-003227584

Confidential

ROSS-003227585

# EXHIBIT 48:

## Native Excel to be Lodged with Court

# EXHIBIT 49



Highly Confidential

ROSS00168704

ROSS-003390233

# EXHIBIT 50



Highly Confidential

ROSS00169034

ROSS-00339056



Highly Confidential

ROSS00169035

ROSS-003390564



Highly Confidential

ROSS00169036

ROSS-003390565

# EXHIBIT 51



Highly Confidential

ROSS00169243

ROSS-003390772

# EXHIBIT 52



Highly Confidential

ROSS00169244

ROSS-003390773



# EXHIBIT 53



Highly Confidential

ROSS00169352

ROSS-003390881



Highly Confidential

ROSS00169353

ROSS-003390882



Highly Confidential

ROSS00169354

ROSS-00339083



Highly Confidential

ROSS00169355

ROSS-003390684

# EXHIBIT 54



Highly Confidential

ROSS00169546

ROSS-003391075

# EXHIBIT 55



Highly Confidential

ROSS00169547

ROSS-003391076

# EXHIBIT 56



Confidential

ROSS-003395895

# EXHIBIT 57



Highly  Confidential – Attorneys Eyes Only

ROSS-003419784



Highly  Confidential – Attorneys Eyes Only

ROSS-003419785



Highly  Confidential – Attorneys Eyes Only

ROSS-003419786

# EXHIBIT 58



Confidential

ROSS-003428727



Confidential

ROSS-003428728



Confidential

ROSS-003428729



Confidential

ROSS-003428730

# EXHIBIT 59



Highly  Confidential – Attorneys Eyes Only

ROSS-003487472



Highly  Confidential – Attorneys Eyes Only

ROSS-003487473



Highly  Confidential – Attorneys Eyes Only

ROSS-003487474

# EXHIBIT 60



Confidential

ROSS-003610162

Confidential

ROSS-003610163



Confidential

ROSS-003610164

Confidential

ROSS-003610165

# EXHIBIT 61



Confidential

ROSS-003658597



Confidential

ROSS-003658598



Confidential

ROSS-003658599



Confidential

ROSS-003658600



Confidential

ROSS-003658601



Confidential

ROSS-003658602



Confidential

ROSS-003658603



Confidential

ROSS-003658604

# EXHIBIT 62

Confidential

ROSS-009501052



Confidential

ROSS-009501053

# EXHIBIT 63



Highly  Confidential – Attorneys Eyes Only

ROSS-009603348

# EXHIBIT 64



Highly  Confidential – Attorneys Eyes Only

ROSS-009637509

# EXHIBIT 65



Confidential

ROSS-009727514



Confidential

ROSS-009727515

# EXHIBIT 66



Highly  Confidential – Attorneys Eyes Only

ROSS-009770437



Highly  Confidential – Attorneys Eyes Only

ROSS-009770438



Highly  Confidential – Attorneys Eyes Only

ROSS-009770439

# EXHIBIT 67



Highly  Confidential – Attorneys Eyes Only

ROSS-010099622



Highly  Confidential – Attorneys Eyes Only

ROSS-010099623

# EXHIBIT 68

Confidential

ROSS-010164290



Confidential

ROSS-010164291

# EXHIBIT 69



Confidential

ROSS-010271831



Confidential

ROSS-010271832

Confidential

ROSS-010271833



Confidential

ROSS-010271834

# EXHIBIT 70



Highly  Confidential – Attorneys Eyes Only

ROSS-010361787



Highly  Confidential – Attorneys Eyes
Only

ROSS-010361788



Highly  Confidential – Attorneys Eyes Only

ROSS-010361789

# EXHIBIT 71

Confidential

ROSS-010373855



Confidential

ROSS-010373856

# EXHIBIT 72



Confidential

ROSS-023032254

# EXHIBIT 73



TR-0001142

TR-0001143



TR-0001144



TR-0001145

TR-0001146

TR-0001147



TR-0001148



TR-0001149



TR-0001150



TR-0001151

TR-0001152

TR-0001153

# EXHIBIT 74



TR-0001154

TR-0001155



TR-0001156

TR-0001157

TR-0001158

TR-0001159

TR-0001160

TR-0001161

TR-0001162

TR-0001163



TR-0001164



TR-0001165

# EXHIBIT 75

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

WPC-0001404

**TR-0002743**



HIGHLY CONFIDENTIAL

# EXHIBIT 76



HIGHLY CONFIDENTIAL

WPC-0001477

**TR-0002812**

HIGHLY CONFIDENTIAL

WPC-0001478

**TR-0002813**

HIGHLY CONFIDENTIAL

WPC-0001479

**TR-0002814**

# EXHIBIT 77



HIGHLY CONFIDENTIAL

WPC-0001465

**TR-0002827**



HIGHLY CONFIDENTIAL

WPC-0001466

**TR-0002828**



HIGHLY CONFIDENTIAL

WPC-0001467

**TR-0002829**



HIGHLY CONFIDENTIAL

WPC-0001468

**TR-0002830**

# EXHIBIT 78



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

WPC-0001483

**TR-0002843**

# EXHIBIT 79



HIGHLY CONFIDENTIAL

WPC-0001475

**TR-0002844**



HIGHLY CONFIDENTIAL

# EXHIBIT 80



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002869



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002878



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002892



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002904



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002928



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002930



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0002934



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002935



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0002940



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002945



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002952

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY

TR-0002954



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002959



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0002964



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002989



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002992



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0002998



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0002999

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003003

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003019



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003027

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

[redacted]



