IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE          )
CENTRE GMBH and WEST PUBLISHING     )
CORPORATION,                        )
                                    )
                                    )
            Plaintiffs and          )   C.A. No. 20-613 (SB)
            Counterdefendants,      )
                                    )   REDACTED - PUBLIC VERSION
      v.                            )
                                    )
ROSS INTELLIGENCE INC.,             )
                                    )
            Defendant and           )
            Counterclaimant.        )

**DECLARATION OF ERIC LOVERRO IN SUPPORT OF PLAINTIFFS' MOTIONS TO
EXCLUDE CERTAIN TESTIMONY, ARGUMENT OR EVIDENCE**

I, Eric Loverro, Esq., declare as follows:

1.      I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record for

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson

Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs").  I am admitted

and in good standing to practice law in the state of New York, and I am admitted *pro hac vice* to

practice in this District for the above-captioned case.  I submit this declaration in support of

Plaintiffs' Motions to Exclude Certain Testimony, Argument or Evidence Regarding the

Opinions of L. Karl Branting, J.D., Ph.D., Alan Cox, Barbara Frederiksen-Cross, and Richard

Leiter.  The statements set forth in this declaration are based on my personal knowledge and my

review of the contemporaneous documents referenced and attached hereto.

2.      Attached hereto as **Exhibit AA** is a true and correct copy of excerpts from the

deposition of L. Karl Branting, J.D., Ph.D., held on October 19, 2022.

3.      Attached hereto as **Exhibit AB** is a true and correct copy of excerpts from the deposition of Christopher Cahn, held on May 12, 2022.

4.      Attached hereto as **Exhibit AC** is a true and correct copy of excerpts from the deposition of Alan Cox, held on November 2, 2022.

5.      Attached hereto as **Exhibit AD** is a true and correct copy of excerpts from the deposition of Barbara Frederiksen-Cross, held on November 11, 2022.

6.      Attached hereto as **Exhibit AE** is a true and correct copy of excerpts from the deposition of Tariq Hafeez, held on May 26, 2022.

7.      Attached hereto as **Exhibit AF** is a true and correct copy of excerpts from the deposition of Richard A. Leiter, held on October 24, 2022.

8.      Attached hereto as **Exhibit AG** is a true and correct copy of excerpts from the deposition of Jimoh Ovbiagele, held on April 12, 2022.

9.      On August 1, 2022, L. Karl Branting, J.D., Ph.D., submitted an opening expert report in this case.  On September 6, 2022, Dr. Branting submitted a rebuttal expert report.  On October 10, 2022, Dr. Branting submitted a reply expert report.  True and correct copy of these reports are attached as **Exhibits AH**, **AI**, and **AJ**, respectively.

10.     On August 1, 2022, Alan J. Cox, Ph.D. submitted an opening expert report in this case.  On September 6, 2022, Dr. Cox submitted a rebuttal expert report.  On September 20, 2022, Dr. Cox submitted a second rebuttal expert report.  On October 10, 2022, Dr. Cox submitted a reply expert report.  True and correct copy of these reports are attached as **Exhibits AK**, **AL**, **AM**, and **AN**, respectively.

11.     On August 1, 2022, Barbara Frederiksen-Cross submitted an opening expert report in this case.  On September 6, 2022, Ms. Frederiksen-Cross submitted a rebuttal expert

report.  On October 10, 2022, Ms. Frederiksen-Cross submitted a surrebuttal expert report.  True and correct copy of these reports are attached as **Exhibits AO**, **AP**, and **AQ**, respectively.

12.     On August 1, 2022, Dr. Jonathan L. Krein submitted an opening expert report in this case.  On September 6, 2022, Dr. Krein submitted a rebuttal expert report.  On October 10, 2022, Dr. Krein submitted a reply expert report.  True and correct copy of these reports are attached as **Exhibits AR**, **AS**, and **AT**, respectively.

13.     On August 1, 2022, Professor Richard Leiter, J.D. submitted an opening expert report.  Attached to this report as Exhibit 3 was a chart of historical origins.  On September 6, 2022, Dr. Leiter submitted a rebuttal expert report.  True and correct copy of these reports and this exhibit are attached as **Exhibits AU**, **AV**, and **AW**, respectively.

14.     On August 1, 2022, James E. Malackowski submitted an opening expert report.  On September 6, 2022, Mr. Malackowski submitted a rebuttal expert report.  On October 18, 2022, Mr. Malackowski submitted a reply expert report.  True and correct copy of these reports are attached as **Exhibits AX**, **AY**, and **AZ**, respectively.

15.     Attached hereto as **Exhibit BA** is a true and correct copy of a page from Thomson Reuters' website titled "Free vs. Westlaw: Why you need the West Key Number System".

16.     On September 14, 2022, ROSS served Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiff's Set of Interrogatories.  True and correct excerpts from this document as attached as **Exhibit BB**.

17.     Attached hereto as **Exhibit BC** is a true and correct copy of the document produced in this litigation with beginning bates LEGALEASE-00078065.

18.     Attached hereto as **Exhibit BD** is a true and correct copy of the document produced in this litigation with beginning bates LEGALEASE-00093066.

19.     Attached hereto as **Exhibit BE** is a true and correct copy of the document produced in this litigation with beginning bates ROSS-000076307.

20.     Attached hereto as **Exhibit BF** is a true and correct copy of the document produced in this litigation with beginning bates ROSS-003487472.

21.     Attached hereto as **Exhibit BG** is a true and correct copy of the document produced in this litigation with beginning bates ROSS-009722263.

22.     Attached hereto as **Exhibit BH** is a true and correct copy of the document produced in this litigation with beginning bates TR-0055362.

23.     Attached hereto as **Exhibit BI** is a true and correct copy of the document produced in this litigation with beginning bates ROSS-010099622.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 22nd day of December, 2022.


                                        /s/ Eric Loverro
                                        Eric Loverro

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2022, upon the following in the manner indicated:

David E. Moore, Esquire                                          *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                          *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                       *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

/s/ *Michael J. Flynn*

_____
Michael J. Flynn (#5333)