# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) |
| Plaintiffs/Counterdefendants, | )<br>)<br>) |
| v. | ) |
| ROSS INTELLIGENCE INC., | )<br>)<br>) |
| Defendant/Counterclaimant. | ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

## STIPULATION AND ORDER TO EXTEND DEADLINES

WHEREAS the Parties have served document requests related to Defendant's antitrust and California Unfair Competition Law counterclaims; and

WHEREAS the Parties agree that additional time may be required to complete discovery regarding Defendant's antitrust and California Unfair Competition Law counterclaims;

IT IS STIPULATED AND AGREED by the Parties, subject to the approval of the Court, that the deadlines related to Defendant's antitrust and California Unfair Competition Law counterclaims be extended as follows:

| Event | Original Deadline | Proposed Deadline |
|---|---|---|
| Substantial Completion of Document Productions | January 12, 2023 | February 23, 2023 |
| End of Fact Discovery | March 30, 2023 | May 11, 2023 |
| Expert Reports | April 27, 2023 | May 25, 2023 |
| Rebuttal Expert Reports | May 25, 2023 | June 22, 2023 |
| Reply Expert Reports | June 22, 2023 | July 20, 2023 |
| Close of Expert Discovery | July 13, 2023 | August 3, 2023 |
| Opening Summary Judgment Briefs | August 17, 2023 | August 31, 2023 |
| Summary Judgment Opposition Briefs | September 14, 2023 | September 28, 2023 |
| Summary Judgment Reply Briefs | October 12, 2023 | October 26, 2023 |

|  |  |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| jblumenfeld@morrisnichols.com | dmoore@potteranderson.com |
| mflynn@morrisnichols.com | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

January 11, 2023

       **IT IS SO ORDERED** this _____ day of January, 2023.

                                                                       The Honorable Stephanos Bibas
                                                                       U.S. Court of Appeals for the Third Circuit

10543600/20516.00001