# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/ Counterdefendants <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/ Counterclaimant. | C.A. No. 20-613-SB |

## NOTICE OF LODGING

PLEASE TAKE NOTICE that Defendant/Counterclaimant ROSS Intelligence, Inc. caused to be lodged Exhibit 89 submitted in support of the Declaration of Jacob Canter in Support of Defendant/Counterclaimant ROSS Intelligence Inc.'s Briefs in Response to Plaintiffs' Motions for Summary Judgment (D.I. 324). The following exhibit is an Excel spreadsheet in native form that reflects the work completed in relation to Plaintiffs' Exhibit 21 and have included additional columns (reflected with "ROSS Addition" in the header), and have highlighted certain rows, and have highlighted the text within certain cells.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: January 30, 2023
10570327 / 20516.00001

By: */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*