IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>  Plaintiffs/Counterdefendants,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>  Defendants/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

**DECLARATION OF CRINESHA B. BERRY IN SUPPORT DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S BRIEFS IN RESPONSE TO PLAINTIFFS' MOTIONS TO EXCLUDE ROSS INTELLIGENCE INC.'S EXPERTS**

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: January 30, 2023
10252217 / 20564.00001

Public Version Dated: February 6, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs/Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendants/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF CRINESHA B. BERRY IN SUPPORT DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S BRIEFS IN RESPONSE TO PLAINTIFFS' MOTIONS TO EXCLUDE ROSS INTELLIGENCE INC.'S EXPERTS**

I, Crinesha B. Berry, declare as follows:

1. I am employed as counsel at Crowell & Moring, LLP, counsel of record for ROSS Intelligence Inc. I am an attorney, admitted to the New York, Michigan, and District of Columbia Bars and have been admitted *pro hac vice* to appear before this Court. I submit this Declaration in support of Defendant/Counterclaimant ROSS Intelligence Inc.'s ("ROSS") Responses to Plaintiffs' Motions to Exclude the Opinions and Testimony of ROSS's Experts Barbara Frederiksen-Cross, Alan Cox, L. Karl Branting, and Richard Leiter.

2. A true and correct copy of excerpts from the Deposition Transcript of Richard Leiter (Oct. 24, 2022) is attached to this declaration as **Exhibit 9**.

3. A true and correct copy of Westlaw Edge's West Key Number System (Oct. 24, 2022) is attached to this declaration as **Exhibit 10**.

4. A true and correct copy of a screenshot of LexisNexis's webpage, "What would you like to research today?" (October 24,2022) is attached to this declaration as **Exhibit 11**.

5.  A true and correct copy of excerpts from the Deposition Transcript of Alan Cox (Nov. 2, 2022) is attached to this declaration as **Exhibit 12.**

6.  A true and correct copy of the Deposition Transcript of Luther Karl Branting (Oct. 19, 2022) is attached to this declaration as **Exhibit 13.**

7.  A true and correct copy of excerpts from the Deposition Transcript of Isabelle Moulinier (July 1, 2022) is attached to this declaration as **Exhibit 14.**

8.  A true and correct copy of ROSS's Amended Notice of 30(b)(6) Deposition to Plaintiff Thomson Reuters Enterprise Centre GMBH (Mar. 7, 2022) is attached to this declaration as **Exhibit 15.**

9.  A true and correct copy of excerpts from the Deposition Transcript of Khalid Al-Kofahi (Apr. 8, 2022) is attached to this declaration as **Exhibit 16.**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Washington, D.C. on this 30th day of January 2023.

.

/s/ Crinesha B. Berry
Crinesha B. Berry