# EXHIBIT 9

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3                 C.A. No. 20-613(LPS)

 4

 5  -------------------------------------------

 6  IN RE MATTER OF:

 7  THOMSON REUTERS ENTERPRISE

 8  CENTRE GMBH and WEST PUBLISHING

 9  CORPORATION,

10              Plaintiffs and Counterdefendants

11         -vs-

12  ROSS INTELLIGENCE INC.,

13              Defendant and Counterclaimant.

14  -------------------------------------------

15

16

17

18     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19      REMOTE TESTIMONY OF RICHARD A. LEITER

20           October 24, 2022 - 11 A.M. CDT

21

22

23

24     JOB NO. 2022-866213
```

2

1

2

3                    OCTOBER 24, 2022

4                    11:00 A.M. CDT

5

6

7

8

9          REMOTE DEPOSITION of RICHARD A. LEITER,

10   before S. Arielle Santos, Certified Court

11   Reporter, Certified LiveNote Reporter and Notary

12   Public.

13

14

15

16

17

18

19

20

21

22

23

24

3

```
 1              REMOTE APPEARANCES:

 2

 3  For Plaintiffs and Counterdefendants:

 4  KIRKLAND & ELLIS LLP

 5  BY - DALE CENDALI, ESQ.

 6  601 Lexington Avenue

 7  New York, NY 10022

 8

 9

10

11  For Defendant and Counterclaimant:

12  CROWELL & MORING LLP

13  BY: JOACHIM B. STEINBERG, ESQ.

14  BY - ANNA SABER, ESQ.

15  3 Embarcadero Center, 26th Floor

16  San Francisco, California 94111

17

18

19      ALSO PRESENT:

20      FALLON SHERIDAN, JD, Kirkland & Ellis

21      BRYAN BELTRAN, Video Monitor.

22

23

24
```

4

```
 1              INDEX
 2  RICHARD A. LEITER                    7
 3       MS. CENDALI                     7
 4
 5
 6       LEITER EXHIBITS MARKED - ATTACHED
 7  Leiter Exhibit 1 - Curriculum Vitae of   20
 8       Richard A. Leiter
 9  Leiter Exhibit 2 - article titled "WIN:  72
10       'It's the natural Way,'"
11  Leiter Exhibit 3 - Article, "what's new  80
12       In on-line Legal databases"
13  Leiter Exhibit 4 - Expert Report of      97
14       Richard Leiter with attached
15       Exhibits 1 - 5
16  Leiter Exhibit 5 - Rebuttal Report of    99
17       Richard Leiter with attached
18       Exhibits 1 and 2
19  Leiter Exhibit 6 - LEGALEASE-00119815    105
20  Leiter Exhibit 8 - Westlaw Edge List     138
21  Leiter Exhibit 9 - "How to find the      242
22       law"
23  Leiter Exhibit 11 - Marbury v Madison -  257
24       Lexis version
```

5

```
1   Leiter Exhibit 12 -Marbury v Madison -    258
2           Westlaw Version
3   Leiter Exhibit 14 - Lexis Search Topics  262
4   Leiter Exhibit 15 - Westlaw's            265
5           copyrights and intellectual
6           property printout
7   Leiter Exhibit 16 - Lexis' copyrights    266
8           and intellectual property
9           printout
10  Leiter Exhibit 18 - finding the law:     266
11          Legal classification in America
12          - 1880 to 1940, by Urban Lavery
13  Leiter Exhibit 20 - Opening Expert       276
14          Report of Dr. Jonathan Krein
15
16
17
18          DOCUMENT REQUEST
19  1. Class syllabus                        35
20
21
22
23
24
```

6

1          THE VIDEOGRAPHER:  We are on the

2    record on October 24, 2022, at

3    approximately 10:56 a.m. Central Time

4    for the remote video deposition of Mr.

5    Richard Allen Leiter, in the matter of

6    Thomson Reuters Enterprise Centre

7    versus GMBH and West Publishing

8    Corporation versus ROSS Intelligence,

9    Inc.

10          My name is Bryan Beltran, I am

11    the videographer and document

12    technician.

13          Will counsel please introduce

14    themselves for the record, beginning

15    with the party noticing this

16    proceeding.

17          MS. CENDALI:  I am Dale Cendali

18    with Kirkland Ellis, with me is my

19    colleague Fallon Sheridan and we

20    represent the plaintiffs in this case.

21          MR. STEINBERG:  Joachim

22    Steinberg of Crowell & Moring, and with

23    me is my colleague Anna Saber,

24    representing the defendant.

7

1          THE VIDEOGRAPHER:  Thank you.

2              Will the court reporter please

3       swear in the witness.

4

5  RICHARD A. LEITER, Testifies under penalty

6  of perjury as follows:

7              THE WITNESS:  I do.

8

9                  EXAMINATION

10  BY MS. CENDALI:

11     Q     Good morning, Mr. Leiter.  Could

12  you please state your full name and

13  address for the record?

14     A     My name is Richard Allen Leiter.

15  My address, 1301 North 37th Street

16  Lincoln, Nebraska.

17     Q     Is that your business or home

18  address?

19     A     That's my home address.

20     Q     What is your business address?

21     A     I am the University of Nebraska

22  College of Law Schmid Law Library.

23          Do you want the street address?

24     Q     Is that in Lincoln, Nebraska?





139





155



156













232









286



315

