# EXHIBIT 10



THOMSON REUTERS WESTLAW EDGE

47891-... History Folders My links Notifications Sign out

West Key Number Head... Search West Key Number Headnotes All Federal Search Tips

Home

# West Key Number System

Add to Favorites Copy link

Search for Key Numbers relevant to your issue

Enter terms e.g., landlord duty of care to trespassers Search

**Jurisdiction selected:** All Federal • Change Jurisdiction

Select all content • No items selected • Clear Selection ☑ Specify Content to Search

1 ABANDONED AND LOST PROPERTY
2 ABATEMENT AND REVIVAL
4 ABORTION AND BIRTH CONTROL
5 ABSENTEES
6 ABSTRACTS OF TITLE
8 ACCORD AND SATISFACTION
9 ACCOUNT
10 ACCOUNT, ACTION ON
11 ACCOUNT STATED
11A ACCOUNTANTS
12 ACKNOWLEDGMENT
13 ACTION
14 ACTION ON THE CASE
15 ADJOINING LANDOWNERS
15A ADMINISTRATIVE LAW AND PROCEDURE

142 EJECTMENT
142T ELECTION LAW
143 ELECTION OF REMEDIES
145 ELECTRICITY
146 EMBEZZLEMENT
148 EMINENT DOMAIN
149 ENTRY, WRIT OF
149E ENVIRONMENTAL LAW
149T EQUITABLE CONVERSION
150 EQUITY
151 ESCAPE
156 ESTOPPEL
157 EVIDENCE
158 EXCEPTIONS, BILL OF
160 EXCHANGES
162 EXECUTORS AND ADMINISTRATORS
163 EXEMPTIONS
164 EXPLOSIVES
164T EXTORTION
166 EXTRADITION AND

291 PATENTS
294 PAYMENT
295 PENALTIES
296 PENSIONS
297 PERJURY
298 PERPETUITIES
300 PILOTS
302 PLEADING
303 PLEDGES
305 POSSESSORY WARRANT
306 POSTAL SERVICE
307 POWERS
307A PRETRIAL PROCEDURE
308 PRINCIPAL AND AGENT
309 PRINCIPAL AND SURETY
310 PRISONS
311 PRIVATE ROADS
311H PRIVILEGED COMMUNICATI AND CONFIDENTIAI
313 PROCESS

