# EXHIBIT 11



**Leiter Dep. Ex.**

**14**