# EXHIBIT 12

1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF DELAWARE

 3                  C.A. No. 20-613(LPS)

 4

 5    ------------------------------------------

 6    IN RE MATTER OF:

 7    THOMSON REUTERS ENTERPRISE

 8    CENTRE GMBH and WEST PUBLISHING

 9    CORPORATION,

10              Plaintiffs and Counterdefendants

11         -vs-

12    ROSS INTELLIGENCE INC.,

13              Defendant and Counterclaimant.

14    ------------------------------------------

15

16

17

18     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19          REMOTE TESTIMONY OF ALAN COX

20          NOVEMBER 2, 2022 - 8:30 A.M. PDT

21

22

23

24     JOB NO. 2022-866214
```

2

1

2

3            NOVEMBER 2, 2022

4             9:30 A.M. PDT

5

6

7

8

9        REMOTE DEPOSITION of ALAN COX, before S.

10   Arielle Santos, Certified Court Reporter,

11   Certified LiveNote Reporter and Notary Public.

12

13

14

15

16

17

18

19

20

21

22

23

24

3

```
 1              REMOTE APPEARANCES:

 2

 3  For Plaintiffs and Counterdefendants:

 4  KIRKLAND & ELLIS LLP

 5  BY - MIRANDA MEANS, ESQ.

 6  BY - ERIC LOVERRO, ESQ.

 7  601 Lexington Avenue

 8  New York, NY 10022

 9

10

11

12  For Defendant and Counterclaimant:

13  CROWELL & MORING LLP

14  BY - WARRINGTON PARKER, ESQ.

15  BY- JACOB CANTER, ESQ.

16  3 Embarcadero Center, 26th Floor

17  San Francisco, California 94111

18

19

20      ALSO PRESENT:

21      FALLON SHERIDAN, JD, Kirkland & Ellis

22      DRAYTON EVERSON, Video Monitor.

23

24
```

4

```
 1                    INDEX
 2   ALAN J. COX                        6
 3        MS. MEANS                     6
 4
 5        COX EXHIBITS MARKED - ATTACHED
 6   Cox Exhibit 1 - Westlaw Search Results   69
 7   Cox Exhibit 2 - ROSS Search Results      90
 8   Cox Exhibit 3 - Westlaw Edge Search      100
 9        Results
10   Cox Exhibit 4 - ROSS-009501052 - 053     104
11   Cox Exhibit 5 - Excerpt from Andrew      107
12        Arruda Deposition
13   Cox Exhibit 6 - Excerpt of Jimoh         191
14        Ovbiagele Deposition
15   Cox Exhibit 7 - TR-0002844               242
16   Cox Exhibit 8 - Expert Report of Alan    254
17        J. Cox - 9/20/22
18   Cox Exhibit 9 - TR-0836004               295
19   Cox Exhibit 10 - Expert Report of Alan   350
20        J. Cox - 8/1/22
21   Cox Exhibit 11 - Expert Rebuttal Report  350
22        of Alan J. Cox - 9/6/22
23   Cox Exhibit 12 - Expert Reply Report of  350
24        Alan J. Cox - 10/10/22
```

5

1        THE VIDEOGRAPHER:  We are now on

2   the record on November 2, 2022, at

3   approximately 8:50 a.m. Pacific Time

4   for the remote video deposition of Alan

5   Cox in the matter of Thomson Reuters

6   Enterprise Centre GmbH, et al., versus

7   ROSS Intelligence, Inc.

8        My name is Drayton Everson, and

9   I am the videographer on behalf of

10  Lexitas.

11       Will counsel please introduce

12  themselves for the record and whom they

13  represent, beginning with the party

14  noticing this proceeding.

15       MS. MEANS:  Miranda Means, I

16  represent Thomson Reuters Enterprise

17  Centre GmbH and West Publishing

18  Corporation, the plaintiffs.  And I am

19  joined by my co-counsel, Fallon

20  Sheridan and Eric Loverro.

21       MR. PARKER:  My name is

22  Warrington Parker, I represent ROSS

23  Intelligence.  I am joined by Jacob

24  Canter.

6

1          THE VIDEOGRAPHER:  Okay.  Thank

2      you.

3              Will the court reporter please

4      swear in the witness.

5

6   ALAN J. COX, Testifies under penalty of

7   perjury as follows:

8              THE WITNESS:  I do.

9

10                  EXAMINATION

11  BY MS. MEANS:

12      Q     Good morning, Dr. Cox.

13      A     Good morning, Ms. Means.

14      Q     Are you presently employed?

15      A     I am self-employed.

16      Q     What is your title?

17      A     Well, I call myself an

18  independent consultant, but I am

19  affiliated with National Economic Research

20  Associates.

21      Q     And when were you first contacted

22  about this matter?

23      A     Sometime late last year, I am not

24  exactly sure when.

70



71

1   a
2
3
4   i
5   r
6   c
7   i
8   c
9   e
10
11  b
12
13
14
15
16
17
18
19
20
21
22
23
24



160



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



162



163



164



179



180







267



268



269



273



274





280



281





349



368

1           I, S. Arielle Santos, Certified

2     Shorthand Reporter, Certified LiveNote

3     Reporter do hereby certify:

4     That prior to being examined, the witness

5     named in the forgoing deposition, was by

6     me duly sworn to testify the truth, the

7     whole truth, and nothing but the truth.

8     That said deposition was taken before me

9     at the time and place set forth and was

10    taken down by me in shorthand and

11    thereafter reduced to computerized

12    transcription under my direction and

13    supervision, and I hereby certify the

14    foregoing deposition is a full, true and

15    correct transcript of my shorthand notes

16    so taken.

17    I further certify that I am neither

18    counsel for nor related to any party to

19    said action nor in anywise interested in

20    the outcome thereof.

21

22    _____

      S. Arielle Santos, CCR, CLR

23

24

**Signature and Errata Sheet**
**November 2, 2022 Deposition of Alan Cox**
***Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS***
***Intelligence Inc.***

      I, Alan Cox, have reviewed the attached transcript of my November 2, 2022 deposition testimony and certify, pursuant 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page/Line | Now Reads | Correction | Reason |
|---|---|---|---|
| ██ | █████ | ████ | ████████ |
| ██ | █████ | ████ | ████████ |
| ███ | █████ | ████ | ████████ |
| ██ | ██ | ██ | ████████ |
| ██ | ███ | ███ | █████ |
| ██ | ███████ | ███████ | ████████ |
| ███ | █████ | ██████ | ████████ |
| ███ | ██████ | ████ | ████████ |
| ██ | ████ | █████ | █████ |
| ██ | ██ | ██ | ████████ |
| ██ | █████ | █████ | ████████ |
| ██ | █████████ | ███████ | ████████ |
| ███ | ████████ | ███████ | ████████ |
| ██ | ███ | ███ | ██████ |
| ██ | ███ | ███ | ████████ |
| ████ | ███████ | ██████ | ████████ |
| ███ | ████ | █ | █████ |
| ███ | █████ | █████ | █████ |

| | | | |
|---|---|---|---|
| ███ | ██████ | ██████ | ██████ |
| ██ | ███████ | ██████ | ██████ |
| ███ | █████ | ██████ | ██████ |
| ███ | █████ | ████ | ██████ |
| ███ | ███ | ███ | ██████ |
| ███ | █████ | ██████ | ██████ |
| ███ | ████ | ████ | ████ |
| ███ | █████████ | ██████<br>████ | ██████ |

Executed on December 12, 2022, at Lafayette, CA.

Alan Cox