# EXHIBIT 13

## Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3    - - - - - - - - - - - - - - -+
                                    |
 4    THOMSON REUTERS ENTERPRISE   |
      CENTRE GMBH and WEST          |
 5    PUBLISHING CORPORATION,       |
                                    |
 6           Plaintiffs,            |  Case Number:
                                    |
 7       vs.                        |  -----------
                                    |
 8    ROSS INTELLIGENCE, INC.,      |
                                    |
 9           Defendant.             |
                                    |
10    - - - - - - - - - - - - - - -+
11
12
13         Confidential Video Deposition of
14          LUTHER KARL BRANTING, Ph.D.
15           Wednesday, October 19, 2022
16                  9:01 a.m.
17
18
19
20
21
22
23    Job No. 836111
24    Reported by:  Laurie Donovan, RPR, CRR, CLR
25
```

## Page 2

```
 1
 2
 3
 4
 5
 6              October 19, 2022
 7                 9:01 a.m.
 8
 9        Confidential Video Deposition of LUTHER
10    KARL BRANTING, held fully in-person, with the
11    witness and all parties participating
12    in-person, pursuant to the Rules of the
13    United States District Court for the District
14    of Delaware, subject to such stipulations as
15    may be recited herein or attached hereto,
16    before Laurie Donovan, a Registered
17    Professional Reporter and notary public of
18    the District of Columbia, who officiated in
19    administering the oath to the witness.
20
21
22
23
24
25
```

## Page 3

```
 1            A P P E A R A N C E S
 2    ON BEHALF OF THE PLAINTIFF:
 3           Kirkland & Ellis, LLP
 4           601 Lexington Avenue
 5           New York, New York 10022
 6           (212)446-4989
 7           By:  Joshua L. Simmons, Esq.
 8                joshua.simmons@kirkland.com
 9                Eric Loverro, Esq.
10                eric.loverro@kirkland.com
11    ON BEHALF OF THE DEFENDANT:
12           Crowell & Moring LLP
13           Embarcadero Center, 26th Floor
14           San Francisco, California 94111
15           (415)986-2800
16           By:  Warrington Parker, Esq.
17                wparker@crowell.com
18    ALSO PRESENT:
19           Jason Levin, videographer
20
21
22
23
24
25
```

## Page 4

```
 1              EXAMINATION INDEX
 2                                           PAGE
 3    EXAMINATION BY MR. SIMMONS . . . . . . . . .   9
 4
 5
 6
 7
 8              E X H I B I T S
 9    EXHIBIT    DESCRIPTION               PAGE
10    Exhibit 1  Screenshot of Westlaw Edge . . .   15
11    Exhibit 2  Curriculum vitae for the
12               witness, Dr. Branting . . . . . .  24
13    Exhibit 3  The Springer Journal of Artificial
14               Intelligence and Law, article
15               written by the witness . . . . .   62
16    Exhibit 4  Opening Expert Report by
17               Dr. Branting . . . . . . . . . .   84
18    Exhibit 5  Materials considered list . . . .  84
19    Exhibit 6  Handwritten notes from July 18,
20               2022 call with Mr. Ovbiagele . .   90
21    Exhibit 7  Document titled "Intro to
22               AI @ ROSS," Bates-numbered
23               ROSS-003419433 . . . . . . . . .  116
24
25
```

Page 5

```
 1   (Exhibits continued)
 2   EXHIBIT      DESCRIPTION                      PAGE
 3   Exhibit 8   Document Bates-numbered ROSS-
 4               000319308, Memorandum No. 1 . . . 129
 5   Exhibit 9   Rebuttal Expert Report  . . . . . 131
 6   Exhibit 10  Statement of Work II for ROSS
 7               Bulk Memos," Bates number
 8               ROSS-000076307 . . . . . . . . 149
 9   Exhibit 11  Email chain from Tomas van der
10               Heijden to Andrew Arruda and
11               others, dated December 12, 2017,
12               Bates number ROSS-010162021 . . . 161
13   Exhibit 12  Document, Best Practices Guide
14               for ROSS Intelligence, Bates
15               LEGALEASE-00078065  . . . . . . . 169
16   Exhibit 13  Cheffins vs. Stewart case . . . . 178
17   Exhibit 14  Bulk memo, Memorandum No. 4,
18               Bates number ROSS-00000001  . . . 203
19   Exhibit 15  Document titled "Bulk Memos -
20               Process for Clutch," Bates
21               TR-0055362 and Bates number
22               MORAE-00011129 . . . . . . . . 207
23
24
25
```

Page 6

