# EXHIBIT 14

HIGHLY CONFIDENTIAL

1                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF DELAWARE

2    _____

3    THOMSON REUTERS ENTERPRISE

     CENTRE GMBH and WEST

4    PUBLISHING CORPORATION,

5                         Plaintiffs,

6    vs.                             C.A. NO. 20-613-LPS

7    ROSS INTELLIGENCE INC.,

8                         Defendant.

     _____

9

10

11          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

12       ISABELLE MOULINIER, 30(b)(6) REPRESENTATIVE FOR

13          THOMSON REUTERS ENTERPRISE CENTRE GMBH

14                    HIGHLY CONFIDENTIAL

15

16

17   DATE:   July 1, 2022

18   TIME:   9:07 a.m.

19   PLACE:  150 South Fifth Street, Suite 1775

             Minneapolis, MN 55402

20

21   JOB NO.:  SF 5264242

22

23

24

25   REPORTED BY: Dawn Workman Bounds, CSR

                                            Page 1

HIGHLY CONFIDENTIAL

```
 1                    A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFFS and WITNESS:
 3        JOSHUA SIMMONS, ESQUIRE
          ROMA LOPES, ESQUIRE
 4        Kirkland & Ellis
          601 Lexington Avenue
 5        New York, NY 10022
          212.446.4800
 6        joshua.simmons@kirkland.com
          roma.lopes@kirkland.com
 7
 8   ON BEHALF OF DEFENDANT:
 9        GABRIEL M. RAMSEY, ESQUIRE
          KEVIN CACABELOS, ESQUIRE
10        Crowell & Moring LLP
          3 Embarcadero Center, 26th Floor
11        San Francisco, CA  94111
          415.986.2800
12        gramsey@crowell.com
          kcacabelos@crowell.com
13
14
     ALSO PRESENT:
15
          BRIAN CICCONE, VIDEOGRAPHER
16
17
18
19
20
21
22
23
24
25
```

Page  2

HIGHLY CONFIDENTIAL

```
 1                       I N D E X

 2   WITNESS:  ISABELLE MOULINIER                    PAGE

 3   EXAMINATION BY MR. RAMSEY.........................    5

 4   EXAMINATION BY MR. SIMMONS.......................   143

 5   EXHIBITS MARKED/REFERRED TO

 6   Exhibit 1  Defendant Ross Intelligence Inc.'s

                Amended Notice of 30(b)(6) Deposition

 7              to Plaintiff Thomson Reuters Enterprise

                Centre GMBH................................    6

 8

     Exhibit 2  Master Thesis "Explaining Relationships

 9              Between Entities"..........................   87

10   Exhibit 3  Dynamic_System_Overview.pdf...............  109

11

12

13

14

15   TIME ON THE RECORD:

16   Mr. Ramsey - 3 hours, 8 minutes

     Mr. Simmons - 1 minute

17

18

19

20

21

22

23

24

25

                                             Page  3
```

HIGHLY CONFIDENTIAL

```
 1                  P R O C E E D I N G S
 2                  THE VIDEOGRAPHER:  Good morning.  We are
 3       going on the record at 9:07 a.m. Central Daylight Time on
 4       July 1, 2022.  This is Media Unit Number 1 of the
 5       video-recorded deposition of Isabelle Moulinier, taken by
 6       counsel for defendant in the matter of Thomson Reuters
 7       Enterprise, et al. versus Ross Intelligence Inc., filed
 8       in the United States District Court for the District of
 9       Delaware, Case Number 20-613-LPS.
10                  This deposition is being taken in
11       Minneapolis, Minnesota.  My name is Brian Ciccone
12       representing Veritext Legal Solutions, and I am the
13       videographer.  The court reporter is Dawn Bounds also
14       from Veritext Legal Solutions.
15                  Will the attorneys please note their
16       appearances for the record.
17                  MR. RAMSEY:  This is Gabriel Ramsey joined
18       by my colleague Kevin Cacabelos of Crowell & Moring.  We
19       represent the Defendant Ross Intelligence.
20                  MR. SIMMONS:  I am Joshua Simmons.  With
21       me is Roma Lopes.  We're from Kirkland & Ellis, and we
22       represent the Plaintiffs as well as the witness.
23                  THE VIDEOGRAPHER:  Thank you.
24                  Will the court reporter please swear in
25       the witness.
```

