# EXHIBIT 16

Page 1

1  HIGHLY CONFIDENTIAL - AL-KOFAHI

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE DISTRICT OF DELAWARE

4  -----------------------------------------

5  THOMSON REUTERS ENTERPRISE
   CENTRE GMBH AND WEST                C.A. No.
6  PUBLISHING CORPORATION,

7       Plaintiffs/Counterdefendants,

8  vs.

9  ROSS INTELLIGENCE INC.,

10      Defendants/Counterclaimant.

11 -----------------------------------------

12

13             HIGHLY CONFIDENTIAL

14   VIDEOTAPED DEPOSITION OF KHALID AL-KOFAHI

15            FRIDAY, APRIL 8, 2022

16                   REGUS

17        90 CANAL STREET, 4TH FLOOR

18             BOSTON, MA 02114

19

20

21

22

23

24 Reported by:  Teri C. Gibson, CSR, RPR, CCR

25 Job #: 208933

Page 2

1  HIGHLY CONFIDENTIAL - AL-KOFAHI

2

3         Deposition of KHALID AL-KOFAHI, held

4  at REGUS, 90 Canal Street, 4TH Floor, Boston, MA,

5  pursuant to Notice, before Teri C. Gibson, a

6  Shorthand Reporter, Registered Professional

7  Reporter, and Notary Public in and for the

8  Commonwealth of Massachusetts.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                         Page 3
 1              HIGHLY CONFIDENTIAL - AL-KOFAHI

 2                   A P P E A R A N C E S

 3   KIRKLAND & ELLIS

 4   ATTORNEYS FOR PLAINTIFFS/COUNTERDEFENDANTS

 5        BY:    ERIC LOVERRO, ESQ.

 6               MIRANDA MEANS, ESQ.

 7               601 Lexington Avenue

 8               New York, New York 10022

 9

10   CROWELL & MORING

11   ATTORNEYS FOR DEFENDANTS/COUNTERCLAIMANT

12        BY:    GABRIEL RAMSEY, ESQ.

13               3 Embarcadero Center

14               San Francisco, California 94111

15

16

17   ALSO PRESENT:

18   Adam Cerro, Videographer

19

20

21

22

23

24

25
```

Page 4

```
 1              HIGHLY CONFIDENTIAL - AL-KOFAHI

 2                       I N D E X

 3   WITNESS                                       PAGE

 4      By Mr. Ramsey                                 7

 5

 6                     E X H I B I T S

 7   NUMBER              DESCRIPTION               PAGE

 8   Exhibit 1     LinkedIn Profile of                9

 9                 Khalid Al-Kofahi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

1        HIGHLY CONFIDENTIAL - AL-KOFAHI
2             P R O C E E D I N G S
3             VIDEOGRAPHER:  One moment, please.
4   Good morning.  We are on the record.
5             This is videographer Adam Cerro with
6   TSG Reporting.  Today's date is April 8, 2022,
7   and the time is 9:41 a.m.
8             We are here in 90 Canal Street, Fourth
9   Floor, Boston, Massachusetts, to take the video
10  deposition of Khalid Al-Kofahi in the matter of
11  Thomson Reuters Enterprise Centre GMBH, et al. v.
12  Ross Intelligence, Inc.
13            Would counsel please introduce
14  themselves for the record.
15            MR. RAMSEY:  This is Gabriel Ramsey of
16  Crowell & Moring for the defendant, Ross
17  Intelligence, and also joined by my colleague,
18  Kevin Cacabelos.
19            MR. LOVERRO:  This is Eric Loverro from
20  Kirkland & Ellis on behalf of plaintiffs, Thomson
21  Reuters Enterprise Centre and West Publishing
22  Corporation, and with me is my colleague, Miranda
23  Means.
24            THE VIDEOGRAPHER:  Thank you.
25            Would the court reporter, Teri Gibson,

Page 6

1  HIGHLY CONFIDENTIAL - AL-KOFAHI

2  please swear in the witness.

3   (Witness sworn.)

4   THE WITNESS: Yes.

5   THE COURT REPORTER: Counsel, you may

6  begin.

7   KHALID AHMAD AL-KOFAHI

8   EXAMINATION

9  BY MR. RAMSEY:

10  Q. All right. Good morning, Mr. Al-Kofahi.

11   So have you ever had your deposition taken

12  before?

13  A. No. My first time.

14  Q. Okay. So it's questions and answers. I

15  will ask you questions, appreciate you giving, if you

16  can, full and capable answers; can we agree on that?

17  A. Yes. I'm sorry. Just speak a little bit

18  louder.

19  Q. Oh, sure.

20  A. Yeah, yeah. I'm losing my hearing here at

21  the same time.

22  Q. No, no, no. Thank you for telling me.

23   So the most important thing is that we try

24  not to talk over each other; that's always the

25  challenge. So let me finish my questions before you



Page 148

HIGHLY CONFIDENTIAL - AL-KOFAHI

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

     I, TERI CELESTE GIBSON, a CSR, RPR, CRR, and a Notary Public within and for the Commonwealth of Massachusetts do hereby certify:

     In the 8th day of April, 2022, before me, the undersigned Notary Public, personally appeared KHALID AHMAD AL-KOFAHI, who proved to me through satisfactory evidence of identification, which was a MASSACHUSETTS DRIVER'S LICENSE; that the witness whose testimony is hereinbefore set forth, was duly sworn by me, and that such testimony is a true and accurate record of my stenotype notes taken in the foregoing matter, with use of mechanical stenography, computer aided transcription, to the best of my knowledge, skill and ability.

     IN WITNESS WHEREOF, I have hereunto set my hand this 21st day of April, 2022.

_____
TERI CELESTE GIBSON, CSR, RPR, CRR
Notary Public - My Commission Expires: 2/7/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>　　　　Plaintiffs, Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>　　　　Defendant, Counterclaimant. | C.A. No. 20-613-LPS |

### PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA FOR THE DEPOSITION OF KHALID AL-KOFAHI

I, the undersigned, do hereby declare that I read the deposition transcript of Khalid Al-Kofahi dated April 8, 2022 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| | | | | |

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| | | | | Transcription Error |



| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|



Dated: May 31, 2022

Khalid Al-Kofahi