# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendants/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

### DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (NO. 1) ON COPYRIGHT INFRINGEMENT (D.I. 249, 250)

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*

Dated: January 30, 2023
10570327 / 20516.00001

Public Version Dated: February 6, 2023

Defendant ROSS Intelligence, Inc. hereby submits these Objections to Evidence Offered in Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment (No. 1) on Copyright Infringement (D.I. 249, 250). A party may object to material cited in support of a motion which "cannot be presented in a form that would be admissible in evidence." Fed. R. Civ. P. 56(c)(2); *Pamintuan v. Nanticoke Mem. Hosp.*, 192 F.3d 378, 387 n.13 (3d Cir. 1999); *Smith v. City of Allentown*, 589 F.3d 684, 693 (3d Cir. 2009). ROSS objects to the following:

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| D.I. 255-1, Ex. 13 at 236:9-237:2 | D.I. 250 at 7. | Deposition of Jimoh Ovbiagele (Apr. 12, 2022) | **Mischaracterizes Testimony.** Plaintiffs rely on this testimony to establish ■■■. However, the cited testimony ■■■ It merely describes ■■■ | Sustained _____ Overruled _____ |
| D.I. 255-1, Ex. 15 | D.I. 250 at 5. | Deposition of Tomas van der Heijden (Mar. 17, 2022) | **Foundation.** Plaintiffs rely on this testimony to ■■■ However, Mr. van der Heijden is testifying ■■■ in Ex. 53 and 72. The attachment to the | Sustained _____ Overruled _____ |

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | email, ▓▓▓▓, was not produced at the deposition. **Mischaracterizes Testimony.** Plaintiffs rely on this testimony to establish ▓▓▓▓ The testimony, however refers to an exhibit establishing ▓▓▓▓ (Declaration of Jacob Canter in Support of Defendant's Oppositions to Motions for Summary Judgment, Ex. 74), not that it received West's *US* terms. Terms of Service. | |
| D.I. 255-1, Ex. 17, ¶¶ 31-36, 38 | D.I. 250 at 9 & 12. | Opening Expert Report of Dr. L. Karl Branting (Aug. 1, 2022) | **Misstates Document.** Plaintiffs rely on Branting's report to establish ▓▓▓▓ | Sustained _____ Overruled \_\_\_\_\_ |

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | ▮▮▮ The report states ▮▮▮ | |
| D.I. 255-1, Ex. 19, ¶¶ 25-27 | D.I. 250 at 9 & 12. | Opening Expert Report of Barbara Frederiksen-Cross (Aug. 1, 2022) | **Misstates Document.** Plaintiffs rely on the report to establish ▮▮▮. The report includes a ▮▮▮ It does not include ▮▮▮ | Sustained _____ Overruled _____ |
| D.I. 255-1, Ex. 22, ¶¶ 103-114. | D.I. 250 at 8. | Opening Expert Report of Dr. Jonathan Krein (Aug. 1, 2022) | **Improper Expert Opinion.** Plaintiffs rely on Krein's report to establish ▮▮▮ An expert is permitted to offer their opinion, they cannot be used to establish the underlying facts. *See* FRE 702. | Sustained _____ Overruled _____ |
| D.I. 255-3, Ex. 24, at 53 | D.I. 250 at 9. | Opening Report of James Malackowski, (Aug. 1, 2022) | **Improper Expert Opinion.** Plaintiffs rely on Malackowski to establish ▮▮▮ | Sustained _____ Overruled _____ |

3

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | ■■■ An expert is permitted to offer their opinion, they cannot be used to establish the underlying facts. *See* FRE 702. | |
| D.I. 255-3, Ex. 30 | D.I. 250 at 8. | LEGALEASE-00078065 (Best Practices Guide for ROSS Intelligence) | **Misstates the Document**. Plaintiffs rely on this document to establish ■■■. This exhibit, however, only establishes that ■■■. This document also specifically ■■■ | Sustained _____ Overruled _____ |
| D.I. 255-3, Ex. 31 | D.I. 250 at 8. | LEGALEASE-00093066 (Project Proposal) | **Foundation**. Plaintiffs rely on this document to establish ■■■ | Sustained _____ Overruled _____ |

4

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | ▮. However, this exhibit ▮ | |
| D.I. 255-3, Ex. 38 | D.I. 250 at 8. | R-LEGALEASE-00189134 | **Foundation**. Plaintiffs rely on this document to establish ▮ However, this exhibit does not establish ▮ | Sustained _____  Overruled \_\_\_\_\_ |
| D.I. 255-3, Ex. 53 | D.I. 250 at 5. | ROSS-003390881 (email chain between ROSS and Dentons) | **Misstates the Document**. Plaintiffs rely on this document to establish ▮ This exhibit however establishes that ▮ | Sustained _____  Overruled \_\_\_\_\_ |

5

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | ▮ (Declaration of Jacob Canter in Support of Defendant's Oppositions to Motions for Summary Judgment, Ex. 74), not that it received West's *US* terms. | |
| D.I. 255-4, Ex. 57 | D.I. 250 at 9. | ROSS-003419784 (Mapping practice areas with the new Q&A data) | **Foundation.** Plaintiffs rely on this document to establish ▮. This document contains no such admission. | Sustained _____ Overruled _____ |
| D.I. 255-4, Ex. 59 | D.I. 250 at 7. | ROSS-003487472 (email between Andrew Arruda and Jerome Zois) | **Misstates Document.** Plaintiffs rely on this testimony to establish that ▮. The document does not say this. | Sustained _____ Overruled _____ |
| D.I. 255-4, Ex. 61 | D.I. 250 at 9. | ROSS-003658597 (Case Classification Document) | **Foundation.** Plaintiffs rely on this document to establish ▮ This document contains no such admission. | Sustained _____ Overruled _____ |
| D.I. 255-4, Ex. 68 | D.I. 250 at 17. | ROSS-010164290 | **Misstates Document.** Plaintiffs rely on this document to establish ▮ | Sustained _____ Overruled _____ |

6

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
|  |  |  | ■ |  |
| D.I. 255-4, Ex. 72 | D.I. 250 at 5. | ROSS-023032254 (email chain between ROSS and Dentons) | **Misstates the Document.** Plaintiffs rely on this document to establish that ■ . This exhibit however establishes that ■ (Declaration of Jacob Canter in Support of Defendant's Oppositions to Motions for Summary Judgment, Ex. 74), not that it received West's *US* terms. | Sustained _____  Overruled _____ |
| D.I. 255-11, Ex. 103 | D.I. 250 at 9 | TR-0836004 (LegalEase Use Spreadsheet) | **Misstates the Document.** Plaintiff relies on this document to ■ | Sustained _____  Overruled _____ |

7

8

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | ▮<br>This document, however, only ▮<br>▮<br>**Foundation.** Plaintiffs claim that this document ▮ Nowhere is that established. | |

ROSS respectfully requests that the Court sustain the above objections under Fed. R. Civ. P. 56 and exclude the proffered evidence.

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: January 30, 2023
10570327 / 20516.00001

Public Version Dated: February 6, 2023

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*