IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants/Counterclaimant. | ) ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

**PUBLIC VERSION**

### DECLARATION OF JACOB CANTER IN SUPPORT DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S BRIEFS IN <u>RESPONSE TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT</u>

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  January 30, 2023
10252217 / 20564.00001

Public Version Dated: February 6, 2023

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs/Counterdefendants,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendants/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

### DECLARATION OF JACOB CANTER IN SUPPORT DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S BRIEFS IN RESPONSE TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT

I, Jacob Canter, declare as follows:

1. I am employed as a lawyer at Crowell & Moring, LLP, counsel of record for ROSS Intelligence, Inc. I am an attorney, admitted to the bar of the states of California and District of Columbia and have been admitted *pro hac vice* to appear before this Court. I submit this Declaration in support of Defendant/Counterclaimant ROSS Intelligence Inc.'s ("ROSS") Responses to Plaintiff/Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's ("Plaintiffs") Motions for Summary Judgment.

2. A true and correct copy of an excerpt from, "The Economic Structure of Intellectual Property Law," by William M. Landes and Richard A. Posner (2003) is attached to this declaration as **Exhibit 67**.

3. A true and correct copy of an excerpted compilation of local rules from various districts requiring use of Westlaw, is attached to this declaration as **Exhibit 68**.

4. A true and correct copy of excerpts from the Deposition Transcript of Laurie Oliver (Mar. 30, 2022) is attached to this declaration as **Exhibit 69.**

5. A true and correct copy of JCaRE Background, TR-0036336 is attached to this declaration as **Exhibit 70.**

6. A true and correct copy of excerpts from the Deposition Transcript of Tariq Hafeez (May 26, 2022) is attached to this declaration as **Exhibit 71.**

7. true and correct copy of excerpts from the Deposition Transcript of Teri Whitehead (Apr. 18, 2022) is attached to this declaration as **Exhibit 72.**

8. A true and correct copy of excerpts from the Deposition Transcript of Andrew Arruda (Mar. 30, 2022) is attached to this declaration as **Exhibit 73**.

9. A true and correct copy of an email from Andre Garber (Jul. 21, 2015) attaching Westlaw Canada Terms and Conditions, ROSS-023032254, is attached to this declaration as **Exhibit 74.**

10. A true and correct copy of excerpts from the Deposition Transcript of Cameron Tario (Apr. 27, 2022) is attached to this declaration as **Exhibit 75.**

11. A true and correct copy of excerpts from the Deposition Transcript of Mark Hoffman (Mar. 16, 2022) is attached to this declaration as **Exhibit 76.**

12. A true and correct copy of Vetting Customers – High Usage and Competitors, TR-0908413, is attached to this declaration as **Exhibit 77.**

13. A true and correct copy of an email from Julie Smith regarding LegalEase Solutions (Jan. 11, 2018), TR-0037754, is attached to this declaration as **Exhibit 78.**

14. A true and correct copy of excerpts from the Deposition Transcript of Erik Lindberg (Mar. 22, 2022) is attached to this declaration as **Exhibit 79.**

15. A true and correct copy of excerpts from the Deposition Transcript of Andrew Martens (Mar. 25, 2022) is attached to this declaration as **Exhibit 80.**

16. A true and correct copy of the Master Services Agreement (Oct. 15, 2015), TR-0038909, is attached to this declaration as **Exhibit 81.**

17. A true and correct copy of Plaintiffs' Responses and Objections to ROSS's First Set of Requests for Admission (Nos. 1-129) is attached to this declaration as **Exhibit 82.**

18. A true and correct copy of excerpts from the Deposition Transcript of Tomas Van der Heijden (Mar. 17, 2022) is attached to this declaration as **Exhibit 83.**

19. A true and correct copy of excerpts from the Deposition Transcript of Charles Von Simson (Apr. 19, 2022) is attached to this declaration as **Exhibit 84.**

20. A true and correct copy of a letter to Tariq Hafeez from Mark Haddad (Jan. 4, 2018), TR-0002723, is attached to this declaration as **Exhibit 85.**

21. A true and correct copy of an email from Julie L. Smith regarding Response Required: User with excessive session activity – 1003665388 LegalEase Solutions (Nov. 28, 2017) TR-0179804, is attached to this declaration as **Exhibit 86.**

22. A true and correct copy of an email from Julie L. Smith regarding Response Required: User with excessive session activity – 1003665388 LegalEase Solutions (Nov. 17, 2017) TR-0037703, is attached to this declaration as **Exhibit 87.**

23. A true and correct copy of an email from Cameron Tario regarding Ancillary Block, LegalEase Solutions (Nov. 27, 2017) TR-0038692, is attached to this declaration as **Exhibit 88.**

<u>The Spreadsheet</u>

24. To respond to Plaintiffs' Partial Motion for Summary Judgment on Copyright Infringement, I reviewed Plaintiffs' Exhibit 21, which is a spreadsheet. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

25. To reflect the work completed in relation to Plaintiffs' Exhibit 21, I have prepared an exact copy of Plaintiffs' Exhibit 21 ███████████████████████████████████████ ███████████████████████████████████████ ████████████████████████████ attached herein as **Exhibit 89.**

26. ███████████████████████████████

███████████████████████████

- ███████████████████████████

███████████████████

- ███████████████████████████████
- ███████████████████████████████

███████████████████████████████████████
████

- █ █ █ █ █ █ █ █

███████████████████████████

- ███████████████████████████

███████████████████████████████████████
████

- ███████████████████████████

███████████████████████████████████████
██████████████

- ███████████████████████████████
- ███████████████████████████████

███████████████████████████

■ █████████████████████████████████████

27. █████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████

28. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

███

29. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████ ██

30. ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████

---

[1] ████████████████████████████████████████
████████████████████████████████

5

31. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████████.

32. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████.

33. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████.

6

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on January 30, 2023.

*/s/ Jacob Canter*
Jacob Canter

10569489