# EXHIBIT 69

Page 1

```
 1              DEPOSITION OF LAURIE OLIVER

 2         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
 3    _____

 4
      THOMSON REUTERS ENTERPRISE
 5    CENTRE GMBH and WEST
      PUBLISHING CORPORATION,
 6
                      Plaintiffs/
 7                    Counterdefendants,

 8     vs.                              C.A. No.
                                        20-613-LPS
 9    ROSS INTELLIGENCE INC.,

10                    Defendant/
                      Counterclaimant.
11
      _____
12

13

14   HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE
                         ORDER
15

16      VIDEOTAPED DEPOSITION OF LAURIE OLIVER

17             MINNEAPOLIS, MINNESOTA

18                 March 30, 2022

19

20

21

22

23     Reported by:

24     KATHY L. STEWART

25     JOB NO. 208916
```

```
 1        DEPOSITION OF LAURIE OLIVER
 2
 3
 4
 5             March 30, 2022
 6                9:36 a.m.
 7
 8
 9   Videotaped deposition of LAURIE OLIVER, held
10   at the offices of Regus, 100 S. Fifth
11   Street, Suite 1900, Minneapolis, Minnesota,
12   before Kathy Stewart, a Notary Public of the
13   State of Minnesota.
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                              Page 3
 1         DEPOSITION OF LAURIE OLIVER

 2    A P P E A R A N C E S:

 3

 4

 5

 6    KIRKLAND & ELLIS

 7    Attorneys for Plaintiff

 8    601 Lexington Avenue

 9    New York, New York 10022

10    BY: JOSHUA SIMMONS, ESQ.

11

12

13    CROWELL & MORING

14    3 Embarcadero Center

15    San Francisco, California 94111

16    BY: KAYVAN GHAFFARI, ESQ.

17        DIANE AGUIRRE-DOMINGUEZ, ESQ.

18

19

20    ALSO PRESENT:

21    Jacob Arvold, Videographer

22

23

24

25
```

```
                                                           Page 4
 1         DEPOSITION OF LAURIE OLIVER

 2                    INDEX

 3   EXAMINATION BY:                              PAGE

 4

 5   Mr. Ghaffari.........................   8

 6   Mr. Simmons..........................   317

 7   Mr. Ghaffari.........................   325

 8   Mr. Simmons..........................   340

 9   Mr. Ghaffari.........................   341

10

11                  EXHIBITS

12   Exhibit 1, Deposition Notice to Laurie
     Oliver,                              page 11
13
     Exhibit 2, Deposition Notice to Thomson
14   Reuters Enterprise Centre GMBH,      page 11

15   Exhibit 3, Deposition Notice to West
     Publishing,                          page 11
16
     Exhibit 4, LinkedIn Page,            page 24
17
     Exhibit 5, Plaintiffs and Counterdefendants
18   Second Supplemental Responses and Objectiosn
     to Defendant and Counterclaimant's
19   Interrogatory No. 1,                 page 42

20   Exhibit 6, Classification and Routing Engine
     CaRE,                                page 57
21
     Exhibit 7, Summarization Manual, Judicial
22   Editorial,                           page 72

23   Exhibit 8, Editorial Manual, Policies and
     Guidelines for Headnoting,           page 75
24

25   EXHIBITS, CONTINUED
```

```
 1        DEPOSITION OF LAURIE OLIVER

 2    Exhibit 9, Training Manual,            page 107

 3    Exhibit 10, Features Widget Instructions,
                                             page 175
 4
      Exhibit 11, Supreme Court Quality Level
 5    Agreement,                             page 182

 6    Exhibit 12, Native Document Placeholder
      TR-0044730 (Electronic Exhibit Contained on
 7    USB Drive),                            page 186

 8    Exhibit 13, Native Document Placeholder,
      TR-0036335 (Electronic Exhibit Contained on
 9    USB Drive),                            page 186

10    Exhibit 14, West Key Number System, page 214

11    Exhibit 15, American Digest Main Heads and
      Subdivisions of Classification Scheme, Fifth
12    Edition (April, 1916),                 page 216

13    Exhibit 16, JCaRE Background,          page 236

14    Exhibit 17, Classifiers' Encyclopedia,
                                             page 256
15
      Exhibit 18, Rogers v. Quiktrip Corp., 230
16    P.3d 853 (2010),                       page 257

17    Exhibit 19, Memorandum #537,           page 269

18    Exhibit 20, Memorandum #12047,         page 275

19    Exhibit 21, Memorandum #5500,          page 278

20    Exhibit 22, Memorandum #,              page 288

21    Exhibit 23, Mutual Life Ins. Co. Of N.Y. v.
      Tailored Woman, 91 N.Y.S.2d 140 (1949),
22                                           page 291

23    Exhibit 24, Memorandum #803,           page 298

24    Exhibit 25, Memorandum #187,           page 299

25    EXHIBITS, CONTINUED
```

```
                                                          Page 6
 1        DEPOSITION OF LAURIE OLIVER
```

```
 2   Exhibit 26, Memorandum #2820,          page 299

 3   Exhibit 27, Memorandum #9169,          page 299

 4   Exhibit 28, Memorandum #695,           page 299

 5   Exhibit 29, Thomson Reuters Legal 2021
     General Policies Addendum,             page 309
 6
```

```
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 7

1        DEPOSITION OF LAURIE OLIVER

2            VIDEOGRAPHER:  This is the start of

3   media labeled number 1 of the video recorded

4   deposition of Laurie Oliver in the matter

5   Thomson Reuters Enterprise Centre GMBH,

6   et al., vs. Ross Intelligence Inc. in the

7   United States District Court for the

8   District of Delaware, Case Number 20-613

9   (LPS).

10           This deposition is being held at

11  100 South Fifth Street, 19th floor,

12  Minneapolis, Minnesota on March 30th, 2022.

13  The time is approximately 9:36 a.m.

14           My name is Jacob Arvold.  I am the

15  legal video specialist from TSG Reporting,

16  Inc., headquartered at 228 East 45th Street,

17  Suite 810, New York, New York 10017.

18           The court reporter is Kathy Stewart

19  in association with TSG Reporting.

20           Counsel, please introduce

21  yourselves.

22           MR. GHAFFARI:  My name is Kayvan

23  Ghaffari from the law firm of Crowell &

24  Moring, along with my colleague, Diane

25  Aguirre-Domingu, on behalf of Defendant/

