# EXHIBIT 70

JCaRE Background

TR-0036336

EXHIBIT
PENGAD 800-631-6989

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



TR-0036337

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0036338

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0036339

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TR-0036340

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY