EXHIBIT 71

HIGHLY CONFIDENTIAL

1      IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF DELAWARE

2

3

4  IN RE MATTER OF:       )
                   )
5  THOMSON REUTERS      )  C.A. No. 20-613(LPS)
  ENTERPRISE CENTRE GMBH   )
6  and WEST PUBLISHING     )
  CORPORATION,          )
7                    )
     Plaintiffs and     )
8      Counterdefendants,    )
                   )
9  VS.                )
                   )
10 ROSS INTELLIGENCE,     )
  INC.,               )
11                    )
     Defendant and      )
12      Counterclaimant.     )
                   )

13

14

15      ORAL AND VIDEOTAPED DEPOSITION
             OF
16        TARIQ HAFEEZ
       MAY 26, 2022

17

18

19

20

21

22

23

24

25

2

1

2

3           ORAL AND VIDEOTAPED DEPOSITION OF

4    TARIQ HAFEEZ, produced as a witness at the

5    instance of the Plaintiff and

6    Counterdefendants and duly sworn, was taken in

7    the above-styled and numbered cause on

8    May 26, 2022, from 9:07 a.m. to 4:11 p.m.,

9    before KATERI A. FLOT-DAVIS, CSR, CCR, in and

10   for the State of Texas, reported by machine

11   shorthand, pursuant to the Federal Rules of

12   Civil Procedure and the provisions stated on

13   the record herein.

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1              A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFF:

 4    JOSHUA SIMMONS, ESQ
      ERIC LOVERRO, ESQ.
 5    Kirkland & Ellis LLP
      601 Lexington Avenue
 6    New York, New York 10077
      joshua.simmons@kirkland.com
 7    eric.loverro@kirkland.com

 8

 9    FOR THE DEFENDANT:

10    WARRINGTON PARKER, ESQ.
      CRINISHA BERRY, ESQ.
11    GABRIEL RAMSEY, ESQ.
      Crowell & Moring LLP
12    3 Embarcadero Center
      26th Floor
13    San Francisco, California 94111
      wparker@crowell.com
14    cberry@crowell.com
      gramsey@crowell.com
15

16    FOR THE WITNESS TARIQ HAFEEZ:

17    TARIK D. TURFE, ESQ.
      Hammoud Dakhlallah & Associates
18    6050 Greenfield
      Ste. 201
19    Dearborn, Michigan 48126
      tt@hdalawgroup.com
20

