# EXHIBIT 72

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4   THOMSON REUTERS ENTERPRISE

 5   CENTRE GMBH and WEST PUBLISHING

 6   CORPORATION,

 7             Plaintiffs/Counterdefendants,

 8

 9      vs.          C.A. No.  20-613-LPS

10

11   ROSS INTELLIGENCE, INC.,

12             Defendant/Counterclaimant.

13   _____

14

15             HIGHLY CONFIDENTIAL

16          PURSUANT TO PROTECTIVE ORDER

17

18        VIDEOTAPED AND VIDEOCONFERENCE

19        DEPOSITION OF TERI WHITEHEAD

20

21             Monday, April 18, 2022

22

23   Reported by:

24   Denise M. Kizy, RPR, CRR, CSR-2466

25   JOB NO. 208941
```

```
 1

 2

 3

 4                    April 18, 2022

 5                    9:04 a.m.

 6

 7

 8        Deposition of TERI WHITEHEAD, held

 9   via videoconference, before Denise M. Kizy,

10   RPR, CRR, CSR-2466, a Notary Public of the

11   State of Michigan.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    APPEARANCES:

 2

 3         Kirkland & Ellis LLP

 4         Attorneys for Plaintiffs/Counterdefendants

 5              601 Lexington Avenue

 6              New York, New York 10022

 7         BY:   JOSHUA SIMMONS, ESQ.

 8              JENNIFER GIBBINS, ESQ.

 9

10         Crowell & Moring LLP

11         Attorneys for Defendant/Counterclaimant

12              3 Embarcadero Center

13              San Francisco, California 94111

14         BY:   WARRINGTON PARKER, ESQ.

15              CRINESHA BERRY, ESQ.

16

17

18

19

20

21

22    ALSO PRESENT:

23    Brandon Vosburgh - Video Technician

24    Alexandra Teves - Exhibit Operator

25
```

```
 1                        TABLE OF CONTENTS

 2   WITNESS                                          PAGE

 3   TERI WHITEHEAD

 4

 5   EXAMINATION

 6   BY MR. PARKER                                     11

 7   EXAMINATION

 8   BY MR. SIMMONS                                   179

 9

10                          EXHIBITS

11   EXHIBIT                                          PAGE

12   EXHIBIT 1    Defendant and Counterclaimant       12

13                ROSS Intelligence Inc.'s

14                Amended Notice of Deposition

15                Subpoena to Teri Whitehead

16   EXHIBIT 2    Master Services Agreement           30

17   EXHIBIT 3    Statement of Work                   32

18   EXHIBIT 4    First Amendment to Statement        35

19                of Work

20   EXHIBIT 5    [Proposed] Stipulated               35

21                Protective Order

22   EXHIBIT 6    E-mail chain                        39

23   EXHIBIT 7    E-mail chain                        43

24   EXHIBIT 8    E-mail chain                        45

25   EXHIBIT 9    E-mail                              47
```

Page 5

```
 1    EXHIBIT 10    Memorandum #570                    49

 2    EXHIBIT 11    Document which begins:             53

 3                  "Issue:  Can res judicata bar

 4                  a fraudulent transfer claim

 5                  under section of 548 of the

 6                  bankruptcy code where the debt

 7                  has been satisfied pursuant to

 8                  a stay relief order?"

