# EXHIBIT 73

1

                                VOLUME 1
                                PAGES:  1-311
                                EXHIBITS:  See Index


            UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF DELAWARE


_____ )
                                )
THOMSON REUTERS ENTERPRISE      )
CENTRE GMBH and WEST            )
PUBLISHING CORPORATION,         )
                                )
        Plaintiffs and          ) C.A. No. 20-613 (LPS)
        Counterdefendants,      )
                                )
   v.                           )  HIGHLY CONFIDENTIAL
                                )
ROSS INTELLIGENCE, INC.,        )
                                )
        Defendant and           )
        Counterclaimant.        )
                                )
_____ )




        VIDEOTAPED DEPOSITION of ANDREW ARRUDA

          - CONDUCTED BY VIDEOCONFERENCE -

             Wednesday, March 30, 2022

          9:06 a.m. Pacific Daylight Time




            Michelle Keegan, RMR, CRR

                    Lexitas

        508-478-9795 ~ 508-478.0595 (Fax)

                www.LexitasLegal.com

2

A P P E A R A N C E S:


KIRKLAND & ELLIS LLP
By:  Dale Cendali, Esq.
By:  Eric Loverro, Esq.
601 Lexington Avenue
New York, New York 10022
Phone:  (212) 226-4800
Email:  dale.cendali@kirkland.com
Email:  eric.loverro@kirkland.com
Counsel for Plaintiffs Thomson Reuters and West
Publishing


CROWELL & MORING LLP
By:  Warrington Parker, Esq.
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Phone:  (415) 986-2800
Email:  wparker@crowell.com
Counsel for Defendant ROSS Intelligence, Inc.


CROWELL & MORING LLP
By:  Crinesha B. Berry, Esq.
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
Phone:  (202) 624-2500
Email:  cberry@crowell.com
Counsel for Defendant ROSS Intelligence, Inc.


Also Present:
  Adrian Beltran, Videographer

3

                    I N D E X


Videotaped Deposition of:                    Page

ANDREW ARRUDA

    By Ms. Cendali                              9



                 E X H I B I T S

No.                                          Page

Exhibit 1    [Proposed] Stipulated Protective     17
             Order, in USDC, District of
             Delaware, 20-613 (LPS), 27 pages
             without Bates numbering

Exhibit 2    Andrew Arruda LinkedIn profile      26
             pages

Exhibit 3    December 2018 and January 2019      71
             e-mail chain, Bates-numbered
             ROSS-003487472 through -7474

Exhibit 4    Document titled "Powered by IBM    102
             Watson Application
             Executive Summary,"
             Bates-numbered ROSS-003705907
             through -5908

Exhibit 5    Declaration of Andrew Arruda, in   113
             USDC, District of Minnesota,
             18-cv-01445, three pages without
             Bates numbering

Exhibit 6    Facebook pages, Bates-numbered     115
             TR-0001119 through -1122

Exhibit 7    Andrew Arruda tweet,               122
             Bates-numbered TR-0001735

Exhibit 8    Document titled "The Death of      126
             Westlaw Contracts and Pricing,"
             Bates-numbered TR-0000695
             through -696

4

EXHIBITS (continued)

Exhibit 9    ROSS tweet, Bates-numbered          128
             TR-0001253

Exhibit 10   Andrew Arruda tweet,                129
             Bates-numbered TR-0001733

Exhibit 11   Andrew Arruda tweet,                131
             Bates-numbered TR-0001734

Exhibit 12   ROSS Intelligence, Inc. Detailed    133
             Capitalization Table, 13 pages,
             each Bates-numbered
             ROSS-010106819

Exhibit 13   1/7/20 e-mail, Bates-numbered       135
             ROSS-009584733 through -4735

Exhibit 14   Reprint of PowerPoint slides        150
             titled "ROSS Board Meeting,
             January 14, 2020,"
             Bates-numbered ROSS-003715393
             through -5406

Exhibit 15   April 2020 e-mail chain,            184
             Bates-numbered FASTCASE_084268
             through -84270

Exhibit 16   ROSS document, "Announcement By     217
             The Founders," Bates-numbered
             TR-0037677 through -37680

Exhibit 17   "[Slack] Notifications from the     225
             Ross Inc team for Feb 16th,
             2015," Bates-numbered
             ROSS-003391075

Exhibit 18   6/6/15 e-mail, Bates-numbered       226
             ROSS-009585472

Exhibit 19   October 2015 e-mail chain,          231
             Bates-numbered ROSS-003390881
             through -0884

5

EXHIBITS (continued)

Exhibit 21   "Terms of Service, ROSS                235
             Intelligence Inc, Last Modified:
             April 28, 2020," Bates-numbered
             TR-0001142 through -1153

Exhibit 22   "Terms of Service, ROSS                241
             Intelligence Inc, Last Modified:
             June 15, 2020," Bates-numbered
             TR-0001154 through -1165

Exhibit 24   August 2015 e-mail chain,              246
             Bates-numbered ROSS-009559997
             through -9998

Exhibit 25   September 2015 e-mail chain,            251
             Bates-numbered ROSS-003389728
             through -9730

Exhibit 26   September 2015 e-mail chain,            256
             Bates-numbered ROSS-010164415
             through -4417

Exhibit 27   October 2015 e-mail chain,             269
             Bates-numbered ROSS-000203449
             through -3467

