# EXHIBIT 74

| | |
|---|---|
| **From:** | "Garber, Andre" <andre.garber@dentons.com> |
| **Sent:** | Tue, 21 Jul 2015 15:59:53 -0700 (PDT) |
| **To:** | "Andrew Arruda (andrew@rossintelligence.com)"<andrew@rossintelligence.com> |
| **Cc:** | "Jimoh Ovbiagele (jimoh@rossintelligence.com)"<jimoh@rossintelligence.com>; "Johnson, Andrea" <andrea.johnson@dentons.com> |
| **Subject:** | Westlaw / Lexis documents |
| **Attachments:** | Scanned WestLaw and LexisNexis TOS and privacy statements (2).pdf;Terms of Service and Privacy Statements for LexisNexis and WestLaw for A....docx |



http://logo.ca.dentons.com/logo

**Andre E Garber**
Director, Dentons Canada Startup Program

D +1 416 863 4750
andre.garber@dentons.com
Bio   |   Website

Dentons Canada LLP
77 King Street West, Suite 400, Toronto-Dominion Centre Toronto, ON M5K 0A1 Canada

FMC is proud to join Salans and SNR Denton as a founding member of Dentons.

Please see dentons.com for Legal Notices. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this email from your systems. To update your commercial electronic message preferences email dentonsinsightsca@dentons.com or visit our website.

Confidential

ROSS-023032254

**Westlaw Canada Terms and Conditions**



Confidential

Licence Agreement for WestlawNext Canada

THOMSON REUTERS



ROSS-023032256

Confidential

ROSS-023032257

PRIVACY POLICY



Confidential



Confidential

ROSS-023032259



Confidential

ROSS-023032260



Confidential

ROSS-023032261



Confidential
ROSS-023032262



Confidential

ROSS-023032263



Confidential

ROSS-023032264



ROSS-023032265



Confidential

» Voir les Conditions générales en français
» Supplemental Terms

Confidential                                                          ROSS-023032267



Confidential    ROSS-023032268



Confidential
ROSS-023032269

Case 1:20-cv-00613-SB    Document 343-8    Filed 02/06/23    Page 18 of 55 PageID #: 9793



Confidential

ROSS-023032270



Confidential                                                                                          ROSS-023032271





Confidential                                                                        ROSS-023032272



Confidential                                                                          ROSS-023032273



Confidential                                                                    ROSS-023032274



Confidential                                                                                                       ROSS-023032275





Confidential                                                                ROSS-023032276



Confidential

ROSS-023032277



Confidential                                                                                              ROSS-023032278



Confidential

ROSS-023032279

**Westlaw Canada Terms and Conditions**

ROSS-023032280

**WestlawNext Canada Licence Agreement**



16270412_1|NATDOCS

ROSS-023032281



16270412_1|NATDOCS

Confidential



16270412_1|NATDOCS

Confidential

16270412_1|NATDOCS

Confidential

ROSS-023032284



16270412_1|NATDOCS

Confidential

ROSS-023032285



16270412_1|NATDOCS

Confidential

ROSS-023032286

**Policy Statement for WestlawNext Canada**



16270412_1|NATDOCS

Confidential



16270412_1|NATDOCS

Confidential

ROSS-023032288



16270412_1|NATDOCS

Confidential

16270412_1|NATDOCS

Confidential

ROSS-023032290

**The Carswell Privacy Code in Detail**



16270412_1|NATDOCS

Confidential



16270412_1|NATDOCS

Confidential

ROSS-023032292



16270412_1|NATDOCS

Confidential

ROSS-023032293

16270412_1|NATDOCS

Confidential

ROSS-023032294



16270412_1|NATDOCS

Confidential



16270412_1|NATDOCS

Confidential

ROSS-023032296

**LexisNexis Canada Inc. General Terms and Conditions**



16270412_1|NATDOCS

ROSS-023032297



16270412_1|NATDOCS

Confidential

ROSS-023032298



16270412_1|NATDOCS



16270412_1|NATDOCS

Confidential

ROSS-023032300



16270412_1|NATDOCS

Confidential

- 23 -



16270412_1|NATDOCS

Confidential

ROSS-023032302

**LexisNexis Canada Privacy Policy**

16270412_1|NATDOCS



16270412_1|NATDOCS

Confidential

ROSS-023032304



16270412_1|NATDOCS

Confidential



16270412_1|NATDOCS

Confidential

ROSS-023032306



16270412_1|NATDOCS

Confidential

ROSS-023032307