# EXHIBIT 75

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE
 2   _____
 3                                    C.A. No. 20-613-LPS
 4   THOMSON REUTERS ENTERPRISE
     CENTRE GMBH and WEST PUBLISHING
 5   CORPORATION,
 6           Plaintiffs/Counterdefendants,
 7   vs.
 8   ROSS INTELLIGENCE INC.,
 9           Defendant/Counterclaimant.
10   _____
11
12   ------------------------------------------------------
13                  VIDEOTAPED DEPOSITION OF
14                       CAMERON TARIO
15                     ** CONFIDENTIAL **
16
17
18   DATE:   April 27, 2022
19   TIME:   9:00 a.m. (Central)
20   PLACE:  Veritext Legal Solutions
             150 South Fifth Street
21           Suite 1775
             Minneapolis, Minnesota
22
23
24   Reported By:  Christine K. Herman, RPR, CRR
25
                                                    Page 1
```

```
 1                  A P P E A R A N C E S
 2
      ON BEHALF OF THE PLAINTIFFS/COUNTERDEFENDANTS
 3    AND THE WITNESS
 4    MORRIS NICHOLS ARSHT & TUNNELL LLP
      By:  Michael J. Flynn, Esquire
 5         1201 N Market Street
           16th Floor
 6         Wilmington, Delaware 19899
           Phone: (302)658-9200
 7         Email: michael.flynn@mnat.com
 8
 9    ON BEHALF OF THE DEFENDANT/COUNTERPLAINTIFF:
10    CROWELL & MORING LLP
      By:  Joaquim Steinberg, Esquire
11         Anna Saber, Esquire
           3 Embarcadero Center
12         26th Floor
           San Francisco, California 94111
13         Phone: (415)986-2800
           Email:  jsteinberg@crowell.com
14                 asaber@crowell.com
15
16    ALSO PRESENT:  Greg Eklund, Videographer
17
18
19
20
21
22
23
24
25

                                                  Page 2
```

```
 1    INDEX:
 2                                                         PAGE:
 3    WITNESS:  CAMERON TARIO
 4    Examination by Mr. Steinberg . . . . . . . . . .    7
 5
 6    EXHIBITS:
 7    Exhibit 1 - Notice of Deposition . . . . . . . .    9
 8    Exhibit 2 - Cameron Tario LinkedIn Profile . .     12
 9    Exhibit 3 - Email String . . . . . . . . . . .     29
          WPC-0002484 - 2485
10
11    Exhibit 4 - Email String . . . . . . . . . . .     35
          WPC-0002650 - 2653
12
13    Exhibit 5 - Email String . . . . . . . . . . .     40
          WPC-0002482 - 2483
14
15    Exhibit 6 - Email String . . . . . . . . . . .     46
          WPC-0000593 - 594
16
17    Exhibit 7 - Email String . . . . . . . . . . .     48
          WPC-0002451 - 2453
18
19    Exhibit 8 - Email String . . . . . . . . . . .     56
          WPC-0000769 - 775
20
21    Exhibit 9 - Email String . . . . . . . . . . .     62
          WPC-0002136 - 2137
22
23    Exhibit 10 - Email String . . . . . . . . . . .    71
          WPC-0002351 - 2358
24
25
```

CONFIDENTIAL

```
 1     Exhibit 11 - Email String . . . . . . . . . . .    75
          WPC-0002291 - 2292
 2
 3     Exhibit 12 - Email, WPC-0002284 . . . . . . . .    79
 4     Exhibit 13 - Draft of Ancillary Brief . . . . .    79
 5     Exhibit 14 - Email String . . . . . . . . . . .    90
          WPC-0002238 - 2242
 6
 7     Exhibit 15 - Email, WPC-0002094 . . . . . . . .    97
 8     Exhibit 16 - Email, WPC0002336  . . . . . . . .    97
 9     Exhibit 17 - Email String . . . . . . . . . . .   103
          WPC-0002209 - 2211
10
11     Exhibit 18 - Email, WPC0002205  . . . . . . . .   107
12     Exhibit 19 - Letter to Tariq Hafeez . . . . . .   107
          WPC-0002206
13
14     Exhibit 20 - Email String . . . . . . . . . . .   111
          WPC-PRIVILEGE-0000004 - 0000004.0009
15
16     Exhibit 21 - Email String . . . . . . . . . . .   116
          WPC-0002374 - 2375
17
18     Exhibit 22 - Spreadsheet  . . . . . . . . . . .   116
19     Exhibit 23 - Native Document Placeholder  . . .   116
20     Exhibit 24 - Email String . . . . . . . . . . .   124
          WPC-0001528 - 1532
21
22     Exhibit 25 - Email String . . . . . . . . . . .   126
          WPC-0000790 - 796
23
24     Certificate of Witness . . . . . . . . . . . .    129
25     Certificate of Court Reporter  . . . . . . . .    131
```

