# EXHIBIT 76

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

C.A. No. 20-613-LPS

---------------------------------------x

THOMSON REUTERS ENTERPRISE

CENTRE GMBH and WEST PUBLISHING

CORPORATION,

       Plaintiffs/Counterdefendants,

       V.

ROSS INTELLIGENCE INC.,

       Defendants/Counterclaimant.

-----------------------------------------x

                March 16, 2022

                10:30 a.m.

       DEPOSITION of MARK HOFFMAN, taken by the Defendant/Counterclaimant, pursuant to Notice, held at the offices of Crowell & Moring, LLP, 590 Madison Avenue, New York, New York, before Debbie Zaromatidis, a Shorthand Reporter and Notary Public of the State of New York.

1

2  A P P E A R A N C E S :

3     KIRKLAND & ELLIS, LLP

4     Attorneys for Plaintiff-

5     Counterdefendant

6         200 Clarendon Street

7         Boston, Massachusetts

8     BY:   MIRANDA MEANS, ESQ.

9         Miranda.Means@kirkland.com

10         - and -

11        ERIC LOVERRO, ESQ.

12         (Eric.Loverro@kirkland.com

13

14    CROWELL & MORING, LLP

15    Attorneys for Defendant-

16    Counterplaintiff

17        3 Embarcadero Center

18        26th floor

19        San Francisco, California 94111

20    BY:   JOACHIM B. STEINBERG, ESQ.

21        jsteinberg@crowell.com

22

23  ALSO PRESENT:

24  JEANPIERE J. GIULIANO, General Counsel

25  THOMSON REUTERS ENTERPRISE CENTER

 1

 2          (Exhibits 1 and 2 marked for

 3      identification.)

 4          THE VIDEOGRAPHER:   Good

 5      morning.  We are going on the record

 6      at 10:31 a.m. eastern daylight time

 7      on Wednesday, March 16, 2022.

 8      Please note that the microphones are

 9      sensitive and may pick up whispering

10      and private conversations. Please

11      turn off all cell phones and place

12      them away from the computer as it can

13      interfere with deposition audio.

14      Video recording will continue to take

15      place unless all parties agree to go

16      off the record.

17          This is media unit one of the

18      video-recorded deposition of Mark

19      Hoffman in the matter of Thomson

20      Reuters versus ROSS Intelligence,

21      Inc. filed in the United States

22      District Court for District of

23      Delaware, CA No. 20613-LPS.  This

24      deposition is held at Crowell &

25      Moring, LLP located at 590 Madison

1
2          New York, New York.
3                My name is Paul Barker, and I
4          am the videographer.  The court
5          reporter is Debbie Zaromatidis, both
6          from Veritext Legal Solutions.
7                I am not authorized to
8          administer an oath, and I am not
9          financially interested in the
10         outcome.
11               Counsel and all present in the
12         room and everyone appearing remotely
13         will state their appearances for the
14         record.
15               MR. STEINBERG:   Joachim
16         Steinberg, Crowell & Moring for
17         defendant and counterplaintiff
18               MS. MEANS:  Miranda Means,
19         Kirkland & Ellis, LLP for Thomson
20         Reuters Center GMBH and West
21         Publishing Corporation.
22               MR. LOVERRO:  Eric Loverro,
23         Kirkland & Ellis for
24         plaintiffs/counterdefendants.
25               MR. GIULIANO: Johnpierre

Page 5

1        HOFFMAN

2    Giuliano, General Counsel for Thomson

3    Reuters.

4         THE VIDEOGRAPHER:  Will the

5    court reporter please swear in the

6    witness.

7  M A R K   H O F F M A N,

8  having first been duly sworn by a Notary

9  Public of the State of New York, was

10 examined and testified as follows:

11        THE VIDEOGRAPHER:   Thank you.

12   You may proceed.

13 EXAMINATION BY MR. STEINBERG:

14    Q.   Good morning, Mr. Hoffman.  As

15 you heard, my name is Joachim Steinberg.

16 I am an attorney representing the

17 defendant/counterclaim plaintiff in this

18 matter.

19         Have you ever been deposed

20 before?

21    A.   I have.

22    Q.   I am going to assume you are

23 familiar with the basic rules of

24 depositions, but we are going to go over

25 that.  All right?



1 HOFFMAN

2 



1  HOFFMAN

2  C E R T I F I C A T I O N

6  I, DEBBIE ZAROMATIDIS, a Shorthand
7  Reporter and a Notary Public, do hereby
8  certify that the foregoing witness, MARK
9  HOFFMAN, was duly sworn on the date
10 indicated, and that the foregoing is a
11 true and accurate transcription of my
12 stenographic notes.
13    I further certify that I am not
14 employed by nor related to any party to
15 this action.
16    Dated:  April 5, 2022

22           <%3919,Signature%>
23           DEBBIE ZAROMATIDIS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs, Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant, Counterclaimant. | C.A. No. 20-613-LPS |
|---|---|

**PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA FOR THE DEPOSITION OF MARK HOFFMAN**

I, the undersigned, do hereby declare that I read the deposition transcript of Mark Hoffman dated March 16, 2022 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 7 | 12-13 | "can be an assumption" | "can't be an assumption" | Transcription error |
| 20 | 16-17 | "multiplied but these rates" | "multiplied by these rates" | Transcription error |
| 29 | 10-11 | "multiple pricing actions" | "multiple pricing adjustments" | Transcription error |
| 57 | 22-23 | "not including but not limited to" | "including but not limited to" | Transcription error |
| 104 | 17-22 | "In exhibit 14 … 2017 10 row, which is the fourth from the bottom …" | "In exhibit 15 … 201710 row, which is the fourth from the bottom …" | Incorrect exhibit number and transcription error |
| 115 | 10 | "… $5,001.74?" | "… $501.74?" | Transcription error |
| 116 | 2 | "… and $5,001 in charges?" | " … and $501 in charges?" | Transcription error |
| 117 | 3 | "Do you think that $5,001.74 …" | "Do you think that $501.74 …" | Transcription error |
| 119 | 5 | "So this $5,001 …" | "So this $501 …" | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 120 | 5 | "What does that $5,001.74 … " | "What does that $501.74 … " | Transcription error |
| 121 | 13 | " … to this $5,001.74 … " | " … to this $501.74 … " | Transcription error |
| 121 | 18 | "So the $5,001 is …" | "So the $501.74 is …" | Transcription error |
| 123 | 21 | " … $5,001…" | " … $501.74 … " | Transcription error |
| 123 | 24 | "That $5,001 .74 …" | "That $501.74 …" | Transcription error |
| 124 | 13 | "… $5,001.74 … " | " … $501.74 … " | Transcription error |
| 12 | 18 | North Carolina | North Dakota | Transcription error |
| 23 | 2 | 1650 | 16.50 | Transcription error |
| 25 | 12 | 76.40 | 26.40 | Transcription error |
| 91 | 19 | primary | secondary | Transcription error |
| 95 | 11 | banding | bundling | Statement error |
| 35 | 12 | adjusts | ingests | Transcription error |

Dated: May 5, 2022

_____
Mark Hoffman