# EXHIBIT 77

Vetting Customers – High Usage and Competitors

TR-0908413

DEPOSITION EXHIBIT
Hoffman 4
3/2/22 vA

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY