# EXHIBIT 78

| | |
|---|---|
| **From:** | Smith, Julie L. (Legal) </O=THOMSON/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=0103315> |
| **To:** | Aubourg, Delphine (Legal) |
| **Sent:** | 1/11/2018 5:42:40 PM |
| **Subject:** | RE: LegalEase Solutions |

**From:** Aubourg, Delphine (Legal)
**Sent:** Thursday, January 11, 2018 11:39 AM
**To:** Smith, Julie L. (Legal)
**Subject:** RE: LegalEase Solutions

**From:** Smith, Julie L. (Legal)
**Sent:** Thursday, January 11, 2018 10:00 AM
**To:** Aubourg, Delphine (Legal)
**Subject:** RE: LegalEase Solutions

**From:** Aubourg, Delphine (Legal)
**Sent:** Wednesday, January 10, 2018 9:33 PM
**To:** Smith, Julie L. (Legal)
**Subject:** RE: LegalEase Solutions

Thanks, Delphine

**From:** Smith, Julie L. (Legal)

HIGHLY CONFIDENTIAL

DEPOSITION EXHIBIT Lindberg 10

WPC-0002601
TR-0037754

**Sent:** Wednesday, January 10, 2018 5:24 PM
**To:** Aubourg, Delphine (Legal)
**Subject:** Fwd: LegalEase Solutions

Do you have any time with Chris tomorrow?

Thanks,

Julie



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL

WPC-0002603
TR-0037756

HIGHLY CONFIDENTIAL

WPC-0002604
TR-0037757



HIGHLY CONFIDENTIAL

WPC-0002605
TR-0037758