EXHIBIT 79

HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3    _____

 4    THOMSON REUTERS ENTERPRISE

 5    CENTRE GMBH and WEST PUBLISHING

 6    CORPORATION,

 7        Plaintiffs/Counterdefendants,

 8    vs.                          Case No.

 9    ROSS INTELLIGENCE INC.,      C.A. No. 20-613-LPS

10        Defendant/Counterclaimant.

11    _____

12              ** HIGHLY CONFIDENTIAL **

13

14       VIDEOTAPED DEPOSITION OF ERIK LINDBERG

15              Tuesday, March 22, 2022

16               9:00 a.m. (Central)

17

18    PLACE:  Veritext Legal Solutions

19            150 South Fifth Street

20            Suite 1775

21            Minneapolis, Minnesota

22

23    Reported By:

24    Christine K. Herman, RPR, CRR

25    JOB No. 5129633
```

Page 1

HIGHLY CONFIDENTIAL

```
 1               A P P E A R A N C E S

 2

 3   ON BEHALF OF THE PLAINTIFFS/COUNTERDEFENDANTS

 4   AND THE WITNESS

 5        KIRKLAND & ELLIS LLP

 6        By:  Joshua L. Simmons, Esquire

 7        Eric Loverro, Esquire

 8        601 Lexington Avenue

 9        Floor 50

10        New York, New York 10022

          Phone: (212)446-4989

11        Email: joshua.simmons@kirkland.com

12                eric.loverro@kirkland.com

13

14   ON BEHALF OF THE DEFENDANT/COUNTERPLAINTIFF:

15        CROWELL & MORING LLP

16        By:  Joachim B. Steinberg, Esquire

17        Jacob Canter, Esquire

18        3 Embarcadero Center

19        26th Floor

20        San Francisco, California 94111

21        Phone: (415)986-2800

22        Email:  jsteinberg@crowell.com

23                jcanter@crowell.com

24

25   ALSO PRESENT:  Dave Young, Videographer
```

Page 2

HIGHLY CONFIDENTIAL

```
 1   INDEX:

 2                                           PAGE:

 3   WITNESS:  ERIK LINDBERG

 4   Examination by Mr. Steinberg . . . . . . . . .    8

 5   Examination by Mr. Simmons . . . . . . . . . .  198

 6   Further Examination by Mr. Steinberg . . . . .  203

 7

 8

 9   EXHIBITS:

10

11   Exhibit 1   Notice of Deposition  . . . . . . .   10

12   Exhibit 2   Amended Notice of Thomson Reuters     10

13   Exhibit 3   Amended Notice of West Publishing     10

14   Exhibit 4   Email String  . . . . . . . . . . .   31

15               TR-0001965 - TR-0001971

16   Exhibit 5   Email String  . . . . . . . . . . .   35

17               TR-0002322 - TR-0002324

18   Exhibit 6   Email String  . . . . . . . . . . .   36

19               TR-0002571 - TR-0002572

20   Exhibit 7   Email String  . . . . . . . . . . .   41

21               TR-0002635 - TR-0002636

22   Exhibit 8   January 4, 2018 letter to . . . . .   45

23               Tariq Hafeez from Mark Haddad

24   Exhibit 9   Email String  . . . . . . . . . . .   57

25               TR-0037823 - TR-0037833
```

Page 3

HIGHLY CONFIDENTIAL

1  Exhibit 10   Email String . . . . . . . . . .   63

2               TR-0037754 - TR-0037758

3  Exhibit 11   Email String . . . . . . . . . .   67

4               TR-0179804 - TR-0179810

5  Exhibit 12   Email String . . . . . . . . . .   73

6               TR-0001912 - TR-0001913

7  Exhibit 13   Supplemental Response to . . . . .   76

8               Interrogatory Number 1

9  Exhibit 14   Email, ROSS-000204366 - 67 . . . .   85

10 Exhibit 15   Memorandum #12 . . . . . . . . .   86

11 Exhibit 16   Memorandum #38 . . . . . . . . .   89

12 Exhibit 17   Email String . . . . . . . . . .   92

13               TR-0001952 - TR-0001958

14 Exhibit 18   Email String . . . . . . . . . .   101

15               LEGALEASE-00100520 - 21

16 Exhibit 19   Project Rose - Project Protocol   102

17 Exhibit 20   LegalEase Solutions, LLC Response   106

18               To Request For Proposal From Ross

19 Exhibit 21   Response to Ross Request . . . . .   109

20               For Proposal

21 Exhibit 22   Memorandum #537 . . . . . . . . .   113

22 Exhibit 23   USB Drive containing spreadsheets   141

23 Exhibit 24   Native Document Placeholder . . .   141

24               TR-0465998

25 Exhibit 25   Spreadsheet . . . . . . . . . .   142

Page 4

HIGHLY CONFIDENTIAL

1   Exhibit 26   Native Document Placeholder . . . 152

2                TR-0306715

3   Exhibit 27   Spreadsheet . . . . . . . . . . . 155

4   Exhibit 28   Native Document Placeholder . . . 155

5                TR-0038824

6   Exhibit 29   Email String . . . . . . . . . . 159

7                TR-0002016 - TR-0002017

8   Exhibit 30   Email String . . . . . . . . . . 162

9                TR-0038692 - TR-0038696

10  Exhibit 31   Email String . . . . . . . . . . 184

11               TR-0179811 - TR-0179820

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

