# EXHIBIT 80

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 20-613-LPS
---------------------------------------x

THOMSON REUTERS ENTERPRISE CENTRE GmbH and WEST PUBLISHING CORPORATION,

Plaintiffs,

-against-

ROSS INTELLIGENCE INC.,

Defendant.

---------------------------------------x

March 25, 2022
10:20 a.m.

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

Videotaped Deposition of ANDREW MARTENS, a 30(b)(6) Witness in the above-entitled action, held at the offices of Crowell & Moring, 590 Madison Avenue, New York, New York, before Dawn Matera and Theresa Tramondo, Shorthand Reporters and Notaries Public.

*    *    *

A P P E A R A N C E S :

KIRKLAND & ELLIS LLP
Attorneys for Plaintiffs
601 Lexington Avenue
New York, New York 10022
(212)446-4800

By: DALE CENDALI, P.C.
dale.cendali@kirkland.com
ERIC LOVERRO, ESQ.
eric.loverro@kirkland.com

CROWELL & MORING LLP
Attorneys for Defendant
3 Embarcadero Center
26th Floor
San Francisco, California 94111
(415)365-7210

By: WARRINGTON PARKER, ESQ.
wparker@crowell.com
KAYVAN M. GHAFFARI, ESQ.
kghaffari@crowell.com

Also Present:
JEANPIERRE GIULIANO,
Thomson Reuters

ANTON EVANGELISTA,
Videographer

~oOo~

THE VIDEOGRAPHER: Good morning. 10:19:23
We are going on the record at 10:20 10:20:14
a.m. on March 25th, 2020. Please note 10:20:18
that the microphones are sensitive and 10:20:24
may pick up whispering, private 10:20:26
conversations and cellular 10:20:27
interference. Please turn off all 10:20:28
cell phones or place them away from 10:20:31
the microphones as they can interfere 10:20:32
with the deposition audio. Audio and 10:20:35
video recording will continue to take 10:20:37
place unless all parties agree to go 10:20:39
off the record. 10:20:42

This is media unit 1 of the 10:20:43
video-recorded deposition of Andrew 10:20:44
Martens taken by counsel for 10:20:47
plaintiffs in the matter of Thomson 10:20:50
Reuters Enterprise Centre GmbH and 10:20:55
West Publishing Corporation versus 10:20:57
Ross Intelligence filed in the United 10:21:01
States District Court for the District 10:21:04
of Delaware, case number 20-613-LPS. 10:21:05

This deposition is being held at 10:21:15
Crowell & Moring LLP located at 590 10:21:17
Madison Avenue, 20th floor, in New 10:21:21

York City. 10:21:23

My name is Anton Evangelista from the firm of Veritext and I am the videographer. The court reporter is Dawn Matera from the firm of Veritext. I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome. 10:21:24 10:21:27 10:21:29 10:21:31 10:21:33 10:21:35 10:21:37 10:21:39

Counsel and all present in the room and everyone attending remotely will now state their appearances and affiliations for the record. 10:21:40 10:21:43 10:21:44 10:21:46

If there are any objections to proceeding, please state them at the time of your appearance beginning with the noticing attorney. 10:21:48 10:21:49 10:21:51 10:21:53

MR. PARKER: My name is Warrington Parker. I am here with Kayvan Ghaffari and I represent Defendant Ross Intelligence. 10:21:54 10:21:56 10:21:59 10:22:01

MS. CENDALI: I am Dale Cendali from Kirkland & Ellis. I am here with my colleague Eric Loverro and our client representative Jeanpierre 10:22:03 10:22:04 10:22:06 10:22:08

Giuliano, and we don't have an objection to proceeding, we just note for the record that we all expected to start at 9. It's now 10:15 due to technical issues that Thomson Reuters had nothing to do with, but we're here to proceed. 10:22:12 10:22:16 10:22:18 10:22:20 10:22:24 10:22:26 10:22:29

MR. PARKER: That's fine. And just for the record, the technical issues are not technical in some mechanical sense. We had a court reporter issue which we had to solve. And Thomson Reuters was gracious enough to agree to start the deposition at the time that we did, which was approximately 10:15. 10:22:29 10:22:30 10:22:32 10:22:35 10:22:38 10:22:40 10:22:42 10:22:44 10:22:46

THE VIDEOGRAPHER: And appearances? 10:22:51 10:22:54

MS. CENDALI: I believe I gave the appearances. 10:22:56 10:22:59

THE VIDEOGRAPHER: Will the court reporter please swear in the witness. 10:23:00 10:23:01 10:23:02

A N D R E W M A R T E N S, after having been first duly sworn by Dawn Matera, a Notary Public, was called as a witness and testified as follows: 10:23:13

THE VIDEOGRAPHER: Thank you. 10:23:13
We may proceed. 10:23:13

EXAMINATION BY MR. PARKER: 10:23:14

Q. Good morning, Mr. Martens. How 10:23:14
are you? 10:23:16
A. I'm okay. 10:23:17
Q. Have you had your deposition 10:23:17
taken before? 10:23:18
A. I have. 10:23:19
Q. How many times? 10:23:19
A. Once. 10:23:20
Q. Okay. How long ago? 10:23:21
A. 12 years, 15 years. 10:23:26
Q. Great. Well, welcome back to 10:23:27
the rodeo, as they say. So today I will 10:23:30
be asking you questions. Okay? 10:23:33
A. Yup. 10:23:34
Q. If there is a question you 10:23:35
don't understand, please let me know 10:23:38
that. I am happy to restate it or figure 10:23:40
out how to ask it differently, okay? 10:23:43

