# EXHIBIT 83

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


THOMSON REUTERS ENTERPRISE    )
CENTRE GMBH and WEST          )
PUBLISHING CORPORATION,       )
                              )
          Plaintiffs and      )
          Counterdefendants,  )
                              )
                              )
  vs.                         )    C.A. No. 20-613 (LPS)
                              )
ROSS INTELLIGENCE, INC.,      )
                              )
          Defendant and       )
          Counterplaintiff.   )
                              )
_____)


**HIGHLY CONFIDENTIAL**


VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT,

by and through its corporate designee

TOMAS VAN DER HEIJDEN,

(also in his individual capacity)


London, England, United Kingdom

Thursday, March 17, 2022


Pages: Pages 1 - 443

Reported stenographically by:
LEAH M. WILLERSDORF, RPR-CRR-FBIVR-ACR-QRR2-CLR

2

Thursday, March 17, 2022


09:29 a.m.
(Greenwich Mean Time)



    Videotaped 30(b)(6) deposition of Defendant, by

and through its corporate representative Tomas van der

Heijden, as well as in his individual capacity, held

at the offices of Kirkland & Ellis International LLP,

30 St. Mary Axe, London EC3A 8AF, England, United

Kingdom, before Leah Willersdorf, Registered

Professional Reporter and Certified Realtime Reporter

with the US National Court Reporters Association,

and Accredited Court Reporter, Qualified Realtime

Reporter (Level 2) and Fellow of the British Institute

of Verbatim Reporters, and Certified LiveNote

Reporter.

3

A P P E A R A N C E S


On behalf of Plaintiffs and Counterdefendants:

     KIRKLAND & ELLIS, LLP

        601 Lexington Avenue
        New York, New York 10022
        (212) 446 4800

    BY:  JOSHUA L. SIMMONS, ESQ.
       JENNIFER GIBBINS, ESQ.
       joshua.simmons@kirkland.com
       jennifer.gibbins@kirkland.com


On behalf of Defendant and Counterplaintiff:

     CROWELL & MORING, LLP

        3 Embarcadero Center
        26th Floor
        San Francisco, CA 94111
        (415) 986 2800

    BY:  KAYVAN M. GHAFFARI, ESQ.
       kghaffari@crowell.com


ALSO PRESENT:


     Linda Fleet   -   Videographer

4

WITNESS INDEX

Witness:                                         Page

TOMAS VAN DER HEIJDEN

    Examination by Mr. Simmons                  15

    Examination by Mr. Ghaffari                387

    Further Examination by Mr. Simmons         420

REQUEST FOR PRODUCTION

                                   Line      Page

Document request                      19        104

5

EXHIBITS INDEX

| van der Heijden Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 1 | Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Notice of 30(b)(6) Deposition of Defendant Ross Intelligence Inc. (13 pages, no Bates) | 18 |
| Exhibit 2 | Email string, with the most recent being from Kayvan Ghaffari to Miranda Means, et al., dated March 11, 2022 (1 page, no Bates) | 18 |
| Exhibit 3 | Document entitled "Powered by IBM Watson Application - Executive Summary," with metadata attached (ROSS-003705907 - 908) [Highly Confidential - Attorneys' Eyes Only] | 71 |
| Exhibit 4 | ROSS Intelligence Terms of Service, with a Last Modified date of April 28, 2020 (TR-0001142 - 153) | 87 |
| Exhibit 5 | Email string, with the most recent being from Andre Garber to Andrew Arruda, dated October 19, 2015 (ROSS-003390881 - 884) [Highly Confidential] | 100 |
| Exhibit 6 | Thomson Reuters General Terms and Conditions, as of July 2015 (WPC-0001475 - 476) [Highly Confidential] | 103 |

6

EXHIBITS INDEX

van der Heijden      Description                        Page
Exhibit No.

