EXHIBIT 84

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 20-613(LPS)
-------------------------------------------

THOMSON REUTERS ENTERPRISE CENTRE
GMBH and WEST PUBLISHING CORPORATION,

                 Plaintiffs and
                 Counter-Defendants,

   vs.

ROSS INTELLIGENCE, INC.,

                 Defendant and
                 Counter-Claimant.

-------------------------------------------


        ** HIGHLY CONFIDENTIAL **

        ** ATTORNEYS' EYES ONLY **


      REMOTE VIDEOTAPED DEPOSITION OF

         CHARLES VON SIMSON


        Tuesday, April 19, 2022

          9:00 a.m. (CT)




Reported by:

Joan Ferrara, RMR, FCRR

Job No. 2022-833145

2

April 19, 2022

9:00 a.m. (CT)


        Videotaped Deposition of CHARLES

VON SIMSON, held remotely via Zoom, before

Joan Ferrara, a Registered Merit Reporter,

Federal Certified Realtime Reporter and

Notary Public.

3

REMOTE APPEARANCES:


KIRKLAND & ELLIS LLP

Attorneys for Plaintiffs

       601 Lexington Avenue

       New York, New York 10022

BY:     ERIC A. LOVERRO, ESQ.

       MIRANDA MEANS, ESQ.



CROWELL & MORING

Attorneys for Defendant

       3 Embarcadero Center

       26th Floor

       San Francisco, California 94111

BY:     JOACHIM B. STEINBERG, ESQ.

       DALTON HUGHES, ESQ.



A L S O   P R E S E N T :

       JACOB FIGUEROA, Lexitas

        Videographer

4

```
--------------- I N D E X ---------------
```

WITNESS              EXAMINATION BY        PAGE

CHARLES VON SIMSON

                     MR. LOVERRO           7

```
--------------- EXHIBITS ---------------
```

EXHIBIT                              FOR ID.

    (PROVIDED ELECTRONICALLY TO REPORTER)

Exhibit 1   LinkedIn profile               31

Exhibit 2   "Innovation Law and Technology
            Course Descriptions 2018 to
            2019"                          46

Exhibit 3   Feehive.io's website terms of
            service                        56

Exhibit 4   5/24/18 e-mail chain          98

Exhibit 5   7/30/18 Slack conversation    104

Exhibit 6   8/20/18 Slack conversation    112

Exhibit 7   5/17/19 Slack conversation    117

Exhibit 8   5/31/19 Slack conversation    126

Exhibit 9   E-mail chain                  141

Exhibit 10  E-mail chain                  150

                        (Continued)

5

---------------- EXHIBITS ----------------

EXHIBIT                                    FOR ID.

     (PROVIDED ELECTRONICALLY TO REPORTER)


Exhibit 11   5/29/18 Slack conversation    151

Exhibit 12   6/4/18 Slack conversation     165

Exhibit 13   E-mail chain                  177

Exhibit 14   E-mail attachment             181

Exhibit 15   E-mail chain                  190

Exhibit 16   7/17/18 Slack conversation    200

Exhibit 17   E-mail thread                 206

Exhibit 18   Document                      218

Exhibit 19   9/19/18 Slack conversation    218

Exhibit 20   9/19/18 Slack conversation    220

Exhibit 21   9/19/18 Slack conversation    230

Exhibit 22   9/20/18 Slack conversation    242

Exhibit 23   Slack conversation            249

Exhibit 24   5/29/19 Slack conversation    259

Exhibit 25   6/4/19 Slack conversation     263

Exhibit 26   6/4/19 Slack conversation     265

6

        THE VIDEOGRAPHER:  Good morning.

We are on the record on April 19, 2022

at approximately 9:03 Central Time for

the remote video deposition of Charles

von Simson, in the matter of Thomson

Reuters Enterprise Centre GmbH, et

al., versus ROSS Intelligence, Inc.

        My name is Jacob Figueroa.  I am

the videographer on behalf of Lexitas.

        Will counsel please introduce

themselves for the record, who they

represent, beginning with the party

noticing this proceeding?

        MR. LOVERRO:  My name is Eric

Loverro.  I'm an attorney for Kirkland

& Ellis.  With me is also my colleague

Miranda Means.  I represent Plaintiffs

Thomson Reuters and West Publishing in

this matter.

        MR. STEINBERG:  My name is

Joachim Steinberg.  I'm an attorney

with Crowell & Moring representing

Defendant ROSS Intelligence in this

matter.  With me is my colleague

7

VON SIMSON - HIGHLY CONFIDENTIAL/AEO

    Dalton Hughes.

        THE VIDEOGRAPHER:  Will the court

    reporter please swear in the witness.

CHARLES VON SIMSON,

    called as a witness, having been duly

    sworn by a Notary Public, was examined

    and testified as follows:

EXAMINATION BY

MR. LOVERRO:

    Q.    Good morning, sir.

    A.    Good morning.

    Q.    How are you doing today?

    A.    Good.

    Q.    Could you please state your name

for the record?

    A.    Yeah, Charles von Simson.

    Q.    And could you also state your

address for the record?

    A.    28 Linwood Avenue, Buffalo, New

York 14209.

    Q.    And is that your office or is

that your home address?

    A.    That's my home address.

    Q.    And where are you located today?

86







97





118



120



134



274

           C E R T I F I C A T E

STATE OF NEW YORK      )

                       : ss.

COUNTY OF NEW YORK     )


        I, Joan Ferrara, a Notary Public

     within and for the State of New York,

     do hereby certify:

        That CHARLES VON SIMSON, the

     witness whose deposition is

     hereinbefore set forth, was duly sworn

     by me and that such deposition is a

     true record of the testimony given by

     the witness.

        I further certify that I am not

     related to any of the parties to this

     action by blood or marriage, and that I

     am in no way interested in the outcome

     of this matter.

        IN WITNESS WHEREOF, I have

     hereunto set my hand this 23rd day of

     April, 2022.

                     _____

                         Joan Ferrara

**Signature and Errata Sheet**
**April 19, 2022 Deposition of Charles von Simson**
***Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS***
***Intelligence Inc.***

I, Charles von Simson, have reviewed the attached transcript of my April 19, 2022 deposition testimony and certify, pursuant 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page:Line | Currently Reads | Correction | Reason |
|---|---|---|---|
| ███ | ███████ | ████ | ████████ |
| ███ | █████████ | ████████ | ████████ |
| ████ | ██████████ | ██████ | ████████ |
| ███ | ███████ | ██████ | ████████ |
| ███ | ██████ | ██████ | ████████ |
| ███ | ██████████ | ██████ | ██████ |
| | | | |
| | | | |
| | | | |

Executed on May 16, 2022 at Madison, WI.

By: _____