# EXHIBIT 85



January 4, 2018

Tariq Hafeez
LegalEase Solutions LLC
2301 Platt Road, Suite 20
Ann Arbor, MI 48104-5149



Thank you,
Sincerely,

Mark Haddad
Vice President, Corporate Segment
Thomson Reuters

thomsonreuters.com