# EXHIBIT 86

| | |
|---|---|
| From: | Smith, Julie L. (Legal) </O=THOMSON/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=0103315> |
| To: | Grein, Nathan (Legal) |
| Sent: | 11/28/2017 11:21:59 PM |
| Subject: | Re: Response Required: User with excessive session activity - 1003665388 LegalEase Solutions |
| Attachments: | image001.jpg |

Julie

On Nov 28, 2017, at 5:13 PM, Grein, Nathan (Legal) <nathan.grein@thomsonreuters.com> wrote:

Nathan

**From:** Smith, Julie L. (Legal)
**Sent:** Tuesday, November 28, 2017 4:48 PM
**To:** Grein, Nathan (Legal) <nathan.grein@thomsonreuters.com>; Scalise, Jeff (Legal) <jeffrey.scalise@thomsonreuters.com>
**Subject:** FW: Response Required: User with excessive session activity - 1003665388 LegalEase Solutions

Any new developments? Keep me close to what you learn please.

Thanks,

Julie





DEPOSITION EXHIBIT
Lindberg
11

CONFIDENTIAL

WPC-PRIVILEGE-0000028
TR-0179804

CONFIDENTIAL

WPC-PRIVILEGE-0000028.0001
TR-0179805



CONFIDENTIAL

WPC-PRIVILEGE-0000028.0002
TR-0179806

CONFIDENTIAL

WPC-PRIVILEGE-0000028.0003
TR-0179807



CONFIDENTIAL

WPC-PRIVILEGE-0000028.0004
TR-0179808



CONFIDENTIAL

WPC-PRIVILEGE-0000028.0005
TR-0179809



CONFIDENTIAL

WPC-PRIVILEGE-0000028.0006
TR-0179810