# EXHIBIT 87

| | |
|---|---|
| **From:** | Smith, Julie L. (Legal) </O=THOMSON/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=0103315> |
| **To:** | Jorgensen, Nikki (Legal) |
| **Sent:** | 11/17/2017 6:55:41 PM |
| **Subject:** | RE: Response Required: User with excessive session activity - 1003665388 LegalEase Solutions |

Julie

**From:** Jorgensen, Nikki (Legal)
**Sent:** Friday, November 17, 2017 12:54 PM
**To:** Smith, Julie L. (Legal); Grein, Nathan (Legal)
**Subject:** RE: Response Required: User with excessive session activity - 1003665388 LegalEase Solutions

Julie,

Nikki

**From:** Smith, Julie L. (Legal)
**Sent:** Friday, November 17, 2017 12:48 PM
**To:** Grein, Nathan (Legal)
**Cc:** Jorgensen, Nikki (Legal)
**Subject:** RE: Response Required: User with excessive session activity - 1003665388 LegalEase Solutions

Nikki,

Thanks,

Julie

**From:** Grein, Nathan (Legal)
**Sent:** Friday, November 17, 2017 12:16 PM
**To:** Smith, Julie L. (Legal)
**Subject:** FW: Response Required: User with excessive session activity - 1003665388 LegalEase Solutions



WPC-0002639
**TR-0037703**



CONFIDENTIAL

WPC-0002640
TR-0037704



CONFIDENTIAL



CONFIDENTIAL

WPC-0002642

**TR-0037706**