# EXHIBIT 88

**From:** Tario, Cameron (Legal) </O=THOMSON/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6038657CEB>
**To:** Grein, Nathan (Legal); Scalise, Jeff (Legal)
**Sent:** 11/27/2017 9:19:24 PM
**Subject:** RE: Ancillary Block | LegalEase Solutions

Hi Nathan,



Respectfully,
Cam

**Cameron J. Tario**
Inside Account Manager III



Thomson Reuters
the answer company

Phone: +1(651)244-2322
Toll Free: +1(800) 328-9352 ext. 42322
Fax: (800) 741-1414
E-fax: (651) 848-6790

How we interact with customers is important to us! Please click here to let us know about your experience
Manage your email marketing preferences here.

---

**From:** Grein, Nathan (Legal)
**Sent:** Monday, November 27, 2017 1:56 PM
**To:** Tario, Cameron (Legal); Scalise, Jeff (Legal)
**Subject:** RE: Ancillary Block | LegalEase Solutions



---

**From:** Tario, Cameron (Legal)
**Sent:** Monday, November 27, 2017 1:46 PM
**To:** Grein, Nathan (Legal) <nathan.grein@thomsonreuters.com>; Scalise, Jeff (Legal) <jeffrey.scalise@thomsonreuters.com>
**Subject:** RE: Ancillary Block | LegalEase Solutions

Hi Nathan and Jeff,

**From:** Chad Fennell <chad.fennell@clutchgroup.com>
**Sent:** Wednesday, September 27, 2017 9:40 AM
**To:** Teri Whitehead
**Cc:** Saloni Agara Dwarakanath; Gayathri Rajeev; Tariq Hafeez; Tariq Akbar; Jyothi Prasad Bislehalli; Priti Parekh; Joy Saphla
**Subject:** RE: Westlaw accounts - did you receive id's and passwords?

Hi Teri,

Regards,

Chad
Bangalore, India

**From:** Teri Whitehead [mailto:teri.whitehead@legaleasesolutions.com]
**Sent:** Wednesday, September 27, 2017 7:04 PM
**To:** Chad Fennell <chad.fennell@clutchgroup.com>
**Cc:** Saloni Agara Dwarakanath <saloni.dwarakanath@clutchgroup.com>; Gayathri Rajeev <gayathri.rajeev@legaleasesolutions.com>; Tariq Hafeez <tariq.hafeez@legaleasesolutions.com>; Tariq Akbar <tariq.akbar@legaleasesolutions.com>; Jyothi Prasad Bislehalli <prasad.bislehalli@clutchgroup.com>; Priti Parekh <Priti.Parekh@clutchgroup.com>; Joy Saphla <joy.saphla@moraeglobal.com>
**Subject:** Westlaw accounts - did you receive id's and passwords?

Hi Chad,

Thank you,
Teri

Teri Whitehead
Vice President of Global Strategy
Tel: [illegible] Fax: [illegible]
Email: teri.whitehead@legaleasesolutions.com

Much appreciated,
Cam

**Cameron J. Tario**
Inside Account Manager III



Thomson Reuters
the answer company

Phone: +1(651) 244-2322
Toll Free: +1(800) 328-9352 ext. 42322
Fax: (800) 741-1414
E-fax: (651) 848-6790

How we interact with customers is important to us! Please click here to let us know about your experience.
Manage your email marketing preferences here

---

**From:** Grein, Nathan (Legal)
**Sent:** Monday, November 27, 2017 12:19 PM
**To:** Tario, Cameron (Legal); Scalise, Jeff (Legal)
**Subject:** RE: Ancillary Block | LegalEase Solutions



---

**From:** Tario, Cameron (Legal)
**Sent:** Monday, November 27, 2017 9:56 AM
**To:** Scalise, Jeff (Legal) <jeffrey.scalise@thomsonreuters.com>; Grein, Nathan (Legal) <nathan.grein@thomsonreuters.com>
**Subject:** FW: Ancillary Block

**Cameron J. Tario**
Inside Account Manager III



Thomson Reuters
the answer company

Phone +1(651) 244-2322
Toll Free: +1(800) 328-9352 ext. 42322
Fax: (800) 741-1414
E-fax (651) 848-6700

How we interact with customers is important to us! Please click here to let us know about your experience.
Manage your email marketing preferences here

---

**From:** Tariq Hafeez [mailto:tariq.hafeez@legaleasesolutions.com]
**Sent:** Thursday, November 23, 2017 4:45 AM
**To:** Tario, Cameron (Legal)
**Subject:** Re: Ancillary Block

