# EXHIBIT 89

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY