# EXHIBIT 90

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY