# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>          Plaintiffs/Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>          Defendants/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

### DEFENDANT'S OBJECTIONS TO EVIDENCE OFFERED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (NO. 3) ON FAIR USE AND OTHER DEFENSES (D.I. 253, 254)

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: January 30, 2023
10570458 / 20516.00001

Public Version Dated: February 6, 2023

Defendant ROSS Intelligence Inc. hereby submits these Objections to Evidence Offered in Support of Defendant's Opposition to Plaintiffs' Motion for Partial Summary Judgment (No. 3) on Fair Use and Other Defenses (D.I. 253, 254.). A party may object to material cited in support of a motion which "cannot be presented in a form that would be admissible in evidence." Fed. R. Civ. P. 56(c)(2); *Pamintuan v. Nanticoke Mem. Hosp.*, 192 F.3d 378, 387 n.13 (3d Cir. 1999); *Smith v. City of Allentown*, 589 F.3d 684, 693 (3d Cir. 2009). ROSS objects to the following:

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| D.I. 255-1, Ex. 22, ¶¶ 82, 100, 103-114, 149, & pp. 34-37, 78-89. | D.I. 254 at 3, 6, 9, 10, 17. | Opening Expert Report of Dr. Jonathan Krein (Aug. 1, 2022) | **Improper Expert Opinion.** Plaintiffs rely on Krein's report to establish facts ▮▮▮▮▮ An expert is permitted to offer their opinion, they cannot be used to establish the underlying facts. *See* FRE 702. | Sustained _____<br><br>Overruled _____ |
| D.I. 255-3, Ex. 24 at 53. | D.I. 254 at 4. | Opening Report of James Malackowski (Aug. 1, 2022) | **Improper Expert Opinion.** Plaintiffs rely on Malackowski to establish facts regarding ▮▮▮▮▮ An expert is permitted to | Sustained _____<br><br>Overruled _____ |

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | offer their opinion, they cannot be used to establish the underlying facts. *See* FRE 702. | |
| D.I. 255-3, Ex. 30 | D.I. 254 at 4. | LEGALEASE-00078065 (Best Practices Guide for ROSS Intelligence). | **Misstates the Document.** Plaintiffs rely on this document to establish ▮▮▮▮▮ (Ex. 30 at LEGALEASE-00078068). Accordingly, it does not establish copying. | Sustained _____  Overruled _____ |
| D.I. 255-4, Ex. 45 | D.I. 254 at 4. | ROSS-000304769 (email chain between ROSS and LegalEase) | **Misstates the Document.** Plaintiffs rely on this document to establish that ROSS ▮▮▮▮▮ This exhibit however, ▮▮▮▮▮. Nothing in this exhibit mentions "▮▮▮▮ | Sustained _____  Overruled _____ |

2

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| D.I. 255-4, Ex. 48 | D.I. 254 at 16. | ROSS-003382388 (data spend spreadsheet) | **Misstates the Document.** Plaintiffs rely on this document to establish that ROSS paid LegalEase over ▮▮▮. This exhibit, however, ▮▮▮ (*See* D.I. 255-1, Ex. 87 (TR-0038923, ROSS-LegalEase SOW II for bulk memo project which would conclude December 19, 2017).) Accordingly, this spread sheet ▮▮▮ | Sustained _____  Overruled \_\_\_\_\_ |
| D.I. 255-4, Ex. 57 | D.I. 254 at 4. | ROSS-003419784 (ROSS document titled "Mapping practice areas with the new Q&A data) | **Misstates the document.** Plaintiffs rely on this document to establish that ROSS ▮▮▮ This document, however, ▮▮▮ (*See* Supplemental Declaration of Jimoh Obviegele filed January 30, 2023.) Moreover, | Sustained _____  Overruled \_\_\_\_\_ |

3

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| | | | this document does not contain references to "Headnotes" or "Westlaw." | |
| D.I. 255-4, Ex. 61 | D.I. 254 at 4. | ROSS-003658597 (ROSS document titled "Case Classification") | **Misstates the document.** Plaintiffs rely on this document to establish ▇▇▇. This document, however, does not relate to the ▇▇▇. This document, ▇▇▇ (*See* Supplemental Declaration of Jimoh Obviegele filed January 30, 2023.) Additionally, this document does not contain references to "Headnotes" or "Westlaw" or "memo." | Sustained _____ Overruled _____ |
| D.I. 255-9, Ex. 88 | D.I. 254 at 13. | TR-0039808 (LegalEase email) | **Misstates the Document**. Plaintiffs rely on this document to establish that ▇▇▇ | Sustained _____ Overruled _____ |

4

| Exhibit No. | Page Number Citation | Document Description | Grounds for Objection | Ruling |
|---|---|---|---|---|
| D.I. 255-11, Ex. 103 | D.I. 254 at 4 | TR-0836004 ▇▇▇ | **Foundation.** Plaintiffs claim that this document reflects LegalEase's use of Westlaw for ROSS. Nowhere is that established.<br><br>**Misstates the Document.** Plaintiffs rely on this document to establish ▇▇▇ | Sustained _____<br><br>Overruled \_\_\_\_\_ |

ROSS respectfully requests that the Court sustain the above objections under Fed. R. Civ. P. 56 and exclude the proffered evidence.

5

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: January 30, 2023
10570458 / 20516.00001

Public Version Dated: February 6, 2023

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*