# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendants and Counterclaimant. | C.A. No. 20-613 (SB) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit redacted versions of their sealed summary judgment and *Daubert* papers originally filed on February 13, 2023 (D.I. 346-362) is extended to and including February 24, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Michael J. Flynn* <br> Jack B. Blumenfeld (#1014) <br> Michael J. Flynn (#5333) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> Tel: (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> mflynn@morrisnichols.com | By: */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs/Counterdefendants* | *Attorneys for Defendant/Counterclaimant* |

IT IS SO ORDERED this ___ day of February, 2023.

_____
United States District Judge