IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>         Plaintiffs and Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>         Defendant and Counterclaimant. | C.A. No. 20-613 (SB)<br><br>REDACTED - PUBLIC VERSION<br>Original filing date: February 13, 2023<br>Redacted filing date: February 23, 2023 |

**THIRD DECLARATION OF MIRANDA D. MEANS IN SUPPORT OF PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT (NOS. 1–3) AND MOTIONS TO EXCLUDE TESTIMONY OF CERTAIN EXPERT WITNESSES**

I, Miranda D. Means, Esq., declare as follows:

1.      I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs"). I am admitted and in good standing to practice law in the states of Massachusetts and New York, and I am admitted *pro hac vice* to practice in this District for the above-captioned case. I submit this declaration in support of Plaintiffs' Motions for Partial Summary Judgment on (No. 1) Copyright Infringement, (No. 2) Tortious Interference with Contract and Copyright Preemption, and (No. 3) Fair Use and Other Defenses and Plaintiff's Motions to Exclude Certain Testimony, Argument and Evidence from L. Karl Branting, Alan Cox, Richard Leiter and Barbara Frederiksen-Cross.

The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

2. Attached hereto as **Exhibits 116** is a true and correct copy of excerpts from the deposition of L. Karl Branting, Ph.D., held on October 19, 2022.

3. Attached hereto as **Exhibit 117** is a true and correct copy of excerpts from the deposition of Alan Cox, held on November 2, 2022.

4. Attached hereto as **Exhibit 118** is a true and correct copy of excerpts from the deposition of Barbara Frederiksen-Cross, held on November 11, 2022.

5. Attached hereto as **Exhibit 119** is a true and correct copy of excerpts from the deposition of Jonathan Krein, held on October 22, 2022.

6. Attached hereto as **Exhibit 120** is a true and correct copy of excerpts from the deposition of Richard A. Leiter, held on October 24, 2022.

7. Attached hereto as **Exhibit 121** is a true and correct copy of excerpts from the deposition of Erik Lindberg, held on March 22, 2022.

8. Attached hereto as **Exhibit 122** is a true and correct copy of excerpts from the deposition of Teri Whitehead, held on April 18, 2022.

9. On October 10, 2022, Jonathan Krein, submitted a reply expert report in this case. A true and correct copy of Appendix B to this report is attached as **Exhibit 123**.

10. On January 11, 2022, ROSS served Defendant and Counterclaimant ROSS Intelligence Inc.'s Supplemental Responses and Objections to Plaintiff's Set of Interrogatories. A true and correct copy of this document is attached as **Exhibit 124**.

11. On March 23, 2022, Thomson Reuters served Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's Second

Supplemental Responses and Objections to Defendant and Counterclaimant Ross Intelligence's Interrogatory No. 1.  A true and correct of this document is attached as **Exhibit 125**.

  12. Attached hereto as **Exhibit 126** is a true and correct copy of the document produced in this litigation with beginning bates ROSS-010164415.

  13. Attached hereto as **Exhibit 127** is a true and correct copy of the document produced in this litigation with beginning bates ROSS-023032280.

  I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 13th day of February, 2023.

               _____
                Miranda D. Means

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 13, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)