# EXHIBIT 116

1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF DELAWARE

3    - - - - - - - - - - - - - -+
                                |
4    THOMSON REUTERS ENTERPRISE  |
     CENTRE GMBH and WEST        |
5    PUBLISHING CORPORATION,     |
                                |
6          Plaintiffs,           |    Case Number:
                                |
7      vs.                       |    -----------
                                |
8    ROSS INTELLIGENCE, INC.,    |
                                |
9          Defendant.            |
                                |
10   - - - - - - - - - - - - - -+

11

12

13          Confidential Video Deposition of

14            LUTHER KARL BRANTING, Ph.D.

15            Wednesday, October 19, 2022

16                  9:01 a.m.

17

18

19

20

21

22

23   Job No. 836111

24   Reported by:  Laurie Donovan, RPR, CRR, CLR

25









# EXHIBIT 117

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF DELAWARE

 3                  C.A. No. 20-613(LPS)

 4

 5   ------------------------------------------

 6   IN RE MATTER OF:

 7   THOMSON REUTERS ENTERPRISE

 8   CENTRE GMBH and WEST PUBLISHING

 9   CORPORATION,

10            Plaintiffs and Counterdefendants

11       -vs-

12   ROSS INTELLIGENCE INC.,

13            Defendant and Counterclaimant.

14   ------------------------------------------

15

16

17

18     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19          REMOTE TESTIMONY OF ALAN COX

20         NOVEMBER 2, 2022 - 8:30 A.M. PDT

21

22

23

24     JOB NO. 2022-866214
```





# EXHIBIT 118

1

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3

4   THOMSON REUTERS ENTERPRISE      )
    CENTRE GMBH and WEST            )
5   PUBLISHING CORPORATION,         )
                                    )
6          Plaintiffs,              )
                                    )
7       vs.                         ) No. 1:20-cv-00613-UNA
                                    )
8   ROSS INTELLIGENCE INC.,         )
                                    )
9          Defendant.               )
    _____ )

10

11

12

13

14   VIDEO-RECORDED DEPOSITION OF

15   BARBARA FREDERIKSEN-CROSS, at Regus Center,

16   1050 SW Sixth Avenue, Suite 1100, Portland,

17   Oregon, commencing at 9:21 a.m. PST, on

18   Friday, November 11, 2022, before

19   Marla Sharp, RPR, CLR, CCRR, CA CSR 11924,

20   OR CSR 17-0446, WA CSR 3408.

21

22

23

24

25





# EXHIBIT 119

Highly Confidential - Attorneys' Eyes Only Pusuant to Protective Order

Page 1

1                IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF DELAWARE

3

4    THOMSON REUTERS ENTERPRISE        )
     CENTRE GMBH and WEST PUBLISHING   )
5    CORPORATION,                      )
                                       )
6      Plaintiffs/Counterdefendants,   )
                                       ) C.A. No. 20-613-LPS
7            vs.                       )
                                       ) Volume I
8    ROSS INTELLIGENCE, INC.,          )
                                       ) Pages 1 to 343
9        Defendant/Counterclaimant.    )
     _____)

10

11

12

13

14        *** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY ***

15                PURSUANT TO THE PROTECTIVE ORDER

16

17        REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF

18                        JONATHAN KREIN

19                      Salt Lake City, Utah

20                   Saturday, October 22, 2022

21

22

23

24    Reported by:
      ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25    JOB NO. 218478









# EXHIBIT 120

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF DELAWARE

 3                    C.A. No. 20-613(LPS)

 4

 5    -------------------------------------------

 6    IN RE MATTER OF:

 7    THOMSON REUTERS ENTERPRISE

 8    CENTRE GMBH and WEST PUBLISHING

 9    CORPORATION,

10              Plaintiffs and Counterdefendants

11         -vs-

12    ROSS INTELLIGENCE INC.,

13              Defendant and Counterclaimant.

14    -------------------------------------------

15

16

17

18    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

19     REMOTE TESTIMONY OF RICHARD A. LEITER

20           October 24, 2022 - 11 A.M. CDT

21

22

23

24    JOB NO. 2022-866213
```













# EXHIBIT 121

HIGHLY CONFIDENTIAL

```
 1            UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF DELAWARE

 3   _____

 4   THOMSON REUTERS ENTERPRISE

 5   CENTRE GMBH and WEST PUBLISHING

 6   CORPORATION,

 7        Plaintiffs/Counterdefendants,

 8   vs.                         Case No.

 9   ROSS INTELLIGENCE INC.,     C.A. No. 20-613-LPS

10        Defendant/Counterclaimant.

11   _____

12            ** HIGHLY CONFIDENTIAL **

13

14        VIDEOTAPED DEPOSITION OF ERIK LINDBERG

15             Tuesday, March 22, 2022

16              9:00 a.m. (Central)

17

18   PLACE:  Veritext Legal Solutions

19          150 South Fifth Street

20          Suite 1775

21          Minneapolis, Minnesota

22

23   Reported By:

24   Christine K. Herman, RPR, CRR

25   JOB No. 5129633
```

