**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | C.A. No. 20-613-SB |
| | ) | |
| Plaintiffs/Counterdefendants, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) ) | **PUBLIC VERSION** |
| | ) | |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendants/Counterclaimant. | ) | |

**DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT
DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S REPLY IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS AFFIRMATIVE
DEFENSE OF FAIR USE**

OF COUNSEL:

Gabriel M. Ramsey
Warrington Parker
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: February 13, 2023
10252217 / 20564.00001

Public Version Dated: February 24, 2023

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS
Intelligence, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) ) | **PUBLIC VERSION** |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendants/Counterclaimant. | ) | |

**DECLARATION OF GABRIEL M. RAMSEY IN SUPPORT
DEFENDANT/COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S REPLY IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS AFFIRMATIVE
DEFENSE OF FAIR USE**

I, Gabriel M. Ramsey, declare as follows:

1.      I am a partner at Crowell & Moring, LLP, lead counsel of record for ROSS Intelligence, Inc. I am an attorney, admitted to the California and District of Columbia and have been admitted *pro hac vice* with this Court. I submit this Declaration in support of Defendant/Counterclaimant ROSS Intelligence Inc.'s ("ROSS") Reply In Support of Its Motion for Summary Judgment on Its Affirmative Defense of Fair Use.

**ROSS's Classification Spreadsheet**

2.      Below is a modified chart comparing the LPO classifications that Plaintiffs claim ROSS copied, the date those topics appeared in the West Key Number System, and the topics ROSS created as part of its classifier project.

3.      The first column represents the LPO classification topics as they appear in the LPO Classification Spreadsheet.  (*See* D.I. 281-30, Ex. 54; *see also* D.I. 281-3, Ex. 26 at . 41-43.)

1

4.      The second column shows the dates the topics in the first column were added to the West Key Number System.  (*See* D.I. 277, Exs. 4 & 5.)

5.      The third column shows the topics ROSS created as part of its Classifier Project. (*See* D.I. 278 ¶ 24.); *see also* D.I. 281-30, Ex. 54 at ROSS-010128683 ("████" tab, listing "████ ████████████"),  ROSS-000203195-ROSS-000203196,  ROSS-000177706-ROSS-000177707, ROSS-000197279-ROSS-000197280, ROSS-000177720-ROSS-000177721.



| Subset Of Topics Chosen By LegalEase For Work With ROSS and Which Plaintiffs Alleged Were Copied | Date That Topics Were Added As High Level Topics In The West Key Number System | ROSS Topics Created For The Classifier Project |
|---|---|---|



| Subset Of Topics Chosen By LegalEase For Work With ROSS and Which Plaintiffs Alleged Were Copied | Date That Topics Were Added As High Level Topics In The West Key Number System | ROSS Topics Created For The Classifier Project |
|---|---|---|



| Subset Of Topics Chosen By LegalEase For Work With ROSS and Which Plaintiffs Alleged Were Copied | Date That Topics Were Added As High Level Topics In The West Key Number System | ROSS Topics Created For The Classifier Project |
|---|---|---|

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California on February 13, 2023.


*/s/ Gabriel M. Ramsey*
Gabriel M. Ramsey