# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

March 30, 2023

The Honorable Stephanos Bibas                                              *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3570

      Re:    *Thomson Reuters Enterprise Centre GmbH, et al. v. ROSS Intelligence Inc.*,
             C.A. No. 20-613 (SB) (D. Del.)

Dear Judge Bibas,

      As requested at the discovery conference on Tuesday, I write to provide a brief update on Thomson Reuters' efforts to investigate the way in which the source code for Westlaw works. Based on discussions with Thomson Reuters' employees over the last two days, Thomson Reuters will be able to discuss a potential stipulation with ROSS, and the parties will meet and confer tomorrow, Friday, March 31.

      If the parties are unable to reach an agreement on a proposed stipulation, the parties will either propose competing stipulations by April 5 or Thomson Reuters will make its source code available for review, consistent with how ROSS's source code was produced and reviewed in the copyright case, and subject to the Protective Order entered in this case.

                                                                    Respectfully,

                                                                    Michael Flynn (# 5333)

MJF/rah

cc:    All Counsel of Record (via electronic mail)