# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

April 5, 2023

The Honorable Stephanos Bibas  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3570

Re: *Thomson Reuters Enterprise Centre GmbH, et al. v. ROSS Intelligence Inc.*,
C.A. No. 20-613 (SB) (D. Del.)

Dear Judge Bibas,

As requested at the discovery conference on March 28, I write to provide an update on the parties' efforts to resolve the source code issues discussed with the Court.

The parties have conferred on a proposed stipulation related to Plaintiffs' source code but have been unable to reach agreement about the scope of any such stipulation. In view of that impasse, Plaintiffs will make the relevant source code available for inspection consistent with the Protective Order entered in this case.

Respectfully,

Michael Flynn (# 5333)

MJF/rah

cc: All Counsel of Record (via electronic mail)