IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs and Counterdefendants, | ) ) ) |
| v. | ) C.A. No. 20-613 (SB) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendant and Counterclaimant. | ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' / Counterdefendants' Fifth Set of Interrogatories to Defendant / Counterclaimant* were caused to be served on April 11, 2023, upon the following in the manner indicated:

David E. Moore, Esquire                                             *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                             *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire  *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Michael J. Flynn*

OF COUNSEL:                      Jack B. Blumenfeld (#1014)
                              Michael J. Flynn (#5333)
Daniel E. Laytin                  1201 North Market Street
Christa C. Cottrell               P.O. Box 1347
Cameron Ginder                 Wilmington, DE  19899
Alyssa C. Kalisky                (302) 658-9200
KIRKLAND & ELLIS LLP        jblumenfeld@morrisnichols.com
300 North LaSalle                mflynn@morrisnichols.com
Chicago, IL  60654
(312) 862-2000                   *Attorneys for Plaintiffs and Counterdefendants*
                              *Thomson Reuters Enterprise Center GmbH*
April 11, 2023                    *and West Publishing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 11, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

/s/ *Michael J. Flynn*
_____
Michael J. Flynn (#5333)