IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
)
           Plaintiffs and )
           Counterdefendants, )
)   C.A. No. 20-613 (SB)
    v. )
)
ROSS INTELLIGENCE INC., )
)
           Defendant and )
           Counterclaimant. )

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiff and Counter-Defendant Thomson Reuters Enterprise Centre GmbH's Objections and Responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Notice of 30(b)(6) Deposition* and (2) *Plaintiff and Counter-Defendant West Publishing Corporation's Objections and Responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s Amended Notice of 30(b)(6) Deposition* were caused to be served on April 17, 2023, upon the following in the manner indicated:

David E. Moore, Esquire                                   *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                          *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                      *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Michael J. Flynn*
                                        _____

OF COUNSEL:                             Jack B. Blumenfeld (#1014)
                                        Michael J. Flynn (#5333)
Dale M. Cendali                         1201 North Market Street
Joshua L. Simmons                       P.O. Box 1347
Eric A. Loverro                         Wilmington, DE  19899
KIRKLAND & ELLIS LLP                    (302) 658-9200
601 Lexington Avenue                    jblumenfeld@morrisnichols.com
New York, NY  10022                     mflynn@morrisnichols.com
(212) 446-4800

Miranda D. Means                        *Attorneys for Plaintiffs and Counterdefendants*
KIRKLAND & ELLIS LLP                    *Thomson Reuters Enterprise Center GmbH*
200 Clarendon Street                    *and West Publishing Corporation*
Boston, MA 02116
(617) 385-7500

Daniel E. Laytin
Christa C. Cottrell
Alyssa C. Kalisky
Cameron Ginder
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

April 17, 2023

                                        2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2023, upon the following in the manner indicated:

David E. Moore, Esquire                                                    *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                                  *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                            *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

/s/ Michael J. Flynn
_____
Michael J. Flynn (#5333)