

1313 North Market Street
P.O. Box 951
Wilmington, DE 19801- 0951
302 984 6000
www.potteranderson.com

April 20, 2023

**VIA ELECTRONIC FILING**
The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

      Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
             C.A. No. 20-613-SB

Dear Judge Bibas:

      ROSS Intelligence, Inc. requests a briefing schedule and discovery teleconference. Thomson Reuters Enterprise Centre GmbH and West Publishing Corp. ("Plaintiffs") do not oppose this request.

      The parties held a final meet-and-confer on April 18, 2023, on whether Plaintiffs would provide a date certain on which documents would be produced and on ROSS's proposed change to the schedule. The parties have not reached an agreement and have reached an impasse.

                                                        Respectfully,

                                                         */s/ David E. Moore*

                                                         David E. Moore

DEM:nmt/10766341/20516.00001

    cc:    Counsel of record (via electronic mail)