# EXHIBIT 2

## Original 8 Custodians

| Number | Name | Role at Thomson Reuters | Years Employed at Thomson Reuters |
|--------|------|-------------------------|-----------------------------------|
| 1 | Dustin Cripe | Corporate Strategy Director | 2018-2023 (5 Years) |
| 2 | Mike Dahn | Senior Vice President & Head of Westlaw Product Management | 2000-2023 (23 Years) |
| 3 | Mark Hoffman | Finance Manager | 2004-2023 (19 Years) |
| 4 | Thomas Leighton | Vice President, Government Relations & Content Acquisition | 2008-2023 (15 Years) |
| 5 | Erik Lindberg | Senior Director, Westlaw Product Management | 1992-2023 (31 Years) |
| 6 | Andrew Martens | Senior Vice President & Global Head Legal Product & Editorial | 1993-2023 (30 Years) |
| 7 | Christine Post | Senior Director, Market Research & Competitive Intelligence | 1993-2023 (30 Years) |
| 8 | Bridgett You | Vice President Revenue Management, Mid & Global Large Law | 2006-2023 (17 Years) |

**Newly Requested 13 Custodians**

| Number | Name | Role at Thomson Reuters | Years Employed at Thomson Reuters |
|---|---|---|---|
| 1 | David Curle | Director, Enterprise Content – Technology and Innovation | 2013-2020 (7 years) |
| 2 | Benjamin (Ben) Davis | Manager. Revenue Management and Strategic Pricing | 2009-Present (13 years) |
| 3 | Jenny Deutsch | Commercial Policy Enablement Manager | 2016-2019 (6 years) |
| 4 | Aimee Doles | Marketing and Business CI Strategy Lead | 2014-2017 (7 years) |
| 5 | Joe Dvorkin | Sr. Director, Small Law Firm Proposition Strategy | 2014-2021(7 years) |
| 6 | Eric Gleason | Senior Director Strategic Pricing and Revenue Management Large Law Firm | 2008-2014 (14 years) |
| 7 | Mark Hoerr | Director of Revenue Management | 2012-Present (11 years) |
| 8 | Kati Katzenmeyer | Sr. Product Marketing Manager - Tax and Accounting | 2007-2020 (16 years) |
| 9 | Vinod Kumar | Senior Strategy Analyst | 2017-Present (5 years) |
| 10 | Maria Redmond | Sales and Client Management Director | 2000-Present (23 years) |
| 11 | Lauren Sazenski | Contractor – Technology-Commercial Engineering | 2018-2023 (7 years) |
| 12 | Rachel Vesely | Government Client Executive | 2017-Present (5 years) |
| 13 | Audrey Zhang | Legal Customer Sales & Experience Finance: Senior Financial Analyst | 2013-Present (9 years) |