# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

## NOTICE OF SUBSEQUENT DEVELOPMENT

OF COUNSEL:

Gabriel M. Ramsey
Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
Margaux Poueymirou
Anna Z. Saber
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

Shira Liu
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: (949) 263-8400

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: April 24, 2023
10771081 / 20516.00001

Public Version Dated: May 1, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

**NOTICE OF SUBSEQUENT DEVELOPMENT**

On February 21, 2023, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corp. ("Plaintiffs") produced a document that directly contradicts certain arguments made by Plaintiffs in their Motion for Partial Summary Judgment on Fair Use and in their Opposition to ROSS's Motion for Summary Judgment on Fair Use.

In their Fair Use Motion and their Opposition to ROSS's Fair Use Motion, Plaintiffs argue implicitly and explicitly that ROSS cannot prevail on the issue of fair use because LegalEase, at the behest of ROSS, copied Plaintiffs' copyrighted materials in some systematic fashion. The document produced on February 21, 2023, contradicts this argument. It reflects that, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The document is at Bates No. TRCC-00548958, and has been filed under seal with the Court as **Exhibit 1** to this notice.[1] ROSS asks this Court to consider this document when assessing Plaintiffs' asserted arguments made in the following:

---

[1] The document at issue is responsive to ROSS's RFP Nos. 35, 37, 39, and 44, served on May 12, 2021. Plaintiffs agreed on July 12, 2021, to produce documents that are responsive to these requests. **See Exhibits 2 and 3.**

- **D.I. 254**, dated December 22, 2022 (Plaintiffs' Motion for Partial Summary Judgment (No. 3) on Fair Use)

- **D.I. 317**, dated January 30, 2023 (Plaintiffs Opposition to ROSS's Motion for Summary Judgment as to Fair Use)

- **D.I. 354**, dated February 13, 2023 (Plaintiffs' Reply Brief re Motion for Partial Summary Judgment (No. 3) on Fair Use)

As well, ROSS ask this Court to consider this document when assessing ROSS's arguments made in the following:

- **D.I. 272**, dated December 22, 2022 (ROSS's Motion for Summary Judgment on its Affirmative Defense of Fair Use): pages 6 (B. "Statement of Facts"), 17-18 (C. "Factor One—Purpose and character of the use")

- **D.I. 318**, dated January 30, 2023 (ROSS's Opposition to Plaintiffs' Motion for Partial Summary Judgment on Fair Use): pages 3-4 ("Statement of Facts"), 10-12 (I.A.1.b "LegalEase Made Only Functional, Ephemeral And Intermediate Use of The Key Number System In Furtherance Of ROSS's Transformative Use")

- **D.I. 347**, dated February 13, 2023 (ROSS's Reply Brief re Motion for Summary Judgment on its Affirmative Defense of Fair Use): pages 2-3 (I. "Factor One: ROSS's Use Was Highly Transformative, Spurred New Creation And Served Important Public Interests")

OF COUNSEL:

Gabriel M. Ramsey
Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
Margaux Poueymirou
Anna Z. Saber
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Shira Liu
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: (949) 263-8400

Dated:  April 24, 2023
10771081 / 20516.00001
 Public Version Dated: May 1, 2023

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*