IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs and Counterdefendants,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-613 (SB)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER TO
TAKE DEPOSITION AFTER CLOSE OF FACT DISCOVERY**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the depositions of Andrew Arruda, Charles von Simson, and Mike Dahn in his individual capacity and as a 30(b)(6) representative will be taken on the following dates:

- Charles von Simson – May 17, 2023
- Andrew Arruda – May 19, 2023
- Mike Dahn – May 23, 2023
- West Publishing & Thomson Reuters 30(b)(6) – May 23, 2023

The reason for taking these depositions after the May 11, 2023 close of fact discovery is to accommodate both the witness's and the Parties' availability.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ Bindu A. Palapura* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiffs/Counterdefendants* | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant* |

**IT IS SO ORDERED** this _____ day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

10796267