IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs and Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**PLAINTIFFS AND COUNTERDEFENDANTS'**
**AMENDED NOTICE OF DEPOSITION TO ANDREW ARUDA**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs") will take the deposition upon oral examination of Andrew Aruda.

The deposition will begin on **May 19, 2023**, at the offices of Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104, at 9:00 a.m. PT, and will be held before a notary public or other person authorized to administer oaths in this action. The deposition will continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition may be recorded by stenographic, audio, audiovisual, video and/or real-time computer means. The deposition will be taken for purposes of discovery, use at trial or hearings, and for any other purpose permitted under the orders of the presiding Court, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

PLEASE TAKE FURTHER NOTICE THAT Plaintiffs further reserve the right to conduct this deposition remotely using secure web-based deposition service. Also take notice that the court reporter may be appearing remotely for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. Plaintiffs reserve the right to utilize electronic exhibit software during the deposition.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Michael J. Flynn* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Michael J. Flynn (#5333) |
| Dale M. Cendali | 1201 North Market Street |
| Joshua L. Simmons | P.O. Box 1347 |
| Eric A. Loverro | Wilmington, DE  19899 |
| KIRKLAND & ELLIS LLP | (302) 658-9200 |
| 601 Lexington Avenue | jblumenfeld@morrisnichols.com |
| New York, NY  10022 | mflynn@morrisnichols.com |
| (212) 446-4800 |  |
|  | *Attorneys for Plaintiffs and Counterdefendants* |
| Miranda D. Means | *Thomson Reuters Enterprise Center GmbH* |
| KIRKLAND & ELLIS LLP | *and West Publishing Corporation* |
| 200 Clarendon Street |  |
| Boston, MA 02116 |  |
| (617) 385-7500 |  |

Daniel E. Laytin
Christa C. Cottrell
Alyssa C. Kalisky
Cameron Ginder
Vanessa Barsanti
Danielle O'Neal
Jonathan Emmanuel
Lexi Wung
Erin Bishop
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

May 11, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 11, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Margaux Poueymirou, Esquire<br>Anna Z. Saber, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

Shira Liu, Esquire  *VIA ELECTRONIC MAIL*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
*Attorneys for Defendant and Counterclaimant*

        */s/ Michael J. Flynn*
        _____
        Michael J. Flynn (#5333)

2