# EXHIBIT B

# Thomson's Production Log
## Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.
### C.A. No. 20-613 (SB)

| No. | Production Volume | Production Date | Bates Range | Documents |
|---|---|---|---|---|
| 1 | TRCC_VOL_001 | 02/08/2023 | TRCC-00000001 - TRCC-00017818 | 1,152 |
| 2 | TRCC_VOL_002 | 02/14/2023 | TRCC-00017819 - TRCC-00193741 | 60,813 |
| 3 | TRCC_VOL_003 | 02/20/2023 | TRCC-00193742 - TRCC-01400181 | 356,574 |
| 4 | TRCC_VOL_004 | 02/21/2023 | TRCC-01400182 - TRCC-01541197 | 38,052 |
| 5 | TRCC_VOL_005 | 02/23/2023 | TRCC-01541198 - TRCC-01908294 | 77,337 |
| 6 | TRCC_VOL_007 | 04/14/2023 | TRCC-01908295 - TRCC-02034480 | 35,043 |
| 7 | TRCC_VOL_008 | 04/19/2023 | TRCC-02034481 - TRCC-02153837 | 35,366 |
| 8 | TRCC_VOL_009 | 04/21/2023 | TRCC-02153838 - TRCC-02412861 | 57,417 |
| 9 | TRCC_VOL_010_Downgrade | 04/24/2023 | Various | 52 |
| 10 | TRCC_VOL_011 | 04/28/2023 | TRCC-02412862 - TRCC-03543126 | 249,996 |
| 11 | TRCC_VOL_012 | 05/04/2023 | TRCC-03543127 - TRCC-04881732 | 300,727 |
| 12 | TRCC_VOL_014 | 05/08/2023 | TRCC-04881733 - TRCC-05208629 | 70,625 |
| 13 | TRCC_VOL_015 | 05/10/2023 | TRCC-05208630 - TRCC-05818275 | 141,898 |
| 14 | TRCC_VOL_017_Downgrade | 05/10/2023 | Various | 1 |
| 15 | TRCC_VOL_018 | 05/11/2023 | TRCC-05818276 - TRCC-05818338 | 7 |
| 16 | TRCC_VOL_020_Downgrade | 05/11/2023 | Various | 24 |
| | | | TOTAL | 1,425,084 |

# ROSS's Production Log
## Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.
### C.A. No. 20-613 (SB)

| No. | Production Volume | Production Date | Bates Range | Documents |
|---|---|---|---|---|
| 1 | Production 1-CC | 02/06/2023 | ROSS-023032318 - ROSS-023034199 | 384 |
| 2 | Production 2-CC | 02/06/2023 | ROSS-023034200 - ROSS-023074725 | 13,080 |
| 3 | Production 3-CC | 02/14/2023 | ROSS-023074726 - ROSS-023126666 | 12,391 |
| 4 | Production 4-CC | 02/23/2023 | ROSS-023126667 - ROSS-023131858 | 2,813 |
| 5 | Production 5-CC | 04/05/2023 | ROSS-023131859 - ROSS-023161902 | 4,371 |
| 6 | Production 6-CC | 04/07/2023 | ROSS-023161903 - ROSS-023167440 | 1,375 |
| 7 | Production 7-CC | 05/08/2023 | ROSS-023167441 - ROSS-023172108 | 1,243 |
| 8 | Production 8-CC | 05/08/2023 | ROSS-023172109 - ROSS-023207110 | 6,105 |
| 9 | Production 9-CC | 05/08/2023 | ROSS-023207111 - ROSS-023214690 | 617 |
| 10 | Production 10-CC | 05/11/2023 | ROSS-023214691 - ROSS-023214691 | 1 |
| 11 | Production 11-CC | 05/11/2023 | ROSS-023214692 - ROSS-023214761 | 8 |
|  |  |  | **TOTAL** | **42,388** |