# EXHIBIT C

| | |
|---|---|
| **From:** | Canter, Jacob <JCanter@crowell.com> |
| **Sent:** | Thursday, May 11, 2023 11:20 AM |
| **To:** | Ginder, Cameron; Barsanti, Vanessa; #Thomson-Ross; mflynn@morrisnichols.com |
| **Cc:** | ROSS-AT Team; *bpalapura@potteranderson.com; *dmoore@Potteranderson.com1; Brown, Andrew L. |
| **Subject:** | West v ROSS | Document Production |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hello Cameron and Vanessa,

ROSS has completed its document production. We ask whether Plaintiffs have completed their document production. Please respond by 1:30 PM PT today. Kind regards,

**Jacob Canter**
Pronouns: he/him/his
jcanter@crowell.com
+1.415.365.7210 direct  |  +1.415.385.3716 mobile
LinkedIn

Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, CA 94111

# Crowell
**Collaboration Powers Success**

crowell.com

This message may contain privileged and confidential information. IF IT WAS SENT TO YOU BY MISTAKE, DO NOT READ IT. Instead, please notify the sender (or postmaster@crowell.com) by reply e-mail, and delete this e-mail. Unauthorized dissemination, forwarding or copying of this e-mail is strictly prohibited.