# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs/Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on June 1, 2023, upon the following attorneys of record as indicated below:

    EXPERT REPORT OF ALAN J. COX, PH.D. **[CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

    REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT GILLIAN K. HADFIELD, J.D., PH.D. **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

    REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT JAMES D. RATLIFF, PH.D. **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

    REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT L. KARL BRANTING, J.D., PH.D. **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

    REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT DR. PETER W. MARTIN, J.D. **[HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
Vanessa Barsanti
Danielle O'Neal
Jonathan Emmanuel
Lexi Wung
Erin Bishop
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
cameron.ginder@kirkland.com
thomson-ross@kirkland.com

Dale Cendali, P.C.
Joshua L. Simmons
Eric Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
thomson-ross@kirkland.com

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
thomson-ross@kirkland.com

| | |
|---|---|
| OF COUNSEL:<br><br>Gabriel M. Ramsey<br>Warrington S. Parker III<br>Joachim B. Steinberg<br>Jacob Canter<br>Christopher J. Banks<br>Margaux Poueymirou<br>Anna Z. Saber<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA 94111<br>Tel:  (415) 986-2800<br><br>Mark A. Klapow<br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Tel:  (202) 624-2500<br><br>Shira Liu<br>CROWELL & MORING LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Tel: (949) 263-8400<br><br>Dated:  June 5, 2023<br>10853467 / 20516.00001 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Andrew L. Brown*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |