IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs and Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-613 (SB)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER TO
## TAKE DEPOSITIONS AFTER CLOSE OF EXPERT DISCOVERY

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiffs may take the depositions of Defendant's expert witnesses, Dr. Alan Cox and Dr. Gillian Hadfield, on August 9, 2023.  The reason for taking the depositions after the August 3, 2023 close of expert discovery is to accommodate the availability of the Plaintiffs, Defendant, and the witnesses.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Michael J. Flynn* | /s/ *David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs/Counterdefendants* | *Attorneys for Defendant/Counterclaimant* |

July 18, 2023

**IT IS SO ORDERED** this_____day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE