# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS AND COUNTERDEFENDANTS' EXPERT CHAD SYVERSON

Pursuant to Rule 702 of the Federal Rules of Evidence and the *Daubert* standard, ROSS Intelligence, Inc. ("ROSS") moves to exclude certain opinions of Dr. Chad Syverson that have been proffered by Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West" and, together with Thomson Reuters, "Counterdefendants") in response to the antitrust counterclaims asserted by ROSS in this case.

On August 29, 2023, I, along with Crinesha Berry and Jacob Canter of Crowell & Moring LLP, met and conferred in good faith with counsel for Plaintiffs and Counterdefendants before bringing this motion.

OF COUNSEL:

Gabriel M. Ramsey
Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
Margaux Poueymirou
Anna Z. Saber
Beatrice B. Nguyen
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel:  (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
Matthew J. McBurney
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 624-2500

Shira Liu
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: (949) 263-8400

Dated:  August 31, 2023
11006875 / 20516.00001

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*