# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>　　　　Plaintiffs/Counterdefendants,<br><br>　　v.<br><br>ROSS INTELLIGENCE INC.,<br><br>　　　　Defendant/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before this Court is Defendant and Counterclaimaint ROSS Intelligence, Inc.'s Motion to Exclude Certain Opinions of Plaintiffs and Counterdefendants' Expert Chad Syverson. This Court having heard argument, having reviewed the parties' briefs, and having reviewed the record and being otherwise advised of the matter;

IT IS ORDERED this _____ day of _____, 2023 that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the following opinions of Plaintiffs and Counterdefendants' expert Chad Syverson are excluded: (1) legal researchers' "tastes" for public law databases and legal search tools and (2) the character of legal researcher demand for separately provided public law databases and legal search tools—specifically, the extent to which legal researchers would like public law databases and legal search tools to be provided separately. (*See, e.g.*, Rebuttal Expert Report of Chad Syverson, Ph.D., dated June 22, 2023, ¶¶ 13, 21, 59, 96, and 100.)

-2-

IT IS SO ORDERED.

_____
The Honorable Stephanos Bibas
U.S. Court of Appeals for the Third Circuit

11006889/20516.00001