IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>   Plaintiffs and Counterdefendants,<br><br> v.<br><br>ROSS INTELLIGENCE INC.,<br><br>   Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-613 (SB)<br>)<br>)<br>)<br>)<br>)<br>) |

**THOMSON REUTERS' MOTION TO EXCLUDE DR. ALAN COX
AND MOTION FOR SUMMARY JUDGMENT ON
ROSS'S ANTITRUST COUNTERCLAIMS (NO. 5) – COMCAST**

  Pursuant to Federal Rule of Civil Procedure 56, Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Thomson Reuters") respectfully move to exclude certain testimony, argument, or evidence regarding the opinions of ROSS Intelligence's expert Dr. Alan Cox and for entry of summary judgment on ROSS Intelligence Inc.'s antitrust counterclaims (Counts VI, VII, and VIII).

  The grounds for this motion are set forth in Thomson Reuters' opening brief and supporting exhibits and declarations, filed concurrently. A proposed order is attached.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Michael J. Flynn (#5333) |
| Daniel E. Laytin, P.C. | 1201 North Market Street |
| Christa C. Cottrell, P.C. | P.O. Box 1347 |
| Cameron Ginder | Wilmington, DE  19899 |
| Max A. Samels | (302) 658-9200 |
| KIRKLAND & ELLIS LLP | jblumenfeld@morrisnichols.com |
| 300 North LaSalle | mflynn@morrisnichols.com |
| Chicago, IL  60654 | |
| (312) 862-2000 | *Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* |
| August 31, 2023 | |

## CERTIFICATION UNDER D. DEL. LR 7.1.1

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiffs discussed the foregoing Motion to exclude expert testimony with counsel for Defendant, who stated that Defendant opposes the requested relief.

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs and Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

## [PROPOSED] ORDER

This Court, having considered Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's (collectively, "Thomson Reuters") Motion to Exclude the Testimony of Dr. Alan Cox and Motion for Summary Judgment on ROSS Intelligence Inc.'s Antitrust Counterclaims (No. 5) – Comcast and the related briefing and argument thereto,

IT IS HEREBY ORDERED this ___ day of _____ 2023 that Thomson Reuters' Motion to Exclude the Testimony of Dr. Alan Cox and for Summary Judgment is **GRANTED**.

Date: _____    _____
                                                                         The Honorable Stephanos Bibas

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 31, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>Matthew J. McBurney, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Margaux Poueymirou, Esquire<br>Anna Z. Saber, Esquire<br>Beatrice B. Nguyen, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

<div style="float:right"><em>VIA ELECTRONIC MAIL</em></div>

Shira Liu, Esquire  
CROWELL & MORING LLP  
3 Park Plaza, 20th Floor  
Irvine, CA  92614  
*Attorneys for Defendant and Counterclaimant*

        */s/ Michael J. Flynn*
        _____
        Michael J. Flynn (#5333)