IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
 )
Plaintiffs and )
Counterdefendants, )
 )
v. ) C.A. No. 20-613 (SB)
 )
ROSS INTELLIGENCE INC., )
 )
Defendant and )
Counterclaimant. )

**THOMSON REUTERS' MOTION TO EXCLUDE
DR. JAMES RATLIFF AND DR. GILLIAN HADFIELD**

Pursuant to Federal Rule of Civil Procedure 56, Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Thomson Reuters") respectfully move to exclude certain testimony, argument, or evidence regarding the opinions of ROSS Intelligence Inc.'s experts Dr. James Ratliff and Dr. Gillian Hadfield.

The grounds for this motion are set forth in Thomson Reuters' opening brief and supporting exhibits and declarations, filed concurrently.  A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants*
*Thomson Reuters Enterprise Center GmbH and West*
*Publishing Corporation*

OF COUNSEL:

Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Cameron Ginder
Max A. Samels
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

August 31, 2023

## <u>CERTIFICATION UNDER D. DEL. LR 7.1.1</u>

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiffs made reasonable efforts to reach agreement with Defendant ROSS Intelligence, Inc. on the foregoing Motion, and ROSS's counsel has stated that it will oppose the requested relief.

*/s/ Michael J. Flynn*

_____

Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
 )
          Plaintiffs and )
          Counterdefendants, )
 )
     v. )      C.A. No. 20-613 (SB)
 )
ROSS INTELLIGENCE INC., )
 )
          Defendant and )
          Counterclaimant. )

**[PROPOSED] ORDER**

This Court, having considered Thomson Reuters Enterprise Centre GmbH and West

Publishing Corporation's (collectively, "Thomson Reuters") Motion to Exclude Dr. James Ratliff

and Dr. Gillian Hadfield and the related briefing and argument thereto,

IT IS HEREBY ORDERED this ___ day of _____ 2023 that Thomson

Reuters' Motion for Summary Judgment is **GRANTED**.

Date: _____          _____
                                                The Honorable Stephanos Bibas

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 31, 2023, upon the following in the manner indicated:

David E. Moore, Esquire                              *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
Andrew L. Brown, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                              *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
Matthew J. McBurney, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                           *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
Margaux Poueymirou, Esquire
Anna Z. Saber, Esquire
Beatrice B. Nguyen, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

Shira Liu, Esquire                                          *VIA ELECTRONIC MAIL*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
*Attorneys for Defendant and Counterclaimant*

/s/ Michael J. Flynn

_____
Michael J. Flynn (#5333)