# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs/Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED**<br><br>**PUBLIC VERSION** |

## DECLARATION OF BEATRICE B. NGUYEN IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS AND COUNTERDEFENDANTS' <u>EXPERT DR. CHAD SYVERSON</u>

OF COUNSEL:

Gabriel M. Ramsey
Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
Christopher J. Banks
Margaux Poueymirou
Anna Z. Saber
Beatrice B. Nguyen
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Mark A. Klapow
Crinesha B. Berry
Matthew J. McBurney
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Shira Liu
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Tel: (949) 263-8400

Dated:  August 31, 2023
11006854 / 20516.00001

 Public Version Dated: September 7, 2023

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) |
| Plaintiffs/Counterdefendants, | ) C.A. No. 20-613-SB<br>)<br>) **JURY TRIAL DEMANDED** |
| v. | )<br>) **FILED UNDER SEAL** |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendant/Counterclaimant. | ) |

## DECLARATION OF BEATRICE B. NGUYEN IN SUPPORT OF DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE, INC.'S MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS AND COUNTERDEFENDANTS' EXPERT DR. CHAD SYVERSON

I, Beatrice B. Nguyen, declare as follows:

1. I am a partner at Crowell & Moring, LLP, lead counsel of record for ROSS Intelligence, Inc. I am an attorney admitted to the California Bar, and I am admitted *pro hac vice* with this Court. I submit this Declaration in support of Defendant and Counterclaimant ROSS Intelligence, Inc.'s ("ROSS") Motion to Exclude Certain Opinions of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation's ("West," and together with Thomson Reuters, "Counterdefendants") Expert Dr. Chad Syverson.

2. A true and correct copy of the Rebuttal Expert Report of Chad Syverson, Ph.D., dated June 22, 2023, is attached hereto as **Exhibit A**.

3. A true and correct copy of excerpts from the transcript of Erik Lindberg's deposition on April 24, 2023, is attached hereto as **Exhibit B**.

4. A true and correct copy of excerpts from the transcript of Michael L. Dahn's deposition on May 23, 2023, is attached hereto as **Exhibit C**.

5. A true and correct copy of the Report of Defendant/Counterclaimant's Expert James D. Ratliff, Ph.D., dated May 31, 2023, is attached hereto as **Exhibit D**.

6. A true and correct copy of Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation's Responses and Objections to Defendant and Counterclaimant Ross Intelligence, Inc.'s First Set of Counterclaim Requests for Admission (No. 136), dated October 20, 2022, is attached hereto as **Exhibit E**.

7. A true and correct copy of excerpts from the transcript of Mark Hoffman's deposition on April 25, 2023, is attached hereto as **Exhibit F**.

8. A true and correct copy of Thomson Reuters General Terms and Conditions, last modified on August 2023, is attached hereto as **Exhibit G**.

9. A true and correct copy of Thomson Reuters' Westlaw Precision Slide Deck, Bates stamped TRCC-00194341, is attached hereto as **Exhibit H**.

10. A true and correct copy of an article titled "Thomson Reuters Profit Tops Estimates as It Plans AI Push," dated May 2, 2023, is attached hereto as **Exhibit I**.

11. A true and correct copy of an article titled "Thomson Reuters to Acquire Legal AI Firm Casetext for $650 Million," dated June 27, 2023, is attached hereto as **Exhibit J**.

/ / /

/ / /

/ / /

/ / /

/ / /

12. A true and correct copy of the Reply Report of Defendant/Counterclaimant's Expert James D. Ratliff, Ph.D., dated July 20, 2023, is attached hereto as **Exhibit K**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in San Francisco, California on August 31, 2023.

　　　　　　　　　　　　　　　　　　　　　*/s/ Beatrice B. Nguyen*
　　　　　　　　　　　　　　　　　　　　　　　Beatrice B. Nguyen