IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs and Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-613 (SB)<br>)<br>)  REDACTED – PUBLIC VERSION<br>)<br>)<br>) |

**DECLARATION OF MAX SAMELS IN SUPPORT OF THOMSON REUTERS'
MOTIONS FOR PARTIAL SUMMARY JUDGMENT (NOS. 1-6)**

**VOLUME 2 – EXHIBITS 31-82**

                                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                          Jack B. Blumenfeld (#1014)
                                                          Michael J. Flynn (#5333)
                                                          1201 North Market Street
                                                           P.O. Box 1347
                                                           Wilmington, DE  19899
                                                          (302) 658-9200
                                                          jblumenfeld@morrisnichols.com
                                                          mflynn@morrisnichols.com

                                                          *Attorneys for Plaintiffs and*
                                                          *Counterdefendants Thomson Reuters*
                                                          *Enterprise Center GmbH and West*
                                                          *Publishing Corporation*

Original filing date: August 31, 2023
Redacted filing date: September 14, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 31, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>Matthew J. McBurney, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Margaux Poueymirou, Esquire<br>Anna Z. Saber, Esquire<br>Beatrice B. Nguyen, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

Shira Liu, Esquire  
CROWELL & MORING LLP  
3 Park Plaza, 20th Floor  
Irvine, CA  92614  
*Attorneys for Defendant and Counterclaimant*

*VIA ELECTRONIC MAIL*

/s/ *Michael J. Flynn*  
_____  
Michael J. Flynn (#5333)