# **EXHIBIT 31**

HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs/Counterdefendants<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendant/Counterclaimant. | 1:20-cv-00613-SB<br><br>**CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |

**REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT
GILLIAN K. HADFIELD, J.D., PH.D.**

HIGHLY CONFIDENTIAL

# Table of Contents

| | | |
|---|---|---|
| I. | Qualifications | 1 |
| II. | Assignment | 3 |
| III. | Summary of opinions | 3 |
| IV. | Legal research | 4 |
| | IV.A.   For most consumers the purpose of legal research is to assemble legal authority | 5 |

i

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# **EXHIBIT 32**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | 1:20-cv-00613-SB |
| Plaintiffs/Counterdefendants | **CONFIDENTIAL, HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY** |
| v. | |
| ROSS INTELLIGENCE INC., | |
| Defendant/Counterclaimant. | |

**REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT
DR. PETER W. MARTIN, J.D.**

# Table of Contents

I.    QUALIFICATIONS ................................................................................ 1

II.   ASSIGNMENT .................................................................................... 3

III.  SUMMARY OF OPINIONS .................................................................. 3

IV.   CASELAW PUBLISHING IN THE NINETEENTH CENTURY AND
      WESTLAW'S ROAD TO DOMINANCE ............................................ 3

      IV.A.  West's Innovation: Comprehensive Coverage and Topical







1







































# EXHIBIT 33

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISHING
CORPORATION,

Plaintiffs/Counterdefendants

v.

ROSS INTELLIGENCE INC.,

Defendant/Counterclaimant.

1:20-cv-00613-SB

**CONFIDENTIAL, HIGHLY
CONFIDENTIAL – ATTORNEYS' EYES
ONLY**

**REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT
JAMES D. RATLIFF, Ph.D.**

HIGHLY CONFIDENTIAL

# Table of Contents

I.    Qualifications ................................................................................................................ 6
II.   Introduction and assignment ......................................................................................... 6
III.  Summary of opinions .................................................................................................... 7

























































































































HIGHLY CONFIDENTIAL

# **EXHIBIT 34**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISHING
CORPORATION,

Plaintiffs/Counterdefendants

v.

ROSS INTELLIGENCE INC.,

Defendant/Counterclaimant.

1:20-cv-00613-SB

**CONFIDENTIAL, HIGHLY
CONFIDENTIAL – ATTORNEYS' EYES
ONLY**

**REPLY REPORT OF DEFENDANT/COUNTERCLAIMANT'S EXPERT
JAMES D. RATLIFF, Ph.D.**

HIGHLY CONFIDENTIAL

# Table of Contents

I.    Assignment.................................................................................................................... 7
II.   Summary of opinions ................................................................................................... 7

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

HIGHLY CONFIDENTIAL

# **EXHIBIT 35**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISHING
CORPORATION,

Plaintiffs/Counterdefendants

v.

ROSS INTELLIGENCE INC.,

Defendant/Counterclaimant

1:20-cv-00613-SB

REBUTTAL EXPERT REPORT OF CHAD SYVERSON, PH.D.

JUNE 22, 2023

HIGHLY CONFIDENTIAL

## TABLE OF CONTENTS

I.    Introduction ....................................................................................................................... 1

    A.    Qualifications ........................................................................................................ 1

    B.    Allegations and Assignment ................................................................................ 1

    C.    Materials Considered........................................................................................... 4

II.    Summary of Opinions......................................................................................................... 4

III.    Background.......................................................................................................................... 7

    A.    West...................................................................................................................... 7

    B.    ROSS .................................................................................................................. 16



1



































18







21







24



25



















34



































51



53





55





























# EXHIBIT 36

ROSS          Features    Coverage    Pricing    Customers    About Us    Blog                    Log In

# Announcement

**By The Founders    -    December 11, 2020    -    ROSS News**

Case 1:20-cv-00613-SB   Document 545-1   Filed 09/14/23   Page 278 of 413 PageID #: 103101

ROSS          Features    Coverage    Pricing    Customers    About Us    Blog                    Log In



Dear customers, friends, supporters,

We have made the difficult decision to shut down operations
at ROSS Intelligence. As of Monday of this week, we have no
longer been accepting new customers. As of January 31,
2021, the ROSS platform will no longer be available. Between
now and then, our priority is to help our current customers
transition to other services.

