# EXHIBIT 83

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 84

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 85

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 86

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 87

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 88

**Intentionally Left Blank**

# EXHIBIT 89



**2022**
# LEGAL
# TECHNOLOGY
## Survey Report

### COMBINED VOLUMES

| | |
|---|---|
| Vol. I | Online Research |
| Vol. II | Technology Basics & Security |
| Vol. III | Law Office Technology |
| Vol. IV | Marketing & Communication Technology |
| Vol. V | Litigation Technology & E-Discovery |

# 2022
# American Bar Association
# Legal Technology Survey Report

## Combined Volumes:

Vol. I: Online Research

Vol. II: Technology Basics & Security

Vol. III: Law Office Technology

Vol. IV: Marketing & Communication Technology

Vol. V: Litigation Technology & E-Discovery

**Edited by:**

Taylor Young | ABA Legal Technology Resource Center

**Sponsored by:**



*A division of Reed Elsevier Inc.*



A Thomson Reuters business



## Disclaimer

The materials contained herein represent the opinions of the authors and editors and should not be construed to be those of either the American Bar Association or the ABA Legal Technology Resource Center unless adopted pursuant to the bylaws of the Association. Nothing contained herein is to be considered as the rendering of legal advice for specific cases, and readers are responsible for obtaining such advice from their own legal counsel. These materials and any forms and agreements herein are intended for educational and informational purposes only.

The products and services mentioned in this publication are under or may be under trademark or service mark protection. Product and service names and terms are used only for completeness of the survey report and with no intention of infringement. Use of a product or service name or term in this publication should not be regarded as affecting the validity of any trademark or service mark.

## Copyright Notice

© Copyright 2022 American Bar Association. All rights reserved. This report may not be reproduced in part or whole by any means without prior written permission of the publisher. For information, send your request by mail or email to:

> Alexis Hart McDowell, Director
> Copyrights & Contracts
> American Bar Association
> 321 N. Clark Street
> Chicago, IL 60654-7598
> Email: copyright@americanbar.org

This publication and its contents are protected by copyright law. In addition, reference to the results of this survey in marketing materials, without the full context, would be inherently misleading. Accordingly, use of the results or content of this survey is strictly prohibited without the prior written permission of the American Bar Association. The American Bar Association policy does not permit endorsement of commercial products and nothing herein is intended to be and should not be interpreted as an endorsement of any product mentioned.

*ISBN 978-1-61632-924-2*

TRCC-00014351

## About the Survey Reports

*Methodology*

The American Bar Association Legal Technology Resource Center surveyed the legal profession from April through June 2022 on the use of technology in the profession. Staff of the Center developed a 289-question survey document which was divided into five separate survey questionnaires. The sample for the surveys was 35,615 ABA attorneys in private practice selected on a true $n_{th}$ name basis of ABA members in private practice.

An outside research firm distributed electronic invitations via email to $n_{th}$ selected ABA lawyer members in private practice for each the five questionnaires. The research firm received the following number of responses per questionnaire:

- Online Research: 318
- Technology Basics & Security: 311
- Law Office Technology: 331
- Marketing & Communication Technology: 322
- Litigation Technology & E-Discovery: 329

Specific results in the reports for which the total number of responses is less than 100 should be used with caution—and for informational purposes only.

*The Structure of the Report*

The 2022 ABA Legal Technology Survey Report is issued as a five-volume set of PDF files, with each PDF volume available for sale individually. They are also available as a combined version in a digital format. Each volume begins with a trend report, followed by charts and tables that appear in the same sequence as the questions appeared in the questionnaire.

This PDF contains the full contents of the five individual volumes. Volume numbers have been added to the page numbers at the bottom of each page and a combined index has been added at the end to aid in navigation.

*Additional Questions about the Survey*

If you have additional questions about the survey methodology, the exact wording of a specific question, availability of previous surveys, or other requests related to the survey, please email ltrc@americanbar.org. If you are interested in sponsoring future research by the Center, please email ltrc@americanbar.org.

*About the Legal Technology Resource Center*

The Legal Technology Resource Center is where legal professionals turn for technology information and resources. We educate the legal profession on technology use and trends through our research and educational outreach to law firms and bar associations.

We serve as a repository of technology resources and information through our website at www.lawtechnology.org and are at the forefront of emerging technology issues that impact the legal profession. The Center has performed research on the use of technology by the legal profession since the 1990s.

Taylor Young and the ABA Legal Technology Resource Center Board assisted in question development and other survey-related activities. Research USA prepared the trend reports and the executive summary and created the graphics and tables.

Email: ltrc@americanbar.org
Website: http://www.lawtechnology.org

TRCC-00014353

# Table of Contents – All Volumes

## Online Research (Volume I - Page 10)

Table of Contents ................................................................................. I-i

About the Survey Reports ................................................................. I-ii

Trend Report ...................................................................................... I-iv

Demographics .................................................................................... I-1

Demographics: Practice Areas ......................................................... I-5

Demographics: Location ................................................................... I-9

Legal Research: Generally ................................................................ I-13

Legal Research: Formats ................................................................. I-16

Use of Free Online Legal Research Resources ............................... I-29

Use of Fee-Based Online Legal Research Resources ...................... I-40

Electronic Legal Research Away from the Office ........................... I-51

Current Awareness ........................................................................... I-55

Legal Analytics .................................................................................. I-66

Artificial Intelligence ....................................................................... I-67

Index .................................................................................................. I-72

## Technology Basics & Security (Volume II - Page 129)

Table of Contents ............................................................................. II-i

About the Survey Reports ................................................................ II-ii

Trend Report ..................................................................................... II-iv

Demographics ................................................................................... II-1

Demographics: Practice Areas ........................................................ II-5

Demographics: Location .................................................................. II-9

TRCC-00014354

Technology Budget & Goals ...................................................................... II-12

Technology Training & Support .................................................................. II-26

Technology Information & Influencers ........................................................ II-37

Security: Technology Policies .................................................................... II-41

Security: Security Tools ............................................................................ II-43

Security: Security Breaches ...................................................................... II-51

Security: Viruses/Spyware/Malware .......................................................... II-53

Security: Physical Security Measures ........................................................ II-55

Security: Backup ...................................................................................... II-60

Index ....................................................................................................... II-65

## Law Office Technology (Volume III - Page 229)

Table of Contents .................................................................................... III-i

About the Survey Reports ......................................................................... III-ii

Trend Report ........................................................................................... III-iv

Demographics .......................................................................................... III-1

Demographics: Practice Areas .................................................................. III-5

Demographics: Location ........................................................................... III-9

Primary Computer .................................................................................... III-12

Hardware ................................................................................................ III-15

E-books .................................................................................................. III-16

Software: Communications ....................................................................... III-26

Software: Documents ............................................................................... III-28

Software: General Office .......................................................................... III-30

Software: Legal-Specific ........................................................................... III-33

Software: Use .......................................................................................... III-35

Software: Satisfaction .............................................................................. III-39

Software: Product Brand Names ............................................................. III-40

Electronic Fax ................................................................................... III-45

Software: Web-Based Software & Services/Cloud Computing ........................ III-48

APIs/Third-Party Data Integrations ......................................................... III-60

Extranets ......................................................................................... III-62

Index .............................................................................................. III-67

## Marketing & Communication Technology (Volume IV - Page 343)

Table of Contents ..................................................................................IV-i

About the Survey Reports ..................................................................... IV-ii

Trend Report ................................................................................... IV-iv

Demographics ................................................................................... IV-1

Demographics: Practice Areas ................................................................ IV-5

Demographics: Location ....................................................................... IV-9

Websites ........................................................................................ IV-12

E-lawyering & Virtual Law Practices ....................................................... IV-26

Blogs............................................................................................. IV-34

Social Media ................................................................................... IV-40

Law Firm Marketing .......................................................................... IV-49

Email Use ....................................................................................... IV-70

Communication Technologies ................................................................ IV-75

Index ............................................................................................ IV-85

## Litigation Technology & E-Discovery (Volume V - Page 476)

Table of Contents .............................................................................. V-i

About the Survey Reports ..................................................................... V-ii

Trend Report ................................................................................... V-iv

TRCC-00014356

Demographics ................................................................................... V-1

Demographics: Practice Areas ....................................................... V-5

Demographics: Location ................................................................. V-9

Courtroom Practice ........................................................................ V-12

Use of Mobile Devices in the Courtroom ..................................... V-14

Courtroom Training ........................................................................ V-20

Litigation Software: Availability ................................................... V-24

Litigation Software: Use ................................................................ V-26

Litigation Software: Product Brand Names .................................. V-27

Litigation Software: Purchasing ................................................... V-28

Litigation Software: Useful Features ............................................ V-31

Electronic Filing ............................................................................. V-34

Electronic Discovery ...................................................................... V-41

Index ............................................................................................... V-56

TRCC-00014357

# 2022
# American Bar Association
# Legal Technology Survey Report

# Online Research

**Sponsored by**



a division of Reed Elsevier Inc.
www.lexisnexis.com





**Joshua Poje, Research Specialist**
**Taylor Young, Research Specialist**

CONFIDENTIAL

TRCC-00014358

age group (36%), followed by respondents age 70 and older (30%).   Fifty-one percent of associates are from the 30-39 year old group, followed by respondents age 25-29 (20%).

Seventy percent of respondents are male, and 29% are female.  In terms of age, the gender gap is largest for respondents age 60 and older, with 80% of respondents being male, and 19% female. Among respondents under age 40, 56% are female and 44% are male.

**Research in the Law Firm**

Overall, respondents report that an average of 18% of their work time is spent conducting legal research.   The percentages are 20% for solo respondents, 18% for firms of 100 or more attorneys, and 17% each for firms of 2-9 and 10-49 attorneys.

Respondents admitted to the bar less than 10 years (26%), associates (24%), respondents under age 40 (24%), and in general practice (20%), on average, spend the most amount of work time conducting legal research.

Respondents are asked how often they request legal research (both legal materials and non-legal materials that are case-related) from various categories of individuals.  The following table shows regular and occasional requests for legal research by respondents for survey years 2019-2022:

| | 2022 | | 2021 | | 2020 | | 2019 | |
|---|---|---|---|---|---|---|---|---|
| | Regularly | Occasionally | Regularly | Occasionally | Regularly | Occasionally | Regularly | Occasionally |
| Other firm lawyers | 37% | 25% | 32% | 27% | 34% | 23% | 31% | 27% |
| Firm law clerks/ summer associates | 19% | 26% | 14% | 25% | 13% | 24% | 16% | 24% |
| Firm paralegals | 8% | 26% | 7% | 21% | 9% | 21% | 10% | 17% |
| Firm librarians | 4% | 12% | 6% | 12% | 4% | 10% | 4% | 10% |
| Outside researchers | 2% | 8% | 2% | 9% | 2% | 8% | 2% | 10% |

Firms of 10-49 attorneys (51%, compared with 37% in 2021, 46% in 2020, and 52% in 2019) most often report regularly requesting legal research from other firm lawyers, followed by firms of 100 or more attorneys (40%, compared with 50% in 2021, 48% in 2020, and 54% in 2019), and 2-9 attorneys (30%, compared with 38% in 2021, 37% in 2020, and 28% in 2019), compared to 3% of solo firms.

Nineteen percent of respondents from all firm sizes report regularly requesting legal research from firm law clerks/summer associates: 26% from firms of 10-49 attorneys (compared with 13% in 2021, 21% in 2020, and 32% in 2019), 17% from firms of 2-9 attorneys (compared with 16% in 2021, 11% in 2020, and 14% in 2019), 16% from firms of 100 or more attorneys (compared with 22% in 2021, 14% in 2020, and 22% in 2019), and 3% of solo respondents.

CONFIDENTIAL                              TRCC-00014367

Eight percent of respondents report regularly requesting legal research from firm paralegals: 9% from firms of 10-49 attorneys (compared with 8% in 2021, 10% in 2020, and 14% in 2019), 9% from firms of 100 or more attorneys (compared to 7% in 2021, 13% in 2020, and 12% in 2019, and 9% in 2018), 8% from firms of 2-9 attorneys (compared with 7% in 2021, 8% in 2020, and 10% in 2019), in contrast with 0% of solo respondents (compared with 7% in 2021, 6% in 2020, and 3% in 2019).

Overall, 4% of respondents report regularly requesting legal research from firm librarians. Fifteen percent of respondents from firms of 100 or more attorneys regularly request legal research from firm librarians in contrast with 0% each from firms of 2-9 and 10-49 attorneys, and 3% of solo respondents.

Solo respondents are the most likely to report *occasionally* requesting legal research from outside researchers (22%, compared with 17% in 2021, 15% in 2020, and 16% in 2019), followed by 12% of respondents from firms of 2-9 attorneys, and 3% each of respondents from firms of 10-49 and 100 or more attorneys.

**Research Formats**

Respondents were asked how often they use particular formats for legal research.  Respondents most frequently report using fee-based Internet/online services, followed by free Internet/online services, and print materials regularly for legal research.  The following table shows respondents' regular and occasional usage of specific formats for their legal research for survey years 2019-2022:

|  | **2022** | | **2021** | | **2020** | | **2019** | |
|---|---|---|---|---|---|---|---|---|
|  | Regularly | Occasionally | Regularly | Occasionally | Regularly | Occasionally | Regularly | Occasionally |
| Fee-based Internet/ online services | 65% | 17% | 60% | 16% | 56% | 19% | 57% | 17% |
| Free Internet/ online services | 56% | 29% | 59% | 31% | 59% | 29% | 65% | 25% |
| Print materials | 35% | 33% | 37% | 34% | 40% | 31% | 44% | 32% |
| E-book[1] | 9% | 20% | 8% | 28% | 6% | 20% | * | * |
| Removable media | 5% | 15% | 8% | 19% | 7% | 18% | 6% | 17% |

---

[1] E-book reader was added to the 2020 questionnaire as a format for legal research.

CONFIDENTIAL                                                                     TRCC-00014368

Sixty-five percent of all respondents regularly use fee-based Internet/online services for legal research and 17% occasionally use this resource. Seven percent of respondents report that they never use fee-based online services for legal research.



Respondents from firms of 2-9 attorneys are the most likely to report that they regularly use fee-based Internet/online services for legal research (77%), and solo respondents are the least likely (45%).  Out of the leading primary practice areas, respondents who report the following as primary practice areas are the most likely to report regularly using Internet/online services that are fee-based: commercial litigation (88%), real estate litigation (86%), general practice (83%), litigation (82%), and personal injury (80%).

Respondents age 40-49 years old (87%, compared with 76% in 2021, 74% in 2020, and 75% in 2019) are the most likely to report regularly using fee-based online services for legal research, followed by 71% who are under age 40 (compared with 68% in 2021, 80% in 2020, and 74% in 2019), 70% of respondents age 50-59 years old (compared with 71% in 2021, 51% in 2020, and 57% in 2019), and 60% of respondents 60 years old and over (compared with 52% in 2021, 49% in 2020, and 51% in 2019).

CONFIDENTIAL                                                                                          TRCC-00014369

Seven percent of respondents from firms of 2-9 attorneys report using print materials first when starting a research project, followed by 6% from firms of 10-49, 4% of solo attorneys, and 2% from firms of 100 or more attorneys.

**Use of Free Online Legal Research Resources**

Ninety-one percent of all respondents report that they use free online resources to conduct legal research.



Respondents were asked how satisfied they are with particular features or characteristics of free online legal research resources.  The following table shows respondents' level of satisfaction ("very" and "somewhat") with particular features or characteristics of free online legal research resources for years 2019-2022:

| | **2022** | | **2021** | | **2020** | | **2019** | |
| | Very satisfied | Somewhat satisfied | Very satisfied | Somewhat satisfied | Very satisfied | Somewhat satisfied | Very satisfied | Somewhat satisfied |
|---|---|---|---|---|---|---|---|---|
| Ability to ascertain credentials of author or publisher | 19% | 66% | 17% | 64% | 13% | 68% | 16% | 66% |
| Availability of advanced search options | 10% | 52% | 11% | 49% | 11% | 49% | 13% | 52% |
| Depth of coverage | 12% | 56% | 12% | 62% | 10% | 62% | 11% | 63% |
| Ability to search multiple databases simultaneously | 10% | 42% | 9% | 45% | 10% | 43% | 13% | 39% |
| User-friendliness | 19% | 59% | 18% | 61% | 16% | 59% | 19% | 57% |
| Citator system to verify if a case is still good law | 7% | 30% | 7% | 27% | 6% | 29% | 8% | 28% |

CONFIDENTIAL                                                                                                  TRCC-00014379

The highest responses for five of the six characteristics are in the "somewhat satisfied" category: 66% with the ability to ascertain the credentials of the author or publisher, 59% are somewhat satisfied with user-friendliness, 56% with depth of coverage, 52% with the availability of advanced search options, and 42% with the ability to search multiple databases simultaneously.

Solo respondents are most likely to report being very satisfied with the following characteristic of free online legal research resources: ability to ascertain credentials of author or publisher (25%). Respondents from firms of 2-9 attorneys are most likely to report being very satisfied with the user-friendliness of free online legal research resources (32%), depth of coverage and ability to search multiple databases simultaneously (19% each), availability of advanced search options (17%), and citator system to verify if a case is still good law (12%).

Respondents who use free online resources were asked which free websites they use for legal research:

**Free Websites Used for Legal Research**

The following table shows the percentage of respondents who use the leading free websites for legal research by firm size for years 2021 and 2022:

| | Solo | | 2-9 attorneys | | 10-49 attorneys | | 100 or more attorneys | |
|---|---|---|---|---|---|---|---|---|
| | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 | 2022 | 2021 |
| Government website | 63% | 68% | 57% | 61% | 62% | 68% | 68% | 63% |
| FindLaw | 67% | 49% | 55% | 67% | 59% | 59% | 52% | 55% |
| Cornell's Legal Information Institute | 50% | 43% | 52% | 44% | 53% | 70% | 59% | 69% |
| Google Scholar | 46% | 41% | 33% | 34% | 32% | 36% | 52% | 31% |
| Fastcase | 67% | 41% | 40% | 39% | 32% | 17% | 20% | 19% |
| Casetext | 13% | 13% | 15% | 30% | 24% | 15% | 29% | 21% |
| Casemaker | 38% | 21% | 10% | 20% | 14% | 17% | 5% | 3% |

CONFIDENTIAL

TRCC-00014380

Respondents who use free online resources to conduct legal research were asked which one free website they use most often for legal research.  The following chart shows the leading websites reported by respondents as used most often for legal research for years 2019-2022:



Thirty-three percent of respondents from firms of 2-9 attorneys report using government websites as the free website they use most often for legal research, followed by 30% from firms of 100 or more attorneys, and 19% from firms of 10-49 attorneys, in contrast with 0% of solo firms.

Twenty-nine percent of solo attorneys report Cornell's Legal Information Institute as the free website they use most often for legal research, followed by 25% from firms of 10-49 attorneys, 22% from firms of 2-9 attorneys, and 20% from firms of 100 or more attorneys.

Thirty-three percent of solo attorneys report FindLaw as the free website they use most often for legal research, followed by 21% from firms of 10-49 attorneys, 17% from firms of 100 or more, and 14% from firms of 2-9 attorneys.

Fifteen percent of attorneys from firms of 100 or more report Google Scholar as the free website they use most often for legal research, followed by 13% from firms of 10-49 attorneys, 9% from firms of 2-9 attorneys, and 8% of solo attorneys.

Twenty-five percent of respondents from solo firms report Fastcase as the free website they use most often for legal research, followed by 14% of respondents from firms of 2-9 attorneys, 11% of respondents from firms of 10-49, and 4% from firms of 100 or more attorneys.

Thirty-five percent of respondents report accessing free websites for legal research via a bar association (compared with 41% in 2021, and 47% in 2020 and 2019).  Solo firms are most likely to access free websites via a bar association (67%, compared with 58% in 2021, 64% in 2020, and 65% in 2019), followed by 40% from firms of 10-49 attorneys (compared with 32% in 2021, 34% in 2020, and 29% in 2019), 38% from firms of 2-9 attorneys (compared with 48% in 2021, 54% in 2020, and 51% in 2019), in contrast with 17% from firms of 100 or more attorneys.

CONFIDENTIAL                                                                                              TRCC-00014381

# EXHIBIT 90

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 91

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 92

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 93

# The real impact of using artificial intelligence in legal research

A study conducted by the attorneys of the
National Legal Research Group, Inc.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00699600

# Executive Summary

- This study explores the effect that using artificial intelligence (A.I.)-powered legal research platforms has on the efficiency and quality of research results.

- The study compared attorneys using a traditional legal research platform, LexisNexis®, and Casetext CARA A.I. to complete actual legal research exercises.

- The study was conducted by 20 lawyers from the National Legal Research Group, the country's premier provider of legal research and writing services for law firms and attorneys. The attorney participants from the National Legal Research Group focus almost exclusively on legal research. These attorneys had an average of 25 years in practice.

- Attorneys using Casetext CARA A.I. search finished research projects on average 24.5% faster than attorneys using traditional legal research. For the average attorney, switching to Casetext and using CARA A.I. would save them 132-210 hours of legal research per year.

- Attorneys using Casetext CARA A.I. to search also found that their results were on average 21% more relevant than those found doing traditional legal research. Indeed, results found on Casetext were on average better in every dimension of relevance judged in the study, including legal relevance, factual relevance, similar parties, jurisdiction, and procedural posture.

- Nearly half (45%) of the attorneys believed they would have missed important or critical precedents if they had only done traditional legal research instead of also using Casetext CARA A.I. to find cases.

- Three quarters (75%) of the attorneys preferred their research experience on Casetext over LexisNexis®, even though it was only their first experience researching with Casetext.

- Every attorney in the study (100%) believed that, if they were to use another research system as their primary research tool, having access to Casetext as well would be helpful.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                        TRCC-00699601

**Table of contents**

Executive Summary                                                                              1

Introduction                                                                                   2

Methodology                                                                                    3

Results                                                                                        4

    1. Attorneys complete their research 24.5% faster using Casetext        4
CARA A.I. compared to LexisNexis®

        A. Attorneys with fewer years of experience showed even
greater efficiency gains by using Casetext CARA A.I. compared
to those with 20+ years in practice

        B. Attorneys who use CARA A.I. will save between 132 to 210    5
hours a year on legal research

    2. Attorneys using Casetext CARA A.I. ran 4.4x fewer searches             6

    3. Attorneys using Casetext CARA A.I. rated search results 20.8%         6
more relevant than those on LexisNexis®

    4. Nearly half of the attorneys (45%) believed they would miss         7
important cases if they didn't use Casetext CARA A.I.

    5. Overall, most attorneys preferred their experience researching       8
with Casetext CARA A.I. over LexisNexis®

    6. Attorneys who already use LexisNexis® or Westlaw would want to        9
have access to Casetext CARA A.I. as well

Conclusion                                                                                     9

# Introduction

Conducting legal research online is a central and important task to most attorneys' everyday lives. The average lawyer spends somewhere between 16% to 35% of his or her time at work doing legal research.[1]

However, online legal research has changed little since its appearance more than two and a half decades ago. Today, as then, attorneys search for relevant case law and other authorities using keyword-driven search, whether through "natural language" searches or by using "terms and connectors" that add more specificity to one's searching. Moreover, while legal research platforms vary in some specifics of their algorithms, they all rely on some form of "wisdom of the crowd" to "boost" popular cases — those that have been cited to or downloaded the most. The limitations with this type of search are well known to the countless attorneys who have spent hours crafting long boolean strings in an attempt to find cases that, while less popular, are most relevant to the specific litigation at hand.

With the emergence of artificial intelligence (A.I.) technologies, including natural language processing and machine learning, it is now possible to search for and rank information in dramatically different ways. Instead of using only keywords to find results, computer systems can now read entire documents from a litigation record (like the complaint or a brief), and take into account the information therein to create a more targeted search. The results of such searches are also not ranked by "wisdom of the crowd," but instead by the "wisdom of your matter" — information extracted from a complaint or brief is used to rank search results

[1] American Bar Association, 2017 Legal Technology Survey Report, Vol. V: Online Research; Steven A. Lastres, Rebooting Legal Research
in a Digital Age (2013), http://www.lxisnexis.com/documents/pdf/20130806061418_large.pdf

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00699602

by similarity to the facts, legal issues, and jurisdiction of the specific matter an attorney is working on.

This is precisely how Casetext CARA A.I., a matter-based legal research system, works. A researcher uploads a legal document to CARA A.I. and then enters a simple search query. CARA A.I. uses the information in the document to provide tailored search results, ranked by their relevance to the specific matter addressed in the document.

This study by the attorneys of the National Legal Research Group, Inc., tests whether and to what extent this new form of legal research makes a difference. In short, the answer is "yes": attorneys who used Casetext CARA A.I. performed their research tasks 24.5% faster and rated the relevance of their results 20.8% higher than their research on a traditional, keyword-driven legal research system (LexisNexis®). These results imply that, by using "wisdom of your matter" search technology instead of traditional "wisdom of the crowd," most attorneys will spend somewhere between 132 to 210 hours less a year on legal research, while also finding more relevant cases and providing better outcomes for clients.

## Methodology

The study was conducted by 20 attorneys from the National Legal Research Group (NLRG), the nation's leading provider of legal research and writing services to law firms big and small. The majority of the attorneys were very experienced, having on average 25.3 years in the legal profession. Because these attorneys focus exclusively on legal research in their roles at NLRG, they are specifically skilled at that task. The methodology for this study was originally designed by Casetext in consultation with NLRG.

Each attorney performed three diverse research exercises, covering a copyright dispute, an employment law issue, and an insurance coverage question. With each research exercise, the attorneys were given litigation materials from a real litigation (complaints or briefs), and were asked to review those materials to familiarize themselves with the litigation. They were then given a research task, such as "find ten cases that help address the application of the efficient proximate cause rule discussed in the memorandum in support of the motion for summary judgment."

Participants using CARA A.I. were able to upload the litigation materials they were given to CARA A.I. as part of their matter-based search. Some participants using Casetext CARA A.I. were given sample search terms (specifically, "copyright" for the copyright case, "employee independent contractor" for the employment case, and "proximate cause" for the insurance case), but most participants formulated their own search terms.

The attorneys involved were given a brief, 20-minute live or pre-recorded training, which provided instructions for conducting the study as well as how to use Casetext CARA A.I. for legal research. A brief introduction to LexisNexis® was provided; a basic familiarity with LexisNexis® was presumed although the participants had different levels of actual experience using that platform.

The attorneys completed each of the three research exercises, doing one or two using Casetext and the remaining one or two in LexisNexis®. The assignments were randomly distributed, so roughly the same number of research assignments of each type were completed using each tool. As a result, 60 distinct research assignments were completed

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    TRCC-00699603

over the course of this study, approximately thirty using Casetext and thirty using LexisNexis®.

During the research task, each attorney was asked to

- keep time of how long it took to complete each research task,

- record how relevant they believed each case result they found to be, both based on the case result's overall relevance and specifically on the result's relevance on the legal issues, factual issues, the similarities of the party to the dispute, the jurisdiction, and the procedural posture, and

- download their research histories from each platform.

Additionally, the participants were asked survey questions about their overall impressions of their research experiences on each tool immediately after they completed their research tasks. After all the responses were collected, Casetext compiled the data and prepared this report.

## Results

### 1. Attorneys complete their research 24.5% faster using Casetext CARA A.I. compared to LexisNexis®

Across all three research exercises, researchers using Casetext CARA A.I. completed their research tasks on average 24.5% faster than on LexisNexis®. Although there was some slight variation between research projects, this result was consistent across research projects (the insurance topic was 20.5% faster on Casetext, while the employment topic was 28.7% faster on Casetext).





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    TRCC-00699604

## A. Attorneys with fewer years of experience showed even greater efficiency gains by using Casetext CARA A.I. compared to those with 20+ years in practice

The attorneys participating in the study had an overall average of 25.3 years of experience. Researchers with fewer years in practice tended to have a larger efficiency gain (researching 29.1% faster using Casetext CARA A.I. than on LexisNexis®) compared to those with more than twenty years legal experience (16.62%).





## B. Attorneys who use CARA A.I. will save between 132 to 210 hours a year on legal research

The impact of researching 24.5% faster is substantial for most attorneys. According to the American Bar Association's 2017 Legal Technology Survey, attorneys spend an average of 16.3% of their working hours conducting legal research; solo attorneys, 18.1%; younger attorneys, with 10 or fewer years of experience, 26%. According to a separate study, young associates (with less than two years of practice) at bigger firms spend 35% of their time conducting legal research.[2] Given that the average lawyer works for 66 hours a week for 50 weeks a year, attorneys switching to Casetext CARA A.I. could expect to save between 132 to 210 hours every year in legal research time.

**Number of hours saved per year, depending on percent of time doing legal research and average hours worked per year**

| | Average hours worked each week over 50-week year (billable and non-billable) | | | | |
|---|---|---|---|---|---|
| | 30 hours a week (1500 a year) | 40 hours a week (2000 a year) | 50 hours a week (2500 a year) | 60 hours a week (3000 a year) | 70 hours a week (3500 a year) |
| 10% | 37 | 49 | 61 | 73 | 86 |
| 15% | 55 | 73 | 92 | 110 | 129 |
| 20% | 73 | 98 | 122 | 147 | 171 |
| 25% | 92 | 122 | 153 | 184 | 214 |
| 30% | 110 | 147 | 184 | 220 | 257 |
| 35% | 129 | 171 | 214 | 257 | 300 |
| 40% | 147 | 196 | 245 | 294 | 343 |
| 45% | 165 | 220 | 276 | 331 | 386 |

% time legal researching

[2] American Bar Association, 2017 Legal Technology Survey Report, Vol. V: Online Research.
[3] Steven A. Lastres, Rebooting Legal Research in a Digital Age (2013), http://www.lxisnexis.com/documents/pdf/20130806061418_large.pdf
[4] See, e.g. Career Igniter, How Many Hours A Week Does A Lawyer Work? (2018) (citing to survey of New York attorneys), https://www.careerigniter.com/questions/how-many-hours-a-week-does-a-lawyer-work/

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    TRCC-00699605

## 2. Attorneys using Casetext CARA A.I. ran 4.4x fewer searches

To complete the research task of finding ten relevant cases, attorneys using LexisNexis® needed to run an average of 6.55 searches. By contrast, attorneys using Casetext CARA A.I. needed only an average of 1.5 searches to complete their research task. Attorneys using LexisNexis® thus required 337% more searches (or 4.4 times more searches) than attorneys using Casetext CARA A.I.



Comparing the search histories of the research assignments using Casetext CARA A.I. and LexisNexis® sheds light on why researchers using LexisNexis® needed to run more searches on LexisNexis®. Researchers using Casetext started by uploading the relevant legal document to CARA A.I. and adding simple searches (like "efficient proximate cause"), and usually found everything they needed with their first search. By contrast, attorneys using LexisNexis® ran increasingly complex searches throughout their research sessions in an attempt to find relevant results. Examples of these searches include:

- "efficient proximate cause" "chain of causation" /10 weather /10 wind or wind-driven /10 rain and Construction /5 defect defective

- copyright w/5 infringe or infringement or infringing w/20 song w/ 7 lyrics w/30 theme or syntax unique or phraseology or original

## 3. Attorneys using Casetext CARA A.I. rated search results 20.8% more relevant than those on LexisNexis®

The attorneys in the study rated the relevance of each of the cases they discovered through traditional searching on LexisNexis® and through searching with Casetext CARA A.I. The attorneys assigned an overall relevance score between 1 (not very relevant) to 5 (extremely relevant), as well as rating specific attributes of relevance (factual background, legal issues, similar parties, jurisdiction, and procedural posture) each on a scale of 1 to 5.

Overall, the attorney participants rated their Casetext CARA A.I. results on average 20.8% better than the ones obtained through searching on LexisNexis®. The attorneys also preferred the Casetext CARA A.I. results across every dimension of relevance.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    TRCC-00699606



## 4. Nearly half of the attorneys (45%) believed they would miss important cases if they didn't use Casetext CARA A.I.

The attorneys were surveyed afterwards about whether they would have "missed important cases had [they] only researched with LexisNexis®." Nine of the 20 survey participants chose "yes."



Some attorneys added comments that give color as to why they believe they might have missed cases without using CARA A.I.'s functionality. Most of the comments focused on the inefficiencies and other challenges with traditional Boolean searching. One attorney noted that "the A.I. function helped me to zero in on 10 relevant cases more quickly that when I just did straight Boolean searches for cases." Similarly, another participant noted that "Casetext places the researcher with a closer starting point to find relevant material because it allows instant entry into the authority on point, so that locating relevant decisions is not delayed by inefficient or non-optimal search strings."

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00699607

That said, the majority of attorneys (11/20, or 55%) felt that they would not have missed important cases on LexisNexis®. One attorney explained that "[s]everal of my results with Lexis were certainly different than what came up with Casetext, but the most relevant cases appeared in both searches."

## 5. Overall, most attorneys preferred their experience researching with Casetext CARA A.I. over LexisNexis®

After completing their research exercises, the attorney participants were asked which research experience they preferred overall. Three quarters (75%) of the attorneys surveyed responded that they preferred the Casetext CARA A.I. experience.



Among the factors listed for why researchers preferred Casetext CARA A.I., there were a few consistent themes:

- **Ease of use and simplicity**
  "The search query was much more simple given the AI component"
  "It was easier to use and listed relevant cases"

- **Quality of search results**
  "The A.I. function on Casetext produced better lists of ranked relevant cases, thereby lessening the time it took to carry out [the research assignment]"
  "[Casetext] was much better. I was impressed with the cases that Casetext turned up."

- **Speed to finding relevant results**
  "Casetext required less search terms, less time, and less filtering than LexisNexis®. The material was comprehensible and well-formatted. It also took half the time to find relevant cases that were extremely relevant."
  "Nothing is more frustrating than expending a lot of time trying to find the relevant law"
  "Casetext was faster"

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    TRCC-00699608

For those attorneys who chose LexisNexis®, the reasons listed were:

- "Familiarity with site; easier to toggle from case back to the search result list"
- "Easier to use and to know where I was"
- "Easier to go to the part of the case I was interested in"

## 6. Attorneys who already use LexisNexis® or Westlaw would want to have access to Casetext CARA A.I. as well

The attorneys at NLRG all use Westlaw primarily and LexisNexis® sometimes as their primary research tools. When asked whether they believed "that having access to Casetext as well as your primary research tool would be helpful," every attorney participant (100%) responded "yes."

One of the attorneys noted that he would want more than one tool for "cross-referencing"; "Casetext can help me find relevant cases more quickly, and CARA A.I. also helps me develop better search filters quickly to find the results I need if necessary." Other attorneys had similar comments, noting that Casetext CARA A.I. "seems to better focus the research," "does a really great job of finding relevant cases," would be "very useful for finding factually similar cases," is "a great tool to use to quickly zero in on the most relevant cases," and "was faster than Lexis and thus saved time and provided interesting additional information."

At least some attorneys are not ready to give up their current primary research tool entirely. One attorney noted that although Casetext CARA A.I. "would be helpful to have," he "know[s] Westlaw and it would be my primary tool at this point."

## Conclusion

Artificial intelligence, and specifically the ability to harness the information in the litigation record and tailor the search experience accordingly, substantially improves the efficacy and efficiency of legal research. Currently, Casetext CARA A.I. is the only legal research technology with that ability. In this study, lawyers leveraging A.I. technology were able to complete their research tasks 24.5% faster, receive results they believed to be 21% more accurate, and do so with 4.4 times fewer searches. These researchers were also able to do so with just twenty minutes of training and no previous research experience with Casetext CARA A.I. This demonstrates the substantial impact that leveraging advanced (but easy-to-use) artificial intelligence technology will have on attorney research quality.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                      TRCC-00699609

# EXHIBIT 94

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 95

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 96

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 97

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 98

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 99

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# **EXHIBIT 100**

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 101

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 102

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 103

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT 104

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY