IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISH-
ING CORP.,

        *Plaintiffs*,

    v.

ROSS INTELLIGENCE INC.,

        *Defendant*.

No. 1:20-cv-613-SB

## ORDER

For the reasons given in the accompanying opinion,

1. I **GRANT IN PART AND DENY IN PART** Plaintiffs' motion for summary judgment on copyright infringement (D.I. 249). I grant summary judgment only on actual copying. But I deny summary judgment on all other elements of copyright infringement and on all of Plaintiffs' theories of infringement.

2. I **GRANT IN PART AND DENY IN PART** Plaintiffs' motion for summary judgment on fair use and other defenses (D.I. 253). I deny summary judgment on fair use. But I grant summary judgment to Plaintiffs on Defendant's other, miscellaneous defenses.

3. I **DENY** Defendant's motion for summary judgment on fair use (D.I. 271).

4. I **GRANT IN PART AND DENY IN PART** Plaintiffs' motion for summary judgment on tortious-interference with contract (D.I. 251). I grant summary judgment on elements one and five (existence of a contract and harm) of Plaintiffs' bot and password-sharing tortious-interference claims, which survive preemption. I deny summary judgment on all other elements.

5. I **GRANT IN PART AND DENY IN PART** Defendant's motion for summary judgment on tortious-interference with contract (D.I. 269). I grant summary judgment on Defendant's preemption defense with respect to Plaintiffs' anti-

competition tortious-interference claim. I deny summary judgment on preemption for the bot and password-sharing tortious-interference claims.

6. Within 14 days of the date of this Order, the parties **SHALL** meet, confer, and submit the estimated length of trial and the dates in May 2024 when they are available for trial.

Dated: September 25, 2023

_____
UNITED STATES CIRCUIT JUDGE