# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** |

## ROSS INTELLIGENCE, INC.'S REQUEST FOR JUDICIAL NOTICE IN TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ROSS'S ANTITRUST COUNTERCLAIMS (NO. 4) – INJUNCTIVE RELIEF

OF COUNSEL:
Gabriel M. Ramsey
Warrington S. Parker III
Beatrice B. Nguyen
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Matthew J. McBurney
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: September 28, 2023

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Pursuant to Rule 201 of the Federal Rules of Evidence, ROSS Intelligence, Inc. ("ROSS") respectfully requests that the Court take judicial note of the following document in connection with ROSS's Opposition to Counterdefendants' Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 4) – Injunctive Relief:

1.   A Certificate of Good Standing, issued by the Secretary of State for the State of Delaware, indicating that as of September 11, 2023, ROSS is in good standing as a corporate entity. A true and correct copy of the certificate is attached hereto as **Exhibit 1**.

Courts are authorized to take notice of a fact that "is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Rule 201(d) provides that the Court "may take judicial notice at any stage of the proceeding."

A court may take judicial notice of information made publicly available by government entities. *See Daniels-Hall v. Nat'l Educ. Ass'n, 629 F.3d 992, 998* (9th Cir. 2010) (cited with approval in *Vanderklok v. United States*, 868 F.3d 189, 205 n.16 (3d Cir. 2017)); *see also Gagliardi v. Kratzenberg*, 188 F. App'x 86, 88 n.3 (3d Cir. 2006) (holding that judicial notice appropriate for property deeds to establish ownership). And courts routinely take judicial notice of public records. The Certificate of Good Standing is a "public document certified by Delaware's Secretary of State, and there can be no serious question as to its authenticity." *Nikolouzakis v. Exinda Corp.*, 2012 WL 3239853, at *5 (D. Del. Aug. 7, 2012); *see also, e.g.*, *786 Challenger St. LLC v. Bombardier Aerospace Corp.*, 2021 WL 9598628, at *2 (D. Del. Jan. 27, 2021) (Bibas, J.) (taking judicial notice of a corporate certificate of cancellation as a "trustworthy public record").

For the foregoing reasons, ROSS respectfully requests that the Court take judicial notice of the Certificate of Good Standing attached hereto as Exhibit 1.

|  |  |
|---|---|
| | Respectfully submitted, |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By: */s/ David E. Moore* |
| Gabriel M. Ramsey | David E. Moore (#3983) |
| Warrington S. Parker III | Bindu A. Palapura (#5370) |
| Beatrice B. Nguyen | Andrew L. Brown (#6766) |
| Joachim B. Steinberg | Hercules Plaza, 6th Floor |
| Jacob Canter | 1313 N. Market Street |
| CROWELL & MORING LLP | Wilmington, DE 19801 |
| 3 Embarcadero Ctr., 26th Floor | Tel: (302) 984-6000 |
| San Francisco, CA 94111 | dmoore@potteranderson.com |
| Tel: (415) 986-2800 | bpalapura@potteranderson.com |
| | abrown@potteranderson.com |
| Matthew J. McBurney | *Attorneys for Defendant/Counterclaimant* |
| Crinesha B. Berry | *ROSS Intelligence, Inc.* |
| CROWELL & MORING LLP | |
| 1001 Pennsylvania Avenue NW | |
| Washington, DC 20004 | |
| Tel: (202) 624-2500 | |

Dated: September 28, 2023
11079639