# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) ) |
| Defendant/Counterclaimant. | ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit redacted versions of their sealed answering briefs in opposition to summary judgment and *Daubert* papers originally filed on September 28, 2023 (D.I. 551, 552, 553, 554, 555, 556, 557, 558, 559, 560, 561, 562, 563) is extended to October 12, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Michael J. Flynn* | /s/ *David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Andrew L. Brown (#6766) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 North Market Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 984-6000 |
| mflynn@morrisnichols.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs/Counterdefendants* | abrown@potteranderson.com |
| | *Attorneys for Defendant/Counterclaimant* |
| October 2, 2023 | |
| 11089476 | |

**IT IS SO ORDERED** this _____ day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE