IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GmbH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendants. | C.A. No. 20-613-SB |

## JOINT SUBMISSION REGARDING TRIAL

Pursuant to the Court's Order of September 25, 2023 (D.I. 548), Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (together "Thomson Reuters") and Defendant ROSS Intelligence, Inc. ("ROSS") met and conferred about a trial in the above-captioned action.

The Parties are available to start trial on Thomson Reuters' claims (*i.e.* the copyright case) on May 13, 2024 and anticipate the trial lasting five to seven days, at the Court's preference. ROSS, however, wishes to inform the Court that its lead counsel, Gabriel Ramsey, is not available for trial in the month of May. If the Court would entertain a date in June, the Parties are alternatively available to start trial on June 3, 2024, to the extent the trial lasts five (5) days.

On Friday October 6, ROSS raised with Thomson Reuters that, to the extent that the Court does not grant Thomson Reuters summary judgment on ROSS' antitrust counterclaims, it intends to ask the Court that the trial address the antitrust counterclaims too, in which case, the Parties will submit a proposal to the Court after they have met and conferred.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| By: /s/ *Michael J. Flynn* <br>     Jack B. Blumenfeld (#1014) <br>     Michael J. Flynn (#5333) <br>     1201 North Market Street <br>     P.O. Box 1347 <br>     Wilmington, DE 19899 <br>     Tel: (302) 658-9200 <br>     jblumenfeld@morrisnichols.com <br>     mflynn@morrisnichols.com | By: /s/ *David E. Moore* <br>     David E. Moore (#3983) <br>     Bindu A. Palapura (#5370) <br>     Andrew L. Brown (#6766) <br>     Hercules Plaza, 6th Floor <br>     1313 N. Market Street <br>     Wilmington, DE 19801 <br>     Tel: (302) 984-6000 <br>     dmoore@potteranderson.com <br>     bpalapura@potteranderson.com <br>     abrown@potteranderson.com |
| *Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* | *Attorneys for Defendant ROSS Intelligence Inc.* |

October 9, 2023