Originally Filed: September 28, 2023
Redacted Version Filed: October 12, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,
Plaintiffs and Counterdefendants,

v.

ROSS INTELLIGENCE INC.,
Defendant and Counterclaimant.

C.A. No. 20-613 (SB)

REDACTED - PUBLIC VERSION

**DECLARATION OF MAX SAMELS IN SUPPORT OF THOMSON REUTERS' RESPONSE BRIEF IN OPPOSITION TO ROSS'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. CHAD SYVERSON**

I, Max Samels, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Plaintiffs" or "Thomson Reuters"). I am admitted and in good standing to practice law in the state of Illinois, and I am admitted *pro hac vice* to practice in this District for the above-captioned case. I submit this declaration in support of Thomson Reuters' Response Brief in Opposition to ROSS's Motion to Exclude Certain Opinions of Dr. Chad Syverson. The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Chad Syverson, held on August 2, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 28th day of September, 2023.

Max Samels

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 28, 2023, upon the following in the manner indicated:

David E. Moore, Esquire
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Defendant and Counterclaimant*

*VIA ELECTRONIC MAIL*

Mark A. Klapow, Esquire
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
*Attorneys for Defendant and Counterclaimant*

*VIA ELECTRONIC MAIL*

Gabriel M. Ramsey, Esquire
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
*Attorneys for Defendant and Counterclaimant*

*VIA ELECTRONIC MAIL*

/s/ *Michael J. Flynn*

Michael J. Flynn (#5333)

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE )
CENTRE GMBH and WEST PUBLISHING )
CORPORATION, )
)
Plaintiffs/ )
Counterdefendants, )
)
-vs- ) C.A. No. 20-613-SB
)
ROSS INTELLIGENCE INC., )
)
Defendant/ )
Counterclaimant. )

Video-recorded deposition of CHAD SYVERSON, PH.D., taken before TRACY L. BLASZAK, CSR, CRR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at Suite 3600, 455 North Cityfront Plaza Drive, in the City of Chicago, Cook County, Illinois at 9:01 a.m. on the 2nd day of August, A.D., 2023.

There were present at the taking of this deposition the following counsel:

KIRKLAND & ELLIS LLP by
MS. CHRISTA C. COTTRELL
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
christa.cottrell@kirkland.com
on behalf of the Plaintiffs/
Counterdefendants;

CROWELL & MORING LLC by
MS. BEATRICE B. NGUYEN
3 Embarcadero Center
Suite 2600
San Francisco, California 94111
(415) 986-2800
bbnguyen@crowell.com
on behalf of the Defendant/
Counterclaimant;

ALSO PRESENT: Mr. Christopher Ody
Analysis Group;

Mr. Brandon Rackowski
Legal Videographer.

- - - - -



[redacted]

Page 87

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

[redacted]

Page 88

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



[redacted]

Page 89

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



[redacted]

Page 90

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



[redacted]

Page 91

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



[redacted]

Page 92

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127



[redacted]

Page 93

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

STATE OF ILLINOIS )
) ss:
COUNTY OF COOK )

The within and foregoing deposition of the aforementioned witness was taken before TRACY L. BLASZAK, CSR, CRR, and Notary Public, at the place, date and time aforementioned.

There were present during the taking of the deposition the previously named counsel.

The said witness was first duly sworn and was then examined upon oral interrogatories; the questions and answers were taken down in shorthand by the undersigned, acting as stenographer and Notary Public; and the within and foregoing is a true, accurate and complete record of all of the questions asked of and answers made by the aforementioned witness, at the time and place hereinabove referred to.

Before completion of the deposition review of the transcript was not requested.

The undersigned is not interested in the within case, nor of kin or counsel to any of the parties.

Witness my official signature and seal as Notary Public in and for Cook County, Illinois, on this 4th day of August, A.D. 2023.

TRACY L. BLASZAK, CSR, CRR
CSR No. 084-002978
One North Franklin Street
Suite 3000
Chicago, Illinois 60606
Phone: (312) 442-9087