# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) C.A. No. 20-613-SB ) |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED** ) |
| v. | ) **PUBLIC VERSION** ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants/Counterclaimant. | ) |

**DECLARATION OF JIMOH OVBIAGELE IN SUPPORT OF ROSS INTELLIGENCE, INC.'S OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ROSS'S ANTITRUST COUNTERCLAIMS (NO. 4) – INJUNCTIVE RELIEF**

OF COUNSEL:
Gabriel M. Ramsey
Warrington S. Parker III
Beatrice B. Nguyen
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Matthew J. McBurney
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated:  September 28, 2023

Public Version Dated: October 12, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>   Plaintiffs/Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE, INC.,<br><br>   Defendant/Counterclaimant. | C.A. No. 20-613-SB<br><br>**PUBLIC VERSION** |

**DECLARATION OF JIMOH OVBIAGELE IN SUPPORT OF ROSS INTELLIGENCE, INC.'S OPPOSITION TO COUNTERDEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON ROSS'S ANTITRUST COUNTERCLAIMS (NO. 4) – INJUNCTIVE RELIEF**

I, Jimoh Ovbiagele, declare as follows:

  1.  I submit this Declaration in support of ROSS Intelligence, Inc.'s ("ROSS") Opposition to Counterdefendants' Motion to Summary Judgment on ROSS's Antitrust Counterclaims (No. 4) – Injunctive Relief.  I am over eighteen years old and have personal knowledge of the facts set forth below, and, if called to testify, I could and would testify competently to the below.

  2.  I was the Chief Technology Officer and co-founder of ROSS, and currently I am on ROSS's Board of Director.  I was responsible for the creation of the ROSS legal search engine.  I also continue to work on and develop artificial intelligence applications, and, therefore, I am familiar with the various artificial intelligence markets.  The information that is set forth in this declaration is based on my personal knowledge, my education, experience, training, testing, and tenure at ROSS.

3. ROSS technology remains valuable, particularly given the boom in artificial intelligence technology.

4. ███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████

5. Although ROSS does not have active business operations today, it has maintained its website, and its domain is registered until 2026; it has continued to store its data properly and securely; and it has kept its technology intact and protected in a GitHub repository.

6. Moreover, ████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████

7. ███████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

-3-

8.  For these reasons, ███████████████████████████████
███████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed at Toronto, Ontario on this 27th day of September, 2023.

_____
Jimoh Ovbiagele