# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) C.A. No. 20-613-SB<br>) |
| Plaintiffs/Counterdefendants, | ) **JURY TRIAL DEMANDED**<br>) |
| v. | ) **PUBLIC VERSION**<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendant/Counterclaimant. | ) |

## ROSS INTELLIGENCE, INC.'S NOTICE OF LODGING

OF COUNSEL:
Gabriel M. Ramsey
Warrington S. Parker III
Beatrice B. Nguyen
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Matthew J. McBurney
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: September 28, 2023

Public Version Dated: October 12, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | ) ) ) ) C.A. No. 20-613-SB ) ) **JURY TRIAL DEMANDED** ) ) **PUBLIC VERSION** ) ) ) ) ) |

## ROSS INTELLIGENCE, INC.'S NOTICE OF LODGING

PLEASE TAKE NOTICE that a USB flash drive containing files in native format of Highly Confidential, Attorneys' Eyes Only Exhibits O, P, MM, and OOO to the Declaration of Beatrice B. Nguyen in Support of ROSS Intelligence, Inc.'s ("ROSS") Oppositions to Counterdefendants' Motions for Summary Judgment Nos. Nos. 1-4 have been lodged under seal with the Court.

| Ex. No. | Description |
|---|---|
| Exhibit O | A spreadsheet with the Filename ▮▮▮ TRCC-05818362 (August 1, 2011) HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY |
| Exhibit P | A spreadsheet with the Filename ▮▮▮ TRCC-05818365 (December 5, 2018) |
| Exhibit MM | A spreadsheet attached to Exhibit LL that has the Filename ▮▮▮ TRCC-01564211 HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY |
| Exhibit OOO | A spreadsheet with the Filename ▮▮▮ TRCC-01621492 (November 19, 2019) HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY |
| Exhibit SSS | A spreadsheet with the Filename ▮▮▮ ROSS-023164403 (cleaned up) (March 26, 2021) HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY |

OF COUNSEL:

Gabriel M. Ramsey
Warrington S. Parker III
Beatrice B. Nguyen
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Matthew J. McBurney
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated:  September 28, 2023
11077447

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*