IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GmbH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-613-SB<br>)<br>)<br>)<br>)<br>) |

## JOINT SUBMISSION REGARDING TRIAL

Pursuant to the Court's Order of October 10, 2023 (D.I. 567), Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation and Defendant ROSS Intelligence, Inc. met and conferred about a trial in the above-captioned action. The Parties are available to start trial on **August 26, 2024**.

The Parties' positions on consolidation and the length of the copyright only case remain unchanged. *See* D.I. 561. They will submit a proposal to the Court after they have met and conferred regarding ROSS's proposal. *Id.*

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Andrew L. Brown (#6766) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 North Market Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 984-6000 |
| mflynn@morrisnichols.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* | abrown@potteranderson.com |
| | *Attorneys for Defendant ROSS Intelligence Inc.* |

October 13, 2023