IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | |
| v. | ) ) | C.A. No. 20-613 (SB) |
| ROSS INTELLIGENCE INC., | ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to District of Delaware Local Rule 7.1.4, Plaintiffs/Counterdefendants

Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation respectfully

request oral argument on their Motion for Summary Judgment on ROSS's Antitrust

Counterclaims (No. 1) — Separate Products (D.I. 519); Motion for Summary Judgment on

ROSS's Antitrust Counterclaims (No. 2) — Market Definition and Power (D.I. 521); Motion for

Summary Judgment on ROSS's Antitrust Counterclaims (No. 3) — Statute of Limitations (D.I.

523); Motion for Summary Judgment on ROSS's Antitrust Counterclaims (No. 4) — Injunctive

Relief (D.I. 525); Motion To Preclude Dr. Alan Cox and Motion for Summary Judgment on

ROSS's Antitrust Counterclaims (No. 5) — *Comcast* (D.I. 527); and Motion To Exclude Dr.

James Ratliff and Dr. Gillian Hadfield (No. 6) (D.I. 529).  Briefing is complete on all motions.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and*
*Counterdefendants Thomson Reuters*
*Enterprise Center GmbH and West Publishing*
*Corporation*

OF COUNSEL:

Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Cameron Ginder
Max A. Samels
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

October 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 27, 2023, upon the following in the manner indicated:

David E. Moore, Esquire                           *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                           *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                        *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)