IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendant and Counterclaimant. | C.A. No. 20-613 (SB)<br><br>REDACTED – PUBLIC VERSION<br>Original filing date: October 26, 2023<br>Redacted filing date: November 2, 2023 |

**SUPPLEMENTAL DECLARATION OF MAX SAMELS
IN SUPPORT OF PLAINTIFFS' REPLIES IN SUPPORT OF
THEIR MOTIONS FOR PARTIAL SUMMARY JUDGMENT (NOS. 1-6)**

I, Max Samels, declare as follows:

    1.  I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs"). I am admitted and in good standing to practice law in the state of Illinois, and I am admitted *pro hac vice* to practice in this District for the above-captioned case. I submit this declaration in support of Thomson Reuters' Reply in Support of its Motion for Summary Judgment on ROSS Intelligence Inc.'s Antitrust Counterclaims (No. 1) – Separate Products; Reply in Support of its Motion for Summary Judgment on ROSS Intelligence Inc.'s Antitrust Counterclaims (No. 2) – Market Definition and Power; Reply in Support of its Motion for Summary Judgment on ROSS Intelligence Inc.'s Antitrust Counterclaims (No. 3) – Statute of Limitations; Reply in Support of its Motion for Summary Judgment on ROSS Intelligence Inc.'s Antitrust Counterclaims (No. 4) – Injunctive Relief; Reply in Support of its Motion to Exclude the Testimony of Dr. Alan Cox and

Reply in Support of its Motion for Summary Judgment on ROSS Intelligence Inc.'s Antitrust Counterclaims (No. 5) – Comcast; and Reply in Support of its Motion to Exclude Dr. James Ratliff and Dr. Gillian Hadfield (No. 6). The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

2. Attached hereto as **Exhibit 105** is a true and correct copy of excerpts from the deposition of Andrew Arruda, held on March 30, 2022 ("Arruda Dep. I").

3. Attached hereto as **Exhibit 106** is a true and correct copy of excerpts from the deposition of Pargles Dall'Oglio, held on March 9, 2022 ("Dall'Oglio I").

4. Attached hereto as **Exhibit 107** is a true and correct copy of excerpts from the deposition of Thomas Hamilton, held on May 4, 2023 ("Hamilton II").

5. Attached hereto as **Exhibit 108** is a true and correct copy of excerpts from the deposition of Peter Martin, held on August 3, 2023.

6. Attached hereto as **Exhibit 109** is a true and correct copy of excerpts from the deposition of Jimoh Ovbiagele, held on April 12, 2022 ("Ovbiagele I").

7. Attached hereto as **Exhibit 110** is a true and correct copy of excerpts from the deposition of Jimoh Ovbiagele, held on May 2, 2023 ("Ovbiagele II").

8. Attached hereto as **Exhibit 111** is a true and correct copy of excerpts from the deposition of Jim Ratliff, held on July 28, 2023.

9. Attached hereto as **Exhibit 112** is a true and correct copy of excerpts from the deposition of Sean Shafik, held on April 22, 2022 ("Shafik I").

10. Attached hereto as **Exhibit 113** is a true and correct copy of excerpts from the deposition of Chad Syverson, held on August 2, 2023.

11. Attached hereto as **Exhibit 114** is a true and correct copy of excerpts from the deposition of Tomas van der Heijden, held on March 17, 2022 ("van der Heijden I").

12. Attached hereto as **Exhibit 115** is a true and correct copy of excerpts from the deposition of Andrew Arruda, held on May 19, 2023 ("Arruda Dep. II").

13. Attached hereto as **Exhibit 116** is a true and correct copy of the document produced in this litigation with beginning Bates TRCC-01875817.

14. Attached hereto as **Exhibit 117** is a true and correct copy of the document produced in this litigation with beginning Bates TRCC-01894165.

15. Attached hereto as **Exhibit 118** is a true and correct copy of the document produced in this litigation with beginning Bates TRCC-01894166.

16. Attached hereto as **Exhibit 119** is a true and correct copy of the document produced in this litigation with beginning Bates TRCC-00735652.

17. Attached hereto as **Exhibit 120** is a true and correct copy of the document produced in this litigation with beginning Bates TRCC-01779416.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 26th day of October, 2023.

_____
Max Samels

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2023, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>Matthew J. McBurney, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Gabriel M. Ramsey, Esquire<br>Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Margaux Poueymirou, Esquire<br>Anna Z. Saber, Esquire<br>Beatrice B. Nguyen, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

Shira Liu, Esquire                                                                                          *VIA ELECTRONIC MAIL*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
*Attorneys for Defendant and Counterclaimant*

                                                    */s/ Michael J. Flynn*
                                                    Michael J. Flynn (#5333)