# EXHIBIT 105

1

```
 1                              VOLUME 1
                                PAGES:  1-311
 2                              EXHIBITS:  See Index

 3
              UNITED STATES DISTRICT COURT
 4             FOR THE DISTRICT OF DELAWARE

 5
    _____ )
 6                                 )
    THOMSON REUTERS ENTERPRISE     )
 7  CENTRE GMBH and WEST           )
    PUBLISHING CORPORATION,        )
 8                                 )
            Plaintiffs and         ) C.A. No. 20-613 (LPS)
 9          Counterdefendants,     )
                                   )
10     v.                          )  HIGHLY CONFIDENTIAL
                                   )
11  ROSS INTELLIGENCE, INC.,       )
                                   )
12          Defendant and          )
            Counterclaimant.       )
13                                 )
    _____ )
14

15

16        VIDEOTAPED DEPOSITION of ANDREW ARRUDA

17           - CONDUCTED BY VIDEOCONFERENCE -

18              Wednesday, March 30, 2022

19            9:06 a.m. Pacific Daylight Time

20

21

22            Michelle Keegan, RMR, CRR

23                     Lexitas

24        508-478-9795 ~ 508-478.0595 (Fax)

25                 www.LexitasLegal.com
```

2

```
 1    A P P E A R A N C E S:

 2

 3    KIRKLAND & ELLIS LLP
      By:  Dale Cendali, Esq.
 4    By:  Eric Loverro, Esq.
      601 Lexington Avenue
 5    New York, New York 10022
      Phone:  (212) 226-4800
 6    Email:  dale.cendali@kirkland.com
      Email:  eric.loverro@kirkland.com
 7    Counsel for Plaintiffs Thomson Reuters and West
      Publishing
 8

 9    CROWELL & MORING LLP
      By:  Warrington Parker, Esq.
10    3 Embarcadero Center, 26th Floor
      San Francisco, California 94111
11    Phone:  (415) 986-2800
      Email:  wparker@crowell.com
12    Counsel for Defendant ROSS Intelligence, Inc.

13

      CROWELL & MORING LLP
14    By:  Crinesha B. Berry, Esq.
      1001 Pennsylvania Avenue NW
15    Washington, D.C. 20004
      Phone:  (202) 624-2500
16    Email:  cberry@crowell.com
      Counsel for Defendant ROSS Intelligence, Inc.
17

18   Also Present:
      Adrian Beltran, Videographer
19

20

21

22

23

24

25
```

THOMSON REUTERS ENTERPRISE vs                          Andrew Arruda
ROSS INTELLIGENCE                 Highly Confidential         March 30, 2022

3

```
 1                  I N D E X

 2
     Videotaped Deposition of:              Page
 3
     ANDREW ARRUDA
 4
        By Ms. Cendali                       9
 5


 6
                  E X H I B I T S
 7
     No.                                    Page
 8
     Exhibit 1    [Proposed] Stipulated Protective   17
 9                Order, in USDC, District of
                  Delaware, 20-613 (LPS), 27 pages
10                without Bates numbering

11   Exhibit 2    Andrew Arruda LinkedIn profile      26
                  pages
12
     Exhibit 3    December 2018 and January 2019      71
13                e-mail chain, Bates-numbered
                  ROSS-003487472 through -7474
14
     Exhibit 4    Document titled "Powered by IBM    102
15                Watson Application
                  Executive Summary,"
16                Bates-numbered ROSS-003705907
                  through -5908
17
     Exhibit 5    Declaration of Andrew Arruda, in   113
18                USDC, District of Minnesota,
                  18-cv-01445, three pages without
19                Bates numbering

20   Exhibit 6    Facebook pages, Bates-numbered     115
                  TR-0001119 through -1122
21
     Exhibit 7    Andrew Arruda tweet,               122
22                Bates-numbered TR-0001735

23   Exhibit 8    Document titled "The Death of      126
                  Westlaw Contracts and Pricing,"
24                Bates-numbered TR-0000695
                  through -696
25
```

10



11



12



13



310



# EXHIBIT 106

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF DELAWARE

 3

 4   THOMSON REUTERS ENTERPRISE
     CENTRE GMBH AND WEST
 5   PUBLISHING CORPORATION,

 6         PLAINTIFFS AND
           COUNTERDEFENDANTS,
 7
        vs.                         No.  20-613 (LPS)
 8
     ROSS INTELLIGENCE INC.,
 9
           DEFENDANT AND
10         COUNTERCLAIMANT.
     _____
11

12

13

14            VIDEOTAPED DEPOSITION OF

15              PARGLES DALL'OGLIO

16              HIGHLY CONFIDENTIAL

17           Wednesday, March 9, 2022

18          REPORTED REMOTELY VIA ZOOM

19

20

21

22

23   Reported By:

24   KATHLEEN MALTBIE, STENOGRAPHIC REPORTER, CSR 10068

25   RPR-RMR-CRR-CCRR-CLR-CRC (Via Zoom Videoconference)
```

2

```
 1        VIDEOTAPED DEPOSITION OF PARGLES DALL'OGLIO

 2            BE IT REMEMBERED that on Wednesday,

 3   March 9, 2022, commencing at the hour of 9:28 a.m.

 4   thereof, before me, Kathleen A. Maltbie,

 5   RPR-RMR-CRR-CCRR-CLR-CRC, a Certified Stenographic

 6   Shorthand Reporter, in and for the State of

 7   California, personally appeared PARGLES DALL'OGLIO,

 8   remotely via Zoom videoconference, a witness in the

 9   above-entitled court and cause, who, being by me

10   first remotely duly sworn, was thereupon examined as

11   a witness in said action.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

APPEARANCES OF COUNSEL

FOR THE PLAINTIFFS AND COUNTERDEFENDANTS:

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
BY: JOSHUA L. SIMMONS, ESQ.
ERIC A. LOVERRO, ESQ.
Telephone: (212) 446-4800
Email: Joshua.simmons@kirkland.com
Eric.loverro@kirkland.com

FOR THE DEFENDANT AND COUNTERCLAIMANT:

(Via Zoom Videoconference)
CROWELL & MORING LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111
BY: KAYVAN M. GHAFFARI, ESQ.
KEVIN C. CACABELOS, ESQ.
Telephone: (415) 365-7223
Email: Kghaffari@crowell.com
kcacabelos@crowell.com

ALSO PRESENT:

(Via Zoom Videoconference)
Jacob Figueroa, Videographer



7





172



# **EXHIBIT 107**

1

1

2   IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF DELAWARE
3   Case No. 20-613 (LPS)
    ----------------------------------------
4   IN RE MATTER OF:

5   THOMSON REUTERS ENTERPRISE
    CENTRE GMBH and WEST
6   PUBLISHING CORPORATION,

7           Plaintiffs and
            Counter-Defendants,
8
       vs.
9
    ROSS INTELLIGENCE INC.,
10
            Defendant and
11          Counterclaimant.

12  ----------------------------------------

13        ** HIGHLY CONFIDENTIAL **

14        ** ATTORNEYS' EYES ONLY **

15

16      REMOTE VIDEOTAPED DEPOSITION OF

17            THOMAS HAMILTON

18

19          Thursday, May 4, 2023

20           11:57 a.m. (EST)

21

22

23  Reported By:

24  Joan Ferrara, RMR, FCRR

25  Job No. 2023-892415

2

 4                    May 4, 2023

 5                    11:57 a.m. (EST)

 9          Videotaped Deposition of THOMAS

10   HAMILTON, held remotely via Zoom, before

11   Joan Ferrara, a Registered Merit Reporter,

12   Federal Certified Realtime Reporter and

13   Notary Public.

3

1

2   REMOTE APPEARANCES:

3

4   ON BEHALF OF PLAINTIFFS/COUNTER-DEFENDANTS:

5   KIRKLAND & ELLIS LLP

6            200 Clarendon Street

7            Boston, Massachusetts 02116

8   BY:      CHRISTA COTTRELL, ESQ.

9            LEXI WUNG, ESQ.

10

11

12  ON BEHALF OF DEFENDANT/COUNTERCLAIMANT:

13  CROWELL & MORING LLP

14           3 Embarcadero Center

15           26th Floor

16           San Francisco, California 94111

17  BY:      JOACHIM STEINBERG, ESQ.

18           ANNA SABER, ESQ.

19

20

21  ALSO PRESENT:

22           BRYAN BELTRAN, Videographer

23           JOSE LOPEZ, Kirkland Tech

24

25

116



117



118



269



270



271



272



285



# **EXHIBIT 108**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
Case No. 20-613 (LPS)
----------------------------------------
IN RE MATTER OF:

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST
PUBLISHING CORPORATION,

          Plaintiffs and
          Counter-Defendants,

     vs.

ROSS INTELLIGENCE INC.,

          Defendant and
          Counterclaimant.

----------------------------------------

        ** HIGHLY CONFIDENTIAL **

        ** ATTORNEYS' EYES ONLY **


     REMOTE VIDEOTAPED DEPOSITION OF

            PETER MARTIN, J.D.


          Thursday, August 3, 2023

             8:59 a.m. (CST)



Reported By:

Joan Ferrara, RMR, FCRR

Job No. 2023-905291

2

1

2

3

4                          August 3, 2023

5                          8:59 a.m. (CST)

6

7

8

9              Highly Confidential Videotaped

10   Deposition of PETER MARTIN, J.D., held

11   remotely via Zoom, before Joan Ferrara, a

12   Registered Merit Reporter, Federal

13   Certified Realtime Reporter and Notary

14   Public.

15

16

17

18

19

20

21

22

23

24

25

3

```
 1

 2   REMOTE APPEARANCES:

 3

 4   ON BEHALF OF PLAINTIFFS/COUNTER-DEFENDANTS:

 5   KIRKLAND & ELLIS LLP

 6           200 Clarendon Street

 7           Boston, Massachusetts 02116

 8   BY:     MAX SAMELS, ESQ.

 9

10

11   ON BEHALF OF DEFENDANT/COUNTERCLAIMANT:

12   CROWELL & MORING LLP

13           3 Embarcadero Center

14           26th Floor

15           San Francisco, California 94111

16   BY:     JACOB CANTER, ESQ.

17           WARRINGTON PARKER, ESQ.

18

19

20   ALSO PRESENT:

21           ADRIAN BELTRAN, Videographer

22           JEREMY YOUNG, Kirkland Tech

23

24

25
```

31



32



33





40



41



42



126



# **EXHIBIT 109**

1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3

4    _____

5    THOMSON REUTERS ENTERPRISE )

6    CENTRE GMBH and WEST        )

7    PUBLISHING CORPORATION,     )

8              Plaintiffs and ) C.A. No. 20-613

9          Counterdefendants  ) (LPS)

10   v.                          )

11   ROSS INTELLIGENCE, INC.,    ) HIGHLY CONFIDENTIAL

12             Defendant and  )

13          Counterclaimant. )

14   _____)

15

16

17   ---  This is the transcript of the videotaped

18   Deposition of,  JIMOH OVBIAGELE, taken at the

19   offices of Regus - Toronto Airport Corporate

20   Centre, Mississauga, Ontario, Canada, on the

21   12th day of April, 2022.

22                  ------------

23

24   REPORTED BY:  Helen Martineau, CSR

25   VIDEOGRAPHER:  Bruno Silva

2

```
1    A P P E A R A N C E S:

2    FOR THE PLAINTIFF:

3    KIRKLAND & ELLIS LLP

4    PER:  Joshua L. Simmons, Esq.

5    & Eric Loverro, Esq.

6    601 Lexington Avenue

7    New York, New York

8    Tel. (212) 446-4989

9    Email:    joshua.simmons@kirkland.com

10             eric.loverro@kirkland.com

11

12   FOR THE DEFENDANT:

13   CROWELL & MORING LLP

14   PER:  Warrington Parker, Esq.

15   & Jacob Canter, Esq.

16   3 Embarcadero Center, 26th Floor

17   San Francisco, California

18   94111

19   Tel.  (415) 365-7234

20   Email:    wparker@crowell.com

21             jcanter@crowell.com

22

23

24

25
```

10







241



# **EXHIBIT 110**

1

```
 1

 2   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF DELAWARE
 3   Case No. 20-613 (LPS)
     ----------------------------------------
 4   IN RE MATTER OF:

 5   THOMSON REUTERS ENTERPRISE
     CENTRE GMBH and WEST
 6   PUBLISHING CORPORATION,

 7            Plaintiffs and
              Counter-Defendants,
 8
         vs.
 9
     ROSS INTELLIGENCE INC.,
10
              Defendant and
11            Counterclaimant.

12   ----------------------------------------

13         ** HIGHLY CONFIDENTIAL **

14         ** ATTORNEYS' EYES ONLY **

15

16      REMOTE VIDEOTAPED DEPOSITION OF

17            JIMOH OVBIAGELE

18

19         Tuesday, May 2, 2023

20           8:02 a.m. (CST)

21

22

23   Reported By:

24   Joan Ferrara, RMR, FCRR

25   Job No. 2023-892413
```

2

1

2

3

4                           May 2, 2023

5                           8:02 a.m. (CST)

6

7

8

9             Videotaped Deposition of JIMOH

10    OVBIAGELE, held remotely via Zoom, before

11    Joan Ferrara, a Registered Merit Reporter,

12    Federal Certified Realtime Reporter and

13    Notary Public.

14

15

16

17

18

19

20

21

22

23

24

25

3

 1

 2    REMOTE APPEARANCES:

 3

 4    ON BEHALF OF PLAINTIFFS/COUNTER-DEFENDANTS:

 5    KIRKLAND & ELLIS LLP

 6              200 Clarendon Street

 7              Boston, Massachusetts 02116

 8    BY:      DANIEL LAYTIN, ESQ.

 9

10

11    ON BEHALF OF DEFENDANT/COUNTERCLAIMANT:

12    CROWELL & MORING LLP

13              3 Embarcadero Center

14              26th Floor

15              San Francisco, California 94111

16    BY:      WARRINGTON PARKER, ESQ.

17

18

19    ALSO PRESENT:

20              LARRY GRISBY, Videographer

21              JOSE LOPEZ, Kirkland Tech

22

23

24

25

217









# **EXHIBIT 111**

1

2  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF DELAWARE
3  ----------------------------------------X
   THOMSON REUTERS ENTERPRISE CENTRE GMBH and
4  WEST PUBLISHING CORPORATION,

5                          Plaintiffs,

6          v.

7  ROSS INTELLIGENCE INC.,

8                          Defendant.
   ----------------------------------------X
9              ***HIGHLY CONFIDENTIAL***

10

11     VIDEOTAPED DEPOSITION OF JIM RATLIFF

12

13

14

15  DATE:  July 28, 2023

16  TIME:  9:40 a.m. Central

17  PLACE:  ***REMOTE***

18  BEFORE:  Rebecca Schaumloffel, RPR, CCR-NJ

19  JOB NO:  2023-905290

20

21

22

23

24

25

2

1

2    A P P E A R A N C E S :

3

4    KIRKLAND & ELLIS LLP
            Attorneys for the Plaintiff
5            601 Lexington Avenue
            New York, New York 10022
6            BY:  CHRISTA COTTRELL, ESQ.
                 LEXI WUNG, ESQ.
7

8

9

10   CROWELL & MORING LLP
            Attorneys for the Defendant
            3 Embarcadero Center
11           San Francisco, California 94111
            BY:  MATT MCBURNEY, ESQ.
12               CRINESHA BERRY, ESQ.
                 BEATRICE NGUYEN, ESQ.
13

14

15

16
     ALSO PRESENT:
17
            Roman Bielski, Kirkland
18
            Joshua Clarke, Lexitas
19

20        *          *          *

21

22

23

24

25

96

J. RATLIFF



97

J. RATLIFF



98

J. RATLIFF



99

J. RATLIFF



100

J. RATLIFF



242



# **EXHIBIT 112**

1

1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF DELAWARE

3

4    IN RE MATTER OF:              )
                                   )
5    THOMSON REUTERS ENTERPRISE    )
     CENTRE GMBH and WEST          )
6    PUBLISHING CORPORATION,       )
                                   )
7            Plaintiffs and        )
             Counterdefendants,    )
8                                  )
         vs.                       )   C.A. No. 20-613(LPS)
9                                  )
     ROSS INTELLIGENCE INC.,       )
10                                 )
             Defendant and         )
11           Counterclaimant.      )
                                   )
12

13        HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

14         VIDEOTAPED DEPOSITION OF SEAN O. SHAFIK

15                LOS ANGELES, CALIFORNIA

16                Friday, April 22, 2022

17

18   Stenographically Reported by:

19   HEATHER J. BAUTISTA, CSR, CRR, RPR, CLR
     Realtime Systems Administrator
20   California CSR License #11600
     Oregon CSR License #21-0005
21   Washington License #21009491
     Nevada CCR License #980
22   Texas CSR License #10725

23   Job No.:  2022-836111

24

25

Thomson Reuters Enterprise v                                    Sean Shafik
Ross Intelligence, Inc.          Highly Confidential          April 22, 2022

                                                                        2
1           VIDEOTAPED DEPOSITION of SEAN O. SHAFIK, taken

2    before Heather J. Bautista, CSR No. 11600, a Certified

3    Shorthand Reporter for the state of California, with

4    principal office in the county of Santa Clara,

5    commencing on Friday, April 22, 2022, 10:02 a.m., at

6    2049 Century Park East, Suite 3700, Los Angeles,

7    California 90067.

8

9

10

11   APPEARANCES OF COUNSEL:

12

13       For Plaintiffs and Counterdefendants:

14           Kirkland & Ellis LLP
             BY:  MIRANDA D. MEANS, ESQ.
15                ROMA LOPES, ESQ.
             200 Clarendon Street
16           Boston, Massachusetts 02116
             Phone:  (617) 385-7500
17           miranda.means@kirkland.com

18
         For Defendant and Counterclaimant:
19
             Crowell & Moring LLP
20           BY:  JOACHIM B. STEINBERG, ESQ.
             3 Embarcadero Center
21           26th Floor
             San Francisco, California 94111
22           Phone:  (415) 365-7461
             jsteinberg@crowell.com
23

24   ALSO PRESENT:  Saxon Christin, Videographer

25

3

1                        INDEX OF EXAMINATION

2                                                        PAGE

3    SEAN SHAFIK

4        EXAMINATION BY MS. MEANS                        7

5        EXAMINATION BY MR. STEINBERG                    169

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8



9



10



174



# **<u>EXHIBIT 113</u>**

1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF DELAWARE
2

3

     THOMSON REUTERS ENTERPRISE          )
4    CENTRE GMBH and WEST PUBLISHING      )
     CORPORATION,                         )
5                                         )
                           Plaintiffs/    )
6                  Counterdefendants,     )
                                          )
7                    -vs-                 )  C.A. No. 20-613-SB
                                          )
8    ROSS INTELLIGENCE INC.,              )
                                          )
9                       Defendant/        )
                   Counterclaimant.       )
10

11

12           Video-recorded deposition of CHAD SYVERSON,
13   PH.D., taken before TRACY L. BLASZAK, CSR, CRR, and
14   Notary Public, pursuant to the Federal Rules of Civil
15   Procedure for the United States District Courts
16   pertaining to the taking of depositions, at Suite 3600,
17   455 North Cityfront Plaza Drive, in the City of Chicago,
18   Cook County, Illinois at 9:01 a.m. on the 2nd day of
19   August, A.D., 2023.
20

21

22

23

24

                                              Page 1

```
 1              There were present at the taking of this
 2    deposition the following counsel:
 3
              KIRKLAND & ELLIS LLP by
 4            MS. CHRISTA C. COTTRELL
              300 North LaSalle Street
 5            Chicago, Illinois 60654
              (312) 862-2000
 6            christa.cottrell@kirkland.com
 7                 on behalf of the Plaintiffs/
                   Counterdefendants;
 8
 9            CROWELL & MORING LLC by
              MS. BEATRICE B. NGUYEN
10            3 Embarcadero Center
              Suite 2600
11            San Francisco, California 94111
              (415) 986-2800
12            bbnguyen@crowell.com
13                 on behalf of the Defendant/
                   Counterclaimant;
14
15            ALSO PRESENT:  Mr. Christopher Ody
                             Analysis Group;
16
                             Mr. Brandon Rackowski
17                           Legal Videographer.
18
                             - - - - -
19
20
21
22
23
24
```

1                VIDEO-RECORDED DEPOSITION OF
                   CHAD SYVERSON, PH.D.
2
                        August 2, 2023
3
4      EXAMINATION BY:                                PAGE
5    Ms. Beatrice B. Nguyen                              6
                                                       204
6
     Ms. Christa C. Cottrell                           194
7
8                       * * * * * *
9
                      INDEX OF EXHIBITS
10
11   EXHIBIT        DESCRIPTION                        PAGE

12   Exhibit 1       Rebuttal expert report of Chad     15
                     Syverson, Ph.D. 6/22/23
13
     Exhibit 2       Report of defendant/               16
14                   counterclaimant's expert James D.
                     Ratliff, Ph.D.
15
     Exhibit 3       Reply report of defendant/         16
16                   counterclaimant's expert James D.
                     Ratliff, Ph.D.
17
     Exhibit 4       Report of defendant/               16
18                   counterclaimant's expert Gillian K.
                     Hadfield, J.D., Ph.D.
19
     Exhibit 5       Report of defendant/               16
20                   counterclaimant's expert Dr. Peter
                     W. Martin, J.D.
21
     Exhibit 6       E-mail from Ginder to Thomson-Ross  34
22                   5/1/23
23   Exhibit 7       E-mail from Augustin to Martens    119
                     3/19/21
24

                                              Page  3



Page 66



Page 67



Page 68



Page 69



Page 70



Page 71



Page 72



Page 207

# **EXHIBIT 114**

1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3

THOMSON REUTERS ENTERPRISE     )
4   CENTRE GMBH and WEST            )
PUBLISHING CORPORATION,        )
5                                   )
Plaintiffs and     )
6          Counterdefendants,)
                                    )
7                                   )
vs.                         )   C.A. No. 20-613 (LPS)
8                                   )
ROSS INTELLIGENCE, INC.,       )
9                                   )
Defendant and     )
10          Counterplaintiff. )
                                    )
11   _____)

12

13                **HIGHLY CONFIDENTIAL**

14

15      VIDEOTAPED 30(b)(6) DEPOSITION OF DEFENDANT,

16        by and through its corporate designee

17               TOMAS VAN DER HEIJDEN,

18          (also in his individual capacity)

19

20          London, England, United Kingdom

21             Thursday, March 17, 2022

22

23

Pages: Pages 1 - 443
24

Reported stenographically by:
25   LEAH M. WILLERSDORF, RPR-CRR-FBIVR-ACR-QRR2-CLR

2

1

2

3

4                    Thursday, March 17, 2022

5

                            09:29 a.m.
6                    (Greenwich Mean Time)

7

8

9        Videotaped 30(b)(6) deposition of Defendant, by

10   and through its corporate representative Tomas van der

11   Heijden, as well as in his individual capacity, held

12   at the offices of Kirkland & Ellis International LLP,

13   30 St. Mary Axe, London EC3A 8AF, England, United

14   Kingdom, before Leah Willersdorf, Registered

15   Professional Reporter and Certified Realtime Reporter

16   with the US National Court Reporters Association,

17   and Accredited Court Reporter, Qualified Realtime

18   Reporter (Level 2) and Fellow of the British Institute

19   of Verbatim Reporters, and Certified LiveNote

20   Reporter.

21

22

23

24

25

3

```
 1                    A P P E A R A N C E S

 2

 3    On behalf of Plaintiffs and Counterdefendants:

 4          KIRKLAND & ELLIS, LLP

 5              601 Lexington Avenue
                New York, New York 10022
 6              (212) 446 4800

 7          BY:  JOSHUA L. SIMMONS, ESQ.
                 JENNIFER GIBBINS, ESQ.
 8               joshua.simmons@kirkland.com
                 jennifer.gibbins@kirkland.com
 9

10

      On behalf of Defendant and Counterplaintiff:
11
          CROWELL & MORING, LLP
12
                3 Embarcadero Center
13              26th Floor
                San Francisco, CA 94111
14              (415) 986 2800

15          BY:  KAYVAN M. GHAFFARI, ESQ.
                 kghaffari@crowell.com
16

17
      ALSO PRESENT:
18

19          Linda Fleet   -   Videographer

20

21

22

23

24

25
```

16



17



18



445



# EXHIBIT 115

1

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF DELAWARE

3          No. 1:20-cv-00613-UNA.

4

5    -----------------------------------------

6    THOMSON REUTERS ENTERPRISE

7    CENTRE GMBH and WEST PUBLISHING

8    CORPORATION,

9              Plaintiffs,

10        -vs-

11   ROSS INTELLIGENCE INC.,

12             Defendant.

13   -----------------------------------------

14

15

16        CONFIDENTIAL - ATTORNEYS' EYES ONLY

17        REMOTE TESTIMONY OF ANDREW ARRUDA

18          MAY 19, 2023 - 7:58 A.M. PDT

19

20

21

22

23

24   JOB NO. 2023-895666

2

1

2

3                    MAY 19, 2023

4                    7:58 A.M. PDT

5

6

7          DEPOSITION of ANDREW ARRUDA, before S.

8    Arielle Santos, Certified Court Reporter,

9    Certified LiveNote Reporter and Notary Public.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

3

```
 1                    REMOTE APPEARANCES:

 2

 3   COUNSEL FOR PLAINTIFF:

 4   BY - DAN LAYTIN, ESQ.

 5   KIRKLAND & ELLIS LLP

 6   300 North LaSalle

 7   Chicago, IL  60654

 8

 9   COUNSEL FOR DEFENDANT:

10   BY - GABRIEL RAMSEY, ESQ.

11   BY - CRINESHA BERRY, ESQ.

12   CROWELL & MORING LLP

13   3 Embarcadero Center, 26th Floor

14   San Francisco, CA  94111

15

16       ALSO PRESENT:

17       ROMAN BIELSKI, Kirkland Tech

18       BRYAN BELTRAN, Lexitas

19

20

21

22

23

24
```

154



155



156



268



# **<u>EXHIBIT 116</u>**



CONFIDENTIAL



CONFIDENTIAL

# **<u>EXHIBIT 117</u>**

CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL

# **<u>EXHIBIT 118</u>**



CONFIDENTIAL















# **<u>EXHIBIT 119</u>**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# **<u>EXHIBIT 120</u>**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779416



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779417



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779418



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779419



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779420



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779421



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779422



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779423



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779424



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779425



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779427



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779428



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779429



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779430



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779431



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779432



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779433



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779434



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779435



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779436



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779437



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779439



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779440



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779441



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779444



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779445



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779446



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779447



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779448



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779449



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779450



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779451



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01779452