# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) C.A. No. 20-613-SB ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |
| Plaintiffs/Counterdefendants, | |
| v. | |
| ROSS INTELLIGENCE INC., | |
| Defendant/Counterclaimant. | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Gabriel M. Ramsey, formerly of Crowell & Moring LLP, 3 Embarcadero Center, 26th Fl., San Francisco, CA, 94111, hereby withdraws his appearance as counsel for Defendant/Counterclaimant ROSS Intelligence, Inc. All other counsel of record for Defendant remain in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Warrington S. Parker III<br>Beatrice B. Nguyen<br>Joachim B. Steinberg<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Ctr., 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com |
| Matthew J. McBurney<br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 624-2500 | bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |

Dated: December 11, 2023
11203249/ 20516.00001