# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendant/Counterclaimant. | ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

## [PROPOSED] ORDER

Having considered Defendant and Counterclaimant ROSS Intelligence, Inc.'s Motion for the Setting of a Filtration Hearing;

IT IS ORDERED this _____ day of _____, 2024 that the Motion is GRANTED.

_____
The Honorable Stephanos Bibas
U.S. Court of Appeals for the Third Circuit

11572629/20516.00001