IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant and Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 20-613 (SB) |

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING
<u>PRE-TRIAL DEADLINES</u>**

WHEREAS, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation and Defendant ROSS Intelligence, Inc., have conferred concerning scheduling pre-trial deadlines and submissions for the trial on copyright issues starting on August 23, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that the pre-trial schedule be entered as follows:

| Pre-Trial Submission | Deadline |
|---|---|
| Parties to Exchange Exhibit Lists | June 25, 2024 |
| Objections to Exhibit Lists | July 8, 2024 |
| Parties to Exchange List of Motions in Limine for Conferral (3 maximum per J. Bibas Order) | June 24, 2024 |
| TR to send ROSS draft Pretrial Order and Draft Jury Instructions and Verdict Form | July 2, 2024 |
| Parties to Exchange Motion in Limine Opening Briefs | July 3, 2024 |
| Parties to Exchange Mediation Statements | July 8, 2024 |
| ROSS to respond to Pretrial Order, Jury Instructions and Verdict Form | July 16, 2024 |

| Parties to Exchange MIL Answering Briefs | July 18, 2024 |
| --- | --- |
| Mediation Deadline | July 18, 2024 |
| Parties to Exchange MIL Reply Briefs | July 25, 2024 |
| Pretrial Order Filed (Includes MILs) | July 29, 2024 |
| Jury Instructions and Verdict Form Filed | July 31, 2024 |
| Pretrial Conference | August 8, 2024 |

| | |
| --- | --- |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com | David E. Moore (#3983)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>sobyrne@potteranderson.com |
| *Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* | *Attorneys for Defendant ROSS Intelligence Inc.* |

June 21, 2024

**IT IS SO ORDERED** this \_\_\_ day of _____, 2024

_____
The Honorable Stephanos Bibas
U.S. Court of Appeals for the Third Circuit