# EXHIBIT A

| Row # | Citation | Headnote # and Text | Judicial Text | Memo Question |
|---|---|---|---|---|



# EXHIBIT B

**LPO classification**    **ROSS Classification**

**LPO classification**     **ROSS Classification**