**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct  302.984.6147

July 25, 2024

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Stephanos Bibas
United States Court of Appeals For the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

Re:     *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
C.A. No. 20-613-SB (D. Del.)

Dear Judge Bibas:

The Parties jointly submit this letter pursuant to the Court's July 22 Oral Order (D.I. 613). The Parties conferred and are available on September 18th and 19th for oral argument on the antitrust summary judgment issues.

Counsel remain available at the Court's convenience should Your Honor have any questions.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/11669294/20516.00001

cc:  Counsel of Record (via electronic mail)