# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** <br><br> **PUBLIC VERSION** |

## LETTER TO THE HONORABLE STEPHANOS BIBAS FROM DAVID E. MOORE

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: July 22, 2024
11663167s / 20516.00001
Public Version Dated: July 29, 2024

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct 302.984.6147

Public Version Dated: July 29, 2024
July 22, 2024

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
United States Court of Appeals For the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

**PUBLIC VERSION**

Re:  *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
     C.A. No. 20-613-SB (D. Del.)

Dear Judge Bibas:

ROSS Intelligence writes to inform the Court that ████████████████████
████████████████████████████████████████████████████████████████████

To provide the Court context, ████████████████████████████████████
████████████████████████████████████████████████. reports relevant to the copyright claims have been filed with this Court ████████████████ reports relevant to the antitrust claims have been filed with this Court ████████

All counsel have been informed. We are meeting and conferring today at 4 pm ET. The parties are available at the Court's convenience to discuss this development.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/11663167/20516.00001

cc: Counsel of Record (via electronic mail)