# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | )<br>)<br>) |
| Plaintiffs/Counterdefendants, | ) C.A. No. 20-613-SB<br>)<br>) **JURY TRIAL DEMANDED** |
| v. | )<br>) |
| ROSS INTELLIGENCE INC., | )<br>) |
| Defendant/Counterclaimant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Emily T. Kuwahara and Jordan Ludwig of Crowell & Moring LLP, 515 South Flower Street, 41st Floor, Los Angeles, CA 90071 and Ryan Henry Seewald of Crowell & Moring LLP, 1601 Wewatta Street, Suite 815, Denver, CO 80202 to represent Defendant/Counterclaimant ROSS Intelligence, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated: July 30, 2024
11675709

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                                   _____
                                                                          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 30, 2024     Signed: */s/ Emily T. Kuwahara*
　　　　　　　　　　　　　　　　Emily T. Kuwahara
　　　　　　　　　　　　　　　　Crowell & Moring LLP
　　　　　　　　　　　　　　　　515 South Flower Street
　　　　　　　　　　　　　　　　41st Floor
　　　　　　　　　　　　　　　　Los Angeles, CA  90071
　　　　　　　　　　　　　　　　Tel: (213) 622-4750
　　　　　　　　　　　　　　　　ekuwahara@crowell.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 30, 2024              Signed: */s/ Jordan Ludwig*
                                                                                          Jordan Ludwig
Crowell & Moring LLP
515 South Flower Street
41st Floor
Los Angeles, CA  90071
Tel: (213) 622-4750
jludwig@crowell.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 30, 2024                   Signed: */s/ Ryan Henry Seewald*
                                      Ryan Henry Seewald
                                      Crowell & Moring LLP
                                      1601 Wewatta Street
                                      Suite 815
                                      Denver, CO 80202
                                      Tel: (303) 524-8660
                                      rseewald@crowell.com