# **EXHIBIT B**

**PRIVILEGED & CONFIDENTIAL**
**ATTORNEY WORK PRODUCT**

**Verdict Form — *Thomson Reuters v. ROSS***

**Instructions:** Please read and answer the questions below, beginning with Question 1. After you have answered each question, follow the instructions that correspond to your answer. The instructions will either direct you to answer another question or direct you to stop.

**<u>Copyright Infringement Claim</u>**

1. **Do you find that Thomson Reuters proved by a preponderance of the evidence that ROSS infringed Thomson Reuters' copyrights in Westlaw?**

    Yes _____    (for Thomson Reuters)

    No _____    (for ROSS)

*If you answered "YES" to Question 1, proceed to Question 2.*

*If you answered "NO" to Question 1, skip to Question 6.*

2. **Do you find that Thomson Reuters proved by a preponderance of the evidence that ROSS's infringement was willful?**

    Yes _____    (for Thomson Reuters)

    No _____    (for ROSS)

*Proceed to Question 3.*

3. **Do you find that ROSS proved its fair use defense by a preponderance of the evidence?**

    Yes _____    (for ROSS)

    No _____    (for Thomson Reuters)

*If you answered "YES" to Question 3, skip to Question 6.*

*If you answered "NO" to Question 3, proceed to Question 4.*

4. **What is the dollar amount of compensatory damages, if any, that you find Thomson Reuters should receive from ROSS for copyright infringement?**

    $_____

*Proceed to Question 5.*

PRIVILEGED & CONFIDENTIAL
ATTORNEY WORK PRODUCT

5. **What is the dollar amount of statutory damages, if any, that you find Thomson Reuters should receive from ROSS for copyright infringement?**

    $_____

*Proceed to Question 6.*

**Tortious Interference with Contract Claim**

6. **Do you find by a preponderance of the evidence that ROSS tortiously interfered with West's contract with LegalEase?**

    Yes _____   (for Thomson Reuters)

    No _____   (for ROSS)

*If you answered "YES" to Question 6, proceed to Question 7.*

*If you answered "NO" to Question 6, proceed to the end of the verdict form.*

7. **What is the dollar amount of compensatory damages, if any, that you find Thomson Reuters should receive from ROSS for tortious interference with contract?**

    $_____

*Proceed to Question 8.*

8. **What is the dollar amount of punitive damages, if any, that you find Thomson Reuters should receive from ROSS?**

    $_____

You have reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  Notify the Marshal that you have reached a verdict.