IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISH-
ING CORP.,

        *Plaintiffs,*

    v.

ROSS INTELLIGENCE INC.,

        *Defendant.*

No. 1:20-cv-613-SB

## ORDER

For the reasons given in the accompanying opinion,

1. I **DENY** the part of Ross's motion (D.I. 267) seeking to exclude opinions and testimony of Plaintiffs' expert Jonathan Krein on substantial similarity. This fully resolves D.I. 267.

2. I **DENY** the part of Ross's motion (D.I. 273) seeking to exclude the opinions of Plaintiffs' expert James Malackowsi on statutory damages under the Copyright Act. This fully resolves D.I. 273.

3. I **DENY** Plaintiffs' motion to exclude opinions and testimony of Ross's expert Barbara Frederiksen-Cross (D.I. 260). This fully resolves D.I. 260.

4. I **GRANT** the parts of Plaintiffs' motion (D.I. 262) seeking to exclude the opinions and testimony of Ross's expert Dr. Alan Cox on disgorgement and lost profits. This fully resolves D.I. 262.

Dated: August 2, 2024

                                                                         UNITED STATES CIRCUIT JUDGE