# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | ) ) ) ) ) C.A. No. 20-613-SB ) ) **JURY TRIAL DEMANDED** ) ) ) **PUBLIC VERSION** ) ) ) |

## DEFENDANT ROSS INTELLIGENCE, INC.'S LIST OF HEADNOTES IN RESPONSE TO THE JULY 22, 2024, ORDER AT DOCKET NO. 612

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: July 29, 2024
11674432 / 20516.00001

Public Version Dated: August 5, 2024

Attached as Exhibit A is ROSS' list of headnotes that ROSS believes are verbatim quotations, or vary trivially from verbatim quotations, of judicial opinions. *See* D.I. 612.

The information in the column titled "Row #" reflects the row where the headnote was listed in Appendix D to the Reply Expert Report prepared by Plaintiff's expert Jonathan Krein. *See* Exhibit B (herein, "Appendix D"). The other columns are self-explanatory.

Plaintiffs provided the name of the case and the case citation in Appendix D. *See id*. However, the jump cite, the jurisdiction name, and the case year have been added by ROSS. *Compare* Exhibit A *with* Exhibit B.

In addition, certain of the citations provided by Plaintiffs do not have headnotes. These include citations to the New York Appellate Division ("A.D.") and California Appellate Reports ("Cal. App."), as examples.

So, for example, Appendix D includes ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ *See id*. at p. 19. This opinion does not have the headnote referenced by Plaintiffs. *See* Exhibit C (▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮).

In these instances, ROSS pulled the unofficial reporter (the reporter published by West). Thus, for example, in addition to including the New York Appellate Division ("A.D.") citations used by Plaintiffs, ROSS also included the West reporter citation ("N.Y.S.") in Exhibit A. *See* Exhibit A at Row # 101 (p. 37).

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated:  July 29, 2024
11674432 / 20516.00001

Public Version Dated: August 5, 2024

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*

2