**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct 302.984.6147

August 7, 2024

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
United States Court of Appeals For the Third Circuit
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*, C.A. No. 20-613-SB (D. Del.)

Dear Judge Bibas,

    I am writing to report that Joseph Marks, defendant's replacement expert, is prepared to participate in the upcoming trial as currently scheduled.

    Counsel remain available at the Court's convenience should Your Honor have any questions.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

DEM:nmt/11689203/20516.00001

cc: Counsel of Record (via electronic mail)