# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>    Plaintiffs/Counterdefendants,<br><br>    v.<br><br>ROSS INTELLIGENCE INC.,<br><br>    Defendant/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Keith J. Harrison of Crowell & Moring LLP, 1001 Pennsylvania Avenue, NW Washington, DC 20004 to represent Defendant/Counterclaimant ROSS Intelligence, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated: August 12, 2024
11695301

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                                      _____
                                                                        United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: August 12, 2024                           Signed: */s/ Keith J. Harrison*
                                                                               Keith J. Harrison
                                                                               Crowell & Moring LLP
                                                                                1001 Pennsylvania Avenue, NW
                                                                                Washington, DC 20004
                                                                                Tel: (202) 624-2500
                                                                                kharrison@crowell.com