IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT/COUNTERCLAIMANT'S MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Defendant/Counterclaimant ROSS Intelligence, Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys and trial support staff may bring their personal electronic devices, including cellular phones, smart phones, laptop computers, smart watches, and tablet computers (along with monitors, computer mice, charging devices, power cords, extension cords, USB drives, HDMI matrix, MiFi/Hotspot devices) to the August 22, 2024 courtroom set up, and trial from August 23, 2024 through August 30, 2024 in this matter:

| **Lead Counsel** | | | |
|---|---|---|---|
| Warrington Parker | Keith Harrison | Joachim Steinberg | Crinesha Berry |
| Ryan Seewald | | | |

| Paralegal: | | |
|---|---|---|
| Judy Chan | | |

| Client: | | |
|---|---|---|
| Andrew Arruda | | |

| Trial Tech from Cogent Legal: | | |
|---|---|---|
| Michael Kelleher | | |

| Expert and Fact Witnesses: | | | |
|---|---|---|---|
| Tomas van der Heijden | Thomas Hamilton | Jimoh Ovbiagele | Barbara Frederiksen-Cross |
| Richard Leiter | Alan Cox | Joseph Marks | |

The above-named individuals will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Warrington S. Parker III<br>Joachim B. Steinberg<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Ctr., 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800 | By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com |
| Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 624-2500 | bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |

Dated: August 13, 2024
11696044 / 20516.00001

   IT IS SO ORDERED this____day of_____, 2024.

                        _____
                                        Judge