IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>   Plaintiffs and Counterdefendants,<br><br> v.<br><br>ROSS INTELLIGENCE INC.,<br><br>   Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**THOMSON REUTERS'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER <u>ON PERSONAL DEVICES</u>**

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation ("Thomson Reuters") hereby moves for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Thomson Reuters states as follows:

1. The May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia* for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A jury trial is scheduled in this case from August 23-30, 2024.

3. Courtroom setup for the trial is scheduled for August 22, 2024.

4. The following trial counsel, staff, trial consultants, and witnesses intend to appear at courtroom setup and/or the trial on behalf of Thomson Reuters and request access to their electronic devices for purposes of the trial, but do not meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Allyn Belusko, Trial counsel
- Dale Cendali, Trial counsel
- Yungmoon Chang, Trial counsel
- Jeremy King, Trial counsel
- Eric Loverro, Trial counsel
- Miranda Means, Trial counsel
- Joshua Simmons, Trial counsel
- Erika Dillon, Paralegal
- Gaya Holman, Paralegal
- Jose Lopez, Trial Technician
- Jim Malackowski, Expert Witness
- Jonathan Krein, Expert Witness
- Leann Blanchfield, Client Representative
- Jeanpierre Giuliano, Client Representative
- Katharine Larsen, Client Representative
- Matt McClendon, Trial Consultant

WHEREFORE, Thomson Reuters respectfully requests that the Court issue an order to exempt the above-named persons from the District of Delaware's May 17, 2024 Standing Order.

| | |
|---|---|
| OF COUNSEL:<br><br>Dale M. Cendali<br>Joshua L. Simmons<br>Eric A. Loverro<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>(212) 446-4800<br><br>Miranda D. Means<br>KIRKLAND & ELLIS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 385-7500<br><br>Daniel E. Laytin, P.C.<br>Christa C. Cottrell, P.C.<br>Alyssa C. Kalisky<br>Cameron Ginder<br>Vanessa Barsanti<br>Danielle O'Neal<br>Jonathan Emmanuel<br>Lexi Wung<br>Max Samels<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>(312) 862-2000<br><br>August 13, 2024 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Michael J. Flynn*<br><br>Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br><br>*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* |

SO ORDERED, this _____14th_____ day of August, 2024.

_____
United States Third Circuit Judge