# EXHIBIT A

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE INC.,

    Defendant.

        /

No. C 10-03561 WHA

**SPECIAL VERDICT FORM**

**YOUR ANSWER MUST BE UNANIMOUS.**

Has Google shown by a preponderance of the evidence that its use in Android of the declaring lines of code and their structure, sequence, and organization from Java 2 Standard Edition Version 1.4 and Java 2 Standard Edition Version 5.0 constitutes a "fair use" under the Copyright Act?

    Yes   _____ (finding for Google)

    No   _____ (finding for Oracle)

Dated: May \_\_, 2016.

        _____
        **FOREPERSON**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JAMES HAYDEN,** | ) | **CASE NO. 1:17CV2635** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | <u>**SPECIAL INTERROGATORIES**</u> |
| | ) | <u>**AND VERDICT FORMS**</u> |
| **2K GAMES, INC. and TAKE-TWO** | ) | |
| **INTERACTIVE SOFTWARE, INC.,** | ) | |
| Defendants. | ) | |

**YOUR ANSWERS MUST BE UNANIMOUS.**

1. Do you find that Defendants have proved by a preponderance of the evidence their Implied License defense? (Check one).

    Yes __✓__ (for Defendants)

    No _____ (for Plaintiff)

If you answered "Yes" to Question 1, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 1, proceed to Question 2.

2. Do you find that Defendants have proved by a preponderance of the evidence their Waiver defense?

    Yes _____ (for Defendants)

    No _____ (for Plaintiff)

If you answered "Yes" to Question 2, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 2, proceed to Question 3.

3. Do you find that Defendants have proved by a preponderance of the evidence their *De Minimis* Use defense?

    Yes _____ (for Defendants)

    No _____ (for Plaintiff)

If you answered "Yes" to Question 3, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 3, proceed to Question 4.

4. Do you find that Defendants' copying of Plaintiff's Asserted Tattoos was fair use?

    Yes _____ (for Defendants)

    No _____ (for Plaintiff)

If you answered "Yes" to Question 4, skip the remaining questions and proceed to the Verdict Form for Defendants.

If you answered "No" to Question 4, proceed to Question 5.

5. Do you find that Plaintiff proved by a preponderance of the evidence that Defendants infringed Plaintiff's Copyrights?

    Yes _____ (for Plaintiff)

    No _____ (for Defendants)

If you answered "Yes" to Question 5, proceed to the Verdict Form for Plaintiff.

If you answered "No" to Question 5, proceed to the Verdict Form for Defendants.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | **VERDICT FOR DEFENDANTS** |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| Defendants. | ) | |

On Plaintiff James Hayden's Claim for Copyright Infringement, we the jury duly empaneled and sworn, unanimously find in favor of Defendants, 2K Games, Inc. and Take-Two Interactive Software, Inc.

DATE: 4/19/2024

1.  
2.  
3.  
4.  
5.  
6.  
7.  
8.  
9.  
10.  
11.  
12.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES HAYDEN, | ) | CASE NO. 1:17CV2635 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | <u>VERDICT FOR PLAINTIFF</u> |
| | ) | |
| 2K GAMES, INC. and TAKE-TWO | ) | |
| INTERACTIVE SOFTWARE, INC., | ) | |
| Defendants. | ) | |

On Plaintiff James Hayden's Claim for Copyright Infringement, we the jury duly empaneled and sworn, unanimously find in favor of Plaintiff and against Defendants 2K Games, Inc. and Take-Two Interactive Software, Inc. in the amount of $ _____.

DATE: _____

1. _____    7. _____

2. _____    8. _____

3. _____    9. _____

4. _____    10. _____

5. _____    11. _____

6. _____    12. _____