IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISH-
ING CORP.,

      *Plaintiffs,*

    v.

ROSS INTELLIGENCE INC.,

      *Defendant.*

No. 1:20-cv-613-SB

### ORDER

For the reasons given in the accompanying opinion,

1. **I GRANT** Plaintiffs' Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 1) Separate Products (D.I. 519).

2. **I GRANT** Plaintiffs' Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 2) Market Definition and Power (D.I. 521).

3. Because I am granting summary judgment on Motions 1 and 2, **I DISMISS AS MOOT** Plaintiffs' Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 3) Statute of Limitations (D.I. 523).

4. Because I am granting summary judgment on Motions 1 and 2, **I DISMISS AS MOOT** Plaintiffs' Motion for Summary Judgment on Ross' Antitrust Counterclaims (No. 4) Injunctive Relief (D.I. 525).

5. Because I am granting summary judgment on Motions 1 and 2, **I DISMISS AS MOOT** Plaintiffs' Motion to Preclude Dr. Alan Cox and Motion for Summary Judgment on Ross's Antitrust Counterclaims (No. 5) Comcast (D.I. 527).

6. **I GRANT IN PART** Plaintiffs' Motion to Preclude Dr. James Ratliff and Dr. Gillian Hadfield. I exclude the portion of Dr. Ratliff's report that addresses market definition. **I DISMISS AS MOOT** the remainder of the motion because these experts are relevant only to the antitrust counterclaims which are now all resolved at summary judgment (D.I. 529).

7. Because the antitrust counterclaims are now all resolved at summary judgment, **I DISMISS AS MOOT** Defendant's Motion to Exclude Certain Opinions of Plaintiffs and Counter Defendants' Expert Chad Syverson (D.I. 516).

Dated: September 27, 2024

_____
UNITED STATES CIRCUIT JUDGE