# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GmbH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| v. | C.A. No. 20-613-SB |
| ROSS INTELLIGENCE INC., | |
| Defendants. | |

**JOINT LETTER REGARDING SUMMARY JUDGMENT HEARING**

Dear Judge Bibas:

Pursuant to D.I. 667, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Thomson Reuters") and Defendant ROSS Intelligence, Inc. ("ROSS") (together, the "Parties") have conferred concerning potential hearing dates for their renewed summary judgment motions. Since the Parties' prior submission concerning a hearing date, D.I. 666, Thomson Reuters' attorneys have obtained additional availability in December 2024 due to the continuance of a different trial. The Parties have conferred and are available for a hearing on December 5, 2024, and December 6, 2024.

Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Michael J. Flynn | /s/ David E. Moore |
| Michael J. Flynn (#5333) | David E. Moore (#3983) |
| 1201 North Market Street | Bindu A. Palapura (#5370) |
| P.O. Box 1347 | Andrew L. Brown (#6766) |
| Wilmington, DE 19899 | Hercules Plaza, 6th Floor |
| (302) 658-9200 | 1313 N. Market Street |
| mflynn@morrisnichols.com | Wilmington, DE 19801 |
| | (302) 984-6000 |
| OF COUNSEL: | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Dale M. Cendali | abrown@potteranderson.com |
| Joshua L. Simmons | |
| Eric A. Loverro | OF COUNSEL: |
| Jeremy King | |
| KIRKLAND & ELLIS LLP | Joachim B. Steinberg |
| 601 Lexington Avenue | Jacob Canter |
| New York, NY 10022 | CROWELL & MORING LLP |
| (212) 446-4800 | 3 Embarcadero Ctr., 26th Floor |
| | San Francisco, CA 94111 |
| Miranda D. Means | (415) 986-2800 |
| KIRKLAND & ELLIS LLP | |
| 200 Clarendon Street | Keith Harrison |
| Boston, MA 02116 | Crinesha B. Berry |
| (617) 385-7500 | CROWELL & MORING LLP |
| | 1001 Pennsylvania Avenue NW |
| | Washington, DC 20004 |
| | (202) 624-2500 |

| | |
|---|---|
| Yungmoon Chang<br>Allyn Belusko<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>(310) 552-4200<br><br>*Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation* | Ryan H. Seewald<br>CROWELL & MORING LLP<br>1601 Wewatta Street, Suite 815<br>Denver, CO 80202<br>(303) 524-8660<br><br>Emily T. Kuwahara<br>Jordan Ludwig<br>CROWELL & MORING LLP<br>515 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>(213) 622-4750<br><br>*Attorneys for Defendant ROSS Intelligence Inc.* |

October 1, 2024