IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>      Plaintiffs and Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>      Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**PLAINTIFFS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON DIRECT COPYRIGHT INFRINGEMENT AND RELATED DEFENSES**

    Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (collectively, "Plaintiffs") respectfully move for entry of partial summary judgment in favor of Plaintiffs on their direct copyright infringement claim against Defendant ROSS Intelligence Inc. ("ROSS"), as well as ROSS's defenses of merger, scènes à faire, innocent infringement, and copyright misuse.

    The grounds for this motion are set forth in Plaintiffs' opening brief and supporting exhibits and declarations, filed concurrently. A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
Jeremy King
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Yungmoon Chang
Allyn Belusko
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
(213) 680-8400

October 1, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>      Plaintiffs and Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>      Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

## [PROPOSED] ORDER

This Court, having considered Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation's (collectively, "Plaintiffs") Renewed Motion for Partial Summary Judgment on Plaintiffs' direct copyright infringement claim against Defendant ROSS Intelligence Inc. ("ROSS"), as well as ROSS's defenses of merger, scènes à faire, innocent infringement, and copyright misuse.

IT IS HEREBY ORDERED this ____ day of _____ 202__ that Plaintiffs' Motion for Partial Summary Judgment on Plaintiffs' direct copyright infringement claim and on ROSS's defenses of merger, scènes à faire, innocent infringement, and copyright misuse is **GRANTED**.

Dated: _____          _____
                                                                      The Honorable Stephanos Bibas

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on October 1, 2024, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>Andrew L. Brown, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>Matthew J. McBurney, Esquire<br>Keith J. Harrison, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Anna Z. Saber, Esquire<br>Beatrice B. Nguyen, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

2

Emily T. Kuwahara, Esquire                                                                          *VIA ELECTRONIC MAIL*
Jordan Ludwig, Esquire
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
*Attorneys for Defendant and Counterclaimant*

Ryan Henry Seewald, Esquire                                                  *VIA ELECTRONIC MAIL*
CROWELL & MORING LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
*Attorneys for Defendant and Counterclaimant*

                                                   */s/ Michael J. Flynn*
                                                   _____
                                                   Michael J. Flynn (#5333)