# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>   Plaintiffs/Counterdefendants,<br><br> v.<br><br>ROSS INTELLIGENCE INC.,<br><br>   Defendant/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

## ROSS INTELLIGENCE INC.'S MOTION FOR SUMMARY JUDGMENT ON ITS AFFIRMATIVE DEFENSE OF FAIR USE

Defendant and Counterclaimant ROSS Intelligence, Inc. respectfully moves, pursuant to Federal Rule of Civil Procedure 56, for summary judgment in its favor and against Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation on ROSS's affirmative defense of fair use. The grounds in support of this motion are set forth in ROSS's accompanying brief.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*  |
| Warrington S. Parker III<br>Joachim B. Steinberg<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Ctr., 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800 | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com |
| Keith J. Harrison<br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 624-2500 | bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |

Dated:  October 1, 2024
11780044 / 20516.00001