# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>             Plaintiffs/Counterdefendants,<br><br>v.<br><br>ROSS INTELLIGENCE INC.,<br><br>             Defendants/Counterclaimant. | C.A. No. 20-613-SB<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

Before this Court is Defendant and Counterclaimant ROSS Intelligence Inc.'s Motion for Summary Judgment as to Plaintiffs' Copyright Claims. This Court having heard argument, having reviewed the parties' briefs, and having reviewed the record and being otherwise advised of the matter;

IT IS ORDERED this _____ day of _____, 2024 that the Motion is GRANTED and JUDGMENT is entered in favor of Defendant and Counterclaimant ROSS Intelligence Inc.

IT IS SO ORDERED.

_____
The Honorable Stephanos Bibas

11770496 / 20516.00001