# EXHIBIT 1

HIGHLY CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF DELAWARE

 2   _____

 3   THOMSON REUTERS ENTERPRISE

     CENTRE GMBH and WEST

 4   PUBLISHING CORPORATION,

 5                    Plaintiffs,

 6   vs.                              C.A. NO. 20-613-LPS

 7   ROSS INTELLIGENCE INC.,

 8                    Defendant.

     _____

 9

10

11         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

12       ISABELLE MOULINIER, 30(b)(6) REPRESENTATIVE FOR

13          THOMSON REUTERS ENTERPRISE CENTRE GMBH

14                  HIGHLY CONFIDENTIAL

15

16

17   DATE:   July 1, 2022

18   TIME:   9:07 a.m.

19   PLACE:  150 South Fifth Street, Suite 1775

             Minneapolis, MN 55402

20

21   JOB NO.:  SF 5264242

22

23

24

25   REPORTED BY: Dawn Workman Bounds, CSR
```

Page 1

HIGHLY CONFIDENTIAL

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFFS and WITNESS:
 3        JOSHUA SIMMONS, ESQUIRE
          ROMA LOPES, ESQUIRE
 4        Kirkland & Ellis
          601 Lexington Avenue
 5        New York, NY 10022
          212.446.4800
 6        joshua.simmons@kirkland.com
          roma.lopes@kirkland.com
 7
 8   ON BEHALF OF DEFENDANT:
 9        GABRIEL M. RAMSEY, ESQUIRE
          KEVIN CACABELOS, ESQUIRE
10        Crowell & Moring LLP
          3 Embarcadero Center, 26th Floor
11        San Francisco, CA  94111
          415.986.2800
12        gramsey@crowell.com
          kcacabelos@crowell.com
13
14
     ALSO PRESENT:
15
          BRIAN CICCONE, VIDEOGRAPHER
16
17
18
19
20
21
22
23
24
25
```

Page  2

HIGHLY CONFIDENTIAL

```
 1                      I N D E X

 2   WITNESS:  ISABELLE MOULINIER              PAGE

 3   EXAMINATION BY MR. RAMSEY.........................   5

 4   EXAMINATION BY MR. SIMMONS.......................  143

 5   EXHIBITS MARKED/REFERRED TO

 6   Exhibit 1  Defendant Ross Intelligence Inc.'s

                Amended Notice of 30(b)(6) Deposition

 7              to Plaintiff Thomson Reuters Enterprise

                Centre GMBH...............................   6

 8

     Exhibit 2  Master Thesis "Explaining Relationships

 9              Between Entities".........................  87

10   Exhibit 3  Dynamic_System_Overview.pdf...............  109

11

12

13

14

15   TIME ON THE RECORD:

16   Mr. Ramsey - 3 hours, 8 minutes

     Mr. Simmons - 1 minute

17

18

19

20

21

22

23

24

25

                                              Page  3
```

HIGHLY CONFIDENTIAL

```
 1                    P R O C E E D I N G S
 2              THE VIDEOGRAPHER:  Good morning.  We are
 3    going on the record at 9:07 a.m. Central Daylight Time on
 4    July 1, 2022.  This is Media Unit Number 1 of the
 5    video-recorded deposition of Isabelle Moulinier, taken by
 6    counsel for defendant in the matter of Thomson Reuters
 7    Enterprise, et al. versus Ross Intelligence Inc., filed
 8    in the United States District Court for the District of
 9    Delaware, Case Number 20-613-LPS.
10              This deposition is being taken in
11    Minneapolis, Minnesota.  My name is Brian Ciccone
12    representing Veritext Legal Solutions, and I am the
13    videographer.  The court reporter is Dawn Bounds also
14    from Veritext Legal Solutions.
15              Will the attorneys please note their
16    appearances for the record.
17              MR. RAMSEY:  This is Gabriel Ramsey joined
18    by my colleague Kevin Cacabelos of Crowell & Moring.  We
19    represent the Defendant Ross Intelligence.
20              MR. SIMMONS:  I am Joshua Simmons.  With
21    me is Roma Lopes.  We're from Kirkland & Ellis, and we
22    represent the Plaintiffs as well as the witness.
23              THE VIDEOGRAPHER:  Thank you.
24              Will the court reporter please swear in
25    the witness.
```

Page  4

HIGHLY CONFIDENTIAL

```
 1                    (Witness sworn.)
 2                THE VIDEOGRAPHER:  You may proceed.
 3                    ISABELLE MOULINIER,
 4    having been first duly sworn, testified as follows:
 5                        EXAMINATION
 6    BY MR. RAMSEY:
 7        Q.  Good morning, Ms. Moulinier.  Did I say that
 8    right?
 9        A.  Moulinier, yes.
10        Q.  Moulinier.  Okay.  Great.
11                    In the ballpark.
12                    Have you ever had your deposition taken
13    before?
14        A.  No.
15        Q.  You never -- okay.  So your counsel's probably
16    given you the basics, and I'll kind of rep -- probably
17    repeat some of the points.
18                    I'll be asking you questions, would
19    appreciate if you'd give me your best and most, you know,
20    full and complete answer to the best of your ability.
21    Can we agree on that?
22        A.  We can.
23        Q.  Okay.  It's important -- obviously everything's
24    being taken down in a written form here, so it's
25    important that I not talk over you when you're finishing
```

Page 5

HIGHLY CONFIDENTIAL

```
 1        A.   I actually do not know.

 2        Q.   Okay.  All right.

 3        A.   It's either West or Thomson Reuters.

 4        Q.   Okay.  Well, regardless, what is your current

 5   title and role?  Could you describe that.

 6        A.   Yes.  I am the VP of Applied Research for AI at

 7   Thomson Reuters.

 8        Q.   And how long have you been in that role?

 9        A.   18 months.

10        Q.   When did you first begin working for West or

11   Thomson Reuters?

12        A.   1997.

13        Q.   All right.  What was your first role with the

14   company?

15        A.   I was a research scientist in the group that I

16   now lead.

17        Q.   Okay.  And how long did you -- if you could

18   just summarize starting in 1997, the basic course of your

19   roles over time at West.

20        A.   Okay.  So from 1997 to 19 -- 2015, I was in a

21   group that at the time was called research and

22   development, and I continued a career from independent

23   contributor to a manager or people manager in the applied

24   research space.

25             In '15, I changed group to go to a product
```

Page 10

HIGHLY CONFIDENTIAL

1    innovation group where we focused on new potential

2    products and new technologies.   Then I left Thomson

3    Reuters in '17, went to work for a bank, and came back to

4    Thomson Reuters in 2020 -- December 2020.

5        Q.   Got it.   So kind of looking back in time, did

6    you have involvement in the development of the Westlaw

7    Next product?

8        A.   Yes.

9        Q.   All right.   About when did development of that

10   particular product begin to the best of your

11   recollection?

12       A.   I would say 2007, maybe a little bit earlier --

13       Q.   Okay.

14       A.   -- depending on what we consider the original

15   idea.

16       Q.   Okay.   Do you happen to recall when that

17   product was released approximately?

18       A.   2010 or 2011.

19       Q.   Okay.   I'll ask you the same question about the

20   Westlaw Edge product.   Are you familiar with that?

21       A.   I am familiar with the product.

22       Q.   Okay.   I mean, did you have involvement in work

23   on the Westlaw Edge product?

24       A.   I did not directly.   My group did.

25       Q.   Okay.   Do you have familiarity with the

Page 11

HIGHLY CONFIDENTIAL

```
1   for me what is the -- what is the -- or what are the
2   content types that are returned in a WestSearch Plus
3   search?
4       A.   For WestSearch Plus, the only content is the
5   headnotes.
6       Q.   Okay.  Does WestSearch Plus also suggest forms
7   of questions?
8       A.   There is a feature in Westlaw which suggests
9   questions or different types of contents, and that
10  feature is also used in order to serve as the questions
11  that people can use for WestSearch Plus.
12      Q.   Okay.  Let's just look -- I just want to focus
13  a while on the - moving away from WestSearch Plus, we'll
14  come back to that - but the general Westlaw Edge search
15  functionality.
16           If you could just describe for me the
17  basic order of operations, at a high level, very high
18  level, of how a search in Westlaw Edge is processed, I
19  would appreciate it.
20           MR. SIMMONS:  Objection, vague and
21  ambiguous.
22      A.   Are we -- yeah, can we narrow that down, the
23  question?
24  BY MR. RAMSEY:
25      Q.   Yeah.  Let's just -- so let's just -- I'm going
```

Page 15

HIGHLY CONFIDENTIAL

```
 1    written contract, I recall -- I mean I've done this -- I
 2    recall seeing at the top of the user interface a very
 3    short list of what I believe are headnotes, excerpts that
 4    are returned, as well as a question.
 5                     And then in the bottom part of the user
 6    interface, I see a list of cases, but it's case citations
 7    with snippets associated with them.
 8                     Does that sound -- are you familiar with
 9    the basic output of the Westlaw Edge search that I just
10    described?
11                     MR. SIMMONS:  Objection, incomplete
12    hypothetical.
13         A.   It does sound familiar.
14    BY MR. RAMSEY:
15         Q.   Okay.  So when I type in my -- my question in
16    Westlaw Edge, is it accurate that for the top part of the
17    user interface results, that's generated using the
18    WestSearch Plus functionality, and for the bottom part of
19    the results in the user interface, that's the general
20    Westlaw Edge search functionality?
21         A.   Yes.  Unless we are trying a new interface.
22         Q.   Okay.
23         A.   So if you see the question and answers below,
24    that would be WestSearch Plus.  The result list would be
25    WestSearch.
```

Page 30

HIGHLY CONFIDENTIAL

1   case in the pool, and they're transformed into numerical

2   values, and those numerical values are combined in a

3   formula to give a score.

4       Q.   All right.  I just -- I just want to be clear.

5            I asked some questions to Dr. Al-Kofahi a

6   couple of months ago.  I think he -- I think he testified

7   that he did not believe learning-to-rank was used in the

8   context of Westlaw Edge, but it sounds like you believe

9   it is?

10      A.   Learning-to-rank was used in the content of

11  Westlaw Edge, yes.

12      Q.   Okay.  All right.  I just wanted to clarify

13  that.

14           Is there any particular learning-to-rank

15  algorithm that is utilized in Westlaw Edge general search

16  ranking?

17      A.   We've relied on two families of algorithm.  I

18  am not sure which one is used for which anymore, because

19  we use the ranking function that came out on a day-to-day

20  basis, not the measuring any algorithm itself on a

21  regular basis.

22      Q.   I'm not sure I understood that.

23           So what do you mean by you -- you've used

24  the ranking function that came out on a day-to-day basis,

25  not the learning algorithm itself?

Page 61

1    A.   So in learning-to-rank, what you're doing is

2    you're trying to learn a ranking func -- a scoring

3    function or a ranking function based on data.

4              When you're going to run a search against

5    a search engine, it's done learning.  It's just applying

6    the function.  That's what I mean.

7    Q.   Okay.  And so you said that there were two

8    learning-to-rank algorithms that were used in general.

9    Then --

10   A.   Yes.

11   Q.   -- describe those.

12   A.   So --

13             Sorry, I talked over.

14             Originally we used an approach called SVM,

15   support vector machine --

16   Q.   Okay.

17   A.   -- with a linear model.  And we used something

18   which is called pairwise learning-to-rank.

19   Q.   Okay.  So, again, just talking about Westlaw

20   Edge general search functionality.  So did the

21   learning-to-rank algorithm change over time?  Is that

22   what you're saying, or...

23   A.   It does not necessarily unless you retrain the

24   scoring function.

25   Q.   Did -- I mean, did that happen in the context

Page 62

HIGHLY CONFIDENTIAL

1    of Westlaw Edge general search functionality?

2         A.   I don't recall.

3         Q.   Okay.  You just note generally that those are

4    the two algorithms -- learning-to-rank algorithms that

5    were used at some point in time?

6         A.   That's the one that was one algorithm.  The

7    other one that we used was based on logistic regression

8    in order to predict the rating that a document might have

9    for a specific query.  And the regression coefficients

10   are what makes the scoring function based on feature

11   values.

12        Q.   Okay.  I'm still not -- I thought you testified

13   that there were two different learning-to-rank

14   algorithms.  If I misunderstood that, let me know.  There

15   was support vector machine learning-to-rank algorithm.

16             And did you say that the pairwise

17   learning-to-rank algorithm was something separate or that

18   it's the same thing?

19        A.   No.  The pairwise algorithm is a type of

20   support vector, much like learning-to-rank.

21        Q.   I see.  Okay.

22        A.   The other one was this linear regression

23   or -- it's a generalized form of regression.

24        Q.   That is a dif -- regression functions are

25   different than the learning-to-rank algorithm though,

                                              Page 63

HIGHLY CONFIDENTIAL

```
 1   ambiguous.
 2        A.   We will need to have access to what I call the
 3   secondary database.  For instance, we do use key numbers,
 4   and so we would need to know which headnotes have key
 5   numbers and we'll use a similar secondary storage.
 6   BY MR. RAMSEY:
 7        Q.   I mean is -- and -- is the association of key
 8   numbers through a secondary search similar to what we
 9   discussed earlier with respect to Westlaw Edge search
10   generally?
11        A.   I can't recall.  It could be part as -- of the
12   index -- the new index that I mentioned as well.
13        Q.   Okay.  All right.  Well, let's -- we were just
14   about to get to scoring and ranking.  So let's move to
15   that topic.
16             We're talking about learning-to-rank.
17             Again, let's move back to Westlaw
18   Search -- Westlaw Edge search generally.
19             What features are extracted from a list of
20   candidate answers in order to serve as inputs in the
21   ranking process?
22             MR. SIMMONS:  Objection, vague and
23   ambiguous.
24        A.   Well, we have over 40 features, if I recall
25   correctly.  Some of the features have to do with key
```

Page 70

HIGHLY CONFIDENTIAL

1    numbers.  Some of the features have to do with score or

2    rank in the search results -- in the initial search

3    results.

4              Some of the features have to do with the

5    citation network.  And some of the features have to do

6    with some information about how often cases are viewed by

7    customers.

8         Q.   Okay.  Are there any features that are just

9    related to term frequency or more general features simply

10   about the language itself?

11             MR. SIMMONS:  Objection, compound.

12        A.   They are implicit features that are relating to

13   term frequency given that we use the information from the

14   initial searches.

15   BY MR. RAMSEY:

16        Q.   Okay.  So I take it in the process of

17   developing West's ranking model, there was a training

18   process at some point?

19             MR. SIMMONS:  Objection, foundation.

20        A.   Yes.

21   BY MR. RAMSEY:

22        Q.   Okay.  And are you familiar with the training

23   process regarding -- as it relates to the ranking

24   algorithm used in Westlaw Edge search generally?

25        A.   Yes.

Page 71

HIGHLY CONFIDENTIAL

1      Q.   Now, looking back in time, is -- how frequently

2  does training of the ranking algorithm occur?

3      A.   Infrequently.

4      Q.   When was, to the best of your recollection, the

5  last time that the ranking algorithm was trained?

6                MR. SIMMONS:   Objection, beyond the scope

7  of the 30(b)(6) deposition notice.

8                You can answer if you know.

9      A.   I'm aware of the last training that was done

10  for the release of Next, which would have been in '10 or

11  '11.  I don't recall knowing about other training.

12  BY MR. RAMSEY:

13     Q.   Okay.  And is the same ranking algorithm used

14  in Westlaw Edge to your understanding as was used in

15  Westlaw Next?

16     A.   That is my understanding.

17     Q.   Okay.  And it's not -- the ranking algorithm in

18  the general Westlaw Edge search functionality has not

19  been retrained since that -- the training that you

20  mentioned changed in the time of Westlaw Next?

21                MR. SIMMONS:   Objection, beyond the scope

22  of the 30(b)(6) deposition notice.

23                You may answer if you know.

24     A.   As I already answered, to the best of my

25  knowledge, I am not aware of retraining.

Page 72

HIGHLY CONFIDENTIAL

```
 1    BY MR. RAMSEY:
 2         Q.   Okay.  And did -- I'm not sure you said what
 3    time frame that was.
 4                   You may have; and if I missed it, I'm
 5    sorry.
 6                   About what year do you think that
 7    happened, that training of the ranking algorithm?
 8         A.   At the launch of Westlaw Next, which would be
 9    in '10 or '11.
10         Q.   Okay.
11         A.   We might have retrained in '11.  Bug fixes.
12                   THE REPORTER:  I'm sorry?
13         A.   Bug fixes.  But not a formal full retraining.
14    BY MR. RAMSEY:
15         Q.   Okay.  Just at a very high level, what is your
16    understanding of how that training process was carried
17    out?
18         A.   In order to carry out the training process, the
19    first step is to assemble training data.  We had a team
20    of product managers who work on Westlaw as well as
21    contractors I believe identify legal topics based on
22    feedback from customers or other areas where you can
23    identify what a legal question might be.
24                   They then created a list of documents -
25    cases in our case - that needed to be identified or
```

Page 73

HIGHLY CONFIDENTIAL

1   returned as those are very responsive documents.  Those

2   are responsive documents, those are okay documents to

3   show, and those are documents that we would -- don't want

4   to show.

5            So basically for each query or topic --

6   and we add a general topic as well as a smaller version

7   of the topic.  We add a list of documents that add a

8   grade.  We also add a list of key numbers that add a

9   grade so that we could identify that first element of

10  finding good key numbers.

11       Q.   Okay.  So is it fair to say the training

12  process involved question and answer pairs?

13       A.   Question and document pairs.

14       Q.   Question and document pairs.

15            In determining what was a very good or a

16  good or a not relevant document response, was the

17  entirety of the document considered or only particular

18  portions?

19       A.   I don't have the answer to that question.  That

20  would be for our product managers or the people that --

21  our subject matter experts.  Let's call them subject

22  matter experts.

23       Q.   Okay.

24       A.   My understanding is they could use any

25  information they wanted for judging opinions that was

Page 74

HIGHLY CONFIDENTIAL

1    contained in the opinion.

2        Q.   Okay.  In identifying documents that were very

3    good or good or not good at all, do you know whether

4    the -- maybe you don't know -- whether the reviewers of a

5    potentially responsive document would, for example,

6    identify particular portions of texts that informed their

7    assessment of that document as an answer?

8                    MR. SIMMONS:  Objection, vague and

9    ambiguous.

10       A.   I don't know for sure.  I would assume it was

11   an internal process for them to judge relevance, and

12   different subject matter experts might have different

13   processes.

14   BY MR. RAMSEY:

15       Q.   Okay.  Do you know -- I mean, have you talked

16   with anybody on your team or otherwise about how -- what

17   material was used to determine whether a document was

18   very good or good or not good at all as an answer?

19       A.   I've talked to subject matter experts,

20   and it's -- they're all lawyers, and so it's their legal

21   experience and their legal experience in legal research

22   that was the driver for assigning those grades, if you

23   wish.

24       Q.   Okay.  So in the training process of the

25   ranking algorithm for Westlaw Edge and Westlaw Next,

                                              Page 75

1    where did -- where did the questions come from?

2        A.   So for Westlaw Edge, the questions came from

3    our subject matter experts.  They may have used questions

4    that customers have shared with them or that other West

5    employee at the time, I guess, who have direct contact

6    with customers had shared with them.

7        Q.   I believe I've seen indications that query logs

8    in Westlaw were used as a source of questions.  Does that

9    sound right?

10            MR. SIMMONS:  Objection, foundation.

11       A.   So --

12            MR. SIMMONS:  Beyond the scope of the

13   30(b)(6) deposition notice.

14            You can answer if you know.

15       A.   For Westlaw Edge, we had access to a list of

16   queries that was assembled by a person in our product

17   team.

18            For Westlaw Search Plus, we had access to

19   a similar list of queries that were posed by customers.

20   BY MR. RAMSEY:

21       Q.   Okay.  In training the ranking algorithm in

22   Westlaw Search, were headnotes used as questions or

23   answers?

24       A.   I don't recall headnotes being used as

25   questions or answers for training Westlaw Next.

                                          Page 76

HIGHLY CONFIDENTIAL

1           The reason is that Westlaw Next was

2    focused on opinion, not on answers or headnotes.

3        Q.   And just to be clear, headnotes were not -- in

4    fact, headnotes were not used as questions or answers in

5    training any ranking algorithm for Westlaw Edge as well;

6    is that accurate?

7           MR. SIMMONS:  Objection, mischarac --

8    BY MR. RAMSEY:

9        Q.   It can be general search functionality?

10          MR. SIMMONS:  Objection, mischaracterizes

11   the witness's testimony.

12          You can answer.

13       A.   Given that my understanding is that Westlaw

14   Edge apart from WestSearch is Westlaw Next, then

15   headnotes would not be used to train the -- as training

16   data for the opinion search.

17   BY MR. RAMSEY:

18       Q.   Okay.  Shifting gears to WestSearch Plus.

19          Are headnotes -- in training the ranking

20   algorithm for WestSearch Plus, were headnotes used as

21   questions or as answers?

22       A.   Yes, they are.

23       Q.   So, first, are headnotes used as questions in

24   training WestSearch Plus, or answers, or both?

25          MR. SIMMONS:  Objection, compound; form.

                                              Page 77

HIGHLY CONFIDENTIAL

1      A.    Headnotes are not questions, so they are not

2    used as questions.  However, they're the answers that we

3    want the system to provide, so they will be used as

4    answers to questions for training the system.

5    BY MR. RAMSEY:

6      Q.    And when was the last time that the ranking

7    algorithm was trained for WestSearch Plus, to your

8    recollection?

9      A.    Last year.

10     Q.    Okay.  And is -- has the WestSearch Plus

11   ranking algorithm been trained frequently or

12   infrequently?

13             MR. SIMMONS:  Objection, form; vague and

14   ambiguous.

15     A.    I know the feature was released in '18, and we

16   have a new version of the feature either this year for

17   release or trains at the end of last year.  That would be

18   a frequency of three years.

19   BY MR. RAMSEY:

20     Q.    Okay.  Has the rank -- the training process for

21   WestSearch Plus, has it changed at all over time or has

22   it remained the same?

23     A.    What do you mean?

24     Q.    Different sources of questions and answers, for

25   example?

Page 78

HIGHLY CONFIDENTIAL

```
 1    BY MR. RAMSEY:
 2         Q.   All right.  So just a quick question about --
 3    about Exhibit 75 [sic].  Exhibit 75 you've been handed is
 4    a master's thesis from the University of Amsterdam
 5    entitled Explaining Relationships Between Entities.
 6                   Do you see that?
 7         A.   I do see the title.
 8         Q.   Okay.  So you'll note that the date on the
 9    front is November 2014.
10                   Do you see that?
11         A.   Noted.
12         Q.   We don't have to go into the details.  It's
13    just like a general question.
14                   I think you testified earlier that the
15    training process of Westlaw search generally happened
16    prob -- it happened in 2010, I think you said, or '11.
17         A.   The last one.
18         Q.   Yeah.  And you would agree that that -- that
19    training date is before the date of this November 2014
20    thesis?
21         A.   Yes.
22         Q.   All right.  Do you have any -- or have you ever
23    seen this master's thesis before?
24         A.   I have not.
25         Q.   Okay.  Do you have any reason to believe that
```

Page 88

HIGHLY CONFIDENTIAL

1     Q.   Okay.  So you think it was at some point

2   between 2007 and 2010 that West settled on the precise

3   learning-to-rank algorithm --

4     A.   Yes.

5     Q.   -- that is in production now?

6     A.   Yes.

7     Q.   Okay.  But you weren't involved in that

8   selection process, or were you?

9     A.   I was.

10    Q.   And what do you recall about it, the selection

11   process of the precise learning-to-rank algorithm that is

12   used by West?

13    A.   Can you rephrase your question?

14    Q.   I'm just -- I'm trying to get your recollection

15   of any details that you remember about the work to choose

16   a particular -- the actual particular learning-to-rank

17   algorithm that is in use?

18    A.   So at the time there were only a few options,

19   to the best of my knowledge, especially if we wanted to

20   experiment in a rapid fashion and not have to reimplement

21   every aspect of the pipeline.

22         As a result, we identified SVM-Light as a

23   library that we could use and we started using SVM-Light

24   as our way of training Westlaw Edge search.

25    Q.   Okay.  And just for the record, SVM-Light, how

Page 92

HIGHLY CONFIDENTIAL

```
1                 And so if we look for burden of proof as

2       part of our query, we will find that catch line as well

3       as the text of the headnotes.

4            Q.   I see.  So when you -- when we're talking about

5       key numbers and searching the text of key numbers, it's

6       not just the number itself; it's the short descriptive

7       text --

8            A.   Correct.

9            Q.   -- that may be associated with it?

10                Thank you.  That makes more sense.

11                Are key numbers used in the training of

12      the ranking algorithms?

13                MR. SIMMONS:  Objection, vague and

14      ambiguous.

15           A.   Page 12, the document states that, "In

16      particular" -- at the bottom of the last paragraph:  "In

17      particular, both question and answer candidate are run

18      through a key number classifier and the feature scoring

19      functions compare similarity between those outputs."

20                So based on what's in the document, key

21      numbers will be used as part of the scoring function.

22      BY MR. RAMSEY:

23           Q.   Okay.  Do you know how -- so is it fair to say

24      key numbers are a form of feature that is --

25                MR. SIMMONS:  Objection --
```

Page 126

HIGHLY CONFIDENTIAL

1   BY MR. RAMSEY:

2       Q.   -- utilized in the ranking process?

3            MR. SIMMONS:  Objection, vague and

4   ambiguous.

5       A.   The document stated that the feature scoring

6   function compare the similarity between the key numbers.

7   So key numbers are part of the features or the similarity

8   between the key numbers is the actual feature.

9   BY MR. RAMSEY:

10      Q.   Do you have any knowledge about how key numbers

11  as a feature are weighted compared to other features?

12      A.   No.  That would be learned through the learning

13  process.

14      Q.   But you don't know, for example, after the

15  training process has occurred, how heavily weighted key

16  numbers are versus other features?

17      A.   I don't recall.

18      Q.   Okay.  Just in broad strokes, do you remember

19  among -- you said there was 40-some features that you

20  believe are used in the ranking process and in the

21  training process.

22            Are there any particularly important

23  features that you've discussed with your colleagues?

24            MR. SIMMONS:  Objection, vague and

25  ambiguous.

Page 127

HIGHLY CONFIDENTIAL

1      A.   So the 40-plus feature I mentioned are relating

2    to Westlaw Edge main search, not Westlaw Edge Search

3    Plus.  In our discussion, at the time of the creation

4    algorithm, it was our common understanding that key

5    numbers were one of the more impactful features.  Key

6    number and search the text of the document.

7    BY MR. RAMSEY:

8      Q.   Okay.  And is it your view that key numbers as

9    a feature are one of the most impactful features both in

10   the context of Westlaw Edge Search functionality

11   generally and in the context of WestSearch Plus?

12     A.   I have not discussed the impact or importance

13   of key numbers in WestSearch Plus with my colleagues.

14     Q.   Okay.  Putting aside key numbers, are there --

15   in the context of WestSearch Plus, are there -- have you

16   discussed what are particularly important features?

17            MR. SIMMONS:  Objection, vague and

18   ambiguous.

19     A.   I have not discussed important features in

20   detail given that I was not at the company at the time of

21   the release of the feature, and I've not looked at the

22   latest -- I have not discussed the latest results either.

23   BY MR. RAMSEY:

24     Q.   Okay.  Have you ever participated in -- in any

25   conferences or academic context like that where headnote

Page  128

HIGHLY CONFIDENTIAL

```
 1                  REPORTER'S CERTIFICATE
 2   STATE  OF  MINNESOTA  )
                           ) ss.
 3   COUNTY OF  HENNEPIN   )
 4            I hereby certify that I reported the deposition
     of ISABELLE MOULINIER, 30(b)(6) REPRESENTATIVE FOR
 5   THOMSON REUTERS ENTERPRISE CENTRE GMBH, on the 1st day
     ofJuly, 2022, in Minneapolis, Minnesota, and that the
 6   witness was by me first duly sworn to tell the whole
     truth;
 7
              That the testimony was transcribed by me and is
 8   a true record of the testimony of the witness;
 9            That the cost of the original has been charged
     to the party who noticed the deposition, and that all
10   parties who ordered copies have been charged at the same
     rate for such copies;
11
              That I am not a relative or employee or
12   attorney or counsel of any of the parties, or a relative
     or employee of such attorney or counsel;
13
              That I am not financially interested in the
14   action and have no contract with the parties, attorneys,
     or persons with an interest in the action that affects or
15   has a substantial tendency to affect my impartiality;
16            That the right to read and sign the deposition
     by the witness was not waived.
17
              WITNESS MY HAND AND SEAL THIS 20th day of July,
18   2022.
19
20
21
22
23   Dawn Workman Bounds, CSR 6129
     Notary Public, Hennepin County, Minnesota
24   My commission expires January 31, 2024
25
```

Page 144

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>Plaintiffs, Counterdefendants,<br><br>**v.**<br><br>ROSS INTELLIGENCE INC.,<br><br>Defendant, Counterclaimant. | C.A. No. 20-613-SB |

**PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH
AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA
FOR THE DEPOSITION OF ISABELLE MOULINIER**

I, the undersigned, do hereby declare that I read the deposition transcript of Isabelle

Moulinier dated July 1, 2022 and that to the best of my knowledge, said testimony is true and

accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 8 | 10 | other hand per the e-mail address. | other hand per the e-mail we sent. | Transcription error |
| 15 | 9 | different types of contents. | different types of content. | Transcription error |
| 16 | 11 | for the full text of the opinion | and the full text of the opinion | Transcription error |
| 18 | 2 | different types of questions that might enter. | different types of questions that might be entered. | Transcription error |
| 19 | 4-5 | WIN is natural -- WIN queries. West Is Natural type of... | WIN, Westlaw is natural, queries. | Transcription error |
| 22 | 14 | first-year search results | first layer search results | Transcription error |
| 22 | 18-19 | a feature called WIN Is Natural, | a feature called WIN, Westlaw Is Natural, | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 24 | 13-14 | as well as our results that we get | as well as other results that we get | Transcription error |
| 25 | 4 | which is not related to WestSearch | which is not related to WestSearch Plus | Misspoke/clarification |
| 28 | 13 | and why my team | and while my team | Transcription error |
| 35 | 3 | In general term, yes | In general terms, yes | Transcription error |
| 36 | 1 | popular name | popular names | Transcription error |
| 36 | 18 | it's not our type that we want | it's not the type that we want | Transcription error |
| 39 | 4 | as a set of roles | as a set of rules | Transcription error |
| 39 | 18 | a case title, AVB | a case title, A v. B | Transcription error |
| 39 | 19-20 | AVBC, and AVBC is not a | A v. B C, and A v. B C is not a | Transcription error |
| 39 | 22 | AVB, but also | A v. B, but also | Transcription error |
| 41 | 12 | The way we define | The way we defined | Transcription error |
| 42 | 3 | in Thomson Reuters when | at Thomson Reuters when | Transcription error |
| 47 | 13 | the computer program, in a sense; | the computer programming sense; | Transcription error |
| 49 | 13-14 | headnotes, which on the display appear at the top of the page are | headnotes, which on the display appear at the top of the page, are | Transcription error |
| 52 | 6 | this result in addition to | these results in addition to | Transcription error |
| 53 | 5-6 | There may be one too many key number per headnote. | There may be one to many key numbers per headnote. | Transcription error |
| 55 | 6 | We have a site store | We have a side store | Transcription error |
| 55 | 7 | with headnote as the key numbers | with headnotes and the key numbers | Transcription error |
| 58 | 2 | of candidate | of candidates | Transcription error |
| 58 | 13 | find by citation. | found by citation. | Transcription error |
| 58 | 20 | other candidate | other candidates | Transcription error |
| 59 | 19 | and application truncates | and the application truncates | Transcription error |
| 60 | 20 | a fixed formula like WIN-add for | a fixed formula like WIN had for | Transcription error |
| 60 | 23 | that we judge top key numbers | that we judge to be the top key numbers | Transcription error/misspoke |
| 61 | 17 | algorithm | algorithms | Transcription error |
| 61 | 20 | not the measuring algorithm | not the learning algorithm | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 63 | 6 | That's the one that was one algorithm | That's the one – that was one algorithm | Transcription error |
| 69 | 13-14 | combination of entity | combination of entities | Transcription error |
| 71 | 12 | that are relating to | that relate to | Transcription error |
| 73 | 19-21 | We had a team of product managers who work on Westlaw as well as contractors I believe identify legal topic | We had a team of product managers who work on Westlaw, as well as contractors, I believe, identify legal topic | Punctuation |
| 74 | 1 | returned as those are very responsive documents. Those | returned as: those are very responsive documents; those | Punctuation |
| 74 | 6-9 | and we add a general topic as well as a smaller version of the topic. We add a list of documents that add grade. We also add a list of key numbers that add grade | and we had a general topic as well as a smaller version of the topic. We had a list of documents that had grades. We also had a list of key numbers that had grades | Transcription error |
| 76 | 6 | with customers had | with customers, had | Transcription error |
| 77 | 2 | focused on opinion | focused on opinions | Transcription error |
| 77 | 14 | Edge apart from WestSearch is Westlaw Next | Edge apart from WestSearch Plus is Westlaw Next | Misspoke/clarification |
| 78 | 16-17 | have a new version of the feature either this year for release or trains at the end of last year | have a new version of the feature trained either this year for release or at the end of last year | Missoke/clarification |
| 79 | 14 | assembled by SME; | assembled by SMEs; | Transcription error |
| 81 | 12 | add features based | had features based | Transcription error |
| 82 | 12 | example's | examples | Transcription error |
| 83 | 1 | SVM's | SVMs and | Transcription error/clarification |
| 83 | 4 | and feature value | and feature values | Transcription error |
| 83 | 15 | I add a document | I had a document | Transcription error |
| 84 | 6 | values with the weights | values with weights | Transcription error |
| 84 | 20 | machinery | machine learning | Transcription error |
| 91 | 6 | people name | names of people | Clarification |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 93 | 17-18 | by the algorithm by the solution builder or the scientist | by the algorithm, by the solution builder, or the scientist | Punctuation |
| 93 | 22 | have the property of being able to end all categorical | have the property of being able to handle categorical | Transcription error |
| 94 | 16 | on a document or a documents-only | and documents | Transcription error |
| 97 | 1 | at least headnote data | at least on headnote data | Transcription error |
| 98 | 18 | vectoral | vectorial | Transcription error |
| 99 | 24 | machining | maching learning | Transcription error |
| 105 | 1 | acquiring and refine the data and that data is fit | acquiring and refining the data to be fit | Transcription error/misspoke |
| 106 | 13-14 | not 10 thousands | not tens of thousands | Transcription error |
| 108 | 24 | 10 thousand | tens of thousands | Transcription error |
| 116 | 19 | Only of name | Only by name | Transcription error |
| 116 | 20 | IBM Community Services | IBM API Services | Misspoke/clarification |
| 119 | 5-7 | identifying phrases and synonyms potentially or related term and run against the indices | identifying phrases, and synonyms potentially, or related terms, and running them against the indices | Transcription error |
| 119 | 22 | documents that's | document that is | Transcription error |
| 120 | 2 | more likely | more like this | Transcription error |
| 120 | 21 | more likely search | more like this search | Transcription error |
| 123 | 14 | expended list | expanded list | Transcription error |
| 125 | 24-25 | text presumption and burden of proof | text "presumption and burden of proof " | Transcription error |
| 127 | 6 | function compare | function compares | Transcription error |
| 130 | 14 | organize | organizes | Transcription error |
| 130 | 18 | first tool that people can go to a manual search engine | first tool that people can go to, a manual search engine, | Punctuation |
| 132 | 2 | the tech nodes | the top nodes | Transcription error |
| 136 | 8 | product trace | product release | Transcription error |
| 138 | 21 | viables | variables | Transcription error |

Dated:  August 19, 2022

_____

Isabelle Moulinier