# EXHIBIT 2

## In the Matter Of:

*THOMSON REUTERS vs*

*ROSS INTELLIGENCE*

*JIMOH OVBIAGELE*

*April 12, 2022*



```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF DELAWARE
 3
 4     _____
 5     THOMSON REUTERS ENTERPRISE   )
 6     CENTRE GMBH and WEST         )
 7     PUBLISHING CORPORATION,      )
 8                  Plaintiffs and  ) C.A. No. 20-613
 9              Counterdefendants   ) (LPS)
10     v.                           )
11     ROSS INTELLIGENCE, INC.,     ) HIGHLY CONFIDENTIAL
12                  Defendant and   )
13                  Counterclaimant.)
14     _____)
15
16
17     ---   This is the transcript of the videotaped
18     Deposition of, JIMOH OVBIAGELE, taken at the
19     offices of Regus - Toronto Airport Corporate
20     Centre, Mississauga, Ontario, Canada, on the
21     12th day of April, 2022.
22                    -----------
23
24     REPORTED BY:  Helen Martineau, CSR
25     VIDEOGRAPHER: Bruno Silva
```

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 4 of 20 PageID #: 127824
THOMSON REUTERS vs ROSS INTELLIGENCE   Highly Confidential   Jimoh Ovbiagele   April 12, 2022

2

```
 1  A P P E A R A N C E S:
 2  FOR THE PLAINTIFF:
 3  KIRKLAND & ELLIS LLP
 4  PER:  Joshua L. Simmons, Esq.
 5  & Eric Loverro, Esq.
 6  601 Lexington Avenue
 7  New York, New York
 8  Tel. (212) 446-4989
 9  Email:    joshua.simmons@kirkland.com
10            eric.loverro@kirkland.com
11
12  FOR THE DEFENDANT:
13  CROWELL & MORING LLP
14  PER:  Warrington Parker, Esq.
15  & Jacob Canter, Esq.
16  3 Embarcadero Center, 26th Floor
17  San Francisco, California
18  94111
19  Tel.   (415) 365-7234
20  Email:    wparker@crowell.com
21            jcanter@crowell.com
22
23
24
25
```

|   |     | INDEX OF EXHIBITS |      |
|---|-----|-------------------|------|
| 1 |     |                   |      |
| 2 | NO./ | DESCRIPTION      | PAGE |
| 3 | 1   | Plaintiff's 30(b)(6) Notice to ROSS. | 11 |
| 5 | 2   | Document entitled "Statement of Work II of ROSS bulk memos"; Bates numbered TR-0000568 to 581. | 115 |
| 9 | 3   | Slack conversation, dated June 15th, 2017; Bates numbered ROSS-009637399 to 7400. | 147 |
| 12 | 4  | Email exchange, top email from Thomas Van Der Heijden to Andrew Arruda, and others, dated September 15th, 2017; Bates numbered ROSS-009558474 to 8475. | 150 |
| 17 | 5  | Email exchange, top email from Jimoh Ovbiagele to Andrew Arruda, and others, dated August 4, 2017; Bates numbered ROSS-003537612 to 7613. | 175 |

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 6 of 20 PageID #: 127826
THOMSON REUTERS vs                                              Jimoh Ovbiagele
ROSS INTELLIGENCE              Highly Confidential              April 12, 2022

4

```
 1                   INDEX OF EXHIBITS

 2   NO./ DESCRIPTION                                PAGE

 3   6    Email exchange, to email from              196

 4        Andrew Arruda to Thomas

 5        Hamilton, and others, dated

 6        July 29th, 2015; Bates numbered

 7        ROSS-003334354.

 8   7    Email exchange, top email from             199

 9        Thomas Hamilton to Shazina

10        Razeen, dated September 20,

11        2015; Bates numbered

12        ROSS-003610162 to 0165.

13   8    Slack Notifications from the               203

14        ROSS Inc. team for February 16,

15        2015; Bates numbered

16        ROSS-003391075.

17   9    Email from Asana to Jimoh                  207

18        Ovbiagele, dated June 6, 2015,

19        re: Updated tasks; Bates

20        numbered ROSS-009585472.

21   10   Email exchange, top email from             213

22        Thomas Hamilton to Andre Arruda,

23        and others, dated

24        September 25th, 2015; Bates

25        numbered ROSS-003389728 to 9730.
```

5

1              INDEX OF EXHIBITS

2  NO./ DESCRIPTION                                PAGE

3  11   Email exchange, top email from             215
4       Thomas Hamilton to Andrew
5       Arruda, dated September 29,
6       2015; Bates numbered
7       ROSS-010164415 to 4417.
8  12   Slack conversation dated May 17,            228
9       2019; Bates numbered
10      ROSS-003718400 to 8406.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

```
 1              PRODUCTION REQUESTS
 2
 3     PRODUCTION REQUESTS are denoted by P/R
 4    and are found on the following Page/Line:
 5                   94/12;
 6                   100/23;
 7                   109/14;
 8                   232/17.
```

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 9 of 20 PageID #: 127829
THOMSON REUTERS vs
ROSS INTELLIGENCE
Highly Confidential
Jimoh Ovbiagele
April 12, 2022

7

1   -- Upon commencing at 9:20 a.m.
2           THE VIDEOGRAPHER:  Good morning.  We
3   are going on the record at 9:20 a.m. on
4   April 12th, 2022.  This is media unit number one
5   of the video deposition of Jimoh Ovbiagele in
6   the matter of Thomson Reuters Enterprise Centre
7   GmbH et al. versus ROSS Intelligence Inc., case
8   number CA-20-613(LPS), filed in the United
9   States District Court of Delaware.
10          This deposition is being held at
11  Regus, Toronto Airport Corporate Centre, 2425
12  Matheson, 8th Floor, Mississauga, Ontario, L4W
13  5K4.
14          My name is Bruno Silva, CLVS, on
15  behalf of Philadelphia, and I am a videographer.
16  The court reporter is Helen Martineau on behalf
17  of Philadelphia.
18          Will counsel please introduce
19  yourselves followed by the court reporter
20  swearing in the witness.
21          MR. SIMMONS:  Joshua Simmons from
22  Kirkland & Ellis, and with me is Eric Loverro.
23  We represent the plaintiffs in this matter.
24          MR. PARKER:  And I'm Warrington Parker
25  and with me is Jacob Canter and we represent the

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 10 of 20 PageID #: 127830
THOMSON REUTERS vs                                               Jimoh Ovbiagele
ROSS INTELLIGENCE              Highly Confidential               April 12, 2022

8

1   defendant.
2           THE VIDEOGRAPHER:  Would the court
3   reporter please swear in the witness.
4           JIMOH OVBIAGELE:  AFFIRMED.
5           CROSS-EXAMINATION BY MR. SIMMONS:
6           Q.  Good morning, from Ovbiagele.
7   Would you please state your address for the
8   record?
9           A.  365 Adelaide Street East,
10  Toronto, Ontario, M5A 1N3, was my last address.
11  Currently I do not have a permanent address.
12          Q.  Are you staying somewhere at the
13  moment?
14          A.  Yes.
15          Q.  With whom are you currently
16  residing?
17          A.  A friend.
18          Q.  Is that friend located in
19  Toronto?
20          A.  Yes.
21          Q.  Do you intend to stay in Toronto
22  for the foreseeable future?
23          A.  I am currently travelling.
24          Q.  When you say you're "travelling",
25  is that around Canada, is that other countries?

38

1          BY MR. SIMMONS:
2              Q.   In what way did you want to make
3     legal research more efficient?
4              A.   I wanted to minimize the amount
5     of cases that lawyers need to read to complete
6     their research.
7              Q.   Were you familiar with cases
8     being -- strike that.
9              Were you familiar with case research
10    prior to forming ROSS?
11             MR. PARKER:  Object as to form.
12             THE WITNESS:  Yes.
13         BY MR. SIMMONS:
14             Q.   How were you familiar with case
15    research?
16             A.   Google and speaking to lawyers.
17             Q.   What got you interested in
18    improving legal research?
19             A.   The cost of legal services and
20    their inaccessibility.
21             Q.   What experience did you have that
22    involved the cost of legal services and their
23    inaccessibility?
24             A.   My mom wanted to separate from my
25    dad, but she couldn't afford a family lawyer.

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 12 of 20 PageID #: 127832
THOMSON REUTERS vs                                              Jimoh Ovbiagele
ROSS INTELLIGENCE              Highly Confidential              April 12, 2022

41

1   artificial intelligence is not useful for
2   distinguishing the technology that we want to
3   introduce into the legal research domain.
4           BY MR. SIMMONS:
5           Q.   What technology was ROSS
6   introducing into the legal research domain?
7           A.   Ultimately we wanted to introduce
8   deep learning techniques.
9           Q.   What are "deep learning
10  techniques"?
11          A.   Deep learning techniques use a
12  machine learning model that's inspired by the
13  human brain called "deep neural networks".
14          Q.   What's a machine learning model?
15          A.   A general explanation is that
16  machine learning models learn how to do a task
17  by analyzing data.
18          Q.   What are deep learning networks?
19          MR. PARKER:  Object as to form.
20          THE WITNESS:  Deep learning networks
21  are machine learning models that are composed of
22  software neurons that are connected together.
23  And when you pass data through them, they create
24  logic networks that can take in data and output
25  something -- produce a desired output on the

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 13 of 20 PageID #: 127833
THOMSON REUTERS vs                                           Jimoh Ovbiagele
ROSS INTELLIGENCE          Highly Confidential              April 12, 2022

42

1  other side.
2              BY MR. SIMMONS:
3          Q.   When you say "data", what is that
4  composed of?
5              MR. PARKER:  Object as to form.
6              THE WITNESS:  It depends on the
7  context.
8              BY MR. SIMMONS:
9          Q.   Would I be correct in saying that
10  data in the context of machine learning models
11  would include inputs and outputs?
12             MR. PARKER:  Object as to form.
13             THE WITNESS:  Yes.  There's input data
14  and there's output data.
15             BY MR. SIMMONS:
16         Q.   And the input data models the
17  kind of inputs a user might give to the machine
18  learning system, right?
19             MR. PARKER:  Object as to form.
20             THE WITNESS:  During the training
21  phase, there's the input data, which is the
22  expected input to the machine learning model
23  when it's in ultimate use, and then it produces
24  an output.  And then you have your expected
25  output, which you use to assess the actual

```
 1    "negotiating"?
 2            Q.   Well, is this document an
 3    agreement between ROSS Intelligence and
 4    LegalEase Solutions?
 5            A.   Yes.
 6            Q.   Were you involved in the decision
 7    to enter into this agreement with LegalEase?
 8            A.   Yes.
 9            Q.   Did you review this document in
10    preparation for your deposition today?
11            A.   Yes.
12            Q.   This is the agreement under which
13    LegalEase provided ROSS with the ROSS bulk
14    memos, correct?
15            MR. PARKER:   Object as to form.
16            THE WITNESS:  Yes.
17            BY MR. SIMMONS:
18            Q.   And if you go to the fourth
19    paragraph, it's entitled "term".  Do you see
20    that?
21            A.   Yes.
22            Q.   And subject to the termination
23    provisions of the agreement, the term for this
24    statement of work was a period of three months,
25    commencing on September 19th, 2017, and expiring
```

Case 1:20-cv-00613-SB   Document 690-2   Filed 10/01/24   Page 15 of 20 PageID #: 127835
THOMSON REUTERS vs                                        Jimoh Ovbiagele
ROSS INTELLIGENCE            Highly Confidential          April 12, 2022

131

1    THE WITNESS:  I don't remember
2    exactly, but there should be a document showing
3    that.
4         BY MR. SIMMONS:
5         Q.  Was the practice area information
6    used by ROSS in its models?
7         MR. PARKER:  Object as to form.
8         THE WITNESS:  The practice areas were
9    not used in models that were part of the product
10   that was used by customers.
11        BY MR. SIMMONS:
12        Q.  That wasn't my question.  My
13   question was whether you used them in any
14   models.
15        MR. PARKER:  Object as to form.
16        THE WITNESS:  They were not used in
17   any model.
18        BY MR. SIMMONS:
19        Q.  So why were you having LegalEase
20   provide them if you never used them in any model
21   ever?
22        A.  This was an expensive project.
23   We wanted to make sure that the project could be
24   used for future purposes.  At the time, we
25   thought we would use them.  We didn't end up

132

1  using them.
2          Q.   Did ROSS use the practice area
3  labels in other ways?
4          MR. PARKER:  Object as to form.
5          THE WITNESS:  We did not.
6          BY MR. SIMMONS:
7          Q.   So LegalEase provided you memos
8  that contained information about the cases in
9  the form of practice areas and ROSS never used
10 that information in any way, is that your
11 testimony?
12         MR. PARKER:  Object as to form.
13         THE WITNESS:  As I understand, we did
14 not use the practice areas in the Bulk Memo
15 project.
16         BY MR. SIMMONS:
17         Q.   Just to be clear, your testimony
18 was that you didn't use them in the Bulk Memo
19 project.  But my question is, LegalEase provided
20 you memos that contained information about the
21 cases in the form of practice areas.  Is it your
22 testimony that ROSS never used that information
23 in any way?
24         MR. PARKER:  Object as to form?
25         THE WITNESS:  In this statement of

133

1   work that says:

2           "Contractor shall also label

3       which legal practice area each Quote

4       falls under."

5           As I understand, we did not use these

6   practice areas in any way.

7           BY MR. SIMMONS:

8       Q.   Do you know where the practice

9   areas -- strike that.

10          Do you know how the practice areas

11  were determined?

12          MR. PARKER:  Object as to form.

13          THE WITNESS:  I do not, but there may

14  be a document that discusses this.

15          BY MR. SIMMONS:

16      Q.   The only way that you would have

17  information about how the practice areas were

18  determined is by reviewing documents produced by

19  ROSS, is that your testimony?

20          MR. PARKER:  Object as to form.

21          THE WITNESS:  Can you repeat the

22  question?

23          BY MR. SIMMONS:

24      Q.   I'll ask the reporter to read it

25  back.

241

1    REPORTER'S CERTIFICATE

2

3        I, HELEN MARTINEAU, CSR, Certified
4    Shorthand Reporter, certify;
5        That the foregoing proceedings were
6    taken before me at the time and place therein
7    set forth, at which time the witness was put
8    under oath by me;
9        That the testimony of the witness and
10   all objections made at the time of the
11   examination were recorded stenographically by me
12   and were thereafter transcribed;
13       That the foregoing is a true and
14   accurate transcript of my shorthand notes so
15   taken.  Dated this 19th day of April, 2022.

16

17
                    _____
18

19       PER:  HELEN MARTINEAU
20       CERTIFIED SHORTHAND REPORTER

21

22

23

24

25

## Signature and Errata Sheet
## April 12, 2022 Deposition of Jimoh Ovbiagele
### *Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS Intelligence Inc.*

I, Jimoh Ovbiagele, have reviewed the attached transcript of my April 12, 2022 deposition testimony, and certify, pursuant to 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page/Line | Now Reads | Correction | Reason |
|---|---|---|---|
| 15:14 | did | didn't | Transcription error |
| 15:22 | Ross | ROSS | Correct spelling |
| 21:02 | "sic" | Delete "sic" | Transcription error |
| 21:24 | "about" | "about what" | Transcription error |
| 23:18 | and | of | Transcription error |
| 26:08 | "your" | Delete "your" | Clarification |
| 28:05 | Ross | ROSS | Correct spelling |
| 32:01 | Hayden | Heijden | Correct spelling |
| 32:05 | Hayden | Heijden | Correct spelling |
| 32:08 | Hayden | Heijden | Correct spelling |
| 32:11 | Hayden | Heijden | Correct spelling |
| 32:16 | Ross | ROSS | Correct spelling |
| 32:23 | Ross | ROSS | Correct spelling |
| 35:19 | Ross | ROSS | Correct spelling |
| 52:25 | That | where | Clarification |
| 55:09 | Ross | ROSS | Correct spelling |
| 56:02 | Ross | ROSS | Correct spelling |
| 61:24 | starts | start | Transcription error |

| 81:09 | Ross | ROSS | Correct spelling |
|---|---|---|---|
| 109:14-17 | *Bolded text* | *Text should not be bold* | Bold text indicates deponent speaking but that is not the case |
| 157:03 | Thomas | Tomas | Correct spelling |
| 215:10 | if | is | Transcription error |

Executed on May 25, 2022, at 579 Transversal 1a 501, Bogotá, Bogotá 110231, Colombia.

_____