# EXHIBIT 4

```
                                                              1
                                       VOLUME 1
                                       PAGES:  1-311
                                       EXHIBITS:  See Index


             UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE


 _____
                                )
 THOMSON REUTERS ENTERPRISE     )
 CENTRE GMBH and WEST           )
 PUBLISHING CORPORATION,        )
                                )
         Plaintiffs and         ) C.A. No. 20-613 (LPS)
         Counterdefendants,     )
                                )
     v.                         ) HIGHLY CONFIDENTIAL
                                )
 ROSS INTELLIGENCE, INC.,       )
                                )
         Defendant and          )
         Counterclaimant.       )
                                )
 _____)



     VIDEOTAPED DEPOSITION of ANDREW ARRUDA

        - CONDUCTED BY VIDEOCONFERENCE -

           Wednesday, March 30, 2022

         9:06 a.m. Pacific Daylight Time



          Michelle Keegan, RMR, CRR

                   Lexitas

        508-478-9795 ~ 508-478.0595 (Fax)

                www.LexitasLegal.com
```

Case 1:20-cv-00613-SB   Document 690-3   Filed 10/01/24   Page 3 of 10 PageID #: 127843
THOMSON REUTERS ENTERPRISE vs                                    Andrew Arruda
ROSS INTELLIGENCE            Highly Confidential                 March 30, 2022

2

```
 1   A P P E A R A N C E S:

 2


 3     KIRKLAND & ELLIS LLP
       By:  Dale Cendali, Esq.
 4     By:  Eric Loverro, Esq.
       601 Lexington Avenue
 5     New York, New York 10022
       Phone:  (212) 226-4800
 6     Email:  dale.cendali@kirkland.com
       Email:  eric.loverro@kirkland.com
 7     Counsel for Plaintiffs Thomson Reuters and West
       Publishing
 8


 9     CROWELL & MORING LLP
       By:  Warrington Parker, Esq.
10     3 Embarcadero Center, 26th Floor
       San Francisco, California 94111
11     Phone:  (415) 986-2800
       Email:  wparker@crowell.com
12     Counsel for Defendant ROSS Intelligence, Inc.

13
       CROWELL & MORING LLP
14     By:  Crinesha B. Berry, Esq.
       1001 Pennsylvania Avenue NW
15     Washington, D.C. 20004
       Phone:  (202) 624-2500
16     Email:  cberry@crowell.com
       Counsel for Defendant ROSS Intelligence, Inc.

17

18   Also Present:
       Adrian Beltran, Videographer
19

20

21

22

23

24

25
```

```
 1                          I N D E X

 2
     Videotaped Deposition of:                             Page
 3
     ANDREW ARRUDA
 4
        By Ms. Cendali                                        9
 5

 6

 7                          E X H I B I T S

     No.                                                   Page
 8
     Exhibit 1    [Proposed] Stipulated Protective           17
 9                Order, in USDC, District of
                  Delaware, 20-613 (LPS), 27 pages
10                without Bates numbering

11   Exhibit 2    Andrew Arruda LinkedIn profile             26
                  pages
12
     Exhibit 3    December 2018 and January 2019             71
13                e-mail chain, Bates-numbered
                  ROSS-003487472 through -7474
14
     Exhibit 4    Document titled "Powered by IBM           102
15                Watson Application
                  Executive Summary,"
16                Bates-numbered ROSS-003705907
                  through -5908
17
     Exhibit 5    Declaration of Andrew Arruda, in          113
18                USDC, District of Minnesota,
                  18-cv-01445, three pages without
19                Bates numbering

20   Exhibit 6    Facebook pages, Bates-numbered            115
                  TR-0001119 through -1122
21
     Exhibit 7    Andrew Arruda tweet,                      122
22                Bates-numbered TR-0001735

23   Exhibit 8    Document titled "The Death of            126
                  Westlaw Contracts and Pricing,"
24                Bates-numbered TR-0000695
                  through -696
25
```

8

1           P R O C E E D I N G S

09:06:30  2           THE VIDEOGRAPHER:  Good morning, everyone.
09:06:31  3   We are on the record on March 30, 2022, at
09:06:35  4   approximately 9:06 a.m. Pacific Time, for the
09:06:40  5   remote video deposition of Andrew Arruda in the
09:06:45  6   matter of Thomson Reuters Enterprise Centre, GmbH,
09:06:52  7   et al., versus ROSS Intelligence, Inc.
09:06:54  8           My name is Adrian Beltran, and I am the
09:06:56  9   videographer for today.
09:06:58 10           Will counsel please introduce themselves
09:07:02 11   for the record, beginning with the party noticing
09:07:04 12   this proceeding.
09:07:04 13           MS. CENDALI:  I'm Dale Cendali of
09:07:07 14   Kirkland & Ellis.  And with me is my colleague,
09:07:10 15   Eric Loverro, also from Kirkland & Ellis.  We are
09:07:16 16   counsel for Thomson Reuters and West Publishing.
09:07:22 17           MR. PARKER:  This is Warrington Parker
09:07:24 18   appearing on behalf of ROSS Intelligence.
09:07:35 19           THE VIDEOGRAPHER:  Thank you, counsel.  If
09:07:37 20   that is all -- I forgot to mention also I will be
09:07:40 21   the document technician for today's deposition.
09:07:42 22           Now will the court reporter please swear
09:07:44 23   in the witness.
09:07:45 24           MS. CENDALI:  Just to be clear, is there
09:07:48 25   anyone else present on the line or video?

Case 1:20-cv-00613-SB   Document 690-3   Filed 10/01/24   Page 6 of 10 PageID #: 127846
THOMSON REUTERS ENTERPRISE vs                                    Andrew Arruda
ROSS INTELLIGENCE             Highly Confidential               March 30, 2022

9

```
09:07:53  1        MR. PARKER:  Crinesha Berry from Crowell &
09:07:56  2   Moring is on the line.  She is not going to say
09:07:58  3   anything at all.  She is just watching the
09:08:00  4   deposition.
09:08:09  5        THE VIDEOGRAPHER:  Okay.  Thank you.  Now
09:08:11  6   will the court reporter swear in the witness,
09:08:13  7   please.  Thank you all.
          8                    ANDREW ARRUDA,
          9   having been satisfactorily identified and duly
         10   sworn by the Notary Public, was examined and
         11   testified as follows:
         12              EXAMINATION BY COUNSEL FOR
         13           THOMSON REUTERS AND WEST PUBLISHING
09:08:38 14   BY MS. CENDALI:
09:08:38 15      Q. All right.  I take it, then, we're ready
09:08:40 16   to start.
09:08:41 17        Could you please state your full name and
09:08:42 18   address for the record.
09:08:43 19      A. Andrew, regular spelling, Arruda,
09:08:47 20   A-R-R-U-D-A.  My middle name is M.J., all capital
09:08:53 21   letters.  And my address is 536 27th Street,
09:08:58 22   Unit 3, San Francisco 94131.
09:09:02 23      Q. Is that your personal address?
09:09:03 24      A. It is.  Yeah.
09:09:04 25      Q. Do you have a business address?
```

Case 1:20-cv-00613-SB   Document 690-3   Filed 10/01/24   Page 7 of 10 PageID #: 127847

THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE
Highly Confidential
Andrew Arruda
March 30, 2022

11

```
09:10:28  1        A. After.
09:10:30  2        Q. Is anyone who was involved with ROSS
09:10:37  3   Intelligence, Inc., involved in Automate Medical?
09:10:41  4        A. Yes.
09:10:43  5        Q. Who?
09:10:43  6        A. Thomas Hamilton.  He was Employee Number 1
09:10:48  7   at ROSS, and he's one of the cofounders of mine at
09:10:52  8   Automate Medical.
09:10:52  9        Q. And what does Mr. Hamilton do at Automate
09:10:57 10   Medical?
09:10:57 11        A. He's the cofounder, chief operating
09:11:00 12   officer.
09:11:01 13        Q. Does Automate Medical use any of ROSS
09:11:10 14   Intelligence technology?
09:11:10 15        A. No.
09:11:12 16        Q. Does Automate Medical engage in using AI?
09:11:21 17        A. No.
09:11:22 18        Q. Are you -- were you the cofounder and CEO
09:11:39 19   of ROSS Intelligence?
09:11:40 20        A. Yes.
09:11:43 21        Q. During what period of time did you serve
09:11:49 22   as CEO for ROSS?
09:11:50 23        A. From the inception of it up until the time
09:11:57 24   that we shifted our focus because of this
09:12:02 25   litigation.
```

Case 1:20-cv-00613-SB   Document 690-3   Filed 10/01/24   Page 8 of 10 PageID #: 127848
THOMSON REUTERS ENTERPRISE vs
ROSS INTELLIGENCE
Highly Confidential
Andrew Arruda
March 30, 2022
12

```
09:12:04  1      Q. So is that from September of 2014 to
09:12:07  2   December of 2020?
09:12:08  3      A. That sounds correct.  But without seeing
09:12:14  4   documents -- but that sounds about right.
09:12:17  5      Q. Do you have a current role with ROSS?
09:12:19  6      A. I continue to serve on its board.
09:12:23  7      Q. Who else is on the board of directors of
09:12:26  8   ROSS?
09:12:27  9      A. Jimoh Ovbiagele, Karamdeep Nijjar, and
09:12:38 10   Jack Newton, with an observer seat by Andrew
09:12:41 11   Cleland.
09:12:42 12      Q. Could you please tell me about each of
09:12:46 13   these people.  Who are they?
09:12:48 14      A. Jimoh Ovbiagele was a cofounder, CTO at
09:12:52 15   ROSS Intelligence.  Karamdeep Nijjar is a venture
09:12:56 16   capitalist at Inovia Capital.  Jack Newton is the
09:13:00 17   CEO, cofounder of a company called Clio.  And
09:13:04 18   Andrew Cleland is a venture capital partner at
09:13:08 19   Comcast Ventures.
09:13:09 20      Q. When was the last time there was a board
09:13:13 21   meeting of ROSS?
09:13:13 22      A. Upon us getting into this litigation.  I'm
09:13:20 23   not sure the exact date, but it was around the
09:13:23 24   tail end upon our shift of focus.
09:13:27 25      Q. Well, when you say "shift in focus," what
```

1    STATE OF CALIFORNIA

2

3       I, Michelle Keegan, Registered Merit Reporter

4    and Certified Shorthand Reporter for the State of

5    California, do hereby certify that ANDREW ARRUDA,

6    the witness whose deposition is hereinbefore set

7    forth, was duly sworn by me and that such

8    deposition is a true record, to the best of my

9    ability, of the testimony given by the witness.

10       I further certify that I am neither related to

11   or employed by any of the parties in or counsel to

12   this action, nor am I financially interested in

13   the outcome of this action.

14       In witness whereof, I have hereunto set my hand

15   and seal this 11th day of April, 2022.

16

17

18

19

20

21   _____

22       Michelle Keegan, CSR No. 13632

23

24

25

## Signature and Errata Sheet
## March 30, 2022 Deposition of Andrew Arruda
*Thomson Reuters Enterprise Centre GMBH and West Publishing Corporation v. ROSS Intelligence Inc.*

I, Andrew Arruda, have reviewed the attached transcript of my March 30, 2022 deposition testimony and certify, pursuant 28 U.S.C. § 1746 that the attached transcript is my true and correct testimony during that deposition, subject to the corrections shown below.

| Page/Line | Now Reads | Correction | Reason |
|---|---|---|---|
| 23:17 | any | anything | Transcription error |
| 50:15 | co. | company | Transcription error |
| 51:15 | "how." | "how?" | Transcription error |
| 53:21 | ROSS | results | Transcription error |
| 81:2 | hard | all | Transcription error |
| 164:4 | would it look if | would it look like if | Clarification |
| 171:24 | "$MB ARR to +1M." | "SMB ARR to +1M." | Transcription error |
| 210:12 | MR. PARKER | MS. CENDALI | Transcription error |
|  |  |  |  |

Executed on May 10, 2022, at San Francisco, CA.

/s/ [signature]