# EXHIBIT 7

ROSS    Features    Coverage    Pricing    Customers    About Us    Blog                    Log In    Sign Up

# A Labor and Employment Lawyer Replaces Westlaw and Lexis for Caselaw Research

"Legal research was intimidating and time consuming, and it required a lot of forethought before even getting started. With ROSS, it's a simple, intuitive process that allows me to use plain language in searches and pinpoint what I'm looking for ... People should just try it out; I think they'll love it."

**Renate Walker**
Seyfarth Shaw LLP



---

### About

Renate Walker is an associate in the Labour and Employment department of Seyfarth Shaw LLP's Atlanta office where she advises and represents clients in a broad range of employment-related matters, including discrimination, harassment, retaliation, and wage and hour actions. Prior to her legal career, Renate was a human resources professional for nearly ten years.

### Goals

Complete complex legal research assignments efficiently--in terms of both time and cost.

### Approach

After using ROSS, Renate's uses for LexisNexis and Westlaw to review statutes. The nuts and bolts of her research – case law – is handled by ROSS. This transition hasn't required any adjustments because "it's extremely intuitive and user friendly." Whereas traditional law firm search engines require hours of hands-on training, Renate tells us all that was required for ROSS training was a video conference since the system itself is so simple to use.

## Flexibility to Research Without Per-Query Charges

Renate first started using ROSS in 2018, and has found it to be an essential tool to her practice. Whereas traditional legal search engines require lawyers to think through Boolean logic carefully before entering a query, ROSS performs well on plain-language searches—drastically cutting down time spent searching and freeing up time for legal analysis. Rather than charging for every search (including those searches that include typos or formatting errors), the ROSS system does not charge per search. This gives Renate peace of mind and flexibility when researching legislation and precedents for clients: "the fact that I can run as many searches as I want and not have to worry about racking up charges because I put something in the wrong set of quotation marks, or need to move a parenthesis, is just fantastic." This sensitivity to cost and delivery of real-time solutions gives Renate's clients confidence in the counsel they've selected and helps retain and attract clients with the same type of cost sensitivities.

## Researching Novel Legal Issues With Confidence

Renate admits that one of the most frustrating parts of legal research is the unknown – knowing that you need case law on a certain topic, but not knowing if it's ever been addressed by the courts. Typically, the research process begins broadly with hundreds of cases returned which requires hours of sifting through materials, opening and closing browser tabs, and keeping a pad and paper by your side to remember which cases are relevant and which cases are not.

Renate tells us, "when you've narrowed down your search, but aren't retrieving any relevant hits, you can spin your wheels and end up without an answer after a few hours." For example, while researching the applicability of certain provisions of the Federal Arbitration Act to transportation workers in a given jurisdiction, the standard law-firm search engines returned hits that took hours to sift through, with the result that no express case had addressed Renate's clients' circumstances.

Using ROSS, Renate was able to confirm in minutes that there wasn't any precedent in case law that could be relied upon (or distinguished) for her client. This sort of efficiency – in terms of both time and cost – is the most important factor in deciding which search engine to use, and which makes ROSS so attractive. In Renate's words, "legal research was intimidating and time consuming, and it required a lot of forethought before even getting started. With ROSS, it's a simple, intuitive process that allows me to use plain language in searches and pinpoint what I'm looking for ... people should just try it out, I think they'll love it."

TR-0000512

## Spreading the Word to Colleagues

In the short amount of time that Renate's been using ROSS, word of its capabilities has already spread through her office. Renate tells us that a fellow associate saw her using ROSS on her desktop one day and inquired about the platform. After using ROSS, Renate's colleague didn't hesitate to sing its praises and recommend it to other members of the firm. Unlike traditional search tools that require extensive training, her colleague could get set up after watching a training video from the comfort of her office.

## The ROSS Advantage Over Legacy Platforms

One of the most prominent examples of how ROSS gives Renate an edge over other lawyers was when she was asked to update educational materials for a client teaching employment law. Specifically, she needed verification over non-compete covenants in employment agreements for a specific jurisdiction. Renate tells us that it is exceptionally difficult to narrow down broad searches like that using LexisNexis or Westlaw, but with ROSS, her plain language query returned answers immediately. Renate asked ROSS, "what factors do courts consider in determining whether or not non-compete agreements are enforceable in "X" jurisdiction" and it immediately pulled up the section of the case that listed all the factors she needed in responding to her client.

The ROSS team is excited to be partnering with innovative international law firms like Seyfarth Shaw LLP who recognize the value of investing in AI technology early to enhance their client service delivery in terms of time and cost reduction. We look forward to sharing additional details of how AI is transforming Seyfarth Shaw LLP's law practice.

**"**

## Client Recommends ROSS

"Legal research was intimidating and time consuming, and it required a lot of forethought before even getting started. With ROSS, it's a simple, intuitive process that allows me to use plain language in searches and pinpoint what I'm looking for ... people should just try it out, I think they'll love it."

**Renate Walker**
Seyfarth Shaw LLP

## Other Case Studies

ROSS Intelligence ("ROSS") builds AI-driven products to augment lawyers cognitive abilities.







TR-0000513



"ROSS is so highly intuitive and easy to use that we were able to introduce it into our workflow seamlessly. Right away that led to a healthy and productive re-evaluation of how we approached legal research at the firm." "It's like going from a rotary phone to an iPhone."

**Luis Salazar**
Salazar Law LLP     →



"I had a colleague doing research, and he'd tell me about issues he had. I'd say 'well, did you use ROSS?' He would then log in while I was standing there, we would ask his question and ROSS would return answers that were clearer than anything he returned by using traditional legal research methods."

**Matt Blaine**
Davison, Eastman, Muñoz & Paone     →



"As a lawyer, I just want relevance. It's the 'Google mentality.' I want to type my query in one search bar and get relevant results. ROSS is better than other platforms at getting me closer, faster."

**Chad Van Horn**
Van Horn Law Group     →



**ROSS**

🐦 Twitter

📘 Facebook

💼 LinkedIn

© ROSS Intelligence, Inc. 2014–2020

**Company**

About Us

Careers

Terms of Service

Privacy Policy

**Product**

Features

Coverage

Pricing

Academic Access

**Resources**

Contact Us

FAQ + Support

Blog

TR-0000514

# EXHIBIT 8

# THOMSON REUTERS
# WESTLAW™

Wayne Chang

Candidate for Director, Westlaw Litigation Product Management
October 23, 2020

 THOMSON REUTERS®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686613

## Who am I?



2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Career History

**2003-2009**
Litigation Associate

**2009-2011**
Bloomberg Law

**2011-Current**
Practical Law Company/Thomson Reuters

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686617



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686618

RELATIONSHIPS



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686619



TRCC-00686620



Improving Westlaw for Litigators

TRCC-00686621

## Shrink the Haystack



10

THOMSON REUTERS®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686623

## Improving Key Numbers



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686624

## Improving Key Number System

| Issue | Potential Solutions |
|---|---|
| Key Number System covers disparate and outdated topics | Create an identity for the Key Number System by reorganizing and updating Key Numbers |
| Key Number System is too granular and categories are not sufficiently descriptive | Prune Key Number System to eliminate unnecessary headnotes and use SEO to rename surviving Key Numbers |
| Key Number System should enhance search on Westlaw | Include West Headnote information in search results |
| While points of law are important, they're not a resource used to locate cases | Enhance Key Numbers with fact-based categories or create supplemental fact-based index |

13

THOMSON REUTERS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686625



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686626

## Improving Headnotes/Case Information

| Issue | Potential Solutions |
|---|---|
| Headnotes do not relay enough useful information to litigators | Text of Headnotes should focus more on the application of law to specific facts of the case |
| Many Headnotes simply restate what is written in the opinion, while others try to fit too much of an opinion in one sentence | Create or update editorial style guide to improve quality and usefulness of Headnotes |
| Many cases contain too many Headnotes | Streamlining Key Number System should result in fewer Headnotes that provide limited assistance |
| Not technically Headnotes, but case synopsis should make facts of the case and the result of the opinion clearer | Create or update editorial style guide to revise case synopses |
| Reason for opinion not emphasized enough | Create or update editorial style guide |

15

THOMSON REUTERS®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686628









HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Workflows in Westlaw



22



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Workflows in Westlaw

# Dockets

CALENDAR INFORMATION

View Calendar Information

DOCKET PROCEEDINGS (1)

| Entry #: | Date: | Description: | |
|---|---|---|---|
| 1 | 10/02/2020 | COMPLAINT Class Action against Grammer Industries, Inc., FCA US LLC f/k/a Chrysler Group LLC Filing fee: $ 400, receipt number 0101-8447437 (Fee Status: Filing Fee paid), filed by Maria Costa, Mario Soares. (Attachments: # 1 Civil Cover Sheet Civil Action Cover Sheet, # 2 Category Sheet)(Dougherty, Kimberly) (Entered: 10/02/2020) | View<br>Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

How Do We Do This?

# Customer Research

# Open Communication

# Honest Evaluation

27

THOMSON REUTERS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686639



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00686640

# EXHIBIT 9



# West Publishing Turns 150

Commemorating 150 Years of Customer-Driven Innovation

August 2022



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00608822

# *Letter from Paul Fischer*



Friends and colleagues,

Please join us in a celebration of 150 years of partnership and innovation.

As we look back, there are a handful of dates that we could have defensibly pointed to as the moment when it all began for us.

For example, West Publishing was incorporated in 1882. And a few years before that, in 1876, John B. West took on a partner, his brother, Horatio, and later that year they introduced *The Syllabi*, a weekly publication containing excerpts of opinions from the Minnesota courts. *The Syllabi* was a critical early step on the path that led to the National Reporter System and, a century later, to Westlaw.

But there's an earlier date that really marks the beginning of John B. West's impact on the U.S. legal system, and legal systems around the world, and forms the earliest case study into his passion for listening to and learning from his customers – making their problems his problems: 1872. That was the year he founded John B. West Publisher and Book Seller in St. Paul, Minnesota. It is from this date that we mark our sesquicentennial, and we celebrate his legacy of customer-driven innovation that has remained the hallmark of the Legal Professionals business ever since.

Personally, and on behalf of the thousands of Thomson Reuters Legal Professionals employees, including those who build, sell, and support Westlaw – a product that still carries his name – we thank our customers today and through the years who have shared their legal research- and business of law-related problems with us and have allowed us to innovate at their side. We work for you.

All the best,

Paul Fischer
President, Thomson Reuters Legal Professionals



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *Celebrating 150 Years of Customer Partnership & Innovation*

The United States was a country in transition 150 years ago. In 1872, the second industrial revolution had begun, and people were moving from farms to cities to find work in factories. It had been just seven years since the Civil War ended, and its winning general, Ulysses S. Grant, was president. There were only 37 states in the union, but westward expansion was well under way; there would be eight more states by the turn of the century.

The U.S. legal system at the time was a collage of laws and case law. Then, just as now, equal justice under the law was predicated on a clear understanding of how courts have treated citizens in criminal and civil matters, and that required fair access and consistent interpretation of the nation's laws. Yet, in Minnesota – a 14-year-old state in 1872 – published court decisions took months or years to find their way from courts in the east to the state's law offices and court rooms.

But that was about to change.

A regional book and office supply seller, John B. West, began catering to the needs of lawyers. His frequent visits with lawyers helped him to understand and anticipate their needs – particularly for information. In 1872, West founded John B. West Publisher and Book Seller, the predecessor to West Publishing, and began a legacy of innovation built upon close collaboration with customers.

West's spirit of innovation and his legacy of customer partnership continue to this day. Many of his early innovations – creating a system to quickly get judicial decisions into the hands of legal professionals, organizing them into a living taxonomy of the law, and hiring attorneys to analyze and annotate each decision – were powerful tools to speed the important and arduous task of legal research in the early days of West Publishing. Today, 150 years later, they provide unique content and metadata to train and power AI and machine-learning technologies that allow legal researchers to work much faster and with more accuracy and confidence.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# West's Legacy and Timeline

150 Years of Customer-Driven Innovation









**1872**

**1876**

**1879**

**1882**

### John B. West Publisher and Book Seller is founded

John B. West establishes John B. West Publisher and Book Seller in St. Paul, Minn., and begins a legacy of innovation built upon close collaboration with customers to help them research more efficiently.

### The Syllabi is introduced

*The Syllabi* was a weekly publication containing excerpts of opinions from the Minnesota courts. A yearly subscription was $3.

### Reporter system is established

In response to attorney requests, West began publishing the *North Western Reporter*, with editorial enhancements and court decisions from Minnesota, Wisconsin, and the Dakota territories. The West National Reporter System quickly became the most trusted source of information for legal practitioners.

### West Publishing is incorporated

West saw successful, rapid growth and an increased need for capital. Two additional investors joined John B. West and his brother, Horatio West, to incorporate the West Publishing Company. The business eventually grew out of its space and, in 1887, moved into a new building and began to further expand.


THOMSON REUTERS®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00608825

# *150 Years of Customer-Driven Innovation*





It includes 55,000+ terms, a 1,000+ source bibliography, and 6,000+ quotations. Bryan A. Garner became editor in chief in 1999.





The West Key Number System now includes 363 topics and 110,000+ subtopics.

**1887**

**1891**

**1901**

**1908**

### American Digest System is introduced

"The necessity of index or digest is apparent. 'The reporters must have an index' was the initial announcement of the American Digest, and from it resulted the concrete paragraph, ...the one point one place idea, and the fixed classification." — John B West (Multiplicity of Reports)

### Black's Law Dictionary is published

The first edition of what would later become the most widely cited law book in the world is published by West Publishing. Founded by Henry Campbell Black, A Dictionary of Law: Containing Definitions of the Terms and Phrases of American and English Jurisprudence, Ancient and Modern, widely known as *Black's Law Dictionary*, now has 11 editions.

### Printing "law books by the million"

West Publishing issues a pamphlet, including the essay, *Law Books by the Million: An Account of the Largest Law-Book House in the World, the Home Establishment of the National Reporter System and The American Digest System*, where it describes printing millions of books and boasts 500 employees at its St. Paul facility.

### West Key Number System is introduced

West Publishing adds attorney-created editorial enhancements and introduces the West Key Number System, a topic and key number taxonomy and powerful tool to help attorneys quickly find relevant cases on a particular issue. (Above is an early title showing the West Key Number System.)


THOMSON REUTERS®

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 150 Years of Customer-Driven Innovation



He's best known as the person who "green-lighted" the development of Westlaw – making the business one of the first online research and information companies and continuing its legacy of content and technology innovation.

With the launch of Westlaw, West's editorial enhancements and Key Number System became even more powerful.



**1927**



**1968**



**1975**



**1981**

### United States Code Annotated is introduced

The U.S. government commissioned two companies, West Publishing and Edward Thompson Co., to create an "authentic & accurate compilation of the general and permanent laws of the United States." United States Code Annotated® (USCA) would go on to become the most authoritative classification system of U.S. law and is still in use today.

### Dwight Opperman leads West Publishing

Dwight Opperman began his career in 1951 as an attorney-editor writing headnotes and synopses. He moved up the ranks to become president in 1968. He served as CEO until the sale of West Publishing Company to The Thomson Corporation in 1996.

### Westlaw launches

West Publishing launches its first computerized database – Westlaw. Applying electronic technologies to the information contained in Westlaw allowed users to 1) access information without a physical document, 2) search for information by conducting keyword searches, and 3) conduct searches at incredible speed.

### State-of-the-art book production facility opens

The company's Eagan campus began with its book manufacturing facility. The main office opened in 1992, and the employee migration to Eagan ended with the last employee leaving the downtown St. Paul office in the summer of 1992.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *150 Years of Customer-Driven Innovation*









### WIN launches

WIN (Westlaw is Natural) was the first commercially available search engine to deploy probabilistic rank retrieval, a form of machine learning, in its ranking functions. WIN allowed researchers to use plain language search queries instead of supporting only Boolean terms and connectors.

### Vance Opperman is named president of West Publishing

Vance Opperman was named president of West Publishing Company in 1993. Following the sale to The Thomson Corporation in 1996, Vance would serve on the board of directors for The Thomson Corporation and Thomson Reuters for a combined 26 years.

### Thomson acquires West Publishing

When the deal closed in 1997, West Publishing and Thomson Legal Publishing merged to form West Group, a division of The Thomson Corporation.

### KeyCite launches

KeyCite launched on Westlaw at the American Association of Law Libraries annual meeting in 1997, revolutionizing citator research. Today, KeyCite is the industry's most complete, accurate, and current citator to verify whether a case, statute, regulation, or administrative decision is still good law, determine if a patent or trademark is still valid, and find citing references to support a particular legal argument.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00608828

# 150 Years of Customer-Driven Innovation



Today, localized versions of Westlaw are available in Argentina, Australia, Brazil, Canada, Chile, China, France, India, Ireland, Japan, New Zealand, South Korea, Spain, the United Kingdom, Uruguay, and other countries. And Westlaw International, Westlaw Asia and Westlaw Middle East are in markets without a fully localized Westlaw service.









### New Westlaw.com is released

The first web-based version of Westlaw is accessible from an internet browser instead of requiring installed software. The mission was to mimic the experience a user had with the books – a spread-out, tactile experience with side-by-side comparisons, swift movement from source to source, and recognition of where the researcher is at all times.

### Westlaw UK launch marks globalization of Westlaw

Westlaw UK leveraged the technology of U.S. Westlaw and the content of Sweet & Maxwell, the UK's leading legal publisher. In 2020, Thomson Reuters launched Westlaw Edge UK, the most sophisticated legal research service in the country.

### Wireless Westlaw is introduced

West introduces a version of Westlaw that is compatible with Blackberry devices, Palm and Windows Pocket PC.

### Westlaw for Canadian practitioners launches

The launch of WestlaweCARSWELL, later Westlaw Canada, provided the Canadian legal industry with state-of-the-art search tools and an integrated online platform that delivered new levels of power, flexibility and depth. In 2021, Thomson Reuters launched Westlaw Edge Canada.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00608829

# 150 Years of Customer-Driven Innovation









## Westlaw adds AI-based recommender engine

Westlaw introduced ResultsPlus, a content- and behavior-based recommender system for legal researchers.

## PeopleMap is introduced on Westlaw

PeopleMap delivered a web-scale concordance engine that created one of the largest person-centric knowledge graphs anywhere, connecting all public records that pertain to an individual. Westlaw was one of the earliest in the information industry – not just legal – to introduce full and machine-assisted automation at scale for text mining and content enhancement technologies.

## WestlawNext launches

WestlawNext combined search and editorial intelligence with the latest technological innovations. With the power of WestSearch, a suite of learning-to-rank algorithms trained on legal content, meta-data and user behavior, a single search scoured multiple databases and tools allowed users to filter, tag, and folder information.

## Westlaw platform launches in Australia

Developed specifically for Australian legal professionals, Westlaw AU offers content from case law and journals, legislation and commentary to precedents, encyclopedia and news, as well as legal and tax information.



# *150 Years of Customer-Driven Innovation*









### *Westlaw Edge is released*

Powered by AI technology, Westlaw Edge gave users the advantages of proprietary editorial enhancements, the latest technology, and new time-saving tools, such as WestSearch Plus – a legal search engine that helps users find recommended answers for thousands of legal topics faster than ever before – and KeyCite Overruling Risk.

### *Quick Check on Westlaw Edge is introduced*

The intelligent document analysis tool enables users to save valuable time finding and verifying authority. Quick Check analyzes a brief with recommendations for additional relevant authority, so legal professionals can feel confident that they've found the strongest authority for their case.

### *Practical Law Dynamic Tool Set launches*

Thomson Reuters applied AI functionality to a new proprietary editorial content set from Practical Law, including an AI-driven question-answering feature that leverages the legal expertise of the business's attorney editors to provide answers to legal research questions, along with links to relevant Practical Law content.

### *Ongoing innovation and customer collaboration*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 150 Years of Customer-Driven Innovation

**2022**

"Many of the earliest innovations of John West's business, such as bringing in a large team of attorneys to annotate the law, creating digests, and developing the West Key Number System taxonomy to organize the law, revolutionized legal research for generations and remain critical to our business today. Our exclusive attorney-authored content and our living taxonomy of the law provide the deep data needed by artificial intelligence technology to drive our next-generation legal research products. We owe so much of our success to our customers, today and through the years, who have shared their legal research- and business of law-related problems with us and have allowed us to innovate at their side. It's appropriate that our most sophisticated and important product, Westlaw, with versions for legal professionals in the United States, UK, Canada, Australia and more, deeply relies on West's innovations and continues to carry West's name."

**- Paul Fischer, President, Legal Professionals**





## Ongoing innovation and customer collaboration

West's spirit of innovation and his legacy of customer partnership continue today. Many of John B. West's innovations – creating a system to quickly get judicial decisions into the hands of legal professionals, organizing them into a living taxonomy of the law, and hiring attorneys to analyze and annotate each decision – were powerful tools to speed the important and arduous task of legal research. Now, 150 years later, they provide unique content and metadata to train and power AI and machine-learning technologies that allow legal researchers to work much faster and with more accuracy and confidence. Thomson Reuters is honored to continue building on this foundation and to carry on West's legacy as the legal marketplace evolves.

**THOMSON REUTERS®**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# *Addendum: Additional Historical Images*



*Inside The Syllabi*



*Office in St. Paul*



*Inside St. Paul building*



*Office in St. Paul*



*Office in St. Paul*



*Eagan Campus*



*WestlawNext launch in Times Square*



*WestlawNext launch ad*



*Westlaw Edge launch*



*For more information, email Jeff McCoy*



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00608833