# EXHIBIT 17

# A legacy of innovation

## Celebrating 150 years of customer-inspired innovation

150 years ago, John B. West created the first iteration of what would later become West Publishing Company, the foundation for the Westlaw you know and trust today.

Since its debut, Westlaw has been the standard for legal research, only possible through our history of customer-inspired innovation. This collaboration, combined with the collective brainpower of top legal professionals and best-in-class technology, allows us to advance the legal industry with innovations designed to make research more efficient.

## Setting the foundation

The story of West, told in Law Books by the Million (1901), emphasized the care with which each book was made, the speed and accuracy of its order processing, and the skill and professionalism of the people who performed that work. 150 years later, the combination of our people, processes, and technology remains the foundation we rely upon to deliver customer-centric solutions.

## People and process

Our attorney editors have an average of more than 15 years of experience in the legal profession and they are passionate about their work. They have the expertise to analyze and understand the law, making hundreds of thousands of updates to statues and regulations each year so you can stay on top of changes. No other legal information company puts legal opinions and legislation through such a rigorous editorial process.

## Technology

Westlaw was one of the earliest in the information industry to introduce full and machine-assisted automation at scale. Today, we have over 25 years of experience developing the most innovative legal tools and AI-based legal technology, built with the goal to make legal research easier. With this knowledge and expertise, Westlaw has built a trusted reputation in the legal industry and has been named the most used online legal research service for 17 years running, according to the ABA Legal Technology Survey.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01314989



# TIMELINE OF INNOVATION

## 1800

**1872** — John B. West Publisher and Book Seller is founded, beginning a legacy of close collaboration with customers to help lawyers research more efficiently.

**1876** — West begins publishing The Syllabi, a weekly publication that served Minnesota lawyers' need for a quick publication of excerpts of opinions from the courts.

**1879** — West National Reporter System® is established, quickly becoming the most trusted source of information for legal practitioners.

**1882** — West Publishing Company is incorporated, further expanding the business to continue to fulfill the growing needs of legal professionals.

**1891** — The first edition of Black's Law Dictionary is published. Black's is considered one of the most valuable reference tools available to the legal community and became the most widely cited law book in the world.

## 1900

**1908** — West Key Number System, a comprehensive indexing system to help attorneys quickly find relevant cases on a given legal issue, is developed.

**1927** — **West indexes all US laws and introduces the United States Code Annotated (USCA).** The US government commissioned two companies, West Publishing and Edward Thompson Co, to create an authentic and accurate compilation of US law for the nation. The USCA is a comprehensive classification system that allows legal professionals to easily locate a relevant code section and get updates to stay informed of the most recent changes in the law.

**1975** — Westlaw is computerized with the West Automated Law Terminal (WALT). WALT enabled legal researchers to quickly pinpoint the information needed, drastically reducing research time.

**1993** — Westlaw is Natural (WIN), the first commercially available search engine, arrives. WIN recognizes natural English language search queries rather than requiring Boolean logic, simplifying legal search for lawyers.

**1997** — **Westlaw revolutionized citator research** with the introduction of KeyCite. The new electronic citation service quickly verifies whether a case, statute, regulation, or administrative decision is still good law, saving legal researchers time while helping them find and understand the law.

**1998** — Westlaw.com is released as the first web-based version of Westlaw, making the product accessible to legal professionals from any internet browser instead of requiring installed software.

## 2000

**2010** — **Thomson Reuters launches WestlawNext**, which was designed in close collaboration with customers and geared to their unique needs. WestlawNext transformed how attorneys search for the law with the introduction of WestSearch, a next generation search engine that delivers the most accurate, relevant information as quickly as possible, giving legal professionals confidence that they haven't missed anything important.

**2018** — **Westlaw Edge**, the most intelligent legal research platform ever, is released to the legal market. Westlaw Edge includes access to first-of-its-kind tools like KeyCite Overruling Risk, a powerful legal search engine, and integrated litigation analytics that helps expedite legal research tasks that were once incredibly complex and time-consuming.

**2019** — Quick Check on Westlaw Edge is introduced. The intelligent document analysis tool enables legal researchers to save valuable time finding and verifying authority.

**2022** — We are continuously working to develop and perfect first-of-its-kind legal research tools for you. Customer-inspired innovation remains a fundamental part of our commitment to the legal profession – just as it was 150 years ago.

Learn more about the latest advancements in legal technology that can help you complete research in less time without sacrificing accuracy.

**https://legal.thomsonreuters.com/en/westlaw**

© 2022 Thomson Reuters



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01314990

# EXHIBIT 18

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 40-F

---

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12 OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13(a) OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**

**Commission File Number: 1-31349**

---

# THOMSON REUTERS CORPORATION

**(Exact name of Registrant as specified in its charter)**

---

**N/A**
(Translation of Registrant's name into English (if applicable))

**Province of Ontario, Canada**
(Province or other jurisdiction of incorporation or organization)

**2741**
(Primary Standard Industrial Classification Code Number (if applicable))

**98-0176673**
(I.R.S. Employer Identification Number (if applicable))

**333 Bay Street, Suite 300**
**Toronto, Ontario M5H 2R2, Canada**
**Telephone: (647) 480-7000**
(Address and telephone number of Registrant's principal executive offices)

**Thomson Reuters Holdings Inc.**
**Attn: Legal Department**
**3 Times Square**
**New York, New York 10036**
**Telephone: (646) 540-3000**
(Name, address (including zip code) and telephone number (including area code) of agent for service in the United States)

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Common shares | TRI | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
**None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
**Debt Securities of Thomson Reuters Corporation and Guarantees of Debt Securities of TR Finance LLC**

**For annual reports, indicate by check mark the information filed with this Form:**

☒ **Annual information form**                  ☒ **Audited annual financial statements**

---

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:**

497,117,528 common shares, 6,000,000 Series II preference shares and 1 Thomson Reuters Founders Share

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒　　No ☐

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files).

Yes ☒　　No ☐

Indicate by check mark whether the Registrant is an emerging growth company as defined in Rule 12b-2 of the Exchange Act.

Emerging growth company　☐

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the Registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act.　☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the Registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report.　☒

**UNDERTAKING AND CONSENT TO SERVICE OF PROCESS**

a.   **Undertaking.**

The Registrant undertakes to make available, in person or by telephone, representatives to respond to inquiries made by the Commission staff, and to furnish promptly, when requested to do so by the Commission staff, information relating to: the securities registered pursuant to Form 40-F; the securities in relation to which the obligation to file an annual report on Form 40-F arises; or transactions in said securities.

b.   **Consent to Service of Process.**

(1)   The Registrant has previously filed a Form F-X in connection with the class of securities in relation to which the obligation to file this report arises.

(2)   Any change to the name or address of the Registrant's agent for service shall be communicated promptly to the Commission by amendment to Form F-X referencing the file number of the Registrant.

TR-0037449

SIGNATURES

Pursuant to the requirements of the Exchange Act, the Registrant certifies that it meets all of the requirements for filing on Form 40-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereto duly authorized.

**THOMSON REUTERS CORPORATION**

By:   /s/ Thomas Kim

Name:   Thomas Kim

Title:   Chief Legal Officer & Company Secretary

Date: March 10, 2021

TR-0037450

EXHIBIT INDEX

| Exhibit Number | Description |
|---|---|
| 99.1 | Annual Report for the year ended December 31, 2020 (which constitutes an Annual Information Form and includes Management's Discussion and Analysis and Audited Financial Statements for the year ended December 31, 2020), and includes a Form 40-F Cross Reference Table on page 196 |
| 99.2 | Consent of PricewaterhouseCoopers LLP |
| 99.3 | Certification of the Chief Executive Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 99.4 | Certification of the Chief Financial Officer pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 99.5 | Certification of the Chief Executive Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.6 | Certification of the Chief Financial Officer pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 99.7 | Code of Business Conduct and Ethics (incorporated by reference to Exhibit 99.1 of Thomson Reuters Corporation's Form 6-K dated June 18, 2020) |
| 99.8 | Audit Committee Charter |
| 99.9 | List of Subsidiary Issuers and Guarantors (incorporated by reference to Exhibit 22.1 of the joint Registration Statement on Form F-3 (File No. 333-239392) and Form F-10 (File No. 333-239390) filed on July 6, 2020 by Thomson Reuters Corporation and the subsidiary issuer and guarantors named therein) |
| 101 | Interactive Data File |
| | tri-20201231.xml |
| | tri-20201231.xsd |
| | tri-20201231_cal.xml |
| | tri-20201231_def.xml |
| | tri-20201231_lab.xml |
| | tri-20201231_pre.xml |

TR-0037451

Case 1:20-cv-00613-SB   Document 690-12   Filed 10/01/24   Page 10 of 397 PageID #: 131877

Exhibit 99.1



# Annual Report 2020

**March 10, 2021**

TR-0037452

TR-0037453

Table of Contents

Thomson Reuters Annual Report 2020

**Information in this annual report is provided as of March 3, 2021, unless otherwise indicated.**

Certain statements in this annual report are forward-looking. These forward-looking statements are based on certain assumptions and reflect our current expectations. As a result, forward-looking statements are subject to a number of risks and uncertainties that could cause actual results or events to differ materially from current expectations. Some of the factors that could cause actual results to differ materially from current expectations are discussed in the "Risk Factors" section of this annual report as well as in materials that we from time to time file with, or furnish to, the Canadian securities regulatory authorities and the U.S. Securities and Exchange Commission. There is no assurance that any forward-looking statements will materialize. You are cautioned not to place undue reliance on forward-looking statements, which reflect expectations only as of the date of this annual report. Except as may be required by applicable law, we disclaim any intention or obligation to update or revise any forward-looking statements.

The following terms in this annual report have the following meanings, unless otherwise indicated:

"LSEG" refers to London Stock Exchange Group plc;

"Thomson Reuters," "we," "us" and "our" each refers to Thomson Reuters Corporation and its consolidated subsidiaries, unless the context otherwise requires;

"Woodbridge" refers to The Woodbridge Company Limited and other companies affiliated with it; and

"$," "US$" or "dollars" are to U.S. dollars.

When we refer to our performance before the impact of foreign currency (or at "constant currency"), we mean that we apply the same foreign currency exchange rates to the financial results of the current and equivalent prior period. We believe this provides the best basis to measure the performance of our business as it allows better comparability of our business trends from period to period.

Non-International Financial Reporting Standards (IFRS) financial measures are defined and reconciled to the most directly comparable IFRS measures in the "Management's Discussion and Analysis" section of this annual report.

For information regarding our disclosure requirements under applicable Canadian and U.S. laws and regulations, please see the "Cross Reference Tables" section of this annual report.

Information contained on our website or any other websites identified in this annual report is not part of this annual report. All website addresses listed in this annual report are intended to be inactive, textual references only. The Thomson Reuters logo and our other trademarks, trade names and service names mentioned in this annual report are the property of Thomson Reuters.

TR-0037454

Thomson Reuters Annual Report 2020

# Table of Contents

| | |
|---|---|
| Business | 2 |
| Overview | 2 |
| Customer Segments | 7 |
| Legal Professionals | 7 |
| Corporates | 7 |
| Tax & Accounting Professionals | 8 |
| Reuters News | 8 |
| Global Print | 8 |
| Key Brands | 9 |
| Additional Business Information | 11 |
| Risk Factors | 16 |
| Management's Discussion and Analysis | 31 |
| Consolidated Financial Statements | 98 |
| Executive Officers and Directors | 172 |
| Executive Officers | 172 |
| Directors | 175 |
| Audit Committee | 178 |
| Principal Accountant Fees and Services | 179 |
| Controlled Company | 180 |
| Independent Directors | 180 |
| Presiding Directors at Meetings of Non-Management and Independent Directors | 181 |
| Code of Business Conduct and Ethics | 182 |
| Additional Disclosures | 182 |
| Additional Information | 183 |
| Description of Capital Structure | 183 |
| Market for Securities | 184 |
| Dividends | 185 |
| Woodbridge | 186 |
| Transfer Agents and Registrars | 187 |
| Ratings of Debt Securities | 187 |
| LSEG Transaction | 188 |
| Material Contracts | 189 |
| Principal Subsidiaries | 192 |
| Interests of Experts | 193 |
| Further Information and Disclosures | 193 |
| Cross Reference Tables | 195 |
| Annual Information Form (Form 51-102F2) Cross Reference Table | 195 |
| Form 40-F Cross Reference Table | 196 |

TR-0037455

Thomson Reuters Annual Report 2020

# Business

## Overview

Thomson Reuters is a leading provider of business information services. Our products include highly specialized information-enabled software and tools for legal, tax, accounting and compliance professionals combined with the world's most global news service – Reuters. Thomson Reuters shares are listed on the Toronto Stock Exchange and New York Stock Exchange (symbol: TRI). Our website is **www.tr.com**.

We are organized in five reportable segments supported by a corporate center:



### Legal Professionals

Serves law firms and governments with research and workflow products, focusing on intuitive legal research powered by emerging technologies and integrated legal workflow solutions that combine content, tools and analytics.



### Corporates

Serves corporate customers from small businesses to multinational organizations, including the seven largest global accounting firms, with our full suite of content-enabled technology solutions for in-house legal, tax, regulatory, compliance and IT professionals.



### Tax & Accounting Professionals

Serves tax, accounting and audit professionals in accounting firms (other than the seven largest, which are served by our Corporates segment) with research and workflow products, focusing on intuitive tax offerings and automating tax workflows.



### Reuters News

Supplies business, financial, national and international news to professionals via desktop terminals, including through Refinitiv, the world's media organizations, industry events and directly to consumers.



### Global Print

Provides legal and tax information primarily in print format to customers around the world.

Our corporate center centrally manages commercial and technology operations, including those around our sales capabilities, digital customer experience and product and content development. Our corporate center also centrally manages functions such as finance, legal and human resources.

## Our Business Model and Key Operating Characteristics

We derive most of our revenues from selling information and software solutions, primarily electronically and on a recurring subscription basis. Our solutions blend deep domain knowledge with software and automation tools. We believe our workflow solutions make our customers more productive by streamlining how they operate, enabling them to focus on higher value activities. Many of our customers use our solutions as part of their workflows, which has led to strong customer retention. We believe that our customers trust us because of our history and dependability and our deep understanding of their businesses and industries, and they rely on our services for navigating a rapidly changing and increasingly complex digital world.

TR-0037456

Over the years, our business model has proven to be capital efficient and cash flow generative, and it has enabled us to maintain leading and scalable positions in our chosen market segments. Some of our key business and operating characteristics are:

| Attractive Industry | Balanced and Diversified Leadership | Attractive Business Model | Strong Competitive Positioning | Disciplined Financial Policies |
|---|---|---|---|---|
| Currently our "Big 3" operate in an estimated $28 billion market segment expected to grow between 6% and 8% over the next 5 years | A leader in key Legal Professionals, Corporates and Tax & Accounting Professionals market segments | 80% of revenues are recurring | Proprietary content plus data and human expertise combined with artificial intelligence and machine learning are key differentiators | Focused and incentivized on organic revenue growth and free cash flow growth |
| Legal, Tax & Government market segments prime for content-driven innovation | Resilient businesses, historically stable, which has been affirmed by our performance during the COVID-19 pandemic | 90% of revenues are from products delivered electronically or as software and services | Products deeply embedded in customers' daily workflows | Balance investing in business and returning capital to shareholders |
| | Approximately 500,000 customers; largest customer is approximately 2% of revenues (excluding the news and editorial content contract with Refinitiv) | Strong and consistent cash generation capabilities | 90% retention rate | Committed to maintaining investment grade rating with stable capital structure |
| | | | | Significant potential capital capacity over the next four years affords significant optionality |

*All revenue information reflected above is based on our 2020 full-year results. Our "Big 3" segments refer to our Legal Professionals, Corporates and Tax & Accounting segments combined. The Refinitiv news and editorial contract represented approximately 6% of our 2020 revenues.*

## Three-Year History

**2018** – We sold a 55% interest in our F&R business (now the Refinitiv business of LSEG) to private equity funds affiliated with Blackstone for approximately $17 billion. We subsequently returned $10 billion of the proceeds to our shareholders. We set aside approximately $2 billion of the proceeds of the F&R transaction to fund strategic, targeted acquisitions to bolster our positions in key growth segments of our Legal Professionals, Corporates and Tax & Accounting Professionals businesses or for share repurchases. During 2018, we also transitioned from a product-focused structure to a customer-focused structure and remapped our business units into the new segments.

**2019** – 2019 was our first full year of operations after completing the F&R transaction and restructuring our company into customer-focused segments. Through the end of 2019, we spent over half of the $2 billion investment fund on acquisitions, including Confirmation, HighQ and FC Business Intelligence (now rebranded Reuters Events). In August 2019, we and private equity funds affiliated with Blackstone agreed to sell Refinitiv to LSEG for a total enterprise value of approximately $27 billion (at the time of announcement).

**2020** – We began 2020 with momentum, having completed our first full year re-positioned into our customer-focused segments after completing the F&R transaction in 2018. In March 2020, however, the global COVID-19 pandemic created

TR-0037457

unprecedented health risks to our employees, customers and suppliers, and containment measures intended to mitigate the impact of the pandemic resulted in a global economic crisis and ongoing uncertainty. In response to the pandemic, we immediately transitioned most of our staff to a virtual work environment. At the same time, we worked with our approximately 500,000 customers to ensure continued access to our products and services. Our 2020 performance reflected the resiliency of our markets and our business.

In January 2021, we and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG. For additional information about the transaction, please see the "Management's Discussion and Analysis" section of this annual report.

## 2020 Performance Highlights

Below are financial highlights of our results for the year ended December 31, 2020. Please see the "Management's Discussion and Analysis" section of this annual report for additional information about our recent performance.

| (ions of U.S. dollars, except per share amounts and margins) | Year ended December 31, | | Change | |
|---|---|---|---|---|
| | 2020 | 2019 | Total | Constant Currency |
| **IFRS Financial Measures** | | | | |
| Revenues | 5,984 | 5,906 | 1% | |
| Operating profit | 1,929 | 1,199 | 61% | |
| Diluted EPS | $2.25 | $3.11 | (28%) | |
| Cash flow from operations | 1,745 | 702 | 148% | |
| **Non-IFRS Financial Measures** | | | | |
| Revenues | 5,984 | 5,906 | 1% | 2% |
| Organic revenue growth | | | | 1% |
| Adjusted EBITDA | 1,975 | 1,493 | 32% | 32% |
| Adjusted EBITDA margin | 33.0% | 25.3% | 770bp | 760bp |
| Adjusted EPS | $1.85 | $1.29 | 43% | 43% |
| Free cash flow | 1,330 | 159 | 735% | |

*Supplemental financial results — "Big 3" Segments—Legal Professionals, Corporates and Tax & Accounting Professionals Combined*

| (ions of U.S. dollars, except margins) | Year ended December 31, | | Change | |
|---|---|---|---|---|
| | 2020 | 2019 | Total | Constant Currency |
| **Non-IFRS Financial Measures** | | | | |
| Revenues | 4,738 | 4,584 | 3% | 4% |
| Organic revenue growth | | | | 4% |
| Adjusted EBITDA | 1,791 | 1,625 | 10% | 10% |
| Adjusted EBITDA margin | 37.8% | 35.4% | 240bp | 210bp |

We met or exceeded each of the performance metrics in our updated 2020 full-year business outlook communicated on November 3, 2020. Our full-year 2020 outlook assumed constant currency rates relative to 2019 and included the impact of closed acquisitions and dispositions. Some of the financial measures in the tables above as well as the outlook below are provided on a non-IFRS basis. Refer to Appendices A and B of the "Management's Discussion and Analysis" section for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures.

TR-0037458

Table of Contents

Thomson Reuters Annual Report 2020

The table below compares our actual performance (before currency) to the outlook:

| 2020 Full-Year Outlook | | |
|---|---|---|
| Total Thomson Reuters Outlook | | |
| | 2020 Outlook | 2020 Actual Performance |
| | Before currency and included the impact of closed acquisitions/ dispositions | Before currency(1) |
| Revenue Growth | 1.0% - 2.0% | 2.1% ✓ |
| Organic revenue growth | 0% - 1.0% | 1.2% ✓ |
| Adjusted EBITDA margin | Approximately 32.0% | 32.9% ✓ |
| Corporate costs | $140 million - $150 million | $125 million ✓ |
| Free cash flow | Approximately $1.1 billion | $1.3 billion ✓ |
| Capital expenditures, as a percentage of revenues | 8.0% - 8.5% | 8.4% ✓ |
| Depreciation and amortization of computer software | $650 million - $675 million | $672 million ✓ |
| Interest expense | $190 million - $215 million | $195 million ✓ |
| Effective tax rate on adjusted earnings | Approximately 17% - 19% | 16.9% ✓ |

| "Big 3" Segments Outlook | | |
|---|---|---|
| | 2020 Outlook | 2020 Actual Performance |
| | Before currency and included the impact of closed acquisitions/ dispositions | Before currency(1) |
| Revenue Growth | 3.0% - 4.0% | 4.2% ✓ |
| Organic revenue growth | 3.0% - 4.0% | 3.8% ✓ |
| Adjusted EBITDA margin | 37.0% - 38.0% | 37.5% ✓ |

(1) Our 2020 performance (before currency) was measured in constant currency rates relative to 2019, except for the 2020 free cash flow performance which was reflected at actual rates

## 2021 Key Priorities – Our Change Program

While we have strong market segment positions and a loyal customer base, we must continue to evolve given the trends in our business. We have initiated a two-year Change Program that is intended to drive growth and efficiency by transitioning our company from a holding company into an operating company, and from a content provider into a content-driven technology company.

Our transition to an operating company means that our business segments will focus solely on understanding and serving their customers' needs. They will be supported by central functions that will manage technology, product development, customer service and support across our company. These central functions can leverage scale and best practices, thereby improving efficiency and the speed at which we can develop new products. The objectives of our Change Program are to:

Make it easier for our customers to do business with us;

Significantly modernize and simplify our product portfolio and product development groups;

Reduce complexity in our operations and technology organization; and

Continue to simplify our organizational structure to enable a more innovative culture.

TR-0037459

While our content provides us with a significant competitive advantage, we believe that we can achieve greater success by transitioning from a content provider to a content-driven technology company. We intend to provide a more modern customer experience by enriching our content with artificial intelligence, machine learning and software that is delivered in a cloud environment, which we believe will enable us to reach more customers, particularly smaller and medium sized businesses.

The following further describes our 2021 focus areas and priorities related to the Change Program:

| | 2021<br>4 Focus Areas | EXECUTION<br>Priority Work Streams | 2023 – End Result Goals<br>Operating Company |
|---|---|---|---|
| | Reimagine the Customer Experience | Modern digital self-serve approach, enabling greater penetration of the small and medium size businesses (SMB) market segment<br>Standardized commercial terms, billing process and customer support<br>Data-driven and AI-powered sales and marketing | Digital is a significant contributor to sales and renewals<br>Improved customer experience and higher Net Promoter Score (NPS), which is a metric that we use to measure customer experience |
| | Optimize Products & Portfolio | Simplify product suite around main franchises and focus on a smaller number of higher growth product categories<br>World class product proposition, development, pricing, delivery and management<br>Omnichannel approach - channels aligned to meet customers' needs | More targeted, integrated set of products<br>Modular entitlement and single customer ID that drive valuable outcomes for customers |
| | Simplify Operations & Leverage Technology | Create shared technology platforms that support agile product development and significantly enhance customer experience<br>Scale up machine learning and re-engineer underlying processes<br>Finish shift to the cloud in 2023 and support simplification across the company | Secure, modernized and simplified technology architecture and operations<br>90% of revenue available on cloud |
| | Create Inclusive Culture of World Class Talent | Right roles in the right locations allowing us to attract and retain world-class talent<br>Increase investment in training and development<br>Foster inclusive purpose-driven culture that reflects our core values | Self-replenishing pipeline of world-class internal talent |

We are also targeting seven strategic growth priorities, which collectively had revenues of over $3.0 billion in 2020. We believe these priorities can drive further organic revenue growth reflecting their strong market segment positions, leveraging opportunities and potential to scale.

| Strategic Priorities | | 2020 Revenues (approx.) |
|---|---|---|
| Legal Professionals[1] | (1) Practical Law | $400 million |
| | (2) HighQ and Contract Express | $200 million |
| | (3) Westlaw | $1.5 billion[4] |
| Government[2] | (4) CLEAR, TRSS and Pondera | $400 million |
| Tax & Accounting Professionals | (5) Onvio | $500 million |
| | (6) Cloud Audit Suite and Confirmation[3] | $100 million |
| Corporate Tax & Trade | (7) Direct Tax and Indirect Tax | $400 million |

(1) Products reported in Legal Professionals and Corporates segments.
(2) Government (our Risk, Fraud and Compliance businesses) is reported in the Legal Professionals segment.
(3) Products reported in Tax & Accounting Professionals and Corporates segments.
(4) Includes $100 million of revenues reported in Government.

We believe our Change Program initiatives will be largely complete in 24 months and will require an investment of between $500 million and $600 million in 2021 and 2022. By 2023, we believe the financial benefits that will result from these initiatives include:

Achieve organic revenue growth of 5% - 6%, including additional annual revenues of $100 million;

Achieve an adjusted EBITDA margin of 38% - 40%;

TR-0037460

Thomson Reuters Annual Report 2020

Achieve free cash flow of $1.8 billion - $2.0 billion;

Achieve annual operating expense savings of $600 million, of which $200 million is expected to be reinvested in growth initiatives; and

Reduce capital expenditures as a percentage of revenue to between 6.0% and 6.5%.

## Customer Segments

Our business is a customer-focused structure organized in five reportable customer segments: Legal Professionals, Corporates, Tax & Accounting Professionals, Reuters News and Global Print. This structure allows us to focus on the customer and partner with them to solve challenges that they face in their businesses. For additional information about the results of operations of our customer segments, please see the "Management's Discussion and Analysis" section of this annual report.

### Legal Professionals

Our Legal Professionals segment serves law firms and governments with research and workflow products, focusing on intuitive legal research powered by emerging technologies and integrated legal workflow solutions that combine content, tools and analytics. The following provides a summary of Legal Professionals' 2020 revenues by type of customer.



Legal Professionals' primary global competitors are LexisNexis (which is owned by RELX Group) and Wolters Kluwer. Legal Professionals also competes with Bloomberg Industry Group and other companies that provide legal and regulatory information, as well as Aderant and other companies that provide practice and matter management software. Legal Professionals also competes with client development providers and other service providers and start-ups that support legal professionals.

### Corporates

Our Corporates segment serves corporate customers from small businesses to multinational organizations, including the seven largest global accounting firms, with our full suite of content-enabled technology solutions for in-house legal, tax, regulatory, compliance and IT professionals. The following provides a summary of Corporates' 2020 revenue by type of customer.



Corporates' primary global competitors are Wolters Kluwer, Bloomberg and LexisNexis. Corporates also competes with focused software providers such as Avalara, MitraTech, Vertex and Sovos and at times with large technology companies such as SAP, as well as the largest global accounting firms.

TR-0037461

Thomson Reuters Annual Report 2020

## Tax & Accounting Professionals

Our Tax & Accounting Professionals segment serves tax, accounting and audit professionals (other than professionals in the largest seven accounting firms, which are served by our Corporates segment) with software, content and services that help firms master their practices and provide better customer service in the areas of accounting and auditing, tax, payroll, firm management, marketing, advisory and staff training. The following provides a summary of Tax & Accounting Professionals' 2020 revenues by type of customer.



- Emerging-Small-Mid Accounting Firms
- Global
- Large Accounting Firms

Tax & Accounting Professionals' primary competitor is the CCH business of Wolters Kluwer. Other competitors include Bloomberg Industry Group in tax research, and Intuit, Drake Software, CaseWare and Sage in professional software and services. Tax & Accounting Professionals also competes with software start-ups that serve tax, accounting and audit professionals.

## Reuters News

Reuters is the world's largest international multimedia news provider, reaching billions of people every day. It provides trusted global news and intelligence through desktop terminals, the world's media organizations, and directly to professionals via Thomson Reuters solutions, Reuters.com, the Reuters News app and Reuters Events. In 2020, Reuters delivered approximately 4 million unique news stories, 900,000 pictures and images and 130,000 video stories, alongside industry events.

Founded in 1851 and powered by 2,500 journalists around the world, Reuters News has a reputation for speed, impartiality and insight. It is dedicated to upholding the Thomson Reuters Trust Principles and preserving integrity, independence and freedom from bias in the gathering and dissemination of news. For more information on the Thomson Reuters Trust Principles, please see the "Additional Information – Material Contracts – Thomson Reuters Trust Principles and Thomson Reuters Founders Share Company" section of this annual report.

Reuters' primary competitors include Bloomberg, the Associated Press, Agence France-Presse and Getty.

## Global Print

Global Print is a leading provider of information, primarily in print format, to legal and tax professionals, government (including federal, state, and local government lawyers and judges), law schools and corporations. The business serves customers in the United States, Canada, the United Kingdom, Europe, Australia, Asia and Latin America. Global Print's primary global competitors are LexisNexis and Wolters Kluwer.

TR-0037462

## Key Brands

Our customer-focused structure enables us to have broader conversations with our customers, with a more cohesive go-to-market approach. We believe that this focus will create opportunities to cross sell more of our products and services across their organizations, increase sales to existing customers, improve retention, and attract new customers. The following table provides information about our key brands and the target customer for each brand.

| | Type of Product/Service | Legal Professionals | Corporates | Tax & Accounting Professionals |
|---|---|---|---|---|
| **Westlaw**<br>**Westlaw Edge (U.S. & UK)**<br>**Sweet & Maxwell (UK)**<br>**Aranzadi (Spain)**<br>**La Ley (Argentina)** | Legal, regulatory and compliance information-based products and services.<br><br>Westlaw is our primary online legal research delivery platform. Westlaw offers authoritative content, powerful search functionality and research organization, team collaboration features and navigation tools to find and share specific points of law and search for analytical commentary.<br><br>Localized versions of online legal research services are provided in Argentina, Australia, Brazil, Canada, Chile, China, France, India, Ireland, Japan, New Zealand, South Korea, Spain, the United Kingdom, Uruguay and other countries. Through Westlaw International, Westlaw Asia and Westlaw Middle East, we offer our online products and services to customers in markets where we do not offer a fully localized Westlaw service. | ✔ | ✔ | |
| **Practical Law**<br>**Practical Law Connect** | Legal know-how, current awareness and workflow tools with embedded guidance from expert practitioners. Practice notes, standard documents, checklists and What's Market tools cover a wide variety of practice areas such as commercial, corporate, labor and employment, intellectual property, finance and litigation. Practical Law currently has offerings in the United Kingdom, United States, Canada, Australia and China. | ✔ | ✔ | |
| **CLEAR**<br>**CLEAR Risk Inform**<br>**PeopleMap** | Public and proprietary records about individuals and companies with tools for immediately usable results. | ✔ | ✔ | |
| **HighQ** | Cloud-based collaboration platform for the legal and regulatory market segment. | ✔ | ✔ | |
| **Digital Evidence Center /CaseLines** | Cloud-based court exhibit and evidence sharing platform for sharing documents and multimedia between justice agencies and legal teams for case preparation and courtroom presentation. | ✔ | | |
| **Pondera Solutions** | A suite of data and analytics solutions to help analysts, investigators and managers detect financial fraud, waste and abuse in healthcare and large government programs. | ✔ | ✔ | |
| **Checkpoint**<br>**Checkpoint Edge (US & Canada)** | Integrated tax and accounting information solution that addresses market disruption through integrated research, editorial insight, workflow productivity tools, online learning and news updates, along with intelligent links to related content and software. | ✔ | ✔ | ✔ |

Page 9

TR-0037463

Table of Contents

Thomson Reuters Annual Report 2020

| | Type of Product/Service | Legal Professionals | Corporates | Tax & Accounting Professionals |
|---|---|:---:|:---:|:---:|
| **FindLaw** | Online legal directory, website creation and hosting services, law firm marketing solutions and peer rating services. | ✓ | | |
| **3E**<br>**ProLaw**<br>**Legal One**<br>**Firm Central** | Suites of integrated software applications that assist with business management functions, including financial and practice management, matter management, document and email management, accounting and billing, timekeeping and records management. | ✓ | | |
| **Legal Tracker** | Online spend and matter management, e-billing, legal analytics services, and document storage, search and retrieval. | ✓ | ✓ | |
| **eDiscovery Point** | Electronic discovery software solution. | ✓ | ✓ | |
| **Regulatory Intelligence** | Information and software products that provide a single source for regulatory news, analysis, rules and developments, with global coverage of more than 400 regulators and exchanges. | | ✓ | |
| **Compliance Learning** | Training programs that assist in changing behavior and supporting a culture of integrity and compliance. | | ✓ | |
| **ONESOURCE**<br>**ONESOURCE Global Trade** | Comprehensive global tax solution with local and country content focused on managing a company's entire tax lifecycle, including direct and indirect tax compliance, indirect determination, tax accounting, transfer pricing documentation and calculations, trade and customs supporting global supply chain, trust taxation, tax information reporting, property tax, tax planning, and overall workflow and process management. | | ✓ | ✓ |
| **Confirmation** | Cloud-based platform to automate the workflow of the confirmations process of an audit. Used by a global network of audit firms, banks and law firms to increase efficiency and reduce risk. | | ✓ | ✓ |
| **CS Professional Suite** | Scalable, integrated suite of desktop and online software applications that encompass key aspects of a professional accounting firm's operations, from collecting customer data and posting finished tax returns to the overall management of the accounting practice. | | | ✓ |
| **Onvio** | International suite of cloud-based products that bring aspects of accounting firm operations - including document management, file sharing and collaboration, time and billing, workpaper management and project management - into a single, accessible online platform. | | | ✓ |

Page 10

TR-0037464

Table of Contents

Thomson Reuters Annual Report 2020

# Additional Business Information

## Corporate

Our corporate center seeks to foster a group-wide approach to management while allowing our business segments sufficient operational flexibility to serve their customers effectively. Our corporate center centrally manages commercial and technology operations, including those around our sales capabilities, digital customer experience and product and content development. Our corporate center also centrally manages functions such as finance, legal and human resources.

## Operations & Technology

Our Operations & Technology group unifies our core functions (most notably, our engineering and technology operations functions, security, sales support operations, real estate, and content development) into a single enterprise team. We believe that Operations & Technology continues to provide us with a greater opportunity to accelerate our progress on scale and growth initiatives and allows us to sharpen our focus on allocating resources to our growth priorities.

We believe we can make information more relevant, more personal and deliver it faster to our customers through the smart use of technology. By using shared technology and working across our businesses, we are making our data more accessible and valuable for our customers, no matter how they access it. We are increasingly shifting more of our software from being on-premise installations to software-as-a-service (SaaS) or cloud-based offerings that provide customers with access through the Internet.

We believe that we are continually transforming our content, products, services and company to better meet our customers' needs. We also continue to focus on securing our customer data and global systems as we implement and enhance our security programs.

We operate a Technology Centre in Toronto which is dedicated to developing the next generation of products and capabilities for our global customers. We also continue to operate Thomson Reuters Labs facilities to provide us with greater proximity to our customers and partners and to collaborate on data-driven innovation and research. Our Thomson Reuters Lab in Switzerland includes an Incubator program that offers start-up companies a physical base and access to our solutions while providing us with greater insight into emerging technologies.

## Research and Development

Innovation is essential to our success and is one of our primary bases of competition. Research & Development (R&D), part of Thomson Reuters Labs, performs computer science research and practical development in areas of cognitive computing, including machine learning and artificial intelligence (AI). This group leads our Centre for AI and Cognitive Computing in Toronto.

Our teams are at the driving edge of how emerging technologies like machine learning, big data, cloud and blockchain can be applied to the distinct challenges of the industries and customers that we serve. We believe that we are uniquely positioned to combine these technologies with the intelligence and human expertise that our customers need to find trusted answers.

## Digital Transformation

We have been a pioneer of digital product development for decades. As part of our customer experience transformation, we are creating a more holistic online experience, making it easier for our customers to find, buy and get the most out of our products and interact with Thomson Reuters digitally. In 2020, we improved upon the digital capabilities for some customer renewals and customer service. We plan to continue investing in further improvements to our digital capabilities in 2021.

## Intellectual Property

Many of our products and services are comprised of information delivered through a variety of media, including online, software-based applications, smartphones, tablets, books, journals and dedicated transmission lines. Our principal IP assets include patents, trademarks, trade secrets, databases and copyrights in our content. We believe that our IP is sufficient to permit us to carry on our business as presently conducted. We also rely on confidentiality agreements to protect our rights. We continue to apply for and receive patents for our innovative technologies. Additionally, we continue to acquire patents through the acquisition of companies. We also obtain significant content and data through third party licensing arrangements with content providers. We have registered a number of website domain names in connection with our online operations, and protect our trademarks and copyrights with registrations, where appropriate.

TR-0037465

Table of Contents

Thomson Reuters Annual Report 2020

## Sales and Marketing

We primarily sell our products and services directly to our customers. In addition, we sell some of our products and services online directly to customers. Focusing more of our marketing and sales efforts on digital propositions has allowed us to broaden our range of customers and reduce sales and marketing costs. Some of our products and services are also sold through partners and authorized resellers.

## Acquisitions and Dispositions

*Acquisitions* - Acquired businesses can strengthen our offerings and enable us to extend our platform with new capabilities that we believe will provide opportunities to expand our positions, better serve our customers and supplement our organic growth. Generally, the businesses that we acquire initially have lower margins than our existing business, largely reflecting the costs of integration.

In March 2020, we acquired Pondera Solutions, a provider of technology and advanced analytics to combat fraud, waste and abuse in healthcare and large government programs and in August 2020, we acquired CaseLines, a provider of a cloud-based, evidence sharing platform that allows courts, law enforcement, prosecutors and legal practitioners to digitally collaborate, share and participate in virtual and physical court proceedings.

*Dispositions* - As part of our continuing strategy to optimize our portfolio of businesses and ensure that we are investing in parts of our business that offer the greatest opportunities to achieve growth and returns, we have sold a number of businesses during the last several years. In October 2018, we sold 55% of our former F&R business to private equity funds affiliated with Blackstone for approximately $17 billion and retained a 45% interest in Refinitiv. In January 2021, we and private equity funds affiliated with Blackstone sold Refinitiv to LSEG in an all share transaction for a total enterprise value of approximately $27 billion (at the time of announcement). For more information about the transaction, please see the "Executive Summary – Sale of Refinitiv to LSEG" section of the "Management's Discussion and Analysis" and "Additional Information – LSEG Transaction" sections of this annual report. Over the last few years, we also sold several small businesses which were not compatible with our strategy.

For more information on acquisitions and dispositions that we made in the last two years, please see the "Management's Discussion and Analysis" section of this annual report.

## Social Impact

Thomson Reuters powers the world's most informed professionals and our products are built on trust. We help create the backbone of legal and tax systems, providing information that supports objective and fair outcomes, and driving the wheels of commerce. Through our journalism, we seek to inform and empower people around the world to make better, balanced decisions. We believe that with our customers, our work helps to strengthen the foundations of the societies in which we operate.

We post a social impact report on our website, **www.tr.com**, which highlights our progress and performance related to environmental, social and governance (ESG).

Thomson Reuters understands that non-financial measures are important to our stakeholders and drive positive impact on global issues. We believe that conducting business in a principled manner, and transparently disclosing relevant targets and metrics related to our ESG programs will allow our stakeholders to be informed on our progress.

We are committed to strengthening institutions, managing our sustainability goals, fostering an inclusive workplace, and making a difference in our communities through our Social Impact programs. We plan to build on our ESG programs through continued partnership with our employees and customers through innovation, community investment, volunteerism and sustainability.

Our programming evolved in 2020. We put increased emphasis on directly addressing compounding issues affecting inclusion and health and wellbeing. We invested in the rebuilding of the Minneapolis-St. Paul community and provided our employees with various other resources.

### *Fostering an inclusive culture of world-class talent*

Thomson Reuters has long recognized the need for organizations to shift from conversations about diversity and inclusion to action, leadership accountability and transparency.

TR-0037466

Table of Contents

Thomson Reuters Annual Report 2020

In 2020, we put increasing focus on our longstanding work in diversity and inclusion by setting clear representation goals for the company at the leadership level (director and above). As many companies have, we worked to form coalitions with our customers, denouncing racism publicly. We also extended our global diversity and inclusion strategy to embed this work in all we do.

As we strive for continued progress, we are proud to be recognized for our work in this space. In 2020, we scored 100% on the Human Rights Campaign's Corporate Equality Index and were recognized as a Best Place to Work for LGBTQ Equity, ranked in the top 50 on Refinitiv's Diversity and Inclusion Index, and were listed as one of America's Best Employers for Diversity by Forbes, among an additional 16 workplace awards and recognitions.

### Addressing wellbeing and mental health for our employees

Mental health is an important component to overall health, and our leadership recognized this by offering tools such as free access to a science-based meditation app, mindfulness discussions and eLearning sessions. In addition, in 2020, Thomson Reuters recognized Mental Health Day as a new company holiday.

### Tackling misinformation and strengthening institutions

As international bodies declared a global "info-demic," intensifying the rapidly accelerating global pandemic, we built on existing programs to foster media literacy among students, launching educational resources to help social media users identify misinformation on COVID-19, in partnership with the National Association of Media Literacy and Education.

We were the lead partner for National Media Literacy Week in the U.S. and redoubled efforts to build demand for unbiased, independent coverage. Reuters launched a commercial partnership with Facebook's Fact-Checking Program in the U.S. and U.K. as part of its wider work to slow the spread of misinformation.

Our reputation as a trusted and objective broker of information was underscored when Thomson Reuters was selected by the United Nations Global Compact (UNGC) to host and facilitate a Consultation Workshops on the Action Platform for Peace, Justice and Strong Institutions (Sustainable Development Goal 16) for US-based companies including some of our valued customers. Our President and CEO, Steve Hasker, joined more than 1,000 company leaders committing to renewed global cooperation with the UN Global Compact.

### Reaffirming our commitment to sustainability

The pandemic understandably drew attention away from significant momentum in the business community to address climate change. Even so, on Earth Day in April 2020, we announced our commitment to targeting net-zero emissions by 2050 and our decision to align to the 1.5 degree pathway, the most ambitious aim of the Science Based Targets Initiative.

We will continue to measure and manage our own emissions and environmental impacts and continue to identify ways to further assess, monitor and improve our carbon footprint. We officially sourced renewable energy for 100% of our global energy needs in 2020. Thomson Reuters is also working closely with our suppliers to drive lower emissions within our supply chain, helping fulfill the ambitions from our approved Science Based Targets.

### Making a difference in our communities

In 2020, we doubled paid time off for volunteering from 16 to 32 hours per employee, created new virtual volunteering programs and our employees logged over 84,000 volunteer hours, despite the impact of the pandemic. From small acts of kindness to donating supplies to providing funds for relief, our colleagues showed their inner reserves of compassion and resilience. Employees found creative ways to volunteer by making masks for essential workers, creating a website showing COVID-19 statistics and designing an app to help people get necessary supplies during the pandemic. In addition, our Manila Global Volunteer Network was the recipient of an internal award, based on their volunteer efforts with the Voice of the Free organization to help end human trafficking, modern slavery and forced labor.

### Our Thomson Reuters Foundation

The Thomson Reuters Foundation works to advance media freedom, foster more inclusive economies and raise awareness of human rights issues. Through news, media development, free legal assistance and convening initiatives, the Foundation combines its unique media and legal services to drive change. Its mission is to inspire collective leadership, empowering free, fair and informed societies. Additional information on the Foundation can be found at **www.trust.org**.

TR-0037467

Thomson Reuters Annual Report 2020

*Built on Trust*

This work is reinforced by our Trust Principles, Code of Business Conduct and Ethics, and values. More information about the Trust Principles can be found in this annual report.

## Human Capital Management

### Employees

The following table sets forth information about our employees as of December 31, 2020.

| By Region | |
|---|---|
| Americas | 15,300 |
| Asia Pacific | 5,100 |
| Europe, Middle East and Africa (EMEA) | 3,600 |
| **By Unit** | |
| Legal Professionals | 1,900 |
| Corporates | 1,200 |
| Tax & Accounting Professionals | 700 |
| Global Print | 600 |
| Reuters News | 2,900 |
| Product & Editorial | 3,300 |
| Operations & Technology | 8,300 |
| Corporate Center (Enabling Functions) | 1,400 |
| Commercial Functions[1] | 800 |
| Other[2] | 2,900 |
| **Thomson Reuters** | **24,000** |

(1) Reflects employees in Marketing, Commercial Excellence and Strategy.
(2) Reflects employees in our Latin America, Asia and Emerging Markets and Government businesses.

We believe that we generally have good relations with our employees, unions and work councils, although we have had disputes from time to time with the various unions that represent some of our employees. Our senior management team is committed to maintaining good relations with our employees, unions and works councils.

### Overview

Our human capital practices and initiatives are designed to attract, motivate and retain high quality, talented and diverse employees across all of our businesses who feel valued, are provided with opportunities to grow, and are driven to succeed. Our Board of Directors and its HR Committee regularly engage with management on a variety of human capital topics that apply to our current workforce of approximately 24,000 employees, such as compensation and benefits, culture and employee engagement, talent acquisition/development, and diversity and inclusion. The Board and management engage in detailed succession planning discussions for all senior roles, and the principles employed at the senior-most levels of the organization are embraced by management throughout the entire organization.

In 2020, the Board, HR Committee and management had several discussions regarding our company's response to COVID-19 which addressed the impact of the pandemic on our employees. Thomson Reuters has not experienced any significant disruptions to its business as a result of COVID-19 and continues to be fully operational. Most of our employees continue to work remotely from their homes, enabled by technology that allows them to collaborate with customers and each other. We are developing detailed plans for a gradual, safe re-opening of our offices around the world, though we currently expect that the number of people who return to our offices before July 2021 will be small and on a voluntary basis. Essential employees who cannot work from home, such as Reuters News journalists and those working in the company's Global Print facilities, follow various health and

TR-0037468

safety standards. We continue to act and plan based on guidance from global health organizations, relevant governments and evolving best practices.

In January 2021, we introduced new Thomson Reuters Mindsets & Behaviors that all employees are expected to live and demonstrate. The new Mindsets & Behaviors are expected to help us accomplish our most critical objectives and are based on what is great about our culture today as well as the best of what we are becoming.

We expect that human capital management will continue to be an important focus area in the future for our management and the Board because it ensures solid stewardship of our organization, supports important societal objectives, and is key to ensuring strategic advantage in the marketplace.

## Properties and Facilities

We own and lease office space and facilities around the world to support our businesses. We believe that our properties are in good condition and are adequate and suitable for our present purposes. The following table provides summary information about our principal properties as of December 31, 2020.

| ty | Approx. Sq. Ft. | Owned/Leased | Principal Use |
|---|---|---|---|
| 610 Opperman Drive, Eagan, Minnesota, United States | 2,792,000 | Owned | Legal Professionals headquarters and operating facilities |
| 2395 Midway Road, Carrollton, Texas, United States | 409,150 | Owned | Tax & Accounting Professionals and Corporates headquarters and operating facilities |
| 6300 Interfirst Drive, Ann Arbor, Michigan, United States | 247,250 | Owned | Tax & Accounting Professionals operating facility |
| 5 Canada Square, London, United Kingdom | 165,000 | Subleased[1] | Legal Professionals, Tax & Accounting Professionals and Reuters News operating facility |
| 3 Times Square, New York, New York, United States | 112,000 | Owned/subleased[2] | Corporates and Reuters News operating facility |
| 333 Bay Street, Toronto, Ontario, Canada | 59,250[3] | Leased | Thomson Reuters headquarters and Legal Professionals operating facilities |
| Landis & Gyr 3, Zug, Switzerland | 50,250 | Leased | Enterprise Centre |

(1)  The primary lease (which covers approximately 353,000 sq. ft.) is held by Refinitiv. We are utilizing approximately 165,000 sq. ft. from Refinitiv.

(2)  The landlord (3XSQ Associates) is an entity owned by one of our subsidiaries and Rudin Times Square Associates LLC. 3XSQ Associates was formed to build and operate the 3 Times Square property. The primary lease (which covers approximately 690,000 sq. ft.) was transferred to Refinitiv in 2018. We are utilizing approximately 112,000 sq. ft. from Refinitiv.

(3)  Represents our net occupied area. Our main lease is for 81,250 sq. ft. and we subleased 22,000 sq. ft. to Refinitiv.

TR-0037469

# Risk Factors

The risks and uncertainties below represent the risks that our management believes are material. If any of the events or developments discussed below actually occurs, our business, financial condition or results of operations could be adversely affected. Other factors not presently known to us or that we presently believe are not material could also affect our future business and operations. The risks below are organized by categories and are not necessarily listed in the order of priority to our company.

| Risk Category | Page |
| --- | --- |
| Industry and COVID-19 Risks | 16 |
| Network Security, Technology and Intellectual Property Risks | 18 |
| Operational and Business Risks | 21 |
| Legal and Regulatory Risks | 26 |
| Financial Market Risks | 29 |
| Corporate Structure Risks | 30 |

### Industry and COVID-19 Risks

**We may be adversely affected by uncertainty, downturns and changes in the markets that we serve, in particular in the legal, tax and accounting industries. The COVID-19 pandemic has, and likely will continue to, adversely affect these industries as well as our business, financial condition and results of operations.**

We operate in a dynamic external environment that is rapidly shifting due to innovation in technology, evolving and increasing global regulation, information proliferation and a generation of new users. Uncertainty, downturns and changes that impact our business can also arise as a result of conditions in global financial markets, changes in laws and regulations, political conditions and election outcomes, terrorist acts, natural disasters and public health crises (such as epidemics and pandemics, including COVID-19, as discussed below).

Our performance depends on the financial health and strength of our customers, which in turn is primarily dependent on the general economy in the United States (79% of our 2020 revenues) and secondarily on the general economies in Europe, Asia Pacific, Canada and Latin America. The global economy continues to experience substantial disruption and uncertainty due to concerns regarding the spread of COVID-19, as well as from the measures intended to mitigate its impact. COVID-19 and related containment measures have already caused a global economic downturn and the continued spread of COVID-19 could cause a global recession. We are unable to predict the extent and duration of any such downturn, whether there will be such a recession or the ultimate impact of the pandemic on demand for our products and services due to various uncertainties, such as the availability, pace and effectiveness of vaccination efforts, the duration and severity of the outbreak and any resurgences/new strains, actions that may be taken by governmental authorities, businesses and individuals in response to the pandemic, and the effect on our customers. While we have implemented measures and plans designed to mitigate the effects of COVID-19, our efforts may prove to be inadequate.

In 2020, we derived 79% of our revenues from our Legal Professionals, Corporates and Tax & Accounting Professionals businesses, which primarily serve professionals in the legal, tax and accounting industries. Global uncertainty and changing economic conditions can impact these industries.

Cost-cutting, reduced spending or reduced activity by customers (as a result of COVID-19 or other reasons) may decrease demand for, and usage of, some of our products and services. This could adversely affect our financial results by reducing our revenues, which could in turn reduce the profitability of some of our products and services. Cost-cutting by customers has also caused us to further simplify our organization and take additional steps beyond those we might otherwise take to optimize our own cost structure as a means to maintain or improve profitability.

Some of our customers may also slow down decision-making or delay planned renewals or implementations as a result of economic conditions (including those related to the COVID-19 pandemic), which may disrupt historical spending patterns.

TR-0037470

Slowdowns in work for law or tax and accounting firms may result in reduced demand for some of our products and services. While we expect that a limited number of our customers will be unable to pay us or will seek financial accommodations or alternative payment terms due to their financial condition, if a greater number of customers or some of our larger customers are unable or unwilling to pay us, it could adversely impact our revenues and financial condition.

In 2020, law firms and accounting firms experienced unprecedented disruption to their operations and were forced to adapt rapidly to dramatic market changes. Virtually all law firms and accounting firms imposed aggressive cost control measures, including significant reductions in discretionary spending.

Law firms also continue to be challenged in their efforts to increase revenue growth as corporate counsels keep more work in-house in an effort to deliver greater business value and insights internally, limit increases in billing rates and hours, and insist on increased transparency and efficiency from law firms. Law firms have also been impacted by COVID-19 and related containment measures which have caused many courts to cancel or postpone legal proceedings and work has slowed in various practice areas.

Accounting firms are also adapting their business models related to service offerings, technology and pricing to address their clients' evolving needs, priorities and expectations. In particular, accounting firms continue to experience commoditization in audit and tax compliance and are looking to expand into more profitable advisory services and identify more areas to use automation.

As expected, Global Print (10% of our 2020 revenues) experienced a 10% revenue decline (in constant currency) in 2020, as customers continued to migrate from traditional print formats to digital solutions and also due to COVID-19. While our manufacturing plant in Minnesota has remained open as an "essential business", we experienced significant customer requests in 2020 to delay print shipments as some customers experienced budget challenges and many of our customers were not working in their offices due to government and company mandated office shutdowns in the U.S. and many other countries. An accelerated decline in Global Print revenues could adversely affect our profitability (as Global Print has higher margins than our overall business) as well as our cash flows.

Relative to our Reuters News business, the media sector continues to transform, with the traditional news agency business declining. While demand in the financial professional segment is growing, Reuters News is limited in its ability to participate in a number of sectors due to its exclusive agreement with Refinitiv. COVID-19 has also impacted our Reuters News business. Our Reuters Events business cancelled or postponed nearly all in-person conferences in response to COVID-19 in 2020. We are unable to predict when Reuters Events will be able to resume in-person conferences.

COVID-19 has caused us to modify several of our business practices and operations and we may take further actions as may be required by government authorities or that we believe are in the best interests of our employees, customers, partners, suppliers and other stakeholders. Most of our employees are currently working from home, which can introduce additional operational risks, including cybersecurity risks. Working from home arrangements have impacted the way that we conduct our product development, customer support, sales and other activities, which could have an adverse effect on our operations. While our sales force is pursuing new sales and renewals while working from home, prolonged restrictions or limitations on the ability of our sales force to travel to meet prospective or existing customers in person may adversely affect our ability to generate future revenues. In certain countries, such as India, we have a large number of employees performing and supporting critical operations. An extended closure of any facilities performing critical operations could in the future disrupt our ability to provide our services and solutions. Illness and workforce disruptions could also lead to the unavailability of senior management or other key personnel and adversely impact our ability to perform critical functions. We cannot provide any assurance that our measures will be sufficient to mitigate the risks posed by COVID-19.

Many of the risks discussed in this "Risk Factors" section and the "Management's Discussion and Analysis" section of this annual report are, and could be, exacerbated by the COVID-19 pandemic and any worsening of the global business and economic environment as a result. Developments related to COVID-19 have been rapidly changing, and additional impacts and risks may arise that we may not currently be aware of or able to appropriately respond to, including if the pandemic is prolonged or expands more widely around the world. While we are closely monitoring the impact of COVID-19, the future impact of the pandemic is highly uncertain and cannot be predicted and there is no assurance that the pandemic will not have a material adverse impact in the future on our business, financial condition or results of operations. The extent of the impact, individually or in the aggregate, will depend on future developments, including actions taken to contain the financial and economic impact of the pandemic. Even after the pandemic and related containment measures subside, we may continue to experience adverse impacts to our business, financial condition and results of operations, the extent of which may be material.

TR-0037471

Table of Contents

Thomson Reuters Annual Report 2020

## Network Security, Technology and Intellectual Property Risks

**Fraudulent or unpermitted data access or other cyber-security or privacy breaches may cause some of our customers and the public to lose confidence in our security measures and could result in decreased sales and increased costs for our company.**

Similar to other global multinational companies that provide online software and solutions and also due to the prominence of our Reuters News business, we experience cyber-threats and cyber-attacks that could negatively impact our systems. Cyber-threats vary in technique and sources, are persistent, frequently change and are increasingly more sophisticated, targeted and difficult to detect and prevent. We are also dependent on security measures that some of our third-party suppliers and customers are taking to protect their own systems, infrastructures and cloud-based applications and services.

We have a dedicated team who is continually evaluating our security posture and mitigating risks as part of our information security program. While we have dedicated resources at our company who are responsible for maintaining appropriate levels of cyber-security and protecting our customers' data and our internal data, our services and underlying infrastructure may in the future be compromised or breached, including by:

Third party "phishing" attempts to induce employees or suppliers into disclosing sensitive information or other information to gain access to sensitive data;

Cyber-attacks on our internally built infrastructure on which many of our service offerings function;

Vulnerabilities existing in our products, new technologies or newly acquired or integrated businesses (which may arise in software that we have developed or licensed/acquired from third parties), some of which may be undetected and only discovered after an extended period of time and after installation or integration by our company or our customers;

Actions by individuals or groups of hackers and sophisticated organizations, including state-sponsored organizations or nation-states;

Attacks on, or vulnerabilities in underlying networks and services that power the Internet, most of which are not under our control or the control of our vendors, partners or customers; and

Human errors by employees, contractors or customers or intentional acts that compromise our security solutions.

As a third-party supplier, we are sometimes provided with a trusted connection to a customer's systems or networks. If malicious parties compromise our systems and networks and embed malicious hardware, components or software, they could gain access to our or our customers' systems and information. In addition, any vulnerabilities in our software installed within a customer's environments, if exploited, could potentially expose that customer's systems and networks to risk.

None of these threats and related incidents to date have resulted in a material adverse impact for our business. We seek to mitigate these risks through our ability to escalate and respond to known and potential risks through our Enterprise Security Incident Management processes. While we maintain what we believe is sufficient insurance coverage that may (subject to certain policy terms and conditions including self-insured deductibles) cover certain aspects of third party security and cyber-risks and business interruption, our insurance coverage may not always cover all costs or losses and it does not extend to any reputational damage or costs incurred to improve systems as a result of these types of incidents.

Many of our third-party suppliers, including certain hosted software applications that we use for confidential data storage, employ cloud computing technology for storage and service delivery. These providers' cloud computing systems may be susceptible to cyber-incidents, such as intentional cyber-attacks to access or obtain sensitive data or inadvertent cyber-security compromises, some of which are outside of our control. Additionally, our outsourcing of certain functions requires us to sometimes grant network access to third party suppliers. If our third party suppliers do not maintain adequate security measures, do not require their sub-contractors to maintain adequate security measures or do not perform as anticipated and in accordance with contractual requirements, personal data of customers, employees or other individuals could be compromised and we may experience operational difficulties, loss of intellectual property or other sensitive data, loss of customer trust and increased costs, regulatory penalties, fines, actions or litigation, all of which could adversely impact our brand and reputation and materially

Page 18

Thomson Reuters Annual Report 2020

impact our business and results of operations. In addition, if a customer experiences a data security breach that results in the misappropriation of some of our proprietary business information, our company's reputation could be harmed, even if we were not responsible for the breach.

We collect, store, use and transmit sensitive data, including public records, intellectual property, our proprietary business information and personal data of our customers, employees, business partners and other individuals on our networks. A number of our customers and suppliers also entrust us with storing and securing their own confidential data and information. Our businesses include certain subscription-based screening products which we sell to institutional customers and governments to enable them to satisfy various regulatory obligations. Any fraudulent, malicious or accidental breach of our data security could result in unintentional disclosure of, or unauthorized access to, third party, customer, vendor, employee or other confidential or sensitive data or information, which could potentially result in additional costs to our company to enhance security or to respond to occurrences, lost sales, violations of privacy or other laws, penalties, fines, regulatory action or litigation. In addition, media or other reports of perceived security vulnerabilities to our systems or those of our third-party suppliers, even if no breach has been attempted or occurred, could adversely impact our brand and reputation and materially impact our business and results of operations.

Misappropriation, improper modification, destruction, corruption or unavailability of data and information, or ransom demands due to cyber-attacks or other security breaches, could damage our brand and reputation. Customers and the public could lose confidence in our security measures and reliability, which would harm our ability to retain customers and gain new ones. We could also face litigation or other claims from impacted individuals as well as substantial regulatory sanctions or fines. If any of these were to occur, it could have a material adverse effect on our business and results of operations.

**We rely heavily on our own and third-party data centers, network systems, telecommunications and the Internet and any failures or disruptions may adversely affect our ability to serve our customers and could negatively impact our revenues and reputation.**

Most of our products and services are delivered electronically and our customers depend on our ability to receive, store, process, transmit and otherwise rapidly handle very substantial quantities of data and transactions on computer-based networks. Our customers also depend on the continued capacity, reliability and security of our data centers, networks, telecommunications and other electronic delivery systems, including websites and the Internet. Our employees also depend on these systems for our internal use. We are increasingly shifting more of our software from being on-premise installations to SaaS or cloud-based offerings that provide customers with access through the Internet.

Under a transition services agreement, Refinitiv (which is now part of LSEG) previously provided our company with various data center and network services. Migration away from all of those services was substantially completed as of March 3, 2021. As part of our company's separation from Refinitiv, we deployed a new global network and continued to implement various new enterprise systems during 2020, which are expected to be completed this year. These changes could result in unforeseen network or system failures or breaches.

Any significant failure, compromise, cyber-breach or interruption of our systems, including operational services, loss of service from third parties, sabotage, break-ins, war, terrorist activities, human error, natural disaster, power or coding loss and computer viruses, could cause our systems to operate slowly or could interrupt service for periods of time. While we have (and Refinitiv has) disaster recovery and business continuity plans that utilize industry standards and best practices, including back-up facilities for primary data centers, a testing program and staff training, the systems are not always fully redundant and disaster recovery and business continuity plans may not always be sufficient or effective. To the extent that our telecommunications, information technology systems, cloud-based service providers or other networks are managed or hosted by third parties, we would need to coordinate with these third parties to resolve any issues. In the past when we have experienced slow operation of our systems or service interruptions, some of our products, services or websites have been unavailable for a limited period of time, but none of these occurrences have been material to our business.

Our ability to effectively use the Internet may also be impaired due to infrastructure failures, service outages at third party Internet providers or increased government regulation. In addition, we are facing significant increases in our use of power and data storage. We may experience shortage of capacity and increased costs associated with such usage. These events may affect our ability to store, process and transmit data and services to our customers.

TR-0037473

**If we are unable to keep pace with rapid technological developments to provide new products, services, applications and functionalities to meet our customers' needs, attract new customers and retain existing ones, expand into new geographic markets and identify areas of higher growth, our ability to generate revenues or achieve higher levels of revenue growth in the future may be adversely affected.**

Our growth strategy involves developing new products, services, applications and functionalities in a timely and cost-effective manner to meet our customers' needs, anticipating and responding to industry trends and technological changes, and maintaining a strong position in the sectors that we serve. We are currently prioritizing investments to drive organic investments to expand in software, and selectively use acquisitions that we expect to contribute to the accelerated execution of our strategy. We are also seeking to further improve customer and digital experiences and our sales and marketing expertise, while continuing to simplify the organization.

We continue to allocate more resources and increasing investments in opportunities in our portfolio of businesses that we believe have the highest potential for strategic growth. While we are confident that this focus will lead to increased revenues, there is no assurance that we will be successful in increasing our company's overall revenue growth in the future.

Disruptive and new technologies such as AI, machine learning, data synthesis, blockchain and user-generated capabilities are creating a need to adapt rapidly to the shifting landscape. Customers are also seeking more cloud-based solutions. While we are focused on these changes to the technological landscape, if we fail to adapt, or do not adapt quickly enough, our financial condition and results of operations could be adversely impacted.

Growth in today's business environment has required us to explore different business models than we have in the past. We have been increasing our focus on driving growth through more collaboration and stronger relationships with both established and emerging companies and incubators. Some of these initiatives combine another company's technology, data or other capabilities with our products and services. All of these initiatives involve a number of risks, including the risk that the expected synergies will not be realized, that the expected results will not be achieved, that a new initiative may conflict or detract from our existing businesses or that security measures may not be adequate. While we believe these initiatives will be attractive to our customers, allow us to innovate more quickly and build sales channels in segments that we could not have reached as quickly on our own, we are unable to provide any assurances that these initiatives will increase our revenue growth.

Over the last few years, we have made significant investments designed to improve and enhance the functionality and performance of a number of our key products, such as Westlaw Edge, Checkpoint Edge, Elite 3E, Practical Law, Onvio and ONESOURCE. We have also successfully migrated customers from legacy offerings to our current propositions and continued to enhance the reliability and resiliency of the technology infrastructure that we use to deliver products and services. However, if our customers' adoption rates for existing and new products and services are lower than our expectations, our revenues may be lower and our results of operations may be adversely affected.

Our "Big 3" businesses (Legal Professionals, Corporates and Tax & Accounting Professionals) continue to evolve towards becoming content-driven technology businesses which are greater providers of software and solutions to our customers as part of an ongoing transformation from focusing primarily on providing content, data and information. Solutions often are designed to integrate our core content, data and information with software and workflow tools. While we believe that transitioning a greater part of our business to content-driven software and solutions will help us increase customer value, create growth, diversify business mix and differentiate us from competitors, operating a business with a greater percentage of software and solutions may result in lower profit margins.

As we focus on organic revenue growth, it may take us a longer period of time and we may need to incur greater costs to develop new products, services, applications and functionalities to meet needs of customers, attract new customers or expand into these markets. If we are unable to do so, our ability to increase our revenues may be adversely affected.

Historically, our customers accessed our web-based products and services primarily through desktop computers and laptops. Over the last few years, Internet use through smartphones, tablets, wearables, voice-activated speakers and television streaming devices has increased significantly. Applications or "apps" have also experienced significant growth and popularity. As a result of this shift, we have been focused on developing, supporting and maintaining various products and services on different platforms

and devices (some of which complement traditional forms of delivery). If our competitors are able to release alternative device products, services or apps more quickly than we are able to, or if our customers do not adopt our offerings in this area, our revenues and retention rates could be adversely affected.

**Our intellectual property rights are valuable and may not be adequately protected, which may adversely affect our financial results.**

Many of our products and services are based on information delivered through a variety of media, including online, software-based applications, smartphones, tablets, books, journals and dedicated transmission lines. We rely on agreements with our customers, employees, consultants, advisors and other third parties to protect our confidential proprietary information, know-how and technology. We also rely on patent, trademark, copyright and other intellectual property laws to establish and protect our proprietary rights in our products and services. Third parties may be able to copy, infringe or otherwise profit from our proprietary rights without authorization and the Internet may facilitate these activities. We also seek to maintain certain intellectual property rights, and third parties or our employees could intentionally or accidentally compromise the intellectual property rights that we maintain. We also conduct business in some countries where the extent of legal protection for intellectual property rights is uncertain or may be ineffective. Although we have taken measures to protect our intellectual property, we cannot assure you that we have adequate protection of our rights. If we are not able to protect our intellectual property rights, our financial results may be adversely affected.

The intellectual property of an acquired business may also be an important component of the value that we agree to pay for such a business. However, such acquisitions are subject to the risks that the acquired business may not own the intellectual property that we believe we are acquiring, that the intellectual property is dependent upon licenses from third parties, that the acquired business infringes upon the intellectual property rights of others or that the technology does not have the acceptance in the marketplace that we anticipated. If we are not able to successfully integrate acquired businesses' intellectual property rights, our financial results may be adversely affected.

Some of our competitors may also be able to develop new products or services that are similar to ours without infringing our intellectual property rights, which could adversely affect our financial condition and results of operations.

## Operational and Business Risks

**We operate in highly competitive markets and may be adversely affected by this competition.**

The markets for our information, software, services and news are highly competitive and are subject to rapid technological changes and evolving customer demands and needs. Our customers increasingly look to us for solutions to help them adapt, improve efficiency and demonstrate value. They increasingly want to leverage technology to maintain a competitive edge, by delivering a differentiated work product faster and by managing their firm or department more efficiently.

Many of our principal competitors are established companies and firms that have substantial financial resources, recognized brands, technological expertise and market experience and these competitors sometimes have more established positions in certain product segments and geographic regions than we do. Some firms which compete with us have traditionally been our customers as well as go-to-market partners. Some larger companies that compete with us, such as enterprise resource planning (ERPs) companies, have large installed customer bases.

We also compete with smaller and sometimes newer companies, some of which seek to differentiate themselves from the breadth of our offerings by being specialized, with a narrower focus than our company. As a result, they may be able to adopt new or emerging technologies, including AI and analytic capabilities, or address customer requirements more quickly than we can. New and emerging technologies can also have the impact of allowing start-up companies to enter the market more quickly than they would have been able to in the past.

Public sources of free or relatively inexpensive information are available online and more of this information is expected to be available in the future. Some governmental and regulatory agencies have increased the amount of information they make publicly available at no cost. Several companies and organizations have made certain legal and tax information publicly available at no cost. "Open source" software that is available for free may also provide some functionality similar to that in some of our products.

Table of Contents

Thomson Reuters Annual Report 2020

We may also face increased competition from search providers that could pose a threat to some of our businesses by providing more in-depth offerings, adapting their products and services to meet the demands of their customers or combining with one of their traditional competitors to enhance their products and services.

To better serve the needs of their existing customers and to attract new customers, our competitors continue to:

Enhance and improve their products and services (such as by adding new content, analytics and software);

Develop new products and services;

Invest in technology, including more software-as-a-service (SaaS) or cloud-based offerings; and

Acquire additional businesses and partner with other businesses in key sectors that will allow them to offer a broader array of products and services.

Some of our competitors are also aggressively marketing their products as a lower cost alternative and offering price incentives to acquire new business, although we believe that many of our customers continue to see the value and enhancements reflected in our content, software, services and other offerings that sometimes results in a higher price. As some of our competitors are able to offer products and services that may be viewed as more cost effective than ours or which may be seen as having greater functionality or performance than ours, the relative value of some of our products or services could be diminished. Public sources of free or relatively inexpensive information may reduce demand for our products and services if certain customers choose to use these public sources as a substitute for our products or services.

Competition may require us to reduce the price of some of our products and services (which may result in lower revenues) or make additional capital investments (which might result in lower profit margins). If we are unable or unwilling to reduce prices or make additional investments for some of our products and services in the future, we may lose customers and our financial results may be adversely affected. Some of our current or future products or services could also be rendered obsolete as a result of competitive offerings and new technologies.

In addition, some of our customers have in the past and may decide again to develop independently certain products and services that they obtain from us, including through the formation of partnerships or consortia. If more of our customers become self-sufficient, demand for our products and services may be reduced. If we fail to compete effectively, our revenues, profitability and cash flows could be adversely affected.

**If we are unable to successfully adapt to organizational changes and effectively implement strategic initiatives, our reputation and results of operations could be impacted.**

We have experienced, and are in the midst of experiencing, significant organizational changes.

In 2018, we split our workforce between Thomson Reuters and the Refinitiv partnership in connection with selling a majority interest in our former F&R business. In 2019, we restructured our company into customer-focused segments.

In March 2020, Steve Hasker became our new CEO and Mike Eastwood became our new CFO. Throughout 2020, we also hired a number of new leaders from leading organizations, including our Chief Product Officer (David Wong), Chief Operations & Technology Officer (Kirsty Roth) and the President of our Corporates Segment (Sunil Pandita). For additional information, please see the "Executive Officers and Directors" section of this annual report.

As part of our simplification and transformation initiatives, we have reduced staff, consolidated various technology platforms and content assets, standardized internal processes, outsourced various activities, and consolidated various offices/real estate around the world. Over the last two years, we also created a flatter organization by reducing our management layers.

In the first quarter of 2021, we announced a new Change Program. This program is a multi-year initiative to transform our company into a leading content driven technology company by making it easier for our customers to do business with us, modernizing and reducing complexity in our operations and technology organization and simplifying our product portfolio. We believe that our Change Program initiatives will be largely complete in 24 months and will require an investment of between $500 million and $600 million in 2021 and 2022.

TR-0037476

Our ability to successfully manage organizational changes is important for our future business success. In particular, our reputation and results of operations could be harmed if employee morale, engagement or productivity decline as a result of organizational or simplification changes.

Furthermore, we may not realize cost savings and synergies that we expect to achieve from our Change Program and other strategic initiatives due to a variety of risks, including, but not limited to, operational challenges across impacted business segments, difficulties in integrating shared services with our business, higher than expected employee severance or retention costs, higher than expected overhead expenses, delays in the anticipated timing of activities related to our initiatives and other unexpected costs associated with operating our business. If we are unable to achieve the cost savings or synergies that we expect to achieve from our Change Program and other strategic initiatives, it could adversely affect our profitability and related margins.

**If we do not continue to attract, motivate and retain high quality, talented and diverse management and key employees, we may not be able to execute our strategies.**

The completion and execution of our strategies depends on our ability to continue to attract, motivate and retain high quality, talented and diverse management and employees across all of our businesses. We compete with many businesses that are seeking skilled individuals, particularly those with experience in technology, cybersecurity, data science, digital marketing, cognitive computing and AI. Competition for professionals in our Legal Professionals, Corporates and Tax & Accounting Professionals segments in particular can also be intense as other companies seek to enhance their positions in our market segments. Future organizational changes could also cause our employee attrition rate to increase. If we are unable to continue to identify or be successful in attracting, motivating and retaining the appropriate qualified personnel for our businesses, it could adversely affect our ability to execute our strategies.

**We may be unable to derive fully the anticipated benefits from our existing or future acquisitions, joint ventures, investments or dispositions.**

While we are focused on growing our businesses organically, acquisitions remain an important part of our growth strategy to expand and enhance our products, services and customer base and to enter new geographic areas. In 2020, we acquired Pondera Solutions and CaseLines and in 2019, our acquisitions included Confirmation, HighQ and FC Business Intelligence (now known as Reuters Events). In 2020, Reuters Events cancelled in-person conferences in response to COVID-19. While the business was able to convert many of these conferences to virtual events, it was not able to recoup all of the lost revenue from the cancellations.

In the future, we may not be able to successfully identify attractive acquisition opportunities or make acquisitions on terms that are satisfactory to our company from a commercial perspective. In addition, competition for acquisitions in the industries in which we operate during recent years has escalated, and may increase the purchase prices of acquisitions, which could cause us to refrain from making certain acquisitions. We may also be subject to increasing regulatory scrutiny from competition and antitrust authorities in connection with acquisitions. Achieving the expected returns and synergies from existing and future acquisitions will depend in part upon our ability to integrate the products and services, technology, administrative functions and personnel of these businesses into our segments in an efficient and effective manner. We cannot assure you that we will be able to do so, or that our acquired businesses will perform at anticipated levels or that we will be able to obtain these synergies. Management resources may also be diverted from operating our existing businesses to certain acquisition integration challenges. If we are unable to successfully integrate acquired businesses, our anticipated revenues and profits may be lower. Our profit margins may also be lower, or diluted, following the acquisition of companies whose profit margins are less than those of our existing businesses. Certain acquisitions may initially incur losses which would reduce our earnings per share in certain periods.

We have also historically decided from time to time to dispose of assets or businesses that are no longer aligned with strategic objectives or our current business portfolio (notably, our former F&R business which is now the Refinitiv business of LSEG). These transactions may involve challenges and risks. There can be no assurance that future divestitures will occur, or if a transaction does occur, there can be no assurance as to the potential value created by the transaction. The process of exploring strategic alternatives or selling a business could also negatively impact customer decision-making and cause uncertainty and negatively impact our ability to attract, retain and motivate key employees. Any failures or delays in completing divestitures could have an adverse effect on our financial results and on our ability to execute our strategy. Although we have established procedures and processes to mitigate these risks, there is no assurance that these transactions will be successful. In addition, we expend costs and

TR-0037477

management resources to complete divestitures and manage post-closing arrangements. Completed divestitures may also result in continued financial involvement in the divested business, such as through guarantees, indemnifications, transition services arrangements or other financial arrangements, following the transaction.

The value of our LSEG shares, which are publicly traded, is subject to fluctuation and volatility in global markets. A significant decline in the LSEG share price or significant deterioration in the British pound sterling and U.S. dollar foreign exchange rate would decrease the value of our investment. As discussed later in this annual report, subject to certain exceptions, we are subject to a lock-up for our LSEG shares until January 29, 2023. In each of the three and four years following the closing (starting on January 30, 2023 and January 30, 2024, respectively), our company and Blackstone's consortium will become entitled to sell in aggregate one-third of the LSEG shares issued to us. The lock-up arrangement will terminate on January 29, 2025. As of the January 29, 2021 closing date, we indirectly owned approximately 82.5 million LSEG shares, which had a market value of approximately $9.8 billion, based on LSEG's closing share price on January 28, 2021.

**Operating globally involves challenges that we may not be able to meet and that may adversely affect our ability to grow.**

In 2020, we earned 79% of our revenues in the U.S. However, as part of our globalization efforts, we operate regional teams, particularly in emerging markets, that work across our segments to combine local expertise with global capabilities to address specific customer needs. We sometimes modify existing products and services for local markets, but we also develop specifically for local markets. As of December 31, 2020, approximately 53% of our employees were located outside of the United States.

We believe that there are advantages to operating globally, including a proportionately reduced exposure to the market developments of a single country or region. However, there are certain risks inherent in doing business globally which may adversely affect our business and ability to grow. These risks include:

   Difficulties in penetrating new markets due to established and entrenched competitors;

   Difficulties in developing products and services that are tailored to the needs of local customers;

   Lack of local acceptance or knowledge of our products and services;

   Lack of recognition of our brands;

   Economic slowdowns, instability and volatility in local markets and political instability of governments;

   Unavailability of local companies for acquisition or joint venture partners;

   Exposure to possibly adverse governmental or regulatory actions in countries where we operate or conduct business;

   Higher inflation rates in the countries in which we do business;

   The impact of foreign currency fluctuations on prices charged to local customers, notably when there is strengthening of the U.S. dollar;

   Changes in laws and policies affecting trade and investment in other jurisdictions; and

   Managing compliance with varying and sometimes conflicting laws and regulations across the countries in which we do business.

Adverse developments in any of these areas could cause our actual results to differ materially from expected results. Challenges associated with operating globally may increase for our company as we continue to expand into geographic areas that we believe present the highest growth opportunities.

TR-0037478

**We generate a significant percentage of our revenues from recurring, subscription-based arrangements, and our ability to maintain existing revenues and generate higher revenues is dependent in part on maintaining a high renewal rate.**

In 2020, 80% of our revenues were derived from subscriptions or similar contractual arrangements, which result in recurring revenues. Our revenues are supported by a relatively fixed cost base that is generally not impacted by fluctuations in revenues. Because a high proportion of our revenues are recurring, we believe that our revenue patterns are generally more stable compared to other business models that primarily involve the sale of products in discrete or one-off arrangements. However, there is often a lag in realizing the impact of current sales or cancellations in our reported revenues, as we recognize revenues over the term of the arrangement. Because of this lag effect, our revenues are typically slower to decline when economic conditions worsen, but are also often slower to return to growth when economic activity improves, as compared to other businesses that are not subscription-based. Our transactions revenues (10% of our 2020 revenues), which include volume-based fees related to online searches, fees from software licenses and professional fees from service and consulting arrangements, fluctuate when economic conditions worsen, such as during the COVID-19 pandemic.

Our subscription and similar contractual arrangements typically have terms ranging from one to five years, which most customers renew at the end of each term. Renewal dates are spread over the course of the year. Many of our customer agreements have automatic renewal provisions, but customers are often able to terminate these types of agreements prior to automatic renewal of a new term by providing appropriate notice to us within a specified time period. In order to maintain existing revenues and to generate higher revenues, we are dependent on a significant number of our customers to renew their arrangements with us. Our revenues could be lower if a significant number of our customers renewed their arrangements with us, but reduced the amount of their spending.

**We are dependent on third parties for data, information and other services.**

We obtain significant data and information through licensing arrangements with content providers, some of which may be viewed as competitors. Some providers may seek to increase fees for providing their proprietary content or services and others may not offer our company an opportunity to renew existing agreements. We also depend on public sources for certain data and information.

In addition, we rely on third party service providers for telecommunications and other services that we have outsourced, such as certain human resources administrative functions, facilities management and IT services.

If we are unable to maintain or renegotiate commercially acceptable arrangements with these content or service providers or find substitutes or alternative sources of equivalent content or service, our business could be adversely affected. Our revenues and margins could also be reduced if some of our competitors obtained exclusive rights to provide or distribute certain types of data or information that was viewed as critical by our customers.

**Our brands and reputation are important company assets and are key to our ability to remain a trusted source of information and news.**

The integrity of our brands and reputation is key to our ability to remain a trusted source of information and news and to attract and retain customers. Negative publicity regarding our company or actual, alleged or perceived issues regarding one of our products or services could harm our relationship with customers.

We granted Refinitiv a license to permit it to brand its products/services and company name with the "Reuters" mark, subject to applicable limitations and restrictions in the trademark license agreement intended to protect the "Reuters" mark. While we understand that Refinitiv does not plan to brand its products/services or company name with the "Reuters" mark as part of its longer-term strategy, any actions taken by Refinitiv under the Reuters name could potentially have a negative impact on our company's reputation, despite the protective provisions of the license agreement. The license remains in effect following the sale of Refinitiv to LSEG.

Failure to protect our brands or a failure by our company to uphold the Thomson Reuters Trust Principles may also adversely impact our credibility as a trusted supplier of content and may have a negative impact on our information and news business.

TR-0037479

Thomson Reuters Annual Report 2020

**We may be required to take future impairment charges that would reduce our reported assets and earnings.**

Goodwill and other identifiable intangible assets comprise a substantial portion of our total assets. We are required under IFRS to test our goodwill and identifiable intangible assets with indefinite lives for impairment on an annual basis. We also are required by IFRS to perform an interim or periodic review of our goodwill and all identifiable intangible assets if events or changes in circumstances indicate that impairment may have occurred. Impairment testing requires our company to make significant estimates about our future performance and cash flows, as well as other assumptions. Economic, legal, regulatory, competitive, contractual and other factors as well as changes in our company's share price and market capitalization may affect these assumptions. If our testing indicates that impairment has occurred relative to current fair values, we may be required to record an impairment charge in the period the determination is made. Recognition of an impairment would reduce our reported assets and earnings.

### Legal and Regulatory Risks

**We may be adversely affected by changes in legislation and regulation related to privacy, data security, data protection and other areas, which may impact how we provide products and services and how we collect and use information.**

Legislative and regulatory changes that impact our customers' industries also impact how we provide products and services to our customers. The evolving regulatory landscape is also enabling new types of services, which can benefit our Legal Professionals, Corporates and Tax & Accounting Professionals segments. However, some types of legal or regulatory changes could also result in reduced demand for certain products or services.

There are a significant number of laws relating to privacy, data security, data protection, anti-money laundering, electronic and mobile communications, e-commerce, direct marketing, digital advertising and the use of public records which have become more prevalent and developed in recent years. The share of the world population whose data is protected by baseline security requirements is expected to increase and enforcement capabilities of regulators are also expected to increase.

In the ordinary course of business, we collect, store, use and transmit certain types of information that are subject to an increasing number of different laws and regulations. In particular, data security, data protection and privacy laws and regulations that we are subject to often vary by jurisdiction and include, without limitation, the General Data Protection Regulation (GDPR) and various U.S. state and federal laws and regulations. These laws and regulations are continuously evolving and complying with applicable laws and regulations involves significant costs and time.

GDPR provides data protection requirements and related compliance obligations in the E.U. Serious breaches of the GDPR can result in administrative fines of up to 4% of annual worldwide revenues and fines up to 2% of annual worldwide revenues can be imposed for other types of violations. Following the U.K.'s recent exit from the European Union and the expiration of a transition period, we will also be subject to UK data protection law, which imposes obligations and penalties similar to GDPR.

In 2020, the California Consumer Privacy Act (CCPA) came into effect, resulting in new requirements for the handling of personal data and providing consumers with new data privacy rights. Violations of the CCPA can result in civil penalties and provide consumers with a private right of action for data breaches, which may increase data breach litigation. Other U.S. state and federal legislative and regulatory bodies have implemented or are considering similar legislation, which, if passed, could create more risks, compliance complexity and potential costs for us.

In the European Union, proposed legislation known as the Regulation on Privacy and Electronic Communications, or ePrivacy Regulation, would replace an E.U. regulation known as the ePrivacy Directive, which we are currently subject to. The ePrivacy Regulation is focused on privacy regarding electronic communications services and data processed by electronic communications services. The ePrivacy Regulation is still under development and in draft form and the timeline for adoption and effectiveness is unclear. The ePrivacy Regulation may require us to further modify some of our data practices and compliance could result in additional costs for our company. In addition, the proposed EU Digital Services Act (DSA) and Digital Markets Act (DMA) will add further complexity and increased consumer protection and technology regulation.

Proposed and existing legislation in other countries and regions around the world related to privacy, data security, data protection and other related areas may also impact how we provide products and services and how we collect and use information.

TR-0037480

Some of these laws and regulations include a "right to be forgotten," a right for individuals to opt out or object to having their data shared with third parties and a right to be informed about what data about them is being shared. The viability and perceived value of some of our screening products could be adversely impacted through the exercise of these rights.

We are also subject to data localization laws in certain countries, which require us to store and process certain types of data within a particular country. We are also subject to various data transfer restrictions, including, without limitation, in light of court cases in the European Union and the exit of the United Kingdom from the European Union, which either limits our ability to transfer, or requires us to guarantee a certain level of protection when transferring, data from one country to another. The regulatory landscape in various countries where we operate continues to evolve and sometimes includes strict local rules regarding the use (or restrictions on use) of encryption technologies as well as broad governmental rights related to Internet monitoring and regulation of Internet transmissions.

Existing, new and proposed legislation and regulations, including changes in the manner in which such legislation and regulations are interpreted by courts, may:

   Impose limits on our collection and use of certain kinds of information and our ability to communicate such information effectively to our customers;

   Impose restrictions on the collection and use of product and user data analytics;

   Increase our cost of doing business or require us to change some of our existing business practices; and

   Conflict on a global basis (such as the U.S. Foreign Corrupt Practices Act, the U.K. Bribery Act and similar laws).

Governmental action (including laws or economic or political policies that restrict the use of specific companies, equipment or services deemed to be sensitive to national interests) can also create some legal uncertainties. It is difficult to predict in what form laws and regulations will be adopted, changed or repealed, how they will be construed by the relevant courts, or the extent to which any changes might adversely affect us.

Although we have implemented policies and procedures that are designed to ensure compliance with applicable laws, rules and regulations, we could be subject to penalties as well as reputational harm for any violations.

**Tax matters, including changes to tax laws, regulations and treaties, could impact our effective tax rate and our results of operations.**

We operate in many countries worldwide and our earnings are subject to taxation in many different jurisdictions and at different rates. We seek to organize our affairs in a tax efficient manner, taking account of the jurisdictions in which we operate. In 2020, our effective tax rate was lower than the Canadian corporate income tax rate due significantly to lower tax rates and differing tax rules applicable to certain of our operating and financing subsidiaries outside Canada. Our effective tax rate has fluctuated in the past and is likely to fluctuate in the future, reflecting the mix of taxing jurisdictions in which pre-tax profits and losses are recognized. Our effective tax rate and our cash tax cost in the future will depend on the laws of numerous countries and the provisions of multiple income tax treaties between various countries in which we operate. Changes in tax laws and regulations (including the possible increase in the U.S. federal corporate income tax rate and other changes in tax policy proposed by the Biden administration), international treaties and tax accounting standards and/or uncertainty over their application and interpretation as well as changes in the geographic mix of our profits may adversely affect our results (notably our income tax expense) and our effective tax rate. Tax-related changes or tax rulings may also require adjustments to our previously filed tax returns, which if unfavorable, may adversely affect our results. Tax laws and regulations that apply to our company may also be amended by the relevant authorities due to changes in fiscal circumstances or priorities. These types of amendments, or their application to our company, may adversely affect our results. In addition, we are subject to regular audits and reviews by tax authorities in Canada and other jurisdictions during the ordinary course of business. While we believe the positions that we take on our tax filings are sustainable, certain positions taken may be challenged by the applicable tax authorities. If any such challenge results in an adverse outcome, this could negatively affect our financial results and operations for the period at issue and on an ongoing basis.

TR-0037481

Many governments in jurisdictions where we operate are facing budget deficits and challenges and as a result, may look to increase their tax revenues through increased audit activity and tax reform. Various tax-related legislative initiatives have been proposed or are being discussed that if enacted, could adversely affect our tax positions and/or our tax liabilities. The Organization for Economic Co-operation and Development (OECD), which is comprised of member countries that encompass many of the jurisdictions where we operate, has been working on a coordinated, multi-jurisdictional approach to address issues in existing tax systems associated with "base erosion and profit shifting" (BEPS) and the digitalization of the economy that the OECD believes may lead to tax avoidance by global companies. The OECD's recent proposals to address the tax challenges of the digitalization of the economy, if finalized and adopted by the associated countries, will likely increase tax uncertainty and may adversely affect our financial results.

Various countries have enacted or are considering digital service taxes, which could result in multinational companies such as Thomson Reuters being subject to tax in additional jurisdictions or subject to increased taxes in jurisdictions in which they already have a taxable presence.

The U.S. Tax Cuts and Jobs Act (Tax Act) requires complex computations and significant judgments and estimates. The Tax Act includes a number of provisions that may offset future benefits associated with the reduced tax rate. These provisions include (but are not limited to) further limitations on deductions for interest expense and the introduction of a minimum tax under which certain payments to foreign affiliates are non-deductible. The U.S. Treasury Department, the Internal Revenue Service and other standard-setting bodies may issue further regulations or guidance on how the provisions of the Tax Act will be applied or otherwise administered that is different from our interpretations and certain aspects of the Tax Act could be repealed or modified in future legislation. As we conduct additional analyses and collect additional information, and as any further regulatory guidance is issued, we may need to make adjustments to our financial statements that could materially affect our U.S. federal income tax position and our financial condition and results of operations in the period in which the adjustments are made.

We expect our company will remain resident only in Canada for tax purposes. However, if our company were to cease to be resident solely in Canada for tax purposes (including as a result of changes in applicable laws or in Canadian regulatory practice), this could cause us adverse tax consequences.

**We operate in a litigious environment which may adversely affect our financial results.**

We may become involved in legal actions and claims arising in the ordinary course of business, including employment matters, commercial matters, libel/defamation/privacy claims and intellectual property infringement claims. Regardless of the merit of legal actions and claims, such matters can be expensive, time consuming, or harmful to our reputation and in recognition of these considerations, we may engage in arrangements to settle litigation. While we maintain insurance for certain potential liabilities, such insurance does not cover all types and amounts of potential liabilities and is subject to various exclusions as well as caps on amounts recoverable. Due to the inherent uncertainty in the litigation process, the resolution of any particular legal proceeding could result in changes to our products and business practices and could have a material adverse effect on our financial position and results of operations.

We are significantly dependent on technology and the rights related to it. From time to time, we have been sued by other companies for allegedly violating their patents. Our company and other companies have experienced alleged claims from third parties whose sole or primary business is to monetize patents. If an infringement suit against our company is successful, we may be required to compensate the third party bringing the suit either by paying a lump sum or ongoing license fees to be able to continue selling a particular product or service. This type of compensation could be significant, in addition to legal fees and other costs that we would incur defending such a claim.

We might also be prevented or enjoined by a court from continuing to provide the affected product or service. We may also be required to defend or indemnify any customers who have been sued for allegedly infringing a third party's patent in connection with using one of our products or services. Responding to intellectual property claims, regardless of the validity, can be time consuming for our technology personnel and management.

TR-0037482

**Antitrust/competition-related claims or investigations could result in changes to how we do business and could be costly.**

We are subject to applicable antitrust and competition laws and regulations in the countries where we have operations. These laws and regulations seek to prevent and prohibit anti-competitive activity. From time to time, we may be subject to antitrust/competition-related claims and investigations. Following such a claim or investigation, we may be required to change the way that we offer a particular product or service and if we are found to have violated antitrust or competition laws or regulations, we may be subject to fines or penalties. Any antitrust or competition-related claim or investigation could be costly for our company in terms of time and expense and could have an adverse effect on our financial condition and results of operations.

<u>Financial Market Risks</u>

**Currency and interest rate fluctuations and volatility in global markets may have a significant impact on our reported revenues and earnings.**

Our financial statements are expressed in U.S. dollars and are, therefore, subject to movements in exchange rates on the translation of the financial information of businesses whose functional currencies are not U.S. dollars. We receive revenues and incur expenses in many currencies and are thereby exposed to the impact of fluctuations in various currency rates. We monitor the financial stability of the foreign countries in which we operate. Volatility and uncertainty in global markets in the future could adversely affect our results.

Exchange rate movements in our foreign currency exposures may cause fluctuations in our consolidated financial statements. If our operations outside of the U.S. expand, we would expect this exposure to grow. We monitor foreign currency exposures on a regular basis and some of our largest foreign currency exposures are currently the British pound sterling, the Canadian dollar, the Euro, the Brazilian real, the Australian dollar, the Swiss franc and the Indian rupee. We have historically, and may in the future, hedge some of our foreign currency exposure if we believe that it may be material to our financial results.

In 2020, we issued C$1.4 billion of notes due in 2025, which we hedged into U.S. dollars. We may continue to issue non-U.S. dollar-denominated debt in the future and would expect to hedge any such debt into U.S. dollars, as has been our practice. In addition, an increase in interest rates from current levels could adversely affect our results in future periods.

**Our credit ratings may be downgraded, which may impede our access to the debt markets or raise our borrowing rates.**

Our access to financing depends on, among other things, suitable market conditions and the maintenance of suitable long-term credit ratings. Our credit ratings may be adversely affected by various factors, including increased debt levels, decreased earnings, declines in customer demands, increased competition, a further deterioration in general economic and business conditions and adverse publicity. Any future downgrades in our credit ratings may impede our access to the debt markets or raise our borrowing rates. For additional information on our current credit ratings, please see the "Management's Discussion and Analysis" and "Additional Information – Ratings of Debt Securities" sections of this annual report.

**We have significant funding obligations for pension arrangements that are affected by factors outside of our control.**

We have significant funding obligations for various pension arrangements that are affected by factors outside of our control, including market factors and changes in legislation. In the past, we also have contributed to our pension plans to pre-fund certain obligations. We may be required or we may agree to make additional contributions to some pension plans in the future and the amounts of any such contributions may be material. In 2020, we amended our U.S. pension plan to freeze service accruals effective on January 1, 2023.

The valuations of obligations for material plans are determined by independent actuaries and require assumptions in respect of future compensation levels, expected mortality, inflation and medical cost trends, along with the discount rate to measure obligations. These assumptions are reviewed annually. While we believe that these assumptions are appropriate given current economic conditions, significant differences in actual experience or significant changes in assumptions may materially affect our valuations of pension obligations and related future expenses. In addition, the performance of equity and fixed income markets, which may be influenced by general economic conditions, including interest rates, inflation and currency exchange rates, may impact the funding level of our funded plans and required contributions.

TR-0037483

### Corporate Structure Risks

**Woodbridge controls our company and is in a position to affect our governance and operations.**

Woodbridge beneficially owned approximately 66% of our common shares as of March 3, 2021. For so long as Woodbridge maintains its controlling interest in our company, it will generally be able to approve matters submitted to a majority vote of our shareholders without the consent of other shareholders, including, among other things, the election of our Board. In addition, Woodbridge may be able to exercise a controlling influence over our business and affairs, the selection of our senior management, the acquisition or disposition of our assets, our access to capital markets, the payment of dividends and any change of control of our company, such as a merger or take-over. The effect of this control may be to limit the price that investors are willing to pay for our shares. In addition, a sale of shares by Woodbridge or the perception of the market that a sale may occur may adversely affect the market price of our shares. For additional information, please see the "Additional Information – Woodbridge" section of this annual report.

**Thomson Reuters Founders Share Company holds a Thomson Reuters Founders Share in our company and may be in a position to affect our governance and management.**

Thomson Reuters Founders Share Company was established to safeguard the Thomson Reuters Trust Principles, including the integrity, independence and freedom from bias in the gathering and dissemination of information and news. The Thomson Reuters Founders Share Company holds a Thomson Reuters Founders Share in our company. The interest of the Thomson Reuters Founders Share Company in safeguarding the Trust Principles may conflict with our other business objectives, impose additional costs or burdens on us or otherwise affect our management and governance. In addition, the Founders Share enables the Thomson Reuters Founders Share Company to exercise extraordinary voting power to safeguard the Trust Principles and to thwart those whose holdings of voting shares of Thomson Reuters threaten the Trust Principles. As a result, the Thomson Reuters Founders Share Company may prevent a change of control (including by way of a take-over bid or similar transaction) of our company in the future. We have agreed not to effect a sale (or similar transactions) of Reuters News to an unrelated third party or to effect or permit material acquisitions by, or material dispositions from, Reuters News unless we have received Thomson Reuters Founders Share Company's prior written consent. The effect of the rights of the Thomson Reuters Founders Share Company may be to limit the price that investors are willing to pay for our shares. For additional information, please see the "Additional Information –Material Contracts" section of this annual report.

TR-0037484

Thomson Reuters Annual Report 2020

# Management's Discussion and Analysis

*This management's discussion and analysis is designed to provide you with a narrative explanation through the eyes of our management of how we performed in the last two years, as well as information about our financial condition and future prospects. As the management's discussion and analysis is intended to supplement and complement our financial statements, we recommend that you read this in conjunction with our 2020 and 2019 annual consolidated financial statements. This management's discussion and analysis contains forward-looking statements, which are subject to risks and uncertainties that could cause our actual results to differ materially from the forward-looking statements. Forward-looking statements include, but are not limited to, our three-year outlook, including the description of our new Change Program, and our expectations related to general economic conditions (including the impact of the COVID-19 pandemic on the U.S. and global economies) and market trends and their anticipated effects on our business segments. For additional information related to forward-looking statements, material assumptions and material risks associated with them, please see the "Outlook" and "Additional Information—Cautionary Note Concerning Factors That May Affect Future Results" sections of this management's discussion and analysis. This management's discussion and analysis is dated as of March 3, 2021.*

**We have organized our management's discussion and analysis in the following key sections:**

**Executive Summary** – an overview of our business and key financial highlights .......... 34

**Results of Operations** – a comparison of our current and prior-year results .......... 41

**Liquidity and Capital Resources** – a discussion of our cash flow and debt .......... 54

**Outlook** – trends, priorities (including a discussion of our new Change Program) and our three-year financial outlook, including material assumptions and material risks .......... 63

**Related Party Transactions** – a discussion of transactions with our principal and controlling shareholder, The Woodbridge Company Limited (Woodbridge), and our former Refinitiv investment .......... 67

**Subsequent Events** – a discussion of material events occurring after December 31, 2020 and through the date of this management's discussion and analysis .......... 68

**Changes in Accounting Policies** – a discussion of changes in our accounting policies .......... 69

**Critical Accounting Estimates and Judgments** – a discussion of critical estimates and judgments made by our management in applying accounting policies .......... 69

**Additional Information** – other required disclosures .......... 69

**Appendix** – supplemental information, including regarding Refinitiv's performance .......... 72

Unless otherwise indicated or the context otherwise requires, references in this discussion to "we," "our," "us," the "company" and "Thomson Reuters" are to Thomson Reuters Corporation and our subsidiaries.

Page 31

TR-0037485

## Basis of Presentation

We prepare our consolidated financial statements in U.S. dollars and in accordance with International Financial Reporting Standards (IFRS), as issued by the International Accounting Standards Board (IASB). See the "Additional Information" section of this management's discussion and analysis for information regarding adjustments to prior-period segment results.

Other than EPS, we report our results in millions of U.S. dollars, but we compute percentage changes and margins using whole dollars to be more precise. As a result, percentages and margins calculated from reported amounts may differ from those presented, and growth components may not total due to rounding.

## Use of Non-IFRS Financial Measures

In this management's discussion and analysis, we discuss our results on an IFRS and non-IFRS basis. We use non-IFRS financial measures as supplemental indicators of our operating performance and financial position as well as for internal planning purposes and our business outlook. We believe non-IFRS financial measures provide more insight into our performance. Non-IFRS financial measures do not have standardized meanings prescribed by IFRS and therefore are unlikely to be comparable to the calculation of similar measures used by other companies, and should not be viewed as alternatives to measures of financial performance calculated in accordance with IFRS.

Our non-IFRS financial measures include:

  Adjusted EBITDA and the related margin;

  Adjusted EBITDA less capital expenditures and the related margin;

  Adjusted earnings and adjusted earnings per share (EPS);

  Net debt and our leverage ratio of net debt to adjusted EBITDA;

  Free cash flow; and

  Return on invested capital (ROIC).

We also report changes in our revenues, operating expenses, adjusted EBITDA and the related margin, and adjusted EPS before the impact of foreign currency or at "constant currency". These measures remove the impacts from changes in foreign currency exchange rates to provide better comparability of our business trends from period to period. To provide greater insight into the revenue growth of our existing businesses on a constant currency basis, we report organic revenue growth (as defined in the glossary below and in Appendix A).

See Appendix A of this management's discussion and analysis for a description of our non-IFRS financial measures, including an explanation of why we believe they are useful measures of our performance, including our ability to generate cash flow. Refer to the "Liquidity and Capital Resources" section of this management's discussion and analysis and Appendices B and D for reconciliations of our non-IFRS financial measures to the most directly comparable IFRS measures.

TR-0037486

## Glossary of Key Terms

We use the following terms in this management's discussion and analysis.

| Term | Definition |
|---|---|
| "Big 3" segments | Our combined Legal Professionals, Corporates and Tax & Accounting Professionals segments |
| Blackstone | The Blackstone Group and its subsidiaries |
| bp | Basis points – one basis point is equal to 1/100th of 1%, "100bp" is equivalent to 1% |
| Change Program | A multi-year initiative focused on transforming our company from a holding company to an operating company and into a leading content-driven technology company. |
| constant currency | A non-IFRS measure derived by applying the same foreign currency exchange rates to the financial results of the current and equivalent prior-year period |
| COVID-19 | A novel strain of coronavirus that was characterized a pandemic by the World Health Organization during March 2020 |
| EPS | Earnings per share |
| F&R | Our former Financial & Risk business, now the Refinitiv business of LSEG |
| F&R sale or F&R transaction | Our sale of a 55% interest in F&R to private equity funds affiliated with Blackstone, which closed on October 1, 2018 |
| LSEG | London Stock Exchange Group plc |
| n/a | Not applicable |
| n/m | Not meaningful |
| organic or organically | A non-IFRS measure that represents changes in revenues of our existing businesses at constant currency. The metric excludes the distortive impacts of acquisitions and dispositions from not owning the business in both comparable periods |
| LSEG/Refinitiv transaction | Our agreement with private equity funds affiliated with Blackstone to sell Refinitiv to LSEG |
| Refinitiv (now the Refinitiv business of LSEG) | The name of our former F&R business as of the closing of the F&R transaction. We owned 45% of Refinitiv from October 1, 2018 through January 29, 2021 |
| $ and US$ | U.S. dollars |

TR-0037487

# Executive Summary

## Our Company

Thomson Reuters is a leading provider of business information services. Our products include highly specialized information-enabled software and tools for legal, tax, accounting and compliance professionals combined with the world's most global news service – Reuters.

We are organized in five reportable segments supported by a corporate center:



### Legal Professionals

Serves law firms and governments with research and workflow products, focusing on intuitive legal research powered by emerging technologies and integrated legal workflow solutions that combine content, tools and analytics.



### Corporates

Serves corporate customers from small businesses to multinational organizations, including the seven largest global accounting firms, with our full suite of content-enabled technology solutions for in-house legal, tax, regulatory, compliance and IT professionals.



### Tax & Accounting Professionals

Serves tax, accounting and audit professionals in accounting firms (other than the seven largest, which are served by our Corporates segment) with research and workflow products, focusing on intuitive tax offerings and automating tax workflows.

### Reuters News

Supplies business, financial, national and international news to professionals via desktop terminals, including through Refinitiv, the world's media organizations, industry events and directly to consumers.



### Global Print

Provides legal and tax information, primarily in print format, to customers around the world.



**2020 Revenues**

- Legal Professionals — 42%
- Corporates — 23%
- Tax & Accounting Professionals — 14%
- Reuters News — 11%
- Global Print — 10%

Our corporate center centrally manages commercial and technology operations, including those around our sales capabilities, digital customer experience and product and content development. Our corporate center also centrally manages functions such as finance, legal and human resources.

TR-0037488

Thomson Reuters Annual Report 2020

## Our Business Model and Key Operating Characteristics

We derive most of our revenues from selling information and software solutions, primarily electronically and on a recurring subscription basis. Our solutions blend deep domain knowledge with software and automation tools. We believe our workflow solutions make our customers more productive by streamlining how they operate, enabling them to focus on higher value activities. Many of our customers use our solutions as part of their workflows, which has led to strong customer retention. We believe that our customers trust us because of our history and dependability and our deep understanding of their businesses and industries, and they rely on our services for navigating a rapidly changing and increasingly complex digital world.

Over the years, our business model has proven to be capital efficient and cash flow generative, and it has enabled us to maintain leading and scalable positions in our chosen market segments. Some of our key business and operating characteristics are:

| Attractive Industry | Balanced and Diversified Leadership | Attractive Business Model | Strong Competitive Positioning | Disciplined Financial Policies |
|---|---|---|---|---|
| Currently our "Big 3" operate in an estimated $28 billion market segment expected to grow between 6% and 8% over the next 5 years | A leader in key Legal Professionals, Corporates and Tax & Accounting Professionals market segments | 80% of revenues are recurring | Proprietary content plus data and human expertise combined with artificial intelligence and machine learning are key differentiators | Focused and incentivized on organic revenue growth and free cash flow growth |
| Legal, Tax & Government market segments prime for content-driven innovation | Resilient businesses, historically stable, which has been affirmed by our performance during the COVID-19 pandemic | 90% of revenues are from products delivered electronically, or as software and services | Products deeply embedded in customers' daily workflows | Balance investing in business and returning capital to shareholders |
| | Approximately 500,000 customers; largest customer is approximately 2% of revenues (excluding the news and editorial content contract with Refinitiv*) | Strong and consistent cash generation capabilities | 90% retention rate | Committed to maintaining investment grade rating with stable capital structure |
| | | | | Significant potential capital capacity over the next four years affords optionality |

*All revenue information reflected above is based on our 2020 full-year results.*

\* *The Refinitiv news and editorial contract represented approximately 6% of our 2020 revenues.*

### Revenues by type



**Recurring revenues** primarily consist of fees to access products or services delivered electronically over time, such as Westlaw and Checkpoint. These products are generally provided under subscription arrangements that have terms ranging from one to five years, which most customers renew at the end of each term. Because most of our revenues are recurring, we believe that our revenue patterns are generally more stable compared to other businesses that primarily sell products in discrete or one-off arrangements. However, as we generally recognize recurring revenues ratably over the contract term, there is a lag in realizing the impact of current sales or cancellations in our reported revenues. As a result, our revenues are typically slower to decline when economic conditions worsen, but slower to return to growth when economic activity improves, compared to other businesses that are not subscription-based.

**Transactions revenues** include volume-based fees related to online searches, fees from software licenses and professional fees from service and consulting arrangements. Transaction revenues are recognized primarily at a point in time and, based on their type, can fluctuate significantly from period to period.

■ Recurring
■ Transactions
■ Global Print

TR-0037489

**Global Print revenues** consist of fees for content that is delivered primarily in traditional paper format. While revenues from our print business are meaningful, we expect them to continue to decline each year, as more customers increasingly prefer online products. Print revenues are recognized at the point of shipment or, if sold under a subscription arrangement, ratably over the contract term.



## Revenues by geography

In 2020, we earned 79% of our revenues in the U.S. We also operate regional teams outside of the U.S., including in emerging markets, where we serve regional customers by either modifying existing products and services for their needs or developing specific products for the local market. Changes in foreign currency exchange rates relative to our business outside the U.S. may cause variation in our revenue performance from period to period. In 2020, changes in foreign exchange rates decreased our revenues by 1% compared to the prior year.



- U.S.
- Other Americas
- Europe, Middle East & Africa
- Asia Pacific

## Expenses

Most of our operating expenses are fixed. As a result, when our revenues increase, we become more profitable and our adjusted EBITDA margin increases. Likewise, when our revenues decline, we become less profitable and our adjusted EBITDA margin decreases. However, the full impact of incremental revenues is not always reflected in our profitability as we reinvest in our business. In 2020, staff costs, which are largely comprised of salaries, bonuses, commissions, benefits and share-based compensation, comprised 62% of our total expenses. Approximately 70% of our 2020 operating expenses were denominated in U.S. dollars with the balance denominated in currencies other than the U.S. dollar. In 2020, changes in foreign exchange rates decreased our expenses by 1% compared to the prior year.

- Staff costs
- Other

## Seasonality

Our revenues and operating profit on a consolidated basis do not tend to be significantly impacted by seasonality as we record a large portion of our revenues ratably over the contract term and our costs are generally incurred evenly throughout the year. However, our revenues from quarter to consecutive quarter can be impacted by the release of certain tax products, which tend to be concentrated in the fourth quarter and, to a lesser extent, in the first quarter of the year. The seasonality of our revenues and expenses was impacted by COVID-19 in 2020 and by significant costs to reposition our business in 2019 following the sale of a majority interest in F&R.

Thomson Reuters Annual Report 2020

## Acquisitions and Dispositions

**Acquisitions.** We have been focused on driving organic growth. However, we make tactical acquisitions from time to time that we believe will strengthen our positions in key growth segments. These businesses strengthen our offerings and enable us to extend our platform with new capabilities that we believe will provide opportunities to expand our positions, better serve our customers and supplement our organic growth. Generally, the businesses we acquire initially have lower margins than our existing businesses, largely reflecting the costs of integration.

The following describes some of the acquisitions we completed during 2020 and 2019:

| | Company | Acquiring Segments | Description |
|---|---|---|---|
| March 2020 | Pondera Solutions | Legal Professionals | A provider of technology and advanced analytics to combat fraud, waste and abuse in healthcare and large government programs. |
| August 2020 | CaseLines | Legal Professionals | A provider of a cloud-based, evidence sharing platform that allows courts, law enforcement, prosecutors and legal practitioners to digitally collaborate, share and participate in virtual and physical court proceedings. |
| July 2019 | Confirmation | Tax & Accounting Professionals/Corporates | A provider of digital audit confirmation services to accounting firms, banks and law firms. |
| July 2019 | HighQ | Legal Professionals/Corporates | A provider of collaboration tools to the legal and regulatory market segments. |
| October 2019 | FC Business Intelligence | Reuters News | A global business-to-business events specialist that was rebranded as Reuters Events. |

**Dispositions.** To ensure that we are investing in parts of our business that offer the greatest opportunities to achieve growth and returns, we may sell businesses or investments from time to time. Our company and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG on January 29, 2021. See the "Executive Summary – Sale of Refinitiv to LSEG" section of this management's discussion and analysis for more information. In 2020, we sold an investment for proceeds of $367 million, net of taxes paid. In 2019, we sold several small businesses that were not compatible with our strategy and some small investments for total proceeds of $74 million, net of taxes paid.

## 2020 Financial Highlights and Key Accomplishments

We began 2020 with momentum, having completed our first full year re-positioned into our customer-focused segments after completing the F&R transaction in 2018. In March 2020, however, the global COVID-19 pandemic created unprecedented health risks to our employees, customers and suppliers, and containment measures intended to mitigate the impact of the pandemic resulted in a global economic crisis and ongoing uncertainty.

In response to the pandemic, we immediately transitioned most of our staff to a virtual work environment. At the same time, we worked with our approximately 500,000 customers to ensure continued access to our products and services. To mitigate the expected reduction in our revenues due to the economic crisis, we implemented a cost savings program. Our 2020 performance reflected the resiliency of our markets and our business. We achieved 1% organic revenue growth, increased adjusted EBITDA by 32%, expanded adjusted EBITDA margin to 33%, and achieved free cash flow of $1.3 billion. Each of these metrics met or exceeded the updated outlook that we provided in November 2020 in conjunction with our third quarter report.

On January 29, 2021, we and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG in an all share transaction. As of the closing date, we indirectly owned approximately 82.5 million LSEG shares, which had a market value of approximately $9.8 billion based on LSEG's closing share price on January 28, 2021.

On February 23, 2021, we announced a $0.10 per share annualized increase in our dividend to $1.62 per common share, representing the 28th consecutive year of dividend increases.

TR-0037491

## Change Program and Three-Year Business Outlook

On February 23, 2021, we announced a new Change Program to transition from a holding company to an operating company and from a content provider to a content-driven technology company. The program is expected to take 24 months (2021 - 2022) to largely complete and is projected to require an investment of between $500 million and $600 million over that period. In 2023, the program is forecast to:

Achieve organic revenue growth of 5% - 6% including additional annual revenues of $100 million;

Achieve an adjusted EBITDA margin of 38% - 40%;

Achieve free cash flow of $1.8 billion - $2.0 billion;

Achieve annual operating expense savings of $600 million, of which $200 million is expected to be reinvested in growth initiatives; and

Reduce capital expenditures as a percentage of revenue to between 6.0% and 6.5%.

The company's outlook for 2021, 2022 and 2023 incorporates the forecasted impacts associated with the Change Program. Please see the "Outlook" section of this management's discussion and analysis for our three-year business outlook and a discussion of the Change Program. Additional information regarding the Change Program is also set forth in the "Business" section of this annual report.

## Consolidated Results

| | | Year ended December 31, | | |
| | | | Change | |
| (millions of U.S. dollars, except per share amounts and margins) | 2020 | 2019 | Total | Constant Currency |
|---|---|---|---|---|
| **IFRS Financial Measures** | | | | |
| Revenues | 5,984 | 5,906 | 1% | |
| Operating profit | 1,929 | 1,199 | 61% | |
| Diluted EPS | $2.25 | $3.11 | (28%) | |
| Cash flow from operations | 1,745 | 702 | 148% | |
| | | | | |
| **Non-IFRS Financial Measures**[1] | | | | |
| Revenues | 5,984 | 5,906 | 1% | 2% |
| *Organic revenue growth* | | | | 1% |
| Adjusted EBITDA | 1,975 | 1,493 | 32% | 32% |
| Adjusted EBITDA margin | 33.0% | 25.3% | 770bp | 760bp |
| Adjusted EPS | $1.85 | $1.29 | 43% | 43% |
| Free cash flow | 1,330 | 159 | 735% | |

TR-0037492

Thomson Reuters Annual Report 2020

*Supplemental financial results – "Big 3" Segments – Legal Professionals, Corporates and Tax & Accounting Professionals Combined*

| (Ions of U.S. dollars, except margins) | 2020 | 2019 | Year ended December 31, Change Total | Constant Currency |
|---|---|---|---|---|
| Non-IFRS Financial Measures[1] | | | | |
| Revenues | 4,738 | 4,584 | 3% | 4% |
| *Organic revenue growth* | | | | 4% |
| Adjusted EBITDA | 1,791 | 1,625 | 10% | 10% |
| Adjusted EBITDA margin | 37.8% | 35.4% | 240bp | 210bp |

(1) Refer to Appendices A and B of this management's discussion and analysis for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures

**Revenues** increased 1% in total and 2% in constant currency. On an organic basis, revenues increased 1%, as 4% growth in recurring revenues (80% of total revenues) more than offset declines in transactions and Global Print revenues.

Revenues for our "Big 3" segments (79% of total revenues) grew 3% in total and 4% on both a constant currency and organic basis. The organic increase was driven by 5% growth in recurring revenues (88% of "Big 3" revenues), which more than offset a decline in transactions revenues.

**Operating profit** increased 61% reflecting lower costs, a significant gain from the sale of an investment and a gain from an amendment to a pension plan. These items more than offset higher depreciation and amortization and a lower benefit from the revaluation of warrants that we held in Refinitiv prior to its sale to LSEG. Higher revenues also contributed. Adjusted EBITDA and the related margin, which excludes the gain on sale of the investment, the impact of the warrant revaluation, and the gain from the pension plan amendment among other items, also increased reflecting lower costs and higher revenues. Lower costs reflected the completion of the repositioning of our company in 2019 following the separation from Refinitiv as well as lower expenses from our COVID-19 related cost mitigation efforts.

**Diluted EPS** of $2.25 declined from $3.11 in the prior year despite higher operating profit because the prior year included a $1.2 billion non-cash deferred tax benefit associated with the reorganization of certain foreign operations. Adjusted EPS, which excludes the tax benefit as well as other adjustments, increased to $1.85 per share from $1.29 per share due to higher adjusted EBITDA, which more than offset higher depreciation and amortization of computer software and higher income tax expense.

**Cash flow from operations** increased primarily because the prior year included a $167 million pension contribution as well as significantly higher costs and investments to reposition our company following the separation from Refinitiv. 2020 included savings from our COVID-19 related cost mitigation efforts and lower tax payments. Free cash flow increased for the same reasons, as well as from proceeds from the sale of real estate.

We met or exceeded each of the performance metrics in our updated 2020 full-year business outlook communicated on November 3, 2020. Our full-year 2020 outlook assumed constant currency rates relative to 2019 and included the impact of closed acquisitions and dispositions. Some of the financial measures in the outlook below are provided on a non-IFRS basis. Refer to Appendices A and B of this management's discussion and analysis for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures.

TR-0037493

The table below compares our actual performance (before currency) to the outlook:

| 2020 Full-Year Outlook<br>Total Thomson Reuters Outlook | | |
|---|---|---|
| | 2020 Outlook | 2020 Actual Performance |
| | Before currency and including the impact of closed acquisitions/ dispositions | Before currency(1) |
| Revenue Growth | 1.0% - 2.0% | 2.1% | ✓ |
| Organic revenue growth | 0% - 1.0% | 1.2% | ✓ |
| Adjusted EBITDA margin | Approximately 32.0% | 32.9% | ✓ |
| Corporate costs | $140 million – $150 million | $125 million | ✓ |
| Free cash flow | Approximately $1.1 billion | $1.3 billion | ✓ |
| Capital expenditures, as a percentage of revenues | 8.0% - 8.5% | 8.4% | ✓ |
| Depreciation and amortization of computer software | $650 million – $675 million | $672 million | ✓ |
| Interest expense | $190 million – $215 million | $195 million | ✓ |
| Effective tax rate on adjusted earnings | Approximately 17% - 19% | 16.9% | ✓ |

| "Big 3" Segments Outlook | | |
|---|---|---|
| | 2020 Outlook | 2020 Actual Performance |
| | Before currency and including the impact of closed acquisitions/ dispositions | Before currency(1) |
| Revenue Growth | 3.0% - 4.0% | 4.2% | ✓ |
| Organic revenue growth | 3.0% - 4.0% | 3.8% | ✓ |
| Adjusted EBITDA margin | 37.0% - 38.0% | 37.5% | ✓ |

(1) Our 2020 performance (before currency) was measured in constant currency rates relative to 2019, except for the 2020 free cash flow performance which was reflected at actual rates.

## Sale of Refinitiv to LSEG

At December 31, 2020, our company owned a 45% interest in Refinitiv, which was formerly our wholly owned F&R business. 55% of Refinitiv was owned by private equity funds affiliated with Blackstone. On January 29, 2021, our company and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG in an all share transaction. The transaction brought together two highly complementary businesses to create a leading global financial markets infrastructure provider.

As of the closing date, our company indirectly owned approximately 82.5 million LSEG shares, which had a market value of approximately $9.8 billion based on LSEG's closing share price on January 28, 2021. Our interest in LSEG shares is held through an entity jointly owned with Blackstone's consortium. Our company and Blackstone's consortium hold a combination of LSEG ordinary shares and LSEG limited-voting ordinary shares (with the shares carrying, in aggregate, less than 30% of the total voting rights in LSEG). Blackstone's consortium separately was issued additional LSEG shares as part of the transaction related to its Refinitiv preferred stock.

While we expect that the LSEG transaction will be predominantly tax deferred, approximately $700 million of tax became payable when the deal closed. As permitted under a transaction agreement, we plan to sell approximately $1 billion of our LSEG shares to generate approximately $750 million of total net proceeds. Subject to certain exceptions, our company and Blackstone's consortium have otherwise agreed to be subject to a lock-up for our LSEG shares through January 29, 2023. In each of years three and four following closing (starting on January 30, 2023 and January 30, 2024, respectively), we and Blackstone's consortium will become entitled to sell in aggregate one-third of the LSEG shares issued to us. The lock-up arrangement will terminate on January 29, 2025.

TR-0037494

Reuters News' 30-year agreement to supply news and editorial content to Refinitiv continues under the same terms and conditions after the closing and is scheduled to run to 2048.

### Governance
The Blackstone/Thomson Reuters ownership entity is entitled to nominate three non-executive LSEG directors for as long as it holds at least 25% of LSEG, two LSEG directors for as long as it holds at least 17.5% but less than 25% of LSEG and one LSEG director for as long as it holds at least 10% but less than 17.5% of LSEG. For so long as the Blackstone/Thomson Reuters ownership entity is entitled to nominate three directors, one nominee will be a Thomson Reuters representative.

Once the Blackstone/Thomson Reuters ownership entity is released from the lock-up agreement described above, any disposals of LSEG shares will be subject to orderly marketing restrictions. A standstill restriction also applies to the Blackstone/Thomson Reuters ownership entity under which it (and the underlying investors) have agreed not to, among other matters, acquire further LSEG shares, or make a takeover offer for LSEG for designated time periods. The Blackstone/Thomson Reuters ownership entity has also committed to vote its LSEG shares in line with the LSEG Board's recommendation.

### Future Accounting
We expect to record a pre-tax gain on the transaction of approximately $8.5 billion in the first quarter of 2021. In the future, we will account for our investment in LSEG at fair value, based on the share price of LSEG. The change in value of the investment will be recorded through the consolidated income statement line item entitled "Share of post-tax earnings or loss in equity method investments", because our company holds its LSEG shares through an entity that is jointly owned by Blackstone's consortium and the company, over which the company has significant influence. As the joint entity owns only the financial investment in LSEG shares, which the parties intend to sell over time, and is not involved in operating LSEG or the Refinitiv business, the investment may be accounted for by the joint entity at fair value. Thomson Reuters' free cash flow will benefit from any future dividends paid by LSEG to its shareholders. If we sell LSEG shares in the future, we will generate cash which we would decide at the time how to best deploy.

## Results of Operations
Consolidated Results

| (millions of U.S. dollars, except per share amounts and margins) | | | Year ended December 31, | | |
| --- | --- | --- | --- | --- | --- |
| | | | | Change | |
| | 2020 | 2019 | Total | Constant Currency |
| **IFRS Financial Measures** | | | | |
| Revenues | 5,984 | 5,906 | 1% | |
| Operating profit | 1,929 | 1,199 | 61% | |
| Diluted EPS | $2.25 | $3.11 | (28%) | |
| **Non-IFRS Financial Measures**[1] | | | | |
| Revenues | 5,984 | 5,906 | 1% | 2% |
| *Organic revenue growth* | | | | 1% |
| Adjusted EBITDA | 1,975 | 1,493 | 32% | 32% |
| Adjusted EBITDA margin | 33.0% | 25.3% | 770bp | 760bp |
| Adjusted EBITDA less capital expenditures | 1,471 | 988 | 49% | |
| Adjusted EBITDA less capital expenditures margin | 24.6% | 16.7% | 790bp | |
| Adjusted EPS | $1.85 | $1.29 | 43% | 43% |

TR-0037495

*Supplemental financial results – "Big 3" Segments – Legal Professionals, Corporates and Tax & Accounting Professionals Combined*

| | Year ended December 31, | | | |
| | | | Change | |
| (millions of U.S. dollars, except margins) | 2020 | 2019 | Total | Constant Currency |
|---|---|---|---|---|
| **Non-IFRS Financial Measures**[1] | | | | |
| **Revenues** | 4,738 | 4,584 | 3% | 4% |
| *Organic revenue growth* | | | | 4% |
| **Adjusted EBITDA** | 1,791 | 1,625 | 10% | 10% |
| **Adjusted EBITDA margin** | 37.8% | 35.4% | 240bp | 210bp |

(1) Refer to Appendices A and B of this management's discussion and analysis for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures

## Revenues

| | Year ended December 31, | | | | |
| | | | Change | | |
| (millions of U.S. dollars) | 2020 | 2019 | Total | Constant Currency | Organic |
|---|---|---|---|---|---|
| **Recurring revenues** | 4,758 | 4,604 | 3% | 4% | 4% |
| **Transactions revenues** | 608 | 610 | – | – | (7%) |
| **Global Print revenues** | 620 | 693 | (11%) | (10%) | (10%) |
| **Eliminations/Rounding** | (2) | (1) | | | |
| **Revenues** | 5,984 | 5,906 | 1% | 2% | 1% |

Revenues increased 1% in total and 2% in constant currency driven by growth in recurring revenues (80% of total revenues), which more than offset a decline in Global Print revenues. Our Global Print revenues have been consistently declining as professionals migrate to online products, however, in 2020 print revenues were also impacted by customers who could not accept shipments because they were working remotely due to COVID-19. Transactions revenues were slightly lower despite a benefit from acquisitions.

On an organic basis, revenues increased 1% due to growth in recurring revenues, which more than offset declines in transactions and Global Print revenues.

Revenues for our "Big 3" segments (79% of total revenues) grew 3% in total and 4% on both a constant currency and organic basis. The organic increase was driven by 5% growth in recurring revenues (88% of "Big 3" revenues), which was partly offset by a decline in transactions revenues.

Foreign currency negatively impacted revenue growth primarily due to the strengthening of the U.S. dollar against the Brazilian real and Argentine peso compared to the prior year.

### Operating profit, adjusted EBITDA and adjusted EBITDA less capital expenditures

Operating profit increased 61% reflecting lower costs, a significant gain from the sale of an investment and a gain from an amendment to a pension plan. These items more than offset higher depreciation and amortization and a lower benefit from the revaluation of warrants that we held in Refinitiv prior to its sale to LSEG. Higher revenues also contributed. Lower costs reflected the completion of the repositioning of our company in 2019 following the separation from Refinitiv, as well as lower expenses from our COVID-19 related cost mitigation efforts.

TR-0037496

Table of Contents

Thomson Reuters Annual Report 2020

Adjusted EBITDA and the related margin, which excludes the gain on sale of the investment, the impact of the warrant revaluation, and the gain from the pension plan amendment among other items, increased in total and in constant currency due to lower costs and higher revenues. The improvement in our adjusted EBITDA and the related margin reflected a significant benefit because the prior year included costs to complete the repositioning of our company following the separation from Refinitiv. Excluding this benefit, our adjusted EBITDA margin increased 150bp with improvements reflecting our COVID-19 related cost reductions. Foreign currency benefited adjusted EBITDA margin by 10bp, compared to the prior year.

Adjusted EBITDA less capital expenditures and the related margin increased due to higher adjusted EBITDA, as capital expenditures were essentially unchanged.

Operating expenses

| | | Year ended December 31, | | |
|---|---|---|---|---|
| | | | Change | |
| (millions of U.S. dollars) | 2020 | 2019 | Total | Constant Currency |
| Operating expenses | 3,999 | 4,413 | (9%) | (8%) |

Operating expenses decreased in total and in constant currency primarily reflecting the completion of the repositioning of our company in 2019 following the separation from Refinitiv. Lower expenses also reflected approximately $100 million of benefits from our COVID-19 related efforts to reduce spending on consulting and advisory services, travel and entertainment, certain development projects and other discretionary items in response to the economic crisis. We expect the savings from our COVID-19 related cost mitigation efforts will be permanent.

**Depreciation and amortization**

| | Year ended December 31, | | |
|---|---|---|---|
| (millions of U.S. dollars) | 2020 | 2019 | Change |
| Depreciation | 184 | 154 | 20% |
| Amortization of computer software | 485 | 449 | 8% |
| Subtotal | 669 | 603 | 11% |
| Amortization of other identifiable intangible assets | 123 | 114 | 8% |

Depreciation and amortization of computer software on a combined basis increased due to the write-down of certain software we are no longer using as well as the write-down of assets associated with real estate leases we have vacated in connection with transitioning a small portion of our employees to working remotely on a permanent basis. Increases also reflected higher expenses from newly acquired assets, including those associated with recently acquired businesses, which more than offset benefits from the completion of depreciation and amortization for certain assets acquired in previous years.

Amortization of other identifiable intangible assets increased as expenses associated with recent acquisitions more than offset the completion of amortization of assets acquired in previous years.

**Other operating gains, net**

| | Year ended December 31, | |
|---|---|---|
| (millions of U.S. dollars) | 2020 | 2019 |
| Other operating gains, net | 736 | 423 |

Page 43

In 2020, other operating gains, net, included a gain of $472 million related to the sale of an equity method investment and a $119 million gain from an amendment to our U.S. pension plan. Both periods included a benefit from the revaluation of warrants that we held in Refinitiv, prior to its sale to LSEG in January 2021, due to an increase in the share price of LSEG. In 2020, other operating gains, net, included $82 million (2019 – $419 million) related to the warrants. Both periods also included income related to a license that allows Refinitiv to use the "Reuters" mark to brand its products and services (see the "Related Party Transactions" section of this management's discussion and analysis for additional information) and acquisition costs associated with acquired businesses.

### Net interest expense

| (millions of U.S. dollars) | Year ended December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | Change |
| Net interest expense | 195 | 163 | 20% |

The increase in net interest expense was due to lower interest income, as 2019 included interest income on proceeds from the F&R transaction that had been set aside to fund acquisitions.

### Other finance (income) costs

| (millions of U.S. dollars) | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Other finance (income) costs | (30) | 65 |

In 2020, other finance (income) primarily included gains on forward exchange contracts and the ineffective portion of cash flow hedges. In 2019, other finance costs primarily reflected losses from fluctuations of foreign currency exchange rates on certain intercompany funding arrangements and premiums for the early redemption of debt securities.

### Share of post-tax (losses) earnings in equity method investments

| (millions of U.S. dollars) | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Refinitiv | (554) | (609) |
| Other equity method investments | 10 | 10 |
| Share of post-tax (losses) in equity method investments | (544) | (599) |

In both years, our share of the post-tax losses from our former 45% interest in Refinitiv reflected interest expense for Refinitiv's debt, as well as expenses to scale its business related to its annual cost savings target. Refinitiv achieved its targeted run-rate cost savings of $650 million as of December 31, 2020. The lower loss in 2020 compared to the prior year reflected improved operating performance, including higher revenues, and charges in the prior year to revalue preferred equity securities in connection with the LSEG transaction.

We provide additional information about the performance of Refinitiv in Appendix C of this management's discussion and analysis. On January 29, 2021, we and Blackstone's consortium sold Refinitiv to LSEG.

TR-0037498

Tax expense (benefit)

| (millions of U.S. dollars) | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Tax expense (benefit) | 71 | (1,198) |

Our effective income tax rate on earnings from continuing operations was 5.9%, compared to a benefit of 322.0% in 2019.

We assess the recoverability of deferred tax assets at the end of each reporting period. In 2020, we recorded $138 million of tax benefits to recognize deferred tax assets that arose in prior years in various subsidiaries outside the U.S. The deferred tax assets recognized were almost entirely related to tax losses and other tax attributes in subsidiaries that have experienced improved profitability within the past year and have projected future taxable profits sufficient to utilize these deferred tax assets. These tax losses and other tax attributes can be carried forward indefinitely.

In December 2019, we reorganized the operations of certain foreign affiliates that were subject to different tax rates, which resulted in an increase in the tax basis of the reorganized business to the acquiror and a related tax benefit of $1.2 billion. We recognized a $1.2 billion deferred tax asset, which we expect to realize in subsequent periods, based on the historical and expected future profitability of the reorganized business. We also recorded a $58 million tax charge in 2019 related to the enactment of foreign tax reform. The charge reflected our estimate of the deferred taxes required on temporary differences between the book and tax basis of certain assets, which we expect to reverse during periods that will be subject to the applicable new foreign tax rates.

The comparability of our tax expense (benefit) was further impacted by various transactions and accounting adjustments during each year. In each year, the tax expense (benefit) reflected the mix of taxing jurisdictions in which pre-tax profits and losses were recognized. The following table sets forth certain components within income tax expense (benefit) that impact comparability from year to year, including tax expense (benefit) associated with items that are removed from adjusted earnings:

| (millions of U.S. dollars) | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Tax expense (benefit) | | |
| Tax items impacting comparability: | | |
| Reorganization of certain foreign affiliate operations[1] | - | (1,197) |
| Corporate tax laws and rates[2] | - | 52 |
| Discrete changes to uncertain tax positions[3] | - | (23) |
| Deferred tax adjustments[4] | (136) | (36) |
| Subtotal | (136) | (1,204) |
| Tax related to: | | |
| Amortization of other identifiable intangible assets | (23) | (24) |
| Share of post-tax losses in equity method investments | (134) | (150) |
| Other operating gains, net[5] | 175 | 102 |
| Other items | 1 | — |
| Subtotal | 19 | (72) |
| Total | (117) | (1,276) |

(1) Tax benefit from reorganization of the operations of certain foreign affiliates that were subject to different tax rates.
(2) Amount includes changes in deferred tax liabilities due to changes in tax laws and rates, and changes to U.S. state deferred tax liabilities resulting from changes in apportionment factors.
(3) Relates to the release of tax reserves that are no longer required due to the expiration of statute of limitations. We released $22 million of reserves in 2020, which are not highlighted in the table above, because we did not remove the benefit from adjusted tax expense in 2020 as we believe the likely recurrence of these items will reduce distortion to the comparability of our effective tax rate in future periods
(4) In 2020, relates to the recognition of deferred tax assets due to improved profitability. In 2019, relates primarily to requirements associated with disposals and acquisitions.
(5) In 2020, primarily relates to a taxable gain that arose on the sale of a non-strategic equity investment, as well as deferred tax related to a pension revaluation gain. In both years, the amount includes deferred tax on the revaluation of Refinitiv warrants.

TR-0037499

Because the items described above impact the comparability of our tax expense or benefit for each year, we remove them from our calculation of adjusted earnings, along with the pre-tax items to which they relate. The computation of our adjusted tax expense is set forth below:

| | Year ended December 31, | |
|---|---|---|
| (millions of U.S. dollars) | 2020 | 2019 |
| Tax expense (benefit) | 71 | (1,198) |
| Remove: items from above impacting comparability | 117 | 1,276 |
| Total tax expense on adjusted earnings | 188 | 78 |

Our 2020 effective tax rate on adjusted earnings was 16.9% (2019 – 10.7%). On an adjusted earnings basis, our effective income tax rates in both years were lower than the Canadian corporate income tax rate of 26.5%. The difference is primarily attributable to lower tax rates and differing tax rules applicable to certain of our operating and financing subsidiaries outside of Canada. As a global company, our income taxes depend on the laws of numerous countries and the provisions of multiple income tax conventions between various countries in which we operate.

Because of the requirements of income tax accounting under IFRS, income tax expense can differ significantly from taxes paid in any reporting period. We paid income taxes from net earnings on our worldwide business as follows:

| | Year ended December 31, | |
|---|---|---|
| Taxes paid (received) (millions of U.S. dollars) | 2020 | 2019 |
| Taxes paid related to continuing operations | 52 | 268 |
| Taxes (received) paid related to discontinued operations | (2) | 45 |
| Taxes paid on disposals | 114 | 1 |
| Total taxes paid | 164 | 314 |

Our effective tax rate and our cash tax cost in the future will depend on the laws of numerous countries and the provisions of multiple income tax conventions between various countries in which we operate. Our effective tax rate will be dependent upon tax laws and conventions remaining unchanged or favorable to our company, as well as the geographic mix of our profits. See the "Liquidity and Capital Resources—Contingencies" section of this management's discussion and analysis for further discussion of income tax liabilities.

## Results of Discontinued Operations

(Loss) from discontinued operations, net of tax, included the following:

| | Year ended December 31, | |
|---|---|---|
| (millions of U.S. dollars) | 2020 | 2019 |
| (Loss) from discontinued operations, net of tax | (27) | (6) |

(Loss) from discontinued operations, net of tax, included residual expenses borne by our company following the sales of F&R and Intellectual Property & Science, both of which were previously classified as discontinued operations. In both years, the expenses were partially offset by tax benefits of $15 million in 2020 and $31 million in 2019 related to the reversal of tax reserves no longer required due to changes in tax laws and the expiration of statutes of limitation.

## Net earnings and diluted EPS

| | Year ended December 31, | | |
|---|---|---|---|
| (millions of U.S. dollars, except per share amounts) | 2020 | 2019 | Change |
| Net earnings | 1,122 | 1,564 | (28%) |
| Diluted EPS | $2.25 | $3.11 | (28%) |

Net earnings and diluted EPS decreased despite higher operating profit because the prior year included a $1.2 billion deferred tax benefit associated with the reorganization of certain foreign operations.

Adjusted earnings and adjusted EPS

| | Year ended December 31, | | |
|---|---|---|---|
| (ions of U.S. dollars, except per share amounts) | 2020 | 2019 | Change |
| Adjusted earnings | 921 | 646 | 42% |
| Adjusted EPS | $1.85 | $1.29 | 43% |

Adjusted earnings and the related per share amount increased due to higher adjusted EBITDA, which more than offset higher depreciation and amortization of computer software and higher income tax expense.

## Segment Results

The following is a discussion of our five reportable segments and our Corporate costs. We assess revenue growth for each segment, as well as the businesses within each segment, in constant currency. See Appendix A of this management's discussion and analysis for additional information.

### Legal Professionals

| | | | Year ended December 31, | | |
|---|---|---|---|---|---|
| | | | | Change | |
| | | | | Constant | |
| (ions of U.S. dollars, except margins) | 2020 | 2019 | Total | Currency | Organic |
| Recurring revenues | 2,367 | 2,249 | 5% | 6% | 4% |
| Transactions revenues | 168 | 184 | (9%) | (9%) | (9%) |
| Revenues | 2,535 | 2,433 | 4% | 4% | 3% |
| Segment adjusted EBITDA | 1,001 | 895 | 12% | 12% | |
| Segment adjusted EBITDA margin | 39.5% | 36.8% | 270bp | 250bp | |

Revenues increased in total and in constant currency. The increase in constant currency was driven by growth in recurring revenues (93% of the Legal Professionals segment), which more than offset a decline in transactions revenues (7% of the Legal Professionals segment). Revenue growth included benefits from HighQ and Pondera Solutions, which were acquired in July 2019 and March 2020, respectively. Revenues from law firms, which includes revenues from large global law firms and represented just over two-thirds of the segment's revenues, increased 3%, and the segment's Global business, representing smaller law firms outside the U.S., increased 4%. U.S. Government revenues grew 12% and included the benefits from contracts signed in the fourth quarter of 2019 with the U.S. Department of Justice and the Administrative Office of the U.S. Courts.

Organic revenues increased driven by growth in recurring revenues led by Westlaw Edge, Practical Law, and the segment's businesses in Europe and Canada, and Government. Transactions revenues decreased due to lower revenues from Elite and certain international businesses. The Government business grew 9% organically. We expect the Government business to grow at a similar rate in 2021.

Segment adjusted EBITDA and the related margin increased primarily due to higher revenues and the benefits from COVID-19 related cost mitigation efforts, which more than offset higher bad debt expense related to customers who may become financially distressed due to COVID-19. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 20bp.

TR-0037501

Thomson Reuters Annual Report 2020

## Corporates

| (millions of U.S. dollars, except margins) | Year ended December 31, | | | | |
|---|---|---|---|---|---|
| | | | Change | | |
| | 2020 | 2019 | Total | Constant Currency | Organic |
| Recurring revenues | 1,143 | 1,079 | 6% | 7% | 6% |
| Transactions revenues | 224 | 229 | (2%) | (1%) | (4%) |
| Revenues | 1,367 | 1,308 | 5% | 5% | 5% |
| Segment adjusted EBITDA | 460 | 412 | 12% | 11% | |
| Segment adjusted EBITDA margin | 33.7% | 31.5% | 220bp | 180bp | |

Revenues increased in total and in constant currency. The increase in constant currency was due to growth in recurring revenues (84% of the Corporates segment). Transactions revenues (16% of the Corporates segment) declined, despite benefits from the July 2019 acquisitions of Confirmation and HighQ, due to lower software implementation revenues and the loss of revenues from the sale of the Pangea 3/Legal Managed Services business in May 2019.

On an organic basis, revenue growth reflected higher recurring revenues driven by the segment's legal and tax products, which more than offset a decline in transactions revenues from lower software implementation services.

Segment adjusted EBITDA and the related margin increased as higher revenues more than offset higher expenses. Expenses increased as higher bad debt, technology, marketing and content costs more than offset benefits from COVID-19 related cost mitigation efforts. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 40bp.

## Tax & Accounting Professionals

| (millions of U.S. dollars, except margins) | Year ended December 31, | | | | |
|---|---|---|---|---|---|
| | | | Change | | |
| | 2020 | 2019 | Total | Constant Currency | Organic |
| Recurring revenues | 682 | 703 | (3%) | - | 5% |
| Transactions revenues | 154 | 140 | 10% | 11% | 2% |
| Revenues | 836 | 843 | (1%) | 2% | 4% |
| Segment adjusted EBITDA | 330 | 318 | 4% | 8% | |
| Segment adjusted EBITDA margin | 39.5% | 37.6% | 190bp | 160bp | |

Revenues decreased in total but increased in constant currency, primarily due to acquisition-related growth in transactions revenues (18% of the Tax & Accounting Professionals segment) from the July 2019 acquisition of the Confirmation business. Recurring revenues (82% of the Tax & Accounting Professionals segment) were essentially unchanged in constant currency due to the loss of revenues from the sale of the Aumentum government business in November 2019.

On an organic basis, revenues increased due to higher recurring and transactions revenues. The increase in recurring revenues reflected strong demand for the segment's products, as well as a benefit from permanently accelerating the release date of the remaining portion of the segment's UltraTax state tax software from January 2021 to December 2020 to align with the traditional December release of its U.S. federal tax software. The segment had realigned much of the UltraTax state tax software in this manner in 2019. On a comparable basis, which excludes the impact of the accelerated release dates from both periods, total and recurring organic revenue growth would have been 5% and 6%, respectively.

Segment adjusted EBITDA and the related margin increased primarily due to benefits from COVID-19 related cost mitigation efforts, as well as from the sale of the lower margin Aumentum government business in November 2019. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 30bp.

Page 48

TR-0037502

Reuters News

| (ions of U.S. dollars, except margins) | | Year ended December 31, | | | |
| | | | | Change | |
| | 2020 | 2019 | Total | Constant Currency | Organic |
|---|---|---|---|---|---|
| Recurring revenues | 566 | 573 | (1%) | (2%) | (2%) |
| Transactions revenues | 62 | 57 | 9% | 12% | (29%) |
| Revenues | 628 | 630 | – | | (5%) |
| Segment adjusted EBITDA | 73 | 68 | 7% | (1%) | |
| Segment adjusted EBITDA margin | 11.7% | 10.9% | 80bp | (10)bp | |

Revenues were essentially unchanged in total and in constant currency. On an organic basis, revenues declined due to lower revenues in the news agency business and the cancellation of in-person conferences, in response to COVID-19, in the segment's Reuters Events business, which was acquired in the fourth quarter of 2019. While the segment was able to convert many of these conferences to virtual events, it was not able to recoup all of the lost revenue from the cancellations. The loss of in-person events revenues did not materially impact the segment's comparison of the current and prior-period actual results, as it did not own the Reuters Events business for most of the prior-year period. However, the loss of revenues caused a decline in organic revenues because the segment includes the organic impact from recently acquired businesses in its computation of organic growth, as though it had owned the Reuters Events business in both periods.

The Reuters Events business continues to assess if and when in-person conferences can resume in 2021. As a result, the business is preparing a hybrid events strategy for 2021 that can accommodate both in-person and virtual options. In 2021, we expect Reuters News revenues to grow in the low-single digit range driven by improvements in the Reuters Professional business, which includes news, analysis and events for decision makers.

Reuters News and Refinitiv have an agreement pursuant to which Reuters News supplies news and editorial content to Refinitiv for a minimum amount of revenue through October 1, 2048. In 2020 and 2019, we recorded $336 million of revenues under this agreement, which represent the current minimum annual value. However, these revenues may increase further as the contract requires adjustments related to changes in the consumer price index and foreign exchange rates.

Segment adjusted EBITDA and the related margin increased due to the impact of foreign currency as the benefits from COVID-19 related cost mitigation efforts were offset by higher expenses associated with the Reuters Events business, higher investment and severance charges. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 90bp.

Global Print

| (ions of U.S. dollars, except margins) | | Year ended December 31, | | | |
| | | | | Change | |
| | 2020 | 2019 | Total | Constant Currency | Organic |
|---|---|---|---|---|---|
| Revenues | 620 | 693 | (11%) | (10%) | (10%) |
| Segment adjusted EBITDA | 242 | 294 | (18%) | (18%) | |
| Segment adjusted EBITDA margin | 39.0% | 42.5% | (350)bp | (390)bp | |

Revenues decreased in total, in constant currency, and on an organic basis. While the revenues in our print business have been consistently declining as customers migrate to online delivery, the 2020 performance was further impacted by the global economic crisis as some customers experienced budget challenges and others could not accept shipments due to office closures. In 2021, Global Print revenues are expected to decline between 4% and 7%.

Segment adjusted EBITDA and the related margin decreased due to lower revenues. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 40bp.

TR-0037503

## Corporate costs

| (millions of U.S. dollars) | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Corporate costs | 131 | 494 |

Corporate costs decreased primarily because 2019 included costs and investments to reposition our business following the separation of Refinitiv from the rest of our company, including acceleration of digital strategies, replication of capabilities that we lost with the separation from Refinitiv and severance.

## Review of Fourth-Quarter Results

### Consolidated Results

| (millions of U.S. dollars, except per share amounts and margins) | Three months ended December 31, | | Change | |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | Total | Constant Currency |
| **IFRS Financial Measures** | | | | |
| Revenues | 1,616 | 1,583 | 2% | |
| Operating profit | 956 | 216 | 343% | |
| Net earnings | 562 | 1,324 | (58%) | |
| Diluted EPS | $1.13 | $2.64 | (57%) | |
| Net cash provided by operating activities | 566 | 355 | 60% | |
| Net cash provided by (used in) investing activities | 266 | (294) | n/m | |
| Net cash used in financing activities | (201) | (390) | 48% | |
| **Non-IFRS Financial Measures[1]** | | | | |
| Revenues | 1,616 | 1,583 | 2% | 2% |
| *Organic revenue growth* | | | | 2% |
| Adjusted EBITDA | 525 | 396 | 33% | 32% |
| Adjusted EBITDA margin | 32.5% | 25.0% | 750bp | 730bp |
| Adjusted EBITDA less capital expenditures | 425 | 256 | 66% | |
| Adjusted EBITDA less capital expenditures margin | 26.3% | 16.1% | 1020bp | |
| Adjusted earnings | 269 | 185 | 44% | |
| Adjusted EPS | $0.54 | $0.37 | 46% | 43% |
| Free cash flow | 449 | 209 | 114% | |

(1) Refer to Appendices A and B of this management's discussion and analysis for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures

## Revenues

Revenues increased 2% in total, in constant currency and on an organic basis. The increase in revenues on an organic basis was driven by 5% growth in recurring revenues (80% of total revenues), which more than offset declines in transactions and Global Print revenues of 7% and 10%, respectively.

Revenues for our "Big 3" segments grew 4% in total and 5% on both a constant currency and organic basis. The increase in organic revenues was driven by 6% growth in recurring revenues (91% of "Big 3" revenues), which more than offset a 7% decline in transactions revenues.

TR-0037504

**Operating profit, adjusted EBITDA and adjusted EBITDA less capital expenditures**

Operating profit increased, driven by a significant gain from the sale of an investment, a gain from an amendment to our U.S. pension plan and lower costs, in addition to higher revenues. The increase in adjusted EBITDA and the related margin, which excludes the gains on sale of the investment and on the U.S. pension plan amendment, among other items, increased due to lower costs and higher revenues. Lower costs were due to the completion of the repositioning of our company in 2019 following the separation from Refinitiv.

Adjusted EBITDA less capital expenditures and the related margin increased due to higher adjusted EBITDA and lower capital expenditures.

**Net earnings and diluted EPS**

Net earnings and diluted EPS decreased despite higher operating profit because the prior-year period included a $1.2 billion deferred tax benefit associated with the reorganization of certain foreign operations.

**Adjusted earnings and adjusted EPS**

Adjusted earnings and the related per share amount, which excludes the deferred tax benefit as well as other adjustments, increased due to higher adjusted EBITDA, which was partly offset by higher income tax expense.

**Cash flow from operating activities**

Net cash provided by operating activities increased primarily because the prior-year period included significantly higher costs and investments to reposition our company following the separation from Refinitiv and higher tax payments. In the fourth quarter of 2020, we continued to defer the employer's portion of payroll-related taxes, as allowed under the CARES Act in the U.S.

**Cash flow from investing activities**

In 2020, net cash provided by investing activities included proceeds of $367 million, net of tax paid, from the sale of an investment. Capital expenditures were $100 million. In 2019, net cash used in investing activities primarily included acquisition spending of $177 million and capital expenditures of $140 million.

**Cash flow from financing activities**

In both periods, net cash used in financing activities primarily comprised returns to our common shareholders through dividends and, in 2019, share repurchases.

**Free cash flow**

Free cash flow increased primarily due to the same factors that increased cash flows from operating activities.

TR-0037505

Table of Contents

Thomson Reuters Annual Report 2020

## Segment Results

| (millions of U.S. dollars, except margins) | 2020 | 2019 | Total | Constant Currency | Organic |
|---|---|---|---|---|---|
| | | | **Three months ended December 31,** | | |
| | | | **Change** | | |
| **Revenues** | | | | | |
| Legal Professionals | 653 | 621 | 5% | 5% | 4% |
| Corporates | 338 | 328 | 3% | 4% | 3% |
| Tax & Accounting Professionals | 285 | 274 | 4% | 6% | 8% |
| "Big 3" Segments Combined | 1,276 | 1,223 | 4% | 5% | 5% |
| Reuters News | 164 | 164 | — | (1%) | (3%) |
| Global Print | 177 | 196 | (10%) | (10%) | (10%) |
| Eliminations/ Rounding | (1) | — | | | |
| **Consolidated revenues** | 1,616 | 1,583 | 2% | 2% | 2% |
| **Adjusted EBITDA** | | | | | |
| Legal Professionals | 245 | 215 | 14% | 13% | |
| Corporates | 105 | 98 | 7% | 6% | |
| Tax & Accounting Professionals | 145 | 134 | 9% | 10% | |
| "Big 3" Segments Combined | 495 | 447 | 11% | 11% | |
| Reuters News | 6 | 10 | (41%) | (34%) | |
| Global Print | 61 | 77 | (21%) | (22%) | |
| Corporate costs | (37) | (138) | n/a | n/a | |
| **Consolidated adjusted EBITDA** | 525 | 396 | 33% | 32% | |
| **Adjusted EBITDA margin** | | | | | |
| Legal Professionals | 37.5% | 34.5% | 300bp | 270bp | |
| Corporates | 31.1% | 30.0% | 110bp | 70bp | |
| Tax & Accounting Professionals | 51.1% | 48.7% | 240bp | 200bp | |
| "Big 3" Segments Combined | 38.8% | 36.5% | 230bp | 210bp | |
| Reuters News | 3.9% | 6.5% | (260)bp | (240)bp | |
| Global Print | 34.6% | 39.4% | (480)bp | (530)bp | |
| Corporate costs | n/a | n/a | n/a | n/a | |
| **Consolidated adjusted EBITDA margin** | 32.5% | 25.0% | 750bp | 730bp | |

## Legal Professionals

Revenues increased in total and in constant currency. The increase in constant currency was driven by 6% growth in recurring revenues (93% of the Legal Professionals segment), which more than offset a 5% decline in transactions revenues (7% of the Legal Professionals segment). The acquisition of Pondera Solutions in March 2020 and CaseLines in August 2020 contributed to revenue growth. Revenues from law firms and the Global businesses each grew 3%, while revenues from the U.S. government business grew 14%.

Organic revenues increased driven by growth in recurring revenues led by Westlaw Edge, Practical Law, the segment's businesses in Europe and Canada, and the Government business, which grew 10%. Transactions revenues decreased primarily due to lower revenues from Elite.

Segment adjusted EBITDA and the related margin increased primarily due to higher revenues. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 30bp.

TR-0037506

**Corporates**

Revenues increased in total and in constant currency. The increase in constant currency was driven by 6% growth in recurring revenues (87% of the Corporates segment), which more than offset an 11% decline in transactions revenues (13% of the Corporates segment).

On an organic basis, revenue growth also reflected higher recurring revenues driven by the segment's legal and tax products, which more than offset a decline in transactions revenues resulting from lower software implementation services.

Segment adjusted EBITDA and the related margin increased due to higher revenues. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 40bp.

### Tax & Accounting Professionals

Revenues increased in total and in constant currency, despite the loss of revenues from the sale of the Aumentum government business in November 2019. The increase in constant currency was driven by 7% growth in recurring revenues (89% of the Tax & Accounting Professionals segment), which more than offset a 4% decline in transactions revenues (11% of the Tax & Accounting Professionals segment).

On an organic basis, revenues increased 8% due to 9% growth in recurring revenues that reflected the strong demand for the segment's products, as well as a benefit from the permanent acceleration of the release date of the remaining portion of its UltraTax state tax software from January 2021 to December 2020 to align with the traditional December release of its federal software. The segment had realigned much of the UltraTax state tax software in this manner in 2019. Total and recurring organic revenue growth would have been 5% and 6%, respectively, without this impact. Transactions revenues declined 1% organically in the quarter.

Segment adjusted EBITDA and the related margin increased primarily due to higher revenues. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 40bp.

Tax & Accounting Professionals is a more seasonal business relative to our other businesses, with a higher percentage of its segment adjusted EBITDA historically generated in the fourth quarter and to a slightly lesser extent, the first quarter, due to the release of certain tax products. Small movements in the timing of revenues and expenses can impact quarterly margins. Full-year margins are more reflective of the segment's performance.

### Reuters News

Revenues were essentially unchanged in total, but declined in constant currency and on an organic basis. Revenues declined 3% organically primarily due to lower revenues in the news agency business and the cancellation of in-person conferences at the Reuters Events business due to COVID-19. The decline was lower than expected due to the segment's ability to convert in-person conferences to virtual events.

Segment adjusted EBITDA and the related margin decreased primarily due to higher expenses, which included severance charges Foreign currency negatively impacted the year-over-year change in segment adjusted EBITDA margin by 20bp.

### Global Print

Revenues decreased in total, in constant currency, and on an organic basis. While the revenues in our print business have been consistently declining as customers migrate to online delivery, the 2020 performance was further impacted by the global economic crisis as some customers experienced budget challenges and others could not accept shipments due to office closures.

Segment adjusted EBITDA and the related margin decreased due to the revenue decline. Foreign currency benefited the year-over-year change in segment adjusted EBITDA margin by 50bp.

### Corporate costs

Corporate costs decreased primarily because the 2019 period included costs and investments to reposition our business following the separation of Refinitiv from the rest of our company, including acceleration of digital strategies, replication of capabilities that we lost with the separation from Refinitiv and severance.

TR-0037507

## Liquidity and Capital Resources

### Capital Strategy

We have historically maintained a disciplined capital strategy that balances growth, long-term financial leverage, credit ratings and returns to shareholders. We are focused on having the investment capacity to drive revenue growth, both organically and through acquisitions, while also maintaining our long-term financial leverage and credit ratings and continuing to provide returns to shareholders. Our principal sources of liquidity are cash on hand, cash provided by our operations, our commercial paper program and credit facility. From time to time, we also issue debt securities. Our principal uses of cash are for debt repayments, debt servicing costs, dividend payments, capital expenditures, share repurchases and acquisitions.

To date, we have not experienced any significant adverse impacts to our liquidity from the economic crisis caused by COVID-19. We continue to believe that we can weather the periods of volatility that are likely to occur as the world recovers from the ongoing crisis, as our capital strategy approach has provided us with a strong capital structure and liquidity position. At December 31, 2020, we had $1.8 billion of cash on hand.

We expect that the operating leverage of our business will increase our free cash flow if we increase revenues as contemplated by our outlook. We target a maximum leverage ratio of 2.5x net debt to adjusted EBITDA and have set a target to pay out 50% to 60% of our expected free cash flow as dividends to our shareholders. We expect to continue a modest share repurchase program to offset the dilution associated with our dividend reinvestment and equity incentive plans, and we plan to maintain our outstanding shares at about 500 million. In the future, we expect that proceeds from sales of LSEG shares after the expiration of the applicable contractual lock-up provisions, as discussed in the "Executive Summary – Sale of Refinitiv to LSEG" section of this management's discussion and analysis, will provide us with further options for investment and returns to shareholders.

Our net debt to adjusted EBITDA leverage ratio as of December 31, 2020 was approximately 1.1:1, which is lower than our target of 2.5:1. As calculated under our credit facility covenant, our net debt to adjusted EBITDA leverage ratio at the end of 2020 was 1.0:1, which is well below the maximum leverage ratio allowed under the credit facility of 4.5:1. None of our debt securities are scheduled to mature until 2023.

We believe that our existing sources of liquidity will be sufficient to fund our expected 2021 cash requirements in the normal course of business.

*The information above in this section is forward-looking and should be read in conjunction with the section entitled "Additional Information – Cautionary Note Concerning Factors That May Affect Future Results".*

### Cash Flow

Summary of Consolidated Statement of Cash Flow

|  |  | Year ended December 31, |  |
| --- | --- | --- | --- |
| (millions of U.S. dollars) | 2020 | 2019 | $ Change |
| Net cash provided by operating activities | 1,745 | 702 | 1,043 |
| Net cash used in investing activities | (138) | (1,384) | 1,246 |
| Net cash used in financing activities | (644) | (1,201) | 557 |
| Increase (decrease) in cash and bank overdrafts | 963 | (1,883) | 2,846 |
| Translation adjustments | (1) | 5 | (6) |
| Cash and bank overdrafts at beginning of period | 825 | 2,703 | (1,878) |
| Cash and bank overdrafts at end of period | 1,787 | 825 | 962 |
| Non-IFRS Financial Measures[1] |  |  |  |
| Free cash flow | 1,330 | 159 | 1,171 |

(1) Refer to Appendices A and B of this management's discussion and analysis for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures.

TR-0037508

**Operating activities.** Cash flow from operations increased primarily because the prior year included (i) significantly higher costs and investments to reposition our company following the separation of Refinitiv, (ii) residual employee-related costs and tax expenditures related to the operations of our former F&R business, and (iii) a $167 million contribution to a pension plan. In 2020, cash flow from operations benefited from savings from our COVID-19 related cost mitigation efforts, lower tax payments, and deferrals of the employer's portion of payroll-related taxes as allowed under the CARES Act in the U.S. These deferrals, which amounted to $48 million, are interest free, but 50% must be repaid by December 31, 2021, with the remainder repaid by December 31, 2022.

**Investing activities.** In 2020, net cash used in investing activities included $504 million of capital expenditures and $167 million of acquisition spending, primarily for Pondera and CaseLines, which were partly offset by proceeds from the sales of an investment ($367 million, net of taxes paid), and certain real estate. In 2019, net cash used in investing activities included $998 million of acquisition spending, primarily for the Confirmation, HighQ and FC Business Intelligence businesses, and $505 million of capital expenditures, which were slightly offset by $74 million in proceeds from the sales of several small businesses.

**Financing activities.** Net cash used in financing activities in both years was primarily comprised of returns to our common shareholders through dividends and share repurchases. 2020 also included $372 million of proceeds from net borrowings of debt. Refer to the "Long-term debt" and "Share repurchases" subsections below for additional information regarding our debt repayments and share repurchases.

**Cash and bank overdrafts.** The increase in cash and cash equivalents reflected $367 million in net proceeds from the sale of an investment in December 2020 and cash flows from our operating activities, which included savings from our COVID-19 related cost mitigation efforts.

**Free cash flow.** The increase in free cash flow reflected the same factors as cash from operating activities and proceeds from the sale of real estate.

Additional information about our debt, dividends and share repurchases is as follows:

**Commercial paper program.** Our $1.8 billion commercial paper program provides cost-effective and flexible short-term funding. There was no outstanding commercial paper at December 31, 2020 and 2019. In January 2020, we issued $630 million of commercial paper, the proceeds of which were used to redeem debt obligations ahead of their maturity. Our commercial paper borrowings were repaid later in the year, primarily from funds borrowed under our credit facility, as discussed below. We did not issue commercial paper in 2019.

**Credit facilities.** We have a $1.8 billion syndicated credit facility agreement which matures in December 2024 and may be used to provide liquidity for general corporate purposes (including acquisitions or support for our commercial paper program). There were no outstanding borrowings under the credit facility at December 31, 2020 and 2019. We borrowed $1.0 billion under this facility in the first quarter of 2020, which was repaid later in the year. Based on our current credit ratings, the cost of borrowing under the facility is priced at LIBOR/EURIBOR plus 112.5 basis points. We have the option to request an increase, subject to approval by applicable lenders, in the lenders' commitments in an aggregate amount of $600 million for a maximum credit facility commitment of $2.4 billion.

The U.K. Financial Conduct Authority, which regulates LIBOR, intends to phase out LIBOR by the end of 2021. Key alternative reference rates have been established and progress continues to be made in establishing better liquidity and term structures required to efficiently replace the existing LIBOR structures. With the exception of the LIBOR-based benchmarks within our external credit facility, we have no material agreements with third parties that use or reference LIBOR as a benchmark rate which require amendment.

If our debt rating is downgraded by Moody's or S&P, our facility fees and borrowing costs may increase, although availability would be unaffected. Conversely, an upgrade in our ratings may reduce our facility fees and borrowing costs. We also monitor the lenders that are party to our facility and believe they continue to be able to lend to us.

TR-0037509

We guarantee borrowings by our subsidiaries under the credit facility. We must also maintain a ratio of net debt as defined in the credit agreement (total debt after swaps less cash and cash equivalents) as of the last day of each fiscal quarter to EBITDA as defined in the credit agreement (earnings before interest, income taxes, depreciation and amortization and other modifications described in the credit agreement) for the last four quarters ended of not more than 4.5:1. If we complete an acquisition with a purchase price of over $500 million, the ratio of net debt to EBITDA would temporarily increase to 5.0:1 for three quarters after completion, at which time the ratio would revert to 4.5:1. As of December 31, 2020, we were in compliance with this covenant as our ratio of net debt to EBITDA, as calculated under the terms of our syndicated credit facility, was 1.0:1.

**Long-term debt.** The following table provides information regarding notes that we issued and repaid in 2020. We did not issue notes or repay debt in 2019.

| Month/Year | Transaction | Principal Amount (in millions) |
|---|---|---|
| | Notes issued | |
| May 2020 | 2.239% Notes, due 2025 | C$1,400 |
| | Notes repaid | |
| January 2020 | 3.309% Notes, due 2021 | C$550 |
| January 2020 | 3.95% Notes, due 2021 | US$139 |

The notes issued in May 2020 were immediately swapped into U.S. dollars and we used the $999 million of net proceeds for general corporate purposes, which included repayment of borrowings under our credit facility.

In January 2020, we repaid notes prior to their scheduled maturity dates for $640 million. This amount included early redemption premiums and the settlement of cross-currency swaps. The repayments were funded with commercial paper borrowings.

In July 2020, we filed a new base shelf prospectus pursuant to which Thomson Reuters Corporation and one of its U.S. subsidiaries, TR Finance LLC, may collectively issue up to $3.0 billion of unsecured debt securities from time to time through August 6, 2022. Any debt securities issued by TR Finance LLC will be fully and unconditionally guaranteed on an unsecured basis by Thomson Reuters Corporation and three U.S. subsidiary guarantors, which are also indirect 100%-owned and consolidated subsidiaries of Thomson Reuters Corporation. Except for TR Finance LLC and the subsidiary guarantors, none of Thomson Reuters Corporation's other subsidiaries have guaranteed or would otherwise become obligated with respect to any issued TR Finance LLC debt securities. As of March 3, 2021, neither Thomson Reuters Corporation nor TR Finance LLC has issued any debt securities under the prospectus.

TR Finance LLC is an indirect 100%-owned subsidiary of Thomson Reuters Corporation and was formed with the sole purpose of issuing debt securities. TR Finance LLC has no significant assets or liabilities, as well as no subsidiaries or ongoing business operations of its own. The ability of TR Finance LLC to pay interest, premiums, operating expenses and to meet its debt obligations will depend upon the credit support of Thomson Reuters Corporation and the subsidiary guarantors. Please refer to Appendix H of this management's discussion and analysis for condensed consolidating financial information about TR Finance LLC and the subsidiary guarantors.

**Credit ratings.** Our access to financing depends on, among other things, suitable market conditions and the maintenance of suitable long-term credit ratings. Our credit ratings may be adversely affected by various factors, including increased debt levels, decreased earnings, declines in customer demand, increased competition, a deterioration in general economic and business conditions and adverse publicity. Any downgrades in our credit ratings may impede our access to the debt markets or result in higher borrowing rates.

TR-0037510

The following table sets forth the credit ratings from rating agencies in respect of our outstanding securities as of the date of this management's discussion and analysis:

| | Moody's | S&P Global Ratings | DBRS Limited | Fitch |
|---|---|---|---|---|
| Long-term debt | | | | |
| | Baa2 | BBB | BBB (high) | BBB+ |
| Commercial paper | | | R-2 | |
| | P-2 | A-2 | (high) | F1 |
| Trend/Outlook | Stable | Stable | Stable | Stable |

These credit ratings are not recommendations to purchase, hold, or sell securities and do not address the market price or suitability of a specific security for a particular investor. Credit ratings may not reflect the potential impact of all risks on the value of securities. We cannot assure you that our credit ratings will not be lowered in the future or that rating agencies will not issue adverse commentaries regarding our securities.

**Dividends.** Dividends on our common shares are declared in U.S. dollars. In February 2020, we announced a $0.08 per share increase in the annualized dividend to $1.52 per common share (beginning with the common share dividend that we paid in March 2020). In our consolidated statement of cash flow, dividends paid on common shares are shown net of amounts reinvested in our company under our dividend reinvestment plan (DRIP). Registered holders of common shares may participate in our DRIP, under which cash dividends are automatically reinvested in new common shares. Common shares are valued at the weighted-average price at which the shares traded on the Toronto Stock Exchange (TSX) during the five trading days immediately preceding the record date for the dividend.

Details of dividends declared per common share and dividends paid on common shares are as follows:

| (millions of U.S. dollars, except per share amounts) | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Dividends declared per common share | $1.52 | $1.44 |
| Dividends declared | 753 | 721 |
| Dividends reinvested | (23) | (23) |
| Dividends paid | 730 | 698 |

In February 2021, we announced a $0.10 per share increase in the annualized dividend rate to $1.62 per common share (beginning with the common share dividend that we plan to pay in March 2021). See the "Subsequent Events" section of this management's discussion and analysis for additional information.

**Share repurchases – Normal Course Issuer Bid (NCIB)**. We may buy back shares (and subsequently cancel them) from time to time as part of our capital strategy. Share repurchases are typically executed under a NCIB. Under our current NCIB, we may repurchase up to 5 million common shares between January 4, 2021 and January 3, 2022 in open market transactions on the TSX, the NYSE and/or other exchanges and alternative trading systems, if eligible, or by such other means as may be permitted by the TSX and/or NYSE or under applicable law, including private agreement purchases if we receive an issuer bid exemption order from applicable securities regulatory authorities in Canada for such purchases. The price that our company will pay for shares in open market transactions under the NCIB will be the market price at the time of purchases or such other price as may be permitted by TSX.

Details of share repurchases were as follows:

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Share repurchases (millions of U.S. dollars) | 200 | 488 |
| Shares repurchased (number in millions) | 2.6 | 7.8 |
| Share repurchases – average price per share in U.S. dollars | $78.37 | $62.33 |

TR-0037511

Thomson Reuters Annual Report 2020

In February 2021, we completed the repurchase of an additional $200 million of our common shares under a buyback program that began in January 2021. We do not intend to repurchase additional shares in 2021. Decisions regarding any future repurchases will depend on factors such as market conditions, share price and other opportunities to invest capital for growth. We may elect to suspend or discontinue our share repurchases at any time, in accordance with applicable laws. From time to time when we do not possess material nonpublic information about ourselves or our securities, we may enter into a pre-defined plan with our broker to allow for the repurchase of shares at times when we ordinarily would not be active in the market due to our own internal trading blackout periods, insider trading rules or otherwise. Any such plans entered with our broker will be adopted in accordance with applicable Canadian securities laws and the requirements of Rule 10b5-1 under the U.S. Securities Exchange Act of 1934, as amended. We entered such a plan with our broker on December 29, 2020 related to the shares that we repurchased earlier this year. As a result, we recorded a $200 million liability and a corresponding amount in equity in the consolidated statement of financial position (2019 – $200 million).

## Financial Position

Our total assets were $17.9 billion at December 31, 2020, compared to $17.3 billion at December 31, 2019. The increase was primarily due to an increase in cash and cash equivalents, which included the proceeds from the sale of an investment (refer to the "Cash Flow" subsection above for additional information).

At December 31, 2020, the carrying amounts of our total current assets exceeded total current liabilities by $1.3 billion. From time to time, our current liabilities may exceed our current assets because current liabilities include a significant amount of deferred revenue, which arises from the sale of subscription-based products and services that many customers pay for in advance. The cash received from these advance payments is used to currently fund the operating, investing and financing activities of our business. However, for accounting purposes, these advance payments must be deferred and recognized over the term of the subscription. As such, we may reflect a negative working capital position in our consolidated statement of financial position. In the ordinary course of business, deferred revenue does not represent a cash obligation, but rather an obligation to perform services or deliver products, and therefore when we are in that situation we do not believe it is indicative of a liquidity issue, but rather an outcome of the required accounting for our business model.

**Net debt and leverage ratio of net debt to adjusted EBITDA**

| (millions of U.S. dollars) | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Current indebtedness | – | 579 |
| Long-term indebtedness | 3,772 | 2,676 |
| Total debt | 3,772 | 3,255 |
| Swaps | (100) | 62 |
| Total debt after swaps | 3,672 | 3,317 |
| Remove fair value adjustments for hedges[1] | 1 | – |
| Total debt after currency hedging arrangements | 3,673 | 3,317 |
| Remove transaction costs, premiums or discounts included in the carrying value of debt | 38 | 36 |
| Add: Lease liabilities (current and non-current) | 306 | 322 |
| Less: cash and cash equivalents[2] | (1,787) | (825) |
| Net debt[3] | 2,230 | 2,850 |
| Leverage ratio of net debt to adjusted EBITDA | | |
| Adjusted EBITDA[3] | 1,975 | 1,493 |
| Net debt/adjusted EBITDA[3] | 1.1:1 | 1.9:1 |

(1) Represents the interest-related fair value component of hedging instruments that are removed to reflect net cash outflow upon maturity.
(2) Includes cash and cash equivalents of $43 million and $34 million at December 31, 2020 and 2019, respectively, held in subsidiaries which have regulatory restrictions and are therefore not available for general use by our company
(3) Amounts represent non-IFRS measures. For additional information about our liquidity, we provide our leverage ratio of net debt to adjusted EBITDA. Refer to Appendix A of this management's discussion and analysis for additional information of our non-IFRS financial measures.

TR-0037512

At December 31, 2020, our total debt position (after swaps) was $3.7 billion. The maturity dates for our term debt are well balanced with no significant concentration in any one year. At December 31, 2020, the average maturity of our term debt was approximately 10 years at an average interest rate (after swaps) of less than 5%, all of which is fixed. Our leverage ratio of net debt to adjusted EBITDA was below our target ratio of 2.5:1. The decrease in our net debt is primarily due to the increase in our cash and cash equivalents.

The following table illustrates our expected term debt maturities (after swaps) at December 31, 2020.



## Financial Risk Management

Our global operations expose us to a variety of financial risks including market risk (primarily currency risk and interest rate risk), credit risk and liquidity risk. The section entitled "Financial Risk Management" in note 19 of our 2020 annual consolidated financial statements provides a discussion of the material financial risks we believe we are exposed to and our approach to mitigating the potential adverse effects on our financial performance. Under the oversight of our Chief Financial Officer, our centralized corporate treasury group is responsible for our financial risk management strategy and execution and operates under strict guidelines and internal control processes. We strive to minimize the potential adverse economic effects associated with financial risks on our financial performance and to ensure we have sufficient liquidity to fund our operations, reinvest in our business, pay dividends and service our debt obligations.

Most of our business is conducted in U.S. dollars. However, 18% of our 2020 revenues and 30% of our 2020 operating expenses were denominated in currencies other than the U.S. dollar, the most significant of which is the British pound sterling with the balance spread over several currencies, including the Canadian dollar, Euro and the Brazilian real. Changes in foreign exchange rates typically impact the growth in our expenses more than our revenues, because a higher percentage of our expenses are denominated in foreign currency. In 2020, foreign currency decreased revenues and operating expenses each by 1% compared to the prior year. We routinely monitor our currency exposures and may enter derivative financial instruments to mitigate our foreign exchange risk. Refer to note 19 of our 2020 annual consolidated financial statements for additional information. Our indirect investment in LSEG is subject to variability based on changes in the price of LSEG shares and changes in the British pound sterling and U.S. dollar foreign exchange rate.

TR-0037513

The following charts outline the currency profile of our revenues and operating expenses included in the calculation of adjusted EBITDA for 2020:



Revenues

Expenses

■ U.S. dollar
■ British pound sterling
■ Other

We monitor the financial stability of the foreign countries in which we operate. To mitigate risk of loss, we monitor the creditworthiness of our customers and have policies and procedures for trade receivables collection and global cash management to ensure adequate liquidity is available to us.

We also monitor the financial strength of financial institutions with which we have banking and other commercial relationships, including those that hold our cash and cash equivalents, as well as those which are counterparties to derivative financial instruments and other arrangements.

Approximately 47% of our cash and cash equivalents at December 31, 2020 were held by subsidiaries outside the U.S. We have historically accessed such funds in a tax efficient manner to meet our liquidity requirements. Due to our legal entity structure, we continue to expect to have access to our funds held by subsidiaries outside the U.S. in a tax efficient manner.

## Off-Balance Sheet Arrangements, Commitments and Contractual Obligations

The following table summarizes our debt, leases and off-balance sheet contractual obligations:

| (millions of U.S. dollars) | 2021 | 2022 | 2023 | 2024 | 2025 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Long-term debt[1] | - | - | 600 | 242 | 1,099 | 1,869 | 3,810 |
| Interest payable[1] | 153 | 153 | 153 | 127 | 105 | 1,103 | 1,794 |
| Debt-related hedges outflows | 22 | 22 | 22 | 22 | 1,010 | - | 1,098 |
| Debt-related hedges inflows[1] | (25) | (25) | (25) | (25) | (1,110) | - | (1,210) |
| Lease obligations[2] | 97 | 86 | 61 | 45 | 33 | 151 | 473 |
| Unconditional purchase obligations | 316 | 277 | 242 | 71 | 13 | - | 919 |
| Defined benefit obligations | 39 | - | - | - | - | - | 39 |
| Total | 602 | 513 | 1,053 | 482 | 1,150 | 3,123 | 6,923 |

(1) Represents contractual cash flows calculated using spot foreign exchange rates at December 31, 2020.
(2) Includes leases with a term of 12 months or less, certain low value assets and lease commitments, which have not yet commenced, all of which are not recognized in the consolidated statement of financial position.

We provide further information about certain of our obligations below:

**Subsidiary guarantees** – For certain property leases, banking arrangements and commercial contracts, we guarantee the obligations of some of our subsidiaries. We also guarantee borrowings by our subsidiaries under our credit agreement.

**Unconditional purchase obligations** – We have various obligations for materials, supplies, outsourcing and other services contracted in the ordinary course of business. In the table above, certain commitments have been estimated over the contractual period.

TR-0037514

**Defined benefit obligations** – We sponsor defined benefit plans that provide pension and other post-employment benefits to covered employees. As of December 31, 2020, the fair value of plan assets for our material funded pension plans was 99% of the plan obligations. In 2020, we contributed $33 million to our material defined benefit plans. In 2021, we expect to contribute approximately $39 million to our material defined benefit plans, $6 million in accordance with the normal funding policy of funded plans and $33 million for claims expected to arise under unfunded and retiree medical plans.

The amount and timing of any future required contributions to pension plans could differ significantly from our estimates at December 31, 2020. We cannot estimate contributions beyond 2021 because they depend on future economic conditions, plan performance and potential future government legislation. For certain plans, the trustees have the right to call for special valuations, which could subsequently result in us having to make an unexpected contribution. Additionally, from time to time, we may elect to make voluntary contributions to improve the funded status of the plans.

**Disposition contingencies** – In certain disposition agreements, including as described in the "Uncertain Tax Positions" section of this management's discussion and analysis below, we guarantee indemnification obligations of our subsidiary that sold the business or assets. We believe that based upon current facts and circumstances, additional payments in connection with these transactions would not have a material adverse impact on our financial condition taken as a whole.

**Refinitiv warrants** - Under the terms of a warrant agreement between our company and private equity funds affiliated with Blackstone, the sale of Refinitiv to LSEG constituted a change in control. The warrants were exercised in connection with the closing of the transaction, which entitled our company to an additional 4.5 million shares of Refinitiv. These warrants were a derivative instrument and accounted for at fair value. Changes in value were recorded within "Other operating gains, net" in the consolidated income statement. Refer to Appendix E of this management's discussion and analysis for additional information.

Other than as described above, we do not engage in off-balance sheet financing arrangements and we do not have any interests in unconsolidated special-purpose or structured finance entities.

## Contingencies

### Lawsuits and Legal Claims

We are engaged in various legal proceedings, claims, audits and investigations that have arisen in the ordinary course of business. These matters include, but are not limited to, employment matters, commercial matters, defamation claims and intellectual property infringement claims. The outcome of all of the matters against us is subject to future resolution, including the uncertainties of litigation. Based on information currently known to us and after consultation with outside legal counsel, management believes that the ultimate resolution of any such matters, individually or in the aggregate, will not have a material adverse impact on our financial condition taken as a whole.

### Uncertain Tax Positions

We are subject to taxation in numerous jurisdictions and we are routinely under audit by many different taxing authorities in the ordinary course of business. There are many transactions and calculations during the course of business for which the ultimate tax determination is uncertain, as taxing authorities may challenge some of our positions and propose adjustments or changes to our tax filings.

As a result, we maintain provisions for uncertain tax positions that we believe appropriately reflect our risk. These provisions are made using our best estimate of the amount expected to be paid based on a qualitative assessment of all relevant factors. When appropriate, we perform an expected value calculation to determine our provisions. We review the adequacy of these provisions at the end of each reporting period and adjust them based on changing facts and circumstances. Due to the uncertainty associated with tax audits, it is possible that at some future date, liabilities resulting from such audits or related litigation could vary significantly from our provisions. However, based on currently enacted legislation, information currently known to us and after consultation with outside tax advisors, management believes that the ultimate resolution of any such matters, individually or in the aggregate, will not have a material adverse impact on our financial condition taken as a whole.

TR-0037515

In February 2018, the U.K. tax authority, HM Revenue & Customs (HMRC), issued notices of assessment under the Diverted Profits Tax (DPT) regime for the 2015 taxation year of certain of our current and former U.K. affiliates. We paid $31 million in tax, as required under the notices. As management does not believe that these U.K. affiliates fall within the scope of the Diverted Profits Tax regime, we appealed these assessments in July 2019 to obtain a refund. HMRC has opened audit enquiries of subsequent taxation years and in February 2021 issued final DPT notices for the 2016 taxation year aggregating $90 million, which we are required to pay in March 2021. In addition, based on recent discussions with HMRC, management believes it is reasonably possible that HMRC may issue similar notices in the next 6 to 12 months for one or more other taxation years, largely related to businesses that we have sold and that are subject to indemnity arrangements. If that occurs, we will be required to pay additional taxes to HMRC, including those attributable to the indemnity counterparty, shortly thereafter. If we are required to make any additional tax payments, which could be as much as $600 million to $700 million, we intend to vigorously defend our position by contesting the assessments through all available administrative and judicial remedies. The large majority of the anticipated amounts in dispute relates to our F&R business, which was divested in 2018. Any payment made by us would not be a reflection of our view on the merits of the case. Because management believes that our position is supported by the weight of law, we do not believe that the resolution of this matter will have a material adverse effect on our financial condition taken as a whole. As a result, we would expect to record substantially all of any potential future payments as non-current receivables from HMRC and the indemnity counterparty on our financial statements since we would expect to receive refunds of substantially all of any amounts paid pursuant to these notices of assessment. We expect that our existing sources of liquidity (as discussed in this management's discussion and analysis) will be sufficient to fund any required payments.

*For additional information, please see the "Risk Factors" section of this annual report, which contains further information on risks related to legal and tax matters.*

Table of Contents

## Outlook

*The information in this section is forward-looking and should be read in conjunction with the section entitled "Additional Information — Cautionary Note Concerning Factors That May Affect Future Results".*

### Trends

Technology and societal forces are changing how work is done and by whom, disrupting the professional markets that we serve. Our customers – professionals in law firms, accounting firms, government agencies and corporations – increasingly demand solutions from our company to help them adapt. They are under pressure from clients, internal and external, to improve efficiency and demonstrate the value of their services. They must increasingly use technology to maintain a competitive edge, by delivering a differentiated work product faster. COVID-19 has accelerated these trends, as professionals increasingly shift to more digital experiences, cloud-based products and flexible work arrangements. Over the last year, we have witnessed accelerated interest in, and adoption of, the following forces in the "Big 3" customer segments (Legal Professionals, Corporates and Tax & Accounting Professionals) that we serve:

*Process digitization and task automation* to remove complexity and automate routine workflows;

*Digital service delivery* to enable professionals to engage differently with their clients;

*Governments mandating the adoption and acceleration of* digital services;

*Remote working* empowered by wide adoption of collaboration software and changing attitudes;

*Demographic change*, resulting in new expectations regarding traditional professional career paths; and

*Continuing regulatory change* creating opportunities for new entrants to the market.

Relative to our Reuters News business, the media sector continues to transform, with the traditional news agency business declining. While demand in the financial professional segment is growing, Reuters is limited in its ability to participate in a number of sectors due to its exclusive agreement with Refinitiv. In the business to business segment, opportunities in the conference and events segment were significantly impacted in 2020 by COVID-19. However, we believe this impact is temporary and that the demand for virtual events and their related content will continue to grow while the demand for in-person events will return once the restrictions from the pandemic have eased. We continue to expect revenue declines in our Global Print business as customers migrate to online delivery and as other customers experience budget challenges or are unable to accept shipments due to office closures.

The competitive landscape is crowded and constantly evolving. Our traditional competitors are investing in content, analytics and software. More narrowly focused technology companies, often funded by private equity firms or recent public offerings, are also investing heavily to pursue growth opportunities in our market segments. Large horizontal business systems vendors as well as some smaller vendors provide similar solutions to certain of our offerings. The Global 7 accounting firms have the scale to develop their own competitive technology solutions, but have traditionally been our customers as well as many who have been our go-to-market partners. Start-ups continue to innovate using emerging capabilities in areas like analytics and automation. In the global news market segment, alternatives are evolving from social media and technology companies, and traditional competitors are creating their own media platforms. While competition continues to be intense and dynamic, we believe that our strengths, high quality content, deep domain expertise, technology expertise and strong customer relationships will allow us to continue to serve the needs of our customers.

TR-0037517

## Priorities — Our Change Program

While we have strong market positions and a loyal customer base, we must continue to evolve given the trends in our business. We have initiated a two-year Change Program that is intended to drive growth and efficiency by transitioning our company from a holding company into an operating company, and from a content provider into a content-driven technology company.

Our transition to an operating company means that our business segments will focus solely on understanding and serving their customers' needs. They will be supported by central functions that will manage technology, product development, customer service and support across our company. These central functions can leverage scale and best practices, thereby improving efficiency and the speed at which we can develop new products. The objectives of our Change Program are to:

- Make it easier for our customers to do business with us;
- Significantly modernize and simplify our product portfolio and product development groups;
- Reduce complexity in our operations and technology organization; and
- Continue to simplify our organizational structure to enable a more innovative culture.

While our content provides us with a significant competitive advantage, we believe that we can achieve greater success by transitioning from a content provider to a content-driven technology company. We intend to provide a more modern customer experience by enriching our content with artificial intelligence, machine learning and software that is delivered in a cloud environment, which we believe will enable us to reach more customers, particularly smaller and medium sized businesses.

Please see the "Business" section of this annual report for further discussion of our 2021 focus areas and priorities related to the Change Program as well as our strategic growth priorities that we believe can drive further organic revenue growth reflecting their strong market segment positions, opportunities and potential to scale.

The program is expected to take 24 months (2021 - 2022) to largely complete and is projected to require an investment of between $500 million and $600 million during the course of that time. By 2023, we believe the financial benefits that will result from these initiatives include:

- Organic revenue growth of 5% - 6% including additional annual revenues of $100 million;
- Adjusted EBITDA margin of 38% - 40%;
- Free cash flow of $1.8 billion — 2.0 billion;
- Annual operating expense savings of $600 million, of which $200 million is expected to be reinvested in growth initiatives; and
- Capital expenditures as a percentage of revenue between 6% - 6.5%.

TR-0037518

## Financial Outlook

The following table sets forth our three-year outlook. Our outlook incorporates the forecasted impacts associated with the Change Program, assumes constant currency rates relative to 2020 and does not factor in the impact of any acquisitions or divestitures that may occur in future periods. We believe this type of guidance provides useful insight into the performance of our business. Some of the financial measures in the Outlook below are provided on a non-IFRS basis. Refer to Appendices A and B of this management's discussion and analysis for additional information and reconciliations of our non-IFRS financial measures to the most directly comparable IFRS financial measures.

| 2021, 2022 and 2023 Full-Year Outlook | | | |
|---|---|---|---|
| Total Thomson Reuters Outlook | | | |
| 2020 Actual | 2021 Outlook | 2022 Outlook | 2023 Outlook |
| | Before currency, includes the Change Program Impact and excludes the impact of future acquisitions/dispositions | | |
| **Revenue growth** 1.3% | 3.0% – 4.0% | 4.0% – 5.0% | 5.0% – 6.0% |
| *Organic revenue growth* 1.2% | *3.0% – 4.0%* | *4.0% – 5.0%* | *5.0% – 6.0%* |
| **Adjusted EBITDA margin** 33.0% | 30% – 31% | 34% – 35% | 38% – 40% |
| **Corporate costs** $131 million | $305 million – $340 million | $245 million – $280 million | $110 million – $120 million |
| Core corporate costs | $130 million – $140 million | $120 million – $130 million | $110 million – $120 million |
| Change Program operating expenses | $175 million – $200 million | $125 million – $150 million | $0 |
| **Free cash flow** $1.3 billion | $1.0 billion – $1.1 billion | $1.2 billion – $1.3 billion | $1.8 billion – $2.0 billion |
| **Capital expenditures, as a percentage of revenues** | 9.0% – 9.5% | 7.5% – 8.0% | 6.0% – 6.5% |
| Change Program capital expenditures 8.4% | $125 million – $150 million | $75 million – $100 million | $0 |
| **Depreciation and amortization of computer software** $669 million | $650 million – $675 million | $620 million – $645 million | $580 million – $605 million |
| **Interest expense** $195 million | $190 million – $210 million | $190 million – $210 million | $190 million – $210 million |
| **Effective tax rate on adjusted earnings** 16.9% | 16% – 18% | n/a | n/a |

| "Big 3" Segments Outlook | | | |
|---|---|---|---|
| 2020 Actual | 2021 Outlook | 2022 Outlook | 2023 Outlook |
| | Before currency, includes the Change Program Impact and excludes the impact of future acquisitions/dispositions | | |
| **Revenue Growth** 3.4% | 4.5% – 5.5% | 5.5% – 6.5% | 6.0% – 7.0% |
| *Organic revenue growth* 3.8% | *4.5% – 5.5%* | *5.5% – 6.5%* | *6.0% – 7.0%* |
| **Adjusted EBITDA margin** 37.8% | 38% – 39% | 41% – 42% | 43% – 45% |

## Change Program Investment in 2021

In 2021, we plan to invest between $300 million and $350 million in the Change Program, of which we expect to spend between $115 million and $140 million in the first six months, and between $185 million and $210 million in the last six months. In each period and in the full year, we expect to expense 60% of the investments and to capitalize 40% of the investments, which will be amortized over future periods.

TR-0037519

Table of Contents

Thomson Reuters Annual Report 2020

## First-Quarter 2021 Outlook

We expect total revenues and organic revenues to increase between 1.5% and 2.5%, primarily impacted by an anticipated decline in Global Print revenues between 13% and 15%. We expect the "Big 3" total revenue growth and organic revenue growth to range between 4% and 5%.

The following table summarizes our material assumptions and risks that may cause actual performance to differ from our expectations underlying our financial outlook.

### Revenues

| Material assumptions | Material risks |
|---|---|
| Improved global economic conditions throughout 2021 to 2023, despite periods of volatility due to disruption caused by COVID-19 and the measures intended to mitigate its impact | Business disruptions associated with the COVID-19 pandemic, including government enforced quarantines and stay-at-home orders, may continue longer than we expect or may be interrupted by future outbreaks and resurgences of the virus, delaying the anticipated recovery of the global economy |
| Continued need for trusted products and services that help customers navigate evolving and complex legal, tax, accounting, regulatory, geopolitical and commercial changes, developments and environments, and for cloud-based digital tools that drive productivity | Global economic uncertainty due to the COVID-19 pandemic as well as related regulatory reform and changes in the political environment may lead to limited business opportunities for our customers, creating significant cost pressures for some of them and potentially constraining the number of professionals employed, which could lead to lower demand for our products and services |
| Continued ability to deliver innovative products that meet evolving customer demands | Demand for our products and services could be reduced by changes in customer buying patterns, or our inability to execute on key product design or customer support initiatives |
| Acquisition of new customers through expanded and improved digital platforms, simplification of the product portfolio and through other sales initiatives | Competitive pricing actions and product innovation could impact our revenues |
| Improvement in customer retention through commercial simplification efforts and customer service improvements | Our sales, commercial simplification and product design initiatives may be insufficient to retain customers or generate new sales |

### Adjusted EBITDA margin

| Material assumptions | Material risks |
|---|---|
| Our ability to achieve revenue growth targets | Same as the risks above related to the revenue outlook |
| Business mix continues to shift to higher-growth product offerings | The costs to execute our Change Program may be higher than current expectations, or the expected benefits by 2023 may be lower than current expectations |
| Change Program expenses of $500 million to $600 million in 2021 and 2022 | Acquisition and disposal activity may dilute adjusted EBITDA margin |
| Change Program investments drive higher adjusted EBITDA margin through higher revenues and efficiencies by 2023 | |

### Free Cash Flow

| Material assumptions | Material risks |
|---|---|
| Our ability to achieve our revenue and adjusted EBITDA margin targets | Same as the risks above related to the revenue and adjusted EBITDA margin outlook |
| Capital expenditures expected to be between 9% and 9.5% of revenues in 2021; between 7.5% and 8% of revenues in 2022; and between 6% and 6.5% of revenues in 2023 | A weaker macroeconomic environment could negatively impact working capital performance, including the ability of our customers to pay us |
| | Capital expenditures may be higher than currently expected |
| | The timing and amount of tax payments to governments may differ from our expectations |

TR-0037520

Table of Contents

**Effective tax rate on adjusted earnings**

| Material assumptions | Material risks |
|---|---|
| Our ability to achieve our adjusted EBITDA target | Same as the risks above related to adjusted EBITDA |
| The mix of taxing jurisdictions where we recognized pre-tax profit or losses in 2020 does not significantly change | A material change in the geographical mix of our pre-tax profits and losses |
| No unexpected changes in tax laws and treaties within the jurisdictions where we operate | A material change in current tax laws or treaties to which we are subject, and did not expect |
| Depreciation and amortization of computer software between $650 million and $675 million in 2021 | Depreciation and amortization of computer software as well as interest expense may be significantly higher or lower than expected |
| Interest expense between $190 million and $210 million in 2021 | |

Our Outlook contains various non-IFRS financial measures. We believe that providing reconciliations of forward-looking non-IFRS financial measures in our Outlook would be potentially misleading and not practical due to the difficulty of projecting items that are not reflective of ongoing operations in any future period. The magnitude of these items may be significant. Consequently, for Outlook purposes only, we are unable to reconcile these non-IFRS measures to the most comparable IFRS measures because we cannot predict, with reasonable certainty, the impact of changes in foreign exchange rates which impact (i) the translation of our results reported at average foreign currency rates for the year and (ii) other finance income or expense related to intercompany financing arrangements. Additionally, we cannot reasonably predict the occurrence or amount of other operating gains and losses, which generally arise from business transactions we do not currently anticipate.

While our fourth-quarter 2020 performance provides us with increasing confidence about our outlook, the global economy continues to experience substantial disruption due to concerns regarding the spread of COVID-19, as well as from the measures intended to mitigate its impact. Any worsening of the global economic or business environment could impact our ability to achieve our outlook.

## Related Party Transactions

As of March 3, 2021, our principal shareholder, Woodbridge, beneficially owned approximately 66% of our common shares.

### Transactions with Woodbridge

From time to time, in the normal course of business, we enter into transactions with Woodbridge and certain of its affiliates. These transactions involve providing and receiving product and service offerings and are not material to our results of operations or financial condition either individually or in the aggregate.

### Transactions with Refinitiv

In October 2018, we sold a 55% interest in our former F&R business to private equity funds affiliated with Blackstone, and retained a 45% interest in the company, which is now known as Refinitiv. As part of the transaction, Reuters News and Refinitiv have an agreement pursuant to which Reuters News supplies news and editorial content to Refinitiv for a minimum amount of revenues through October 1, 2048. In 2020 and 2019, we recorded $336 million of revenues under this agreement, which represent the current minimum annual value. However, these revenues may increase further as the contract requires adjustments related to changes in the consumer price index and foreign exchange rates. For the duration of the agreement, Refinitiv may also license the "Reuters" mark to brand its products and services, subject to certain contractual restrictions. In 2020, we recorded $24 million of income in "Other operating gains, net" within the consolidated income statement under this license (2019 – $23 million).

Additionally, our company and Refinitiv sell products and services to each other in the normal course of business. These transactions are not significant to our company's results of operations or financial condition either individually or in the aggregate.

TR-0037521

To facilitate the separation, our company and Refinitiv agreed to provide certain operational services to each other, including technology and administrative services, for a specified multi-year period. Additionally, our company and Refinitiv extended property leases to each other, including the 3 Times Square property in New York, New York, which our company leases from Refinitiv. In 2020 and 2019, we recorded the following amounts as expense or contra-expense, as applicable, related to these transactions:

| (millions of U.S. dollars) | Provided by Thomson Reuters to Refinitiv Contra-expense Year ended December 31, | | Provided by Refinitiv to Thomson Reuters (Expense) Year ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Transitional services | 8 | 26 | (15) | (52) |
| Properties leased | 23 | 39 | (13) | (34) |

As of December 31, 2020, we owed $59 million (2019 – $79 million) to Refinitiv under non-cancellable leases, which are included in our disclosure of "Off-Balance Sheet Arrangements, Commitments and Contractual Obligations" within this management's discussion and analysis and Refinitiv owed us $15 million (2019 – $56 million) under non-cancellable lease agreements.

At December 31, 2020, the consolidated statement of financial position included a receivable from Refinitiv of $112 million (2019 – $135 million) and a payable to Refinitiv of $100 million (2019 – $102 million) related to all transactions between the two companies.

### Transactions with other associates and joint ventures

From time to time, we enter transactions with our investments in other associates and joint ventures. These transactions typically involve providing or receiving services in the normal course of business and are not material to our company's results of operations or financial condition either individually or in the aggregate.

## Subsequent Events

### Sale of Refinitiv to LSEG

On January 29, 2021, our company and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG in an all share transaction. As of the closing date, our company indirectly owned approximately 82.5 million LSEG shares, which had a market value of approximately $9.8 billion based on LSEG's closing share price on January 28, 2021. Our interest in LSEG shares are held through an entity jointly owned with Blackstone's consortium.

Subject to certain exceptions, our company and Blackstone's consortium have otherwise agreed to be subject to a lock-up for our LSEG shares through January 29, 2023. In each of years three and four following closing (starting on January 30, 2023 and January 30, 2024, respectively), our company and Blackstone's consortium will become entitled to sell in aggregate one-third of the LSEG shares issued to us. The lock-up arrangement will terminate on January 29, 2025.

We expect to record a pre-tax gain on the transaction of approximately $8.5 billion in "Share of post-tax earnings (losses) in equity method investments" within the consolidated income statement in the first quarter of 2021. In the future, we will account for our investment in LSEG at fair value, based on the share price of LSEG. The change in value of the investment will also be recorded in "Share of post-tax earnings (losses) in equity method investments" because we hold our LSEG shares through an entity that is jointly owned by Blackstone's consortium and our company, over which our company has significant influence. As the joint entity owns only the financial investment in LSEG shares, which the parties intend to sell over time, and is not involved in operating LSEG or the Refinitiv business, the investment may be accounted for by the joint entity at fair value.

TR-0037522

## 2021 dividends

In February 2021, we announced a $0.10 per share increase in the annualized dividend to $1.62 per common share, which was approved by our board of directors. A quarterly dividend of $0.405 per share will be paid on March 17, 2021 to shareholders of record as of March 5, 2021.

## Changes in Accounting Policies

Effective January 1, 2019, we adopted IFRS 16 *Leases* (IFRS 16), which introduced a single lease accounting model that eliminated the distinction between operating and finance leases for lessees. IFRS 16 was adopted using the modified retrospective method. Under this approach, the cumulative effect of adoption of $11 million was recorded as an adjustment to retained earnings at January 1, 2019.

## Critical Accounting Estimates and Judgments

The preparation of financial statements requires management to make estimates and judgments about the future. Estimates and judgments are continually evaluated and are based on historical experience and other factors, including expectations of future events that are believed to be reasonable under the circumstances. Refer to Appendix E of this management's discussion and analysis for additional information on our critical accounting estimates and judgments.

## Additional Information

### Basis of Presentation

In the first quarter of 2020, the company re-assessed its methodology for allocating costs to its business segments and adjusted its allocations, in connection with the repositioning of its businesses in 2019 after the separation of Refinitiv. The company adjusted its prior-period segment amounts to reflect the current presentation. The 2019 segment amounts were also adjusted to reflect the transfer of certain revenues among the segments to where they are better aligned. These changes impacted the 2019 financial results of the segments, but did not change the consolidated 2019 financial results. The table below summarizes the changes:

| | Three months ended December 31, 2019 | | | Year ended December 31, 2019 | | |
|---|---|---|---|---|---|---|
| (millions of U.S. dollars) | As Reported | Adjustments | As Revised | As Reported | Adjustments | As Revised |
| **Revenues** | | | | | | |
| Legal Professionals | 617 | 4 | 621 | 2,419 | 14 | 2,433 |
| Corporates | 331 | (3) | 328 | 1,321 | (13) | 1,308 |
| Tax & Accounting Professionals | 274 | - | 274 | 844 | (1) | 843 |
| Reuters News | 164 | - | 164 | 630 | - | 630 |
| Global Print | 196 | - | 196 | 693 | - | 693 |
| Eliminations /Rounding | 1 | (1) | - | (1) | - | (1) |
| Total revenues | 1,583 | - | 1,583 | 5,906 | - | 5,906 |
| **Adjusted EBITDA** | | | | | | |
| Legal Professionals | 215 | - | 215 | 901 | (6) | 895 |
| Corporates | 103 | (5) | 98 | 433 | (21) | 412 |
| Tax & Accounting Professionals | 135 | (1) | 134 | 323 | (5) | 318 |
| Reuters News | 4 | 6 | 10 | 35 | 33 | 68 |
| Global Print | 77 | - | 77 | 295 | (1) | 294 |
| Corporate costs | (138) | - | (138) | (494) | - | (494) |
| Total adjusted EBITDA | 396 | - | 396 | 1,493 | - | 1,493 |

TR-0037523

Table of Contents

## Disclosure Controls and Procedures

Our Chief Executive Officer and Chief Financial Officer, after evaluating the effectiveness of our disclosure controls and procedures (as defined in applicable U.S. and Canadian securities law) as of the end of the period covered by this management's discussion and analysis, have concluded that our disclosure controls and procedures were effective to ensure that all information that we are required to disclose in reports that we file or furnish under the U.S. Securities Exchange Act and applicable Canadian securities law is (i) recorded, processed, summarized and reported within the time periods specified in the rules and forms of the SEC and Canadian securities regulatory authorities and (ii) accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure.

## Internal Control Over Financial Reporting

Our management is responsible for establishing and maintaining adequate internal control over financial reporting to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with IFRS.

We are engaged in a long-term efficiency initiative which impacts our financial reporting. We are enhancing our order-to-cash (OTC) applications and related workflow processes in phases over multiple years. Key elements of the OTC solutions are order management, billing, cash management and collections functionality. We expect to reduce the number of applications and to streamline and automate processes across our organization through this initiative.

As we are implementing this initiative in phases over an extended period, the nature and extent of activity will vary by quarter. The initiative could result in material changes to our internal control over financial reporting depending on the nature and volume of work completed, as we will continue to modify the design and documentation of the related internal control processes and procedures, as necessary.

Following the separation of the F&R business from our company in October 2018, a significant number of employees who performed accounting and reporting functions were transferred to Refinitiv. Transition services agreements were in place between Thomson Reuters and Refinitiv since the companies separated. In the fourth quarter of 2020, we completed the transition of all key controls performed under the transition services agreement from Refinitiv to Thomson Reuters employees.

Except as described above, there was no change in our internal control over financial reporting during 2020 that materially affected, or is reasonably likely to materially affect, our internal control over financial reporting.

Our management assessed the effectiveness of our internal control over financial reporting as of December 31, 2020 and based on that assessment determined that our internal control over financial reporting was effective. Refer to our 2020 annual consolidated financial statements for our management's report on internal control over financial reporting.

## Share Capital

As of March 3, 2021, we had outstanding 494,854,975 common shares, 6,000,000 Series II preference shares, 3,537,584 stock options and a total of 3,238,700 time-based restricted share units and performance restricted share units. We have also issued a Thomson Reuters Founders Share which enables Thomson Reuters Founders Share Company to exercise extraordinary voting power to safeguard the Thomson Reuters Trust Principles.

## Public Securities Filings and Regulatory Announcements

You may access other information about our company, including our 2020 annual report (which contains information required in an annual information form) and our other disclosure documents, reports, statements or other information that we file with the Canadian securities regulatory authorities through SEDAR at *www.sedar.com* and in the United States with the Securities and Exchange Commission (SEC) at *www.sec.gov*.

TR-0037524

## Cautionary Note Concerning Factors That May Affect Future Results

Certain statements in this management's discussion and analysis are forward-looking, including, but not limited to, the three-year business outlook, expectations related to the Change Program, as well as statements regarding the company's intention to target a dividend payout ratio of between 50% to 60% of its free cash flow; statements regarding the future growth of our customer segments or businesses, statements about the estimated future growth of the market segments in which Thomson Reuters' businesses operates; cost savings from our COVID-19 cost-mitigation efforts, and the company's intentions regarding future share repurchases. The words "will", "expect", "believe", "target", "estimate", "could", "should", "intend", "predict", "project" and similar expressions identify forward-looking statements. While we believe that we have a reasonable basis for making forward-looking statements in this management's discussion and analysis, they are not a guarantee of future performance or outcomes or that any other events described in any forward-looking statement will materialize. Forward-looking statements, including those related to the COVID-19 pandemic, are subject to a number of risks, uncertainties and assumptions that could cause actual results or events to differ materially from current expectations. Many of these risks, uncertainties and assumptions are beyond our company's control and the effects of them can be difficult to predict. In particular, the full extent of the impact of the COVID-19 pandemic on the company's business, operations and financial results will depend on numerous evolving factors that we may not be able to accurately predict.

Some of the material risk factors that could cause actual results or events to differ materially from those expressed in or implied by forward-looking statements in this management's discussion and analysis include, but are not limited to, uncertainty, downturns and changes in the markets that the company serves, the ongoing impact of the COVID-19 pandemic on the company's business and risks that the pandemic could have a longer duration or a more significant impact on Thomson Reuters than the company currently expects; fraudulent or unpermitted data access or other cyber-security or privacy breaches; failures or disruptions of data centers, network systems, telecommunications, or the Internet; failure to keep pace with technological developments to provide new products, services, applications and functionalities to meet customers' needs, attract new customers and retain existing ones, or expand into new geographic markets and identify areas of higher growth; inadequate protection of intellectual property rights; actions of competitors; failure to adapt to organizational changes and effectively implement strategic initiatives; failure to attract, motivate and retain high quality, talented and diverse management and key employees; failure to derive fully the anticipated benefits from existing or future acquisitions, joint ventures, investments or dispositions; failure to meet the challenges involved in operating globally; failure to maintain a high renewal rate for recurring, subscription-based services; dependency on third parties for data, information and other services; impairment of goodwill and other identifiable intangible assets; changes to law and regulations related to privacy, data security, data protection and other areas; tax matters, including changes to tax laws, regulations and treaties; threat of legal actions and claims; risk of antitrust/competition-related claims or investigations; fluctuations in foreign currency exchange and interest rates; downgrading of credit ratings and adverse conditions in the credit markets; the effect of factors outside of the control of Thomson Reuters on funding obligations in respect of pension and post-retirement benefit arrangements; failure to protect the brands and reputation of Thomson Reuters; actions or potential actions that could be taken by the company's principal shareholder, The Woodbridge Company Limited; and the ability of Thomson Reuters Founders Share Company to affect the company's governance and management. Additional factors are discussed in the "Risk Factors" section of this annual report and in materials that we from time to time file with, or furnish to, the Canadian securities regulatory authorities and the U.S. Securities and Exchange Commission.

Our company's three-year business outlook is based on information currently available to the company and is based on various external and internal assumptions made by the company in light of its experience and perception of historical trends, current conditions and expected future developments, as well as other factors that the company believes are appropriate under the circumstances.

Our company has provided a business outlook for the purpose of presenting information about current expectations for 2021, 2022 and 2023. This information may not be appropriate for other purposes. You are cautioned not to place undue reliance on forward-looking statements which reflect expectations only as of the date of this management's discussion and analysis.

Except as may be required by applicable law, Thomson Reuters disclaims any obligation to update or revise any forward-looking statements, including those related to the COVID-19 pandemic.

TR-0037525

# Appendix A

## Non-IFRS Financial Measures

We use non-IFRS financial measures as supplemental indicators of our operating performance and financial position. Additionally, we use non-IFRS measures as performance metrics as the basis for management incentive programs. These measures do not have any standardized meaning prescribed by IFRS and therefore are unlikely to be comparable to the calculation of similar measures used by other companies.

The following table sets forth our non-IFRS financial measures, including an explanation of why we believe they are useful measures of our performance. Reconciliations for the most directly comparable IFRS measure are reflected in Appendix B and the "Liquidity and Capital Resources" section of this management's discussion and analysis.

| How We Define It | Why We Use It and Why It Is Useful to Investors | Most Directly Comparable IFRS Measure/Reconciliation |
|---|---|---|
| **Segment adjusted EBITDA, consolidated adjusted EBITDA and the related margins** | | |
| Segment adjusted EBITDA represents earnings from continuing operations before tax expense or benefit, net interest expense, other finance costs or income, depreciation, amortization of software and other identifiable intangible assets, our share of post-tax earnings or losses in equity method investments, other operating gains and losses, certain asset impairment charges, fair value adjustments and corporate related items.  Consolidated adjusted EBITDA is comprised of adjusted EBITDA from each reportable segment and Corporate costs.  The related margins are expressed as a percentage of revenues. | Provides a consistent basis to evaluate operating profitability and performance trends by excluding items that we do not consider to be controllable activities for this purpose.  Represents a measure commonly reported and widely used by investors as a valuation metric. Additionally, this measure is used to assess our ability to incur and service debt. | Earnings from continuing operations |
| **Adjusted EBITDA less capital expenditures and the related margin** | | |
| Adjusted EBITDA less capital expenditures. The related margin is expressed as a percentage of revenues. | Provides a basis for evaluating the operating profitability and capital intensity of a business in a single measure. This measure captures investments regardless of whether they are expensed or capitalized. | Earnings from continuing operations |

TR-0037526

Thomson Reuters Annual Report 2020

| How We Define It | Why We Use It and Why It Is Useful to Investors | Most Directly Comparable IFRS Measure/Reconciliation |
|---|---|---|
| **...sted earnings and adjusted EPS** | | |
| Net earnings:<br><br>Excluding the post-tax impacts of fair value adjustments, amortization of other identifiable intangible assets, other operating gains and losses, certain asset impairment charges, other finance costs or income, our share of post-tax earnings or losses in equity method investments, discontinued operations and other items affecting comparability. We calculate the post-tax amount of each item excluded from adjusted earnings based on the specific tax rules and tax rates associated with the nature and jurisdiction of each item.<br><br>We also deduct dividends declared on preference shares.<br><br>Adjusted EPS is calculated from adjusted earnings using diluted weighted-average shares. | Provides a more comparable basis to analyze earnings and is also a measure commonly used by shareholders to measure our performance. | Net earnings and diluted earnings per share |
| In interim periods, we also adjust our reported earnings and earnings per share to reflect a normalized effective tax rate. Specifically, the normalized effective rate is computed as the estimated full-year effective tax rate applied to pre-tax adjusted earnings of the interim period. The reported effective tax rate is based on separate annual effective income tax rates for each taxing jurisdiction that are applied to each interim period's pre-tax income. | Because the geographical mix of pre-tax profits and losses in interim periods may be different from that for the full year, our effective tax rate computed in accordance with IFRS may be more volatile by quarter. Therefore, we believe that using the expected full-year effective tax rate provides more comparability among interim periods. The adjustment to normalize the effective tax rate reallocates estimated full-year income taxes between interim periods, but has no effect on full-year tax expense or on cash taxes paid. | |
| **...debt and leverage ratio of net debt to adjusted EBITDA** | | |
| Net debt:<br>Total indebtedness (excluding the associated unamortized transaction costs and premiums or discount) plus the currency related fair value of associated hedging instruments, and lease liabilities less cash and cash equivalents. | Provides a commonly used measure of a company's leverage.<br><br>Given that we hedge some of our debt to reduce risk, we include hedging instruments as we believe it provides a better measure of the total obligation associated with our outstanding debt. However, because we intend to hold our debt and related hedges to maturity, we do not consider the interest components of the associated fair value of hedges in our measurements. We reduce gross indebtedness by cash and cash equivalents. | Total debt (current indebtedness plus long-term indebtedness) |
| Net debt to adjusted EBITDA:<br>Net debt is divided by adjusted EBITDA for the previous twelve-month period ending with the current fiscal quarter. | Provides a commonly used measure of a company's ability to pay its debt. Our non-IFRS measure is aligned with the calculation of our internal target and is more conservative than the maximum ratio allowed under our contractual covenants in our credit facility. | For adjusted EBITDA, refer to the definition above for the most directly comparable IFRS measure |

Page 73

TR-0037527

Thomson Reuters Annual Report 2020

| How We Define It | Why We Use It and Why It Is Useful to Investors | Most Directly Comparable IFRS Measure/Reconciliation |
|---|---|---|
| **cash flow** | | |
| Net cash provided by operating activities, proceeds from disposals of property and equipment, and other investing activities, less capital expenditures, payments of lease principal, dividends paid on our preference shares, and dividends paid to non-controlling interests. | Helps assess our ability, over the long term, to create value for our shareholders as it represents cash available to repay debt, pay common dividends and fund share repurchases and new acquisitions. | Net cash provided by operating activities |
| **rn on invested capital (ROIC)** | | |
| Adjusted operating profit (operating profit excluding amortization of other identifiable intangible assets, other operating gains and losses, and fair value adjustments) less net taxes paid expressed as a percentage of the average adjusted invested capital during the period. | Provides a measure of how efficiently we allocate resources to profitable activities and is indicative of our ability to create value for our shareholders. | IFRS does not require a measure comparable to ROIC. Refer to our calculation of ROIC in Appendix D for a reconciliation of the components in the calculation to the most directly comparable IFRS measure. |
| **nges before the impact of foreign currency or at "constant currency"** | | |
| Applicable measures where changes are reported before the impact of foreign currency or at "constant currency" | Provides better comparability of business trends from period to period. | For each non-IFRS measure, refer to the definitions above for the most directly comparable IFRS measure. |
| IFRS Measures: | Our reporting currency is the U.S. dollar. However, we conduct activities in currencies other than the U.S. dollar. We measure our performance before the impact of foreign currency (or at "constant currency"), which means that we apply the same foreign currency exchange rates for the current and equivalent prior period. To calculate the foreign currency impact between periods, we convert the current and equivalent prior period's local currency results using the same foreign currency exchange rate | |
| Revenues | | |
| Operating expenses | | |
| Non-IFRS Measures: | | |
| Adjusted EBITDA and adjusted EBITDA margin | | |
| Adjusted EPS | | |
| **nges in revenues computed on an "organic" basis** | | |
| Represent changes in revenues of our existing businesses at constant currency. The metric excludes the distortive impacts of acquisitions and dispositions from not owning the business in both comparable periods. | Provides further insight into the performance of our existing businesses by excluding distortive impacts and serves as a better measure of our ability to grow our business over the long term. | Revenues |
| For acquisitions, we calculate organic growth as though we had owned the acquired business in both periods. We compare revenues for the acquired business for the period we owned the business to the same prior-year period revenues for that business, when we did not own it. | | |
| For dispositions, we calculate organic growth as though we did not own the business in either period. We exclude revenues of the disposed business from the point of disposition, as well as revenues from the same prior-year period before the sale. | | |

Page 74

TR-0037528

# Appendix B

This appendix provides reconciliations of certain non-IFRS measures to the most directly comparable IFRS measure that are not presented elsewhere in this management's discussion and analysis.

## Reconciliation of Earnings from Continuing Operations to Adjusted EBITDA and Adjusted EBITDA Less Capital Expenditures

| (millions of U.S. dollars, except margins) | Three months ended December 31, | | Year ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Earnings from continuing operations | 587 | 1,321 | 1,149 | 1,570 |
| Adjustments to remove: | | | | |
| Tax expense (benefit) | 155 | (1,233) | 71 | (1,198) |
| Other finance costs (income) | 6 | 33 | (30) | 65 |
| Net interest expense | 49 | 51 | 195 | 163 |
| Amortization of other identifiable intangible assets | 31 | 34 | 123 | 114 |
| Amortization of computer software | 123 | 123 | 485 | 449 |
| Depreciation | 40 | 44 | 184 | 154 |
| EBITDA | 991 | 373 | 2,177 | 1,317 |
| Adjustments to remove: | | | | |
| Share of post-tax losses in equity method investments | 159 | 44 | 544 | 599 |
| Other operating gains, net | (632) | (27) | (736) | (423) |
| Fair value adjustments | 7 | 6 | (10) | |
| Adjusted EBITDA | 525 | 396 | 1,975 | 1,493 |
| Deduct: capital expenditures | (100) | (140) | (504) | (505) |
| Adjusted EBITDA less capital expenditures | 425 | 256 | 1,471 | 988 |
| Adjusted EBITDA margin | 32.5% | 25.0% | 33.0% | 25.3% |
| Adjusted EBITDA less capital expenditures margin | 26.3% | 16.1% | 24.6% | 16.7% |

Page 75

TR-0037529

Thomson Reuters Annual Report 2020

## Reconciliation of Net Earnings to Adjusted Earnings and Adjusted EPS

| (millions of U.S. dollars, except per share amounts and share) | Three months ended December 31, | | Year ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Net earnings | 562 | 1,324 | 1,122 | 1,564 |
| Adjustments to remove: | | | | |
| Fair value adjustments | 7 | 6 | (10) | |
| Amortization of other identifiable intangible assets | 31 | 34 | 123 | 114 |
| Other operating gains, net | (632) | (27) | (736) | (423) |
| Other finance costs (income) | 6 | 33 | (30) | 65 |
| Share of post-tax losses in equity method investments | 159 | 44 | 544 | 599 |
| Tax on above items[1] | 119 | (15) | 19 | (72) |
| Tax items impacting comparability[1] | (29) | (1,211) | (136) | (1,204) |
| Loss (earnings) from discontinued operations, net of tax | 25 | (3) | 27 | 6 |
| Interim period effective tax rate normalization | 21 | 1 | | |
| Dividends declared on preference shares | | (1) | (2) | (3) |
| Adjusted earnings | 269 | 185 | 921 | 646 |
| Adjusted EPS | $0.54 | $0.37 | $1.85 | $1.29 |
| Diluted weighted-average common shares (millions) | 498.8 | 501.1 | 498.0 | 502.5 |

(1) See the "Results of Operations – Tax expense (benefit)" section of this management's discussion and analysis for additional information.

## Reconciliation of Net Cash Provided by Operating Activities to Free Cash Flow

| (millions of U.S. dollars) | Three months ended December 31, | | Year ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Net cash provided by operating activities | 566 | 355 | 1,745 | 702 |
| Capital expenditures | (100) | (140) | (504) | (505) |
| Proceeds from disposals of property and equipment | | 7 | 162 | 7 |
| Other investing activities | 2 | 4 | 4 | 9 |
| Payments of lease principal | (19) | (16) | (75) | (51) |
| Dividends paid on preference shares | | (1) | (2) | (3) |
| Free cash flow | 449 | 209 | 1,330 | 159 |

Page 76

TR-0037530

Table of Contents

Thomson Reuters Annual Report 2020

## Reconciliation of Changes in Revenues Excluding the Effects of Foreign Currency (Constant Currency) as well as Acquisitions/Divestitures (Organic Basis)[1]

| (millions of U.S. dollars) | 2020 | 2019 | Total | Foreign Currency | Subtotal Constant Currency | Acquisitions/ (Divestitures) | Organic |
|---|---|---|---|---|---|---|---|
| | | | | | Three months ended December 31, | | |
| | | | | | Change | | |
| **Revenues** | | | | | | | |
| Legal Professionals | **653** | 621 | 5% | - | 5% | 1% | 4% |
| Corporates | **338** | 328 | 3% | (1%) | 4% | - | 3% |
| Tax & Accounting Professionals | **285** | 274 | 4% | (2%) | 6% | (2%) | 8% |
| "Big 3" Segments Combined | **1,276** | 1,223 | 4% | - | 5% | - | 5% |
| Reuters News | **164** | 164 | - | 1% | (1%) | 2% | (3%) |
| Global Print | **177** | 196 | (10%) | - | (10%) | - | (10%) |
| Eliminations/Rounding | **(1)** | - | | | | | |
| **Total revenues** | **1,616** | 1,583 | 2% | - | 2% | - | 2% |

## Reconciliation of Changes in Recurring Revenues Excluding the Effects of Foreign Currency (Constant Currency) as well as Acquisitions/Divestitures (Organic Basis)[1]

| (millions of U.S. dollars) | 2020 | 2019 | Total | Foreign Currency | Subtotal Constant Currency | Acquisitions/ (Divestitures) | Organic |
|---|---|---|---|---|---|---|---|
| | | | | | Three months ended December 31, | | |
| | | | | | Change | | |
| **Recurring Revenues** | | | | | | | |
| Legal Professionals | **608** | 574 | 6% | - | 6% | 1% | 5% |
| Corporates | **293** | 276 | 6% | (1%) | 6% | - | 6% |
| Tax & Accounting Professionals | **255** | 243 | 5% | (2%) | 7% | (2%) | 9% |
| "Big 3" Segments Combined | **1,156** | 1,093 | 6% | - | 6% | - | 6% |
| Reuters News | **142** | 143 | (1%) | 1% | (2%) | - | (2%) |
| **Total recurring revenues** | **1,298** | 1,236 | 5% | - | 5% | - | 5% |

## Reconciliation of Changes in Transactions Revenues Excluding the Effects of Foreign Currency (Constant Currency) as well as Acquisitions/Divestitures (Organic Basis)[1]

| (millions of U.S. dollars) | 2020 | 2019 | Total | Foreign Currency | Subtotal Constant Currency | Acquisitions/ (Divestitures) | Organic |
|---|---|---|---|---|---|---|---|
| | | | | | Three months ended December 31, | | |
| | | | | | Change | | |
| **Transactions Revenues** | | | | | | | |
| Legal Professionals | **45** | 47 | (4%) | 1% | (5%) | 1% | (6%) |
| Corporates | **45** | 52 | (12%) | (1%) | (11%) | - | (11%) |
| Tax & Accounting Professionals | **30** | 31 | (4%) | - | (4%) | (3%) | (1%) |
| "Big 3" Segments Combined | **120** | 130 | (7%) | - | (7%) | - | (7%) |
| Reuters News | **22** | 21 | 5% | (2%) | 7% | 17% | (10%) |
| **Total transactions revenues** | **142** | 151 | (5%) | - | (5%) | 2% | (7%) |

(1) Growth percentages are computed using whole dollars. Accordingly, percentages calculated from reported amounts may differ from those presented, and components of growth may not total due to rounding

Page 77

Table of Contents

Thomson Reuters Annual Report 2020

### Reconciliation of Changes in Revenues Excluding the Effects of Foreign Currency (Constant Currency) as well as Acquisitions/Divestitures (Organic Basis)(1)

| | | | | Year ended December 31, | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Change | | |
| (ions of U.S. dollars) | 2020 | 2019 | Total | Foreign Currency | Subtotal Constant Currency | Acquisitions/(Divestitures) | Organic |
| **Revenues** | | | | | | | |
| Legal Professionals | 2,535 | 2,433 | 4% | | 4% | 1% | 3% |
| Corporates | 1,367 | 1,308 | 5% | (1%) | 5% | 1% | 5% |
| Tax & Accounting Professionals | 836 | 843 | (1%) | (3%) | 2% | (3%) | 4% |
| "Big 3" Segments Combined | 4,738 | 4,584 | 3% | (1%) | 4% | - | 4% |
| Reuters News | 628 | 630 | | - | - | 5% | (5%) |
| Global Print | 620 | 693 | (11%) | (1%) | (10%) | - | (10%) |
| Eliminations/Rounding | (2) | (1) | | | | | |
| **Total revenues** | 5,984 | 5,906 | 1% | (1%) | 2% | 1% | 1% |

### Reconciliation of Changes in Recurring Revenues Excluding the Effects of Foreign Currency (Constant Currency) as well as Acquisitions/Divestitures (Organic Basis)(1)

| | | | | Year ended December 31, | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Change | | |
| (ions of U.S. dollars) | 2020 | 2019 | Total | Foreign Currency | Subtotal Constant Currency | Acquisitions/(Divestitures) | Organic |
| **Recurring Revenues** | | | | | | | |
| Legal Professionals | 2,367 | 2,249 | 5% | | 6% | 1% | 4% |
| Corporates | 1,143 | 1,079 | 6% | (1%) | 7% | 1% | 6% |
| Tax & Accounting Professionals | 682 | 703 | (3%) | (3%) | - | (5%) | 5% |
| "Big 3" Segments Combined | 4,192 | 4,031 | 4% | (1%) | 5% | - | 5% |
| Reuters News | 566 | 573 | (1%) | - | (2%) | - | (2%) |
| **Total recurring revenues** | 4,758 | 4,604 | 3% | (1%) | 4% | | 4% |

### Reconciliation of Changes in Transactions Revenues Excluding the Effects of Foreign Currency (Constant Currency) as well as Acquisitions/Divestitures (Organic Basis)(1)

| | | | | Year ended December 31, | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Change | | |
| (ions of U.S. dollars) | 2020 | 2019 | Total | Foreign Currency | Subtotal Constant Currency | Acquisitions/(Divestitures) | Organic |
| **Transactions Revenues** | | | | | | | |
| Legal Professionals | 168 | 184 | (9%) | - | (9%) | - | (9%) |
| Corporates | 224 | 229 | (2%) | (1%) | (1%) | 3% | (4%) |
| Tax & Accounting Professionals | 154 | 140 | 10% | (1%) | 11% | 8% | 2% |
| "Big 3" Segments Combined | 546 | 553 | (1%) | (1%) | (1%) | 3% | (4%) |
| Reuters News | 62 | 57 | 9% | (3%) | 12% | 41% | (29%) |
| **Total transactions revenues** | 608 | 610 | | (1%) | | 8% | (7%) |

(1) Growth percentages are computed using whole dollars. Accordingly, percentages calculated from reported amounts may differ from those presented, and components of growth may not total due to rounding

Page 78

TR-0037532

Thomson Reuters Annual Report 2020

### Reconciliation of Changes in Adjusted EBITDA and the Related Margin, and Consolidated Operating Expenses and Adjusted EPS, Excluding the Effects of Foreign Currency[1]

| (millions of U.S. dollars, except margins and per share amounts) | 2020 | 2019 | Total | Foreign Currency | Constant Currency |
|---|---|---|---|---|---|
| **Adjusted EBITDA** | | | | | |
| Legal Professionals | **245** | 215 | **14%** | **1%** | **13%** |
| Corporates | **105** | 98 | **7%** | **1%** | **6%** |
| Tax & Accounting Professionals | **145** | 134 | **9%** | **(1%)** | **10%** |
| "Big 3" Segments Combined | **495** | 447 | **11%** | | **11%** |
| Reuters News | **6** | 10 | **(41%)** | **(7%)** | **(34%)** |
| Global Print | **61** | 77 | **(21%)** | **1%** | **(22%)** |
| Corporate costs | **(37)** | (138) | **n/a** | **n/a** | **n/a** |
| **Consolidated adjusted EBITDA** | **525** | 396 | **33%** | **1%** | **32%** |
| **Adjusted EBITDA margin** | | | | | |
| Legal Professionals | **37.5%** | 34.5% | **300bp** | **30bp** | **270bp** |
| Corporates | **31.1%** | 30.0% | **110bp** | **40bp** | **70bp** |
| Tax & Accounting Professionals | **51.1%** | 48.7% | **240bp** | **40bp** | **200bp** |
| "Big 3" Segments Combined | **38.8%** | 36.5% | **230bp** | **20bp** | **210bp** |
| Reuters News | **3.9%** | 6.5% | **(260)bp** | **(20)bp** | **(240)bp** |
| Global Print | **34.6%** | 39.4% | **(480)bp** | **50bp** | **(530)bp** |
| Corporate costs | **n/a** | n/a | **n/a** | **n/a** | **n/a** |
| **Consolidated adjusted EBITDA margin** | **32.5%** | 25.0% | **750bp** | **20bp** | **730bp** |
| **Consolidated operating expenses** | **1,098** | 1,193 | **(8%)** | **—** | **(8%)** |
| **Consolidated adjusted EPS** | **$0.54** | $0.37 | **46%** | **3%** | **43%** |

(Three months ended December 31 — Change)

(1) Growth percentages and adjusted EBITDA margins are computed using whole dollars. Accordingly, percentages and margins calculated from reported amounts may differ from those presented, and components of growth may not total due to rounding.

Page 79

TR-0037533

Table of Contents

Thomson Reuters Annual Report 2020

### Reconciliation of Changes in Adjusted EBITDA and the Related Margin, and Consolidated Operating Expenses and Adjusted EPS, Excluding the Effects of Foreign Currency[1]

| | | | Year ended December 31, | | |
| | | | | Change | |
| (lions of U.S. dollars, except margins and per share amounts) | 2020 | 2019 | Total | Foreign Currency | Constant Currency |
|---|---|---|---|---|---|
| **Adjusted EBITDA** | | | | | |
| Legal Professionals | 1,001 | 895 | 12% | – | 12% |
| Corporates | 460 | 412 | 12% | – | 11% |
| Tax & Accounting Professionals | 330 | 318 | 4% | (2%) | 6% |
| "Big 3" Segments Combined | 1,791 | 1,625 | 10% | – | 10% |
| Reuters News | 73 | 68 | 7% | 8% | (1%) |
| Global Print | 242 | 294 | (18%) | – | (18%) |
| Corporate costs | (131) | (494) | n/a | n/a | n/a |
| **Consolidated adjusted EBITDA** | 1,975 | 1,493 | 32% | – | 32% |
| | | | | | |
| **Adjusted EBITDA margin** | | | | | |
| Legal Professionals | 39.5% | 36.8% | 270bp | 20bp | 250bp |
| Corporates | 33.7% | 31.5% | 220bp | 40bp | 180bp |
| Tax & Accounting Professionals | 39.5% | 37.6% | 190bp | 30bp | 160bp |
| "Big 3" Segments Combined | 37.8% | 35.4% | 240bp | 30bp | 210bp |
| Reuters News | 11.7% | 10.9% | 80bp | 90bp | (10)bp |
| Global Print | 39.0% | 42.5% | (350)bp | 40bp | (390)bp |
| Corporate costs | n/a | n/a | n/a | n/a | n/a |
| **Consolidated adjusted EBITDA margin** | 33.0% | 25.3% | 770bp | 10bp | 760bp |
| **Consolidated operating expenses** | 3,999 | 4,413 | (9%) | (1%) | (8%) |
| **Consolidated adjusted EPS** | $1.85 | $1.29 | 43% | – | 43% |

(1) Growth percentages adjusted EBITDA margins are computed using whole dollars  Accordingly, percentages and margins calculated from reported amounts may differ from those presented, and components of growth may not total due to rounding.

TR-0037534

Table of Contents

Thomson Reuters Annual Report 2020

# Appendix C

## Information about Refinitiv

At December 31, 2020, our company owned a 45% interest in Refinitiv, which was formerly our wholly owned F&R business. 55% of Refinitiv was owned by private equity funds affiliated with Blackstone. Our IFRS results include our 45% share of Refinitiv's results reported in a single line item on our consolidated income statement titled "Share of post-tax losses in equity method investments." Our non-IFRS measures, including adjusted earnings, exclude our share of post-tax results in Refinitiv and other equity method investments.

The table below sets forth selected financial information for 100% of Refinitiv for the three months and year ended December 31, 2020 and 2019 on both an IFRS and non-IFRS basis. Refinitiv reports on a U.S. GAAP basis and provides a reconciliation to IFRS in accordance with Thomson Reuters' accounting policies. A reconciliation from the IFRS measures to the related non-IFRS measures is included in this appendix.

On January 29, 2021, we and private equity funds affiliated with Blackstone sold Refinitiv to LSEG in an all share transaction.

The following information, which has been provided by Refinitiv, is unaudited.

| | Three months ended December 31, | | | | Year ended December 31, | | | |
| | | | Change | | | | Change | |
| (millions of U.S. dollars, except margins) | 2020 | 2019 | Total | Before Currency & Excluding Businesses Disposed | 2020 | 2019 | Total | Before Currency & Excluding Businesses Disposed |
|---|---|---|---|---|---|---|---|---|
| **IFRS Measures** | | | | | | | | |
| Revenues | 1,677 | 1,576 | 6% | 4% | 6,513 | 6,250 | 4% | 4% |
| | | | | | | | | |
| Net loss | (329) | (77) | | | (1,137) | (1,278) | | |
| Cash flow from operations | 354 | 256 | | | 1,287 | 733 | | |
| Capital expenditures, less proceeds from disposals | 109 | 94 | | | 584 | 513 | | |
| Debt at December 31, 2020 and 2019 | | | | | 14,678 | 13,877 | | |
| | | | | | | | | |
| **Non-IFRS Measures** | | | | | | | | |
| Adjusted EBITDA | 665 | 553 | | | 2,539 | 2,208 | | |
| Adjusted EBITDA margin | 39.7% | 35.1% | | | 39.0% | 35.3% | | |
| Free cash flow | 233 | 147 | | | 669 | 106 | | |

Page 81

**TR-0037535**

Thomson Reuters Annual Report 2020

The following reconciliations of IFRS measures to non-IFRS measures is based on Refinitiv's definition of non-GAAP measures, which is not the same as the definitions used by Thomson Reuters.

### Reconciliation of Net Loss to Adjusted EBITDA

| (millions of U.S. dollars, except margins) | Three months ended December 31, | | Year ended December 31, | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Net loss | (329) | (77) | (1,137) | (1,278) |
| Adjustments to remove: | | | | |
| Tax expense (benefit) | 20 | (92) | 59 | (114) |
| Finance costs | 299 | 102 | 1,009 | 1,176 |
| Depreciation and amortization | 548 | 470 | 2,022 | 1,901 |
| EBITDA | 538 | 403 | 1,953 | 1,685 |
| Adjustments to remove: | | | | |
| Share of post-tax earnings in equity method investments | – | (1) | – | (2) |
| Other operating losses | 40 | 22 | 94 | 2 |
| Fair value adjustments | (7) | 4 | 23 | 49 |
| Share-based compensation | 10 | 11 | 36 | 53 |
| Transformation-related costs | 84 | 114 | 433 | 421 |
| Adjusted EBITDA | 665 | 553 | 2,539 | 2,208 |
| Adjusted EBITDA margin | 39.7% | 35.1% | 39.0% | 35.3% |

### Reconciliation of Net Cash Provided by Operating Activities to Free Cash Flow

| (millions of U.S. dollars) | Three months ended December 31, | | Year ended December 31 | |
|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 |
| Net cash provided by operating activities | 354 | 256 | 1,287 | 733 |
| Capital expenditures, less proceeds from disposals | (109) | (94) | (584) | (513) |
| Other investing activities | – | – | 1 | 1 |
| Dividends paid to non-controlling interests | (12) | (15) | (35) | (115) |
| Free cash flow | 233 | 147 | 669 | 106 |

Page 82

# Appendix D

## Calculation of Return on Invested Capital (ROIC)

We calculate ROIC as adjusted operating profit after net taxes paid expressed as a percentage of the average invested capital during the period. Invested capital represents our net operating assets that contribute to, or arise from, our post-tax adjusted operating profit.

The following table provides the calculation of our ROIC for 2020 and 2019.

| (millions of U.S. dollars) | 2020 | 2019 |
|---|---|---|
| **Calculation of adjusted operating profit after taxes** | | |
| Operating profit | 1,929 | 1,199 |
| Adjustments to remove: | | |
| Amortization of other identifiable intangible assets | 123 | 114 |
| Fair value adjustments | (10) | |
| Other operating gains, net | (736) | (423) |
| Adjusted operating profit – continuing operations | 1,306 | 890 |
| Net cash taxes paid on continuing operations | (52) | (268) |
| Post-tax adjusted operating profit- continuing operations | 1,254 | 622 |
| Post-tax adjusted operating loss- discontinued operations | (3) | (49) |
| Consolidated post-tax adjusted operating profit | 1,251 | 573 |
| **Calculation of invested capital** | | |
| Trade and other receivables | 1,151 | 1,167 |
| Prepaid expenses and other current assets | 425 | 546 |
| Property and equipment, net | 545 | 615 |
| Computer software, net | 830 | 900 |
| Other identifiable intangible assets (excludes accumulated amortization) | 6,020 | 6,007 |
| Goodwill[1] | 4,996 | 4,875 |
| Payables, accruals and provisions | (1,410) | (1,373) |
| Deferred revenue | (866) | (833) |
| Total invested capital[2] | 11,691 | 11,904 |
| Average invested capital | 11,798 | 11,305 |
| **Return on invested capital** | 10.6% | 5.1% |

(1) Goodwill excludes deferred tax impact of approximately $1.0 billion in 2020 and 2019, respectively, arising from acquisition accounting
(2) Invested capital excludes other financial assets and liabilities, including cash and debt; equity method investments; other non-current assets; deferred taxes; and provisions and other non-current liabilities, which are largely comprised of defined benefit plan obligations

ROIC increased to 10.6% in 2020 from 5.1% in 2019, primarily due to the increase in operating profit. In 2019, ROIC was impacted by $370 million of stranded and one-time costs and investments to reposition our company following the separation from Refinitiv, $180 million of one-time cash taxes paid, and $49 million of discontinued operations. Excluding these items, ROIC in 2019 was 10.3%.

We measure our ROIC to assess, over the long term, our ability to create value for our shareholders. Our goal is to increase this return over the long term by using our capital to invest in areas with high returns and realizing operating efficiencies to further enhance our profitability.

TR-0037537

## Appendix E

### Critical Accounting Estimates and Judgments

The preparation of financial statements requires management to make estimates and judgments about the future. Estimates and judgments are continually evaluated and are based on historical experience and other factors, including future events that are believed to be reasonable under the circumstances. Accounting estimates will, by definition, seldom equal the actual results. Due to the significant uncertainty about the duration and impact of the global economic crisis caused by the COVID-19 pandemic, some of management's estimates and judgments may be more variable and may change materially in the future. The following discussion sets forth management's:

Most critical estimates and assumptions in determining the value of assets and liabilities; and

Most critical judgments in applying accounting policies.

### Critical accounting estimates and assumptions

#### Allowance for doubtful accounts and sales adjustments

We must make an assessment of whether accounts receivable are collectible from customers. Accordingly, we establish an allowance for estimated losses arising from non-payment and other sales adjustments, taking into consideration customer creditworthiness, current economic trends, experience and expected credit losses. If future collections differ from estimates, future earnings would be affected. At December 31, 2020, the combined allowances were $73 million, or 6%, of the gross trade accounts receivable balance of $1.2 billion. An increase to the reserve based on 1% of accounts receivable would have decreased pre-tax earnings by approximately $12 million for the year ended December 31, 2020.

#### Computer software

Computer software represented $0.8 billion of total assets in the consolidated statement of financial position at December 31, 2020. A significant portion of ongoing expenditures relate to software that is developed as part of electronic databases, delivery systems and internal infrastructures, and, to a lesser extent, software licensed directly to customers. As part of the software development process, we must estimate the expected period of benefit over which capitalized costs should be amortized. The basis of these estimates includes the timing of technological obsolescence, economic and competitive pressures, historical experience and internal business plans for the use of the software. Due to rapidly changing technology and the uncertainty of the software development process itself, future results could be affected if our current assessment of our software projects differs from actual performance.

#### Other identifiable intangible assets and goodwill

Other identifiable intangible assets and goodwill represented $3.4 billion and $6.0 billion, respectively, of total assets in the consolidated statement of financial position at December 31, 2020. Other identifiable intangible assets and goodwill arise out of business combinations. Business combinations are accounted for under the acquisition method of accounting, which requires us to identify and attribute values to the intangible assets acquired based on their estimated fair value as well as to estimate their useful lives. These determinations involve significant estimates and assumptions regarding cash flow projections, economic risk and weighted-average cost of capital. The excess of acquisition cost over the fair value of identifiable net assets acquired is recorded as goodwill.

Subsequent to acquisition, we test other identifiable intangible assets and goodwill for impairment as required. The outcome of these tests is highly dependent on our latest estimates and assumptions regarding cash flow projections, economic risk and weighted-average cost of capital. Specifically, cash flow projections could be impacted by deterioration in macroeconomic conditions, including potential impacts of regulation on customers, changes in customer buying patterns or competitive pressures. Our assumption of perpetual growth could be impacted by changes in long-term outlooks for global inflation. Additionally, the discount rate, tax rate and revenue or EBITDA multiples used in various impairment tests are based on those for comparable companies, which are driven by market conditions and prevailing tax laws.

Table of Contents

If future events or results differ adversely from the estimates and assumptions made at acquisition or as part of subsequent impairment tests, we could record increased amortization or impairment charges in the future.

We performed our annual goodwill impairment test as of October 1, 2020. No goodwill impairment was recorded as the estimated fair value less costs of disposal of each CGU exceeded their carrying values by more than 100%. We performed the test for each group of CGUs to which goodwill was allocated and monitored by management at the date of the test. The valuation techniques, significant assumptions and sensitivities applied in the goodwill impairment test are described below.

In the 2019 impairment test, the fair value less costs of disposal for each CGU exceeded their respective carrying values by over 100%. As allowed under IAS 36, *Impairment of Assets,* the company did not re-estimate the recoverable value of these CGUs for the 2020 impairment test because management concluded that no events or changes in circumstances indicated that the carrying value of these CGUs might not be recoverable. While Reuters News was a CGU in 2019, it was not subject to a separate annual impairment test because it did not contain goodwill. However, a recoverable value was computed for Reuters News as part of the 2019 test to assess indefinite lived intangible assets. The valuation techniques, significant assumptions and sensitivities described below relate to the recoverable values determined in the 2019 impairment test.

**Valuation Techniques**

The selection and application of valuation techniques and the determination of significant assumptions requires judgment. An impairment of goodwill occurs when the recoverable amount of a CGU is below the carrying value of the CGU. The recoverable amount is the higher of a CGU's fair value less costs of disposal or its value in use. As with previous impairment tests, the recoverable value of each CGU was based on fair value less costs of disposal, using a weighted average of the income approach and market approach. IFRS 13, *Fair Value Measurement,* defines fair value as a market-based measurement rather than an entity-specific measurement. Therefore, the fair value of the CGU must be measured using the assumptions that market participants would use rather than those related specifically to us. In particular, the discount and tax rates used in the income approach reflect market participant assumptions. To calculate these market participant assumptions, publicly available data was gathered from companies operating in businesses similar to each CGU, which includes key competitors. As certain inputs to the valuation are not based on observable market data, the recoverable value of each CGU is categorized in Level 3 of the fair value measurement hierarchy.

**Income approach**

The income approach is predicated upon the value of the future cash flows that a business will generate. We used the discounted cash flow (DCF) method, which involves projecting cash flows and converting them into a present value equivalent through discounting. The discounting process uses a rate of return that is commensurate with the risk associated with the business and the time value of money. This approach requires assumptions about revenue growth rates, operating margins, capital expenditures, tax rates and discount rates.

**Market approach**

The market approach assumes that companies operating in the same industry will share similar characteristics and that company values will correlate to those characteristics. Therefore, a comparison of a CGU to similar companies whose financial information is publicly available may provide a reasonable basis to estimate fair value. Under the market approach, fair value is calculated based on revenue or EBITDA multiples of benchmark companies comparable to the businesses in each CGU. Data for the benchmark companies was obtained from publicly available information.

**Significant Assumptions**

**Weighting of Valuation Techniques**

We weighted the results of the two valuation techniques noted above, consistently applied to each CGU, as follows: 60% income approach/40% market approach. We believe that given volatility in capital markets, it is appropriate to apply a heavier weighting to the income approach.

TR-0037539

**Cash Flow Projections**

Cash flow projections were based on our internal budget. We projected cash flows for a period of three years and applied a perpetual growth rate thereafter, as prescribed by IAS 36. To project cash flows for the three-year period, we considered growth in revenues and costs as well as capital expenditures. In preparing our projections, we considered past experience, economic trends such as GDP growth and inflation as well as industry and market trends. The projections also considered the expected impact from efficiency initiatives, new product launches, customer retention, as well as the maturity of the markets in which each business operates.

**Discount Rate**

We assumed a discount rate to calculate the present value of our projected cash flows. The discount rate represented a weighted-average cost of capital (WACC) for comparable companies operating in similar industries as the applicable CGU, based on publicly available information. The WACC is an estimate of the overall required rate of return on an investment for both debt and equity owners and serves as the basis for developing an appropriate discount rate. Determination of the WACC requires separate analysis of the cost of equity and the cost of debt. The cost of equity reflects the long-term risk-free interest rate associated with U.S. Treasury bonds and considers a risk premium based on an assessment of risks related to the projected cash flows of each CGU.

Lower discount rates were applied to CGUs whose cash flows are expected to be less volatile due to factors such as the maturity of the market they serve and their market position. Higher discount rates were applied to CGUs whose cash flows are expected to be more volatile due to competition or participation in less stable geographic markets.

**Tax Rate**

The tax rates applied to the projections were based on effective tax rates of comparable companies operating in similar industries as the applicable CGU, based on publicly available information, or statutory tax rates. Tax assumptions are sensitive to changes in tax laws and the jurisdictions in which profits are earned.

The key assumptions used in performing the impairment test, by CGU, are presented below:

| Cash-Generating Unit | Perpetual growth rate[1] | Discount rate | Tax rate |
|---|---|---|---|
| Legal Professionals | 2.5% | 7.0% | 25.6% |
| Corporates | 2.5% | 8.0% | 25.9% |
| Tax & Accounting Professionals | 3.0% | 8.5% | 26.8% |
| Reuters News | 2.5% | 9.0% | 20.8% |
| Global Print | (4.4%) | 9.0% | 25.8% |

(1) The perpetual growth rate is applied to the final year of cash flow projections.

**Results and Sensitivities**

The fair value for each CGU exceeded its carrying value by over 100%. Therefore, the sensitivity analysis demonstrated that no reasonably possible change in the perpetual growth, discount rate or income tax assumptions would cause the carrying amounts of any CGU to exceed its recoverable amount.

**Equity Method Investments and Related Warrants**

Equity method investments represented $1.1 billion of total assets in the consolidated statement of financial position at December 31, 2020 and consisted primarily of our former 45% investment in Refinitiv. The carrying amount of equity method investees is assessed for impairment whenever events or changes in circumstances indicate that its carrying value may not be recoverable and at the end of each reporting period for indicators of impairment. Additionally, the terms of our former investment in Refinitiv included warrants that provided for the exchange of value between private equity funds affiliated with Blackstone and our company at the time of an initial public offering (IPO) or change in control of Refinitiv, depending on the value of Refinitiv at that date. These warrants were a derivative instrument that were accounted for at fair value each reporting period.

TR-0037540

On August 1, 2019, the company and private equity funds affiliated with Blackstone agreed to sell Refinitiv to LSEG for a value that was substantially in excess of the carrying value of the company's investment. On January 29, 2021, the sale of Refinitiv to LSEG was completed (see the "Executive Summary – Sale of Refinitiv to LSEG" section of this management's discussion and analysis for more information), however this event was not considered an adjusting subsequent event for purposes of valuing the warrants at December 31, 2020. The value of the warrants at December 31, 2020 reflected the entry into a definitive agreement for the sale of the Refinitiv business on August 1, 2019. As such, the value at each date was primarily based on the number of incremental shares in Refinitiv to which the company was contractually entitled upon closing and the share price of LSEG on December 31, 2020. The valuation also incorporated (on a weighted-average basis) other outcomes based on the likelihood of the transaction closing using a Monte Carlo simulation approach, which required key inputs such as the estimated equity value of Refinitiv; the capitalization structure of Refinitiv; the expected volatility; the risk-free rate of return; annual dividends or distributions; and assumptions about the timing of a liquidity event.

We held other equity investments at December 31, 2020 aggregating $0.2 billion in a variety of industries, including real estate, technology and media, which could become impaired in the future due to the uncertainty of economic conditions.

**Employee future benefits**

We sponsor defined benefit plans providing pension and other post-employment benefits to covered employees. The determination of benefit expense associated with employee future benefits requires assumptions such as the discount rate, which is used to measure service cost, benefit plan obligations and the net interest income (expense) on the net benefit plan assets (obligations). Other significant assumptions include expected mortality, the expected rate of increase with respect to future compensation and pension payments as well as the expected healthcare cost trend rate. Because the determination of the cost and obligations associated with employee future benefits requires the use of various assumptions, there is measurement uncertainty inherent in the actuarial valuation process. Actual results will differ from results which are estimated based on assumptions. In December 2020, we amended our most significant defined benefit plan such that employees will stop accruing benefits on January 1, 2023. This amendment will eliminate the need for management to make assumptions about future compensation after that date.

**Discount rate**

The discount rate was based on current market interest rates of high-quality, fixed-rate debt securities adjusted to reflect the duration of expected future cash outflows for pension benefit payments. To estimate the discount rate, we used a hypothetical yield curve that represented yields on high quality zero-coupon bonds with durations that mirrored the expected payment stream of the benefit obligation. For the Thomson Reuters Group Pension Plan (TRGP) and The Thomson Corporation PLC Pension Scheme (TTC) plans combined, a 0.25% increase or decrease in the discount rate would have decreased or increased the defined benefit obligation by approximately $160 million as of December 31, 2020.

**Rates of inflation, increase in salaries and pension payments**

The rate of inflation, which impacts increases in eligible U.K. pension payments, was determined by reference to consumer and retail price indices. For the TTC plan, a 0.25% increase or decrease in the rate of increase in pension payments would have increased or decreased the defined benefit obligation by approximately $25 million. Given the freezing of the TRGP plan effective January 1, 2023, the rate of increase in salaries assumption no longer has a material impact on the defined benefit obligation sensitivity analysis.

**Medical cost trend**

The medical cost trend is based on our actuarial medical claims experience and future projections of medical costs. The average medical cost trend rate used was 7.5% for 2020, which is reduced gradually to 4.8% in 2032. A 1% increase or decrease in the trend rate would have resulted in an increase or decrease in the benefit obligation for post-retirement benefits of approximately $6 million at December 31, 2020.

TR-0037541

**Mortality assumptions**

The mortality assumptions used to assess the defined benefit obligation as of December 31, 2020 are based on the following:

    TRGP: Pri-2012/MP-2020 Generational Table; and

    TTC plan: SAPS S3 Light Tables with allowances for plan demographic specifics and longevity improvements.

For the TRGP and the TTC plans combined, an increase in life expectancy of one year across all age groups would have increased the defined benefit obligation by approximately $100 million as of December 31, 2020.

**Income taxes**

We compute an income tax provision in each of the jurisdictions in which we operate. These income tax provisions include amounts that are based upon our estimates and assumptions regarding prices and values used to record intercompany transactions. Actual amounts of income tax expense only become final upon filing and acceptance of the tax return by the relevant authorities, which occurs subsequent to the issuance of the financial statements. Additionally, estimation of income taxes includes evaluating the recoverability of deferred tax assets based on an assessment of the ability to use the underlying future tax deductions before they expire against future taxable income. The assessment is based upon existing tax laws and estimates of future taxable income. To the extent estimates differ from the final tax return, earnings would be affected in a subsequent period.

In interim periods, the income tax provision is based on estimates of full-year earnings by jurisdiction. The average annual effective income tax rates are re-estimated at each interim reporting date. To the extent that forecasts differ from actual results, adjustments are recorded in subsequent periods.

We record deferred tax assets in connection with the intercompany transfer of certain operations. The determination of these assets requires management to make significant estimates and assumptions about the fair value of the related operations. Critical estimates include, but are not limited to, internal revenue and expense forecasts and discount rates, while critical assumptions include those regarding macroeconomic conditions and prevailing tax laws. The discount rates used in the income method to reduce expected future cash flows to present value are derived from a weighted-average cost of capital analysis and are adjusted to reflect the inherent risks related to the cash flow. Although we believe our assumptions and estimates are reasonable and appropriate, they are based in part on historical experience and are inherently uncertain. Unanticipated events and circumstances may occur that could differ adversely from our assumptions and estimates, which could require the company to reduce its deferred tax assets in future periods.

Our 2020 effective income tax rate on earnings from continuing operations was 5.8%. In 2019, the effective income tax rate on earnings from continuing operations was not meaningful due to the impact of the $1.2 billion tax benefit associated with the reorganization of certain foreign operations. A 1% increase in the effective income tax rate would have increased 2020 income tax expense and decreased earnings from continuing operations by approximately $12 million.

## Critical judgments in applying accounting policies

**Revenue recognition**

To determine the appropriate revenue recognition for our products and services, management must assess whether multiple products and services in customer contracts are distinct performance obligations that should be accounted for separately, or whether they must be accounted for together. In making the determination, management considers, for example, whether we regularly sell a good or service separately, or whether the goods or services are highly interrelated. Management must also determine the standalone selling price (SSP) for each distinct performance obligation. We typically have more than one SSP for individual products and services due to the stratification of our offerings by customer. As a result, management determines the SSP taking into consideration market conditions and other factors, including the value of our contracts, the product or service sold, the customer's market, geographic location, and the number and types of users in each contract. Finally, management must also estimate the period over which to amortize assets arising from incremental costs of obtaining a contract. As management estimates that this period corresponds to the period over which a customer benefits from existing technology in the underlying product or service, this judgment is closely linked with the determination of software amortization periods.

TR-0037542

**Uncertain tax positions**

We are subject to taxation in numerous jurisdictions and we are routinely under audit by many different taxing authorities in the ordinary course of business. There are many transactions and calculations during the course of business for which the ultimate tax determination is uncertain, as taxing authorities may challenge some of our positions and propose adjustments or changes to our tax filings. As a result, we maintain provisions for uncertain tax positions that we believe appropriately reflect our risk. These provisions are made using our best estimate of the amount expected to be paid based on a qualitative assessment of all relevant factors. When appropriate, we perform an expected value calculation to determine our provisions. We review the adequacy of these provisions at the end of each reporting period and adjust them based on changing facts and circumstances. Due to the uncertainty associated with tax audits, it is possible that at some future date, liabilities resulting from such audits or related litigation could vary significantly from our provisions. Where the outcome of these tax-related matters is different from the amounts that were initially recorded, such differences will affect the tax provisions in the period in which such determination is made. At December 31, 2020, the liability associated with uncertain tax positions was $228 million and is primarily included within "Payables, accruals and provisions" on the consolidated statement of financial position.

**Unrecognized Deferred Tax Assets**

Deferred tax assets are recognized to the extent it is probable that taxable profits will be available against which the deductible temporary differences can be utilized, and are reduced to the extent that it is not probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered. In evaluating deferred tax assets, management must make judgments to assess the future taxable profits and likely outcomes of unresolved tax audits associated with the relevant jurisdictions. As of December 31, 2020, we recorded deferred tax assets of $1,801 million and disclosed unrecognized deferred tax assets of $1,188 million in note 23 of our 2020 annual consolidated financial statements.

TR-0037543

Thomson Reuters Annual Report 2020

# Appendix F

## Selected Annual Information

The following table summarizes selected annual information for 2020, 2019 and 2018.

| (millions of U.S. dollars, except per share amounts) | For the years ended and as at December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| **IFRS Consolidated Income Statement Data** | | | |
| Revenues | 5,984 | 5,906 | 5,501 |
| Operating profit | 1,929 | 1,199 | 780 |
| Earnings from continuing operations | 1,149 | 1,570 | 164 |
| (Loss) earnings from discontinued operations, net of tax | (27) | (6) | 3,859 |
| Net earnings | 1,122 | 1,564 | 4,023 |
| Earnings attributable to common shareholders | 1,122 | 1,564 | 3,933 |
| Basic earnings per share from continuing operations | $2.31 | $3.13 | $0.25 |
| Basic (loss) earnings per share from discontinued operations | $(0.06) | $(0.01) | $5.64 |
| Basic earnings per share | $2.25 | $3.12 | $5.89 |
| Diluted earnings per share from continuing operations | $2.30 | $3.12 | $0.24 |
| Diluted (loss) earnings per share from discontinued operations | $(0.05) | $(0.01) | $5.64 |
| Diluted earnings per share | $2.25 | $3.11 | $5.88 |
| **IFRS Consolidated Statement of Financial Position Data:** | | | |
| Total assets | 17,881 | 17,295 | 17,018 |
| Total long-term financial liabilities[1] | 3,996 | 2,932 | 3,292 |
| **Dividend Data:** | | | |
| Dividends per Thomson Reuters Corporation common share (US$) | $1.52 | $1.44 | $1.385 |
| Dividends per Thomson Reuters Corporation Series II preference share (C$) | C$0.49 | C$0.69 | C$0.63 |

(1) Comprised of "Long-term indebtedness" and "Other financial liabilities" classified as non-current in our consolidated statement of financial position.

**Revenues** increased over the three-year period due to growth in recurring revenues driven by our Legal Professionals, Corporates and Tax & Accounting Professionals customer segments, and new revenues within Reuters News from providing news and editorial content to Refinitiv since October 1, 2018. Global Print and transactions revenues declined over the three-year period. Currency had a slightly negative impact on revenue over the period.

**Operating profit** increased in 2020 from lower costs due to the completion of the repositioning of our company in 2019 following the closing of the F&R transaction and our 2020 COVID-19 related cost mitigation efforts. 2020 also benefited from a significant gain from the sale of an investment and a gain from an amendment to a pension plan. Both 2020 and 2019 reflected benefits from the revaluation of warrants that we held in Refinitiv related to the sale of Refinitiv to LSEG. The 2019 and 2108 periods included significant costs and investments to reposition Thomson Reuters following the separation of Refinitiv from the company.

**Earnings from continuing operations** decreased in 2020 as 2019 included a $1.2 billion deferred tax benefit associated with the reorganization of certain foreign operations. Earnings from continuing operations during the three-year period also reflected the changes in operating profit and our share of post-tax losses from our former 45% investment in Refinitiv since October 1, 2018.

**(Loss) earnings from discontinued operations, net of tax** included a $3.4 billion gain on the sale of 55% of our F&R business in 2018.

**Total assets** increased in 2020 primarily due to higher cash and cash equivalents, which reflected net proceeds from the sale of an investment and higher cash flow from operations.

**Total long-term financial liabilities** increased in 2020 due to the long-term notes we issued in May 2020.

TR-0037544

Thomson Reuters Annual Report 2020

## Appendix G

### Quarterly Information (unaudited)

The following table presents a summary of our consolidated operating results for the eight most recent quarters.

| (Millions of U.S. dollars, except per share amounts) | Quarters ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | December 31, 2020 | September 30, 2020 | June 30, 2020 | March 31, 2020 | December 31, 2019 | September 30, 2019 | June 30, 2019 | March 31, 2019 |
| Revenues | 1,616 | 1,443 | 1,405 | 1,520 | 1,583 | 1,413 | 1,423 | 1,487 |
| Operating profit | 956 | 318 | 365 | 290 | 216 | 262 | 447 | 274 |
| Earnings (loss) from continuing operations | 587 | 240 | 131 | 191 | 1,321 | (72) | 207 | 114 |
| (Loss) earnings from discontinued operations, net of tax | (25) | 1 | (5) | 2 | 3 | 28 | (27) | (10) |
| Net earnings (loss) | 562 | 241 | 126 | 193 | 1,324 | (44) | 180 | 104 |
| Earnings (loss) attributable to common shareholders | 562 | 241 | 126 | 193 | 1,324 | (44) | 180 | 104 |
| **Basic earnings (loss) per share** | | | | | | | | |
| From continuing operations | $1.18 | $0.48 | $0.26 | $0.38 | $2.64 | $(0.14) | $0.41 | $0.23 |
| From discontinued operations | (0.05) | - | (0.01) | 0.01 | 0.01 | 0.05 | (0.05) | (0.02) |
| | $1.13 | $0.48 | $0.25 | $0.39 | $2.65 | $(0.09) | $0.36 | $0.21 |
| **Diluted earnings (loss) per share** | | | | | | | | |
| From continuing operations | $1.18 | $0.48 | $0.26 | $0.38 | $2.63 | $(0.14) | $0.41 | $0.22 |
| From discontinued operations | (0.05) | - | (0.01) | 0.01 | 0.01 | 0.05 | (0.05) | (0.02) |
| | $1.13 | $0.48 | $0.25 | $0.39 | $2.64 | $(0.09) | $0.36 | $0.20 |

**Revenues** – Our revenues do not tend to be significantly impacted by seasonality as we record a large portion of our revenues ratably over a contract term. However, our revenues from quarter to consecutive quarter can be impacted by the release of certain tax products, which tend to be concentrated in the fourth quarter and, to a lesser extent, in the first quarter of the year. Revenues in second quarter of 2020 were negatively impacted by delayed print shipments and timing of pay-per-return revenues in our Tax & Accounting Professionals segment, both due to the COVID-19 pandemic. Foreign currency had a slightly negative impact on our revenues for most of the eight-quarter period. Acquisitions positively impacted revenues beginning in the third quarter of 2019 when we acquired HighQ and Confirmation, but the impact was partly offset by the loss of revenues from certain businesses that we sold.

**Operating profit** – Similarly, our operating profit does not tend to be significantly impacted by seasonality, as most of our operating expenses are fixed. As a result, when our revenues increase, we become more profitable, and when our revenues decline, we become less profitable. In 2020, operating profit benefited from lower costs due to the completion of the repositioning of our company in 2019 following the closing of the F&R transaction in October 2018 and, beginning with the second quarter of 2020, our COVID-19 related cost mitigation efforts. In the fourth quarter of 2020, operating profit also benefited from a significant gain from the sale of an investment and a gain from an amendment to a pension plan. In 2019, our operating profit was significantly impacted by costs and investments to reposition our business. In the third quarter of 2019, operating profit also benefited from a significant gain on the revaluation of warrants that we held in our former Refinitiv investment.

**Net earnings** – The increase in net earnings in the fourth quarter of 2019 was due to a $1.2 billion deferred tax benefit associated with the reorganization of certain foreign operations.

TR-0037545

## Appendix H

### Guarantor Supplemental Financial Information

The following tables set forth consolidating summary financial information in connection with the full and unconditional guarantee by Thomson Reuters Corporation and three U.S. subsidiary guarantors, which are also indirect 100%-owned and consolidated subsidiaries of Thomson Reuters Corporation (referred to as the Guarantor Subsidiaries), of any debt securities issued by TR Finance LLC under a trust indenture to be entered into between Thomson Reuters Corporation, TR Finance LLC, the Guarantor Subsidiaries, Computershare Trust Company of Canada, and Deutsche Bank Trust Company Americas. TR Finance LLC is an indirect 100%-owned subsidiary of Thomson Reuters Corporation and was formed with the sole purpose of issuing debt securities. TR Finance LLC has no significant assets or liabilities, as well as no subsidiaries or ongoing business operations of its own. See the "Liquidity and Capital Resources" section of this management's discussion and analysis for additional information.

The tables below contain condensed consolidating financial information for the following:

Parent – Thomson Reuters Corporation, the direct or indirect owner of all of its subsidiaries

Subsidiary Issuer – TR Finance LLC

Guarantor Subsidiaries on a combined basis

Non-Guarantor Subsidiaries – Other subsidiaries of Thomson Reuters Corporation on a combined basis that will not guarantee TR Finance LLC debt securities

Eliminations – Consolidating adjustments

Thomson Reuters on a consolidated basis

The Guarantor Subsidiaries referred to above are comprised of the following indirect 100%-owned and consolidated subsidiaries of Thomson Reuters Corporation:

Thomson Reuters Applications Inc., which operates part of the company's Legal Professionals, Tax & Accounting Professionals and Corporates businesses;

Thomson Reuters (Tax & Accounting) Inc., which operates part of the company's Tax & Accounting Professionals business; and

West Publishing Corporation, which operates part of the company's Legal Professionals, Corporates and Global Print businesses.

Thomson Reuters Corporation accounts for its investments in subsidiaries using the equity method for purposes of the condensed consolidating financial information. Where subsidiaries are members of a consolidated tax filing group, Thomson Reuters Corporation allocates income tax expense pursuant to the tax sharing agreement among the members of the group, including application of the percentage method whereby members of the consolidated group are reimbursed for losses when they occur, regardless of the ability to use such losses on a standalone basis. We believe that this allocation is a systematic, rational approach for allocation of income tax balances. Adjustments necessary to consolidate the Parent, Guarantor Subsidiaries and Non-Guarantor Subsidiaries are reflected in the "Eliminations" column.

This basis of presentation is not intended to present the financial position of Thomson Reuters Corporation and the results of its operations for any purpose other than to comply with the specific requirements for guarantor reporting and should be read in conjunction with our consolidated financial statements for the year ended December 31, 2020 and 2019, as well as this 2020 annual management's discussion and analysis, which are included in this annual report.

The following condensed consolidating financial information is provided in compliance with the requirements of Section 13.4 of National Instrument 51-102 - *Continuous Disclosure Obligations* providing for an exemption for certain credit support issuers. Thomson Reuters Corporation has also elected to provide the following supplemental financial information in accordance with Article 13 of Regulation S-X, as adopted by the SEC on March 2, 2020 and set forth in SEC Release No. 33-10762.

TR-0037546

The following condensed consolidating financial information has been prepared in accordance with IFRS, as issued by the IASB and is unaudited.

## CONDENSED CONSOLIDATING INCOME STATEMENT

| (millions of U.S. dollars) | Parent | Subsidiary Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | **Year ended December 31, 2020** | | | |
| **CONTINUING OPERATIONS** | | | | | | |
| Revenues | - | - | **4,222** | **3,215** | (1,453) | **5,984** |
| Operating expenses | (12) | - | **(3,680)** | **(1,760)** | 1,453 | **(3,999)** |
| Depreciation | - | - | **(74)** | **(110)** | - | **(184)** |
| Amortization of computer software | - | - | **(23)** | **(465)** | 3 | **(485)** |
| Amortization of other identifiable intangible assets | - | - | **(53)** | **(70)** | - | **(123)** |
| Other operating (losses) gains, net | - | - | **(14)** | **750** | - | **736** |
| Operating (loss) profit | (12) | - | **378** | **1,560** | 3 | **1,929** |
| Finance (costs) income, net: | | | | | | |
| Net interest expense | (155) | - | **(1)** | **(39)** | - | **(195)** |
| Other finance income (costs) | 19 | - | **(1)** | **12** | - | **30** |
| Intercompany net interest income (expense) | 111 | - | **(51)** | **(60)** | - | - |
| (Loss) income before tax and equity method investments | (37) | - | **325** | **1,473** | 3 | **1,764** |
| Share of post-tax losses in equity method investments | - | - | - | **(544)** | - | **(544)** |
| Share of post-tax earnings in subsidiaries | 1,159 | - | **18** | **245** | (1,422) | - |
| Tax (expense) benefit | - | - | **(77)** | **6** | - | **(71)** |
| **Earnings from continuing operations** | 1,122 | - | **266** | **1,180** | (1,419) | **1,149** |
| Loss from discontinued operations, net of tax | - | - | **(3)** | **(24)** | - | **(27)** |
| Net earnings | 1,122 | - | **263** | **1,156** | (1,419) | **1,122** |
| Earnings attributable to common shareholders | 1,122 | - | **263** | **1,156** | (1,419) | **1,122** |

Page 93

TR-0037547

Thomson Reuters Annual Report 2020

## CONDENSED CONSOLIDATING INCOME STATEMENT

| (millions of U.S. dollars) | Parent | Subsidiary Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | Year ended December 31, 2019 | | | |
| **CONTINUING OPERATIONS** | | | | | | |
| Revenues | - | - | 4,156 | 3,035 | (1,285) | 5,906 |
| Operating expenses | (12) | - | (3,640) | (2,046) | 1,285 | (4,413) |
| Depreciation | - | - | (79) | (75) | - | (154) |
| Amortization of computer software | - | - | (26) | (426) | 3 | (449) |
| Amortization of other identifiable intangible assets | - | - | (67) | (47) | - | (114) |
| Other operating gains, net | - | - | 10 | 422 | (9) | 423 |
| Operating (loss) profit | (12) | - | 354 | 863 | (6) | 1,199 |
| Finance (costs) income, net: | | | | | | |
| Net interest expense | (156) | - | (3) | (4) | - | (163) |
| Other finance (costs) income | (84) | - | 1 | 18 | - | (65) |
| Intercompany net interest income (expense) | 382 | - | (22) | (360) | - | - |
| Income before tax and equity method investments | 130 | - | 330 | 517 | (6) | 971 |
| Share of post-tax losses in equity method investments | - | - | - | (599) | - | (599) |
| Share of post-tax earnings in subsidiaries | 1,434 | - | 6 | 306 | (1,746) | - |
| Tax (expense) benefit | - | - | (24) | 1,222 | - | 1,198 |
| Earnings from continuing operations | 1,564 | - | 312 | 1,446 | (1,752) | 1,570 |
| Loss from discontinued operations, net of tax | - | - | - | (6) | - | (6) |
| Net earnings | 1,564 | - | 312 | 1,440 | (1,752) | 1,564 |
| Earnings attributable to common shareholders | 1,564 | - | 312 | 1,440 | (1,752) | 1,564 |

Page 94

TR-0037548

Thomson Reuters Annual Report 2020

CONDENSED CONSOLIDATING STATEMENT OF FINANCIAL POSITION

| (millions of U.S. dollars) | Parent | Subsidiary Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | December 31, 2020 | | | |
| Cash and cash equivalents | 3 | - | 359 | 1,425 | - | 1,787 |
| Trade and other receivables | 1 | - | 735 | 415 | - | 1,151 |
| Intercompany receivables | 3,406 | - | 245 | 3,298 | (6,949) | - |
| Other financial assets | | - | - | 5 | 607 | - | 612 |
| Prepaid expenses and other current assets | 1 | - | 212 | 212 | - | 425 |
| Current assets | 3,411 | | - | 1,556 | 5,957 | (6,949) | 3,975 |
| Property and equipment, net | | - | - | 241 | 304 | - | 545 |
| Computer software, net | | - | - | 12 | 821 | (3) | 830 |
| Other identifiable intangible assets, net | | - | - | 1,150 | 2,277 | - | 3,427 |
| Goodwill | | - | - | 3,731 | 2,245 | - | 5,976 |
| Equity method investments | | - | - | - | 1,136 | | 1,136 |
| Other non-current assets | 101 | - | 132 | 555 | - | 788 |
| Intercompany receivables | 245 | - | - | 778 | (1,023) | - |
| Investments in subsidiaries | 12,854 | - | 175 | 4,056 | (17,085) | - |
| Deferred tax | | - | - | - | 1,204 | - | 1,204 |
| Total assets | 16,611 | - | 6,997 | 19,333 | (25,060) | 17,881 |

LIABILITIES AND EQUITY

Liabilities

| Payables, accruals and provisions | 39 | - | 422 | 949 | - | 1,410 |
|---|---|---|---|---|---|---|
| Deferred revenue | - | - | 611 | 255 | - | 866 |
| Intercompany payables | 2,617 | - | 681 | 3,651 | (6,949) | - |
| Other financial liabilities | 200 | - | 19 | 157 | - | 376 |
| Current liabilities | 2,856 | - | 1,733 | 5,012 | (6,949) | 2,652 |
| Long-term indebtedness | 3,772 | - | - | - | - | 3,772 |
| Provisions and other non-current liabilities | 3 | - | 72 | 1,008 | - | 1,083 |
| Intercompany payables | | - | - | 778 | 245 | (1,023) | - |
| Deferred tax | | - | - | 183 | 211 | - | 394 |
| Total liabilities | 6,631 | - | 2,766 | 6,476 | (7,972) | 7,901 |
| Equity | | - | | | | |
| Total equity | 9,980 | | 4,231 | 12,857 | (17,088) | 9,980 |
| Total liabilities and equity | 16,611 | - | 6,997 | 19,333 | (25,060) | 17,881 |

Page 95

TR-0037549

Thomson Reuters Annual Report 2020

CONDENSED CONSOLIDATING STATEMENT OF FINANCIAL POSITION

| (millions of U.S. dollars) | Parent | Subsidiary Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | | December 31, 2019 | | |
| Cash and cash equivalents | 5 | - | 169 | 651 | - | 825 |
| Trade and other receivables | 1 | - | 749 | 417 | - | 1,167 |
| Intercompany receivables | 3,289 | - | 440 | 2,699 | (6,428) | - |
| Other financial assets | - | - | 6 | 527 | - | 533 |
| Prepaid expenses and other current assets | 1 | - | 194 | 351 | - | 546 |
| Current assets | 3,296 | - | 1,558 | 4,645 | (6,428) | 3,071 |
| Property and equipment, net | - | - | 272 | 343 | - | 615 |
| Computer software, net | - | - | 47 | 859 | (6) | 900 |
| Other identifiable intangible assets, net | - | - | 1,203 | 2,315 | - | 3,518 |
| Goodwill | - | - | 3,658 | 2,195 | - | 5,853 |
| Equity method investments | - | - | - | 1,551 | - | 1,551 |
| Other non-current assets | - | - | 124 | 487 | - | 611 |
| Intercompany receivables | 283 | - | - | 778 | (1,061) | - |
| Investments in subsidiaries | 11,605 | - | 27 | 4,025 | (15,657) | - |
| Deferred tax | - | - | - | 1,176 | - | 1,176 |
| Total assets | 15,184 | - | 6,889 | 18,374 | (23,152) | 17,295 |
| **LIABILITIES AND EQUITY** | | | | | | |
| **Liabilities** | | | | | | |
| Current indebtedness | 578 | - | - | 1 | - | 579 |
| Payables, accruals and provisions | 44 | - | 484 | 845 | - | 1,373 |
| Deferred revenue | - | - | 583 | 250 | - | 833 |
| Intercompany payables | 2,031 | - | 668 | 3,729 | (6,428) | - |
| Other financial liabilities | 262 | - | 19 | 153 | - | 434 |
| Current liabilities | 2,915 | - | 1,754 | 4,978 | (6,428) | 3,219 |
| Long-term indebtedness | 2,676 | - | - | - | - | 2,676 |
| Provisions and other non-current liabilities | 33 | - | 82 | 1,149 | - | 1,264 |
| Intercompany payables | - | - | 778 | 283 | (1,061) | - |
| Deferred tax | - | - | 223 | 353 | - | 576 |
| Total liabilities | 5,624 | - | 2,837 | 6,763 | (7,489) | 7,735 |
| **Equity** | | | | | | |
| Total equity | 9,560 | - | 4,052 | 11,611 | (15,663) | 9,560 |
| Total liabilities and equity | 15,184 | - | 6,889 | 18,374 | (23,152) | 17,295 |

Page 96

TR-0037550

Thomson Reuters Annual Report 2020

**CONDENSED CONSOLIDATING STATEMENT OF CASH FLOW**

| (millions of U.S. dollars) | Parent | Subsidiary Issuer | Guarantor Subsidiaries | Non-Guarantor Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|---|
| | | | Year ended December 31, 2020 | | | |
| Net cash (used in) provided by operating activities | (64) | - | 474 | 1,335 | - | 1,745 |
| Net cash (used in) provided by investing activities | (61) | - | (30) | 118 | (165) | (138) |
| Net cash provided by (used in) financing activities | 123 | - | (254) | (678) | 165 | (644) |
| (Decrease) increase in cash and bank overdrafts | (2) | - | 190 | 775 | - | 963 |
| | | | Year ended December 31, 2019 | | | |
| Net cash provided by operating activities | 258 | - | 305 | 139 | - | 702 |
| Net cash provided by (used in) investing activities | 5,943 | - | 605 | (1,021) | (6,911) | (1,384) |
| Net cash used in financing activities | (6,202) | - | (745) | (1,165) | 6,911 | (1,201) |
| (Decrease) increase in cash and bank overdrafts | (1) | - | 165 | (2,047) | - | (1,883) |

Page 97

TR-0037551

# Consolidated Financial Statements

## Management's Responsibility for the Consolidated Financial Statements

The management of Thomson Reuters Corporation (the "Company") is responsible for the accompanying consolidated financial statements and other information included in this annual report. The financial statements have been prepared in conformity with International Financial Reporting Standards, as issued by the International Accounting Standards Board, using the best estimates and judgments of management, where appropriate. Information presented elsewhere in this annual report is consistent with that in the financial statements.

The Company's board of directors is responsible for ensuring that management fulfills its responsibilities in respect of financial reporting and internal control. The Audit Committee of the board of directors meets periodically with management and the Company's independent auditor to discuss auditing matters and financial reporting issues. In addition, the Audit Committee approves the interim consolidated financial statements and recommends to the board of directors the approval of the annual consolidated financial statements and the annual appointment of the independent auditor. The board of directors has approved the information contained in the accompanying consolidated financial statements.

**Steve Hasker**
President and Chief Executive Officer

March 10, 2021

**Michael Eastwood**
Chief Financial Officer

## Management's Report on Internal Control Over Financial Reporting

Management is responsible for establishing and maintaining adequate internal control over financial reporting.

Internal control over financial reporting is a process that is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with International Financial Reporting Standards ("IFRS"), as issued by the International Accounting Standards Board. Internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of Thomson Reuters Corporation (the "Company"); (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with IFRS, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies and procedures may deteriorate.

Management conducted an evaluation of the effectiveness of its system of internal control over financial reporting based on the framework and criteria established in *Internal Control – Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that the Company's internal control over financial reporting was effective as of December 31, 2020.

The effectiveness of the Company's internal control over financial reporting as of December 31, 2020 has been audited by PricewaterhouseCoopers LLP, independent registered public accounting firm, as stated in its report which appears herein.

**Steve Hasker**
President and Chief Executive Officer

March 10, 2021

**Michael Eastwood**
Chief Financial Officer

TR-0037552

Thomson Reuters Annual Report 2020

## Report of Independent Registered Public Accounting Firm

To the Board of Directors and Shareholders of Thomson Reuters Corporation

**Opinions on the Financial Statements and Internal Control over Financial Reporting**

We have audited the accompanying consolidated statement of financial position of Thomson Reuters Corporation and its subsidiaries (the "Company") as of December 31, 2020 and 2019, and the related consolidated statements of income, of comprehensive income, of changes in equity and of cash flow for the years then ended, including the related notes (collectively referred to as the "consolidated financial statements"). We also have audited the Company's internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control – Integrated Framework* (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the Company as of December 31, 2020 and 2019, and the results of its operations and its cash flows for each of the years then ended in conformity with International Financial Reporting Standards as issued by the International Accounting Standards Board. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 31, 2020, based on criteria established in *Internal Control – Integrated Framework* (2013) issued by the COSO.

*Change in Accounting Principle*

As discussed in Note 1 to the consolidated financial statements, the Company changed the manner in which it accounts for leases in 2019.

**Basis for Opinions**

The Company's management is responsible for these consolidated financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express opinions on the Company's consolidated financial statements and on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the consolidated financial statements included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

Page 99

TR-0037553

*Definition and Limitations of Internal Control over Financial Reporting*

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

*Critical Audit Matters*

The critical audit matters communicated below are matters arising from the current period audit of the consolidated financial statements that were communicated or required to be communicated to the audit committee and that (i) relate to accounts or disclosures that are material to the consolidated financial statements and (ii) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

*Uncertain Tax Positions*

As described in Note 2 to the consolidated financial statements, the Company is subject to taxation in numerous jurisdictions and there are transactions within those jurisdictions for which the ultimate tax determination is uncertain. The Company maintains provisions for uncertain tax positions based on management's best estimate of the amount expected to be paid. Management reviews the adequacy of these provisions at the end of each reporting period and adjusts them based on changing facts and circumstances. As management has described, judgment is required to identify and determine the estimate of uncertain tax positions, including the estimates and assumptions regarding prices and values used to record intercompany transactions. As of December 31, 2020, the liability associated with uncertain tax positions was $228 million.

The principal considerations for our determination that performing procedures relating to the Company's uncertain tax positions is a critical audit matter are the significant judgments by management to assess uncertain tax positions, including the prices and values used to record intercompany transactions, which in turn led to a high degree of auditor judgment, subjectivity and effort in performing procedures and in evaluating the timely identification and accurate measurement of uncertain tax positions. Also, the evaluation of audit evidence related to the provisions for uncertain tax positions resulted in a high degree of auditor judgment, and the audit effort involved the use of professionals with specialized skill and knowledge.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's identification and measurement of the provisions for uncertain tax positions. These procedures also included, among others, testing the establishment of provisions for uncertain tax positions in consideration of tax laws in jurisdictions where the Company operates, new rulings, court decisions, legislative actions, statute of limitations, and developments in tax audits. Professionals with specialized skill and knowledge were used to assist in the evaluation of the completeness and accurate measurement of uncertain tax positions, the reasonableness of assumptions related to the prices and values used to record intercompany transactions and management's determination of the amount expected to be paid under relevant tax laws and regulations in applicable jurisdictions, and the completeness and accuracy of data used by management.

Thomson Reuters Annual Report 2020

*Recognition of Deferred Tax Assets*

As described in Notes 2 and 9 to the consolidated financial statements, deferred tax assets are recognized to the extent it is probable that taxable profits will be available against which the deductible temporary differences can be utilized, and are reduced to the extent that it is no longer probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered. In evaluating deferred tax assets, management must make judgments to assess the future taxable profits and likely outcomes of unresolved tax audits associated with the relevant jurisdictions. In the year ended December 31, 2020, the Company recorded $138 million of tax benefits related to the recognition of deferred tax assets that arose in prior years in various subsidiaries outside of the U.S.

The principal considerations for our determination that performing procedures relating to the recognition of deferred tax assets is a critical audit matter are the significant judgments by management to assess the future taxable profits of certain jurisdictions, which in turn led to a high degree of auditor judgment, subjectivity and effort in performing procedures and in evaluating the timely and accurate recognition of deferred tax assets. Also, the evaluation of audit evidence related to the recognition of deferred tax assets resulted in a high degree of auditor judgment, and the audit effort involved the use of professionals with specialized skill and knowledge.

Addressing the matter involved performing procedures and evaluating audit evidence in connection with forming our overall opinion on the consolidated financial statements. These procedures included testing the effectiveness of controls relating to management's evaluation of the recognition of deferred tax assets. These procedures also included, among others, evaluating the available evidence of future taxable profits of certain jurisdictions in which the Company operates, understanding and assessing management's plans for those jurisdictions, and testing the completeness and accuracy of underlying data used. Professionals with specialized skill and knowledge were used to assist in the evaluation of the recognition of deferred tax assets, the reasonableness of assumptions related to the future profitability of operations, and the completeness and accuracy of data used by management.

*PricewaterhouseCoopers LLP*

New York, New York

March 10, 2021

We have served as the Company's auditor since 2012.

TR-0037555

**THOMSON REUTERS CORPORATION**
**CONSOLIDATED INCOME STATEMENT**

| (millions of U.S. dollars, except per share amounts) | Notes | Year ended December 31, | |
| --- | --- | --- | --- |
| | | **2020** | **2019** |
| **CONTINUING OPERATIONS** | | | |
| Revenues | 3 | 5,984 | 5,906 |
| Operating expenses | 5 | (3,999) | (4,413) |
| Depreciation | | (184) | (154) |
| Amortization of computer software | | (485) | (449) |
| Amortization of other identifiable intangible assets | | (123) | (114) |
| Other operating gains, net | 6 | 736 | 423 |
| Operating profit | | 1,929 | 1,199 |
| Finance costs, net: | | | |
| Net interest expense | 7 | (195) | (163) |
| Other finance income (costs) | 7 | 30 | (65) |
| Income before tax and equity method investments | | 1,764 | 971 |
| Share of post-tax losses in equity method investments | 8 | (544) | (599) |
| Tax (expense) benefit | 9 | (71) | 1,198 |
| **Earnings from continuing operations** | | 1,149 | 1,570 |
| Loss from discontinued operations, net of tax | 10 | (27) | (6) |
| Net earnings | | 1,122 | 1,564 |
| Earnings attributable to common shareholders | | 1,122 | 1,564 |
| | | | |
| **Earnings (loss) per share:** | 11 | | |
| Basic earnings per share | | | |
| From continuing operations | | $2.31 | $3.13 |
| From discontinued operations | | (0.06) | (0.01) |
| Basic earnings per share | | $2.25 | $3.12 |
| | | | |
| Diluted earnings per share | | | |
| From continuing operations | | $2.30 | $3.12 |
| From discontinued operations | | (0.05) | (0.01) |
| Diluted earnings per share | | $2.25 | $3.11 |

The related notes form an integral part of these consolidated financial statements.

TR-0037556

Thomson Reuters Annual Report 2020

**THOMSON REUTERS CORPORATION**
**CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**

| (millions of U.S. dollars) | Notes | Year ended December 31, 2020 | 2019 |
|---|---|---|---|
| Net earnings | | 1,122 | 1,564 |
| Other comprehensive income (loss): | | | |
| Items that have been or may be subsequently reclassified to net earnings: | | | |
| Cash flow hedges adjustments to net earnings | 19 | (108) | (20) |
| Cash flow hedges adjustments to equity | 19 | 97 | 14 |
| Foreign currency translation adjustments to equity | 19 | (12) | 109 |
| Share of other comprehensive income (loss) in equity method investments | 8 | 146 | (27) |
| Related tax (expense) benefit on other comprehensive income (loss) in equity method investments | 9 | (35) | 7 |
| Reclassification of foreign currency translation adjustments on disposal of businesses | | - | 9 |
| | | 88 | 92 |
| Items that will not be reclassified to net earnings: | | | |
| Fair value adjustments on financial assets | 19 | 5 | 7 |
| Remeasurement on defined benefit pension plans | 25 | 78 | (53) |
| Related tax (expense) benefit on remeasurement on defined benefit pension plans | 9 | (17) | 12 |
| Share of other comprehensive income (loss) in equity method investments | 8 | 3 | (8) |
| Related tax (expense) benefit on share of other comprehensive income (loss) in equity method investments | 9 | (1) | 2 |
| | | 68 | (40) |
| Other comprehensive income | | 156 | 52 |
| Total comprehensive income | | 1,278 | 1,616 |
| Comprehensive income (loss) for the period attributable to: | | | |
| Common shareholders: | | | |
| Continuing operations | | 1,305 | 1,622 |
| Discontinued operations | | (27) | (6) |
| Total comprehensive income | | 1,278 | 1,616 |

The related notes form an integral part of these consolidated financial statements.

Page 109

**TR-0037557**

**THOMSON REUTERS CORPORATION**
**CONSOLIDATED STATEMENT OF FINANCIAL POSITION**

| | | December 31, | |
|---|---|---|---|
| (millions of U.S. dollars) | Notes | 2020 | 2019 |
| **ASSETS** | | | |
| Cash and cash equivalents | 12 | 1,787 | 825 |
| Trade and other receivables | 13 | 1,151 | 1,167 |
| Other financial assets | 19 | 612 | 533 |
| Prepaid expenses and other current assets | 14 | 425 | 546 |
| Current assets | | 3,975 | 3,071 |
| Property and equipment, net | 15 | 545 | 615 |
| Computer software, net | 16 | 830 | 900 |
| Other identifiable intangible assets, net | 17 | 3,427 | 3,518 |
| Goodwill | 18 | 5,976 | 5,853 |
| Equity method investments | 8 | 1,136 | 1,551 |
| Other non-current assets | 20 | 788 | 611 |
| Deferred tax | 23 | 1,204 | 1,176 |
| Total assets | | 17,881 | 17,295 |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
| Current indebtedness | 19 | | 579 |
| Payables, accruals and provisions | 21 | 1,410 | 1,373 |
| Deferred revenue | 3 | 866 | 833 |
| Other financial liabilities | 19 | 376 | 434 |
| Current liabilities | | 2,652 | 3,219 |
| Long-term indebtedness | 19 | 3,772 | 2,676 |
| Provisions and other non-current liabilities | 22 | 1,083 | 1,264 |
| Deferred tax | 23 | 394 | 576 |
| Total liabilities | | 7,901 | 7,735 |
| **Equity** | | | |
| Capital | 24 | 5,458 | 5,377 |
| Retained earnings | | 5,211 | 4,965 |
| Accumulated other comprehensive loss | | (689) | (782) |
| Total equity | | 9,980 | 9,560 |
| Total liabilities and equity | | 17,881 | 17,295 |

Contingencies (note 30)

The related notes form an integral part of these consolidated financial statements.

These consolidated financial statements were approved by the Company's board of directors on March 3, 2021.

**David Thomson**
Director

**Steve Hasker**
Director

TR-0037558

Thomson Reuters Annual Report 2020

**THOMSON REUTERS CORPORATION**
**CONSOLIDATED STATEMENT OF CASH FLOW**

| (millions of U.S. dollars) | Notes | Year ended December 31, | |
|---|---|---|---|
| | | 2020 | 2019 |
| **Cash provided by (used in):** | | | |
| **OPERATING ACTIVITIES** | | | |
| Earnings from continuing operations | | 1,149 | 1,570 |
| Adjustments for: | | | |
| Depreciation | | 184 | 154 |
| Amortization of computer software | | 485 | 449 |
| Amortization of other identifiable intangible assets | | 123 | 114 |
| Net (gains) losses on disposals of businesses and investments | | (471) | 3 |
| Deferred tax | 23 | (231) | (1,395) |
| Other | 28 | 421 | 385 |
| Pension contribution | 26 | - | (167) |
| Changes in working capital and other items | 28 | 102 | (247) |
| Operating cash flows from continuing operations | | 1,762 | 866 |
| Operating cash flows from discontinued operations | | (17) | (164) |
| Net cash provided by operating activities | | 1,745 | 702 |
| **INVESTING ACTIVITIES** | | | |
| Acquisitions, net of cash acquired | 29 | (167) | (998) |
| Proceeds from disposals of businesses and investments, net of taxes paid | | 367 | 74 |
| Capital expenditures | | (504) | (505) |
| Proceeds from disposals of property and equipment | | 162 | 7 |
| Other investing activities | | 4 | 9 |
| Investing cash flows from continuing operations | | (138) | (1,413) |
| Investing cash flows from discontinued operations | | - | 29 |
| Net cash used in investing activities | | (138) | (1,384) |
| **FINANCING ACTIVITIES** | | | |
| Proceeds from debt | 19 | 2,019 | |
| Repayments of debt | 19 | (1,645) | |
| Net repayments under short-term loan facilities | 19 | (2) | - |
| Payments of lease principal | 27 | (75) | (51) |
| Repurchases of common shares | 24 | (200) | (488) |
| Dividends paid on preference shares | | (2) | (3) |
| Dividends paid on common shares | 24 | (730) | (698) |
| Other financing activities | | (9) | 39 |
| Net cash used in financing activities | | (644) | (1,201) |
| Increase (decrease) in cash and bank overdrafts | | 963 | (1,883) |
| Translation adjustments | | (1) | 5 |
| Cash and bank overdrafts at beginning of period | | 825 | 2,703 |
| Cash and bank overdrafts at end of period | | 1,787 | 825 |
| Cash and bank overdrafts at end of period comprised of: | | | |
| Cash and cash equivalents | 12 | 1,787 | 825 |
| Supplemental cash flow information is provided in note 28. | | | |
| Interest paid, net of debt-related hedges | | (164) | (189) |
| Interest received | | 8 | 44 |
| Income taxes paid | 28 | (164) | (314) |

Interest received and interest paid are reflected as operating cash flows.

Income taxes paid are reflected as either operating or investing cash flows depending on the nature of the underlying transaction.

The related notes form an integral part of these consolidated financial statements.

TR-0037559

Thomson Reuters Annual Report 2020

**THOMSON REUTERS CORPORATION**
**CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**

| (millions of U.S. dollars) | Stated share capital | Contributed surplus | Total capital | Retained earnings | Unrecognized loss on financial instruments | Foreign currency translation adjustments | Total accumulated other comprehensive loss ("AOCL") | Total equity |
|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2019 | 3,576 | 1,801 | 5,377 | 4,965 | (3) | (779) | (782) | 9,560 |
| Net earnings | - | - | - | 1,122 | - | - | - | 1,122 |
| Other comprehensive income (loss) | - | - | - | 63 | (5) | 98 | 93 | 156 |
| Total comprehensive income (loss) | - | - | - | 1,185 | (5) | 98 | 93 | 1,278 |
| Dividends declared on preference shares | - | - | - | (2) | - | - | - | (2) |
| Dividends declared on common shares | - | - | - | (753) | - | - | - | (753) |
| Shares issued under Dividend Reinvestment Plan ("DRIP") | 23 | - | 23 | - | - | - | - | 23 |
| Repurchases of common shares (see note 24) | 2 | - | 2 | (2) | - | - | - | - |
| Pre-defined share repurchase plan | (18) | - | (18) | (182) | - | - | - | (200) |
| Stock compensation plans | 136 | (62) | 74 | - | - | - | - | 74 |
| Balance, December 31, 2020 | 3,719 | 1,739 | 5,458 | 5,211 | (8) | (681) | (689) | 9,980 |

| (as of U.S. dollars) | Stated share capital | Contributed surplus | Total capital | Retained earnings | Unrecognized gain (loss) on financial instruments | Foreign currency translation adjustments | AOCL | Total equity |
|---|---|---|---|---|---|---|---|---|
| Balance, December 31, 2018 | 3,443 | 1,905 | 5,348 | 4,739 | 10 | (887) | (877) | 9,210 |
| Impact of IFRS 16 | - | - | - | 11 | - | - | - | 11 |
| Balance after IFRS 16 adoption | 3,443 | 1,905 | 5,348 | 4,750 | 10 | (887) | (877) | 9,221 |
| Net earnings | - | - | - | 1,564 | - | - | - | 1,564 |
| Other comprehensive (loss) income | - | - | - | (43) | (13) | 108 | 95 | 52 |
| Total comprehensive income (loss) | - | - | - | 1,521 | (13) | 108 | 95 | 1,616 |
| Dividends declared on preference shares | - | - | - | (3) | - | - | - | (3) |
| Dividends declared on common shares | - | - | - | (721) | - | - | - | (721) |
| Shares issued under DRIP | 23 | - | 23 | - | - | - | - | 23 |
| Repurchases of common shares | (48) | - | (48) | (402) | - | - | - | (450) |
| Pre-defined share repurchase plan | (20) | - | (20) | (180) | - | - | - | (200) |
| Stock compensation plans | 178 | (104) | 74 | - | - | - | - | 74 |
| Balance, December 31, 2019 | 3,576 | 1,801 | 5,377 | 4,965 | (3) | (779) | (782) | 9,560 |

The related notes form an integral part of these consolidated financial statements.

TR-0037560

## Thomson Reuters Corporation

### Notes to Consolidated Financial Statements

(unless otherwise stated, all amounts are in millions of U.S. dollars)

### Note 1: Summary of Business and Significant Accounting Policies

__General business description__

Thomson Reuters Corporation (the "Company" or "Thomson Reuters") is an Ontario, Canada corporation with common shares listed on the Toronto Stock Exchange ("TSX") and the New York Stock Exchange ("NYSE") and Series II preference shares listed on the TSX. The Company is a leading provider of business information services. The Company's products include highly specialized information-enabled software and tools for legal, tax, accounting and compliance professionals combined with the world's most global news service – Reuters.

These consolidated financial statements were approved by the Company's board of directors on March 3, 2021.

__Basis of preparation__

These consolidated financial statements were prepared in accordance with International Financial Reporting Standards ("IFRS"), as issued by the International Accounting Standards Board ("IASB"), on a going concern basis, under the historical cost convention, as modified by the revaluation of financial assets and financial liabilities (including derivative instruments) at fair value.

The preparation of financial statements in accordance with IFRS requires the use of certain critical accounting estimates. It also requires management to exercise judgment in applying the Company's accounting policies. The areas involving more judgment or complexity, or areas where assumptions and estimates are significant to the consolidated financial statements are disclosed in note 2.

In the first quarter of 2020, the Company re-assessed its methodology for allocating costs to its business segments and adjusted its allocations, in connection with the repositioning of its businesses in 2019 after the separation of Refinitiv. The Company adjusted its prior-period segment amounts to reflect the current presentation. The 2019 segment amounts were also adjusted to reflect the transfer of certain revenues among the segments to where they are better aligned. These changes impacted the 2019 financial results of the segments, but did not change the consolidated 2019 financial results. The table below summarizes the changes:

| | Year ended December 31, 2019 | | |
| --- | --- | --- | --- |
| | As Reported | Adjustments | As Revised |
| **Revenues** | | | |
| Legal Professionals | 2,419 | 14 | 2,433 |
| Corporates | 1,321 | (13) | 1,308 |
| Tax & Accounting Professionals | 844 | (1) | 843 |
| Reuters News | 630 | - | 630 |
| Global Print | 693 | - | 693 |
| Eliminations/Rounding | (1) | - | (1) |
| Total revenues | 5,906 | - | 5,906 |
| **Adjusted EBITDA** | | | |
| Legal Professionals | 901 | (6) | 895 |
| Corporates | 433 | (21) | 412 |
| Tax & Accounting Professionals | 323 | (5) | 318 |
| Reuters News | 35 | 33 | 68 |
| Global Print | 295 | (1) | 294 |
| Corporate costs | (494) | - | (494) |
| Total adjusted EBITDA | 1,493 | - | 1,493 |

Page 107

TR-0037561

References to "$" are to U.S. dollars, references to "C$" are to Canadian dollars, references to "£" are to British pounds sterling and references to "€" are to Euros.

### Changes in accounting policies

Effective January 1, 2019, the Company adopted IFRS 16, *Leases* ("IFRS 16"), which introduced a single lease accounting model that eliminated the distinction between operating and finance leases for lessees. IFRS 16 was adopted using the modified retrospective method. Under this approach, the cumulative effect of adoption of $11 million was recorded as an adjustment to retained earnings at January 1, 2019.

### Principles of consolidation

The consolidated financial statements of the Company include the accounts of all of its subsidiaries.

Subsidiaries

Subsidiaries are entities over which the Company has control, where control is defined as the power to govern financial and operating policies. Generally, the Company has a shareholding of more than 50% of the voting rights in its subsidiaries. The effect of potential voting rights that are currently exercisable are considered when assessing whether control exists. Subsidiaries are fully consolidated from the date control is transferred to the Company, and are de-consolidated from the date control ceases.

The acquisition method of accounting is used to account for the acquisition of subsidiaries as follows:

Acquisition cost is measured as the fair value of the assets given, equity instruments issued, and liabilities incurred or assumed at the date of exchange, excluding transaction costs which are expensed as incurred;

Identifiable assets acquired and liabilities assumed are measured at their fair values at the acquisition date;

The excess of acquisition cost over the fair value of the identifiable net assets acquired is recorded as goodwill;

If the acquisition cost is less than the fair value of the net assets acquired, the fair value of the net assets is re-assessed, and any remaining difference is recognized directly in the consolidated income statement;

Contingent consideration is measured at fair value on the acquisition date, with subsequent changes in the fair value recorded through the consolidated income statement when the contingent consideration is a financial liability. Contingent consideration is not re-measured when it is an equity instrument; and

Upon gaining control in a step acquisition, the existing ownership interest is re-measured to fair value through the consolidated income statement.

Intercompany transactions between subsidiaries are eliminated in consolidation.

Non-controlling interests represent third party shareholdings in a subsidiary controlled by the Company. Non-controlling interests are measured at fair value on the date acquired plus their proportionate share of subsequent changes in equity. Transactions with third party shareholders, including purchases and sales of ownership interests, that do not result in a change of control in a subsidiary are recorded directly in equity. Sales of ownership interests that result in a loss of control of the subsidiary are recorded in earnings.

Equity method investees

Equity method investees are entities over which the Company has significant influence, but not control, and includes joint ventures, where the Company has joint control with one or more unaffiliated entities. Generally, the Company has a shareholding of between 20% and 50% of the voting rights in its equity method investees. Investments in equity method investees are accounted for using the equity method as follows:

Investments are initially recognized at cost and are reported in the consolidated statement of financial position;

Equity method investees include goodwill identified on acquisition, net of any accumulated impairment loss;

TR-0037562

The Company's share of post-acquisition profits or losses is recognized in the consolidated income statement and the Company's share of other comprehensive income or losses is recognized in the consolidated statement of comprehensive income, and both are adjusted against the carrying amount of the investments;

When the Company's share of losses equals or exceeds its interest in the investee, the Company does not recognize further losses, unless it has incurred obligations or made payments on behalf of the investee;

Gains and losses on transactions between the Company and its equity method investees are eliminated to the extent of the Company's interest in these entities;

Dividends received or a receivable from equity method investees are recognized as a reduction in the carrying amount of the investment; and

Equity method investees are assessed for impairment whenever events or changes in circumstances indicate that their carrying value may not be recoverable and at the end of each reporting period for indicators of impairment.

Upon loss of significant influence, any retained interest in the investee is remeasured to its fair value with the change in carrying amount recognized in other operating gains or losses in the consolidated income statement.

The accounting policies of subsidiaries and equity method investees were changed where necessary to ensure consistency with the Company's policies.

### Operating segments

The Company's operating segments are organized around the customers it serves and are reported in a manner consistent with the internal reporting provided to the chief operating decision-maker ("CODM"). The Chief Executive Officer has authority for resource allocation and assessment of the Company's performance and is therefore the CODM.

### Foreign currency

The consolidated financial statements are presented in U.S. dollars, which is the Company's presentation currency. The financial statements of each of the Company's subsidiaries are measured using the currency of the primary economic environment in which the subsidiary operates (the "functional currency").

Assets and liabilities of entities with functional currencies other than U.S. dollars are translated to U.S. dollars at the period end rates of exchange, and the results of their operations are translated at average rates of exchange for the period. The resulting translation adjustments are included in accumulated other comprehensive loss in shareholders' equity. For entities operating in countries where the currency has been designated as hyperinflationary, the assets, liabilities and results of their operations are translated at the period end rates of exchange, after re-indexing the local currency balances for the most recent inflation rates.

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transaction. Foreign exchange gains and losses resulting from the settlement of such transactions as well as from the translation of monetary assets and liabilities not denominated in the functional currency of the subsidiary, are recognized in the consolidated income statement, except for qualifying cash flow hedges which are deferred in accumulated other comprehensive loss in shareholders' equity.

Foreign exchange gains and losses arising from borrowings and related hedging instruments, cash and cash equivalents and intercompany loans that are not permanent in nature are presented in the consolidated income statement within "Finance costs, net".

Foreign exchange gains and losses related to certain intercompany loans that are permanent in nature are included in accumulated other comprehensive loss.

All other foreign exchange gains and losses are presented in the consolidated income statement within "Operating expenses".

TR-0037563

Accumulated foreign exchange gains and losses are recycled from accumulated other comprehensive loss to "Other operating gains (losses), net" or to discontinued operations, as applicable, within the consolidated income statement upon loss of control, significant influence or joint control of the applicable entity, including foreign exchange amounts relating to settled intercompany loans that had previously been considered permanent.

## Revenue recognition

Revenues are recognized when control of the Company's products or services are transferred to customers. The amount of revenues recognized reflects the consideration to which the Company expects to be entitled. Such consideration is net of estimated returns, discounts, value-added and other sales taxes.

The Company derives its revenues from selling information, software and services. Revenues are generally recognized as follows:

Recurring revenues
Recurring revenues are generally recognized on a ratable basis over the contract term.

Recurring revenues primarily consist of fees to access products or services delivered electronically over time, such as Westlaw and Checkpoint. These products are generally provided under subscription arrangements, which most customers renew at the end of each subscription term. Most subscription arrangements have multiple year terms that range from one to five years. Recurring revenues also include fees from software maintenance arrangements that are recognized over the maintenance period. Arrangements may be billed in advance or in arrears.

Transactions revenues
Transactions revenues are recognized primarily at a point in time and based on their type, as follows:

Volume-based fees related to online searches are recognized based on usage;

Fees from software licenses with no future obligations are recognized at the point of delivery; and

Professional fees from service and consulting arrangements are recognized as services are performed, generally based on hours incurred, reflecting the continuous transfer of control to the customer.

Transactions revenues may be billed in advance or in arrears.

Print revenues
Print revenues that are sold under subscription agreements, which provide access to a library of print products as well as updates released during the subscription term, are generally recognized on a ratable basis over the contract term and may be billed in advance or in arrears. Revenues for print products that are not sold as part of a subscription arrangement are recognized at the point of shipment and billed at the same time.

Print revenues consist of fees for content that is delivered primarily in traditional paper format.

The Company also considers the following when recognizing revenues:

Multiple performance obligations
Certain customer contracts include multiple products and services, which are accounted for as separate performance obligations when they are distinct. A product or service is distinct if a customer can benefit from it either on its own or with other readily available resources, and the promise to transfer the good or service is separately identifiable in the contract. The transaction price is allocated to the separate performance obligations based on the relative standalone selling price.

A series of distinct goods or services is accounted for as a single performance obligation if the items in the series are substantially the same, have the same pattern of transfer and: (1) each distinct item in the series represents a performance obligation that would be satisfied over time, and (2) the measure to satisfy the performance obligation for each distinct item in the series is the same.

TR-0037564

Certain arrangements include installation or implementation services. If these services are distinct, consideration is allocated to them and they are recognized as services are performed and included as transaction revenues. If the services are not distinct, they are recognized as part of the related subscription arrangement or as part of the related software license, as applicable.

Sales involving third parties

Revenues from sales of third-party content or services delivered on the Company's platforms are recorded gross when the Company is a principal to the transaction, and net of costs when the Company is acting as an agent between the customer and the vendor. The Company considers several factors to determine whether it is acting as principal or an agent, most notably whether it is primarily responsible for (1) fulfilling the promise to provide the content or services, (2) setting the price, and (3) the credit risk for the amount billed to the customer.

Deferred revenue

Deferred revenue, a contract liability, is recorded when cash payments are received or due in advance of the transfer of the related products or services.

Contract costs

Incremental costs of obtaining a contract with a customer are recognized as an asset if the benefit of such costs is expected to be longer than one year, and amortized on a straight-line basis over the period that the product or service is transferred to the customer. Incremental costs include sales commissions to direct sales people as well as to account executives and sales management. Sales commissions on new customer contracts are generally paid at significantly higher rates than renewals. As such:

Assets related to new customer contracts are amortized over three years, which may anticipate renewal periods, as management estimates that this corresponds to the period over which a customer benefits from existing technology in the underlying product or service; and

Assets related to renewal of customer contracts are amortized over the term of the contract if they are commensurate with previous renewals commissions.

The Company recognizes the following assets, "Deferred commissions" short-term, included within "Prepaid expenses and other current assets" and "Deferred commissions" long-term, included within "Other non-current assets" in the consolidated statement of financial position for costs to obtain a contract.

The Company recognizes the incremental cost of obtaining a contract as an expense when incurred, if the amortization period is one year or less.

**Employee future benefits**

The net periodic pension expense of defined benefit pension plans and other post-employment benefits is actuarially determined on an annual basis using the projected unit credit method. The determination of benefit expense requires assumptions such as the discount rate, which is used to measure service cost, benefit plan obligations and the net interest income (expense) on the net benefit plan assets (obligations). Other significant assumptions include expected mortality, the expected rate of increase with respect to future compensation and pension payments as well as the expected healthcare cost trend rate. Actual results will differ from results which are estimated based on assumptions. Past service cost arising from plan amendments is recognized immediately in the consolidated income statement.

The asset or liability recognized in the consolidated statement of financial position is the present value of the defined benefit obligation at the end of the reporting period less the fair value of plan assets. The present value of the defined benefit obligation is determined by discounting the estimated future cash outflows using interest rates of high-quality corporate bonds that are denominated in the currency in which the benefits will be paid and that have terms to maturity approximating the terms of the related pension liability. All actuarial gains and losses that arise in calculating the present value of the defined benefit obligation and the fair value of plan assets are recognized immediately in retained earnings and included in the consolidated statement of comprehensive income. For funded plans, surpluses are recognized only to the extent that the surplus is considered recoverable. Recoverability is primarily based on the extent to which the Company can unilaterally reduce future contributions to the plan.

Page 111

TR-0037565

Payments to defined contribution plans are expensed as incurred, which is as the related employee service is rendered.

## Share-based compensation plans

The Company operates equity-settled share-based compensation plans under which it receives services from employees as consideration for equity instruments of the Company.

Share-based compensation expense is based on the grant date fair value of the awards expected to vest over the vesting period. The expense is recognized over the vesting period, which is the period over which the specified vesting conditions are satisfied. For awards with graded vesting, the fair value of each tranche is recognized over its respective vesting period. At the end of each reporting period, the Company re-assesses its estimates of the number of awards that are expected to vest and recognizes the impact in the consolidated income statement.

## Termination benefits

Termination benefits are generally payable when an employee is terminated before the normal retirement date or accepts voluntary redundancy. The associated charges are recognized when the Company can no longer withdraw the offer of termination benefits as follows:

Voluntary redundancy – recognized the earlier of when the employee accepts the offer and when the Company is restricted from withdrawing the offer; or

Involuntary termination – recognized when the Company has communicated to the affected employees a termination plan that is unlikely to change, describing (a) the type and amount of benefits, (b) the number, job classifications or functions and locations of employees to be terminated and (c) the plan's expected completion date.

## Profit sharing and bonus plans

Liabilities for profit sharing and bonuses are recognized based on a formula that takes into consideration various financial metrics after certain adjustments. The Company recognizes an accrual where contractually obliged or where there is a past practice that has created a constructive obligation to make such compensation payments.

## Cash and cash equivalents

Cash and cash equivalents comprise cash on hand, demand deposits and investments with an original maturity at the date of purchase of three months or less.

## Trade receivables

Trade receivables are amounts due from customers from providing services or the sale of goods in the ordinary course of business. Trade receivables are recognized initially at fair value and subsequently measured at amortized cost, less impairment. Trade receivables are classified as current assets if payment is due within one year or less.

The Company maintains an allowance for doubtful accounts and sales adjustments to provide for impairment of trade receivables. The expense relating to doubtful accounts is included within "Operating expenses" in the consolidated income statement. Revenues are recorded net of sales adjustments.

## Property and equipment

Property and equipment are recorded at cost and depreciated on a straight-line basis over their estimated useful lives as follows:

| | |
|---|---|
| Buildings and building improvements | 10-40 years |
| Computer equipment | 3 years |
| Furniture, fixtures and other equipment | 5-7 years |

Residual values and useful lives are reviewed at the end of each reporting period and adjusted if appropriate.

TR-0037566

## Intangible assets

### Computer software

Certain costs incurred in the development of software to be used internally or for providing services to customers are capitalized once a project has progressed beyond a conceptual, preliminary stage to that of application development. Development costs that are directly attributable to the design and testing of identifiable and unique software products controlled by the Company are recognized as intangible assets when the following criteria are met:

> It is technically feasible to complete the software product so that it will be available for use;

> Management intends to complete the software product and use or sell it;

> There is an ability to use or sell the software product;

> It can be demonstrated how the software product will generate probable future economic benefits;

> Adequate technical, financial and other resources to complete the development and to use or sell the software product are available; and

> The expenditure attributable to the software product during its development can be reliably measured.

Costs that qualify for capitalization include both internal and external costs but are limited to those that are directly related to the specific project. The capitalized amounts, net of accumulated amortization, are included in "Computer software, net" in the consolidated statement of financial position. These costs are amortized over a three-year expected useful life. Amortization expense is included in "Amortization of computer software" in the consolidated income statement. Residual values and useful lives are reviewed at the end of each reporting period and adjusted if appropriate.

### Cloud computing arrangements

In a cloud computing arrangement, the Company is granted a right to access software and other technology capabilities at a third-party provider through the internet. These arrangements typically do not allow the Company to acquire, take possession or control the underlying assets of the provider. Costs associated with cloud computing arrangements are generally expensed as incurred because they generally do not meet software capitalization criteria.

The Company capitalizes costs to develop software that is hosted in the public cloud when:

> It has the contractual right to take possession of the software from the cloud provider without significant penalty; and

> It can demonstrate that it is feasible for the Company to run the software on its own hardware or that of another provider.

The Company capitalizes costs to migrate software from on-premise data centers to the public cloud when the software is either rebuilt specifically for the cloud or has been significantly optimized to run in a cloud environment.

### Goodwill

Goodwill represents the excess of the cost of an acquisition over the fair value of the Company's share of the identifiable net assets of the acquired subsidiary or equity method investee at the date of acquisition. Goodwill is tested at least annually for impairment and carried at cost. Gains and losses on the disposal of an entity include an allocation of goodwill.

### Other identifiable intangible assets

Upon acquisition, identifiable intangible assets are recorded at fair value and are carried at cost less accumulated amortization.

Identifiable intangible assets with finite lives are amortized on a straight-line basis over their estimated useful lives as follows:

| | |
|---|---|
| Trade names | 3-20 years |
| Customer relationships | 6-30 years |
| Databases and content | 5-30 years |
| Other | 10-30 years |

Useful lives are reviewed at the end of each reporting period and adjusted if appropriate.

Page 113

TR-0037567

Impairment

When the recoverable amount of assets is less than their carrying amount, an impairment charge is recognized in the consolidated income statement. The recoverable amount is the higher of an asset's fair value less costs of disposal or its value in use. Impairment losses, other than those relating to goodwill, are evaluated for potential reversals when events or changes in circumstances warrant such consideration.

Intangible assets

The carrying values of all intangible assets are reviewed for impairment whenever events or changes in circumstances indicate that their carrying amounts may not be recoverable and at the end of each reporting period for indicators of impairment. Additionally, the carrying values of goodwill and identifiable intangible assets with indefinite lives are tested annually for impairment. For purposes of impairment testing:

> Goodwill is allocated to cash-generating units ("CGUs") or groups of CGUs based on the level at which management monitors it, which is not higher than an operating segment. Goodwill is allocated to those CGUs or groups of CGUs that are expected to benefit from the business combination in which the goodwill arose; and

> Identifiable intangible assets with indefinite lives are allocated to the CGU with which they are associated, or compared to the excess fair value of all the CGUs if they are a corporate asset.

Financial assets

At the end of each reporting period, the Company assesses whether there is objective evidence that a financial asset is impaired.

Non-financial assets

The carrying value of a non-financial asset with a finite life, such as computer equipment or software, and long-lived assets that are not amortized, such as equity investments, are assessed for impairment whenever events or changes in circumstances indicate that its carrying value may not be recoverable and at the end of each reporting period for indicators of impairment. An asset is assessed for impairment at the lowest level that the asset generates cash inflows that are largely independent of cash inflows from other assets. The lowest level may be an individual asset or a group of assets that form a CGU.

Disposal of long-lived assets and discontinued operations

Long-lived assets are classified as held for sale if the carrying amount will be recovered principally through a sale transaction rather than through continued use and such sale is considered highly probable. The criteria for classification as held for sale include a firm decision by management or the board of directors to dispose of a business or a group of selected assets, an active marketing plan, and the expectation that such disposal will be completed within a 12-month period. Assets held for sale are measured at the lower of their carrying amounts or their fair value less costs of disposal and are no longer depreciated. Assets held for sale are classified as discontinued operations if the operations and cash flows can be clearly distinguished, operationally and for financial reporting purposes from the rest of the Company and they:

> Represent a separate major line of business or geographical area of operations;

> Are part of a single coordinated plan to dispose of a separate major line of business or geographical area of operations; or

> Are a subsidiary acquired exclusively with a view to resale.

Trade payables

Trade payables are obligations to pay for goods or services that have been acquired in the ordinary course of business. Trade payables are initially recognized at fair value and subsequently measured at amortized cost using the effective interest method. Trade payables are classified as current liabilities if payment is due within one year or less.

TR-0037568

Table of Contents

## Provisions

Provisions represent liabilities of the Company for which the amount or timing is uncertain. Provisions are recognized when the Company has a present legal or constructive obligation due to past events, it is probable that an outflow of resources will be required to settle the obligation, and the amount can be reliably estimated. Provisions are not recognized for future operating losses. Provisions are measured at the present value of the expected expenditures to settle the obligation using a discount rate that reflects current market assessments of the time value of money and the risks specific to the obligation. The increase in the provision due to passage of time is recognized as interest expense.

## Indebtedness

Debt is recognized initially at fair value, net of transaction costs. Debt is subsequently stated at amortized cost with any difference between the proceeds (net of transactions costs) and the redemption value recognized in the consolidated income statement over the term of the debt using the effective interest method. Where a debt instrument is in a fair value hedging relationship, a fair value adjustment is made to its carrying value to reflect hedged risk. Interest on indebtedness is expensed as incurred unless capitalized for qualifying assets in accordance with IAS 23, *Borrowing Costs*.

Debt is classified as a current liability unless the Company has an unconditional right to defer settlement for at least 12 months after the end of the reporting period.

## Leases

A contract is or contains a lease if it conveys the right to control the use of an identified asset for a specified period in exchange for consideration. When the Company leases assets from third parties, the Company is the lessee. When the Company leases assets to third parties, the Company is the lessor.

### Lessee

At the lease commencement date, a right-of-use asset for the underlying leased asset and corresponding lease liability are recognized in the consolidated statement of financial position measured on a present value basis. Lease payments are discounted using the interest rate implicit in the lease. If that rate cannot be readily determined, the Company uses its incremental borrowing rate, which is the interest rate that the Company would pay to borrow funds to obtain an asset of a similar value to the right-of-use asset with a comparable security, economic environment and term.

The right-of-use asset is included in "Property and equipment, net", the current lease liability is included in "Other financial liabilities – current" and the long-term liability is included in "Provisions and other non-current liabilities" within the consolidated statement of financial position.

Right-of-use assets are measured based on a number of factors including:

    The initial amount of the lease liability;

    Lease payments made at or before the commencement date; and

    Initial direct costs and expected restoration costs.

Lease liabilities are measured as the present value of non-cancellable payments over the lease term, which may include:

    Fixed payments (including in-substance fixed payments), less any lease incentives receivable;

    Variable lease payments that are based on an index or a rate (including inflation-linked payments);

    Amounts expected to be payable by the lessee under residual value guarantees;

    Exercise price of a purchase option if the lessee is reasonably certain to exercise that option; and

    Penalty payments for terminating the lease, if the lease term reflects the lessee exercising that option.

Where exercise of renewal or termination options is deemed reasonably certain, such assumptions are reflected in the valuation of the lease right-of-use asset and liability. The reasonably certain assessment is made at the lease commencement date and re-assessed if there is a material change in circumstances supporting the assessment.

TR-0037569

Lease payments are apportioned between the liability and a finance charge, which is reported within "Finance costs, net" in the consolidated income statement. The right-of-use asset is depreciated over the shorter of the asset's useful life or the lease term on a straight-line basis and presented within "Depreciation" in the consolidated income statement.

Most of the Company's leases are comprised of property leases, for which fixed payments covering lease and non-lease components are included in the value of the right-of-use asset and lease liabilities.

Payments for leases with a term of 12 months or less and certain low-value leases are recognized on a straight-line basis within "Operating expenses" in the consolidated income statement and are not recognized in the consolidated statement of financial position.

Lessor

Lessor arrangements are classified as finance leases when substantially all the risks and rewards of the underlying asset transfer to the lessee. A receivable, equal to the net investment in the lease, is recognized on the consolidated statement of financial position at the commencement date with an offset to the underlying asset. The receivable is measured as the present value of non-cancellable payments to be received by the Company over the lease term. The payments are discounted using the interest rate implicit in the lease, if this can be readily determined, or at the Company's incremental borrowing rate, if the implicit rate cannot be determined. A gain or loss is recorded in "Other operating gains (losses), net" within the consolidated income statement for the difference between the carrying value of the underlying asset and the lease receivable. Lease payments are apportioned between the lease receivable and finance income, which is reported within "Finance costs, net" in the consolidated income statement.

When the Company retains the risks and rewards of the underlying asset, the arrangement is classified as an operating lease. Payments received under operating leases are recognized as income on a straight-line basis over the lease term within "Operating expenses" in the consolidated income statement. The carrying value of the underlying asset is retained on the consolidated statement of financial position and amortized over the remaining term, determined as the shorter of the estimated useful life of the asset or the remaining lease term.

## Financial assets

Purchases and sales of financial assets are recognized on the settlement date, which is the date on which the asset is delivered to or by the Company. Financial assets are derecognized when the rights to receive cash flows from the investments have expired or were transferred and the Company has transferred substantially all risks and rewards of ownership. Financial assets are classified in the following categories at the time of initial recognition based on the purpose for which the financial assets were acquired:

**Financial assets at fair value through the consolidated income statement**

**Classification**
Financial assets are classified at fair value through the consolidated income statement if acquired primarily for the purpose of selling in the short-term, such as financial assets held for trading, or if so designated by management. This category primarily includes money market accounts and warrants the Company held in Refinitiv.

**Recognition and measurement**
Financial assets in this category are initially recognized, and subsequently carried, at fair value, with changes recognized in the consolidated income statement. Transaction costs are expensed.

**Financial assets at amortized cost – Cash, trade and other receivables**
**Classification**
Trade and other receivables are non-derivative financial assets that are held for the purpose of collecting their contractually fixed or determinable payments. They are included in current assets, except for those with maturities greater than 12 months after the end of the reporting period, which are classified as non-current assets.

TR-0037570

**Recognition and measurement**
Trade and other receivables are initially recognized at fair value plus transaction costs and subsequently measured at amortized cost using the effective interest method.

## Financial assets at fair value through other comprehensive income

**Classification**
These financial assets are non-derivatives that are irrevocably designated in this category and are included in other non-current financial assets unless management intends to dispose of the investment within 12 months of the end of the reporting period. This category includes equity investments, which are not held-for-trading and which do not qualify as associates accounted for under the equity method.

**Recognition and measurement**
Investments are initially recognized at fair value plus transaction costs and are subsequently carried at fair value with changes recognized in other comprehensive income or loss. The amounts presented in accumulated other comprehensive income or loss are not subsequently recycled to the consolidated income statement.

Offsetting financial instruments
Financial assets and liabilities are offset and reported net in the consolidated statement of financial position when there is a legally enforceable right to offset the recognized amounts and there is an intention to settle on a net basis or to simultaneously realize the asset and settle the liability. Bank overdrafts in cash pooling arrangements may only be netted against cash and cash equivalents when settlement occurs on or about the end of the reporting period.

## Derivative financial instruments and hedging

Derivatives are initially recognized at fair value on the date a contract is entered and are subsequently re-measured at their fair value. The method of recognizing the resulting gain or loss depends on whether the derivative is designated as a hedging instrument and the nature of the item being hedged.

The Company documents at the inception of the transaction the relationship between hedging instruments and hedged items, as well as its risk management objectives and strategy for undertaking various hedging transactions. The Company also documents its assessment, both at hedge inception and on an ongoing basis, of whether the derivatives that are used in hedging transactions are highly effective in offsetting changes in fair values or cash flows of hedged items.

Non-performance risk, including the Company's own credit risk, is considered when determining the fair value of financial instruments.

The Company designates certain derivatives as either:

**Fair value hedges**
These are hedges of the exposure to changes in fair value of a recognized asset or liability or unrecognized firm commitment. Changes in the fair value of derivatives that are designated as fair value hedges are recorded in the consolidated income statement together with any changes in the fair value of the hedged asset or liability that are attributable to the hedged risk.

**Cash flow hedges**
These are hedges of the exposure to variability in cash flows of a recognized asset or liability or a highly probable forecast transaction. The effective portion of changes in the fair value of derivatives that are designated as a cash flow hedge is recognized in other comprehensive income or loss. The gain or loss relating to the ineffective portion is recognized immediately in the consolidated income statement. Additionally:

— amounts accumulated in other comprehensive income or loss are recycled to the consolidated income statement in the period when the hedged item will affect earnings;

— when a hedging instrument expires or is sold, or when a hedge no longer meets the criteria for hedge accounting, any cumulative gain or loss in other comprehensive income or loss remains in other comprehensive income or loss and is recognized when the forecast transaction is ultimately recognized in the consolidated income statement; and

— when a forecast transaction is no longer expected to occur, the cumulative gain or loss that was reported in other comprehensive income or loss is immediately recognized in the consolidated income statement.

TR-0037571

**Derivatives that do not qualify for hedge accounting**

Certain derivative instruments, while providing effective economic hedges, are not designated as hedges for accounting purposes. Changes in the fair value of any derivatives that are not designated as hedges for accounting purposes are recognized within "Other finance (costs) income" or "Operating expenses" in the consolidated income statement consistent with the underlying nature and purpose of the derivative instruments. Settlements from these instruments are classified within the cash flow line item where an economic hedge relationship exists in the consolidated statement of cash flow.

**Taxation**

Tax expense comprises current and deferred income tax. Tax is recognized in the consolidated income statement except to the extent it relates to items recognized in other comprehensive income or loss or directly in equity.

Current tax

Current tax expense is based on the results for the period as adjusted for items that are currently not taxable or not deductible. Current tax is calculated using tax rates and laws that were enacted or substantively enacted at the end of the reporting period. Management periodically evaluates positions taken in tax returns with respect to situations in which applicable tax regulation is subject to interpretation. Provisions are established where appropriate based on amounts expected to be paid to the tax authorities.

Deferred tax

Deferred tax is recognized on temporary differences arising between the tax bases of assets and liabilities and their carrying amounts in the consolidated statement of financial position. Deferred tax is calculated using tax rates and laws that have been enacted or substantively enacted at the end of the reporting period, and which are expected to apply when the related deferred income tax asset is realized, or the deferred income tax liability is settled.

Deferred tax liabilities:

Are generally recognized for all taxable temporary differences;

Are recognized for taxable temporary differences arising on investments in subsidiaries, associates and joint ventures, except where the reversal of the temporary difference can be controlled, and it is probable that the difference will not reverse in the foreseeable future or create a tax liability; and

Are not recognized on temporary differences that arise from goodwill that is not deductible for tax purposes.

Deferred tax assets:

Are recognized to the extent it is probable that taxable profits will be available against which the deductible temporary differences can be utilized; and

Are reviewed at the end of the reporting period and reduced to the extent that it is no longer probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered.

Deferred tax assets and liabilities are not recognized in respect of temporary differences that arise on initial recognition of assets and liabilities acquired other than in a business combination.

## Note 2: Critical Accounting Estimates and Judgments

The preparation of financial statements requires management to make estimates and judgments about the future. Estimates and judgments are continually evaluated and are based on historical experience and other factors, including future events that are believed to be reasonable under the circumstances. Accounting estimates will, by definition, seldom equal the actual results.

In March 2020, the World Health Organization characterized a novel strain of the coronavirus, known as COVID-19, as a pandemic. The global economy continues to experience substantial disruption due to concerns regarding the spread of COVID-19, as well as from the measures intended to mitigate its impact. Due to the significant uncertainty about the duration and impact of the global economic crisis caused by the COVID-19 pandemic, some of management's estimates and judgments may be more variable and may change materially in the future.

TR-0037572

Thomson Reuters Annual Report 2020

The following discussion sets forth management's:

Most critical estimates and assumptions in determining the value of assets and liabilities; and

Most critical judgments in applying accounting policies.

**Critical accounting estimates and assumptions**

Allowance for doubtful accounts and sales adjustments
The Company must assess whether accounts receivable are collectible from customers. Accordingly, management establishes an allowance for estimated losses arising from non-payment and other sales adjustments, taking into consideration customer creditworthiness, current economic trends, experience and expected credit losses. If future collections differ from estimates, future earnings would be affected. At December 31, 2020, the combined allowances were $73 million, or 6%, of the gross trade accounts receivable balance of $1.2 billion. An increase to the reserve based on 1% of accounts receivable would have decreased pre-tax earnings by approximately $12 million for the year ended December 31, 2020.

Computer software
Computer software represented $0.8 billion of total assets in the consolidated statement of financial position at December 31, 2020. A significant portion of ongoing expenditures relate to software that is developed as part of electronic databases, delivery systems and internal infrastructures, and, to a lesser extent, software licensed directly to customers. As part of the software development process, management must estimate the expected period of benefit over which capitalized costs should be amortized. The basis of these estimates includes the timing of technological obsolescence, economic and competitive pressures, historical experience and internal business plans for the use of the software. Due to rapidly changing technology and the uncertainty of the software development process itself, future results could be affected if management's current assessment of its software projects differs from actual performance.

Other identifiable intangible assets and goodwill
Other identifiable intangible assets and goodwill represented $3.4 billion and $6.0 billion, respectively, of total assets in the consolidated statement of financial position at December 31, 2020. Other identifiable intangible assets and goodwill arise out of business combinations. Business combinations are accounted for under the acquisition method of accounting, which requires the Company to identify and attribute values to the intangible assets acquired based on their estimated fair value as well as to estimate their useful lives. These determinations involve significant estimates and assumptions regarding cash flow projections, economic risk and weighted-average cost of capital. The excess of acquisition cost over the fair value of identifiable net assets acquired is recorded as goodwill.

Subsequent to acquisition, the Company tests other identifiable intangible assets and goodwill for impairment as required. The outcome of these tests is highly dependent on management's latest estimates and assumptions regarding cash flow projections, economic risk and weighted-average cost of capital. Specifically, cash flow projections could be impacted by deterioration in macroeconomic conditions, including potential impacts of regulation on customers, changes in customer buying patterns or competitive pressures. The Company's assumption of perpetual growth could be impacted by changes in long-term outlooks for global inflation. Additionally, the discount rate, tax rate and revenue or EBITDA multiples used in various impairment tests are based on those for comparable companies, which are driven by market conditions and prevailing tax laws.

If future events or results differ adversely from the estimates and assumptions made at acquisition or as part of subsequent impairment tests, the Company could record increased amortization or impairment charges in the future.

See note 18 for discussion of the annual impairment testing of goodwill.

TR-0037573

Thomson Reuters Annual Report 2020

**Equity Method Investments and Related Warrants**

Equity method investments represented $1.1 billion of total assets in the consolidated statement of financial position at December 31, 2020, and consisted primarily of the Company's former 45% investment in Refinitiv. The carrying amount of equity method investees is assessed for impairment whenever events or changes in circumstances indicate that its carrying value may not be recoverable and at the end of each reporting period for indicators of impairment. Additionally, the terms of the Company's former investment in Refinitiv included warrants that provided for the exchange of value between private equity funds affiliated with Blackstone and the Company at the time of an initial public offering ("IPO") or change in control of Refinitiv, depending on the value of Refinitiv at that date. These warrants were a derivative instrument that were accounted for at fair value each reporting period.

On August 1, 2019, the Company and private equity funds affiliated with Blackstone agreed to sell Refinitiv to London Stock Exchange Group ("LSEG") (see note 8), for a value that was substantially in excess of the carrying value of the Company's investment. On January 29, 2021, the sale of Refinitiv to LSEG was completed (see note 32), however this event was not considered an adjusting subsequent event for purposes of valuing the warrants at December 31, 2020. The value of the warrants at December 31, 2020 reflected the entry into a definitive agreement for the sale of the Refinitiv business on August 1, 2019. As such, the value at each date was primarily based on the number of incremental shares in Refinitiv to which the Company was contractually entitled upon closing and the share price of LSEG on December 31, 2020. The valuation also incorporated (on a weighted-average basis) other outcomes based on the likelihood of the transaction closing using a Monte Carlo simulation approach, which required key inputs such as the estimated equity value of Refinitiv; the capitalization structure of Refinitiv; the expected volatility; the risk-free rate of return; annual dividends or distributions; and assumptions about the timing of a liquidity event.

The Company held other equity investments at December 31, 2020 aggregating $0.2 billion in a variety of industries, including real estate, technology and media, which could become impaired in the future due to the uncertainty of economic conditions.

**Employee future benefits**

The Company sponsors defined benefit plans providing pension and other post-employment benefits to covered employees. The determination of benefit expense associated with employee future benefits requires assumptions such as the discount rate, which is used to measure service cost, benefit plan obligations and the net interest income (expense) on the net benefit plan assets (obligations). Other significant assumptions include expected mortality, the expected rate of increase with respect to future compensation and pension payments as well as the expected healthcare cost trend rate. Because the determination of the cost and obligations associated with employee future benefits requires the use of various assumptions, there is measurement uncertainty inherent in the actuarial valuation process. Actual results will differ from results which are estimated based on assumptions. In December 2020, the Company amended its most significant defined benefit plan such that employees that employees will stop accruing benefits on January 1, 2023. This amendment will eliminate the need for management to make assumptions about future compensation after that date. See note 26 for further details about the impact of this amendment on the consolidated financial statements.

**Income taxes**

The Company computes an income tax provision in each of the jurisdictions in which it operates. These income tax provisions include amounts that are based upon the Company's estimates and assumptions regarding prices and values used to record intercompany transactions. Actual amounts of income tax expense only become final upon filing and acceptance of the tax return by the relevant authorities, which occurs subsequent to the issuance of the financial statements. Additionally, estimation of income taxes includes evaluating the recoverability of deferred tax assets based on an assessment of the ability to use the underlying future tax deductions before they expire against future taxable income. The assessment is based upon existing tax laws and estimates of future taxable income. To the extent estimates differ from the final tax return, earnings would be affected in a subsequent period.

In interim periods, the income tax provision is based on estimates of full-year earnings by jurisdiction. The average annual effective income tax rates are re-estimated at each interim reporting date. To the extent that forecasts differ from actual results, adjustments are recorded in subsequent periods. See note 9 for further details on income taxes including a discussion on sensitivity.

TR-0037574

The Company has deferred tax assets in connection with the intercompany transfer of certain operations. The determination of these assets requires management to make significant estimates and assumptions about the fair value of the related operations. Critical estimates include, but are not limited to, internal revenue and expense forecasts and discount rates, while critical assumptions include those regarding macroeconomic conditions and prevailing tax laws. The discount rates used in the income method to reduce expected future cash flows to present value are derived from a weighted-average cost of capital analysis and are adjusted to reflect the inherent risks related to the cash flow. Although the Company believes its assumptions and estimates are reasonable and appropriate, they are based in part on historical experience and are inherently uncertain. Unanticipated events and circumstances may occur that could differ adversely from the Company's assumptions and estimates, which could require the Company to reduce its deferred tax assets in future periods.

## Critical judgments in applying accounting policies

### Revenue recognition

To determine the appropriate revenue recognition for its products and services, management must assess whether multiple products and services in customer contracts are distinct performance obligations that should be accounted for separately, or whether they must be accounted for together. In making the determination, management considers, for example, whether the Company regularly sells a good or service separately, or whether the goods or services are highly interrelated. Management must also determine the standalone selling price (SSP) for each distinct performance obligation. The Company typically has more than one SSP for individual products and services due to the stratification of its offerings by customer. As a result, management determines the SSP taking into consideration market conditions and other factors, including the value of its contracts, the product or service sold, the customer's market, geographic location, and the number and types of users in each contract. Finally, management must also estimate the period over which to amortize assets arising from incremental costs of obtaining a contract. As management estimates that this period corresponds to the period over which a customer benefits from existing technology in the underlying product or service, this judgment is closely linked with the determination of software amortization periods.

### Uncertain tax positions

The Company is subject to taxation in numerous jurisdictions and is routinely under audit by many different taxing authorities in the ordinary course of business. There are many transactions and calculations during the course of business for which the ultimate tax determination is uncertain, as taxing authorities may challenge some of the Company's positions and propose adjustments or changes to its tax filings. As a result, the Company maintains provisions for uncertain tax positions that it believes appropriately reflect its risk. These provisions are made using the Company's best estimates of the amount expected to be paid based on a qualitative assessment of all relevant factors. When appropriate, the Company performs an expected value calculation to determine its provisions. The Company reviews the adequacy of these provisions at the end of each reporting period and adjusts them based on changing facts and circumstances. Due to the uncertainty associated with tax audits, it is possible that at some future date, liabilities resulting from such audits or related litigation could vary significantly from the Company's provisions. Where the outcome of these tax-related matters is different from the amounts that were initially recorded, such differences will affect the tax provisions in the period in which such determination is made. At December 31, 2020, the liability associated with uncertain tax positions was $228 million and is primarily included within "Payables, accruals and provisions" on the consolidated statement of financial position.

### Unrecognized Deferred Tax Assets

Deferred tax assets are recognized to the extent it is probable that taxable profits will be available against which the deductible temporary differences can be utilized, and are reduced to the extent that it is not probable that sufficient taxable profits will be available to allow all or part of the asset to be recovered. In evaluating deferred tax assets, management must make judgments to assess the future taxable profits and likely outcomes of unresolved tax audits associated with the relevant jurisdictions. As of December 31, 2020, the Company recorded deferred tax assets of $1,801 million and disclosed unrecognized deferred tax assets of $1,188 million (see note 23).

TR-0037575

Thomson Reuters Annual Report 2020

## Note 3: Revenues

Revenues by type and geography

The following tables disaggregate revenues by type and geography and reconciles them to reportable segments (see note 4).

| Revenues by type | Legal Professionals | | Corporates | | Tax & Accounting Professionals | | Reuters News | | Global Print | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year ended December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Recurring | 2,367 | 2,249 | 1,143 | 1,079 | 682 | 703 | 566 | 573 | - | - | 4,758 | 4,604 |
| Transactions | 168 | 184 | 224 | 229 | 154 | 140 | 62 | 57 | - | - | 608 | 610 |
| Global Print | - | - | - | - | - | - | - | - | 620 | 693 | 620 | 693 |
| Eliminations/Rounding | - | - | - | - | - | - | - | - | - | - | (2) | (1) |
| Total | 2,535 | 2,433 | 1,367 | 1,308 | 836 | 843 | 628 | 630 | 620 | 693 | 5,984 | 5,906 |

| Revenues by geography (country of destination) | Legal Professionals | | Corporates | | Tax & Accounting Professionals | | Reuters News | | Global Print | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year ended December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| U.S. | 2,027 | 1,991 | 1,129 | 1,062 | 704 | 704 | 418 | 419 | 436 | 482 | 4,714 | 4,658 |
| Canada (country of domicile) | 51 | 41 | 10 | 11 | 27 | 26 | 4 | 3 | 81 | 91 | 173 | 172 |
| Other | 19 | 25 | 45 | 60 | 76 | 82 | 9 | 9 | 17 | 22 | 166 | 198 |
| Americas (North America, Latin America, South America) | 2,097 | 2,057 | 1,184 | 1,133 | 807 | 812 | 431 | 431 | 534 | 595 | 5,053 | 5,028 |
| U.K. | 249 | 213 | 109 | 105 | 15 | 17 | 35 | 29 | 41 | 45 | 449 | 409 |
| Other | 60 | 59 | 41 | 37 | 2 | 1 | 105 | 111 | 15 | 18 | 223 | 226 |
| EMEA (Europe, Middle East and Africa) | 309 | 272 | 150 | 142 | 17 | 18 | 140 | 140 | 56 | 63 | 672 | 635 |
| Asia Pacific | 129 | 104 | 33 | 33 | 12 | 13 | 57 | 59 | 30 | 35 | 261 | 244 |
| Eliminations/Rounding | - | - | - | - | - | - | - | - | - | - | (2) | (1) |
| Total | 2,535 | 2,433 | 1,367 | 1,308 | 836 | 843 | 628 | 630 | 620 | 693 | 5,984 | 5,906 |

Contract liabilities

| | December 31, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| Deferred revenue | 866 | 833 | 815 |

Deferred revenue at December 31, 2020 increased compared to the balance at December 31, 2019 primarily due to cash payments received or due in advance of satisfying performance obligations, offset by $786 million of revenues recognized that were included in the deferred revenue balance at the beginning of the period.

Deferred revenue at December 31, 2019 increased compared to the balance at December 31, 2018 primarily driven by cash payments received or due in advance of satisfying performance obligations, offset by $796 million of revenues recognized that were included in the deferred revenue balance at the beginning of the period.

Costs to obtain a contract

Amortization of deferred commissions was $128 million and $120 million for the years ending December 31, 2020 and 2019, respectively, and was recorded within "Operating expenses" in the consolidated income statement.

TR-0037576

**Remaining performance obligations**

As of December 31, 2020, remaining performance obligations were $16.0 billion (2019 - $16.1 billion), including the portion recorded as deferred revenue. The Company expects to recognize these revenues as follows:

|  | December 31, | |
|---|---|---|
|  | **2020** | **2019** |
| 1 year | **25%** | 24% |
| Between 1 and 2 years | **13%** | 13% |
| Between 2 and 3 years | **8%** | 7% |
| Later than 3 years | **54%** | 56% |

The remaining performance obligations later than three years largely relate to an agreement under which the Reuters News business supplies news and editorial content to Refinitiv for a minimum amount of revenue through October 1, 2048. In 2020 and 2019, the Company recorded $336 million of revenues under this agreement, which represent the current minimum annual value. However, these revenues may increase further as the contract requires adjustments related to changes in the consumer price index and foreign exchange rates (see note 31). As permitted by IFRS 15, *Revenue from Contracts with Customers*, the Company excluded performance obligations for contracts with an original expected duration of less than one year from its disclosure.

## Note 4: Segment Information

The Company is organized as five reportable segments, reflecting how the businesses are managed. The accounting policies applied by the segments are the same as those applied by the Company. The segments offer products and services to target customers as described below.

Legal Professionals

The Legal Professionals segment serves law firms and governments with research and workflow products, focusing on intuitive legal research powered by emerging technologies and integrated legal workflow solutions that combine content, tools and analytics.

Corporates

The Corporates segment serves corporate customers from small businesses to multinational organizations, including the seven largest global accounting firms, with the Company's full suite of content-enabled technology solutions for in-house legal, tax, regulatory, compliance and IT professionals.

Tax & Accounting Professionals

The Tax & Accounting Professionals segment serves tax, accounting and audit professionals in accounting firms (other than the seven largest, which are served by the Corporates segment) with research and workflow products, focusing on intuitive tax offerings and automating tax workflows.

Reuters News

The Reuters News segment supplies business, financial, national and international news to professionals via desktop terminals, including through Refinitiv, the world's media organizations, industry events and directly to consumers.

Global Print

The Global Print segment provides legal and tax information primarily in print format to customers around the world.

The Company also reports "Corporate costs", which includes expenses for corporate functions and does not qualify as a reportable segment.

TR-0037577

Thomson Reuters Annual Report 2020

| | Year ended December 31, | |
|---|---|---|
| | **2020** | **2019** |
| **Revenues** | | |
| Legal Professionals | 2,535 | 2,433 |
| Corporates | 1,367 | 1,308 |
| Tax & Accounting Professionals | 836 | 843 |
| Reuters News | 628 | 630 |
| Global Print | 620 | 693 |
| Eliminations/Rounding | (2) | (1) |
| Consolidated revenues | 5,984 | 5,906 |
| | | |
| **Adjusted EBITDA** | | |
| Legal Professionals | 1,001 | 895 |
| Corporates | 460 | 412 |
| Tax & Accounting Professionals | 330 | 318 |
| Reuters News | 73 | 68 |
| Global Print | 242 | 294 |
| Corporate costs | (131) | (494) |
| Adjusted EBITDA | 1,975 | 1,493 |
| Fair value adjustments (see note 5) | 10 | |
| Depreciation | (184) | (154) |
| Amortization of computer software | (485) | (449) |
| Amortization of other identifiable intangible assets | (123) | (114) |
| Other operating gains, net | 736 | 423 |
| Consolidated operating profit | 1,929 | 1,199 |
| Net interest expense | (195) | (163) |
| Other finance income (costs) | 30 | (65) |
| Share of post-tax losses in equity method investments | (544) | (599) |
| Tax (expense) benefit | (71) | 1,198 |
| Earnings from continuing operations | 1,149 | 1,570 |

| | Additions to Capital Assets[1] and Goodwill | |
|---|---|---|
| | December 31, | |
| | **2020** | **2019** |
| Legal Professionals | 382 | 679 |
| Corporates | 119 | 127 |
| Tax & Accounting Professionals | 100 | 524 |
| Reuters News | 28 | 228 |
| Global Print | 22 | 5 |
| Reportable segments | 651 | 1,563 |
| Corporate assets | 52 | 245 |
| Total | 703 | 1,808 |

(1) Capital assets include property and equipment, computer software and other identifiable intangible assets.

Page 124

TR-0037578

Thomson Reuters Annual Report 2020

| Geographic Information | Non-Current Assets(1) | |
|---|---|---|
| | December 31, | |
| | 2020 | 2019 |
| U.S. | 7,209 | 7,549 |
| Canada (country of domicile) | 1,034 | 1,035 |
| Other | 191 | 233 |
| Americas (North America, Latin America, South America) | 8,434 | 8,817 |
| U.K. | 1,544 | 1,612 |
| Other | 1,930 | 1,983 |
| EMEA (Europe, Middle East and Africa) | 3,474 | 3,595 |
| Asia Pacific | 126 | 133 |
| Total | 12,034 | 12,545 |

(1) Non-current assets are primarily comprised of property and equipment, computer software, other identifiable intangible assets, goodwill and investments in equity method investees.

In accordance with IFRS 8, *Operating Segments*, the Company discloses certain information about its reportable segments based upon measures used by management in assessing the performance of those reportable segments. These measures are defined below and may not be comparable to similar measures of other companies.

Adjusted EBITDA

Segment adjusted EBITDA represents earnings from continuing operations before tax expense or benefit, net interest expense, other finance costs or income, depreciation, amortization of software and other identifiable intangible assets, the Company's share of post-tax earnings or losses in equity method investments, other operating gains and losses, certain asset impairment charges, fair value adjustments, and corporate related items.

The Company does not consider these excluded items to be controllable operating activities for purposes of assessing the current performance of the reportable segments.

Each segment includes an allocation of costs, based on usage or other applicable measures, for centralized support services such as technology, customer service, commercial policy, facilities management, and product and content development. Additionally, product costs are allocated when one segment sells products managed by another segment.

Consolidated adjusted EBITDA is comprised of adjusted EBITDA from reportable segments and Corporate costs.

Revenues by Classes of Similar Products or Services
The following table sets forth revenues by major type:

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Electronic, software & services | 5,364 | 5,213 |
| Global Print | 620 | 693 |
| Total | 5,984 | 5,906 |

Page 125

TR-0037579

Table of Contents

Thomson Reuters Annual Report 2020

## Note 5: Operating Expenses

The components of operating expenses include the following:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Salaries, commissions and allowances[1] | 2,269 | 2,431 |
| Share-based payments | 64 | 56 |
| Post-employment benefits | 135 | 130 |
| Total staff costs | 2,468 | 2,617 |
| Goods and services[2] | 1,158 | 1,411 |
| Content | 274 | 265 |
| Telecommunications | 54 | 48 |
| Facilities | 55 | 72 |
| Fair value adjustments[3] | (10) | - |
| Total operating expenses | 3,999 | 4,413 |

(1) The 2019 period included $117 million of restructuring charges. See note 22.
(2) Goods and services include professional fees, consulting and outsourcing services, contractors, selling and marketing, and other general and administrative costs.
(3) Fair value adjustments primarily represent gains or losses due to changes in foreign currency exchange rates on intercompany balances that arise in the ordinary course of business.

## Note 6: Other Operating Gains, Net

Other operating gains, net, were $736 million and $423 million for the year ended December 31, 2020 and 2019, respectively. In 2020, other operating gains, net, included a gain of $472 million related to the sale of an equity method investment and a $119 million gain from an amendment to the Company's U.S. pension plan (see note 26). Both periods included a benefit from the revaluation of warrants that the Company held in Refinitiv, prior to its sale to LSEG in January 2021 (see note 32), due to an increase in the share price of LSEG. In 2020, other operating gains, net, included $82 million (2019 - $419 million) related to the warrants. Both periods also included income related to a license that allows Refinitiv to use the "Reuters" mark to brand its products and services (see note 31) and acquisition costs associated with acquired businesses.

## Note 7: Finance Costs, Net

The components of finance costs, net, include interest expense (income) and other finance costs (income) as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Interest expense: | | |
| Debt | 156 | 155 |
| Derivative financial instruments - hedging activities | (1) | 2 |
| Other, net | 14 | 18 |
| Fair value gains on cash flow hedges, transfer from equity (see note 19) | (97) | (21) |
| Net foreign exchange losses on debt | 97 | 21 |
| Net interest expense - debt and other | 169 | 175 |
| Net interest expense - leases | 10 | 7 |
| Net interest expense - pension and other post-employment benefit plans | 21 | 25 |
| Interest income | (5) | (44) |
| Net interest expense | 195 | 163 |

TR-0037580

Table of Contents

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Net (gains) losses due to changes in foreign currency exchange rates | (9) | 37 |
| Net (gains) losses on derivative instruments | (21) | 7 |
| Losses from redemption of debt securities | - | 19 |
| Other | - | 2 |
| Other finance (income) costs | (30) | 65 |

**Net (gains) losses due to changes in foreign currency exchange rates**
Net (gains) losses due to changes in foreign currency exchange rates were principally comprised of amounts related to certain intercompany funding arrangements.

**Net (gains) losses on derivative instruments**
Net (gains) losses on derivative instruments were principally comprised of amounts relating to foreign exchange contracts and the ineffective portion of cash flow hedges (see note 19).

**Losses from redemption of debt securities**
Losses from redemption of debt securities primarily represent premiums incurred for early extinguishment of debt securities (see note 19).

## Note 8: Equity Method Investments

Equity method investments are primarily comprised of the Company's former 45% investment in Refinitiv, a provider of market and financial data and analytics, with trading venues across asset classes. Private equity funds affiliated with Blackstone owned the remaining 55%. As the Company had significant influence in the financial and operating policy decisions of Refinitiv, the investment was accounted for under the equity method. Refinitiv Holdings Ltd. is an exempted company incorporated with limited liability under the laws of the Cayman Islands with corporate offices in New York and London. In accordance with its debt covenants, Refinitiv is limited in its ability to pay dividends to its investors, subject to certain exceptions.

The Company's share of post-tax (losses) earnings in equity method investments as reported in the consolidated income statement is comprised of the following:

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Refinitiv (45% ownership interest) | (554) | (609) |
| Other equity method investments | 10 | 10 |
| Total share of post-tax losses in equity method investments | (544) | (599) |

The composition of equity method investments as reported in the consolidated statement of financial position is comprised of the following:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Refinitiv (45% ownership interest) | 981 | 1,387 |
| Other equity method investments | 155 | 164 |
| Total equity method investments | 1,136 | 1,551 |

TR-0037581

Set forth below is summarized financial information for 100% of Refinitiv, and a reconciliation to the Company's carrying value of its investment.

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Revenues | 6,513 | 6,250 |
| Net loss | (1,137) | (1,278) |
| Remove: Net earnings attributable to non-controlling interests | (95) | (75) |
| Net loss attributable to Refinitiv | (1,232) | (1,353) |
| Other comprehensive income (loss) attributable to Refinitiv | 330 | (78) |
| Total comprehensive loss attributable to Refinitiv | (902) | (1,431) |

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Assets | | |
| Current assets | 2,071 | 2,031 |
| Non-current assets | 21,094 | 20,709 |
| Total assets | 23,165 | 22,740 |
| Liabilities | | |
| Current liabilities | 3,995 | 3,398 |
| Non-current liabilities | 14,268 | 13,964 |
| Total liabilities | 18,263 | 17,362 |
| Net assets | 4,902 | 5,378 |
| Non-controlling interests | (2,415) | (2,100) |
| Other(1) | (306) | (195) |
| Net assets attributable to Refinitiv | 2,181 | 3,083 |
| Net assets attributable to Refinitiv - beginning period | 3,083 | 4,514 |
| Net loss attributable to Refinitiv | (1,232) | (1,353) |
| Other comprehensive income (loss) attributable to Refinitiv | 330 | (78) |
| Net assets attributable to Refinitiv - ending period | 2,181 | 3,083 |
| Thomson Reuters % share | 45% | 45% |
| Thomson Reuters carrying amount | 981 | 1,387 |

(1) Consists primarily of equity transactions excluded from Thomson Reuters 45% share of total comprehensive loss.

Refer to note 31 for related party transactions with Refinitiv.

On January 29, 2021, the Company and private equity funds affiliated with Blackstone sold Refinitiv to LSEG (see note 32). The terms of the Company's investment in Refinitiv included warrants that provided for an exchange of value between private equity funds affiliated with Blackstone and the Company at the time of a change in control of Refinitiv, depending on the value of Refinitiv. As a result of the LSEG transaction, the exercise of the warrants in connection with the closing of the transaction entitled the Company to receive an additional 4.5 million shares of Refinitiv. These warrants were a derivative instrument, recorded within "Other financial assets – current" in the consolidated statement of financial position and accounted for at fair value each reporting period. Changes in value were recorded within "Other operating gains, net" in the consolidated income statement (see notes 6 and 19).

## Note 9: Taxation

The components of tax expense (benefit) for 2020 and 2019 are as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Current tax expense | 302 | 197 |
| Deferred tax benefit | (231) | (1,395) |
| Total tax expense (benefit) | 71 | (1,198) |

Taxes on items recognized in "Other comprehensive income (loss)" or directly in equity in 2020 and 2019 are as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Deferred tax expense (benefit) on actuarial gains (losses) on defined benefit plans | 17 | (12) |
| Deferred tax expense (benefit) on share of other comprehensive income (loss) in equity method investments - may be subsequently reclassified to net earnings | 35 | (7) |
| Deferred tax expense (benefit) on share of other comprehensive income (loss) in equity method investments - will not be reclassified to net earnings | 1 | (2) |
| Deferred tax benefit on share-based payments | (3) | (8) |
| Current tax benefit on share-based payments | (11) | (20) |

### Items affecting tax expense for 2020 and 2019

In the year ended December 31, 2020, the Company recorded $138 million of tax benefits to recognize deferred tax assets that arose in prior years in various subsidiaries outside the U.S. The deferred tax assets recognized were almost entirely related to tax losses and other tax attributes in subsidiaries that have experienced improved profitability within the past year and have projected future taxable profits sufficient to utilize these deferred tax assets. These tax losses and other tax attributes can be carried forward indefinitely.

In December 2019, the Company reorganized the operations of certain foreign affiliates that were subject to different tax rates, which resulted in an increase in the tax basis of the reorganized business to the acquiror and a related tax benefit of $1.2 billion. The Company recognized a $1.2 billion deferred tax asset, which it expects to realize in subsequent periods, based on the historical and expected future profitability of the reorganized business.

Below is a reconciliation of income taxes calculated at the Canadian corporate tax rate of 26.5% to the tax expense (benefit) for 2020 and 2019:

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Income before tax | 1,220 | 372 |
| Income before tax multiplied by the standard rate of Canadian corporate tax of 26.5% | 323 | 99 |
| Effects of: | | |
| Income taxes recorded at rates different from the Canadian tax rate | (167) | (159) |
| Tax losses for which no benefit is recognized | 1 | 1 |
| Reorganization of certain foreign affiliate operations | - | (1,197) |
| Net non-deductible foreign exchange and other losses | 6 | 42 |
| Impact of disposals of businesses | - | (66) |
| Tax on reversal of statutory intercompany investment impairments[1] | 905 | - |
| Recognition of tax losses that arose in prior years due to statutory intercompany investment impairments[1] | (905) | - |
| Provision for uncertain tax provisions | 10 | (46) |
| Derecognition of tax losses that arose in prior years | - | 88 |
| Recognition of tax losses that arose in prior years | (138) | (29) |
| U.S. base erosion minimum tax | 43 | 7 |
| Impact of tax law changes | - | 52 |
| Research and development credits | (12) | (6) |
| Other adjustments related to prior years | (6) | 3 |
| Withholding taxes | 6 | 3 |
| Other differences | 5 | 10 |
| Total tax expense (benefit) | 71 | (1,198) |

(1) In 2020, a non-U.S subsidiary reversed impairment charges related to intercompany investments. These impairments had been previously recorded for statutory purposes and created tax losses that the Company did not recognize as deferred tax assets. The reversal of the impairment allowed the Company to recognize the deferred tax asset, because the corresponding tax losses were used to offset the gain from the impairment reversal.

The Company's 2020 effective income tax rate on earnings from continuing operations was 5.8%. In 2019, the effective income tax rate on earnings from continuing operations was not meaningful due to the impact of the $1.2 billion tax benefit discussed above. A 1% increase in the effective income tax rate would have increased 2020 income tax expense and decreased earnings from continuing operations by approximately $12 million.

## Note 10: Discontinued Operations
Loss from discontinued operations, net of tax, was $27 million and $6 million for the years ended December 31, 2020 and December 31, 2019, respectively. The results of discontinued operations included residual expenses related to liabilities associated with businesses that were previously classified as discontinued operations. In both years, the expenses were partially offset by tax benefits of $15 million in 2020 and $31 million in 2019 related to the reversal of tax reserves no longer required due to changes in tax laws and the expiration of statutes of limitation.

## Note 11: Earnings Per Share
Basic earnings per share was calculated by dividing earnings attributable to common shareholders less dividends declared on preference shares by the sum of the weighted-average number of common shares outstanding and vested deferred share units ("DSUs") outstanding during the period. DSUs represent common shares that certain employees have elected to receive in the future upon vesting of share-based compensation awards or in lieu of cash compensation.

Diluted earnings per share was calculated using the denominator of the basic calculation described above adjusted to include the potentially dilutive effect of outstanding stock options and time-based restricted share units ("TRSUs").

TR-0037584

Earnings used in determining consolidated earnings per share and earnings per share from continuing operations are as follows:

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Earnings attributable to common shareholders | 1,122 | 1,564 |
| Less: Dividends declared on preference shares | (2) | (3) |
| Earnings used in consolidated earnings per share | 1,120 | 1,561 |
| Less: Loss from discontinued operations, net of tax | 27 | 6 |
| Earnings used in earnings per share from continuing operations | 1,147 | 1,567 |

The weighted-average number of common shares outstanding, as well as a reconciliation of the weighted-average number of common shares outstanding used in the basic earnings per share computation to the weighted-average number of common shares outstanding used in the diluted earnings per share computation, is presented below:

| | Year ended December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Weighted-average number of common shares outstanding | 496,343,778 | 500,395,573 |
| Weighted-average number of vested DSUs | 378,514 | 434,180 |
| Basic | 496,722,292 | 500,829,753 |
| Effect of stock options and TRSUs | 1,309,714 | 1,691,447 |
| Diluted | 498,032,006 | 502,521,200 |

There were 557,056 and nil share-based compensation awards outstanding at December 31, 2020 and 2019, respectively, where the exercise price was greater than the average market price. Accordingly, these awards were anti-dilutive, and therefore excluded from the diluted earnings per share computation.

## Note 12: Cash and Cash Equivalents

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Cash | | |
| Cash at bank and on hand | 311 | 335 |
| Cash equivalents | | |
| Money market accounts | 1,476 | 490 |
| Cash and cash equivalents | 1,787 | 825 |

Of total cash and cash equivalents, $43 million and $34 million at December 31, 2020 and 2019, respectively, were held in subsidiaries which have regulatory restrictions and were therefore not available for general use by the Company.

## Note 13: Trade and Other Receivables

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Trade receivables | 1,195 | 1,184 |
| Less: allowance for doubtful accounts | (37) | (30) |
| Less: allowance for sales adjustments | (36) | (34) |
| Net trade receivables | 1,122 | 1,120 |
| Other receivables[1] | 29 | 47 |
| Trade and other receivables | 1,151 | 1,167 |

(1) At December 31, 2020 and 2019, includes $11 million and $27 million, respectively, due from Refinitiv. There are no expected credit losses associated with this receivable. See note 31.

Thomson Reuters Annual Report 2020

The aging of gross trade receivables at each reporting date was as follows:

|  | December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Current | 751 | 806 |
| Past due 1-30 days | 195 | 185 |
| Past due 31-60 days | 72 | 63 |
| Past due 61-90 days | 42 | 36 |
| Past due >91 days | 135 | 94 |
| Balance at December 31 | 1,195 | 1,184 |

**Allowance for doubtful accounts**

The change in the allowance for doubtful accounts was as follows:

|  | December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Balance at beginning of year | 30 | 30 |
| Charges | 51 | 29 |
| Write-offs | (44) | (28) |
| Disposals of businesses | - | (1) |
| Balance at end of year | 37 | 30 |

The Company is exposed to normal credit risk with respect to its accounts receivable and maintains provisions for credit losses. The potential for such losses is mitigated because customer creditworthiness is evaluated before credit is extended and there is no significant exposure to any single customer.

The Company estimates credit losses for trade receivables by aggregating similar customer types together, because they tend to share similar credit risk characteristics, taking into consideration the number of days the receivable is past due. Provision rates for the allowance for doubtful accounts are based on historical credit loss experience and calibrated, based on management's judgment, with forward looking information about a debtor's ability to pay, including estimates related to the global economic crisis caused by the COVID-19 pandemic. Trade and other receivables are written off when there is no reasonable expectation of recovery, such as the bankruptcy of the debtor.

## Note 14: Prepaid Expenses and Other Current Assets

|  | December 31, | |
|---|---|---|
|  | 2020 | 2019 |
| Inventory | 26 | 23 |
| Prepaid expenses | 126 | 130 |
| Current tax receivables[1] | 65 | 72 |
| Deferred commissions | 127 | 117 |
| Other current assets | 81 | 204 |
| Prepaid expenses and other current assets | 425 | 546 |

(1) Both periods include $9 million of uncertain tax positions, which reduced total current tax receivables.

TR-0037586

Thomson Reuters Annual Report 2020

## Note 15: Property and Equipment

Property and equipment consist of the following:

| | Land, Buildings and Building Improvements | Computer Equipment | Furniture, Fixtures and Other Equipment | Total |
|---|---|---|---|---|
| **Cost:** | | | | |
| December 31, 2018 | 757 | 774 | 295 | 1,826 |
| Impact of IFRS 16 adoption | 126 | | 2 | 128 |
| Additions: | | | | |
| Capital expenditures | 46 | 46 | 16 | 108 |
| Leases | 143 | 41 | - | 184 |
| Acquisitions | 1 | 3 | 3 | 7 |
| Removed from service | (3) | (130) | (5) | (138) |
| Disposals of businesses | (168) | (13) | (1) | (182) |
| Translation and other, net | (4) | 31 | 2 | 29 |
| December 31, 2019 | 898 | 752 | 312 | 1,962 |
| Additions: | | | | |
| Capital expenditures | 19 | 24 | 23 | 66 |
| Leases | 21 | 32 | 2 | 55 |
| Removed from service | (19) | (12) | (3) | (34) |
| Disposals of businesses | (10) | - | (6) | (16) |
| Translation and other, net | 5 | (4) | (32) | (31) |
| December 31, 2020 | 914 | 792 | 296 | 2,002 |
| **Accumulated depreciation:** | | | | |
| December 31, 2018 | (441) | (687) | (225) | (1,353) |
| Current year depreciation | (84) | (54) | (16) | (154) |
| Removed from service | 3 | 130 | 5 | 138 |
| Disposals of businesses | 38 | 10 | 1 | 49 |
| Translation and other, net | 3 | (33) | 3 | (27) |
| December 31, 2019 | (481) | (634) | (232) | (1,347) |
| Current year depreciation | (105) | (64) | (15) | (184) |
| Removed from service | 19 | 12 | 3 | 34 |
| Disposals of businesses | 7 | - | 4 | 11 |
| Translation and other, net | 15 | 2 | 12 | 29 |
| December 31, 2020 | (545) | (684) | (228) | (1,457) |
| **Carrying amount:** | | | | |
| December 31, 2019 | 417 | 118 | 80 | 615 |
| December 31, 2020 | 369 | 108 | 68 | 545 |

Fully depreciated assets are retained in cost and accumulated depreciation accounts until such assets are removed from service. Proceeds from disposals of property and equipment are netted against the related assets and the accumulated depreciation and included within "Operating profit" in the consolidated income statement.

See note 27 for right-of-use assets carrying amounts and other related leases disclosures.

TR-0037587

## Note 16: Computer Software

Computer software consists of the following:

| | 2020 | 2019 |
|---|---|---|
| **Cost:** | | |
| Balance at January 1, | 4,464 | 4,183 |
| Additions: | | |
|   Internally developed | 397 | 388 |
|   Purchased | 4 | 15 |
|   Acquisitions | 25 | 82 |
| Removed from service | (57) | (66) |
| Disposals of businesses | (60) | (144) |
| Translation and other, net | (2) | 6 |
| **Balance at December 31,** | **4,771** | **4,464** |
| **Accumulated amortization:** | | |
| Balance at January 1, | (3,564) | (3,275) |
| Current year amortization | (485) | (449) |
| Removed from service | 57 | 66 |
| Disposals of businesses | 49 | 94 |
| Translation and other, net | 2 | - |
| **Balance at December 31,** | **(3,941)** | **(3,564)** |
| **Carrying amount at December 31:** | **830** | **900** |

Fully amortized assets are retained in cost and accumulated amortization accounts until such assets are removed from service. Proceeds from disposals of computer software are netted against the related assets and the accumulated amortization and included within "Operating profit" in the consolidated income statement.

Page 134

TR-0037588

Thomson Reuters Annual Report 2020

## Note 17: Other Identifiable Intangible Assets

| | Indefinite Useful Life | Finite Useful Life | | | | |
| | Trade Names | Trade Names | Customer Relationships | Databases and Content | Other | Total |
|---|---|---|---|---|---|---|
| **Cost:** | | | | | | |
| December 31, 2018 | 2,646 | 153 | 1,595 | 669 | 741 | 5,804 |
| Acquisitions | | 40 | 268 | 1 | | 309 |
| Disposals of businesses | | (28) | (72) | (18) | - | (118) |
| Translation and other, net | - | 1 | 19 | (13) | 5 | 12 |
| December 31, 2019 | 2,646 | 166 | 1,810 | 639 | 746 | 6,007 |
| Acquisitions | | 2 | 21 | | - | 23 |
| Removed from service | | (18) | | | (12) | (30) |
| Translation and other, net | | (3) | 13 | 1 | 9 | 20 |
| **December 31, 2020** | 2,646 | 147 | 1,844 | 640 | 743 | 6,020 |
| | | | | | | |
| **Accumulated amortization:** | | | | | | |
| December 31, 2018 | | (146) | (1,122) | (514) | (698) | (2,480) |
| Current year amortization | | (5) | (66) | (22) | (21) | (114) |
| Disposals of businesses | | 28 | 72 | 18 | - | 118 |
| Translation and other, net | | - | (9) | (2) | (2) | (13) |
| December 31, 2019 | - | (123) | (1,125) | (520) | (721) | (2,489) |
| Current year amortization | - | (10) | (81) | (21) | (11) | (123) |
| Removed from service | | 18 | | - | 12 | 30 |
| Translation and other, net | | (2) | 2 | (1) | (10) | (11) |
| **December 31, 2020** | | (117) | (1,204) | (542) | (730) | (2,593) |
| **Carrying amount:** | | | | | | |
| December 31, 2019 | 2,646 | 43 | 685 | 119 | 25 | 3,518 |
| **December 31, 2020** | 2,646 | 30 | 640 | 98 | 13 | 3,427 |

The carrying amount of the indefinite-lived trade names is comprised of the following:

Reuters trade name of $1,939 million at December 31, 2020 and 2019; and

West trade name of $707 million at December 31, 2020 and 2019.

Due to widespread brand recognition, long history and expected future use, these trade names have been assigned indefinite lives. For purposes of impairment testing, the West trade name was allocated to the Legal Professionals, Corporates and Global Print CGUs as it primarily benefits those CGUs. The Reuters trade name is considered a corporate asset, because it is used in the Company's name, and therefore its carrying value was compared to the combined excess fair value of all the Company's CGUs. The Company performed its annual test for impairment as of October 1, 2020. No impairment was recorded. See note 18.

TR-0037589

## Note 18: Goodwill

The following table presents goodwill for the years ended December 31, 2020 and 2019:

|  | 2020 | 2019 |
|---|---|---|
| **Cost:** | | |
| Balance at January 1, | 5,853 | 5,076 |
| Acquisitions | 133 | 715 |
| Disposals of businesses | | (18) |
| Translation and other, net | (10) | 80 |
| **Carrying amount at December 31:** | 5,976 | 5,853 |

### Impairment test of goodwill

The Company performed its annual goodwill impairment test as of October 1, 2020. No goodwill impairment was recorded as the estimated fair value less costs of disposal of each CGU exceeded their carrying values by more than 100%. The Company performed the test for each group of CGUs to which goodwill was allocated and monitored by management at the date of the test. The following table shows the carrying amount of goodwill that was tested for impairment by CGU:

| Generating Unit | 2020 |
|---|---|
| Legal Professionals | 3,353 |
| Corporates | 1,294 |
| Tax & Accounting Professionals | 869 |
| Reuters News | 137 |
| Global Print | 248 |

In the 2019 impairment test, the fair value less costs of disposal for each CGU exceeded their respective carrying values by over 100%. As allowed under IAS 36, *Impairment of Assets*, the Company did not re-estimate the recoverable value of these CGUs for the 2020 impairment test because management concluded that no events or changes in circumstances indicated that the carrying value of these CGUs might not be recoverable. While Reuters News was a CGU in 2019, it was not subject to a separate annual impairment test because it did not contain goodwill. However, a recoverable value was computed for Reuters News as part of the 2019 test to assess indefinite lived intangible assets. The valuation techniques, significant assumptions and sensitivities described below relate to the recoverable values determined in the 2019 impairment test.

### Valuation Techniques

The selection and application of valuation techniques and the determination of significant assumptions requires judgment. As with previous impairment tests, the recoverable value of each CGU was based on fair value less costs of disposal, using a weighted average of the income approach and market approach. IFRS 13, *Fair Value Measurement*, defines fair value as a market-based measurement rather than an entity-specific measurement. Therefore, the fair value of the CGU must be measured using the assumptions that market participants would use rather than those related specifically to the Company. In particular, the discount and tax rates used in the income approach reflect market participant assumptions. To calculate these market participant assumptions, publicly available data was gathered from companies operating in businesses similar to each CGU, which includes key competitors. As certain inputs to the valuation are not based on observable market data, the recoverable value of each CGU is categorized in Level 3 of the fair value measurement hierarchy.

Income approach

The income approach is predicated upon the value of the future cash flows that a business will generate. The Company used the discounted cash flow ("DCF") method, which involves projecting cash flows and converting them into a present value equivalent through discounting. The discounting process uses a rate of return that is commensurate with the risk associated with the business and the time value of money. This approach requires assumptions about revenue growth rates, operating margins, capital expenditures, tax rates and discount rates.

Market approach

The market approach assumes that companies operating in the same industry will share similar characteristics and that company values will correlate to those characteristics. Therefore, a comparison of a CGU to similar companies whose financial information is publicly available may provide a reasonable basis to estimate fair value. Under the market approach, fair value is calculated based on revenue or EBITDA multiples of benchmark companies comparable to the businesses in each CGU. Data for the benchmark companies was obtained from publicly available information.

**Significant Assumptions**

Weighting of Valuation Techniques

The Company weighted the results of the two valuation techniques noted above, consistently applied to each CGU, as follows: 60% income approach/40% market approach. The Company believes that given volatility in capital markets, it is appropriate to apply a heavier weighting to the income approach.

Cash Flow Projections

Cash flow projections were based on the Company's internal budget. The Company projected cash flows for a period of three years and applied a perpetual growth rate thereafter, as prescribed by IAS 36. To project cash flows for the three-year period, the Company considered growth in revenues and costs as well as capital expenditures. In preparing its projections, the Company considered past experience, economic trends such as GDP growth and inflation as well as industry and market trends. The projections also considered the expected impact from efficiency initiatives, new product launches, customer retention, as well as the maturity of the markets in which each business operates.

Discount Rate

The Company assumed a discount rate to calculate the present value of its projected cash flows. The discount rate represented a weighted-average cost of capital ("WACC") for comparable companies operating in similar industries as the applicable CGU, based on publicly available information. The WACC is an estimate of the overall required rate of return on an investment for both debt and equity owners and serves as the basis for developing an appropriate discount rate. Determination of the WACC requires separate analysis of the cost of equity and the cost of debt. The cost of equity reflects the long-term risk-free interest rate associated with U.S. Treasury bonds and considers a risk premium based on an assessment of risks related to the projected cash flows of each CGU.

Lower discount rates were applied to CGUs whose cash flows are expected to be less volatile due to factors such as the maturity of the market they serve and their market position. Higher discount rates were applied to CGUs whose cash flows are expected to be more volatile due to competition or participation in less stable geographic markets.

Tax Rate

The tax rates applied to the projections were based on effective tax rates of comparable companies operating in similar industries as the applicable CGU, based on publicly available information, or statutory tax rates. Tax assumptions are sensitive to changes in tax laws and the jurisdictions in which profits are earned.

Page 137

Table of Contents

Thomson Reuters Annual Report 2020

The key assumptions used in performing the impairment test, by CGU, are presented below:

| Cash-Generating Unit | Perpetual Growth Rate(1) | Discount Rate | Tax Rate |
|---|---|---|---|
| Legal Professionals | 2.5% | 7.0% | 25.6% |
| Corporates | 2.5% | 8.0% | 25.9% |
| Tax & Accounting Professionals | 3.0% | 8.5% | 26.8% |
| Reuters News | 2.5% | 9.0% | 20.8% |
| Global Print | (4.4%) | 9.0% | 25.8% |

(1)  The perpetual growth rate is applied to the final year of cash flow projections.

### Results and Sensitivities

The fair value for each CGU exceeded its carrying value by over 100%. Therefore, the sensitivity analysis demonstrated that no reasonably possible change in the perpetual growth, discount rate or income tax assumptions would cause the carrying amounts of any CGU to exceed its recoverable amount.

## Note 19: Financial Instruments

### Financial assets and liabilities

Financial assets and liabilities in the consolidated statement of financial position were as follows:

| December 31, 2020 | Assets/(Liabilities) at Amortized Cost | Assets/(Liabilities) at Fair Value through Earnings | Assets at Fair Value through Other Comprehensive Income or Loss | Derivatives Used for Hedging(1) | Total |
|---|---|---|---|---|---|
| Cash and cash equivalents | 311 | 1,476 | - | - | 1,787 |
| Trade and other receivables | 1,151 | - | - | - | 1,151 |
| Other financial assets – current | 95 | 517 | - | - | 612 |
| Other financial assets – non-current (see note 20) | 35 | 17 | 46 | 100 | 198 |
| Trade payables (see note 21) | (217) | - | - | - | (217) |
| Accruals (see note 21) | (761) | - | - | - | (761) |
| Other financial liabilities – current(2) (3) | (374) | (2) | - | - | (376) |
| Long-term indebtedness | (3,772) | - | - | - | (3,772) |
| Other financial liabilities – non-current (see note 22)(4) | (223) | (1) | - | - | (224) |
| Total | (3,755) | 2,007 | 46 | 100 | (1,602) |

| December 31, 2019 | Assets/(Liabilities) at Amortized Cost | Assets/(Liabilities) at Fair Value through Earnings | Assets at Fair Value through Other Comprehensive Income or Loss | Derivatives Used for Hedging(1) | Total |
|---|---|---|---|---|---|
| Cash and cash equivalents | 335 | 490 | - | - | 825 |
| Trade and other receivables | 1,167 | - | - | - | 1,167 |
| Other financial assets – current | 98 | 435 | - | - | 533 |
| Other financial assets – non-current (see note 20) | 45 | 24 | 29 | - | 98 |
| Current indebtedness | (579) | - | - | - | (579) |
| Trade payables (see note 21) | (265) | - | - | - | (265) |
| Accruals (see note 21) | (801) | - | - | - | (801) |
| Other financial liabilities – current(2)(3) | (365) | (7) | - | (62) | (434) |
| Long-term indebtedness | (2,676) | - | - | - | (2,676) |
| Other financial liabilities – non-current (see note 22)(4) | (253) | (3) | - | - | (256) |
| Total | (3,294) | 939 | 29 | (62) | (2,388) |

(1) Derivatives are entered into with specific objectives for each transaction, and are linked to specific assets, liabilities, firm commitments, or highly probable forecasted transactions.
(2) Includes lease liabilities of $83 million (2019 - $69 million).
(3) Includes a commitment to repurchase up to $200 million (2019 - $200 million) of shares related to the Company's pre-defined plan with its broker to repurchase the Company's shares during its internal trading blackout period. See note 24.
(4) Includes lease liabilities of $223 million (2019 - $253 million).

Table of Contents

Thomson Reuters Annual Report 2020

## Fair Value

The fair values of cash and cash equivalents, trade and other receivables, trade payables and accruals approximate their carrying amounts because of the short-term maturity of these instruments. The fair value of long-term debt and related derivative instruments is set forth below.

### Debt and Related Derivative Instruments

Carrying Amounts

Amounts recorded in the consolidated statement of financial position are referred to as "carrying amounts". The carrying amounts of primary debt are reflected in "Long-term indebtedness" and "Current indebtedness" and the carrying amounts of derivative instruments are included in "Other financial assets" and "Other financial liabilities", both current and non-current, in the consolidated statement of financial position, as appropriate.

Fair Value

The fair value of debt is estimated based on either quoted market prices for similar issues or current rates offered to the Company for debt of the same maturity. The fair value of interest rate swaps is estimated based upon discounted cash flows using applicable current market rates and considering non-performance risk.

The following is a summary of debt and related derivative instruments that hedged the cash flows of debt:

| December 31, 2020 | Carrying Amount | | Fair Value | |
|---|---|---|---|---|
| | Primary Debt Instruments | Derivative Instruments (Asset) | Primary Debt Instruments | Derivative Instruments (Asset) |
| C$1,400, 2.239% Notes, due 2025 | 1,093 | (100) | 1,151 | (100) |
| $600, 4.30% Notes. due 2023 | 597 | - | 657 | - |
| $450, 3.85% Notes, due 2024[1] | 241 | - | 266 | - |
| $500, 3.35% Notes, due 2026 | 497 | - | 557 | - |
| $350, 4.50% Notes, due 2043[1] | 116 | - | 130 | - |
| $350, 5.65% Notes. due 2043 | 342 | - | 471 | - |
| $400, 5.50% Debentures, due 2035 | 395 | - | 531 | - |
| $500, 5.85% Debentures, due 2040 | 491 | - | 696 | - |
| Total | 3,772 | (100) | 4,459 | (100) |
| Long-term | 3,772 | (100) | | |

(1) Notes were partially redeemed in October 2018.

Page 139

**TR-0037593**

Table of Contents

Thomson Reuters Annual Report 2020

| December 31, 2019 | Carrying Amount | | Fair Value | |
| --- | --- | --- | --- | --- |
| | Primary Debt Instruments | Derivative Instruments Liability | Primary Debt Instruments | Derivative Instruments Liability |
| Bank and other | 1 | - | 1 | - |
| C$550, 3.309% Notes, due 2021 | 435 | 62 | 435 | 62 |
| $350, 3.95% Notes, due 2021[1] | 143 | - | 143 | - |
| $600, 4.30% Notes, due 2023 | 596 | - | 639 | - |
| $450, 3.85% Notes, due 2024[1] | 240 | - | 254 | - |
| $500, 3.35% Notes, due 2026 | 496 | - | 513 | - |
| $350, 4.50% Notes, due 2043[1] | 116 | - | 120 | - |
| $350, 5.65% Notes, due 2043 | 342 | - | 412 | - |
| $400, 5.50% Debentures, due 2035 | 395 | - | 447 | - |
| $500, 5.85% Debentures, due 2040 | 491 | - | 592 | - |
| Total | 3,255 | 62 | 3,556 | 62 |
| Current portion | 579 | 62 | | |
| Long-term portion | 2,676 | - | | |

(1) Notes were partially redeemed in October 2018.

### Long-term Debt Activity

The following table provides information regarding notes that the Company issued and repaid in 2020.

| Month/Year | Transaction | Principal Amount (in millions) |
| --- | --- | --- |
| | Notes issued | |
| May 2020 | 2.239% Notes, due 2025 | C$1,400 |
| | Notes repaid | |
| January 2020 | 3.309% Notes, due 2021 | C$550 |
| January 2020 | 3.95% Notes, due 2021 | US$139 |

The notes issued in May 2020 were immediately swapped into U.S. dollars and the Company used the $999 million of net proceeds for general corporate purposes, which included repayment of borrowings under the Company's credit facility.

In January 2020, the Company repaid notes prior to their scheduled maturity dates for $640 million. This amount included early redemption premiums and the settlement of cross-currency swaps. The repayments were funded with commercial paper borrowings.

The Company did not issue notes or make any debt repayments in 2019.

### Cross-currency interest rate swaps

The Company uses fixed-to-fixed cross-currency interest rate swaps to hedge its currency exposures on indebtedness. These instruments swap Canadian dollar denominated principal and interest payments into U.S. dollars. The critical terms of the swap, such as the timing and amount of cash flows, match the terms of the related indebtedness, creating an economic relationship that is expected to result in a highly effective hedge. To test for hedge ineffectiveness at hedge inception and subsequent reporting periods, the Company performs qualitative tests to confirm that the terms of the instruments have not changed, as well as quantitative tests to assess if the future cash flows of the swap and the indebtedness will offset one another. Ineffectiveness may arise from changes in cross currency basis spreads or the credit risk inherent in the swaps. The Company achieves a 1:1 hedge ratio when the notional principal amount of the swaps equals the underlying debt exposures.

TR-0037594

Thomson Reuters Annual Report 2020

At December 31, 2020 and December 31, 2019, the Company recorded swaps outstanding in the consolidated statement of financial position at their fair value, which was an asset of $100 million (2019 – net liability of $62 million). These swaps were designated as cash flow hedges.

The details of these instruments are set forth below:

| ived | Paid | Hedged Risk | Year of Maturity | Principal Amount |
|------|------|-------------|------------------|------------------|
| **2020 Cash flow hedges** | | | | |
| Canadian dollar fixed | U.S. dollar fixed | Foreign exchange | 2025 | US$999 |

| ived | Paid | Hedged Risk | Year of Maturity | Principal Amount |
|------|------|-------------|------------------|------------------|
| 2019 Cash flow hedges | | | | |
| Canadian dollar fixed | U.S. dollar fixed | Foreign exchange | 2020 | US$483 |

The ineffective portion of the cash flow hedges recognized through earnings was a gain of $10 million for the year ended December 31, 2020 (2019 – nil). The gain was reclassified from "Cash flow hedges adjustments to net earnings" in the consolidated statement of comprehensive income to "Other finance income (costs)" in the consolidated income statement.

**Currency Risk Exposures**

At each reporting date presented, substantially all indebtedness was denominated in U.S. dollars or had been swapped into U.S. dollar obligations.

The carrying amount of debt, all of which is unsecured, was denominated in the following currencies:

| | Before Currency Hedging Arrangements | | After Currency Hedging Arrangements | |
|---|---|---|---|---|
| | December 31, | | December 31, | |
| | **2020** | 2019 | **2020** | 2019[(1)] |
| Canadian dollar | **1,093** | 435 | **-** | - |
| U.S. dollar | **2,679** | 2,819 | **3,672** | 3,316 |
| Other currencies | **-** | 1 | **-** | 1 |
| | **3,772** | 3,255 | **3,672** | 3,317 |

(1) Includes fair value adjustments of $3 million at December 31, 2019 associated with the interest related fair value component of the hedging instrument settled in January 2020.

**Interest Rate Risk Exposures**

At December 31, 2020, the Company's notes and debentures (after swaps) pay interest at fixed rates. The weighted-average interest rate was 4.1% in 2020 (2019 – 4.6%).

**Foreign Exchange Contracts**

There were no foreign exchange contracts outstanding at December 31, 2020. In 2019, the Company had foreign exchange contracts to sell British pound sterling to manage foreign exchange risk on certain cash flows excluding indebtedness. At December 31, 2019, the cumulative U.S. dollar notional amount of contracts outstanding was $111 million. The fair value of these contracts was a liability of $7 million reported within "Other financial liabilities – current" in the consolidated statement of financial position.

TR-0037595

Thomson Reuters Annual Report 2020

**Fair value gains and losses from derivative financial instruments**

Fair value gains and losses from derivative financial instruments recognized in the consolidated income statement and consolidated statement of changes in equity were as follows:

| | Year ended December 31, | | | |
| | 2020 | | 2019 | |
| | Fair Value Gain Through Earnings | Fair Value Loss Through Equity | Fair Value Gain (Loss) Through Earnings | Fair Value Loss Through Equity |
|---|---|---|---|---|
| Warrants | 82 | – | 419 | – |
| Foreign exchange contracts | 11 | – | (7) | – |
| Hedging instruments: | | | | |
| Cross currency interest rate swaps – cash flow hedges[1] | 107 | (11) | 19 | (6) |
| Forward interest rate swaps – cash flow hedges | 1 | – | 1 | – |
| | 201 | (11) | 432 | (6) |

(1) In 2020, comprised of $97 million (2019 - $21 million) of foreign exchange gains, hedge ineffectiveness of $10 million (2019 - nil) related to hedges on Canadian dollar denominated debt, and nil (2019 - $2 million loss) relating to swaps that were terminated ahead of their maturity in connection with the early repayment of the related hedged debt.

## Financial Risk Management

The Company is exposed to a variety of financial risks including market risk (primarily currency risk and interest rate risk), credit risk and liquidity risk, as its operations are diverse and global. A centralized corporate treasury group works to minimize the potential adverse effects from these risks by using hedging strategies, where applicable, as well as associating with high quality financial institutions, limiting exposures to counterparties and ensuring flexible sources of funding. The Chief Financial Officer oversees the overall approach and ensures the use of strict guidelines and internal control processes.

### Market Risk

*Currency Risk*

The Company's consolidated financial statements are expressed in U.S. dollars. However, the Company transacts a portion of its business in other currencies and is therefore subject to the effects of foreign currency translation into U.S. dollars as well as currency transaction risk.

The impact of foreign currency translation from changes in exchange rates between 2019 and 2020 decreased consolidated revenues and operating expenses each by 1%, and generated $12 million of net translation losses in the consolidated statement of financial position (2019 - $109 million of net translation gains), which were recorded within accumulated other comprehensive loss in shareholders' equity.

Exposure to currency transaction risk is minimized as the Company generally bills customers and incurs operating expenses in the functional currency of the legal entity that records the transaction. However, the Company is exposed to currency transaction risk from the revaluation of non-permanent intercompany loans in certain of its legal entities, which impacts earnings.

The table below shows the impact on earnings that a hypothetical 10% strengthening of the U.S. dollar against other foreign currencies would have as a result of changes in fair values of financial instruments as of December 31, 2020.

| (Decrease) increase to earnings | £ | € | C$ | Other Currencies | Total |
|---|---|---|---|---|---|
| Impact on earnings from financial assets and liabilities[1] | - | (1) | - | 3 | 2 |
| Impact on earnings from non-permanent intercompany loans | (21) | (3) | 52 | (7) | 21 |
| Total impact on earnings | (21) | (4) | 52 | (4) | 23 |

(1) Excludes debt which has been swapped into U.S. dollar obligations.

Page 142

**TR-0037596**

The Company only uses derivative instruments to reduce foreign currency and interest rate exposures. Canadian dollar borrowings are generally converted to U.S. dollar obligations through currency swap arrangements. At each reporting date presented, substantially all indebtedness was denominated in U.S. dollars or had been swapped into U.S. dollar obligations.

Interest Rate Risk

The Company is exposed to fluctuations in interest rates with respect to cash and cash equivalents and long-term borrowings.

As of December 31, 2020, the majority of $1,787 million (2019 - $825 million) in cash and cash equivalents was comprised of interest-bearing assets. Based on amounts as of December 31, 2020, a 100-basis point increase or decrease in interest rates would have increased or decreased annual interest income by approximately $17 million (2019 - $8 million).

At December 31, 2020, the Company's notes and debentures (after swaps) pay interest at fixed rates.

As of December 31, 2020, there were no derivatives designated as fair value hedges.

Price Risk

The Company has no significant exposure to price risk from equity securities or commodities in the normal course of business. However, the value of the Company's warrants in Refinitiv (see the "Valuation of the Refinitiv Warrants" section below for additional information) and the value of the transaction with LSEG (see note 8) have been subject to change as a result of changes in the price of LSEG shares.

In the future, the Company's indirect investment in LSEG will be subject to variability based on changes in the price of LSEG shares and changes in the British pound sterling and U.S. dollar foreign exchange rate (see note 32).

Credit Risk

Credit risk arises from cash and cash equivalents and derivative financial instruments, as well as credit exposure to customers including outstanding receivables. The Company attempts to minimize credit exposure as follows:

> Cash investments are placed with high-quality financial institutions with limited exposure to any one institution. At December 31, 2020, approximately 99% of cash and cash equivalents were held by institutions that were rated at "A-" or higher by at least one of the major credit rating agencies;

> Counterparties to derivative contracts are major investment-grade international financial institutions and exposure to any single counterparty is monitored and limited; and

> The Company assesses the creditworthiness of its customers.

No allowance for credit losses on financial assets was required as of December 31, 2020, other than the allowance for doubtful accounts (see note 13). Further, no financial or other assets have been pledged.

The Company's maximum exposure with respect to credit, assuming no mitigating factors, would be the aggregate of its cash and cash equivalents $1,787 million (2019 - $825 million), trade and other receivables $1,151 million (2019 - $1,167 million), derivative exposures $100 million (2019 - nil) and other financial assets $664 million (2019 - $602 million).

Liquidity Risk

A centralized treasury function ensures funding flexibility by assessing future cash flow expectations and by maintaining sufficient capacity under its committed borrowing facilities. Cash flow estimates are based on rolling forecasts of operating, investing and financing flows. Such forecasting also considers account borrowing limits, cash restrictions and compliance with debt covenants.

Cash which is surplus to working capital requirements is invested in money market funds or bank money market deposits with maturities aligned to expected cash needs. As at December 31, 2020, cash and cash equivalents were $1.8 billion. In addition, the Company maintains a commercial paper program, which provides cost-effective and flexible short-term funding, and a $1.8 billion credit facility, which provides additional liquidity, as further described below.

**Commercial Paper Program**

Under its commercial paper program, the Company may issue up to $1.8 billion of notes. There was no outstanding commercial paper at December 31, 2020 and 2019. In January 2020, the Company issued $630 million of commercial paper, the proceeds of which were used to redeem debt obligations ahead of their maturity. The Company's commercial paper borrowings were repaid later in the year, primarily from funds borrowed under its credit facility, as discussed below. The Company did not issue commercial paper in 2019.

**Credit Facility**

The Company has a $1.8 billion syndicated credit facility agreement which matures in December 2024 and may be used to provide liquidity for general corporate purposes (including acquisitions or support for its commercial paper program). There were no outstanding borrowings under the credit facility at December 31, 2020 and 2019. In 2020, the Company borrowed and repaid $1.0 billion under this facility. Based on the Company's current credit ratings, the cost of borrowing under the facility is priced at LIBOR/EURIBOR plus 112.5 basis points. The Company has the option to request an increase, subject to approval by applicable lenders, in the lenders' commitments in an aggregate amount of $600 million for a maximum credit facility commitment of $2.4 billion.

The U.K. Financial Conduct Authority, which regulates LIBOR, intends to phase out LIBOR by the end of 2021. Key alternative reference rates have been established and progress continues to be made in establishing better liquidity and term structures required to efficiently replace the existing LIBOR structures. With the exception of the LIBOR-based benchmarks within the Company's external credit facility, the Company has no material agreements with third-parties that use or reference LIBOR as a benchmark rate which requires amendment.

If the Company's debt rating is downgraded by Moody's or S&P, the facility fees and borrowing costs may increase, although availability would be unaffected. Conversely, an upgrade in the Company's ratings may reduce the facility fees and borrowing costs.

The Company guarantees borrowings by its subsidiaries under the credit facility. The Company must also maintain a ratio of net debt as defined in the credit agreement (total debt after swaps less cash and cash equivalents) as of the last day of each fiscal quarter to EBITDA as defined in the credit agreement (earnings before interest, income taxes, depreciation and amortization and other modifications described in the credit agreement) for the last four quarters ended of not more than 4.5:1. If the Company were to complete an acquisition with a purchase price of over $500 million, the ratio of net debt to EBITDA would temporarily increase to 5.0:1 for three quarters after completion, at which time the ratio would revert to 4.5:1. As of December 31, 2020, the Company was in compliance with this covenant as its ratio of net debt to EBITDA, as calculated under the terms of its syndicated credit facility, was 1.0:1.

The tables below set forth non-derivative and derivative financial liabilities by maturity based on the remaining period from December 31, 2020 and 2019, respectively, to the contractual maturity date. The amounts disclosed are the contractual undiscounted cash flows.

| December 31, 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Long-term debt[1] | - | - | 600 | 242 | 1,099 | 1,869 | 3,810 |
| Interest payable[1] | 153 | 153 | 153 | 127 | 105 | 1,103 | 1,794 |
| Debt-related hedges outflows | 22 | 22 | 22 | 22 | 1,010 | - | 1,098 |
| Debt-related hedges inflows[1] | (25) | (25) | (25) | (25) | (1,110) | - | (1,210) |
| Trade payables | 217 | | | | | | 217 |
| Accruals | 761 | | | | | | 761 |
| Lease liabilities | 92 | 76 | 49 | 39 | 29 | 44 | 329 |
| Other financial liabilities | 291 | - | - | | | | 291 |
| Total | 1,511 | 226 | 799 | 405 | 1,133 | 3,016 | 7,090 |

TR-0037598

Thomson Reuters Annual Report 2020

| December 31, 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Thereafter | Total |
|---|---|---|---|---|---|---|---|
| Current debt[2] | 579 | | | | | | 579 |
| Long-term debt[3] | | - | - | 600 | 242 | 1,869 | 2,711 |
| Interest payable[3] | 132 | 128 | 128 | 128 | 102 | 1,196 | 1,814 |
| Debt-related hedges outflows[2] | 499 | - | - | - | - | - | 499 |
| Debt-related hedges inflows[2] | (437) | - | - | - | - | - | (437) |
| Trade payables | 265 | | | | | | 265 |
| Accruals | 801 | | - | - | - | - | 801 |
| Lease liabilities | 80 | 75 | 60 | 41 | 34 | 64 | 354 |
| Other financial liabilities | 295 | - | - | - | - | - | 295 |
| Total | 2,214 | 203 | 188 | 769 | 378 | 3,129 | 6,881 |

(1) Represents contractual cash flows calculated using spot foreign exchange rates as of December 31, 2020
(2) Represents early repayment of hedged Canadian debt and U.S. dollar denominated debt redeemed in January 2020.
(3) Represents contractual principal and interest payments.

## Capital Management

The Company's capital management strategy is focused on ensuring that it has the investment capacity to drive revenue growth both organically and through acquisitions, while also maintaining its long-term financial leverage and credit ratings and continuing to provide returns to shareholders.

The Company's existing sources of liquidity are cash and cash equivalents, cash provided by operating activities, the commercial paper program, and credit facility. From time to time, the Company issues debt securities. These sources will generate sufficient funding for the Company to meet its current obligations as well as allowing for: (i) reinvestment in the business through capital expenditures and acquisitions; (ii) debt service; and (iii) returns to shareholders in the form of dividends and share buybacks. The Company has set a target to maintain approximately 500 million common shares outstanding by using share repurchases to offset dilution associated with its dividend reinvestment and equity incentive plans.

Additionally, the Company targets a leverage ratio of net debt, as defined below, to adjusted EBITDA of no more than 2.5x as a measure of its financial flexibility and ability to maintain investment grade credit ratings. As of December 31, 2020, the Company was below its maximum target ratio.

The Company's investment grade credit ratings provide added financial flexibility and the ability to borrow to support the operations and growth strategies of the business. The following table sets forth the credit ratings that the Company has received from rating agencies in respect of its outstanding securities as of December 31, 2020:

| | Moody's | S&P Global Ratings | DBRS Limited | Fitch |
|---|---|---|---|---|
| Long-term debt | Baa2 | BBB | BBB (high) | BBB+ |
| Commercial paper | P-2 | A-2 | R-2 (high) | F1 |
| Trend/Outlook | Stable | Stable | Stable | Stable |

Net debt is defined as total indebtedness (excluding the associated unamortized transaction costs and premiums or discounts) plus the currency related fair value of associated hedging instruments, and lease liabilities less cash and cash equivalents. As the Company hedges some of its debt to reduce risk, the hedging instruments are included in the measurement of the total obligation associated with its outstanding debt. However, because the Company generally intends to hold the debt and related hedges to maturity, it does not consider the associated fair value of the interest-related component of hedging instruments in the measurement of net debt.

TR-0037599

The following table presents the calculation of net debt(1):

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Current indebtedness | - | 579 |
| Long-term indebtedness | 3,772 | 2,676 |
| Total debt | 3,772 | 3,255 |
| Swaps | (100) | 62 |
| Total debt after swaps | 3,672 | 3,317 |
| Remove fair value adjustments for hedges(2) | 1 | |
| Total debt after currency hedging arrangements | 3,673 | 3,317 |
| Remove transaction costs, premiums or discounts included in the carrying value of debt | 38 | 36 |
| Add: Lease liabilities (current and non-current) | 306 | 322 |
| Less: cash and cash equivalents | (1,787) | (825) |
| Net debt(1) | 2,230 | 2,850 |

(1) Net debt is a non-IFRS financial measure.
(2) Represents the interest-related fair value component of hedging instruments that are removed to reflect net cash outflow upon maturity.

The following is a reconciliation on movements of liabilities to cash flows arising from financing activities for the years ended December 31, 2020 and 2019:

| | Notes and Debentures(1) | Credit Facilities | Derivative Instruments Liabilities (Assets) | Lease Liabilities | Total Liabilities From Financing Activities |
| --- | --- | --- | --- | --- | --- |
| December 31, 2018 | 3,216 | - | 76 | - | 3,292 |
| IFRS 16 adoption | - | - | - | 197 | 197 |
| Payments of lease principal | - | - | - | (51) | (51) |
| Additional leases | - | - | - | 176 | 176 |
| Foreign exchange movements | 21 | - | (21) | - | - |
| Other, net(2) | 18 | - | 7 | - | 25 |
| December 31, 2019 | 3,255 | - | 62 | 322 | 3,639 |
| Proceeds from debt | 999 | 1,020 | - | - | 2,019 |
| Repayments of debt | (560) | (1,020) | (65) | - | (1,645) |
| Payments of lease principal | - | - | - | (75) | (75) |
| Additional leases | - | - | - | 58 | 58 |
| Foreign exchange movements | 97 | - | (97) | 4 | 4 |
| Other, net(2) | (19) | - | - | (3) | (22) |
| December 31, 2020 | 3,772 | - | (100) | 306 | 3,978 |

(1) Includes bank and other financial instruments in current indebtedness.
(2) Includes early redemption premium on debt, amortization of transaction and discount costs, fair value movements on derivatives and lease interest payments.

TR-0037600

Thomson Reuters Annual Report 2020

**Fair value estimation**

The following fair value measurement hierarchy is used for financial instruments that are measured in the consolidated statement of financial position at fair value:

Level 1 – quoted prices (unadjusted) in active markets for identical assets or liabilities;

Level 2 – inputs other than quoted prices included within level 1 that are observable for the asset or liability, either directly (that is, as prices) or indirectly (that is, derived from prices); and

Level 3 – inputs for the asset or liability that are not based on observable market data (that is, unobservable inputs).

The levels used to determine fair value measurements for those instruments carried at fair value in the consolidated statement of financial position are as follows:

| December 31, 2020 | Level 1 | Level 2 | Level 3 | Total Balance |
|---|---|---|---|---|
| Assets | | | | |
| Money market accounts | - | 1,476 | - | 1,476 |
| Warrants[1] | | | 517 | 517 |
| Other receivables[2] | - | - | 17 | 17 |
| Financial assets at fair value through earnings | - | 1,476 | 534 | 2,010 |
| Financial assets at fair value through other comprehensive income[3] | 27 | 19 | | 46 |
| Derivatives used for hedging[4] | - | 100 | - | 100 |
| Total assets | 27 | 1,595 | 534 | 2,156 |
| | | | | |
| Liabilities | | | | |
| Contingent consideration[5] | - | - | (3) | (3) |
| Financial liabilities at fair value through earnings | - | - | (3) | (3) |
| Total liabilities | - | - | (3) | (3) |

| December 31, 2019 | Level 1 | Level 2 | Level 3 | Total Balance |
|---|---|---|---|---|
| Assets | | | | |
| Money market accounts | | 490 | | 490 |
| Warrants[1] | | | 435 | 435 |
| Other receivables[2] | | | 24 | 24 |
| Financial assets at fair value through earnings | - | 490 | 459 | 949 |
| Financial assets at fair value through other comprehensive income[3] | 2 | 27 | | 29 |
| Total assets | 2 | 517 | 459 | 978 |
| | | | | |
| Liabilities | | | | |
| Forward exchange contracts[6] | - | (7) | - | (7) |
| Contingent consideration[5] | - | | (3) | (3) |
| Financial liabilities at fair value through earnings | - | (7) | (3) | (10) |
| Derivatives used for hedging[4] | - | (62) | - | (62) |
| Total liabilities | - | (69) | (3) | (72) |

(1) Warrants relate to the Company's former equity method investment in Refinitiv (see note 8).
(2) Receivables under indemnification arrangement (see note 30).
(3) Investments in entities over which the Company does not have control, joint control or significant influence.
(4) Comprised of fixed-to-fixed cross-currency swaps on indebtedness.
(5) Obligations to pay additional consideration for prior acquisitions, based upon performance measures contractually agreed at the time of purchase.
(6) Used to manage foreign exchange risk on cash flows excluding indebtedness.

Thomson Reuters Annual Report 2020

The following reflects the change in the fair value of the Refinitiv warrants, which were classified as level 3 in the fair value measurement hierarchy, for the years ended December 31, 2020 and 2019:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| January 1, | 435 | 16 |
| Gain recognized within other operating gains, net | 82 | 419 |
| December 31, | 517 | 435 |

The Company recognizes transfers into and out of the fair value measurement hierarchy levels at the end of the reporting period in which the event or change in circumstances that caused the transfer occurred. There were no transfers between hierarchy levels for the years ending December 31, 2020 and 2019.

Valuation Techniques

The fair value of financial instruments that are not traded in an active market (for example, over-the-counter derivatives) is determined by using valuation techniques. These valuation techniques maximize the use of observable market data where it is available and rely as little as possible on entity specific estimates. If all significant inputs required to fair value an instrument are observable, the instrument is included in level 2. If one or more of the significant inputs is not based on observable market data, the instrument is included in level 3.

Specific valuation techniques used to value financial instruments include:

Quoted market prices or dealer quotes for similar instruments;

The fair value of cross-currency interest rate swaps and forward foreign exchange contracts are calculated as the present value of the estimated future cash flows based on observable yield curves;

The fair value of other receivables considers estimated future cash flows, current market interest rates and non-performance risk; and

The fair value of contingent consideration is calculated based on estimates of future revenue performance.

Valuation of the Refinitiv Warrants

On August 1, 2019, the Company and private equity funds affiliated with Blackstone agreed to sell Refinitiv, in which the Company owned a 45% interest, to LSEG, in an all share transaction which closed on January 29, 2021 (see note 8). Under the terms of the warrant agreement, the transaction constituted a change in control whereby the exercise of the warrants in connection with the closing of the transaction entitled the Company to an additional 4.5 million shares of Refinitiv. The value of the warrants at December 31, 2020 and 2019 reflected the entry into a definitive agreement for the sale of the Refinitiv business on August 1, 2019. The closing of the transaction on January 29, 2021 was not considered an adjusting subsequent event, and therefore the value at December 31, 2020 was not adjusted to incorporate the closing of the transaction. As such, the value at each date was primarily based on the number of incremental shares in Refinitiv to which the Company was entitled upon closing and the share price of LSEG on December 31, 2020 and 2019, respectively. The valuation also incorporated (on a weighted-average basis) other outcomes based on the likelihood of the transaction closing. In the first quarter of 2021, the Company will record a gain on the transaction that includes the value of the warrants based on the share price of LSEG on January 29, 2021.

The Monte Carlo simulation approach, which was incorporated into the valuation of the Refinitiv warrants, generates values based on the random outcomes from a probability distribution. Key inputs under the Monte Carlo approach include: the estimated equity value of Refinitiv; the capitalization structure of Refinitiv; the expected volatility; the risk-free rate of return; annual dividends or distributions; and assumptions about the timing of a liquidity event. An increase in the equity value would typically have resulted in an increase in the fair value of the warrants and conversely, a decrease would typically have resulted in a decrease in the fair value of the warrants.

Page 148

Thomson Reuters Annual Report 2020

**Offsetting Financial Assets and Financial Liabilities**

The Company is subject to master netting arrangements with certain counterparties. Certain of these arrangements allow for the netting of assets and liabilities in the ordinary course of business, and are reflected on a net basis in the consolidated statement of financial position. In other circumstances, netting is permitted only in the event of bankruptcy or default of either party to the agreement, and such amounts are not netted in the consolidated statement of financial position. The following table sets forth balances that are subject to master netting arrangements, however there were no offsetting amounts at December 31, 2020 or 2019.

| ancial assets | Gross Financial Assets | Gross Financial Liabilities Netted Against Assets | Net Financial Assets in the Consolidated Statement of Financial Position | Related Financial Liabilities Not Netted | Net Amount |
|---|---|---|---|---|---|
| Derivative financial assets | 100 | - | 100 (1) | - | 100 |
| Cash and cash equivalents | 33 | - | 33 (2) | - | 33 |
| December 31, 2020 | 133 | - | 133 | - | 133 |
| Cash and cash equivalents | 17 | | 17 (2) | - | 17 |
| December 31, 2019 | 17 | - | 17 | - | 17 |

| ancial liabilities | Gross Financial Liabilities | Gross Financial Assets Netted Against Liabilities | Net Financial Liabilities in the Consolidated Statement of Financial Position | Related Financial Assets Not Netted | Net Amount |
|---|---|---|---|---|---|
| Derivative financial liabilities | 68 | - | 68 (3) | - | 68 |
| Bank indebtedness | 1 | - | 1 (4) | - | 1 |
| December 31, 2019 | 69 | - | 69 | - | 69 |

(1) Included within "Other financial assets" – non-current in the consolidated statement of financial position.
(2) Included within "Cash and cash equivalents" in the consolidated statement of financial position.
(3) Included within "Other financial liabilities" – current and "Provisions and other non-current liabilities", in the consolidated statement of financial position.
(4) Included within "Current indebtedness" in the consolidated statement of financial position.

## Note 20: Other Non-Current Assets

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Net defined benefit plan surpluses (see note 26) | 128 | 85 |
| Cash surrender value of life insurance policies | 334 | 320 |
| Deferred commissions | 105 | 82 |
| Other financial assets (see note 19) | 198 | 98 |
| Other non-current assets | 23 | 26 |
| Total other non-current assets | 788 | 611 |

Page 149

TR-0037603

Table of Contents

Thomson Reuters Annual Report 2020

## Note 21: Payables, Accruals and Provisions

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Trade payables | 217 | 265 |
| Current tax liabilities[1] | 251 | 124 |
| Accruals | 761 | 801 |
| Provisions (see note 22) | 111 | 119 |
| Other current liabilities | 70 | 64 |
| Total payables, accruals and provisions | 1,410 | 1,373 |

(1) Includes $214 million (2019 – $204 million) of uncertain tax positions, that were net of tax receivables in the same jurisdictions.

## Note 22: Provisions and Other Non-Current Liabilities

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Net defined benefit plan obligations (see note 26) | 598 | 714 |
| Other financial liabilities (see note 19) | 224 | 256 |
| Deferred compensation and employee incentives[1] | 111 | 141 |
| Provisions | 140 | 126 |
| Other non-current liabilities | 10 | 27 |
| Total provisions and other non-current liabilities | 1,083 | 1,264 |

(1) In June 2020, the Company amended its non-employee director compensation plan such that the directors no longer control the decision as to whether DSUs earned as part of their compensation are settled in cash or common shares. As a result, director DSUs are now classified as equity settled and $27 million was reclassified to "Contributed surplus."

The following table presents the movement in provisions for the years ended December 31, 2020 and 2019:

| | Employee-Related | Restructuring | Facilities-Related | Other | Total |
|---|---|---|---|---|---|
| Balance at December 31, 2018 | - | 94 | 28 | 209 | 331 |
| Charges | 12 | 117 | 3 | 70 | 202 |
| Utilization | (25) | (145) | (18) | (113) | (301) |
| Translation and other, net | 13 | (10) | 14 | (4) | 13 |
| Balance at December 31, 2019 | - | 56 | 27 | 162 | 245 |
| Less: short-term provisions | - | 56 | 2 | 61 | 119 |
| Long-term provisions | - | - | 25 | 101 | 126 |
| | | | | | |
| Balance at December 31, 2019 | - | 56 | 27 | 162 | 245 |
| Charges | 61 | - | 3 | 30 | 94 |
| Utilization | (15) | (52) | (2) | (7) | (76) |
| Translation and other, net | - | 1 | - | (13) | (12) |
| Balance at December 31, 2020 | 46 | 5 | 28 | 172 | 251 |
| Less: short-term provisions | 46 | 5 | 3 | 57 | 111 |
| Long-term provisions | - | - | 25 | 115 | 140 |

Page 150

Thomson Reuters Annual Report 2020

**Employee-related**
The employee-related provisions consisted of severance.

**Restructuring**
In 2019, the Company incurred $117 million of severance costs associated with reductions in workforce to de-layer the organization and reposition the Company following the separation of the Financial & Risk business from the rest of the Company.

**Facilities-related**
Facilities-related provisions include lease retirement obligations, which arise when the Company agrees to restore a leased property to a specified condition at the completion of the lease period. Lease retirement provisions relate primarily to leases which expire over the next four years.

**Other**
Other includes various items arising in the normal course of business such as disposal related reserves, legal provisions and reserves for health care.

## Note 23: Deferred Tax
The movements of deferred tax assets and liabilities are shown below:

| Deferred tax liabilities | Goodwill and Other Identifiable Intangible Assets | Computer Software, Property and Equipment | Equity Method Investments | Other | Total |
|---|---|---|---|---|---|
| December 31, 2018 | 528 | 18 | 463 | 239 | 1,248 |
| Impact of IFRS 16 adoption | - | 38 | - | 10 | 48 |
| Acquisitions | 63 | 16 | - | - | 79 |
| Benefit to income statement – continuing operations | (11) | (19) | (158) | (62) | (250) |
| Benefit to income statement – discontinued operations | - | (4) | (2) | - | (6) |
| Benefit to other comprehensive income | - | - | (9) | - | (9) |
| Disposals of businesses | (2) | (12) | - | - | (14) |
| Translation and other, net | - | 1 | - | 13 | 14 |
| December 31, 2019 | 578 | 38 | 294 | 200 | 1,110 |
| Acquisitions | 5 | 2 | - | - | 7 |
| (Benefit) expense to income statement – continuing operations | (33) | (19) | (159) | 48 | (163) |
| Expense to other comprehensive income | - | - | 36 | - | 36 |
| Translation and other, net | (4) | 2 | 1 | 2 | 1 |
| December 31, 2020 | 546 | 23 | 172 | 250 | 991 |

TR-0037605

| Deferred tax assets | Tax Losses | Goodwill and Other Identifiable Intangible Assets(1) | Employee Benefits and Compensation | Other | Total |
|---|---|---|---|---|---|
| December 31, 2018 | 73 | 11 | 238 | 177 | 499 |
| Impact of IFRS 16 adoption | - | - | - | 45 | 45 |
| Benefit (expense) to income statement - continuing operations | 7 | 1,158 | (5) | (15) | 1,145 |
| Expense to income statement - discontinued operations | (7) | - | - | (6) | (13) |
| Benefit to other comprehensive income | - | - | 12 | - | 12 |
| Benefit to equity | - | - | 8 | - | 8 |
| Disposals of businesses | - | - | - | (1) | (1) |
| Translation and other, net | 18 | (1) | - | (2) | 15 |
| December 31, 2019 | 91 | 1,168 | 253 | 198 | 1,710 |
| Benefit (expense) to income statement - continuing operations | 29 | (59) | (24) | 122 | 68 |
| Benefit to income statement - discontinued operations | - | - | - | 4 | 4 |
| Expense to other comprehensive income | - | - | (17) | - | (17) |
| Benefit to equity | - | - | 3 | - | 3 |
| Translation and other, net | 11 | 1 | (1) | 22 | 33 |
| December 31, 2020 | 131 | 1,110 | 214 | 346 | 1,801 |
| Net deferred tax asset at December 31, 2019 | | | | | 600 |
| Net deferred tax asset at December 31, 2020 | | | | | 810 |

(1) The 2019 period included a $1.2 billion increase in the tax basis of assets owned by a foreign subsidiary.

The estimated recovery period for the deferred tax balances is shown below:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| **Deferred tax liabilities** | | |
| Deferred tax liabilities to be recovered after more than 12 months | 866 | 1,107 |
| Deferred tax liabilities to be recovered within 12 months | 125 | 3 |
| Total deferred tax liabilities | 991 | 1,110 |
| **Deferred tax assets** | | |
| Deferred tax assets to be recovered after more than 12 months | 1,666 | 1,616 |
| Deferred tax assets to be recovered within 12 months | 135 | 94 |
| Total deferred tax assets | 1,801 | 1,710 |
| Net deferred tax asset | 810 | 600 |

In December 2019, the Company reorganized the operations of certain foreign affiliates that were subject to different tax rates. The reorganization resulted in an increase in the tax basis of the reorganized business to the acquiror and a related tax benefit of $1.2 billion. The Company recognized a $1.2 billion deferred tax asset, which it expects to realize in subsequent periods, based on the historical and expected future profitability of the reorganized business. Deferred tax assets are recognized to the extent that the realization of the related tax benefit through future taxable profits and the resolution of uncertain tax positions is probable. The ability to realize these deferred tax benefits is dependent on a number of factors, including the future profitability of operations and the resolution of tax audits in the jurisdictions in which the deferred tax assets arose.

Page 152

At December 31, 2020, the following summarizes the Company's tax losses, certain deductible temporary differences and other tax attributes:

| | Carry Forward Loss/ Tax Attributes | Tax Value | Unrecognized Deferred Tax Assets | Net Deferred Tax Assets[1] |
|---|---|---|---|---|
| Canadian net operating losses | 2,130 | 562 | (559) | 3 |
| Net operating losses – other jurisdictions | 1,911 | 491 | (430) | 61 |
| Capital losses | 737 | 162 | (99) | 63 |
| Investment in subsidiaries | 300 | 75 | (75) | – |
| Other deductible temporary differences | 30 | 8 | (8) | – |
| U.S. state net operating losses[2] | n/m | 12 | (10) | 2 |
| Other attributes and credits[3] | n/m | 87 | (7) | 80 |
| **Total** | | **1,397** | **(1,188)** | **209** |

(1) Includes tax losses of $131 million and $78 million of other deferred tax assets.
(2) The aggregation of U.S. state net operating losses is not meaningful due to differing combination and apportionment rules in various states.
(3) As other attributes and credits are calculated on an after-tax basis, there is no carry forward loss amount to disclose

If not utilized, most of the Canadian tax losses and U.S. state tax losses carried forward will expire between 2021 and 2040. Most of the tax losses carried forward in other jurisdictions may be carried forward indefinitely.

No deferred tax is recognized on the temporary differences associated with investments in subsidiaries and equity method investments to the extent that the Company can control the timing and reversal of such differences, or the reversal would not create a tax liability. These temporary differences are primarily attributable to the undistributed earnings of non-Canadian subsidiaries, which were $12.1 billion at December 31, 2020 (2019—$10.9 billion).

## Note 24: Capital

The change in capital, which includes stated capital and contributed surplus, was as follows:

| | Number of Common Shares | Stated Capital | Series II, Cumulative Redeemable Preference Share Capital | Contributed Surplus | Total Capital |
|---|---|---|---|---|---|
| Balance, December 31, 2018 | 501,493,187 | 3,333 | 110 | 1,905 | 5,348 |
| Shares issued under DRIP | 361,470 | 23 | – | – | 23 |
| Stock compensation plans[1] | 3,074,176 | 178 | – | (104) | 74 |
| Repurchases of common shares[2] | (7,469,287) | (68) | – | – | (68) |
| Balance, December 31, 2019 | 497,459,546 | 3,466 | 110 | 1,801 | 5,377 |
| Shares issued under DRIP | 313,879 | 23 | – | – | 23 |
| Stock compensation plans[1] | 1,896,489 | 136 | – | (62) | 74 |
| Repurchases of common shares[2] | (2,552,386) | (16) | – | – | (16) |
| **Balance, December 31, 2020** | **497,117,528** | **3,609** | **110** | **1,739** | **5,458** |

(1) Movements in contributed surplus include cash payments related to withholding tax on stock compensation plans. Additionally, in 2020, the Company amended its non-employee director compensation plan such that the directors no longer control the decision as to whether DSUs earned as part of their compensation are settled in cash or common shares. As a result, director DSUs are now classified as equity settled and $27 million was reclassified to "Contributed surplus" from "Provisions and other non-current liabilities" on the consolidated statement of financial position.
(2) Stated capital was reduced ($18) million and ($20) million at December 31, 2020 and 2019, respectively, related to the Company's pre-defined share repurchase plan. See share repurchases below

Common shares of the Company have no par value and the authorized common share capital is an unlimited number of shares.

Thomson Reuters Annual Report 2020

## Dividends

Dividends on common shares are declared in U.S. dollars. In the consolidated statement of cash flow, dividends paid on common shares are shown net of amounts reinvested in the Company under its dividend reinvestment plan ("DRIP"). Details of dividends declared per common share and dividends paid on common shares are as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Dividends declared per common share | $   1.52 | $ 1.44 |
| Dividends declared | 753 | 721 |
| Dividends reinvested | (23) | (23) |
| Dividends paid | 730 | 698 |

Registered holders of common shares may participate in the DRIP, under which cash dividends are automatically reinvested in new common shares. Common shares are valued at the weighted-average price at which the shares traded on the TSX during the five trading days immediately preceding the record date for the dividend.

## Share Repurchases – Normal Course Issuer Bid ("NCIB")

The Company may buy back shares (and subsequently cancel them) from time to time as part of its capital strategy. Share repurchases are typically executed under a NCIB. Under the current NCIB, the Company may repurchase up to 5 million common shares between January 4, 2021 and January 3, 2022 in open market transactions on the TSX, the NYSE and/or other exchanges and alternative trading systems, if eligible, or by such other means as may be permitted by the TSX and/or NYSE or under applicable law, including private agreement purchases if the Company receives an issuer bid exemption order from applicable securities regulatory authorities in Canada for such purchases. The price that the Company will pay for shares in open market transactions under the NCIB will be the market price at the time of purchases or such other price as may be permitted by TSX.

Details of share repurchases were as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Share repurchases (millions of U.S. dollars) | 200 | 488 |
| Shares repurchased (number in millions) | 2.6 | 7.8 |
| Share repurchases – average price per share in U.S. dollars | $   78.37 | $   62.33 |

In February 2020, the Company completed the repurchase of $200 million of its common shares under a buyback program announced in October 2019. Decisions regarding any future repurchases will depend on factors such as market conditions, share price, and other opportunities to invest capital for growth. The Company may elect to suspend or discontinue its share repurchases at any time, in accordance with applicable laws. From time to time when the Company does not possess material nonpublic information about itself or its securities, it may enter into a pre-defined plan with its broker to allow for the repurchase of shares at times when the Company ordinarily would not be active in the market due to its own internal trading blackout periods, insider trading rules or otherwise. Any such plans entered with the Company's broker will be adopted in accordance with applicable Canadian securities laws and the requirements of Rule 10b5-1 under the U.S. Securities Exchange Act of 1934, as amended. The Company entered such a plan with its broker on December 29, 2020. As a result, the Company recorded a $200 million liability in "Other financial liabilities" within current liabilities at December 31, 2020 with a corresponding amount recorded in equity in the consolidated statement of financial position (2019 – $200 million). In February 2021, the Company completed the repurchase of $200 million of its common shares under its NCIB, which began in January 2021.

TR-0037608

**Series II, Cumulative Redeemable Preference Shares**

The authorized preference share capital of the Company is an unlimited number of preference shares without par value. The directors are authorized to issue preference shares without par value in one or more series, and to determine the number of shares in, and terms attaching to, each such series. As of December 31, 2020 and 2019, 6,000,000 Series II, cumulative redeemable preference shares were authorized, issued and outstanding. The Series II preference shares are non-voting and are redeemable at the option of the Company for C$25.00 per share, together with accrued dividends. Dividends are payable quarterly at an annual rate of 70% of the Canadian bank prime rate applied to the stated capital of such shares.

## Note 25: Share-Based Compensation

The Company operates equity-settled compensation plans under which it receives services from employees as consideration for equity instruments of the Company. Each plan is described below:

**Stock Incentive Plan**

Under its stock incentive plan, the Company may grant stock options, TRSUs, performance restricted share units ("PRSUs") and other awards to certain employees for a maximum of up to 69,150,969 common shares. As of December 31, 2020, there were 11,106,551 awards available for grant (2019 – 12,703,952). The following table summarizes the methods used to measure fair value for each type of award and the related vesting period over which compensation expense is recognized:

| Type of award | Vesting period | Fair Value Measure | Equity-settled Compensation expense based on: |
|---|---|---|---|
| Stock options | Up to four years | Black-Scholes option pricing model | Fair value on business day prior to grant date |
| TRSUs | Up to five years | Closing common share price | Fair value on business day prior to grant date |
| PRSUs | Three-year performance period | Closing common share price | Fair value on business day prior to grant date |

Additional information on each type of award is as follows:

**Stock Options**

The maximum term of an option is 10 years from the grant date. Under the plan, options may be granted by reference to the Company's common share price on the NYSE or TSX.

The weighted-average fair value of options granted for the years ended December 31, 2020 and 2019 and principal assumptions used in applying the Black-Scholes option pricing model were as follows:

| | 2020 | 2019 |
|---|---|---|
| Weighted-average fair value ($) | 6.73 | 5.65 |
| Weighted-average of key assumptions: | | |
| Share price ($) | 75.96 | 54.48 |
| Exercise price ($) | 75.96 | 54.48 |
| Risk-free interest rate | 0.9% | 2.6% |
| Dividend yield | 3.1% | 3.3% |
| Volatility factor | 16% | 15% |
| Expected life (in years) | 5 | 5 |

Page 155

**TR-0037609**

Thomson Reuters Annual Report 2020

The Black-Scholes model was developed for use in estimating the fair value of traded options that have no vesting restrictions. The model requires the use of subjective assumptions, including expected stock-price volatility. Historical data has been considered in setting the assumptions.

Time-Based Restricted Share Units (TRSUs)
TRSUs give the holder the right to receive one common share for each unit that vests on the vesting date. The holders of TRSUs have no voting rights and accumulate additional units based on notional dividends paid by the Company on its common shares on each dividend payment date, which are reinvested as additional TRSUs. The weighted-average fair value of TRSUs granted was $75.68 and $59.97 for the years ended December 31, 2020 and 2019, respectively.

Performance Restricted Share Units (PRSUs)
PRSUs give the holder the right to receive one common share for each unit that vests on the vesting date. The holders of PRSUs have no voting rights and accumulate additional units based on notional dividends paid by the Company on its common shares on each dividend payment date, which are reinvested as additional PRSUs. The percentage of PRSUs initially granted that vests depends upon the Company's performance, typically over a three-year period, against pre-established performance goals. Between 0% and 200% of the initial amounts may vest for grants made in 2019 and 2020. The weighted-average fair value of PRSUs granted was $75.95 and $54.78 for the years ended December 31, 2020 and 2019, respectively.

Employee Stock Purchase Plan (ESPP)
The Company maintains an ESPP whereby eligible employees can purchase common shares at a 15% discount to the closing share price on the NYSE on the last business day of each quarter. Each quarter, employees may elect to authorize payroll deductions from their eligible compensation, up to a maximum of $21,250 per year (or a comparable amount in foreign currency for the global ESPP). The discount is expensed as incurred. A maximum of 20,388,909 common shares can be purchased through the ESPP.

The movement in the number of awards outstanding and their related weighted-average exercise prices are as follows:

| | Stock Options | TRSUs | PRSUs | Total | Weighted-Average Exercise Price($)(1) |
|---|---|---|---|---|---|
| Awards outstanding (in thousands): | | | | | |
| Outstanding at December 31, 2018 | 8,459 | 2,419 | 1,594 | 12,472 | 39.11 |
| Granted | 908 | 818 | 456 | 2,182 | 54.48 |
| Exercised | (3,971) | (483) | (1,087) | (5,541) | 38.21 |
| Forfeited | (322) | (259) | (82) | (663) | - |
| Outstanding at December 31, 2019 | 5,074 | 2,495 | 881 | 8,450 | 42.36 |
| Exercisable at December 31, 2019 | 1,449 | | | 1,449 | 39.77 |
| Granted | 1,113 | 573 | 398 | 2,084 | 75.96 |
| Exercised | (2,575) | (660) | (463) | (3,698) | 40.05 |
| Forfeited | (151) | (283) | (71) | (505) | - |
| Outstanding at December 31, 2020 | 3,461 | 2,125 | 745 | 6,331 | 54.06 |
| Exercisable at December 31, 2020 | 577 | | | 577 | 44.35 |

(1) Represents the weighted-average exercise price for stock options. TRSUs and PRSUs are excluded as they entitle holders to receive common shares upon vesting without an associated exercise price.

In 2020, the weighted-average share price at the time of exercise for the awards described above was $69.98 per share (2019 - $59.61).

TR-0037610

Thomson Reuters Annual Report 2020

Share-based compensation expense for years ended December 31, 2020 and 2019 was as follows:

| | Stock Options | TRSUs | PRSUs | ESPP | Total |
|---|---|---|---|---|---|
| December 31, 2020 | 7 | 40 | 13 | 4 | 64 |
| December 31, 2019 | 5 | 35 | 12 | 4 | 56 |

Relative to the share-based awards outstanding at December 31, 2020, the Company expects to pay approximately $115 million at December 31, 2020 (2019 - $127 million) to tax authorities for employee withholding tax liabilities when these awards are exercised in the future.

The following table summarizes additional information relating to stock options outstanding at December 31, 2020:

| Range of exercise prices[1] | Number Outstanding (in thousands) | Weighted-Average Remaining Contractual Life (years) | Weighted-Average Exercise Price for Awards Outstanding | Number Exercisable (in thousands) | Weighted-Average Exercise Price for Awards Exercisable |
|---|---|---|---|---|---|
| 35.01 - 40.00 | 1,090 | 7.23 | $39.23 | 276 | $38.47 |
| 40.01 - 45.00 | 574 | 6.17 | $42.30 | 117 | $42.30 |
| 50.01 - 55.00 | 753 | 8.18 | $54.36 | 181 | $54.36 |
| 60.01 - 65.00 | 12 | 8.36 | $63.26 | 3 | $63.26 |
| 75.01 - 80.00 | 1,032 | 9.18 | $75.96 | - | - |
| Total | 3,461 | | | 577 | |

(1) TRSUs and PRSUs are excluded as they entitle holders to receive common shares upon vesting without an associated exercise price.

## Note 26: Employee Benefit Plans

### Retirement Benefits

The Company sponsors both defined benefit and defined contribution employee future benefit plans covering substantially all employees. Costs for future employee benefits are accrued over the periods in which employees earn the benefits. Defined benefit plans provide pension and other post-employment benefits ("OPEB") to covered employees. Significant plans are valued under IAS 19, *Employee Benefits*, using the projected unit credit method.

The most significant funded defined benefit plans are the Thomson Reuters Group Pension Plan ("TRGP"), covering U.S. employees, and The Thomson Corporation PLC Pension Scheme ("TTC"), covering U.K. employees. The Company also has unfunded obligations consisting of supplemental executive retirement plans ("SERPs") and OPEB consisting largely of retiree medical benefits, both primarily in the U.S. Defined benefit obligations in the rest of the world are less significant.

#### Defined benefit plan design and governance

Benefits payable are generally based on salary and years of service, although each plan has a unique benefits formula. Employees in the TTC plan (and in some smaller global plans) may also make voluntary contributions to augment future benefits. The normal retirement age is typically in the range of 60 to 65 years and benefits are generally payable in annuity or lump sum upon retirement. Most plans include provisions for early retirement, death, survivor and disability benefits. Under the TTC plan, vested benefits of former employees who are not yet of retirement age are held in deferment. Under the TRGP, former and future terminating employees with vested benefits have the option to receive benefits as a lump sum or to defer benefits until retirement. In addition, future TRGP retirees may receive benefits in lump sum or annuity. Eligible benefits under the TTC plan increase based on inflation, whereas TRGP benefits are not indexed to inflation. In some countries, the Company operates cash balance plans (accounted for as defined benefit obligations) where the accumulated balance on the pension account is based on employee and employer allocations and a promised annual crediting rate.

Except where required by law, virtually all defined benefit plans are closed to new employees.

The TRGP is a qualified pension plan in the U.S. and is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). In its role as plan fiduciary, the Company has a policy to contribute at least the minimum required amount under ERISA.

Similar to the TRGP, the Company bears the cost of the TTC plan (less employee contributions). However, the responsibility for the management and governance of the TTC plan lies with an independent trustee board (the "Trustees"). The Trustees are responsible for carrying out triennial valuations (unless circumstances require an earlier review) and securing funding for benefit payments. To develop funding valuations and investment policies, the Trustees consult with the plan's actuary (who is independent of the Company's actuary), the plan's investment advisors (also independent of the Company's investment advisors) and the Company. The Trustees and the Company are required to agree on a schedule of contributions in support of funding objectives. These arrangements are updated in conjunction with the triennial valuations.

Other international locations operate various pension plans in accordance with local regulations and practices.

Plan amendment and curtailment
In December 2020, the Company amended the TRGP to freeze the plan from future service accruals effective January 1, 2023. This amendment resulted in a $119 million gain recognized in "Other operating gains, net" within the consolidated income statement, reflecting a reduction of the TRGP defined benefit obligation.

In 2019, curtailment gains of $8 million were recognized in "Other operating gains, net" reflecting reductions in the number of employees accruing service under various defined benefit plans.

Net defined benefit plan obligations
The movement on net defined benefit plan obligations was as follows:

| | Pension Plans[1] | | OPEB[1] | | Total[1] | |
|---|---|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| As of January 1 | (510) | (589) | (119) | (112) | (629) | (701) |
| Plan income (expense) recognized in income statement | 43 | (67) | (3) | (13) | 40 | (80) |
| Actuarial gains (losses) | 60 | (49) | 18 | (4) | 78 | (53) |
| Exchange differences | 5 | 1 | 2 | - | 7 | 1 |
| Contributions paid | 28 | 195 | 6 | 8 | 34 | 203 |
| Disposals of businesses | - | - | - | 1 | - | 1 |
| Other | 2 | (1) | (2) | 1 | - | - |
| Net plan obligations as of December 31 | (372) | (510) | (98) | (119) | (470) | (629) |
| Net plan surpluses recognized in non-current assets | | | | | 128 | 85 |
| Net plan obligations recognized in non-current liabilities | | | | | (598) | (714) |

(1) Includes amounts for immaterial defined benefit and OPEB plans that are not included in the detailed analysis below.

Analysis of material defined benefit plans
The following analysis relates to the Company's most significant defined benefit plans, the largest of which are in the U.S. and the U.K.

The net surpluses (obligations) of the material defined benefit plans recognized in the consolidated statement of financial position were as follows:

| | Funded | | Unfunded[1] | | OPEB | | Total | |
|---|---|---|---|---|---|---|---|---|
| As of December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Present value of plan obligations | (3,915) | (3,628) | (317) | (299) | (75) | (102) | (4,307) | (4,029) |
| Fair value of plan assets | 3,867 | 3,428 | - | - | - | - | 3,867 | 3,428 |
| Net plan obligations | (48) | (200) | (317) | (299) | (75) | (102) | (440) | (601) |
| Net plan surpluses | 125 | 83 | - | - | - | - | 125 | 83 |
| Net plan obligations | (173) | (283) | (317) | (299) | (75) | (102) | (565) | (684) |

(1) Unfunded pension plans consist of SERPs for eligible employees.

Thomson Reuters Annual Report 2020

## Defined benefit obligation

The following summarizes activity in the defined benefit obligation:

| Present Value of Defined Benefit Obligations | Funded | | Unfunded | | OPEB | | Total | |
|---|---|---|---|---|---|---|---|---|
| As of December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Opening defined benefit obligation | (3,628) | (3,164) | (299) | (279) | (102) | (104) | (4,029) | (3,547) |
| Current service cost | (44) | (39) | (1) | (2) | - | (1) | (45) | (42) |
| Administration fees | (7) | (11) | (1) | (1) | . | . | (8) | (12) |
| Interest cost | (103) | (119) | (9) | (12) | (3) | (4) | (115) | (135) |
| Actuarial losses from changes in financial assumptions[1] | (406) | (497) | (20) | (27) | (10) | (8) | (436) | (532) |
| Actuarial gains from changes in demographic assumptions | 23 | 52 | 2 | 4 | 1 | 1 | 26 | 57 |
| Experience (losses) gains[2] | (20) | 1 | (3) | (4) | 28 | 6 | 5 | 3 |
| Contributions by employees | (1) | (1) | . | . | (2) | (2) | (3) | (3) |
| Benefits paid | 190 | 172 | 20 | 22 | 8 | 10 | 218 | 204 |
| Administration fees disbursements | 7 | 11 | . | . | . | - | 7 | 11 |
| Curtailment gain | . | 8 | . | . | . | . | . | 8 |
| Plan amendments[3] | 119 | | (4) | | . | . | 115 | |
| Exchange differences | (43) | (42) | (2) | (1) | . | . | (45) | (43) |
| Other | (2) | 1 | . | 1 | 5 | . | 3 | 2 |
| Closing defined benefit obligation | (3,915) | (3,628) | (317) | (299) | (75) | (102) | (4,307) | (4,029) |

(1) Losses in 2020 and 2019 were primarily associated with a decrease in discount rates used to measure the obligation.
(2) In 2020, OPEB experience gains reflect lower costs due to transition of the U.S. retiree medical plan from self-insured to an insurance company.
(3) In 2020, gains primarily relate to a plan amendment to freeze the TRGP from future service accruals effective January 1, 2023.

The total closing defined benefit obligation can be further analyzed by participant group and by geography.

| As of December 31, | 2020 | 2019 |
|---|---|---|
| Active employees | 27% | 30% |
| Deferred | 35% | 33% |
| Retirees | 38% | 37% |
| Closing defined benefit obligation | 100% | 100% |

| As of December 31, | 2020 | 2019 |
|---|---|---|
| U.S | 69% | 70% |
| U.K. | 27% | 26% |
| Rest of world | 4% | 4% |
| | 100% | 100% |

The weighted-average duration of plan obligations for the TRGP and TTC in 2020 were 17 years (2019 – 17 years) and 18 years (2019 – 18 years), respectively.

TR-0037613

**Plan assets**

The following summarizes activity in plan assets:

| Value of Plan Assets | Funded | | Unfunded | | OPEB | | Total | |
|---|---|---|---|---|---|---|---|---|
| As of December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Opening fair value of plan assets | 3,428 | 2,857 | - | | - | - | 3,428 | 2,857 |
| Interest income[1] | 94 | 110 | - | | - | | 94 | 110 |
| Return on plan assets excluding amounts included in interest income[2] | 482 | 424 | | - | | - | 482 | 424 |
| Contributions by employer | 7 | 173 | 20 | 22 | 6 | 8 | 33 | 203 |
| Contributions by employees | 1 | 1 | | - | 2 | 2 | 3 | 3 |
| Benefits paid | (190) | (172) | (20) | (22) | (8) | (10) | (218) | (204) |
| Administration fees disbursements | (7) | (11) | - | - | - | | (7) | (11) |
| Exchange differences | 51 | 43 | - | - | - | | 51 | 43 |
| Other | 1 | 3 | | - | - | | 1 | 3 |
| Closing fair value of plan assets | 3,867 | 3,428 | - | - | - | | 3,867 | 3,428 |

(1) Interest income is calculated using the discount rate for the period.
(2) Return on plan assets represents the difference between the actual return on plan assets and the interest income computed using the discount rate.

**Investment policy of funded plans**

Plan assets are invested to adequately secure benefits and to minimize the Company's long-term contributions to the plans. However, specific investment allocations will vary across plans. The Company funds unfunded and OPEB plans as claims are made.

Plan fiduciaries, comprised of the Company or plan trustees, set investment policies and strategies for each funded plan and oversee investment allocation, which includes selecting investment managers, commissioning periodic asset-liability studies and setting long-term strategic targets. Investment allocation takes into consideration a number of factors, including the funded status of the plan, a balance between risk and return, the plan's liquidity needs, current and expected economic and market conditions, specific asset class risk as well as the risk profile and maturity pattern of the respective plan.

Target investment allocation ranges are guidelines, not limitations. Funded plans may have broadly diversified portfolios with investments in equities, fixed income, real estate, insurance contracts, derivatives and other asset classes through direct ownership or through other instruments such as mutual funds, commingled funds and hedge funds. Derivatives may be used to achieve investment objectives or as a component of risk management such as for interest rate and currency management strategies.

TR-0037614

In aggregate, the major categories of plan assets for funded plans were as follows:

| | Quoted[1] | | Unquoted | | Total | |
|---|---|---|---|---|---|---|
| As of December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| **Equities**[2] | | | | | | |
| U.S. | **157** | 144 | **65** | 50 | **222** | 194 |
| U.K. | **3** | 5 | **-** | - | **3** | 6 |
| All other | **109** | 92 | **526** | 479 | **635** | 571 |
| **Total Equities** | **269** | 242 | **591** | 529 | **860** | 771 |
| **Bonds**[3] | | | | | | |
| Corporate | | | | | | |
| U.S. | **226** | 201 | **791** | 698 | **1,017** | 899 |
| U.K. | **-** | - | **-** | 149 | **-** | 149 |
| All other | **3** | 2 | **109** | 54 | **112** | 56 |
| Government | | | | | | |
| U.S. | **3** | 2 | **631** | 552 | **634** | 554 |
| All other | **4** | 3 | **13** | 11 | **17** | 14 |
| Other fixed income | **73** | 68 | **183** | 112 | **256** | 180 |
| **Total Bonds** | **309** | 276 | **1,727** | 1,576 | **2,036** | 1,852 |
| **Multi-asset**[4] | | | | | | |
| U.K. | **-** | 7 | **-** | - | **-** | 7 |
| All other | **1** | - | **134** | 133 | **135** | 133 |
| **Total Multi-asset** | **1** | 7 | **134** | 133 | **135** | 140 |
| **Property** | **4** | 2 | **-** | - | **4** | 2 |
| **Insurance** | **-** | - | **36** | 38 | **36** | 38 |
| **Derivatives** | **-** | - | **679** | 266 | **679** | 266 |
| **Cash and cash equivalents** | **12** | 11 | **97** | 341 | **109** | 352 |
| **Other** | **1** | 1 | **7** | 6 | **8** | 7 |
| **Total** | **596** | 539 | **3,271** | 2,889 | **3,867** | 3,428 |

(1) Asset valuation based on Level 1 evidence under the fair value hierarchy: quoted prices (unadjusted) in active markets for identical assets or liabilities.
(2) Equities include direct shareholdings and funds focused on equity strategies.
(3) Bonds include direct credit holdings and funds focused on fixed income strategies. Within this grouping, Government includes debt issued by national, state and local government agencies and Other fixed income includes blended Corporate/Government credit strategies.
(4) Multi-asset includes funds that invest in a range of asset classes.

As of December 31, 2020 and 2019, there were no Thomson Reuters securities held in the Company's pension plans' assets.

Contributions

In 2020, the Company contributed $33 million to its material defined benefit plans. In 2019, the Company contributed $203 million to its material defined benefit plans including $167 million that was contributed to the TTC plan in February 2019 to satisfy U.K. pension law funding obligations arising from the sale of the Financial & Risk business.

In 2021, the Company expects to contribute approximately $39 million to its material defined benefit plans, $6 million in accordance with the normal funding policy of funded plans and $33 million for claims expected to arise under unfunded and OPEB plans.

TR-0037615

From time to time, the Company may elect to make voluntary contributions to improve the funded status of the plans. For certain plans, the trustees have the right to call for special valuations, which could subsequently result in the Company having to make an unexpected contribution. Market-related factors may also affect the timing and amount of contributions. The amount and timing of any future required contributions to pension plans could differ significantly from the Company's estimates at December 31, 2020.

Actuarial assumptions

The weighted-average actuarial assumptions were as follows:

| As of December 31, | Funded 2020 | Funded 2019 | Unfunded 2020 | Unfunded 2019 | OPEB 2020 | OPEB 2019 |
|---|---|---|---|---|---|---|
| Discount rate | 2.22% | 2.94% | 2.59% | 3.31% | 2.05% | 3.03% |
| Inflation assumption | 2.78% | 3.19% | 2.71% | 2.37% | - | - |
| Rate of increase in salaries | 3.48% | 3.44% | 1.75% | 3.50% | 3.50% | 3.40% |
| Rate of increase in pension payments | 2.79% | 3.03% | 2.75% | 3.05% | - | - |
| Medical cost trend | - | - | - | - | 7.50% | 6.25% |

Discount rate

The discount rate was based on current market interest rates of high-quality, fixed-rate debt securities adjusted to reflect the duration of expected future cash outflows for pension benefit payments. To estimate the discount rate, the Company used a hypothetical yield curve that represented yields on high quality zero-coupon bonds with durations that mirrored the expected payment stream of the benefit obligation. For the TRGP and the TTC plans combined, a 0.25% increase or decrease in the discount rate would have decreased or increased the defined benefit obligation by approximately $160 million as of December 31, 2020.

Rates of inflation, increase in salaries and pension payments

The rate of inflation, which impacts increases in eligible U.K. pension payments, was determined by reference to consumer and retail price indices. For the TTC plan, a 0.25% increase or decrease in the rate of increase in pension payments would have increased or decreased the defined benefit obligation by approximately $25 million. Given the freezing of the TRGP plan effective January 1, 2023, the rate of increase in salaries assumption no longer has a material impact on the defined benefit obligation sensitivity analysis.

Medical cost trend

The medical cost trend is based on the Company's actuarial medical claims experience and future projections of medical costs. The average medical cost trend rate used was 7.5% for 2020, which is reduced gradually to 4.8% in 2032. A 1% increase or decrease in the trend rate would have resulted in an increase or decrease in the benefit obligation for post-retirement benefits of approximately $6 million at December 31, 2020.

Mortality assumptions

The mortality assumptions used to assess the defined benefit obligation as of December 31, 2020 are based on the following:

TRGP: Pri 2012/MP-2020 Generational Table; and

TTC plan: SAPS S3 Light Tables with allowances for plan demographic specifics and longevity improvements.

TR-0037616

The following table illustrates the life expectation in years of an average plan participant retiring at age 65 as of December 31, 2020 and 2019 and a plan participant at age 40 as of December 31, 2020 and 2019 retiring 25 years later at age 65 under the mortality assumptions used.

| December 31, 2020 | Life Expectation in Years | |
|---|---|---|
| | Male | Female |
| Employee retiring as of December 31, 2020 at age 65 | 21 | 23 |
| Employee age 40 as of December 31, 2020 retiring at age 65 | 23 | 24 |

| December 31, 2019 | Life Expectation in Years | |
|---|---|---|
| | Male | Female |
| Employee retiring as of December 31, 2019 at age 65 | 22 | 23 |
| Employee age 40 as of December 31, 2019 retiring at age 65 | 24 | 25 |

For the TRGP and the TTC plans combined, an increase in life expectancy of one year across all age groups would have increased the defined benefit obligation by approximately $100 million as of December 31, 2020.

The sensitivity analyses are based on a change in one assumption while holding all other assumptions constant, so that interdependencies between assumptions are excluded. The measurement methodology (i.e. present value of the obligation calculated using the projected unit credit method) applied in the sensitivity analyses is also consistent to that used to determine the defined benefit obligation in the consolidated statement of financial position.

Risks and uncertainties
The material risks and uncertainties the Company is exposed to in relation to defined benefit pension plans are:

**Investment risk:** Returns on plan assets may not be sufficient to fund plan obligations. To mitigate such risk, plan fiduciaries maintain investment policies and periodically review investment allocations to ensure adequate support of funding objectives. Additionally, plan fiduciaries review fund manager performance against benchmarks for specific investment mandates.

**Interest rate risk:** A fall in interest rates will increase the value of the plan obligations as well as the fixed income investments used to fund the obligations. Although a significant amount of plan assets are allocated to fixed income investments, the Company's funded benefit plans do not strictly follow a liability matching investment strategy. As a result, plan liabilities may increase faster than assets in a declining interest rate environment, potentially requiring the Company to make additional contributions. Diversified asset allocations mitigate this risk by creating the potential to outperform increases in liabilities and to reinvest excess returns in liability matching assets, reducing the need for Company contributions.

**Inflation risk:** Actual pension increases linked to inflation may exceed expectations, resulting in higher than anticipated plan obligations. To mitigate this risk, certain plan assets are invested in hedging assets, which may include derivatives and inflation-linked bonds.

**Currency risk:** In some plans, obligations denominated in local currency may be partially funded by foreign investments. To hedge this currency mismatch, derivatives may be used.

**Liquidity risk:** If a plan has insufficient cash to fund near term benefit payments, the Company may have to make additional contributions or unexpected changes in asset allocations may be required. This risk is mitigated as near-term pension payments are reasonably known and plans generally hold short-term debt securities to fund such payments.

**Mortality risk:** Life expectancy may improve at a faster rate than expected, resulting in higher plan obligations. To mitigate this risk, life expectancy assumptions are reviewed in connection with periodic valuations.

For defined benefit retiree medical plans, the material risks are mortality risk, as described above, and costs being greater than assumed, either due to inflation of future medical costs or the frequency of participants' claims.

TR-0037617

Table of Contents

Thomson Reuters Annual Report 2020

## Analysis of income and expense

Defined benefit plan (income) expense for material defined benefit plans for years ended December 31, 2020 and 2019 was as follows:

| Income Statement[1] | Funded | | Unfunded | | OPEB | | Total | |
|---|---|---|---|---|---|---|---|---|
| Year ended December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Current service cost | 44 | 39 | 1 | 2 | | -1 | 45 | 42 |
| Net interest cost | 9 | 9 | 9 | 12 | | 34 | 21 | 25 |
| Administration fees | 7 | 11 | 1 | 1 | - | | 8 | 12 |
| Curtailment gain | | (8) | - | - | | -- | - | (8) |
| Plan amendments[2] | (119) | - | 4 | - | - | - | (115) | - |
| Defined benefit plan (income) expense | (59) | 51 | 15 | 15 | 3 | 5 | (41) | 71 |

(1) Current service cost and administration fees are included in the "Post-employment benefits" component of "Operating expenses" as set out in note 5. Net interest cost is reported in "Finance costs, net" as set out in note 7.
(2) Related to the TRGP amendment to freeze the plan from future service accruals effective January 1, 2023.

## Analysis of other comprehensive (income) loss

The following summarizes amounts recognized in other comprehensive (income) loss for material defined benefit plans:

| Other Comprehensive (Income) Loss | Funded | | Unfunded | | OPEB | | Total | |
|---|---|---|---|---|---|---|---|---|
| Year ended December 31, | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Remeasurement losses (gains) on defined benefit obligation: | | | | | | | | |
| Due to financial assumption changes | 406 | 497 | 20 | 27 | 10 | 8 | 436 | 532 |
| Due to demographic assumption changes | (23) | (52) | (2) | (4) | (1) | (1) | (26) | (57) |
| Due to experience | 20 | (1) | 3 | 4 | (28) | (6) | (5) | (3) |
| Return on plan assets greater than discount rate | (482) | (424) | - | - | - | - | (482) | (424) |
| Total recognized in other comprehensive (income) loss before taxation | (79) | 20 | 21 | 27 | (19) | 1 | (77) | 48 |

| Accumulated Comprehensive Loss (Income) | Funded | | Unfunded | | OPEB | | Total | |
|---|---|---|---|---|---|---|---|---|
| | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 | 2020 | 2019 |
| Balance of accumulated comprehensive loss (income) at January 1 | 1,391 | 1,371 | 82 | 55 | (87) | (88) | 1,386 | 1,338 |
| Net actuarial (gains) losses recognized in the year | (79) | 20 | 21 | 27 | (19) | 1 | (77) | 48 |
| Total accumulated comprehensive loss (income) at December 31, | 1,312 | 1,391 | 103 | 82 | (106) | (87) | 1,309 | 1,386 |

## Defined contribution plans

The Company sponsors various defined contribution savings plans that provide for Company matching contributions. Total expense related to defined contribution plans was $78 million in 2020 (2019—$75 million), which approximates the cash outlays related to the plans.

Page 164

TR-0037618

Thomson Reuters Annual Report 2020

## Note 27  Leases

### Lessee

In the ordinary course of business, the Company enters leases primarily for property and equipment. The carrying amount and the related depreciation for the right-of-use assets for the years ending December 31, 2020 and 2019 were as follows:

| | Land, Buildings and Building Improvements | Computer Equipment | Furniture, Fixtures and Other Equipment | Total |
|---|---|---|---|---|
| **Year ended December 31, 2020** | | | | |
| Carrying amount | **171** | **49** | **2** | **222** |
| Depreciation | **67** | **22** | **1** | **90** |
| Year ended December 31, 2019 | | | | |
| Carrying amount | 213 | 40 | 1 | 254 |
| Depreciation | 52 | 1 | 1 | 54 |

Expenses related to short-term leases were $6 million and $27 million and were recognized in the consolidated income statement for the years ending December 31, 2020 and 2019, respectively.

For the years ending December 31, 2020 and 2019, cash outflows for leases, which include payments of lease principal, interest, short-term and low value leases, were $96 million and $88 million, respectively.

The following table sets forth the Company's future aggregate undiscounted non-cancellable lease payments over the lease term as well as its discounted lease liabilities as reported in the consolidated statement of financial position as of December 31, 2020 and 2019:

| | December 31, | |
|---|---|---|
| | 2020 | 2019 |
| Within 1 year | **92** | 80 |
| Between 1 and 2 years | **76** | 75 |
| Between 2 and 3 years | **49** | 60 |
| Between 3 and 4 years | **39** | 41 |
| Between 4 and 5 years | **29** | 34 |
| Later than 5 years | **44** | 64 |
| Total undiscounted cash flows | **329** | 354 |
| Lease liabilities included in the consolidated statement of financial position | | |
| Current | **83** | 69 |
| Non-current | **223** | 253 |

As of December 31, 2020 and 2019, the Company was committed to leases with future cash outflows totaling $134 million and $190 million, respectively, which had not yet commenced and therefore are not accounted for as a liability as of December 31, 2020 and 2019, respectively. A liability and corresponding right-of-use asset will be recognized for these leases at the lease commencement date.

With certain leases, the Company guarantees the restoration of the leased property to a specified condition after completion of the lease period. The liability associated with these restorations is recorded within "Provisions and other non-current liabilities" in the consolidated statement of financial position.

TR-0037619

Table of Contents

Thomson Reuters Annual Report 2020

**Lessor**

The Company may act as a sub-lessor to recover costs associated with leased office space it no longer requires for its business.

Operating lease income of $20 million and $10 million was recognized in the consolidated income statement for the years ending December 31, 2020 and 2019, respectively.

The Company is entitled to receive the following aggregate undiscounted payments for finance leases as of December 31, 2020 and 2019:

| | December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Within 1 year | 8 | 9 |
| Between 1 and 2 years | 7 | 8 |
| Between 2 and 3 years | 7 | 7 |
| Between 3 and 4 years | 7 | 6 |
| Between 4 and 5 years | 5 | 7 |
| Later than 5 years | 2 | 7 |
| Total undiscounted lease payments to be received | 36 | 44 |
| Unearned finance income | (3) | (4) |
| Net investment in leases | 33 | 40 |

## Note 28: Supplemental Cash Flow Information

Details of "Other" in the consolidated statement of cash flow are as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Non-cash employee benefit charges | 160 | 157 |
| Net (gains) losses on foreign exchange and derivative financial instruments | (28) | 47 |
| Share of post-tax losses in equity method investments | 544 | 599 |
| Revaluation of Refinitiv warrants (see note 6) | (82) | (419) |
| Fair value adjustments | (10) | - |
| Other [1] | (163) | 1 |
| | 421 | 385 |

(1) Includes $119 million gain related to an amendment to the Company's U.S. pension plan. See note 26.

Details of "Changes in working capital and other items" are as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Trade and other receivables | 29 | 116 |
| Prepaid expenses and other current assets | 8 | 25 |
| Other financial assets | 2 | (17) |
| Payables, accruals and provisions | (133) | (220) |
| Deferred revenue | 19 | (10) |
| Other financial liabilities | (2) | 17 |
| Income taxes | 250 | (71) |
| Other | (71) | (87) |
| | 102 | (247) |

Page 166

TR-0037620

Details of income taxes (paid) received are as follows:

| | Year ended December 31, | |
|---|---|---|
| | **2020** | **2019** |
| Operating activities - continuing operations | (52) | (268) |
| Operating activities - discontinued operations | 2 | (45) |
| Investing activities - continuing operations | (114) | (1) |
| **Total income taxes paid** | **(164)** | **(314)** |

## Note 29: Acquisitions

Acquisitions primarily comprise the purchase of businesses that are integrated into existing operations to broaden the Company's range of offerings to customers as well as its presence in global markets. The results of acquired businesses are included in the consolidated financial statements from the dates of acquisition. Acquisitions also included investments in equity method investments and asset acquisitions.

### Acquisition activity

The number of acquisitions completed, and the related total consideration during 2020 and 2019 were as follows:

| | Year ended December 31, | | | |
|---|---|---|---|---|
| | **2020** | | **2019** | |
| | Number of Transactions | Cash Consideration | Number of Transactions | Cash Consideration |
| Businesses acquired | 2 | 166 | 4 | 1,049 |
| Less: Cash acquired | | (4) | | (59) |
| Businesses acquired, net of cash | 2 | 162 | 4 | 990 |
| Investments in businesses | - | 1 | - | 4 |
| Contingent consideration payments | | 4 | | |
| Asset acquisitions | - | - | 1 | 4 |
| | 2 | 167 | 5 | 998 |

The following describes some of the acquisitions completed during 2020 and 2019:

| | Company | Acquiring Segments | Description |
|---|---|---|---|
| March 2020 | Pondera Solutions | Legal Professionals | A provider of technology and advanced analytics to combat fraud, waste and abuse in healthcare and large government programs. |
| August 2020 | CaseLines | Legal Professionals | A provider of a cloud-based, evidence sharing platform that allows courts, law enforcement, prosecutors and legal practitioners to digitally collaborate, share and participate in virtual and physical court proceedings. |
| July 2019 | Confirmation | Tax & Accounting Professionals/Corporates | A provider of digital audit confirmation services to accounting firms, banks and law firms. |
| July 2019 | HighQ | Legal Professionals/Corporates | A provider of collaboration tools to the legal and regulatory market segments. |
| October 2019 | FC Business Intelligence | Reuters News | A global business-to-business events specialist that was rebranded as Reuters Events. |

TR-0037621

Thomson Reuters Annual Report 2020

## Purchase price allocation

Purchase price allocations related to certain acquisitions may be subject to adjustment pending completion of final valuations.

The details of net assets acquired were as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Cash and cash equivalents | 4 | 59 |
| Trade receivables | 4 | 13 |
| Prepaid expenses and other current assets | 1 | 7 |
| Current assets | 9 | 79 |
| Property and equipment | - | 7 |
| Computer software | 25 | 78 |
| Other identifiable intangible assets | 23 | 309 |
| Total assets | 57 | 473 |
| Payables and accruals | (7) | (29) |
| Deferred revenue | (6) | (25) |
| Other financial liabilities | (2) | (1) |
| Current liabilities | (15) | (55) |
| Provisions and other non-current liabilities | (2) | (5) |
| Deferred tax | (7) | (79) |
| Total liabilities | (24) | (139) |
| Net assets acquired | 33 | 334 |
| Goodwill | 133 | 715 |
| Total | 166 | 1,049 |

The excess of the purchase price over the net assets acquired was recorded as goodwill and reflects synergies and the value of the acquired workforce. The majority of goodwill for acquisitions completed in 2020 and 2019 is not expected to be deductible for tax purposes.

Acquisition transactions were completed by acquiring all equity interests or the net assets of the acquired business.

## Other

The revenues and operating profit of acquired businesses since the date of acquisition were not material to the Company's results of operations.

## Note 30: Contingencies, Commitments and Guarantees

### Lawsuits and legal claims

The Company is engaged in various legal proceedings, claims, audits and investigations that have arisen in the ordinary course of business. These matters include, but are not limited to, employment matters, commercial matters, defamation claims and intellectual property infringement claims. The outcome of all of the matters against the Company is subject to future resolution, including the uncertainties of litigation. Based on information currently known to the Company and after consultation with outside legal counsel, management believes that the ultimate resolution of any such matters, individually or in the aggregate, will not have a material adverse impact on the Company's financial condition taken as a whole.

TR-0037622

Thomson Reuters Annual Report 2020

## Uncertain tax positions

The Company is subject to taxation in numerous jurisdictions and is routinely under audit by many different taxing authorities in the ordinary course of business. There are many transactions and calculations during the course of business for which the ultimate tax determination is uncertain, as taxing authorities may challenge some of the Company's positions and propose adjustments or changes to its tax filings.

As a result, the Company maintains provisions for uncertain tax positions that it believes appropriately reflect its risk. These provisions are made using the Company's best estimates of the amount expected to be paid based on a qualitative assessment of all relevant factors. When appropriate, the Company performs an expected value calculation to determine its provisions. The Company reviews the adequacy of these provisions at the end of each reporting period and adjusts them based on changing facts and circumstances. Due to the uncertainty associated with tax audits, it is possible that at some future date, liabilities resulting from such audits or related litigation could vary significantly from the Company's provisions. However, based on currently enacted legislation, information currently known by the Company and after consultation with outside tax advisors, management believes that the ultimate resolution of any such matters, individually or in the aggregate, will not have a material adverse impact on the Company's financial condition taken as a whole.

In February 2018, the U.K. tax authority, HM Revenue & Customs ("HMRC"), issued notices of assessment under the Diverted Profits Tax ("DPT") regime for the 2015 taxation year of certain of the Company's current and former U.K. affiliates. The Company paid $31 million in tax, as required under the notices. As management does not believe that these U.K. affiliates fall within the scope of the Diverted Profits Tax regime, the Company appealed these assessments in July 2019 to obtain a refund. HMRC has opened audit enquiries of subsequent taxation years and in February 2021 issued final DPT notices for the 2016 taxation year aggregating $90 million, which the Company is required to pay in March 2021. In addition, based on recent discussions with HMRC, management believes it is reasonably possible that HMRC may issue similar notices in the next 6 to 12 months for one or more other taxation years, largely related to businesses that the Company has sold and that are subject to indemnity arrangements. If that occurs, the Company will be required to pay additional taxes to HMRC, including those attributable to the indemnity counterparty, shortly thereafter. If the Company is required to make any additional tax payments, which could be as much as $600 million to $700 million, it intends to vigorously defend its position by contesting the assessments through all available administrative and judicial remedies. The large majority of the anticipated amounts in dispute relates to the Company's Financial & Risk business, which was divested in 2018. Any payment made by the Company would not be a reflection of its view on the merits of the case. Because management believes that its position is supported by the weight of law, it does not believe that the resolution of this matter will have a material adverse effect on the Company's financial condition taken as a whole. As a result, the Company would expect to record substantially all of any potential future payments as non-current receivables from HMRC and the indemnity counterparty on its financial statements since the Company would expect to receive refunds of substantially all of any amounts paid pursuant to these notices of assessment. The Company expects that its existing sources of liquidity (as discussed in note 19) will be sufficient to fund any required payments.

## Dispositions

In certain disposition agreements, the Company guarantees to the purchaser the recoverability of certain assets or limits on certain liabilities, including as in the "Uncertain tax positions" section above. The Company does not believe based upon current facts and circumstances described that additional payments in connection with these transactions would have a material adverse impact on the Company's financial condition taken as a whole.

TR-0037623

## Unconditional purchase obligations

The Company has various obligations for materials, supplies, outsourcing and other services contracted in the ordinary course of business. The future unconditional purchase obligations as of December 31, 2020 and 2019 are as follows:

|  | December 31, | |
| --- | --- | --- |
|  | 2020 | 2019 |
| Within 1 year | 316 | 300 |
| Between 1 and 2 years | 277 | 219 |
| Between 2 and 3 years | 242 | 180 |
| Between 3 and 4 years | 71 | 160 |
| Between 4 and 5 years | 13 | 62 |
| Later than 5 years | - | 1 |
|  | 919 | 922 |

## Note 31: Related Party Transactions

As of December 31, 2020, the Company's principal shareholder, The Woodbridge Company Limited ("Woodbridge"), beneficially owned approximately 66% of the Company's common shares.

### Transactions with Woodbridge

From time to time, in the normal course of business, the Company enters into transactions with Woodbridge and certain of its affiliates. These transactions involve providing and receiving product and service offerings and are not material to the Company's results of operations or financial condition either individually or in the aggregate.

### Transactions with Refinitiv

In October 2018, the Company sold a 55% interest in its former Financial & Risk business to private equity funds affiliated with Blackstone, and retained a 45% interest in the company, which is now known as Refinitiv. As part of the transaction, Reuters News and Refinitiv have an agreement pursuant to which Reuters News supplies news and editorial content to Refinitiv for a minimum amount of revenues through October 1, 2048. In 2020 and 2019, the Company recorded $336 million of revenues under this agreement, which represent the current minimum annual value. However, these revenues may increase further as the contract requires adjustments related to changes in the consumer price index and foreign exchange rates. For the duration of the agreement, Refinitiv may also license the "Reuters" mark to brand its products and services, subject to certain contractual restrictions. For the year ended December 31, 2020, the Company recorded $24 million of income in "Other operating gains, net" within the consolidated income statement under this license (2019 – $23 million).

Additionally, the Company and Refinitiv sell products and services to each other in the normal course of business. These transactions are not significant to the Company's results of operations or financial condition either individually or in the aggregate.

To facilitate the separation, the Company and Refinitiv agreed to provide certain operational services to each other, including technology and administrative services, for a specified multi-year period. Additionally, the Company and Refinitiv extended property leases to each other, including the 3 Times Square property in New York, New York, which the Company leases from Refinitiv. For the years ended December 31, 2020 and 2019, the Company recorded the following amounts as expense or contra-expense, as applicable, related to these transactions:

|  | Provided by Thomson Reuters to Refinitiv Contra-expense | | Provided by Refinitiv to Thomson Reuters (Expense) | |
| --- | --- | --- | --- | --- |
|  | Year ended December 31, | | Year ended December 31, | |
|  | 2020 | 2019 | 2020 | 2019 |
| Transitional services | 8 | 26 | (15) | (52) |
| Properties leased | 23 | 39 | (13) | (34) |

Page 170

TR-0037624

Thomson Reuters Annual Report 2020

As of December 31, 2020, the Company owed $59 million (2019 – $79 million) to Refinitiv under non-cancellable leases and Refinitiv owed the Company $15 million (2019 – $56 million) under non-cancellable lease agreements (see note 27).

At December 31, 2020, the consolidated statement of financial position included a receivable from Refinitiv of $112 million (2019 – $135 million) and a payable to Refinitiv of $100 million (2019 – $102 million) related to all transactions between the two companies.

Transactions with other associates and joint ventures

From time to time, the Company enters transactions with its investments in other associates and joint ventures. These transactions typically involve providing or receiving services in the normal course of business and are not material to the Company's results of operations or financial condition either individually or in the aggregate.

Compensation of key management personnel

Key management personnel compensation, including directors, was as follows:

| | Year ended December 31, | |
| --- | --- | --- |
| | 2020 | 2019 |
| Salaries and other benefits | 41 | 60 |
| Share-based payments | 16 | 20 |
| Total compensation | 57 | 80 |

Key management personnel are comprised of the Company's directors and executive officers.

## Note 32: Subsequent Events

Sale of Refinitiv to LSEG

On January 29, 2021, the Company and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG in an all share transaction. As of the closing date, the Company indirectly owned approximately 82.5 million LSEG shares, which had a market value of approximately $9.8 billion based on LSEG's closing share price on January 28, 2021. The Company's interest in LSEG shares are held through an entity jointly owned with Blackstone's consortium.

Subject to certain exceptions, the Company and Blackstone's consortium have otherwise agreed to be subject to a lock-up for its LSEG shares through January 29, 2023. In each of years three and four following closing (starting on January 30, 2023 and January 30, 2024, respectively), the Company and Blackstone's consortium will become entitled to sell in aggregate one-third of the LSEG shares that were issued. The lock-up arrangement will terminate on January 29, 2025.

The Company expects to record a pre-tax gain on the transaction of approximately $8.5 billion in "Share of post-tax earnings (losses) in equity method investments" within the consolidated income statement in the first quarter of 2021. In the future, the Company will account for its investment in LSEG at fair value, based on the share price of LSEG. The change in value of the investment will be also be recorded in "Share of post-tax earnings (losses) in equity method investments" because the Company holds its LSEG shares through an entity that is jointly owned by Blackstone's consortium and the Company, over which the Company has significant influence. As the joint entity owns only the financial investment in LSEG shares, which the parties intend to sell over time, and is not involved in operating LSEG nor the Refinitiv business, the investment may be accounted for by the joint entity at fair value.

2021 dividends

In February 2021, the Company announced a $0.10 per share increase in the annualized dividend to $1.62 per common share, which was approved by the Company's board of directors. A quarterly dividend of $0.405 per share will be paid on March 17, 2021 to shareholders of record as of March 5, 2021.

TR-0037625

# Executive Officers and Directors

## Executive Officers

The following individuals are our executive officers as of March 3, 2021.

| Name | Age | Title |
|------|-----|-------|
| Steve Hasker | 51 | President & Chief Executive Officer |
| Michael Eastwood | 54 | Chief Financial Officer |
| Brian Peccarelli | 60 | Chief Operating Officer, Customer Markets |
| Kirsty Roth | 45 | Chief Operations & Technology Officer |
| David Wong | 36 | Chief Product Officer |
| Paul Fischer | 55 | Interim President, Legal Professionals |
| Charlotte Rushton | 51 | President, Tax & Accounting Professionals |
| Sunil Pandita | 41 | President, Corporates |
| Michael Friedenberg | 54 | President, Reuters News |
| Mary Alice Vuicic | 53 | Chief People Officer |
| Thomas Kim | 49 | Chief Legal Officer & Company Secretary |
| Stephane Bello[1] | 60 | Vice Chairman & President, Enterprise Centre |

(1) Stephane plans to retire from Thomson Reuters on March 15, 2021.



**Steve Hasker** has been President and Chief Executive Officer and a director of our company since March 2020. Prior to joining Thomson Reuters in February 2020, he was Senior Adviser to TPG Capital, a private equity firm, from August 2019 to February 2020. Prior to that, Steve was Chief Executive Officer of CAA Global, a TPG Capital portfolio company, from January 2018 to August 2019. Steve served as Global President and Chief Operating Officer of Nielsen Holdings PLC from December 2015 to December 2017 and prior to that served as Nielsen's President, Global Products from November 2009 to January 2014. Steve spent more than a decade with McKinsey & Company as a partner in the Global Media, Entertainment and Information practice from 1998 to 2009. Before joining McKinsey, Steve spent five years in several financial roles in the United States and other countries. Steve has an undergraduate economics degree from the University of Melbourne and received an MBA and master's in international affairs from Columbia University. Steve is also a non-executive director of Appen Limited. He is a member of the Australia and New Zealand Institute of Chartered Accountants. Steve is based in Toronto, Ontario, Canada.



**Michael Eastwood** has been Chief Financial Officer of Thomson Reuters since March 2020. Mike joined Thomson in 1998 and has had several senior finance roles. Mike was previously Senior Vice President and Head of Corporate Finance from January 2016 to March 2020. Prior to that, he was Chief Operations Officer for Thomson Reuters Latin America from April 2014 to December 2015. Mike was also previously Chief Financial Officer of the company's former Intellectual Property & Science business (which was sold in 2016). Mike received a BSA in Accounting from East Carolina University and an MBA from the University of North Carolina. Mike is based in Toronto, Ontario, Canada.



**Brian Peccarelli** has been Chief Operating Officer, Customer Markets since June 2018. Prior to June 2018, Brian was President of the Tax & Accounting business for seven years. Prior to February 2011, Brian was President of Workflow & Service Solutions within the Tax & Accounting business for seven years. Brian joined Thomson in 1984 and has held a number of other key leadership positions within the organization, including Vice President of the Corporate Services Market and General Manager for RIA Compliance. He is also a certified public accountant and a lawyer. He received a JD from Hamline University School of Law, a BA in accounting and business administration from Carthage College and an MBA from Southern Methodist University. Brian is based in Carrollton, Texas, United States.

TR-0037626

Thomson Reuters Annual Report 2020



**Kirsty Roth** has been Chief Operations and Technology Officer since August 2020. Prior to joining Thomson Reuters, Kirsty was Global Head of Operations and a Group General Manager for HSBC from May 2016 to August 2020. Before that, Kirsty was Chief Operating Officer for Finance, Operations and IT at Credit Suisse from 2011 to 2016 and a Consulting Partner with Deloitte from 2001 to 2011. Kirsty received a bachelor's degree in Chemistry from the University of Bristol. Kirsty resides in Schindellegi, Switzerland.



**David Wong** has been Chief Product Officer since July 2020. Prior to joining Thomson Reuters, David worked at Facebook as Product Management Lead from January 2019 to June 2020 and Product Manager from February 2018 to January 2019. David served as SVP of Product Leadership of Nielsen Holdings PLC from November 2014 to February 2018 and prior to that, served as Nielsen's VP of Product Leadership from May 2011 to November 2014. David was also a consultant at McKinsey & Company from August 2006 to March 2011. He holds a degree in Engineering Science from the University of Toronto, where he specialized in applied physics and electrical engineering. David resides in Toronto, Ontario, Canada.



**Paul Fischer** has been Interim President, Legal Professionals since June 2020. Prior to that, Paul was the Chief Financial Officer, Legal Professionals from December 2011 to June 2020. Prior to that, he held a number of other key leadership positions within the organization including Chief Financial Officer, US Law Firms and VP Finance, Business of Law. He holds a BS degree in Accounting from the University of South Dakota. Paul resides in Inver Grove Heights, Minnesota, United States.



**Charlotte Rushton** has been President, Tax & Accounting Professionals since June 2018. Prior to that, Charlotte was Managing Director, US Law Firms, Legal from September 2014 through June 2018. From October 2012 through September 2014, Charlotte led the Tax & Accounting business operations serving corporations and accounting firms across Asia Pacific and Europe. Prior to joining Thomson Reuters in May 2007, she was a partner and leader of the business strategy capability for Computer Sciences Corporation. She holds a master's degree in engineering from the University of Cambridge. Charlotte resides in Plano, Texas, United States.



**Sunil Pandita** has been President, Corporates, since November 2020. Previously, Sunil served as Vice President & General Manager for Connected Industrial of Honeywell from May 2019 to November 2020. Before that, Sunil held a number of senior positions with Hewlett Packard Enterprises, including Vice President and General Manager and Vice President, Head of Strategy and Sales Enablement from December 2015 to June 2019. He also held various positions at McKinsey & Company and Dell Inc. earlier in his career. He holds a bachelor's degree from Veermata Jijabai Technological Institute, a master's degree in computer science from Texas A&M University and an MBA from Northwestern University's Kellogg School of Management. Sunil resides in Dallas, Texas, United States.



**Michael Friedenberg** has been President, Reuters News since December 2018. Previously, Michael served as global Chief Executive Officer of IDG Communications, a media, data and services firm, from November 2013 to October 2017. Before that, Michael held senior executive positions with IDG Communications US and IDG Enterprise from November 2009 to November 2013. Michael also held senior executive positions from CXO Media and CXO Media & Network World from June 2005 to November 2009. Michael holds a BA in business finance from the University of Delaware's Lerner College of Business and Economics. Michael resides in Blue Bell, Pennsylvania, United States.



**Mary Alice Vuicic** has been Chief People Officer since November 2017. Previously, Mary Alice served as the Global Chief Human Resources Officer for L Brands, a portfolio of retail brands, from October 2015 to October 2017. Before that, Mary Alice was Executive Vice President, Human Resources & Labour Relations at Loblaw Companies Ltd. from March 2014 to May 2015 and she was Chief Administrative Officer & Executive Vice President at Shoppers Drug Mart from January 2007 to March 2014 prior to its acquisition by Loblaw Companies Ltd. Mary Alice has also held senior executive roles at Walmart Canada and Chapters/Indigo. Mary Alice is also a director of the Business Development Bank of Canada where she chairs the Human Resources Committee. She has a BA degree from the University of Windsor. Mary Alice resides in Toronto, Ontario, Canada.

TR-0037627



**Tom Kim** has been Chief Legal Officer & Company Secretary since August 2019. From January 2019 to August 2019, he was General Manager, Global Separation Execution, leading the overall separation of Refinitiv from Thomson Reuters. From January 2017 to December 2018, he was Managing Director of Thomson Reuters' businesses in China. From April 2014 to December 2016, he was Thomson Reuters' Chief Compliance Officer and General Counsel, Global Growth & Operations. Tom has also held several other legal executive roles within the organization, including as a business unit general counsel. Before joining Reuters in 1999, Tom practiced law at Baker & McKenzie and Hancock, Rothert & Bunshoft (now Duane Morris) in San Francisco. Tom obtained undergraduate and law degrees from Stanford University. Tom is based in Toronto, Ontario, Canada.



**Stephane Bello** has been Vice Chairman and President, Enterprise Centre, since March 2020 and plans to retire from Thomson Reuters on March 15, 2021. Prior to March 2020, Stephane had been Chief Financial Officer since January 2012. Prior to that, Stephane was Chief Financial Officer of Thomson Reuters Professional division from April 2008 to December 2011. Stephane joined Thomson in 2001 and was Senior Vice President and Treasurer until April 2008. Prior to joining Thomson, Stephane held several positions at General Motors. Stephane holds degrees in law and economic law from the Université libre de Bruxelles. Stephane resided in Zug, Switzerland while working as Vice Chairman, Enterprise Centre.

TR-0037628

Thomson Reuters Annual Report 2020

## Directors

The names, municipalities and countries of residence, offices and principal occupations of our directors as of March 3, 2021 are shown below. Each director has been a director since the year indicated below. All of our directors have been engaged for more than five years in their present principal occupations or in other capacities within Thomson Reuters, except where noted below. Each director will continue to hold office until the next annual meeting of our shareholders (scheduled to be held on June 9, 2021) or until the director resigns or a successor is elected or appointed.

All of our directors were elected at our 2020 annual meeting of shareholders except for Simon Paris and Deanna Oppenheimer, who were both appointed on November 11, 2020.

| | Age | Audit | Corporate Governance | Human Resources | Risk | Director Since |
|---|---|---|---|---|---|---|
| David Thomson, Chairman | 63 | | | | | 1988 |
| Steve Hasker | 51 | | | | | 2020 |
| Kirk E. Arnold | 61 | | • | • | Chair | 2020 |
| David W. Binet, Deputy Chairman | 63 | | • | • | • | 2013 |
| W. Edmund Clark, C.M. | 73 | | • | Chair | | 2015 |
| Michael E. Daniels | 66 | • | Chair | • | • | 2014 |
| Kirk Koenigsbauer | 53 | • | | | • | 2020 |
| Deanna Oppenheimer | 62 | • | • | | | 2020 |
| Vance K. Opperman, Lead Independent Director | 78 | • | • | • | • | 1996 |
| Simon Paris | 51 | • | | | | 2020 |
| Kim M. Rivera | 52 | • | | | • | 2019 |
| Barry Salzberg | 67 | Chair | • | | • | 2015 |
| Peter J. Thomson | 55 | | | • | | 1995 |
| Wulf von Schimmelmann | 74 | | • | • | | 2011 |



**David Thomson** is Chairman of Thomson Reuters. He is also a Chairman of Woodbridge, the Thomson family investment company, and Chairman of The Globe and Mail Inc., a Canadian media company. David is an active private investor with a focus on real estate and serves on the boards of several private companies. David has an MA from Cambridge. David resides in Toronto, Ontario, Canada.



**Steve Hasker** has been President and Chief Executive Officer of Thomson Reuters since March 15, 2020. Prior to joining Thomson Reuters in February 2020, he was Senior Adviser to TPG Capital, a private equity firm, from August 2019 to February 2020. Prior to that, he was Chief Executive Officer of CAA Global, a TPG Capital portfolio company, from January 2018 to August 2019. Steve served as Global President and Chief Operating Officer of Nielsen Holdings PLC from December 2015 to December 2017 and prior to that served as Nielsen's President, Global Products from November 2009 to January 2014. Steve spent more than a decade with McKinsey & Company as a partner in the Global Media, Entertainment and Information practice from 1998 to 2009. Before joining McKinsey, Steve spent five years in several financial roles in the United States and other countries. Steve has an undergraduate economics degree from the University of Melbourne and received an MBA and master's in international affairs from Columbia University. Steve is also a non-executive director of Appen Limited. He is a member of the Australia and New Zealand Institute of Chartered Accountants. Steve is based in Toronto, Ontario, Canada.

TR-0037629



**Kirk E. Arnold** has been Executive-in-Residence at General Catalyst Ventures since 2018, where she works with management teams to help scale and drive growth by providing mentorship, operational and strategic support. She was previously Chief Executive Officer of Data Intensity, LLC, a cloud-based data, applications and analytics managed service provider, from 2013 to 2017. Prior to that, Kirk was Chief Operating Officer of Avid, a technology provider in the media industry, and Chief Executive Officer and President of Keane, Inc., then a publicly traded global services provider. She has also held senior leadership roles at Computer Sciences Corp., Fidelity Investments and IBM. In addition, she was founder and Chief Executive Officer of NerveWire, a management consulting and systems integration provider. She is a non-executive director of Epiphany Technology Acquisition Corp., Ingersoll-Rand plc and Trane Technologies. Kirk also serves on the boards of several private companies. In addition, she is a Senior Lecturer at MIT Sloan School of Management and an advisor to the Center for MIT Entrepreneurship. Kirk received a bachelor's degree from Dartmouth College. Kirk resides in Kennebunk, Maine, United States.



**David W. Binet** is Deputy Chairman of Thomson Reuters. He is also President and Chief Executive Officer and a director of Woodbridge, the Thomson family investment company. Prior to 2013, he held a number of senior positions at Woodbridge between 1999 and 2012, including Chief Operating Officer. David is a director of The Globe and Mail Inc., a Canadian media company and of a number of other companies in which Woodbridge is invested. David served as Chairman of the Thomson Reuters Foundation from October 1, 2009 through March 14, 2020. Prior to joining Woodbridge in 1999, he was a partner at a major law firm. David has a law degree from McGill University, a BA from Queen's University and a graduate degree in journalism from Northwestern University. David resides in Toronto, Ontario, Canada.



**W. Edmund Clark, C.M.** is a corporate director. Ed served as Group President and Chief Executive Officer of TD Bank Group from 2002 until his retirement in 2014. Ed was inducted as a Companion of the Canadian Order of the Business Hall of Fame in 2016. In 2014, Ed was elected to the Board of Trustees of the Brookings Institute. He is also Chair of the Vector Institute for Artificial Intelligence. Ed has a BA from the University of Toronto, and an MA and Doctorate in Economics from Harvard University. Ed has also received honorary degrees from Mount Allison University, Queen's University, Western University and the University of Toronto. In 2010, he was made an Officer of the Order of Canada, one of the country's highest distinctions. Ed resides in Toronto, Ontario, Canada.



**Michael E. Daniels** is a corporate director. In 2013, Mike retired as Senior Vice President and Group Executive IBM Services after 36 years with the company where he directed IBM's consulting, systems integration, application management, cloud computing and outsourcing services around the globe. Mike also held a number of senior leadership positions in his career at IBM, including General Manager of Sales and Distribution Operations of the Americas as well as leading Global Services in the Asia Pacific region. He is also a director of SS&C Technologies Holdings, Inc. and Johnson Controls International plc. Mike has a bachelor's degree in political science from Holy Cross College. Mike resides in Hilton Head, South Carolina, United States.



**Kirk Koenigsbauer** has been Chief Operating Officer & Corporate Vice President, Experiences and Devices Group at Microsoft Corporation since February 2020. From December 2016 to February 2020, he was Corporate Vice President, Microsoft 365 and from July 2012 to November 2016, he was Corporate Vice President, Office Apps Engineering, at Microsoft. Prior to that, he was Corporate Vice President, Office Product Management at Microsoft from June 2002 to July 2012. Kirk worked at Amazon.com from 1998 to 2001 where he held the roles of General Manager, Software & Video Games Stores and Director of Product Management, Auctions. Kirk also worked at Microsoft from 1992 to 1998 and as a consultant at Accenture from 1989 to 1991. Kirk has a bachelor's degree from Colby College. Kirk resides in Seattle, Washington, United States.



**Deanna Oppenheimer** is the founder of CameoWorks, LLC, a global firm that advises leaders of early stage companies and consultancies. Deanna founded CameoWorks in 2012 and has also served as a senior advisor to Bain & Company since 2013. From 2005 to 2011, she served in a number of roles at Barclays PLC, first as chief executive of UK Retail and Business Banking and then as vice chair of Global Retail Banking. From 1985 to 2005, Deanna served in a number of positions at Washington Mutual, Inc., with her last role as president of Consumer Banking. She is also chair of the board of directors of Hargreaves Lansdown plc and the senior independent director of Tesco plc. Deanna received a BA from the University of Puget Sound. Deanna resides in Seattle, Washington, United States.

Page 176

Thomson Reuters Annual Report 2020



**Vance K. Opperman** is Lead Independent Director of Thomson Reuters. He is also President and Chief Executive Officer of Key Investment, Inc., a private investment company involved in publishing and other activities. Previously, Vance was President of West Publishing Company, an information provider of legal and business research which is now owned by Thomson Reuters. He serves as Lead Independent Director of TCF Financial Corporation. He also serves on the board of several educational and not-for-profit organizations. Vance has a law degree from the University of Minnesota and practiced law for many years. Vance resides in Minneapolis, Minnesota, United States.



**Simon Paris** is Chief Executive Officer of Finastra, a global financial technology (fintech) provider. He joined Finastra (previously Misys) as president in 2015 and also served as its Chief Sales Officer, before being appointed Deputy CEO in 2017 and CEO in 2018. Simon previously worked at SAP from 2007 to 2015, where he held a number of senior leadership positions. Simon was also previously a senior consultant with McKinsey & Company. He currently chairs the World Trade Board, an organization initiated by Finastra that is made up of global leaders, innovative thinkers, industry influencers and subject matter experts from the different corners of trade, finance and commerce. He is also a member of the board of directors of Everbridge, Inc. Simon holds a BA from the European Business School and an MBA from INSEAD. Simon resides in London, United Kingdom.



**Kim M. Rivera** has been Special Advisor to the CEO of HP Inc. since February 2021. Kim was previously President, Strategy and Business Management and Chief Legal Officer at HP Inc. from January 2019 through January 2021. As President, Strategy and Business Management, she led corporate strategy and development, customer support, indirect procurement, real estate and workplace functions. In addition, Kim managed HP Inc.'s worldwide legal organization, including all aspects of legal and governmental affairs, brand security, compliance and ethics. She served as Chief Legal Officer and General Counsel of HP Inc. from November 2015 to January 2019. Prior to joining HP Inc., Kim was the Chief Legal Officer and Corporate Secretary for DaVita HealthCare Partners where she was employed from 2010 to 2015. Prior to that, she served as the Chief Compliance Officer and Head of International Legal Services at The Clorox Company; Chief Litigation Counsel for Rockwell Automation, as well as General Counsel for its Automation Controls and Information Group. Kim has a bachelor's degree from Duke University and a Juris Doctor degree from Harvard Law School. Kim resides in Woodside, California, United States.



**Barry Salzberg** is a corporate director. Barry served as the Global Chief Executive Officer of Deloitte Touche Tohmatsu Limited from 2011 until his retirement in 2015. He joined Deloitte in 1977 and his roles included Chief Executive Officer and Managing Partner of the firm's U.S. operations. Barry is Chairman of the Board of Directors of 10EQS and has previously served as a Board member of New Profit, Inc. and previously served as Chairman of the United Way Worldwide, Chairman of the Board of College Summit and Chairman of the Board of the YMCA of Greater New York. From July 2015 until June 2018, he was a Professor at Columbia Business School. He is also a non-executive director of Blue Apron Holdings, Inc. Barry has a BS in Accounting from Brooklyn College, a JD from Brooklyn Law School, and an LLM in Taxation from the New York University School of Law. Barry resides in New York, New York, United States.



**Peter J. Thomson** is a Chairman of Woodbridge, the Thomson family investment company. Peter is an active private equity investor and serves on the boards of several private companies. Peter has a BA from the University of Western Ontario. Peter resides in Toronto, Ontario, Canada.



**Wulf von Schimmelmann** is a corporate director. Wulf was Chief Executive Officer of Deutsche Postbank AG from 1999 to 2007, where he transformed the organization from a check processing division of Deutsche Post to one of Germany's leading retail banks. He also serves as a member of the Supervisory Board of Maxingvest AG. Prior to his lengthy career in banking, he was a partner at McKinsey & Co., working in Switzerland, the U.S. and Germany. Wulf was also previously Chairman of the Supervisory Board of Deutsche Post DHL AG, a member of the Supervisory Board of Deutsche Teleknow and Allianz Deutschland AG, a director of Western Union Company, Accenture plc and Deutsche Post DHL AG, and Chair of BAWAG P.S.K. Wulf received a degree in economic sciences and his Ph.D. in economics from the University of Zurich. Wulf resides in Berg-Leoni, Germany.

Page 177

## Audit Committee

The Audit Committee comprises Barry Salzberg (Chair), Michael E. Daniels, Kirk Koenigsbauer, Deanna Oppenheimer, Vance K. Opperman, Simon Paris and Kim M. Rivera. The Audit Committee is comprised entirely of independent directors. All members of the Audit Committee are financially literate in accordance with applicable Canadian and U.S. securities rules. Barry Salzberg qualifies as an "audit committee financial expert" (within the meaning of applicable SEC rules) and meets applicable tests for accounting or related financial management expertise within the meaning of NYSE listing standards. Biographies for each member of our Audit Committee are included earlier in this section of the annual report.

The following is a brief summary of the education and experience of each member of the Audit Committee that is relevant to the performance of his or her responsibilities, including any education or experience that has provided the member with an understanding of the accounting principles we use to prepare our financial statements.

| Committee Member | Education/Experience |
|---|---|
| Barry Salzberg (Chair) | • Former Global Chief Executive Officer of Deloitte Touche Tohmatsu Limited<br>• Former Professor at Columbia Business School<br>• Degree in accounting from Brooklyn College, a JD from Brooklyn Law School and an LLM in tax from the New York University |
| Michael E. Daniels | • Over 25 years of executive experience at IBM<br>• Former member of the Tyco International Ltd. audit committee<br>• Member of SS&C Technologies Holdings, Inc. and Johnson Controls International plc boards of directors |
| Kirk Koenigsbauer | • Over 18 years of executive experience at Microsoft<br>• Responsible for product planning, pricing, sales, marketing and ecosystem development for various Microsoft offerings |
| Deanna Oppenheimer | • Former Vice Chair of Global Retail Banking of Barclays PLC<br>• Former President of Consumer Banking of Washington Mutual, Inc.<br>• Former member of AXA Global Insurance audit committee<br>• Former member of NCR Corporation audit committee |
| Vance K. Opperman | • Former President and COO of West Publishing Company<br>• President and CEO of Key Investment, Inc.<br>• Former Chair of Audit Committee of Thomson Reuters for over 15 years<br>• Member of TCF Financial Corporation audit committee<br>• Represented financial institutions in securities and financial regulations matters as a practicing attorney |
| Simon Paris | • Chief Executive Officer of Finastra<br>• Chair of the World Trade Board |
| Kim M. Rivera | • Former President, Strategy and Business Management and Chief Legal Officer of HP Inc.<br>• Supported audit committees of two publicly-traded Fortune 500 companies |

TR-0037632

## Principal Accountant Fees and Services

The following table sets forth fees related to services rendered by PricewaterhouseCoopers LLP and its affiliates in 2020 and 2019.

| (millions of U.S. dollars) | 2020 | 2019 |
|---|---|---|
| Audit fees | $ 11.9 | $ 13.2 |
| Audit-related fees | 1.3 | 1.4 |
| Tax fees | 3.3 | 4.7 |
| All other fees | 0.1 | 0.1 |
| Total | $ 16.6 | $ 19.4 |

The following are descriptions of fees for services rendered by PricewaterhouseCoopers LLP in 2020 and 2019.

### Audit Fees

These audit fees were for professional services rendered for the audits of consolidated financial statements, reviews of interim financial statements included in periodic reports, audits related to internal control over financial reporting, statutory audits and services that generally only the independent auditor can reasonably provide, such as comfort letters and consents. These services included French translations of our financial statements, MD&A and financial information included in our interim and annual filings and prospectuses and other offering documents.

### Audit-related Fees

These audit-related fees were for assurance and related services that are reasonably related to the performance of the audit or review of the financial statements and are not reported under the "audit fees" category above. These services included subsidiary carve-out audits, transaction due diligence, comfort letter procedures and issuances, SSAE 16 engagements, licensing of technical research material, audits of various employee benefit plans and agreed-upon procedures principally related to executive compensation reporting.

### Tax Fees

Tax fees were for tax compliance, tax advice and tax planning. These services included the preparation and review of corporate and expatriate tax returns, assistance with tax audits and transfer pricing matters, advisory services relating to federal, state, provincial and international tax compliance, and restructurings, mergers and acquisitions.

### All Other Fees

Fees disclosed in the tables above under the item "all other fees" were for services other than the audit fees, audit-related fees and tax fees described above. These services include independent IT process reviews.

### Pre-Approval Policies and Procedures

The Audit Committee has adopted a policy regarding its pre-approval of all audit and permissible non-audit services provided to our company by the independent auditors.

The policy gives detailed guidance to management as to the specific types of services that have been pre-approved by the Audit Committee.

The policy requires the Audit Committee's specific pre-approval of all other permitted types of services that have not already been pre-approved.

TR-0037633

Thomson Reuters Annual Report 2020

The Audit Committee's charter allows the Audit Committee to delegate to one or more members the authority to evaluate and approve engagements in the event that the need arises for approval between Audit Committee meetings. Pursuant to this charter provision, the Audit Committee has delegated this authority to its Chair. If the Chair approves any such engagements, he must report his approval decisions to the full Audit Committee at its next meeting.

For the year ended December 31, 2020, none of the fees of Thomson Reuters described above made use of the de minimis exception to pre-approval provisions as provided for by Rule 2-01(c)(7)(i)(C) of SEC Regulation S-X and Section 2.4 of the Canadian Securities Administrators' Multilateral Instrument 52-110 (Audit Committees).

## Controlled Company

Our company is a "controlled company" as a result of Woodbridge's ownership.

The NYSE corporate governance listing standards require a listed company to have, among other things, solely independent directors on its compensation committee and nominating/corporate governance committee. A "controlled company" (as defined by the NYSE) is a company of which more than 50% of the voting power is held by an individual, group or another company and is exempt from these requirements.

Supplemental guidelines issued by the Canadian Coalition for Good Governance (CCGG) address controlled companies. A "controlled company" (as defined by CCGG) includes corporations with a controlling shareholder who controls a sufficient number of shares to be able to elect the board of directors or to direct the management or policies of the corporation.

While a majority of members of each of the Corporate Governance Committee and the HR Committee of our company are independent, the Board believes it is appropriate for David Binet, Ed Clark and Peter Thomson, who are not considered to be independent under applicable rules because of their affiliation with Woodbridge, to serve on these committees and has approved our reliance on the NYSE's controlled company exemption to do so. CCGG has stated that it believes it is appropriate for directors who are related to the controlling shareholder to sit on these committees to bring the knowledge and perspective of the controlling shareholder to executive compensation, appointments and board nominations.

No directors affiliated with Woodbridge serve on our Audit Committee, which is required to have solely independent directors.

A majority of members of the Risk Committee are also independent.

## Independent Directors

A majority of the Board is independent. Under the corporate governance guidelines adopted by the Board, a director is not considered independent unless the Board affirmatively determines that the director has no "material relationship" with Thomson Reuters. In determining the independence of directors, the Board considers all relevant facts and circumstances. In March 2021, the Board conducted its annual assessment of the independence of each of its members and determined that nine of the 14 directors (approximately 64%) were independent. In determining independence, the Board examined and relied on the applicable definitions of "independent" in the NYSE listing standards and Canadian Securities Administrators' National Instrument 58-101. The Board's determination of independence was also based on responses to questionnaires completed by directors.

In order for the Board to function independently from management:

The roles and responsibilities of the Chairman (David Thomson) and the CEO (Steve Hasker) are separate;

We have a Lead Independent Director (Vance Opperman); and

The Audit Committee is comprised entirely of independent directors (as required by applicable law) and the Corporate Governance Committee, Human Resources Committee and Risk Committee each have a majority of independent directors.

TR-0037634

| e of Director Nominee | Management | Independent | Not Independent | Reason for Non-Independence |
|---|---|---|---|---|
| | | | Director Independence | |
| David Thomson | | | ✓ | A Chairman of Woodbridge |
| Steve Hasker | ✓ | | ✓ | President & Chief Executive Officer of Thomson Reuters |
| Kirk E. Arnold | | ✓ | | |
| David W. Binet | | | ✓ | President of Woodbridge |
| W. Edmund Clark, C.M. | | | ✓ | Advisor to the trustee of the 2003 TIL Settlement and Woodbridge |
| Michael E. Daniels | | ✓ | | |
| Kirk Koenigsbauer | | ✓ | | |
| Deanna Oppenheimer | | ✓ | | |
| Vance K. Opperman | | ✓ | | |
| Simon Paris | | ✓ | | |
| Kim M. Rivera | | ✓ | | |
| Barry Salzberg | | ✓ | | |
| Peter J. Thomson | | | ✓ | A Chairman of Woodbridge |
| Wulf von Schimmelmann | | ✓ | | |
| Total | 1 | 9 | 5 | |

David Thomson, David Binet, Ed Clark and Peter Thomson are not members of Thomson Reuters executive management team. With its substantial equity investment in Thomson Reuters, Woodbridge considers that its interests as a shareholder are aligned with those of all other shareholders.

In determining the independence of directors, the Board also considers that in the normal course of business, we provide services to, and receive services from, companies with which some of the independent directors are affiliated. Based on the specific facts and circumstances, the Board determined that these relationships were immaterial.

## Presiding Directors at Meetings of Non-Management and Independent Directors

Our Board begins each meeting with an "in-camera" session with the CEO, but no other members of management. This is intended to give the CEO an opportunity to discuss his objectives for the day's meeting, and for directors to express preliminary observations based on their prior review of meeting materials. This permits a more effective use of time in the Board meeting. A similar session is typically held with the CEO at the end of the meeting, followed by a meeting of the Board without the CEO or other members of management present. Board committees also utilize "in-camera" meetings for discussions without the CEO or members of management present.

As part of each regularly scheduled Board meeting, our independent directors meet as a group without the CEO and without the directors affiliated with Woodbridge. The independent directors also will meet as a group as part of any special meetings of the Board. These meetings are chaired by the Lead Independent Director. The Lead Independent Director develops the agenda for these meetings, although discussion has not been limited to it. The agenda generally addresses any issues that might be specific to a public corporation with a controlling shareholder. The Lead Independent Director reports to the Chairman, Deputy Chairman and the CEO on the substance of these meetings to the extent that action is appropriate or required. Six meetings of the independent directors took place in 2020 which were presided over by Vance Opperman.

TR-0037635

## Code of Business Conduct and Ethics

Our Code of Business Conduct and Ethics (Code), which was updated in June 2020, applies to our employees, directors and officers, including our CEO, CFO and Controller. Our updated Code reflects changes in style and appearance. While the content of the updated Code and its provisions are fundamentally the same, it also reflects certain content updates to make the Code consistent with policies and regulations that have changed in the last few years. Our employees, directors and officers are required to submit an acknowledgment that they have received and read a copy of the Code and understand their obligations to comply with the principles and policies outlined in it. In an effort to promote further a culture of ethical business conduct throughout Thomson Reuters, we have instituted a mandatory online training course related to the Code. The Corporate Governance Committee receives an annual report regarding the Code from the Chief Legal Officer.

In 2020 and through the date of this annual report, no material violations by our directors or executive officers were reported for the Code. Also, no waivers under the Code were sought by or granted to any of our directors or executive officers.

## Additional Disclosures

Additional information regarding the members of our Board of Directors, including our corporate governance and compensation practices, will be provided in our management proxy circular, which is being prepared in connection with our upcoming annual meeting of shareholders to be held on June 9, 2021. Each Board committee has a written charter which is publicly available at www.tr.com. The Audit Committee's charter has been filed on SEDAR and EDGAR and is incorporated by reference in, and forms a part of, this annual report.

As of March 3, 2021, our executive officers and directors as a group beneficially owned, directly or indirectly, or exercised control or direction over, less than 1% of our outstanding common shares, based on the issued and outstanding shares of our company as of that date. David Thomson and Peter Thomson are the Chairmen, and David Binet is the President, of Woodbridge, our controlling shareholder. As of March 3, 2021, Woodbridge beneficially owned approximately 66% of our common shares. David Thomson and Peter Thomson are substantial shareholders of our company as members of the family that owns the equity of Woodbridge.

TR-0037636

Thomson Reuters Annual Report 2020

# Additional Information

Thomson Reuters Corporation was incorporated under the Business Corporations Act (Ontario) by articles of incorporation dated December 28, 1977. Our company amalgamated with one of its wholly owned subsidiaries on March 10, 2010. On October 1, 2018, articles of amendment were filed to make certain amendments to our articles of amalgamation related to the Trust Principles and the consent rights of the Thomson Reuters Founders Share Company. Our registered office and principal executive office is located at 333 Bay Street, Suite 300, Toronto, Ontario M5H 2R2, Canada. Prior to April 17, 2008, Thomson Reuters Corporation was known as The Thomson Corporation.

## Description of Capital Structure

As of March 3, 2021:

> Our authorized share capital consisted of an unlimited number of common shares, an unlimited number of preference shares, issuable in series, and a Thomson Reuters Founders Share; and

> We had outstanding 494,854,975 common shares, 6,000,000 Series II preference shares and one Thomson Reuters Founders Share.

### Common Shares

Each common share entitles its holder to receive notice of, to attend and to vote at all meetings of our shareholders (except for meetings of holders of a particular class or series of shares other than the common shares required by applicable laws to be held as a separate class or series meeting). Each common share also entitles its holder to receive dividends when declared by our Board of Directors, subject to the rights of holders of the preference shares. All dividends declared by our Board of Directors are paid equally on all common shares. Holders of common shares will participate equally in any distribution of our assets upon liquidation, dissolution or winding-up, subject to the rights of the holders of the preference shares. There are no preemptive, redemption, purchase or conversion rights attaching to our common shares.

We have also issued Depositary Interests (DIs) as an alternative way to hold our common shares. DIs are designed to facilitate the transfer and settlement of our shares in the U.K. when they are traded in the secondary market. Each DI represents one common share. The holder of DIs has beneficial ownership of the underlying common shares. The administrator of our DI program holds legal title to the common shares and holds the shares on behalf of and for the benefit of the DI holder. Holders of DIs have the same voting rights and receive the same dividends as other common shareholders.

### Preference Shares

Our preference shares may be issued in one or more series as determined by our Board of Directors. Our Board of Directors is authorized to fix the number, the consideration per share and the rights and restrictions of the preference shares of each series. The preference shares of each series are to rank on a parity with the preference shares of each other series with respect to the payments of dividends and the return of capital on our liquidation, dissolution or winding-up. The preference shares are entitled to preference over the common shares and any other shares ranking junior to the preference shares with respect to the payment of dividends and the return of capital. The special rights and restrictions attaching to the preference shares as a class may not be amended without approval of at least two-thirds of the votes cast at a meeting of the holders of preference shares. The holders of preference shares are not entitled to any voting rights except as provided by our Board of Directors when authorizing a series or as provided by law. Our Series II preference shares are non-voting and are redeemable at our option for C$25.00 per share, together with accrued dividends. Dividends are payable quarterly at an annual rate of 70% of the Canadian bank prime rate applied to the stated capital of the shares.

TR-0037637

## Thomson Reuters Founders Share

Our company has issued a Thomson Reuters Founders Share to the Thomson Reuters Founders Share Company, which enables the Thomson Reuters Founders Share Company to exercise extraordinary voting power to safeguard the Thomson Reuters Trust Principles and to thwart those whose holdings of Thomson Reuters voting shares threaten the Thomson Reuters Trust Principles.

The Founders Share entitles the Thomson Reuters Founders Share Company to vote in circumstances where an acquiring person, other than an approved person or an entity within Thomson Reuters, has become or becomes "interested" in, or the beneficial owner of, 15% or more of the outstanding voting shares of Thomson Reuters or has obtained or is attempting to obtain the ability to control the exercise of, or beneficial ownership of, 30% or more of the outstanding voting shares of Thomson Reuters. In general, votes cast by the Thomson Reuters Founders Share Company, alone or in combination with votes cast by approved persons, will be sufficient either to negate the voting power of the acquiring person or to constitute the requisite majority voting power. The rights attaching to the Founders Shares may not be varied or abrogated in any respect without the prior written consent of the Thomson Reuters Founders Share Company. In addition, without the prior written consent of the Thomson Reuters Founders Share Company, we may not take certain fundamental corporate actions, including certain changes to our share capital, remove or amend provisions in our organizational documents relating to the Thomson Reuters Founders Share Company and the Founders Share, or effect a sale (or similar transactions) of Reuters News to an unrelated third party or to effect or permit material acquisitions by, or material dispositions from, Reuters News. For a discussion of the Thomson Reuters Trust Principles, the Thomson Reuters Founders Share Company and proposed amendments to the Thomson Reuters Trust Principles arrangements, see the "Material Contracts" section below.

# Market for Securities

## Listings and Index Participation

Our common shares are listed in Canadian dollars on the TSX and in U.S. dollars on the NYSE under the symbol "TRI" and our Series II preference shares are listed in Canadian dollars on the TSX under the symbol "TRI.PR.B". Our company is included in the S&P/TSX series of indices.

## Share Prices

The following table provides information regarding the price history of our common shares and Series II preference shares for the periods indicated.

| | Common Shares (C$) | | | | Common Shares (US$) | | | | Series II Preference Shares (C$) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | High | Low | Closing | Trading volume | High | Low | Closing | Trading volume | High | Low | Closing | Trading volume |
| **2020** | | | | | | | | | | | | |
| January | 107.71 | 92.79 | 106.39 | 7,803,293 | 81.30 | 71.56 | 80.34 | 10,444,952 | 13.94 | 12.49 | 12.55 | 544,88 |
| February | 109.99 | 98.52 | 99.71 | 10,783,533 | 82.50 | 73.26 | 74.48 | 10,138,117 | 12.91 | 11.76 | 11.81 | 146,46 |
| March | 104.94 | 75.91 | 95.88 | 26,715,460 | 78.37 | 52.23 | 67.86 | 22,506,924 | 11.79 | 7.00 | 8.65 | 157,51 |
| April | 102.47 | 90.57 | 98.07 | 11,955,177 | 72.96 | 63.69 | 70.51 | 11,853,383 | 10.27 | 8.36 | 10.20 | 88,30 |
| May | 99.54 | 89.89 | 92.22 | 14,549,708 | 71.20 | 64.48 | 67.36 | 12,690,104 | 10.11 | 9.55 | 10.11 | 159,92 |
| June | 96.12 | 90.06 | 92.24 | 13,571,547 | 71.37 | 66.03 | 67.97 | 11,971,903 | 10.49 | 9.55 | 10.00 | 187,49 |
| July | 96.29 | 90.54 | 93.46 | 9,908,119 | 71.00 | 66.70 | 69.84 | 10,762,699 | 11.71 | 9.99 | 10.75 | 101,35 |
| August | 102.37 | 92.79 | 99.71 | 11,361,909 | 77.67 | 69.50 | 76.37 | 11,727,735 | 11.23 | 10.14 | 10.35 | 175,77 |
| Septembe | 107.77 | 98.68 | 106.26 | 10,313,183 | 80.58 | 74.82 | 79.77 | 8,360,958 | 10.97 | 10.30 | 10.50 | 96,08 |
| October | 110.55 | 102.79 | 103.58 | 7,463,882 | 83.75 | 77.10 | 77.85 | 7,103,272 | 10.64 | 10.15 | 10.35 | 77,22 |
| November | 115.66 | 102.66 | 102.94 | 12,071,091 | 89.55 | 78.46 | 79.33 | 8,890,670 | 11.25 | 10.35 | 11.24 | 35,19 |
| December | 105.09 | 101.32 | 104.18 | 9,034,953 | 82.33 | 78.71 | 81.89 | 6,500,976 | 12.24 | 10.51 | 12.24 | 55,11 |
| **2021** | | | | | | | | | | | | |
| January | 106.16 | 99.11 | 104.27 | 8,427,354 | 83.26 | 78.04 | 81.55 | 8,998,144 | 12.05 | 11.64 | 12.00 | 16,49 |
| February | 113.41 | 101.02 | 110.70 | 8,497,013 | 89.97 | 80.16 | 86.89 | 10,642,43 | 14.00 | 11.91 | 13.51 | 57,08 |

TR-0037638

## Dividends

Our company and our predecessor companies have paid dividends for over 30 years and we view dividends as a critical component of shareholder return.

Any dividends that we declare on our shares take into account all factors that our Board considers relevant, including our available cash flow, financial condition and capital requirements. Our target dividend payout ratio is 50% to 60% of annual free cash flow over the long term.

Our Board reviews our dividend policy each fiscal year. In February 2021, we announced that our Board approved an increase to our annualized dividend rate by 10 cents to $1.62 per share (or $0.405 per share on a quarterly basis), effective with our dividend to be paid on March 17, 2021 to common shareholders of record as of March 5, 2021. The declaration of dividends by our Board and the amount of those dividends is at the discretion of the Board.

The following graph shows our annualized dividends per common share for the periods indicated.



The following table provides information regarding the default currencies for our dividend payments, as well as other currency options that were available to our shareholders as of March 3, 2021.

|  | Dividend Currency (Default) | Dividend Currency (For Electing Holders) |
| --- | --- | --- |
| Common shares | U.S. dollars | Canadian dollars<br>British pounds sterling |
| DIs (representing common shares) | British pounds sterling | U.S. dollars<br>Canadian dollars |
| Series II preference shares | Canadian dollars | N/A |

We also have a dividend reinvestment plan which allows eligible holders of our common shares to elect to have their cash dividends reinvested in additional shares.

Additional information regarding currency elections for our dividends as well as our dividend reinvestment plan is provided in the Investor Relations section of our website under "Stock Info – Dividend Timetable".

We pay dividends on our Series II preference shares quarterly at an annual rate of 70% of the Canadian bank prime rate applied to the stated capital of these shares.

TR-0037639

The table below sets forth the dividends declared on our common shares and Series II preference shares in the last three years and the first quarter of 2021.

| | Common Shares (US$) | | Series II Preference Shares (C$) | |
|---|---|---|---|---|
| **2018** | | | | |
| Q1 | $ | 0.345000 | C$ | 0.146281 |
| Q2 | $ | 0.345000 | C$ | 0.150524 |
| Q3 | $ | 0.345000 | C$ | 0.161441 |
| Q4 | $ | 0.350000 | C$ | 0.170704 |
| **2019** | | | | |
| Q1 | $ | 0.360000 | C$ | 0.170445 |
| Q2 | $ | 0.360000 | C$ | 0.172339 |
| Q3 | $ | 0.360000 | C$ | 0.174233 |
| Q4 | $ | 0.360000 | C$ | 0.174233 |
| **2020** | | | | |
| Q1 | $ | 0.380000 | C$ | 0.168820 |
| Q2 | $ | 0.380000 | C$ | 0.106602 |
| Q3 | $ | 0.380000 | C$ | 0.107773 |
| Q4 | $ | 0.380000 | C$ | 0.107773 |
| **2021** | | | | |
| Q1 | $ | 0.405000 | C$ | * |

*The first quarter 2021 dividend on our Series II preference shares had not yet been declared by our company as of the date of this annual report.

## Woodbridge

As of March 3, 2021, Woodbridge beneficially owned approximately 66% of our common shares and is the principal and controlling shareholder of Thomson Reuters.

Woodbridge, a private company, is the primary investment vehicle for members of the family of the late Roy H. Thomson, the first Lord Thomson of Fleet. Woodbridge is a professionally managed company that, in addition to its controlling interest in Thomson Reuters, has other substantial investments.

Prior to his passing in 2006, Kenneth R. Thomson controlled our company through Woodbridge. He did so by holding shares of a holding company of Woodbridge, Thomson Investments Limited. Under his estate arrangements, the 2003 TIL Settlement, a trust of which the trust company subsidiary of a Canadian chartered bank is trustee and members of the family of the late first Lord Thomson of Fleet are beneficiaries, holds those holding company shares. Kenneth R. Thomson established these arrangements to provide for long-term stability of the business of Woodbridge. The equity of Woodbridge continues to be owned by members of successive generations of the family of the first Lord Thomson of Fleet.

Under the estate arrangements of Kenneth R. Thomson, the directors and officers of Woodbridge are responsible for its business and operations. In certain limited circumstances, including very substantial dispositions of Thomson Reuters Corporation common shares by Woodbridge, the estate arrangements provide for approval of the trustee to be obtained.

TR-0037640

Woodbridge's primary investment is its holding of our shares. It actively monitors our company as a controlling shareholder. In its involvement with our company, Woodbridge focuses on these matters:

Corporate governance, including the effectiveness of our Board;

Appointment of the Chief Executive Officer and other members of senior management and related succession planning;

Development of the long-term business strategy of Thomson Reuters and assessment of its implementation; and

Capital strategy.

With its substantial equity investment in our company, Woodbridge considers that its interests as a Thomson Reuters shareholder are aligned with those of all other shareholders.

The Corporate Governance Committee of our Board considers any transactions that may take place between our company and Woodbridge, with any committee members related to Woodbridge abstaining from voting. In addition, any transactions between Woodbridge and our company are subject to public disclosure and other requirements under applicable Canadian securities laws.

## Transfer Agents and Registrars

| Type of Shares | Country | Transfer Agent/Registrar | Location of Transfer Facilities |
|---|---|---|---|
| Common shares | Canada | Computershare Trust Company of Canada | Toronto; Montreal; Calgary; and Vancouver |
| | United States | Computershare Trust Company N.A. | Canton, Massachusetts; Jersey City, New Jersey; and College Station, Texas |
| | United Kingdom | Computershare Investor Services PLC | Bristol, England |
| Depositary interests | United Kingdom | Computershare Investor Services PLC | Bristol, England |
| Series II preference shares | Canada | Computershare Trust Company of Canada | Toronto |

## Ratings of Debt Securities

Our access to financing depends on, among other things, suitable market conditions and the maintenance of suitable long-term credit ratings. Our credit ratings may be adversely affected by various factors, including increased debt levels, decreased earnings, declines in customer demands, increased competition, a further deterioration in general economic and business conditions and adverse publicity. Any downgrades in our credit ratings may impede our access to the debt markets or raise our borrowing rates.

Our long-term unsecured debt securities are rated Baa2 (stable) by Moody's, BBB (stable) by S&P, BBB (high) (stable) by DBRS and BBB+ (stable) by Fitch. These credit ratings are not recommendations to purchase, hold or sell securities and do not address the market price or suitability of a specific security for a particular investor. Credit ratings may not reflect the potential impact of all risks on the value of securities. In addition, real or anticipated changes in the rating assigned to a security will generally affect the market value of that security. Shareholders cannot be assured that a rating will remain in effect for any given period of time or that a rating will not be revised or withdrawn entirely by a rating agency in the future.

### Moody's Investors Services (Moody's)

Moody's long-term credit ratings are on a rating scale that ranges from Aaa to C, which represents the range from highest to lowest quality of such securities rated. Moody's "Baa" rating assigned to our long-term debt instruments is the fourth highest rating of nine rating categories. Obligations rated "Baa" are subject to moderate credit risk. They are considered medium-grade and as such may possess certain speculative characteristics. Moody's appends numerical modifiers from 1 to 3 to its long-term debt ratings, which indicate where the obligation ranks within its generic rating category, with 1 being the highest. Outlooks represent Moody's assessment regarding the likely direction of the rating over the medium-term. On June 22, 2020, Moody's affirmed Thomson Reuters' Baa rating and changed the rating outlook to Stable, from Negative.

TR-0037641

## Standard & Poor's Global Ratings (S&P)

S&P's long-term credit ratings are on a rating scale that ranges from AAA to D, which represents the range from highest to lowest quality of such securities rated. S&P's "BBB" rating assigned to our long-term debt instruments is the fourth highest rating of 10 major rating categories. A "BBB" rating indicates that the obligor has adequate capacity to meet its financial commitments. However, adverse economic conditions or changing circumstances are more likely to lead to a weakened capacity of the obligor to meet its financial commitment. S&P uses "+" or "-" designations to indicate the relative standing of securities within a particular rating category. Outlooks represent S&P's assessment regarding the potential direction of the rating over the immediate term (typically six months to two years).

## DBRS Limited (DBRS)

DBRS' credit ratings are on a long-term debt rating scale that ranges from AAA to D, which represents the range from highest to lowest quality of such securities rated. DBRS's "BBB" rating assigned to our long-term debt is the fourth highest of the 10 rating categories for long-term debt. Debt securities rated "BBB" are of adequate credit quality, and while the capacity for the payment of financial obligations is considered acceptable, it may be vulnerable to future events. A reference to "high" or "low" reflects the relative strength within the rating category. Rating Trends represent DBRS's opinion regarding the outlook for the ratings, should present tendencies continue.

## Fitch Ratings (Fitch)

Fitch's long-term credit ratings are on a rating scale that ranges from AAA to D, which represents the range from highest to lowest quality of such securities rated. Fitch's "BBB" rating assigned to our long-term debt instruments is the fourth highest rating of 10 rating categories. A "BBB" rating indicates a low expectation of default, and that while the capacity for payment of financial commitments is considered adequate, adverse business or economic conditions are more likely to impair this capacity. Fitch uses "+" or "-" designations to indicate the relative standing of securities within a particular rating category. Outlooks represents Fitch's assessment regarding the direction a rating is likely to move over a one to two-year period.

# LSEG Transaction

On January 29, 2021, Thomson Reuters and private equity funds affiliated with Blackstone closed the sale of Refinitiv to LSEG in an all-share transaction. The following sets forth certain provisions that we have agreed to in connection with the closing of the sale.

As of March 3, 2021, Thomson Reuters indirectly owned approximately 82.5 million LSEG shares. Thomson Reuters' interest in LSEG shares are held through an entity jointly owned with Blackstone's consortium. Our company and Blackstone's consortium hold a combination of LSEG ordinary shares and LSEG limited-voting ordinary shares (with the shares carrying, in aggregate, less than 30% of the total voting rights in LSEG). Blackstone's consortium separately was issued additional LSEG shares as part of the transaction related to its Refinitiv preferred stock.

Thomson Reuters and Blackstone's consortium are entitled to nominate three non-executive LSEG directors for as long as they hold at least 25% of the LSEG shares, two LSEG directors for as long as hold at least 17.5% but less than 25% of the LSEG shares and one LSEG director for as long as they hold at least 10% but less than 17.5% of the LSEG shares. For so long as Thomson Reuters and Blackstone's consortium are entitled to nominate three directors, one nominee will be a Thomson Reuters representative.

While Thomson Reuters expects that the LSEG transaction will be predominantly tax deferred, approximately $700 million of tax became payable when the deal closed. As permitted under a transaction agreement, Thomson Reuters plans to sell approximately $1 billion of its LSEG shares to generate approximately $750 million of total net proceeds. Subject to certain exceptions, Thomson Reuters and Blackstone's consortium have otherwise agreed to be subject to a lock-up for our LSEG shares through January 29, 2023. In each of years three and four following closing (starting on January 30, 2023 and January 30, 2024, respectively), Thomson Reuters and Blackstone's consortium will become entitled to sell in aggregate one-third of the LSEG shares issued to us. The lock-up arrangement will terminate on January 29, 2025. Once Thomson Reuters and Blackstone's consortium are released from the lock-up, any disposals of LSEG shares will be subject to orderly marketing restrictions.

TR-0037642

A standstill restriction applies to the entity that we jointly own with Blackstone's consortium under which we (and the underlying investors) have agreed not to, among other matters, acquire further LSEG shares, or make a takeover offer for LSEG for designated time periods.

During a specified voting commitment period, the entity that we jointly own with Blackstone's consortium has committed to vote its LSEG shares in line with the LSEG Board's recommendation, subject to certain exceptions.

The entity that we jointly own with Blackstone's consortium has agreed to a customary non-compete for three years after the closing.

Each of LSEG and the entity that we jointly own with Blackstone's consortium has agreed to a customary non-solicit with respect to certain officers and senior executives of the other party for a period of two years after closing. A separate agreement contains the same customary non-solicit provisions with respect to certain officers and senior executives of LSEG, on the one hand, and each of Thomson Reuters, Blackstone, GIC and CPPIB, on the other hand, for two years after closing.

## Material Contracts

### Credit Agreement

We have a $1.8 billion credit facility which matures in December 2024 and may be used to provide liquidity for general corporate purposes (including for acquisitions and to support for our commercial paper program). We have the option to request an increase, subject to approval by applicable lenders, in the lenders' commitments in an aggregate amount of $600 million for a maximum credit facility commitment of $2.4 billion. Based on our current credit ratings, the cost of borrowing under the agreement is priced at LIBOR/EURIBOR plus 112.5 basis points. If our debt rating is downgraded by Moody's or Standard & Poor's, our facility fees and borrowing costs may increase, although availability would be unaffected. Conversely, an upgrade in our ratings may reduce our facility fees and borrowing costs. We monitor the lenders that are party to our facility and believe they continue to be able to lend to us.

We guarantee borrowings by our subsidiaries under the credit facility. We must also maintain a ratio of net debt as defined in the credit agreement (total debt after swaps less cash and cash equivalents) as of the last day of each fiscal quarter to EBITDA as defined in the credit agreement (earnings before interest, income taxes, depreciation and amortization and other modifications described in the credit agreement) for the last four quarters ended of not more than 4.5:1. If we complete an acquisition with a purchase price of over $500 million, the ratio of net debt to EBITDA would temporarily increase to 5.0:1 for three quarters after completion, at which time the ratio would revert to 4.5:1. We were in compliance with this covenant at December 31, 2020.

### Thomson Reuters Trust Principles and Thomson Reuters Founders Share Company

Our company is dedicated to upholding the Thomson Reuters Trust Principles and to preserving its integrity, independence and freedom from bias in the gathering and dissemination of information and news.

The Trust Principles read as follows:

That Reuters shall at no time pass into the hands of any one interest, group or faction;

That the integrity, independence and freedom from bias of Thomson Reuters shall at all times be fully preserved;

That Reuters shall supply unbiased and reliable news services to newspapers, news agencies, broadcasters and other media subscribers and to businesses, governments, institutions, individuals and others with whom Reuters has or may have contracts;

That Thomson Reuters shall pay due regard to the many interests which it serves in addition to those of the media; and

That no effort shall be spared to expand, develop and adapt the news and other services and products of Thomson Reuters so as to maintain its leading position in the international news and information business.

The Thomson Reuters Founders Share Company was established in 1984 when Reuters became a public company. The directors of the Thomson Reuters Founders Share Company have a duty to ensure, to the extent possible, that the Thomson Reuters Trust Principles are complied with. The Thomson Reuters Founders Share Company also has certain consultation rights as to the appointments of the president and editor in chief of the news services of Reuters News.

TR-0037643

The directors of the Thomson Reuters Founders Share Company are experienced and eminent people from the world of politics, diplomacy, media, public service and business. They generally have all held high offices in their respective sectors. The directors are selected by a nomination committee and proposed to the board of the Thomson Reuters Founders Share Company for consideration. The nomination committee also has unique features. Two of its members are appointed in consultation with the European Court of Human Rights (ECHR) and assist in scrutinizing candidates' suitability. These have historically been judges of the ECHR. Our Board currently has two representatives on the nomination committee. In addition to the chairman and deputy chairman of the Thomson Reuters Founders Share Company, who are also members of the nomination committee, the chairman of the Thomson Reuters Founders Share Company appoints three other representatives to the nomination committee. Other members are representatives of press associations from the United Kingdom and Australia.

The directors of the Thomson Reuters Founders Share Company have a minimum of two meetings per year. They receive reports on our activities in the different fields in which we operate. The directors meet with representatives of senior management at the Thomson Reuters Founders Share Company board meetings and Thomson Reuters site visits; the directors of the Thomson Reuters Founders Share Company also have access to our Board, as necessary. Through the Thomson Reuters Founders Share Company's chairman, regular contact is maintained with our company. The relationship is one of trust and confidence.

### Directors of the Thomson Reuters Founders Share Company

The current directors of the Thomson Reuters Founders Share Company, with their countries of residence and the year of initial appointments, are:

|  | Country | Director Since |
|---|---|---|
| Kim Williams (Chairman) | Australia | 2016 |
| Steven Turnbull (Deputy Chairman) | U.K. | 2013 |
| Yuko Kawamoto | Japan | 2011 |
| Pedro Malan | Brazil | 2011 |
| Beverly LW Sunn | Hong Kong | 2012 |
| Lord Jay of Ewelme | U.K. | 2013 |
| Vikram Singh Mehta | India | 2013 |
| Lawton Fitt | U.S. | 2014 |
| Nicholas Lemann | U.S. | 2014 |
| Ory Okolloh | Kenya | 2015 |
| President Tarja Halonen | Finland | 2016 |
| Ronald G. Close | Canada | 2016 |
| Linda Robinson | U.K. | 2019 |
| Baroness Lucy Neville-Rolfe | U.K. | 2019 |
| Pawel Dangel | Poland | 2020 |
| Anne Bouverot | France | 2021 |

Page 190

Prior to May 1, 2014, directors were appointed for an initial term of five years that ends on December 31 following the fifth anniversary of appointment. Those directors are eligible for re-appointment for additional terms of five years and three years, subject to a maximum term of 15 years. Directors appointed on or after May 1, 2014 serve an initial term of three years and must retire on December 31 following the third anniversary of appointment. Those directors are eligible for re-appointment for an additional term of three years, subject to a maximum term of nine years. However, in 2018, those longest standing directors still on five-year terms voluntarily agreed to stand down at the end of their respective second terms in order to better align the terms of office among directors.

Our company is a party to an Amended and Restated Deed of Mutual Covenant, under which Thomson Reuters and the Thomson Reuters Founders Share Company have covenanted with United Kingdom, Australian and New Zealand press associations to use their best endeavors to ensure that the Trust Principles are complied with in relation to Thomson Reuters.

Under a Thomson Reuters Trust Principles Support Agreement, Woodbridge has agreed to support the Trust Principles and to exercise its voting rights to give effect to this support and the Thomson Reuters Founders Share Company has irrevocably designated Woodbridge as an approved person for so long as Woodbridge is controlled by members of the Thomson family, companies controlled by them and trusts for their benefit.

## Amended and Restated Reuters Support Agreement

In December 2020, Thomson Reuters Founders Share Company, Thomson Reuters and Reuters News entered into an Amended and Restated Reuters Support Agreement. The following is a summary of certain provisions of the agreement, a copy of which has been filed with the Canadian Securities Administrators' SEDAR website, www.sedar.com, and in the EDGAR section of the Securities and Exchange Commission's (SEC) website at www.sec.gov.

**Consent for Sale of Reuters News.** We have agreed not to effect a sale (or similar transactions) of Reuters News to an unrelated third party or to effect or permit material acquisitions by, or material dispositions from, Reuters News unless we have received Thomson Reuters Founders Share Company's prior written consent.

**Business of Reuters News**. We agreed to maintain Reuters News as a separate business unit of Thomson Reuters and the sole business unit in our company that carries on the business of providing multimedia news services. We also agreed to provide Reuters News with access to capital and shared services on a basis that is consistent with the terms provided to our other business units. Reuters News will continue to provide services to our company's other business units, consistent with past practice.

**Refinitiv Agreement**. Reuters News has agreed to invest all of the license fees payable under the Refinitiv news and content agreement into the Reuters News business for the term of that agreement. Reuters News also agreed not to amend the Refinitiv agreement in a manner that would negatively impact the annual fee payable under the agreement, significantly increase Reuters News' costs without reimbursement or amend any provision related to the Trust Principles without Thomson Reuters Founders Share Company's prior written consent.

**Brand License Agreements**. Our company and Reuters News agreed not to amend any provisions of the Brand License Agreements (as defined in the Amended and Restated Reuters Support Agreement) related to the Trust Principles without Thomson Reuters Founders Share Company's prior written consent.

TR-0037645

## Principal Subsidiaries

The following provides information about our principal subsidiaries as of December 31, 2020. As of that date, we beneficially owned, directly or indirectly, 100% of the voting securities and non-voting securities of each of these subsidiaries. Certain subsidiaries, each of which represents not more than 10% of the consolidated assets and not more than 10% of the consolidated revenues of our company, and all of which, in the aggregate, represent not more than 20% of the total consolidated assets and the total consolidated revenues of our company as of December 31, 2020, have been omitted.

| Subsidiary | Jurisdiction of Incorporation/Formation |
| --- | --- |
| 3276838 Nova Scotia Company | Nova Scotia, Canada |
| Acritas Limited | England |
| Bedrijfsbeheer TRA B.V. | The Netherlands |
| Capital Confirmation Inc. | Delaware, United States |
| Confirmation.com UK Limited | England |
| HighQ Solutions Limited | England |
| International Thomson Reuters BV | The Netherlands |
| LawBook Holdings BV | The Netherlands |
| LiveNote Technologies Limited | England |
| LN Holdings Limited | Bermuda |
| Netmaster Solutions Limited | England |
| Reuters News & Media Inc. | Delaware, United States |
| Reuters News & Media Limited | England |
| The Thomson Organisation (No. 10) | England |
| The Thomson Organisation Limited | England |
| Thomson Holdings Limited | England |
| Thomson Information & Publishing Holdings Limited | England |
| Thomson Information & Solutions (Holdings) Limited | England |
| Thomson Information & Solutions Limited | England |
| Thomson Publishing Group Limited | England |
| Thomson Reuters (Australia) Pty Limited | Australia |
| Thomson Reuters (Legal) Inc. | Minnesota, United States |
| Thomson Reuters (Professional) Australia Limited | Australia |
| Thomson Reuters (Professional) UK Ltd. | England |
| Thomson Reuters (Tax & Accounting) Inc. | Texas, United States |
| Thomson Reuters (TRI) Inc. | Delaware, United States |
| Thomson Reuters America Corporation | Delaware, United States |
| Thomson Reuters Brasil Conteúdo e Tecnologia Ltda | Brazil |
| Thomson Reuters Canada Limited | Ontario, Canada |
| Thomson Reuters Enterprise Centre GmbH | Switzerland |
| Thomson Reuters Finance S.A. | Luxembourg |
| Thomson Reuters Group Limited | England |
| Thomson Reuters Holdco LLC | Delaware, United States |
| Thomson Reuters Holdings B.V. | The Netherlands |

TR-0037646

Thomson Reuters Annual Report 2020

| sidiary | Jurisdiction of Incorporation/Formation |
|---|---|
| Thomson Reuters Holdings Inc. | Delaware, United States |
| Thomson Reuters Holdings S.A. | Luxembourg |
| Thomson Reuters Investment Holdings Limited | England |
| Thomson Reuters No. 4 Inc. | Delaware, United States |
| Thomson Reuters No. 5 LLC | Delaware, United States |
| Thomson Reuters No. 8 LLC | Delaware, United States |
| Thomson Reuters U.S. LLC | Delaware, United States |
| Thomson UK Limited | England |
| TR (2008) Limited | England |
| TR Finance LLC | Delaware, United States |
| TR Holdings Limited | Bermuda |
| TR Organisation Limited | England |
| TR Professional Holdings Limited | England |
| TR U.S. Inc. | Delaware, United States |
| TTC (1994) Limited | England |
| TTC Holdings Limited | Bermuda |
| West Publishing Corporation | Minnesota, United States |

## Interests of Experts

Our independent registered public accounting firm is PricewaterhouseCoopers LLP, who has issued an independent registered public accounting firm's report dated March 10, 2021 in respect of our consolidated financial statements as at December 31, 2020 and December 31, 2019, and for each of the years ended December 31, 2020 and December 31, 2019 and our internal control over financial reporting as at December 31, 2020. PricewaterhouseCoopers LLP has advised that it is independent with respect to our company within the meaning of the Rules of Professional Conduct of the Institute of Chartered Accountants of Ontario, and the rules of the U.S. Securities and Exchange Commission and the requirements of the Public Company Accounting Oversight Board (United States).

## Further Information and Disclosures

### Iran Threat Reduction and Syria Human Rights Act Disclosure

The Iran Threat Reduction and Syria Human Rights Act of 2012 (ITRA) requires us to disclose information in our annual report if we or any of our affiliates knowingly engaged in certain transactions or dealings related to Iran in 2020. Disclosure is generally required, even if the transactions or dealings were conducted in compliance with applicable law and regulations.

During 2020, one of our non-U.S. subsidiaries sold Reuters text newswires and video broadcast services products to one customer covered by the ITRA. These sales were exempt from applicable U.S. economic sanctions laws and regulations as exports of information and informational materials and authorized under the applicable U.K. and E.U. sanctions against Iran. We did not recognize any revenue or net profit from these sales in 2020. These sales represented approximately 0.01% of our company's 2020 consolidated revenues. The aggregate gross revenues attributable to these sales in 2020 were approximately $750,000. We estimate that the 2020 net profit attributable to these sales (utilizing Reuters News' 2020 segment adjusted EBITDA margin disclosed in this annual report) was approximately $85,000. Our Reuters business plans to continue its existing customer contracts which are covered by the ITRA. However, it does not plan on entering into any new sales contracts with customers covered by the ITRA, subject to certain limited exceptions where continued sales are permissible under applicable export control and economic sanctions laws and regulations.

TR-0037647

## Other Information and Disclosures

Steve Hasker, our President and Chief Executive Officer and a director of our company, was a director of Global Eagle Entertainment Inc. until May 2020. In July 2020, Global Eagle Entertainment Inc. commenced voluntary proceedings under Chapter 11 of the United States Bankruptcy Code.

For more information about Thomson Reuters, please see our various filings and notifications posted on our website, www.tr.com, the Canadian Securities Administrators' SEDAR website, www.sedar.com, and in the EDGAR section of the Securities and Exchange Commission's (SEC) website at www.sec.gov.

Additional information, including directors' and officers' remuneration and indebtedness, principal holders of our shares and securities authorized for issuance under our equity compensation plans, will be contained in our management proxy circular, which is being prepared in connection with our upcoming annual meeting of shareholders to be held on June 9, 2021. Copies of our management proxy circular will be available upon request in writing to: Investor Relations Department, Thomson Reuters, 3 Times Square, New York, New York 10036, United States. Requests may also be sent by e-mail to investor.relations@tr.com.

Information required to be provided pursuant to Canadian Securities Administrators Multilateral Instrument Form 52-110F1 (Audit Committees) for our company is included in the "Executive Officers and Directors" section of this annual report.

Additional financial information is included in the "Management's Discussion and Analysis" and "Consolidated Financial Statements" sections of this annual report.

Under NYSE listing standards, we are required to disclose any significant ways in which our corporate governance practices differ from those required to be followed by U.S. domestic companies under NYSE listing standards. There is only one significant difference between our corporate governance practices and those required of U.S. domestic companies under NYSE listing standards. NYSE listing standards require shareholder approval of all "equity compensation plans" and material revisions to these types of plans (with limited exceptions). TSX rules require shareholder approval of security based compensation arrangements only for plans which involve newly issued shares or specified amendments to the plans. Similar to a number of other Canadian issuers, our company follows the TSX rules.

Our Code of Business Conduct and Ethics, corporate governance guidelines and Board committee charters are available on www.tr.com as well as in print or electronically (without charge) to any shareholder who requests a copy in writing or by e-mail to our Investor Relations Department. Shareholders and other interested parties may contact the Board or its non-management or independent directors as a group, or the directors who preside over their meetings, by writing to them by e-mail at board@tr.com or by mail at Thomson Reuters Board of Directors, Attention: Chief Legal Officer and Company Secretary, Thomson Reuters, 333 Bay Street, Suite 300, Toronto, Ontario M5H 2R2, Canada.

Any statement in this annual report about any of our contracts or other documents is not necessarily complete. If the contract or document is filed as an exhibit to our annual report with the SEC or as a material contract with the Canadian securities regulatory authorities, then the contract or document is deemed to modify the description contained in this annual report. You should review the contracts or documents themselves for a complete description.

We are required to file reports and other information with the SEC under the U.S. Securities Exchange Act of 1934, as amended, and regulations under that act. As a foreign private issuer, we are exempt from the rules under the U.S. Securities Exchange Act prescribing the form and content of proxy statements and our officers, directors and principal shareholders are exempt from the reporting and short swing profit recovery provisions contained in Section 16 of the U.S. Securities Exchange Act.

Front cover photo credit: REUTERS/Dominic Ebenbichler.

TR-0037648

Thomson Reuters Annual Report 2020

# Cross Reference Tables

For the convenience of our shareholders, we have prepared one annual report for the year ended December 31, 2020 that addresses our disclosure requirements under applicable Canadian and U.S. laws and regulations.

The following pages include cross reference tables that reflect where we have disclosed information required to be contained in an annual information form prepared in accordance with Canadian laws and regulations and an annual report on Form 40-F prepared in accordance with SEC requirements.

## Annual Information Form (Form 51-102F2) Cross Reference Table

| | | Page/Document |
|---|---|---|
| **Item 1.** | **Cover Page** | Cover |
| **Item 2.** | **Table of Contents** | 1 |
| **Item 3.** | **Corporate Structure** | |
| | 3.1 Name, Address And Incorporation | 183 |
| | 3.2 Intercorporate Relationships | 192-193 |
| **Item 4.** | **General Development of the Business** | |
| | 4.1 Three Year History | 3 |
| | 4.2 Significant Acquisitions | 12, 37 |
| **Item 5.** | **Describe the Business** | |
| | 5.1 General | 2-15 |
| | 5.2 Risk Factors | 16-30 |
| | 5.3 Companies With Asset-Backed Securities Outstanding | N/A |
| | 5.4 Companies With Mineral Projects | N/A |
| | 5.5 Companies With Oil And Gas Activities | N/A |
| **Item 6.** | **Dividends** | 185-186 |
| **Item 7.** | **Description of Capital Structure** | |
| | 7.1 General Description Of Capital Structure | 183-184 |
| | 7.2 Constraints | N/A |
| | 7.3 Ratings | 187-188 |
| **Item 8.** | **Market for Securities** | |
| | 8.1 Trading Price And Volume | 184 |
| | 8.2 Prior Sales | N/A |
| **Item 9.** | **Escrowed Securities and Securities Subject to Contractual Restriction on Transfer** | N/A |
| **Item 10.** | **Directors and Officers** | |
| | 10.1 Name, Occupation And Security Holding | 172-182 |
| | 10.2 Cease Trade Orders, Bankruptcies, Penalties Or Sanctions | N/A |
| | 10.3 Conflicts Of Interest | N/A |
| **Item 11.** | **Promoters** | N/A |
| **Item 12.** | **Legal Proceedings and Regulatory Actions** | |
| | 12.1 Legal Proceedings | 61 |
| | 12.2 Regulatory Actions | 61 |
| **Item 13.** | **Interest of Management and Others in Material Transactions** | 67-68 |

Page 195

TR-0037649

Thomson Reuters Annual Report 2020

| | | Page/Document |
|---|---|---|
| Item 14. | **Transfer Agents and Registrars** | 187 |
| Item 15. | **Material Contracts** | 189-191 |
| Item 16. | **Interest of Experts** | |
| | 16.1 Names Of Experts | 193 |
| | 16.2 Interests Of Experts | 193 |
| Item 17. | **Additional Information** | 193-194 |
| Item 18. | **Additional Disclosure for Companies Not Sending Information Circulars** | N/A |

## Form 40-F Cross Reference Table

| | Page/Document |
|---|---|
| Annual Information Form | See AIF Table |
| Audited Annual Financial Statements | 98-171 |
| Management's Discussion And Analysis | 31-97 |
| Disclosure Controls And Procedures | 70 |
| Internal Control Over Financial Reporting | |
| a. Changes In Internal Controls Over Financial Reporting | 70 |
| b. Management's Report On Internal Control Over Financial Reporting | 98 |
| c. Independent Auditor's Report On Internal Control Over Financial Reporting | 99-101 |
| Notice Pursuant To Regulation BTR | N/A |
| Audit Committee Financial Expert | 178 |
| Code Of Ethics | 182 |
| Principal Accountant Fees And Services | 179-180 |
| Off-Balance Sheet Arrangements | 60-61 |
| Tabular Disclosure Of Contractual Obligations | 60-61 |
| Identification Of The Audit Committee | 178 |

Page 196

TR-0037650

**THOMSON REUTERS**

333 Bay Street, Suite 300
Toronto, Ontario M5H 2R2
Canada

tel: +1 647 480 7000

www.tr.com



**Consent of Independent Registered Public Accounting Firm**

We hereby consent to the incorporation by reference in this Annual Report on Form 40-F for the year ended December 31, 2020 of Thomson Reuters Corporation of our report dated March 10, 2021 relating to the consolidated financial statements and the effectiveness of internal control over financial reporting, which appears in Exhibit 99.1 incorporated by reference in this Annual Report.

We also consent to the incorporation by reference in the Registration Statements on Form F-10 (No. 333-239390), Form S-8 (Nos. 333-218186, 333-188914, 333-12284, 333-126782, 333-135721, 333-152029, 333-162035) and Form F-3 (No. 333-150560) of Thomson Reuters Corporation and the Registration Statement on Form F-3 (No. 333-239392) of TR Finance LLC of our report referred to above.

We also consent to the reference to us under the heading "Interest of Experts" in Exhibit 99.1 incorporated by reference in this Annual Report.

*PricewaterhouseCoopers LLP*

New York, New York
March 10, 2021

**CERTIFICATION OF THE CHIEF EXECUTIVE OFFICER**
**PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Steve Hasker, certify that:

1.    I have reviewed this annual report on Form 40-F of Thomson Reuters Corporation;

2.    Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.    Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report;

4.    The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

   a)    Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   b)    Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   c)    Evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   d)    Disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting; and

5.    The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

   a)    All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

   b)    Any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 10, 2021

/s/ Steve Hasker
_____
Steve Hasker
President and Chief Executive Officer

**CERTIFICATION OF THE CHIEF FINANCIAL OFFICER**
**PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Michael Eastwood, certify that:

1.     I have reviewed this annual report on Form 40-F of Thomson Reuters Corporation;

2.     Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.     Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the issuer as of, and for, the periods presented in this report;

4.     The issuer's other certifying officer(s) and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the issuer and have:

    a)     Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the issuer, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b)     Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c)     Evaluated the effectiveness of the issuer's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d)     Disclosed in this report any change in the issuer's internal control over financial reporting that occurred during the period covered by the annual report that has materially affected, or is reasonably likely to materially affect, the issuer's internal control over financial reporting; and

5.     The issuer's other certifying officer(s) and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the issuer's auditors and the audit committee of the issuer's board of directors (or persons performing the equivalent functions):

    (a)     All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the issuer's ability to record, process, summarize and report financial information; and

    (b)     Any fraud, whether or not material, that involves management or other employees who have a significant role in the issuer's internal control over financial reporting.

Date: March 10, 2021

/s/ Michael Eastwood
Michael Eastwood
Chief Financial Officer

Exhibit 99.5

**CERTIFICATION OF THE CHIEF EXECUTIVE OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350 AS ADOPTED BY
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Steve Hasker, President and Chief Executive Officer of Thomson Reuters Corporation (the "Company"), hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

a) The Company's Annual Report on Form 40-F for the year ended December 31, 2020 (the "Form 40-F") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

b) The information contained in the Form 40-F fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:   March 10, 2021

By:   /s/ Steve Hasker
       Steve Hasker
       President and Chief Executive Officer

A signed original of this written statement has been provided to Thomson Reuters Corporation and will be retained by Thomson Reuters Corporation and furnished to the Securities and Exchange Commission or its staff upon request.

TR-0037655

**CERTIFICATION OF THE CHIEF FINANCIAL OFFICER**
**PURSUANT TO 18 U.S.C. SECTION 1350 AS ADOPTED BY**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Michael Eastwood, Chief Financial Officer of Thomson Reuters Corporation (the "Company"), hereby certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

a) The Company's Annual Report on Form 40-F for the year ended December 31, 2020 (the "Form 40-F") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

b) The information contained in the Form 40-F fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date:   March 10, 2021

By:     /s/ Michael Eastwood
        Michael Eastwood
        Chief Financial Officer

A signed original of this written statement has been provided to Thomson Reuters Corporation and will be retained by Thomson Reuters Corporation and furnished to the Securities and Exchange Commission or its staff upon request.

**THOMSON REUTERS**

**AUDIT COMMITTEE CHARTER**

**ADOPTED EFFECTIVE**

**MARCH 3, 2021**

TR-0037657

**TABLE OF CONTENTS**

1.   PURPOSE ........................................................................................................ 1

2.   MEMBERS ..................................................................................................... 1

3.   RESPONSIBILITIES ..................................................................................... 2

4.   COMPLAINTS PROCEDURE ...................................................................... 8

5.   REPORTING AND DISCLOSURE ............................................................... 8

6.   REVIEW ......................................................................................................... 8

7.   ASSESSMENT ............................................................................................... 8

8.   MEETINGS ..................................................................................................... 9

9.   CHAIR ............................................................................................................ 9

10.  REMOVAL AND VACANCIES .................................................................... 9

11.  ACCESS TO MANAGEMENT AND OUTSIDE ADVISORS ...................... 9

12.  DEFINITIONS ............................................................................................... 10

- i -

TR-0037658

**AUDIT COMMITTEE CHARTER**

1. **PURPOSE**

The Audit Committee is responsible for assisting the Board of Directors (the "Board") of Thomson Reuters Corporation (the "Corporation") in fulfilling its oversight responsibilities in relation to:

- the integrity of financial statements and other financial information relating to the Corporation and its subsidiaries (collectively, "Thomson Reuters");

- the qualifications, independence and performance of Thomson Reuters auditor;

- the adequacy and effectiveness of Thomson Reuters internal control over financial reporting and disclosure controls and procedures;

- the effectiveness of Thomson Reuters internal audit function;

- the assessment and management of risk;

- disclosures related to environmental, social and governance ("ESG") matters; and

- any additional matters delegated to the Audit Committee by the Board.

2. **MEMBERS**

The Board must appoint a minimum of three and a maximum of eight directors to be members of the Audit Committee. The members of the Audit Committee are selected by the Board on the recommendation of the Corporate Governance Committee. All members of the Audit Committee must meet the criteria for independence contained in applicable law and stock exchange rules and requirements.

Every member of the Audit Committee must be Financially Literate. In addition, the Board will determine and publicly disclose whether at least one member has accounting or related financial management expertise as defined in applicable NYSE rules, including whether that member is an Audit Committee Financial Expert.

Members of the Audit Committee may not serve on more than two other public company audit committees except with the prior approval of the Board.

- 1 -

The Audit Committee is responsible for performing the duties set out below as well as any other duties that are otherwise required by applicable law or stock exchange rules and requirements or are delegated to the Audit Committee by the Board.

### (a)     Appointment and Review of the Auditor

The auditor is accountable to the Audit Committee and reports directly to the Audit Committee. Accordingly, the Audit Committee will evaluate and be directly responsible for Thomson Reuters relationship with the auditor. Specifically, the Audit Committee will:

- select, evaluate and recommend to the Board, to put forward for shareholder approval at the annual meeting, the auditor to be proposed for appointment or reappointment, as the case may be, to prepare or issue an auditor's report as well as perform audit, review, attest or other services for the Corporation;

- review and approve the auditor's engagement letter;

- after seeking and taking into account the views of senior management and the officer in charge of internal audit, review the independence, experience, qualifications and performance of the auditor, including the lead audit partner;

- oversee the auditor's work, including investigating and resolving any disagreements between senior management and the auditor regarding financial reporting or the internal audit function;

- at least annually, obtain and review a report by the auditor describing its internal quality-control procedures, any material issues raised by the most recent internal quality-control review, or peer review, of the firm, or by any inquiry or investigation by governmental or professional authorities, within the preceding five years, respecting one or more independent audits carried out by the auditor and any steps taken to deal with any such issues; and

- where appropriate, terminate the auditor.

### (b)     Confirmation of the Auditor's Independence

At least annually, and before the auditor issues its report on the Corporation's annual consolidated financial statements, the Audit Committee will:

- confirm that the auditor has submitted a formal written statement describing all of its relationships with Thomson Reuters that, in the auditor's professional judgment, may reasonably be thought to bear on its independence;

- 2 -

Thomson Reuters, that may affect its independence;

- • obtain written confirmation from the auditor that it is independent with respect to Thomson Reuters within the meaning of the Rules of Professional Conduct adopted by the Ontario Institute of Chartered Accountants, the standards established by the Public Company Accounting Oversight Board ("PCAOB") and the standards established by the United States Securities and Exchange Commission; and

- • confirm that the auditor has complied with applicable law with respect to the rotation of certain members of the audit engagement team for Thomson Reuters.

### (c)  Pre-Approval of Non-Audit Services

The Audit Committee will pre-approve the appointment of the auditor for any non-audit services, provided that it will not approve any services that are prohibited under applicable law. The Audit Committee has established policies and procedures, and may revise such from time to time, which pre-approve the appointment of the auditor for certain non-audit services. In addition, the Audit Committee may delegate to one or more members the authority to pre-approve the appointment of the auditor for any non-audit services to the extent permitted by applicable law, provided that any pre-approvals granted pursuant to such delegation shall be reported to the full Audit Committee at its next scheduled meeting following such pre-approval.

### (d)  Communications with the Auditor

The Audit Committee has the authority to communicate directly with the auditor and will meet privately with the auditor as frequently as the Audit Committee determines is appropriate to fulfill its responsibilities, which will not be less frequently than annually, to discuss any items of concern to the Audit Committee or the auditor, including, without limitation:

- • planning and staffing of the audit;

- • any material written communications between the auditor and senior management, such as any management representation letter, management letter, schedule of adjusted differences and summary of uncorrected misstatements;

- • whether or not the auditor is satisfied with the quality and effectiveness of financial recording procedures and systems;

- • the extent to which the auditor is satisfied with the nature and scope of its examination;

- • any instances of fraud or other illegal acts involving senior management or employees involved in financial reporting of Thomson Reuters;

- • whether or not the auditor has received the full cooperation of senior management and other employees of Thomson Reuters and whether the auditor has encountered

- 3 -

TR-0037661

with the auditor, difficulties encountered in the audit, including restrictions on the scope of auditor's activities or access to required information and any significant disagreements with management (along with management's response);

- • the auditor's observations of the competence and performance of the Chief Financial Officer and other key financial personnel; and

- • the items required to be communicated to the Audit Committee under the standards established by the PCAOB, Canadian authoritative guidance or under Canadian generally accepted auditing standards ("GAAS").

**(e)      Review of the Audit Plan**

The Audit Committee will discuss with the auditor the nature of an audit and the responsibility assumed by the auditor when conducting an audit of financial statements prepared in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("IFRS"). The Audit Committee will review a summary of the auditor's audit plan for each audit.

**(f)      Review of Auditor's Fees**

The Audit Committee will determine the auditor's fees and other terms of the auditor's engagement. In determining the auditor's fees, the Audit Committee will consider, among other things, the number and nature of reports to be issued by the auditor, the quality of the internal control over financial reporting of Thomson Reuters, the size, complexity and financial condition of Thomson Reuters and the extent of internal audit and other support to be provided to the auditor by Thomson Reuters.

**(g)      Review of Annual Financial Statements**

The Audit Committee will review and discuss the annual consolidated financial statements of the Corporation and the related management's discussion and analysis with senior management and the auditor, before recommending them for approval by the Board.

The Audit Committee will also review and discuss the following with the senior management and the auditor:

- • critical accounting policies and practices used or to be used by Thomson Reuters;

- • critical audit matters to be disclosed in the auditor's report; and

- • alternative treatments of financial information within IFRS that have been discussed with senior management, ramifications of the use of such alternative disclosures and treatments, and the treatment preferred by the auditor.

- 4 -

The Audit Committee will review and approve the quarterly consolidated financial statements of the Corporation and the related management's discussion and analysis after discussion with senior management and the auditor. The Audit Committee will also engage the auditor to review the consolidated quarterly financial statements of the Corporation and any reconciliation of such financial statements prior to the Audit Committee's review of such financial statements or reconciliation.

The Audit Committee will review and approve annual and quarterly earnings press releases prior to their public release. The Audit Committee will also discuss financial information and earnings guidance provided to analysts and rating agencies. The Audit Committee will also review the type and presentation of information to be included in earnings press releases and guidance (including the use of "pro forma" or "adjusted" non-IFRS financial measures). The Audit Committee's discussion of financial information and earnings guidance provided to analysts and rating agencies may be done generally (i.e., discussion of the types of information to be disclosed and the type of presentation to be made) and the Audit Committee need not discuss in advance each instance in which the Corporation may provide such information or guidance.

**(i)      Review of Other Financial Information**

The Audit Committee will:

- periodically assess the adequacy of procedures that are in place for management's review of all other financial information extracted or derived from Thomson Reuters financial statements that were previously reviewed by the Audit Committee before such information is released to the public, including, without limitation, financial information or statements for use in prospectuses or other offering or public disclosure documents and financial statements required by regulatory authorities;

- review major issues regarding accounting principles and financial statement presentations, including any significant changes in Thomson Reuters selection or application of accounting principles, and major issues as to the adequacy of Thomson Reuters internal control over financial reporting and any special audit steps adopted in light of any material control deficiencies;

- review analyses prepared by management and/or the auditor setting forth significant financial reporting issues and judgments made in connection with the preparation of Thomson Reuters financial statements, including analyses of the effects of alternative IFRS methods on the financial statements; and

- review the effect of regulatory and accounting initiatives as well as off-balance sheet structures on the financial statements.

- 5 -

TR-0037663

The Audit Committee will review the mandate, budget, planned activities, staffing and organizational structure of Thomson Reuters internal audit function (part of which may be outsourced to a firm other than the auditor) to confirm that it is independent of management and has sufficient resources to carry out its mandate. The Audit Committee will discuss this mandate with the auditor.

The Audit Committee will review the appointment and replacement of the officer in charge of internal audit and will review summaries of reports to management prepared by the internal audit department and management's responses. The Audit Committee will also annually review the effectiveness of the internal audit function and will report its findings to the Board.

The officer in charge of internal audit reports directly to the Chair of the Audit Committee and has a dotted line reporting relationship to the Chief Financial Officer. The Audit Committee has the authority to communicate directly with the officer in charge of internal audit and will meet privately with him or her as frequently as the Audit Committee determines is appropriate to fulfill its responsibilities, which will not be less frequently than annually, to discuss any areas of concern to the Audit Committee or the officer in charge of internal audit.

**(k)    Relations with Senior Management**

The Audit Committee members will meet privately with senior management as frequently as the Audit Committee determines is appropriate to fulfill its responsibilities, which will not be less frequently than annually, to discuss any areas of concern to the Audit Committee or senior management.

The Audit Committee will review the appointment and replacement of the Chief Accounting Officer & Controller and the Treasurer and jointly recommend with the Human Resources Committee the appointment and replacement of the Chief Financial Officer, and review succession plans for such positions at least annually.

**(l)    Oversight of Internal Controls and Disclosure Controls**

The Audit Committee will review with senior management the adequacy and effectiveness of internal control over financial reporting (within the meaning of applicable law) that is maintained by Thomson Reuters to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements in accordance with IFRS. The Audit Committee will review any special audit steps adopted in light of material weaknesses or significant deficiencies (in each case within the meaning of applicable law).

The Audit Committee will review with senior management the adequacy and effectiveness of the disclosure controls and procedures (within the meaning of applicable law) that are maintained by Thomson Reuters to confirm that material information about Thomson Reuters that is required to be disclosed under applicable law or stock exchange rules and requirements is disclosed within the required time periods.

TR-0037664

process for applicable securities law filings about any material weaknesses or significant deficiencies in the design or operation of Thomson Reuters internal control over financial reporting and any fraud, whether or not material, involving management or other employees who have a significant role in Thomson Reuters internal control over financial reporting.

**(m)     Financial Regulatory Compliance**

The Audit Committee will review with Thomson Reuters legal counsel:

- any material financial regulatory matters; and

- any material inquiries received from financial regulators or governmental agencies.

**(n)     Risk Assessment and Risk Management**

The Audit Committee will discuss the Corporation's guidelines and policies that govern the overall process by which risk assessment and risk management is undertaken at the Corporation. In furtherance thereof, the Audit Committee will periodically review reports from or meet with the Risk Committee regarding the Corporation's processes for assessing and managing risk. In this regard, the Audit Committee acknowledges that risk topics not otherwise assigned to the Audit Committee or the Human Resources Committee will be overseen by the Risk Committee, and that the Corporate Governance Committee will oversee the division of responsibilities between the Board and its committees. As part of this division of responsibilities, the Audit Committee will discuss the Corporation's major financial risk exposures and the steps that management has taken to monitor and control such exposures including, without limitation, regarding financial, operational, legal, treasury, tax, information security and disaster recovery/business continuity risks related thereto.

**(o)     Taxation Matters**

The Audit Committee will periodically review with senior management the status of significant taxation matters of Thomson Reuters.

**(p)     Hiring Employees of the Auditor**

The Audit Committee will maintain and monitor compliance with policies for hiring partners and employees and former partners and employees of the auditor.

TR-0037665

At least annually, the Audit Committee will review with senior management the type and presentation of Thomson Reuters' key ESG disclosures and the adequacy and effectiveness of applicable internal controls related to such disclosures. The Audit Committee's review of ESG disclosures may be done generally and the Audit Committee need not review or discuss in advance each ESG disclosure.

**4.  COMPLAINTS PROCEDURE**

The Audit Committee will maintain procedures for the receipt, retention and treatment of complaints received by Thomson Reuters regarding accounting, internal accounting controls, auditing matters and disclosure controls and procedures for the confidential, anonymous submission of concerns by employees of Thomson Reuters regarding questionable accounting, internal accounting controls, auditing matters or disclosure controls and procedures.

**5.  REPORTING AND DISCLOSURE**

The Audit Committee will:

- regularly report to the Board on all significant matters it has addressed and with respect to such other matters as are within its responsibilities; and

- oversee the preparation of and review any disclosure with respect to its activities in discharging the responsibilities set out in this Charter included in materials sent to shareholders of the Corporation.

**6.  REVIEW**

The Audit Committee will review this Charter at least annually and submit it to the Corporate Governance Committee together with any proposed amendments. The Corporate Governance Committee will review this Charter and submit it to the Board for approval with such further amendments as it deems necessary and appropriate.

**7.  ASSESSMENT**

At least annually, the Board, acting through the Corporate Governance Committee, will review the effectiveness of the Audit Committee in fulfilling its responsibilities and duties as set out in this Charter and in a manner consistent with the Corporate Governance Guidelines adopted by the Board.

- 8 -

TR-0037666

8.  **MEETINGS**

Quorum for meetings of the Audit Committee will be a majority of its members. A meeting of the Audit Committee may be called by the Chair or any other member of the Audit Committee, the Chairman, any Deputy Chairman, the Chief Executive Officer, the auditor, the officer in charge of the internal audit or the Company Secretary. The Company Secretary or his/her designate will act as Secretary to the Audit Committee unless the Chair of the Audit Committee decides otherwise.

The Audit Committee will ordinarily meet in camera at the end of each of its meetings and may meet in camera at any other time as required.

The Audit Committee will meet as frequently as it determines is appropriate to fulfill its responsibilities, which typically will not be less than quarterly.

9.  **CHAIR**

Each year, the Board on the recommendation of the Corporate Governance Committee will appoint one member to be Chair of the Audit Committee. If, in any year, the Board does not appoint a Chair, the incumbent Chair will continue in office until a successor is appointed.

10.  **REMOVAL AND VACANCIES**

Any member may be removed and replaced at any time by the Board and will automatically cease to be a member as soon as the member ceases to meet the qualifications set out above. The Board will fill vacancies on the Audit Committee by appointment from among qualified members of the Board on the recommendation of the Corporate Governance Committee. If a vacancy exists on the Audit Committee, the remaining members will exercise all of its powers so long as a quorum remains in office.

11.  **ACCESS TO MANAGEMENT AND OUTSIDE ADVISORS**

The Audit Committee may invite any member of management, employee, outside advisor or other person to attend any of its meetings.

In carrying out its duties, the Audit Committee may retain an outside advisor without Board approval at the expense of Thomson Reuters and has the authority to determine any such advisor's fees and other retention terms. Thomson Reuters will also provide appropriate funding, as determined by the Audit Committee, for the payment of the compensation of the auditor, independent counsel and outside advisors and any ordinary administrative expenses of the Audit Committee that are necessary or appropriate in carrying out its duties.

TR-0037667

**12.   DEFINITIONS**

Capitalized terms used in this Charter have the meanings attributed to them below:

**"Audit Committee Financial Expert"** means a person who has the following attributes:

(a)     an understanding of generally accepted accounting principles and financial statements;

(b)     the ability to assess the general application of such principles in connection with the accounting for estimates, accruals and reserves;

(c)     experience preparing, auditing, analyzing or evaluating financial statements that present a breadth and level of complexity of accounting issues that are generally comparable to the breadth and complexity of issues that can reasonably be expected to be raised by Thomson Reuters financial statements, or experience actively supervising one or more person's engaged in such activities;

(d)     an understanding of internal controls and procedures for financial reporting; and

(e)     an understanding of audit committee functions.

A person shall have acquired such attributes through:

(i)     education and experience as a principal financial officer, principal accounting officer, controller, public accountant or auditor or experience in one or more positions that involve the performance of similar functions;

(ii)     experience actively supervising a principal financial officer, principal accounting officer, controller, public accountant, auditor or person performing similar functions;

(iii)     experience overseeing or assessing the performance of companies or public accountants with respect to the preparation, auditing or evaluation of financial statements; or

(iv)     other relevant experience.

**"Financially Literate"** means the ability to read and understand a set of financial statements that present a breadth and level of complexity of accounting issues that are generally comparable to the breadth and complexity of the issues that can reasonably be expected to be raised by Thomson Reuters financial statements.

- 10 -

# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (LPS) |
| v. | ) ) ) | **CONTAINS MATERIAL DESIGNATED AS HIGHLY CONFIDENTIAL-ATTORNEYS'** |
| ROSS INTELLIGENCE INC., | ) ) | **EYES ONLY** |
| Defendant and Counterclaimant. | ) ) ) | |

**PLAINTIFFS AND COUNTERDEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOs. 1–129)**

Pursuant to Federal Rules of Civil Procedure 26 and 36 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby respond to Defendant and Counterclaimant ROSS Intelligence Inc.'s ("Defendant") First Set of Requests for Admission, served on March 7, 2022 (the "Requests" and each individually, a "Request"), in the above-captioned action ("Litigation") as follows:

## GENERAL OBJECTIONS

1.       Plaintiffs object to the Requests to the extent that they purport to impose obligations beyond those set forth in the Federal Rules of Civil Procedure, the Local Rules, or other applicable law.

2.       Plaintiffs object to the Requests to the extent that they seek information that is subject to the attorney-client privilege, the work-product privilege, and/or any other applicable privilege or protection.  Plaintiffs do not waive, intend to preserve, and are preserving the attorney-client privilege, the work-product privilege, and every other applicable privilege or protection with respect to any information protected by such a privilege or protection.

3.       Plaintiffs object to the Requests to the extent that they seek proprietary or confidential business information, trade secrets, or other sensitive information, or documents that contain information that is non-responsive to the Requests.  To the extent that the response to any Request requires the disclosure of any non-privileged proprietary or confidential information, trade secrets or other sensitive information, Plaintiffs will provide such information pursuant to the Protective Order governing the parties to this Litigation.  D.I. 48.  By responding to the Requests, Plaintiffs do not waive, intend to preserve, and are preserving all of their rights to assert that any and all such information is confidential.  Information furnished by Plaintiffs shall be used only in connection with this Litigation and shall not be disclosed, in whole or in part, to any person or entity apart from the parties and their representatives in this Litigation, and only as permitted by the Protective Order.

4.       Plaintiffs object to the Requests to the extent that they seek information that Defendant equally may otherwise obtain from public sources or with less burden and expense by using other means of discovery.

5.      In providing this response to the Requests, Plaintiffs do not in any way waive or intend to waive, but rather are preserving and intend to preserve:

(i)    All objections as to competency, authenticity, relevancy, materiality and admissibility;

(ii)   All rights to object on any grounds to the use in any subsequent proceedings of any of the responses or information contained herein, including but not limited to the right to object to the trial of this or any other action;

(iii)  All objections as to vagueness and ambiguity; and

(iv)   All rights to object on any grounds to any further requests for production.

6.      Plaintiffs object to the Requests to the extent that they seek information set forth in documents that are outside Plaintiffs' possession, custody, and control.

7.      The responses below shall not be interpreted to concede the truth of any factual assertion or implication contained in the Requests.  Plaintiffs' responses to the Requests in no way constitute an admission or acknowledgment by Plaintiffs as to the relevancy, materiality, or admissibility of any of the information contained there, and Plaintiffs expressly reserve their rights to object as such.

8.      Plaintiffs object to the Requests to the extent that they unfairly seek to restrict the facts upon which Plaintiffs may rely at trial.  Discovery has not been completed and Plaintiffs are not necessarily in possession of all the facts and documents upon which Plaintiffs intend to rely. The responses submitted herewith are tendered to Defendant with the reservation that responses are submitted without limiting the evidence on which Plaintiffs may rely to support the contentions they may assert at the trial on this Litigation and to rebut or impeach the contentions,

assertions, and evidence that Defendant may present.  Plaintiffs reserve the right to supplement or amend this response at a future date.

9.      Plaintiffs object to the Requests as overly broad and unduly burdensome to the extent that any Request purports to seek "all other Headnotes" or "all West Federal Reporters," responsive to the subject matter of a particular Request.

10.      Plaintiffs object to the Requests as overly broad, vague, and ambiguous to the extent the Requests define the term "CLASSIFICATION RELATIONSHIP" to mean "relationships between the node of the Key Number System and headnotes" without further explanation as to what this means or what specific relationship is being referred to here.

11.      Plaintiffs object to the Requests as overly broad, unduly burdensome, vague, and ambiguous to the extent the Requests define the term "DMCA NOTICES" to mean "any takedown notices or requests sent pursuant to the Digital Millennium Copyright Act," without limitation.

12.      Plaintiffs object to the Requests as overly broad to the extent that the Requests define the term "THOMSON REUTERS" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purposes of responding to the Requests, Plaintiffs will construe this term to mean solely Thomson Reuters Enterprise Centre GmbH, and not any other person or entity.

13.      Plaintiffs object to the Requests as overly broad to the extent that the Requests define the term "WEST PUBLISHING CORPORATION" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or

purporting to act on its behalf." For the purposes of responding to the Requests, Plaintiffs will construe this term to mean solely West Publishing Corporation, and not any other person or entity.

14.    Plaintiffs object to the Requests as overly broad to the extent that the Requests define the terms "YOU," "YOUR," and "PLAINTIFFS" to incorporate the definitions of the terms "THOMSON REUTERS" and "WEST." The term "WEST" is undefined, and the term "THOMSON REUTERS" is improperly defined to include Thomson Reuters Enterprise Centre GmbH's "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on [their] behalf." For the purposes of responding to the Requests, Plaintiffs will construe the terms "YOU," "YOUR," and "PLAINTIFFS" to mean solely Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, and not any other person or entity.

15.    Plaintiffs object to the Requests as overly broad to the extent that the Requests define the terms "ROSS," "DEFENDANT," and "COUNTERCLAIMANT" to include ROSS Intelligence Inc.'s "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf." For the purposes of responding to the Requests, Plaintiffs will construe this term to mean solely ROSS Intelligence Inc., and not any other person or entity.

16.    Plaintiffs object to the Requests as overly broad to the extent that the Requests define the term "LEGALEASE" to include LegalEase Solutions, LLC's "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors,

owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purposes of responding to the Requests, Plaintiffs will construe this term to mean solely LegalEase Solutions, LLC, and not any other person or entity.

17.    Plaintiffs object to the Requests as overly broad to the extent that the Requests define "LEXISNEXIS" to include LexisNexis Group, Inc.'s "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purposes of responding to the Requests, Plaintiffs will construe this term to mean solely LexisNexis Group, Inc., and not any other person or entity.

18.    Plaintiffs object to the Requests as improper to the extent that the Requests define the term "IDENTIFY" to require Plaintiffs to provide a description of any "document or thing," as such a description is not required by Federal Rule of Civil Procedure 34.

19.    Plaintiffs object to the Requests to the extent they are not limited to the time relevant to this Litigation.

20.    Plaintiffs incorporate the foregoing General Objections into each and every one of their responses to the Requests as set forth below.

## RESPONSES AND OBJECTIONS TO REQUESTS FOR PRODUCTION

**REQUEST FOR ADMISSION NO. 1:**

Admit that the DOCUMENT bearing Bates nos. TR-0358927-TR-0358948 is the only DOCUMENT that governs WEST PUBLISHING CORPORATION's rights to market, sell, sublicense, or support the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "governs" and "rights to market, sell, sublicense, or support the WESTLAW CONTENT" are unclear and undefined.   Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 2:**

Admit that WEST PUBLISHING CORPORATION is a non-exclusive licensee of the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "non-exclusive licensee" is unclear and undefined. Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that West Publishing has the non-exclusive rights to the Westlaw Content, as that term is defined in the Complaint.

7

**REQUEST FOR ADMISSION NO. 3:**

Admit that PLAINTIFFS referred to ROSS' technology as state-of-the-art in September 2015.  *See* Bates nos. ROSS-009503241-ROSS-009503243.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "PLAINTIFFS" as described in General Objection No. 15.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that ROSS-009503241-ROSS-009503243, appears to contain an email, purportedly from Melissa Pritchard, stating, "Practical Law is on WLN and our WestSearch algorithm is almost a direct competitor of what you are doing with your state-of-the-art legal research technology."

**REQUEST FOR ADMISSION NO. 4:**

Admit that WEST PUBLISHING CORPORATION, as a non-exclusive licensee, does not have any legal right to enforce the copyrights in the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request to the extent it seeks a legal conclusion.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "legal right to enforce" is unclear and undefined.  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 5:**

Admit that at least one HEADNOTE was created using the Judicial Summary Tool.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Judicial Summary Tool" and "created using" are unclear and undefined. Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Judicial Summary Tool, as defined in TR-0532236-TR-0532373, is a tool that West attorney-editors use to view and edit summaries, headnotes, and classifications, and assign temporary classifications to West Headnotes.

**REQUEST FOR ADMISSION NO. 6:**

Admit that at least one HEADNOTE was created using the Headnote Widget in the Judicial Summary Tool.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Judicial Summary Tool," "Headnote Widget," and "created using" are unclear and undefined. Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Headnote Widget, as defined in TR-0532236-TR-0532373, is a tool in which West attorney-editors draft West Headnotes.

**REQUEST FOR ADMISSION NO. 7:**

Admit that at least one HEADNOTE that YOU allege ROSS infringed was created using the Judicial Summary Tool.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General Objection No. 15.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Judicial Summary Tool," and "created using" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Judicial Summary Tool, as defined in TR-0532236-TR-0532373, is a tool that West attorney-editors can use to view and edit West Headnotes, and state that at least one West Headnote that ROSS infringed was created in the Judicial Summary Tool.

**REQUEST FOR ADMISSION NO. 8:**

Admit that at least one HEADNOTE that YOU allege ROSS infringed was created using the Headnote Widget in the Judicial Summary Tool.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General Objection No. 15.   Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Judicial Summary Tool," "Headnote Widget," and "created using" are unclear and undefined.   Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Headnote Widget, as defined in TR-0532236-TR-0532373, is a tool in which West attorney-editors can draft West Headnotes and state that at least one West Headnote that ROSS infringed was created in the Judicial Summary Tool using the Headnote Widget.

**REQUEST FOR ADMISSION NO. 9:**

Admit that the Headnote Widget in the Judicial Summary Tool contains a Metadata Tab.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Headnote Widget," "Judicial Summary Tool," and "contains Metadata Tab" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Headnote Widget includes a Metadata Tab as that term is defined in TR-0532236-TR-0532373.

**REQUEST FOR ADMISSION NO. 10:**

Admit that the Headnote Widget displays metadata information, including "Created By" data that is used to build Audit information.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Headnote Widget," "metadata information," and "Created By," and "build Audit information," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny

this Request, except admit that the Headnote Widget, as defined in TR-0532236-TR-0532373,

includes "Created By" data that is used to build audit information.

**REQUEST FOR ADMISSION NO. 11:**

Admit that at least one HEADNOTE was created by selecting text from the Content Viewer and choosing the Headnote option in the Create New menu on the Content Viewer. *See* Bates nos. TR-0532236-TR-0532373.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set

forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as the phrase, "created by selecting text from the Content Viewer" is

unclear and undefined.  Plaintiffs object to this Request to the extent it mischaracterizes TR-

0532236-TR-0532373.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny

this Request, except admit that one option for West attorney-editors to initiate the West

Headnote creation process is to "Select Text from the content Viewer and choose the Headnote

option in the Create New Menu on the content Viewer.  This will open an instance of the

Headnote widget that contains the selected text," and the attorney-editor may "type or copy

additional text into the Headnote Text field," as outlined in TR-0532236-TR-0532373.

**REQUEST FOR ADMISSION NO. 12:**

Admit that at least one HEADNOTE was created by selecting text from the Content Viewer, right-clicking, and choosing Create Headnote from the right-click menu.  *See* Bates nos. TR-0532236-TR-0532373.

**RESPONSE TO REQUEST FOR ADMISSION NO. 12:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague and ambiguous as the phrase, "created by selecting text from the Content Viewer, right-clicking, and choosing" is unclear and undefined. Plaintiffs object to this Request to the extent it mischaracterizes TR-0532236-TR-0532373.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this request, except admit that one option for West attorney-editors to initiate the West Headnote creation process is to "Select text from the Content Viewer, right-click, and choose Create Headnote from the right-click menu.  This will open an instance of the Headnote widget that contains the selected text," and the attorney-editor may "type or copy additional text into the Headnote Text field," as outlined in TR-0532236-TR-0532373.

**REQUEST FOR ADMISSION NO. 13:**

Admit that at least one HEADNOTE that YOU allege ROSS infringed was created by selecting text from the Content Viewer and choosing the Headnote option in the Create New menu on the Content Viewer.  *See* Bates nos. TR-0532236-TR-0532373.

**RESPONSE TO REQUEST FOR ADMISSION NO. 13:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General Objection No. 15.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as phrase, "created by selecting text from the Content Viewer," is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

13

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that one option for initiating the Headnote Creation process is to "select text from the Content Viewer and choose the Headnote option in the Create New menu on the Content Viewer," but that process alone is insufficient to completely create the West Headnote, as outlined in TR-0532236-TR-0532373.  Further, Plaintiffs have made a reasonable inquiry and the information that Plaintiffs know or can readily obtain is insufficient to enable Plaintiffs to admit or deny whether any one particular headnote was initiated in this specific manner.

## REQUEST FOR ADMISSION NO. 14:

Admit that at least one HEADNOTE that YOU allege ROSS infringed was created by selecting text from the Content Viewer, right-clicking, and choosing Create Headnote from the right-click menu.  *See* Bates nos. TR-0532236-TR-0532373.

## RESPONSE TO REQUEST FOR ADMISSION NO. 14:

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General Objection No. 15.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as phrase, "created by selecting text from the Content Viewer," is unclear and undefined.  Plaintiffs object to this Request as unduly burdensome to the extent it is seeking information contained in millions of audit trails that are burdensome to access and cannot be exported.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that one option for initiating the Headnote Creation process is to "select text from the Content Viewer, right-click, and choose Create Headnote from the right-

click menu," but that process alone is insufficient to completely create the West Headnote, as outlined in TR-0532236-TR-0532373.  Further, Plaintiffs have made a reasonable inquiry and the information that Plaintiffs know or can readily obtain is insufficient to enable Plaintiffs to admit or deny whether any one particular headnote was initiated in this specific manner.

**REQUEST FOR ADMISSION NO. 15:**

Admit that THOMSON REUTERS is the sole legal owner of the copyrights in the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 15:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "sole legal owner," is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Thomson Reuters owns the copyrights identified in the Complaint.

**REQUEST FOR ADMISSION NO. 16:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 [sic] is provided to WEST PUBLISHING CORPORATION'S employees who create HEADNOTES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 16:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "is provided to" and "employees who create" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, has been provided to at least some of the West attorney-editors.

**REQUEST FOR ADMISSION NO. 17:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 is provided to THOMSON REUTERS' employees who create HEADNOTES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 17:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "is provided to" and "employees who create" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, has been provided to at least some of the West attorney-editors.

**REQUEST FOR ADMISSION NO. 18:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs WEST PUBLISHING CORPORATION'S employees that "Generally, the editor should follow the court's language when creating headnotes."

**RESPONSE TO REQUEST FOR ADMISSION NO. 18:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined.  Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny

this Request, except admit that TR-0040273-TR0040566, includes the sentence "Generally, the

editor should follow the court's language when creating headnotes" and state that TR-0040273-

TR-0040566, provides many other instructions to West attorney-editors, including the

instruction, "it is important to remember that each headnote must have enough context to stand

on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 19:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs
THOMSON REUTERS' employees that "Generally, the editor should follow the court's
language when creating headnotes."

**RESPONSE TO REQUEST FOR ADMISSION NO. 19:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set

forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined.

Plaintiffs also object to the extent this Request mischaracterizes the document and quotes

without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny

this Request, except admit that TR-0040273-TR0040566, includes the sentence "Generally, the

editor should follow the court's language when creating headnotes" and state that TR-0040273-

TR-0040566, provides many other instructions to West attorney-editors, including the

instruction, "it is important to remember that each headnote must have enough context to stand

on its own, and make sense to a reader who doesn't have the opinion."

17

**REQUEST FOR ADMISSION NO. 20:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs WEST PUBLISHING CORPORATION'S employees that "Headnotes generally should not be more than 800 characters long."

**RESPONSE TO REQUEST FOR ADMISSION NO. 20:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined. Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR0040566, includes the sentence "Headnotes generally should not be more than 800 characters long" and state that TR-0040273-TR0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 21:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs THOMSON REUTERS' employees that "Headnotes generally should not be more than 800 characters long."

**RESPONSE TO REQUEST FOR ADMISSION NO. 21:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined. Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, includes the sentence "Headnotes generally should not be more than 800 characters long" and state that TR-0040273-TR-0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 22:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs WEST PUBLISHING CORPORATION'S employees that "Headnotes should include a statutory citation at the end whenever one is available."

**RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined. Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, includes the sentence "Headnotes should include a statutory citation at the end whenever one is available" and state that TR-0040273-TR0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 23:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs THOMSON REUTERS' employees that "Headnotes should include a statutory citation at the end whenever one is available."

**RESPONSE TO REQUEST FOR ADMISSION NO. 23:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined. Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, includes the sentence "Headnotes should include a statutory citation at the end whenever one is available" and state that TR-0040273-TR-0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 24:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs WEST PUBLISHING CORPORATION'S employees that "When choosing a preliminary classification topic, do your best, but do not spend too much time."

**RESPONSE TO REQUEST FOR ADMISSION NO. 24:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined. Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR=0040566, includes the sentence "When choosing a preliminary classification topic, do your best, but do not spend too much time" and state that TR-0040273-TR-0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 25:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs THOMSON REUTERS' employees that "When choosing a preliminary classification topic, do your best, but do not spend too much time."

**RESPONSE TO REQUEST FOR ADMISSION NO. 25:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined. Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, includes the sentence "When choosing a preliminary classification topic, do your best, but do not spend too much time" and state that TR-0040273-TR-0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 26:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs WEST PUBLISHING CORPORATION'S employees that "An ITI (Universal Summary

21

Headline) can usually be copied from the synopsis holding representing the most important headnote, and a highlight or FCN summary (Universal Summary Paragraph) can be made by copying that headnote verbatim."

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined.  Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, includes the sentence "An ITI (Universal Summary Headline) can usually be copied from the synopsis holding representing the most important headnote, and a highlight or FCN summary (Universal Summary Paragraph) can be made by copying that headnote verbatim" and state that TR-0040273-TR-0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 27:**

Admit that the DOCUMENT bearing Bates nos. TR-0040273-TR0040566 instructs THOMSON REUTERS' employees that "An ITI (Universal Summary Headline) can usually be copied from the synopsis holding representing the most important headnote, and a highlight or FCN summary (Universal Summary Paragraph) can be made by copying that headnote verbatim."

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "instructs" and "employees" are unclear and undefined.

Plaintiffs also object to the extent this Request mischaracterizes the document and quotes without providing context.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0040273-TR-0040566, includes the sentence "An ITI (Universal Summary Headline) can usually be copied from the synopsis holding representing the most important headnote, and a highlight or FCN summary (Universal Summary Paragraph) can be made by copying that headnote verbatim" and state that TR-0040273-TR-0040566, provides many other instructions to West attorney-editors, including the instruction, "it is important to remember that each headnote must have enough context to stand on its own, and make sense to a reader who doesn't have the opinion."

**REQUEST FOR ADMISSION NO. 28:**

Admit that WEST PUBLISHING CORPORATION AND THOMSON REUTERS have not written every HEADNOTE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "written" is unclear and undefined and the term "THOMSON REUTERS" is improperly defined.  Plaintiffs object to this Request as overly broad to the extent that it seeks an admission about "every HEADNOTE."  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that West attorney-editors draft the West Headnotes and admit that certain state courts provide court headnotes for some of their judicial opinions, and that in those

instances West attorney-editors typically rewrite the courts' headnotes to fit Plaintiffs' style guidelines, as well as add Plaintiffs' own original headnotes to the opinion.

**REQUEST FOR ADMISSION NO. 29:**

Admit that the DOCUMENT bearing Bates nos. LEGALEASE-00057075-LEGALEASE-00057090 was not sent to ROSS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad and unduly burdensome to the extent that it seeks information outside of Plaintiffs' custody and control. Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "not sent to ROSS" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs lack information sufficient to admit or deny this Request, and state that LEGALEASE-00057075 purports to be LegalEase Solution's Response to Request for Proposal from Ross.

**REQUEST FOR ADMISSION NO. 30:**

Admit that the DOCUMENTS bearing Bates nos. LEGALEASE-00057468-LEGALEASE-00057476 was sent to ROSS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad and unduly burdensome to the extent that it seeks information outside of Plaintiffs' custody and control. Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "not sent to ROSS" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs lack information sufficient to admit or deny this Request, and state that LEGALEASE-00057075 purports to be LegalEase Solution's Response to Request for Proposal from Ross.

**REQUEST FOR ADMISSION NO. 31:**

Admit that WEST PUBLISHING CORPORATION provides WESTLAW subscription agreements with different terms to users in different countries.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object as overly broad, unduly burdensome, vague, and ambiguous as the phrases ,"WESTLAW subscription" and "different terms to users in different countries," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that there may be different terms in different countries due to nuances in local law, but such minor differences are not material to the relevant licensing terms.

**REQUEST FOR ADMISSION NO. 32:**

Admit that WEST PUBLISHING CORPORATION has changed the terms of its WESTLAW subscription agreements for users in the United States at least once since 2015.

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "WESTLAW subscription" and "users in the United States," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs' Westlaw subscription agreements have been updated at least once since 2015.

**REQUEST FOR ADMISSION NO. 33:**

Admit that WEST PUBLISHING CORPORATION has changed the terms of its WESTLAW subscription agreements for users outside of the United States at least once since 2015.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "WESTLAW subscription" and "users in the United States," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs' Westlaw subscription agreements have been updated at least once since 2015.

**REQUEST FOR ADMISSION NO. 34:**

Admit that HEADNOTE No. 3 for the case Alonzi v. Northeast Generation Services Co., 156 N.H. 656 (2008), contains the same words in the same order as the quote contained in the judicial opinion that this HEADNOTE references, except that the HEADNOTE contains the words "the Supreme Court" where the opinion contains the word "we," and the HEADNOTE contains the word "reviews" where the opinion contains the word "review."  *See* Bates Nos. TR-0584901-TR-0584911.

**RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "contains the same words," "in the same order," and "quote contained

26

in the judicial opinion," are unclear and undefined.  Plaintiffs object to this Request to the extent it mischaracterizes the document.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit West's attorney-editors chose to make Headnote No. 3 in *Alonzi v. Northeast Generation Services Co.*, 156 N.H. 656 (2008) state "The constitutionality of a statute involves a question of law, which the Supreme Court reviews de novo," and the *Alonzi v. Northeast Generation Services Co.* opinion contains a quote "The constitutionality of a statute involves a question of law, which we review de novo," along with eleven pages of other sentences and legal principles, as outlined in TR- 0584901-TR-0584911.

## REQUEST FOR ADMISSION NO. 35:

Admit that on the date LEGALEASE entered into a subscription agreement with WESTLAW, see TR-0002782 (October 4, 2015), the WESTLAW subscription agreement provided to WESTLAW users located in Canada had different terms.

## RESPONSE TO REQUEST FOR ADMISSION NO. 35:

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request overly broad, unduly burdensome, vague, and ambiguous as the phrases, "WESTLAW subscription agreement," "different terms," and "located in Canada" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that users in Canada may have had differences in their subscription agreement per local law, but such differences are not material to the relevant licensing terms.

## REQUEST FOR ADMISSION NO. 36:

Admit that PLAINTIFFS never sent to ROSS a copy of a WESTLAW subscription agreement.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "never sent to Ross," is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 37:**

Admit that the DOCUMENT bearing Bates nos. TR-0894151-TR-0894157 is a pricing guideline for corporate plans "When you retrieve or deliver documents on Thomson Reuters Westlaw that are not included in your Thomson Reuters Westlaw subscription plan."

**RESPONSE TO REQUEST FOR ADMISSION NO. 37:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "pricing guideline for corporate plans," is unclear and undefined.  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0894151–TR-0894157 contains pricing guidelines for corporate plans effective June 1, 2017 and contains prices for content that is retrieved or delivered "on Thomson Reuters Westlaw that are not included in your Thomson Reuters Westlaw subscription plan."

**REQUEST FOR ADMISSION NO. 38:**

Admit that PLAINTIFFS knew that ROSS was a competitor on or around September 25, 2015.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "competitor" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that at least as early as September 25, 2015, at least one employee for Plaintiffs believed that ROSS was creating technology that would purportedly compete with Plaintiffs' technology.

**REQUEST FOR ADMISSION NO. 39:**

Admit that the TOPICS in the KEY NUMBER SYSTEM are arranged in alphabetical order.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Topics" and "arranged" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 40:**

Admit that the KEY NUMBER SYSTEM was created "more than 100 years ago" as stated on PLAINTIFFS' website.  *See* https://legal.thomsonreuters.com/en/insights/articles/ using-the- west-key-numbers-system.

**RESPONSE TO REQUEST FOR ADMISSION NO. 40:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase "created" is unclear and undefined.  Plaintiffs object to this

Request the extent it mischaracterizes Plaintiffs' website.  Plaintiffs object to this Request to the extent it cites to an incorrect hyperlink.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request and state that the West Key Number System as it existed when copied by Ross did not exist 100 years ago.

**REQUEST FOR ADMISSION NO. 41:**

Admit that the DOCUMENT bearing Bates nos. TR-0359564-TR-0359954 identifies multiple patents for the CaRE system.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "multiple patents for the CaRE system" is unclear and undefined.  Plaintiffs object to this Request to the extent it mischaracterizes the document.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request and except admit that TR-0359564-TR-0359954, lists multiple patents, including Patent Application No. 10/013,190.

**REQUEST FOR ADMISSION NO. 42:**

Admit that the Sales and Marketing (Product) Agreement, see Bates nos. TR-0358927-TR-0358948, is not listed in the Closing Confirmation regarding the Business Transfer Agreement dated 18 December 2019, *see* Bates nos. TR-0359564-TR-0359954.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "not listed" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that TR-0358927-TR-0358948, is not listed in TR-0359564-TR-0359954.

**REQUEST FOR ADMISSION NO. 43:**

Admit that either CaRE OR JCaRE have been used to classify KEY NUMBERS since at least 2005.

**RESPONSE TO REQUEST FOR ADMISSION NO. 43:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "used to classify" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that West attorney-editors have sometimes used CaRE or JCaRE since 2005, and state that West attorney-editors always have the final decision as to how to classify West Key Numbers.

**REQUEST FOR ADMISSION NO. 44:**

Admit that CaRE compares the words in a HEADNOTE against all other HEADNOTES in WEST PUBLISHING CORPORATION'S repository.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "compares" and "against all other HEADNOTES" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that CaRE compares the words in a West Headnote against all other Headnotes in Westlaw, as described in TR-0036336.

**REQUEST FOR ADMISSION NO. 45:**

Admit that JCaRE compares the words in a HEADNOTE against all other HEADNOTES in WEST PUBLISHING CORPORATION'S repository.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "compares" and "against all other HEADNOTES" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that JCaRE compares the words in a West Headnote against all other Headnotes in Westlaw, as described in TR-0036336.

**REQUEST FOR ADMISSION NO. 46:**

Admit that CaRE compares the words in a HEADNOTE against all other HEADNOTES in THOMSON REUTERS' repository.

**RESPONSE TO REQUEST FOR ADMISSION NO. 46:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "compares" and "against all other HEADNOTES" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that CaRE compares the words in a West Headnote against all other Headnotes in Westlaw, as described in TR-0036336.

**REQUEST FOR ADMISSION NO. 47:**

Admit that JCaRE compares the words in a HEADNOTE against all other HEADNOTES in THOMSON REUTERS' repository.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "compares" and "against all other HEADNOTES" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that JCaRE compares the words in a West Headnote against all other Headnotes in Westlaw, as described in TR-0036336.

**REQUEST FOR ADMISSION NO. 48:**

Admit that there are more than 28 million HEADNOTES in WEST PUBLISHING CORPORATION'S repository.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that there were 28,799,500 unique headnotes in Westlaw as of April 2021.

**REQUEST FOR ADMISSION NO. 49:**

Admit that there are more than 28 million HEADNOTES in THOMSON REUTERS' repository.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that there were 28,799,500 unique headnotes in Westlaw as of April 2021.

**REQUEST FOR ADMISSION NO. 50:**

Admit that there is at least one CLASSIFICATION RELATIONSHIP for each HEADNOTE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 50:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "a CLASSIFICATION RELATIONSHIP for each HEADNOTE" is unclear and not adequately defined.  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except state that every West Headnote has at least one corresponding West Key Number.

**REQUEST FOR ADMISSION NO. 51:**

Admit that there are HEADNOTES that have multiple CLASSIFICATION RELATIONSHIPS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "a CLASSIFICATION RELATIONSHIP for each HEADNOTE" is unclear and not adequately defined.  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except state that one or more West Headnotes are classified under multiple West Key Numbers.

**REQUEST FOR ADMISSION NO. 52:**

Admit that the Judicial Workbench automatically displays the top five JCaRE suggestions.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "Judicial Workbench" and "automatically displays" are unclear and undefined.  Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that when an attorney-editor uses JCaRE, the software will display the top five JCaRE suggestions, and the attorney-editor can then request to see additional suggestions, as described in TR-0036336.

**REQUEST FOR ADMISSION NO. 53:**

Admit that WEST PUBLISHING CORPORATION obtains accuracy statistics relating to JCaRE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 53:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.   Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "obtains accuracy statistics" is unclear and undefined. Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 54:**

Admit that THOMSON REUTERS obtains accuracy statistics relating to JCaRE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 54:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.   Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "obtains accuracy statistics" is unclear and undefined. Plaintiffs object to this Request as vague and ambiguous as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 55:**

Admit that, as of January 27, 2020, 42% of the time the #1 match proposed by JCaRE between a HEADNOTE AND KEY NUMBER was selected.  *See* Bates nos. TR-0036336-TR-0036340.

**RESPONSE TO REQUEST FOR ADMISSION NO. 55:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as the phrases, "#1 match" and "proposed by JCaRE" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that according to data Westlaw compiled in or around January 27, 2020 and which it does not ordinarily track in the regular course of business, the first Key Number suggested by JCaRE were the same as the Key Number that was ultimately selected by a West attorney-editor 42% of the time.

**REQUEST FOR ADMISSION NO. 56:**

Admit that, as of January 27, 2020, 70% of the time one of the top-5 matches proposed by JCaRE between a HEADNOTE AND KEY NUMBER was selected.  *See* Bates nos. TR-0036336-TR-0036340.

**RESPONSE TO REQUEST FOR ADMISSION NO. 56:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as  overly broad, unduly burdensome, vague, and ambiguous as the phrases, "top 5 matches" and "proposed by JCaRE" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that according to data Westlaw compiled in or around January 27, 2020 and which it does not ordinarily track in the regular course of business, the first five Key Number suggested by JCaRE were the same as the Key Number that was ultimately selected by a West attorney-editor 70% of the time.

**REQUEST FOR ADMISSION NO. 57:**

Admit that, as of January 27, 2020, 78% of the time one of the top-10 matches proposed by JCaRE between a HEADNOTE AND KEY NUMBER was selected.  *See* Bates nos. TR-0036336-TR-0036340.

**RESPONSE TO REQUEST FOR ADMISSION NO. 57:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "top-10 matches" and "proposed by JCaRE" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that according to data Westlaw compiled in or around January 27, 2020, and which it does not ordinarily track in the regular course of business, the first five Key Number suggested by JCaRE were the same as the Key Number that was ultimately selected by a West attorney-editor 70% of the time.

**REQUEST FOR ADMISSION NO. 58:**

Admit that WEST PUBLISHING CORPORATION is expending time AND financial resources to increase the accuracy of JCaRE suggestion #1.  *See* Bates nos. TR-0036336-TR-0036340.

**RESPONSE TO REQUEST FOR ADMISSION NO. 58:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "expending time and financial resources," "accuracy," "proposed by JCaRE," and "suggestion #1" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs created JCaRE, have invested resources in JCaRE, and did so to assist their attorney-editors with classifying West Headnotes.

**REQUEST FOR ADMISSION NO. 59:**

Admit that THOMSON REUTERS is expending time AND financial resources to increase the accuracy of JCaRE suggestion #1.  *See* Bates nos. TR-0036336-TR-0036340.

38

**RESPONSE TO REQUEST FOR ADMISSION NO. 59:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "expending time and financial resources," "accuracy," "proposed by JCaRE," and "suggestion #1" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs created JCaRE, have invested resources in JCaRE, and did so to assist their attorney-editors with classifying West Headnotes.

**REQUEST FOR ADMISSION NO. 60:**

Admit that WEST PUBLISHING CORPORATION employees can audit a HEADNOTE. *See* Bates nos. TR-0532475- TR-0532476.

**RESPONSE TO REQUEST FOR ADMISSION NO. 60:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "audit" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that it is possible to view the audit trails for some West Headnotes, and state that not all West Headnotes have audit trails.

**REQUEST FOR ADMISSION NO. 61:**

Admit that THOMSON REUTERS employees can audit a HEADNOTE.  *See* Bates nos. TR-0532475- TR-0532476.

39

**RESPONSE TO REQUEST FOR ADMISSION NO. 61:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "audit" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that it is possible to view the audit trails for some West Headnotes, and state that not all West Headnotes have audit trails.

**REQUEST FOR ADMISSION NO. 62:**

Admit that WEST PUBLISHING CORPORATION employees can audit a CLASSIFICATION RELATIONSHIP.  *See* Bates nos. TR-0532449-TR-0532450.

**RESPONSE TO REQUEST FOR ADMISSION NO. 62:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "audit" and "Classification Relationship" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that some West Headnotes have an audit trail that can show edits to the West Headnotes and the West Key Numbers assigned thereto, but not every West Headnote has an audit trail.

**REQUEST FOR ADMISSION NO. 63:**

Admit that THOMSON REUTERS employees can audit a CLASSIFICATION RELATIONSHIP.  *See* Bates nos. TR-0532449-TR-0532450.

**RESPONSE TO REQUEST FOR ADMISSION NO. 63:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous the phrases, "audit" and "Classification Relationship" are unclear and undefined. Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that some West Headnotes have an audit trail that can show edits to the West Headnotes and the West Key Numbers assigned thereto, but not every West Headnote has an audit trail.

**REQUEST FOR ADMISSION NO. 64:**

Admit that every HEADNOTE is designated as either concrete or abstract.

**RESPONSE TO REQUEST FOR ADMISSION NO. 64:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "designated as" is unclear and undefined. Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that West Headnotes are internally categorized as either concrete or abstract, as those terms are defined and described in TR-0532464, and state that West only started tracking whether a given West Headnote is concrete or abstract within the last two years.

**REQUEST FOR ADMISSION NO. 65:**

Admit that a HEADNOTE audit identifies revisions made AND the person or persons that have made revisions. *See* Bates nos. TR-0532475- TR-0532476.

**RESPONSE TO REQUEST FOR ADMISSION NO. 65:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "audit" is unclear and undefined.  Plaintiffs further object to this Request as overly broad to the extent that it seeks an admission that goes beyond the scope of the referenced document.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Headnote Widget, as defined in TR-0532475, has a metadata tab that includes the identity of the attorney-editor who wrote the summary or West Headnote, but states that this is not available for every West Headnote because not every West Headnote was created in the judicial summary tool.

**REQUEST FOR ADMISSION NO. 66:**

Admit that CLASSIFICATION RELATIONSHIPS are created using the Judicial Summary Tool.

**RESPONSE TO REQUEST FOR ADMISSION NO. 66:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "audit" and "Classification Relationship" are unclear and undefined, or not adequately defined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Judicial Summary Tool is used to view and edit summaries, headnotes, and classifications, and assign temporary classifications to West Headnotes, and state that not all West Headnotes were created using the judicial summary tool.

42

**REQUEST FOR ADMISSION NO. 67:**

Admit that the Headnote Widget in the Judicial Summary Tool allows for the creation of HEADNOTES.  *See* Bates nos. TR-0532236-TR-0532373.

**RESPONSE TO REQUEST FOR ADMISSION NO. 67:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "allows for the creation" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the Headnote Widget, as defined in TR-0532236-TR-0532373, is a tool in which West attorney-editors draft West Headnotes, and state that not all West Headnotes were created using the Judicial Summary Tool.

**REQUEST FOR ADMISSION NO. 68:**

Admit that the Metadata Widget in the Judicial Summary Tool can show information about the HEADNOTE that is currently displayed in the Content Viewer.  *See* Bates nos. TR-0532236-TR-0532373.

**RESPONSE TO REQUEST FOR ADMISSION NO. 68:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "can show information" and "currently displayed" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except state that the Metadata Widget can show information about a selected West Headnote, as described in TR-0532236–TR-0532373, and state that not all West Headnotes were created using the Judicial Summary Tool.

**REQUEST FOR ADMISSION NO. 69:**

Admit that there are three options for initiating the HEADNOTE creation process in the Judicial Summary Tool.  *See* Bates nos. TR-0532236-TR-0532373.

**RESPONSE TO REQUEST FOR ADMISSION NO. 69:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "initiating the Headnote creation process" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that for West Headnotes that are created in the Summary Tool, there are three options for initiating the creation of a Headnote in the tool, as described in TR-0532236–TR-0532373.

**REQUEST FOR ADMISSION NO. 70:**

Admit that WEST PUBLISHING CORPORATION provides its services to outsourced third-party legal research service providers.  *See* Bates no. TR-0908413.

**RESPONSE TO REQUEST FOR ADMISSION NO. 70:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "provides its services" and "outsourced third-party legal research service providers" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs sometimes provide limited content to outsourced third-party legal research service providers, as that term is defined in TR-0908413, and state that

Plaintiffs have a general policy of not licensing content to competitors, as is also described in TR-0908413.

**REQUEST FOR ADMISSION NO. 71:**

Admit that LEGALEASE is an outsourced third-party legal research service provider. *See* Bates no. TR-0908413.

**RESPONSE TO REQUEST FOR ADMISSION NO. 71:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as irrelevant to the parties' claims and defenses in this Litigation.  Plaintiffs further object to this Request as burdensome to the extent that it seeks information ROSS already has within its knowledge or possession.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that LegalEase was not acting as an outsourced third party legal-research service provider as that term is defined in TR-0908413 when it supplied Westlaw Content to ROSS in violation of its contract with West.

**REQUEST FOR ADMISSION NO. 72:**

Admit that WEST PUBLISHING CORPORATION licenses WESTLAW CONTENT to those who conduct legal research on behalf of third parties.

**RESPONSE TO REQUEST FOR ADMISSION NO. 72:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "conduct legal research on behalf of third parties" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs sometimes provide limited content to outsourced third-

party legal research service providers, as that term is defined in TR-0908413, and state that Plaintiffs have a general policy of not licensing content to competitors.

**REQUEST FOR ADMISSION NO. 73:**

Admit that WEST PUBLISHING CORPORATION does not make its WESTLAW subscription agreements publicly available.

**RESPONSE TO REQUEST FOR ADMISSION NO. 73:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "subscription agreements" and "publicly available" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that portions of customers' subscription agreements for Westlaw are not publicly available, but state that Thomson Reuters' General Terms and Conditions are publicly available, as is clear from ROSS's repeated review of them.

**REQUEST FOR ADMISSION NO. 74:**

Admit that WEST PUBLISHING CORPORATION does not make its list of subscribers publicly available.

**RESPONSE TO REQUEST FOR ADMISSION NO. 74:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "subscribers" and "publicly available" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that they do not make their list of subscribers publicly available.

**REQUEST FOR ADMISSION NO. 75:**

Admit that there are WESTLAW subscribers who also subscribe to the LEXISNEXIS platform.

**RESPONSE TO REQUEST FOR ADMISSION NO. 75:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "subscribers" and "subscribe" are unclear and undefined. Plaintiffs object to this Request to the extent it seeks information outside of Plaintiffs custody and control.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that at least some customers have subscriptions to both Westlaw and LexisNexis, including law students.

**REQUEST FOR ADMISSION NO. 76:**

Admit that those who license WESTLAW CONTENT download judicial opinions from WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 76:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "those who license" and "download judicial opinions" are unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that at least some customers download cases that contain judicial opinions from Westlaw.

**REQUEST FOR ADMISSION NO. 77:**

Admit that WESTLAW uses Boolean search technology.

**RESPONSE TO REQUEST FOR ADMISSION NO. 77:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "uses Boolean search technology" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that Boolean search technology is one type of search technology provided by Westlaw.

**REQUEST FOR ADMISSION NO. 78:**

Admit that prior May 6, 2020, WESTLAW did not have a feature that uses artificial intelligence to generate context-specific case summaries.

**RESPONSE TO REQUEST FOR ADMISSION NO. 78:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "uses artificial intelligence" and "context-specific case summaries" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that although Headnotes are generated by attorney-editors rather than by artificial intelligence, artificial intelligence technology was leveraged in the development of Westlaw Content prior to May 6, 2020.

**REQUEST FOR ADMISSION NO. 79:**

Admit that prior to May 6, 2020, WESTLAW did not have a feature that filters search results by jurisdiction or date based on a user's natural-language legal search.

**RESPONSE TO REQUEST FOR ADMISSION NO. 79:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "feature that filters" and "based on," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that Westlaw had natural-language search capability prior to May 6, 2020 (e.g., Bates nos. TR-0135567-TR-0135570, TR-0133091-TR-0133095).

**REQUEST FOR ADMISSION NO. 80:**

Admit that THOMSON REUTERS has not used data sets of judicial opinions to train an artificial intelligence algorithm to improve the WESTLAW platform.

**RESPONSE TO REQUEST FOR ADMISSION NO. 80:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "data sets," "judicial opinions," "train an artificial intelligence algorithm," and "improve the WESTLAW platform," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 81:**

Admit that WEST PUBLISHING CORPORATION has not used data sets of judicial opinions to train an artificial intelligence algorithm to improve the WESTLAW platform.

**RESPONSE TO REQUEST FOR ADMISSION NO. 81:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "data sets," "judicial opinions," "train an artificial intelligence algorithm," and "improve the WESTLAW platform," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 82:**

Admit that THOMSON REUTERS has not used natural language processing methods in the development of WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 82:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "natural language processing methods" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 83:**

Admit that WEST PUBLISHING CORPORATION has not used natural language processing methods in the development of WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 83:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "natural language processing methods" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 84:**

Admit that THOMSON REUTERS has not used machine learning methods in the development of WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "machine learning methods" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 85:**

Admit that WEST PUBLISHING CORPORATION has not used machine learning methods in the development of WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "machine learning methods" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 86:**

Admit that search results of judicial opinions returned on WESTLAW in response to a user's natural-language legal search are not ordered by the quality of how well each result answers a legal question.

**RESPONSE TO REQUEST FOR ADMISSION NO. 86:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "search results of judicial opinions," "natural-language legal search," and "quality of how well each result answers a legal question," are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 87:**

Admit that WEST PUBLISHING CORPORATION is not the owner of the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 87:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to his Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "owner" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 88:**

Admit that WEST PUBLISHING CORPORATION is not the beneficial owner of the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 88:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as vague and ambiguous as to the meaning of the term, "beneficial owner."  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 89**:

Admit that THOMSON REUTERS' first registration for the WESTLAW AUTOMATED DATABASE is U.S. Copyright Registration Number TXu 65-600.

**RESPONSE TO REQUEST FOR ADMISSION NO. 89:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "first registration" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that U.S. Copyright Registration Number TXu 65-600 is a registration for the Westlaw (Basic Data Base File) with an effective registration date of April 8, 1981, and Plaintiffs are not aware of an earlier registration for Westlaw (Basic Data File Base).

**REQUEST FOR ADMISSION NO. 90**:

Admit that every registration of the WESTLAW AUTOMATED DATABASE copyright after TXu 65-600 is a revision of a previous WESTLAW AUTOMATED DATABASE registration.

**RESPONSE TO REQUEST FOR ADMISSION NO. 90:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "revision" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that, to protect Westlaw and the constant revision, addition, and other modification in the Westlaw Content, Thomson Reuters registers WESTLAW with the United States Copyright Office every three months.

53

**REQUEST FOR ADMISSION NO. 91:**

Admit that every registration of the WESTLAW AUTOMATED DATABASE copyright after TXu 65-600, is an update of a previous WESTLAW AUTOMATED DATABASE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 91:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "update of a previous" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that, to protect Westlaw and the constant revision, addition, and other modification in the Westlaw Content, Thomson Reuters registers WESTLAW with the United States Copyright Office every three months.

**REQUEST FOR ADMISSION NO. 92:**

Admit that every registration of the WESTLAW AUTOMATED DATABASE copyright after TXu 65-600, is a supplement to a previous WESTLAW AUTOMATED DATABASE.

**RESPONSE TO REQUEST FOR ADMISSION NO. 92:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase ,"supplement" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that, to protect Westlaw and the constant revision, addition, and other modification in the Westlaw Content, Thomson Reuters registers WESTLAW with the United States Copyright Office every three months.

**REQUEST FOR ADMISSION NO. 93:**

Admit that the WESTLAW AUTOMATED DATABASE copyright registration registered on January 18, 1982, was not registered as a revision, update, and/or supplement to a previous copyright registration.

**RESPONSE TO REQUEST FOR ADMISSION NO. 93:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "registered on January 18, 1982" is unclear and undefined and does not identify a single registration because a number of Plaintiffs' registrations have January 18, 1982, as an effective date of registration.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state the  registrations for Westlaw from January 18, 1982, state that the nature of the work is that of "Compilation, revisions, additions, etc."


**REQUEST FOR ADMISSION NO. 94:**

Admit that THOMSON REUTERS has only one compilation stemming from the WESTLAW AUTOMATED DATABASE copyright registrations.

**RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "stemming" and "only one compilation" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 95:**

Admit that no copyright registrations were filed for the WESTLAW AUTOMATED DATABASE from January 19, 1982, to November 29, 1989.

**RESPONSE TO REQUEST FOR ADMISSION NO. 95:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "no copyright registrations were filed" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Plaintiffs did not file any copyright registrations for the Westlaw database from January 19, 1982 to November 29, 1989.

**REQUEST FOR ADMISSION NO. 96:**

Admit that the claimant for ALL of the WESTLAW AUTOMATED DATABASE registrations is Thomson Reuters Global Resources of Neuhofstrasse 1, Baar, 6340, Switzerland.

**RESPONSE TO REQUEST FOR ADMISSION NO. 96:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "claimant" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 97:**

Admit that April 8, 2076, 95 years from the date of publication of the first registration of the WESTLAW AUTOMATED DATABASE (TXu 65-660), is the end of the term of copyright protection for the WESTLAW AUTOMATED DATABASE copyright.

**RESPONSE TO REQUEST FOR ADMISSION NO. 97:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "end of the term of copyright protection" and "Westlaw Automated Database copyright" are unclear and undefined.  Plaintiffs object to this Request to the extent it seeks a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny information sufficient to admit or deny the Request.

**REQUEST FOR ADMISSION NO. 98:**

Admit that PLAINTIFFS contend that the WESTLAW AUTOMATED DATABASE is the sole copyright registration for the WESTLAW CONTENT.

**RESPONSE TO REQUEST FOR ADMISSION NO. 98:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "sole copyright registration" is unclear and undefined.  Plaintiffs object to this Request to the extent it is nonsensical as written.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 99:**

Admit that THOMSON REUTERS claims copyright of "Opinions and editorial enhancements to and summaries of opinions in the federal and state courts of the United States" in the WESTLAW AUTOMATED DATABASE copyright registrations.

**RESPONSE TO REQUEST FOR ADMISSION NO. 99:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as the phrase, "claims copyright of" is unclear and undefined.  Plaintiffs object to this Request to the extent it seeks a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that "Descriptive Statement Appendix A: Westlaw Data Files," *see e.g.*, TR-0011407, describes the contents of the copyrighted Westlaw Data Files, including "Opinions and editorial enhancements to and summaries of opinions in the federal and state courts of the United States" and clarifies, "Copyright is not claimed as to any part of the original work prepared by a U.S. government officer or employee as part of that person's official duties."

**REQUEST FOR ADMISSION NO. 100:**

Admit that THOMSON REUTERS states that "Original text by Thomson is highlighted on the data record" in the Westlaw automated database registrations.

**RESPONSE TO REQUEST FOR ADMISSION NO. 100:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "Thomson Reuters states" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that "Descriptive Statement Appendix A: Westlaw Data Files," *see e.g.*, TR-0011407, describes the contents of the Deposit Materials as including "both original text and compilation of databases," and states that "[o]riginal text is highlighted in the data record."

**REQUEST FOR ADMISSION NO. 101:**

Admit that the first West Federal Reporter was published in 1880.

**RESPONSE TO REQUEST FOR ADMISSION NO. 101:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "West Federal Reporter" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the first series of the Federal Reporter was published from 1880 to 1924.

**REQUEST FOR ADMISSION NO. 102:**

Admit that all West Federal Reporters published before 1927 are in the public domain.

**RESPONSE TO REQUEST FOR ADMISSION NO. 102:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrases, "West Federal Reporters" and "public domain" are unclear and undefined. Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the first series of the Federal Reporters were published before 1927 and that these particular West Federal Reporters are no longer protected by copyright registrations.

**REQUEST FOR ADMISSION NO. 103:**

Admit that the West Federal Reporters published before 1927 contain HEADNOTES and KEY NUMBERS created by WEST PUBLISHING CORPORATION.

**RESPONSE TO REQUEST FOR ADMISSION NO. 103:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "West Federal Reports" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs admit that the first series of the Federal Reporter contains Headnotes and Key Numbers created by West Publishing Corporation.

**REQUEST FOR ADMISSION NO. 104:**

Admit that the cases contained in the West Federal Reporters published before 1927 are organized in the volumes by date of decision.

**RESPONSE TO REQUEST FOR ADMISSION NO. 104:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "West Federal Reports" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs admit that cases appear in the first series of the Federal Reporter by date of decision, but that other organizational choices, such as the arrangement of Headnotes, are not by date.

**REQUEST FOR ADMISSION NO. 105:**

Admit that you claim HEADNOTES have copyright protection from the WESTLAW AUTOMATED DATABASE copyright registrations.

**RESPONSE TO REQUEST FOR ADMISSION NO. 105:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General

Objection No. 15.  Plaintiffs object to this Request as vague and ambiguous as the phrase, "claim…copyright protection from" is unclear and undefined.  Plaintiffs object to this Request as vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the West Headnotes were registered as part of Plaintiffs' copyright registrations for the Westlaw Content.

**REQUEST FOR ADMISSION NO. 106:**

Admit that some state entities and/or state employees provide or have provided HEADNOTES to PLAINTIFFS.

**RESPONSE TO REQUEST FOR ADMISSION NO. 106:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "state entities and/or state employees provide or have provided" is unclear and undefined.  Plaintiffs object to this Request as vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that court headnotes appear in some cases from state courts in Hawaii, Nebraska, Kansas, Ohio, Minnesota, and West Virginia, and that in those instances West attorney-editors typically revise the court's headnotes to fit Plaintiffs' style guidelines, as well as add Plaintiffs' own original headnotes to the opinion.  Plaintiffs further state that for non-West headnotes that appear in cases from Connecticut, Arkansas, New Jersey, and Michigan, those headnotes are copyrighted, and Plaintiffs do not use them verbatim, as described in TR-0040373 and TR-0002864.

**REQUEST FOR ADMISSION NO. 107:**

Admit that some state entities and/or state employees provide or have provided edits to HEADNOTES on WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 107:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "state entities and/or state employees provide or have provided" is unclear and undefined.  Plaintiffs object to this Request as vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that court headnotes appear in some cases from state courts in Hawaii, Nebraska, Kansas, Ohio, Minnesota, and West Virginia, and that in those instances West attorney-editors typically revise the court's headnotes to fit Plaintiffs' style guidelines, as well as add Plaintiffs' own original headnotes to the opinion.  Plaintiffs further state that for non-West headnotes that appear in cases from Connecticut, Arkansas, New Jersey, and Michigan, those headnotes are copyrighted, and Plaintiffs do not use them verbatim, as described in TR-0040373 and TR-0002864.

**REQUEST FOR ADMISSION NO. 108:**

Admit that some state entities and/or state employees provide or have provided corrections to publication errors of cases on WESTLAW.

**RESPONSE TO REQUEST FOR ADMISSION NO. 108:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague and ambiguous as the phrase, "state entities and/or state employees provide or have provided" is unclear and undefined.  Plaintiffs object to this Request as vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that states sometimes provide corrections to underlying judicial opinions, in which Plaintiffs do not claim copyright protection.

**REQUEST FOR ADMISSION NO. 109:**

Admit that at least the following states did or do provide their own HEADNOTES and/or case summaries from state courts to WESTLAW: Hawaii, Kansas, Nebraska, Ohio, Minnesota, West Virginia. Connecticut, Arkansas, New Jersey, and Michigan.

**RESPONSE TO REQUEST FOR ADMISSION NO. 109:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "states did or do provide" is unclear and undefined.  Plaintiffs object to this Request as vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that court headnotes appear in some cases from state courts in Hawaii, Nebraska, Kansas, Ohio, Minnesota, and West Virginia, and that in those instances West attorney-editors typically revise the court's headnotes to fit Plaintiffs' style guidelines, as well as add Plaintiffs' own original headnotes to the opinion.  Plaintiffs further state that for non-West headnotes that appear in cases from Connecticut, Arkansas, New Jersey, and Michigan, those headnotes are copyrighted, and Plaintiffs do not use them verbatim, as described in TR-0040373 and TR-0002864.

**REQUEST FOR ADMISSION NO. 110:**

Admit that ROSS' natural language search engine outperformed WESTLAW'S natural language search engine.

**RESPONSE TO REQUEST FOR ADMISSION NO. 110:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague and ambiguous as the phrases, "natural-language" and "search engine outperformed" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 111:**

Admit that there are judicial opinions that can be accessed on WESTLAW do not contain HEADNOTES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 111:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous to the extent that, "judicial opinions that can be accessed on" is unclear and undefined.  Plaintiffs specifically object to this Request as vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that cases can be downloaded from Westlaw without their West Headnotes.

**REQUEST FOR ADMISSION NO. 112:**

Admit that HEADNOTES are not part of the KEY NUMBER SYSTEM.

**RESPONSE TO REQUEST FOR ADMISSION NO. 112:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as vague and ambiguous as the phrase, "part of" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that West Headnotes are assigned to West Key Numbers within the West Key Number System.

**REQUEST FOR ADMISSION NO. 113:**

Admit that HEADNOTES are not creative.

**RESPONSE TO REQUEST FOR ADMISSION NO. 113:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "creative" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request.

**REQUEST FOR ADMISSION NO. 114:**

Admit that the "Answers" in the ROSS MEMOS contained language directly from the judicial opinions.

**RESPONSE TO REQUEST FOR ADMISSION NO. 114:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "contained language directly from" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that some of the Answers in the Ross Bulk Memos contain quotations from cases.

**REQUEST FOR ADMISSION NO. 115:**

Admit that the "Reference List/Quotes" in the ROSS MEMOS contained language directly from the judicial opinions.

**RESPONSE TO REQUEST FOR ADMISSION NO. 115:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "language directly from the judicial opinions" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that some of the Answers in the Ross Bulk Memos contain quotations from cases.

**REQUEST FOR ADMISSION NO. 116:**

Admit that judicial opinions are not protected by copyright.

**RESPONSE TO REQUEST FOR ADMISSION NO. 116:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "judicial opinions" is unclear and undefined.  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs admit that they do not claim copyright protection in the underlying judicial opinions available on Westlaw.

**REQUEST FOR ADMISSION NO. 117:**

Admit that the KEY NUMBER SYSTEM is not original.

**RESPONSE TO REQUEST FOR ADMISSION NO. 117:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "original" is unclear and undefined.  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request.

**REQUEST FOR ADMISSION NO. 118:**

Admit that LEGALEASE'S subscription was terminated because of password sharing.

**RESPONSE TO REQUEST FOR ADMISSION NO. 118:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "terminated because of password sharing" is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that one reason its subscription to Westlaw was terminated is password sharing and state that Plaintiffs terminated LegalEase's Westlaw subscription because LegalEase violated multiple clauses of its contract with West.

**REQUEST FOR ADMISSION NO. 119:**

Admit that WEST PUBLISHING CORPORATION licenses WESTLAW to third-parties who resell WESTLAW services.  *See* Bates nos. TR-0037754-TR-003758.

**RESPONSE TO REQUEST FOR ADMISSION NO. 119:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as the phrase, "resell" is unclear and undefined.  Plaintiffs object to this Request to the extent it mischaracterizes TR-0037754-TR-003758.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that Plaintiffs sometimes provide limited content to outsourced third-party legal research service providers, as that term is defined in TR-0908413, and state that Plaintiffs have a general policy of not licensing content to competitors, as is also described in TR-0908413.

**REQUEST FOR ADMISSION NO. 120:**

Admit that WEST PUBLISHING CORPORATION canceled LEGALEASE'S Westlaw license because it is a reseller as referenced in the DOCUMENT bearing Bates nos. TR-0037754-TR-003758.

**RESPONSE TO REQUEST FOR ADMISSION NO. 120:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as the phrase, "resell" is unclear and undefined.  Plaintiffs object to this Request to the extent it mischaracterizes TR-0037754-TR-003758.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny the Request, except admit that Plaintiffs terminated LegalEase's Westlaw subscription because LegalEase violated multiple clauses of its contract with West.

**REQUEST FOR ADMISSION NO. 121:**

Admit that YOU do not contend that ROSS infringed every single HEADNOTE that is included in the judicial opinions YOU produced in this litigation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 121:**

Plaintiffs incorporate by reference the above stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General

Objection No. 15.  Plaintiffs object to this Request as overly broad, unduly burdensome, vague,

and ambiguous as to the phrase, "every single Headnote that is included in the judicial opinions"

is unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny

this Request.

**REQUEST FOR ADMISSION NO. 122:**

Admit that YOU produced judicial opinions without HEADNOTES in this litigation.

**RESPONSE TO REQUEST FOR ADMISSION NO. 122:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set

forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General

Objection No. 15.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny

this Request, except admit that Plaintiffs inadvertently produced judicial opinions without

Headnotes and has since produced all judicial opinions with West Headnotes.

**REQUEST FOR ADMISSION NO. 123:**

Admit that Casemaker was a competitor to YOU.

**RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set

forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome,

vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General

Objection No. 15.  Plaintiffs object to this Request as vague and ambiguous as the phrase,

"competitor" is unclear and undefined.  Plaintiffs object to this Request to the extent it is vague as to time.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, and state that Casemaker provides free judicial opinions that do not compete with West's proprietary content.

**REQUEST FOR ADMISSION NO. 124:**

Admit that YOU licensed WESTLAW CONTENT to Casemaker.

**RESPONSE TO REQUEST FOR ADMISSION NO. 124:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as vague and ambiguous as to the meaning of the term, "competitor."  Plaintiffs further object to this Request as irrelevant to the parties' claims and defenses in this Litigation.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General Objection No. 15.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that Casemaker has access to certain print content, but does not have a Westlaw subscription.

**REQUEST FOR ADMISSION NO. 125:**

Admit that there are HEADNOTES that were created prior to 1927.

**RESPONSE TO REQUEST FOR ADMISSION NO. 125:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs admit that the first series of the Federal Reporter contained headnotes, and that the first series was published prior to 1927.

**REQUEST FOR ADMISSION NO. 126:**

Admit that the KEY NUMBER SYSTEM existed prior to 1927.

**RESPONSE TO REQUEST FOR ADMISSION NO. 126:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that a version of the KEY NUMBER SYSTEM, one that is distinct from its later iterations, was in existence in 1927.

**REQUEST FOR ADMISSION NO. 127:**

Admit that YOU have placed copyright branding on judicial opinions that do not have HEADNOTES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 127:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrase, "YOU" as described in General Objection No. 15.  Plaintiffs object to this Request to the extent it calls for a legal conclusion.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs admit that West sometimes includes a copyright notice on judicial opinions downloaded from Westlaw that do not have West Headnotes."

**REQUEST FOR ADMISSION NO. 128:**

Admit that YOU charged different prices to different users of WESTLAW for the same products or services from January 2015 to December 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrases, "different prices for different users" and "the same products and services" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request except admit that the cost of a subscription may vary depending on what databases the customer chooses to include the subscription, sales representatives have the ability to offer discounts on the subscription price for Westlaw, and the price of content accessed outside of a subscription is set at a standard rate for all customers and is not discounted or negotiated between Plaintiffs and their customers.

**REQUEST FOR ADMISSION NO. 129:**

Admit that users of WESTLAW have negotiated different prices with YOU for the same products or services.

**RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Request as overly broad, unduly burdensome, vague, and ambiguous as to the meaning of the phrases, "different prices for different users" and "the same products and services" are unclear and undefined.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs deny this Request, except admit that the cost of a subscription may vary depending on what databases the customer chooses to include the subscription, sales representatives have the ability to offer

discounts on the subscription price for Westlaw, and the price of content accessed outside of a subscription is set at a standard rate for all customers and is not discounted or negotiated between Plaintiffs and their customers.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

*/s/ Michael J. Flynn*

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

April 6, 2022

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants*
*Thomson Reuters Enterprise Center GmbH*
*and West Publishing Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 6, 2022, copies of the foregoing were caused to be served upon the following in the manner indicated:

David E. Moore, Esquire                                              *VIA ELECTRONIC MAIL*
Stephanie E. O'Byrne, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                              *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                          *VIA ELECTRONIC MAIL*
Kayvan M. Ghaffari, Esquire
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) | C.A. No. 20-613 (LPS) |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**PLAINTIFFS AND COUNTERDEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT AND COUNTERCLAIMANT ROSS INTELLIGENCE INC.'S INTERROGATORY NO. 21**

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby supplement their responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s ("Defendant") Third Set of Interrogatories, served on January 25, 2022 (the "Third Set of Interrogatories" and each individually, an "Interrogatory") in the above-captioned action ("Action") as follows:

## **GENERAL OBJECTIONS**

1.      Plaintiffs object to the Third Set of Interrogatories to the extent that it purports to impose obligations beyond those set forth in the Federal Rules of Civil Procedure, the Local Rules, or other applicable law.

2.      Plaintiffs object to the Third Set of Interrogatories to the extent that it seeks proprietary or confidential business information, trade secrets or other sensitive information.  To the extent that the response to any Interrogatory requires the disclosure of any non-privileged proprietary or confidential information, trade secrets or other sensitive information, Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case.  D.I. 48.

3.      Plaintiffs object to the Third Set of Interrogatories to the extent that it seeks information that is subject to the attorney-client privilege, the work product privilege, or any other applicable privilege or protection under federal or state law.  Plaintiffs do not waive, intend to preserve, and are preserving any such privilege with respect to any information protected by such privilege.

4.      The responses provided to the Third Set of Interrogatories are based on Plaintiffs' interpretation of the language used in the Third Set of Interrogatories.  Plaintiffs reserve their right to amend or to supplement their responses and objections in the event that Defendant asserts an interpretation that differs from Plaintiffs' interpretation.

5.      Plaintiffs object to the Third Set of Interrogatories to the extent that it seeks information that is outside of Plaintiffs' possession, custody, or control, including in Instruction No. 7.  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will provide responses based on the information that is reasonably within their possession, custody, or control.

6.      The responses below shall not be interpreted to concede the truth of any factual assertion or implication contained in the Third Set of Interrogatories.  Plaintiffs' responses to the Third Set of Interrogatories in no way constitute admissions or acknowledgements by Plaintiffs as to the relevance, materiality, or admissibility of any of the information contained therein, and Plaintiffs expressly reserve their rights to object as such.

7.      Plaintiffs reserve the right to modify or supplement their objections and responses to the Third Set of Interrogatories to conform to the results of continuing discovery.  These responses also are subject to correction for omissions or errors.

8.      In providing responses to the Third Set of Interrogatories, Plaintiffs do not in any way waive or intend to waive, but rather are preserving and intend to preserve:

(i)      All objections as to competency, authenticity, relevancy, materiality and admissibility;

(ii)     All rights to object on any grounds to the use in any subsequent proceedings of any of the responses or information contained herein, including but not limited to the right to object at the trial of this or any other action;

(iii)    All objections as to vagueness and ambiguity; and

(iv)     All rights to object on any grounds to any further interrogatories.

9.      Plaintiffs object to the Third Set of Interrogatories to the extent that any Interrogatory's subparts, including those arising from Defendant's "Definitions" and "Instructions," actually constitute separate interrogatories, thereby exceeding the number of interrogatories permitted under Federal Rule of Civil Procedure 33(a)(1).

10.     Plaintiffs object to the Third Set of Interrogatories as premature to the extent that it asks or requires Plaintiffs to provide information that is the subject of expert disclosures under Federal Rule of Civil Procedure 26(a)(2).

11.     Plaintiffs object to the Third Set of Interrogatories to the extent that it is premature in that it asks or requires Plaintiffs to analyze or formulate contentions on matters for which Plaintiffs' investigation and discovery have not yet been completed.  The responses provided below are based on the investigation conducted to date and are without prejudice to any later supplementation, amendment, or modification.

12.     Plaintiffs objects to the Third Set of Interrogatories as overly broad to the extent that it defines the term "THOMSON REUTERS" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will construe this term to mean solely Thomson Reuters Enterprise Centre GmbH, and not any other person or entity.

13.     Plaintiffs objects to the Third Set of Interrogatories as overly broad to the extent that it defines the term "WEST" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will construe this term to mean solely West Publishing Corporation, and not any other person or entity.

14.     Plaintiffs objects to the Third Set of Interrogatories as overly broad to the extent that it defines the terms "YOU," "YOUR," and "PLAINTIFFS" to incorporate the definitions of

4

the terms "THOMSON REUTERS" and "WEST" and thus are defined to include Thomson Reuters Enterprise Centre GmbH's and West Publishing Corporation's "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on [their] behalf."  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will construe the terms "YOU," "YOUR," and "PLAINTIFFS" to mean solely Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, and not any other person or entity.

15.    Plaintiffs objects to the Third Set of Interrogatories as overly broad to the extent that it defines the terms "ROSS," "DEFENDANT," and "COUNTERCLAIMANT" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf."  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will construe these terms to mean solely ROSS Intelligence, Inc., and not any other person or entity.

16.    Plaintiffs object to the Third Set of Interrogatories as vague and ambiguous to the extent that it defines the term "DESCRIBE" using the capitalized term "Identifying."  It is unclear whether Defendant intended to incorporate the definition of the defined term "IDENTIFY," in which case the definition of the term "DESCRIBE" is nonsensical, or to give that word a separate definition.  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will construe the term "Identifying" as used in the definition of the term "DESCRIBE" with its ordinary meaning.

17.     Plaintiffs object to Instruction No. 6 to the extent it purports to impose obligations with regard to the production of privilege logs that differ from those required by the Federal Rules and Local Rules.  Plaintiffs will log information pursuant to the Protective Order.

18.     Plaintiffs object to Instruction Nos. 7 and 9 as vague and ambiguous to the extent that they use the undefined term "FOUNDATION."  For the purpose of responding to the Third Set of Interrogatories, Plaintiffs will construe that term to mean Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, and not any other person, entity, or foundation.

19.     Plaintiffs object to the Third Set of Interrogatories as overly broad and unduly burdensome to the extent that its Interrogatories do not specify timeframes and are thus unlimited as to time.

20.     Plaintiffs incorporate the foregoing General Objections into each and every one of its responses to the Third Set of Interrogatories as set forth below.

<u>RESPONSES AND OBJECTIONS TO INTERROGATORIES</u>

**INTERROGATORY NO. 14:**

State the number of HEADNOTES contained in WESTLAW.

**RESPONSE TO INTERROGATORY NO. 14:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent the term "contained in" is unclear and undefined.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information about headnotes and portions of Westlaw that are not at issue.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory to the extent that it is duplicative of other Interrogatories, including Nos. 1, 2, 9, 15, 16, and 17.  Plaintiffs object to this Interrogatory to the extent that it calls for confidential information, trade secrets, or proprietary business information.  Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case.  D.I. 48.

**<u> * BEGIN HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY DESIGNATION *</u>**

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Plaintiffs incorporate by reference their response to Interrogatory No. 1 as if fully set forth herein.  Plaintiffs further state that Westlaw is a live database that is regularly updated by Plaintiffs' attorney-editors to include, among other things, new headnotes created for recently published judicial opinions.  Thus, the total number of headnotes on Westlaw varies at any given

time.  As of April 2021, the total number of unique headnotes in Westlaw was approximately 28,799,500.  In the West Key Numbers from which ROSS copied, there are tens to hundreds of headnotes per West Key Number.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 15:**

State the number of HEADNOTES contained in WESTLAW that YOU created, when each HEADNOTES was created.

**RESPONSE TO INTERROGATORY NO. 15:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Interrogatory as vague and ambiguous to the extent the term "contained in" is unclear and undefined.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information about headnotes and portions of Westlaw that are not at issue.  Plaintiffs objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information concerning almost 29 million headnotes, which makes it exceedingly difficult to provide this information and is not proportional to the needs of the case.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory to the extent that it consists of two subparts and therefore actually constitutes two separate interrogatories.  Plaintiffs object to this Interrogatory to the extent that it is duplicative of other Interrogatories, including Nos. 1, 2, 9, 14, 16, and 17.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the

extent that the First Set of Interrogatories define the term "YOU" overly broadly as indicated in General Objection No. 14. Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that it requests information made unavailable by the passage of time. Plaintiffs object to this Interrogatory to the extent that it calls for confidential information, trade secrets, or proprietary business information. Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case. D.I. 48.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows: Plaintiffs incorporate by reference their response to Interrogatory Nos. 1 and 14 as if fully set forth herein. Certain state courts in Kansas, Nebraska, Ohio, Minnesota, and West Virginia create headnotes for some of their judicial opinions. In those instances, Plaintiffs typically revise the court's headnotes to fit Plaintiffs' style guidelines, as well as add Plaintiffs' own original headnotes to the opinion. In all instances, Plaintiffs select and arrange the headnotes in the Westlaw databases according to the choices of their attorney editors. Thus, all of the headnotes identified are created in the Westlaw database by Plaintiffs. Pursuant to 33(d), Plaintiffs incorporate by reference the Thomson Reuters Editorial Manual at TR-0002864–TR-0003137. West has been creating headnotes since at least as early as 1909.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 16:**

For each HEADNOTES [sic] identified in Interrogatory No. 15, state when each HEADNOTE was created and by whom.

**RESPONSE TO INTERROGATORY NO. 16:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither

relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information about headnotes and portions of Westlaw that are not at issue.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information concerning almost 29 million headnotes, which makes it exceedingly difficult to provide this information and is not proportional to the needs of the case. Plaintiffs object to this Interrogatory to the extent it misapprehends how copyright registration works.  Plaintiffs object to this Interrogatory to the extent that it consists of two subparts and therefore actually constitutes two separate interrogatories.  Plaintiffs object to this Interrogatory to the extent that it is duplicative of other Interrogatories, including Nos. 1, 2, 9, 14, 15, and 17. Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that it requests information made unavailable by the passage of time.  Plaintiffs object to this Interrogatory to the extent that it calls for confidential information, trade secrets, or proprietary business information.  Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case.  D.I. 48.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Plaintiffs incorporate by reference their response to Interrogatory No. 15 as if full set forth herein.  Plaintiffs further state that when newly published judicial opinions are added to Westlaw, headnotes are created for those opinions by Plaintiffs' attorney-editors as a part of Plaintiffs' rigorous editorial process.  Pursuant to Rule 33(d), Plaintiffs incorporate by reference a spreadsheet identifying West's attorney-editors at TR-0532519.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 17:**

State the number of HEADNOTES contained in WESTLAW that YOU registered for copyright protection.

**RESPONSE TO INTERROGATORY NO. 17:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Interrogatory as vague and ambiguous to the extent the term "contained in" is unclear and undefined.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information about headnotes and portions of Westlaw that are not at issue.  Plaintiffs objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information concerning almost 29 million headnotes, which makes it exceedingly difficult to provide this information and is not proportional to the needs of the case..  Plaintiffs object to this Interrogatory to the extent that it is duplicative of other Interrogatories, including Nos. 1, 2, 9, 14, 15, and 16.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that the First Set of Interrogatories define the term "YOU" overly broadly as indicated in General Objection No. 14.  Plaintiffs object to this Interrogatory to the extent that it seeks information that Defendant equally may otherwise obtain from public sources.

11

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Plaintiffs incorporate by reference their response to Interrogatory No. 15 as if full set forth herein.  Pursuant to Rule 33(d), Plaintiffs incorporate by reference the copyright registrations for the Westlaw database, which include the headnotes created by Plaintiffs' attorney-editors.  *See* TR-0033982–TR-0034560.  To protect Westlaw and the headnotes contained therein, Plaintiffs register the database with the United States every three months.  Thus, the headnotes are covered by the registrations for the period when the headnotes were created.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 18:**

Identify the specific U.S. Copyright Registration Numbers for each HEADNOTE identified in Interrogatory No. 17.

**RESPONSE TO INTERROGATORY NO. 18:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information about headnotes and portions of Westlaw that are not at issue.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory to the extent that it seeks information that Defendant equally may otherwise obtain from public sources.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Plaintiffs incorporate by reference their responses to Interrogatory No. 17 as if fully set forth herein.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 19:**

Identify each and every KEY NUMBER in the WKNS, including when each and every KEY NUMBER was created and by whom.

**RESPONSE TO INTERROGATORY NO. 19:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information about key numbers and portions of Westlaw that are not at issue.  Plaintiffs object to this Interrogatory to the extent that it consists of three subparts and therefore actually constitutes three separate interrogatories.  Plaintiffs object to this Interrogatory to the extent that it is duplicative of other Interrogatories, including Nos. 3, 5, 10, and 11.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that it requests information made unavailable by the passage of time.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory to the extent that it seeks information that Defendant equally may otherwise obtain from public sources.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond

as follows:  Plaintiffs incorporate by reference their supplemental response to Interrogatory No. 1.

Pursuant to Rule 33(d), Plaintiffs direct ROSS to the webpage on Westlaw titled "West Key

Number System," which includes links to the pages reflecting the entire WKNS.  The main "West

Key Number System" webpage can be easily found by navigating to the Westlaw homepage and

clicking on "Key Numbers" (if using Westlaw Classic) or "Topics & Key Numbers" (if using

Westlaw Edge) under the "Content types" tab.  Plaintiffs also incorporate by reference documents

produced in this Litigation reflecting the West Key Number System.  *See, e.g.,* TR-0179847–TR-

0179854.  Finally, Plaintiffs incorporate by reference the cases containing the headnotes and Key

Numbers associated therewith that LegalEase copied at ROSS's direction, which can be found at

TR-0523445–TR-0908412.  Plaintiffs further note that all Westlaw headnotes are organized by

and contained within the West Key Number System.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further

supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 20:**

For each customer who paid any amount to YOU for access to WESTLAW CONTENT at
any time, IDENTIFY the total amount that customer paid YOU over all time, the amount that
customer paid you on an annual basis, and the products and/or services for which that customer
paid those amounts, and state whether YOU contend that customer also became a customer of
ROSS at any time.

**RESPONSE TO INTERROGATORY NO. 20:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth

herein.  Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent

that the terms "customer," "customer of ROSS," and "on an annual basis" are unclear and

undefined.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is

neither relevant to any claim or defense of any party in this Litigation nor is it proportional to the needs of the case, including because it seeks information that is beyond the needs of the case, including confidential information about customers who are not at issue.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that it requests information made unavailable by the passage of time.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory to the extent that it consists of four subparts and therefore actually constitutes four separate interrogatories.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that the First Set of Interrogatories define the term "YOU" overly broadly as indicated in General Objection No. 14.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that the First Set of Interrogatories define the term "ROSS" overly broadly as indicated in General Objection No. 15.  Plaintiffs object to this Interrogatory to the extent that it calls for confidential information, trade secrets, or proprietary business information.  Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case.  D.I. 48.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Pursuant to Rule 33(d), Plaintiffs incorporate by reference a spreadsheet reflecting LegalEase's use of Westlaw from January 2017 to January 2018, including how much LegalEase paid and the value of the content LegalEase was able to extract from the Westlaw database.  *See* TR-0836004.  This document also reflects the usage of all other corporate customers using the same products as LegalEase from January 2017 to January 2018, including the total number of such customers, the value of the content they accessed, and the amount they paid.  *Id*.  Pursuant to

Rule 33(d), Plaintiffs incorporate by reference a document showing the cost of out-of-plan Westlaw usage, which shows the value of Westlaw content when obtained without a license that covers that material.  *See* TR-0894151–TR-0894157.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery.

**INTERROGATORY NO. 21:**

Describe in detail the complete legal and factual bases for all damages to which PLAINTIFFS contend they are entitled. To be complete, your answer must describe each category of damages to which PLAINTIFFS contends they are entitled (including, for example, reasonable royalty, lost profits, price erosion, convoyed or collateral sales, or any other form of damages); all theories of recovery under each category and all factual support for each such theory; and your computation of damages under each category.

**RESPONSE TO INTERROGATORY NO. 21:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein.  Plaintiffs object to the request as premature and better suited for a damages expert report; Plaintiffs therefore expressly reserve the right to supplement, clarify, revise, or correct any or all responses to the request, and to assert additional objections or privileges, in one or more subsequent supplemental response(s) in accordance with the time period for exchanging expert reports set by the Court.  Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrases "price erosion" and "convoyed or collateral sales" are unclear and undefined.  Plaintiffs object to this Interrogatory as overly broad, unduly burdensome, and premature to the extent that it asks Plaintiffs to "[d]escribe in detail the complete legal and factual bases for all damages to which PLAINTIFFS contend they are entitled," without limitation and note that discovery is still ongoing.  Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient,

efficient, practical, and less burdensome.  Plaintiffs object to this Interrogatory as overly broad and unduly burdensome to the extent that the First Set of Interrogatories define the term "PLAINTIFFS" overly broadly as indicated in General Objection No. 14.  Plaintiffs object to this Interrogatory to the extent that it calls for confidential information, trade secrets, or proprietary business information.  Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case.  D.I. 48.  Plaintiffs object to this Interrogatory to the extent it exceeds the number of interrogatories permitted under Federal Rule of Civil Procedure 33(a)(1).

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:  Plaintiffs incorporate by reference their supplemental response to Interrogatory No. 1 as if fully set forth herein.  Plaintiffs further state that, pursuant to 17 U.S.C. § 504, they are entitled to actual damages resulting from ROSS's infringement of Plaintiffs' copyrights, including but not limited to lost licensing fees.  In particular, Plaintiffs are entitled to recover the amount that ROSS would have paid Plaintiffs to license the use of the copyrighted content at issue at the time of the infringement.

The price of each piece of content in the Westlaw databases is set by Westlaw's "Pricing Guidelines for Corporate Plans" (the "Price Guide").  This is referred to as the pro forma value of the content.  The Price Guide in place at the time of ROSS's infringement was produced to ROSS at TR-0894151–TR-0894157 and is incorporated by reference pursuant to Rule 33(d). Plaintiffs' corporate customers, including LegalEase, regularly pay the pro forma value of the Westlaw content they copy.  Plaintiffs contend that they are entitled to at least the pro forma value of the content that ROSS induced LegalEase to copy as part of the bulk memo project for ROSS.  The total pro forma value of this content, $23,150,200.32, is reflected in a spreadsheet showing LegalEase's usage of the Westlaw platform, incorporated by reference pursuant to Rule 33(d) and

produced to ROSS at TR-0836004.  Had ROSS not surreptitiously used LegalEase to gain access to Westlaw and acquire the training data ROSS needed, as a hypothetical willing buyer ROSS would have had to pay Plaintiffs, as the hypothetical willing seller, at least the pro forma value of the content that LegalEase copied.  To be clear, Plaintiffs have a policy of not licensing content to competitors, and would not have agreed to license any content to ROSS under any circumstances.

Plaintiffs also state that the value of the copyrighted content is reflected in a number of different documents discussing the benefits and value of Westlaw, which are incorporated by reference pursuant to Rule 33(d) and were produced to ROSS at TR-0179887; TR-0179889; TR-0179885;  TR-0179877;  TR-0179884;  TR-0179863–TR-0179866;  TR-0179838–TR-0179842; TR-0179876; TR-0179830–TR-0179837; TR-0179867–TR-0179869; TR-0179843–TR-0179846.

Plaintiffs further state that they are entitled to a disgorgement of ROSS's profits attributable to ROSS's copyright infringement, the infringement it directed LegalEase to commit, and ROSS's interference with Plaintiffs' contract with LegalEase.  The training data that ROSS used to develop its algorithms and create its competing legal research platform was derived from, and created by copying, Plaintiffs' copyrighted materials.  To allow ROSS to keep profits that it made by infringing Plaintiffs' copyrights, directing LegalEase to infringe Plaintiffs' copyrights, and interfering with Plaintiffs' contracts would be unjust enrichment.  Pursuant to Rule 33(d), Plaintiffs incorporate by reference ROSS's Consolidated Financial Statements, ROSS's monthly income statement from July 2017 and 2018 projected financial information as evidence of ROSS's gross revenues.  *See* ROSS-003278267;  ROSS-003385440;  ROSS-003383658;  ROSS-003384058; ROSS-003384059.  ROSS has not yet produced up-to-date financial information, so to the extent ROSS made any additional revenue after this period, Plaintiffs expect to be able to recover those as well.

Plaintiffs are also entitled to recover statutory damages of $150,000 per work, as ROSS's infringement was willful.  *See* 17 U.S.C. § 504(c).  ROSS created 50,000 memos, making the statutory damages in this case as high as $7,500,000,000.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery, particularly as this Interrogatory is premature in that it requires or asks Plaintiffs to provide information that is subject to expert disclosures under Federal Rule of Civil Procedure 26(a)(2).

## FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 21 (APRIL 21, 2022)

Plaintiffs incorporate by reference the above-stated General and Specific Objections and February 24, 2022 response as if fully set forth herein.  Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs responds as follows:

As stated in their February 24, 2022 response, Plaintiffs are entitled to (i) actual damages, (ii) disgorgement of profits, and (iii) statutory damages.  With regard to disgorgement of profits, Plaintiffs incorporate by reference additional documents produced by ROSS purportedly showing ROSS's financial information up until June 2020, including ROSS's consolidated financial statements, income statements, and projected financial information, as further evidence of ROSS's gross revenues.  *See* ROSS-009494331, ROSS-010300426, ROSS-009668639, ROSS-010318459, ROSS-009721064, ROSS-010364506; ROSS-003278267, ROSS-003278045, ROSS-010221960, ROSS-010221959, ROSS-010323324, ROSS-010323272, ROSS-009725908, ROSS-009725864, ROSS-010323194, ROSS-010323018, ROSS-009725677, ROSS-009725675, ROSS-009725612, ROSS-009725605, ROSS-010322928, ROSS-010322920, ROSS-010322919, ROSS-009725538, ROSS-009725534, ROSS-009725472, ROSS-010322787, ROSS-009725466, ROSS-009725036, ROSS-010322631, ROSS-010322551, ROSS-009724983, ROSS-010322513, ROSS-

010322423, ROSS-010322390, ROSS-010322226, ROSS-009724653, ROSS-009724635, ROSS-010321970, ROSS-010321701, ROSS-009724328, ROSS-010321557, ROSS-010321554, ROSS-010321552, ROSS-010321551, ROSS-009724273, ROSS-009724002, ROSS-009724001, ROSS-010321322, ROSS-010321321, ROSS-010321010, ROSS-009723513, ROSS-010320799, ROSS-010320798, ROSS-010320776, ROSS-010320775, ROSS-010320773, ROSS-009723321, ROSS-010320665, ROSS-009723190, ROSS-009723181, ROSS-010320544, ROSS-009723167, ROSS-010320363, ROSS-009722867, ROSS-010320219, ROSS-010320092, ROSS-009722810, ROSS-010320024, ROSS-009722781, ROSS-009722699, ROSS-010320005, ROSS-010319997, ROSS-009722606, ROSS-010319914, ROSS-009722349, ROSS-010319771, ROSS-010319595, ROSS-009722081, ROSS-010319520, ROSS-010319517, ROSS-009722034, ROSS-009722028, ROSS-009721539, ROSS-009721525, ROSS-009721522, ROSS-009721521, ROSS-010318686, ROSS-010318684, ROSS-009721139, ROSS-009721138, ROSS-009721062, ROSS-010318448, ROSS-009720977, ROSS-010318437, ROSS-010318435, ROSS-010318431, ROSS-009720945, ROSS-010316866, ROSS-010316865, ROSS-010306690, ROSS-010306683, ROSS-009705710, ROSS-009705518, ROSS-010300433, ROSS-009698876, ROSS-010300416, ROSS-010300415, ROSS-010300414, ROSS-010292067, ROSS-010292064, ROSS-010291962, ROSS-010291961, ROSS-009690394, ROSS-009690393, ROSS-010291541, ROSS-009688583, ROSS-010290089, ROSS-009688516, ROSS-010279751, ROSS-009677267, ROSS-010279547, ROSS-009676660, ROSS-009676260, ROSS-009676258, ROSS-010278634, ROSS-009676233, ROSS-009676232, ROSS-009675875, ROSS-009668796, ROSS-009668688, ROSS-010271702, ROSS-010271701, ROSS-009668640, ROSS-010271696, ROSS-009668638, ROSS-010271649, ROSS-010270844, ROSS-010270585, ROSS-009667620, ROSS-009667571, ROSS-009666105, ROSS-010268840, ROSS-009664862, ROSS-010268031, ROSS-010265185, ROSS-009661179, ROSS-010264450, ROSS-

009660815, ROSS-010264083, ROSS-009660296, ROSS-009659609, ROSS-009659437, ROSS-009659301, ROSS-009659108, ROSS-010262295, ROSS-010262269, and ROSS-009503144.

With regard to statutory damages, as discussed in Plaintiffs' February 24, 2022 response, Plaintiffs contend that they are entitled to recover statutory damages totaling $150,000 per work that was infringed by ROSS because ROSS's copyright infringement was willful.  As discussed in Plaintiffs' response to ROSS's Interrogatory No. 1, Plaintiffs have learned additional details concerning ROSS's infringement that better enable them to quantify the number of works that have been infringed in this case.  Specifically, Plaintiffs have determined that there are approximately 25,000 unique memos that have been produced in this litigation, which accounts for duplicates and derivatives among the over 122,000 memos that were produced by ROSS, LegalEase, and Morae Global.  This is consistent with the number of memos that ROSS admits to having received from LegalEase.  *See* ROSS's Supplemental Response to Plaintiffs' Interrogatory No. 11, pg. 63.  Indeed, at least one document produced by ROSS in this litigation suggests that the true number of memos is more than 25,000.  In particular, ROSS noted that it used "25,539 Q&A pairs from which [it] extracted 151,695 labels for cases mapped to a practice area."  *See* ROSS-003419784-ROSS-003419786.

As explained in Plaintiffs' responses to Interrogatory No. 1, to create each of the 25,000 memos for ROSS, LegalEase and its subcontractor, Morae Global, accessed Westlaw after losing the benefit of LegalEase's license and willfully infringed far more than 25,000 works containing West's editorial enhancements.  In particular, LegalEase and Morae Global would (1) navigate to the West Key Number System, (2) click on a Digest Topic, (3) click on a sub-topic and then a Key Number within that sub-topic, (4) open a case listed under that Key Number, (5) paraphrase the headnote listed under that Key Number to create the memo question, (6) follow the link for the

copied headnote to the portion of the case that West's attorney-editors identified as relevant to the copied headnote, (7) listed the case and passage that West's attorney-editors identified as a "great" quote; and (8) used Westlaw in various ways to identify the remaining quotes for the memos, including following KeyCite links, using Westlaw's search functionality, etc.  *See* LEGALEASE-00078065-LEGALEASE-00078083; *see also* Plaintiffs' Responses to ROSS's Interrogatory No. 1.

Based on Plaintiffs' current estimates, to create the approximately 25,000 memos at issue, LegalEase and its subcontractor copied at least 45,016 editorially-enhanced judicial opinions, representing the cases cited in the memos from which LegalEase derived a "good" or "great" quote. That said, the true number of cases that LegalEase and its contractor accessed outside the scope of the license far exceeds that number.  Using the pro forma value of the post-1945 federal and state cases that LegalEase viewed, LegalEase and its subcontractor copied approximately 395,258 cases while completing the bulk memo project on ROSS's behalf and at their direction and control.  *See* TR-0836004.

Each of the over 45,000 cases that LegalEase and its contractors copied to identify as great or good quotes in the memos has been produced, and are incorporated herein by reference pursuant to Rule 33(d).  Each time LegalEase clicked on a case on Westlaw, it copied a myriad of protectable content without the benefit of a license to that content.  This included West Headnotes, Key Numbers, original synopses, and other editorial enhancements, ***verbatim***. One such case that LegalEase copied as part of the bulk memo project is, *Ziober v. BLB Resources, Inc*., 839 F.3d 814 (9th Cir. 2016).

As shown below in the red circles, this case is accompanied by significant editorial enhancements, all of which were copied.



And all of these cases were accessed and copied without the benefit of a license from Plaintiffs because LegalEase violated its license agreement, thereby losing any benefit to display and reproduce the cases it had thereunder.  In particular, it lost the benefit of its Westlaw license when it (1) accessed and used Westlaw on ROSS's behalf for purposes of creating a competing legal research platform, and (2) copied and distributed to ROSS Plaintiffs' copyrighted content, including West Headnotes, portions of the WKNS, Plaintiffs' original selection and arrangement, and other editorial enhancements.

Ultimately, even assuming that LegalEase copied only one case with editorial enhancements per memo, which is a significant underestimate, Plaintiffs are entitled to at least $3,750,000,000 in statutory damages, reflecting at least 25,000 works that were directly infringed,

for which ROSS is vicariously and contributorily liable.  This does not even take into account ROSS's extensive and egregious direct infringement.

Plaintiffs' discovery efforts in this case are ongoing, and they reserve the right to further supplement this response in light of facts learned during discovery, particularly as this Interrogatory is premature in that it requires or asks Plaintiffs to provide information that is subject to expert disclosures under Federal Rule of Civil Procedure 26(a)(2).

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 21 (JUNE 9, 2022)**

Plaintiffs incorporate by reference the above-stated General and Specific Objections and February 24, 2022, and April 21, 2022 responses as if fully set forth herein.  Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs responds as follows:

As Plaintiffs stated in their First Supplemental Response to Interrogatory No. 21 (April 21, 2022), the price of each piece of content in the Westlaw databases that LegalEase accessed on ROSS's behalf is reflected in Westlaw's "Pricing Guidelines for Corporate Plans" (the "Price Guide"), which was produced to ROSS at TR-0894151–TR-0894157 and is incorporated by reference pursuant to Rule 33(d).  The prices listed in the Price Guide, which are referred to as the pro forma value of the content (and occasionally "ancillary charges"), were in place at the time LegalEase's and ROSS's infringement began.  During the relevant period of infringement, LegalEase also contracted with West for additional Westlaw credentials.  Subsequently, LegalEase's access to Westlaw was governed by the prices reflected in "Schedule A," which was attached to the Order Forms that LegalEase signed.  Documents reflecting the subsequent Schedule A pricing were produced to ROSS at TR-0002846-TR-0002849 and are incorporated by reference pursuant to Rule 33(d).  The spreadsheet showing LegalEase's usage of the Westlaw platform, incorporated by reference pursuant to Rule 33(d) and produced to ROSS at TR-0836004, reflects

the operative pricing in place during the relevant period of infringement.   Based on these documents, and as previously stated above, the total pro forma value of the content copied by LegalEase for ROSS is $23,150,200.32.

**<u>*END OF HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY DESIGNATION*</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Daniel E. Laytin
Christa C. Cottrell
Cameron Ginder
Alyssa C. Kalisky
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

June 9, 2022

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, copies of the foregoing were caused to be served upon

the following in the manner indicated:

David E. Moore, Esquire                                    *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                    *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                                *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

# EXHIBIT 21

## Differences that matter

# All Primary Law Library

The Westlaw® All Primary Law Library combines all federal and state primary law into a single, integrated legal research tool.

- 50-State Case Law – appellate and trial court cases, includes the District of Columbia, Puerto Rico, Guam and the Virgin Islands
- 50-State Statutes (annotated) – with documents passed by state legislative bodies
- 50-State Administrative Codes and State Administrative, Executive and Municipal Materials – includes administrative regulations and registers, attorney general opinions, insurance bulletins and administrative decisions on securities, environmental and workers' compensation matters
- Federal Case Law – includes U.S. Supreme Court, U.S. Courts of Appeals, U.S. District Courts and specialized case law
- *United States Code Annotated*® – includes Titles 1-50, the Constitution, federal court rules, and notes of decisions for current coverage of cases construing and applying federal statutory law
- CFR and *Federal Register* – along with other federal administrative and executive materials

And it's integrated with KeyCite®, the next-generation citator service as current as Westlaw itself.

## Full-Text Plus™ editorial enhancements

### ■ WEST KEY NUMBER SYSTEM

The West Key Number System® classifies American law into more than 400 topics – 100,000 subtopics – accelerating your research by directing you to specific points of law.

### ■ CASE SYNOPSES AND HEADNOTES

West case synopses and headnotes consolidate and summarize the facts, issues, procedural history, holdings and disposition of a decision. As a result, a Westlaw search can retrieve relevant cases that an opinion-only search *might miss.*

## Research that's fast, efficient and accurate

### ■ PLAIN-ENGLISH SEARCHING

Enter a description of your issue in standard English to retrieve the documents most closely matching the concepts in your description.

### ■ KEY NUMBER SEARCHING

On Westlaw, specialists assign a Key Number *to every point of law* based upon the concepts discussed within the case. Using this Key Number information in searches substitutes highly precise terminology for often ambiguous language. And finding just one case on-point leads directly to others – in any jurisdiction.

## KeyCite citation research service

KeyCite includes citations to 4M reported cases, 20M headnotes, and 1M unpublished decisions. Plus, citations to USCA®, CFR, statutes for all 50 states, over 600 law reviews, ALR®, Am Jur®, Wright & Miller, administrative materials, jurisprudences and more.

## Integrated with Westlaw StatutesPlus™

Westlaw StatutesPlus on westlaw.com® offers you timesaving ways to find, verify, read and interpret federal and state statutes.

- Finding tools in one place – indexes, popular name tables, tables of contents, pre-formatted citation templates, and word searches
- Statutes are self-documenting with KeyCite® status flags, while KeyCite citing references reveal the sources citing your statute
- Clean, readable display – Book-like white space and indents
- Relevant links for a 360° view of your statute – Link to related documents on Westlaw for faster interpretation, including cases, analysis, legislative history, law reviews, statutes, administrative codes, Key Numbers and more.

## Comfortable online experience

- Mirrors the books in a clean, readable presentation
- Streamlined two-tab model for all document types
- Millions of links to related documents



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01928915

# Selected Coverage

**KEYCITE ALL**

**ALL PRIMARY LAW**

**ALL ANALYTICAL LIBRARY**

**WESTLAW LIBRARY JURY VERDICTS**

**FEDERAL MATERIALS**

**FEDERAL LEGISLATIVE MATERIALS**

United States Code

United States Code Annotated

USCA Table of Contents

USCA General Index

USCA Popular Name Table

USCA Tables

Federal Register since July 1980

Code of Federal Regulations  United States Public Laws

Historical United States Public Laws since 1973

Federal Court Rules

Federal Court Orders

Congressional Record since 1985

United States Code Legislative History since 1948

Federal Acquisition Regulations

Federal Sentencing Guidelines

Federal Rules of Practice & Procedure Advisory Committee Minutes

**FEDERAL CASE LAW**

U.S. Supreme Court cases since 1790

U.S. Courts of Appeals cases since 1891

U.S. District Courts cases since 1789

Federal Bankruptcy Courts since 1979

Federal Claims Courts cases since 1856

Military Appeals Courts since 1951

U.S. Court of Veterans Appeals cases since 1989

U.S. Tax Court cases since 1924

**FEDERAL ADMINISTRATIVE MATERIALS**

Materials from more than 100 federal administrative sources, including federal agency decisions

United States Attorney General opinions since 1791

United States Department of Agriculture decisions since 1977

United States Department of Education decisions since 1987

Comptroller General decisions since 1921

U.S. Office of Government Ethics opinions since 1979

**STATE MATERIALS**

(for available states, plus the District of Columbia, Puerto Rico and the Virgin Islands)

**STATE LEGISLATIVE MATERIALS**

State Statutes

Table of Contents service for state statutes

State statutes general index

State court rules

State legislative service

**STATE CASE LAW**

State Supreme Court cases

Appellate Court Cases

Selected Trial Court Cases

**STATE ADMINISTRATIVE MATERIALS**

State Attorney General opinions

State administrative decisions for all 50 states

State administrative code indexes  (NJ, NY, OH, TX)

State administrative registers (DC, DE, IL, LA, NC, NJ, TX)

State insurance administrative codes for all 50 states

State insurance bulletins for 49 states (except RI) and PR

State taxation cases and administrative materials for 33 states

State securities administrative decisions for 31 states

State environmental administrative decisions for 33 states

Public Employee Reporters (CA, FL, IL, IN, MI, NJ, NY, OH, PA)

Public Employee Reporters (CA, FL, IL, IN, MI, NJ, NY, OH, PA)

Workers' compensation administrative decisions to 26 states

**MUNICIPAL MATERIALS**

Municipal Code and Charter for:

• Denver, Colorado

• Minneapolis, Minnesota

• St. Paul, Minnesota

• Kansas City, Missouri

• New York City, New York

• Charlotte, North Carolina

• Raleigh, North Carolina

• San Antonio, Texas

• Spokane, Washington

**CITATION RESEARCH SERVICE**

KeyCite® for state and federal case law, statutes and regulations

**WEST GROUP EXCLUSIVES**

KeySearching™ and the Key Number Service

**CASE LAW ENHANCEMENTS:**

Synopsis and headnotes containing additional search terms

Statutory enhancements: notes of decisions, historical notes and cross-references

KeyCite® citation research service

WIN (Westlaw is Natural) plain-English searching

Click west.thomson.com
or call **1-800-762-5272**

© 2004 West Group  L-000000/1-04
Trademarks used herein under license.



TRCC-01928916

# EXHIBIT 22



# Why Westlaw Classic?

**Westlaw® Classic is the industry's most preferred online legal research service.** With Westlaw Classic, you can find the legal information you are looking for quickly and confidently so you can build the strongest argument possible.



TR-0432528

# Why Westlaw Classic? Commitment to accuracy.

## KeyCite

20 years ago, KeyCite® emerged as the industry's most complete, accurate, up-to-the-minute citation service. You can use it to instantly verify whether a case, statute, regulation, or administrative decision is still good law.

### Most Negative Treatment Citation

Save time by having the most important information available immediately. **The Most Negative Treatment Citation** provides critical details about the negative treatment that generated a red or yellow KeyCite flag, right on the face of the document. And our editorial systems ensure the information you are relying on is accurate and up to date.

### Graphical KeyCite

Graphical KeyCite® traces a case through the appellate process and puts every reversal, rehearing, reconsideration, or other case proceeding into context.

Graphical KeyCite displays the direct history of a case with each court decision referenced in a box at the appropriate court level (U.S. Supreme Court, State High Court, Intermediate Court, or Trial Court). The connecting arrows clarify the route of the case through the courts.

### Inline KeyCite flags

You can choose to have **inline KeyCite flags** appear within a case or brief to show the most negative treatment within the document. You can even include inline KeyCite flags when delivering (printing or emailing) a case or brief.

### Federal Notice of Appeal KeyCite flag

The blue-striped flag indicates when a case has an appeal pending in federal court. KeyCite is the only citator service that provides federal appeals notification. This flag is fully integrated with dockets. A link to the docket appears atop the case for investigation. You can also set up a KeyCite Alert to monitor the case. The blue-striped flag:

- Warns that the case has been appealed to the U.S. Court of Appeals or the U.S. Supreme Court

- Appears in the results list and at the top of a case; also in the History tab and Graphical KeyCite

- Is neutral and won't appear in the Negative Treatment tab

- Is removed when a decision is reached by the reviewing court

  



*Inline KeyCite flags appear within a case or brief to show the most negative treatment within the document.*

## KeyCite Alert

Easily monitor new information affecting the status of your case, statute, regulation, or administrative decision and stay on top of late-breaking changes. **KeyCite Alert** automatically sends you updates when a document's KeyCite information changes, at whatever frequency you specify.

### Tax subsections

Filter KeyCite citing references down to specific **subsections of federal tax statutes and regulations**. This functionality is exclusive to Title 26 of the USCA® and CFR.

### Graphical Statutes

Graphical Statutes® present an easy-to-read, interactive timeline that identifies every change to a statute and links to the documents that contributed to or affected that change.

Graphical Statutes include:
• Enacting and amending public laws and session laws
• Legislative history materials (e.g., bill drafts, reports, journals, and the Congressional Record)
• Cases that negatively impact the statute
• Prior versions of the statute
• Legislation that has been enacted but has not yet been codified

## Court corrections

Our **editorial process** ensures that every arriving case is thoroughly checked for accuracy before it's posted to Westlaw Classic. Our attorney-editors work closely with the courts to identify and correct errors ranging from erroneous citations to misspellings to substantive factual and legal inaccuracies.



*Graphical Statutes present an easy-to-read, interactive timeline that identifies every change to a statute, plus more.*

# Why Westlaw Classic? Broader coverage.

## Market-leading content

Westlaw Classic provides superior resources to help you build the strongest possible argument.

### Primary Law

Westlaw Classic offers a comprehensive collection of state and federal caselaw, statutes, regulations, court rules, and administrative materials.

You get exclusive online access to the **National Reporter System®** and the most current **caselaw** content, with rulings from the U.S. Supreme Court typically published online within five minutes of the decision. All other cases post within a few hours to a few days of receipt.

Westlaw Classic provides full coverage of **statutes and regulations** covering all 50 states, the District of Columbia, and other territories, as well as the most comprehensive **Annotated CFR** and exclusive access to the **USCA**. No other service offers a **statute index** in all 50 states and the District of Columbia, making it easy to find the law you need, even if you are unsure of the exact language.

### Exclusive analytical materials

Access the industry's most well-respected analytical content. No other legal research provider offers the complete **ALR®** (American Law Reports) series, which is one of the leading research and case-finding tools. Westlaw Classic also has an unparalleled collection of top analytical resources, such as **Wright & Miller Federal Practice and Procedure®**, **C.J.S.®** (Corpus Juris Secundum®), **COA®** (Causes of Action), the complete **Am Jur®** Library, the complete **Restatements of the Law**, and more. With thousands of treatises, journals, and authoritative texts for the legal profession, you can be confident that you'll find all of the information you need.

### Litigation documents

Access the most comprehensive online collection of litigation materials including pleadings, motions, and memoranda for all 50 states, state and federal appellate briefs, trial court orders, expert testimony, and much more. Many Westlaw Classic resources are designed specifically for litigators, offering relevant content to help you at every step of the litigation process.



**CONFIDENTIAL**

# Why Westlaw Classic?
# Better organized and connected.

## Attorney-editor enhancements

Our bar-admitted expert attorney-editors analyze, categorize, and summarize the law and build tools to help researchers understand the law and find on-point materials quickly.

### West Key Number System

The West Key Number System® is the de facto classification system for all American law. Thomson Reuters® attorney-editors index cases under more than 400 topics and 100,000  points of law, allowing you to quickly find other cases that address your exact point of law in any jurisdiction. Topic and Key Numbers also help you find cases stating or applying a legal concept, even if those terms aren't in the opinion.

### Thomson Reuters headnotes

We summarize the points of law within a case in a headnote that either lays out the blackletter law or applies the law to the facts of the case – making it easier to review the key issues of an opinion. Each year, we categorize roughly 450,000 headnotes into the Key Number System. We also incorporate legal synonyms, acronyms, generic names, terms of art, and the legal relationship of the parties into head - notes, so your searches can retrieve on-point cases that you may otherwise miss.

### Thomson Reuters annotations and indexes

Our comprehensive collection of state and federal annotated statutes and the industry's most comprehensive annotated CFR make the law easier to find and interpret. Our notes of decisions (or "annotations") provide summaries of important cases interpreting a statute, for the full picture of how the courts construe and apply the statute. Searching annotated statutes and regulations will retrieve relevant documents that a text-only search might miss.

Westlaw Classic is also the only online provider of alphabetical indexes for statutes in all 50 states and the District of Columbia, USCA, and the CFR. With 20 million references categorized by topic, our online indexes provide quick links to the most relevant statutes and regulations – without having to run a search.

## Search engine designed for law

WestSearch® was developed in-house by top lawyers, technologists, and scientists who understand the nuances of the law and the important connections that need to be made for meaningful research.

Our editorial excellence is at the heart of WestSearch – tools like the Key Number System, KeyCite, headnotes, notes of decisions, proprietary indexes, and leading publications like American Law Reports (ALR), American Jurisprudence (Am Jur), Corpus Juris Secundum (C.J.S.), and Causes of Action (COA).

WestSearch combines market-leading content with advanced search technology to deliver the best results – including relevant documents that use **phrasing different from your query.** You'll find what you need in minutes, not hours.



*The global search box, powered by WestSearch, appears at the top of every page on Westlaw Classic.*

# Why Westlaw Classic? Complete your research faster.

## More enhancements

We continually invest in Westlaw Classic so you have the most advanced legal technology at your fingertips. Accelerate and optimize your legal research with the latest enhancements to Westlaw Classic.

### Westlaw Answers

Provides specific answers to common types of legal questions, plus the ability to click on links to authoritative court decisions. A type-ahead display allows you to quickly view questions with the answers shown above your research results.

### Research Recommendations

Ensures accurate and thorough research by presenting legal issue-patterns in your document interactions, and by finding additional relevant documents and Key Numbers recommended from editorial tools and common usage patterns.

### Snapshots

Helps you to zero in on related search information by retrieving background history on attorneys, judges, experts, companies, and select popular statutes. Simply click on a linked name to access more detailed information in Profiler, Company Investigator, and Statutes.

### Folder Analysis

Ensures you're considering every issue by identifying legal issues present through automatic analysis of cases in a folder. You can then view additional recommended cases, see as visual representation of issues, and navigate documents by issue.

### Research Report

Creates a professional report summarizing research in your folder. Use Table of Contents links to navigate your report and jump to links available. You can also display all annotations including shared notes, edit notes from the summary screen, and Copy with Reference. Easily share your report by email, print, download or send via Dropbox.

### Shared Notes

Bring your colleagues up to speed and easily collaborate with Shared Notes. You can share inline or document-level notes, or with a single click you can share all your notes.

## Access anytime, anywhere

Westlaw Classic mobile technology gives you crucial flexibility, so your research is ready when you are.

### Westlaw mobile app for iPad® and iPhone®

With the award-winning Westlaw mobile app, research begun in one place can be continued on any device – anytime, anywhere – even offline.

## Integrated workflow

Westlaw Classic offers more than just traditional legal research. You can also access other legal tools and resources, such as:

### Westlaw Today

Powered by Reuters®, Westlaw Today provides timely and comprehensive news and exclusive analysis so you can know what happened and why it matters. By bringing together best-in-class legal content and award-winning journalism, you can confidently keep up with the latest developments and reinforce your value to clients.

### Public records

While other public records research tools require you to go to multiple links to find what you're looking for, PeopleMap is on Westlaw Classic, so everything you need is in one place. You can do a global search from the Westlaw Classic homepage, or use one of 25 search templates – so you have the freedom to personalize your research for the way you work best.

### Practical Law

Integrated with Westlaw Classic, Practical Law provides the legal know-how needed to practice law more efficiently. Practical Law goes beyond primary law and traditional legal research to give lawyers a better starting point by offering standard documents, checklists, legal updates, how-to guides, and more – created and continuously maintained by our 230+ expert attorney-editors.

*iPad and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries.*

**Visit us at WestlawEdge.com**

For more information please contact your sales representative.


THOMSON REUTERS®

© 2021 Thomson Reuters  L-373938/2-21

CONFIDENTIAL

TR-0432533

# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) | |
| | ) | |
| Plaintiffs/Counterdefendants, | ) | C.A. No. 20-613-SB |
| | ) | |
| v. | ) | **HIGHLY CONFIDENTIAL –** |
| | ) | **ATTORNEYS' EYES ONLY** |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

**PLAINTIFFS/COUNTERDEFENDANTS THOMSON REUTERS ENTERPRISE CENTRE GMBH AND WEST PUBLISHING CORPORATION'S RESPONSES TO DEFENDANT/COUNTERCLAIMANT, ROSS INTELLIGENCE INC.'S FIRST SET OF COUNTERCLAIM INTERROGATORIES (NOS. 22-28)**

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the District of Delaware (the "Local Rules" and each a "Local Rule"), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively "Plaintiffs"), hereby supplement their responses to Defendant and Counterclaimant ROSS Intelligence Inc.'s ("Defendant") First Set of Counterclaim Interrogatories (Nos. 22-28), served on April 11, 2023 (the "Interrogatories" and each individually, an "Interrogatory") in the above-captioned action ("Action") as follows:

**GENERAL OBJECTIONS**

1.   Plaintiffs object to the Interrogatories to the extent that it purports to impose obligations beyond those set forth in the Federal Rules of Civil Procedure, the Local Rules, or other applicable law.

2.   Plaintiffs object to the Interrogatories to the extent that it seeks proprietary or confidential business information, trade secrets or other sensitive information. To the extent that the response to any Interrogatory requires the disclosure of any non-privileged proprietary or confidential information, trade secrets or other sensitive information, Plaintiffs will provide such information subject to the Protective Order so ordered by the Court in this case. D.I. 48.

3.   Plaintiffs object to the Interrogatories to the extent that it seeks information that is subject to the attorney-client privilege, the work product privilege, or any other applicable privilege or protection under federal or state law. Plaintiffs do not waive, intend to preserve, and are preserving any such privilege with respect to any information protected by such privilege.

4.   The responses provided to the Interrogatories are based on Plaintiffs' interpretation of the language used in the Interrogatories. Plaintiffs reserve their right to amend or to supplement their responses and objections in the event that Defendant asserts an interpretation that differs from Plaintiffs' interpretation.

5.   Plaintiffs object to the Interrogatories to the extent that it seeks information that is outside of Plaintiffs' possession, custody, or control, including in Instruction No. 7. For the purpose of responding to the Interrogatories, Plaintiffs will provide responses based on the information that is reasonably within their possession, custody, or control.

6.   The responses below shall not be interpreted to concede the truth of any factual assertion or implication contained in the Interrogatories. Plaintiffs' responses to the Interrogatories in no way constitute admissions or acknowledgements by Plaintiffs as to the relevance, materiality, or admissibility of any of the information contained therein, and Plaintiffs expressly reserve their rights to object as such.

7.   Plaintiffs reserve the right to modify or supplement their objections and responses to the Interrogatories to conform to the results of continuing discovery and factual investigation in this matter. These responses also are subject to correction for omissions or errors.

8.   In providing responses to the Interrogatories, Plaintiffs do not in any way waive or intend to waive, but rather are preserving and intend to preserve:

    (i)       All objections as to competency, authenticity, relevancy, materiality and admissibility;

    (ii)      All rights to object on any grounds to the use in any subsequent proceedings of any of the responses or information contained herein, including but not limited to the right to object at the trial of this or any other action;

    (iii)     All objections as to vagueness and ambiguity; and

    (iv)     All rights to object on any grounds to any further interrogatories.

9.   Plaintiffs object to the Interrogatories to the extent that any Interrogatory's subparts, including those arising from Defendant's "Definitions" and "Instructions," actually constitute separate interrogatories, thereby exceeding the number of interrogatories permitted under Federal Rule of Civil Procedure 33(a)(1).

10. Plaintiffs object to the Interrogatories as premature to the extent that it asks or requires Plaintiffs to provide information that is the subject of expert disclosures under Federal Rule of Civil Procedure 26(a)(2).

11. Plaintiffs object to the Interrogatories to the extent that it is premature in that it asks or requires Plaintiffs to analyze or formulate contentions on matters for which Plaintiffs' investigation and discovery have not yet been completed. The responses provided below are based

on the investigation conducted to date and are without prejudice to any later supplementation, amendment, or modification.

12. Plaintiffs object to the Interrogatories as overly broad to the extent that it defines the term "THOMSON REUTERS" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf." For the purpose of responding to the Interrogatories, Plaintiffs will construe this term to mean solely Thomson Reuters Enterprise Centre GmbH, and not any other person or entity.

13. Plaintiff objects to the Interrogatories as overly broad to the extent that it defines the term "WEST" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf." For the purpose of responding to the Interrogatories, Plaintiffs will construe this term to mean solely West Publishing Corporation, and not any other person or entity.

14. Plaintiffs object to the Interrogatories as overly broad to the extent that it defines the terms "YOU," "YOUR," and "PLAINTIFFS" to incorporate the definitions of the terms "THOMSON REUTERS" and "WEST" and thus are defined to include Thomson Reuters Enterprise Centre GmbH's and West Publishing Corporation's "present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on [their] behalf." For the purpose of responding to the Interrogatories, Plaintiffs will construe the terms "YOU," "YOUR," and "PLAINTIFFS" to mean solely Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, and not any other person or entity.

15. Plaintiffs object to the Interrogatories as overly broad to the extent that it defines the terms "ROSS," "DEFENDANT," and "COUNTERCLAIMANT" to include "its present and former officers, directors, employees, attorneys, agents, representatives, successors, predecessors, owners, parents, subsidiaries, affiliated companies, or any other person or entity acting or purporting to act on its behalf." For the purpose of responding to the Interrogatories, Plaintiffs will construe these terms to mean solely ROSS Intelligence, Inc., and not any other person or entity.

16. Plaintiffs object to the Requests to the extent that they define "PUBLIC LAW DATABASE" and "PUBLIC LAW DATABASES" to incorporate disputed factual and legal conclusions. Plaintiffs do not adopt, concede, or confirm the accuracy of any purported or disputed factual or legal conclusions incorporated into ROSS's definitions of "PUBLIC LAW DATABASE" and "PUBLIC LAW DATABASES."

17. Plaintiffs object to the Requests to the extent that the Requests define "LEGAL SEARCH TOOL" and "LEGAL SEARCH TOOLS" to incorporate disputed factual and legal conclusions. Plaintiffs do not adopt, concede, or confirm the accuracy of any purported or disputed factual or legal conclusions incorporated into ROSS's definitions of "LEGAL SEARCH TOOL" and "LEGAL SEARCH TOOLS."

18. Plaintiffs object to the Requests to the extent that the Requests define "LEGAL SEARCH PLATFORM" and "LEGAL SEARCH PLATFORMS" to incorporate disputed factual and legal conclusions. Plaintiffs do not adopt, concede, or confirm the accuracy of any purported or disputed factual or legal conclusions incorporated into ROSS's definitions of "LEGAL SEARCH PLATFORM" and "LEGAL SEARCH PLATFORMS."

19. Plaintiffs object to the Interrogatories as vague and ambiguous to the extent that it defines the term "DESCRIBE" using the capitalized term "Identifying." It is unclear whether

Defendant intended to incorporate the definition of the defined term "IDENTIFY," in which case the definition of the term "DESCRIBE" is nonsensical, or to give that word a separate definition. For the purpose of responding to the Interrogatories, Plaintiffs will construe the term "Identifying" as used in the definition of the term "DESCRIBE" with its ordinary meaning.

20. Plaintiffs object to Instruction No. 6 to the extent it purports to impose obligations with regard to the production of privilege logs that differ from those required by the Federal Rules and Local Rules. Plaintiffs will log information pursuant to the parties' agreed procedure for preparing and producing a privilege log.

21. Plaintiffs object to Instruction Nos. 7 and 9 as vague and ambiguous to the extent that they use the undefined term "FOUNDATION." For the purpose of responding to the Interrogatories, Plaintiffs will construe that term to mean Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation, and not any other person, entity, or foundation.

22. Plaintiffs object to the Interrogatories as overly broad and unduly burdensome to the extent that its Interrogatories do not specify timeframes and are thus unlimited as to time.

23. Plaintiffs incorporate the foregoing General Objections into each and every one of its responses to the Interrogatories as set forth below.

## RESPONSES AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 22:**

STATE ALL FACTS that support any claim that PLAINTIFFS are not liable under Sections 1 or 2 of the Sherman Act, INCLUDING without limitation the basis for each of PLAINTIFFS' affirmative defenses.

**RESPONSE TO INTERROGATORY NO. 22:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory as overly broad and unduly burdensome

to the extent that it asks Plaintiffs to state "all facts" regarding how Plaintiffs are not liable under Sections 1 or 2 of the Sherman Act without limitation. Plaintiffs further object to this Interrogatory to the extent it purports to require them to marshal all evidence and all facts in support of their defense of ROSS's antitrust counterclaims. Plaintiffs will identify, with specific examples, the types of evidence supporting their defense of ROSS's antitrust counterclaims and do not purport to identify every single piece of evidence that supports a particular argument or that Plaintiffs will use in this matter. Further, depositions remain ongoing and are being completed contemporaneously with Plaintiffs' preparation of these responses. Plaintiffs reserve the right to use any and all deposition testimony that supports its arguments in this matter, including those outlined below. Plaintiffs incorporate by reference the deposition exhibits used in Plaintiffs' offensive depositions of ROSS's witnesses and any third parties deposed in this matter. Plaintiffs further state that the development of their factual and legal arguments in defense of ROSS's antitrust counterclaims is ongoing, and they reserve the right to supplement their response to this Interrogatory in light of facts learned during discovery, particularly as this Interrogatory is premature in that it requires or asks Plaintiffs to provide information that is subject to expert disclosures under Federal Rule of Civil Procedure 26(a)(2). Plaintiffs incorporate their experts' forthcoming opinions in this matter, and any reliance material, in their response to this Interrogatory. Finally, Plaintiffs expressly reserve the right to make these, and other, arguments with additional evidence both at summary judgment and at trial based on Plaintiffs' continued development and refinement of the factual and legal arguments underpinning their defense in this case.

Plaintiffs further object to this Interrogatory on the basis that ROSS has the burden of proof on its antitrust counterclaims, and to the extent this Interrogatory seeks a factual basis for defenses

to elements of ROSS's claims on which ROSS has the burden, this Interrogatory improperly seeks to shift the burden onto Plaintiffs to disprove ROSS's allegations. By setting forth the factual basis supporting their argument that they are not liable under the Sherman Act, Plaintiffs do not assume the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to ROSS. Plaintiffs finally object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows:

*First*, there can be no unlawful "tie" because Plaintiffs sells a single product: a legal research platform. There is no customer demand for a so-called "Public Law Database" separate from "Legal Search Tools," and there is no customer demand for "Legal Search Tools" separate from a "Public Law Database." Plaintiffs "have never offered a commercial license to a collection of judicial opinions, statutes, and regulations, separate form any search functionality." Plaintiffs' Resp. to ROSS First Set of Counterclaim RFA (No. 136). Plaintiffs have only ever sold a single product, even before developing an internet-based legal research platform. Plaintiffs published hardcopy caselaw reporters with the Key Number System legal search tool to enable attorneys to conduct legal research. Plaintiffs have never licensed or sold judicial opinions, statutes, or regulations without some form of search technology. ROSS and its employees have been aware of the nature of the Westlaw product and Plaintiffs' business since at least ROSS's inception in 2015. Plaintiffs' product—Westlaw—is valuable to customers because it is a platform on which to

conduct legal research, and is consistent with the legal research platforms Plaintiffs' competitors provide.

Plaintiffs have identified no evidence of customer demand for separate Public Law Databases and Legal Search Tools. ROSS's witnesses have been unable to identify a single customer who sought to license separate Public Law Databases or Legal Search Tools. *See* D'Angelo Dep. Tr. at 14. ("Q. To your knowledge, no customer ever asked to purchase access to only ROSS's AI search tools, right? A. Correct."); *id.* ("Q. To your knowledge, no customer ever asked to purchase only ROSS's collection of cases, statutes and regulations, correct? A. Correct."); 4/28/2023 Shafik Dep. Tr. at 19 ("Q. To your knowledge, no law firm or lawyer ever asked to license only ROSS's AI search technology, correct?  A. I don't recall."); *id.* ("Q. Sitting here today, you can't identify a single customer who ever asked to purchase only a collection of cases, statutes and regulations from ROSS, right? A. I was not on the sales side. So I don't -- I can't -- I can't answer that question."); *see also* the May 2023 depositions of Thomas Hamilton, Anthony Pham, Tomas van der Heijden, and Alex Abid.

The lack of separate product markets may be best proven by ROSS's own business model. From the start, ROSS's sole product was an integrated legal research platform. ROSS's initial business plan makes this clear. In January 2015, ROSS stated that the purpose of its product was to enable lawyers to "conduct their legal research faster and more thoroughly than is currently possible." ROSS-009500822. Indeed, ROSS CTO and co-founder, Jimoh Ovbiagele, admitted that ROSS needed a public law database "in order for [its] customers to be able to get value from [ROSS's] legal search technology." 5/2/2023 Ovbiagele Dep. Tr. at 35-36. This business plan remained the same throughout ROSS's operations. In a 2019 application to the Canadian government for funding, ROSS represented that it "offer[ed] an eponymous artificially intelligent

legal research platform for case, statutory and regulatory law." ROSS-023101651. And in a product strategy presentation in 2020, ROSS described itself as a "research platform for primary US law" geared toward solo and small-firms who "need a lower-cost, highly effective legal research tool." ROSS-023055947. The documentary evidence establishing that ROSS's sole product was a legal research platform is voluminous. *See, e.g.*, ROSS-003374017; ROSS-003375703; ROSS-009661217; ROSS-010264651. Plaintiffs expressly reserve the right to use these, and other documents, to demonstrate ROSS sold only a single product: a legal research platform.

ROSS's employees have further confirmed that ROSS's only product was a legal research platform. 4/28/2023 Shafik Dep. Tr. at 13 ("Q. ROSS was legal research platform, correct? A. Correct."); *id.* at 158 ("Q. After you joined in late 2017, ROSS never sold a product other than its legal research platform, correct? A. To my recollection, I don't believe we sold anything except for the legal research product."); D'Angelo Dep. Tr. at 12 ("Q. ROSS was a legal research platform that was designed for lawyers to conduct legal research, right? A. Yes. Q. ROSS contained AI search technology, right? A. Yes. Q. ROSS' platform contained a collection of cases, statutes and regulations, correct? A. Correct."); *see also* the deposition of Tomas van der Heijden.

**Second**, Plaintiffs do not have exclusive access to judicial opinions, statutes, and regulations, much less market or monopoly power in any alleged market for Public Law Databases. At the threshold, because there is no separate "Public Law Database" product, there is no such well-defined market for "Public Law Databases." In any event, Plaintiffs acquire judicial opinions through Public Access to Court Electronic Records ("PACER"), state equivalents to PACER, through court websites, and manually at courts. *See* Plaintiffs' Resp. to Interrogatory 23; *see also* T. Leighton 4/5/2022 Dep.; T. Leighton 4/24/2023 Dep. Plaintiffs do not have any agreements

10

with any government entity or court to acquire judicial opinions and do not have exclusive access to any judicial opinions. *Id.* ROSS could have done the same, as its own contemporaneous documents acknowledge. *E.g.*, ROSS-023101636 ("ROSS aims to automatically develop a database of U.S. law containing rich annotations and smart organization. ... ROSS will develop a pipeline to continuously and automatically collect U.S. laws ...."); ROSS-010153660 ("Otherwise, [competitors] could scrape the case law from federal and state court databases and websites."). Numerous competitors, including LexisNexis, Bloomberg, Fastcase, and Casetext, have been able to develop comprehensive collections of judicial opinions without access to Plaintiffs' Public Law Database. And there are other sources of judicial opinions as well, including, but not limited to Google, Harvard's Caselaw Access Project, FindLaw, and law.resource.org/pub/us/case/reporter/index.html.

What's more, ROSS could acquire databases of judicial opinions, statutes, and regulations from third parties. As early as 2015, ROSS received quotes from companies like Fastcase and Casemaker to acquire judicial opinions. *See, e.g.*, ROSS-009669383 (ROSS seeking and receiving a quote for access to Fastcase's collection of judicial opinions in December 2015); ROSS-009553093 (Casemaker). Fastcase CEO Ed Walters even explained in this litigation that he did not think ROSS's antitrust case "ma[d]e sense" because there was no "abuse of market power." Fastcase Dep. Tr. at 83. As Walters explained, "there is a pretty vibrant market for wholesale legal data that creates the opportunity for entrepreneurs to create commercial legal research services." *Id.* at 83-84. Put simply, there is "a pretty vibrant channel for start-ups to create legal research services using the wholesale [databases] that Fastcase provides." *Id.*; *see also* ROSS-009677601 (Fastcase offering ROSS a "caselaw backfile include[ing] past judicial opinions from federal and state courts, as early as 1754 and current through yesterday" and "separate updating service for

caselaw via a daily feed. ... The feed includes everything that happened in the courts the previous day, and it runs daily, including Saturdays for Friday opinions."). ROSS ultimately acquired judicial opinions from Casemaker and statutes and regulations from Fastcase. ROSS-010156826 ("We acquired the corpus of historical case law for $907,875 from Casemaker, a legal data provider. We get new case law on a regular basis for $12,500/qtr."); ROSS-023111269 (Casemaker agreement for federal statutes and regulations and California, Florida, Massachusetts, New York, and Texas statutes); ROSS-023111280 (Fastcase agreement for California, Florida, Massachusetts, New York, and Texas regulations); ROSS-003426765 (Fastcase agreement for state statutes and regulations).[1]

Armed with federal and state judicial opinions, statutes, and regulations, ROSS repeatedly told customers that it had a "comprehensive" collection of primary law. 5/4/2023 Hamilton Dep. Ex. 7 ("ROSS maintains a comprehensive and current body of published and unpublished case law from the United States Supreme Court, Circuit Courts of Appeals, District Courts, Bankruptcy Courts and State Supreme and Appellate court levels."); 4/28/2023 Shafik Dep. Ex. 11 ("Scope of Coverage: All ROSS subscriptions include comprehensive coverage of United States law."); D'Angelo Dep. Tr. at 19-20 ("Q. ROSS was conveying to any lawyer who went to its website that ROSS's platform included comprehensive collection of United States law, correct? A. Correct."); *id.* at 43 ("Q. ROSS advertised that its platform returned relevant and comprehensive results without regard to geography or practice area, correct? A. Correct."); D'Angelo Dep. Ex. 3 (Above the Law Article stating that ROSS had an "entire database of all U.S. federal and state cases"); ROSS 4/8/2020 Blog Post, *ROSS Adds Statutes & Regulations For All 50 States* ("With a ROSS

---

[1]   Further, even if relevant, there is significant and robust competition among providers of legal research platforms, including Westlaw, Lexis, Bloomberg, Wolters Kluwer, Fastcase, Casetext, Google Scholar, among others.

membership, you will have access to this complete set of statutes and our complete corpus of U.S. case law in all jurisdictions at no additional charge."); ROSS 5/21/2019 Blog Post, *The Death of Westlaw Contracts and Pricing Blog Post* ("Westlaw is an even worse deal when you try to buy a subscription that contains the same 50-state coverage offered by ROSS."). At bottom, ROSS did not need access to judicial opinions, statutes, and regulations from Plaintiffs to compete. 4/28/2023 Shafik Dep. Tr. at 82-83 ("Q. You believed that ROSS was capable of competing with Westlaw, correct? A. Thinking back to then, yes. I mean I joined -- I joined the company because I thought we were building a great product that would have been competitive in the legal research industry. Q. You believed that ROSS could compete with Lexis, correct? A. I believe we were building a competitive product."); D'Angelo Dep. Tr. at 23 ("Q. You believe that ROSS had developed a legal research platform that was capable of competing with Lexis, right? A. Yes. Q. You believed that ROSS had developed a legal research platform that was capable of competing with Case Text, right? A. I thought it was possible. Q. You believed that ROSS had built a legal research platform that was capable of competing with Westlaw, correct? A. I thought it was possible.").

ROSS consistently—and repeatedly—told its investors the same thing. *E.g.*, ROSS-023109863 ("We have a partnership with a top legal publisher to access case law."); ROSS-009768271 ("More players are moving into the AI search space, but we have by far the best combination of search quality and data coverage."); ROSS-003501149 ("ROSS recently partnered with Fastcase which means we have now completed our data set"); ROSS-009663060 (board presentation showing ROSS had "essential" legal source coverage with "superior" search relevancy); ROSS-009584733 ("In big news, we officially announced our partnership with Fastcase providing us with data completeness within our platform for the first time in history. Going forward ROSS now contains case law, statutes, and regulations across all 50 states ....");

ROSS-010221373 ("For the first time in our history, we will have product completeness with statutes and regulations across all 50 states").

*Third*, the procompetitive benefits of any allegedly anticompetitive conduct outweigh their anticompetitive harm. Indeed, Plaintiffs' integrated legal research platform, Westlaw, provides substantial customer value *because* it integrates Legal Research Tools and a Public Law Database, along with significant additional legal content, including secondary sources. By providing an integrated product, Plaintiffs combine search and primary law in a way that maximizes efficiency and quality of the Westlaw legal research platform, allowing customers to identify relevant legal authority in response to their queries. Westlaw is an established and longstanding product precisely because it provides the content and search capabilities customers need for their legal research. And these significant and longstanding procompetitive benefits far outweigh any alleged anticompetitive effect.

And, as outlined in this response, Westlaw faces significant competition from paid legal research platforms like Lexis, Bloomberg, Wolters Kluwer, Fastcase, and Casetext, among others, as well as free services like Google Scholar. And, as ROSS itself proved and Fastcase has testified in this case, there is "a pretty vibrant channel for start-ups to create legal research services using the wholesale [databases] that Fastcase provides." Fastcase Dep. Tr. at 83-84. Startups and law firms could access this comprehensive collection of primary law, including judicial opinions, statutes, and regulations, if there were in fact separate customer demand. As outlined in point two above, there can be no anticompetitive effects of any alleged tie because ROSS was in fact able to acquire a comprehensive Public Law Database and create its own competing legal research platform—just as it told investors and customers. *See e.g.*, Point Two. Moreover, there is no market for so-called "Legal Search Tools." Nevertheless, these competitors, like Plaintiffs, have

14

continually innovated and improved their legal research technology to improve the quality of their legal research platforms. Plaintiffs and their competitors innovated during ROSS's existence, and continue to do so today, in response to evolving technological capabilities and to compete and provide as much value to customers as possible.

*Fourth*, ROSS suffered no injury from any alleged tie because Westlaw would not have licensed their so-called Public Law Database ROSS. Plaintiffs have a long-standing policy of not licensing Westlaw to competitors and have no duty to do so. *See* Plaintiffs' Resp. to ROSS First Set of Counterclaim RFA (No. 136). Plaintiffs' practice of not contracting with competitors is consistent with others in the industry, competitors who even ROSS does not assert has any monopoly power, making clear that such practice is not anticompetitive. *See* 5/2/2023 Ovbiagele Dep. Tr. at 95 ("We believe that [LexisNexis'] position on [not] collaborating with competitors was clear and evident from its policy on licensing its online legal research platform to competitors."); *id.* at 96 ("We did not ask Wolters Kluwer for a license to their U.S. case law for similar reasons."). ROSS was aware of this policy since its inception, and it never asked Plaintiffs to license their "Public Law Database." 4/28/2023 Shafik Dep. Tr. at 143. In addition, Westlaw's business practice of not licensing its so-called "Public Law Database" is an independent reason that ROSS cannot maintain any tying claim.

ROSS had the same policies. ROSS's terms and conditions prohibited any user from developing a competing platform with ROSS's service or materials. ROSS-003450648 ("The Subscriber and its Authorized Users, shall not, without the written permission of ROSS use all or part of the Service and/or Materials to develop ... any functionally compatible or competitive software ...."); ROSS-003428044 ("When using the Service you agree not to … Access the Service if you are a direct competitor of Company, except with Company's prior written consent, or for

any other competitive purposes ...."); ROSS-023023974 ("Subject to the terms of and conditions of these Terms, Company hereby grants to you a limited, personal, revocable, non-transferable, non-exclusive license to use the Service in the manner contemplated by these Terms solely for your internal business purposes. Users shall have no right to sub-license or resell the Service or any component thereof."); 5/9/2023 T. van der Heijden Dep. Tr. at 36 ("Q. You're not aware of any instance in which ROSS would have allowed a law firm to use ROSS' platform to create a competitive product, correct? A. I can't recall an instance, no."). Indeed, Plaintiffs had the right to contract with whom it wanted. 5/9/2023 T. van der Heijden Dep Tr. at 39 ("Q. West can choose to contract with whatever companies it wants, correct? A. West can -- yes. Q. West can choose not to contract with specific companies, correct? A. Yes."); *see also id.* at 103 ("Q. Westlaw can choose what price to charge potential customers for its case law, correct? A. Westlaw can make those types of decisions if it so chose.").

*Fifth*, ROSS cannot, as it must, prove harm to competition. The antitrust laws were designed to protect competition for the benefit of consumers and are not designed to protect competitors. As explained throughout this response, there is vibrant competition among legal research platforms, both paid and unpaid, and thus consumers have numerous options when choosing which legal research platform to use. What's more, competition continues to evolve as startups, like Casetext, have been able to develop competitive legal research platforms in recent years despite ROSS's allegations in this case. Put simply, there has been no harm to competition or consumers as a result of any alleged tie.

*Sixth*, ROSS did not suffer any injury from any alleged tie. Even ROSS believed that it failed because of the copyright litigation, not any alleged unlawful tie. 4/28/2023 Shafik Dep. Tr. at 25-26 ("Q. The primary reason ROSS failed then is the copyright lawsuit, correct? A. Yes.");

5/2/2023 Ovbiagele Dep. Tr. at 215 ("even with COVID, we, we believed that we would have been able to raise a round to invest in this promising new area for business, which we had proven out. However, those options were taken off the table once Thomson Reuters launched its copyright infringement action against us."); ROSS 12/11/2020 Blog Post, Announcement ("In the spring of this year, Thomson Reuters and Westlaw brought a spurious lawsuit against ROSS. [J]ust as Westlaw devised it to be, this ongoing suit has been heavy for ROSS to bear. Litigation is expensive — no matter how speculative the claims against you nor how worthy your position. With our company ensnared by this legal battle, we have been unable to raise another round of funding to fuel our development and marketing efforts. Our bank account is running out, and we must cease operations in the New Year."); *see also* D'Angelo Dep. Tr. at 56 ("Q. So you believed the copyright lawsuit was a contributing [factor] to ROSS's failure, yes? A. Yes.").

ROSS's actual failure was due to its own product deficiencies. *E.g.*, 3/30/2022 Arruda Dep. Tr. at 16 ("And to answer your question directly, ROSS as a start-up was not profitable since its inception, just like other start-ups."); 4/28/2023 Shafik Dep. Tr. at 192 ("Q. ROSS never earned a net profit in your time at the company, correct? A. I believe that's correct."); 4/22/2022 Shafik Dep. Ex. 9. ROSS failed to ever earn a profit—or annual revenues exceeding $1 million—because it failed to develop a product that provided sufficient value to customers, for reasons independent of its self-proclaimed comprehensive collection of primary law. *See, e.g.*, ROSS-009546457 ("The universal feedback we have received from these firms is that **ROSS does not provide enough value for their users to bother using it for legal research**.") (emphasis original); ROSS-009722263 (June 2018 Board of Directors deck identifying executive failure, product shortcomings, and sales process leading to poor financial performance); ROSS-002305631 (criticisms from Jackson Lewis, one of ROSS's biggest customers, including complaints that

attorneys "could not rely on ROSS for the same functionality [] valued in WL" because attorneys "did not trust [the] ROSS citator"); ROSS-010150771 (Dentons refusing to renew its license because ROSS was "not better than Westlaw or Lexis."); ROSS-003489446 ("[T]he feedback we have received from our backchannel network and folks we have asked to test out the product has been mixed. Mostly the hope is there that someone will disrupt the incumbent providers, but the product does not seem robust enough to compete."); *see also, e.g.*, ROSS-003261722; ROSS-010152251; ROSS-003598768; ROSS-003415357; ROSS-010299828; ROSS-009748979; ROSS-003476389; ROSS-023040348; ROSS-010152531.

What's more, numerous witnesses have already testified that ROSS failed for *numerous* reasons and that it is impossible to say which in fact caused ROSS to fail. 5/2/2023 D'Angelo Dep. Tr. at 57 ("Q. Can you identify any other contributing factors to ROSS' failure? A    Yeah, we didn't acquire enough customers fast enough and weren't able to achieve profitability in the time that we were given. Q. What's your understanding about why ROSS couldn't acquire enough customers fast enough? A. There were many, many different    reasons. Yeah, it's a complex question. There's a lot of variables there."); 5/9/2023 van der Heijden Dep. Tr. at 251 ("Q. Do you have any understanding of why ROSS was unable to find an acquirer or additional funding?  A. I don't know like -- I only know through, you know, from what I know from what I heard from Jimoh, for example, there was a multitude of challenges at the time, right. We were growing well, month over month, like we were increasing our NPS scores, people were satisfied with the platform. But there was also COVID, just a general sort of malaise in the markets in terms of financing. So there was a number of different things that happened at the same time."); Bond Dep. Tr. at 50-51 ("Q. You understood that ROSS's poor financial performance, then, was because it had struggled to develop the search technology for its platform? A. It was part of the problem,

right. I think we were moved ahead of sales at one point in time. So there were challenges to the business on that front. Costs associated with data was a challenge. First time founders of a company are always a challenge. Having been one, I know how shitty I was at my job. So, you know, there is a multitude of problems, right. Pointing to any one individual to say that was the specific cause, I think, is challenging. Was that part of it, yes.").

Moreover, any financial success ROSS attained was a result of improper business practices, including misleading customers and copyright infringement. Indeed, ROSS **actively misled** customers into believing that the ROSS platform could use AI to draft legal memoranda when in reality ROSS employed contract attorneys to conduct the legal research. *See* 3/17/2022 van der Heijden Dep. Tr. at 319-320. And, after failing to develop a viable legal research platform using IBM Watson, ROSS developed a legal research platform that **depended** on the misappropriation of significant portions of Plaintiffs' copyrighted Westlaw Content. *See, e.g.*, Plaintiffs' Resp. to Interrogatory No. 1; D.I. 250, Plaintiffs' Opening Brief in Support of Their Motion for Partial Summary Judgment (No. 1) on Copyright Infringement; D.I. 351, Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment (No. 1) on Copyright Infringement.

**Seventh**, Plaintiffs have not identified any contract or conspiracy in restraint of trade. Section 1 of the Sherman Act requires a conspiracy among separate actors. Plaintiffs have not identified a single alleged co-conspirator with whom Plaintiffs conspired to violate Section 1 of the Sherman Act.

**Finally**, Plaintiffs have asserted the following affirmative defenses:

1.    ROSS's claims are barred, in whole or in part, by the applicable statute of limitations.

2.    ROSS's claims are barred by the equitable doctrine of laches, estoppel, waiver, unclean hands, and in pari delicto.

19

3.      ROSS's claims are barred, in whole or in part, by ROSS's failure to mitigate, prevent, or avoid their alleged damages, if any, and therefore ROSS's recovery, if any, should be reduced to the extent such damages could and should have been mitigated, prevented, or avoided.

4.      ROSS's claims are barred, in whole or in part, because ROSS lacks antitrust standing.

5.      ROSS's claims are barred, in whole or in part, because ROSS has not suffered any injury in fact and/or any injury cognizable under the antitrust laws.

6.      ROSS's claims are barred, in whole or in part, to the extent ROSS seeks damages that would constitute duplicative recovery and/or offset.

7.      ROSS's claims are barred, in whole or in part, due to the ratification, and consent to, the conduct of Plaintiffs.

8.      ROSS's claims fail, in whole or in part, to state a claim upon which relief could be granted.

9.      Plaintiffs engaged in no behavior that they knew to be, or could reasonably foresee would ever be found to be, improper or forbidden under the federal law alleged by ROSS, and thus neither actual nor treble damages may be awarded against them.

10.    ROSS's claims are barred, in whole or in part, because any alleged anticompetitive effects of the conduct alleged by ROSS do not outweigh the procompetitive benefits.

11.    ROSS's claims are barred, in whole or in part, because Plaintiffs' conduct did not cause harm to competition in any relevant market.

12.    ROSS's claims are barred, in whole or in part, because any contracts or agreements between Plaintiffs and any other person were lawful business arrangements and cannot support a claim that Plaintiffs engaged in any unlawful conspiracy.

13.    ROSS's damages claims are barred, in whole or in part, because it has suffered no damages or because the damages it seeks are speculative and uncertain.

14.    ROSS's claims are barred, in whole or in part, because Plaintiffs did not act knowingly, willfully, or intentionally.

Each of these affirmative defenses are supported by the above referenced evidence, and evidence similar in nature.

**INTERROGATORY NO. 23:**

DESCRIBE how YOU obtain judicial content for the PUBLIC LAW DATABASE, IDENTIFY ANY and ALL formal and informal agreements, arrangements, or understandings relating to same.

**RESPONSE TO INTERROGATORY NO. 23:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrases "obtain," "judicial content," "formal and informal agreements," "arrangements, and "understandings" are unclear and undefined. Plaintiffs will respond to this Interrogatory with the understanding that the phrase "judicial content" means judicial opinions. Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows: Plaintiffs obtain judicial opinions through the Public Access to Court Electronic Records ("PACER") service, services equivalent to PACER at the state level, or directly through court websites. 4/5/2022 Leighton Dep. Tr. at 16:14-17:2, 31:12-32:19. Plaintiffs do so through (1) the use of an automated mechanism such as a script where permissible; (2) manually; or (3) through a third-party vendor. 4/5/2022 Leighton Dep. Tr. at 13-14, 24-26, 29-32, 32-33, 64-67; 4/24/2023 Leighton Dep. Tr. at 42-45. To the extent Plaintiffs employ a vendor to obtain judicial opinions, Plaintiffs select and oversee the vendors' methods of acquiring judicial opinions to ensure the vendor complies with court policies. 4/5/2022 Leighton Dep. Tr. at 26. Plaintiffs do not have any agreements with any government entity or court to acquire judicial opinions, nor do Plaintiffs have any agreements with any government entity or court to receive judicial opinions at reduced rates. 4/5/2022 Leighton Dep. Tr. at 15-16, 52-53, 85-86; 4/24/2023 Leighton Dep. Tr. at

21

21, 177. From time to time, Plaintiffs have inquired with courts to ensure that the use of an automated script to obtain cases complies with court policies. *See, e.g.*, 4/24/2023 Leighton Dep. Tr. at 54-56; TRCC-00600071; TRCC-00653337; and TRCC-00646932. In situations where cases are not available electronically, Plaintiffs send individuals directly to those courts to obtain judicial opinions.

**INTERROGATORY NO. 24:**

DESCRIBE the differences between WESTLAW CLASSIC, WESTLAW NEXT, WESTLAW EDGE, and WESTLAW PRECISION, INCLUDING the reasons for developing each and the pricing and subscription options for each.

**RESPONSE TO INTERROGATORY NO. 24:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrases "reasons for developing each" and "pricing and subscription options for each" are unclear and undefined. Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome. Plaintiffs object to this Interrogatory to the extent that it seeks information that ROSS equally may otherwise obtain from public sources, including by reviewing the Westlaw website available at https://legal.thomsonreuters.com/en/westlaw.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows: Westlaw Classic, Westlaw Next, Westlaw Edge, and Westlaw Precision are successive iterations of the Westlaw legal research platform.

**Westlaw Classic and WestlawNext.** The original Westlaw Classic legal research platform is no longer offered to customers. Plaintiffs' current Westlaw Classic offering is the version

previously called WestlawNext. WestlawNext was released in 2010. Information about Westlaw Classic, including its features, prices, and subscription information, is available at https://legal.thomsonreuters.com/en/products/westlaw-classic/features.

**Westlaw Edge.** Plaintiffs released Westlaw Edge in 2018. Westlaw Edge built upon WestlawNext's and the original Westlaw Classic's legal research capabilities. *See* E. Lindberg 4/24/2023 Dep. Tr. at 24:21-26:11. Westlaw Edge is powered by WestSearch Plus, which combines artificial intelligence, Westlaw Editorial Content, and the work of Plaintiffs' attorney editors to build on Westlaw's industry leading legal research capabilities. Westlaw Edge also provides subscribers additional resources not available in Westlaw Classic, including Litigation Analytics, which provides attorneys access to data-driven insights on judges, courts, attorneys, law firms, case types in most practice areas, and Quick Check, which allows lawyers to use Westlaw Edge's proprietary AI technology to identify legal authorities relevant to issues addressed in a brief or related attorney work product. Information about Westlaw Edge, including product features, prices, and subscription information, is available at https://legal.thomsonreuters.com/en/products/westlaw-edge#westsearch-plus.

**Westlaw Precision.** Westlaw Precision was released in 2022 and is Plaintiffs' most recent version of Westlaw. Like Westlaw Edge, Westlaw Precision is powered by WestSearch Plus and is designed to allow users to more efficiently conduct research by, among other improvements, using supplemental search filters. Westlaw Precision also includes added features such as the Outline Builder tool, a "Keep List/Hide Details" to save or hide cases, as well as enhancements to KeyCites. Information about Westlaw Precision, including its features, prices, and subscription information, is available at https://legal.thomsonreuters.com/en/products/westlaw-precision.

Plaintiffs continuously develop and improve upon existing versions of Westlaw. The technology to implement and improve a legal research platform is constantly evolving, and Westlaw faces significant competition from other legal research platforms. Plaintiffs invest in Westlaw and develop new iterations of Westlaw to better compete with other legal research platforms and to keep up with customer demand for cutting-edge legal research platforms that maximize new technology to conduct legal research more efficiently.

**INTERROGATORY NO. 25:**

IDENTIFY ALL PERSONS with knowledge of PLAINTIFFS' finances, including without limitation gross and net revenue, expenses, and profit, associated with the WESTLAW PRODUCT.

**RESPONSE TO INTERROGATORY NO. 25:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory to the term "all persons" as overbroad, unduly burdensome, and disproportionate to the needs of this case. Plaintiffs will respond with the understanding that this Interrogatory seeks information regarding Persons with direct, material, and non-privileged knowledge. Plaintiffs object to this Interrogatory as vague and ambiguous to the extent that the phrases "knowledge" and "finances" are unclear and undefined. Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs identify Mark Hoffman as having knowledge of Plaintiffs' Westlaw finances.

**INTERROGATORY NO. 26:**

STATE the number of judicial opinions contained on WESTLAW.

**RESPONSE TO INTERROGATORY NO. 26:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrases "judicial opinions" and "contained" are unclear and undefined. Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows: Plaintiffs state that they continuously update their collection of judicial opinions. Thus, the total number of judicial opinions available through Westlaw changes daily. As of April 7, 2023, Westlaw contained 14,005,960 federal and state court judicial opinions.

**INTERROGATORY NO. 27:**

IDENTIFY the courts where YOU are unable to obtain judicial opinions for YOUR PUBLIC LAW DATABASE.

**RESPONSE TO INTERROGATORY NO. 27:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrase "judicial opinions" is unclear and undefined. Plaintiffs object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows: Plaintiffs are not aware of any federal or state court in the United States from which Plaintiffs are unable to obtain judicial opinions.

**INTERROGATORY NO. 28:**

DESCRIBE in detail the meaning of "superior content" identified in TRCC-00000368 as a "WestlawNext Difference," INCLUDING what is the specific content being compared and how the content is specifically superior to Lexis Advance.

**RESPONSE TO INTERROGATORY NO. 28:**

Plaintiffs incorporate by reference the above-stated General Objections as if fully set forth herein. Plaintiffs specifically object to this Interrogatory as vague and ambiguous to the extent that the phrases "content" and "superior" are unclear and undefined. Plaintiffs object to this Interrogatory to the extent that it seeks information that is neither relevant to any claim or defense of any party in this Litigation. Plaintiffs object to this Interrogatory as the document identified speaks for itself. Plaintiffs further object to this Interrogatory to the extent that it seeks information that is or will be in the possession of ROSS by referring to documents, taking depositions, or any other means of obtaining discovery in this Litigation that is more convenient, efficient, practical, and less burdensome.

Subject to, as limited by, and without waiver of the foregoing objections, Plaintiffs respond as follows: Plaintiffs refer Defendant to pages six through seven, TRCC-00000373 – TRCC-00000374, of the document with the beginning Bates number TRCC-00000368, which list the "content" discussed in the document—General, Cases, Dockets, Statutes & Legislative Materials, Regulations & Administrative Materials, Analytical, Litigation Content, Public Records, and News—and compares the content on WestlawNext content with that of Lexis Advance.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants*
*Thomson Reuters Enterprise Center GmbH*
*and West Publishing Corporation*

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
Eric A. Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

Daniel E. Laytin
Christa C. Cottrell
Alyssa C. Kalisky
Cameron Ginder
Vanessa Barsanti
Danielle O'Neal
Jonathan Emmanuel
Lexi Wung
Erin Bishop
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
(312) 862-2000

May 11, 2023

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 11, 2023, copies of the foregoing were caused to be served upon the following in the manner indicated:

David E. Moore, Esquire                                    *VIA ELECTRONIC MAIL*
Bindu Palapura, Esquire
Andrew L. Brown, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Defendant and Counterclaimant*

Mark A. Klapow, Esquire                                   *VIA ELECTRONIC MAIL*
Lisa Kimmel, Esquire
Crinesha B. Berry, Esquire
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC  20004
*Attorneys for Defendant and Counterclaimant*

Gabriel M. Ramsey, Esquire                               *VIA ELECTRONIC MAIL*
Jacob Canter, Esquire
Warrington Parker, Esquire
Margaux Poueymirou, Esquire
Anna Z. Saber, Esquire
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA  94111
*Attorneys for Defendant and Counterclaimant*

Shira Liu, Esquire                                        *VIA ELECTRONIC MAIL*
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
*Attorneys for Defendant and Counterclaimant*


*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

# EXHIBIT 24

Pennell v. Delta Transp. Co., 94 Mich. 247 (1892)
53 N.W. 1049

Case 1:20-cv-00613-SB   Document 690-12   Filed 10/01/24   Page 369 of 397 PageID #: 132236

94 Mich. 247

Supreme Court of Michigan.

PENNELL

v.

DELTA TRANSP. CO.

Dec. 22, 1892.

**Synopsis**

Error to circuit court, Cheboygan county; FRED H. ALDRICH, Judge.

Action by Almond G. Pennell against the Delta Transportation Company. Judgment for plaintiff. Defendant brings error. Reversed.

West Headnotes (3)

**[1]**   **Customs and Usages** 🗝 Requisites and Validity

113   Customs and Usages
113k2   Requisites and Validity
113k3   In General
Custom cannot change a definite contract, and no custom is binding which is not certain, definite, uniform, and notorious.

4 Cases that cite this headnote

**[2]**   **Customs and Usages** 🗝 Knowledge of Parties

113   Customs and Usages
113k9   Application and Operation
113k12   Knowledge of Parties
113k12(1)   In General
Where a steamboat company made a contract through its agent, employing men to clear a river of snags, a local custom, whereby such men were to have their board in addition to the stipulated wages, is not binding on the steamboat company, unless it or its agents had been engaged or connected, at some time before, with that business in which the custom is sought to be established, since, otherwise, there is not

necessarily any knowledge on the part of the company of the existence of the custom.

9 Cases that cite this headnote

**[3]**   **Customs and Usages** 🗝 Knowledge of Parties

113   Customs and Usages
113k9   Application and Operation
113k12   Knowledge of Parties
113k12(1)   In General
A custom which is restricted to a certain locality or business, though shown to have become general or uniform, is not conclusive on the party, so that he may not give evidence that it was unknown to him.

8 Cases that cite this headnote

**Attorneys and Law Firms**

**\*\*1050**   **\*247**  *George E. Frost*, for appellant. *Frank Shepherd*, for appellee.

**Opinion**

LONG, J.

This action was commenced in justice's **\*248** court, and after a trial there appealed to the circuit, where, upon the trial before a jury, plaintiff had verdict and judgment for $29.78. It appears that the plaintiff entered into a verbal contract with the defendant, through defendant's agent, Capt. Field, who was in the employ of defendant as captain of a boat running on what is known as the "Inland Route through Cheboygan County," by the terms of which the plaintiff was to clean out Crooked river from snags, logs, stumps, etc., that obstructed the channel. He was to be allowed two dollars per day, and the same for all help which he might employ. He hired two men, and entered upon the work the next day. Upon the completion of the work, plaintiff was paid the two dollars per day for himself and each man, as the contract stipulated. He then presented a bill for the board of himself and men during the time employed. It is conceded that nothing was said about the board of himself and men at the time the contract was entered into, but on the trial the court permitted the plaintiff to give evidence of a custom or usage in that community to pay the board of men employed in certain kinds of business.

CONFIDENTIAL   TR-0812245

Pennell v. Delta Transp. Co., 94 Mich. 247 (1892)

53 N.W. 1049

This evidence was admitted under objection of defendant's counsel. It was shown by several witnesses for the plaintiff that a custom existed among lumbermen in that vicinity to pay the board of the men who were engaged in running logs down the streams, and cleaning out streams for the purpose of running logs. It was also shown that Capt. Field, defendant's agent, had resided in that vicinity for five years and upwards. Capt. Field was called as a witness by defendant, and asked if he knew of any such custom. The answer was objected to by plaintiff's counsel as incompetent, and it was ruled out by the court. At the close of the testimony, counsel for defendant asked the court to instruct the jury:  **\*249**  (2) "That, in order to bind the defendant under the custom or usage, when the custom was not made known to defendant when he made the contract, the jury must find from the evidence that the defendant or its agent had been engaged in a business before the contract was made in some manner connected with the business in which said custom is sought to be established, or defendant cannot be presumed to have knowledge of said custom." (3) "That the simple fact that defendant's agent had resided in the section or vicinity where said custom is sought to be established is not sufficient in itself to warrant the jury in finding that the defendant had knowledge of such custom." (4) "That, in order to bind the defendant to pay for the board of plaintiff and his men, the jury must find from the evidence that the defendant had knowledge of the custom to pay for board when not expressed in the contract; and that, if they do not so find, then their verdict must be for the defendant as to the question of board." These requests were refused by the court, and the jury directed upon the subject as follows: "If you find from the evidence that the defendant agreed with plaintiff to pay him for cleaning out this river at the rate of two dollars a day for all work performed, and that there was a custom in that vicinity that "persons who are working upon a river cleaning out the river in the manner that these men were working should be boarded by the person hiring them, and that such custom was general, uniform, certain, established, then, in that case, you should allow the plaintiff for his board and the board of these men whatever you find it to be reasonably worth." The court charged further: "The custom must be general; it must be uniform. It must not vary from time to time. It must be an established custom,-a custom which would spring up at the time this contract was made, and continue from that time to the present. This must be the custom of that vicinity; it must be general, universal." Continuing, the court said:  **\*250**  "Now, if you find that such a custom existed, and that this contract was made in relation to such custom, or that it was so well established, universal, that all persons in that vicinity would be supposed to know

the custom, and make their contracts in relation to it, then you will bring in a verdict for the plaintiff." We think the court was in error in refusing to permit defendant's agent to testify that he had no knowledge of such a custom; and that the court was also in error in refusing to give the defendant's second, third, and fourth requests to charge, as well as the charge as given. Where the custom or usage is restricted to a certain locality or business, though it has become general and uniform in that locality, or in that particular business, and the custom is relied upon as a ground of recovery, it is settled, we think, that such custom is not conclusive on the party, so that he may not give evidence that it was unknown to him. In Walls v. Bailey, 49 N. Y. 476, Mr. Justice FOLGER laid down the rule as follows: "We have seen that there are usages which have become so general and so universally received and acted upon as that they have become a part of the common law, and no one can be heard to profess ignorance of them. But it is equally true that there are usages so restricted as to locality or trade or business as that ignorance of them is a valid reason why a party may not be held to have contracted in reference to them. There are many cases of this kind collected in notes in Broom's Legal Maxims, (see pp. 684, 691, notes 2, 3.) It seems, then, to come to this: Is the presumption which the jury may thus make conclusive, or may not that presumption be repelled by express negatory proof of ignorance? When the defendant proposed by the question which was rejected to offer evidence tending to show his ignorance of the existence of the usage, he  **\*\*1051**  claimed no more than to exercise the right of attempting by direct evidence to repel the presumption of his knowledge which might without that proof, or perhaps in opposition to it, be made from the facts of the case.  **\*251**  It is for the jury, then, under proper instruction from the court, to take all the evidence in the case,-that as to the existence, duration, and other characteristics of the custom or usage, and that as to the knowledge thereof of the parties; and therefrom to determine whether there is shown a custom of such age and character as that the presumption of law will arise that the parties knew of and contracted in reference to it; or whether the usage is so local and particular as that knowledge in the party to be charged must be shown affirmatively or may be negatived. In this view, it was proper for the defendant to put and have an answer to the question rejected." Applying this rule to the facts in the present case, it is evident that the defendant's agent, with whom the contract was made, should have been permitted to answer the question whether he had any knowledge of the existence of such a custom. The proofs in support of the prevalence of such custom were confined to lumbermen who were having logs driven down the streams or through waters there, who were compelled to

CONFIDENTIAL

TR-0812246

53 N.W. 1049

clean out those waters for the purpose of driving logs. There was no testimony offered showing or tending to show that the defendant company, or Capt. Field, its agent, had ever driven logs down those streams; or that they were in any manner engaged in the lumbering business, necessitating the cleaning out of any streams for the purpose of driving logs. The only evidence of the business of the defendant company offered in the case was that it was running its boat through the inland waters in Cheboygan county, and that Capt. Field was the captain of the boat. Under these circumstances, the presumption cannot be conclusive upon the defendant that it had knowledge of this local custom or usage existing among lumbermen to pay the board of their men in running logs or cleaning out streams for the purpose of running logs. The mere fact that defendant's agent resided in that vicinity would not be sufficient to bring home to **\*252** him the knowledge of this custom, or warrant the jury in finding that the defendant had knowledge of it. In cases where evidence of usage is admissible at all, it is only on the ground that the parties who made the contract are both cognizant of the usage, and must be presumed to have made their engagements in reference to it. Van Hoesen v. Cameron, 54 Mich. 614, 20 N. W. Rep. 609. The decisions in this state are uniform that custom cannot change a definite contract, and that no custom is binding which is not certain, definite, uniform, and notorious. Lamb v. Henderson, 63 Mich. 305, 29, N. W. Rep. 732, and the cases there cited. In the above case it was said by Mr. Justice CAMPBELL: "No attempt was made to bring notice of this usage to the knowledge of the plaintiff." The defendant in that case sought to set up a custom to defeat the payment of certain traveling expenses to one of his salesmen during the time he spent at the home office. The court in the trial of the present case should not only have allowed Capt. Field to answer the question, and given the request to charge asked, but should also have instructed the jury that the plaintiff could not recover unless they found that the parties contracted in reference to this custom; and in determining that question they should consider the testimony of defendant's agent, who made the contract. Higgins v. Moore, 34 N. Y. 425. Judgment must be reversed, with costs, and new trial ordered. The other justices concurred.

## All Citations

94 Mich. 247, 53 N.W. 1049

---

End of Document

© 2022 Thomson Reuters. No claim to original U.S. Government Works.

CONFIDENTIAL

TR-0812247

# EXHIBIT 25

**Legal Professionals Segment 101**
June 7, 2022

Legal Professionals (Michelle Slobodnik)
— 234,000 of customers in Legal
— No. 1 position in global legal market segment
— 99% of AmLaw 100 firms use TR legal research
— All Global 100 firms are TR customers
— Around 1,500 experienced attorney editors


Primary Law Editorial (Julie, Jill, Joel)
— No other legal information company puts court opinions through such a rigorous editorial process.
— For over 125 years, our attorney-editors have been analyzing, categorizing, and summarizing the law as well as building tools to help researchers understand the law and find on-point materials quickly.
— 100 plus years of headnotes, Key Numbers, and KeyCite track each legal issue across different types of legal authority with extraordinary precision
— Each year, we gather hundreds of thousands of opinions from over 600 courts and over 3,500 judges across the United States.
— We load United States Supreme Court decisions within minutes
— We have hundreds of licensed attorney-editors on staff. On average, they have more than 10 years of experience in the profession.
— Our rigorous editorial processes provide researchers with accurate statutes and case law. Our world class features include KeyCite, headnotes classified to the West Key Number System, Notes of Decisions (statute and regulation annotations) classification, index reference creation and the creation of editorial notes to highlight ballot measures, conflicting amendments, and provisions held unconstitutional.
— On a yearly basis, attorney-editors manage changes to more than 100,000 statute sections, classify more than 200,000 Notes of Decisions into the statutes, manage a collection of more than 20,000,000 index references, create over 490,000 headnotes, assign over 550,000 Key Numbers (over 2,000 Key Numbers per day), and make thousands of corrections.


— **Headnotes:** Our attorney-editors craft a headnote for every specific point of law covered in nearly every reported opinion.
   ○ In general, headnotes are added to all reported opinions that contain legal analysis and which are designated for the National Reporter System.

TRCC-01390287

- **Case Synopses:** Our attorney-editors provide a summary of each case to help researchers quickly decide if it's on point. It includes the background, holdings, and the judge's decision.
- **Added Search Terms:** Our attorney-editors add synonyms, acronyms, terms of art, generic names, and legal relationships – so search terms don't have to match the judge's terms verbatim.
- **Court Corrections:** Our attorney-editors work closely with the courts to identify and correct errors ranging from incorrect citations and misspellings to substantive factual and legal inaccuracies.
- **KeyCite:** The most complete, accurate, up-to-the-minute citation service identifies direct history and critical indirect history within 24 hours for reported cases.
  - o KeyCite Overruling Risk goes one step further by ensuring that a user is citing good law. This feature, exclusive to Thomson Reuters Westlaw Edge, improves coverage of Westlaw KeyCite by identifying cases that may have been implicitly undermined because they state the law in a way that has been invalidated.
- **Annotations and Indexes for Statutes and Regulations:** Our notes of decisions (statute annotations) provide brief summaries of points of law derived from cases that interpret a statute. Also, with more than 20 million references categorized by topic, Westlaw online indexes provide quick links to the most relevant statutes and selected regulations, without having to run a search.
- **West Key Number System®** : With approximately 363 topics over 110,000 points of law, it's the de facto classification system for all American law, widely regarded as the cornerstone of effective legal research.
- The Key Number System divides the universe of case law into topics (Civil Rights, Criminal Law, Patents, etc). Each of those topics is then further sub-divided into individual points of law called Key Numbers.
- For example, in the topic Constitutional Law there is a sub-development (XVIII) called Freedom of Speech, Expression, and Press. Within that sub-development there is a further sub-development called Prisons and Pretrial Detention. Within that sub-development there are thirty Key Numbers devoted to the various issues pertaining to free speech rights of prisoners and pretrial detainees.
- We are always evolving the Key Number System to keep pace with changes in the law. The classification system is dynamic and under constant review for enhancements. Whenever a topic is deemed to be outdated, we devise a new set of Key Numbers for that topic. Our attorney-editors will then find every headnote in history that has been classified to that topic (even ones from cases in the 1700s and 1800s!) and assign an updated Key Number to them. Those headnotes are then reloaded to Westlaw. We reclassify approximately 600,000 Key Numbers annually.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Secondary Sources/Commentary Editorial** (Jill)

— Customers frequently start their legal research in Secondary Sources to get up to speed in new areas of the law or revisit familiar ones with the help of thousands of high-value secondary source materials. Our unmatched collection of premier analytical titles offers an optimized reading experience designed to make your research even more efficient.

— US Commentary produces over 2,300 titles and our attorney editors work with more than 3,200 outside authors and contributors.

— Our editors have over 1500 years of combined practice and editorial expertise and knowledge.

— Our Commentary titles feed Westlaw, print and ProView and are updated as needed.

## Key Products

### Westlaw US (Westlaw Classic and Westlaw Edge) (Erik Lindberg)

— According to the latest ABA Legal Technology Survey, Westlaw is the most used online legal research service (for 17 years running)

— For a typical workday (excluding weekends and holidays), we see the following volumes of usage on Westlaw:

— 2 million document views (by external customers)

— 170,000 research sessions (by external customers)

— Concurrent number of research sessions on Westlaw in the middle of the US workday hours recently peaked at over 42,000 sessions (external and internal users)

### Westlaw Edge (US)

— When we launched Westlaw Edge in 2018 as the premier legal research system in the US, the current version of Westlaw was still number one in the market. The same was true when we launched Westlaw Next in 2010.

— Westlaw Edge launched with market-leading AI and next-generation analytics. Westlaw Edge also has exclusive warnings for law that has been invalidated implicitly and sophisticated research tools that help legal professionals deliver results to clients faster and more accurately. Since launching, the number of tools and services have been added to Westlaw Edge at no additional cost to subscribers. These include:

— Quick Check

— State regulations and court rules compare

— Procedural posture filter

— Keysight overruling risk

— Quick Check Quotation Analysis

— Quick check judicial

- Jurisdictional Surveys
- US patent drawings and trademark tracking
- There have been many smaller features added each year and Litigation Analytics has been enhanced multiple times.
- in 2021, Thomson Reuters made a Westlaw API available customers
- All U.S. Federal courts have adopted Westlaw Edge (Erik L)
- 47 US state court systems plus the District of Columbia have adopted Westlaw Edge
- U.S. Department of Justice has adopted Westlaw Edge
- Westlaw Edge is in all ABA-accredited US law schools
- 72 of the Am Law 100 law firms have upgraded to Westlaw Edge

**<u>Practical Law</u>** (Emily Colbert)
- Approximately 650 editors globally (approximately 325 in the US) with an average of 12-14 years of experience with leading law firms, in-house legal departments, and government agencies

**Total # of core PL resources published in 2021 (not just PL US)**
- Note: "Core" resources is generally limited to these select resource types that are maintained: Practice Notes, Standard Documents, Standard Clauses, Checklists, Q&As and Toolkits. It excludes non-maintained content like Articles and Legal Updates.
- Total Core for 2021 (all jurisdictions) = 3,309. Breakout figures for the core jurisdictions:
  o US: 1,390
  o UK: 1,001
  o Canada: 453
  o ANZ: 358
  o Practical Law Compliance / Other: 107

**Total number of core Practical Law resources maintained in 2021:**
- Globally, Practical Law editors spent more than 255,000 hours in 2021 maintaining more than 36,000 resources. Breakout figures for the core jurisdictions:
  o US: 162,000 hours / 17,400 resources
  o UK: 81,000 hours / 15,700 resources
  o Canada: 12,000 hours / 3,200 resources

**The total number of Practical Law resources currently on the site**
- Globally (all jurisdictions): 377,879. Breakout figures for the core jurisdictions:
  o Total US resources: 102,207
  o Total UK resources: 255,713

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

o Total Canada resources: 12,171
o Total AU resources: 7,788

**The total number of CORE (see definition above) Practical Law resources on the site**
— Globally (all jurisdictions): 44,892. Breakout figures for the core jurisdictions:
  o US: 20,712
  o UK: 16,561
  o Canada: 5,073
  o AU: 2,546

**Practical Law Editorial Case studies**

**COVID**
In March of 2020 the Labor and Employment team did the following:
— The editors spent significant time updating content on leave, layoffs, remote working, traditional labor, unemployment, furloughs, and more.
— By April, PL's L&E team had updated 48 federal and 100 state resources.
— The team also created 17 new resources and participated in 3 webinars.
— The team spent approximately 210 hours on COVID-19 maintenance and 395 hours creating new content.

**$1.9 trillion COVID relief bill**
The week of the Stimulus Bill being signed into law, the Labor and Employment team did the following …
Updated:
  — Federal Agency Policy in Response to COVID-19 Chart (w-024-5333)
  — Federal Employee Leave Options Chart (w-017-7830)
  — COVID-19: Paid Sick and Family Leave Under the FFCRA (w-024-7536)
  — COVID-19: Emergency Family and Medical Leave Expansion Act (EFMLEA) Checklist (w-025-1179)
  — COVID-19: FFCRA Paid Sick and Family Leave FAQs (w-024-8645)
  — Pandemic Preparation and Response (3-505-0385)
  — Vaccination in the Workplace (W-028-8922)
  — Collection of unemployment resources (being refined now)
Drafted and published:
  — Congress Passes and President Biden Signs American Rescue Plan Act Providing COVID-19 Stimulus and Extending Key Labor and Employment Benefits (w-030-1030)

**HighQ** (Andy Niell)

— Has 2 million users around the world
— Supports more than 226,000 active sites / projects within HighQ Collaborate, a service that combines advanced document management and file sharing with enterprise social collaboration, personal productivity and project management tools
— Provides more than 366 terabytes of storage to its clients.
— Operate from seven data centers around the world and adding Azure hosting in the US
— Each month: 9 million new items are uploaded, 41 million items downloaded, 1 million workflow actions triggered and 250 million API requests service

Thomson Reuters and AI (Isabelle Moulinier)

— First, Thomson Reuters authors and collects content from variety of sources, and we enhance, normalize, connect and mine this content. Second, we make it available through push, pull and navigate. And third, we build vertical applications designed for specific use cases.
— Over the years, Thomson Reuters developed AI and machine learning capabilities across the entire workflow.
— On the publishing side, some of the technologies include large-scale text-classification solutions, named entity extraction and resolution, web-scale concordance, document summarization, relation extraction, polarity detection, event extraction, language generation.
— On the content delivery side, Thomson Reuters started with full-text search engines, having developed the first commercially available search engine that deploys probabilistic rank retrieval back in 1993.
— Thomson Reuters continued to develop vertical search engines tuned to the use cases and meta-data of the domain. We primarily focused on learning-to rank-approaches.
— To continue improving the discoverability of our content, we designed a number of recommender systems.
— We began developing  open-ended natural language question answering capabilities for multiple domains in 2016-17.
— Finally, on the vertical applications front, Thomson Reuters created numerous AI-enabled applications including those for document drafting; abnormality and risk mining, including reputational, financial and physical risks; due diligence for know-your-customers applications; e-discovery; debunking rumors on social media; and more.
— From a technology perspective, Thomson Reuters is heavily invested in artificial intelligence, machine learning (including deep learning), natural language processing and information retrieval.

TRCC-01390292

– Thomson Reuters has approximately 120 research scientists and engineers working in AI and more than 25 years of experience developing AI-based tools (technologies) for Westlaw and other legal products.

– Launched WIN (Westlaw is Natural) in 1993. WIN was the first commercially available search engine deploying probabilistic rank retrieval, a form of machine learning, in its ranking functions.

– Westlaw was one of the earliest in the information industry – not just legal – to introduce full and machine-assisted automation at scale for text mining and content enhancement technologies, including PeopleCite and Profiler.

– Other milestones include:

  o ResultsPlus (2003): A content and behavior-based recommender system for legal researchers.

  o PeopleFinder (2006): a web-scale concordance engine that creates one of the largest person-centric knowledge graphs anywhere, connecting all public records that pertain to an individual.

  o WestSearch (2010): a suite of learning-to-rank algorithms trained on legal content, meta-data and user behavior and highly tuned to the various legal research tasks.

  o Research Recommendations and Folder Analysis (2016): Research Recommendations is an AI-based tool that surfaces additional relevant documents within a research session. Folder Analysis uses AI tools to identify the legal issues present in a Westlaw folder and suggest additional documents related to those issues.

  o WestSearch Plus, a question answering (QA) system, and KeyCite Overruling Risk in 2018, as part of Westlaw Edge.

  o Westlaw Edge Quick Check (2019)

  o …

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-01390293

# EXHIBIT 26

Page 1

1          DEPOSITION OF LAURIE OLIVER

2        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF DELAWARE
3   _____

4

    THOMSON REUTERS ENTERPRISE
5   CENTRE GMBH and WEST
    PUBLISHING CORPORATION,
6
                   Plaintiffs/
7                  Counterdefendants,

8     vs.                           C.A. No.
                                    20-613-LPS
9   ROSS INTELLIGENCE INC.,

10                 Defendant/
                   Counterclaimant.
11
    _____
12

13

14  HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE
                     ORDER
15

16     VIDEOTAPED DEPOSITION OF LAURIE OLIVER

17           MINNEAPOLIS, MINNESOTA

18              March 30, 2022

19

20

21

22

23     Reported by:

24     KATHY L. STEWART

25     JOB NO. 208916

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 2

```
 1        DEPOSITION OF LAURIE OLIVER

 2

 3

 4

 5                  March 30, 2022

 6                   9:36 a.m.

 7

 8

 9   Videotaped deposition of LAURIE OLIVER, held

10   at the offices of Regus, 100 S. Fifth

11   Street, Suite 1900, Minneapolis, Minnesota,

12   before Kathy Stewart, a Notary Public of the

13   State of Minnesota.

14

15

16

17

18

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1        DEPOSITION OF LAURIE OLIVER

2   A P P E A R A N C E S:

3

4

5

6   KIRKLAND & ELLIS

7   Attorneys for Plaintiff

8   601 Lexington Avenue

9   New York, New York 10022

10  BY: JOSHUA SIMMONS, ESQ.

11

12

13  CROWELL & MORING

14  3 Embarcadero Center

15  San Francisco, California 94111

16  BY: KAYVAN GHAFFARI, ESQ.

17      DIANE AGUIRRE-DOMINGUEZ, ESQ.

18

19

20  ALSO PRESENT:

21  Jacob Arvold, Videographer

22

23

24

25

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 4

1        DEPOSITION OF LAURIE OLIVER

2                      INDEX

3   EXAMINATION BY:                        PAGE

4

5   Mr. Ghaffari.........................  8

6   Mr. Simmons.........................  317

7   Mr. Ghaffari.........................  325

8   Mr. Simmons.........................  340

9   Mr. Ghaffari.........................  341

10

11                   EXHIBITS

12  Exhibit 1, Deposition Notice to Laurie
    Oliver,                      page 11
13
    Exhibit 2, Deposition Notice to Thomson
14  Reuters Enterprise Centre GMBH,    page 11

15  Exhibit 3, Deposition Notice to West
    Publishing,                   page 11
16
    Exhibit 4, LinkedIn Page,        page 24
17
    Exhibit 5, Plaintiffs and Counterdefendants
18  Second Supplemental Responses and Objectiosn
    to Defendant and Counterclaimant's
19  Interrogatory No. 1,          page 42

20  Exhibit 6, Classification and Routing Engine
    CaRE,                         page 57
21
    Exhibit 7, Summarization Manual, Judicial
22  Editorial,                    page 72

23  Exhibit 8, Editorial Manual, Policies and
    Guidelines for Headnoting,    page 75
24

25  EXHIBITS, CONTINUED

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1        DEPOSITION OF LAURIE OLIVER

2   Exhibit 9, Training Manual,          page 107

3   Exhibit 10, Features Widget Instructions,
                                          page 175
4
    Exhibit 11, Supreme Court Quality Level
5   Agreement,                           page 182

6   Exhibit 12, Native Document Placeholder
    TR-0044730 (Electronic Exhibit Contained on
7   USB Drive),                          page 186

8   Exhibit 13, Native Document Placeholder,
    TR-0036335 (Electronic Exhibit Contained on
9   USB Drive),                          page 186

10  Exhibit 14, West Key Number System, page 214

11  Exhibit 15, American Digest Main Heads and
    Subdivisions of Classification Scheme, Fifth
12  Edition (April, 1916),               page 216

13  Exhibit 16, JCaRE Background,        page 236

14  Exhibit 17, Classifiers' Encyclopedia,
                                          page 256
15
    Exhibit 18, Rogers v. Quiktrip Corp., 230
16  P.3d 853 (2010),                     page 257

17  Exhibit 19, Memorandum #537,         page 269

18  Exhibit 20, Memorandum #12047,       page 275

19  Exhibit 21, Memorandum #5500,        page 278

20  Exhibit 22, Memorandum #,            page 288

21  Exhibit 23, Mutual Life Ins. Co. Of N.Y. v.
    Tailored Woman, 91 N.Y.S.2d 140 (1949),
22                                        page 291

23  Exhibit 24, Memorandum #803,         page 298

24  Exhibit 25, Memorandum #187,         page 299

25  EXHIBITS, CONTINUED

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 6

1          DEPOSITION OF LAURIE OLIVER

2    Exhibit 26, Memorandum #2820,        page 299

3    Exhibit 27, Memorandum #9169,        page 299

4    Exhibit 28, Memorandum #695,         page 299

5    Exhibit 29, Thomson Reuters Legal 2021
     General Policies Addendum,           page 309
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 7

```
 1        DEPOSITION OF LAURIE OLIVER

 2            VIDEOGRAPHER:  This is the start of

 3   media labeled number 1 of the video recorded

 4   deposition of Laurie Oliver in the matter

 5   Thomson Reuters Enterprise Centre GMBH,

 6   et al., vs. Ross Intelligence Inc. in the

 7   United States District Court for the

 8   District of Delaware, Case Number 20-613

 9   (LPS).

10            This deposition is being held at

11   100 South Fifth Street, 19th floor,

12   Minneapolis, Minnesota on March 30th, 2022.

13   The time is approximately 9:36 a.m.

14            My name is Jacob Arvold.  I am the

15   legal video specialist from TSG Reporting,

16   Inc., headquartered at 228 East 45th Street,

17   Suite 810, New York, New York 10017.

18            The court reporter is Kathy Stewart

19   in association with TSG Reporting.

20            Counsel, please introduce

21   yourselves.

22            MR. GHAFFARI:  My name is Kayvan

23   Ghaffari from the law firm of Crowell &

24   Moring, along with my colleague, Diane

25   Aguirre-Domingu, on behalf of Defendant/
```

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 8

1          DEPOSITION OF LAURIE OLIVER

2     Counterplaintiff Ross Intelligence Inc.

3               MR. SIMMONS:  My name is Joshua

4     Simmons.  With me is Jennifer Gibbins.  We

5     are both from Kirkland & Ellis.  We are also

6     joined by Jean-Pierre Giuliano from

7     Thomson Reuters, in-house counsel, and we

8     represent the Plaintiffs and the witness.

9               VIDEOGRAPHER:  Will the court

10    reporter please swear in the witness.

11

12                    LAURIE OLIVER,

13    called as a witness, was duly sworn and

14              testified as follows:

15

16                    EXAMINATION

17    BY MR. GHAFFARI:

18    Q.  Good morning, Ms. Oliver.

19    A.  Good morning.

20    Q.  How are you doing today?

21    A.  I am good.

22    Q.  Would you please state and spell your name

23        for the record.

24    A.  Laurie Oliver, L-A-U-R-I-E  O-L-I-V-E-R.

25    Q.  And would you please also state your

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 32

DEPOSITION OF LAURIE OLIVER

1

2          THE WITNESS:  I don't think that's

3     true.  Trying to explain.

4              For example, it might be clear from

5     the case that it involves -- I don't know if

6     this would be true in Federal Court -- but a

7     landlord/tenant dispute and the Court never

8     calls them a landlord and a tenant, it

9     refers to an apartment and a lease and the

10    names of the parties.

11             So we might call the parties the

12    "landlord" and the "tenant" in our headnote,

13    even though those terms aren't actually in

14    the case.

15    BY MR. GHAFFARI:

16    Q.  So you may replace terminology?

17             MR. SIMMONS:  Objection,

18    mischaracterizes the witness's testimony.

19             THE WITNESS:  We may do that.

20    BY MR. GHAFFARI:

21    Q.  What is your understanding as to why

22    headnotes exist?

23    A.  They exist to help legal researchers find

24    case law that is relevant to their issue

25    that they are researching.

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 202

1              DEPOSITION OF LAURIE OLIVER

2    Q.   Okay.  The word "outline," as a law -- like

3         a former law school student, when somebody

4         writes a brief, takes on a very different

5         form.

6    A.   Yeah.

7    Q.   Now, you gave an example of, you know, for

8         example, high topic, Criminal Law, there is

9         a sub-topic or node that is, like, Hearsay.

10             How do you guys determine to create

11        or to generate or to reach, like, the

12        Hearsay portion?  How do you guys determine

13        hey, we need Hearsay?

14             MR. SIMMONS:  Objection to the form

15        of the question.

16             THE WITNESS:  I think there are a

17        number of sources that could go into the

18        creation of our hierarchy.

19             Might look at materials about that

20        area of the law and get a general idea of

21        Evidence covers these topics or Criminal Law

22        does.

23             It comes from the headnotes,

24        themselves.  It comes from court opinions,

25        oh, we see that criminal cases cover this

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 203

1      DEPOSITION OF LAURIE OLIVER

2      range of issues, so, therefore, we should be

3      able to classify those issues somewhere, so

4      we need a place in our hierarchy to classify

5      issues that come up in criminal cases.

6              So it sort of stems from what is

7      the law on that topic at a higher level to

8      what are the issues we actually see in cases

9      that we think we should be able to organize

10     in our way that our customers can find them.

11  BY MR. GHAFFARI:

12  Q.  What's the purpose of having those?

13  A.  Of having the key number system?  To

14      organize the law in a way that customers can

15      use to be successful in their research.

16  Q.  In terms of, like, researching law and

17      cases?

18  A.  Yes, I think.

19              MR. SIMMONS:  Objection to the form

20      of the question.

21  BY MR. GHAFFARI:

22  Q.  But, you know, just to go back to the

23      example of Hearsay, why did you guys

24      determine at some point we need a node about

25      hearsay?

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

1          DEPOSITION OF LAURIE OLIVER

2                Like, I understand there are issues

3     and different cases and topics, but you guys

4     made a determination that Hearsay should be

5     a node?

6                What led to the determination that

7     hearsay should be a node?

8                MR. SIMMONS:  I am going to object

9     to the extent that the question calls for a

10    specific node in the West key number system

11    as beyond the scope of the 30(b)(6) topics,

12    but to the extent you can answer, go ahead.

13    BY MR. GHAFFARI:

14 Q.  It can be general, too.  It doesn't have to

15    be just --

16 A.  I can't answer specifically what led to any

17    one particular node's inclusion in the key

18    number system.

19                But again, it's because we read

20    hundreds and thousands of cases, we know

21    what sort of issues are covered in those

22    cases and we want the organization to allow

23    the researcher to find -- and, you know, as

24    lawyers, we know what are concepts in the

25    law, so we are able to say hearsay is an

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

```
 1              DEPOSITION OF LAURIE OLIVER

 2         issue that's important, and we want research

 3         to be able to find cases about that topic.

 4         Therefore, it should be represented in the

 5         key number system.

 6    Q.   And how did you guys come to use the

 7         word "hearsay" or any term to be associated

 8         with that particular node?

 9    A.   Again, I don't know specifically.  But we

10         would use terminology that we think

11         customers would be looking for.

12              Lawyers are familiar with the term

13         "hearsay."  It becomes one of the terms that

14         we use in the key number system.

15    Q.   And it's a term that's, like, commonly used

16         in criminal cases whenever there is

17         evidentiary issues?

18              MR. SIMMONS:  Objection to the form

19         of the question.

20              THE WITNESS:  "Hearsay" is a common

21         term for lawyers.

22    BY MR. GHAFFARI:

23    Q.   How often is the key number system changed

24         or revised?

25    A.   Currently we do two projects a year that
```

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 206

DEPOSITION OF LAURIE OLIVER

1

2   revise portions of the key number system,

3   because it's so large we can't revise it all

4   at once.

5           So it's changed a bit over time.

6   We didn't necessarily do two major changes

7   every year, but that's our current cadence.

8           So twice a year we choose -- well,

9   prior to that year, but we choose certain

10  topics that we are going to revise, and

11  twice a year we release new portions of the

12  key number system to our customers.

13  Q.  And how do you guys determine what portions

14      to revise?

15  A.  That decision really comes from the

16      classification staff when they determine

17      that there are new developments in the law

18      that aren't really covered by -- or covered

19      well by a section of the key number system.

20          For example, when -- let's see.

21      When satellite television became a thing and

22      parties started litigation -- litigating

23      issues about satellite television, that

24      concept wasn't covered anywhere in the key

25      number system.

HIGHLY CONFIDENTIAL PURSUANT TO THE PROTECTIVE ORDER

Page 345

```
 1          DEPOSITION OF LAURIE OLIVER

 2

 3     STATE OF MINNESOTA

 4                         CERTIFICATE

 5     COUNTY OF RICE

 6

 7     I, Kathy Stewart, hereby certify that I
       reported the deposition of LAURIE OLIVER on
 8     the 30th day of March, 2022, and that the
       witness was by me first duly sworn to tell
 9     the truth and nothing but the truth
       concerning the matter in controversy
10     aforesaid;
                   That I was then and there a Notary
11     Public in and for the County of Rice, State
       of Minnesota; that by virtue thereof I was
12     duly authorized to administer an oath;
                   That the foregoing transcript is a
13     true and correct transcript of my
       stenographic notes in said matter,
14     transcribed under my direction and control;
                   That the cost of the original has
15     been charged to the party who noticed the
       deposition and that all parties who ordered
16     copies have been charged at the same rate
       for such copies;
17                 That the reading and signing of the
       deposition was not waived;
18                 That I am not related to nor an
       employee of any of the attorneys or parties
19     hereto, nor a relative or employee of any
       attorney employed by the parties hereto, nor
20     financially interested in the outcome of the
       action and have no contract with parties,
21     attorneys or persons with an interest
       in the action that affect or has a
22     substantial tendency to affect my
       impartiality;
23                 WITNESS MY HAND AND SEAL this 11th
       day of April, 2022.
24     _____
       Kathy Stewart
25     Kathy Stewart
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | C.A. No. 20-613-LPS |
| Plaintiffs, Counterdefendants, | |
| v. | |
| ROSS INTELLIGENCE INC., | |
| Defendant, Counterclaimant. | |

**PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH
AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA
FOR THE DEPOSITION OF LAURIE OLIVER**

I, the undersigned, do hereby declare that I read the deposition transcript of Laurie Oliver

dated March 30, 2022 and that to the best of my knowledge, said testimony is true and accurate,

with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 63 | 16 | "concrete headnotes" | "create headnotes" | Transcription error |
| 67 | 21 | "and later it decided" | "and later decided" | Transcription error |
| 73 | 9 | "Summation Training" | "Summarization Training" | Transcription error |
| 78 | 4 | "and write cases" | "and read cases" | Transcription error |
| 88 | 24 | "West universe system" | "West Key Number system" | Transcription error |
| 91 | 9 | "Use a headnote" | "Views a headnote" | Transcription error |
| 96 | 14 | "context in terms of art" | "context and terms of art" | Transcription error |
| 152-53 | 25-2 | "that collects all these headnotes that -- our definition" | "that collects all these headnotes that include a definition" | Transcription error |
| 163 | 6 | "many meetings" | "many meanings" | Transcription error |
| 165 | 4-5 | "in a book, for our company, puts it on Westlaw" | "in a book, for our company, or puts it on Westlaw" | Transcription error |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 170 | 7 | "written "collusion of" | "written "exclusion of" | Transcription error |
| 179 | 9 | "red box'" | "red box" (remove extra quotation mark) | Transcription error |
| 184 | 16 | "how we concrete headnotes" | "how we create headnotes" | Transcription error |
| 195 | 17 | "these kinds of issues, it doesn't" | "these kinds of issues, or no, it doesn't" | Transcription error |
| 200 | 23 | "Statements by a Declare -- you" | "Statements by a Declarant -- you" | Transcription error |
| 203 | 10 | "in our way" | "in a way" | Transcription error |
| 205 | 2 | "we want research" | "we want researchers" | Transcription error |
| 235 | 7-8 | "might queue them in" | "might clue them in" | Transcription error |
| 262 | 6 | "They headnote" | "The headnote" | Transcription error |
| 286 | 22 | "what it does no retrieve" | "what it does to retrieve" | Transcription error |
| 287 | 7 | "key side connections" | "KeyCite connections" | Transcription error |
| Throughout | | "dialogue" | "dialog" | Transcription error |
| Throughout | | "Ross" | "ROSS" | Transcription error |
| Throughout | | "Legalese" | "LegalEase" | Transcription error |

Dated: May 4, 2022

*Laurie Oliver*

Laurie Oliver