# EXHIBIT 40



# Westlaw® Edge

**The** standard for legal research.



THOMSON REUTERS®

CONFIDENTIAL



# Gain the edge

With advanced artificial intelligence powered by more than 100 years of attorney-edited annotations, Westlaw® Edge elevates your legal research experience so you can work, think, and deliver even faster. It builds on the premium content and performance the legal industry has come to expect from Thomson Reuters®, and defined a new standard for thorough and quality research.

**WestlawEdge.com**

CONFIDENTIAL

TR-0477496

# Compare Westlaw Edge to Westlaw Classic

**See the difference**

Discover the AI-powered tools that set Westlaw Edge apart from Westlaw Classic.

| | Westlaw Classic | Westlaw Edge |
|---|:---:|:---:|
| **Quick Check** <br> Intelligent document analysis to find highly relevant authority that traditional research may have missed | | ● |
| **Litigation Analytics** <br> Data-driven insights on judges, courts, attorneys, law firms, and case types | | ● |
| **KeyCite® Overruling Risk** <br> Citator warning that cautions you when a point of law has been implicitly undermined | | ● |
| **WestSearch® Plus** <br> Next-generation search engine that offers predictive research suggestions and delivers the most relevant information for your legal issue | | ● |
| **Statutes Compare and Regulations Compare** <br> Comparison tool that shows how any two statutes or regulations have changed over time | | ● |
| **Jurisdictional Surveys** <br> Customizable compilation of laws across all U.S. jurisdictions | | ● |
| **Primary Law** <br> Foundational resources, including cases, statutes, regulations, legislative materials, and more to gain an understanding of your legal issue | ● | ● |
| **Secondary Sources** <br> Premier analytical titles to get up to speed in new areas of the law or revisit familiar ones | ● | ● |
| **Litigation Materials** <br> Fully integrated briefs, pleadings, motions, memoranda, and dockets | ● | ● |
| **KeyCite** <br> Industry's most complete and accurate citator to ensure you rely on good law | ● | ● |
| **Key Number System** <br> Most comprehensive and widely used indexing system for caselaw | ● | ● |
| **Headnotes** <br> Concise summaries of the points of law discussed in a case | ● | ● |

TR-0477497



*"Part of putting our clients first is to be as efficient as possible in our research, to keep bills down, and to make sure that we're getting the most comprehensive research. Westlaw Edge allows us to do that."*

**Jeunesse Rutledge**
Associate, Reinhart Boerner Van Deuren s.c.

CONFIDENTIAL

TR-0477498

# Discover a new level of confidence
# with Quick Check

Upload your brief to find highly relevant authority and ensure you haven't missed anything important.

**Intelligent document analysis**

Upload a brief to Quick Check and receive a comprehensive report detailing not only the validity of the cited authority, but also recommendations for additional relevant authority as well as an analysis of quotations.

**Enabling more efficient research**

- Perform a final check on a completed document
- Refresh a previously used document with new authority
- Prioritize your review of an opponent's cited authority with the ability to see which cases they spent the most time discussing
- Compare your opponent's filings against your own
- Jumpstart your research by submitting a selection of text, a brief, or a trial court filing found on Westlaw Edge directly to Quick Check
- Compare multiple filings from a single matter

**Advantages you won't find elsewhere**

- Uncover recommendations of authority contrary to an opponent's arguments
- Filter out citations you've viewed in the past 30 days and what you've already saved to a folder
- See additional details for why a suggested authority might be important
- View a side-by-side comparison of cited quotations and the actual case language on Westlaw Edge, along with crucial context from the case

**Complete your research with confidence**



*Simply and securely upload your brief*

# Get to the information you need faster
## with WestSearch Plus

Find authoritative legal answers even faster with state-of-the-art AI powered by attorney-edited annotations.

### Focus your research with predictive typeahead

With the next generation of legal search, get superior predictive research suggestions as you start to type your query in the global search bar. Related suggestions appear based on AI-enhanced technology to help you find authoritative answers in less time.

### Find answers faster for thousands of legal topics

Address legal questions for thousands of topics without drilling into the results list. Pick the most relevant query served up with predictive typeahead and the most relevant text appears at the top of your results list.

### Advantages you won't find elsewhere

- Arrive at answers quickly with state-of-the-art AI powered by attorney-edited annotations
- See the most relevant portion of the text right after you select your question, without needing to review the full document or results list
- Connect quickly to the relevant underlying authority

**The most powerful legal search engine ever**



1. Enter your legal query in the global search bar
2. Filter results by selecting a specific content type
3. Select a relevant question to retrieve the right text
4. Get Search Suggestions narrowed by Key Numbers

Experience Westlaw Edge at **WestlawEdge.com**

CONFIDENTIAL

TR-0477500

# Make more informed decisions
# with Litigation Analytics

Build the strongest case strategy and manage client expectations with insights on judges, courts, attorneys, law firms, and case types.

## Put Litigation Analytics to work for you
- Craft the best strategy, and set and manage expectations for outcomes, timelines, and costs
- Understand a judge's history with expert testimony
- Evaluate opposing counsel's experience
- Assess and value litigation with Damages analytics

## Precedent Analytics
Make stronger arguments. Quickly uncover key insights into a judge based on topics, the cases a judge regularly relies on, and other judges they frequently cite.

## Advantages you won't find elsewhere
- Leverage the most state and federal dockets across the most case types
- Filter by many categories, including 28 motion types and "search within"
- Search dockets, as well as trial documents, for arguments, issues, and fact patterns

**Sharpen your advantage with superior insights**



*Judge information shown. Similar insights available for courts, attorneys, law firms, and case types.*

**1** Filter by case type, court, and date

**2** Understand how your judge's ruling tendencies compare to the district average

**3** View judge's career timeline, past positions, education, and relevant biographical information

# Trust that you're citing good law
## with KeyCite Overruling Risk

Know when a point of law in your case has been implicitly undermined based on its reliance on an overruled or otherwise invalid prior decision.

### Get warnings on implicitly overruled cases
- Use term navigation to easily pinpoint the language within a case that has been overruled
- Avoid the need to review each case manually to determine if it cites an implicitly overruled point of law

### Advantages you won't find elsewhere
- See an orange warning icon right from the results list and at the top of your document, just like red and yellow warning flags, integrated into your research flow
- Leverage state-of-the-art AI to identify bad law that has no direct citations pointing to its validity

**Know whether your legal authority has been implicitly undermined**



*Be aware with an Overruling Risk orange warning icon right from the result list*

Experience Westlaw Edge at **WestlawEdge.com**

CONFIDENTIAL

# Stay informed of changes in the law
## with Statutes Compare and Regulations Compare

Easily identify the most recent changes to a statute or regulation — or compare any two versions.

**Compare versions easily**

- Save time by eliminating the need to go through session laws and register sections to see how a statute or regulation has changed
- See quickly what language changed from one statute or regulation version to another
- Access the most recent changes to a statute or regulation easily from the document, or compare any two versions right from the History tab

**Advantages you won't find elsewhere**

- Get coverage for all statutory content and federal regulations, plus state regulations in select states
- Toggle to the next and previous difference
- Download, print, or email the comparison

**See the current version compared to a previous version**



*See the text that was deleted from the latest version in red strike-throughs and text that was added to the latest version in blue highlights*

TR-0477503

# Expedite the creation of accurate surveys
## with Jurisdictional Surveys

Quickly retrieve a customized and relevant compilation of laws across all U.S. jurisdictions on virtually any topic.

### Get a jump-start on your research
- Simply start with the citation of a statute you know, Index terms that describe your topical target, or from a predefined topic page
- Get a curated list of statutory sections that accounts for varying terminology across all jurisdictions
- Refine the list of statutory sections by adding or excluding terms, and filtering down to the jurisdictions of interest

### Advantages you won't find elsewhere
- Exclusive editorially applied Index taxonomy that accounts for variances in terminology across jurisdictions
- Index-based search approach optimized for the task of searching statutes by topic or sub-topic across jurisdictions

**Save time getting up to speed on laws across jurisdictions**



*Tailor your list of statutory sections by adding or excluding terms, and filtering by jurisdiction*

CONFIDENTIAL

TR-0477504



"Get Westlaw Edge and don't hesitate.
It is absolutely worth it. It'll make you
a better attorney. It'll make your firm
better. And you'll serve your clients better
than you have before."

**Steven Smelser**
Partner, Yukevich | Cavanaugh

CONFIDENTIAL

TR-0477505

Experience Westlaw Edge at **WestlawEdge.com**





© 2021 Thomson Reuters  S066475/10-2021

CONFIDENTIAL

TR-0477506

# EXHIBIT 41

# Westlaw Edge

Deliver answers quickly and gain valuable insights with a full suite of AI-powered tools on Westlaw® Edge.



## Quick Check
### Intelligent document analysis

Upload your brief and in just minutes, Quick Check will identify the legal issues and show you relevant authority that traditional research may have missed. Rely on Quick Check to quality check a final draft, verify cited quotations, reveal weaknesses in an opponent's document, refresh a past winning argument, and more.

- Compare multiple filings with a single matter with Quick Check Judicial

- KeyCite® provides the information you need to verify the cases you cite are still good law

- Filter out what you've already viewed or saved to a folder

## Litigation Analytics
### Data-driven insights

Discover a new level of insight with analysis on judges, courts, damages, attorneys, law firms, and case types across the most state and federal dockets. Easily gather relevant information to build the strongest case strategy and respond to clients even faster with the initial case context around likely outcome, timeline, and cost.

- See how a judge typically rules, subject matter expertise, time to rule, and more

- Manage client expectations for likely outcomes, timelines, and cost

- Build a winning strategy with example motions a judge has granted





## WestSearch® Plus

### Next generation legal search

Get better predictive research suggestions across thousands of legal topics so you can find authoritative AI answers even faster. Predictive typeahead leverages advanced AI technology to surface relevant queries in the global search box. When you select a suggested query, you'll go to the most relevant text without needing to scan the entire results list.

- Take advantage of the most powerful legal search engine, designed by attorneys for attorneys
- Get suggested answers quickly for thousands of legal topics
- Connect directly to the relevant underlying authority

## KeyCite Overruling Risk

### Advanced citator

Trust you're citing good law. KeyCite Overruling Risk cautions you when a point of law in your case has been implicitly undermined based on its reliance on an overruled or otherwise invalid prior decision.

- Get warnings on implicitly overruled points of law
- See an orange warning icon, similar to red and yellow flags, integrated into your research
- Use term navigation to easily pinpoint the language within a case that has been overruled
- Avoid reviewing each case manually to determine whether it cites an implicitly overruled point of law





## Statutes Compare and Regulations Compare

Quickly understand how a statute or regulation has changed over time. With just one click, you can easily see the most recent changes to a statute or regulation right from the document, and compare any two versions from the History tab.

- Get coverage for all statutory content and federal regulations, plus state regulations in select states
- Toggle to the next and previous difference when comparing
- Download, print, or email the comparison

**For more information, visit WestlawEdge.com**

© 2022 Thomson Reuters  S066477/08-2022



# EXHIBIT 42

# 10 quick tips for using
# Westlaw Edge

Thomson Reuters Westlaw Edge™ offers tools to help you be more strategic, responsive, and confident in your legal research results. Rely on advanced features such as **WestSearch®️ Plus**, **Litigation Analytics**, **KeyCite®️ Overruling Risk**, and **Statutes Compare** to provide you with the fastest answers and most valuable legal insights – all fully integrated within Westlaw Edge for an intuitive and seamless research experience.

**Check out these 10 quick tips to help you get started.**

## WestSearch Plus

Find authoritative answers even faster and ensure you haven't missed anything important with the next generation of legal search.

**1** **Start typing your question into the global search bar, e.g., *When is character evidence admissible?***

Relevant questions containing your search terms will be generated in the box below. Selecting a question will help you find an answer faster.



*Advanced typeahead generates suggestions to help you find your answers faster.*

**2** **Uncover on-point caselaw and Secondary Sources with a new sophisticated typeahead feature**

Enter your terms in the global search bar, e.g., **fraudulent conveyance**, and WestSearch Plus produces predictive results right from the search box, greatly reducing the number of cases you potentially need to read through.




the answer company™
**THOMSON REUTERS**®️

# Litigation Analytics

Quickly access and uncover relevant, data-driven insights on judges, courts, attorneys, law firms, and case types across the most practice areas.

**❸ Access attorney and judge overview pages using typeahead in the global search box**

To view the profile information of an attorney or your assigned judge, simply type their name into the global search bar and Snapshots will appear in the drop-down below, providing direct access to their overview page.



**❹ You can also access attorney and judge overview pages from linked names in cases and dockets**

Clicking a linked attorney or judge name within a case or docket will take you to their overview page where you can dive deeper into litigation history, motion reports, and appeals reports for judges.



*Go from an attorney or judge name to their corresponding overview page.*

**❺ Use *search within results* on Litigation Analytics result lists for more granular data**

Quickly get up to speed on a prospective matter with **search within results**, which also helps you save time with:

A. Searching across dockets and the full text of related trial documents to reveal arguments, issues, and fact patterns applicable to the case

B. Viewing court opinions and dockets within the result list

C. Having direct access from the result list to the exact portion of the docket referencing what you need



*Use **search within results** to drill down to precisely what you need.*

2

TRCC-01012443

**6** **Explore all Litigation Analytics tabs to help craft your litigation strategy**

**Dockets** gives you a better understanding of the experience and caseload of attorneys and judges in addition to those trends across courts, law firms, and case types.

**Outcomes** helps you better advise your client on likely outcomes and length of time to resolution of parties relating to judges they've appeared before in civil federal district court cases.

**Motions** allows you to determine the potential success rate of, and therefore the value in, filing different motions before the judge. The Motions tab includes a visualization of this data as well as a result list containing relevant motions, orders, and dockets.

**Expert Challenges** helps you make more informed decisions around which experts to use with insight into how often your judge has admitted or excluded expert testimony, and whether your expert has appeared before your judge.

**Appeals** allows you to better understand how your assigned judge has fared on appeal and the resolution of appeals brought before a judge and an overall court.

## KeyCite Overruling Risk

**7** **Trust that you're citing good law**

Only Westlaw Edge has a citator warning that cautions you when a point of law in your case has been implicitly undermined based on its reliance on an overruled or otherwise invalid prior decision. The Overruling Risk icon appears in the same location as KeyCite flags and a new Overruling Risk section displays on the Negative Treatment tab.



*With Overruling Risk warnings, KeyCite goes beyond explicit relationships to now cover implicit relationships.*

## Statutes Compare

**8** **Understand quickly how a statute has changed over time**

To view the most recent legislative changes to a statute, click **Compare Versions** in the toolbar. You'll see the statute's current version compared with its previous version, if other versions are available.



*Compare current and previous statute versions with simplicity.*

3

**9** **See changes between any statute version**

Speed your analysis with the ability to pick which statute versions to compare and see the changes noted. You can compare changes in any two versions from the History tab, e.g., you can pick the earliest and latest versions to see everything that's changed in this time period. You can also easily download, print, and email comparisons to assist your preparation.



*Gain even more flexibility by choosing any two versions of a statute to compare.*

*Once you've selected two versions of a statute to compare, click* **Compare** *to view the changes over time.*



*Speed your analysis by easily viewing your marked changes. And, easily download, print, and email comparisons to assist your preparation.*

**10** **Unlock the power of Westlaw Edge with access to your dedicated research support**

The Insight Attorney team provides an advanced level of support exclusive to Westlaw Edge customers. This select group holds industry-exclusive training in analytics, artificial intelligence, and big data, and you can rely on them to assist you with your research needs on Westlaw Edge.

**The Insight Attorney team is available 7 a.m.-7 p.m. CST, Mon.-Fri. For research support outside of these hours, the Reference Attorney team is still available 24/7. You can reach the Insight Attorney and Reference Attorney teams both directly at 1-800-REF-ATTY.**

**Experience the advantages of**
**Westlaw Edge at** **WestlawEdge.com**

The intelligence, technology and human expertise you need to find trusted answers.



© 2018 Thomson Reuters  S067333/7-18

# EXHIBIT 43

**Content ID:** 3890
**Folder:** Westlaw - Government
**Title:** Westlaw Edge – Intro and Features [WL4G]

# Westlaw Edge

## THE MOST INTELLIGENT LEGAL RESEARCH PLATFORM EVER

Since 1872, our company has been collecting, analyzing, and organizing legal data to make legal research easier and faster for users. Westlaw Edge builds on the premium content and performance the legal industry has come to expect from Thomson Reuters in ways never before possible. By combining artificial intelligence (AI) and data with the experience, knowledge, and judgment of modern lawyers, legal departments can take their work to the next level.

The new, advanced features of Westlaw Edge allow legal professionals to practice with an unprecedented degree of certainty and confidence. Westlaw Edge provides legal professionals with the next generation of AI-driven legal search, first of its kind new warnings for law that is no longer valid, unrivaled litigation analytics, and sophisticated new research tools that help legal professionals deliver results to clients faster and more accurately.

Here are a few ways Westlaw Edge can elevate your legal research experience so you can work, think, and deliver results even faster:

## BE PREPARED WITH QUICK CHECK

 Westlaw Edge Quick Check securely analyzes your briefs to suggest highly relevant authority and ensure you haven't missed anything important. Rely on Quick Check to find authority that traditional research may have missed.

- Seamless integration with Westlaw Edge allows you to filter out citations you've viewed in the past 30 days and what you've already save to a folder.
- See time-saving details for why a suggested authority might be important.
- Review differences between case quotes in a document to the cited case language on Westlaw Edge.
- Receive recommendations from the largest collection of secondary sources, briefs, and memoranda.

### QUICK CHECK JUDICIAL

Analyze multiple documents from a single matter at one time - your own and your opponent's. Quickly compare the citations you each relied on, plus gain an understanding of what relevant authority was omitted and how that may affect your argument.

## BE RESPONSIVE WITH WESTSEARCH PLUS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 WestSearch Plus leverages sophisticated type-ahead functionality to anticipate which topics users are searching and then delivers responsive text from relevant documents to the top of their result list. This helps decrease their time spent looking and researching for a given topic or answer and is an essential time-saver, especially when researching unfamiliar areas of law.

- Take advantage of the most powerful legal search engine, designed by attorneys for attorneys.
- Find answers to legal questions that can be answered in a sentence or two—within seconds.
- Connect directly to the relevant underlying authority.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## BE STRATEGIC WITH LITIGATION ANALYTICS

 Litigation Analytics leverages the most state and federal dockets to deliver clear, visual, and relevant data-driven insights and trends on judges, attorneys, law firms, courts, and case types to help you build your strongest case strategy.

- Set and manage client expectations for outcomes, timelines, and cost.
- Understand your assigned judge, including familiarity with a subject matter based on past cases, their record on appeal, approach to expert witnesses, and the authority they tend to cite.
- Assess how often your judge has admitted or excluded expert testimony and whether your expert has appeared before your judge.
- Evaluate opposing counsel's experience.
- Evaluate potential settlements and award with damages analytics.

### PRECEDENT ANALYTICS

Make stronger arguments and quickly uncover key insights based on topics, by seeing the cases a judge regularly relies on, and other judges frequently cited.

## BE AWARE WITH KEYCITE OVERRULING RISK

 KeyCite Overruling Risk builds upon the capabilities of our current KeyCite service, identifying cases that contain implicitly overruled or invalidated law. Quickly verify good law and find citing references to expand your research.

- Get warnings on implicitly overruled or abrogated points of law.
- See an orange warning icon, similar to red and yellow flags, integrated into your research.
- Avoid reviewing each case manually to determine whether it cites an implicitly overruled point of law.
- Leverage state-of-the-art AI to identify bad law that has no direct citations pointing to its validity.

## BE INFORMED WITH STATUTES COMPARE AND REGULATIONS COMPARE

 Statutes Compare and Regulations Compare are intelligent comparison tools that instantly show users precisely how a statute or regulation has changed over time, the authority behind the changes, and allow the users to compare two versions to show where they differ.

- Get coverage across all practice areas for all statutory and regulatory content with versions.
- Quickly see how any two versions of a statute and regulation have changed over time, right from the History tab.
- With the Compare Text tool, compare the language of documents across many content sets.

## KEEP TRACK OF LAWS ACROSS THE US WITH JURISDICTIONAL SURVEYS

 Jurisdictional Surveys allows you to quickly retrieve a customized and relevant compilation of laws across all US jurisdictions on virtually any topic. Jurisdictional Surveys accounts for variances of terminology needed to ensure a comprehensive and accurate starting point.

- Assess laws across jurisdictions to help establish a litigation strategy.
- Understand jurisdictional variances as they relate to compliance activities.
- Refine a legal argument based on how other jurisdictions have handled an issue.
- Identify new or emerging policy trends (e.g., immigration, cybersecurity).

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**An Artificial Intelligence platform for legal research
is only as strong as the data, people, processes, and experience behind it.**

**How did we do it?**  We brought together a team of Thomson Reuters research scientists with expertise in AI and legal data; our attorneys who best understand our exclusive collection of law summaries, legal classifications, and legal citation relationships; and our most talented product designers to address the areas where both new lawyers and experienced practitioners want better tools.



### EDITORIAL QUALITY
– Dedicated Attorney Editors with experience in 40 practice areas
– 100+ years of editorial enhancements



### DATA QUALITY
– Leading taxonomy (Key Numbers) and secondary sources
– Sophisticated citation mapping with KeyCite



### INNOVATIVE TECHNOLOGY
– Specialists in AI, machine learning, natural language processing, and data mining
– Experience with legal content, taxonomies, and citation networks

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Quick Check

Westlaw Edge Quick Check quickly reviews user's motions, briefs, or other legal documents to find highly relevant authority, secondary sources, and other related briefs and memoranda to ensure Westlaw Edge customers find what they may otherwise miss in traditional legal research.

Quick Check leverages advanced artificial intelligence to examine the text, citations, and structure of your uploaded document to detect the legal issues covered. It then identifies recommendations that are highly relevant to the issues in the input document, but not otherwise cited. Often, you may see indicators for a specific recommendation, such as from a high court, cited frequently, and decided within the last two years. Plus, KeyCite is fully integrated to provide the information you need to verify the cases you cite are still good law.



*Discover a new level of confidence—feel confident you have found the strongest, most relevant authority for your argument.*

With Quick Check, you can review whether an opponent has cited an invalidated, overturned, or abrogated case and quickly see if the point of law that was impacted is at issue in your matter. You can also use the omitted authority tab to find cases that are highly relevant to the issues in your opponent's document but that they chose not to cite.

Quotation Analysis provides an at-a-glance report that displays a side-by-side comparison highlighting missing, added, or changed language between case quotes in an uploaded document and cited case language on Westlaw Edge. The report also offers crucial content around the quotes for easily seeing when quotes have been taken too much out of context and allows users to jump into the quoted cases to see additional context. Secondary Sources and Administrative Decisions & Guidance content types within Quick Check provide a robust view of uploaded documents within the Table of Authorities and Quotation Analysis, an exclusive feature on Westlaw Edge. You also can filter on these content types in Quotation Analysis.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

With Quick Check Judicial, you can analyze multiple filings from a single matter. Upload up to six documents and receive an easy-to-review report where you can compare the citations relied upon by each party. Uncover relevant authority that was omitted and quickly verify the accuracy of quotations and citations.

# WestSearch Plus

WestSearch Plus is a next-generation legal search engine that uses state-of-the-art AI to guide users to answers to legal questions much faster. The first of its kind, WestSearch Plus uses machine learning, natural language processing, citation networks, and our exclusive West Key Number System to return the relevant documents researchers are seeking and quickly leads users to answers to thousands of types of legal questions.



*Get the information you need faster—As you enter your legal query, predictive typeahead serves up the most relevant Search Suggestions for a more focused result.*

Get superior predictive research suggestions across thousands of legal topics so users can find authoritative answers even faster. Predictive typeahead leverages state-of-the-art AI to reveal relevant queries in the global search box. When users select a suggested query, they will be directed to the most relevant text without needing to scan the entire results list and allowing them to directly address their question more quickly. Users can also filter their results further by selecting a specific content type, such as cases, statutes, regulations, and secondary sources.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Litigation Analytics

Integrated Litigation Analytics enables legal professionals to quickly view relevant insights on judges, courts, attorneys, and law firms to help guide the best trial strategy; inform litigation timelines, resource needs, and budgets; and allow for faster, more sophisticated legal research. No other analytics tool has as much data or as many practice areas across both state and federal courts as Westlaw Edge.



**Sharpen your advantage with data-driven insights—***Example shown is judge information; data-driven insights are similarly available for courts, attorneys, law firms, and case types.*

Litigation Analytics covers dockets for every federal case type except bankruptcy. It also includes 8.6 million federal civil court dockets, over 4.5 million federal criminal court dockets, and 162 million state court dockets (civil and criminal), plus motion analytics for 28 types of federal motions. Litigation Analytics includes expert challenge reports and leverages over 400 million citing relationships to determine how judges rely on prior precedent. Quickly get up to speed on a prospective matter with granular filtering by motion type, as well as an exclusive "search within" option to enter your own custom filter within a filter. Build the most powerful case strategy and manage client expectations with relevant, timely insights on judges, courts, attorneys, law firms, and case types. State coverage varies by jurisdiction.

TRCC-01013090

# KeyCite Overruling Risk

Trust your users are citing good law with KeyCite Overruling Risk, which cautions users when a point of law in their case has been *implicitly* undermined regardless of whether it relies on an explicitly invalidated prior decision. From the Negative Treatment tab, see links to cases that may have caused the Overruling Risk icon to appear, as well as cases they expressly overruled or abrogated.

*Trust that you're citing good law—The orange Overruling Risk warning calls attention to cases within the results*



*list and from atop the document.*

Know the current state of the law with artificial intelligence that automatically evaluates the risk that a case cites an implicitly overruled point of law. Legal professionals will be more confident in their research with keen insight into how the current state of law impacts their case.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Statutes Compare and Regulations Compare

Statutes Compare and Regulations Compare enable researchers to see statutory or regulatory language changes with just a click of a button, and it is available for both federal and state statutes with versions, as well as federal and most state regulations. Save time by eliminating the need to go through session laws or the Federal Register to understand how the law has changed and from what authority those changes came. Easily compare the text at the time of your cause of action to the current version to see what has changed.



**Stay informed of changes in the law—See the text that was deleted from the latest version in red strikethroughs, and text that was added to the latest version in blue with highlights.**

Quickly understand how a statute or federal regulation has changed over time. With each change, our attorney-editors create new versions of statutes or federal regulations so your users can trust they are comparing the most accurate versions available. Statutes Compare and Regulations Compare on Westlaw Edge lets users easily see the most recent changes to a statute or federal regulation right from the document and allows you to compare any two versions; added text appears in blue highlight and deleted text in red strike-through. Statues Compare provides coverage for all state statutory content with versions across all practice areas—coverage varies by jurisdiction. Regulations Compare provides coverage for all federal regulatory content and most state regulations with versions.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Jurisdictional Surveys

Jurisdictional Surveys on Westlaw Edge allows you to quickly retrieve a customized and relevant compilation of laws across all US jurisdictions to expedite the creation of your survey. The materials you need to build your survey are readily available. Simply start with:



- The citation of the statute you know

- Index terms that describe your topical target

- A predefined topic page

Jurisdictional Surveys provides a simplified search experience optimized for the task of compiling an inventory of related laws on a topic. The result is a curated list of statutory sections that accounts for varying terminology across all jurisdictions. Refine the list of statutory sections as you please and focus on identifying and analyzing statutory variances and similarities.



*Expedite the creation of accurate surveys—Customize your list of statutory sections by adding or excluding terms and filtering down to the jurisdictions of interest.*

Jurisdictional Surveys leverages our editorially applied Index taxonomy, allowing you to avoid having to construct the perfect search query. You get a curated list of statutory sections from which you can expand or refine your survey.

## User Interface Enhancements

Legal researchers have unique needs when it comes to software, and those needs extend to the user interface. Based on extensive research with hundreds of users, Westlaw Edge features a revamped user interface. New filters minimize scrolling, updated toolbars improve efficiency, and new document formatting makes content easy to scan. The new user interface also incorporates additional accessibility features to better serve more customers. Thomson Reuters plans to continue to enhance the user interface with further improvements based on customer feedback.

Westlaw Edge provides the legal research tools, answers to legal questions, and insight into litigation matters that will enable users to quickly and accurately conduct legal research, rapidly answer client questions, move through routine work much faster, and help even experienced practitioners avoid mistakes when working on something complex. The artificial intelligence behind Westlaw Edge and careful development by our experts make this innovation possible and help us deliver trusted answers and valuable insights to our customers at the precise moment they become available, making Westlaw Edge truly the most intelligent legal research platform ever.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EXHIBIT 44



## Westlaw Edge is NOT done

The value story for Westlaw Edge focuses on how it helps lawyers to be more efficient and effective with their legal research and to have greater confidence that they have the right information

Further investment in Westlaw Edge is necessary to:

1. Improve the quality and accuracy of the AI-driven capabilities, as well as to increase the coverage of the new AI-driven features
2. Invent new capabilities and enhance other features by creating new AI models and further leveraging our data and editorial enhancements to add more real customer value
3. Implement processes and systems to maintain the new Westlaw Edge features and keep the underlying data up to date (manual processes required to support the launch are not sustainable)

**Westlaw Edge marketing messages and customer expectations for AI often exceed the actual capabilities of the current product. Further investment is needed to support what was launched and to close the expectation gaps.**

Sensitivity: Confidential



## 2019 Westlaw Edge Priorities

1. Improved Document Analyzer*
2. KeyCite Overruling Risk*†
3. WestSearch Plus QA*†
4. Litigation Analytics**
5. Dynamic Statute Surveys
6. Compare Versions for State Regulations
7. Filters/Fields for Procedural Posture & Material/Key Facts*†
8. WestSearch+ Enhancements*
9. Claims Explorer*
10. Micro-Clusters*
11. Smaller Improvements to Westlaw Edge

*Projects requiring AI-based inventions and support from R&D

**Assume Litigation Analytics will continue to be planned and funded separately

†Projects requiring CS&E support beyond PPT testing

the answer company™
THOMSON REUTERS®

Sensitivity: Confidential

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00988303

## Document Analyzer

1. New cases algorithm with global ranker (Strategic Approach)

2. Clerk Version (Comparison of up to 5 input documents from 2 parties)

3. Real Time OCR (Support Image PDFs and use as fallback for poorly formatted MS Word or PDF input docs)

4. UI updates with combined recommendations by issue and by citation, plus overall top recommendations for entire document

5. User Use Case UI and Algorithm changes (based on user's selection of use case up front, such as rough draft input, opponent's input, updating input for time and jurisdiction, final check of input)

6. Sentiment Analysis (indicate if recommended case supports or is contrary to argument in input doc)

7. Close Gaps (identify other claims or defenses that are related to issues in input doc)

8. Statutes (revisit R&D solution to replace initial simpler approach)

Sensitivity: Confidential

 the answer company™
THOMSON REUTERS®



TRCC-00988305



TRCC-00988306



TRCC-00988307



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

TRCC-00988308

## KeyCite Implied Overruling Risk

1. More relationships for cases that cite to explicitly overruled case (more "unseen" relationships and indirect history codes)

2. Implement all changes to R&D Static KCIO system to support automatic updating as new content is received (weekly updating)

3. Add relationships for cases cited by explicitly overruled case

4. Highlight impacted language in the impliedly overruled cases

5. Add relationships for cases negatively impacted by a direct history chain

6. Add relationships for cases addressing same point of law as explicitly overruled but without any citing relationships or with multiple step citing relationships (may require R&D/Editorial hybrid approach and leverage circuit-split tagging)



Sensitivity: Confidential



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





## WestSearch Plus Question Answering

I would use it all the time! It is the most efficient way to get answers to your questions, and **it will cut down on research costs**.

– Sr. Associate, Am Law 100

For me, the challenge is finding the 'key' case on an issue – the answers **gave me more confidence** that I was finding that case.

– Associate, Am Law 50

This would reduce my firm's research cost – I could find an answer in **5 minutes instead of 35.**

– Associate, Am Law 200

Currently, using Boolean searches to get a case for a basic point of law is cumbersome.  Being able to type in a question **speeds up the process by ten times**.

– Associate, Am Law 200

Sensitivity: Confidential

## WestSearch Plus Question Answering

**Big Current Limitations:**

1. To minimize risk of showing a law summary that is responsive to a research question but describes outdated law, summaries shown are filtered to include:
   - Only relatively recent and published cases (this generally requires that the issue actually went to trial and then ultimately was resolved by an appellate court)
   - Only cases without any red flags or orange warnings (KeyCite data is not specific enough to know if red flag/orange warning is for the same point of law)
2. Current system also can answer only a static set of research questions that have predefined responsive summaries and pass the filters above

**Customers are disappointed when WestSearch Plus frequently is not able to address their own questions related to their legal practice**

Sensitivity: Confidential


THOMSON REUTERS®



TRCC-00988314

## WestSearch Plus - Question Answering

1. Implement Dynamic system to provide real-time question answering of much broader scope of questions, but still with appropriate filtering to avoid out-of-date law

2. Update and retrain QA models based on user feedback and eventing

3. Add new content sets to Static QA data sets, potentially to include:

   a) Definitions from Statutes Popular Names and Words & Phrases markup

   b) Secondary sources (Rutter's California Practice Guides & O'Connor's Texas Causes of Action)

   c) Practical Law (Glossary Documents & State Q&A Documents)

   d) Additional frames derived from Deep-dive with R&D into Statutes and Regulations

4. Editorial Tool (QUAC) Enhancements and Integrate WLN & WL Edge QA data

5. Quality Enhancements

   a) EC&S Editorial tooling and publishing changes (Cases & Codes)

   b) Editorial staffing to investigate and update QA for changes in the law (e.g. circuit splits)

   c) Enhanced KeyCite integration (leverage Implied Overruling logic to improve flag filters)

   d) Improved Date and other filtering based on R&D analysis

   e) Improve Sorting of Answer passages based on date & court level

   f) Apply User Filtering to QA Teaser on Search Results

Sensitivity: Confidential


THOMSON REUTERS



## Compare Versions for State Regulations

1. Extend Compare Versions functionality to all state regulations that already have statute versioning available.



2. May need to provide toggle between editorially created compare versions for environmental and insurance regulations if there is added value not present in automatically generated comparisons

Sensitivity: Confidential

THOMSON REUTERS®

TRCC-00988317

## Procedural Posture Filter and Field

1. Leverage manually tagged data to work with R&D to build classifier for retroactive tagging process
   a) Assign higher-confidence procedural posture statuses automatically
   b) May require Editorial review of lower confidence statuses
2. Add Procedural Posture T&C field to Advanced Search templates
3. Additional Editorial projects to assign Procedural Posture statuses retroactively for 5-years for additional states
   a) Texas, Florida and Illinois
   b) May pursue additional states depending on timing and R&D resources available to build automatic classifier

Sensitivity: Confidential


the answer company™
THOMSON REUTERS®

TRCC-00988318



TRCC-00988319

## Material/Key Facts Filter and Field

1. Continue editorial efforts to tag material/key facts within published cases
2. Refine and implement normalization, stemming and other aggregation processes
3. Build Westlaw Edge facet to allow filtering of search results by user selected facts
4. Add new T&C field to allow Boolean searching of tagged facts, and include field in Advanced Search Templates
5. Implement snippets and search term highlighting of all instances of fact within each case
6. Additional Editorial staffing to tag facts retroactively for key jurisdictions (no additional Tech work)

Sensitivity: Confidential


the answer company™
THOMSON REUTERS®

TRCC-00988320

## WestSearch Plus Search Enhancements

1. Finish 2018 Search Query Enhancements (Focus Highlighting and Navigation, Query Terms Heat Map, Thesaurus/Related Concepts)
   - Implement Focus Highlighting for Metadoc Doc Summary (grey box) in Search Results after Novus change in April
2. Search Term Emphasis (Leverage Novus Concept Weighting to allow user to designate key terms in query)
3. Improvements to WestSearch Grading Tool to support Fermi re-training
4. Implement retrained Fermi model weights using original Fermi Training Data
5. Retrain Fermi models with new training data derived from user logs
6. Implement Novus based improvements (e.g. Global IDF (Inverse Doc Freq) tables)
7. Add Headnote search results to WestSearch by leveraging Dynamic QA system
8. Search Within (add plain language support and multi-level capabilities)
9. New search algorithms using updated AI capabilities and more expanded eventing data
10. Dedicated search environment for grading tool (LTIO)

Sensitivity: Confidential


the answer company™
THOMSON REUTERS®

## Claims Explorer (Issue Finder)

1. Work with R&D to invent a new AI-based model to associate facts with a set of potential claims, likely defenses to those claims, and potentially available remedies for those claims

   a) Derive relationships between these entities automatically from pleadings and other trial documents

   b) Validate and enhance relationships and entities editorially

2. Build new UI to allow customers to input facts and/or claims and explore related claims and defenses

3. Associate additional legal authorities and analytical guidance for the claims and defenses



Sensitivity: Confidential

## Clustering & Micro-clusters (Legal Authority)

1. Re-evaluate existing Westlaw Clustering algorithms, labelling and UI for quality and customer value (accessed as Related Content on documents today)

2. Work with R&D to invent new Micro-Clusters containing all of the most important content on Westlaw for narrowly defined legal issues (leverage AI technologies, usage data, editorial enhancements, and data relationships)

3. Invent or create new labels and relationships for these Micro-Clusters to present a new kind of legal authority feature that will allow customers to search and browse related Micro-clusters based on whichever attributes are known to the customer (facts, causes of action, defenses, desired remedy, practice area, statute, regulation, etc.)

Sensitivity: Confidential



## Smaller Improvements to Westlaw Edge

1. Additional UI Improvements (e.g. more consistency and updating of toolbars and filters beyond initial search and related information tabs work)
2. Additional Editorial Tooling to continue cleaning up QA
3. Additional Editorial Tooling for TRD/Search Suggestions
4. Additional Editorial Tooling for other Type-Ahead content
5. Performance improvements for Type-Ahead for WestSearch Plus
6. Accessibility updates for Westlaw Edge
7. Support more Westlaw Edge features on iOS Apps (e.g. Some Litigation Analytics)
8. Additional Westlaw Edge branding (e.g. email for delivery, alerts & history)
9. Custom Pages Organization
10. Factors Courts Consider Enhancements (UI Improvements and Additional Content)
11. Default Show KeyCite Flags beyond Cases
12. Statutes Compare Formatting Toggle
13. KeyCite Alerts on Items in Folder

Sensitivity: Confidential


the answer company™
THOMSON REUTERS®



## WESTLAW EDGE: Release Targets

| 2019 | | | 2020+ |
|---|---|---|---|
| **ASM (Q1)** | **AALL (Q3)** | **EOY/ASM 2020** | **Future** |
| • Search: Focus Highlighting<br>• Search: Thesaurus & Related Concepts<br>• Search: Relevancy Improvements<br>• TOC: Search Term Heatmap<br>• Search: Procedural Posture Filter<br>• Doc Analyzer: New Cases Recommendations (Strategic) & Improved UI<br>• KeyCite Overruling Risk: Highlighting Impacted Paragraphs<br>• WestSearch+: Dynamic QA<br>• Dynamic Surveys | • WestSearch+: Additional Content QA Pairs<br>• WestSearch+: Integrated Editorial Tools for QA data for WL & Edge<br>• Compare Versions for State Regs<br>• KeyCite Overruling Risk: More Relationships<br>• Search: Semiautomatic Fermi Retraining based on User Logs<br>• Search: Headnote Content Type in Global Search | • Search: Material/Key Fact Filter & Field<br>• Search: R&D Classifier for Procedural Posture Filter<br>• Claims Explorer<br>• Doc Analyzer: Algorithm and UI Use Case<br>• WestSearch+: Additional Content QA Pairs<br>• KeyCite Overruling Risk: More Relationships<br>• WestSearch+: Editorially Driven QA Quality Improvements<br>• Claims Explorer<br>• Updated Clustering/Micro-clusters | • Search: Replace Fermi Report Builders |

Sensitivity: Confidential

the answer company™
THOMSON REUTERS®

EXHIBIT 45

# WestSearch Plus: A Non-factoid Question-Answering System for the Legal Domain

Gayle McElvain[*]
gayle.mcevlain@capitalone.com
Capital One
McLean, Virginia, USA

George Sanchez, Sean Matthews, Don Teo,
Filippo Pompili, Tonya Custis
{first}.{last}@tr.com
Thomson Reuters
St. Paul, Minnesota, USA & Toronto, ON, Canada

## ABSTRACT

We present a non-factoid QA system that provides legally accurate, jurisdictionally relevant, and conversationally responsive answers to user-entered questions in the legal domain. This commercially available system is entirely based on NLP and IR, and does not rely on a structured knowledge base. WestSearch Plus aims to provide concise one sentence answers for basic questions about the law. It is not restricted in scope to particular topics or jurisdictions. The corpus of potential answers contains approximately 22M documents classified to over 120K legal topics.

## CCS CONCEPTS

• **Information systems** → **Question answering**; **Expert search**; *Query log analysis*; *Query reformulation*; • **Computing methodologies** → **Natural language processing**; **Artificial intelligence**; *Discourse, dialogue and pragmatics*.

## KEYWORDS

question answering; legal question answering

**ACM Reference Format:**
Gayle McElvain and George Sanchez, Sean Matthews, Don Teo, Filippo Pompili, Tonya Custis. 2019. WestSearch Plus: A Non-factoid Question-Answering System for the Legal Domain. In *Proceedings of the 42nd International ACM SIGIR Conference on Research and Development in Information Retrieval (SIGIR '19), July 21–25, 2019, Paris, France.* ACM, New York, NY, USA, 4 pages. https://doi.org/10.1145/3331184.3331397

## 1   INTRODUCTION

Question Answering (QA) in the Legal domain requires a system that is precise and legally accurate, while also providing adequate recall across different jurisdictions (governing law may vary between jurisdictions). Such a system needs to be robust to the different information needs that arise across different legal specialties and practice areas, as well as to differences in language use between individual attorneys and the statutes of a particular jurisdiction.

[*]Work was done while employed at Thomson Reuters.

Permission to make digital or hard copies of all or part of this work for personal or classroom use is granted without fee provided that copies are not made or distributed for profit or commercial advantage and that copies bear this notice and the full citation on the first page. Copyrights for components of this work owned by others than ACM must be honored. Abstracting with credit is permitted. To copy otherwise, or republish, to post on servers or to redistribute to lists, requires prior specific permission and/or a fee. Request permissions from permissions@acm.org.
*SIGIR '19, July 21–25, 2019, Paris, France*
© 2019 Association for Computing Machinery.
ACM ISBN 978-1-4503-6172-9/19/07...$15.00
https://doi.org/10.1145/3331184.3331397

Attorneys are continually trying to optimize their research time, trying to provide value for their clients in terms of doing the most and best research possible in the allowed number of billable hours. As such, it is important for attorneys to find the most relevant information for their clients' matters in the quickest manner possible. We present WestSearch Plus, a Question Answering system for legal questions that allows attorneys to quickly find the most salient points of law, related case law, and statutory law appropriate to their jurisdiction.

Our system aims to provide conversationally fluent, concise one sentence answers for basic questions about the law. It is not restricted in scope to particular topics or jurisdictions. Consider also that scoring based on linguistic analysis is computationally expensive relative to the scoring methods used for search and that the entire system must be performant enough to run dynamically from a global search box. Taken together, these factors make search a critical component in the system, functioning as the primary means by which to narrow the universe of potential answers for scoring. Additionally, our system relies on NLP models targeted at the tokens, syntax, semantics, and discourse structure of legal language, in addition to other machine-learned models to classify question and answer intents, identify named entities and legal concepts, and for classifying, ranking, and thresholding the final answer candidates.

The answers provided are taken from a corpus of approximately 22 million editorially-written, one-sentence summaries of US case law classified to over 120K legal topics. These one-sentence summaries of case law (Headnotes) are editorially added to cases as part of the content publishing process. Attorney-editors have been adding Headnotes to cases in this manner to Thomson Reuters content for over 100 years.

## 2   TRAINING DATA & ANNOTATION TASK

As is typical, our QA system was trained on a large corpus of question-answer pairs. In total, we trained the production system on approximately 200K QA pairs, with an average of 3 correct vs. incorrect judgements for each supplied by attorney-editors.

Our initial set of questions was mined from Westlaw (a legal search engine) query logs. Initial QA pairs were constructed by attorney experts in their attempts to find answers to those questions by using Westlaw. Our answer corpus consists of about 22 million human-written, one-sentence summaries of US court case documents, spanning over 100 years of case law. As such, no passage retrieval, algorithmic summarization, nor NLG derived from the longer case documents is necessary to render the answers.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

SIGIR '19, July 21–25, 2019, Paris, France     Gayle McElvain and George Sanchez, Sean Matthews, Don Teo, Filippo Pompili, Tonya Custis

QA Pairs were given four labels (**A**, **C**, **D**, or **F**) by attorney-editors. Both **A** and **C** labels are factually correct answers, but **A** answers are ideal and more pragmatically correct (sound like a natural answer to the question and give all and only the necessary amount of information). **D** and **F** answers are incorrect, but with **D**s being less egregiously wrong than **F**s.

## 3  LOGICAL SYSTEM ARCHITECTURE

Logically, the QA system has four main components: Question Analysis, Query Generation & Federated Search, Answer Analysis, and Question-Answer Pair Scoring.

### 3.1  Question Analysis

The first step in processing a question is to infer its basic linguistic structure. This involves machine learning algorithms trained to predict parts of speech, NP and VP chunks, syntactic dependency relations, and semantic roles. The QA system employs open source models,[1][2] trained on annotated sentences from varied domains [3].

To detect named entities and legal concepts in both questions and answers, we use a combination of gazetteer lookup taggers and statistical taggers trained with Conditional Random Fields.[3]

We classify a question's semantic intent to a set of predetermined semantic frames. A semantic frame is a coherent structure of related concepts, where the relationships between concepts tend to be realized according to prototypical patterns. This notion of frame is borrowed from Frame Semantics [4] and related notions in theories of Construction Grammar [5]. The process for identifying semantic frames was informed by editorial guidelines used to author the one-sentence summaries comprising the answer corpus. The frame of a question and its ideal answer should always be one in the same.

At runtime, questions are classified to a particular frame (or as "out-of-frame"). A Neural Network question classifier is trained on labeled (question, frame) pairs for each frame [1].

### 3.2  Query Generation & Federated Search

Search is a critical component in our QA system, functioning as the primary means by which to narrow the universe of potential answers for scoring. Linguistic analysis and feature generation for all questions against 22M potential answers is computationally expensive relative to the scoring methods used for search.

While no search strategy can precisely identify all possible answers to a question, the likelihood of retrieving a correct answer is increased by running multiple searches against different search engines. We execute three types of queries for each question against different search indices in two different search engines: 1) Natural language searches, derived from the question text; 2) Structured semantic searches, derived from the text, entities, and semantic frame information of the question; 3) More-like-this relevance feedback searches, derived from highly-ranked candidate answers.

A default natural language search strategy is applied to all incoming questions. This type of search is run against answer indices created in both a proprietary search engine and Elasticsearch. We

chose these two search engines because they provide very different results. The proprietary engine has been fine tuned over several years with many features that enhance legal search in particular. Elasticsearch is open source, and does not have any such fine-tuning. Together, these two search engines give us an overall better candidate pool of answers in terms of recall.

The question answering system leverages semantic strategies for questions belonging to known frames. This is one way the system uses frame classification on both questions and answers. The questions must be classified at runtime, but candidate answers can be classified offline and stored in a separate index. This enables search to target the particular subset of answers evoking the same semantic frame as the question. Depending on the frame of the question, multiple queries may be generated in order to target specific frame elements. This is accomplished with frame-specific template queries that have placeholders for specific frame elements. Recognized entities and legal concepts in the question replace placeholders in frame-specific template queries to produce fully formed queries for execution against a search engine.

Finally, More-like-this search is a relevance feedback strategy used to widen the pool of potential answers after an initial set of candidates have been scored. The main contribution of this strategy is to expand coverage for specific legal jurisdictions. It involves searching for answers that closely match high scoring answers from outside the user's jurisdiction.

Document vectors constructed over the answer corpus are used to measure the semantic similarity between top-ranked answer candidates and more-like-this answer candidates. The approach used to generate document embeddings is based on the Paragraph Vectors model, also known as doc2vec, proposed by [7]. Models were trained on the answer corpus using an implementation provided by [6].

### 3.3  Answer Analysis

Search produces a pool of candidate answers for deeper analysis. The answer analysis stage mirrors the linguistic analyses produced for questions as detailed above. Unlike with questions, however, all answer analyses can be precomputed and stored to optimize performance.

Although the basic procedure and outcome of applying entity recognition and semantic frame classifications to answers is the same as for questions, different models for both must be trained on the answers due to their more complex syntactic structure. Because answers are harder to read than questions, the creation of adequate training data for the answer frame classifiers is more time consuming: individual (answer, frame) labels take much longer for attorney-editors to produce, and due to greater linguistic variation between answers than questions, more labels are also required to train a reliable model.

To reduce the amount of training data required, a two-step procedure leveraging search-based classification was used. In the first stage, queries were written by attorney-editors to identify a high-recall subset of the corpus containing answers associated with each frame. Then one maximum entropy classifier per frame is trained on the corresponding search results. Manual judgments indicating whether or not each document matching the query is actually an

---

[1] https://opennlp.apache.org/
[2] https://emorynlp.github.io/nlp4j/
[3] http://www.chokkan.org/software/crfsuite

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

WestSearch Plus: A Non-factoid Question-Answering System for the Legal Domain                SIGIR '19, July 21–25, 2019, Paris, France



Figure 1: QA System screenshot, displaying two candidate answers in the 'teaser' view on top of WestSearch results.

instance of the frame are then used as training data for the classifiers. This requires less training data overall, because each subset of the data has less variation, and the task domain is narrower.

### 3.4 Question-Answer Pair Scoring

Feature scoring functions for the syntactic analyses of a question-answer pair primarily measure overlap and alignment between the question and the answer sentence. Different features compute the alignment between noun phrases, dependency relations, and verb phrases. Various word embedding models trained on both open domain corpora and legal corpora are employed to measure semantic similarity within these structures.

Positional features capture the intuition that concepts in the question are likely to occur more closely together in correct answers than in incorrect answers. Distance is measured over the syntactic parse tree as well as over token and character offsets.

Answers that read like a natural answer to the question will typically put concepts from the question in English "topic" position near the beginning of the sentence. Highly-rated answers have a strong tendency to exhibit this pattern. Correct answers will also often have question concepts near the root of the answer's syntactic parse tree. Both these tendencies are captured with the topicality features.

All questions and answers are classified to a legal taxonomy with over 120K fine-grained categories. All answers have manually assigned key numbers assigning the point of law to one or more

categories. The classification scheme is quite complex, so user questions are generally underspecified relative to the taxonomy. As such, when there are multiple answer candidates with the correct answer to a question, we do not expect that they all belong to the same category. In the same search result, however, there is a tendency for correct answers to have fewer distinct category classifications among them than incorrect answers. This indicates some association between question intent and taxonomic classification, which is leveraged by the system.

In particular, both question and answer candidate are classified to the legal taxonomy and feature scoring functions compare the similarity of those outputs. In addition, the predicted classifications for a question are also compared to the manually assigned categories for each answer.

All of the above features are combined in an ensemble model of weak learners [2]. This supervised model learns by example from labeled question answer pairs. At runtime, each QA pair is considered independently by the model and ranked by a score that represents the probability of that candidate being a correct answer for that question.

The last stage of the system determines whether or not to show an answer based on its probability score. Determining probability score thresholds is a business decision that weighs the relative cost of showing some incorrect answers against the cost of showing customers fewer answers (i.e., answering fewer customer questions).

HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY



**Figure 2: QA System screenshot, displaying the 'Show more' answers page**

Thresholds were set using 10-fold cross validation on all graded data. Thresholds were chosen by the business to: 1) maximize *Answered at*[4] metrics for correct answers (90% *Answered at* 3), 2) minimize *Answered at* metrics for F answers (1.5% *Answered at* 3), while 3) also balancing the system's coverage (the number of user questions for which answers are shown).

## 4  DEMO

Our QA system for the legal domain takes a question as input in the global search box. If high-confidence answers are returned by the QA system for the user's question in the user's jurisdiction, they are shown above the search results returned by Westlaw's main search algorithm for that question run as a natural language query.

The user's question and the answers are clearly displayed. For additional context (as a one-sentence summary is often not enough for an attorney to base a case or argument on), options are given to the user to click through to exactly the part of the case from which the answer comes and to any relevant statutes (laws) for additional context. In addition, the user can click on 'Show more' to see more answers (and related content) to their question.

The ability to quickly find answers and to link directly to relevant, more in-depth content from those answers provides attorneys a quick and comprehensive entry point into doing their research that other legal research platforms lack.

Since its launch in July 2018, 40% of Westlaw users have triggered the WestSearch Plus feature. When answers are presented to the

user, there is a 52% clickthrough rate to see the full case, statute, or more answers related to their question.

## 5  CONCLUSION

We have presented a commercially-released non-factoid QA system that relies extensively on IR and NLP. QA in the Legal domain requires a system that is precise, while also providing adequate recall across different jurisdictions. Our system is robust to the different information needs and different language usage that arise across different legal practice areas and jurisdictions.

## REFERENCES

[1] Piotr Bojanowski Armand Joulin, Edouard Grave and Tomas Mikolov. 2017. Bag of tricks for efficient text classification. In *Proceedings of the 15th Conference of the European Chapter of the Association for Computational Linguistics*. EACL, 427–431.
[2] Tianqi Chen and Carlos Guestrin. 2016. Xgboost: A scalable tree boosting system. In *Proceedings of the 22nd ACM SIGKDD International Conference on Knowledge Discovery and Data Mining*. KDD, 785–794.
[3] Jinho D. Choi. 2016. Dynamic Feature Induction: The Last Gist to the State-of-the-Art. In *Proceedings of the 54th Annual Meeting of the Association for Computational Linguistics*. ACL, 271–281.
[4] Charles J. Fillmore. 2006. Frame semantics. Cognitive linguistics: Basic readings. In *Cognitive linguistics: Basic readings*, Dirk Geeraerts (Ed.). Walter de Gruyter, Berin, 34, 373–400.
[5] Adele E. Goldberg. 2006. In *Constructions at work: The nature of generalization in language*. Oxford University Pressr.
[6] Jey Han Lau and Timothy Baldwin. 2016. An Empirical Evaluation of doc2vec with Practical Insights into Document Embedding Generation. In *Proceedings of the 1st Workshop on Representation Learning for NLP*. 78–86.
[7] Quoc Le and Tomas Mikolov. 2014. Distributed representations of sentences and documents. In *Proceedings of the 31st International Conference on Machine Learning*. ICML, 1188–1196.

---

[4]Answered at is defined for each question's answer set such that it is the percentage of questions for which there is at least one of a particular label returned by the system at or above the rank indicated (so, at rank 1, *Answered at* 1 for **A**s is equivalent to Precision at 1).

**HIGHLY CONFIDENTIAL -
ATTORNEYS' EYES ONLY**

# EXHIBIT 46

1          HIGHLY CONFIDENTIAL - AL-KOFAHI

2        IN THE UNITED STATES DISTRICT COURT

3            FOR THE DISTRICT OF DELAWARE

4    ---------------------------------------

5    THOMSON REUTERS ENTERPRISE
     CENTRE GMBH AND WEST          C.A. No.
6    PUBLISHING CORPORATION,

7          Plaintiffs/Counterdefendants,

8    vs.

9    ROSS INTELLIGENCE INC.,

10         Defendants/Counterclaimant.

11   ---------------------------------------

12

13              HIGHLY CONFIDENTIAL

14    VIDEOTAPED DEPOSITION OF KHALID AL-KOFAHI

15            FRIDAY, APRIL 8, 2022

16                   REGUS

17         90 CANAL STREET, 4TH FLOOR

18              BOSTON, MA 02114

19

20

21

22

23

24   Reported by:  Teri C. Gibson, CSR, RPR, CCR

25   Job #: 208933

1                HIGHLY CONFIDENTIAL - AL-KOFAHI

2

3            Deposition of KHALID AL-KOFAHI, held

4    at REGUS, 90 Canal Street, 4TH Floor, Boston, MA,

5    pursuant to Notice, before Teri C. Gibson, a

6    Shorthand Reporter, Registered Professional

7    Reporter, and Notary Public in and for the

8    Commonwealth of Massachusetts.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              HIGHLY CONFIDENTIAL - AL-KOFAHI

 2                  A P P E A R A N C E S

 3   KIRKLAND & ELLIS

 4   ATTORNEYS FOR PLAINTIFFS/COUNTERDEFENDANTS

 5        BY:    ERIC LOVERRO, ESQ.

 6               MIRANDA MEANS, ESQ.

 7               601 Lexington Avenue

 8               New York, New York 10022

 9

10   CROWELL & MORING

11   ATTORNEYS FOR DEFENDANTS/COUNTERCLAIMANT

12        BY:    GABRIEL RAMSEY, ESQ.

13               3 Embarcadero Center

14               San Francisco, California 94111

15

16

17   ALSO PRESENT:

18   Adam Cerro, Videographer

19

20

21

22

23

24

25
```

1                HIGHLY CONFIDENTIAL - AL-KOFAHI

2                         I N D E X

3   WITNESS                                        PAGE

4      By Mr. Ramsey                                 7

5

6                    E X H I B I T S

7   NUMBER              DESCRIPTION               PAGE

8   Exhibit 1       LinkedIn Profile of             9

9                   Khalid Al-Kofahi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              HIGHLY CONFIDENTIAL - AL-KOFAHI

2              P R O C E E D I N G S

3              VIDEOGRAPHER:  One moment, please.

4    Good morning.  We are on the record.

5              This is videographer Adam Cerro with

6    TSG Reporting.  Today's date is April 8, 2022,

7    and the time is 9:41 a.m.

8              We are here in 90 Canal Street, Fourth

9    Floor, Boston, Massachusetts, to take the video

10   deposition of Khalid Al-Kofahi in the matter of

11   Thomson Reuters Enterprise Centre GMBH, et al. v.

12   Ross Intelligence, Inc.

13             Would counsel please introduce

14   themselves for the record.

15             MR. RAMSEY:  This is Gabriel Ramsey of

16   Crowell & Moring for the defendant, Ross

17   Intelligence, and also joined by my colleague,

18   Kevin Cacabelos.

19             MR. LOVERRO:  This is Eric Loverro from

20   Kirkland & Ellis on behalf of plaintiffs, Thomson

21   Reuters Enterprise Centre and West Publishing

22   Corporation, and with me is my colleague, Miranda

23   Means.

24             THE VIDEOGRAPHER:  Thank you.

25             Would the court reporter, Teri Gibson,

```
 1                HIGHLY CONFIDENTIAL - AL-KOFAHI

 2       please swear in the witness.

 3              (Witness sworn.)

 4                   THE WITNESS:  Yes.

 5                   THE COURT REPORTER:  Counsel, you may

 6       begin.

 7                KHALID AHMAD AL-KOFAHI

 8                     EXAMINATION

 9  BY MR. RAMSEY:

10       Q.    All right.  Good morning, Mr. Al-Kofahi.

11             So have you ever had your deposition taken

12  before?

13       A.    No.  My first time.

14       Q.    Okay.  So it's questions and answers.  I

15  will ask you questions, appreciate you giving, if you

16  can, full and capable answers; can we agree on that?

17       A.    Yes.  I'm sorry.  Just speak a little bit

18  louder.

19       Q.    Oh, sure.

20       A.    Yeah, yeah.  I'm losing my hearing here at

21  the same time.

22       Q.    No, no, no.  Thank you for telling me.

23             So the most important thing is that we try

24  not to talk over each other; that's always the

25  challenge.  So let me finish my questions before you
```

```
 1                    HIGHLY CONFIDENTIAL - AL-KOFAHI

 2           Confidential."  We'll designate it pursuant to

 3           the protective order.

 4                      Thanks.

 5                      THE WITNESS:  I mentioned three ways.

 6    BY MR. RAMSEY:

 7           Q.    Yes.

 8           A.    Text search against headnotes, semantic

 9    search against headnotes, embeddings against

10    headnotes; that's three ways.

11                    There is one key dimension that is also

12    critical.  Headnotes are the set of answers to the

13    questions for Westlaw Edge, for case law.  When

14    someone searches for some legal question, headnotes

15    are the set of potential answers.

16           Q.    Not the underlining cases?

17           A.    The headnotes are the case.  You will see

18    the headnote.  It has entered the case.  You can use

19    that for context.

20           Q.    I guess I don't understand.  So if I'm

21    searching, "What is the statute of limitations for a

22    claim of breach of contract," and I want to find cases

23    that answer that question, why are headnotes the

24    answer?

25                      MR. LOVERRO:  Objection, form, vague,
```

1          HIGHLY CONFIDENTIAL - AL-KOFAHI

2              C E R T I F I C A T E

3    COMMONWEALTH OF MASSACHUSETTS

4    SUFFOLK, SS.

5              I, TERI CELESTE GIBSON, a CSR, RPR, CRR, and a

6    Notary Public within and for the Commonwealth of

7    Massachusetts do hereby certify:

8              In the 8th day of April, 2022, before me, the

9    undersigned Notary Public, personally appeared KHALID

10   AHMAD AL-KOFAHI, who proved to me through satisfactory

11   evidence of identification, which was a MASSACHUSETTS

12   DRIVER'S LICENSE; that the witness whose testimony is

13   hereinbefore set forth, was duly sworn by me, and that

14   such testimony is a true and accurate record of my

15   stenotype notes taken in the foregoing matter, with use of

16   mechanical stenography, computer aided transcription, to

17   the best of my knowledge, skill and ability.

18             IN WITNESS WHEREOF, I have hereunto set my hand

19   this 21st day of April, 2022.

20   _____

21   TERI CELESTE GIBSON, CSR, RPR, CRR

22   Notary Public - My Commission Expires:  2/7/2025

23

24

25

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | C.A. No. 20-613-LPS |
| Plaintiffs, Counterdefendants, | |
| v. | |
| ROSS INTELLIGENCE INC., | |
| Defendant, Counterclaimant. | |

### PLAINTIFFS THOMSON REUTERS ENTERPRISE CENTER GMBH AND WEST PUBLISHING CORPORATION'S NOTICE OF ERRATA FOR THE DEPOSITION OF KHALID AL-KOFAHI

I, the undersigned, do hereby declare that I read the deposition transcript of Khalid Al-Kofahi dated April 8, 2022 and that to the best of my knowledge, said testimony is true and accurate, with the exception of the following changes listed below:

| Page | Line | Original Text | Replacement Text | Reason |
|---|---|---|---|---|
| 7 | 23 | "was the first hire in the Thomson's" | "was the first hire in Thomson's R&D" | Transcription Error |
| 7 | 23 | "do national language processing" | "do natural language processing" | Transcription Error |
| 8 | 20-21 | "on developing code or programs that learns" | "on developing code or programs that learn" | Transcription Error |
| 8 | 23 | "some of these programs on region" | "some of these programs on vision" | Transcription Error |
| 9 | 6 | "so you can apply to" | "so you can apply it to" | Transcription Error |
| 9 | 7 | "recognizing the words" | "recognizing the world" | Transcription Error |
| 9 | 11 | "pixel language" | "text or language" | Transcription Error |
| 12 | 18 | "data that feds it" | "data that feeds it" | Transcription Error |
| 12 | 20 | "they just say" | "the judge say" | Transcription Error |
| 13 | 8 | "teaming" | "teams" | Transcription Error |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 14 | 2 | "considered horizontal search engine." | "considered a horizontal search engine." | Transcription Error |
| 14 | 10 | "internal" | "in general" | Transcription Error |
| 14 | 13 | "medical document" | "medical documents" | Transcription Error |
| 15 | 10 | "caseload" | "case law" | Transcription Error |
| 16 | 7 | "2000" | "2008" | Misspoke |
| 17 | 16 | "a means" | "a main" | Transcription Error |
| 20 | 11 | "have many other features" | "has many other features" | Transcription Error |
| 25 | 17 | "voiding" | "voting" | Transcription Error |
| 27 | 6 | "that by itself limited" | "that by itself limits" | Transcription Error |
| 34 | 4 | "invention" | "the invention" | Transcription Error |
| 35 | 25 | "headnotes talks" | "headnotes talk" | Transcription Error |
| 39 | 20 | "language and another set" | "language in another set" | Transcription Error |
| 49 | 7 | "leading to rank" | "learning to rank" | Transcription Error |
| 49 | 13 | "hundred acuities" | "hundred queries" | Transcription Error |
| 49 | 17 | "opposition problem" | "optimization problem" | Transcription Error |
| 54 | 13 | "learning track" | "learning to rank" | Transcription Error |
| 54 | 23 | "Objective" | "The objective" | Transcription Error |
| 57 | 23 | "corridor, you know" | "code" | Misspoke/Transcription Error |
| 65 | 5 | "there is algorithms" | "there are algorithms" | Transcription Error |
| 69 | 19 | "that are started a lot" | "that are cited a lot" | Transcription Error |
| 77 | 15 | "used to formalize" | "used to normalize" | Transcription Error |
| 78 | 24 | "whether it's six" | "whether it is text" | Transcription Error |
| 83 | 5 | "computer version" | "computer vision" | Transcription Error |
| 83 | 20 | "and et cetera" | "et cetera" | Transcription Error |
| 83 | 20-21 | "high dimension and a space" | "high dimensionality space" | Transcription Error |
| 86 | 8 | "This note is good" | "This headnote is good" | Transcription Error |
| 91 | 21 | "The average document" | "The inverse document" | Transcription Error |
| 92 | 25 | "higher rate" | "higher weight" | Transcription Error |
| 93 | 4 | "given more rate" | "given more weight" | Transcription Error |
| 93 | 24 | "set of number" | "set of numbers" | Transcription Error |
| 94 | 8 | "we meet at the cosine" | "we measure the cosine" | Transcription Error |
| 100 | 7-8 | "hundreds of thousands or over 3 millions" | "hundreds of thousands or millions" | Transcription Error |

| Page | Line | Original Text | Replacement Text | Reason |
|------|------|---------------|------------------|--------|
| 103 | 16-17 | "Semantic parsing try to extract" | "Semantic parsing tries to extract" | Transcription Error |
| 104 | 5-6 | "is there some parsing called density parsing" | "there is some parsing called density parsing" | Transcription Error |
| 104 | 8 | "the tries -- it's a tree" | "the trees -- it's a tree" | Transcription Error |
| 106 | 10-11 | "engram, engrams? Engrams?" | "N-grams?" | Transcription Error |
| 106 | 17 | "Engrams is a sequence of end tokens" | "N-gram is a sequence of N tokens" | Transcription Error |
| 106 | 19 | "End tokens?" | "N tokens?" | Transcription Error |
| 110 | 4 | "the Spell Checker use" | "the Spell Checker uses" | Transcription Error |
| 110 | 5 | "A correcter" | "A character" | Transcription Error |
| 113 | 11 | "classify to the topics" | "classify the topics" | Transcription Error |
| 114 | 14 | "to an identical article" | "to an analytical article" | Transcription Error |
| 114 | 21-22 | "caseload document" | "case law document" | Transcription Error |
| 117 | 5 | "You still can use, available," | "You still can use it, it's available," | Transcription Error |
| 118 | 9 | "acuity" | "query" | Transcription Error |
| 118 | 24-25 | "It don't satisfy the logic" | "It doesn't satisfy the logic." | Transcription Error |
| 122 | 13 | "has additional damages" | "has additional dimensions" | Transcription Error |
| 124 | 20 | "computer search engine" | "competitor search engine" | Transcription Error |
| 125 | 17 | "be someone dialing query" | "be someone firing a query" | Transcription Error |
| 127 | 16 | "critic" | "credit" | Transcription Error |
| 131 | 5 | "I used diagrams," | "I used bigrams" | Transcription Error |
| 131 | 6 | "diagrams. I call them word pairs. Diagrams" | "bigrams. I call them word pairs. Bigrams" | Transcription Error |
| 133 | 20 | "Relations and unstructured" | "relations in unstructured" | Transcription Error |

Dated:  May 31, 2022

Khalid Al-Kofahi