# EXHIBIT 62

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 2 of 9 PageID #: 137942

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |

Page 1

```
                            Volume I
                            Pages 1 to 315
                            Exhibits 90 to 118
    UNITED STATES DISTRICT COURT
    DISTRICT OF MINNESOTA
    Court File No. 18-CV-01445 (DSD/ECW)
    - - - - - - - - - - - - - - - - - - - - - - - -
    WEST PUBLISHING CORPORATION,
    Plaintiff/Counterclaim-
     Defendant,

    v.

    LEGALEASE SOLUTIONS, LLC,

    Defendant/Counterclaim-Plaintiff.

    - - - - - - - - - - - - - - - - - - - - - - - -


    - - - - - - - - - - - - - - - - - - - - - - - -
              VIDEOTAPED DEPOSITION OF
                TOMAS VAN DER HEIJDEN

    - - - - - - - - - - - - - - - - - - - - - - - -




         Taken January 28, 2020 By Kelly A. Herrick
```

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 3 of 9 PageID #: 137943

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |
|---|---|---|

Page 2

```
 1      APPEARANCES:
 2
        MANATT, PHELPS & PHILLIPS, LLP
 3      177 Huntington Avenue
        Boston, Massachusetts  02115
 4      Phone:  617.646.1401
        Email:  Slashway@manatt.com
 5              Momalley@manatt.com
 6      By:  Scott T. Lashway
             Mara A. O'Malley
 7           For the Plaintiff West Publishing
 8      DORSEY & WHITNEY LLP
        50 South Sixth Street
 9      Suite 1500
        Minneapolis, Minnesota  55402-1498
10      Phone:  612.492.6768
        Email:  Johnson.kate@dorsey.com
11
        By:  Kate Johnson
12           For the Defendant Ross Intelligence
13      KUTAK ROCK LLP
        60 South Sixth Street
14      Suite 3400
        Minneapolis, Minnesota  55402-4018
15      Phone:  612.334.5026
        Email:  Amanda.cefalu@kutakrock.com
16
        By:  Amanda R. Cefalu
17           For the Defendant Legalease
18
19
        Also present:  Kraig Hildahl, Videographer
20                     Jeanpierre Guiliano
21
22
23
24
```

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 4 of 9 PageID #: 137944

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |
|---|---|---|

Page 3

```
 1                    I N D E X
 2     Examination by Mr. Lashway, page 6
 3
 4
       INDEX OF EXHIBITS
 5
       NUMBER    DESCRIPTION
 6
       Exhibit 90   Notice, page 5
 7
       Exhibit 91   ROSS00136899-920, page 5
 8
       Exhibit 92   ROSS00167966-68, page 98
 9
       Exhibit 93   ROSS00154191, page 112
10
       Exhibit 94   ROSS00053494-95, page 133
11
       Exhibit 95   ROSS00017557-60, page 137
12
       Exhibit 96   ROSS00052550-51, 50705-06,
13                  page 141
14     Exhibit 97   ROSS00067004-05, page 149
15     Exhibit 98   ROSS00034063-74, page 160
16     Exhibit 99   ROSS00056665-69, page 166
17     Exhibit 100  ROSS00169029-33, page  170
18     Exhibit 101  ROSS00169547, page 176
19     Exhibit 102  ROSS00168244-46, page 187
20     Exhibit 103  ROSS00168249-50, page 190
21     Exhibit 104  ROSS00049806-08, page 197
22     Exhibit 105  ROSS00169021-23, page 200
23     Exhibit 106  VOL 013-BATES13095, page 204
24     Exhibit 107  ROSS00034597, page 208
```

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 5 of 9 PageID #: 137945

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |

Page 4

```
 1    EXHIBITS (Continued):
 2    108  ROSS00033852-53, page 210
 3    109  ROSS00054392-93, page 218
 4    110  ROSS00046453-55, page 222
 5    111  ROSS00166398-411, page 227
 6    112  ROSS00131385-87, page 268
 7    113  ROSS00168512, page 276
 8    114  ROSS00168682-83, page 278
 9    115  ROSS00168497-99, page 283
10    116  ROSS00168382-401, page 288
11    117  ROSS00054921-30, page 294
12    118  ROSS00054917, page 300
13
14
15
16
17
18
19
20
21
22
23
24
```

Doris O. Wong Associates, Inc.  
50 Franklin Street, Boston, MA 02110  
Professional Court Reporters  
Video Conference Center  
(617) 426-2432  
www.doriswong.com

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 6 of 9 PageID #: 137946

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |

Page 5

```
              1    THE DEPOSITION OF TOMAS VAN DER HEIJDEN is
              2    taken on this 29th day of January, 2020, at
              3    Fredrikson & Byron, 200 South Sixth Street,
              4    Suite 4000, Minneapolis, Minnesota,
09:35AM       5    commencing at 9:38 a.m.
09:35AM       6              (Exhibits 90-91 were marked.)
09:38AM       7              THE VIDEOGRAPHER:  We are on the
09:38AM       8    record.  Today's date is January 28, 2020.
09:38AM       9    The time is 9:38 a.m.
09:38AM      10              This is the videotaped deposition
09:38AM      11    of 30(b)(6) designee Tomas van der Heijden
09:38AM      12    taken in the matter of West Publishing
09:38AM      13    Corporation versus LegalEase Solutions, LLC,
09:38AM      14    Case Number 18-CV-01445 (DSD/ECW), filed in
09:39AM      15    the US District Court, District of
09:39AM      16    Minnesota.
09:39AM      17              The court reporter today is Kelly
09:39AM      18    Herrick.  My name is Kraig Hildahl, the
09:39AM      19    legal videographer.  We are both with Doris
09:39AM      20    Wong & Associates.
09:39AM      21              Will counsel please identify
09:39AM      22    themselves for the record.
09:39AM      23              MS. JOHNSON:  Good morning.  This
09:39AM      24    is Katharine Johnson on behalf of the
```

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 7 of 9 PageID #: 137947

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |

Page 6

```
09:39AM  1   deponent.
09:39AM  2              MR. LASHWAY:  Scott Lashway on
09:39AM  3   behalf of the Defendants -- I'm sorry, the
09:39AM  4   Plaintiff, West Publishing Corporation.
09:39AM  5              MS. CEFALU:  Amanda Cefalu on
09:39AM  6   behalf of LegalEase Solutions, LLC.
09:39AM  7              MR. LASHWAY:  And I -- I'm sorry,
09:39AM  8   ma'am, but I have with me Mara O'Malley,
09:39AM  9   M-A-R-A, and in-house counsel for West,
09:40AM 10   JP Giuliano, who is in the law department at
09:40AM 11   West.
09:40AM 12              THE VIDEOGRAPHER:  Will the court
09:40AM 13   reporter please swear in the witness and
09:40AM 14   then we can proceed.
09:40AM 15              TOMAS VAN DER HEIJDEN,
09:40AM 16    A witness in the above-entitled action,
09:40AM 17       after having been first duly sworn,
09:40AM 18          testifies and says as follows:
09:40AM 19                   EXAMINATION
09:40AM 20   BY MR. LASHWAY:
09:40AM 21   Q.  Mr. van der Heijden, I'm counsel for West.
09:40AM 22       We've met once before at a Motion to Compel
09:40AM 23       hearing in St. Paul District Court --
09:40AM 24   A.  Yep.
```

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 8 of 9 PageID #: 137948

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |

Page 76

| | | | |
|---|---|---|---|
| 11:03AM | 1 | A. | I believe that was created by ROSS. |
| 11:03AM | 2 | Q. | And you see 1(d) refers to the ROSS |
| 11:03AM | 3 | | Classifier project? |
| 11:03AM | 4 | A. | I do. |
| 11:03AM | 5 | Q. | What does that refer to? |
| 11:03AM | 6 | A. | That refers to a project whereby we wanted |
| 11:03AM | 7 | | to classify our database of case law into |
| 11:03AM | 8 | | distinct and separate practice areas. |
| 11:03AM | 9 | Q. | Can you give me an example of a practice |
| 11:03AM | 10 | | area. |
| 11:03AM | 11 | A. | Intellectual property. |
| 11:03AM | 12 | Q. | So, it was just -- was it just very high |
| 11:03AM | 13 | | level? |
| 11:03AM | 14 | A. | It was about 40 practice areas, I believe. |
| 11:03AM | 15 | Q. | And who identified those practice areas? |
| 11:04AM | 16 | A. | I did. |
| 11:04AM | 17 | Q. | And how did you do that? |
| 11:04AM | 18 | A. | I analyzed how practice areas are generally |
| 11:04AM | 19 | | defined within the US legal market. |
| 11:04AM | 20 | Q. | Did you use the Internet? |
| 11:04AM | 21 | A. | Yes. |
| 11:04AM | 22 | Q. | Did you use any material on Westlaw's |
| 11:04AM | 23 | | Website? |
| 11:04AM | 24 | A. | I might have.  I can't recall. |

Case 1:20-cv-00613-SB   Document 690-29   Filed 10/01/24   Page 9 of 9 PageID #: 137949

| West Publishing Corporation vs. Legalease Solutions, LLC | Videotaped Deposition | Tomas Van Der Heijden, Volume I 01/28/2020 |

Page 315

```
 1    STATE OF MINNESOTA
 2                                  CERTIFICATE
      COUNTY OF WASHINGTON
 3
              I, Kelly A. Herrick, hereby
 4    certify that I reported the deposition of
      TOMAS VAN DER HEIJDEN on the 28th day of
 5    January, 2020 in Minneapolis, Minnesota, and
      that the witness was by me first duly sworn
 6    to tell the truth and nothing but the truth
      concerning the matter in controversy
 7    aforesaid;
 8            That I was then and there a notary
      public in and for the County of Washington,
 9    State of Minnesota; that by virtue thereof I
      was duly authorized to administer an oath;
10
              That the foregoing transcript is a
11    true and correct transcript of my
      stenographic notes in said matter,
12    transcribed under my direction and control;
13            That the cost of the original has
      been charged to the party who noticed the
14    deposition and that all parties who ordered
      copies have been charged at the same rate
15    for such copies;
16            That the reading and signing of
      the deposition was not waived;
17
              That I am not related to any of
18    the parties hereto, nor interested in the
      outcome of the action and have no contract
19    with any parties, attorneys or persons with
      an interest in the action that has a
20    substantial tendency to affect my
      impartiality;
21
              WITNESS MY HAND AND SEAL this 30th
22    day of January, 2020.
23                              _____
                                  Kelly A. Herrick
24                                  Notary Public
```