IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GmbH and WEST PUBLISHING CORPORATION, | ) ) ) |
| | ) C.A. No. 20-613-SB |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendants. | ) ) |

**<u>JOINT LETTER REGARDING 2025 TRIAL DATES</u>**

Dear Judge Bibas:

Pursuant to D.I. 692, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Thomson Reuters") and Defendant ROSS Intelligence, Inc. ("ROSS") (together, the "Parties") have conferred concerning potential trial dates in 2025. The Parties have conferred and are available to start trial on May 12, 2025.

Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Michael J. Flynn* | /s/ *David E. Moore* |
| Michael J. Flynn (#5333) | David E. Moore (#3983) |
| 1201 North Market Street | Bindu A. Palapura (#5370) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899 | 1313 N. Market Street |
| Tel: (302) 658-9200 | Wilmington, DE 19801 |
| mflynn@morrisnichols.com | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| OF COUNSEL: |  |
|  | OF COUNSEL: |
| Dale M. Cendali |  |
| Joshua L. Simmons | Warrington S. Parker |
| Eric A. Loverro | Joachim B. Steinberg |
| Jeremy King | Jacob Canter |
| KIRKLAND & ELLIS LLP | CROWELL & MORING LLP |
| 601 Lexington Avenue | 3 Embarcadero Ctr., 26th Floor |
| New York, NY 10022 | San Francisco, CA 94111 |
| (212) 446-4800 | Tel: (415) 986-2800 |
|  |  |
| Miranda D. Means | Keith Harrison |
| KIRKLAND & ELLIS LLP | Crinesha B. Berry |
| 200 Clarendon Street | CROWELL & MORING LLP |
| Boston, MA 02116 | 1001 Pennsylvania Avenue NW |
| (617) 385-7500 | Washington, DC 20004 |
|  | Tel: (202) 624-2500 |
| Yungmoon Chang |  |
| Allyn Belusko | Ryan H. Seewald |
| KIRKLAND & ELLIS LLP | CROWELL & MORING LLP |
| 2049 Century Park East, Suite 3700 | 1601 Wewatta Street, Suite 815 |
| Los Angeles, CA 90067 | Denver, CO 80202 |
| (310) 552-4200 | Tel: (303) 524-8660 |

*Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*

Emily T. Kuwahara
Jordan Ludwig
CROWELL & MORING LLP
515 South Flower Street, 41st Floor
Los Angeles, CA 90071
Tel: (213) 622-4750

*Attorneys for Defendant ROSS Intelligence Inc.*

November 1, 2024