# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) ) |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) ) |
| Defendant/Counterclaimant. | ) ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

**PUBLIC VERSION**

## SUPPLEMENTAL DECLARATION OF JIMOH OVBIAGELE IN SUPPORT OF DEFENDANT ROSS INTELLIGENCE INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO THOMSON REUTERS' RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON FAIR USE

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Keith J. Harrison
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: October 30, 2024
11851889 / 20516.00001
Public Version Dated: November 6, 2024

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

I, Jimoh Ovbiagele, declare as follows:

1. I submit this Supplemental Declaration in Support of Defendant/Counterclaimant ROSS Intelligence Inc.'s ("ROSS") Memorandum of Points and Authorities in Opposition to Thomson Reuters' Renewed Motion for Partial Summary Judgment on Fair Use. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently to the below.

2. I was the Chief Technology Officer and co-founder of ROSS until December 2020, and currently am the Board Director of ROSS. I was responsible for the creation of the ROSS legal search engine. My current employment is as the founder and Chief Executive Officer of Bench IQ.

3. For purposes of this declaration, the opinions I have reached are based on my education, experience, training testing, and tenure at ROSS.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-010164290. This is a true and correct copy of an email from Akash Venkat with the subject line "Fwd: Legal Research Inquiry." ROSS designated this document as confidential.

5. Attached hereto as **Exhibit 2** is true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-010129852. This is a true and correct copy of an article written about me and authored by Stephanie Francis Ward and that was posted on September 1, 2016.

5. Attached hereto as **Exhibit 3** is true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-001397429. This is a true and correct copy of an article written about ROSS and published on the BBC website on May 17, 2016.

6. Attached hereto as **Exhibit 4** is true and correct copy of a blog post entitled "Westlaw is Suing Us. Our Response" that bears the Bates No. ROSS-010271831.

7. Attached hereto as **Exhibit 5** is true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003487253. This is a true and correct copy of a report prepared by the American Bar Association in 2016 about the future of legal services in the United States.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-023179081. This is a true and correct copy of a slide deck that ROSS generated for potential funders. ROSS designated this document as confidential.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003515560. This is a true and correct copy of marketing material prepared by ROSS.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-009542437. This is a true and correct copy of an email describing for customers how to use the ROSS platform and what the platform does. ROSS designated this document as highly confidential.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-000000001. This is a true and correct copy of a memo that ROSS received from LegalEase as part of the Bulk Memo Project.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-000304769. This is a true and correct

copy of an email from Tomas van der Heijden with the subject line "Re: Final SOW." ROSS designated this document as confidential.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-000197949. This is a true and correct copy of an email from Teri Whitehead with the subject line "Re: Classifier Part II." ROSS designated this document as confidential.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-009501052. This is a true and correct copy of a document titled, "Top 3 Product Goals for 1 2019." ROSS designated this document as confidential.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003395895. This is a true and correct copy of a document titled, "Standard 'ROSS Launcher Partner' Introductory Pricing." ROSS designated this document as confidential.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003391075. This is a true and correct copy of an email from Slack with the subject line "[Slack] Notifications from the Ross Inc. Team for Feb 16th, 2015." ROSS designated this document as highly confidential.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-023032254. This is a true and correct copy of an email from Andrew Garber with the subject line "Westlaw / Lexis Documents." ROSS designated this document as confidential.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003390233. This is a true and correct copy of an email from Thomas Hamilton with the subject line Westlaw/Lexis Account Access.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003390772. This is a true and correct copy of an email from Anthony Arruda with the subject line "Re: Removed."

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-003390563. This is a true and correct copy of an email from Thomas Hamilton with the subject line "Fwd: Re: Ross Intelligence – Demo Practice Point."

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document ROSS produced in this litigation that bears the Bates No. ROSS-010099622. This is a true and correct copy of a document titled, "The Death of Westlaw Contracts and Pricing." ROSS designated this document as highly confidential.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Toronto, Canada, on the 30th of October, 2024.

/s/ *Jimoh Ovbiagele*_____
Jimoh Ovbiagele