## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) | |
| | ) | C.A. No. 20-613-SB |
| Plaintiffs/Counterdefendants, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| ROSS INTELLIGENCE INC., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

### DECLARATION OF RYAN SEEWALD IN SUPPORT OF DEFENDANT ROSS INTELLIGENCE INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS AFFIRMATIVE DEFENSE OF FAIR USE

I, Ryan Henry Seewald, declare as follows:

1.    I am a Counsel at Crowell & Moring, LLP, and on the legal team for ROSS Intelligence, Inc. I am an attorney, admitted to the bar of the state of Colorado and have been admitted *pro hac vice* to appear before this Court. I submit this Declaration in support of Defendant/Counterclaimant ROSS Intelligence Inc.'s ("ROSS") Reply in Support of Its Motion for Summary Judgment on Its Affirmative Defense of Fair Use.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of the Brief for Respondent Oracle, *Google LLC v. Oracle Am., Inc.*, 593 U.S. 1 (2021) (No. 18-956), downloaded from Westlaw.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the Brief for Appellee Sony, *Sony Computer Ent., Inc. v. Connectix Corp.*, 203 F.3d 596 (9th Cir. 2000) (No. 99-15852), downloaded from Westlaw.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Brief for Appellee Sega, *Sega Enterprises Ltd. v. Accolade, Inc.*, 977 F.2d 1510 (9th Cir. 1992) (No. 92-15655),

2

downloaded from Westlaw.

       I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct. Executed at Denver, Colorado on this 13th day of November, 2024.

*/s/ Ryan Henry Seewald*
Ryan Henry Seewald
