IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs and Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**PLAINTIFF AND COUNTERDEFENDANT'S MOTION FOR A LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation ("Thomson Reuters") hereby moves for an order to exempt Dale Cendali, Yungmoon Chang, Eric Loverro, Miranda Means and Joshua Simmons from the Eastern District of Pennsylvania's June 3, 2019 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "June 3, 2019 Standing Order"). In support of this Motion, Thomson Reuters states as follows:

1. The Eastern District of Pennsylvania's June 3, 2019 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the United States Courthouse, which require, inter alia, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the June 3, 2019 Standing Order provides for certain exemptions to the Standing Order.

2.  A summary judgment hearing is scheduled in this case for December 5, 2024, in Courtroom 10-B.

3.  Thomson Reuters requests Dale Cendali, Yungmoon Chang, Eric Loverro, Miranda Means and Joshua Simmons, co-lead counsel, be allowed to bring their electronic devices into the courtroom for use during the hearing. Ms. Cendali, Ms. Chang, Mr. Loverro, Ms. Means and Mr. Simmons have been admitted *pro hac vice* in this matter, but do not have access to a state-issued bar card.

WHEREFORE, Thomson Reuters respectfully requests that the Court issue an order to exempt Ms. Cendali, Ms. Chang, Mr. Loverro, Ms. Means and Mr. Simmons from the June 3, 2019 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*

November 25, 2024

IT IS SO ORDERED this ___ day of _____, 2024.

_____
The Hon. Stephanos Bibas