# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT/COUNTERCLAIMANT'S MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES

Defendant/Counterclaimant ROSS Intelligence, Inc. respectfully requests an exemption from the Eastern District of Pennsylvania's June 3, 2019 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the James A. Byrne U.S. Courthouse (the "June 3, 2019 Standing Order") so that the following attorneys may bring their personal electronic devices to the summary judgment hearing scheduled for December 5, 2024, in the James A. Byrne U.S. Courthouse, Courtroom 10-B, in Philadelphia, Pennsylvania. in this matter: Warrington S. Parker, III and Joachim Steinberg ("Lead Counsel").

Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.3 prohibiting photographs, broadcasting or recording, and shall not allow their camera or personal electronic device to be used by others, or used in violation of any law, rule, or judicial order.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Warrington S. Parker, III<br>Joachim B. Steinberg<br>Jacob Canter<br>CROWELL & MORING LLP<br>3 Embarcadero Ctr., 26th Floor<br>San Francisco, CA 94111<br>Tel: (415) 986-2800<br><br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br><br>Dated: November 25, 2024<br>11682001/ 20516.00001 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.* |

IT IS SO ORDERED this ____ day of _____, 2024.

_____
The Honorable Stephanos Bibas