# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, <br><br> Plaintiffs/Counterdefendants, <br><br> v. <br><br> ROSS INTELLIGENCE INC., <br><br> Defendant/Counterclaimant. | C.A. No. 20-613-SB <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT/COUNTERCLAIMANT'S MOTION AND PROPOSED ORDER GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER <u>REGARDING PERSONAL ELECTRONIC DEVICES</u>

Defendant/Counterclaimant ROSS Intelligence, Inc. respectfully requests an exemption from the Eastern District of Pennsylvania's June 3, 2019 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the James A. Byrne U.S. Courthouse (the "June 3, 2019 Standing Order") so that the following attorneys may bring their personal electronic devices to the summary judgment hearing scheduled for December 5, 2024, in the James A. Byrne U.S. Courthouse, Courtroom 10-B, in Philadelphia, Pennsylvania. in this matter: Warrington S. Parker, III and Joachim Steinberg ("Lead Counsel").

Lead Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.3 prohibiting photographs, broadcasting or recording, and shall not allow their camera or personal electronic device to be used by others, or used in violation of any law, rule, or judicial order.

<table>
<tr><td>

OF COUNSEL:

Warrington S. Parker, III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: November 25, 2024
11682001/ 20516.00001

</td><td>

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*

</td></tr>
</table>

IT IS SO ORDERED this 26th day of  November , 2024.

_____
The Honorable Stephanos Bibas