**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) ) |
| Defendant/Counterclaimant. | ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

**ROSS INTELLIGENCE INC.'S RECORD CITES REFERENCED DURING THE
DECEMBER 5, 2024, MOTION HEARING**

Defendant ROSS Intelligence Inc. submits the following record citations referenced during the December 5, 2024, hearing. The below list is not exhaustive of the record cites in support of ROSS's motion for summary on fair use or its oppositions to Plaintiffs' summary judgment on fair use or partial summary judgment on copyright infringement. Additional record cites are included in ROSS's briefs in support of its arguments. *See* D.I. 677, 710, 713, & 732.

ROSS reserves the right to supplement this list upon review of the transcript.

| Record Document | ROSS's Fair Use Brief (D.I. 677) | ROSS's Opp. to Plaintiffs' Fair Use Brief (D.I. 710) | ROSS's Opp to Plaintiffs' Infringement Brief (D.I. 713) |
|---|---|---|---|
| Featurization and its impact; training data and its use; lack of Westlaw Content in legal search engine source code; and lack of Westlaw Content as a result of queries | Declaration of Joseph A. Marks, D.I. 689 | Declaration of Joseph A. Marks, D.I. 689 | Declaration of Joseph A. Marks, D.I. 689 |
| Featurization and its impact; training data and its use; lack of Westlaw Content in legal search engine source code; and | Declaration of Jimoh Ovbiagele, D.I. 680 | Declaration of Jimoh Ovbiagele, D.I. 712 | Declaration of Jimoh Ovbiagele, D.I. 714 |

| Record Document | ROSS's Fair Use Brief (D.I. 677) | ROSS's Opp. to Plaintiffs' Fair Use Brief (D.I. 710) | ROSS's Opp to Plaintiffs' Infringement Brief (D.I. 713) |
|---|---|---|---|
| lack of Westlaw Content as a result of queries | | | |
| Declaration of Warrington Parker | - | - | D.I. 715 |
| Declaration of Jacob Canter | D.I. 690 | D.I. 711 | D.I. 717 |
| Number of bulk memos with metadata in the filename containing legal topic, number of digest topics and key numbers accused, and three-way algorithmic comparison | Declaration of Barbara Frederiksen-Cross , D.I. 688 | Declaration of Barbara Frederiksen-Cross. D.I. 688 | Declaration of Barbara Frederiksen-Cross, D.I. 688 |
| LegalEase's Best Practices Guide (TR-0045731 at -734) | Canter Decl. Ex. 58, D.I. 690-28 | Suppl. Canter Decl. Ex. 8, D.I. 711-1 | Parker Decl. Ex. 28, D.I. 715-6 |
| Email rejecting 500 judicial opinions containing Westlaw content (ROSS-000197949) | Ovbiagele Decl. Ex. 63, D.I. 680-10 | Ovbiagele Decl. Ex. 11, D.I. 712-1 | Ovbiagele Decl. Ex. 6, D.I. 714-6 |
| Tomas van der Heijden's testimony that the 500 judicial opinions contained "bad data" | Canter Decl. Ex. 54, D.I. 690-28 | Suppl. Canter Decl. Ex. 9, D.I. 711-1 | - |
| LegalEase's provision of 91 Topics and ROSS's lack of use | Declaration of Jimoh Ovbiagele, D.I. 680<br><br>Canter Decl. Ex. 61, D.I. 680-9 (ROSS-010128683) | - | Declaration of Jimoh Ovbiagele, D.I. 714 |
| Testimony and document reflecting that ROSS did not direct LegalEase to use Westlaw | Canter Decl. Ex. 55, D.I. 690-28 (Teri Whitehead, LegalEase)<br><br>M. Means Decl. Ex. 71, D.I. 678-71 (ROSS-010164290), which is an | Suppl. Canter Decl. Ex. 7, D.I. 712 (Teri Whithead) | Parker Decl. Ex. 23, D.I. 715-6 (Tariq Hafeez, LegalEase)<br><br>Parker Decl. Ex. 25, D.I. 715-6 (Teri Whitehead)<br><br>Parker Decl. Ex. 15, D.I. 715-6 (Andrew Arruda, ROSS) |

| **Record Document** | **ROSS's Fair Use Brief (D.I. 677)** | **ROSS's Opp. to Plaintiffs' Fair Use Brief (D.I. 710)** | **ROSS's Opp to Plaintiffs' Infringement Brief (D.I. 713)** |
|---|---|---|---|
| | email from ROSS to LegalEase requesting conduct research with a "reliable source." | | |
| Testimony that contract attorneys were instructed not to copy headnotes into questions | Canter Decl. Ex. 51, D.I. 690-28 (Tariq Hafeez)<br><br>Canter Decl. Ex. 55, D.I. 690-28 (Teri Whitehead)<br><br>Canter Decl. Ex. 50, D.I. 690-28 (Christopher Cahn, Morae Global) | Suppl. Canter Decl. Ex. 4, D.I. 711-1 (Tariq Hafeez)<br><br>Suppl. Canter Decl. Ex. 5, D.I. 711-1 (Christoper Cahn) | Parker Decl. Ex. 23, D.I. 715-6 (Tariq Hafeez)<br><br>Parker Decl. Ex. 25, D.I. 715-6 (Teri Whitehead)<br><br>Parker Decl. Ex. 24, D.I. 715-6 (Christopher Cahn) |
| Document instructing contract attorneys were instructed not to copy headnotes into questions (R-LEGALEASE-00050673 at -673) | Canter Decl. Ex. 59, D.I. 690-28 | Suppl. Canter Decl. Ex. 10, D.I. 711-1 | Parker Decl. Ex. 29, D.I. 715-6 |
| Document instructing contract attorneys were instructed not to copy headnotes into questions (TR-0047926 at -926) | Canter Decl. Ex. 60, D.I. 690-28 | Suppl. Canter Decl. Ex. 11, D.I. 711-1 | Parker Decl. Ex. 30, D.I. 715-6 |
| Evidence regarding the scope of infringement alleged:<br><br>21,878 headnotes out of 28 million | Canter Decl. Ex. 20, D.I. 690-12 (Resp. to Interrog.) | Suppl. Canter Decl. Ex. 31 D.I. 711-4 (Resp. to Interrog.) | Parker Decl., Ex. 4, D.I. 715-1 (Plaintiffs' Responses to ROSS's First Set of RFAs) |

| Record Document | ROSS's Fair Use Brief (D.I. 677) | ROSS's Opp. to Plaintiffs' Fair Use Brief (D.I. 710) | ROSS's Opp to Plaintiffs' Infringement Brief (D.I. 713) |
|---|---|---|---|
| 5,473 subtopics/topics out of 100,000 topics in West Key Number System | Canter Decl. Ex. 30, D.I. 690-17 through 690-19(TR-0523445); D.I. 688 | Suppl. Canter Decl. Ex. 41, D.I. 711-12 through 711-13 (TR-0523445 at -451); D.I. 688 | Parker Decl., Ex. 3, D.I. 715-1; D.I. 688 |
| 91 legal topics out of 400 top-level topics | Canter Decl. Ex. 29, D.I. 690-15 (TR-0179830); D.I. 680 | Suppl. Canter Decl. Ex. 32, D.I. 711-4 through 711-13 (TR-0179830 at -834-36); D.I. 712 | D.I. 714 |
| 500 judicial opinions out of 14 million cases contained on Westlaw | Canter Decl. Ex. 23, D.I. 690-12 (Resp. to Interrog.) | Suppl. Canter Decl. Ex. 31, D.I. 711-4 (Resp. to Interrog.) | Parker Decl., Ex. 3, D.I. 715-1 (Resp. to Interrog.) |
| The Westlaw compilation contains 11,205,374,706 data records | Canter Decl. Ex. 35, D.I. 690-20 (TR-0026188 at -190) | Suppl. Canter Decl. Ex. 40, D.I. 711-9 (TR-0026188 at -190) | Parker Decl. Ex. 2, D.I. 715-1 (TR-0026188 at -190) |

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Keith J. Harrison
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: December 10, 2024
11920121 / 20516.00001

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*