# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

December 13, 2024

The Honorable Stephanos Bibas                      *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801-3570

    Re:   *Thomson Reuters Enterprise Centre GmbH, et al. v. ROSS Intelligence Inc.*, C.A. No. 20-613 (SB) (D. Del.)

Dear Judge Bibas,

    Pursuant to the Court's request at the December 5 hearing, the parties submit the attached public version of the Joint Statement of Uncontested Facts that was contained in the Proposed Joint Pretrial Order (D.I. 619, Ex. 1).

                                      Respectfully,

                                      /s/ Michael Flynn

                                      Michael Flynn (# 5333)
                                      *Counsel for Thomson Reuters*

cc:     All Counsel of Record