# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>　　　　Plaintiffs and Counterdefendants,<br><br>　v.<br><br>ROSS INTELLIGENCE INC.,<br><br>　　　　Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**EXHIBIT 1 TO PROPOSED FINAL PRETRIAL ORDER**
**JOINT STATEMENT OF UNCONTESTED FACTS**

Pursuant to Local Rule 16.3(c)(3), Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation (respectively, "Thomson Reuters" and "West," collectively "Plaintiffs"), on the one hand, and Defendant ROSS Intelligence Inc. ("ROSS") on the other, respectfully submit the following joint statement of the facts that are admitted and require no proof.

**EXHIBIT 1**
**JOINT STATEMENT OF UNCONTESTED FACTS**

## Table of Contents

Page

I.   The Asserted Copyrights.................................................................................................1

II.  The Accused Infringement..............................................................................................1

**EXHIBIT 1**
**JOINT STATEMENT OF UNCONTESTED FACTS**

I. **THE ASSERTED COPYRIGHTS**

    1.    West is a business owned by Thomson Reuters (together with West, "Plaintiffs"). Plaintiffs are a business engaged in providing legal research services, including through their online platform called Westlaw.

    2.    Westlaw is a legal research database that contains case law, state and federal statutes, state and federal regulations, law journals, and treatises. Plaintiffs sell subscriptions to customers for access to specific content on Westlaw.

    3.    Westlaw also contains editorial content and annotations, which includes West Headnotes.

    4.    The judicial opinions and West Headnotes available on Westlaw are organized within the West Key Number System. Plaintiffs regularly update the West Key Number System.

    5.    Plaintiffs own copyright registrations that cover Westlaw and all copyrightable material contained therein. The judicial opinions in Westlaw contain notices that disclaim copyright in material prepared by a United States Government officer or employee as a part of that person's official duties, including government edicts, legislative enactments, judicial opinions, or similar types of official legal materials.

II. **THE ACCUSED INFRINGEMENT**

    6.    ROSS is a company that provides legal research services including through an AI powered search engine on its online platform called the ROSS platform. ROSS's legal research platform is commercial and for-profit.

    7.    The ROSS Platform also contains federal and state judicial opinions and statutes obtained from Casemaker and Fastcase. ROSS sells subscriptions to the ROSS Platform.

    8.    Plaintiffs and ROSS are competitors.

**EXHIBIT 1**
**JOINT STATEMENT OF UNCONTESTED FACTS**

9. ROSS does not have, and has never had, a subscription to Westlaw.

10. Plaintiffs and ROSS did not have, and have never had, a contractual relationship.

11. LegalEase Solutions, LLC ("LegalEase"), a legal research outsourcing company, had a subscription to Westlaw from 2008-2018.

12. In September 2015, ROSS contacted Plaintiffs and asked for a license to access Westlaw. Plaintiffs told ROSS that they did not sell their legal research products to direct competitors.

13. On October 15, 2015, ROSS entered into an agreement with LegalEase to create memoranda based on legal questions ROSS provided that could be used to train ROSS's search algorithm how to identify relevant cases in response to user queries. From 2015 to 2017, LegalEase used Westlaw to create these memoranda.

14. In 2017, ROSS began developing a new AI model to power the search engine for the ROSS platform. To train its AI model, ROSS needed additional training data. Accordingly, on September 15, 2017, ROSS and LegalEase entered into a new agreement in which ROSS hired LegalEase to create memos (the "Bulk Memos") to train ROSS's new algorithm (the "Bulk Memo Project").

15. LegalEase worked with a subcontractor, Morae Global, to prepare the Bulk Memos using Westlaw. LegalEase and Morae produced approximately 25,000 Bulk Memos in three months.

16. ROSS paid LegalEase for the Bulk Memos.

17. Material from the Bulk Memos was used to train the model for ROSS's search engine.