IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GmbH and WEST PUBLISHING CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>  Defendants. | C.A. No. 20-613-SB |

**<u>JOINT LETTER REGARDING 2025 PRETRIAL DATES</u>**

Dear Judge Bibas:

Pursuant to the Court's request at the December 5, 2024 hearing, Plaintiffs Thomson Reuters Enterprise Centre GmbH and West Publishing Corporation ("Thomson Reuters") and Defendant ROSS Intelligence, Inc. ("ROSS") (together, the "Parties") have conferred concerning dates for the pretrial conference and subsequent pretrial check-in with the Court. The Parties are available for the pretrial conference on April 9, 2025 and a pretrial check-in with the Court on May 8, 2025.

Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michael J. Flynn* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | David E. Moore (#3983) |
| Michael J. Flynn (#5333) | Bindu A. Palapura (#5370) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | Tel: (302) 984-6000 |
| jblumenfeld@morrisnichols.com | dmoore@potteranderson.com |
| mflynn@morrisnichols.com | bpalapura@potteranderson.com |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| Dale M. Cendali | Warrington S. Parker III |
| Joshua L. Simmons | Joachim B. Steinberg |
| Eric A. Loverro | Jacob Canter |
| Jeremy King | CROWELL & MORING LLP |
| KIRKLAND & ELLIS LLP | 3 Embarcadero Ctr., 26th Floor |
| 601 Lexington Avenue | San Francisco, CA 94111 |
| New York, NY 10022 | Tel: (415) 986-2800 |
| (212) 446-4800 | |
| | Keith J. Harrison |
| Miranda D. Means | Crinesha B. Berry |
| KIRKLAND & ELLIS LLP | CROWELL & MORING LLP |
| 200 Clarendon Street | 1001 Pennsylvania Avenue NW |
| Boston, MA 02116 | Washington, DC 20004 |
| (617) 385-7500 | Tel: (202) 624-2500 |

| | |
|---|---|
| Yungmoon Chang<br>Allyn Belusko<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>(310) 552-4200<br><br>*Attorneys for Plaintiffs Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*<br><br>December 20, 2024 | Keith Harrison<br>Crinesha B. Berry<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br><br>Ryan H. Seewald<br>CROWELL & MORING LLP<br>1601 Wewatta Street, Suite 815<br>Denver, CO 80202<br>Tel: (303) 524-8660<br><br>*Attorneys for Defendant ROSS Intelligence Inc.* |