## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>　　　　Plaintiffs/Counterdefendants,<br><br>　　v.<br><br>ROSS INTELLIGENCE INC.,<br><br>　　　　Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>) C.A. No. 20-613-SB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MULTIMEDIA FILING

Notice is hereby given that the exhibit listed below, which is attached to the Sealed Letter to the Honorable Stephanos Bibas from David E. Moore, Esq. Regarding Defendant's Response to December 20, 2024 Submission of the Annotated Excel and to Plaintiffs' December 23, 2024 Letter (D.I. 757), has been manually filed with the Court and is available in electronic form (USB flash drive) only.

- Exhibit B – CONFIDENTIAL Excel spreadsheet

2

                                                Respectfully submitted,

                                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Warrington S. Parker III  
Joachim B. Steinberg  
Jacob Canter  
CROWELL & MORING LLP  
3 Embarcadero Ctr., 26th Floor  
San Francisco, CA 94111  
Tel: (415) 986-2800  

Keith J. Harrison  
Crinesha B. Berry  
CROWELL & MORING LLP  
1001 Pennsylvania Avenue NW  
Washington, DC 20004  
Tel: (202) 624-2500  

Dated: December 24, 2024  
11945028 / 20516.00001

                                       By: */s/ David E. Moore*  
                                            David E. Moore (#3983)  
                                            Bindu A. Palapura (#5370)  
                                            Hercules Plaza, 6th Floor  
                                            1313 N. Market Street  
                                            Wilmington, DE  19801  
                                            Tel:  (302) 984-6000  
                                            dmoore@potteranderson.com  
                                            bpalapura@potteranderson.com  

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*