# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) ) |
| v. | ) ) |
| ROSS INTELLIGENCE INC., | ) ) ) |
| Defendant/Counterclaimant. | ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

**PUBLIC VERSION**

## NOTICE OF MULTIMEDIA FILING

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Keith J. Harrison
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

Dated: January 6, 2025
11967405 / 20516.00001

Public Version Dated: January 13, 2025

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) |
| v. | ) ) ) |
| ROSS INTELLIGENCE INC., | ) ) |
| Defendant/Counterclaimant. | ) ) |

C.A. No. 20-613-SB

**JURY TRIAL DEMANDED**

**PUBLIC VERSION**

### NOTICE OF MULTIMEDIA FILING

Notice is hereby given that the exhibit listed below, which is attached to the Sealed Letter to the Honorable Stephanos Bibas from David E. Moore, Esq. Regarding Defendant's Response to Plaintiffs' December 30, 2024 Letter (D.I. 761), has been manually filed with the Court and is available in electronic form (USB flash drive) only.

- Exhibit A – ███████████████████

OF COUNSEL:

Warrington S. Parker III
Joachim B. Steinberg
Jacob Canter
CROWELL & MORING LLP
3 Embarcadero Ctr., 26th Floor
San Francisco, CA 94111
Tel: (415) 986-2800

Keith J. Harrison
Crinesha B. Berry
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
Tel: (202) 624-2500

Dated: January 6, 2025
11945028 / 20516.00001

 Public Version Dated: January 13, 2025

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant/Counterclaimant
ROSS Intelligence, Inc.*