IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THOMSON REUTERS ENTERPRISE
CENTRE GMBH and WEST PUBLISH-
ING CORP.,

       *Plaintiffs,*

    v.

ROSS INTELLIGENCE INC.,

       *Defendant.*

No. 1:20-cv-613-SB

## ORDER

For the reasons given in the accompanying opinion,

1. **I GRANT IN PART** Plaintiffs' Motion for Partial Summary Judgment on Direct Copyright Infringement and Related Defenses (D.I. 674).

2. **I GRANT** Plaintiffs' Motion for Partial Summary Judgment on Fair Use (D.I. 672).

3. **I DENY** Defendants' Motion for Summary Judgment on its Affirmative Defense of Fair Use (D.I. 676).

4. **I DENY** Defendants' Motion for Summary Judgment as to Plaintiffs' Copyright Claims (D.I. 683).

Dated: February 11, 2025

_____
UNITED STATES CIRCUIT JUDGE