**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs/Counterdefendants,<br><br>  v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant/Counterclaimant. | )<br>)<br>)<br>)  C.A. No. 20-613-SB<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Andy LeGolvan of White & Case LLP, 3000 El Camino Real, 2 Palo Alto Square, Suite 900, Palo Alto, CA 94306 to represent Defendant/Counterclaimant ROSS Intelligence, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

Dated: February 26, 2025
12074646 / 20516.00001

*Attorneys for Defendant/Counterclaimant ROSS Intelligence, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                   _____
                                                                                         United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 1/1/2024, I further certify that the annual fee of $50.00.

☐    has been paid to the Clerk of the Court

☒    will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 26, 2025              Signed: */s/ Andy LeGolvan*
                                          Andy LeGolvan
                                          White & Case LLP
                                          3000 El Camino Real
                                          2 Palo Alto Square Suite 900
                                          Palo Alto, CA 94306
                                          Tel: (213) 620-7755
                                          andy.legolvan@whitecase.com

3