IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION, | ) ) ) ) ) | |
| Plaintiffs and Counterdefendants, | ) ) ) ) | C.A. No. 20-613 (SB) |
| v. | ) ) | |
| ROSS INTELLIGENCE INC., | ) ) | |
| Defendant and Counterclaimant. | ) ) ) | |

**DECLARATION OF MIRANDA D. MEANS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR CERTIFICATION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(B) <u>AND FOR STAY PENDING APPEAL</u>**

I, Miranda D. Means, Esq., declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Centre GmbH ("Thomson Reuters") and West Publishing Corporation ("West") (collectively, "Plaintiffs"). I am admitted and in good standing to practice law in the states of Massachusetts and New York, and I am admitted *pro hac vice* to practice in this District for the above-captioned case. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Certification for Interlocutory Appeal Under 28 U.S.C. § 1292(B) and for Stay Pending Appeal. The statements set forth in this declaration are based on my personal knowledge and my review of the contemporaneous documents referenced and attached hereto.

2.	On March 11, 2025 counsel for Plaintiffs and counsel for Defendant conferred regarding whether Defendant intends to argue factual disputes precluding summary judgment and counsel for Defendant indicated that they may.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of April, 2025.

_____
Miranda D. Means

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2025, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Bindu Palapura, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Mark A. Klapow, Esquire<br>Lisa Kimmel, Esquire<br>Crinesha B. Berry, Esquire<br>Matthew J. McBurney, Esquire<br>Keith J. Harrison, Esquire<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue NW<br>Washington, DC  20004<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Jacob Canter, Esquire<br>Warrington Parker, Esquire<br>Anna Z. Saber, Esquire<br>Beatrice B. Nguyen, Esquire<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, CA  94111<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |
| Emily T. Kuwahara, Esquire<br>Jordan Ludwig, Esquire<br>CROWELL & MORING LLP<br>515 South Flower Street, 41st Floor<br>Los Angeles, CA 90071<br>*Attorneys for Defendant and Counterclaimant* | *VIA ELECTRONIC MAIL* |

1

Ryan Henry Seewald, Esquire     *VIA ELECTRONIC MAIL*
CROWELL & MORING LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
*Attorneys for Defendant and Counterclaimant*

Andy LeGolvan, Esquire     *VIA ELECTRONIC MAIL*
Yar R. Chaikovsky, Esquire
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
*Attorneys for Defendant and Counterclaimant*

Mark S. Davies, Esquire     *VIA ELECTRONIC MAIL*
Anna B. Naydonov, Esquire
Kufere Laing, Esquire
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, D.C. 20005
*Attorneys for Defendant and Counterclaimant*

Taylor Moore-Willis, Esquire     *VIA ELECTRONIC MAIL*
Rosie Norwood-Kelly, Esquire
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
*Attorneys for Defendant and Counterclaimant*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)