IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMSON REUTERS ENTERPRISE CENTRE GMBH and WEST PUBLISHING CORPORATION,<br><br>        Plaintiffs and Counterdefendants,<br><br>   v.<br><br>ROSS INTELLIGENCE INC.,<br><br>        Defendant and Counterclaimant. | C.A. No. 20-613 (SB) |

**PLAINTIFF AND COUNTERDEFENDANT'S PROPOSED
JURY INSTRUCTIONS AND VERDICT FORM**

In accordance with Local Rule 51.1 and the Court's March 7, 2025 Order (D.I. 779), Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation (respectively, "Thomson Reuters" and "West," collectively "Plaintiffs"), respectfully submit to this Court Proposed Jury Instructions and Jury Verdict form, attached herewith as Exhibits A and B.

OF COUNSEL:

Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Miranda D. Means
KIRKLAND & ELLIS LLP
200 Clarendon Street
Boston, MA 02116
(617) 385-7500

April 1, 2025

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mflynn@morrisnichols.com

*Attorneys for Plaintiffs and Counterdefendants Thomson Reuters Enterprise Center GmbH and West Publishing Corporation*