**Potter Anderson & Corroon LLP**
1313 North Market Street, 6th Floor
Wilmington, Delaware  19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
Direct  302.984.6147

April 1, 2025

**VIA ELECTRONIC FILING**

The Honorable Stephanos Bibas
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA  19106

Re:    *Thomson Reuters Enterprise Centre GmbH et al. v. ROSS Intelligence Inc.*,
C.A. No. 20-613-SB

Dear Judge Bibas:

In anticipation of the Pretrial Conference in this matter, Defendant ROSS requests the opportunity to renew the following:

- ROSS's motion *in limine* to exclude evidence or testimony regarding Charles von Simson that was part of ROSS's July 2024 pretrial submission (D.I. 624 at Ex. 15-2); and
- ROSS's position regarding statutory damages, reflected in the *Daubert* regarding Malackowski (D.I. 274), which the Court held in abeyance. *See* D.I. 549 at 4. Since the filing of the motion and the Court's order, the Fifth Circuit has issued an opinion on statutory damages for a single compilation. *See Umg Recordings, Inc. v. Grande Commc'ns Networks*, L.L.C., 118 F.4th 697, 723-24 (5th Cir. 2024).

ROSS informed Plaintiffs of their intention to raise these matters with the Court.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:mes/12150469/20516.00001

cc:    Counsel of Record (via electronic mail)