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003044

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003050



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0003061



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003070



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003081



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003084



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003085



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY





HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003090

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003091

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003102

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003103



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003110



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003119



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

ATTORNEYS' EYES ONLY

TR-0003121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0003133



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 81



CONFIDENTIAL



CONFIDENTIAL

1

TR-0003140



2

CONFIDENTIAL

TR-0003141



3

CONFIDENTIAL

TR-0003142



4

CONFIDENTIAL



CONFIDENTIAL

TR-0003144



6

CONFIDENTIAL

TR-0003145



7

TR-0003146



8

CONFIDENTIAL

TR-0003147



9

CONFIDENTIAL



10

CONFIDENTIAL



11

TR-0003150



12

CONFIDENTIAL



13

CONFIDENTIAL

TR-0003152

14



15

CONFIDENTIAL

TR-0003154



16



17

CONFIDENTIAL

TR-0003156



18

CONFIDENTIAL

19

TR-0003158



20

CONFIDENTIAL

TR-0003159



21

CONFIDENTIAL

TR-0003160



22

23

CONFIDENTIAL

TR-0003162



24

TR-0003163



25

CONFIDENTIAL

TR-0003164



26

CONFIDENTIAL

TR-0003165



27

CONFIDENTIAL



28

CONFIDENTIAL



29

CONFIDENTIAL

TR-0003168



CONFIDENTIAL

CONFIDENTIAL

TR-0003170



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003190

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003196



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003212



CONFIDENTIAL





CONFIDENTIAL
TR-0003215



CONFIDENTIAL

TR-0003217

CONFIDENTIAL

TR-0003218





CONFIDENTIAL



CONFIDENTIAL

TR-0003221



CONFIDENTIAL



TR-0003223



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

TR-0003227



CONFIDENTIAL

CONFIDENTIAL

TR-0003229



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

TR-0003232

CONFIDENTIAL

TR-0003233

CONFIDENTIAL

TR-0003234



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003238

CONFIDENTIAL

TR-0003239



CONFIDENTIAL



CONFIDENTIAL

TR-0003241



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

TR-0003244

CONFIDENTIAL

TR-0003245



CONFIDENTIAL

TR-0003246

CONFIDENTIAL

TR-0003247



CONFIDENTIAL

TR-0003248



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



**CONFIDENTIAL**

CONFIDENTIAL

TR-0003254



CONFIDENTIAL

TR-0003255



CONFIDENTIAL

TR-0003256



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003264



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003267



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003270

CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



TR-0003274

CONFIDENTIAL

TR-0003275



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003280

CONFIDENTIAL

TR-0003281

CONFIDENTIAL

TR-0003282

CONFIDENTIAL

TR-0003283



CONFIDENTIAL

CONFIDENTIAL

TR-0003285

CONFIDENTIAL

TR-0003286

CONFIDENTIAL

TR-0003287

CONFIDENTIAL

CONFIDENTIAL

TR-0003289

CONFIDENTIAL

TR-0003290

CONFIDENTIAL

CONFIDENTIAL

TR-0003292

CONFIDENTIAL

TR-0003293

CONFIDENTIAL

CONFIDENTIAL

TR-0003295

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003298

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003306

CONFIDENTIAL

TR-0003307

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003311

CONFIDENTIAL

TR-0003312

CONFIDENTIAL

TR-0003313

CONFIDENTIAL

TR-0003314

CONFIDENTIAL

TR-0003315

CONFIDENTIAL

TR-0003316

CONFIDENTIAL

TR-0003317

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003324

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003327

CONFIDENTIAL

TR-0003328

CONFIDENTIAL

TR-0003329

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003333

CONFIDENTIAL

CONFIDENTIAL

TR-0003335

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003338

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003341

CONFIDENTIAL

TR-0003342

CONFIDENTIAL

CONFIDENTIAL

TR-0003344

CONFIDENTIAL

TR-0003345

CONFIDENTIAL

CONFIDENTIAL

TR-0003347

CONFIDENTIAL

TR-0003348

CONFIDENTIAL

CONFIDENTIAL

TR-0003350

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003354

CONFIDENTIAL

TR-0003355

CONFIDENTIAL

TR-0003356

CONFIDENTIAL

TR-0003357

CONFIDENTIAL

CONFIDENTIAL

TR-0003359



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003362

CONFIDENTIAL

TR-0003363

CONFIDENTIAL

CONFIDENTIAL

TR-0003365

CONFIDENTIAL

CONFIDENTIAL

TR-0003367

CONFIDENTIAL

TR-0003368

CONFIDENTIAL

TR-0003369

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003372

CONFIDENTIAL

TR-0003373

CONFIDENTIAL

TR-0003374

CONFIDENTIAL

CONFIDENTIAL

TR-0003376

CONFIDENTIAL

CONFIDENTIAL

TR-0003378

CONFIDENTIAL

TR-0003379

CONFIDENTIAL

TR-0003380

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003385

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003388

CONFIDENTIAL

TR-0003389

CONFIDENTIAL

TR-0003390

CONFIDENTIAL

CONFIDENTIAL

TR-0003392

CONFIDENTIAL

CONFIDENTIAL

TR-0003394

CONFIDENTIAL

TR-0003395

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003398

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003401

CONFIDENTIAL

CONFIDENTIAL

TR-0003403

CONFIDENTIAL

CONFIDENTIAL

TR-0003405

CONFIDENTIAL

TR-0003406

CONFIDENTIAL

TR-0003407

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

TR-0003410

CONFIDENTIAL

CONFIDENTIAL

TR-0003412

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003416

CONFIDENTIAL

TR-0003417

CONFIDENTIAL

TR-0003418

CONFIDENTIAL

TR-0003419

CONFIDENTIAL

TR-0003420

CONFIDENTIAL

TR-0003421

CONFIDENTIAL

TR-0003422

CONFIDENTIAL

TR-0003423

CONFIDENTIAL

TR-0003424

CONFIDENTIAL

TR-0003425

CONFIDENTIAL

TR-0003426

CONFIDENTIAL

TR-0003427

CONFIDENTIAL

TR-0003428

CONFIDENTIAL

TR-0003429

CONFIDENTIAL

TR-0003430

CONFIDENTIAL

CONFIDENTIAL

TR-0003432

CONFIDENTIAL

TR-0003433

CONFIDENTIAL

TR-0003434

CONFIDENTIAL

CONFIDENTIAL

TR-0003436

CONFIDENTIAL

TR-0003437

CONFIDENTIAL

TR-0003438

CONFIDENTIAL

TR-0003439

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003445

CONFIDENTIAL

TR-0003446

CONFIDENTIAL

TR-0003447

CONFIDENTIAL

TR-0003448

CONFIDENTIAL



CONFIDENTIAL

TR-0003450

CONFIDENTIAL

TR-0003451

CONFIDENTIAL

TR-0003452



CONFIDENTIAL

CONFIDENTIAL

TR-0003454

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003458

CONFIDENTIAL

TR-0003459

CONFIDENTIAL

TR-0003460

CONFIDENTIAL

TR-0003461

CONFIDENTIAL

TR-0003462

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003465

CONFIDENTIAL

TR-0003466

CONFIDENTIAL

TR-0003467

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003471



CONFIDENTIAL

CONFIDENTIAL

TR-0003473



**CONFIDENTIAL**

CONFIDENTIAL

CONFIDENTIAL

TR-0003476

S. REP. 105-189

Engineering Center effort in fiscal year 2000 should the technology prove successful in current and planned evaluations.

CONFIDENTIAL

TR-0003477

CONFIDENTIAL

TR-0003478

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003482

CONFIDENTIAL

TR-0003483

CONFIDENTIAL

TR-0003484

CONFIDENTIAL

TR-0003485

CONFIDENTIAL

CONFIDENTIAL

TR-0003487

CONFIDENTIAL

TR-0003488

CONFIDENTIAL

TR-0003489

CONFIDENTIAL

CONFIDENTIAL

TR-0003491

CONFIDENTIAL

CONFIDENTIAL

TR-0003493

CONFIDENTIAL

CONFIDENTIAL

TR-0003495

CONFIDENTIAL

CONFIDENTIAL

TR-0003497

CONFIDENTIAL

TR-0003498

CONFIDENTIAL

TR-0003499

CONFIDENTIAL

CONFIDENTIAL

TR-0003501

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003504

CONFIDENTIAL

TR-0003505

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003512

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003515

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003519

CONFIDENTIAL

TR-0003520

CONFIDENTIAL

CONFIDENTIAL

TR-0003522

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003527

CONFIDENTIAL

TR-0003528

CONFIDENTIAL

TR-0003529

CONFIDENTIAL

TR-0003530

CONFIDENTIAL

TR-0003531

CONFIDENTIAL

TR-0003532

CONFIDENTIAL

CONFIDENTIAL

TR-0003534

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003537

CONFIDENTIAL

TR-0003538

CONFIDENTIAL

TR-0003539

CONFIDENTIAL

TR-0003540

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003543

CONFIDENTIAL

CONFIDENTIAL

TR-0003545

CONFIDENTIAL

CONFIDENTIAL

TR-0003547

CONFIDENTIAL

CONFIDENTIAL

TR-0003549

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003552

CONFIDENTIAL

TR-0003553

CONFIDENTIAL

TR-0003554

CONFIDENTIAL

TR-0003555

CONFIDENTIAL

CONFIDENTIAL

TR-0003557

CONFIDENTIAL

CONFIDENTIAL

TR-0003559

CONFIDENTIAL

CONFIDENTIAL

TR-0003561

CONFIDENTIAL

CONFIDENTIAL

TR-0003563

CONFIDENTIAL

TR-0003564

CONFIDENTIAL

TR-0003565

CONFIDENTIAL

TR-0003566

CONFIDENTIAL

CONFIDENTIAL

TR-0003568

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003571

CONFIDENTIAL

CONFIDENTIAL

TR-0003573

CONFIDENTIAL

TR-0003574

CONFIDENTIAL

TR-0003575

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003579

CONFIDENTIAL

TR-0003580

CONFIDENTIAL

TR-0003581

CONFIDENTIAL

TR-0003582

CONFIDENTIAL

TR-0003583

CONFIDENTIAL

TR-0003584

CONFIDENTIAL

TR-0003585

CONFIDENTIAL

TR-0003586

CONFIDENTIAL

TR-0003587

CONFIDENTIAL

TR-0003588

CONFIDENTIAL

CONFIDENTIAL

TR-0003590

CONFIDENTIAL

CONFIDENTIAL

TR-0003592

CONFIDENTIAL

CONFIDENTIAL

TR-0003594

CONFIDENTIAL

TR-0003595

CONFIDENTIAL

TR-0003596

CONFIDENTIAL

TR-0003597

CONFIDENTIAL

CONFIDENTIAL

TR-0003599

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003602

CONFIDENTIAL

CONFIDENTIAL

TR-0003604

CONFIDENTIAL

TR-0003605

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003611

CONFIDENTIAL

TR-0003612

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003619

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003622

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003626

CONFIDENTIAL

TR-0003627

CONFIDENTIAL

TR-0003628

CONFIDENTIAL

CONFIDENTIAL

TR-0003630

CONFIDENTIAL

TR-0003631

CONFIDENTIAL

TR-0003632

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003640

CONFIDENTIAL

CONFIDENTIAL

TR-0003642

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003646

CONFIDENTIAL

CONFIDENTIAL

TR-0003648

CONFIDENTIAL

TR-0003649

CONFIDENTIAL

CONFIDENTIAL

TR-0003651

CONFIDENTIAL

TR-0003652

CONFIDENTIAL

TR-0003653

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003658

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003661

CONFIDENTIAL

CONFIDENTIAL

TR-0003663

CONFIDENTIAL

TR-0003664

CONFIDENTIAL

TR-0003665

CONFIDENTIAL

TR-0003666

CONFIDENTIAL

TR-0003667

CONFIDENTIAL

TR-0003668

CONFIDENTIAL

TR-0003669

CONFIDENTIAL

CONFIDENTIAL

TR-0003671

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003675

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003678

CONFIDENTIAL

TR-0003679

CONFIDENTIAL

(Publication page references are not available for this document.)

principles for the use of one distribution base for allocating a given indirect cost pool.

FAR 31.203, "Indirect costs," subparagraph (b), requires grouping of indirect costs "so as to permit distribution of the grouping on the basis of the benefits accruing to the several cost objectives," and then selection of "a distribution base common to all cost objectives to which the grouping is to be allocated" (emphasis added). In our view, this reference to "a distribution base" requires use of a single distribution base for allocating a given overhead pool to cost objectives (such as changes). A contractor may choose any acceptable distribution base for allocating its job site overhead pool to particular cost objectives, but not more than one. We hold that appellant's practice of switching between a time distribution base (per diem rate) and a direct cost distribution base (percentage markup) for allocating job site overhead costs to changes, depending on whether a time extension was involved, on its face violated the FAR requirement for a single distribution base for allocating a given overhead pool. [FN7]

<div align="center">CONCLUSION</div>

We have concluded that the Changes and Pricing of Adjustments clauses define the costs of a change by reference to FAR Part 31, and that appellant cannot recover the claimed job site overhead percentage markup in these appeals because, under the facts of these cases, such a markup is inconsistent with appellant's per diem distribution base for charging job site overhead on changes that extended the contract period, and so violates the cost principle requirement in FAR 31.203, "Indirect costs," for use of a single distribution base to allocate a given indirect cost pool. We therefore grant appellant's motion for reconsideration but we affirm the denial of these appeals on different grounds from those stated in the prior opinion.

Accordingly, the appeals are denied.

JOHN LANE

Administrative Judge

Armed Services Board

of Contract Appeals

I concur

PAUL WILLIAMS

Administrative Judge

Chairman

Armed Services Board

of Contract Appeals

I concur

Administrative Judge

Vice Chairman

Armed Services Board

<div align="center">Copr. © West 1998 No Claim to Orig. U.S. Govt. Works</div>

of Contract Appeals

I concur

MARK N. STEMPLER

Administrative Judge

Vice Chairman

Armed Services Board

of Contract Appeals

I concur

WILLIAM T. WATKINS

Administrative Judge

Armed Services Board

of Contract Appeals

I concur

JOHN J. GROSSBAUM

Administrative Judge

Armed Services Board

of Contract Appeals

I concur

JOHN I. COLDREN, III

Administrative Judge

Armed Services Board

of Contract Appeals

I concur

RONALD JAY LIPMAN

Administrative Judge

Armed Services Board

Copr. © West 1998 No Claim to Orig. U.S. Govt. Works

CONFIDENTIAL

TR-0003684

CONFIDENTIAL

TR-0003685

CONFIDENTIAL

TR-0003686

CONFIDENTIAL

CONFIDENTIAL

TR-0003688

CONFIDENTIAL

CONFIDENTIAL

TR-0003690

CONFIDENTIAL

TR-0003691

CONFIDENTIAL

TR-0003692

CONFIDENTIAL

CONFIDENTIAL

TR-0003694

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003698

CONFIDENTIAL

CONFIDENTIAL

TR-0003700

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003704

CONFIDENTIAL

CONFIDENTIAL

TR-0003706

CONFIDENTIAL

TR-0003707

CONFIDENTIAL

TR-0003708

CONFIDENTIAL

CONFIDENTIAL

TR-0003710

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003715

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003719

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003722

CONFIDENTIAL

TR-0003723

CONFIDENTIAL

TR-0003724

CONFIDENTIAL

CONFIDENTIAL

TR-0003726

CONFIDENTIAL

TR-0003727

CONFIDENTIAL

TR-0003728

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

TR-0003731

CONFIDENTIAL

CONFIDENTIAL

TR-0003733

CONFIDENTIAL

CONFIDENTIAL

TR-0003735

CONFIDENTIAL

TR-0003736

CONFIDENTIAL

TR-0003737

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

# EXHIBIT 82

TR-0033982

TR-0033983

TR-0033984



TR-0033985

# EXHIBIT 83

TR-0034557

TR-0034558

TR-0034559



TR-0034560

# EXHIBIT 84



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0035899

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0035900



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0035901



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0035904



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0035906

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0035907



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT 85



CONFIDENTIAL

WPC-0002136

**TR-0038034**



CONFIDENTIAL

WPC-0002137

**TR-0038035**

# EXHIBIT 86:

## Native Excel to be Lodged with Court

# EXHIBIT 87



TR-0038891



TR-0038892



TR-0038893



TR-0038894

TR-0038895



TR-0038896



TR-0038897

TR-0038898



TR-0038899

TR-0038900

TR-0038901



TR-0038902



TR-0038903

TR-0038904

TR-0038905

TR-0038906

TR-0038907



TR-0038908

TR-0038909

TR-0038910

TR-0038911

TR-0038912



TR-0038913

TR-0038914

TR-0038915

TR-0038916



TR-0038917



TR-0038918

TR-0038919

TR-0038920



TR-0038921

TR-0038922

TR-0038923

TR-0038924

TR-0038925



TR-0038926

TR-0038927

TR-0038928



TR-0038929

TR-0038930

TR-0038931

TR-0038932



TR-0038933

1

TR-0038934



TR-0038935

TR-0038936

TR-0038937

TR-0038938

TR-0038939

TR-0038940

TR-0038941

TR-0038942

TR-0038943

TR-0038944

TR-0038945

TR-0038946

TR-0038947

TR-0038948

TR-0038949

TR-0038950

TR-0038951

TR-0038952

TR-0038953

TR-0038954

TR-0038955

TR-0038956

TR-0038957

TR-0038958

TR-0038959

TR-0038960

TR-0038961

TR-0038962

TR-0038963

TR-0038964

TR-0038965

TR-0038966

TR-0038967

TR-0038968

TR-0038969

TR-0038970

TR-0038971



TR-0038972

TR-0038973

TR-0038974

TR-0038975

TR-0038976

TR-0038977

TR-0038978

TR-0038979

TR-0038980

TR-0038981

TR-0038982

TR-0038983

TR-0038984

TR-0038985

TR-0038986

TR-0038987

TR-0038988

TR-0038989

TR-0038990

TR-0038991

TR-0038992

TR-0038993

TR-0038994

TR-0038995

TR-0038996

TR-0038997

TR-0038998

TR-0038999

TR-0039000

TR-0039001

TR-0039002

TR-0039003

TR-0039004

TR-0039005

TR-0039006

TR-0039007

TR-0039008

TR-0039009

TR-0039010

TR-0039011

TR-0039012

TR-0039013

TR-0039014

TR-0039015

TR-0039016

TR-0039017

TR-0039018

TR-0039019

TR-0039020

TR-0039021

TR-0039022

TR-0039023

TR-0039024

TR-0039025

TR-0039026

TR-0039027

TR-0039028

TR-0039029

TR-0039030

TR-0039031

TR-0039032

TR-0039033

TR-0039034

TR-0039035

TR-0039036

TR-0039037

TR-0039038

TR-0039039

TR-0039040

TR-0039041

TR-0039042

# EXHIBIT 88

TR-0039539

TR-0039540

TR-0039541

TR-0039542

TR-0039543

TR-0039544

TR-0039545

TR-0039546

TR-0039547

TR-0039548

TR-0039549

TR-0039550

TR-0039551

TR-0039552

TR-0039553

TR-0039554

TR-0039555

TR-0039556

TR-0039557

TR-0039558

TR-0039559

TR-0039560

TR-0039561

TR-0039562

TR-0039563

TR-0039564

TR-0039565

TR-0039566

TR-0039567

TR-0039568

TR-0039569

TR-0039570

TR-0039571

TR-0039572

TR-0039573

TR-0039574

TR-0039575

TR-0039576

TR-0039577

TR-0039578

TR-0039579

TR-0039580

TR-0039581

TR-0039582

TR-0039583

TR-0039584

TR-0039585

TR-0039586

TR-0039587

TR-0039588

TR-0039589

TR-0039590

TR-0039591

TR-0039592

TR-0039593

TR-0039594

TR-0039595

TR-0039596

TR-0039597

TR-0039598

TR-0039599

TR-0039600

TR-0039601

TR-0039602

TR-0039603

TR-0039604

TR-0039605

TR-0039606

TR-0039607

TR-0039608

TR-0039609

TR-0039610

TR-0039611

TR-0039612

TR-0039613

TR-0039614

TR-0039615

TR-0039616

TR-0039617

TR-0039618

TR-0039619

TR-0039620

TR-0039621

TR-0039622

TR-0039623

TR-0039624

TR-0039625

TR-0039626

TR-0039627

TR-0039628

TR-0039629

TR-0039630

TR-0039631

TR-0039632

TR-0039633

TR-0039634

TR-0039635

TR-0039636

TR-0039637

TR-0039638

TR-0039639

TR-0039640

TR-0039641

TR-0039642

TR-0039643

TR-0039644

TR-0039645

TR-0039646

TR-0039647

TR-0039648

TR-0039649

TR-0039650

TR-0039651

TR-0039652

TR-0039653

TR-0039654

TR-0039655

TR-0039656

TR-0039657

TR-0039658

TR-0039659

TR-0039660

TR-0039661

TR-0039662

TR-0039663

TR-0039664

TR-0039665

TR-0039666

TR-0039667

TR-0039668

TR-0039669

TR-0039670

TR-0039671

TR-0039672

TR-0039673

TR-0039674

TR-0039675

TR-0039676

TR-0039677

TR-0039678

TR-0039679

TR-0039680

TR-0039681

TR-0039682

TR-0039683

TR-0039684

TR-0039685

TR-0039686

TR-0039687

TR-0039688

TR-0039689

TR-0039690

TR-0039691

TR-0039692

TR-0039693

TR-0039694

TR-0039695

TR-0039696

TR-0039697

TR-0039698

TR-0039699

TR-0039700

TR-0039701

TR-0039702

TR-0039703

TR-0039704

TR-0039705

TR-0039706

TR-0039707

TR-0039708

TR-0039709

TR-0039710

TR-0039711

TR-0039712

Case 1:20-cv-00613-SB   Document 298-1   Filed 01/09/23   Page 5927 of 7202 PageID #: 84026

TR-0039713

TR-0039714

TR-0039715

TR-0039716

TR-0039717

TR-0039718

TR-0039719

TR-0039720

TR-0039721

TR-0039722

TR-0039723

TR-0039724

TR-0039725

TR-0039726

TR-0039727

TR-0039728

TR-0039729

TR-0039730

TR-0039731

TR-0039732

TR-0039733

TR-0039734

TR-0039735

TR-0039736

TR-0039737

TR-0039738

TR-0039739

TR-0039740

TR-0039741

TR-0039742

TR-0039743

TR-0039744

TR-0039745

TR-0039746

TR-0039747

TR-0039748

TR-0039749

TR-0039750

TR-0039751

TR-0039752

TR-0039753

TR-0039754

TR-0039755

TR-0039756

TR-0039757

TR-0039758

TR-0039759

TR-0039760

TR-0039761

TR-0039762

TR-0039763

TR-0039764

TR-0039765

TR-0039766

TR-0039767

TR-0039768

TR-0039769

TR-0039770

TR-0039771

TR-0039772

TR-0039773

TR-0039774

TR-0039775

TR-0039776

TR-0039777

TR-0039778

TR-0039779

TR-0039780

TR-0039781

TR-0039782

TR-0039783

TR-0039784

TR-0039785

TR-0039786

TR-0039787

TR-0039788

TR-0039789

TR-0039790

TR-0039791

TR-0039792

TR-0039793

TR-0039794

TR-0039795

TR-0039796

TR-0039797

TR-0039798

TR-0039799

TR-0039800

TR-0039801

TR-0039802

TR-0039803

TR-0039804

TR-0039805

TR-0039806

TR-0039807

BATES0319

TR-0039808

BATES0320

TR-0039809

BATES0321

BATES0322

BATES0323

TR-0039812

BATES0324

TR-0039813

BATES5167

TR-0039814

BATES5168

TR-0039815

BATES5169

TR-0039816



BATES5170

TR-0039817

BATES5171

TR-0039818

BATES5172

TR-0039819

BATES5173

BATES5174

TR-0039821

BATES5175

TR-0039822

BATES5176

BATES5177

TR-0039824

BATES5178

BATE4968

TR-0039826

BATE4969

TR-0039827



BATE4970



BATE4971

TR-0039829



BATE4972

TR-0039830



BATE4973

TR-0039831

BATE4974



BATE4975

TR-0039833



BATE4976

TR-0039834



BATE4977

TR-0039835

BATE4978

TR-0039836



BATE4979



BATE4980

TR-0039838



BATE4981

TR-0039839



BATE4982

TR-0039840

Last revised: 02.12.18

BATE4983

TR-0039841



BATE4984

TR-0039842



BATE4985

BATE4986

TR-0039844

TR-0039845

TR-0039846

TR-0039847

TR-0039848

TR-0039849



*providing the legal edge*

(Minn.App.1985).

Then in the Reference List you would actually have two entries for this one footnote. They would look like this:

**Issue: Under Minnesota law, how is a marital lien perceived?**

Case 1: *Bakken v. Helgeson,* 785 N.W.2d 791, 794-95 (Minn. Ct. App. 2010).

Docket Number: xyz

> Quote 1: But marital liens, such as appellant's, are not judgment liens; they are a method of distributing property in a dissolution proceeding. "A lien on a homestead is a division of property." *Charlson v. Charlson,* 374 N.W.2d 473, 476 (Minn.App.1985). A lien is "an encumbrance on property as security for the payment of debt." Minn.Stat. § 514.99, subd. 1(b) (2008). A marital lien is personal property, though it is not an estate or an interest in the parcel of real property itself. *Granse & Assocs. v. Kimm,* 529 N.W.2d 6, 8 (Minn.App.1995), *review denied* (Minn. Apr. 27, 1995). A district court's use of a marital lien to divide property must have "an acceptable basis in fact and principle." *Rohling v. Rohling,* 379 N.W.2d 519, 522-23 (Minn.1986) (approving marital lien that did not mature for 15 years)"

Case 2: *Charlson v. Charlson,* 374 N.W.2d 473, 476 (Minn.App.1985).

Docket Number: xyz

> Quote 2: "A lien on a homestead is a division of property."

u. When you quote the same case, same paragraph more than once in the memo, the RL need only have the paragraph appears once in each issue section it applies to.

v. IF you cite Case A (cite is in the footnotes) AND Case A has directly quoted Case B in the quote we are using, THEN the footnote must cite Case A (citing Case B), AND the RL in the relevant section must have the full entry and paragraph of Case A and full entry and paragraph of Case B. Eg, the direct quote we use from Case A has quotes within it from Case B.
IF Case A paraphrases or references Case B BUT does not directly quote Case B, THEN only cite Case A in the footnotes and RL.

w. In RL section, while the quotes are copy-pasted, please make sure the page numbers and footnotes in the judgment are deleted.

x. Confirm that all quotes over 15 words are indented .5 on both the right and left margins, i.e. block indent.

y. Check over the entire memo to make sure that there are no stray lines or odd spaces.

z. Confirm that the Reference List starts on a new page. Insert page break if necessary.



*providing the legal edge*

aa.      Complete all Smartsheet fields

15.      ROSS Portal Upload

a. Associate entrusted with the upload is assigned a username and password to access ROSS Portal.

b. Make sure to login to the portal midday and check the Assigned Questions.

c. Find the corresponding question in SS; you can use "Ctrl f ctrl v" function in SS. Also, try to break down the question to a few words if the initial search with all words is not giving any result.

d. Confirm if the draft is finalized. Final draft will have "gtg" along with other comments in SS.

e. Check the box with memo number and see if the final doc is present. Final doc will have only Memo number, and no initials (for e.g. 22501-ROSS-Memo 2319).

f. Download and save the final to your desktop.

g. Take up the assigned question and select upload.

h. Copy paste the Short Answer, Long Answer, and Conclusion in the respective boxes.

i. Upload the memo.

j. Select Answer (Reference List) Tab.

k. Select "Add Answer".

l. Copy paste Case name, Docket number, citation, and Quote in the boxes that appear and submit.

m. Click "Add Answer" again to enter next quote.

n. If a case has more than one quote in RL make sure to select "Add Answer" and enter the case name, citation, docket number, and quote again. Note that only one quote of the case will be entered at a given time, and the process needs to be repeated to enter all the quotes. For e.g. if a case has three quotes, select "Add Answer" and enter the case name, citation, docket number, and first quote. Then, repeat the



TR-0039851

TR-0039852

TR-0039853



TR-0039854

TR-0039855

VOL 013 - BATES13095

TR-0039856

# EXHIBIT 89



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040278



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040288



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040292



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040294



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040298



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040318



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040324



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040333



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040342



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040343



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040345



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040350



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040351



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040354



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040359



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040362



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040372



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040393



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040403



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040406



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040415



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040423



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040424



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040426



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040430



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040434



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040437



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040443



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040452



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040458



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040459



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040473



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040482



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040518



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0040523



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040526



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040529



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040539



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040544



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040547



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040551



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040552



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040558



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0040564



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 90



Confidential

MORAE_00030607

**TR-0048632**

# EXHIBIT 91



Confidential

# EXHIBIT 92



Confidential



Confidential

# EXHIBIT 93



Confidential



Confidential

MORAE_00002388
**TR-0104713**



Confidential



Confidential



Confidential



Confidential



Confidential



Confidential



Confidential

# EXHIBIT 95



TR-0178588.xlsx



# EXHIBIT 96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359564

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359567

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359568



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359574

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359581



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359583

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359584

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359585



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359589



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359594



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359597



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359608

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359609

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359611



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359612



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359617



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359618

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359619**

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359620

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359629

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359631



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359634



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359636

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359637



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359643

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359645



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359650



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359655



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359666

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359667**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359669



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359672



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359673

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359674

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359677



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359681**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359683



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359684



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359685**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359686



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359687



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359691



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359692**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359694



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359695**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359696



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359698**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359699



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359700**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359704



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359705



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359707



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359708



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359709



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359713



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359714



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359724**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359725**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359728**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359730



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359731



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359732



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359734



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359738



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359739**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359740

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359741**



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359742**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359743



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359744



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359745



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359746



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359749**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359753



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359755**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -**
**ATTORNEYS' EYES ONLY**

**TR-0359764**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0359768**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359770**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359783

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359784

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359787

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359788

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359789



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359794



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359799



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359803**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359804



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359806



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359809



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359810



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

| 2815 | IP License | IP License In Agreement - (3rd Party IP) | Thomson Reuters Hong Kong Limited; | Thomson Reuters Global Resources Unlimited Company; | 01.04.2017 |
| 2818 | IP License | IP License In Agreement - (3rd Party IP) | Thomson Reuters Corporation Pte Limited; | Thomson Reuters Global Resources Unlimited Company; | 01.04.2017 |
| 2819 | Sales Agreement | Distribution Agreement (LRD) - (Checkpoint) | Thomson Reuters Global Resources Unlimited Company; | Sistemas Bejerman S.A.; | 01.01.2018 |
| 2820 | Sales Agreement | Distribution Agreement (LRD) - (OneSource & Onvio) | Thomson Reuters Global Resources Unlimited Company; | Sistemas Bejerman S.A.; | 01.01.2018 |
| 2821 | Sales Agreement | Distribution Agreement (LRD) - (OneSource Global Trade Management) | Thomson Reuters Global Resources Unlimited Company; | Softway Argentina SRL; | 01.01.2018 |
| 2826 | IP License | IP License In Agreement - (3rd Party Content and Technology) | Thomson Reuters Information Pte Ltd; | Thomson Reuters Global Resources Unlimited Company; | 01.04.2017 |
| 2827 | Non-Disclosure Agreement | Mutual Non-Disclosure Agreement | Thomson Reuters Global Resources Unlimited Company; | Syngenta Crop Protection AG; | 22.05.2018 |
| 2829 | Non-Disclosure Agreement | Mutual Non-Disclosure Agreement | Thomson Reuters Global Resources Unlimited Company; | Acatis Research GmbH; | 27.03.2018 |
| 2830 | Non-Disclosure Agreement | Mutual Non-Disclosure Agreement | Thomson Reuters Global Resources Unlimited Company; | Acatis Investment KVGmbH; | 27.03.2018 |
| 2842 | Other | Bill of sale, General Assignment and Assumption and Conveyance Agreement | Thomson Reuters Global Resources Unlimited Company; | Innovative Market Analysis, LLC; | 01.06.2018 |
| 2845 | Other | Intercompany Transfer (Assignment) of account payable | Thomson Reuters Global Resources Unlimited Company; | Reuters Limited (sold to Blackstone 1.10.2018); Reuters Limited - Colombia Branch (sold to Blackstone 1.10.2018); | 24.07.2018 |
| 2846 | Technology License | Sales Contract / Early Renewal for Progress | Thomson Reuters Global Resources Unlimited Company; | Telerik Inc.; | 12.06.2017 |
| 2852 | Services Agreement | Services Agreement | Thomson Reuters (Tax & Accounting) Inc.; | Thomson Reuters Global Resources Unlimited Company; | 01.01.2018 |
| 2854 | Services Agreement | Services Agreement | Creative Solutions Software Corp; | Thomson Reuters Global Resources Unlimited Company; | 01.01.2018 |
| 2866 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters International Services Private Limited; | 01.10.2018 |
| 2868 | IP Assignment | Autoaudit Trade Mark | Thomson Reuters (Tax & Accounting) Inc.; | Thomson Reuters Global Resources Unlimited Company; | 27.09.2018 |
| 2870 | IP Assignment | Sphere Device, RXpress, Qingniao, Alertnet&RBB Trade Marks | Reuters Limited (sold to Blackstone 1.10.2018); | Thomson Reuters Global Resources Unlimited Company; | 27.09.2018 |
| 2872 | IP Assignment | Worldscope Trade Marks | Worldscope/Disclosure, L.L.C. (merged); | Thomson Reuters Global Resources Unlimited Company; | 27.09.2018 |
| 2873 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters India Private Limited; | 01.10.2018 |
| 2874 | IP Assignment | Domain Names | Thomson Reuters Holdings Inc.; | Thomson Reuters Global Resources Unlimited Company; | 30.09.2018 |
| 2875 | IP Assignment | Domain Names | Thomson Reuters (Australia) Pty Ltd; | Thomson Reuters Global Resources Unlimited Company; | 30.09.2018 |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

TR-0359813

| 2876 | IP Assignment | Domain Names | Thomson Reuters Corporation; | Thomson Reuters Global Resources Unlimited Company; | 30.09.2018 |
|---|---|---|---|---|---|
| 2877 | IP Assignment | Domain Names | Thomson Reuters Group Limited; | Thomson Reuters Global Resources Unlimited Company; | 30.09.2018 |
| 2879 | Services Agreement | Services Agreement | West Publishing Corporation; | Thomson Reuters Global Resources Unlimited Company; | 01.01.2018 |
| 2881 | Services Agreement | Services Agreement | Thomson Reuters Special Services LLC; | Thomson Reuters Global Resources Unlimited Company; | 01.01.2018 |
| 2882 | IP Assignment | Avanon Trade Marks | Avanon SA; | Thomson Reuters Global Resources Unlimited Company; | 26.09.2018 |
| 2883 | Other | F&R Project York Termination Agreement | Thomson Reuters Global Resources Unlimited Company; | Reuters Limited (sold to Blackstone 1.10.2018); | 01.10.2018 |
| 2895 | Other | Intercompany Transfer ( Assignment) of Account Payable | Thomson Reuters Global Resources Unlimited Company; | Reuters Limited (sold to Blackstone 1.10.2018); | 20.09.2018 |
| 2897 | IP Assignment | IP Assignment / Application No. 14/206,648 | Thomson Reuters (Markets) LLC (sold to Blackstone 1.10.2018); | Thomson Reuters Global Resources Unlimited Company; | 15.10.2018 |
| 2898 | Other | Assignment Agreement | Reuters Software (Thailand) Limited (sold to Blackstone 1.10.2018); | Thomson Reuters Global Resources Unlimited Company; | 27.09.2018 |
| 2899 | IP Assignment | Kenya Deed of Assignment | Thomson Reuters Finance S.A.; | Thomson Reuters Global Resources Unlimited Company; | 01.10.2009 |
| 2900 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Reuters Hellas S.A. - News and Media; | 01.08.2018 |
| 2901 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Reuters News & Media Romania S.R.L.; | 28.08.2018 |
| 2902 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters Germany GmbH; | 01.08.2018 |
| 2903 | Services Agreement | Contract Express Hosting Services | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters (Professional) UK Limited; | 01.12.2018 |
| 2905 | Services Agreement | Mark Monitor - Master Services Agreement | MarkMonitor Inc. (Sold); | Thomson Reuters Global Resources Unlimited Company; | 19.08.2014 |
| 2907 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Reuters News & Media Limited; | 01.08.2018 |
| 2908 | Trade Mark License | Trade Mark License Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Analytics Proprietary Limited; | 01.08.2018 |
| 2909 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Analytics Proprietary Limited; | 01.08.2018 |
| 2910 | Sales Agreement | Distribution Agreement ( Electronic Products - All) | Thomson Reuters Global Resources Unlimited Company; | Thomson Analytics Proprietary Limited; | 01.08.2018 |
| 2911 | TRGR Master Services Agreement | Master Services Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters de Colombia S.A.S.; | 01.08.2018 |
| 2913 | Sales Agreement | Distribution Agreement - ( Electronic Products - Software ) | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters de Colombia S.A.S.; | 01.08.2018 |
| 2914 | Trade Mark License | Trade Mark License Agreement | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters de Colombia S.A.S.; | 01.08.2018 |
| 2915 | Sales Agreement | Distribution Agreement - (Electronic Products) | Thomson Reuters Global Resources Unlimited Company; | Thomson Reuters de Colombia S.A.S.; | 01.08.2018 |

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359818



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359820

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359821



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359823



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359829

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359830



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359831



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359833

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359834



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359835



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359836

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359838

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359845

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359846

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359850

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359851



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359854



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359856



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359858



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359864



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES
ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359870



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359876



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359879



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359880



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359882



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0359883**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359884



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359888



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359889



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359893



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359894



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359899



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359903



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359905



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359908



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359914



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359915



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359918



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359920



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359922



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359926

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359932

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359935

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359942

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359943

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359944



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359946

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359947



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359948



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359954

# EXHIBIT 97



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359961



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359963



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0359966



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359968



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359969

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359970



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359972

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359973



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359976



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359977



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359979



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359982



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359983



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359984



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359987



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359989



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359997

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0359998



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360006



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360014



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360016



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360019



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360023



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360029

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360030



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360032



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360033



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360036



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360038



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360041



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360043



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360047



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360051



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360052



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0360053**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360054



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360056



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360057



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360060



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360062



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360063



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360074



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360075



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360076



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360078



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360079



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360082



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360084



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360086



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360087



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0360088**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360090



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360094



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360098



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360102



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360104



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360106



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360111



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360114



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360116



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360118



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360119



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360120



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360124



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360128



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360129



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360130

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360131



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360133



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360135



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360138



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360139



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360145

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360146



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360147

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360148



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360149



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360150



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360151



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360152



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360155



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360157



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360158



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360159



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360163



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360164



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360166



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360168



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360171



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360172

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360173

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360174



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360175

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360176



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360177

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360178

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360179



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360183



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360185

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360186

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360187



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360189



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360191



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360192



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360193



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360194



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360196



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360199



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360201



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0360203



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0360205**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360206



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360208



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360209

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360212



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360213



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360214



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0360216

# EXHIBIT 98

Case 1:14-cv-01967-RMC Document 8-1 Filed 12/03/14 Page 8 of 192

# EXHIBIT 99



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532266



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532272



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532275



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532292



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532293



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532294



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

 *Note*

The prepopulation feature currently does not insert into the synopsis all information regarding dissenting and concurring judges. Users will need to manually insert that information in the Mandates field of the synopsis.

## 4.1.5. Linking Synopsis Holdings to Headnotes

Each holding in a synopsis must be linked to the relevant corresponding headnote.

A link between a synopsis holding and a headnote can be created by either using the link icons in the synopsis widget or using the holding link options in the right-click menu on the Features Widget.

**1.  Creating Synopsis Holding Links Through Icons in the Synopsis Widget**

To link a synopsis holding to a headnote, a user can open the synopsis widget and click on the link icon appearing next to the relevant synopsis holding..

Doing this opens a "Link to Headnote" window, in which the user can double-click on the headnote they wish to link the synopsis holding to:



**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

TR-0532297

Headnotes that are already linked to a synopsis holding will display in gray shading in the "Link to Headnote" window.

Once the link is processed, a synopsis holding link icon  will appear next to the chosen headnote in the Features widget on the far right.

**Headnote #11**
360. STATES
Field preemption did not apply to bar state law prosecution of defendant, a United States Postal Service employee, based on employee's fraud in obtaining workers' compensation under Federal Employment Compensation Act (FECA) due to a slip and fall while working as a letter carrier MF ; in enacting provision of FECA expressly recognizing that federal employee may be prosecuted under state law for committing fraud in obtaining benefits under FECA, Congress indicated that it did not intend for FECA to occupy the field concerning prosecution of fraud in obtaining FECA benefits, and regulation promulgated by the Department of Labor recognized that a person who committed fraud in obtaining FECA benefits MF was subject to prosecution under state law MF .
5 U.S.C.A. § 8148(a); Cal. Ins. Code § 1871.4(a)(1); 20 C.F.R. § 10.17.

Likewise, in the open synopsis widget, a grey link icon  appears next to the relevant synopsis holding to indicate that the holding is linked to a headnote:

(1) field preemption did not apply to bar state law prosecution;

Clicking on the grey link icon  opens the headnote that the synopsis holding is linked to.

To remove the link, click on the orange and grey link icon  next to the synopsis holding, which now has a red minus sign on it.

Deleting a synopsis or headnote also removes any associated synopsis holding links.

Users may repeat the same process to link any other synopsis holdings.

**2. Automatic Creation of Synopsis Holding Links Through Right-Click Menu**

The "Create Synopsis Holding" and "Copy to Synopsis Holding with Link" options in the Features Widget right-click menu allow for the automatic creation of a link between a synopsis holding and a headnote.

Sensitivity: Confidential

HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY

TR-0532298



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532301



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

5.1 **Creating Summaries using the Universal Summary Widget**



Clicking on the special character icon  opens the character map, which allows for the insertion of special characters into the headline or paragraph text. For more information on the character map, see *9.6 Appendix F. Character Map.*

The series of icons appearing above the Headline and Paragraph fields operate only with respect to those respective fields and allow users to make various text edits to the text of those fields, such as bold, italics, undo/redo, all caps, all lower case, etc.

The Metadata tab for the universal summary widget displays relevant metadata for that summary, such as the Summary and Subject Artifact UUIDs, the Summary Health, and who created or updated the summary.



**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

## *5.1.2. Selecting a Topic and Sub-topic for the Universal Summary in the Classification Widget*

Every universal summary must be assigned a primary topic and a sub-topic from a hierarchy called the Uniform Topics hierarchy.

To do this, the summary writer must click on the **Select** button in the classification widget:



This will open the Hierarchy Viewer, which displays the assignable primary topics, like Administrative Practice, Agriculture, Antitrust, and Bankruptcy with both an arrow icon (indicating subtopics exist) and a green plus-sign icon to be used to assign the topic to the universal summary.



Sensitivity: Confidential

**HIGHLY CONFIDENTIAL –
ATTORNEYS' EYES ONLY**

TR-0532306



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532315



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532322



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532325



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

**TR-0532327**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532333



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532339



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532343

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532344



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0532345**



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532347



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532348



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

TR-0532354



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532355



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532356



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0532359



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532363



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532365



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

TR-0532369



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0532370



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT 100



**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

TR-0884952



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884954

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884955

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884956

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884957



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884958

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884959



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884962

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884963



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884964



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884965



**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

**TR-0884966**

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884967

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

TR-0884968



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

TR-0884969



HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY

# EXHIBIT 101



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0908413

# EXHIBIT 102:
## Native Excel to be Lodged with Court

# EXHIBIT 103:
## Native Excel to be Lodged with Court