```
 1          I, S. Arielle Santos, Certified
 2   Shorthand Reporter, Certified LiveNote
 3   Reporter do hereby certify:
 4   That prior to being examined, the witness
 5   named in the forgoing deposition, was by
 6   me duly sworn to testify the truth, the
 7   whole truth, and nothing but the truth.
 8   That said deposition was taken before me
 9   at the time and place set forth and was
10   taken down by me in shorthand and
11   thereafter reduced to computerized
12   transcription under my direction and
13   supervision, and I hereby certify the
14   foregoing deposition is a full, true and
15   correct transcript of my shorthand notes
16   so taken.
17   I further certify that I am neither
18   counsel for nor related to any party to
19   said action nor in anywise interested in
20   the outcome thereof.
21
22   _____
23   S. Arielle Santos, CCR, CLR
24
25
```

**Signature and Errata Sheet**

**October 24, 2022 Deposition of Richard Leiter**

***Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS Intelligence Inc.***

I, Richard Leiter, have reviewed the attached transcript of my October 24, 2022 deposition testimony, and certify, pursuant to 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page-Line | Currently Reads | Correction | Reason |
|---|---|---|---|
| 16:15-16 | Works as Crowell | Works at Crowell | Typographical error |
| 25:22-23 | At law library | At a law library | Typographical error |
| 46:13 | And I attributed | And I contributed | Typographical error |
| 75:16 | Nexis | Lexis | Typographical error |
| 85:13 | Making it valuable resource | Making it valuable resource | Typographical error |
| 92:22-24 | index to legal periodicals or the legal resource index | Index to Legal Periodicals or the Legal Resource Index | Should be capitalized because it is a name of a book title. |
| 93:15-17 | index to legal periodicals or the legal resource index | Index to Legal Periodicals or the Legal Resource Index | Should be capitalized because it is a name of a book title. |
| 96:9-10 | West has Shepard's | Lexis has Shepard's | Misspoke |
| 127:14 | You're opening | Your opening | Typographical error |
| 128:16 | 800 to 1899 | 1800 to 1899 | Typographical error |
| 178:21-22 | Ever casebook and treat is | Every casebook and treatise | Typographical error |
| 181:5 | Giving outlines | Giving the outlines | Typographical error |
| 188:22 | Master, servant | Master-servant | Typographical error |
| 189:21 | Medical professional | Medical professionals | Typographical error |
| 200:17 | 9th decennial | 9th Decennial | Should be capitalized because it is a name of a book title. |
| 202:15 | The bastard | bastard | Typographical error |
| 228:3 | An index | And index | Typographical error |
| 231:19 | Colleague was | Colleague who was | Typographical error |
| 264:2 | Does text is | Does Lexis | Typographical error |
| 270:14 | Words. | Words, | Typographical error |
| 284:14 | There are choice that's were | There are choices that were | Typographical error |
| 287:2 | West key note system | West Key Number System | Misspoke |
| 300:12 | To that affect | To that effect | Typographical error |

| 303:17 | The lawyers Co-Op | The Lawyers Co-Op | Lawyers should be capitalized. |
| 307:10 | Key note system | Key Number System | Misspoke |
| 302:9 | The digest s | The digests | Typographical error |
| 310:9 | Abhorrent cases | Aberrant cases | Typographical error |
| 312:20 | This sa | This as | Typographical error |

Executed on December 4, 2022, at Lincoln, Nebraska.

Richard Leiter