Tools & Resources

West Key Number System Updates

**Leiter Dep. Ex. 8**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 16 | ADMIRALTY | | | DETAINERS | ☐ | 313A | PRODUCTS LIABILITY |
| ☐ | 17 | ADOPTION | ☐ | 167 | FACTORS | | | |
| ☐ | 18 | ADULTERATION | ☐ | 168 | FALSE IMPRISONMENT | ☐ | 314 | PROHIBITION |
| ☐ | 20 | ADVERSE POSSESSION | ☐ | 170 | FALSE PRETENSES | ☐ | 315 | PROPERTY |
| | | | | | | ☐ | 315H | PROSTITUTION |
| ☐ | 21 | AFFIDAVITS | ☐ | 170A | FEDERAL CIVIL PROCEDURE | ☐ | 315P | PROTECTION OF ENDANGERED PERSONS |
| ☐ | 23 | AGRICULTURE | | | | | | |
| ☐ | 23H | ALCOHOLIC BEVERAGES | ☐ | 170B | FEDERAL COURTS | ☐ | 315T | PUBLIC AMUSEMENT AND ENTERTAINMENT |
| ☐ | 24 | ALIENS, IMMIGRATION, AND CITIZENSHIP | ☐ | 171 | FENCES | | | |
| | | | ☐ | 172 | FERRIES | | | |
| | | | ☐ | 172H | FINANCE, BANKING, AND CREDIT | ☐ | 316E | PUBLIC ASSISTANCE |
| ☐ | 25 | ALTERATION OF INSTRUMENTS | | | | ☐ | 316H | PUBLIC CONTRACTS |
| ☐ | 25T | ALTERNATIVE DISPUTE RESOLUTION | ☐ | 174 | FINES | ☐ | 316P | PUBLIC EMPLOYMENT |
| | | | ☐ | 175 | FIRES | | | |
| | | | ☐ | 176 | FISH | ☐ | 317 | PUBLIC LANDS |
| ☐ | 27 | AMICUS CURIAE | ☐ | 178 | FOOD | ☐ | 317A | PUBLIC UTILITIES |
| ☐ | 28 | ANIMALS | ☐ | 179 | FORCIBLE ENTRY AND DETAINER | ☐ | 318 | QUIETING TITLE |
| ☐ | 29 | ANNUITIES | | | | | | |
| ☐ | 29T | ANTITRUST AND TRADE REGULATION | | | | ☐ | 319 | QUO WARRANTO |
| | | | ☐ | 180 | FORFEITURES | ☐ | 319H | RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS |
| ☐ | 30 | APPEAL AND ERROR | ☐ | 181 | FORGERY | | | |
| | | | ☐ | 183 | FRANCHISES | | | |
| | | | ☐ | 184 | FRAUD | | | |
| ☐ | 31 | APPEARANCE | ☐ | 185 | FRAUDS, STATUTE OF | ☐ | 320 | RAILROADS |
| ☐ | 34 | ARMED SERVICES | | | | ☐ | 322 | REAL ACTIONS |
| ☐ | 35 | ARREST | ☐ | 186 | FRAUDULENT CONVEYANCES | ☐ | 322H | REAL PROPERTY CONVEYANCES |
| ☐ | 36 | ARSON | | | | | | |
| ☐ | 37 | ASSAULT AND BATTERY | ☐ | 187 | GAME | ☐ | 323 | RECEIVERS |
| | | | ☐ | 188 | GAMING AND LOTTERIES | ☐ | 324 | RECEIVING STOLEN GOODS |
| ☐ | 38 | ASSIGNMENTS | | | | | | |
| ☐ | 40 | ASSISTANCE, WRIT OF | ☐ | 190 | GAS | | | |
| | | | ☐ | 191 | GIFTS | ☐ | 325 | RECOGNIZANCES |
| ☐ | 41 | ASSOCIATIONS | ☐ | 192 | GOOD WILL | ☐ | 326 | RECORDS |
| ☐ | 42 | ASSUMPSIT, ACTION OF | | | | ☐ | 327 | REFERENCE |
| | | | ☐ | 193 | GRAND JURY | ☐ | 328 | REFORMATION OF INSTRUMENTS |
| ☐ | 43 | ASYLUMS AND ASSISTED LIVING | ☐ | 195 | GUARANTY | | | |
| | | | ☐ | 196 | GUARDIAN AND WARD | ☐ | 330 | REGISTERS OF DEEDS |

| | | FACILITIES | | | AND WARD | | | OF DEEDS |
|---|---|---|---|---|---|---|---|---|
| ☐ | 46 | ATTORNEY GENERAL | ☐ | 197 | HABEAS CORPUS | ☐ | 332 | RELIGIOUS SOCIETIES |
| ☐ | 46H | ATTORNEYS AND LEGAL SERVICES | ☐ | 198 | HAWKERS AND PEDDLERS | ☐ | 334 | REMOVAL OF CASES |
| | | | | | | ☐ | 335 | REPLEVIN |
| ☐ | 47 | AUCTIONS AND AUCTIONEERS | ☐ | 198H | HEALTH | ☐ | 336 | REPORTS |
| | | | ☐ | 200 | HIGHWAYS | ☐ | 336H | RES JUDICATA |
| ☐ | 48 | AUDITA QUERELA | ☐ | 201 | HOLIDAYS | ☐ | 337 | RESCUE |
| | | | ☐ | 202 | HOMESTEAD | ☐ | 339 | REVIEW |
| ☐ | 48A | AUTOMOBILES | ☐ | 203 | HOMICIDE | ☐ | 340 | REWARDS |
| ☐ | 48B | AVIATION | ☐ | 204T | HUMAN TRAFFICKING AND SLAVERY | ☐ | 341 | RIOT |
| ☐ | 49 | BAIL | | | | ☐ | 342 | ROBBERY |
| ☐ | 50 | BAILMENT | | | | ☐ | 343 | SALES |
| ☐ | 51 | BANKRUPTCY | ☐ | 205H | IMPLIED AND CONSTRUCTIVE CONTRACTS | ☐ | 344 | SALVAGE |
| ☐ | 58 | BONDS | | | | ☐ | 346 | SCIRE FACIAS |
| ☐ | 59 | BOUNDARIES | ☐ | 207 | INCEST | | | |
| ☐ | 60 | BOUNTIES | ☐ | 208 | INDEMNITY | ☐ | 347 | SEALS |
| ☐ | 63 | BRIBERY | ☐ | 209 | INDIANS | ☐ | 348 | SEAMEN |
| ☐ | 64 | BRIDGES | ☐ | 210 | INDICTMENTS AND CHARGING INSTRUMENTS | ☐ | 349 | SEARCHES AND SEIZURES |
| ☐ | 65 | BROKERS | | | | | | |
| ☐ | 67 | BURGLARY | | | | ☐ | 349A | SECURED TRANSACTIONS |
| ☐ | 69 | CANCELLATION OF INSTRUMENTS | ☐ | 211 | INFANTS | ☐ | 349B | SECURITIES REGULATION |
| | | | ☐ | 212 | INJUNCTION | | | |
| ☐ | 70 | CARRIERS | ☐ | 213 | INNKEEPERS | ☐ | 350 | SEDUCTION |
| ☐ | 71 | CEMETERIES | ☐ | 216 | INSPECTION | ☐ | 350E | SELF-INCRIMINATION |
| ☐ | 72 | CENSUS | ☐ | 217 | INSURANCE | | | |
| ☐ | 73 | CERTIORARI | ☐ | 218 | INSURRECTION AND SEDITION | ☐ | 350H | SENTENCING AND PUNISHMENT |
| ☐ | 74 | CHAMPERTY AND MAINTENANCE | | | | | | |
| | | | ☐ | 219 | INTEREST | ☐ | 351 | SEQUESTRATION |
| ☐ | 75 | CHARITIES | ☐ | 220 | INTERNAL REVENUE | ☐ | 352 | SET–OFF AND COUNTERCLAIM |
| ☐ | 76 | CHATTEL MORTGAGES | ☐ | 221 | INTERNATIONAL LAW | ☐ | 352H | SEX OFFENSES |
| ☐ | 76A | CHEMICAL DEPENDENTS | ☐ | 222 | INTERPLEADER | ☐ | 353 | SHERIFFS AND CONSTABLES |
| | | | ☐ | 226H | JOINT VENTURES | | | |
| ☐ | 76D | CHILD CUSTODY | ☐ | 227 | JUDGES | ☐ | 354 | SHIPPING |
| ☐ | 76E | CHILD SUPPORT | ☐ | 228 | JUDGMENT | ☐ | 355 | SIGNATURES |
| | | | ☐ | 229 | JUDICIAL SALES | ☐ | 356H | SOCIAL SECURITY |
| ☐ | 78 | CIVIL RIGHTS | | | | | | |
| ☐ | | CLERKS | ☐ | 230 | JURY | ☐ | 358 | SPECIFIC PERFORMANCE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | 79 | OF COURTS | | | JUSTICES OF THE PEACE | ☐ | 359 | | PERFORMANCE SPENDTHRIFT |
| ☐ | 82 | COLLISION | ☐ | 231 | | ☐ | 360 | STATES |
| ☐ | 83 | COMMERCE | ☐ | 231E | KIDNAPPING | ☐ | 361 | STATUTES |
| ☐ | 83E | COMMERCIAL PAPER | ☐ | 231H | LABOR AND EMPLOYMENT | ☐ | 362 | STEAM |
| | | | | | | ☐ | 363 | STIPULATIONS |
| ☐ | 83H | COMMODITY FUTURES TRADING REGULATION | ☐ | 233 | LANDLORD AND TENANT | ☐ | 365 | SUBMISSION OF CONTROVERSY |
| | | | ☐ | 234 | LARCENY | ☐ | 366 | SUBROGATION |
| ☐ | 83T | COMMON INTEREST COMMUNITIES | ☐ | 237 | LIBEL AND SLANDER | ☐ | 367 | SUBSCRIPTIONS |
| | | | ☐ | 238 | LICENSES | ☐ | 368 | SUICIDE |
| ☐ | 84 | COMMON LANDS | ☐ | 239 | LIENS | ☐ | 369 | SUNDAY |
| ☐ | 85 | COMMON LAW | ☐ | 241 | LIMITATION OF ACTIONS | ☐ | 370 | SUPERSEDEAS |
| | | | | | | ☐ | 371 | TAXATION |
| ☐ | 89 | COMPROMISE, SETTLEMENT, AND RELEASE | | | | ☐ | 372 | TELECOMMUNICATIONS |
| | | | ☐ | 242 | LIS PENDENS | ☐ | 374 | TENDER |
| ☐ | 90 | CONFUSION OF GOODS | ☐ | 244H | LOBBYING | ☐ | 375 | TERRITORIES |
| | | | ☐ | 245 | LOGS AND LOGGING | ☐ | 377E | THREATS, STALKING, AND HARASSMENT |
| ☐ | 91 | CONSPIRACY | | | | | | |
| ☐ | 92 | CONSTITUTIONAL LAW | ☐ | 246 | LOST INSTRUMENTS | | | |
| ☐ | 93 | CONTEMPT | ☐ | 248 | MALICIOUS MISCHIEF | ☐ | 378 | TIME |
| ☐ | 95 | CONTRACTS | | | | ☐ | 379 | TORTS |
| ☐ | 96 | CONTRIBUTION | ☐ | 249 | MALICIOUS PROSECUTION | ☐ | 380 | TOWAGE |
| | | | | | | ☐ | 381 | TOWNS |
| ☐ | 96H | CONTROLLED SUBSTANCES | ☐ | 250 | MANDAMUS | ☐ | 382T | TRADEMARKS |
| | | | ☐ | 251 | MANUFACTURES | ☐ | 384 | TREASON |
| ☐ | 97C | CONVERSION AND CIVIL THEFT | ☐ | 252 | MARITIME LIENS | ☐ | 386 | TRESPASS |
| ☐ | 98 | CONVICTS | ☐ | 253 | MARRIAGE AND COHABITATION | ☐ | 387 | TRESPASS TO TRY TITLE |
| ☐ | 99 | COPYRIGHTS AND INTELLECTUAL PROPERTY | ☐ | 257 | MECHANICS' LIENS | ☐ | 388 | TRIAL |
| | | | | | | ☐ | 390 | TRUSTS |
| ☐ | 100 | CORONERS | ☐ | 257A | MENTAL HEALTH | ☐ | 391 | TURNPIKES AND TOLL ROADS |
| ☐ | 101 | CORPORATIONS AND BUSINESS ORGANIZATIONS | ☐ | 258A | MILITARY JUSTICE | | | |
| | | | | | | ☐ | 392 | UNDERTAKINGS |
| ☐ | 102 | COSTS, FEES, AND SANCTIONS | ☐ | 259 | MILITIA | ☐ | 392T | UNEMPLOYMENT COMPENSATION |
| | | | ☐ | 260 | MINES AND MINERALS | ☐ | 393 | UNITED STATES |
| ☐ | 103 | COUNTERFEITING | | | | | | |
| ☐ | 104 | COUNTIES | ☐ | 265 | MONOPOLIES | ☐ | 394 | UNITED STATES MAGISTRATES |
| ☐ | 105 | COURT | ☐ | 266 | MORTGAGES AND DEEDS | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | 105 | COMMISSIONERS | ☐ | 266 | AND DEEDS OF TRUST | | | MAGISTRATE JUDGES |
| ☐ | 106 | COURTS | ☐ | 267 | MOTIONS | ☐ | 395 | UNITED STATES MARSHALS |
| ☐ | 107 | COVENANT, ACTION OF | ☐ | 268 | MUNICIPAL CORPORATIONS | ☐ | 396 | UNLAWFUL ASSEMBLY |
| ☐ | 108 | COVENANTS | ☐ | 269 | NAMES | ☐ | 396A | URBAN RAILROADS |
| ☐ | 108H | CREDITORS' REMEDIES | ☐ | 271 | NE EXEAT | ☐ | 398 | USURY |
| ☐ | 110 | CRIMINAL LAW | ☐ | 272 | NEGLIGENCE | ☐ | 399 | VAGRANCY |
| ☐ | 111 | CROPS | ☐ | 274 | NEWSPAPERS | ☐ | 401 | VENUE |
| ☐ | 111H | CURRENCY REGULATION | ☐ | 275 | NEW TRIAL | ☐ | 402 | WAR AND NATIONAL EMERGENCY |
| ☐ | 113 | CUSTOMS AND USAGES | ☐ | 276 | NOTARIES | | | |
| | | | ☐ | 277 | NOTICE | | | |
| | | | ☐ | 278 | NOVATION | ☐ | 403 | WAREHOUSEMEN |
| ☐ | 114 | CUSTOMS DUTIES | ☐ | 279 | NUISANCE | ☐ | 405 | WATER LAW |
| | | | ☐ | 280 | OATH | | | |
| ☐ | 115 | DAMAGES | ☐ | 281 | OBSCENITY | ☐ | 406 | WEAPONS |
| ☐ | 116 | DEAD BODIES | ☐ | 282 | OBSTRUCTING JUSTICE | ☐ | 407 | WEIGHTS AND MEASURES |
| ☐ | 117 | DEATH | ☐ | 284 | PARDON AND PAROLE | ☐ | 408 | WHARVES |
| ☐ | 118A | DECLARATORY JUDGMENT | | | | ☐ | 409 | WILLS |
| ☐ | 119 | DEDICATION | ☐ | 285 | PARENT AND CHILD | ☐ | 410 | WITNESSES |
| ☐ | 122A | DEPOSITS AND ESCROWS | | | | ☐ | 411 | WOODS AND FORESTS |
| | | | ☐ | 286 | PARLIAMENTARY LAW | | | |
| ☐ | 123 | DEPOSITS IN COURT | ☐ | 287 | PARTIES | ☐ | 413 | WORKERS' COMPENSATION |
| ☐ | 124 | DESCENT AND DISTRIBUTION | ☐ | 288 | PARTITION | ☐ | 414 | ZONING AND PLANNING |
| | | | ☐ | 289 | PARTNERSHIP | | | |
| ☐ | 125 | DETECTIVES AND SECURITY GUARDS | ☐ | 290 | PARTY WALLS | | | |
| ☐ | 126 | DETINUE | | | | | | |
| ☐ | 129 | DISORDERLY CONDUCT | | | | | | |
| ☐ | 130 | DISORDERLY HOUSE | | | | | | |
| ☐ | 131 | DISTRICT AND PROSECUTING ATTORNEYS | | | | | | |
| ☐ | 132 | DISTRICT OF COLUMBIA | | | | | | |
| ☐ | 133 | DISTURBANCE OF PUBLIC ASSEMBLAGE | | | | | | |

| | | ASSEMBLAGE |
|---|---|---|
| ☐ | 134 | DIVORCE |
| ☐ | 135 | DOMICILE |
| ☐ | 135H | DOUBLE JEOPARDY |
| ☐ | 141 | EASEMENTS |
| ☐ | 141E | EDUCATION |

## Title Search

Search headings

**Search**

Contact us • Live chat • Training and support • Improve Westlaw Edge/Report an error • Transfer My Data • Pricing guide • Sign out

1-800-REF-ATTY (1-800-733-2889)

Westlaw Edge. © 2022 Thomson Reuters      Accessibility • Privacy • Supplier terms                    *Thomson Reuters is not providing professional advice*