```
 1   (Exhibits continued)
 2   EXHIBIT      DESCRIPTION                      PAGE
 3   Exhibit 16  Excerpt from the video-recorded
 4               oral deposition of Christopher
 5               Cahn as corporate representative
 6               of Morae Global Corporation . . . 210
 7   Exhibit 17  Document titled "Case
 8               Classification, Bates-numbered
 9               ROSS-003658597 . . . . . . . . 214
10   Exhibit 18  Document titled "Mapping practice
11               areas with the new Q&A data,"
12               Bates ROSS-00319784 . . . . . . . 218
13   Exhibit 19  Excel file, Bates
14               ROSS-010128683.XLSX . . . . . . . 227
15   Exhibit 20  Document titled "West Key Number
16               System, Numerical List of Digest
17               Topics," Bates TR-0179847 . . . . 228
18   Exhibit 21  Chart prepared by Dr. Krein . . . 232
19   Exhibit 22  Document titled "Statement of
20               Work for ROSS Classifier,"
21               Bates LEGALEASE-00108391  . . . . 242
22   Exhibit 23  Reply Expert Report . . . . . . . 244
23
24
25
```

Page 7

```
 1   (Exhibits continued)
 2   EXHIBIT      DESCRIPTION                      PAGE
 3   Exhibit 24  Document titled "Westlaw is
 4               suing us.  Our response."
 5               Bates ROSS-009504383  . . . . . . 267
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1   ------------------------------------------
 2              P R O C E E D I N G S
 3                    9:01 a.m.
 4   ------------------------------------------
 5          THE VIDEOGRAPHER:  We are now on
 6   the record.  My name is Jason Levin, and I'm
 7   the videographer retained by Lexitas.
 8   Today's date is October 19, 2022, and the
 9   time is 9:01 a.m.
10          This deposition is being held at
11   the offices of Kirkland & Ellis in
12   Washington, D.C., in the matter of Thomson
13   Reuters Enterprise Centre GmbH, et al, versus
14   ROSS Intelligence, Inc.  The deponent is
15   Dr. Luther Karl Branting.
16          Would all counsel please identify
17   themselves for the record, and then the court
18   reporter, Laurie Donovan, will swear the
19   witness.
20          MR. SIMMONS:  My name is Joshua
21   Simmons.  With me is Eric Loverro.  We're
22   from the law firm of Kirkland & Ellis, and we
23   represent the plaintiffs.
24          MR. PARKER:  Warrington Parker
25   appearing on behalf of ROSS Intelligence.
```



Page 9

1 　　　　　* * * * *
2 Whereupon,
3 　　　　LUTHER KARL BRANTING, Ph.D.,
4 　having been first duly sworn, testified
5 　upon his oath as follows:
6 　　EXAMINATION BY COUNSEL FOR PLAINTIFFS
7 BY MR. SIMMONS:
8 　　**Q　Would you please state your name for the**
9 **record.**
10 　A　My name is Luther Karl Branting.
11 　　**Q　Are you currently employed?**
12 　A　Yes, I am.
13 　　**Q　By whom?**
14 　A　The MITRE Corporation.
15 　　**Q　And what is the MITRE Corporation?**
16 　A　It is a nonprofit trusted technical
17 advisor to the federal government.
18 　　**Q　And what does MITRE advise the federal**
19 **government on?  What subjects?**
20 　A　Well, sort of broadly, it's systems
21 engineering, but, but in a variety of different
22 technical areas primarily having to do with
23 computers.
24 　　**Q　And what is your title at MITRE?**
25 　A　So my title is chief scientist machine

Page 11

1 　expertise, and actually I was recommended by a
2 　friend of mine.

Page 10

Page 12

























Page 61



Page 65



Page 69



Page 73



Page 77



Page 81



Page 85



Page 89



Page 93



Page 97





Page 101



Page 105

Page 109



Page 113



Page 117



Page 121



Page 125





["

Page 137



Page 141



Page 145



Page 149



Page 153



Page 157



Page 161



Page 165



Page 169



Page 173



Page 177



Page 181



Page 185



Page 189



Page 193



Page 197



Page 201



Page 205





Page 209



Page 217





Page 221

Page 225



Page 229



Page 233



Page 237





Page 241

Page 245



Page 249



Page 253



Page 257



Page 261



Page 265



Page 269



Page 273





Page 277

```
 5          THE VIDEOGRAPHER:  We're going off
 6   the record at 4:35 p.m.
 7          (Signature having not been
 8          waived, the confidential video
 9          deposition of LUTHER KARL BRANTING,
10          Ph.D. was concluded at 4:35 p.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 280

```
 1
 2
 3
 4
 5
 6             ACKNOWLEDGEMENT OF WITNESS
 7             I, Luther Karl Branting, Ph.D., do
 8   hereby acknowledge that I have read and
 9   examined the foregoing testimony, and the
10   same is a true, correct and complete
11   transcription of the testimony given by me,
12   and any corrections appear on the attached
13   Errata sheet signed by me.
14
15
16   _____    _____
17   (DATE)              (SIGNATURE)
18
19
20
21
22
23
24
25
```

## Page 281

```
1              E R R A T A  S H E E T
2   IN RE:  THOMAS REUTERS VS. ROSS INTELLIGENCE
3   RETURN BY:
4   PAGE    LINE                CORRECTION AND REASON
5   _____   _____   _____
6   _____   _____   _____
7   _____   _____   _____
8   _____   _____   _____
9   _____   _____   _____
10  _____   _____   _____
11  _____   _____   _____
12  _____   _____   _____
13  _____   _____   _____
14  _____   _____   _____
15  _____   _____   _____
16  _____   _____   _____
17  _____   _____   _____
18  _____   _____   _____
19  _____   _____   _____
20  _____   _____   _____
21  _____   _____   _____
22  _____   _____   _____
23  _____   _____   _____
24  _____   _   _____
25  (DATE)          (SIGNATURE)
```

## Page 282

```
1
2
3
4
5   CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
6           I, Laurie Donovan, Registered
        Professional Reporter, Certified Realtime
7       Reporter, and notary public for the District
        of Columbia, the officer before whom the
8       foregoing deposition was taken, do hereby
        certify that the foregoing transcript is a
9       true and correct record of the testimony
        given; that said testimony was taken by me
10      stenographically and thereafter reduced to
        typewriting under my supervision; and that I
11      am neither counsel for, related to, nor
        employed by any of the parties to this case
12      and have no interest, financial or otherwise,
        in its outcome.
13
            IN WITNESS WHEREOF, I have hereunto
14      set my hand and affixed my notarial seal this
        31st day of October, 2022.
15
16      My commission expires:  July 14, 2025
17
18      Laurie Banyer Donovan
19      _____
20      LAURIE DONOVAN
        NOTARY PUBLIC IN AND FOR
21      THE DISTRICT OF COLUMBIA
22
23
24
25
```

**Signature and Errata Sheet**
**October 19, 2022 Deposition of Luther Branting**
*Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS*
*Intelligence Inc.*

   I, Dr. Luther Branting, have reviewed the attached transcript of my October 19, 2022 deposition testimony and certify, pursuant 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page/Line | Now Reads | Correction | Reason |
|-----------|-----------|------------|--------|
|           |           |            |        |

Executed on November 21, 2022, at Columbia, Maryland.

/s/ Luther Branting