HIGHLY CONFIDENTIAL

```
 1                    (Witness sworn.)

 2              THE VIDEOGRAPHER:  You may proceed.

 3                    ISABELLE MOULINIER,

 4   having been first duly sworn, testified as follows:

 5                       EXAMINATION

 6   BY MR. RAMSEY:

 7      Q.   Good morning, Ms. Moulinier.  Did I say that

 8   right?

 9      A.   Moulinier, yes.

10      Q.   Moulinier.  Okay.  Great.

11              In the ballpark.

12              Have you ever had your deposition taken

13   before?

14      A.   No.

15      Q.   You never -- okay.  So your counsel's probably

16   given you the basics, and I'll kind of rep -- probably

17   repeat some of the points.

18              I'll be asking you questions, would

19   appreciate if you'd give me your best and most, you know,

20   full and complete answer to the best of your ability.

21   Can we agree on that?

22      A.   We can.

23      Q.   Okay.  It's important -- obviously everything's

24   being taken down in a written form here, so it's

25   important that I not talk over you when you're finishing
```

Page 5

HIGHLY CONFIDENTIAL

```
 1    BY MR. RAMSEY:
 2        Q.   All right.  You have been handed a document
 3    marked Exhibit 1.  It's labeled Amended Notice of
 4    30(b)(6) Deposition to Plaintiff Thomson Reuters
 5    Enterprise Centre GMBH.
 6                  I'll represent to you that this is the
 7    notice for the corporate deposition of the plaintiffs.
 8    And it's my understanding that you've been designated to
 9    testify on topics 12, 35 and 36, which are listed a
10    little deeper in the document.
11                  MR. SIMMONS:  For the record, I'll note
12    that there's a separate notice to West Publishing but it
13    is substantially the same, and the witness has been
14    designated on topics 12, 35 and 36 subject to our
15    objections; and we sent an e-mail on April 8, 2022,
16    specifying the nature of what she'd be here to talk
17    about.
18                  MR. RAMSEY:  All right.
19    BY MR. RAMSEY:
20        Q.   Have you actually seen this document before, or
21    no?
22        A.   I've seen the first page of the document
23    before.
24        Q.   Okay.  All right.  If you could turn to just --
25    to topic 12 on page 6.
```

Page  7

HIGHLY CONFIDENTIAL

```
1              That topic is the relationship between the
2    headnotes and key numbers and the Westlaw search engines.
3              Do you see that?
4         A.   I do see that.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

HIGHLY CONFIDENTIAL



Page 9

HIGHLY CONFIDENTIAL

```
 1                    REPORTER'S CERTIFICATE
 2     STATE  OF  MINNESOTA   )
                              ) ss.
 3     COUNTY OF  HENNEPIN    )
 4            I hereby certify that I reported the deposition
       of ISABELLE MOULINIER, 30(b)(6) REPRESENTATIVE FOR
 5     THOMSON REUTERS ENTERPRISE CENTRE GMBH, on the 1st day
       ofJuly, 2022, in Minneapolis, Minnesota, and that the
 6     witness was by me first duly sworn to tell the whole
       truth;
 7
              That the testimony was transcribed by me and is
 8     a true record of the testimony of the witness;
 9            That the cost of the original has been charged
       to the party who noticed the deposition, and that all
10     parties who ordered copies have been charged at the same
       rate for such copies;
11
              That I am not a relative or employee or
12     attorney or counsel of any of the parties, or a relative
       or employee of such attorney or counsel;
13
              That I am not financially interested in the
14     action and have no contract with the parties, attorneys,
       or persons with an interest in the action that affects or
15     has a substantial tendency to affect my impartiality;
16            That the right to read and sign the deposition
       by the witness was not waived.
17
              WITNESS MY HAND AND SEAL THIS 20th day of July,
18     2022.
19
20
21
22
23     Dawn Workman Bounds, CSR 6129
       Notary Public, Hennepin County, Minnesota
24     My commission expires January 31, 2024
25
```

Page 144

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | C.A. No. 20-613-SB |
| Plaintiffs, Counterdefendants, | |
| v. | |
| ROSS INTELLIGENCE INC., | |
| Defendant, Counterclaimant. | |

## PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA FOR THE DEPOSITION OF ISABELLE MOULINIER

I, the undersigned, do hereby declare that I read the deposition transcript of Isabelle

Moulinier dated July 1, 2022 and that to the best of my knowledge, said testimony is true and

accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 8 | █ | ██████ ███ | █████ ███ | ██████ |
| █ | █ | ███ | █████ ██ | ██████ |
| █ | █ | ██████ ██ | ████ ██ | ██████ |
| █ | █ | ████ ███ | █████ ██ | ████ |
| █ | █ | ████ ███ | █████ | ██████ |
| █ | █ | ████ | ████ ███ | ██████ |
| █ | █ | ████ ██ | ████ ████ | ██████ |
| | | ███ | ████ ███ | |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| ■ | ■ | ████████████ | ███████████ | ██████ |
| ■ | ▮ | ████████████ | ██████████ | ██████████ |
| ▮ | ▮ | ████████████ | ██████████ | ████████ |
| ▮ | ▮ | ████████████ | ██████████ | ████████ |
| ▮ | ▮ | █████████ | ██████████ | ████████ |
| ▮ | ▮ | ████████████ | ██████████ | ████████ |
| ▮ | ▮ | █████████ | █████████ | ████████ |
| ▮ | ▮ | █████████ | ███████ | ██████ |
| ▮ | ▮ | █████████ | ███████ | ██████ |
| ▮ | ▮ | █████████ | ███████ | |
| ▮ | ▮ | █████████ | ██████ | ██████ |
| ▮ | ■ | ████████████ | █████████ | ██████ |
| ▮ | ▮ | ████████ | █████████ | ███████ |
| ▮ | ▮ | ██████ | █████████ | ████████ |
| ▮ | ▮ | ██████ | ████████ | ████████ |
| ▮ | ▮ | ███████ | ████████ | ██████ |
| ▮ | ▮ | █████████ | ████████ | ██████ |
| ▮ | ▮ | ██████ | █████ | ████████ |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| █ | █ | ██████████████ | ████████████ | ████████ |
| █ | █ | ████████████ | ███████████ | ██████████ |
| █ | █ | ██████████████ | ████████████ | ███████ |
|   |   | ████████████ | ██████████ |   |
|   |   | ███████████ | ██████████ |   |
|   |   | ██████████ | █████████ |   |
| █ | █ | ███████████ | █████████ | ██████ |
| █ | █ | ███████████ | █████████ | █████████ |
|   |   | ██████████ | █████████ |   |
|   |   | █████████ | █████████ |   |
|   |   | █████████ | ██████████ |   |
|   |   | █████████ | ████████ |   |
| █ | █ | █████████ | ███████ | ███████████ |
| █ | █ | ██████████ | █████████ | ███████████ |
| █ | █ | █████████ | ████████ | █████████████ |
|   |   | █████████ | ████████ |   |
|   |   | ██████████ | ████████ |   |
| █ | █ | ████████ | ████████ |   |
| █ | █ | ██████ | ███████ |   |
|   |   | ██████ | ██████ |   |
| █ | █ | ████████ | ██████ |   |
|   |   | ██████ | █████ |   |
| █ | █ | ██████ | ██████ | █████████ |
| █ | █ | █████ | █████ | ████████ |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| █ | █ | ████████████ ███ | ███████████ ███ | █████ |
| █ | █ | █████████████ ███ | ██████████ ████ | █████████ |
| █ | █ | █████████████ ███ | █████████ | ████████ |
| █ | █ | ███████████ ██ | █████████ ██ | ████████ |
| █ | █ | ██████████ ██ | ████ ████████ ███ | █████████ |
| | | ████████ ███ | █████████ █ | ██████████ ███ |
| | | ████████████ ███ | ███████████ | |
| █ | █ | █████████ ██ | ██████████ | ████████████ █ |
| █ | █ | ████████ ██ | ██████████ █ | |
| █ | █ | ███████████ █ | ████████████ ██ | |
| █ | █ | ███████ ██ | █████████ ██ | ███████ █ |
| | | █████████ ███ | ███████████ █ | |
| | | █████████████ █ | █████████ ██ | |
| | | █████████████ █ | ██████████ █ | |
| █ | █ | █████████ ██ | ████████ ███ | ██████████ ███ |
| | | ██████ ██ | █████████ █ | |
| | | █████████ ███ | █████████ █ | |
| | | ███████████ ██ | ████████ ██ | |
| █ | █ | ██████████ ██ | █████████ █ | ████████ █ |
| | | ███████████ █ | ███████████ █ | |

Dated:  August 19, 2022                    _____

                                            Isabelle Moulinier