```
                                                              Page 8
 1              DEPOSITION OF LAURIE OLIVER

 2        Counterplaintiff Ross Intelligence Inc.

 3              MR. SIMMONS:  My name is Joshua

 4        Simmons.  With me is Jennifer Gibbins.  We

 5        are both from Kirkland & Ellis.  We are also

 6        joined by Jean-Pierre Giuliano from

 7        Thomson Reuters, in-house counsel, and we

 8        represent the Plaintiffs and the witness.

 9              VIDEOGRAPHER:  Will the court

10        reporter please swear in the witness.

11

12                  LAURIE OLIVER,

13        called as a witness, was duly sworn and

14                testified as follows:

15

16                    EXAMINATION

17        BY MR. GHAFFARI:

18   Q.   Good morning, Ms. Oliver.

19   A.   Good morning.

20   Q.   How are you doing today?

21   A.   I am good.

22   Q.   Would you please state and spell your name

23        for the record.

24   A.   Laurie Oliver, L-A-U-R-I-E  O-L-I-V-E-R.

25   Q.   And would you please also state your
```

Page 237

1        DEPOSITION OF LAURIE OLIVER

2        ████████████████

████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████

██████████████████████████████

██████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████

████████████████████████████

████████████████████████████████████████████

████████████████████

██████████████

████████████████████████████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████

████████████████████████████████

████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████

████████████████████████

██████████████████████████████

1        DEPOSITION OF LAURIE OLIVER

2

3    STATE OF MINNESOTA

4                            CERTIFICATE

5    COUNTY OF RICE

6

7    I, Kathy Stewart, hereby certify that I
     reported the deposition of LAURIE OLIVER on
8    the 30th day of March, 2022, and that the
     witness was by me first duly sworn to tell
9    the truth and nothing but the truth
     concerning the matter in controversy
10   aforesaid;
               That I was then and there a Notary
11   Public in and for the County of Rice, State
     of Minnesota; that by virtue thereof I was
12   duly authorized to administer an oath;
               That the foregoing transcript is a
13   true and correct transcript of my
     stenographic notes in said matter,
14   transcribed under my direction and control;
               That the cost of the original has
15   been charged to the party who noticed the
     deposition and that all parties who ordered
16   copies have been charged at the same rate
     for such copies;
17             That the reading and signing of the
     deposition was not waived;
18             That I am not related to nor an
     employee of any of the attorneys or parties
19   hereto, nor a relative or employee of any
     attorney employed by the parties hereto, nor
20   financially interested in the outcome of the
     action and have no contract with parties,
21   attorneys or persons with an interest
     in the action that affect or has a
22   substantial tendency to affect my
     impartiality;
23             WITNESS MY HAND AND SEAL this 11th
     day of April, 2022.
24   *Kathy Stewart*
     _____
25   Kathy Stewart

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs, Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendant, Counterclaimant. | C.A. No. 20-613-LPS |

**PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH
AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA
FOR THE DEPOSITION OF LAURIE OLIVER**

I, the undersigned, do hereby declare that I read the deposition transcript of Laurie Oliver dated March 30, 2022 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| | | | | |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| Throughout | Legalese | LegalEase | Transcription error |

Dated: May 4, 2022

_Laurie Oliver_
Laurie Oliver