21

22    Also Present:
23    Kimberly Villalobos, Videographer

24

25
```

4

1                              INDEX

2
                                                PAGE
3

4

5     Appearances........................      3

6

7

8     TARIQ HAFEEZ

9

10        Examination by Mr. Simmons..........    20

11        Examination by Mr. Parker...........    181

12        Examination by Mr. Simmons..........    322

13        Examination by Mr. Parker...........    353

14        Examination by Mr. Simmons..........    357

15

16

17
      Signature and Changes...................    359
18
      Reporter's Certificate..................    361
19

20

21

22

23

24

25

5

1                    EXHIBITS

2
     NO.              DESCRIPTION                PAGE
3

4

5   Exhibit 1     Subpoena to Testify at
                  Deposition in a Civil
                  Action for LegalEase
6                 Solutions, LLC c/o
                  Tariq Hafeez............    22
7

8

9   Exhibit 2     Settlement Agreement,
                  Bates Stamped
                  TR-0035897..............    35
10

11

12  Exhibit 3     Best Practices Guide for
                  ROSS Intelligence,
                  last revised on
13                September 18, 2017
                  Bates Stamped
14                LEGALEASE-00078065.......   57

15

16  Exhibit 4     Email from Adityka
                  Lokanandi to Teri
17                Whitehead, et al., dated
                  July 20, 2017, Subject:
18                Ross Bulk Memo Production
                  Metrics - Update - July 19,
19                Bates Stamped
                  R-LEGALEASE-00050718......   73
20

21

22

23

24

25

6

1

2

3    Exhibit 5      Email from Teri Whitehead
                    to Saloni Agari
4                   Dwarakanath, dated
                    10/24/2017, Subject:
5                   Good/Great Quotes
                    Bates Stamped
6                   TR-0073545................    82

7

8    Exhibit 6      Morae Global Project Rose
                    Project Protocol, updated
9                   November 19, 2017,
                    Bates Stamped
10                  TR-0178604...............    91

11

12   Exhibit 7      Email from Merin Sony to
                    Tario Cameron, dated
13                  August 21, 2017, Subject:
                    WL Registration Keys,
14                  Bates Stamped
                    LEGALLEASE-00067320.......    94
15

16
     Exhibit 8      Consent Judgment and
17                  Stipulated Permanent
                    Injunction...............   116
18

19
     Exhibit 9      Letter to Tariq Akbar from
20                  Andrew Arruda, Re: Notice
                    of Indemnifiable Claim and
21                  Demand for Indemity from
                    LegalEase Solutions LLC,
22                  Bates Stamped
                    LEGALEASE-00171823........   123
23

24

25

7

Exhibit 10    Email from Tariq Hafeez
              to KD; MN, dated June 9,
              2021, Subject: LegalEase
              Position on Indemnification
              Request, Bates Stamped
              LEGALEASE-00171828.......    126

Exhibit 11    Email from Akash Venkat to
              Thomas, dated September 21,
              2015, Subject: Legal
              Research Inquiry,
              Bates Stamped
              ROSS-003277880...........    140

Exhibit 12    Email from Tariq Hafeez to
              Teri Whitehead, dated
              January 17, 2018, Subject:
              Westlaw Termination,
              Bates Stamped
              R-LEGALEASE-00101636.....    145

Exhibit 13    Email from Tomas
              Van der Heijden to Teri
              Whitehead, dated
              September 12, 2017,
              Subject: Sample Memos +
              SOW, Bates Stamped
              ROSS-000176146...........    164

Exhibit 14    Email from Tomas van der
              Heijden to Teri Whitehead,
              dated November 13, 2017,
              Subject: Lengthy
              Paragraphs-ROSS Bulk Memos,
              Bates Stamped
              ROSS-000204366............    169

8

Exhibit 15        Email from Teri Whitehead
                  to Tomas van der Heijden,
                  Dated December 22, 2017,
                  Subject: Classifier
                  Part II, Bates Stamped
                  ROSS-000197949............     174


Exhibit 16        Email from Thomas Hamilton
                  to Tariq Hafeez, dated
                  July 15, 2015, Subject:
                  Outsourcing Legal
                  Research, Bates Stamped
                  ROSS-02301823.............     180


Exhibit 17        Master Service Agreement,
                  dated October 15, 2015,
                  Bates Stamped
                  TR-0038909................     185


Exhibit 18        Statement of Work, dated
                  October 15, 2015,
                  Bates Stamped
                  TR-0038921................     187


Exhibit 19        Email from Thomas Hamilton
                  to Andrew Arruda, dated
                  January 4, 2016, Subject:
                  Questions for January,
                  Bates Stamped
                  ROSS-010157007...........     189

9

```
 1

 2

 3   Exhibit 20      Email from Andrew Arruda
                     to Tariq Hafeez, dated
 4                   April 21, 2016, Subject:
                     ROSS/LegalEase,
 5                   Bates Stamped
                     ROSS-000201544...........   190
 6

 7
     Exhibit 21      Email from Teri Whitehead
 8                   to Tomas van der Heijden,
                     dated July 24, 2016,
 9                   Subject: Revised Memos
                     977, 1032, 1091, 1208, 1336,
10                   1391, 1422, 1471, 1486,
                     1492, 1234, Bates Stamped
11                   ROSS-000176798...........   194

12

13   Exhibit 22      Memorandum #1234,
                     Bates Stamped
14                   ROSS-000176800...........   194

15

16   Exhibit 23      Email from Andrew Arruda to
                     Teri Whitehead, dated
17                   September 14, 2016, Subject:
                     Ross, Bates Stamped
18                   ROSS-000197791...........   196

19

20   Exhibit 24      Email from Andrew Arruda to
                     Teri Whitehead, dated
21                   February 10, 2017, Subject:
                     LegalEase Solutions and
22                   ROSS-Q1 2017 Meeting,
                     Bates Stamped
23                   ROSS-000201630.............   199

24

25
```

10

```
 1

 2

 3   Exhibit 25    Email from Teri Whitehead to
                   Tomas van der Heijden, dated
 4                 June 13, 2017, Subject:
                   ROSS Scale-Up Query,
 5                 Bates Stamped
                   ROSS-000197671.............. 204
 6

 7
     Exhibit 26    Email from Teri Whitehead to
 8                 Tomas van der Heijden, dated
                   June 23, 2017, Subject:
 9                 LegalEase ROSS RFP,
                   Bates Stamped
10                 ROSS-000304847.............. 209

11

12   Exhibit 27    Email from Teri Whitehead to
                   Tomas van der Heijden,
13                 dated June 27, 2017, Subject:
                   Revised Proposal,
14                 Bates Stamped
                   ROSS-000176758.............. 211
15

16
     Exhibit 28    Response to Ross Request for
17                 Proposal, LegalEase
                   Solutions June 27, 2017,
18                 ROSS-000176759.............. 211

19

20   Exhibit 29    Email from Teri Whitehead to
                   Andrew Arruda, et al.,
21                 dated July 7, 2017, Subject:
                   LegalEase Quality Control
22                 Guide for ROSS Bulk Memos,
                   Bates Stamped
23                 ROSS-000176768.............. 213

24

25
```

Exhibit 30    Quality Control Guide for
              ROSS Intelligence,
              Bates Stamped
              ROSS-000176770............. 213

Exhibit 31    Email from Aditya
              Lokanandi to Teri Whitehead
              dated July 20, 2017,
              Subject: Ross Bulk Memo
              Production Metrics-Update
              July 19, Bates Stamped
              TR-0039879................. 220

Exhibit 32    Excel spreadsheet
              Bates Stamped
              R-LEGALEASE-00140064....... 221

Exhibit 33    Email from Merin Sony to
              Rejitha R, dated July 20,
              2017, Subject: ROSS Bulk
              Memo-July 21, 2017,
              Bates Stamped
              R-LEGALEASE-00050673....... 225

Exhibit 34    Email from Aditya
              Lokanandi to Tariq Akbar,
              dated July 26, 2017,
              Subject: MOM-Discussion on
              ROSS Activity Automation,
              Bates Stamped
              R-LEGALEASE-00067492....... 229

1

2

3   Exhibit 35    Email from Merin Sony to
                  Muhammed Ansad, dated
4                 July 31, 2017, Subject:
                  ROSS Process Automation
5                 Meeting with Ansad,
                  Bates Stamped
6                 R-LEGALEASE-00067463.......   231

7

8   Exhibit 36    Strategic Alliance
                  Agreement Between LegalEase
9                 and Morae Global
                  Corporation, dated August
10                31, 2017, Bates Stamped
                  TR-0039933.................   236
11

12
    Exhibit 37    Email from Aditya
13                Lokanandi to Muhammed Ansad,
                  dated September 6, 2017,
14                Subject: Activity
                  Automation Tool Updated,
15                Bates Stamped
                  R-LEGALEASE-00067493.......   239
16

17
    Exhibit 38    Email from Tomas van der
18                Heijden to Teri Whitehead,
                  dated September 15, 2017,
19                Subject: Final SOW,
                  Bates Stamped
20                ROSS-000304769.............   242

21

22

23

24

25

Exhibit 39    Email from Tomas van der
              Heijden to Teri Whitehead,
              dated September 22, 2017,
              Subject: Questions
              Variation Task,
              Bates Stamped
              ROSS-000198151............    243


Exhibit 40    Email from Keerthi
              Ravindran to Ansad, dated
              September 24, 2017, Subject:
              ROSS Bulk Tool/Zoho,
              Bates Stamped
              R-LEGALEASE-00049399.....    245


Exhibit 41    Best Practices Guide for
              ROSS Intelligence, last
              Revised on September 18,
              2017, Bates Stamped
              TR-0039860................    247


Exhibit 42    Email from Muhammed Ansad to
              Aditya Lokanandi, et al.,
              dated September 26, 2017,
              Subject: Technical
              Understanding of the Tool,
              Bates Stamped
              TR-0039885................    248


Exhibit 43    LegalEase Login webpage,
              Bates Stamped
              R-LEGALEASE-00154874......    249

14

1

2

3   Exhibit 44    Email from Rohit Baben to
                  Merin Sony, dated
4                 November 9, 2017, Subject:
                  Framing Questions using
5                 Lexis headnotes,
                  Bates Stamped
6                 R-LEGALEASE-00067565.....    268

7

8   Exhibit 45    Email from Teri Whitehead to
                  Christopher Cahn, dated
9                 10/3/2017, Subject: Clutch
                  Topics, Bates Stamped
10                TR-0048605...............    270

11

12  Exhibit 46    Email from Teri Whitehead to
                  Christopher Cahn, dated
13                10/3/2017, Subject: Bulk
                  Project-Macro Enabled
14                Templates, Bates Stamped
                  TR-0048620...............    273
15

16
    Exhibit 47    Email from Moon Saleh to
17                Christopher Cahn, dated
                  10/4/2017, Subject: Best
18                Practices Guide-Minimum
                  Topics, Bates Stamped
19                TR-0048725...............    274

20

21  Exhibit 48    Westlaw webpage,
                  Bates Stamped
22                TR-0048727...............    274

23

24

25

15

1

2

3    Exhibit 49    Statement of Work II for
                    Bulk Memos Project,
4                   Bates Stamped
                    R-LEGALEASE-00048772......    283
5

6
      Exhibit 50    Kelly Services, Inc.,
7                   Frame Agreement, dated
                    October 11, 2017,
8                   Bates Stamped
                    R-LEGALEASE-00048728......    284
9

10
      Exhibit 51    LegalEase Solutions
11                  Appropriate Use of Westlaw
                    Accounts/User Agreement,
12                  dated October 4, 2017,
                    Bates Stamped
13                  TR-0049195...............    285

14

15    Exhibit 52    Email from Leo Kuriakose to
                    Tariq Akbar, dated
16                  October 26, 2017, Subject:
                    Ross-Tool-Update 10.07.2017,
17                  Bates Stamped
                    R-LEGALEASE-00028693......    287
18

19
      Exhibit 53    Email from Leo Kuriakose to
20                  Tariq Akbar, dated October
                    16, 2017, Subject: Drafting
21                  Tool Update:10.14.2017,
                    Bates Stamped
22                  R-LEGALEASE-00029691.......    288

23

24

25

16

Exhibit 54   Email from Rejitha R to
             Gayathri Rajeev, dated
             October 20, 2017,
             Bates Stamped
             R-LEGALEASE-00048928.....   290

Exhibit 55   Email from Leo Kuriakose
             to Ansad, dated October
             26, 2017, Subject:
             Minutes of the Meeting
             Held on 10.26.2017
             Regarding ROSS Tool,
             Bates Stamped
             R-LEGALEASE-00067404......   290

Exhibit 56   Email from Rejitha R to
             Leo Kuriakose, dated
             November 1, 2017, Subject:
             Concerns Regarding
             Ross Tool, Bates Stamped
             R-LEGALEASE-00048929.....   291

Exhibit 57   Email from Leo Kuriakose
             to Anjusha Puthanpurayil,
             Dated November 8, 2017,
             Subject: Framing Questions
             Using Lexis headnotes,
             Bates Stamped
             R-LEGALEASE-00049260.....   292

Exhibit 58   Best Practices Guide for
             ROSS Intelligence,
             Bates Stamped
             R-LEGALEASE-00049652.....   292

17

Exhibit 59    Email from Jyothi to Chad
              Fennell, dated 11/11/2017,
              Subject: Additional topics,
              Bates Stamped
              TR-0091408................    297

Exhibit 60    Email from Merin Sony to
              SHaris Forward, dated
              11/15/2017, Subject: ROSS
              Tool Update 11.14.2017,
              Bates Stamped
              TR-0098206................    300

Exhibit 61    Statement of Work for ROSS
              Classifier, dated October
              15, 2015, Bates Stamped
              LEGALEASE-00108391........    303

Exhibit 62    Email from Teri Whitehead
              to Joy Saphla, dated
              12/7/2017, Subject: ROSS
              Report, Bates Stamped
              TR-0135110................    305

Exhibit 63    LegalEase Solutions LLC
              Phase I Legal ArReas
              Covered document,
              Bates Stamped
              TR-0135113................    305

18

```
 1

 2

 3    Exhibit 64    Email from Tomas van der
                    Heijden to Teri Whitehead,
 4                  dated December 14, 2017,
                    Subject: ROSS Classifier
 5                  Update, Bates Stamped
                    ROSS-000235965...........    310
 6

 7
      Exhibit 65    Email from Tomas van der
 8                  Heijden to Teri Whitehead,
                    dated April 10, 2018,
 9                  Subject: SOW, Bates Stamped
                    ROSS-000247118............    311
10

11
      Exhibit 66    LegalEase Solutions LLC,
12                  Statement of Work, dated
                    October 15, 2015,
13                  Bates Stamped
                    ROSS-000247119............    312
14

15
      Exhibit 67    LegalEase Statement LLC
16                  Statement of Work,
                    dated October 15, 2015,
17                  Bates Stamped
                    ROSS-000241438............    314
18

19
      Exhibit 68    Memorandum #1234,
20                  Bates Stamped
                    ROSS-000176800............    335
21

22

23

24

25
```

19

1          P R O C E E D I N G S

2

3          THE VIDEOGRAPHER:  We are on the

4     record on May 26th, 2022, at 9:07 a.m.,

5     Eastern Time, for the remote video

6     deposition of Mr. Tariq Hafeez, in the

7     matter of Thomson Reuters Enterprise

8     Centre GMBH, et al., versus ROSS

9     Intelligence, Incorporated.

10          My name is Kimberly Villalobos and

11     I am the videographer and document tech.

12          All present will be noted on the

13     stenographic record.

14          Will the court reporter please

15     swear in the witness.

16          (Witness sworn.)

17          MR. SIMMONS:  So let's start by

18     getting appearances on the record.

19          I'm Joshua Simmons from Kirkland &

20     Ellis.  I represent the plaintiffs.

21          And along with me is Eric Loverro

22     from our offices, as well.

23          MR. PARKER:  Warrington Parker,

24     representing ROSS Intelligence.

25          With me is Crinisha Berry.

20

```
 1              MR. TURFE:  And Tarik Turfe
 2         representing the witness, Mr. Tariq
 3         Hafeez.
 4
 5                   TARIQ HAFEEZ,
 6    having been first duly sworn, testified as
 7    follows:
 8
 9                   EXAMINATION
10    BY MR. SIMMONS:
11         Q.   Mr. Hafeez, could you state your
12    full name for the record.
13         A.   Sure.  My name is Tariq, middle
14    name is Saadain, S-a-a-d-a-i-n, last name is
15    Hafeez.
16         Q.   And what is your address?
17         A.   My home address or business
18    address?
19         Q.   We can start with your business
20    address.
21         A.   Sure.  Business address is 2723
22    South State Street, Suite 150, Ann Arbor,
23    Michigan 48014.
24         Q.   And do you live in Ann Arbor
25    Michigan?
```









63

1





113

1











186

1

















362

```
1      There was a request for examination and

2    signature of the witness to the deposition

3    transcript.  The original transcript was sent

4    for review on _____ to the

5    witness or to the attorney for the witness for

6    examination, signature and return to me by

7    _____;

8      I further certify that I am neither counsel

9    for, related to, nor employed by any of the

10    parties or attorneys in the action in which

11    this proceeding was taken, and further that I

12    am not financially or otherwise interested in

13    the outcome of the action.

14      Certified to by me this ___ of _____

15    ,_____.

16

17    _____

18    Kateri A. Flot-Davis
      Texas CSR No. 8462
19    Expiration Date: 12-31-22

20

21

22

23

24

25
```