 9    EXHIBIT 12    E-mail chain                       54

10    EXHIBIT 13    E-mail                             56

11    EXHIBIT 14    E-mail                             56

12    EXHIBIT 15    E-mail chain                       63

13    EXHIBIT 16    E-mail chain                       67

14    EXHIBIT 17    E-mail chain                       69

15    EXHIBIT 18    E-mail chain                       71

16    EXHIBIT 19    E-mail chain                       74

17    EXHIBIT 20    E-mail                             79

18    EXHIBIT 21    Response to ROSS Request For       80

19                  Proposal, LegalEase Solutions,

20                  June 23, 2017

21    EXHIBIT 22    E-mail                             84

22    EXHIBIT 23    Response to ROSS Request For       84

23                  Proposal, LegalEase Solutions,

24                  June 27, 2017

25    EXHIBIT 24    E-mail                             86
```

1    EXHIBIT 25    Quality Control Guide For ROSS      86
2                  Intelligence
3    EXHIBIT 26    E-mail chain                        95
4    EXHIBIT 27    E-mail                             102
5    EXHIBIT 28    Memorandum #364                    105
6    EXHIBIT 29    E-mail chain                       106
7    EXHIBIT 30    Statement of Work II For ROSS      109
8                  Bulk Memos
9    EXHIBIT 31    E-mail                             114
10   EXHIBIT 32    Memorandum #                       117
11   EXHIBIT 33    Memorandum #                       117
12   EXHIBIT 34    ROSS Bulk Instructions &           118
13                 Checklist
14   EXHIBIT 35    Quality Control Guide for ROSS     119
15                 Intelligence
16   EXHIBIT 36    Best Practices Guide For ROSS      123
17                 Intelligence
18   EXHIBIT 37    E-mail chain                       134
19   EXHIBIT 38    E-mail chain                       138
20   EXHIBIT 39    Reciprocal Non-Disclosure,         139
21                 Non-Circumvention Agreement
22   EXHIBIT 40    E-mail chain                       144
23   EXHIBIT 41    ROSS Bulk Daily Report, dated      146
24                 9/20/17
25   EXHIBIT 42    E-mail                             148

| | | | |
|---|---|---|---|
| 1 | EXHIBIT 43 | Best Practices Guide For ROSS | 150 |
| 2 | | Intelligence | |
| 3 | EXHIBIT 44 | E-mail | 151 |
| 4 | EXHIBIT 45 | ROSS Bulk Instructions & | 152 |
| 5 | | Checklist | |
| 6 | EXHIBIT 46 | Statement of Work II For Bulk | 154 |
| 7 | | Memos Project | |
| 8 | EXHIBIT 47 | Kelly Services, Inc. Frame | 155 |
| 9 | | Agreement | |
| 10 | EXHIBIT 48 | E-mail chain | 156 |
| 11 | EXHIBIT 49 | Document which begins | 157 |
| 12 | | "International Law" | |
| 13 | EXHIBIT 50 | Document which begins | 159 |
| 14 | | "Education" | |
| 15 | EXHIBIT 51 | Document which begins | 160 |
| 16 | | "Pretrial Procedure" | |
| 17 | EXHIBIT 52 | Statement of Work For ROSS | 160 |
| 18 | | Variation | |
| 19 | EXHIBIT 53 | E-mail | 161 |
| 20 | EXHIBIT 54 | Interpretive Degrees Project | 161 |
| 21 | EXHIBIT 55 | E-mail chain | 163 |
| 22 | EXHIBIT 56 | Statement of Work For ROSS | 165 |
| 23 | | Classifier | |
| 24 | EXHIBIT 57 | E-mail chain | 166 |
| 25 | EXHIBIT 58 | E-mail chain | 168 |

```
 1   EXHIBIT 59    E-mail chain                      169

 2   EXHIBIT 60    Document which begins "Phase I     169

 3                 Legal Areas Covered"

 4   EXHIBIT 61    E-mail                            171

 5   EXHIBIT 62    Letter to Tomas van der           171

 6                 Heijden from Teri Whitehead,

 7                 dated December 7, 2017, Re:

 8                 LegalEase Solutions, LLC Bulk

 9                 Memo Status Report"

10   EXHIBIT 63    Document with Bates stamp         173

11                 R-LEGALEASE-00154874

12   EXHIBIT 64    E-mail                            174

13   EXHIBIT 65    Statement of Work - ROSS          175

14                 Review

15   EXHIBIT 66    Statement of Work - ROSS          176

16                 Nuance

17   EXHIBIT 67    E-mail                            177

18   EXHIBIT 68    Metadata for Exhibit 28           206

19

20

21

22

23

24

25
```

```
 1                TERI WHITEHEAD

 2          VIDEO TECHNICIAN:  Good morning.  My

 3     name is Brandon Vosburgh.  I'm the legal

 4     videographer in association with TSG

 5     Reporting, Incorporated.

 6          Due to the severity of COVID-19 and

 7     following the practice of social

 8     distancing, I will not be in the same room

 9     with the witness; instead, I will record

10     this deposition remotely.

11          Our certified court stenographer,

12     Denise Kizy, will also be in a separate

13     room and will swear in the witness

14     remotely.

15          Do all the parties stipulate to the

16     validity of this video recording and remote

17     swearing, and that it will be admissible in

18     the courtroom as if it had been taken

19     following Rule 30 of the Federal Rules of

20     Civil Procedures and the state's rules

21     where this case is pending?

22          Your answers, please.

23          MR. PARKER:  Yes.

24          MR. SIMMONS:  It's okay from the

25     plaintiff's perspective as well.
```

1                TERI WHITEHEAD

2          VIDEO TECHNICIAN:  Thank you for

3    your answers.

4          Today is Monday, April 18, 2022, and

5    the time is 9:05 a.m. Eastern Standard

6    Time.

7          This is media unit number one of the

8    video-recorded deposition of Teri Whitehead

9    in the matter of Thomson Reuters Enterprise

10   Centre GmbH, et al. versus ROSS

11   Intelligence, Incorporated.

12         Will counsel please identify

13   yourselves for the record and then we'll

14   have our court stenographer swear in the

15   witness.

16         THE COURT REPORTER:  Counsel, please

17   identify yourselves.

18         MR. PARKER:  This is Warrington

19   Parker appearing on behalf of ROSS

20   Intelligence, defendants in the case.  With

21   me is Crinesha Berry.

22         MR. SIMMONS:  My name is Joshua

23   Simmons.  With me is Jennifer Gibbins.

24   We're from Kirkland & Ellis representing

25   the plaintiffs.

1                    TERI WHITEHEAD

2             MR. PARKER:  Good morning, Ms.

3        Whitehead.  How are you?

4             THE COURT REPORTER:  Excuse me,

5        excuse me.

6             Ms. Whitehead, would you raise your

7        right hand, please.

8                    TERI WHITEHEAD

9        was thereupon called as a witness herein,

10       and after having been first duly sworn to

11       testify to the truth, the whole truth and

12       nothing but the truth, was examined and

13       testified as follows:

14                    EXAMINATION

15   BY MR. PARKER:

16       Q.    Well, good morning.  Now you're

17   placed under oath and you can really say good

18   morning I reckon.  How are you?

19       A.    Good.  Thanks.

20       Q.    Good.  I apologize.  I'm in San

21   Francisco.  The back lighting is poor and it's

22   still dark, but it will get lighter as the day

23   goes on, so I won't look quite as mysterious.

24             You understand you've been placed

25   under oath; yes?

1               TERI WHITEHEAD

2

1                    TERI WHITEHEAD

2    █████████████
████████████████████████████████████
███████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████
██████████████
█████████████████████
████████████████████████████████
███████████████████████████████
███████████████████████████████
██████████████████████
████████████████
██████████████████████
██████████████████████████████████████
██████████████████████████████████████
█████████████████████████████████
████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████████████████████
███████████████████████████████
██████████████████
██████████████████████████████████████

1                          TERI WHITEHEAD

2

1                          TERI WHITEHEAD

2

Page 93

1                          TERI WHITEHEAD

2

1                          TERI WHITEHEAD

2    ██████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

████████████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████

██████████████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████

██████████████████████████████████████████████

1                        TERI WHITEHEAD

2            ████████████

████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████

██████████████████████

██████████████████████████████████████████

████████████████████████

██████████████████████████████████████████

██████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████

1          TERI WHITEHEAD

2

1                           TERI WHITEHEAD

2

1        TERI WHITEHEAD
2

1                        TERI WHITEHEAD

2

Page 194

TERI WHITEHEAD

1

2 ██████████
██████████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

1          TERI WHITEHEAD

2

1          TERI WHITEHEAD

2

1               TERI WHITEHEAD

2

```
 1                    TERI WHITEHEAD

 2                     CERTIFICATE

 3

 4   STATE OF MICHIGAN)

 5                   ) ss.

 6   COUNTY OF OAKLAND)

 7

 8          I, Denise M. Kizy, a Notary Public

 9       within and for the State of Michigan, do

10       hereby certify:

11          That TERI WHITEHEAD, the deponent

12       whose deposition is hereinbefore set forth,

13       was duly sworn by me and that such

14       deposition is a true record of the

15       testimony given by such witness.

16          I further certify that I am not

17       related to any of the parties to this

18       action by blood or marriage; and that I am

19       in no way interested in the outcome of this

20       matter.

21          IN WITNESS WHEREOF, I have hereunto

22       set my hand April 28, 2022.

23

24       _____

25       Denise M. Kizy, RPR, CRR, CSR-2466
```