Exhibit 29   Document with heading                  304
             "mpdm-thomas--findingjimoh--
             maxisakov--tomasvdh-1:
             2016-12-26," Bates-numbered
             ROSS-009637509

Exhibit 31   September 2015 e-mail chain,            298
             Bates-numbered ROSS-003610162
             through -0165

Exhibit 32   10/11/15 e-mail, Bates-numbered         301
             ROSS-003610547

Exhibit 34   "Westlaw is Suing Us.  Our             274
             Response:" Bates-numbered
             TR-0000587 through -590

Exhibit 39   September 2015 e-mail chain,            260
             Bates-numbered ROSS-009547818
             through -7823

6

EXHIBITS (continued)

Exhibit 41   September 2015 e-mail chain,          265
             Bates-numbered ROSS-023018635

Exhibit 48   8/14/20 e-mail, Bates-numbered        188
             ROSS-010186032 through -033

Exhibit 49   Reprint of PowerPoint slides,         198
             titled "ROSS Q3 Board Meeting,"
             Bates-numbered ROSS-010106832
             through -6840

Exhibit 50   Undated redlined "Letter of           209
             Intent for the Acquisition of
             ROSS Intelligence, Inc.,"
             Bates-numbered ROSS-010272041
             through -046

REQUESTS FOR INFORMATION FROM WITNESS

| Page | Line |
|------|------|
| 195  | 21   |

REQUESTS FOR PRODUCTION

| Page | Line |
|------|------|
| 13   | 23   |
| 17   | 4    |
| 21   | 5    |
| 24   | 25   |
| 29   | 2    |
| 48   | 8    |
| 71   | 9    |
| 80   | 13   |
| 92   | 8    |
| 110  | 24   |
| 125  | 2    |
| 125  | 22   |
| 127  | 15   |
| 134  | 22   |
| 160  | 5    |

7

REQUESTS FOR PRODUCTION (continued)

```
            Page       Line

            169        11
            195        22
            203        25
            208        17
            211        12
            217         5
            231        23
            245        14
```

8

P R O C E E D I N G S

THE VIDEOGRAPHER:  Good morning, everyone.
We are on the record on March 30, 2022, at
approximately 9:06 a.m. Pacific Time, for the
remote video deposition of Andrew Arruda in the
matter of Thomson Reuters Enterprise Centre, GmbH,
et al., versus ROSS Intelligence, Inc.

My name is Adrian Beltran, and I am the
videographer for today.

Will counsel please introduce themselves
for the record, beginning with the party noticing
this proceeding.

MS. CENDALI:  I'm Dale Cendali of
Kirkland & Ellis.  And with me is my colleague,
Eric Loverro, also from Kirkland & Ellis.  We are
counsel for Thomson Reuters and West Publishing.

MR. PARKER:  This is Warrington Parker
appearing on behalf of ROSS Intelligence.

THE VIDEOGRAPHER:  Thank you, counsel.  If
that is all -- I forgot to mention also I will be
the document technician for today's deposition.

Now will the court reporter please swear
in the witness.

MS. CENDALI:  Just to be clear, is there
anyone else present on the line or video?

9

MR. PARKER:  Crinesha Berry from Crowell & Moring is on the line.  She is not going to say anything at all.  She is just watching the deposition.

THE VIDEOGRAPHER:  Okay.  Thank you.  Now will the court reporter swear in the witness, please.  Thank you all.

ANDREW ARRUDA,

having been satisfactorily identified and duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR

THOMSON REUTERS AND WEST PUBLISHING

BY MS. CENDALI:

   Q. All right.  I take it, then, we're ready to start.

      Could you please state your full name and address for the record.

   A. Andrew, regular spelling, Arruda, A-R-R-U-D-A.  My middle name is M.J., all capital letters.  And my address is 536 27th Street, Unit 3, San Francisco 94131.

   Q. Is that your personal address?

   A. It is.  Yeah.

   Q. Do you have a business address?

271



272



286



310

STATE OF CALIFORNIA


I, Michelle Keegan, Registered Merit Reporter
and Certified Shorthand Reporter for the State of
California, do hereby certify that ANDREW ARRUDA,
the witness whose deposition is hereinbefore set
forth, was duly sworn by me and that such
deposition is a true record, to the best of my
ability, of the testimony given by the witness.

I further certify that I am neither related to
or employed by any of the parties in or counsel to
this action, nor am I financially interested in
the outcome of this action.

In witness whereof, I have hereunto set my hand
and seal this 11th day of April, 2022.




_____

Michelle Keegan, CSR No. 13632

**Signature and Errata Sheet**
**March 30, 2022 Deposition of Andrew Arruda**
*Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS*
*Intelligence Inc.*

I, Andrew Arruda, have reviewed the attached transcript of my March 30, 2022 deposition testimony and certify, pursuant 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page/Line | Now Reads | Correction | Reason |
|---|---|---|---|
| ███ | ██ | ███ | ████████ |
| ███ | ██ | ████ | ████████ |
| ███ | █████ | ████ | ████████ |
| ███ | ████ | ███ | ████████ |
| ██ | ██ | █ | ████████ |
| ███ | ███████ | ████████ | █████ |
| ████ | █████████ | ████████ | ████████ |
| ███ | ███████ | ██████ | ████████ |
| | | | |

Executed on May 10, 2022, at San Francisco, CA.

/s/