```
 1                P R O C E E D I N G S
 2
 3            THE VIDEOGRAPHER:  Good morning.  We are
 4    on the record at 9:23 a.m. on April 27th, 2022.
 5            Please note that the microphones are
 6    sensitive and may pick up whispering, private
 7    conversations and cellular interference.  Please
 8    turn off all cell phones or place them away from the
 9    microphones, as they can interfere with the
10    deposition audio.
11            Audio and video recording will take place
12    unless all parties agree to go off the record.
13            This is Media Unit 1 of the video-recorded
14    deposition of Cameron Tario, taken by counsel for
15    the defendant/counterplaintiff, in the matter of
16    Thomson Reuters Enterprise Center GmbH, et al., vs.
17    ROSS Intelligence Inc., filed in the U.S. District
18    Court, District of Delaware, Case No. C.A. No.
19    20-613-LPS.
20            This deposition is being held at Veritext
21    Legal Solutions, located at 150 South 5th Street in
22    Minneapolis, Minnesota.
23            My name is Greg Eklund, from the firm
24    Veritext Legal Solutions, and I am the videographer.
25    The court reporter today is Christine Herman, from
```

```
 1    Veritext Legal Solutions.
 2                I am not authorized to administer an oath.
 3    I am not related to any party in this action, nor am
 4    I financially interested in the outcome.
 5                Counsel and all present in the room will
 6    now state their appearances and affiliations for the
 7    record.
 8                MR. STEINBERG:  Joachim Steinberg from
 9    Crowell & Moring on behalf of defendants.  And with
10    me is my colleague, Anna Saber, also with Crowell &
11    Moring.
12                MR. FLYNN:  Michael Flynn, from Morris
13    Nichols Arsht & Tunnell, on behalf of the witness,
14    Cameron Tario, and I also represent the plaintiffs
15    in the action.
16                THE VIDEOGRAPHER:  Will the court reporter
17    please swear in the witness.
18
19    Whereupon,
20                      CAMERON TARIO,
21         a witness in the above-entitled matter,
22             after having been first duly sworn,
23                deposes and says as follows:
24                         EXAMINATION
25    BY MR. STEINBERG:
```

Page 6

CONFIDENTIAL



Page 80

CONFIDENTIAL



Page 81



Page 109

```
 1   STATE OF MINNESOTA:  )
                          ) ss.        CERTIFICATE
 2   COUNTY OF ANOKA:     )
 3           Be it known that I took the deposition of
     CAMERON TARIO on the 27th day of April, 2022;
 4
 5           That I was then and there a Notary Public
     in and for the County of Anoka, State of
 6   Minnesota, and that by virtue thereof, I was duly
     authorized to administer an oath;
 7
             That the witness, before testifying, was
 8   by me first duly sworn to testify the whole truth
     and nothing but the truth relative to said cause;
 9
             That the testimony of said witness was
10   recorded in shorthand by me and was reduced to
     typewriting under my direction;
11
             That the cost of the original transcript
12   has been charged to the party noticing the
     deposition, unless otherwise agreed upon by Counsel,
13   and that copies have been made available to all
     parties at the same cost, unless otherwise agreed
14   upon by Counsel;
15           That I am not related to any of the parties
     hereto nor interested in the outcome of the action;
16
             That the reading and signing of the
17   deposition by the witness and the Notice of Filing
     were reserved.
18
             WITNESS MY HAND AND SEAL this 11th day of
19   May, 2022.
20
21
22           [signature]
23           _____
24           Christine K. Herman, RPR, CRR
25
```

Page 131