```
 1                    P R O C E E D I N G S

 2

 3              THE VIDEOGRAPHER:  Good morning.  We're

 4    going on the record at 9:07 a.m. on March 22nd,

 5    2022.

 6              Please note that the microphones are

 7    sensitive and may pick up whispering, private

 8    conversations or cellular interference.  Please turn

 9    off all cell phones and place them away from the

10    microphones, because they can interfere with the

11    deposition audio.

12              Audio and video recording will continue to

13    take place unless all parties agree to go off the

14    record.

15              This is Media Unit 1 of the video-recorded

16    deposition of Erik Lindberg, taken by counsel for

17    the defendants, in the matter of Thomson Reuters

18    Enterprise Centre GmbH and West Publishing

19    Corporation vs. ROSS Intelligence Incorporated, Case

20    No. 20-613-LPS.

21              This case is filed in the United States

22    District Court, For the District of Delaware.  This

23    deposition is happening at the offices of Veritext

24    in Minneapolis.

25              My name is Dave Young.  I'm the
```

Page 6

HIGHLY CONFIDENTIAL

```
 1   videographer.  Our court reporter is Christine

 2   Herman.  We are both representing Veritext Legal

 3   Solutions.

 4          I am not related to any party in this

 5   action, nor an I financially interested in the

 6   outcome

 7          Counsel will now state their appearances

 8   and affiliations for the record.  If there are any

 9   objections to this proceeding, please state them at

10   the time of your appearance, beginning with the

11   noticing attorney.

12          MR. STEINBERG:  Joachim Steinberg from

13   Crowell & Moring on behalf of Defendant, ROSS

14   Intelligence Incorporated.

15          MR. CANTER:  Jacob Canter from Crowell &

16   Moring on behalf of defendant, ROSS Intelligence

17   Incorporated.

18          MR. SIMMONS:  My name is Joshua Simmons.

19   With me is Eric Loverro.  We are from Kirkland &

20   Ellis.  We are representing the plaintiffs in this

21   matter, as well as the witness.

22          THE VIDEOGRAPHER:  Will the court reporter

23   please swear in the witness, and then we can

24   proceed.

25   Whereupon,
```

                                                    Page 7

HIGHLY CONFIDENTIAL

```
 1                        ERIK LINDBERG,

 2           a witness in the above-entitled matter,

 3              after having been first duly sworn,

 4                 deposes and says as follows:

 5                        EXAMINATION

 6    BY MR. STEINBERG:

 7         Q.   Good morning, Mr. Lindberg.  As you heard

 8    a second ago, I'm an attorney for the defendant in

 9    this matter.

10              A little bit of housekeeping to get

11    started.  Could you please state your full name for

12    the record.

13         A.   Erik Marcus Lindberg.

14         Q.   Have you ever been deposed before?

15         A.   I have not.

16         Q.   All right.  So I'm going to go through a

17    few just basic rules so we're all on the same page.

18    We need audible answers here today.  The court

19    reporter can't take down nods, uh-huhs, things like

20    that.

21              Do you understand?

22         A.   Yes.

23         Q.   You're doing a very good job of that so

24    far, but I may remind you of that from time to time

25    today.
```

Page 8

HIGHLY CONFIDENTIAL



Page 31

HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL



Page 63

HIGHLY CONFIDENTIAL



Page 64

HIGHLY CONFIDENTIAL



Page 65

HIGHLY CONFIDENTIAL



Page 66

HIGHLY CONFIDENTIAL



Page 67

HIGHLY CONFIDENTIAL



Page 68

HIGHLY CONFIDENTIAL



Page 175

HIGHLY CONFIDENTIAL



Page 176

HIGHLY CONFIDENTIAL



Page 177

HIGHLY CONFIDENTIAL

1



Page 178

HIGHLY CONFIDENTIAL



Page 180

HIGHLY CONFIDENTIAL



Page 181

HIGHLY CONFIDENTIAL



Page 188

HIGHLY CONFIDENTIAL



Page 189

HIGHLY CONFIDENTIAL



Page 190

HIGHLY CONFIDENTIAL

```
 1                    CERTIFICATE

 2

 3          Be it known that I took the deposition of

 4   ERIK LINDBERG on the 22nd day of March, 2022;

 5

            That I was then and there a Notary Public

 6   in and for the County of Anoka, State of

     Minnesota, and that by virtue thereof, I was duly

 7   authorized to administer an oath;

 8          That the witness, before testifying, was

     by me first duly sworn to testify the whole truth

 9   and nothing but the truth relative to said cause;

10          That the testimony of said witness was

     recorded in shorthand by me and was reduced to

11   typewriting under my direction;

12          That the cost of the original transcript

     has been charged to the party noticing the

13   deposition, unless otherwise agreed upon by Counsel,

     and that copies have been made available to all

14   parties at the same cost, unless otherwise agreed

15   upon by Counsel;

            That I am not related to any of the parties

16   hereto nor interested in the outcome of the action;

17          That the reading and signing of the

     deposition by the witness and the Notice of Filing

18   were reserved.

19          WITNESS MY HAND AND SEAL this 5th day of

20   April, 2022.

21

22

23   _____

24

25          Christine K. Herman, RPR, CRR
```

Page 208

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE CENTRE
GMBH and WEST PUBLISHING
CORPORATION,

          Plaintiffs, Counterdefendants,

v.

ROSS INTELLIGENCE INC.,

          Defendant, Counterclaimant.

C.A. No. 20-613-LPS

### PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH
### AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA
### FOR THE DEPOSITION OF ERIK LINDBERG

I, the undersigned, do hereby declare that I read the deposition transcript of Erik Lindberg

dated March 22, 2022 and that to the best of my knowledge, said testimony is true and accurate,

with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 8 | 13 | "Erik Marcus Lindberg" | "Erik Markus Lindberg" | Transcription error |
| 16 | 3 | "superior account manager" | "supervisor account manager" | Transcription error |
| 16 | 24 | "Josh and Erik" | "Josh and Eric" | Transcription error |
| 36 | 4-5 | "Essa Fraz at Thomson Reuters" | "Fraz Essa at Thomson Reuters" | Transcription error |
| 42 | 8 | "saw major issue" | "saw a major issue" | Transcription error |
| 42 | 14 | "internal learning processes" | "internal alerting processes" | Transcription error |
| 47 | 7 | "preparation for this email (sic)" | "preparation for this deposition" | Transcription error |
| 58 | 11 | "retailer pro forma rates" | "retail or pro forma rates" | Transcription error |
| 75 | 19-20 | "the print reporter system, national reporter system that print reporter books" | "the print reporter system, or the national reporter system that is the print reporter books" | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 76 | 4 | "key number system, all of our reported" | "key number system, for all of our reported" | Transcription error |
| 80 | 5 | "to memo" | "to memos" | Transcription error |
| 86 | 13 | "very long opinion text" | "very long opinion texts" | Transcription error |
| 117 | 13 | "surfaced up through key sites" | "surfaced up through KeyCite" | Transcription error |
| 126 | 19 | "document data type, or the DDT" | "document type definition, or the DTD" | Transcription error |
| 130 | 8 | "editors assign to that same key number" | "editors assigned to that same key number" | Transcription error |
| 130 | 21 | "notes and decisions" | "notes of decisions" | Transcription error |
| 133 | 14 | "whoever altered the memo" | "whoever authored the memo" | Transcription error |
| 133 | 22 | "whoever altered this memo" | "whoever authored this memo" | Transcription error |
| 145 | 12 | "expecting to" | "expecting it to" | Transcription error |
| 161 | 1 | "with the Westlaw" | "with Westlaw" | Transcription error |
| 166 | 10 | "earlier today, market ad was leading" | "earlier today, Mark Haddad was leading" | Transcription error |
| 188 | 12 | "saw major issue" | "saw a major issue" | Transcription error |
| 190 | 4 | "referring. You can refer to" | "referring to. You can refer to" | Transcription error |
| 203 | 11 | "This case within a Westlaw cite" | "This case with a Westlaw cite" | Transcription error |

Dated:  April 29, 2022

Erik Lindberg