HIGHLY CONFIDENTIAL

Page 255

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

Page 256

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

Page 207

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

Page 208

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

Page 232

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL

Page 233

Veritext Legal Solutions
866 299-5127

C E R T I F I C A T E

STATE OF NEW YORK )
: ss.
COUNTY OF NEW YORK )

I, THERESA TRAMONDO, a Notary Public within and for the State of New York, do hereby certify:

That ANDREW MARTENS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 8th day of April, 2022.

Theresa Tramondo

THERESA TRAMONDO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,

Plaintiffs, Counterdefendants,

v.

ROSS INTELLIGENCE INC.,

Defendant, Counterclaimant.

C.A. No. 20-613-LPS

**PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA FOR THE DEPOSITION OF ANDREW MARTENS**

I, the undersigned, do hereby declare that I read the deposition transcript of Andrew Martens dated March 25, 2022 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 20 | 24 | "than is the" | "than in the" | Transcription error |
| 21 | 4 | "TR0 549927" | "TR-0549927" | Transcription error |
| 24 | 7 | "in part an, dissented" | "in part and dissented" | Transcription error |
| 25 | 14-15 | "was drawn. And as sort of a navigation date." | "was drawn and acts as sort of a navigation device." | Transcription error |
| 25 | 25 | "headnote 1 is everything" | "headnote 1. It's everything" | Transcription error |
| 26 | 20 | "juris prudence" | "jurisprudence" | Transcription error |
| 27 | 5 | "date" | "aid" | Transcription error |
| 30 | 3 | "West Law" | "Westlaw | Transcription error |
| 32 | 8 | "provide with headnotes" | "provide cases with headnotes" | Transcription error |
| 32 | 19, 24, 25 | "Brian Jewell" | "Brian Juell" | Transcription error |
| 32 | 22 | "Mike Dane" | "Mike Dahn" | Transcription error |
| 33 | 20 | "Kevin Apple" | "Kevin Appold" | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 34 | 20, 21 | "Appled" | "Appold" | Transcription error |
| 35 | 20 | "Mike Dane" | "Mike Dahn" | Transcription error |
| 36 | 3 | "Cathy Difiglia" | "Cathy DiFiglia" | Transcription error |
| 36 | 4, 12 | "Mike Dane" | "Mike Dahn" | Transcription error |
| 36 | 15 | "Kathy Difiglia" | "Cathy DiFiglia" | Transcription error |
| 36 | 16 | "Kathy" | "Cathy" | Transcription error |
| 37 | 23 | "There is a title manager" | "There is a title, 'Manager,'" | Transcription error |
| 46 | 13 | "It states that it's of the" | "It states that it's on the" | Transcription error |
| 51 | 22 | "the policy or guidelines" | "the policies or guidelines" | Transcription error |
| 53 | 2 | "headnoting manual it appears" | "headnoting manual, it appears" | Transcription error |
| 57 | 10 | "appears that" | "appears that way" | Transcription error |
| 57 | 20 | "Abstracting Concrete" | "Abstract and Concrete" | Transcription error |
| 78 | 15 | "opinion on having" | "opinion not having" | Transcription error |
| 92 | 12-13 | "cited citing pairs" | "citing pairs" | Transcription error |
| 105 | 13-14 | "at words and phrases entry" | "at the Words and Phrases entry" | Transcription error |
| 109 | 11, 18, 21 | "medium" | "Medium" | Transcription error |
| 115 | 4 | "before the day" | "before today" | Transcription error |
| 120 | 20 | "case assigned by a state" | "citation assigned by a state" | Transcription error |
| 124 | 17-19 | "state -- the 'act of state doctrine' does not establish an exception at" | "statement -- 'The act of state doctrine does not establish an exception' at" | Transcription error |
| 133 | 1 | "and identifying" | "and identified" | Transcription error |
| 142 | 2 | "but it isn't in the long" | "but it is in the wrong" | Transcription error |
| 142 | 15 | "jump sites" | "jump cites" | Transcription error |
| 142 | 17 | "interested in, directly link you" | "interested in, they directly link you" | Transcription error |
| 144 | 11 | "how many SPVs" | "how many SVPs" | Transcription error |
| 156 | 12 | "Have you is seen" | "Have you seen" | Transcription error |
| 162 | 17 | "interleafing information" | "interleaving information" | Transcription error |
| 179 | 23-24 | "understanding what the additional" | "understanding of what the additional" | Transcription error |
| 215 | 20 | "and now how" | "and now have" | Transcription error |
| 239 | 5 | "Mark Kaufman" | "Mark Hoffman" | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 256 | 25 | "what those number represent" | "what those numbers represent" | Transcription error |
| 258 | 17 | "Terry Whitehead" | "Teri Whitehead" | Transcription error |
| | | | | |
| Throughout | | "Ross" | "ROSS" | Transcription error |

Dated: May 9, 2022

Andrew Martens