Exhibit 7       Email from Akash Venkat to           141
                Jimoh Ovbiagele, dated
                February 26, 2015
                (ROSS-003390586 - 587)
                [Highly Confidential]

Exhibit 8       Slack communication between          145
                Jimoh Ovbiagele and Andrew
                Arruda, dated February 17,
                2015, headed "[Slack]
                Notifications from the Ross
                Inc team for Feb 16th, 2015"
                [Highly Confidential]

Exhibit 9       Email string, with the most          149
                recent being from Thomas
                Hamilton to Andrew Arruda,
                dated May 11, 2015
                (ROSS-003390869 - 871)
                [Highly Confidential]

Exhibit 10      Email string, with the most          152
                recent being from Andrew
                Arruda to Thomas Hamilton,
                et al., dated August 6, 2015
                (ROSS-003389778 - 779)
                [Highly Confidential]

Exhibit 11      Email string, with the most          155
                recent being from Thomas
                Hamilton to Andrew Arruda,
                et al., dated September 25,
                2015
                (ROSS-003389728 - 730)
                [Confidential]

Exhibit 12      Email string, with the most          158
                recent being from Will Webb
                to Mahesh Krishnan, et al.,
                dated November 23, 2016
                (ROSS-003390101 - 105)
                [Highly Confidential]

7

EXHIBITS INDEX

| van der Heijden Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 13 | Email from Thomas Hamilton to John Fernandez, dated August 2015 (ROSS-003390233) [Highly Confidential] | 163 |
| Exhibit 14 | Email string, with the most recent being from David Houlihan to Tomas van der Heijden, et al., dated December 14, 2016 (ROSS-003390050 - 052) [Highly Confidential] | 165 |
| Exhibit 15 | Slack conversation between Tomas van der Heijden and Thomas Hamilton, headed "D1NFRAAUS: 2016-12-05" (ROSS-010241185 - 191) [Confidential] | 169 |
| Exhibit 16 | Slack conversation between Tomas van der Heijden and Sean Semmler, headed "D5A76KC75: 2017-06-29" (ROSS-010361787 - 789) [Highly Confidential - Attorneys' Eyes Only] | 171 |
| Exhibit 17 | Email string, with the most recent being from Tomas van der Heijden to Rohit Jayawardhan, dated October 23, 2017 (ROSS-003389945 - 946) [Highly Confidential] | 175 |
| Exhibit 18 | Email string, with the most recent being from Tomas van der Heijden to Rohit Jayawardhan, dated October 27, 2017 (ROSS-003389960 - 61) [Highly Confidential] | 179 |

8

EXHIBITS INDEX

| van der Heijden Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 19 | Screenshot of the Practice Areas section of the Thomson Reuters Westlaw website, and is attachment to an email in Exhibit 18 (ROSS-009706035) [Confidential] | 179 |
| Exhibit 20 | Email string, with the most recent being from Tomas van der Heijden to Ashley Stenning, dated November 21, 2017 (ROSS-003390062 - 065) [Highly Confidential] | 184 |
| Exhibit 21 | Email exchange between Charles Von Simson and Tomas van der Heijden, dated May 24, 2018 (ROSS-009601555) [Highly Confidential - Attorneys' Eyes Only] | 189 |
| Exhibit 22 | Email string, with the most recent being from Sean Shafik to Tomas van der Heijden, dated May 25, 2018 (ROSS-003390073 - 075) [Highly Confidential] | 194 |
| Exhibit 23 | Email string, with the most recent being from Tomas van der Heijden to Charles von Simson, dated May 28, 2018 (ROSS-003390071 - 072) [Highly Confidential] | 204 |

9

EXHIBITS INDEX

van der Heijden      Description                          Page
Exhibit No.

Exhibit 24       Thomson Reuters NACI (New          206
                 Account/Credit Increase)
                 Form, with the subscriber
                 being Charles von Simson,
                 dated May 30, 2018
                 (ROSS-003390024 - 025)
                 [Highly Confidential]

Exhibit 25       Email from Charles                 208
                 von Simson to Tomas van der
                 Heijden, et al., dated
                 June 5, 2018
                 (ROSS-003389931)
                 [Highly Confidential]

Exhibit 26       Document entitled "List of         208
                 20 items from Charles von
                 Simson All History," which
                 is the attachment to
                 Exhibit 25, with metadata
                 attached
                 (ROSS-003389932 - 935)
                 [Highly Confidential]

Exhibit 27       Email from Charles von             210
                 Simson to Thomas Hamilton,
                 et al., dated November 15,
                 2018
                 (ROSS-003389911)
                 [Highly Confidential]

Exhibit 28       Thomson Reuters order form         215
                 for Westlaw Edge, with the
                 account address of Charles
                 von Simson
                 (ROSS-003389928 - 930)
                 [Highly Confidential]

10

### EXHIBITS INDEX

| van der Heijden<br>Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 29 | Slack conversation between various people, dated December 5, 2018, headed "Product Feedback: 2018-12-05" (ROSS-009731365 - 369) [Highly Confidential - Attorneys' Eyes Only] | 217 |
| Exhibit 30 | Slack conversation between Tomas van der Heijden and Andrew Arruda, dated May 31, 2019, headed "mpdm-tomasvdh-findingjimoh-andrewarruda-sean.s-1: 2019-05-31" (ROSS-023018772) [Confidential] | 220 |
| Exhibit 31 | Slide deck entitled "Mini-Project 1: Legal Research Software Market," with metadata attached (ROSS-003386670 - 683) [Confidential] | 231 |
| Exhibit 32 | Email string, with the most recent being from Akash Venkat to Jimoh Ovbiagele, et al., dated October 27, 2015 (ROSS-023018166 - 167) [Confidential] | 234 |
| Exhibit 33 | Email string, with the most recent being from Sean Shafik to Andrew Arruda, et al., dated September 17, 2018 (ROSS-010151565 - 570) [Confidential] | 243 |

EXHIBIT INDEX

| van der Heijden Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 34 | Email string, with the most recent being from Scott Sperling to Thomas Hamilton, dated June 22, 2018 (ROSS-003390234 - 236) [Highly Confidential] | 256 |
| Exhibit 35 | Document entitled "ROSS v. Westlaw - Results Compared," with metadata attached (ROSS-003419039 - 041) [Highly Confidential - Attorneys' Eyes Only] | 259 |
| Exhibit 36 | Email from Tomas van der Heijden to maxim@ rossintelligence.com, dated January 15, 2019 (ROSS-003268059) [Confidential] | 266 |
| Exhibit 37 | Slide deck entitled "Judicial Interpretations of Statutes and Regulations (JI)," with metadata attached (ROSS-023018710 - 736) [Confidential] | 276 |
| Exhibit 38 | Email string, with the most recent being from Thomas Hamilton to Tariq Hafeez, et al., dated October 14, 2015 (ROSS-000271277 - 302) [Confidential] | 291 |
| Exhibit 39 | Slide deck entitled "Memoranda workflow - ROSS," produced in native format, with metadata attached (ROSS-000061913 - 61913.16) | 299 |

EXHIBITS INDEX

| van der Heijden Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 40 | Email from Sean Shafik to Tomas van der Heijden, dated April 5, 2019 (ROSS-009603341) [Highly Confidential - Attorneys' Eyes Only] | 304 |
| Exhibit 41 | Statement of Work pursuant to the Master Services Agreement, dated October 15, 2015 (ROSS-000251670 - 671) [Confidential] | 308 |
| Exhibit 42 | Email string, with the most recent being from Jimoh Ovbiagele to Tomas van der Heijden, dated December 22, 2017 (ROSS-003276744 - 745) [Confidential] | 312 |
| Exhibit 43 | Email string, with the most recent being from Thomas Hamilton to David McElhoe, dated October 30, 2015 (ROSS-003343202 - 207) [Attorneys' Eyes Only] | 313 |
| Exhibit 44 | Document headed "Memorandum #5" (LEGALEASE-00069484 - 487) | 333 |
| Exhibit 45 | Email string, with the most recent being from Tomas van der Heijden to Teri Whitehead, et al., dated November 13, 2017 (ROSS-000204366 - 367) [Confidential] | 340 |

EXHIBITS INDEX

| van der Heijden Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 46 | Email string, with the most recent being from Teri Whitehead to Tomas van der Heijden, et al., dated December 22, 2017 (ROSS-000204216 - 218) [Confidential] | 347 |
| Exhibit 47 | License Agreement between Lawriter LLD and ROSS Intelligence, Inc., effective as of October 1, 2016 (ROSS-023018180 - 183) [Confidential] | 353 |
| Exhibit 48 | Document re Fastcase potentially acquiring ROSS, headed "Audience," with metadata attached (ROSS-003695819 - 824) [Confidential] | 358 |
| Exhibit 49 | Third-party ROSS Intelligence, Inc.'s Opposition to Plaintiff's Motion to Compel Production of Documents in Response to Subpoena in the West Publishing Corporation vs. LegalEase case (ROSS-001782470 - 489) | 368 |
| Exhibit 50 | Email string, with the most recent being from Graham Toppin to Tomas van der Heijden, et al., dated February 5, 2018 (ROSS-023018279 - 281) [Confidential] | 374 |

(On the record at 9:29 a.m.)

THE VIDEOGRAPHER:  We are now on the record.  My name is Linda Fleet.  I am a videographer retained by Philadelphia.

This is a video deposition for the United States District Court for the District of Delaware.

Today's date is March 17, 2022, and the video time is 9:30 a.m.

This deposition is being held at Kirkland & Ellis, 30 St. Mary Axe, London EC3A 8AF, United Kingdom, in the matter of Thomson Reuters Enterprise Centre GmbH, versus ROSS Intelligence, Inc.

The deponent is Tomas van der Heijden.

Would all counsel please voice-identify themselves.

MR. SIMMONS:  This is Joshua Simmons from Kirkland & Ellis.  With me is Jennifer Gibbins who is also from Kirkland & Ellis.  We are here on behalf of the plaintiffs.

MR. GHAFFARI:  My name is Kayvan Ghaffari of Crowell & Moring, LLP, here on behalf of the witness and defendant/counterplaintiff ROSS Intelligence, Inc.

THE VIDEOGRAPHER:  The court reporter is Leah Willersdorf and will now swear in the witness.

                    TOMAS VAN DER HEIJDEN,

                having been duly sworn,

            was examined and testified as follows:

                EXAMINATION ON BEHALF OF

                PLAINTIFFS/COUNTERDEFENDANTS

BY MR. SIMMONS:

        Q.    Would you please state your name for the
record.

        A.    It's Tomas van der Heijden.

        Q.    And what's your address?

        A.    37 Fehrbelliner Strasse, Berlin, Germany.

        Q.    Are you currently employed?

        A.    I am, yeah.

        Q.    By what company?

        A.    It's called Briink Intelligence.

        Q.    And what do they do?

        A.    Produce sustainable finance reporting.

        Q.    What's your role at Briink Intelligence?

        A.    I'm the CEO and cofounder.

        Q.    What's your relationship to ROSS
Intelligence, the defendant in this case?

        A.    I'm a former employee.

        Q.    What was your role as an employee when you
left the company?

        A.    I was the VP Product and Legal.



309



349



415



416



417



418



445

REPORTER CERTIFICATE

I, LEAH M. WILLERSDORF, Registered Professional
Reporter, Certified Realtime Reporter, Fellow of the
British Institute of Verbatim Reporters, Qualified
Realtime Reporter Level 2, and Certified LiveNote
Reporter, do hereby certify that:

      TOMAS VAN DER HEIJDEN appeared before me on
Thursday, March 17, 2022, was sworn by me, and was
thereupon examined by counsel; that the testimony of
said witness was taken and reduced to stenotype
writing before me; that the foregoing is a true and
accurate record to the best of my knowledge, skill and
ability; that I am neither a relative nor employee of
any party to the action in which this deposition was
taken; nor am I a relative nor employee of any
attorney or counsel employed by any party thereto;
and, further, I am not financially or otherwise
interested in the outcome of the action.

      IN WITNESS WHEREOF I have hereunto set my hand
this 28th of March 2022.

_____
    LEAH M. WILLERSDORF
    RPR-CRR-FBIVR-ACR-QRR2-CLR

**Signature and Errata Sheet**
**March 17, 2022 Deposition of Tomas van der Heijden**
*Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS*
*Intelligence Inc.*

I, Tomas van der Heijden, have reviewed the attached transcript of my March 17, 2022 deposition testimony and certify, pursuant 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page/Line | Now Reads | Correction | Reason |
|---|---|---|---|
| 14:4 | Philadelphia | Lexitas | Transcription error |
| 161:12 | spoke | spoken | Transcription error |
| 182:16 | they were | then we were | Transcription error |
| 183:16 | is we | is why | Transcription error |
| 339:19 | experts, didn't | experts, you didn't | Transcription error |
| 384:10 | dispersement | disbursement | Transcription error |
| 428:19 | using for | using it for | Transcription error |
|  |  |  |  |
|  |  |  |  |

Executed on April 28, 2022, at Berlin, Germany.