Cameron,



Thanks

Tariq Hafeez, Esq.
Co-founder/President
Tel: 734-274-2005 | Fax: 734-468-0102
Email: **tariq.hafeez@lgles.com**

LegalEase Solutions LLC
*The future of law*
Website | Lawstore




NOTICE OF CONFIDENTIALITY - THIS MESSAGE IS INTENDED ONLY FOR THE ADDRESSEES. It may contain privileged, confidential or proprietary information. Any unauthorized disclosure, use, copying or distribution of the contents of this message or the taking of any action on the contents of this message is strictly prohibited. If received in error, please promptly notify the sender and delete the original and all copies from your system.

LegalEase Solutions LLC provides legal support services exclusively to licensed United States attorneys. All services provided by LegalEase Solutions LLC are restricted to licensed US attorneys and are not meant for use by non-attorneys. By submitting a project to LegalEase Solutions LLC ("LegalEase"), you ("Client") represent the following: that you are a licensed United States attorney, qualified and fit to practice law in one of the 50 states of the United States; that you will independently exercise your professional judgment in reviewing any legal products or services provided to you by LegalEase; that no attorney-client privilege is formed between you and LegalEase; that you are in no way delegating your obligations and duties as a licensed attorney to LegalEase; and that you fully understand that LegalEase is not engaged in the practice of law, legal representation, or rendering legal advice.

---

**From:** Cameron.Tario@thomsonreuters.com <Cameron.Tario@thomsonreuters.com>
**Sent:** Wednesday, November 15, 2017 9:16 PM
**To:** Tariq Hafeez
**Subject:** RE: Ancillary Block

Hi Tariq,

Respectfully,
Cameron

**Cameron J. Tario**
Inside Account Manager III



Thomson Reuters
the answer company

Phone: +1(651) 244-2322
Toll Free: +1(800) 328-9352 ext. 42322
Fax: (800) 741-1414
E-fax: (651) 848-6790

How we interact with customers is important to us! Please click here to let us know about your experience.
Manage your email marketing preferences here.

---

**From:** Tariq Hafeez [mailto:tariq.hafeez@legaleasesolutions.com]
**Sent:** Wednesday, November 15, 2017 8:55 AM
**To:** Tario, Cameron (Legal)
**Subject:** Re: Ancillary Block

Cameron,

Thanks

Tariq Hafeez, Esq.
Co-founder/President
Tel: 734-274-2005 | Fax: 734-468-0102
Email: tariq.hafeez@lgles.com

**LegalEase Solutions LLC**
*The future of law*
Website | Lawstore

NOTICE OF CONFIDENTIALITY - THIS MESSAGE IS INTENDED ONLY FOR THE ADDRESSEES. It may contain privileged, confidential or proprietary information. Any unauthorized disclosure, use, copying or distribution of the contents of this message or the taking of any action on the contents of this message is strictly prohibited. If received in error, please promptly notify the sender and delete the original and all copies from your system.

LegalEase Solutions LLC provides legal support services exclusively to licensed United States attorneys. All services provided by LegalEase Solutions LLC are restricted to licensed US attorneys and are not meant for use by non-attorneys. By submitting a project to LegalEase Solutions LLC ("LegalEase"), you ("Client") represent the following: that you are a licensed United States attorney, qualified and fit to practice law in one of the 50 states of the United States; that you will independently exercise your professional judgment in reviewing any legal products or services provided to you by LegalEase; that no attorney-client privilege is formed between you and LegalEase; that you are in no way delegating your obligations and duties as a licensed attorney to LegalEase; and that you fully understand that LegalEase is not engaged in the practice of law, legal representation, or rendering legal advice.

---

**From:** Cameron.Tario@thomsonreuters.com <Cameron.Tario@thomsonreuters.com>
**Sent:** Friday, November 10, 2017 2:06 PM
**To:** Tariq Hafeez
**Subject:** Ancillary Block

Hi Tariq,

[redacted]

Respectfully,
Cameron

Cameron J. Tario
Inside Account Manager III

Thomson Reuters
the answer company
610 Opperman Drive, D4.N2144
Eagan, MN 55123
Phone: +1(651) 244-2322
Toll Free: +1(800) 328-0109 ext. 42322
Fax: (800) 314-9378
E-fax: (651) 848-6790

cameron.tario@thomsonreuters.com

To view my calendar and schedule a meeting with me click here.

How we interact with customers is important to us! Please click here to email us about your recent experience.
Manage your email marketing preferences here.