Page 1

HIGHLY CONFIDENTIAL



Page 40

HIGHLY CONFIDENTIAL



Page 42

HIGHLY CONFIDENTIAL



Page 43

HIGHLY CONFIDENTIAL



Page 51

HIGHLY CONFIDENTIAL



Page 52



Page 53

HIGHLY CONFIDENTIAL



Page 54

HIGHLY CONFIDENTIAL



Page 55

HIGHLY CONFIDENTIAL



Page 56



Page 57

HIGHLY CONFIDENTIAL



Page 66

HIGHLY CONFIDENTIAL



Page 67

HIGHLY CONFIDENTIAL



Page 68

HIGHLY CONFIDENTIAL



Page 69

HIGHLY CONFIDENTIAL



Page 70



Page 71

HIGHLY CONFIDENTIAL



Page 72

HIGHLY CONFIDENTIAL



Page  73

# EXHIBIT 122

Highly Confidential

 1          IN THE UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF DELAWARE

 3

 4    THOMSON REUTERS ENTERPRISE

 5    CENTRE GMBH and WEST PUBLISHING

 6    CORPORATION,

 7              Plaintiffs/Counterdefendants,

 8

 9      vs.          C.A. No.  20-613-LPS

10

11    ROSS INTELLIGENCE, INC.,

12              Defendant/Counterclaimant.

13    _____

14

15            HIGHLY CONFIDENTIAL

16        PURSUANT TO PROTECTIVE ORDER

17

18      VIDEOTAPED AND VIDEOCONFERENCE

19      DEPOSITION OF TERI WHITEHEAD

20

21            Monday, April 18, 2022

22

23    Reported by:

24    Denise M. Kizy, RPR, CRR, CSR-2466

25    JOB NO. 208941





# EXHIBIT 123

# **APPENDIX B**





6









17







LEGALEASE-00012558-LEGALEASE-00012559 | Tariq Hafeez | Action - Memo # 153 - C - CS.docx

















Appendix B

46





























80





92

109







Appendix B

140

































194





347

354

385













434

446











































































Appendix B



| Bates Number | Custodian | Filename |
|---|---|---|
| | | |





| Bates Number | Custodian | Filename |
|---|---|---|
| | | |





















































622

**Bates**

658

703



































| Bates | | |
|---|---|---|
| | | |











| Bates | | |
|---|---|---|







897















| Bates | | |
|---|---|---|







953





Appendix B

966

Appendix B

970





Appendix B

972

975

| Bates | | | | |
|---|---|---|---|---|

982











| Bates Number | Custodian | Filename |
|---|---|---|





1004









1034

| Bates | | | |
|---|---|---|---|
| | | | |

| Bates | | |
|---|---|---|

1069



| Bates Number | Custodian | Filename |
|---|---|---|
| | | |

| Bates Number | Custodian | Filename |
|---|---|---|

| Bates Number | Custodian | Filename |
|---|---|---|
| | | |

| Bates Number | Custodian | Filename |
|---|---|---|
| | | |



| Bates Number | Custodian | Filename |
|---|---|---|
| | | |

| Bates | | | |
|---|---|---|---|

| Bates | | | |
|---|---|---|---|

| Bates | | | |
|---|---|---|---|

| Bates | | |
|---|---|---|

| Bates | | | |
|---|---|---|---|





| Bates Number | Custodian | Filename |
|---|---|---|







1243

| Bates | | | |
|---|---|---|---|

| Bates | | | |
|---|---|---|---|



1269



| Bates Number | Custodian | Filename |
|---|---|---|
| | | |



**Bates**

| Bates Num | | |
|---|---|---|











| Bates | | |
|---|---|---|

1400































1473

















| Bates Number | Custodian | Filename |
|---|---|---|
| | | |







| Bates | | | | |
|---|---|---|---|---|













Appendix B

1543















| Bates | | |
|---|---|---|







Appendix B

1568



















1644

docx









Appendix B                                    1672







Appendix B

















































































| Bate | | | |
|------|------|------|------|



docx



docx

| Bates Number | Custodian | Filename |
|---|---|---|
| | | |

# EXHIBIT 124

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | C.A. No. 20-613-LPS |
| Plaintiffs/Counterdefendants, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | **HIGHLY CONFIDENTIAL –** |
| ROSS INTELLIGENCE INC., | ) ) | **ATTORNEYS' EYES ONLY** |
| Defendants/Counterclaimant. | ) ) ) | |

**DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' <u>FIRST SET OF INTERROGATORIES</u>**

████████████████████████████████

██████████████████████████████████

███████████████████████████████

██████████████████████████████████

████████████████████████████████

████████████████

████████████████████████████████████

██████████████████████████████████

███████████████████████████████

██████████████████████████████████

███████████████████████████████

██████████████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████



POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Kayvan M. Ghaffari
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Dated:  January 11, 2022
7553340 / 50241

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on January 11, 2022, true and correct copies of the

within document were served on the following counsel of record at the addresses and in the

manner indicated:

### <u>VIA ELECTRONIC MAIL</u>

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mflynn@mnat.com

Dale Cendali, P.C.
Joshua L. Simmons
Eric Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
dale.cendali@kirkland.com
joshua.simmons@kirkland.com
eric.loverro@kirkland.com


Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com
cameron.ginder@kirkland.com
alyssa.kalisky@kirkland.com

Megan L. McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
megan.mckeown@kirkland.com


Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
miranda.means@kirkland.com


          /s/ David E. Moore
                David E. Moore

7193230 / 50241

# EXHIBIT 125

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE          )
CENTRE GMBH and WEST PUBLISHING     )
CORPORATION,                        )
                                    )
                                    )
          Plaintiffs and            )      C.A. No. 20-613 (LPS)
          Counterdefendants,        )
                                    )
    v.                              )
                                    )
ROSS INTELLIGENCE INC.,             )
                                    )
          Defendant and             )
          Counterclaimant.          )

## PLAINTIFFS AND COUNTERDEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S INTERROGATORY NO. 1

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby supplement their responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s ("Defendant") Interrogatories, served on May 12, 2021 (the "First Set of Interrogatories" and each individually, an "Interrogatory") in the above-captioned action ("Action") as follows:

## RESPONSES AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 1:**

IDENTIFY the specific portions of the WESTLAW CONTENT that you claim is subject to copyright that ROSS INFRINGES.

**RESPONSE TO INTERROGATORY NO. 1:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrases "specific portions" and "you claim is subject to copyright" are unclear and undefined.  Plaintiffs object to this Interrogatory as overly broad, unduly burdensome, and premature to the extent that it asks Plaintiffs to identify any and all WESTLAW CONTENT owned by Plaintiffs that ROSS has infringed and continues to infringe, without ROSS first responding to Plaintiffs' discovery requests, which will narrow the focus of the parties' discovery efforts to the content actually at issue in this case.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that the First Set of Interrogatories define the term "ROSS" overly broadly as indicated in General Objection No. 15.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory to the extent that it calls for confidential information, trade secrets, or proprietary business information.  Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case.  D.I. 48.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Thomson Reuters owns copyrights in the content that is part of Westlaw that was created by Plaintiffs' attorney-editors through a rigorous editorial process.  As alleged in Plaintiffs'

Complaint, this content includes original Westlaw headnotes and the West Key Number System ("WKNS").

With regard to judicial opinions, the editorial process begins with newly published opinions being divided into different categories that are assigned a priority level by Plaintiffs' attorney-editors.  Priority cases include opinions from the United States Supreme Court, the federal courts of appeals, and the States' highest courts, along with some jurisdictions Plaintiffs have designated.  Beginning with the highest priority cases, Plaintiffs' attorney-editors carefully review the opinion to identify concepts discussed by the court that they select to call out as points of law.  Each point of law is reflected in a headnote, and each headnote will, ordinarily, contain a single point of law.  In some cases, however, multiple points of law may be included in a single headnote to compare and contrast, or to show how they operate in conjunction with each other—this is a decision left to the attorney-editors' discretion.

Many creative choices are made by Plaintiffs' attorney-editors when they create headnotes.  For example, headnotes are written to be understood standing alone—*i.e.*, no reference to the opinion or any other headnote should be necessary for it to be understood.  Thus, Plaintiffs' attorney-editors write the headnotes so that they summarize only certain, selected facts, and explain in clear language the holding of the court or contentions of the parties.  Plaintiffs' attorney-editors will also make the editorial judgment of recommending Key Number topics to assign to headnotes to integrate the new opinion into the West Key Number System.  Although Plaintiffs have created tools to assist their attorney-editors in this effort, such as the tool discussed in Plaintiffs' response to Interrogatory No. 12, which Plaintiffs incorporate hereto by reference, it is ultimately Plaintiffs' attorney-editors that arrange the headnotes in the WKNS.  Pursuant to Rule 33(d), Plaintiffs incorporate by reference the editorial manual used by Plaintiffs' attorney-editors

for creating headnotes and assigning Key Number topics during the editorial process, which was produced in this Litigation at TR-0002864–TR-0003137.

Plaintiffs' attorney-editors will also create headnotes for the various legal standards, factual holdings, and legal conclusions made by the court, create original synopses and holdings to be included at the beginning of the opinion in Westlaw, and determine which legal topics covered in the opinion and what search terms should be associated with the opinion so it may be integrated into the database of opinions on Westlaw and the WKNS.

After Plaintiffs' attorney-editors have created the headnotes and made initial recommendations of where they might be placed in the WKNS, the opinion is assigned to one or more "classifiers"—attorney-editors who are responsible for classifying headnotes in the WKNS—who actually assign Key Numbers to the headnote (including reassigning the suggested Key Number topics of the headnote writers), and/or send the case back to the original attorney-editor for further review.  Senior classifiers also will reorganize parts of the WKNS from time to time.  There is nothing that dictates how the WKNS is organized or what keywords are used to express it.

As indicated in the certificates of registration for Westlaw, Thomson Reuters does not claim copyrights in material prepared by a United States Government officer or employee as a part of that person's official duties, including without limitations government edicts, legislative enactments, judicial decisions, or similar types of official legal materials.  Pursuant to Federal Rule of Civil Procedure 33(d), Plaintiffs incorporate by reference those certificates, which were produced as Exhibit A to Plaintiffs' Complaint.  Plaintiffs also incorporate the deposit copies for those certificates, which were produced in this Litigation at TR-0003138–TR-0033981.

With regard to ROSS's infringement of Plaintiffs' content, ROSS and LegalEase Solutions, LLC ("LegalEase") have agreed to produce in this Litigation documents responsive to Plaintiffs' discovery requests, but Plaintiffs have yet to receive any such documents. Nevertheless, it is Plaintiffs' understanding that, at ROSS's request and with its knowledge and participation, LegalEase created "Memos" using Westlaw. As explained in Section 1.3 of the "Statement of Work II for ROSS Bulk Memos" that was published on May 7, 2020 by ROSS on the website available at https://medium.com/@AndrewArruda/hold-59effcd819b0, each Memo was to contain (1) a "Legal Research Question" created by LegalEase, which the SOW defines as "a question grounded in legal principles," (2) a "Reference List," which the SOW defines as "the list of Case Law included in the Memo," and (3) "a target of at least four (4) and no more than six (6) Quotes," which are defined as "an independent paragraph excerpt from Case Law." It is Plaintiffs' understanding that the questions were based on headnotes from Westlaw that were written by Plaintiffs' attorney-editors. In addition to paraphrasing the headnotes, the Memos' list of cases were selected by Plaintiffs' attorney-editors for that headnote and arranged in Plaintiffs' WKNS hierarchy. It is further Plaintiffs' understanding, based on Mr. Arruda's blog post, that ROSS used the Memos to create the ROSS platform. Pursuant to Federal Rule 33(d), the SOW is incorporated by reference herein as are the memoranda produced by ROSS in this Litigation at ROSS-000000001–ROSS-000175081.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery. In particular, once they have the opportunity to review fully the memoranda ROSS recently produced, Plaintiffs will provide a supplemental response to this Interrogatory.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2022, copies of the foregoing were caused to be served

upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire | *VIA ELECTRONIC MAIL* |
| Hercules Plaza, 6th Floor | |
| 1313 North Market Street | |
| Wilmington, DE 19801 | |
| *Attorneys for Defendant* | |

Joshua M. Rychlinski, Esquire                    *VIA ELECTRONIC MAIL*
Mark A. Klapow, Esquire
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
*Attorneys for Defendant*

Gabriel M. Ramsey, Esquire                    *VIA ELECTRONIC MAIL*
Kayvan M. Ghaffari, Esquire
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
*Attorneys for Defendant*

*/s/ Miranda D. Means*
_____
Miranda D. Means

# EXHIBIT 126



Confidential

ROSS-010164415



Confidential

ROSS-010164416

ROSS-010164417

# EXHIBIT  127



Confidential



Confidential

ROSS-023032281



Confidential

ROSS-023032282



ROSS-023032283



Confidential

ROSS-023032284



Confidential

ROSS-023032285

ROSS-023032286



ROSS-023032287



Confidential

ROSS-023032288



Confidential

ROSS-023032289



Confidential

ROSS-023032290



Confidential

ROSS-023032291

Confidential

ROSS-023032292



ROSS-023032293

ROSS-023032294



ROSS-023032295



Confidential

ROSS-023032296



ROSS-023032297

ROSS-023032298



Confidential

ROSS-023032299



Confidential

ROSS-023032300



ROSS-023032301



Confidential



ROSS-023032303



ROSS-023032304



Confidential

ROSS-023032305



Confidential

ROSS-023032306



ROSS-023032307