## What happened

### Don't Miss
### Out.

Join the leading
minds in legal
tech and get the
latest news and
updates on the
law, legal
technology,

ROSS    Features    Coverage    Pricing    Customers    About Us    Blog                Log In

Since then, we've created a product that legal researchers love. We've worked with amazing partners to make legal research tasks more efficient and delightful. At every turn, we've been grateful to receive lawyers' and other legal researchers' feedback to shape ROSS's development. We've been honored to serve legal researchers in many contexts across the U.S.: lawyers in large firms and small firms; solo practitioners; students; pro se litigants; academics; librarians; and more.

In the spring of this year, Thomson Reuters and Westlaw brought a spurious lawsuit against ROSS. When the news broke, we were grateful to receive so much community support. However, just as Westlaw devised it to be, this ongoing suit has been heavy for ROSS to bear. Litigation is expensive — no matter how speculative the claims against you nor how worthy your position. With our company ensnared by this legal battle, we have been unable to raise another round of funding to fuel our development and marketing efforts. Our bank account is running out, and we must cease operations in the New Year.

## What this means for our customers

ROSS will continue to be available as it is today until January 31, 2021. Each customer will be able to export their personal data, including all data from their saved folders, beginning in January. We will be working with our customers to transition them to other services — including platforms by our friends at Fastcase, vLex and Casetext. If you are a user, please follow the instructions available in this link.

## What this means for the legal industry

We have not abandoned our vision for access to justice through the use of technology. We will continue to fight the good fight.

However, we are now pursuing that vision in the courthouse rather than the marketplace. Although we are out of funds for our operations, ROSS has insurance for our litigation costs. The company will continue as a going concern so that the



ROSS        Features      Coverage      Pricing      Customers      About Us      Blog                      Log In

We hope that by continuing in this way, the precedent this
court case sets will inspire innovation rather than shut down
competition. We must go, but we will not go gently.

Andrew Arruda, Jimoh Ovbiagele, Pargles Dall'Oglio, and the
ROSS team





ROSS

Features    Coverage    Pricing    Customers    About Us    Blog        Log In

# Popular Articles

ROSS

**ROSS NEWS**

**Enough.**

ROSS

**ROSS NEWS**

**Announcement**



AI AND THE
LAW

**ROSS
partners
with
OpenAI for
the launch
of its API**

ROSS is
working with
OpenAI to
refine their first
commercial
product. What
does that
mean for AI
and legal tech?

ROSS    Features    Coverage    Pricing    Customers    About Us    Blog            Log In

## ROSS

**Company**

**Product**

**Resources**

🐦 Twitter

About Us

Features

Contact Us

📘 Facebook

Careers

Coverage

FAQ + Support

🔗 LinkedIn

Terms of Service

Pricing

Blog

Privacy Policy

Academic Access

© ROSS Intelligence, Inc. 2014–2020

Why ROSS

What is AI

# EXHIBIT 37

**Native File to be Lodged with Court**

# This Document Produced in Native Format

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# **EXHIBIT 38**

# <u>Deposition Exhibit</u>

## Hadfield Twitter Exchanges

EXHIBIT 21



**Daniel B. Rodriguez** @DBRodriguez5 · Jan 9, 2018    ···

Plaintiff: "I can't do what they are doing. But they can do what I am doing."
Lawyer discontent with legal tech in a nutshell. Case worth watching.
@legalmosaic @ghadfield @EJWalters @DanLinna @rightbrainlaw
@AndrewArruda @ronfriedmann @NLawBizTech #legaltech

**ABA Journal** @ABAJournal · Jan 9, 2018

.@legalforcelaw has filed #UPL suits against six legal technology
companies, including @LegalZoom, @Trademarks411 and
@TrademarkEngine. Are they truly justified? The defendants disagree.
ow.ly/9vUA30hGdXe via @ABAJournal.

○ 1          ↻ 11          ♡ 11          ılıl          ⬆

TAB 41_Hadfield & Arruda Tweets.docx





TAB 41_Hadfield & Arruda Tweets.docx

 **andrew arruda** ✔ ⬛ @AndrewArruda · Oct 11, 2018   ···

So jealous missed **@ghadfield**'s visit to the Toronto office -- fun to see #LegalTech leaders hanging out with the team!

Thank you for coming in and speaking to us Gillian! @findingjimoh and I will have to be there next time you swing by!

> ◉ **ROSS** @ROSSIntel · Oct 11, 2018
>
> The ROSS team in Toronto was lucky to have the amazing @ghadfield at the office today for an awesome lunch and learn. So happy to have inspirational #LegalTech folks drop in & share their thoughts!
>
> ...We're going to change the world!



◯    ⇄ 1    ♡ 13    ᗏ    ᐞ

TAB 41_Hadfield & Arruda Tweets.docx



TAB 41_Hadfield & Arruda Tweets.docx



**Gillian Hadfield** @ghadfield · Nov 1, 2019

Jim Sandman is a hero for #A2J.

> **andrew arruda** @AndrewArruda · Oct 31, 2019
>
> "the civil justice system in America is failing. You can measure this failure in many ways...86% of civil legal problems either get inadequate legal help or no legal help at all. We need solutions that are commensurate with the crisis at hand." - @LSCtweets James Sandman
>
> #A2J

6

TAB 41_Hadfield & Arruda Tweets.docx



ti Gillian Hadfield Retweeted

andrew arruda ✓ ⬛ @AndrewArruda · Nov 15, 2019                    ...

"What makes this time any different? For starters, the legal profession is facing an unprecedented crisis in serving the needs of people with legal problems." - @IAALS

-- A push for legal regulatory form is bubbling up in Canada 🇨🇦

| | canadianlawyermag.com
Self-regulation: the end of an era? Lawyer discipline ...
The customs of the legal profession are feeling the weight of 21st-century stresses |

○          ti 6          ♡ 11          �Ill          ⬆

ti Gillian Hadfield Retweeted

andrew arruda ✓ ⬛ @AndrewArruda · Nov 20, 2019                    ...

1/2 - "The analysis says that AI will be a significant factor in the future work lives of managers, supervisors, and analysts, shaking up all sorts of white-collar work from law firms, marketing roles, and publishers to computer programming."

technologyreview.com/f/614739/ai-wi...

○ 1          ti 3          ♡ 7          Ill          ⬆

ti Gillian Hadfield Retweeted

andrew arruda ✓ ⬛ @AndrewArruda · Dec 8, 2019                    ...

"Lawyers should embrace the opportunity to use #designthinking to help enhance access to justice in a human-centred way and ensure that the legal profession remains relevant."

Mel Craig @MelCarolCraig · Dec 8, 2019
Why the legal profession should embrace user-focused design thinking in developing solutions to aid the access to justice gap #atj #designthinking #legaltech sasklawreview.ca/comment/access...

○ 1          ti 12          ♡ 21          Ill          ⬆

TAB 41_Hadfield & Arruda Tweets.docx



**Gillian Hadfield** @ghadfield · Jan 28, 2020
So proud of these legal rebels @AndrewArruda

> 🙂 **Joanna Mendoza** 🏳️‍🌈 @LegalDisruptor · Jan 28, 2020
> I always dreamed of being acknowledged as the rebel that I have been
> my entire life. I feel honored to be included with so many folks I admire.
> abajournal.com/legalrebels/ar...

💬 2      🔁 3      ♡ 9      📊      ⬆️

**Gillian Hadfield** @ghadfield · May 7, 2020
What happens when you challenge the legal ecosystem.

> 🙂 **andrew arruda** ✔️ 🅱️ @AndrewArruda · May 7, 2020
> Here's the blog post from @findingjimoh and me re: the TR lawsuit which
> goes into more depth and reproduces emails and other documents
> related to Westlaw's claims, including the Statement of Work...
>
> link.medium.com/TXWDpYRii6

💬 1      🔁 5      ♡ 9      📊      ⬆️

8

TAB 41_Hadfield & Arruda Tweets.docx



TAB 41_Hadfield & Arruda Tweets.docx



TAB 41_Hadfield & Arruda Tweets.docx



TAB 41_Hadfield & Arruda Tweets.docx





TAB 41_Hadfield & Arruda Tweets.docx



TAB 41_Hadfield & Arruda Tweets.docx



TAB 41_Hadfield & Arruda Tweets.docx

# **EXHIBIT 39**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 40**

RS 07-28-2023
J. Ratliff
10

casetext

Select Counsel    Intro Question    Why casetext    Resources    Company Research    Pricing    Log in    Free trial

# AI for the law, done right

Now lawyers can delegate substantive work to AI and trust the results, developed and backed by the pioneers in AI for the law.

**Free trial**



## The experts in legal AI

Since 2013, Casetext has led innovation in legal tech by leveraging advanced AI machine learning to build sophisticated technology for legal professionals.

## Trusted by 10,000+ law firms

Since 2013, Casetext has been making the difference for solos and small practices, Am Law 100 firms, and in-house legal departments.

DLA PIPER    SheppardMullin    ReedSmith    EVERSHEDS SUTHERLAND

      Bowman and Brooke    Ogletree Deakins     orrick

All 50 states

## Access everything you need for research

Legacy Research comes with Casetext Research, our caselaw database with all 50-state and federal cases, statutes, rules, briefs, and more. Run unlimited searches across all jurisdictions for one price.

casetext

Meet CoCounsel ∨    Why Casetext? ∨    Who we serve ∨    Resources ∨    Legacy Research    Pricing    Log in    Free research trial

## Transparent, flat-rate pricing

Pay a flat rate for unlimited searches across all jurisdictions as well as your own documents. There are no hidden fees, and you'll receive top-notch customer support. If you'd like to use any of CoCounsel's skills, simply pay on demand.

**Monthly plan**
$220/mo

**One year plan**
$110/mo

**Two year plan**
$100/mo

Try Legacy Research free

# **EXHIBIT 41**

# The World of Jim Ratliff

exciting

RS 07-28-2023
**J. Ratliff**
**16**

## Tour Jim's world

Home
Community
Academic/professional

Search Jim's world!

Powered by Google™



⊕ Click to enlarge

The Cleveland Cascade, circa 1923, on the shores of Lake Merritt

*On this page...*
Fool on a hill
Somewhat geeky/wonky
Singin' the Blue State Blues
Miscellany

## Fool on a hill

Hi! I'm Jim Ratliff. Welcome to my cyberhome.

Nonvirtually, I live on Haddon Hill, above Lake Merritt, in the wonderful city of Oakland, California — accompanied by my sweetie and wife, Eren, and our ~~two~~ *three!* wonderful kitties, Eco and Bentley — and, now, Wild Kitty!

My community, the Greater Grand Lake district, is vibrant and inspiring and filled with progressive, concerned, and active folk who individually and collectively have become very dear to me.

Oakland has much that's great, has the potential to become even greater, but is also faced by major challenges and threats. Protecting and encouraging the good, while staving off the bad, is my highest priority these days.

And my highest such highest priority is restoring the Cleveland Cascade!

*More on me and the community...*

## Somewhat geeky/wonky

A life-long academic slant steered my professional and career course.

After a physics and math double major at Oberlin, I was a physicist at the University of Texas: Austin, then an economics graduate student at UC Berkeley, followed by a professor at the University of Arizona in Tucson. Now I'm an antitrust economist in a consulting firm in San Francisco.

*More on my academic/professional background & history...*

## Singin' the Blue State Blues

In the 80s, I took to the streets to protest Ronald Reagan's immoral assault on the poor and his illegal war against the Sandinistas.

In the early 90s, I returned to protest Daddy George Bush's testosterone-fueled diversionary slaughter of Iraqi civilians and conscripts in Gulf War I.

Now in the 21st Century, it has once again been sadly necessary to return to the streets, this time to express outrage against and shame at the younger-and-dimmer Bush's outrageous, illegal, and unprovoked war against Iraq.

The 2004 election was blow-from-a-hammer disheartening. (How much of a fuck-up does a guy need to be before he gets fired?) Gone was the rationalization that W's first term arose only because he had hid his true colors. Now anyone who cared to know did know what they'd be getting, and the voters chose Bush. It's clear that there's a lot about America and Americans that I don't (or fear to) understand. My response has been to shift my focus more towards Oakland, where I know I can make a difference.

## Miscellany

What else?

I've been a principled, steadfast, and devoted Mac owner continuously since I bought my the first 128K Mac in 1984.

Eren and I have both become big fans of Art Deco architecture, furniture, art, and clothing. Oakland has terrific architectural examples. The Bay Area has a very active community of Art Deco devotees.



Me



Jon Stewart, protector of my sanity. He tells it like it is like no other, on the *Daily Show*



When I'm brave enough to stick a toe of awareness even more deeply into the national-nightmare pool, Paul Krugman (L) and Frank Rich provide great analyses that are simultaneously refreshing and depressing.

Not bad for the New York Times, the paper that did *not* bring us the WMD story when it really could have counted.



*Palm Vx* vs. *Ratliff*, Oakland 2005. 19. ... Na3+, the first of two piece sacrifices

Jim Ratliff
virtualperfection.com/jim/
jim@virtualperfection.com

# **EXHIBIT 42**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 43**

## ROSS



**EXHIBIT**

**TVDH 12**

# Scope of Coverage

All ROSS subscriptions include comprehensive coverage of United States law.

✓ **Federal case law**
(published and unpublished)

✓ **State legislation**
(all 50 states, statutes and regulations)

✓ **State case law**
(all 50 states, published and unpublished)

✓ **Federal legislation**
(statutes and regulations)

✓ **Specialty court, tribunal, and
administrative decisions**

# Full Details of Coverage

| **FEDERAL** | | **STATUTORY COVERAGE** |
|---|---|---|
| Circuit Courts of Appeals | All since 1792* | Federal and all 50 state statutes, continually and regularly updated. |
| District Courts | All since 1783 | |
| Bankruptcy Courts | All since 1979 | **REGULATORY COVERAGE** |
| | | Federal and state regulations (except |

\* The ROSS collection contains all decisions since the

**ROSS**                                                                          ☰

period and the first decade after Independence.

**STATES + DC**

| | |
|---|---|
| All States | Comprehensive set of decisions at the Supreme and Appellate court levels, starting from the first published reporter in each State. |

**ADMINISTRATIVE BOARD**

| | |
|---|---|
| Trademark Trial & Appeal Board | All since 1996 |

| | |
|---|---|
| Patent Trial & Appeal Board | Since the inception of the Patent Trial & Appeal board in 2012, and coverage of predecessor agencies in 1997. |

| | |
|---|---|
| National Labor Relations Board | All since 1935 |

| | |
|---|---|
| Federal Labor Relations Authority | All since 1978 |

**FEDERAL SPECIALTY COURTS**

**UNPUBLISHED CASES**

| | |
|---|---|
| Federal Circuit Courts of Appeals | Comprehensive Coverage Starting in 2009* |

| | |
|---|---|
| District Courts | Comprehensive Coverage Starting in 2009 |

| | |
|---|---|
| Bankruptcy Courts | Comprehensive Coverage Starting in 2009 |

| | |
|---|---|
| State Courts | Comprehensive Coverage for Most States Starting in 1995** |

** Coverage of unpublished decisions in the following states begins in 1995: VA.
** Coverage of unpublished decisions in the following states begins in 1996: MI, MN.
** Coverage of unpublished decisions in the following states begins in 1998: NJ.
** Coverage of unpublished decisions in the following states begins in 2008: MA, PA.
** Coverage of unpublished decisions in the following states begins in 2009: AK, AZ, CA, HI, ID, KY, LA, NV, NM, NY, NC, SC, TX, WA, WI.
** Coverage of unpublished decisions in the following states begins in 2011: IL.
** Coverage of unpublished decisions in the following states begins in 2016: KS.

# ROSS ☰

| | |
|---|---|
| Court of Customs and Patent Appeals | 1929-1982 |
| United States Tax Court | Since 1936 |
| United States Court of Claims | Since 1905 |
| United States Customs Courts | 1949-1980 |
| Commerce Court | 1911-1913 |
| United States Court of Appeals for the Armed Forces | Since 1994 |
| Special Court, Regional Rail Reorganization Act | 1974-2001 |
| Temporary Emergency Court of Appeals | 1972-1992 |

# ROSS

🐦 Twitter

**Company**

About Us

Careers

**Product**

Features

Coverage

**Resources**

Contact Us

FAQ + Support

ROSS

LinkedIn

Why ROSS

© ROSS Intelligence, Inc. 2014–2020

What is AI

# **EXHIBIT 44**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE          )
CENTRE GMBH and WEST PUBLISHING     )
CORPORATION,                        )
                                    )   C.A. No. 20-613-SB
    Plaintiffs/Counterdefendants,  )
                                    )   **JURY TRIAL DEMANDED**
    v.                         )
                                    )   **HIGHLY CONFIDENTIAL-**
ROSS INTELLIGENCE INC.,             )   **ATTORNEYS' EYES ONLY**
                                    )
    Defendant/Counterclaimant.     )

**DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE
INC.'S RESPONSE AND OBJECTION TO PLAINTIFFS'
<u>FIFTH SET OF INTERROGATORIES</u>**

































# **EXHIBIT 45**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) ) | |
| v. | ) ) | C.A. No. 20-613 (SB) |
| ROSS INTELLIGENCE INC., | ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**PLAINTIFFS AND COUNTERDEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S FIRST SET OF COUNTERCLAIM REQUESTS FOR ADMISSION (NO. 136)**

Pursuant to Federal Rules of Civil Procedure 26 and 36 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby respond to Defendant and Counterclaimant ROSS Intelligence Inc.'s ("Defendant") First Set of Counterclaim Requests for Admission (No. 136), served on September 20, 2022 (the "Requests" and each individually, a "Request") in the above-captioned action ("Litigation") as follows:

## GENERAL OBJECTIONS

1.      Plaintiffs' discovery and investigation in connection with this case is ongoing. Plaintiffs' response is based on information gathered as of the time of this response.  Plaintiffs reserve the right to amend or supplement their response if and when additional information is obtained.

2.      Plaintiffs object to the Request to the extent that it purports to impose obligations beyond those set forth in the Federal Rules of Civil Procedure, the Local Rules, or other applicable law.

3.      Plaintiffs object to the Request to the extent that it seeks information that is subject to the attorney-client privilege, the work-product privilege, and/or any other applicable privilege or protection.  Plaintiffs do not waive, intend to preserve, and are preserving the attorney-client privilege, the work-product privilege, and every other applicable privilege or protection with respect to any information protected by such a privilege or protection.

4.      Plaintiffs object to the Request to the extent that it seeks proprietary or confidential business information, trade secrets, or other sensitive information, or documents that contain information that is non-responsive to the Requests.  To the extent that the response requires the disclosure of any non-privileged proprietary or confidential information, trade secrets or other sensitive information, Plaintiffs will provide such information pursuant to the Protective Order governing the parties to this Litigation.  D.I. 48.  By responding to the Request, Plaintiffs do not waive, intend to preserve, and are preserving all of their rights to assert that any and all such information is confidential.  Information furnished by Plaintiffs shall be used only in connection with this Litigation and shall not be disclosed, in whole or in part, to any person or entity apart from the parties and their representatives in this Litigation, and only as permitted by the Protective Order.

5.      Plaintiffs object to the Request to the extent that it seeks information that Defendant equally may otherwise obtain from public sources, or with less burden and expense by using other means of discovery.

6.      In providing this response, Plaintiffs do not in any way waive or intend to waive, but rather are preserving and intend to preserve:

     (i)      All objections as to competency, authenticity, relevancy, materiality, and admissibility;

     (ii)     All rights to object on any grounds to the use in any subsequent proceedings of any of the responses or information contained herein, including but not limited to the right to object to the trial of this or any other action;

     (iii)    All objections as to vagueness and ambiguity; and

     (iv)    All rights to object on any grounds to any further requests.

7.      Plaintiffs object to the Request to the extent that it seeks information set forth in documents that are outside Plaintiffs' possession, custody, and control.

8.      The response below shall not be interpreted to concede the truth of any factual assertion or implication contained in the Request.  Plaintiffs' response to the Request in no way constitutes an admission or acknowledgment by Plaintiffs as to the relevancy, materiality, or admissibility of any of the information contained there, and Plaintiffs expressly reserve their rights to object as such.

9.      Plaintiffs object to the Request to the extent that it unfairly seeks to restrict the facts upon which Plaintiffs may rely at trial.  Discovery has not been completed and Plaintiffs are not necessarily in possession of all the facts and documents upon which Plaintiffs intend to rely.  The response submitted herewith is tendered to Defendant with the reservation that the response is submitted without limiting the evidence on which Plaintiffs may rely to support the contentions they may assert at the trial on this Litigation and to rebut or impeach the contentions, assertions,

and evidence that Defendant may present.  Plaintiffs reserve the right to supplement or amend this response at a future date.

10.     Plaintiffs object to the Request as overly broad to the extent that the Request defines the term "THOMSON REUTERS" to include, "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purposes of responding to the Request, Plaintiffs will construe this term to mean solely Thomson Reuters Enterprise Centre GmbH, and not any other person or entity.

11.     Plaintiffs object to the Request as overly broad to the extent that the Request defines the term "WEST" to include, "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purposes of responding to the Request, Plaintiffs will construe this term to mean solely West Publishing Corporation, and not any other person or entity.

12.     Plaintiffs object to the Request as overly broad to the extent that the Request defines the terms "YOU," "YOUR," and "PLAINTIFFS" to incorporate the definitions of the terms "THOMSON REUTERS" and "WEST."  The terms "WEST" and "THOMSON REUTERS" are improperly defined to include West Publishing Corporation's and Thomson Reuters Enterprise Centre GmbH's, "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on [their] behalf."  For the purposes of responding to the Request, Plaintiffs will construe the terms "YOU," "YOUR," and

"PLAINTIFFS" to mean solely Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, and not any other person or entity.

13.     Plaintiffs object to the Request to the extent it is not limited to the time relevant to this Litigation.

14.     Plaintiffs incorporate the foregoing General Objections into its response to the Request as set forth below.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 136:**

Admit that you have never licensed YOUR PUBLIC LAW DATABASE separately from YOUR LEGAL SEARCH TOOLS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 136:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to ROSS's definitions of Public Law Database and Legal Search Tools because they incorporate disputed questions of fact and law that will be the subject of expert testimony.  Plaintiffs further object to this Request to the extent it implies or assumes that Plaintiffs have separate Public Law Database and Legal Search Tools.  Plaintiffs deny that they have a Public Law Database separate and apart from Westlaw, a legal research platform. Plaintiffs deny that they have Legal Search Tools separate and apart from Westlaw, a legal research platform.  Plaintiffs deny that there are separate product markets or consumer demand for so-called Public Law Databases and Legal Search Tools.  Subject to, as limited by, and without waiver of the foregoing objections and denials, Plaintiffs admit that they have never offered a commercial license to a collection of judicial opinions, statutes, and regulations, separate from any search functionality.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants*
*Thomson Reuters Enterprise Center GmbH*
*and West Publishing Corporation*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Daniel E. Laytin
Christa C. Cottrell
Alyssa C. Kalisky
Cameron Ginder
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

October 20, 2022

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2022, copies of the foregoing were caused to be served upon the following in the manner indicated:

David E. Moore, Esquire                                                           *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                                        *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                                 *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

# **EXHIBIT 46**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 47**

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# **EXHIBIT 48**

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# **EXHIBIT 49**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 50**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 51**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 52**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 53**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 54**

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# **EXHIBIT 55**

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# **EXHIBIT 56**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 57**

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# **EXHIBIT 58**

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# **EXHIBIT 59**

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# **EXHIBIT 60**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 61**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **<u>EXHIBIT 62</u>**

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# **EXHIBIT 63**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 64**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 65**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 66**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 67**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 68**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 69**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 70**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 71

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 72**

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# **EXHIBIT 73**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 74**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 75**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 76

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 77**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 78

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 79

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 80

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 81

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 82

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY